**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MAPLEVALE FARMS, INC.,<br>individually and on behalf of all others<br>similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>KOCH FOODS, INC., et al.,<br><br>       Defendants. | No. 1:16-cv-08637 |
| JOHN GROSS AND COMPANY, INC.,<br>individually and on behalf of all others<br>similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>KOCH FOODS, INC., et al.,<br><br>       Defendants. | No. 1:16-cv-08737 |
| FARGO STOPPING CENTER, LLC,<br>and SARGENT'S, individually and on behalf<br>of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>KOCH FOODS, INC., et al.,<br><br>       Defendants. | No. 1:16-cv-08851 |

| | |
|---|---|
| ABRAHAM DRUCKER, ILANA HARWAYNE-GIDANSKY, SABRINA MAJERNIK and CHRISTOPHER NELSON, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>KOCH FOODS, INC. et al.,<br><br>                            Defendants. | No. 1:16-cv-08874 |
| DANIEL M. PERCY, GLORIA J. LATHEN, and JONAS DIMAS,<br><br>                              Plaintiffs,<br><br>        v.<br><br>KOCH FOODS, INC., et al.,<br><br>                            Defendants. | No. 1:16-cv-08931 |
| CHRISTOPHER GILBERT, ALISON PAUK, MARILYN STRANGELAND, LESLIE WEIDNER, and DAVID WEIDNER on behalf of themselves and all other similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>TYSON FOODS, INC., et al.,<br><br>                            Defendants. | No. 1:16-cv-09007 |

DON CHAVAS MEXICAN RESTAURANT, INC., individually and on behalf of all others similarly situated,

                        Plaintiff,

     v.

KOCH FOODS, INC., et al.,

         Defendants.

No. 1:16-cv-09421

## STIPULATION OF THE PARTIES REGARDING RELATEDNESS, REASSIGNMENT, AND INITIAL CASE MANAGEMENT DEADLINES

Pursuant to Rules 4, 12, 16, and 26 of the Federal Rules of Civil Procedure and Local Rule 40.4 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiffs in the actions styled *Maplevale Farms, Inc., et al., v. Koch Foods, Inc., et al.*, 16-cv-08637 (N.D. Ill.), *John Gross and Company, Inc., et al. v. Koch Foods, Inc., et al.*, 16-cv-08737 (N.D. Ill.), *Fargo Stopping Center, LLC, et al. v. Koch Foods, Inc., et al.*, No. 16-cv-08851 (N.D. Ill.), *Abraham Drucker, et al. v. Koch Foods, Inc., et al.*, 16-cv-08874 (N.D. Ill.), *Daniel M. Percy, et al. v. Koch Foods, Inc., et al.*, 16-cv-08931 (N.D. Ill.), *Christopher Gilbert, et al. v. Tyson Foods, Inc., et al.*, 16-cv-09007 (N.D. Ill.), and *Don Chavas Mexican Restaurant, Inc., et al. v. Koch Foods, Inc., et al.*, 16-cv-09421 (N.D. Ill.) ("Plaintiffs") and Defendants Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Meats Co., Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Pilgrim's Pride Corporation, Perdue Farms, Inc., Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc. (Processing Division), Wayne Farms LLC, Mountaire Farms, Inc., Mountaire Farms, LLC, Mountaire Farms of Delaware, Inc., Peco Foods, Inc., Foster Farms, LLC, House of Raeford Farms, Inc., Simmons

Foods, Inc., Fieldale Farms Corporation, George's, Inc., George's Farms, Inc., O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc. ("Defendants") (collectively, the "Parties," and singularly, a "Party") stipulate to the matters described in further detail below.

## RELATEDNESS

1.  The action styled *John Gross and Company, Inc., et al. v. Koch Foods, Inc., et al.*, 16-cv-08737 (N.D. Ill.), pending before the Honorable Elaine E. Bucklo, the action styled *Fargo Stopping Center, LLC, et al. v. Koch Foods, Inc., et al.*, No. 16-cv-08851 (N.D. Ill.), pending before the Honorable Robert M. Dow, Jr., the action styled *Abraham Drucker, et al. v. Koch Foods, Inc., et al.*, 16-cv-08874 (N.D. Ill.), pending before the Honorable Robert W. Gettleman, the action styled *Daniel M. Percy, et al. v. Koch Foods, Inc., et al.*, 16-cv-08931 (N.D. Ill.), pending before the Honorable Samuel Der-Yeghiayan, and the action styled *Christopher Gilbert, et al. v. Tyson Foods, Inc., et al.*, 16-cv-09007 (N.D. Ill.), pending before the Honorable Manish S. Shah, and the action styled *Don Chavas Mexican Restaurant, Inc., et al. v. Koch Foods, Inc., et al.*, 16-cv-09421 (N.D. Ill.), pending before the Honorable Andrea R. Wood, are related to the above-captioned action, *Maplevale Farms, Inc., et al., v. Koch Foods, Inc., et al.*, 16-cv-08637 (N.D. Ill.), which is assigned to the Honorable Thomas M. Durkin. Accordingly, the parties hereto request that orders be entered relating these cases and re-assigning them for all purposes to Judge Thomas M. Durkin.

## SERVICE OF PROCESS

2.  Pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, service of process of the complaints in *Maplevale Farms, Inc., et al., v. Koch Foods, Inc., et al.*, 16-cv-08637 (N.D. Ill.) and *John Gross and Company, Inc., et al. v. Koch Foods, Inc., et al.*, 16-cv-08737 (N.D. Ill.) (hereinafter, the "Direct Purchaser Complaints") largely was completed between September 15

and September 21, 2016. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the deadlines for a number of Defendants to serve responsive pleadings to the Direct Purchaser Complaints range from October 5 to October 13, 2016.

3.      Service of process has not been completed as to all Defendants with respect to the five indirect purchaser actions filed to date, which are *Fargo Stopping Center, LLC, et al. v. Koch Foods, Inc., et al.*, No. 16-cv-08851 (N.D. Ill.), *Abraham Drucker, et al. v. Koch Foods, Inc., et al.*, 16-cv-08874 (N.D. Ill.), *Daniel M. Percy, et al. v. Koch Foods, Inc., et al.*, 16-cv-08931 (N.D. Ill.), *Christopher Gilbert, et al. v. Tyson Foods, Inc., et al.*, 16-cv-09007 (N.D. Ill.), and *Don Chavas Mexican Restaurant, Inc., et al. v. Koch Foods, Inc., et al.*, 16-cv-09421 (N.D. Ill.) (hereinafter, the "Indirect Purchaser Complaints").

4.      Certain of the Defendants have not yet entered appearances in the litigation or are in the process of retaining counsel, including Foster Farms, LLC, Koch Foods Incorporated, Koch Meat Co., Inc., JCG Foods of Alabama LLC, and JCG Foods of Georgia LLC. Particularly in light of the Court's instruction that where possible Defendants confirm their position on the relatedness issue by October 6, 2016, these Defendants wish to confirm their agreement and consent to this stipulation (including as to relatedness) and have authorized the undersigned counsel to represent the same, and that these Defendants will be bound by, and beneficiaries of, this stipulation.

5.      Defendants agree pursuant to Federal Rule of Civil Procedure 4(d) to waive service of process with respect to the Indirect Purchaser Complaints, and further agree to accept service of process of the consolidated amended complaints as described below.

6.      Except as to the defense of insufficiency of service of process in this action, no defense of any of the Defendants, including without limitation defenses based upon lack of

personal jurisdiction, subject matter jurisdiction, or venue, is prejudiced or waived by such Defendant's executing, agreeing to, or filing this Stipulation.

7. All Parties agree to accept service of pleadings, discovery requests, discovery responses, and similar documents via e-mail.

## CASE MANAGEMENT DEADLINES

8. Defendants do not need to respond to the currently operative complaints in the above-captioned direct and indirect purchaser actions.

9. The Direct Purchaser Plaintiffs have filed a Motion of All Direct Purchaser Plaintiffs to Appoint Interim Co-Lead and Liaison Class Counsel (*Maplevale* Dkt. # 44). The Indirect Purchaser Plaintiffs are conferring regarding leadership and will either file a joint motion or separate applications to be appointed lead counsel. Once the Court has confirmed the counsel leadership for the respective classes, Plaintiffs intend to file consolidated amended complaints in the direct purchaser and indirect purchaser actions. After Plaintiffs' leadership is confirmed, the parties will meet and confer concerning the timing of such consolidated amended complaints and the schedule for Defendants to serve responsive pleadings or motions pursuant to Federal Rule of Civil Procedure 12.

10. Defendants agree to accept service of process for the consolidated amended complaints by ECF.

/s/ Steven Hart
Steven Hart (#6211008)
Brian Eldridge (#6281336)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE, LLC
121 West Wacker Drive, Suite 1050
Chicago, IL 60601
Telephone: (312) 955-0545
Facsimile: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
kpozan@hmelegal.com

W. Joseph Bruckner
Heidi M. Silton
Elizabeth R. Odette
Brian D. Clark
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com
hmsilton@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com

Bruce L. Simon
Aaron M. Sheanin
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com
asheanin@pswlaw.com

Clifford H. Pearson
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
mpearson@pswlaw.com

Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
Tel: (917) 438-9102
lnussbaum@nussbaumpc.com

Arthur N. Bailey
Marco Cercone
RUPP BAASE PFALZGRAF
CUNNINGHAM, LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
Telephone: (716) 854-3400
Facsimile: (716) 332-0336
bailey@ruppbaase.com
cercone@ruppbaase.com

*Attorneys for Plaintiff Maplevale Farms, Inc.
and the Putative Direct Purchaser Class*

/s/ Steven Hart
Steven Hart (#6211008)
Brian Eldridge (#6281336)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE, LLC
121 West Wacker Drive, Suite 1050
Chicago, IL 60601
Telephone: (312) 955-0545
Facsimile: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
kpozan@hmelegal.com

W. Joseph Bruckner
Heidi M. Silton
Elizabeth R. Odette
Brian D. Clark
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com
hmsilton@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com

Michael J. Freed
Steven A. Kanner
Freed Kanner London & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone:  (224) 632-4500
Facsimile:  (224) 632-4519
mfreed@fklmlaw.com
skanner@fklmlaw.com

Bruce L. Simon
Aaron M. Sheanin
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com
asheanin@pswlaw.com

508415.2

Clifford H. Pearson
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
mpearson@pswlaw.com

Allan Steyer
D. Scott Macrae
Jill Manning
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, 3rd Floor
San Francisco, CA 94111
Telephone:  (415) 743-2808
Facsimile:  (415) 421-2234
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com

Kevin B. Love
Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050
klove@cridenlove.com
mcriden@cridenlove.com

E. Powell Miller
Sharon S. Almonrode (Admitted ND Illinois)
Devon P. Allard
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
dpa@millerlawpc.com

Whitney Street
Block & Leviton LLP
610 16th Street, Suite 214
Oakland, CA 94612
Telephone:  (415) 968-1852
Facsimile:  (617) 507-6020
wstreet@blockesq.com

Arthur N. Bailey
Marco Cercone
RUPP BAASE PFALZGRAF
CUNNINGHAM, LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
Telephone: (716) 854-3400
Facsimile: (716) 332-0336
bailey@ruppbaase.com
cercone@ruppbaase.com

*Attorneys for Plaintiff John Gross and Company, Inc.
and the Putative Direct Purchaser Class*

/s/ Edward A. Wallace
Kenneth A. Wexler
Edward A. Wallace
Thomas A. Doyle
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
eaw@wexlerwallace.com
tad@wexlerwallace.com

Daniel E. Gustafson
Daniel C. Hedlund
Joshua R. Rissman
Brittany N. Resch
GUSTAFSON GLUEK PLLC
220 S. Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com

dhedlund@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Steven N. Williams
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
swilliams@cpmlegal.com

Dianne M. Nast
Erin Burns
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
dnast@nastlaw.com
eburns@nastlaw.com

Simon B. Paris
Patrick Howard
Charles J. Kocher
SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 496-8282
sparis@smbb.com
phoward@smbb.com
ckocher@smbb.com

*Attorneys for Plaintiffs Fargo Stopping Center, LLC,
and Sargent's and the Putative Indirect Purchaser Class*

/s/ Carol V. Gilden
Carol V. Gilden (IL #6185530)
Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com
dsilverman@cohenmilstein.com

Kit A. Pierson
Richard A. Koffman
Emmy L. Levens
Robert W. Cobbs
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
kpierson@cohenmilstein.com
rkoffman@cohenmilstein.com
elevens@cohenmilstein.com
rcobbs@cohenmilstein.com

*Attorneys for Plaintiffs Christopher Gilbert, Alison Pauk, Marilyn Strangeland, Leslie Weidner, and David Weidner*


/s/ Edward A. Wallace
Kenneth A. Wexler
Edward A. Wallace
Thomas A. Doyle
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
eaw@wexlerwallace.com
tad@wexlerwallace.com

Alyson Oliver
OLIVER LAW GROUP P.C.
363 West Big Beaver Drive Ste. 200
Troy, MI 48084
Telephone: 248-581-9502
aoliver@oliverlg.com

*Attorneys for Plaintiff Don Chavas Mexican Restaurant, Inc. and the Putative Indirect Purchaser Class*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC

*/s/ Theodore B. Bell*
Theodore B. Bell
Carl V. Malmstrom
One South Dearborn Street
Suite 2122
Chicago, IL 60603
Tel.: (312) 984-0000
Fax: (312) 212-4401
tbell@whafh.com
malmstrom@whafh.com

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Fred T. Isquith, Sr.
Thomas H. Burt
270 Madison Ave.
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 545-4653
isquith@whafh.com
burt@whafh.com

*Attorneys for Plaintiffs Abraham Drucker, Ilana Harwayne-*
*Gidansky, Sabrina Majernik and Cristopher Nelson,*
*and the Putative Indirect Purchaser Class*

HAGENS BERMAN SOBOL
SHAPIRO LLP

/s/ Steve W. Berman
Steve W. Berman
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
(206) 623-7292
steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
(708) 628-4949
beth@hbsslaw.com

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Jefff@hbsslaw.com

J. Barton Goplerud
HUDSON MALLANEY SHINDLER &
ANDERSON PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
(515) 223-4567
jbgoplerud@hudsonlaw.net

David Freydin
Timothy A. Scott
FREYDIN LAW FIRM
8707 Skokie Blvd # 305
Skokie, IL 60077
David.freydin@freydinlaw.com
Timothy.scott@freydinlaw.com

*Attorneys for Indirect Purchaser Plaintiffs*
*Daniel M. Percy, Gloria J. Lathen, and*
*Jonas Dimas*

/s/ Stephen Novack
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Counsel for Defendants Koch Foods
Incorporated, JCG Foods of Alabama LLC,
JCG Foods of Georgia LLC and Koch Meat
Co., Inc.*

/s/ J. Mark Gidley
J. Mark Gidley
Peter J. Carney
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
mgidley@whitecase.com
pcarney@whitecase.com

Robert A. Milne
David H. Suggs
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
rmilne@whitecase.com
dsuggs@whitecase.com

*Attorneys for Defendants Tyson Foods, Inc.,
Tyson Chicken, Inc., Tyson Breeders, Inc.,
Tyson Poultry, Inc.*

508415.2

/s/ Kevin J. Arquit
Kevin J. Arquit
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 355-2502
karquit@stblaw.com

*Attorneys for Defendant Pilgrim's*
*Pride Corporation*


/s/ Kristin B. Ives
Kirstin B. Ives
FALKENBERG FIEWEGER & IVES, LLP
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
kbi@ffilaw.com

J. Douglas Baldridge
Lisa Jose Fales
Danielle Foley
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com

*Attorneys for Defendant Perdue Farms, Inc.*


/s/ Daniel E. Laytin, P.C.
Daniel E. Laytin, P.C.
Christa C. Cottrell
Martin L. Roth
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
martin.roth@kirkland.com

*Attorneys for Defendants Sanderson Farms,*

*Inc., Sanderson Farms, Inc. (Processing
Division), Sanderson Farms, Inc. (Production
Division) & Sanderson Farms, Inc. (Foods
Division)*

/s/ Christopher E. Ondeck
Christopher E. Ondeck
Adrian Fontecilla
Stephen R. Chuk
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW, Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Fax: (202) 416-6899
condeck@proskauer.com
afontecilla@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*

/s/ Amy Lee Stewart
Amy Lee Stewart
ROSE LAW FIRM
120 East Fourth Street
Little Rock, AR 72201
Direct: (501)377-0334
www.roselawfirm.com
astewart@roselawfirm.com

*Attorneys for Defendants Mountaire Farms,
Inc., Mountaire Farms, LLC and Mountaire
Farms of Delaware, Inc.*

/s/ Patrick Fitzgerald
Patrick Fitzgerald (#6307561)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 10036
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com

Boris Bershteyn
Sam Auld
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

/s/ Gregory G. Wrobel
Gregory G. Wrobel (#3122900)
VEDDER PRICE P.C.
222 N. LaSalle Street
Chicago, IL 60601
Telephone:  312-609-7722
Facsimile:  312-609-5005
gwrobel@vedderprice.com

Henry W. Jones, Jr.
JORDAN PRICE
1951 Clark Avenue
Raleigh, North Carolina 27605
Telephone:  919-828-2501
Facsimile:  (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

/s/ Lynn H. Murray
Lynn H. Murray
Andrew M. Meerkins
SHOOK HARDY & BACON LLP
111 S. Wacker Dr.
Ste. 5100
Chicago IL 60606
312-704-7700
lhmurray@shb.com
ameerkins@shb.com

*Attorneys for Defendant Simmons Food, Inc.*


/s/ Brendan J. Healy
Brendan J. Healey
MANDELL MENKES LLC
One North Franklin, Suite 3600
Chicago, Illinois, 60606
(312) 251-1006 (T)
(312) 759-2189 (F)
bhealey@mandellmenkes.com


B. Parker Miller (*pro hac vice* pending)
Valarie C. Williams (*pro hac vice* pending)
Nowell D. Berreth (*pro hac vice* pending)
Max Marks (*pro hac vice* pending)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com


R. Brent Hatcher, Jr. (*pro hac vice* pending)
Clayton Franklin (*pro hac vice* pending)
SMITH, GILLIAM, WILLIAMS & MILES PA
301 Green Street NW, Suite 200
Gainesville, Georgia 30501

(770) 536-3381 (T)
(770) 535-9902 (F)
bhatcher@sgwmfirm.com
cfranklin@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

/s/ Sondra A. Hemeryck
Sondra A. Hemeryck
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
shemeryck@rshc-law.com

William L. Greene
Ruth S. Shnider
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
ruth.shnider@stinson.com

Gary V. Weeks
K.C. Dupps Tucker
Kristy E. Boehler
THE LAW GROUP OF NORTHWEST
ARKANSAS LLP
1830 Shelby Lane
Fayetteville, AR 72704
(479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and*
*George's Farms, Inc.*

/s/ John P. Passarelli
John P. Passarelli
James M. Sulentic
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll
Scott Jackson
KUTAK ROCK LLP
234 East Millsap Road
Suite 200
Fayetteville, AR  72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
scott.jackson@kuakrock.com

Kimberly M. Hare (#6323326)
KUTAK ROCK LLP
One South Wacker Drive
Suite 2050
Chicago, IL  60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc.,
O.K. Farms, Inc., and O.K. Industries, Inc.*