AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Maplevale Farms, Inc.

V.

Koch Foods, Inc., et al.

CASE NUMBER: 1:16-cv-08637

ASSIGNED JUDGE: Thomas M. Durkin

DESIGNATED MAGISTRATE JUDGE: Jeffrey T. Gilbert

TO: (Name and address of Defendant)

Pilgrim's Pride Corporation
1770 Promontory Circle
Greeley, CO 80634

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. Joseph Bruckner
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*(signature)*

(By) DEPUTY CLERK

September 7, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9-16-16 @ 12:44 pm |
| NAME OF SERVER (PRINT) Chris Mischek | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Pilgrims Pride Corp. 1770 Promontory Circle, Greeley CO 80634

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service on Travis Koch, MANAGING AGENT @ 1770 Promontory Circle, Greeley CO 80634 32, Male, Caucasian, 6'1, 175, Brown hair, No glasses

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 0 | SERVICES 0 | TOTAL 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/16/16
Date                Signature of Server

145 W Swallow Rd, Fort Collins CO 80524
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

270789

6398