UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Maplevale Farms, Inc., et al.
                         Plaintiff,

v.                                                      Case No.: 1:16–cv–08637
                                                         Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 5, 2016:

    MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion to reassign case and for finding of relatedness[20] is granted. Monahan plaintiffs' motion for joinder in the Percy plaintiffs' motion pursuant to Local Rule 40.4 to reassign case as related [77] is granted. Percy plaintiffs' motion to reassign case pursuant to Local Rule 40.4 [16] is granted. This Court finds that case numbers 16 C 8737 pending before the Honorable Judge Bucklo, 16 C 8851 pending before the Honorable Robert M. Dow, 16 C 8874 pending before the Honorable Robert W. Gettleman, 16 C 8931 pending before the Honorable Samuel Der–Yeghiayan, 16 C 9007 pending before the Honorable Manish S. Shah, 16 C 9490 pending before the Honorable Edmond E. Chang, and 16 C 9421 pending before the Honorable Andrea R. Wood are all related to case 16 C 8637. Motion hearing held on 10/5/2016. Plaintiff's motion to appoint interim co–lead and liaison class counsel [44] is entered and continued. The filing of responsive pleadings is deferred. Status hearing set for 10/21/2016 at 09:30 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.