# Exhibit C

## Nelson, Laura E.

| | |
|---|---|
| **From:** | Black, Andrew <andrew.black@whitecase.com> |
| **Sent:** | Sunday, August 25, 2013 4:15 PM |
| **To:** | Nelson, Laura E. |
| **Cc:** | Curran, Christopher; Toto, Martin; Robert Freitas; jangell@ftklaw.com; Jessica Leal |
| **Subject:** | Witness Disclosure - Dr. Edward Snyder |
| **Attachments:** | Snyder_08_25_13 Slides.pdf |

Laura,

As demonstratives for Defendants' expert Dr. Snyder, defendants reserve the right to use on sur-rebuttal with Dr. Snyder: 1) prior Snyder demonstratives; 2) Frankel demonstratives; 3) tables and calculations from Dr. Snyder's reports (including graphical demonstratives from the calculations); and 4) prior trial demonstratives.

Attached are the demonstratives Defendants may use with Dr. Snyder. Defendants reserve all rights.

Regards,

Andrew Black  |  Associate
T +1 202 729 2352   M +1 703 254 8883   E andrew.black@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW  |  Washington, DC 20005-3807

## WHITE & CASE

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.



Source: Expert Report of Edward A. Snyder, March 5, 2012, FN 164; p. 69.

# Summary of Damages Analysis Using The Three Building Blocks



| | |
|---|---|
| **Overcharges at Panel-Maker Level** | **$100** |
| **Damages To LCD Final Product Makers** | **$16** |
| **Damages To BEST BUY** | **<$6** |
| **Damages To Consumers** | **$78** |

2

# Product Life Cycles Are Short

### Expert Report of Alan S. Frankel, Ph.D., December 15, 2011

14.  The entire life cycle of notebook computer models (i.e., a "stock keeping units," or "SKUs") at Best Buy typically is thirteen weeks, after which newly developed models are brought in to replace them. For other LCD products, such as monitors and televisions, Best Buy negotiates an initial price, but expects that its vendors will pass on price reductions for a particular model to Best Buy as the vendors' costs decrease, new models are introduced, and competitors reduce their prices for similar models. For example, a typical LCD television SKU may last about six months but the initial price may be adjusted one or more times during that period. Best Buy also typically negotiates "price protection" clauses into its Vendor Master Agreements, so that if Best Buy is holding significant inventory of an item when a price reduction occurs, the vendor may credit Best Buy for a price reduction even on those previously purchased units.[16]

3

# Substantial Information To Calculate Pass-on to Best Buy Is Lost When Adding Lags

| | One Lag | | Two Lags | |
|---|---|---|---|---|
| **Application** | **% of Observations Lost** | **% of Unit Volume Lost** | **% of Observations Lost** | **% of Unit Volume Lost** |
| **Mobile Phone** | 20% | 18% | 37% | 38% |
| **Monitor** | 26% | 39% | 45% | 66% |
| **Camera** | 36% | 38% | 65% | 72% |
| **Camcorder** | 37% | 40% | 65% | 68% |
| **TV** | 38% | 34% | 64% | 58% |
| **Notebook** | 40% | 47% | 63% | 75% |

4

Source: Backup to Expert Rebuttal Report of Dr. Alan S. Frankel,  May 11, 2012.

# Best Buy Frequently Negotiated Prices with Its Vendors

## Testimony of Scott Ramirez (Former TACP Employee)

Q.  Okay.  Now, after those initial prices were established, I
think you said in about December for the next March --

A.  Uh-huh.

Q.  -- did those prices remain constant throughout the year,
or did they change, typically?

A.  Oh, they changed on a monthly basis, all year.  The price
is continually renegotiated all year.

5

Source: Trial Testimony of Scott Ramirez, August 15, 2013, pp. 2348 – 2349.

# Best Buy was Aware of Changes in Vendor Costs

## Testimony of Wendy Fritz (Best Buy Representative)

**Q.**   Was it customary in this back-to-school season, May-ish, back in 2003, for Best Buy people to be talking to vendors regularly?

**A.**   Yes.

**Q.**   How often, typically?

**A.**   We were consistently talking.   We -- the buyers or the inventory teams could be talking to them daily or several times a day, depending upon the issue.   Weekly would be typically conference calls, checking in.   Sometimes live meetings weekly. And then definitely we would meet once a month, live.

6

Source: Trial Testimony of Wendy Fritz, August 1, 2013, p. 1161; Trial Testimony of Wendy Fritz, August 5, 2013, p. 1375.

# Estimated Average Pass-on Rates from Best Buy to Consumers Generally Exceed 100% Using Methods of Dr. Frankel and Dr. Bernheim



Source: Expert Report of Edward A. Snyder, March 5, 2012, Appendix E.1 and E.2.

7

# Best Buy's Updated Indirect Damages Applying Downstream Pass-on
## August 1998 – December 2006

| Product Type | Dr. Frankel's Damages | Dr. Frankel's Damages Applying Downstream Pass-on |
|---|---|---|
| LCD Televisions | ~~$75,115,061~~ | $0 |
| LCD Computer Monitors | ~~$182,514,065~~ | $0 |
| Notebook Computers | ~~$163,682,864~~ | $0 |
| Cell Phones | ~~$5,116,029~~ | $2,087,958* |
| Digital Cameras and Camcorders | ~~$38,203,478~~ | $0 |
| Portable DVD Players | ~~$24,960,578~~ | $0 |
|  | ~~$489,592,075~~ | $2,087,958* |

**\*Using Dr. Frankel and Dr. Bernheims' Fixed Effects method. Damages using Between-SKU method are $2,562,861.**

Sources:
Testimony of Alan Frankel, August 26, 2013, Slide 35
Expert Report of Edward A. Snyder, March 5, 2012, Appendix E.1 and E.2.

8

# Best Buy Estimated Pass-on to Consumers Close to 100%



Sources:
Expert Report of Alan S. Frankel, Ph.D., December 15, 2011, Exhibits 7a and 8a.
Expert Report of B. Douglas Bernheim, Ph.D., December 15, 2011, Figure 26 and Figure 29.

9

# Manufacturers Expected Retail Prices to Reflect Changes in Costs

### Deposition of Genichi Watanabe, Hitachi Executive Products Manager, December 10, 2009

Q.    BY MR. ALIOTO:   LCD panels, when you sell

LCD panels at a lower price to the manufacturers,

do you expect that they are going to sell their

products to the consumers at a lower price?

...

        THE WITNESS:   Yes, I did.

### Email from Mike Garretson to Byung Il Oh, Samsung Representative

2.   HP pays the integrator a fixed amount <u>over</u> the cost of the components for the system.  Again, if our panel price is too high, that will cause HP to have to pay more for the system, and therefore have a high end price at retail.

Sources:
Deposition of Genichi Watanabe, Hitachi,  December 10, 2009, p. 191.
Email from Mike Garretson to Byung Il OH, SAML-528533.

# Pass-on from Best Buy to Consumers Is Close to 100% Using Dean Snyder's Pass-On Estimates with Lag



11

# Best Buy's Indirect Damages (Updated):
# August 1998 – December 2006
# Using Dean Snyder's Pass-on Estimates with Lag

| Product Type | Dr. Frankel's Damages* | Dr. Frankel's Damages with Pass-on from Best Buy** |
|---|---|---|
| LCD Televisions | ~~$75,115,061~~ | $0 |
| LCD Computer Monitors | ~~$182,514,065~~ | $6,226,323 |
| Notebook Computers | ~~$163,682,864~~ | $0 |
| Cell Phones | ~~$5,116,029~~ | $622,862 |
| Digital Cameras and Camcorders | ~~$38,203,478~~ | $0 |
| Portable DVD Players | ~~$24,960,578~~ | $400,667 |
| | **~~$489,592,075~~** | **$7,249,852** |

**\*Based on most recent revision to Dr. Frankel's damages estimate.**
**\*\* Applies pass-on to consumers estimated using Snyder's first-differences method with one lag.**

12

Source: Testimony of Alan Frankel, August 26, 2013, Slide 35

# The Relevant Measure of Pass-on Is the Average

**Rebuttal Expert Report of B. Douglas Bernheim, Ph.D., May 11, 2012.**

The fact that prices did not move in lockstep across buyers is entirely expected. My analysis is not intended to show, nor does it presume, that every single transaction is impacted by costs in precisely the same way at precisely the same point in time; rather, as discussed in Section IX.B.3, my object is measure average rates of pass-through for large bundles of products. Differences in timing and magnitudes for individual products average out when large groups of products are considered.

13

# "Cross-Section" Method: Variability In Average Cost and Price of All Models



**All Best Buy TVs: Average Cost and Price**

Source:
pos_monthly.dta and panelcount.do from Backup Production of Joint Expert Report of Roy J. Epstein Ph.D. and Alan S. Frankel Ph.D. December 15, 2011.

# "Cross-Section" Method: Variability In Average Cost and Price of All Models

### All Best Buy Monitors: Average Cost and Price



Source:
pos_monthly.dta and panelcount.do from  Backup Production of Joint Expert Report of Roy J. Epstein Ph.D. and Alan S. Frankel Ph.D. December 15, 2011.

# "Cross-Section" Method: Variability In Average Cost and Price of All Models



**All Best Buy Notebooks: Average Cost and Price**

16

Source:
pos_monthly.dta and panelcount.do from Backup Production of Joint Expert Report of Roy J. Epstein Ph.D. and Alan S. Frankel Ph.D. December 15, 2011.

# Dr. Snyder's Upstream Pass-on Results Do Not Change After Adding a Lag



Source: Rebuttal Testimony of Dr. Alan S. Frankel., August 26, 2013.

17

# The Articles Cited by Dr. Frankel Empirically Measure Pass-on to Consumers

"…lenders who changed their rates passed through about 98 percent of cost changes **to consumers within 2 days**."

– "Are Prices 'Sticky' Online? Market Structure Effects and Asymmetric Responses to Cost Shocks in Online Mortgage Markets," Arbatskaya, Maria and Michael R. Baye, International Journal of Industrial Organization, p. 22, cited in Dr. Frankel's May 11, 2012 Report, FN 90.

18

# The Articles Cited by Dr. Frankel Empirically Measure Pass-on to Consumers

"The results show, depending on the regions, that **anywhere between 92 and 114 percent of the spot price change is passed through to retail within two-and-one-half months** and also that lag effects decrease over time."

– "Gasoline Price Pass-through," Burdette, Michael and John Zyren, Energy Information Administration, p. 5, cited in Dr. Frankel's May 11, 2012 Report, FN 90.

19

# The Articles Cited by Dr. Frankel Empirically Measure Pass-on to Consumers

"Moreover, as the share of imported inputs in the production of the good increases, changes in border prices of imported products have a higher percentage impact in the production cost of domestically produced goods. **This results in higher pass-through into consumer prices.**"

– "Pass Through of Exchange Rates to Consumption Prices: What has Changed and Why?," Campa, Jose M. and Linda S. Goldberg, National Bureau of Economic Research Working Papers, pp. 10-11, cited in Dr. Frankel's May 11, 2012 Report, FN 90.

20

# The Articles Cited by Dr. Frankel Empirically Measure Pass-on to Consumers

"During periods of average wholesale price changes, <span style="color:#B03A2E">a 10 cents per gallon increase in the average, weekly, Salt Lake City wholesale price of unleaded gasoline lead to a cumulative 8 cents per gallon rise in the average net retail price</span>."

- – "Retail Price Asymmetries in Local Gasoline Markets," Kevin T., Duffy-Deno, Energy Economics, p. 91, cited in Dr. Frankel's May 11, 2012 Report, FN 90.

21

# The Articles Cited by Dr. Frankel Empirically Measure Pass-on to Consumers

"This measurement error has the potential to bias downward the estimates of pass-through from manufacturer to retail prices. To avoid this bias, table 9 uses two lags of commodity cost changes to instrument for changes in the manufacturer price. Given this econometric approach, **retail prices adjust almost exactly cent-for-cent with changes in manufacturer prices.**"

- – "Cost Pass-through in the U.S. Coffee Industry," Leibtag, Ephraim et al., US Department of Agriculture Report, p. 19, cited in Dr. Frankel's May 11, 2012 Report, FN 90.

22

# The Articles Cited by Dr. Frankel Empirically Measure Pass-on to Consumers

"This regression indicates that **retail prices respond immediately and approximately cent-for-cent to changes in wholesale prices associates with cost shocks**, indicating that almost all of the delays in pass-through in this market may be explained by delays at the wholesale levels."

- "Accounting for Incomplete Pass-Through," Nakamura, Emi and Dawit Zerom, National Bureau of Economic Research Working Papers, p. 9, cited in Dr. Frankel's May 11, 2012 Report, FN 90.

23

# The Articles Cited by Dr. Frankel Empirically Measure Pass-on to Consumers

"This paper presents evidence that broadly supports the view that **retail sales taxes are fully forward shifted, raising consumer prices by the amount of the tax increase.**"

- "Retail Price Reactions to Changes in State and Local Sales Taxes," Poterba, James M., National Tax Journal, p. 173, cited in Dr. Frankel's May 11, 2012 Report, FN 90.

24

# Varying Margins in Dr. Frankel's Analysis Are Often Due to Changes in Price but Not Cost

Exhibit 5 (Revised)
Distribution of Differences Between Cost Changes and Price Changes at Best Buy Stores:
Top SKUs, by Product Category

|  | SKU | After 12 Weeks | | | | After 24 Weeks | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Percentile | | | | Percentile | | | |
|  |  | 5% | 25% | 75% | 95% | 5% | 25% | 75% | 95% |
| MONITORS | 5612571 | -18.4% | -2.2% | 0.0% | 4.8% | -4.5% | 0.0% | 0.0% | 4.8% |
|  | 5612606 | -9.2% | -1.6% | 1.3% | 4.9% | -7.4% | -0.3% | -0.3% | 2.4% |
|  | 6971841 | -4.0% | 5.6% | 6.4% | 13.7% | -8.0% | -3.6% | 1.2% | 5.7% |
|  | 7083238 | -4.0% | -0.6% | -0.6% | 8.3% | -9.4% | -2.9% | -0.6% | 3.7% |
|  | 7086173 | -2.9% | 0.0% | 0.0% | 3.7% | -10.7% | -3.2% | 0.0% | 0.0% |
|  | 7129886 | -4.8% | 1.6% | 1.6% | 4.2% | -10.8% | 1.6% | 1.6% | 5.8% |
|  | 7130838 | -11.7% | 0.0% | 0.0% | 7.1% | -23.1% | 0.0% | 0.0% | 6.0% |
|  | 7229545 | -10.8% | 1.3% | 1.7% | 6.6% | -3.3% | 7.9% | 9.6% | 15.9% |
|  | 7481496 | -2.2% | 5.6% | 5.6% | 10.1% | 2.5% | 5.6% | 5.6% | 16.6% |
|  | 7712914 | -25.8% | -22.4% | -17.0% | -11.8% | -25.5% | -24.5% | -21.5% | -18.2% |
| FLAT PANEL TV | 6719394 | -25.8% | -18.3% | -9.4% | -1.1% | -27.5% | -20.0% | -10.0% | -5.0% |
|  | 6998396 | -17.8% | -5.5% | 3.5% | 24.6% | -32.2% | -27.1% | -20.5% | -1.6% |
|  | 6998412 | -23.2% | -3.8% | 2.6% | 8.1% | -28.1% | -14.4% | -10.3% | -3.2% |
|  | 7323005 | -17.1% | -10.2% | -1.3% | 10.5% | -22.1% | -8.6% | 0.9% | 8.1% |
|  | 7326351 | -19.5% | 1.2% | 20.0% | 29.3% | -28.0% | -22.5% | -19.4% | -15.3% |
|  | 7343591 | -46.0% | -25.0% | -12.5% | -7.2% | -60.5% | -30.0% | -12.5% | -3.4% |
|  | 7345651 | -12.4% | -6.4% | 3.1% | 11.3% | -16.8% | -11.2% | -2.3% | 5.6% |
|  | 7679951 | -16.9% | -11.0% | -6.3% | 5.2% | -21.1% | -10.2% | -4.0% | 13.5% |
|  | 7680011 | -19.1% | -14.7% | -9.6% | -0.5% | -19.7% | -12.5% | -5.2% | 6.3% |
|  | 7867338 | -29.1% | -23.0% | -19.7% | -8.3% |  |  |  |  |
| DIGITAL CAMERAS | 6304652 | 12.5% | 17.9% | 17.9% | 27.1% | -7.5% | -2.1% | -2.1% | 4.7% |
|  | 6855913 | -5.3% | 0.0% | 5.8% | 13.6% | -5.6% | -2.3% | 4.0% | 11.1% |
|  | 7022198 | -3.5% | -2.0% | 18.8% | 18.8% | -6.5% | -5.0% | 14.2% | 15.2% |
|  | 7024016 | -6.3% | -2.1% | 0.7% | 5.9% | 4.3% | 9.0% | 12.4% | 18.8% |
|  | 7030116 | -4.9% | -1.3% | 0.0% | 5.5% | -7.0% | -3.5% | -2.3% | 3.0% |
|  | 7130856 | -6.1% | 0.0% | 0.0% | 1.7% | -3.9% | 0.0% | 2.2% | 4.0% |
|  | 7323229 | -9.7% | -0.8% | 4.0% | 11.4% | -4.8% | -1.6% | 1.0% | 5.5% |
|  | 7686667 | -6.5% | -3.0% | -2.6% | 2.8% | -7.8% | -3.5% | -2.6% | 3.3% |
|  | 7686701 | -3.8% | 0.0% | 2.4% | 6.7% | -8.2% | -4.6% | -1.7% | 3.3% |
|  | 7727356 | -8.0% | -4.0% | 0.0% | 5.5% | -7.3% | -4.0% | -1.8% | 4.3% |

Source: Backup to Expert Rebuttal Report of Dr. Alan S. Frankel, May 11, 2012, Revised Exhibit 5.

25

# Dr. Frankel's Table Includes Costs That Don't Change Over Time or Differ Across Stores

| sku | matchweek | po_cost | price | LOC_ID | class_name |
|---|---|---|---|---|---|
| 5612571 | 2260 | 473 | 550 | 4 | MONITORS |
| 5612571 | 2272 | 473 | 550 | 4 | MONITORS |
| 5612571 | 2284 | 473 | 550 | 4 | MONITORS |
| 5612571 | 2260 | 473 | 550 | 5 | MONITORS |
| 5612571 | 2272 | 473 | 524 | 5 | MONITORS |
| 5612571 | 2284 | 473 | 550 | 5 | MONITORS |
| 5612571 | 2260 | 473 | 550 | 6 | MONITORS |
| 5612571 | 2272 | 473 | 512 | 6 | MONITORS |
| 5612571 | 2284 | 473 | 550 | 6 | MONITORS |
| 5612571 | 2272 | 473 | 550 | 7 | MONITORS |
| 5612571 | 2284 | 473 | 550 | 7 | MONITORS |
| 5612571 | 2260 | 473 | 493 | 8 | MONITORS |
| 5612571 | 2272 | 473 | 550 | 8 | MONITORS |
| 5612571 | 2284 | 473 | 550 | 8 | MONITORS |
| 5612571 | 2272 | 473 | 220 | 9 | MONITORS |
| 5612571 | 2284 | 473 | 550 | 9 | MONITORS |
| 5612571 | 2260 | 473 | 550 | 10 | MONITORS |
| 5612571 | 2272 | 473 | 485 | 10 | MONITORS |
| 5612571 | 2284 | 473 | 550 | 10 | MONITORS |
| 5612571 | 2272 | 473 | 550 | 11 | MONITORS |

**Week**     **Cost**        **Store**

26

Source: Backup to Expert Rebuttal Report of Dr. Alan S. Frankel, May 11, 2012.

# Dr. Frankel's Analysis After Removing Instances Where Costs Are Not Changing

**Exhibit 5 (Revised)**
**Distribution of Differences Between Cost Changes and Price Changes at Best Buy Stores:**
**Top SKUs, by Product Category**

| | SKU | After 12 Weeks — Percentile | | | | After 24 Weeks — Percentile | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 5% | 25% | 75% | 95% | 5% | 25% | 75% | 95% |
| **MONITORS** | 5612571 | -18.4% | -2.2% | 0.0% | 4.0% | -4.3% | 0.0% | 0.0% | 4.8% |
| | 5612606 | -9.2% | -1.6% | 1.3% | 4.9% | -7.4% | -0.3% | -0.3% | 2.4% |
| | 6971841 | -4.0% | 5.6% | 6.4% | 13.7% | -8.0% | -3.6% | 1.2% | 5.7% |
| | 7083238 | -4.0% | -0.6% | -0.6% | 8.3% | -9.4% | -2.9% | -0.6% | 3.7% |
| | 7086173 | -2.9% | 0.0% | 0.0% | 3.7% | -10.7% | -3.2% | 0.0% | 0.0% |
| | 7129886 | -4.8% | 1.6% | 1.6% | 4.2% | -10.8% | 1.6% | 1.6% | 5.8% |
| | 7130838 | -11.7% | 0.0% | 0.0% | 7.1% | -23.1% | 0.0% | 0.0% | 0.0% |
| | 7229545 | -10.6% | 1.3% | 1.7% | 0.0% | -3.3% | 7.9% | 9.6% | 15.9% |
| | 7481496 | -2.2% | 5.6% | 5.6% | 10.1% | 2.5% | 5.6% | 5.6% | 16.6% |
| | 7712914 | -25.8% | -22.4% | -17.0% | -11.8% | -25.5% | -24.5% | -21.5% | -18.2% |
| **FLAT PANEL TV** | 6719394 | -25.6% | -16.6% | -5.4% | -1.1% | -27.5% | -26.6% | -16.6% | -5.6% |
| | 6998396 | -17.8% | -5.5% | 3.5% | 24.6% | -32.2% | -27.1% | -20.5% | -1.6% |
| | 6998412 | -23.2% | -3.6% | 2.6% | 6.1% | -28.1% | -14.4% | -10.3% | -3.2% |
| | 7323005 | -17.1% | -10.2% | -1.6% | 16.5% | -22.1% | -6.6% | 6.6% | 6.1% |
| | 7326351 | -19.5% | 1.2% | 20.0% | 29.3% | -20.6% | -22.5% | -19.4% | -15.3% |
| | 7343591 | -40.6% | -25.6% | -12.5% | -7.2% | -66.5% | -56.6% | -12.5% | -5.4% |
| | 7345651 | -12.4% | -6.4% | 3.1% | 11.3% | -16.6% | -11.2% | -2.3% | 5.6% |
| | 7679951 | -16.9% | -11.0% | -6.3% | 5.2% | -21.1% | -10.2% | -4.0% | 13.5% |
| | 7680011 | -19.1% | -14.7% | -9.6% | -0.5% | -19.7% | -12.5% | -5.2% | 6.3% |
| | 7867338 | -29.1% | -23.0% | -19.7% | -8.3% | | | | |
| **DIGITAL CAMERAS** | 6304652 | 12.5% | 17.9% | 17.9% | 27.1% | -7.5% | -2.1% | -2.1% | 4.7% |
| | 6855913 | -5.6% | 0.0% | 5.6% | 13.6% | -5.6% | -2.3% | 4.0% | 11.1% |
| | 7022198 | -3.5% | -2.0% | 18.8% | 18.8% | -6.5% | -5.0% | 14.2% | 15.2% |
| | 7024016 | -6.3% | -2.1% | 0.7% | 5.9% | 4.3% | 9.0% | 12.4% | 18.8% |
| | 7030116 | -4.9% | -1.3% | 0.0% | 3.3% | -7.0% | -3.5% | -2.3% | 3.0% |
| | 7130856 | -6.1% | 0.0% | 0.0% | 1.7% | -3.9% | 0.0% | 2.2% | 4.0% |
| | 7323229 | -9.7% | -0.8% | 4.0% | 11.4% | -4.8% | -1.6% | 1.0% | 5.5% |
| | 7686667 | -6.5% | -3.0% | -2.6% | 2.8% | -7.8% | -3.5% | -2.6% | 3.3% |
| | 7686701 | -3.8% | 0.0% | 2.1% | 6.7% | -8.2% | -4.6% | -1.7% | 3.3% |
| | 7727356 | -6.6% | -4.6% | 0.0% | 5.5% | -7.3% | -4.0% | -1.8% | 4.3% |

Source: Backup to Expert Rebuttal Report of Dr. Alan S. Frankel, May 11, 2012.

# Dr. Frankel's Analysis After Removing Instances Where Costs Aren't Changing Across Stores

**Exhibit 5 (Revised)**
**Distribution of Differences Between Cost Changes and Price Changes at Best Buy Stores:**
**Top SKUs, by Product Category**

| | SKU | After 12 Weeks Percentile | | | | After 24 Weeks Percentile | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 5% | 25% | 75% | 95% | 5% | 25% | 75% | 95% |
| **MONITORS** | 5612571 | -18.4% | -2.2% | 0.0% | 4.8% | -4.5% | 0.0% | 0.0% | 4.8% |
| | 5612606 | -9.2% | -1.6% | 1.3% | 4.9% | -7.4% | -0.3% | -0.3% | 2.4% |
| | 6971841 | -4.0% | 5.6% | 6.4% | 13.7% | -6.0% | -3.6% | 1.2% | 5.7% |
| | 7083238 | -4.0% | -0.6% | -0.6% | 8.3% | -9.4% | -2.9% | -0.6% | 3.7% |
| | 7086173 | -2.9% | 0.0% | 0.0% | 3.7% | -10.7% | -3.2% | 0.0% | 0.0% |
| | 7129886 | -4.8% | 1.6% | 1.6% | 4.2% | -10.8% | 1.6% | 1.6% | 5.8% |
| | 7130838 | -11.7% | 0.0% | 0.0% | 7.1% | -23.1% | 0.0% | 0.0% | 6.0% |
| | 7229545 | -10.8% | 1.3% | 1.7% | 6.6% | -5.5% | 7.9% | 9.6% | 13.9% |
| | 7481496 | -2.2% | 5.6% | 5.6% | 10.1% | -2.5% | 5.6% | 5.6% | 10.0% |
| | 7712914 | -25.6% | -22.4% | -17.0% | -11.6% | -25.5% | -24.5% | -21.5% | -18.2% |
| **FLAT PANEL TV** | 6719394 | -25.6% | -16.3% | -9.4% | -1.1% | -27.5% | -20.0% | -10.0% | -5.0% |
| | 6998396 | -17.8% | -5.5% | 3.5% | 24.6% | -32.2% | -27.1% | -20.5% | -1.6% |
| | 6998412 | -23.2% | -3.8% | 2.6% | 8.1% | -28.1% | -14.4% | -10.3% | -3.2% |
| | 7323005 | -17.1% | -10.2% | -1.3% | 10.5% | -22.1% | -8.6% | 0.9% | 8.1% |
| | 7326351 | -19.3% | 1.2% | 20.0% | 29.3% | -28.0% | -22.5% | -19.4% | -13.3% |
| | 7343591 | -46.0% | -25.0% | -12.5% | -7.8% | -38.5% | -38.0% | -12.5% | -3.1% |
| | 7345651 | -12.4% | -6.4% | 3.1% | 11.3% | -16.0% | -11.2% | -2.3% | -5.6% |
| | 7679951 | -10.0% | -11.0% | 0.0% | 5.2% | -21.1% | -10.2% | 4.0% | 13.5% |
| | 7680011 | -19.1% | -14.7% | -9.6% | -0.5% | -19.7% | -12.5% | -5.2% | 6.3% |
| | 7867338 | -29.1% | -23.0% | -19.7% | -8.3% | | | | |
| **DIGITAL CAMERAS** | 6304652 | 12.5% | 17.9% | 17.9% | 27.1% | -7.5% | -2.1% | -2.1% | 4.7% |
| | 6855913 | -5.5% | 0.0% | 5.6% | 13.6% | -5.6% | -2.3% | 4.0% | 11.1% |
| | 7022198 | -5.5% | -2.0% | 10.0% | 10.0% | -6.5% | -5.0% | 14.2% | 15.2% |
| | 7024016 | -6.3% | -2.1% | 0.7% | 5.9% | 4.3% | 9.0% | 12.4% | 18.8% |
| | 7030116 | -4.9% | -1.3% | 0.0% | 5.5% | -7.0% | -3.5% | -2.3% | 3.0% |
| | 7130856 | -6.1% | 0.0% | 0.0% | 1.7% | -3.9% | 0.0% | 2.2% | 4.0% |
| | 7323229 | -9.7% | -0.8% | 4.0% | 11.4% | -4.8% | -1.6% | 1.0% | 5.5% |
| | 7686667 | -6.5% | -3.0% | -2.6% | 2.8% | -7.8% | -3.5% | -2.6% | 3.3% |
| | 7686701 | -5.6% | 0.0% | 2.4% | 6.7% | -8.2% | -4.6% | -1.7% | 3.3% |
| | 7727356 | -8.0% | 1.0% | 8.0% | 5.5% | -7.3% | -4.0% | -1.8% | 4.3% |

Source: Backup to Expert Rebuttal Report of Dr. Alan S. Frankel, May 11, 2012.

28