IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637 |

## AGREED ORDER REGARDING PLEADINGS

The parties having met and conferred and having stipulated and agreed, and the Court being fully advised,

IT IS HEREBY ORDERED THAT:

1. The Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs are granted leave to file their respective Second Consolidated Amended Complaints *instanter*.

2. It is further ordered that the following briefing schedule is established:

Defendants to file their motion to dismiss on or before January 27, 2017;

Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs are given 40 days thereafter, until March 15, 2017, to respond; and

Defendants are given 28 days thereafter, until April 12, 2017, to reply.

So Ordered.

Dated: 11/23/16

HON. THOMAS M. DURKIN
U.S. District Judge