U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: IN RE BROILER CHICKEN ANTITRUST LITIGATION

Case Number: 1:16-CV-08637

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs Fargo Stopping Center LLC and Sargent's

Attorney name (type or print): Daniel E. Gustafson

Firm: Gustafson Gluek PLLC

Street address: 120 So. Sixth St., Ste. 2600

City/State/Zip: Minneapolis, MN 55402

Bar ID Number: MN Bar #202241
(See item 3 in instructions)

Telephone Number: 612-333-8844

Email Address: dgustafson@gustafsongluek.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/06/2016

Attorney signature: S/ Daniel E. Gustafson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015