UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Maplevale Farms, Inc. | ) | No. 16-cv-8637 |
| | ) | |
| V. | ) | |
| | ) | |
| Koch Foods, Inc., et al | ) | Judge Thomas M. Durkin |
| | ) | Magistrate Judge Jeffrey T. Gilbert |

# ORDER

During the status hearing held on 12/9/16, the Court made rulings and set dates regarding certain matters. Those dates are memorialized in the Statement below. See Statement for further details.

# STATEMENT

This action is referred to Magistrate Judge Gilbert for discovery supervision.

Consumer plaintiffs' renewed motion to appoint separate interim class counsel for end user consumers is granted, but the issue of what firm(s) will be selected is entered and continued [218]. Counsel is to submit simultaneous briefs as to who can best represent the end user consumers by 12/13/2016. The Court will rule on the motion on 12/14/2016. Any amended complaints are to be filed by 12/16/2016, with courtesy red-line copies submitted to the defendants and the Court.

All future status reports and agendas are to be submitted five days before any scheduled status hearing. Courtesy copies of any filings over 10 pages are to be submitted to both Judge Durkin and Judge Gilbert. Billing reports are to be submitted quarterly, in camera, with the first report due 2/1/2017.

The parties are to attempt to provide a stipulation regarding the dismissal of all cases other than the lead actions.

One matter that was overlooked at the 12/9/2016 status was a discussion about the anticipated lengths of the briefs on the motion(s) to dismiss. On or before 12/19/2016 the parties should present a joint proposal as to the page limits and number of briefs, which the Court will either agree with or modify.

Rule 26(a)(1) Disclosures
Plaintiffs and Defendants each submitted a Proposed Order regarding Disclosure of Information pursuant to Fed. R. Civ. P. 26(a). [237-1, 237-2]. By 12/12/16, Plaintiffs shall send to Defendants proposed revisions to paragraph (a)(i)(4)–(7) of Plaintiffs' Proposed Order. [237-1,

at 2]. By 12/16/16, Defendants shall respond to Plaintiffs' proposed revisions. The Court encourages the parties to discuss any differences that remain after the exchange of their respective revisions. By noon on 12/21/16, the Court would like to receive via email the parties' respective versions of paragraph (a)(i)(4)–(7) of Plaintiffs' Proposed Order to the extent differences remain. The emails should be sent to Judge Gilbert's Proposed Order email address on his webpage. On 12/22/16 at 2:00 p.m., Judge Gilbert will hold a conference call with the parties to discuss this issue. The parties should contact Judge Gilbert's courtroom deputy for the call-in number.

Requests for Production of Documents
By 12/16/16, Defendants shall send to Plaintiffs their Requests for Production of Documents, as discussed on the record this morning. By 12/21/17, End-User Plaintiffs shall send to Defendants their supplemental Requests for Production of Documents, as also discussed on the record this morning.

Rule 26(f) Conference and Discovery Plan
By 2/8/17, the parties shall hold a Rule 26(f) conference. By 2/13/17, the parties shall file their proposed discovery plan.

General Status and Rule 16 Conference
On 2/24/17, the Court and the parties will hold a general case status conference followed by a Rule 16 conference. The time and location for this conference will be set in an order to follow. By 2/17/17, the parties shall file an agenda for this Rule 16 conference.

It is so ordered.
[2:45]

                                               ENTERED:

                                               _____
                                             Honorable Thomas M. Durkin
                                             United States District Judge

Dated: December 9, 2016