# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin |

## DEFENDANT PILGRIM'S PRIDE CORPORATION'S
## RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Defendant Pilgrim's Pride Corporation ("Pilgrim's") files its Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and states as follows:

1. Pilgrim's is a publicly held, non-governmental corporate party.

2. Pilgrim's parent corporation is JBS Wisconsin Properties, LLC ("JBS Wisconsin"). JBS Wisconsin is an indirect wholly-owned subsidiary of its ultimate parent JBS, S.A., a Brazilian corporation.

3. Except for JBS S.A., which is publicly traded in Brazil, there is no publicly traded corporation that owns more than 5% of Pilgrim's stock.

Dated: January 24, 2017.

                                                                  Respectfully submitted,

                                                                  */s/ Michael L. McCluggage*
                                                                  Michael L. McCluggage
                                                                  **EIMER STAHL LLP**
                                                                  224 South Michigan Avenue
                                                                  Suite 1100
                                                                  Chicago, IL 60604
                                                                  Telephone: (312) 660-7600
                                                                  mmccluggage@eimerstahl.com

                                                                  —And—

Kevin Arquit
**WEIL GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
kevin.arquit@weil.com

—And—

Clayton E. Bailey
**BAILEY BRAUER PLLC**
8350 N. Central Expressway, Ste. 206
Dallas, Texas 75206
Telephone: (214) 360-7433
cbailey@baileybrauer.com

**ATTORNEYS FOR DEFENDANT
PILGRIM'S PRIDE CORPORATION**

3

## CERTIFICATE OF SERVICE

  I, Michael L. McCluggage, certify that on January 24, 2017, I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

                  */s/ Michael L. McCluggage*
                  Michael L. McCluggage