**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637 |

**MOTION TO DISMISS OF DEFENDANTS MOUNTAIRE FARMS, INC.,
MOUNTAIRE FARMS, LLC, MOUNTAIRE FARMS OF DELAWARE, INC.,
O.K. FOODS, INC., O.K. FARMS, INC., O.K. INDUSTRIES, INC.,
SIMMONS FOODS, INC., AND HOUSE OF RAEFORD FARMS, INC.**

Pursuant to Fed.R.Civ.P. 12(b)(6), Defendants Mountaire Farms, Inc., Mountaire Farms, LLC, Mountaire Farms of Delaware, Inc., O.K. Foods, Inc., O.K. Farms, Inc., O.K. Industries, Inc., Simmons Foods, Inc., and House of Raeford Farms, Inc. (the "Movants") hereby request that the Court dismiss the *Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint* (Dkt. 212), the *Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint* (Dkt. 253), and the *End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint* (Dkt. 255) (collectively, the "Complaints"). The Movants have joined in the joint motions to dismiss filed on behalf of all Defendants, as well as the joint memoranda in support of the two joint motions. In addition, the Movants are submitting their own memorandum[1] in support of this motion.

---

[1] *Memorandum of Defendants Mountaire Farms, Inc., Mountaire Farms, LLC, Mountaire Farms of Delaware, Inc., O.K. Foods, Inc., O.K. Farms, Inc., O.K. Industries, Inc., Simmons Foods, Inc., and House of Raeford Farms, Inc. in Support of Their Motion to Dismiss Based Upon Insufficient Individual Company Allegations* (January 27, 2017).

Even assuming (for the sake of argument) that the Complaints plausibly allege an illegal conspiracy among *some* broiler producers, Movants' memorandum explains why the allegations concerning each of the Movants are insufficient to show that any of the Movants agreed to participate. As to each of the Movants, this pleading deficiency requires dismissal of the three Complaints in their entirety.

Movants' brief further explains why both the Direct Purchaser and the Indirect Purchaser claims are time-barred in whole or in part as to the Movants.

DATED: January 27, 2017

Respectfully submitted,

    */s/ John W. Treece*
John W. Treece, Bar No. 3122889
jtreece@sidley.com
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Amy Lee Stewart (admitted *pro hac vice)*
astewart@roselawfirm.com
Jacob Dylan White (admitted *pro hac vice*)
jwhite@roselawfirm.com
ROSE LAW FIRM
20 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309

Counsel for Defendants
MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS, LLC, and MOUNTAIRE FARMS OF DELAWARE, INC.

   */s/ John P. Passarelli*
John P. Passarelli (admitted *pro hac vice*)
john.passarelli@kutakrock.com
James M. Sulentic (admitted *pro hac vice*)
james.sulentic@kutakrock.com
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

J.R. Carroll (admitted *pro hac vice*)
jr.caroll@kutakrock.com
KUTAK ROCK LLP
234 East Millsap Road
Suite 200
Fayetteville, Arkansas 72703-4099
Telephone: (479) 973-4200
Facsimile: 973-0007 (fax)

Counsel for Defendants
O.K. FOODS, INC., O.K. FARMS, INC., and O.K. INDUSTRIES, INC.


   */s/ Lynn H. Murray*
Lynn H. Murray, Bar No. 6191802
lhmurray@shb.com
Andrew Meerkins, Bar No. 6313482
ameerkins@shb.com
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195

Counsel for Defendant
SIMMONS FOODS, INC.

3

       */s/ Gregory G. Wrobel*
Gregory G. Wrobel, Bar No. 03122900
gwrobel@vedderprice.com
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois  60601
Telephone:  (312) 609 7500
Facsimile:  (312) 609-5005


       */s/Henry W. Jones, Jr.*
Henry W. Jones, Jr. (admitted *pro hac vice*)
hjones@jordanprice.com
Jordan Price Wall Gray Jones & Carlton, PLLC
1951 Clark Avenue
Raleigh, North Carolina  27605
Telephone:  (919) 828-2501
Fascimile:  (919) 834-8447

Counsel for Defendant
HOUSE OF RAEFORD FARMS, INC.

4