IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To All Cases | No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin |

**SANDERSON FARMS DEFENDANTS' INDIVIDUAL MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' SECOND AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT, COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT, AND END-USER CONSUMER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Production Division), and Sanderson Farms, Inc. (Processing Division) (together "Sanderson Farms") hereby move to dismiss (1) the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, Dkt. No. 212; (2) the Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint, Dkt. 253; and (3) the End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint, Dkt. 255.

Sanderson Farms files this individual Motion to Dismiss with leave of the Court to do so in conjunction with the motions to dismiss the above complaints jointly filed by all Defendants in this matter.[1]  In addition to the reasons set forth in those omnibus motions and their accompanying memoranda of law, Sanderson Farms is entitled to dismissal from this action for the reasons set forth in the Supplemental Memorandum of Law in Support of All Sanderson Farms Defendants' Motions to Dismiss filed contemporaneously with this Motion. Specifically,

---

[1] *See* All Defs' Joint Mot. to Dismiss Direct Purchaser Pls.' Second Am. and Consolidated Class Action Compl. & Defs.' Mot. to Dismiss Commercial and Institutional Indirect Purchaser Pls.' Third Am. Consolidated Class Action Compl. and End-User Consumer Pls.' Consolidated Am. Class Action Compl.,

Plaintiffs concede that Sanderson Farms grew both its capacity and its market share during the alleged conspiracy. They, in turn, fail to state a plausible claim against Sanderson Farms, and their complaints should be dismissed with prejudice.

Dated:  January 27, 2017

Respectfully submitted,

/s/ Daniel E. Laytin, P.C.
Daniel E. Laytin, P.C.
Christa C. Cottrell
Martin L. Roth
Stacy Pepper
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
martin.roth@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division).*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Daniel E. Laytin, P.C.