IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Honorable Thomas M. Durkin |

**DEFENDANT FIELDALE FARMS CORPORATION'S MOTION TO DISMISS CLAIMS BASED ON THE PRODUCTION OR SALE OF ANTIBIOTIC FREE CHICKEN**

Defendant Fieldale Farms Corporation ("Fieldale") moves to dismiss all claims asserted by all Plaintiffs based on the production or sale of antibiotic free chicken with prejudice under Fed. R. Civ. P. 12(b)(6) for the reasons set forth in the contemporaneously filed memorandum in support.[1]

Fieldale also joins (1) All Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint and (2) Defendants' Joint Motion to Dismiss Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint, both filed today.

Dated: January 27, 2017

/s/ *Brendan J. Healey*
Brendan J. Healey
MANDELL MENKES LLC

---

[1] The operative complaints this motion addresses are the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, Dkt. 212 (Nov. 23, 2016), the Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint, Dkt. 253 (Dec. 16, 2016), and the End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint, Dkt. 255 (Dec. 16, 2016).

One North Franklin, Suite 3600
Chicago, IL 60606
(312) 251-1006 (T)
(312) 759-2189 (F)
bhealey@mandellmenkes.com

B. Parker Miller (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
Max Marks (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
max.marks@alston.com

R. Brent Hatcher, Jr. (*pro hac vice*)
SMITH, GILLIAM, WILLIAMS & MILES PA
301 Green Street NW, Suite 200
Gainesville, GA 30501
(770) 536-3381 (T)
(770) 535-9902 (F)
bhatcher@sgwmfirm.com
cfranklin@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 27, 2017, he filed the **DEFENDANT FIELDALE FARMS CORPORATION'S MOTION TO DISMISS CLAIMS BASED ON THE PRODUCTION OR SALE OF ANTIBIOTIC FREE CHICKEN** with the Clerk of the Court via the ECF system, which automatically served all registered participants.

/s/ Brendan J. Healey