IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | No. 1:16-cv-08637 |
| **THIS DOCUMENT RELATES TO:**<br><br>**DIRECT PURCHASER PLAINTIFF ACTION** | Honorable Thomas M. Durkin |

# ALL DEFENDANTS' JOINT MOTION TO DISMISS THE DIRECT PURCHASER PLAINTIFFS' SECOND AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, all Defendants[1] hereby jointly move for dismissal of the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint (Dkt. No. 212). The bases for the Motion are set forth in the accompanying Memorandum of Law in Support of All Defendants' Joint Motion to Dismiss the Direct Purchasers Plaintiffs' Second Amended and Consolidated Class Action Complaint and the exhibits and attachments thereto ("Joint Memorandum"), filed contemporaneously with this Motion.

WHEREFORE, for all the reasons set forth in their Joint Memorandum, all Defendants

---

[1] The Defendants are: Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Meat Co., Inc. (collectively, "Koch Foods"); Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc. (collectively, "Tyson"); Pilgrim's Pride Corporation ("Pilgrim's Pride"); Perdue Farms, Inc., Perdue Foods LLC (collectively, "Perdue"); Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc. (Processing Division) (collectively, "Sanderson Farms"); Wayne Farms LLC ("Wayne Farms"); Mountaire Farms, Inc., Mountaire Farms, LLC, Mountaire Farms of Delaware, Inc. (collectively, "Mountaire"); Peco Foods, Inc. ("Peco"); Foster Farms LLC ("Foster Farms"); House of Raeford Farms, Inc. ("House of Raeford"); Simmons Foods, Inc. ("Simmons"); Fieldale Farms Corporation ("Fieldale Farms"); George's, Inc., George's Farms, Inc. (collectively, "George's"); O.K. Foods, Inc., O.K. Farms, Inc., O.K. Industries, Inc. (collectively, "O.K. Foods").

1

are entitled to a dismissal of the complaint with prejudice.

| | |
|---|---|
| Dated: January 27, 2017 | Respectfully submitted, |
| WHITE & CASE LLP | WEIL, GOTSHAL & MANGES LLP |
| By: /s/ *Robert A. Milne* | By: /s/ *Kevin J. Arquit* |
| Robert A. Milne | Kevin J. Arquit |
| David H. Suggs | 767 Fifth Avenue |
| 1155 Avenue of the Americas | New York, NY 10153 |
| New York, NY 10036 | Telephone: (212) 310-0950 |
| Telephone: (212) 819-8200 | Facsimile: (212) 310-8007 |
| Facsimile: (212) 354-8113 | kevin.arquit@weil.com |
| rmilne@whitecase.com | |
| dsuggs@whitecase.com | BAILEY BRAUER PLLC |
| J. Mark Gidley | Clayton E. Bailey |
| Peter J. Carney | 8350 N. Central Expressway, Ste. 935 |
| 701 Thirteenth Street, NW | Dallas, TX 75206 |
| Washington, DC 20005 | Telephone: (214) 360-7433 |
| Telephone: (202) 626-3600 | Facsimile: (214) 360-7424 |
| Facsimile: (202) 639-9355 | cbailey@baileybrauer.com |
| mgidley@whitecase.com | |
| pcarney@whitecase.com | EIMER STAHL LLP |
| *Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.* | Michael L. McCluggage |
| | 224 South Michigan Avenue, Ste. 1100 |
| | Chicago, IL 60604 |
| | Telephone: (312) 660-7665 |
| | mmccluggage@eimerstahl.com |
| | *Attorneys for Defendant Pilgrim's Pride Corporation* |

| | |
|---|---|
| NOVACK AND MACEY LLP | PROSKAUER ROSE LLP |
| By: /s/ *Stephen Novack* <br> Stephen Novack <br> Stephen J. Siegel <br> Christopher S. Moore <br> 100 North Riverside Plaza <br> Chicago, IL 60606 <br> Telephone: (312) 419-6900 <br> snovack@novackmacey.com <br> ssiegel@novackmacey.com <br> cmoore@novackmacey.com <br><br> *Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.* | By: /s/ *Christopher E. Ondeck* <br> Christopher E. Ondeck <br> Adrian Fontecilla <br> Stephen R. Chuk <br> 1001 Pennsylvania Ave., NW <br> Suite 600 South <br> Washington, DC 20004 <br> Telephone: (202) 416-6800 <br> Facsimile: (202) 416-6899 <br> condeck@proskauer.com <br> afontecilla@proskauer.com <br> schuk@proskauer.com <br><br> *Attorneys for Wayne Farms LLC* |
| VENABLE LLP | SIDLEY AUSTIN LLP |
| By: /s/ *J. Douglas Baldridge* <br> J. Douglas Baldridge (#437678) <br> Lisa Jose Fales (admitted *pro hac vice*) <br> Danielle Foley (admitted *pro hac vice*) <br> Robert Davis (admitted *pro hac vice*) <br> 575 7th Street, NW <br> Washington, DC 20004 <br> jdbaldridge@venable.com <br> ljfales@venable.com <br> drfoley@venable.com <br> rpdavis@venable.com | By: /s/ *John W. Treece* <br> John W. Treece, Bar No. 3122889 <br> 1 S. Dearborn Street <br> Chicago, Illinois 60603 <br> Telephone: (312) 853-7000 <br> Facsimile: (312) 853-7036 <br> jtreece@sidley.com <br><br> ROSE LAW FIRM |
| FALKENBERG FIEWEGER & IVES LLP <br><br> Kirstin B. Ives <br> 30 N. LaSalle St., Suite 4020 <br> Chicago, IL 60602 <br> kbi@ffilaw.com <br><br> *Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC* | Amy Lee Stewart (admitted *pro hac vice)* <br> Jacob Dylan White (admitted *pro hac vice*) <br> 20 East Fourth Street <br> Little Rock, Arkansas 72201 <br> Telephone: (501) 377-0334 <br> Facsimile: (501) 375-1309 <br> astewart@roselawfirm.com <br> jwhite@roselawfirm.com <br><br> *Attorneys for Defendants Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* |

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin*
Daniel E. Laytin, P.C.
Christa C. Cottrell
Martin L. Roth
Stacy Pepper
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
martin.roth@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) & Sanderson Farms, Inc. (Foods Division)*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Patrick Fitzgerald*
Patrick Fitzgerald (#6307561)
155 N. Wacker Drive
Chicago, IL 10036
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com

Boris Bershteyn
Sam Auld
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
Andrew M. Meerkins
111 S. Wacker Dr.
Ste. 5100
Chicago IL 60606
Telephone: (312) 704-7700
lhmurray@shb.com
ameerkins@shb.com

*Attorneys for Defendant Simmons Foods, Inc.*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr.
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

MANDELL MENKES LLC

By: /s/ *Brendan J. Healey*
Brendan J. Healey
One North Franklin, Suite 3600
Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

ALSTON & BIRD LLP

B. Parker Miller
Valarie C. Williams
Max Marks
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com

SMITH, GILLIAM, WILLIAMS & MILES PA

R. Brent Hatcher, Jr.
301 Green Street NW, Suite 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com
cfranklin@sgwmfirm.com

*Attorneys for Defendant Fieldale Farms Corporation*

RILEY SAFER HOLMES & CANCILA LLP

By: /s/ *Sondra A. Hemeryck*
Sondra A. Hemeryck
70 West Madison Street, Suite 2900
Chicago, IL 60602
Telephone: (312) 471-8700
shemeryck@rshc-law.com

STINSON LEONARD STREET LLP

William L. Greene
Ruth S. Shnider
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
ruth.shnider@stinson.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP

Gary V. Weeks
K.C. Dupps Tucker
Kristy E. Boehler
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga, #90784529
William H. Stallings
Oral D. Pottinger
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC*

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli
James M. Sulentic
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll
Scott Jackson
234 East Millsap Road
Suite 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
scott.jackson@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive
Suite 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

# **CERTIFICATE OF SERVICE**

I, David H. Suggs, hereby certify that a true and correct copy of the foregoing All Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint and the Memorandum of Law in Support of All Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, including appendices, were electronically filed with the Clerk of the Court using the CM/ECF system on January 27, 2017, which constitutes service on counsel of record who are registered electronic filing users.

    /s/ David H. Suggs
**David H. Suggs**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Counsel for Defendants Tyson Foods, Inc.,*
*Tyson Chicken, Inc., Tyson Breeders, Inc.,*
*Tyson Poultry, Inc.,*

Dated: January 27, 2017