# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>*This Document Relates To: All Actions* | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin |

## DEFENDANT WAYNE FARMS LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINTS

Defendant Wayne Farms LLC ("Wayne Farms"), by and through their attorneys, Proskauer Rose LLP, respectfully move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint (Dkt. No. 212), Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action (Dkt. No. 253), and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint (Dkt. No. 255), in their entirety. In support of this Motion, Wayne Farms submits the accompanying memorandum of law and exhibits thereto. Plaintiffs do not object to this Motion.

Dated: January 27, 2017

Respectfully submitted,

/s/ *Christopher E. Ondeck*
Christopher E. Ondeck (*pro hac vice*)
Adrian Fontecilla (*pro hac vice*)
Stephen R. Chuk (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Fax: (202) 416-6899
condeck@proskauer.com
afontecilla@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*