**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**IN RE: BROILER CHICKEN**                 **Case No. 1:16-cv-8637**
**ANTITRUST LITIGATION**

_____

**THIS DOCUMENT RELATES TO:**
**ALL ACTIONS**

### DEFENDANTS GEORGE'S, INC. AND GEORGE'S FARMS, INC.'S INDIVIDUAL MOTION TO DISMISS

Defendants George's, Inc. and George's Farms, Inc. (collectively, "George's"), by their undersigned attorneys, hereby move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint (Dkt. No. 212); the Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint (Dkt. No. 253); and the End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint (Dkt. No. 255) (collectively, the "Complaints"). The bases for the Motion are set forth in the Memorandum in Support of Motion to Dismiss as to Defendants George's, Inc. and George's Farms, Inc. (the "George's Memorandum") that is being filed contemporaneously with the Motion.

WHEREFORE, for all the reasons set forth in the George's Memorandum, George's is entitled to dismissal of each of the Complaints, with prejudice.

Dated: January 27, 2017          Respectfully submitted,

*/s/ William L. Greene*
William L. Greene
Ruth S. Shnider
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
ruth.shnider@stinson.com

*/s/ Sondra A. Hemeryck*
Sondra A. Hemeryck
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
shemeryck@rshc-law.com

Gary V. Weeks
K.C. Dupps Tucker
Kristy E. Boehler
THE LAW GROUP OF NW. ARKANSAS LLP
1830 Shelby Lane
Fayetteville, AR 72704
(479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc.*
*and George's Farms, Inc.*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 27, 2017, a copy of the foregoing was filed via the Court's ECF system. Notice of this filing will be sent to the attorneys of record by operation of the ECF system. Parties may access this filing through the Court's system.

                */s/ Sondra A. Hemeryck*
                Sondra A. Hemeryck