IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | No. 1:16-cv-08637 |
| **This Document Relates To: ALL CASES** | Honorable Thomas M. Durkin |

**DEFENDANTS PERDUE FARMS, INC.
AND PERDUE FOODS LLC MOTION TO DISMISS
DIRECT PURCHASER PLAINTIFFS' SECOND AMENDED
AND CONSOLIDATED CLASS ACTION COMPLAINT, COMMERCIAL AND
INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' THIRD AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT AND END-USER CONSUMER
PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Perdue Farms, Inc. and Perdue Foods LLC ("Perdue") hereby move for dismissal of Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint (ECF No. 212), Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint (ECF No. 253), and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint (ECF No. 255) (collectively "the Complaints"). As explained in the accompanying Memorandum of Law, none of the Complaints allege sufficient facts to state a claim against Perdue.[1]

---

[1] Perdue also joins in the Defendants' Joint Motion To Dismiss Commercial And Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint And End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint and Joint Motion To Dismiss The Direct Purchaser Plaintiffs' Second Amended And Consolidated Class Action Complaint, which have been contemporaneously filed herewith.

WHEREFORE, for all the reasons set forth in their Memorandum, the Court should dismiss the Complaints with prejudice.

Dated: January 27, 2017

/s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Robert Davis (admitted *pro hac vice*)
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
rpdavis@venable.com

Kirstin B. Ives
FALKENBERG FIEWEGER & IVES LLP
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
(312) 566-4803
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed though the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on January 27, 2017.

                                      /s/ *Robert P. Davis*
                                      Robert P. Davis