**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>*This Document Relates To: All Actions* | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin |

**DEFENDANT FOSTER FARMS, LLC'S MOTION TO DISMISS
<u>PLAINTIFFS' COMPLAINTS</u>**

Defendant Foster Farms, LLC ("Foster Farms"), by and through their attorneys, Mayer Brown LLP, respectfully move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint (Dkt. No. 212), Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action (Dkt. No. 253), and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint (Dkt. No. 255), in their entirety. In support of this Motion, Foster Farms submit the accompanying memorandum of law.

| | |
|---|---|
| Dated: January 27, 2017 | Respectfully submitted,<br><br>MAYER BROWN LLP<br><br>By: /s/ *Carmine R. Zarlenga*<br>Carmine R. Zarlenga, #90784529<br>William H. Stallings (*pro hac vice*)<br>Oral D. Pottinger (*pro hac vice*)<br>1999 K Street N.W.<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>czarlenga@mayerbrown.com<br>wstallings@mayerbrown.com<br>opottinger@mayerbrown.com<br><br>*Attorneys for Defendant Foster Farms, LLC* |