IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | No. 1:16-cv-08637<br><br>Hon. Thomas Durkin |

### DEFENDANT PILGRIM'S PRIDE CORPORATION'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Pilgrim's Pride Corporation ("Pilgrim's") hereby moves for dismissal of the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, Dkt. No. 212, Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint, Dkt. No. 253, and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint, Dkt. No. 255. The bases for the Motion are set forth in the accompanying Memorandum of Law in Support of Defendant Pilgrim's Pride Corporation's Motion to Dismiss and the exhibits thereto ("Memorandum"), filed contemporaneously with this Motion.

WHEREFORE, for all the reasons set forth in its Memorandum, Pilgrim's is entitled to a dismissal of the Complaints with prejudice.

| | |
|---|---|
| Dated:  January 27, 2017 | Respectfully submitted,<br><br>*/s/ Michael L. McCluggage*<br>Michael L. McCluggage<br>**EIMER STAHL LLP**<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>Telephone: (312) 660-7600<br>mmccluggage@eimerstahl.com<br><br>—And—<br><br>Kevin Arquit<br>**WEIL GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br>kevin.arquit@weil.com<br><br>—And—<br><br>Clayton E. Bailey<br>**BAILEY BRAUER PLLC**<br>8350 N. Central Expressway, Ste. 206<br>Dallas, Texas 75206<br>Telephone: (214) 360-7433<br>cbailey@baileybrauer.com<br><br>**ATTORNEYS FOR DEFENDANT<br>PILGRIM'S PRIDE CORPORATION** |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2017, a true and correct copy of the foregoing ***Defendant Pilgrim's Pride Corporation's Motion to Dismiss*** was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                    */s/ Michael L. McCluggage*