IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin |

**PECO FOODS, INC.'S MOTION TO
DISMISS ALL COMPLAINTS FOR FAILURE TO STATE
A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Peco Foods, Inc. joins defendants' joint motions and hereby respectfully moves on the alternative grounds set forth in its accompanying Memorandum of Law in Support, for an order dismissing the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint (ECF 212), the End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint (ECF 255), and the Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint (ECF 253) with prejudice and for such other and further relief as the Court deems appropriate.

| | |
|---|---|
| Dated: January 27, 2017 | Respectfully submitted, |
| | /s/ Patrick Fitzgerald<br>Patrick Fitzgerald (#6307561)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>155 N. Wacker Drive<br>Chicago, IL 10036<br>Telephone: (312) 407-0700<br>Facsimile: (312) 407-0411<br>patrick.fitzgerald@skadden.com<br><br>Boris Bershteyn<br>Sam Auld<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>boris.bershteyn@skadden.com<br>sam.auld@skadden.com<br><br>*Attorneys for Defendant Peco Foods, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Patrick Fitzgerald