# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division


Maplevale Farms, Inc., et al.

                                    Plaintiff,

v.                                                      Case No.: 1:16−cv−08637
                                                        Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 15, 2017:


        MINUTE entry before the Honorable Thomas M. Durkin:The parties' status report and agenda are to be submitted no later than noon on 2/17/2017. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.