# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Maplevale Farms, Inc. v. Koch Foods, Inc., et al

Case Number: 1:16-cv-08637

An appearance is hereby filed by the undersigned as attorney for:

Alpine Special Treatment Center, Inc., individually and on behalf of all others similarly situated

Attorney name (type or print): Robert J. Gralewski, Jr.

Firm: Kirby McInerney LLP

Street address: 600 B Street, Suite 1900

City/State/Zip: San Diego, CA 92101

Bar ID Number: 196410 (California)
(See item 3 in instructions)

Telephone Number: 619-398-4340

Email Address: bgralewski@kmllp.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 16, 2017

Attorney signature: S/ *Robert J. Gralewski, Jr.*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015