UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>Magistrate Judge Jeffrey T. Gilbert |

## **ORDER**

Status hearing held on April 21, 2017. This Order memorializes some of the Court's rulings during that hearing. The parties are directed to the transcript [384] for a complete record of that hearing.

1. Plaintiffs are granted leave to serve document preservation subpoenas on Information Resources Inc. and Nielsen Co.

2. Defendants' oral motion to quash the subpoena that Plaintiffs served on the employer of the person identified in the Initial Status Report [349] at pages 40 to 41, for the reasons articulated in that Report and on the record, is denied.

3. Defendants' oral motion to prevent Plaintiffs from serving a subpoena on the Georgia Department of Agriculture, for the reasons articulated in the Joint Status Report [349] and on the record, is denied. This ruling does not preclude Defendants from later moving to quash the subpoena once Plaintiffs have tendered a copy of the subpoena they wish to serve in accordance with Rule 45(a)(4) of the Federal Rules of Civil Procedure.

4. The Court did not rule on the parties' dispute about whether Plaintiffs can serve a subpoena on Agri Stats at this time. If the parties are unable to resolve this issue, they should bring it to the Court's attention in accordance with the guidance that the Court provided during the hearing.

5. As discussed on the record, the Court will deal with Plaintiffs' requests for production of documents produced by one or more Defendants to the Florida Attorney General's Office and documents produced by Defendant Tyson Foods, Inc. to the Securities and Exchange Commission in the context of Plaintiffs' Rule 34 requests for production.

6. The Court encouraged the parties to produce to each other copies of the document preservation letters they have sent to third parties, including telephone carriers. On or before April 26, 2017, the parties shall email to the Court's courtroom deputy a proposed schedule to resolve any issue(s) concerning whether they will do so. The schedule shall include a date by which the parties will meet and confer about the issue(s) (if they have not already done so) and a date by which the parties will submit a proposed agreed order resolving the issue(s). If they do not agree, then the parties shall submit a redlined order or competing draft orders showing where they disagree within seven days of reaching impasse. At this time, the Court does not anticipate briefing on this issue. If the parties believe briefing is necessary, however, they should propose a briefing schedule.

7. On or before April 26, 2017, the parties shall email to the Court's courtroom deputy a proposed schedule to resolve the issues of whether the End-User Plaintiffs can send document preservation subpoenas or letters to some of Defendants' customers and what information, if any, Defendants must produce to allow the End-User Plaintiffs to do so. The schedule shall include a date by which the parties will meet and confer. The schedule also shall include a date by which the parties will inform the Court that they have resolved the issue or the End-User Plaintiffs will renew their motion. Finally, the schedule shall include a proposed briefing schedule on any renewed motion to the extent necessary.

8. On or before April 26, 2017, the parties shall submit a proposed agreed Interim Scheduling Order No. 1. As discussed on the record, the proposed order shall include the dates/ranges agreed upon by the parties and an agreed notice period before serving subpoenas that command the production of documents, ESI, or tangible things or the inspection of premises before trial, in accordance with Federal Rule of Civil Procedure 45(a)(4).

9. On June 16, 2017 at 9:30 a.m., the parties and the Court will meet regarding ESI and privilege issues identified in the Joint Status Report [349].

It is so ordered.

Jeffrey T. Gilbert
United States Magistrate Judge

Dated: April 25, 2017