IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin |

## [PROPOSED] ORDER ON STIPULATION REGARDING AMENDED COMPLAINT

This Court, having considered the Stipulation Regarding Amended Complaint by and between Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs (collectively "Plaintiffs") and Simmons Foods, Inc., hereby orders that:

1. Plaintiffs are granted leave to amend their respective Complaints (Dkt. 212, 253, 255) to add Simmons Prepared Foods, Inc. as a Defendant.

2. Simmons Foods, Inc.'s Motions to Dismiss (Dkt. 274, 275, 279, 280, 292, 293) and related briefing will be treated as though the motions were made on behalf of Simmons Prepared Foods, Inc. as well. Any ruling on the motions to dismiss filed by Simmons Foods, Inc. will be a ruling for purposes of Simmons Prepared Foods, Inc. as well.

3. Simmons Prepared Foods, Inc. is not required to provide initial disclosures on its own behalf until 30 days after the Court rules upon the motions to dismiss filed by Simmons Foods, Inc.

4. Simmons Prepared Foods, Inc. must identify proposed custodians by June 7, 2017 and the parties must meet and confer regarding custodians by June 12, 2017.

5. Simmons Prepared Foods, Inc. must provide responses to Plaintiffs' Initial Requests for Production by June 16, 2017.

**IT IS SO ORDERED.**

This 5 day of June, 2017.

_____
HONORABLE THOMAS M. DURKIN
UNITED STATES DISTRICT JUDGE