UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>Magistrate Judge Jeffrey T. Gilbert |

## **ORDER**

Status hearing held on June 16, 2017. During the status hearing, the Court ruled on certain disputes reflected in the parties' Joint Status Report and Letter Brief for April 21, 2017 Status Conference [353] and Joint Status Report and Letter Brief for June 16, 2017 Status Conference and Pursuant to ECF No. 388 [415]. The parties are directed to the transcript for a complete record of the hearing.

This Order memorializes dates set by the Court during the status hearing and additional dates that were not specifically set during the status hearing.

1. On or before June 28, 2017, the parties shall submit a proposed agreed ESI Protocol to the Court's courtroom deputy.

2. On or before June 30, 2017, Plaintiffs and Defendants shall submit to the Court's courtroom deputy their respective proposals for an ESI expert possibly to be appointed by the Court to assist the Court and the parties regarding issues such as a protocol for technology assisted review of ESI and other issues relating to the discovery of ESI that may arise in the course of the litigation.

3. On or before July 7, 2017, Defendants shall file a response brief addressing the issue of Plaintiffs' request for immediate production of documents, if any, sent by Defendants to the Florida Attorney General in response to the Attorney General's Civil Investigative Demands discussed in the Joint Status Report and Letter Brief for June 16, 2017 Status Conference and Pursuant to ECF No. 388 [415 at 56–61].[1] On or before July 14, 2017, Plaintiffs shall file a reply brief.

---

[1] The parties also addressed the Florida Attorney General issue in the Joint Status Report and Letter Brief for April 21, 2017 Status Conference [353 at 8–9, 17–18].

4. On or before June 23, 2017, Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPP") shall file a response brief addressing the downstream discovery issue discussed in the Joint Status Report and Letter Brief for June 16, 2017 Status Conference and Pursuant to ECF No. 388 [415 at 33–52]. On or before June 30, 2017, Defendants shall file a reply brief. If Direct Purchaser Plaintiffs and/or End-User Consumer Plaintiffs want to file a brief addressing any matters discussed in CIIPP's response or Defendants' reply, the parties should meet and confer about a briefing schedule and then submit the proposed schedule to the Court on or before July 7, 2017.

5. On or before June 30, 2017, the parties shall exchange letters regarding their Rule 34 Requests for Production, including their respective responses and objections. On or before July 31, 2017, the parties shall meet and confer regarding their Requests for Production and their respective responses and objections thereto.

6. The Court will circulate to liaison counsel a proposed date or dates for a continued status hearing.

It is so ordered.

_____
Jeffrey T. Gilbert
United States Magistrate Judge

Dated: June 20, 2017