UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Maplevale Farms, Inc., et al.
                                    Plaintiff,
v.                                                      Case No.: 1:16‑cv‑08637
                                                        Honorable Thomas M. Durkin
Koch Foods, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 23, 2017:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the Court's schedule, it sua sponte extends to 7/10/17 the date by which the parties must submit proposals concerning ESI experts per paragraph 2 of the Order entered on June 20 [420]. In addition, the parties may submit names of completely independent experts or experts already under contract to a party. If the latter, the Court will schedule a hearing at which it would hear from both experts rather than appoint a court#039;s expert. The Court will discuss this latter modification with liaison counsel on a telephone conference to be arranged by its courtroom deputy. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.