# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Maplevale Farms, Inc., et al.

                Plaintiff,

v.                              Case No.: 1:16–cv–08637
                              Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2017:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held with Plaintiffs' Liaison Counsel and David Suggs, of White & Case LLP, who acted as liaison counsel for all Defendants. This minute order memorializes several matters discussed during the conference. First, if the parties need more time to submit their agreed ESI Protocol per the Court's prior Order [420, para. 1], they can submit it on or before 7/10/17. The Court will not be able to turn to it before that date in any event. Second, the Court suggested holding a status hearing on 8/2/17 at 2:00 p.m. During the telephone conference, Plaintiffs' Liaison Counsel confirmed their availability for the hearing. On or before 6/29/17, Mr. Suggs will notify the Court's courtroom deputy whether all Defendants' counsel who need to attend that hearing are available on the suggested date. If the hearing proceeds on 8/2/17 at 2:00 p.m., counsel who want to appear for the hearing by telephone shall send their contact information to the Court's courtroom deputy. Two of the agenda items for the hearing will be: (1) the issue of loading and processing certain ESI before the motions to dismiss are decided, and (2) a procedure for dealing with Rule 34 requests and objections after the parties have met and conferred regarding the same. The Court may circulate a more detailed agenda before the hearing. If the Court wants the parties to file anything in advance of the hearing, it will enter an appropriate order. Third, and finally, the Court will not modify the procedure for ESI expert proposals set in its prior Order [420, para. 2] per its suggestion in the minute order entered on 6/23/17 [428] except that all Plaintiffs and all Defendants may submit up to 2 proposed experts, but neither side needs to submit more than 1 proposed expert. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.