**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Actions* | Case No. 1:16-cv-08637 |

**DEFENDANTS' REPLY TO
THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS'
RESPONSE TO FOOTNOTE 16 OF THE JOINT STATUS REPORT**

In the submission by Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs"), Dkt. 429, they do not oppose the relief that Defendants have requested—namely additional custodians for the direct purchaser plaintiffs. *See* Dkt. 415, at 43-52. Thus, Defendants submit this reply only to make clear that, to the extent CIIPPs refuse to preserve or produce documents from their agreed custodians and data sources on the basis that CIIPPs' downstream information is irrelevant to these actions, Defendants disagree with that position. Defendants will meet and confer with CIIPPs about their objections to Defendants' requests for production regarding downstream information, and reserve their rights to move to compel the production of such documents from CIIPPs at the appropriate time.

1

Dated: June 30, 2017

WHITE & CASE LLP

By: /s/ *Robert A. Milne*
Robert A. Milne
David H. Suggs
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
rmilne@whitecase.com
dsuggs@whitecase.com

J. Mark Gidley
Peter J. Carney
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
mgidley@whitecase.com
pcarney@whitecase.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*


NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat*

Respectfully submitted,

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck
Adrian Fontecilla
Stephen R. Chuk
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
afontecilla@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*


WEIL, GOTSHAL & MANGES LLP

By: /s/ *Kevin J. Arquit*
Kevin J. Arquit
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-0950
Facsimile: (212) 310-8007
kevin.arquit@weil.com

Carrie C. Mahan
1300 Eye Street NW
Washington, DC 20016
Telephone: (202) 682-7231
Facsimile: (202) 857-0940
carrie.mahan@weil.com

BAILEY BRAUER PLLC

Clayton E. Bailey
8350 N. Central Expressway, Ste. 935
Dallas, TX 75206
Telephone: (214) 360-7433
Facsimile: (214) 360-7424

*Co., Inc.*

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge
Lisa Jose Fales (admitted *pro hac vice*)
Leonard L. Gordon (admitted *pro hac vice*)
Robert Davis (admitted *pro hac vice*)
600 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
llgordon@venable.com
rpdavis@venable.com

FALKENBERG FIEWEGER & IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
Telephone: (312) 566-4803
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin*
Daniel E. Laytin, P.C.
Christa C. Cottrell
Martin L. Roth
Stacy Pepper
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
martin.roth@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing*

cbailey@baileybrauer.com

EIMER STAHL LLP

Michael L. McCluggage
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

SIDLEY AUSTIN LLP

By: /s/ *John W. Treece*
John W. Treece, Bar No. 3122889
1 S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jtreece@sidley.com

ROSE LAW FIRM

Amy Lee Stewart (admitted *pro hac vice)*
Jacob Dylan White (admitted *pro hac vice*)
20 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 377-0334
Facsimile: (501) 375-1309
astewart@roselawfirm.com
jwhite@roselawfirm.com

*Attorneys for Defendants Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

3

*Division), Sanderson Farms, Inc. (Production Division) & Sanderson Farms, Inc. (Foods Division)*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Patrick Fitzgerald*
Patrick Fitzgerald (#6307561)
155 N. Wacker Drive
Chicago, IL 10036
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com

Boris Bershteyn
Sam Auld
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*


VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr.
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
Andrew M. Meerkins
111 S. Wacker Dr.
Ste. 5100
Chicago IL 60606
Telephone: (312) 704-7700
lhmurray@shb.com
ameerkins@shb.com

*Attorneys for Defendant Simmons Foods, Inc.*


MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga, #90784529
William H. Stallings
Oral D. Pottinger
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC*

*Attorneys for Defendant House of Raeford Farms, Inc.*

| | |
|---|---|
| RILEY SAFER HOLMES & CANCILA LLP | KUTAK ROCK LLP |
| By: /s/ *Sondra A. Hemeryck* | By: /s/ *John P. Passarelli* |
| Sondra A. Hemeryck | John P. Passarelli |
| 70 West Madison Street, Suite 2900 | James M. Sulentic |
| Chicago, IL 60602 | 1650 Farnam Street |
| Telephone: (312) 471-8700 | Omaha, NE 68102 |
| shemeryck@rshc-law.com | Telephone: (402) 346-6000 |
| | Facsimile: (402) 346-1148 |
| STINSON LEONARD STREET LLP | john.passarelli@kutakrock.com |
| | james.sulentic@kutakrock.com |
| William L. Greene | |
| Ruth S. Shnider | J.R. Carroll |
| 150 South Fifth Street, Suite 2300 | Scott Jackson |
| Minneapolis, MN 55402 | 234 East Millsap Road |
| Telephone: (612) 335-1500 | Suite 200 |
| william.greene@stinson.com | Fayetteville, AR 72703-4099 |
| ruth.shnider@stinson.com | Telephone: (479) 973-4200 |
| | Facsimile: (479) 973-0007 |
| THE LAW GROUP OF NORTHWEST ARKANSAS LLP | jr.caroll@kutakrock.com |
| | scott.jackson@kuakrock.com |
| Gary V. Weeks | Kimberly M. Hare (#6323326) |
| K.C. Dupps Tucker | One South Wacker Drive |
| Kristy E. Boehler | Suite 2050 |
| 1830 Shelby Lane | Chicago, IL 60606-4614 |
| Fayetteville, AR 72704 | Telephone: (312) 602-4100 |
| Telephone: (479) 316-3760 | Facsimile: (312) 602-4101 |
| gary.weeks@lawgroupnwa.com | kimberly.hare@kutakrock.com |
| kc.tucker@lawgroupnwa.com | |
| kristy.boehler@lawgroupnwa.com | *Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.* |

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*