
FILED
9/5/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16CV8637

## AFFIDAVIT OF MAURA R. GROSMAN

I, Maura R. Grossman, being duly sworn, deposes, and says:

1. I am a Research Professor in the David R. Cheriton School of Computer Science at the University of Waterloo in Waterloo, Ontario, and Principal of Maura Grossman Law in New York, New York. This affidavit is made on my personal knowledge.

2. I am licensed to practice law in the State of New York and am also a member in good standing of the United States District Courts for the Southern and Eastern Districts of New York.

3. I am filing this affidavit pursuant to Fed. R. Civ. P. § 53(b)(3)(A). I have familiarized myself with the issues and parties in the case docketed as *In Re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637, in the United States District Court for the Northern District of Illinois Eastern Division.

4. I wish to disclose that I know Ms. Robin E. Stewart of Kutak Rock LLP, counsel for O.K. Foods, Inc., through my participation in the 2016 National eDiscovery Leadership Institute ("NeLI"), an annual continuing legal education program which Ms. Stewart founded in 2014. Ms. Stewart invited me to speak on a panel on technology-assisted review at NeLI 2016, which was held on October 21, 2016 in Kansas City, Missouri. While at the Institute, I attended a faculty dinner at which Ms. Stewart and others were present. Since then, Ms. Stewart and I have communicated, from time to time, in passing, at other eDiscovery-related events, but I have neither had nor do I have a personal or professional relationship with Ms. Stewart that would, in any manner, disqualify me from serving as a Special Master in this case, or instill any bias in me either for or against her client.

5. There are no known grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as a Special Master in the *In Re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637, in the United States District Court for the Northern District of Illinois Eastern Division.

Further, affiant sayeth naught.

*Maura R. Grossman*
Maura R. Grossman

Sworn to and subscribed before me on this 31st day of August, 2017 in Toronto, Ontario

_____
Notary Public

My commission expires: My commission does not expire