**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Honorable Jeffrey T. Gilbert |

**PLAINTIFFS' PROPOSED MODIFICATIONS TO THE
PROPOSED ORDER APPOINTING SPECIAL MASTER**

Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and End-User Consumer Plaintiffs (collectively, "Plaintiffs") hereby submit the following comments on the proposed Order Appointing Special Master.

1. On September 5, 2017, the Court entered an Order concerning the appointment of a Special Master to address and resolve existing and future electronically stored information ("ESI") discovery disputes, and attached as an exhibit a proposed Order Appointing Special Master. The Court instructed that any objections or comments to the proposed Order be filed by September 19, 2017.

2. Here, the appointment of a Special Master will serve two goals. First, a Special Master will bring expertise in the area of ESI discovery, thereby providing neutral assistance to the Court in resolving ESI discovery disputes. Second, a Special Master will help the Court streamline this discrete aspect of the case.

3. To effectuate this second goal—streamlining the resolution of ESI issues—Plaintiffs respectfully request that the Court modify the briefing schedule set forth in the proposed Order Appointing Special Master (ECF No. 474, Ex. A at ¶ 4) as follows: (a) reduce the time for a party to object to—or move to adopt or modify—the Special Master's order, report or

recommendation from 21 days to seven days; (b) reduce the time to file a written response from 14 days to seven days, and (c) eliminate the opportunity for a reply in support of an objection or motion.

4. Plaintiffs also propose a limit of seven pages for any brief related to a Special Master's order, report or recommendation, which will further assist in the streamlining process.

5. Given that the issues would have already been debated at length before the Special Master, this proposed schedule would provide the parties a full opportunity to be heard and sufficient time to address any issues, while expediting the resolution of any ESI disputes.

WHEREFORE, Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and End-User Consumer Plaintiffs respectfully request this Court amend its Proposed Order Appointing Special Master accordingly.

Dated: September 19, 2017

Respectfully submitted,

*/s/ Steven A. Hart*
Steven Hart (#6211008)
Brian Eldridge (#6281336)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE, LLC
121 West Wacker Drive, Suite 1050
Chicago, IL 60601
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
kpozan@hmelegal.com

*Direct Purchaser Plaintiffs
Interim Liaison Class Counsel*

W. Joseph Bruckner
Heidi M. Silton
Elizabeth R. Odette
Brian D. Clark

Simeon A. Morbey
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com
hmsilton@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
T: (415) 433-9000
F:  (415) 433-9008
bsimon@pswlaw.com

Clifford H. Pearson
Michael H. Pearson
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
mpearson@pswlaw.com
bpouya@pswlaw.com

*Direct Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*


*/s/ Thomas A. Doyle*

Kenneth A. Wexler
Edward A. Wallace
Thomas A. Doyle
WEXLER WALLACE LLP
55W.Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222
kaw@wexlerwallace.com
eaw@wexlerwallace.com

3

tad@wexlerwallace.com

*Commercial and Institutional Indirect Purchaser Plaintiffs Liaison Counsel*


Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
Brittany N. Resch
GUSTAFSON GLUEK PLLC
220 South Sixth Street, #2600
Minneapolis, MN 55402
T: (612)333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Steven N. Williams
Mark F. Ram
Joyce M. Chang
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
swilliams@cpmlegal.com
mram@cpmlegal.com
jchang@cpmlegal.com

*Commercial and Institutional Indirect Purchaser Plaintiffs Interim Co-Lead Counsel*


*/s/ Steve W. Berman*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
T: (206) 623-7292
steve@hbsslaw.com

Elizabeth A. Fegan

4

Jeannie Y. Evans
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
T: (708) 628-4949
beth@hbsslaw.com
jeannie@hbsslaw.com

*End User and Consumer Plaintiffs*
*Interim Lead Counsel*

# CERTIFICATE OF SERVICE

I, Steven A. Hart, depose and state that I have served a copy of Plaintiffs' Comments on the Proposed Order Appointing Special Master upon all counsel of record via the United States Court for the Northern District of Illinois ECF Document Filing System on September 19, 2017.

By: /s/ Steven A. Hart

[x] As provided by law pursuant to Rule 5(b) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein are true and correct.