# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | Honorable Thomas M. Durkin |

## DEFENDANTS' COMMENTS ON PROPOSED ORDER
## APPOINTING MAURA R. GROSSMAN AS SPECIAL MASTER

By order dated September 5, 2017, the Court proposed appointing Maura R. Grossman ("Prof. Grossman" or "Special Master") as a special master "to address and resolve, by mediation or otherwise, issues and disputes that may arise in this case between the parties in relation to electronic discovery." ECF No. 474. Defendants seek clarification regarding the nature and scope of the Special Master's role in this case, including what issues will be referred to her and the extent of her authority. The order's definition of the Special Master's duties could encompass nearly all disputes that arise in document discovery, and Defendants do not believe that most such disputes will require the Special Master's attention. Defendants also welcome the Court's continued role in discovery matters because the Court's guidance has helped the Parties cooperatively resolve many discovery disputes to date (*e.g.*, negotiating a confidentiality order, ESI protocol, almost all custodians, etc.).

Because most discovery disputes will not raise technical ESI issues for which Prof. Grossman's advice is needed, Defendants ask the Court to consider whether, as Defendants believe, Prof. Grossman could just as effectively assist the Court by consulting on an *ad hoc* basis rather than serving as a formal special master. For example, the dispute over loading and

processing data is largely a question of timing, not substance. The principal issue is whether Defendants must bear the burden of performing these tasks *now*, while motions to dismiss are pending, or whether the parties should defer that work until after the Court decides what issues remain in the case. To answer that question, Defendants can show – without delving into technical matters – that the costs of the work will be massive. And it is indisputable that those costs could be largely – or entirely – unnecessary depending on the outcome of Defendants' motions.

If the Court is inclined to appoint Prof. Grossman as special master, Defendants seek to better understand what issues will be referred to her and the process that she expects to follow in resolving them. Defendants prefer that the Special Master's duties, if any, be limited to discrete, narrowly defined e-discovery disputes for which her expertise is needed. Defining the Special Master's role in this manner will preserve the traditional role of the Court in resolving non-technical discovery disputes and also avoid overuse of the Special Master, including increased ancillary expenses related to, for example, mediations and briefing objections to her rulings.

Americas 93411818

Dated:  September 19, 2017

Respectfully submitted,

| | |
|---|---|
| WHITE & CASE LLP<br><br>By: /s/ *Peter J. Carney*<br>J. Mark Gidley<br>Peter J. Carney<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br>mgidley@whitecase.com<br>pcarney@whitecase.com<br><br>Robert A. Milne<br>David H. Suggs<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>rmilne@whitecase.com<br>dsuggs@whitecase.com<br><br>*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*<br><br>PROSKAUER ROSE LLP<br><br>By: /s/ *Christopher E. Ondeck*<br>Christopher E. Ondeck<br>Adrian Fontecilla<br>Stephen R. Chuk<br>1001 Pennsylvania Ave., NW<br>Suite 600 South<br>Washington, DC 20004<br>Telephone: (202) 416-6800<br>Facsimile: (202) 416-6899<br>condeck@proskauer.com<br>afontecilla@proskauer.com<br>schuk@proskauer.com<br><br>*Attorneys for Wayne Farms LLC* | NOVACK AND MACEY LLP<br><br>By: /s/ *Stephen Novack*<br>Stephen Novack<br>Stephen J. Siegel<br>Christopher S. Moore<br>100 North Riverside Plaza<br>Chicago, IL 60606<br>Telephone: (312) 419-6900<br>snovack@novackmacey.com<br>ssiegel@novackmacey.com<br>cmoore@novackmacey.com<br><br>*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*<br><br>KIRKLAND & ELLIS LLP<br><br>By: /s/ *Daniel E. Laytin*<br>Daniel E. Laytin, P.C.<br>Christa C. Cottrell<br>Martin L. Roth<br>Stacy Pepper<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>dlaytin@kirkland.com<br>ccottrell@kirkland.com<br>martin.roth@kirkland.com<br>stacy.pepper@kirkland.com<br><br>*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) & Sanderson Farms, Inc. (Foods Division)* |

Americas 93411818

| | |
|---|---|
| VENABLE LLP | WEIL, GOTSHAL & MANGES LLP |
| By: /s/ *J. Douglas Baldridge* <br> J. Douglas Baldridge (#437678) <br> Lisa Jose Fales (admitted *pro hac vice*) <br> Leonard L. Gordon (admitted *pro hac vice*) <br> Robert Davis (admitted *pro hac vice*) <br> 600 Massachusetts Ave., NW <br> Washington, DC 20001 <br> Telephone: (202) 344-4000 <br> jdbaldridge@venable.com <br> ljfales@venable.com <br> LLGordon@Venable.com <br> rpdavis@venable.com | By: /s/ *Kevin J. Arquit* <br> Kevin J. Arquit <br> 767 Fifth Avenue <br> New York, NY 10153 <br> Telephone: (212) 310-0950 <br> Facsimile: (212) 310-8007 <br> kevin.arquit@weil.com <br><br> Carrie C. Mahan <br> 1300 Eye Street NW <br> Washington, DC 20016 <br> Telephone: (202) 682-7231 <br> Facsimile: (202) 857-0940 <br> carrie.mahan@weil.com |
| FALKENBERG FIEWEGER & IVES LLP <br><br> Kirstin B. Ives <br> 30 N. LaSalle St., Suite 4020 <br> Chicago, IL 60602 <br> kbi@ffilaw.com <br><br> *Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC* | BAILEY BRAUER PLLC <br><br> Clayton E. Bailey <br> 8350 N. Central Expressway, Ste. 935 <br> Dallas, TX 75206 <br> Telephone: (214) 360-7433 <br> Facsimile: (214) 360-7424 <br> cbailey@baileybrauer.com |
| MAYER BROWN LLP | EIMER STAHL LLP |
| By: /s/ *Carmine R. Zarlenga* <br> Carmine R. Zarlenga, #90784529 <br> William H. Stallings <br> Oral D. Pottinger <br> 1999 K Street N.W. <br> Washington, DC 20006 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> czarlenga@mayerbrown.com <br> wstallings@mayerbrown.com <br> opottinger@mayerbrown.com <br><br> *Attorneys for Defendant Foster Farms, LLC* | Michael L. McCluggage <br> 224 South Michigan Avenue, Ste. 1100 <br> Chicago, IL 60604 <br> Telephone: (312) 660-7665 <br> mmccluggage@eimerstahl.com <br><br> *Attorneys for Defendant Pilgrim's Pride Corporation* |

| | |
|---|---|
| SIDLEY AUSTIN LLP<br><br>By: /s/ *John W. Treece*<br>John W. Treece, Bar No. 3122889<br>1 S. Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>jtreece@sidley.com<br><br>ROSE LAW FIRM<br><br>Amy Lee Stewart (admitted *pro hac vice)*<br>Jacob Dylan White (admitted *pro hac vice*)<br>20 East Fourth Street<br>Little Rock, Arkansas 72201<br>Telephone: (501) 377-0334<br>Facsimile: (501) 375-1309<br>astewart@roselawfirm.com<br>jwhite@roselawfirm.com<br><br>*Attorneys for Defendants Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*<br><br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: /s/ *Patrick Fitzgerald*<br>Patrick Fitzgerald (#6307561)<br>155 N. Wacker Drive<br>Chicago, IL 10036<br>Telephone: (312) 407-0700<br>Facsimile: (312) 407-0411<br>patrick.fitzgerald@skadden.com<br><br>Boris Bershteyn<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>boris.bershteyn@skadden.com<br>sam.auld@skadden.com<br><br>*Attorneys for Defendant Peco Foods, Inc.* | RILEY SAFER HOLMES & CANCILA LLP<br><br>By: /s/ *Sondra A. Hemeryck*<br>Sondra A. Hemeryck<br>70 West Madison Street, Suite 2900<br>Chicago, IL 60602<br>Telephone: (312) 471-8700<br>shemeryck@rshc-law.com<br><br>STINSON LEONARD STREET LLP<br><br>William L. Greene<br>Ruth S. Shnider<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1500<br>william.greene@stinson.com<br>ruth.shnider@stinson.com<br><br>THE LAW GROUP OF NORTHWEST ARKANSAS LLP<br><br>Gary V. Weeks<br>K.C. Dupps Tucker<br>Kristy E. Boehler<br>1830 Shelby Lane<br>Fayetteville, AR 72704<br>Telephone: (479) 316-3760<br>gary.weeks@lawgroupnwa.com<br>kc.tucker@lawgroupnwa.com<br>kristy.boehler@lawgroupnwa.com<br><br>*Attorneys for Defendants George's, Inc. and George's Farms, Inc.* |

| | |
|---|---|
| MANDELL MENKES LLC<br><br>By: /s/ *Brendan J. Healey*<br>Brendan J. Healey<br>One North Franklin, Suite 3600<br>Chicago, IL 60606<br>Telephone: (312) 251-1006<br>Facsimile: (312) 759-2189<br>bhealey@mandellmenkes.com<br><br>ALSTON & BIRD LLP<br><br>B. Parker Miller<br>Valarie C. Williams<br>Max Marks<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>parker.miller@alston.com<br>valarie.williams@alston.com<br>nowell.berreth@alston.com<br>max.marks@alston.com<br><br>SMITH, GILLIAM, WILLIAMS & MILES PA<br><br>R. Brent Hatcher, Jr.<br>301 Green Street NW, Suite 200<br>Gainesville, GA 30501<br>Telephone: (770) 536-3381<br>Facsimile: (770) 535-9902<br>bhatcher@sgwmfirm.com<br>cfranklin@sgwmfirm.com<br><br>*Attorneys for Fieldale Farms Corporation* | KUTAK ROCK LLP<br><br>By: /s/ *John P. Passarelli*<br>John P. Passarelli<br>James M. Sulentic<br>1650 Farnam Street<br>Omaha, NE 68102<br>Telephone: (402) 346-6000<br>Facsimile: (402) 346-1148<br>john.passarelli@kutakrock.com<br>james.sulentic@kutakrock.com<br><br>J.R. Carroll<br>Scott Jackson<br>234 East Millsap Road<br>Suite 200<br>Fayetteville, AR 72703-4099<br>Telephone: (479) 973-4200<br>Facsimile: (479) 973-0007<br>jr.caroll@kutakrock.com<br>scott.jackson@kuakrock.com<br><br>Kimberly M. Hare (#6323326)<br>One South Wacker Drive<br>Suite 2050<br>Chicago, IL 60606-4614<br>Telephone: (312) 602-4100<br>Facsimile: (312) 602-4101<br>kimberly.hare@kutakrock.com<br><br>*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.* |

6

| | |
|---|---|
| VEDDER PRICE P.C.<br>By: /s/ *Gregory G. Wrobel*<br>Gregory G. Wrobel (#3122900)<br>222 N. LaSalle Street<br>Chicago, IL 60601<br>Telephone: (312) 609-7722<br>Facsimile: (312) 609-5005<br>gwrobel@vedderprice.com<br><br>JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC<br><br>Henry W. Jones, Jr.<br>1951 Clark Avenue<br>Raleigh, NC 27605<br>Telephone: (919) 828-2501<br>Facsimile: (919) 834-8447<br>hjones@jordanprice.com<br><br>*Attorneys for Defendant House of Raeford Farms, Inc.* | SHOOK HARDY & BACON LLP<br><br>By: /s/ *Lynn H. Murray*<br>Lynn H. Murray<br>Andrew M. Meerkins<br>111 S. Wacker Dr.<br>Ste. 5100<br>Chicago IL 60606<br>Telephone: (312) 704-7700<br>lhmurray@shb.com<br>ameerkins@shb.com<br><br>*Attorneys for Defendant Simmons Foods, Inc.* |

Americas 93411818