PK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637 |

## ORDER ON STIPULATION
## REGARDING AMENDED COMPLAINT

This Court, having considered the Stipulation Regarding Amended Complaint by and between Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs (collectively "Plaintiffs") and Foster Farms, LLC, hereby orders that:

1. Plaintiffs are granted leave to amend their respective Complaints (Dkt. 212, 253, 255) to add Foster Poultry Farms, a California Corporation (hereinafter Foster Poultry Farms) as a Defendant.

2. Foster Farms, LLC's Motions to Dismiss (Dkts. 279, 280, 284, 289) and related briefing will be treated as though the motions were made on behalf of Foster Poultry Farms as well. Any ruling on the motions to dismiss filed by Foster Farms, LLC will be a ruling for purposes of Foster Poultry Farms as well.

3. Foster Poultry Farms will provide initial disclosures on its own behalf no later than October 13, 2017, including those required by Fed. R. Civ. P. 26(a)(1), the Court's December 21, 2016, Order (Dkt. 264), and the provisions of Interim Scheduling Order No. 1 (Dkt. 388) relating to phone record preservation and possession, custody, or control of cellphones.

4. Foster Poultry Farms must identify proposed document sources (i.e., custodians and centralized sources) by October 13, 2017 and the parties will meet and confer regarding custodians by October 20, 2017.

5. Foster Poultry Farms will provide responses to each of the Plaintiffs initial sets of Requests for Production by October 4, 2017. Foster Poultry Farms will be bound by any agreement(s) reached by Foster Farms, LLC with Plaintiffs regarding its responses to each Plaintiffs initial set of Requests for Production.

**IT IS SO ORDERED.**

This 19 day of Sept., 2017.

HONORABLE THOMAS M. DURKIN
UNITED STATES DISTRICT JUDGE