**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637 |

**ALL PLAINTIFFS' MOTION FOR ENTRY OF ORDER
GRANTING DISCOVERY UNDER THE CABLE ACT**

Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and End-User Consumer Plaintiffs (collectively, "Plaintiffs") hereby move this Court for entry of an Order granting discovery under the Cable Communications Policy Act of 1984, 47 U.S.C. §551 (the "Cable Act"). In support, Plaintiffs state as follows:

1. Defendants have provided Plaintiffs with certain names and telephone numbers of individuals subject to certain discovery in this case. Plaintiffs have served subpoenas on telephone carriers seeking the preservation of documents relating to calls made to and from these individuals and their respective telephone numbers.

2. Certain telephone carriers have indicated they will preserve records only in response to subpoenas issued by law enforcement agencies, governmental entities, or pursuant to court orders. The entry of an Order under the Cable Act will therefore allow for the preservation of these records.

3. A copy of the proposed Order Granting Discovery Under the Cable Act is attached hereto as Exhibit A.

4. Defendants take no position on this Motion or the proposed Order.

WHEREFORE, Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and End-User Consumer Plaintiffs respectfully request this Court enter an Order granting discovery under the Cable Communications Policy Act of 1984, 47 U.S.C. §551.

Dated: September 20, 2017

Respectfully submitted,

*/s/ Steven A. Hart*
Steven Hart (#6211008)
Brian Eldridge (#6281336)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE, LLC
121 West Wacker Drive, Suite 1050
Chicago, IL 60601
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
kpozan@hmelegal.com

*Direct Purchaser Plaintiffs*
*Interim Liaison Class Counsel*


W. Joseph Bruckner
Heidi M. Silton
Elizabeth R. Odette
Brian D. Clark
Simeon A. Morbey
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
hmsilton@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104

T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com

Clifford H. Pearson
Michael H. Pearson
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
mpearson@pswlaw.com
bpouya@pswlaw.com

*Direct Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*


*/s/ Thomas A. Doyle*

Kenneth A. Wexler
Edward A. Wallace
Thomas A. Doyle
WEXLER WALLACE LLP
55W.Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222
kaw@wexlerwallace.com
eaw@wexlerwallace.com
tad@wexlerwallace.com

*Commercial and Institutional Indirect*
*Purchaser Plaintiffs Liaison Counsel*


Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
Brittany N. Resch
GUSTAFSON GLUEK PLLC
220 South Sixth Street, #2600
Minneapolis, MN 55402
T: (612)333-8844

dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Steven N. Williams
Mark F. Ram
Joyce M. Chang
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
swilliams@cpmlegal.com
mram@cpmlegal.com
jchang@cpmlegal.com

*Commercial and Institutional Indirect*
*Purchaser Plaintiffs Interim Co-Lead Counsel*


*/s/ Steve W. Berman*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
T: (206) 623-7292
steve@hbsslaw.com

Elizabeth A. Fegan
Jeannie Y. Evans
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
T: (708) 628-4949
beth@hbsslaw.com
jeannie@hbsslaw.com

*End User and Consumer Plaintiffs*
*Interim Lead Counsel*

# CERTIFICATE OF SERVICE

I, Steven A. Hart, depose and state that I have served a copy of All Plaintiffs' Motion for Entry of Order Granting Discovery Under the Cable Act upon all counsel of record via the United States Court for the Northern District of Illinois ECF Document Filing System on September 20, 2017.

By: /s/ Steven A. Hart

[x] As provided by law pursuant to Rule 5(b) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein are true and correct.