UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>Magistrate Judge Jeffrey T. Gilbert |

## **ORDER**

Telephone conference held on October 2, 2017. The date for the conference was set in an Order issued on September 5, 2017 [474]. During the conference, the Court addressed with the parties the proposed appointment of a special master to handle eDiscovery matters [474] and other pending discovery issues. The parties are directed to the transcript for a complete record of the conference. Counsel participating in the conference who wish to be noted of record are directed to send an e-mail to the official court reporter, nancy_bistany@ilnd.uscourts.gov, with their name, contact information, and the party they represent no later than October 6, 2017.

An Order Appointing Special Master [491] is being entered contemporaneously with this Order. This Order directs the Special Master to address certain eDiscovery matters with the parties and memorializes dates discussed or set by the Court during the telephone conference.

1. Status hearing set for November 15, 2017 at 9:30 a.m. CST. During this status hearing, the Court will address with the parties and the Special Master next steps to be taken with respect to the eDiscovery matters covered by the Order Appointing Special Master [491].

2. The Court has directed the Special Master to discuss with the parties an agenda of eDiscovery matters, within the meaning of the Order Appointing Special Master [491], that can be addressed productively, in whole or in part, at this time and before the pending motions to dismiss are decided, with respect to (a) planning for Technology Assisted Review — a subject reserved for further discussion in section V(D) of the Order Regarding Production of Electronically Stored Information and Paper Document ("ESI Protocol") [459 at 14] — and (b) any other matters within the ambit of the ESI Protocol and the Order Appointing Special Master [491] that the Special Master, with the parties' input, thinks can be addressed productively such as, without limitation, structured data disclosures and negotiations, loading and processing certain electronically stored information, and identification and negotiation of key word search terms (which issues were discussed during this morning's telephone conference). The Court has asked the

Special Master to meet with the parties to discuss these eDiscovery matters before the status hearing set for November 15, 2017, and to report to the Court about that meeting before the status hearing.

3. On or before October 16, 2017, the parties shall submit letters to the Court, copied to all other parties, regarding the Federal Rule of Civil Procedure 34 requests for production of documents they have propounded to each other and the responses and objections to those requests, with particular emphasis on any concrete issues or disputes that can be presented to the Court now either for resolution or for focused discussion that could enhance the prospect that those issues or disputes can be resolved without extensive motion practice and, preferably, before Defendants' motions to dismiss are decided. On or before October 30, 2017, the parties shall submit letters to the Court, copied to all other parties, in response to the letters served on October 16, 2017. If possible, the Court will discuss the matters contained in the parties' letter submissions at the hearing set for November 15, 2015, or it will set, before that hearing, another hearing date at which those discussions will occur.

4. On or before October 16, 2017, the parties shall send to the Court's Proposed Order Email Address either an agreed proposed Federal Rule of Evidence 502(d) order or, if they cannot agree, then they shall submit their separate proposed Rule 502(d) orders.

It is so ordered.

Jeffrey T. Gilbert
United States Magistrate Judge

Dated: October 2, 2017