UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case: 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Honorable Jeffrey T. Gilbert |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### Rule 502(d) ORDER

1. The production of any material or information, whether inadvertent or otherwise, shall not be deemed to waive any privilege or work-product protection in this litigation or in any other federal or state proceeding.

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of any material or information for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

3. This Order is subject to the Order Regarding Production of Electronically Stored Information and Paper Documents, ¶ VII(B)(1) ("Clawbacks Before Depositions") (*see* Dkt. 459).

4. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

SO ORDERED.
Dated: 10/12, 2017

_____
HON. JEFFREY T. GILBERT
United States Magistrate Judge