**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Actions | Case No. 1:16-cv-08637 |

**THE COMMERCIAL AND INSTITUTIONAL**
**INDIRECT PURCHASER PLAINTIFFS'**
**AMENDMENTS BY INTERLINIATION TO THEIR**
**THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** *(ECF 253)*

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, and pursuant to the Stipulation *(ECF 403)* and the Order *(ECF 410)* regarding Simmons Prepared Foods, Inc., and also pursuant to the Stipulation *(ECF 476)* and Order *(ECF 479)* regarding Foster Poultry Farms, the Commercial and Institutional Indirect Purchaser Plaintiffs (CIIPs) hereby amend their operative pleading *(ECF 253)*, by interlineation. The CIIPs state as follows:

1.  If the Court requires, the CIIPs would submit a complete version of the pleading (incorporating these inserts into the document). If a new version is not required at this time for the purpose of making these changes, the CIIPs will incorporate these inserts into the next version of their pleading, whenever they are next filing a complaint in this case.

2.  The inserts by interlineation both follow two paragraphs on Page 16 of the CIIPs' Third Amended and Consolidated Class Action Complaint *(ECF 253)*. The inserts by interlineation are as follows:

**¶ 59A:** Foster Poultry Farms is a privately-held California corporation headquartered in Livingston, California. Foster Poultry Farms is a related entity of Foster Farms, LLC.

During the Class Period, Foster Poultry Farms (and/or its predecessors, wholly-owned or controlled subsidiaries, or affiliates) was engaged in the processing, distribution, sale, pricing, and/or marketing of Broilers, directly or through wholly-owned or controlled affiliates, to purchasers in the United States. Defendant Foster Farms, LLC and Foster Poultry Farms are collectively referred to as "Foster Farms" in this complaint.

¶ 61A: Simmons Prepared Foods, Inc. is a privately-held Arkansas corporation headquartered in Siloam Springs, Arkansas. Simmons Prepared Foods, Inc. is a wholly-owned subsidiary of Simmons Foods, Inc. During the Class Period, Simmons Foods, Inc. exclusively sold the chicken it produced to Simmons Prepared Foods, Inc., which in turn sold the chicken in various forms to its customers. Simmons Prepared Foods, Inc. (and/or its predecessors, wholly-owned or controlled subsidiaries, or affiliates) was engaged in the processing, distribution, sale, pricing, and/or marketing of Broilers, directly or through wholly-owned or controlled affiliates, to purchasers in the United States. Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc. are collectively referred to as "Simmons" or "Simmons Foods" in this complaint.

# # # #

Dated: October 16, 2017            /s/ Thomas A. Doyle
                                   _____

                                   Daniel E. Gustafson
                                   Daniel C. Hedlund
                                   Michelle J. Looby
                                   Joshua R. Rissman
                                   Brittany N. Resch
                                   **GUSTAFSON GLUEK PLLC**
                                   220 South Sixth Street #2600
                                   Minneapolis, MN 55402
                                   Telephone: (612) 333-8844
                                   dgustafson@gustafsongluek.com
                                   dhedlund@gustafsongluek.com
                                   mlooby@gustafsongluek.com
                                   jrissman@gustafsongluek.com
                                   bresch@gustafsongluek.com

                                   Joseph W. Cotchett
                                   Steven N. Williams
                                   Joyce M. Chang
                                   Mark F. Ram
                                   **COTCHETT, PITRE & MCCARTHY, LLP**
                                   840 Malcolm Road, Suite 200
                                   Burlingame, CA 94010
                                   Telephone: (650) 697-6000
                                   jcotchett@cpmlegal.com
                                   swilliams@cpmlegal.com
                                   jchang@cpmlegal.com
                                   mram@cpmlegal.com

                                   *Interim Co-Class Counsel on Behalf of the*
                                   *Commercial and Institutional Indirect Purchasers*

                                   Kenneth A. Wexler
                                   Edward A. Wallace
                                   Thomas A. Doyle
                                   **WEXLER WALLACE LLP**
                                   55 W. Monroe Street, Suite 3300
                                   Chicago, IL  60603
                                   Telephone: (312) 346-2222
                                   kaw@wexlerwallace.com
                                   eaw@wexlerwallace.com
                                   tad@wexlerwallace.com

                                   *Interim Liaison Counsel on Behalf of the*
                                   *Commercial and Institutional Indirect Purchasers*

## CERTIFICATE OF SERVICE

I certify that, on October 16, 2017, I caused a copy of the foregoing document to be served on Counsel for all parties via the Court's ECF system.

/s/ Thomas A Doyle