

LOCKRIDGE
GRINDAL
NAUEN
P.L.L.P.

Attorneys at Law

www.locklaw.com

MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

WASHINGTON, D.C.
Suite 210
415 Second Street, N.E.
Washington, D.C. 20002-4900
T 202.544.9840
F 202.544.9850

Brian D. Clark
bdclark@locklaw.com
Phone: 612-339-6900
REPLY TO MINNEAPOLIS

October 30, 2017

**VIA ECF AND HAND DELIVERY**

Hon. Magistrate Judge Jeffrey T. Gilbert
United States District Court
District of Illinois, Northern Division
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street, Room 1336
Chicago, IL 60604

      Re: *In re Broiler Chicken Antitrust Litig.*, Case No. 1:16-cv-08637 (N.D. Ill.)

Dear Judge Gilbert:

      On behalf of the Direct Purchaser Plaintiffs ("DPPs"), I submit this letter pursuant to your Order of October 2, 2017 (ECF No. 492) and in response to Defendants' October 16, 2017 letter (ECF No. 506).

      The DPPs agree that only two issues remain in dispute with respect to Defendants' Rule 34 document requests: downstream sales data and information concerning participation by the DPPs in trade association activities. The DPPs believe both issues are ripe for resolution in light of the fact that both were fully briefed in the Joint Status Report and Letter Brief submitted on June 14, 2017 (ECF No. 415) and the meet and confer process has been completed, but do not object to deferring resolution until after a ruling on the pending motions to dismiss should the Court prefer to do so. Rather than repeat their previous briefing regarding these issues, DPPs refer to and rely upon the legal authority and arguments set forth in the June 14, 2017 Status Report and Letter Brief (ECF No. 415 at 33-42). The DPPs' position regarding the production of downstream sales data and trade association membership issues is further set forth below.

**Defendants' Request for Irrelevant Downstream Sales Information**

      As set forth in the June 14, 2017 Status Report and Letter Brief (ECF No. 415 at 33-35), defendants in antitrust cases routinely seek downstream data from direct purchaser plaintiffs and such requests are invariably denied as irrelevant and potentially chilling. The fact that this case also involves indirect purchaser actions does not make discovery of downstream data from the DPPs permissible. *See id.* at 36-37. Similarly, Defendants' assertions that downstream discovery from the DPPs is somehow relevant to class certification and market definition/conditions are equally without merit. *See id.* at 37-40. The DPPs stand on their

Hon. Magistrate Judge Jeffrey T. Gilbert
United States District Court
District of Illinois, Northern Division
October 30, 2017

objections to Defendants' requests for downstream sales information in the context of this horizontal price-fixing case and see no need to await a ruling on the motions to dismiss for the Court to decide this issue as it pertains to the DPPs.

## Defendants' Request for Information Concerning Irrelevant Trade Association Activities

The DPPs have agreed to search for and produce any documents concerning relevant industry trade associations, *i.e.*, those related to broiler chickens or other protein products. *See* June 14, 2017 Status Report and Letter Brief (ECF No. 415 at 41). To the extent Defendants wish to argue that participation by the DPPs in any trade association (whether relevant to this case or not) somehow helps them to rebut inferences of conspiracy, they are free to do so without engaging in an unnecessary fishing expedition for wholly irrelevant documents. Indeed, the DPPs made clear to Defendants that they could seek information about participation in trade associations unrelated to this case via a simple interrogatory or deposition questions, thereby avoiding the need for the DPPs to potentially designate numerous document custodians who have nothing to do with the allegations in this case. *See id*. at 41-42. Again, the DPPs believe this issue is straightforward and can be decided before a ruling on the motions to dismiss.

\* \* \*

DPPs will be prepared to discuss these issues above at the November 15, 2017 status conference.

Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*Brian D. Clark*

Brian D. Clark
Counsel for Direct Purchaser Plaintiff

cc: All ECF recipients