# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Maplevale Farms, Inc., et al.
                      Plaintiff,

v.                                      Case No.: 1:16−cv−08637
                                            Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:The opinion and order dated November 20, 2017 [541] is amended such that the word "Wisconsin" in the first paragraph on page 1, and in the first two paragraphs of the "Conclusion" section on page 91, is replaced by the word "Arkansas."Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.