# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Maplevale Farms, Inc. v. Koch Foods, et al.

Case Number: 1:16-cv-08637

An appearance is hereby filed by the undersigned as attorney for:
 Maplevale Farms, Inc.; John Gross and Company, Inc.; Ferraro Foods, Inc.; Ferraro Foods of North Carolina, LLC;
 Joe Christiana Food Distributors, Inc.; Barters International LLC; and Cedar Farms Co., Inc.,

Attorney name (type or print): Noah Axler

Firm: Axler Goldich LLC

Street address: 1520 Locust St., Suite 301

City/State/Zip: Philadelphia, PA 19102

Bar ID Number: 85324 (Pennsylvania)
(See item 3 in instructions)

Telephone Number: 267-534-7400

Email Address: naxler@axgolaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 13, 2017

Attorney signature: S/ Noah Axler
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015