Maplevale Farms, Inc., et al.
　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:16–cv–08637
　　　　　　　　　　　　　　　　　　　　Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2018:

　　　　MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' request, the Court enters the following agreed briefing schedule on the parties' dispute regarding the discoverability of downstream data, see [580 at 79]. On or before 1/26/18 at 3:00 p.m. CST (1) Defendants shall file a supplemental brief not to exceed 20 pages, and (2) DPPs and CIIPPs each shall file a separate supplemental brief not to exceed 10 pages. On or before 2/2/18 at 3:00 p.m. CST (1) Defendants shall file a reply brief not to exceed 10 pages, and (2) DPPs and CIIPPs each shall file a separate reply brief not to exceed 5 pages. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.