UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>Magistrate Judge Jeffrey T. Gilbert |

## ORDER

This matter is set for a status hearing on February 7, 2018, at 9:30 a.m. CST. [ECF No. 571]. Below is a preliminary draft agenda listing the issues that the Court may address during the hearing. The Court is circulating this preliminary draft agenda now to assist the parties in preparing for the hearing. The parties should be prepared to address the issues in the agenda to the extent possible. The Court may decide to address issues not listed in the agenda, and the agenda does not preclude the parties from raising other issues. If the parties do have other issues they want to add to the agenda, then they should file a notice as to additional proposed agenda items in this case by noon on February 6, 2018.

Given the nature of the agenda for the upcoming status hearing and the weather in Chicago in February, and to save time and expense for themselves and their clients, the Court encourages and grants leave to out-of-town counsel to appear by telephone. Counsel in Chicago can appear in-person (since they are stuck here anyway) or by telephone.

The Court requests that Plaintiffs' counsel in this case extend to counsel for the plaintiffs in case numbers 18-cv-700 and 18-cv-702 this Court's invitation to attend the February 7 status hearing.

Agenda for Status Hearing on February 7, 2018

1. Process for folding in or otherwise addressing scheduling issues for newly-filed, non-class cases in light of existing schedules and orders entered in the putative class cases. Meet and confer process and submission of agreed or proposed protocol.

2. Rulings on any outstanding Rule 34 Objections in putative class cases that need attention, other than the newly-briefed downstream data issue which will be taken under advisement.

3. Serving amended responses to Rule 34 Requests, if necessary.

4. Defendant Tyson's objections to subpoenas for certain phone records.

5. Appropriate time period for structured data discovery.

6. Schedule for the production of structured data.

7. Special Master Report on any additional topics, as needed.

8. Procedure for periodic status reports and future status hearings.

9. Set dates for necessary future court hearings and/or filings.

It is so ordered.

                                                                                         _____
                                                                                         Jeffrey T. Gilbert
                                                                                         United States Magistrate Judge

Dated: February 2, 2018