UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>Magistrate Judge Jeffrey T. Gilbert |

### ORDER

This matter is set for a status hearing on February 7, 2018, at 9:30 a.m. CST. [ECF No. 571]. Below is an agenda listing the issues that the Court may address during the hearing. The parties should be prepared to address the issues in the agenda to the extent possible. The Court may decide to address issues not listed in the agenda, and the agenda does not preclude the parties from raising other issues.

Given the nature of the agenda for the upcoming status hearing and the weather in Chicago in February, and to save time and expense for themselves and their clients, the Court encourages and grants leave to out-of-town counsel to appear by telephone. Counsel in Chicago can appear in-person (since they are stuck here anyway) or by telephone.

The Court requests that Plaintiffs' counsel in this case extend to counsel for the plaintiffs in the recently reassigned cases this Court's invitation to attend the February 7 status hearing. The Court requests that Defendants' liaison counsel extend to counsel for the newly added defendants in the Direct Purchaser Plaintiffs' proposed Third Amended and Consolidated Class Action Complaint and the defendants in the recently reassigned cases this Court's invitation to attend the February 7 status hearing.

Agenda for Status Hearing on February 7, 2018

1. Process for folding in or otherwise addressing scheduling issues for newly-filed, non-class cases in light of existing schedules and orders entered in the putative class cases. Meet and confer process and submission of agreed or proposed protocol.

2. Rulings on any outstanding Rule 34 Objections in putative class cases that need attention, other than the newly-briefed downstream data issue which will be taken under advisement.

3. Serving amended responses to Rule 34 Requests, if necessary.

4. Defendant Tyson's objections to subpoenas for certain phone records.

5. Appropriate time period for structured data discovery.

6. Schedule for the production of structured data.

7. Brief report on the parties' progress under the Order regarding Search Methodology for Electronically Stored Information [586].

8. Special Master Report on any additional topics, as needed.

9. Procedure for periodic status reports and future status hearings.

10. Set dates for necessary future court hearings and/or filings.

It is so ordered.

Jeffrey T. Gilbert
United States Magistrate Judge

Dated: February 6, 2018