UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>All End-User Consumer Plaintiff Actions | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 7, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Thomas M. Durkin in Courtroom 1441 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present the following documents to the court: (1) End-User Consumer Plaintiffs' Memorandum in Opposition to Agri Stats Inc.'s Motion for Protective Order; (2) Declaration of Shana E. Scarlett in Support of End-User Consumer Plaintiffs' Memorandum in Opposition to Agri Stats Inc.'s Motion for Protective Order ("Scarlett Declaration"); and ( 3) Exhibits 2-8 to the Scarlett Declaration., copies of which have been served upon you.

DATED: June 1, 2018

HAGENS BERMAN SOBOL SHAPIRO LLP

By    *s/ Shana E. Scarlett*
    SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP

010636-11 1036285 V1

-1-

1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
beth@hbsslaw.com

*Interim Lead Counsel for End-User Consumer Plaintiffs*

Kit A. Pierson
Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
dsilverman@cohenmilstein.com

*Additional Counsel for End-User Consumer Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 1, 2018 a true and correct copy of the foregoing was electronically filed via CM/ECF, which caused notice to be sent to all counsel of record.

                                                      s/ Shana E. Scarlett
                                                    SHANA E. SCARLETT