UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* <br><br> This Document Relates To: <br><br> All End-User Consumer Plaintiff Actions | No. 1:16-cv-08637 <br><br> Honorable Thomas M. Durkin <br> Magistrate Judge Jeffrey T. Gilbert |

**END-USER CONSUMER PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL MEMORANDUM AND DECLARATION OF SHANA SCARLETT IN OPPOSITION TO AGRI STATS, INC.'S MOTION FOR PROTECTIVE ORDER**

End-User Consumer Plaintiffs ("Plaintiffs"), through their undersigned counsel, and pursuant to Local Rule 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully move this Court for entry of an order granting Plaintiffs leave to file under seal: (1) portions of End-User Consumer Plaintiffs' Memorandum in Opposition to Agri Stats Inc.'s Motion for Protective Order ("Opposition Memorandum"); (2) portions of the Declaration of Shana E. Scarlett in Support of End-User Consumer Plaintiffs' Memorandum in Opposition to Agri Stats Inc.'s Motion for Protective Order ("Scarlett Declaration"); and ( 3) Exhibits 2-8 to the Scarlett Declaration. In support, Plaintiffs state the following:

1.  On May 18, 2018, Defendant Agri Stats Inc. ("Agri Stats") filed a Motion for Protective Order. ECF No. 895. Certain portions of Plaintiffs' Opposition Memorandum, Scarlett Declaration, and Exhibits 2-8 contain confidential information from documents marked "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" and "HIGHLY CONFIDENTIAL

– SUBJECT TO PROTECTIVE ORDER." Additionally, some of the proposed search terms at issue in this matter have been designated as "confidential" and subject to the protective order by certain defendants.

3. The Agreed Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2" ECF No. 202 at 11.

4. Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must . . . move the court for leave to file the document under seal." L.R. 26.2(c).

5. In compliance with Local Rule 26.2(c), Plaintiffs filed a public-record version of the Memorandum Opposition, Scarlett Declaration, and Exhibits 2-8, with only the portions containing confidential information redacted.

WHEREFORE, End-User Consumer Plaintiffs respectfully request this Court to enter an order granting them leave to file under seal portion of their Opposition Memorandum, Scarlett Declaration, and Exhibits 2-8.

DATED: June 1, 2018	HAGENS BERMAN SOBOL SHAPIRO LLP

By      s/ Shana E. Scarlett
    SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com

-3-

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
beth@hbsslaw.com

*Interim Lead Counsel for End-User Consumer Plaintiffs*

Kit A. Pierson
Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
dsilverman@cohenmilstein.com

*Additional Counsel for End-User Consumer Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 1, 2018 a true and correct copy of the foregoing was electronically filed via CM/ECF, which caused notice to be sent to all counsel of record.

          /s/ Shana E. Scarlett
          SHANA E. SCARLETT