# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | Case No. 1:16-cv-08637<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>(Chef Marc) |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), WeLoveCaesar LLC dba Chef Marc's Trattoria, one of the named Plaintiffs in the Commercial and Institutional Indirect Purchaser Plaintiff ("CIIPP") class, *see* CIIPPs' Fourth Amended Consolidated Class Action Complaint (Doc. No. 746), hereby files this notice of voluntary dismissal without prejudice as to its individual claims and of withdrawal as named Plaintiff for the CIIPP class. No Defendant has filed a response or answer to CIIPPs' Fourth Amended Consolidated Class Action Complaint, no CIIPP class has yet been certified, and multiple named plaintiffs remain as proposed CIIPP class representatives.

Dated: June 15, 2018

*/s/ Thomas A. Doyle*
Kenneth A. Wexler
Edward A. Wallace
Thomas A. Doyle
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
eaw@wexlerwallace.com
tad@wexlerwallace.com

*Liaison Counsel for the Commercial and Institutional Indirect Purchaser Plaintiff Class*

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
220 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Joseph W. Cotchett
Adam J. Zapala
Mark Ram
Tamarah Prevost
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
mram@cpmlegal.com
tprevost@cpmlegal.com

*Interim Co-Class Counsel for the Commercial and Institutional Indirect Purchaser Plaintiff Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | Case No. 1:16-cv-08637<br><br>**[PROPOSED] ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (Chef Marc)** |

Based on the Commercial and Institutional Indirect Purchaser Plaintiff ("CIIPPs") Notice of Voluntary Dismissal without Prejudice, filed in the above-caption action,

**IT IS HEREBY ORDERED** that:

WeLoveCaesar LLC dba Chef Marc's Trattoria, is voluntarily dismissed without prejudice, as to its individual claims and of withdrawal as named Plaintiff for the CIIPP class.

Dated: June ___, 2018

---

HON. THOMAS M. DURKIN
U.S. DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I certify that, on June 15, 2018, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

/s/ Thomas A Doyle
_____

Thomas A. Doyle