PK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*IN RE BROILER CHICKEN ANTITRUST LITIGATION*

This Document Relates To:

All Commercial and Institutional Indirect Purchaser Plaintiff Actions

Case No. 1:16-cv-08637

[PROPOSED] ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (ChefMarc)

Based on the Commercial and Institutional Indirect Purchaser Plaintiff ("CIIPPs") Notice of Voluntary Dismissal without Prejudice, filed in the above-caption action,

**IT IS HEREBY ORDERED** that:

WeLoveCaesar LLC dba Chef Marc's Trattoria, is voluntarily dismissed without prejudice, as to its individual claims and of withdrawal as named Plaintiff for the CIIPP class.

Dated: June 19, 2018

HON. THOMAS M. DURKIN
U.S. DISTRICT JUDGE