# Exhibit F

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 TMD |
| This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF INTERROGATORIES TO ALL DEFENDANTS |

Pursuant to Federal Rule of Civil Procedure 33, Commercial and Institutional Indirect Purchaser Plaintiffs hereby request that each Defendant answer the following interrogatories separately and fully, in writing and under oath, and in accordance with the following instructions and definitions, within 30 days of the date of service.

## I. DEFINITIONS

The following definitions shall apply to these document requests:

1. "And" and "or" are to be read interchangeably so as to give the broadest possible meaning to a particular request in which either or both is used.

2. "Broiler" or "Broilers" are chickens raised for meat consumption to be slaughtered before the age of 13 weeks, and which may be sold in a variety of forms, including fresh or frozen, raw or cooked, whole or in parts, or as a meat ingredient in a value added product, but excluding chicken that is grown, processed, and sold according to halal, kosher, free range, or organic standards.

3. "Defendant" means the responding Defendant, including any predecessors, wholly-owned or controlled subsidiaries or affiliates, successors, parents, other subsidiaries, departments, divisions, and any organization or entity that the responding Defendant manages or controls.

4. "Identify" means to provide sufficient information so that the subject matter can be located, including but not limited to the present or last known address, contact information, relevant time period for each entity, and any and all individuals affiliated with the entity(ies) or involved with participation with a particular entity on Your behalf. When used with respect to a person, "Identify" shall mean to give, to the extent known, the person's full name, present or last known address, telephone number. Once a person has been identified in accordance with this

instruction, only the name of that person need be listed in response to subsequent Interrogatories requesting the identification of that person.

5. "Including" should not be construed as limiting the request in any way and therefore means "including, but not limited to," or "including without limitation."

6. "You," "Your" or "Your company" means the responding Defendant, including any predecessors, wholly-owned or controlled subsidiaries or affiliates, successors, parents, other subsidiaries, departments, divisions, joint ventures, other affiliates and any organization or entity that the responding Defendant manages or controls.

## II. INSTRUCTIONS

The relevant time period for each of the requests below is from January 1, 2007 to September 2, 2016.

## III. INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify for Your Broilers sold to Commercial and Institutional Indirect Purchaser Plaintiffs, including through wholesalers, distributors, retail or commercial groceries, or food service institutions:

a) product type;
b) detailed product description;
c) all Your unique product identifiers, including but not limited to Your product SKU or UPC;
d) all Your names (internal, external, branded, generic);
e) any other identifier You associate with Broilers sold to Commercial and Institutional Indirect Purchaser Plaintiff; and
f) Your annual net and gross revenue for Broilers sold to Commercial and Institutional Indirect Purchaser Plaintiffs by product identifier.

**INTERROGATORY NO. 2:**

Identify Your top fifteen wholesale or distributor customers (by unit sales) of Broilers intended for sale to Commercial and Institutional Indirect Purchaser Plaintiffs each year during

the Relevant Time period. For each wholesale or distributor customer, identify the SKU or UPC codes (or other unique identifier) for each product type sold to that customer.

**INTERROGATORY NO. 3:**

Identify by name, title, and last known business and home address each current or former Employee who has, or had, managerial responsibility for recommending, reviewing, setting, approving, or deciding prices, price increases, supply or output of Broilers for Your company at any time during the Relevant Time Period, and set forth the time period in which such responsibility was held.

**INTERROGATORY NO. 4:**

Identify each location and facility at which You manufactured, produced, stored, distributed, or sold Broilers during the Relevant Time Period.

**INTERROGATORY NO. 5:**

Separately Identify and describe each meeting and communication attended or participated in by You, on the one hand, and at least one other current or former officer, director, employee or agent of another Defendant or competitor, on the other hand, concerning, in whole or in part, any of the following subjects regarding Broilers: (a) pricing, prices, price changes or price policy of Broilers; (b) demand of/for Broilers; (c) production, capacity, supply or changes in production or capacity of Broilers; (d) the exchange of Broiler sales or customer information; (e) imports or exports of Broilers. To the extent that You know of any communication that your affiliated domestic or foreign Defendant had with any other competitor concerning any of the foregoing subjects, you should also provide that information in your answer.

DATED: January 19, 2018

/s/ *Thomas A. Doyle*
Kenneth A. Wexler
Edward A. Wallace
Thomas A. Doyle
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
eaw@wexlerwallace.com
tad@wexlerwallace.com

*Interim Liaison Counsel on Behalf of Indirect Purchasers*

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
220 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Joseph W. Cotchett
Adam J. Zapala
Mark F. Ram
Tamarah P. Prevost
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
mram@cpmlegal.com
tprevost@cpmlegal.com

*Interim Co-Class Counsel on Behalf of Indirect Purchasers*