**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re Broiler Chicken Antitrust Litigation | Case No.: 16 C 8637 |
| | Judge Thomas Durkin |

**MOTION FOR REASSIGNMENT BASED ON RELATEDNESS
<u>PURSUANT TO LOCAL RULE 40.4</u>**

`        Plaintiff, BJ's Wholesale Club, Inc. in 18-cv-5877, by and through its undersigned counsel, pursuant to Local Rule 40.4, respectfully moves this Court for reassignment of its case based on relatedness, and in support thereof, Plaintiff states as follows:

1. Plaintiff BJ's Wholesale Club, Inc. seeks that this Court transfer the case of <u>BJ's Wholesale Club, Inc. v. Tyson Foods, Inc., et al.</u>, 18-cv-5877, pursuant to Local Rule 40.4 based on a finding of relatedness.

**I.      <u>LR 40.4(c)</u>**

2. LR 40.4(c) directs that the "motion shall be filed in the lowest-numbered case of the claimed related set and noticed before the judge assigned to that case."

3. LR 40.4(c) directs the party filing the motion to attach a copy of the complaint from the case thought to be related.  The *BJ's* complaint in 18-cv-5877 is attached hereto as Exhibit 1.

4. Finally, LR 40.4(c) provides that a "motion for reassignment based on relatedness may be filed by any party to a case," and directs the party filing the motion to: "(1) set forth the points of commonality of the cases in sufficient detail to indicate that the cases are related within the meaning of section (a), and (2) indicate the extent to which the conditions required by section (b) will be met if the cases are found to be related."

II.    **LR 40.4(a)**

5.  Pursuant to LR 40.4(a), two or more civil cases may be related if, ". . . (2) the cases involve the same issues of fact or law;" or, "(3) the cases grow out of the same transaction or occurrence."

6.  The present case, those already found to be related,[1] and the newly filed *BJ's* case, 18-cv-5877, are all related because all involve many of the same issues of fact and law and grow out of the same basic occurrence.

7.  The present case and the related litigations allege the "Defendants conspired to fix chicken prices higher than the market would naturally support, in violation of the Sherman Act § 1 and state law."  Dkt. 541, p.1.

8.  Moreover, while the Defendants somewhat vary from case to case, the Defendants in the complaint attached as Exhibit 1, and most of the Defendants in the present matter and related litigations are nearly identical.  And the Defendants named in Plaintiff's action overlap almost exactly with those named in No. 18-cv-700, No. 18-cv-702, No. 18-cv-4000 and others which were already found to be related.

9.  The same law and authorities apply to Sherman Act claims and relate to the same core of operative fact surrounding the alleged conspiracy.

---

[1] According to the Court's docket (16-cv-8637) as of August 30, 2018, related cases include 16-cv-9490, 16-cv-9421, 16-cv-8931, 16-cv-8851, 16-cv-9007, 16-cv-8737, 16-cv-9589, 16-cv-9684, 16-cv-8874, 16-cv-9912, 16-cv-9900, 17-cv-7176, 17-cv-8850, 18-cv-3471, 18-cv-700, 18-cv-245, 18-cv-702, 18-cv-4000, 18-cv-4534, 18-cv-5351, 18-cv-5341, and 18-cv-5345.

### III.    <u>LR 40.4(b)</u>

10. Pursuant to LR 40.4(b), this Court may reassign <u>BJ's Wholesale Club, Inc. v. Tyson Foods, Inc., et al.</u>, 18-cv-5877, if it relates to the present lawsuit under LR 40.4(a), "and each of the following criteria is met: (1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case had not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding."

11. Aside from the case sought to be reassigned, all of the aforementioned litigation is pending in the Northern District of Illinois before Judge Durkin.

12. The Court can save substantial time and effort by, among other things, coordinating discovery issues and briefing.

<b>CONCLUSION</b>

WHEREFORE Plaintiff BJ's Wholesale Club, Inc. respectfully requests that this Honorable Court grant its motion for reassignment based on relatedness pursuant to Northern District of Illinois Local Rule 40.4.

Respectfully submitted,

BJ'S WHOLESALE CLUB, INC.


*/s/ Terence H. Campbell*
Philip J. Iovieno
Anne M. Nardacci
Mark A. Singer
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com
msinger@bsfllp.com

Nicholas A. Gravante, Jr.
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
ngravante@bsfllp.com

Terence H. Campbell
COTSIRILOS, TIGHE, STREICKER,
POULOS & CAMPBELL, LTD.
33 North Dearborn Street
Suite 600
Chicago, IL 60602
Tel: (312) 263-0345
Fax: (312) 263-4670
tcampbell@cotsiriloslaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney, on oath, states that a copy of the foregoing pleading was served on all of the attorneys of record via the Court's electronic filing system.

/s/ Terence H. Campbell