UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re Broiler Chicken Antitrust Litigation | Case No.: 16 C 8637<br><br>Judge Thomas Durkin |

**NOTICE OF MOTION**

`TO:        All Parties of Record

**PLEASE TAKE NOTICE** that we shall appear before Judge Durkin in the courtroom usually occupied and on Monday, September 17 at 9:00 a.m. then and there present the Motion For Reassignment Based On Relatedness Pursuant To Local Rule 40.4.

Respectfully submitted,

BJ'S WHOLESALE CLUB, INC.

*/s/ Terence H. Campbell*
Philip J. Iovieno
Anne M. Nardacci
Mark A. Singer
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com
msinger@bsfllp.com

Nicholas A. Gravante, Jr.
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
ngravante@bsfllp.com

Terence H. Campbell
COTSIRILOS, TIGHE, STREICKER,
POULOS & CAMPBELL, LTD.
33 North Dearborn Street
Suite 600
Chicago, IL 60602
Tel: (312) 263-0345
Fax: (312) 263-4670
tcampbell@cotsiriloslaw.com

### **CERTIFICATE OF SERVICE**

 The undersigned attorney, on oath, states that a copy of the foregoing pleading was served on all of the attorneys of record via the Court's electronic filing system.

/s/ Terence H. Campbell