# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>**SCHEDULING ORDER NO. 6** |

This Scheduling Order No. 6 supersedes the Court's previous Scheduling Order No. 2 (ECF Dkt. 574) issued on December 15, 2017. The parties are directed to the separate Search Methodology Order (ECF Dkt. 586) for any additional deadlines relating to the search of electronically stored information. Additionally, the Court orders that the requirement of Fed. R. Civ. P. 45(a)(4) for notice to other parties before service of a subpoena shall be 4 business days after the day notice and a copy of the subpoena are provided, which shall be computed pursuant to Fed. R. Civ. P. 6(a)(1).

A party receiving objections or productions from a third party in response to a Rule 45 subpoena will serve a copy of those objections or documents on other parties within 7 days, unless otherwise agreed. A party that receives a non-Bates numbered production (or production without a load file) from a third party in response to a Rule 45 subpoena shall serve those documents on other parties within 10 days, unless otherwise agreed by the parties. A party receiving a production from a third party in response to a Rule 45 subpoena that includes information relating to a deposition scheduled within 7 days must notify all parties within 48 hours of receipt.

| **Event** | **Deadline** |
|---|---|
| **Deadline for Class Plaintiffs and Original 14 Defendant Families to Complete Validation Protocol Provided in the Search Methodology Order (ECF Dkt. 586).**<br><br>*For any other parties, the Validation Protocol shall be completed within 53 days of their respective deadlines for the Substantial Completion of Document Productions.* | September 24, 2018 |
| **Deadline for Amending Class Plaintiffs' Complaints and for Service of Additional Rule 34 Requests for Production[1]**<br><br>**Service of Second Set of Comprehensive Rule 33 Interrogatories** | January 15, 2019*<br><br>*The deadline to serve any narrowly tailored Rule 34 Requests based upon information learned at depositions or through newly produced documents shall be 60 days prior to the Completion of Fact Discovery Deadline or within 14 days of a triggering event (whichever is later). |
| **Defendants' Deadline to Answer Class Plaintiffs' Complaints Amended After the Date of This Scheduling Order No. 6** | April 15, 2019 |
| **Completion of Fact Discovery** | October 14, 2019 |
| **Filing of Plaintiffs' Motions for Class Certification & Expert Reports[2]** | November 12, 2019 |

---

[1] The parties will endeavor to group their interrogatories into two sets of interrogatories, as was contemplated by Scheduling Order No. 2 (Dkt. 574). However, the parties are not precluded from serving interrogatories in the interim for issues that may arise during the course of discovery if such interrogatories are not unduly burdensome, and consistent with the Court's guidance at the August 24, 2018 status conference.

[2] Defendants make the following statement, to which Plaintiffs do not agree: This assumes the Court ultimately orders class certification to come before summary judgment. Tyson prefers that summary judgment precedes class certification. To the extent that one or more Defendants identifies elements of claims that meet the standard for summary judgment under Rule 56 at an earlier phase of proceedings, Defendants reserve the right to bring that issue to the Court's attention through a motion prior to expert discovery and briefing on class certification.

| Event | Deadline |
|---|---|
| **Defendants' First Deposition of Plaintiffs' Class Certification Expert(s)** | Expert(s) to be made available for deposition at least within 28-42 days after service of experts' reports. |
| **Filing of Defendants' Responses on Class Certification and Expert Reports**<br><br>**Filing of Defendants' *Daubert* Motions on Class Certification Experts** | January 28, 2020 |
| **Plaintiffs' Deposition of Defendants' Class Certification Expert(s)** | Expert(s) to be made available for deposition at least within 28-42 days after service of experts' reports. |
| **Filing of Plaintiffs' Reply Briefs on Class Certification and Expert Reports**<br><br>**Filing of Plaintiffs' Opposition to Defendants' *Daubert* Motions**<br><br>**Filing of Plaintiffs' *Daubert* Motions on Defendants' Class Certification Expert(s)** | April 14, 2020 |
| **Defendants' Second Deposition of Plaintiffs' Class Certification Expert(s)** | Expert(s) to be made available for deposition at least within 14-28 days after service of experts' reply reports. |
| **Filing of Defendants' Opposition to Plaintiffs' *Daubert* Motions on Defendants' Class Certification Expert(s)**<br><br>**Filing of Defendants' Reply in Support of *Daubert* Motions Against Plaintiffs' Class Certification Expert(s)** | June 15, 2020 |
| **Filing of Plaintiffs' Reply in Support of *Daubert* Motions on Defendants' Class Certification Expert(s)** | July 14, 2020 |

| Event | Deadline |
|---|---|
| **Summary Judgment & Merits Experts** | <ul><li>**Parties' Affirmative Merits Expert Reports Due:** 60 days after the Court rules on motions for class certification.[3]</li><li>**Parties' Merits Expert Response Reports Due:** 60 days after Parties' affirmative merits expert reports due.</li><li>**Parties' Merits Expert Reply Reports Due:** 60 days after Parties' merits expert response reports due.</li><li>**Summary Judgment Opening Briefs & Merits *Daubert* Motions Filed:** No later than 60 days after Parties' merits expert reply reports filed.</li><li>**Summary Judgment Responses & Merits Expert *Daubert* Responses Filed:** 60 days after summary judgment opening briefs are filed.</li><li>**Summary Judgment Replies & Merits Expert *Daubert* Replies Filed:** 45 days after summary judgment response briefs are filed.</li></ul> |

**SO ORDERED.**

Dated: 9/13/18

HON. JEFFREY T. GILBERT
U.S. MAGISTRATE JUDGE

---

[3] The parties will meet and confer in good faith about the appropriate sequence, quantity, and schedule of depositions in connection with merits expert reports.