# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>SCHEDULING ORDER NO. 7 AND CASE MANAGEMENT ORDER CONCERNING DIRECT ACTION PLAINTIFFS |

The Court hereby enters this Scheduling Order No. 7. This order supersedes Scheduling Order No. 3 (Dkt. 785) and applies to Current and Future Direct Action Plaintiffs. It does not change any of the deadlines applicable to Class Plaintiffs.[1]

## **DEADLINES APPLICABLE TO CURRENT DIRECT ACTION PLAINTIFFS**

1. All dates subsequent to the deadline for substantial completion of document production listed in the Court's December 15, 2017 Scheduling Order No. 2 (Dkt. 574, pp. 2-4) apply to Current Direct Action Plaintiffs.[2] If Scheduling Order No. 2 is amended or superseded, the new dates shall apply to Current Direct Action Plaintiffs, unless the Court's order specifies otherwise.

---

[1] "Class Plaintiffs" refers to Direct Purchaser Plaintiffs, Commercial & Institutional Indirect Purchaser Plaintiffs, and End User Consumer Plaintiffs. "Current Direct Action Plaintiffs" is defined in footnote 2, *infra*. "Future Direct Action Plaintiffs" is defined in footnote 7, *infra*.

[2] "Current Direct Action Plaintiffs" include all Direct Action Plaintiffs that have filed Complaints and been consolidated in *In re Broiler Chicken Antitrust Litigation* as of the date of this Order. Specifically, Current Direct Action Plaintiffs are: Affiliated Foods Plaintiffs (Affiliated Foods, Inc.; Alex Lee, Inc.; Merchants Distributors, LLC; Associated Grocers of New England, Inc.; Big Y Foods, Inc.; Fareway Stores, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; Woodman's Food Market, Inc.); Sysco Corporation; US Foods, Inc.; Winn-Dixie Plaintiffs (Winn Dixie Stores, Inc.; Bi-Lo Holdings, LLC); Action Meat Plaintiffs (Action Meat Distributors, Inc.; Associated Food Stores, Inc.; Bashas' Inc.; Certco, Inc.; IRA Higdon Grocery Company, Inc.; Nicholas & Co., Inc.; Pacific Agri-Products, Inc.; Pacific Food Distributors, Inc.; Troyer Foods, Inc.; URM Stores, Inc.; Weinstein Wholesale Meats, Inc.); Jetro Holdings, LLC; Associated Grocers of the South (Associated Grocers of the South, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; OSI Restaurant Partners, LLC; Publix Super Markets, Inc.; Supervalu Inc.; Wakefern Food Corporation); Kroger Plaintiffs (The Kroger Co.; Hy-Vee, Inc.; Albertsons Companies, Inc.); Howard Samuels Plaintiffs (Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; CBBC Opco, LLC d/b/a Colorado Boxed Beef; King Solomon Foods, Inc.); W. Lee Flowers; and Ahold Delhaize.

2.  The following deadlines in Paragraph 2, including the deadline for substantial completion of document production, shall apply to discovery relating to the Current Direct Action Plaintiffs to the extent they have not already met them. This Order establishes the **latest date** by which the items below should be completed, but does not prevent the parties from negotiating earlier deadlines.

| Event | Deadline |
|---|---|
| **Deadline for Defendants to Serve Initial Rule 33 and Rule 34 Requests on Current Direct Action Plaintiffs** | September 14, 2018 |
| **Deadline to Hold Rule 26(f) Conferences** | September 21, 2018 |
| **Current Direct Action Plaintiffs To Make Disclosures Described In Dkt. No. 264 (Order Regarding Disclosure Of Information) and Rule 26(a) Disclosures** | 21 days after the respective parties' Rule 26(f) Conference[3] |
| **Deadline For Current Direct Action Plaintiffs' Objections and Responses To Initial Rule 33 and 34 Requests** | 30 days after service on respective Current Direct Action Plaintiff, but no earlier than September 17, 2018 for those served prior to the date of this order |
| **Deadline For Defendants To Propose Keyword Search Terms to be Applied to Current Direct Action Plaintiffs' Documents** | October 1, 2018 |

---

[3] Defendants are not prohibited from serving additional Rule 33, 34, or 36 Requests on Direct Action Plaintiffs after September 14, 2018, in accordance with the Rules of Civil Procedure and Scheduling Order Nos. 1 and 2. Prior to the entry of this Order, Defendants and the Kroger Plaintiffs (*i.e.*, Kroger Co.; Hy-Vee, Inc.; Albertsons Companies, Inc.) agreed that the Plaintiffs in this group would make disclosures pursuant to Dkt. 264 by September 4, 2018. Similarly, Defendants and the Associated Grocers of the South Plaintiffs (*i.e.*, Associated Grocers of the South, Inc., Meijer, Inc.; Meijer Distribution, Inc.; OSI Restaurant Partners, LLC; Publix Super Markets, Inc.; Supervalu Inc.; and Wakefern Food Corporation) agreed that the Plaintiffs in this group would make disclosures pursuant to Dkt. 264 by September 14, 2018. The 21-day deadline for both Rule 26(a) and Dkt. 264 disclosures applies to all other Direct Action Plaintiffs unless otherwise agreed by the parties or ordered by the Court.

| Event | Deadline |
|---|---|
| Current Direct Action Plaintiffs To Disclose Keyword Search Tools And/Or TAR/CAL Tools[4] | October 1, 2018 |
| Current Direct Action Plaintiffs to Propose Document Custodians And Non-Custodial Document Sources to be Applied to Current Direct Action Plaintiffs | October 5, 2018 |
| Date By Which Parties To Submit Joint Letter Brief To Court Regarding Areas Of Dispute Limited to Document Custodians and Non-Custodial Document Sources | October 19, 2018 |
| Date By Which Parties Will Submit Any Remaining Disputes Regarding Search Process To The Special Master For Resolution | October 26, 2018 |
| Commencement of Rolling Production Of Documents By Current Direct Action Plaintiffs, Prioritizing Custodians As Agreed By The Parties Or Ordered By The Court (Including Priority Custodians' Data Described By ESI Protocol Order ¶ V(G) (Dkt. 459)) | 30 days after agreement on initial search methodology and custodians |
| Deadline For Second Phase Search Proposals By Defendants To Current Direct Action Plaintiffs[5] | 45 days after commencement of rolling production by each respective Current Direct Action Plaintiff or as agreed by the parties |
| Substantial Completion Of Document Productions For Current Direct Action Plaintiffs[6] | 90 days after agreement on search methodology and custodians |
| Defendants' Deadline to Answer Current Direct Action Plaintiffs' Initially-Filed Complaints (Dkts. 961, 967) | February 15, 2019 |
| Deadline To Amend Current Direct Action Plaintiffs' Complaints | April 15, 2019 |

---

[4] *See* Search Methodology Order, ¶¶ II(A)(2) & II(B)(2).

[5] *See* Search Methodology Order, ¶ II(B)(4)(a).

[6] Each Current Direct Action Plaintiff shall produce a privilege log consistent with the requirements set forth in the Order Regarding Production of Electronically Stored Information and Paper Documents (Dkt. 459) and results from the Validation Protocol as set forth in the Order Regarding Search Methodology for Electronically Stored Information (Dkt. 586) within 53 days of the deadline for Substantial Completion of Document Productions.

| Event | Deadline |
|---|---|
| **Defendants' Deadline to Answer Current Direct Action Plaintiffs' Amended Complaints** | July 15, 2019 |

## PROCEDURES FOR FUTURE DIRECT ACTION PLAINTIFF CASES

1. Consistent with the Court's February 8, 2018 and March 9, 2018 Orders (Dkt. Nos. 714 and 785), the Court intends that, as applicable and with necessary modifications, all orders previously entered in *In re Broiler Chicken Antitrust Litigation*, Case No. 16-cv-8637, shall apply to any Future Direct Action Plaintiff cases.[7]

2. Liaison Counsel for Direct Action Plaintiffs will provide Future Direct Action Plaintiffs with copies of or access to third party and Defendant productions, as well as discovery requests and responses from any party previously provided to Liaison Counsel, in this matter to date.

3. The following deadlines, triggered by the date on which the Future Direct Action Complaint is consolidated in the above-captioned matter (unless stated otherwise), shall apply to discovery relating to the all Future Direct Action Plaintiffs.

| Event | Deadline (Anchored to Date Consolidated in *Broiler* Case Unless Noted Otherwise) |
|---|---|
| **Defendants To Serve Consolidated Rule 33 And 34 Requests On Direct Action Plaintiff[8]** | 14 days |

---

[7] "Future Direct Action Plaintiff" means any direct action plaintiff in *In re Broiler Chicken Antitrust Litigation* who has not, as of the date of this Order, filed a Complaint in this matter, effected service of its Complaint upon all Defendants, and/or been consolidated on the *In re Broiler Chickens Antitrust Litigation* docket.

[8] Defendants are not prohibited from serving additional Rule 33, 34, or 36 Requests on Direct Action Plaintiffs after the initial set of requests, in accordance with the Rules of Civil Procedure and Scheduling Order Nos. 1 and 2 (including as superseded or amended).

4

| Event | Deadline (Anchored to Date Consolidated in *Broiler* Case Unless Noted Otherwise) |
|---|---|
| Direct Action Plaintiff To Make Disclosures Described In Dkt. No. 264 (Order Regarding Disclosure Of Information) and Rule 26(a) Disclosures<br><br>Direct Action Plaintiff to Propose Document Custodians And Non-Custodial Document Sources to be Applied to Direct Action Plaintiff | 21 days after the respective parties' Rule 26(f) Conference |
| Deadline For Direct Action Plaintiff's Written Objections and Responses To Initial Rule 33 and 34 Requests | 30 days after Rule 33 and Rule 34 Requests are served |
| Date By Which Parties To Submit Joint Letter Brief To Court Regarding Areas Of Dispute Limited to Document Custodians and Non-Custodial Document Sources | 21 days after Dkt. 264 and Rule 26(a) Disclosures |
| Deadline For Defendants To Propose Keyword Search Terms to be Applied to Direct Action Plaintiff's Documents | 50 days |
| Direct Action Plaintiffs To Disclose Keyword Search Tools And/Or TAR/CAL Tools[9] | 50 days |
| Date By Which Parties Will Submit Any Remaining Disputes Regarding Search Process To The Special Master For Resolution | 65 days |
| Commencement of Rolling Production Of Documents By Direct Action Plaintiffs, Prioritizing Custodians As Agreed By The Parties Or Ordered By The Court (Including Priority Custodians' Data Described By ESI Protocol Order ¶ V(G) (Dkt. 459)) | 30 days after agreement on initial search methodology and custodians |

---

[9] *See* Search Methodology Order, ¶¶ II(A)(2) & II(B)(2).

5

| Event | Deadline (Anchored to Date Consolidated in *Broiler* Case Unless Noted Otherwise) |
|---|---|
| **Deadline For Second Phase Search Proposals By Requesting Parties To Direct Action Plaintiff**[10] | 45 days after commencement of rolling production by each respective Future Direct Action Plaintiff or as agreed by the parties |
| **Substantial Completion Of Document Productions For Direct Action Plaintiff**[11] | 90 days after agreement on search methodology and custodians |

**SO ORDERED.**

Dated: September 13, 2018

HON. JEFFREY T. GILBERT
U.S. MAGISTRATE JUDGE

Dated: September 13, 2018

HON. THOMAS A. DURKIN
U.S. DISTRICT JUDGE

---

[10] *See* Search Methodology Order, ¶ II(B)(4)(a).

[11] Each Future Direct Action Plaintiff shall produce a privilege log consistent with the requirements set forth in the Order Regarding Production of Electronically Stored Information and Paper Documents (Dkt. 459) and results from the Validation Protocol as set forth in the Order Regarding Search Methodology for Electronically Stored Information (Dkt. 586) within 53 days of the deadline for Substantial Completion of Document Productions.