UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BJ'S WHOLESALE CLUB, INC., <br><br> Plaintiff, <br><br> v. <br><br> TYSON FOODS, INC.; TYSON CHICKEN, INC.; TYSON BREEDERS, INC.; TYSON POULTRY, INC.; PILGRIM'S PRIDE CORPORATION; KOCH FOODS, INC.; JCG FOODS OF ALABAMA, LLC; JCG FOODS OF GEORGIA, LLC; KOCH MEAT CO., INC.; SANDERSON FARMS, INC.; SANDERSON FARMS, INC. (FOOD DIVISION); SANDERSON FARMS, INC. (PRODUCTION DIVISION); SANDERSON FARMS, INC. (PROCESSING DIVISION); HOUSE OF RAEFORD FARMS, INC.; MAR-JAC POULTRY, INC.; PERDUE FARMS, INC.; PERDUE FOODS, LLC; WAYNE FARMS, LLC; FIELDALE FARMS CORPORATION; GEORGE'S, INC.; GEORGE'S FARMS, INC.; SIMMONS FOODS, INC.; SIMMONS PREPARED FOODS, INC.; O.K. FOODS, INC.; O.K. FARMS, INC.; O.K. INDUSTRIES, INC.; PECO FOODS, INC.; HARRISON POULTRY, INC.; FOSTER FARMS, LLC; FOSTER POULTRY FARMS; NORMAN W. FRIES, INC. d/b/a CLAXTON POULTRY FARMS, INC.; MOUNTAIRE FARMS, INC.; MOUNTAIRE FARMS, LLC; MOUNTAIRE FARMS OF DELAWARE, INC.; and AGRI STATS, INC., <br><br> Defendants. | Case No.: 18-cv-5877 <br><br> **Related to** Case No.: 16-cv-8637 |

1

## PLAINTIFF BJ'S WHOLESALE CLUB, INC.'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, BJ's Wholesale Club, Inc., a Delaware corporation, hereby discloses that it is a wholly-owned subsidiary of BJ's Wholesale Club Holdings, Inc., a publicly held affiliate. BJ's Wholesale Club, Inc., further discloses that each of (1) CVC Beacon LP and (2) Green Equity Investors V, L.P., together with Green Equity Investors Side V, L.P, own more than 10% of the stock of BJ's Wholesale Club Holdings, Inc. *See* BJ's Wholesale Club Holdings, Inc.'s Prospectus dated June 28, 2018, at pp. 138-39, *available at* https://investors.bjs.com/financials-and-filings/sec-filings/default.aspx.

Dated: September 20, 2018

Respectfully submitted,

BJ'S WHOLESALE CLUB, INC.

*/s/ Terence H. Campbell*
Philip J. Iovieno
Anne M. Nardacci
Mark A. Singer
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com
msinger@bsfllp.com

Nicholas A. Gravante, Jr.
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
ngravante@bsfllp.com

        Terence H. Campbell
COTSIRILOS, TIGHE, STREICKER,
POULOS & CAMPBELL, LTD.
33 North Dearborn Street
Suite 600
Chicago, IL 60602
Tel: (312) 263-0345
Fax: (312) 263-4670
tcampbell@cotsiriloslaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned attorney, on oath, states that a copy of the foregoing document was served on all of the attorneys of record via the Court's electronic filing system.

                                              */s/ Terence H. Campbell*