IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This document relates to: All cases in which Agri Stats, Inc. is named as a Defendant | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Agri Stats, Inc. states that it is a wholly owned subsidiary of Agri Stats Omega Holding Co. LLC. Agri Stats Omega Holding Co. LLC is a privately held domestic limited liability company.

Dated: October 29, 2018

Respectfully Submitted,

By: */s/ Jacob D. Koering*

William L. Monts (*Pro Hac Vice*)
Justin W. Bernick (*Pro Hac Vice*)
Jennifer A. Fleury (*Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

        Jacob D. Koering
        Jeffrey M. Drake
        **MILLER, CANFIELD, PADDOCK**
         **AND STONE, P.L.C.**
        225 W. Washington, Suite 2600
        Chicago, Illinois 60606
        Phone: 312-460-4272
        Fax: 312-460-4201
        koering@millercanfield.com
        drakej@millercanfield.com

        *Counsel for Agri Stats, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018, I caused a copy of the forgoing **SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** to be served on all counsel of record via the CM/ECF filing system of the Northern District of Illinois on the 29th day of October, 2018.

Dated: October 29, 2018    */s/ Jacob D. Koering*

William L. Monts (*Pro Hac Vice*)
Justin W. Bernick (*Pro Hac Vice*)
Jennifer A. Fleury (*Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

Jacob D. Koering
Jeffrey M. Drake
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
225 W. Washington, Suite 2600
Chicago, Illinois 60606
Phone: 312-460-4272
Fax: 312-460-4201
koering@millercanfield.com
drakej@millercanfield.com

*Counsel for Agri Stats, Inc.*