# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: Broiler Chicken Antitrust Litigation ) ) ) ) ) ) ) ) This Document Relates To: ) ) End-User Plaintiff Actions ) ) | Case No. 1:16-cv-8637<br><br>Judge: Thomas M. Durkin<br><br>Mag. Judge: Jeffrey T. Gilbert |

## PLAINTIFFS' MOTION TO WITHDRAW
## THE APPEARANCE OF THEODORE B. BELL

Pursuant to Rule 83.17 of the Local Rules for the Northern District of Illinois, Plaintiffs Christopher Glover, Christopher Vallaro, Abraham Drucker, Ilana Harwayne-Gidansky, Sabrina Majernik, Christopher Nelson, and Amy Veaner hereby move this Court to withdraw the appearance of Theodore B. Bell. In support of this motion, Plaintiffs respectfully state as follows:

1. Attorney Theodore Bell filed an appearance on behalf of Plaintiffs in this matter while he was a member of Wolf Haldenstein Adler Freeman & Herz, LLC ("Wolf Haldenstein"). *See Drucker et al. v. Koch Foods, Inc. et al.*, Case No. 1:16-cv-8874, ECF No. 2; *Glover et al. v. Koch Foods, Inc. et al.*, Case No. 1:16-cv-9912, ECF No. 2.

2. Mr. Bell is no longer with Wolf Haldenstein and does not personally represent any plaintiff in this action.

3. Prior to filing this motion, the undersigned counsel contacted Mr. Bell and confirmed that Mr. Bell has no objections to this motion.

4.      Accordingly, Plaintiffs request that Mr. Bell's appearance in this matter be withdrawn.

5.      Plaintiffs will continue to be represented in this matter by all undersigned counsel.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant this motion and enter an order withdrawing the appearance of Theodore B. Bell in this matter.

Dated:  October 30, 2018                                        Respectfully submitted,

/s/ Carl V. Malmstrom
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Tel: 312-984-0000
Fax: 312-214-3110