

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case No. 1:16-cv-08637 |
| | Hon. Thomas A. Durkin |
| This Document Relates To:<br>Direct Purchaser Actions | Magistrate Judge Jeffrey T. Gilbert |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIELDALE FARMS CORPORATION

This matter having come before the Court to determine whether there is any cause why this Court should not grant final approval to the settlement between Direct Purchaser Plaintiffs' ("DPPs") and Defendant Fieldale Farms Corporation ("Fieldale Farms" or "Settling Defendant"), as set forth in the parties' settlement agreement dated July 27, 2017 ("Settlement" or "Settlement Agreement"). The Court, after carefully considering all papers filed and proceedings held herein and otherwise being fully informed, has determined (1) that the Settlement Agreement should be approved, and (2) that there is no just reason for delay of the entry of this Final Judgment approving the Settlement Agreement. Accordingly, the Court directs entry of this Final Judgment which shall constitute a final adjudication of this case as to the parties to the Settlement Agreement. Good cause appearing therefor, it is:

HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Court has jurisdiction over the subject matter of this litigation, including the actions within this litigation, and over the parties to the Settlement Agreement, including all members of the Settlement Class (also referred to herein as the "Class") and the Defendants.

2. For purposes of this Final Judgment, except as otherwise set forth herein, the Court adopts and incorporates the definitions contained in the Settlement Agreement.

3. The Court has finally approved and confirmed the settlement set forth in the Settlement Agreement, finding that said settlement is, in all respects, fair, reasonable, and adequate to the Class pursuant to Rule 23 of the Federal Rules of Civil Procedure.

4. Those persons/entities listed in **Exhibits A1** and **A2** to the Third Supplemental Declaration Of Jennifer M. Keough Regarding Notice Administration are validly excluded from the Class. Such persons/entities are not included in or bound by this Final Judgment. Such

persons/entities are not entitled to any recovery of the settlement proceeds obtained in connection with the Settlement Agreement.

5. This Court hereby dismisses with prejudice the action against the Settling Defendant (Fieldale Farms), with each party to bear their own costs and fees, including attorneys' fees, except as provided in the Settlement Agreement.

6. The Releasing Parties are hereby and forever barred from commencing or continuing against the Released Parties any of the Released Claims as defined in the Settlement Agreement.

7. The Released Parties are hereby and forever released from all Released Claims as defined in the Settlement Agreement.

8. Without affecting the finality of this Final Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of the Settlement Agreement and any allocation or distribution to Class Members pursuant to further orders of this Court; (b) disposition of any Settlement Fund; (c) hearing and determining applications by plaintiffs for attorneys' fees, costs, expenses, and interest; (d) the actions until the Final Judgment has become effective and each and every act agreed to be performed by the parties all have been performed pursuant to the Settlement Agreement; (e) hearing and ruling on any matters relating to any plan of allocation or distribution of settlement proceeds; and (f) the parties to the Settlement Agreement for the purpose of enforcing and administering the Settlement Agreement and the mutual releases contemplated by, or executed in connection with the Settlement Agreement.

9. The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that judgment should be entered and further finds that there is no just reason for delay in the entry of final judgment as to the parties to the Settlement Agreement. Accordingly, the

Clerk is hereby directed to enter this Final Judgment forthwith.

Dated: 11/16/2018

_____
United States District Judge