UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION. | Case No.: 16-cv-08637-TMD <br><br> Hon. Thomas M. Durkin, U.S.D.J. <br><br> Hon. Jeffrey T. Gilbert, U.S.M.J. <br><br> **AMENDED DECLARATION OF SHERMIN KRUSE, ESQ. IN SUPPORT OF MOTION TO QUASH SUBPOENAS** |

Shermin Kruse, Esq. declares and states pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Barack Ferrazzano Kirschbaum & Nagelberg LLP, local counsel for non-party Porky Products, Inc. ("Porky Products") in connection with subpoenas issued to Porky Products by certain of the parties to the above-encaptioned putative class action. As such, I am fully familiar with the facts and circumstances set forth herein.

2. I submit this Declaration in support of Porky Products' Motion to Quash the subpoenas served on it by the End-User Plaintiffs, the Commercial and Institutional Indirect Purchaser Plaintiffs, and the Koch Defendants, respectively, in connection with discovery in *In re Broiler Chicken Antitrust Litigation* (collectively, the "Subpoenas").

3. Attached hereto as EXHIBIT A is a true and correct copy of the subpoena served upon Porky Products by the End-User Plaintiffs.

4. Attached hereto as EXHIBIT B is a true and correct copy of the subpoena served upon Porky Products by the Commercial and Institutional Indirect Purchaser Plaintiffs.

5. Attached hereto as EXHIBIT C is a true and correct copy of the subpoena served upon Porky Products by the Koch Defendants.

6. Attached hereto as EXHIBIT D is a true and correct copy of Porky Products' Objections and Responses to the subpoena served upon it by the End-User Plaintiffs.

7. Attached hereto as EXHIBIT E is a true and correct copy of Porky Products' Objections and Responses to the subpoena served upon it by the Commercial and Institutional Indirect Purchaser Plaintiffs.

8. Attached hereto as EXHIBIT F is a true and correct copy of Porky Products' Objections and Responses to the subpoena served upon it by the Koch Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2018.

/s/ Shermin Kruse
SHERMIN KRUSE