UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Actions | Case No. 1:16-cv-08637 |

**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH FIELDALE FARMS CORPORATION AND FOR CONDITIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Commercial and Institutional Indirect Purchaser Plaintiffs (the "CIIPPs") request Preliminary Approval for the Settlement between the CIIPPs and Fieldale Farms Corporation, and request Conditional Certification of the Proposed Settlement Class. In support of this Motion, the CIIPPs are submitting a Memorandum of Law in Support of the Motion and the Declaration of Adam Zapala, along with the related Exhibit.

Dated: January 10, 2019

/s/ *Daniel C. Hedlund*
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
220 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Respectfully Submitted:

/s/ *Adam J. Zapala*
Adam J. Zapala
Mark F. Ram
Tamarah P. Prevost
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*

1

        Kenneth A. Wexler
        Thomas A. Doyle
        **WEXLER WALLACE LLP**
        55 W. Monroe Street, Suite 3300
        Chicago, IL 60603
        Telephone: (312) 346-2222

*Liaison Counsel for the Commercial and Institutional Indirect Purchaser Plaintiff Class*

## **CERTIFICATE OF SERVICE**

I certify that, on January 10, 2019, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

/s/ Thomas A Doyle