UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Maplevale Farms, Inc., et al.
                    Plaintiff,
v.                                           Case No.: 1:16−cv−08637
                                             Honorable Thomas M. Durkin
Amick Farms, LLC, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 5, 2019:

MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs Sherwood Food Distributors, LLC, Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC's motion to reassign case based on relatedness[1599] is granted. This Court will recommend to the Executive Committee that case 19 C 354 pending before Judge Feinerman be reassigned to this Court's calendar as related to this action. No appearance is required on 2/7/2019. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.