AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

IN RE BROILER CHICKEN ANTITRUST LITIGATION

V.

CASE NUMBER: 1:16-CV-08637-TMD

ASSIGNED JUDGE: Thomas J. Durkin

DESIGNATED MAGISTRATE JUDGE: Susan E. Cox

TO: (Name and address of Defendant)

Case Farms, LLC
385 Pilch Road
Troutman, NC 28166-8782

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. Joseph Bruckner
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK



January 18, 2019

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                          *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

| Case: 1:16-CV-08637-TMD | Court: U.S. District | County/State: Northern, IL | Job: |
|---|---|---|---|
| Plaintiff / Petitioner: In Re: Broiler Chicken Antitrust Litigation | | Defendant / Respondent: | |
| Received by: Reynolds Professional Service, Inc | | For: Lockridge Grindal Nauen P.L.L.P. | |
| To be served upon: Case Farms LLC | | | |

I, Ruth Reynolds, certify that I'm over the age of 21 and a resident of NC and not a party to the action and who is not related by blood or marriage to a party to the action or to a person upon whom service is to be made.

Recipient Name / Address: Terrie Powell, 385 Pilch Road, Troutman, NC 28166-8782

Manner of Service: Authorized, Jan 24, 2019, 2:37 pm EST

Documents: Summons in a Civil Case, Direct Purchaser Plaintiff's Fourth Amended and Consolidated Class Action Complaint, Table of Contents

Additional Comments:
1) Successful Attempt: Jan 24, 2019, 2:37 pm EST at 385 Pilch Road, Troutman, NC 28166-8782 received by Terrie Powell. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'7"; Hair: Brown; Relationship: Executive Administrative Assistant;

Ruth Reynolds    Date 1/25/19

Reynolds Professional Service, Inc
PO Box 18585
Charlotte, NC 28218-0585
704-338-1775

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 1/25/19    Commission Expires 11/21/21

WENDY L. HENRICH
NOTARY PUBLIC
Union County
North Carolina
My Commission Expires Nov. 21, 2021