# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

IN RE BROILER CHICKEN ANTITRUST
LITIGATION

CASE NUMBER: 1:16-CV-08637-TMD

V.

ASSIGNED JUDGE: Thomas J. Durkin

DESIGNATED
MAGISTRATE JUDGE: Susan E. Cox

TO: (Name and address of Defendant)

Amick-OSI Processing, LLC
2079 Batesburg Highway
Batesburg, SC 29006

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. Joseph Bruckner
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ Camille Nunez_
(By) DEPUTY CLERK



January 18, 2019

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: January 24 2019 |
| NAME OF SERVER (PRINT): Meaghan Buck | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Karen Jaramillo Human Resources Manager, Amick-OSI Processing, LLC, 2079 Batesburg Hwy, Batesburg, SC 29006

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 24 2019     Meaghan Buck
              Date                         Signature of Server

7406 Garners Ferry Rd, #9648
Columbia SC 29290
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

| Case:<br>1:16-cv-08637 | Court:<br>United States District Court for Northern District of Illinois | County:<br>, IL | Job:<br>3006029 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>In Re Brolier Chicken Antitrust Litigation | | **Defendant / Respondent:** | |
| **Received by:**<br>Sharp Investigations LLC | | **For:**<br>We Serve NJ LLC | |
| **To be served upon:**<br>Amick - OSI Processing, LLC | | | |

I, Meaghan Buck, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Karen Jaramillo, Human Resources Manager, Company: 2079 Batesburg Hwy, Batesburg, SC 29006
**Manner of Service:** Service on Authorized Representative of Business, January 24, 2019, 3:19 pm EST
**Documents:** Summons in a Civil Case (Received January 24, 2019 at 12:09 am EST), Direct Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint [Filed Under Seal Version Without Redactions] (Received January 24, 2019 at 12:09 am EST)

**Additional Comments:**
1) Successful Attempt: January 24, 2019, 3:19 pm EST at Company: 2079 Batesburg Hwy, Batesburg, SC 29006 received by Karen Jaramillo, Human Resources Manager. Age: 39; Ethnicity: Hispanic; Gender: Female; Weight: 164; Height: 5'1"; Hair: Black; Eyes: Black; Service on Authorized Representative of Business

_Meaghan Buck_  1-24-2019
Meaghan Buck           Date

Sharp Investigations LLC
7406 Garners Ferry Rd Suite 9648
Columbia, SC 29290
803-353-3902

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_Dana D. Tmier_
Notary Public

1/24/2019      August 26, 2025
Date           Commission Expires