## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To: Direct Purchaser Plaintiffs | |

## STIPULATION & NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE AMICK COMPANY, INC., AMICK-OSI BROILERS, LLC, AND AMICK-OSI PROCESSING, LLC

Defendants The Amick Company, Inc., and Amick Farms, LLC and the Direct Purchaser Plaintiffs (the "DPPs") by and through their attorneys and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate and the DPPs hereby voluntarily dismiss without prejudice all claims against the following Defendants: The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC. These Defendants have not served either an answer or a motion for summary judgment, so dismissal pursuant to Rule 41(a)(1)(A)(i) is proper.

WHEREFORE, counsel for Defendant The Amick Company, Inc. and Amick Farms, LLC has provided certain information showing that The Amick Company, Inc., was not responsible for Broiler-related activities during the relevant time and Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC were not active entities during the relevant time;

AND WHEREFORE, the Notice and Stipulation does not impact the status of Defendant Amick Farms, LLC;

THEREFORE, the Direct Purchaser Plaintiffs hereby voluntarily dismiss without prejudice all claims against Defendants The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC.

Dated: March 15, 2019

Respectfully submitted,

*/s/ Steven A. Hart*

Steven Hart (#6211008)
Brian Eldridge (#6281336)
John Marrese (#6306516)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
kpozan@hmelegal.com

*Direct Purchaser Plaintiffs*
*Interim Liaison Class Counsel*

W. Joseph Bruckner
Elizabeth R. Odette
Brian D. Clark
Simeon A. Morbey
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104

T: (415) 433-9000
F:  (415) 433-9008
bsimon@pswlaw.com

Clifford H. Pearson
Michael H. Pearson
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
mpearson@pswlaw.com
bpouya@pswlaw.com

*Direct Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

DYKEMA GOSSETT, PLLC


By  s/ Steven H. Gistenson

10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
T: (312) 627-2267
SGistenson@dykema.com



Howard B. Iwrey
DYKEMA GOSSETT, PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI   48304
(248) 203-0526
hiwrey@dykema.com

*Counsel for Amick Farms, LLC and The Amick
Company, Inc.*