UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br>This Document Relates To:<br><br>*Associated Grocers of the South, Inc., et al. v. Tyson Foods, Inc., et al. (Case No. 1:18-cv-4616)* | Case No. 1:16-cv-08637<br><br>**The Honorable Thomas M. Durkin**<br>**Magistrate Judge Jeffrey T. Gilbert** |

# AGS PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS 1 AND 2 TO THEIR MOTION FOR LEAVE TO FILE *INSTANTER* THEIR FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that on April 23, 2019 at 9:00 a.m., or as soon as counsel may be heard, Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., SuperValu Inc., Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corporation (collectively, "Plaintiffs"), by their undersigned counsel, shall appear before the Honorable Judge Thomas M. Durkin, or any judge sitting in his stead in the courtroom usually occupied by his Honor in Courtroom 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Leave to File Under Seal Portions of Exhibits 1 and 2 to their Motion for Leave to File *Instanter* Their First Amended Complaint, a copy of which is hereby served upon you.

Dated: April 15, 2019                    Respectfully submitted,

By:   /s/ David P. Germaine
        David P. Germaine
        Paul E. Slater
        Joseph M. Vanek
        David P. Germaine
        John P. Bjork
        SPERLING & SLATER, P.C.
        55 West Monroe Street, Suite 3200
        Chicago, Illinois 60603
        Tel: (312) 641-3200
        Fax: (312) 641-6492
        PES@Sperling-law.com
        JVanek@Sperling-law.com
        DGermaine@Sperling-law.com
        JBjork@Sperling-law.com

        Phillip F. Cramer
        Ryan T. Holt
        SHERRARD ROE VOIGT & HARBISON, PLC
        150 3rd Avenue South, Suite 1100
        Nashville, Tennessee 37201
        Phone: (615) 742-4200
        pcramer@srvhlaw.com
        rholt@srvhlaw.com

        *Counsel for Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I caused a copy of the foregoing document to be served on all counsel of record via the CM/ECF system of the Northern District of Illinois.

Dated: April 15, 2019

/s/ David P. Germaine