# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Associated Wholesale Grocers, Inc. v. Koch Foods, Inc., et al.* | Main Case No. 1:16-cv-08637<br><br>Related Case No. 1:18-cv-06316<br><br>**ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL *EXHIBITS C AND D* TO ITS MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that on **April 29, 2019**, at **9:00 a.m.**, or as soon as counsel may be heard, the undersigned counsel will appear before the Honorable Thomas M. Durkin, or any judge sitting in his stead, in Room 1386 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present **Associated Wholesale Grocers, Inc.'s Motion for Leave to File Under Seal *Exhibits C and D* to its Motion for Leave to File First Amended Complaint**, copies of which are hereby served upon you.

Dated: April 15, 2019

Respectfully submitted,

*/s/ Amy D. Fitts*
AMY D. FITTS       IL Bar No. 6294248
DANIEL D. OWEN (*pro hac vice*)
G. GABRIEL ZOROGASTUA (*pro hac vice*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Phone: (816) 751-1000
Fax: (816) 751-1536
afitts@polsinelli.com
dowen@polsinelli.com

gzorgastua@polsinelli.com

RODNEY L. LEWIS       IL Bar No. 6288353
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Phone:  (312) 819-1900
Fax:  (312) 819-1910
rodneylewis@polsinelli.com

**ATTORNEYS FOR PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2019, a true and correct copy of the foregoing was electronically filed and served on counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

*/s/ Amy D. Fitts*
Amy D. Fitts