# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Kroger Co., et al v. Tyson Foods, Inc., et al., Case No. 18-cv-4534* | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## THE KROGER PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE PORTIONS OF EXHIBITS 1 AND 2 TO DOCKET NO. 2067 UNDER SEAL

PLEASE TAKE NOTICE that on April 23, 2019 at 9:00 a.m., or as soon as counsel may be heard, Plaintiffs The Kroger Co., Hy-Vee, Inc., and Albertsons Companies, Inc. (collectively, "Plaintiffs"), by their undersigned counsel, shall appear before the Honorable Judge Thomas M. Durkin, or any judge sitting in his stead in the courtroom usually occupied by his Honor in Courtroom 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Leave to File Portions of Exhibits 1 and 2 to Docket No. 2067 under seal, a copy of which is hereby served upon you.

2

Dated: April 15, 2019

Respectfully submitted,

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Brandon S. Floch, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:  rarnold@knpa.com
             wblechman@knpa.com
             dpatton@knpa.com
             srandall@knpa.com
             bfloch@knpa.com


By:   ___*/s/ William J. Blechman*___
          William J. Blechman

*Counsel for The Kroger Co., Hy-Vee, Inc., and Albertsons Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, I caused a copy of the foregoing document to be served on all counsel of record via the CM/ECF system of the Northern District of Illinois.

Dated: April 15, 2019

By: <i>/s/ William J. Blechman</i><br>William J. Blechman

598971.1