# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Winn-Dixie Stores, Inc. v. Koch Foods, Inc.* | Main Case No. 1:16-cv-08637<br><br>Related Case No. 1:18-cv-00245<br><br>**WINN-DIXIE'S NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that on **April 23, 2019**, at **9:00 a.m.**, or as soon as counsel may be heard, the undersigned counsel will appear before the Honorable Judge Thomas M. Durkin, or any judge sitting in his stead, in Room 1441 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present **Winn-Dixie's Motion for Leave to File First Amended Complaint**, copies of which are hereby served upon you.

Dated: April 15, 2019

                                          Respectfully submitted,

                                          */s/ Patrick J. Ahern*
                                          Patrick J. Ahern, Esq.
                                          Theodore B. Bell, Esq.
                                          Ahern & Associates, P.C.
                                          Willoughby Tower
                                          8 South Michigan Avenue
                                          Chicago, IL 60603
                                          Phone: (312) 404-3760
                                          patrick.ahern@ahernandassociatespc.com

                                          *Attorneys for Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2019, a true and correct copy of the foregoing was electronically filed and served on counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

*/s/ Patrick J. Ahern*
Patrick J. Ahern