# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Winn-Dixie, Inc., et al. v. Koch Foods, Inc., et al.,* Case No. 1:18-cv-00245 | Case No.1:16-cv-08637<br>Hon. Judge Thomas M. Durkin<br>Magistrate Jeffrey T. Gilbert |

## WINN-DIXIE'S MOTION FOR LEAVE TO FILE PORTIONS OF EXHIBITS A & B TO DOCKET NO. 2074 UNDER SEAL

Plaintiffs, Plaintiffs Winn-Dixie, Inc. and Bi-Lo Holdings, LLC (collectively, "Plaintiffs"), through their undersigned counsel, and pursuant to Local Rule 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully move this Court for entry of an order granting Plaintiffs leave to file under seal portions of Plaintiffs' Proposed First Amended Complaint ("FAC"). In support, Plaintiffs state the following:

1. Certain portions of Plaintiffs' FAC contains confidential information from documents that are marked "HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."

2. The Agreed Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2" Dkt. No. 202 at 11.

3. Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must . . . move the court for leave to file the document under seal." L.R. 26.2(c).

1

4. In compliance with Local Rule 26.2(c), Plaintiffs filed a public-record version of the Memorandum, with only the portions containing confidential information redacted.

WHEREFORE, Plaintiffs respectfully request this Court to enter an order granting them leave to file under seal portions of their Proposed First Amended Complaint under seal in its entirety.

Dated: April 16, 2019

                                      */s/ Patrick J. Ahern*

Patrick J. Ahern
Theodore B. Bell
Ahern & Associates, P.C.
Willoughby Tower
8 South Michigan Avenue
Suite 3600
Chicago, Illinois 60603
Phone: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Attorney for Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*