UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Winn-Dixie, Inc., et al. v. Koch Foods, Inc., et al., Case No. 1:18-cv-00245* | Case No.1:16-cv-08637<br><br>Hon. Judge Thomas M. Durkin<br><br>Magistrate Jeffrey T. Gilbert<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that on **April 23, 2019**, at **9:00 a.m.**, or as soon as counsel may be heard, the undersigned counsel will appear before the Honorable Judge Thomas M. Durkin, or any judge sitting in his stead, in Room 1441 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present **Winn-Dixie's Motion for Leave to File Exhibits A & B to Docket No. 2074 Under Seal**, copies of which are hereby served upon you.

Dated: April 16, 2019

                Respectfully submitted,

                */s/ Patrick J. Ahern*
                Patrick J. Ahern, Esq.
                Theodore B. Bell, Esq.
                Ahern & Associates, P.C.
                Willoughby Tower
                8 South Michigan Avenue
                Chicago, IL 60603
                Phone: (312) 404-3760
                patrick.ahern@ahernandassociatespc.com

                *Attorneys for Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2019, a true and correct copy of the foregoing was electronically filed and served on counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

*/s/ Patrick J. Ahern*
Patrick J. Ahern