# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Conagra Brands, Inc, et al ) | Case No: 16 C 8637, and 19 C 2190 |
| v. ) | Judge: Thomas M. Durkin |
| Tyson Foods, Inc., et al ) | |

## **ORDER**

Plaintiffs' unopposed motion to administratively consolidate their case with the master docket of the In Re Broiler Chicken Antitrust Litigation case is granted. [11] The Clerk of Court is directed to consolidate this action with case 16 C 8637, In Re Broiler Chicken Antitrust Litigation. It is further ordered that the Clerk shall transfer all attorneys in this action to the master docket. This action is ordered closed for administrative and statistical purposes. This order will not be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party will be able to initiate it in the same manner as if this order had not been entered. No appearance is required on 6/6/2019.

Date: 6/4/2019                                          /s/ Thomas M. Durkin