**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

---

Case Title: In Re Broiler Chicken Antitrust Litigation     Case Number: 16-cv-8637

[This Document Relates to:
Winn-Dixie Stores, Inc. et al. v. Koch Foods, Inc. et al., Case No. 18-cv-0245]

An appearance is hereby filed by the undersigned as attorney for:

Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC, Plaintiffs

Attorney name (type or print):  Theodore Beloyeannis Bell

Firm:    Ahern & Associates, P.C.

Street address:    8 South Michigan Ave., Ste. 3600

City/State/Zip:   Chicago, Illinois  60603

Bar ID Number: 6273743            Telephone Number:    773-580-3318
(See item 3  in instructions)

Email Address: theo.bell@ahernandassociatespc.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.    ☐  Retained Counsel

☐  Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 12, 2019

Attorney signature: S/ Theodore B. Bell
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015