# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on Wednesday, July 3, 2019 at 9:00 a.m., or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Thomas M. Durkin or any Judge sitting in his stead in Courtroom 1441, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present Defendant Pilgrim's Pride Corporation's **MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF DANIEL E. ANTALICS**, a copy of which is served upon you.

Dated: June 26, 2019

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*/s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott
Robert A. Dahnke
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: 202-682-7000
Facsimile: 202-857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com
robert.dahnke@weil.com

Jessica L. Falk
767 Fifth Avenue

New York, NY 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
jessica.falk@weil.com

BAILEY BRAUER PLLC

Clayton E. Bailey
8350 N. Central Expressway, Ste. 935
Dallas, TX 75206
Telephone: 214-360-7433
Facsimile: 213-360-7424
cbailey@baileybrauer.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: 312-660-7665
Facsimile: 312-692-1718
mmccluggage@eimerstahl.com

KASOWITZ BENSON TORRES LLP

Kevin J. Arquit
1633 Broadway
New York, NY  10019
Telephone: 212-506-1750
Facsimile: 212-506-1800
karquit@kasowitz.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2019, a true and correct copy of the foregoing **NOTICE OF MOTION** was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

                                                       */s/ Carrie C. Mahan*
                                                       Carrie C. Mahan