## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Maplevale Farms, et al | ) | Case No: 16 C 8637 |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| Koch Foods, Inc., et al | ) | |

## ORDER

Motion hearing held on 6/27/2019. The United States motion to intervene and stay discovery is granted. [2268] Discovery is ordered stayed through 9/27/2019. Defendants' consent motion to seal answers is granted. [2277] Each defendant may file under seal its answers to the complaints and amended complaints. Each defendant shall also file public redacted versions pursuant to Local Rule 26.2(b). A status hearing will be set before Magistrate Judge Gilbert. [1:05]

Date: 6/27/2019                                      /s/ Thomas M. Durkin