# EXHIBIT 1

**UniPro** FOODSERVICE — 2500 CUMBERLAND PARKWAY SUITE 600 • ATLANTA, GA 30339 • DIRECT: 770.799.7588

**Bob Stewart**
Chief Executive Officer

May 14, 2019



**From:** Bob Stewart

**To:** UniPro Membership

**Subject:** Chickens Antitrust Litigation - CASE UPDATE

In April 2018, UniPro distributed a memorandum regarding the antitrust price-fixing case within the Chicken industry. The memorandum was for informational purposes only, yet it also provided some direction for those Members that may have an interest in participating in the class action suit. This memo is to provide an update to the initial memorandum.

1

**Case Update provided by the Attorneys**:

This is an antitrust price-fixing case involving Chickens and is pending in federal court in Chicago. Plaintiffs allege that the defendant Chicken producers and Agri Stats, Inc. engaged in a two-prong conspiracy to artificially raise and fix the prices of Chickens, from 2008 to 2016.

For purposes of the litigation, "Chickens" means:

(1) chickens raised for meat consumption (also known as "broilers" or "fryers"), whether sold fresh or frozen, raw or cooked, or whole or in parts, and

(2) frozen and non-frozen value-added chicken products, such as chicken nuggets, chicken patties, chicken strips, etc. The term "Chickens" specifically excludes chickens grown, processed, and sold according to halal, kosher, free-range, or organic standards.

Any company which purchased Chickens directly from at least one of the defendant Chicken producers between 2008 and 2016 paid more for Chickens than it should have paid and has a claim under the federal antitrust statutes. Your company need not have purchased Chickens from all defendant producers. Under the federal antitrust statutes, if you bought Chickens directly from one defendant producer, you are considered to have bought Chickens from all of them. The defendants are:

| | | |
|---|---|---|
| Claxton Poultry Farms, Inc. | O.K. Foods, Inc. | Koch Foods, Inc. |
| Fieldale Farms Corp. | Peco Foods, Inc. | Tyson Foods, Inc. |
| Foster Farms, LLC | Perdue Farms Corporation | Mar-Jac Poultry, Inc. |
| Georges, Inc. | Pilgrim's Pride Corporation | Wayne Farms, LLC |
| Harrison Poultry, Inc. | Sanderson Farms, Inc. | Mountaire Farms, Inc. |
| House of Raeford Farms | Simmons Foods, Inc. | Agri Stats, Inc. |

The litigation began in 2016 and is now a mature case with ongoing discovery. Millions of pages of documents have already been produced, defendants' depositions being taken weekly and progress being made daily.

The litigation has gone very well for the plaintiffs. For example, in denying defendants' motions to dismiss, the Court found that plaintiffs plausibly allege that defendants engaged in a conspiracy to artificially raise and fix the prices of Chickens in violation of the federal antitrust laws. In late April 2019, the U.S. Department of Justice convened a grand jury to investigate whether defendants violated the criminal antitrust statutes. The grand jury subpoenaed plaintiffs' counsel to turn over copies of all discovery taken to date.

Listed below are the attorneys who filed the first non-class, direct action purchaser case. They also were the first attorney team to name Agri Stats as a defendant and they represent over 25 direct action plaintiff foodservice companies, grocery wholesalers, and grocery retailers coast-to-coast against the defendants. Some of their clients are UniPro Members, including Associated Food Stores, City Line Distributors, Pacific Agri-Products, Troyer Foods, and URM Food Service.

These attorneys represent their clients on a full contingency basis, advancing all litigation expenses and court costs and only get paid if they secure a recovery for their clients.

If your company purchased at least $100 million of Chickens directly from one or more of the defendants between 2008 and 2016, and you're interested in filing a claim and you're not already represented by a lawyer, you may want to contact any of them.

**UniPro Disclaimer**: This is not an endorsement for any of the attorneys listed below or for any of their conclusions in the case update above, nor are we suggesting that any Member join in the suit. This is being provided simply for informational purposes only for the Membership to make an informed business decision.

Richard L. Coffman
**The Coffman Law Firm**
505 Orleans, Fifth Floor
Beaumont, Texas 77701
(409) 833-7700
rcoffman@coffmanlawfirm.com
www.coffmanlawfirm.com

Robert N. Kaplan
**Kaplan Fox & Kilsheimer, LLP**
850 Third Avenue, 14th Floor

New York, NY 10022
(212) 687-1980
rkaplan@kaplanfox.com
www.kaplanfox.com

Eric R. Lifvendahl
**Williams Montgomery & John, Ltd.**
233 S. Wacker Drive, Ste. 6100
Chicago, IL 60606
(312) 443-3230
ERL@willmont.com
www.willmont.com

WWW.UNIPROFOODSERVICE.COM                     Great Menus Start Here!™

UNIPRO FOODSERVICE, INC. | 2500 CUMBERLAND PARKWAY | ATLANTA GA 30339 | 770.952.0871 |
WWW.UNIPROFOODSERVICE.COM

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Thank you. If you no longer wish to receive email communications from this UniPro Foodservice, Inc. list, please either respond to this email indicating your desire to opt-out or select opt-out Forward to a Friend
This email was sent by: UniPro Foodservice, Inc. 2500 Cumberland Parkway, Atlanta, Georgia 30339