IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Winn-Dixie Stores, Inc., et. al. v. Koch Foods, Inc., et. al.* | Case No. 1:16-cv-08637<br><br>The Honorable Thomas Durkin<br><br>Case No. 1:18-cv-00245 |

**DEFENDANT FIELDALE FARMS CORPORATION'S MOTION TO ENFORCE FINAL APPROVAL ORDER AND DISMISS ALL CLAIMS BROUGHT BY PLAINTIFFS WINN-DIXIE STORES, INC. AND BI-LO HOLDINGS, LLC**

Defendant Fieldale Farms Corporation ("Fieldale") moves to dismiss all claims asserted by direct action plaintiffs Winn-Dixie Stores, Inc. and BI-Lo Holdings, LLC in their First Amended Complaint, Dkt. 2140, under Fed. R. Civ. P. 12(c) and to enforce this Court's November 16, 2018 Order Granting Final Approval of Settlement With Defendant Fieldale Farms Corporation ("Final Approval Order"), Dkt. 1414. In support of its motion, Fieldale states as follows:

1. Winn-Dixie did not opt out of Fieldale's settlement with the Direct Purchaser Plaintiff class. Winn-Dixie's claims against Fieldale are therefore "forever released," Dkt. 1414 at ¶ 9, and Winn-Dixie is "forever barred from commencing or continuing" to prosecute released claims against Fieldale. Dkt. 1414 at ¶¶ 8.

2. As explained in more detail in the accompanying memorandum, the Court should dismiss Winn-Dixie's claims on two legal bases. First, the Court should dismiss Winn-Dixie's claims by exercising its power to enforce the Final Approval Order. Second, the Court should

dismiss Winn-Dixie's claims under Fed. R. Civ. P. 12(c) because the pleadings in this matter show on their face that Winn-Dixie has settled and released its claims against Fieldale.

Wherefore, Fieldale respectfully requests that this Court enforce the Final Approval Order, dismiss Winn-Dixie's claims against it with prejudice, and grant such other further relief as the Court deems just.

Dated: July 22, 2019

/s/ Max Marks
B. Parker Miller (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
Max Marks (*pro hac vice*)
James B. Cash (*pro hac vice*)
Anthony T. Greene (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
max.marks@alston.com
james.cash@alston.com
tony.greene@alston.com

Brendan J. Healey
MANDELL MENKES LLC
One North Franklin, Suite 3600
Chicago, IL 60606
(312) 251-1006 (T)
(312) 759-2189 (F)
bhealey@mandellmenkes.com

R. Brent Hatcher, Jr. (*pro hac vice*)
SMITH, GILLIAM, WILLIAMS & MILES PA
301 Green Street NW, Suite 200
Gainesville, GA 30501
(770) 536-3381 (T)
(770) 535-9902 (F)
bhatcher@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 22, 2019, he filed Fieldale's **MOTION TO ENFORCE FINAL APPROVAL ORDER AND DISMISS ALL CLAIMS BROUGHT BY PLAINTIFFS WINN-DIXIE STORES, INC. AND BI-LO HOLDINGS, LLC** with the Clerk of the Court via the ECF system, which automatically served all registered participants.

/s/ Max Marks