IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| | The Honorable Thomas Durkin |
| This Document Relates To: | |
| *Winn-Dixie Stores, Inc., et. al. v. Koch Foods, Inc., et. al.* | Case No. 1:18-cv-00245 |

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that on **August 5, 2019** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Thomas M. Durkin in Room 1441 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendant Fieldale Farms Corporation's Motion to Enforce Final Approval Order and Dismiss All Claims Brought by Plaintiffs Winn-Dixie Stores, Inc. And Bi-Lo Holdings, LLC** and memorandum in support thereof, copies of which are hereby served upon you.

Dated: July 22, 2019

/s/ Max Marks
B. Parker Miller (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
Max Marks (*pro hac vice*)
James B. Cash (*pro hac vice*)
Anthony T. Greene (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
max.marks@alston.com
james.cash@alston.com
tony.greene@alston.com

Brendan J. Healey
MANDELL MENKES LLC
One North Franklin, Suite 3600

1

Chicago, IL 60606
(312) 251-1006 (T)
(312) 759-2189 (F)
bhealey@mandellmenkes.com

R. Brent Hatcher, Jr. (*pro hac vice*)
SMITH, GILLIAM, WILLIAMS & MILES PA
301 Green Street NW, Suite 200
Gainesville, GA 30501
(770) 536-3381 (T)
(770) 535-9902 (F)
bhatcher@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that on July 22, 2019, he filed Fieldale's **NOTICE OF MOTION** with the Clerk of the Court via the ECF system, which automatically served all registered participants.

                                                         /s/ Max Marks