**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>Certain DAP Actions Listed in Footnote 1[1] | Case No. 1:16-cv-08637 |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on the 5th day of August, 2019, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Thomas M. Durkin, or any judge sitting in his stead, in Room 1441, at the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Case Farms Defendants' Request for Judicial Notice and Incorporation by Reference**, a copy of which is served upon you.

Dated: July 22, 2019

Respectfully submitted,

**Case Farms Defendants**

By:    /s/ Daniel M. Feeney
           One of Their Attorneys

Thomas M. Staunton (6217164)
Daniel M. Feeney (6224893)
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
Tel: (312) 263-3700/Fax: (312) 263-3270
dfeeney@millershakman.com
tstaunton@millershakman.com

---

[1] This Notice of Motion relates to the following Actions: *Associated Wholesale Grocers, Inc. v. Koch Foods, Inc., et al.*, 18-cv-6316; *Associated Grocers of the South, Inc., et al. v. Tyson Foods, Inc., et al.*, 18-cv-4616; *Ahold Delhaize USA, Inc. v. Koch Foods, Incorporated, et al.*, 18-cv-5351; *The Kroger Co., et al. v. Tyson Foods, Inc., et al.*, 18-cv-4534; *Shamrock Foods Company, et al. v. Tyson Foods, Inc., et al.*, 18-cv-7284; *Checkers Drive-In Restaurants, Inc. v. Tyson Foods, Inc., et al.*, 19-cv-1283; United Supermarkets, LLC, et al. v. Tyson Foods, Inc., et al., 18-cv-6693; *BJ's Wholesale Club, Inc. v. Tyson Foods, Inc., et al.*, 18-cv-5877; *Darden Restaurants, Inc. v. Tyson Foods, Inc., et al.*, 19-cv-0530; *Jetro Holdings, LLC v. Tyson Foods, Inc., et al.*, 18-cv-4000; *Maximum Quality Foods, Inc. v. Tyson Foods, Inc., et al.*, 18-cv-6673; *Sherwood Food Distributors, L.L.C., et al. v. Tyson Foods, Inc., et al.*, 19-cv-0354; *Winn-Dixie Stores, Inc., et al. v. Koch Foods, Inc., et al.*, 18-cv-0245; *Save Mart Supermarkets v. Tyson Foods, Inc., et al.*, 19-cv-2805; and *Conagra Brands, Inc., et al. v. Tyson Foods, Inc.,et al.*, 19-cv-2190.

## **CERTIFICATE OF SERVICE**

    I, Daniel M. Feeney, hereby certify that a true and correct copy of the foregoing Notice of Motion was electronically filed with the Clerk of the Court using the CM/ECF system on July 22, 2019, which constitutes service on counsel of record who are registered electronic filing users.

Dated: July 22, 2019                                            /s/ Daniel M. Feeney
                                                                                 Daniel M. Feeney