UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No: 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin |
| *The Kroger Co., et al. v. Tyson Foods, Inc., et al.* | Case No: 1:18-cv-04534 |
| *Associated Grocers of the South, Inc., et al. v. Tyson Foods, Inc., et al.* | Case No: 1:18-cv-04616 |
| *Ahold Delhaize USA, Inc. v. Koch Foods, Inc., et al.* | Case No: 1:18-cv-05351 |
| *Save Mart Supermarkets v. Tyson Foods, Inc., et al.* | Case No: 1:19-cv-02805 |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Production Division), and Sanderson Farms, Inc. (Processing Division) (together "Sanderson Farms"), by their undersigned counsel, and pursuant to Local Rule 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully move this Court for entry of an Order granting Sanderson Farms leave to file under seal **Sanderson Farms Defendants' Memorandum of Law In Support of Sanderson Farms Defendants' Motion to Dismiss** ("Memorandum"). In support of this Motion, Sanderson Farms states as follows:

1. Sanderson Farms has prepared the Memorandum, which it intends to file on this same day, July 22, 2019. The Memorandum is in support of a motion to dismiss Plaintiffs'

complaints in the above-captioned cases. Those complaints were originally filed under seal, as they contained confidential information from documents marked as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" and / or "HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" pursuant to the Agreed Confidentiality Order entered in this case on November 8, 2016 (Dkt. No. 202). (*See* Dkt. Nos. 2058, 2069, 2073, and 2160 (Plaintiffs' motions to file under seal).) The Memorandum refers to redacted language from each complaint.

2. The Agreed Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2." (Dkt. 202, ¶ 9.) Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically or under seal in connection with a motion, brief, or other submission must … move the court for leave to file the document under seal." L.R. 26(2)(c).

3. In compliance with Local Rule 26.2(c), Sanderson Farms will file a public record version of the Memorandum with the portions containing confidential information redacted.

4. Accordingly, Sanderson Farms requests that this Court grant leave, pursuant to Rules 5.8 and 26.2, and in accordance with the Agreed Confidentiality Order, to file under seal the Memorandum.

WHEREFORE, Sanderson Farms respectfully requests that this Court enter an Order granting leave to file under seal Sanderson Farms Defendants' Memorandum.

Dated: July 22, 2019

Respectfully submitted,

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.

        Christa C. Cottrell, P.C.
Stacy Pepper
J. Benjamin Tyson
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com
ben.tyson@kirkland.com
*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division).*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
