# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No: 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin |
| *The Kroger Co., et al. v. Tyson Foods, Inc., et al.* | Case No: 1:18-cv-04534 |
| *Associated Grocers of the South, Inc., et al. v. Tyson Foods, Inc., et al.* | Case No: 1:18-cv-04616 |
| *Ahold Delhaize USA, Inc. v. Koch Foods, Inc., et al.* | Case No: 1:18-cv-05351 |
| *Save Mart Supermarkets v. Tyson Foods, Inc., et al.* | Case No: 1:19-cv-02805 |

## SANDERSON FARMS DEFENDANTS' MOTION TO DISMISS

Plaintiffs Ahold, Kroger, Associated Grocers of the South, and Save Mart include Sanderson Farms as a "Georgia Dock Defendant," against whom they bring Georgia and federal RICO claims based on a purported conspiracy to manipulate the Georgia Dock Index. But Plaintiffs' RICO claims are uniquely deficient as to Sanderson Farms: Plaintiffs cannot plead Georgia or federal RICO claims against Sanderson Farms because they do not and cannot allege that Sanderson Farms participated in RICO "enterprise." *See* Ga. Code Ann. § 16-14-4(b); 18 U.S.C. §§ 1962–64. Indeed, according to Plaintiffs, the Georgia Dock Defendants associated with each other to form and participate in a RICO "enterprise" in part through their state-appointed Advisory Committee membership. The problem for Plaintiffs is that ***Sanderson Farms never was on or participated in the Georgia Dock Advisory Committee***, nor are there any allegations

1

amounting to an "enterprise" under the law. Accordingly, for the reasons set forth in the accompanying memorandum, Sanderson Farms moves to dismiss (1) Counts VIII and IX of Ahold Delhaize USA, Inc.'s First Amended Complaint (Dkt. 2099); (2) Counts V and VI of The Kroger Co.'s First Amended Complaint (Dkt. 2105); (3) Counts V and VI of Associated Grocers of the South, Inc.'s First Amended Complaint (Dkt. 2094); and (4) Counts V and VI of Save Mart Supermarket's Complaint.

Plaintiffs' "enterprise" allegations center on the Georgia Dock Advisory Committee, an appointed board of Georgia poultry producer representatives that allegedly controlled and manipulated the Georgia Dock. But Plaintiffs are forthright in their concession that Sanderson Farms was not on the Advisory Committee, and they fail to plead any connection between Sanderson Farms and the Advisory Committee as they must to state a RICO enterprise-based claim against Sanderson Farms. They do not allege that Sanderson Farms was a member of the Advisory Committee, that Sanderson Farms attended any Advisory Committee meeting, or that Sanderson Farms even knew the Advisory Committee existed. They thus do not and cannot allege Sanderson Farms' participation in an "enterprise" on this basis.

Furthermore, Plaintiffs' subsidiary "enterprise" allegations similarly fail to plead Sanderson Farms' participation in any RICO enterprise. While Plaintiffs point to the Georgia Dock Defendants' involvement with the Georgia Poultry Federation to plead a putative "enterprise," their only GPF allegation specific to Sanderson Farms is that Sanderson Farms was a member and on the Board. Their allegation of mere membership is not enough, nor are their allegations of an "enterprise" based on the Georgia Dock Defendants' price submissions to Poultry Market News, which fail as a matter of law. The Court should, accordingly, dismiss the RICO enterprise-based claims against Sanderson Farms.

Dated:  July 22, 2019

Respectfully submitted,

/s/ *Daniel E. Laytin, P.C.*

Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
J. Benjamin Tyson
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com
ben.tyson@kirkland.com
*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division).*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.