# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No: 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin |
| *The Kroger Co., et al. v. Tyson Foods, Inc., et al.* | Case No: 1:18-cv-04534 |
| *Associated Grocers of the South, Inc., et al. v. Tyson Foods, Inc., et al.* | Case No: 1:18-cv-04616 |
| *Ahold Delhaize USA, Inc. v. Koch Foods, Inc., et al.* | Case No: 1:18-cv-05351 |
| *Save Mart Supermarkets v. Tyson Foods, Inc., et al.* | Case No: 1:19-cv-02805 |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that on **Monday, August 5, 2019 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, counsel from Kirkland & Ellis LLP shall appear before The Honorable Judge Thomas M. Durkin, or any judge sitting in his stead, at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, Courtroom 1441, and then and there present **Sanderson Farms Defendants' Motion to Dismiss**, a copy of which is hereby served upon you.

1

Dated: July 22, 2019 ......... Respectfully submitted,

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
J. Benjamin Tyson
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com
ben.tyson@kirkland.com
*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division).*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 22, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ *Daniel E. Laytin, P.C.*
                                            Daniel E. Laytin, P.C.