# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Civil Action No. 1:16-cv-08637 |
| | Judge Thomas M. Durkin |
| | Magistrate Judge Jeffrey T. Gilbert |
| THIS DOCUMENT RELATES TO: | |
| All Direct Action Plaintiffs | **NOTICE OF FILING OF LIST OF DIRECT ACTION PLAINTIFFS** |

To:  Counsel of Record, via the ECF System

PLEASE TAKE NOTICE that on Friday, September 20, 2019, we are hereby filing the attached list of Direct Action Plaintiffs that have filed Complaints and were consolidated in *In re Broiler Chicken Antitrust Litigation* as of September 20, 2019.[1]

DATED: September 20, 2019

/s/ *Scott E. Gant*

Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgant@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs*

---

[1] *Commonwealth of Puerto Rico v. Koch Foods Inc. et al.*, Case No. 19-cv-01605 (D.P.R.), listed with a dagger ("†") in the attached list, has been consolidated with the master action, but Puerto Rico, having filed a complaint on behalf of itself and as *parens patriae* on behalf of Puerto Rico residents, is not part of the group of Direct Action Plaintiffs.