**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| | The Honorable Thomas Durkin |
| This Document Relates To: | |
| *Commonwealth of Puerto Rico v. Koch Foods, Inc., et. al.* | Case No. 1:19-cv-05114 |

**DEFENDANT FIELDALE FARMS CORPORATION'S MOTION TO ENFORCE FINAL
APPROVAL ORDER AND DISMISS ALL CLAIMS BROUGHT BY
PLAINTIFF COMMONWEALTH OF PUERTO RICO**

Defendant Fieldale Farms Corporation ("Fieldale") moves to dismiss all claims asserted by direct action plaintiff Commonwealth of Puerto Rico Complaint, Dkt. 3020-1, under Fed. R. Civ. P. 12(c) and to enforce this Court's November 16, 2018 Order Granting Final Approval of Settlement With Defendant Fieldale Farms Corporation ("Final Approval Order"), Dkt. 1414. In support of its motion, Fieldale states as follows:

1.      The Final Approval Order defines the "settlement class" in relevant part as "[a]ll persons who purchased Broilers directly from any of the Defendants." Dkt. 1414 at ¶ 4. Puerto Rico alleges that it "directly purchased Broilers from Defendants," Dkt. 3020-1 at ¶ 450.C, but it did not opt out of Fieldale's settlement with the Direct Purchaser Plaintiff class. Puerto Rico's claims all fall within the scope of "Released Claims" under the Settlement Agreement and Final Approval Order because they all arise out of "any act or omission during the Class Period complained of, relating to, or referred to in the Action." Dkt. 447-2, Settlement Agreement, at Section I.B.25. Because Puerto Rico, as alleged, is a member of the settlement class and its

1

claims all fall within the scope of the release, Puerto Rico's claims against Fieldale are all "forever released," Dkt. 1414 at ¶ 9, and it is "forever barred from commencing or continuing" to prosecute released claims against Fieldale. Dkt. 1414 at ¶ 8.

2.        As explained in more detail in the accompanying memorandum, the Court should dismiss Puerto Rico's claims on two legal bases. First, the Court should dismiss Puerto Rico's claims by exercising its power to enforce the Final Approval Order. Second, the Court should dismiss Puerto Rico's claims under Fed. R. Civ. P. 12(c) because the pleadings in this matter show on their face that Puerto Rico has settled and released its claims against Fieldale.

Wherefore, Fieldale respectfully requests that this Court enforce the Final Approval Order, dismiss Puerto Rico's claims against it with prejudice, and grant such other further relief as the Court deems just.

Dated: October 18, 2019

/s/ Max Marks
B. Parker Miller (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
Max Marks (*pro hac vice*)
Anthony T. Greene (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
max.marks@alston.com
tony.greene@alston.com

R. Brent Hatcher, Jr. (*pro hac vice*)
SMITH, GILLIAM, WILLIAMS & MILES PA
301 Green Street NW, Suite 200
Gainesville, GA 30501
(770) 536-3381 (T)
(770) 535-9902 (F)
bhatcher@sgwmfirm.com

3

Brendan J. Healey (ARDC No. 6243091)
BARON HARRIS HEALEY
225 West Washington, Suite 2200
Chicago, IL  60606
(312) 741-1030 (T)
bhealey@bhhlawfirm.com

*Attorneys for Fieldale Farms Corporation*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 18, 2019, he filed Fieldale's **MOTION TO ENFORCE FINAL APPROVAL ORDER AND DISMISS ALL CLAIMS BROUGHT BY PLAINTIFF COMMONWEALTH OF PUERTO RICO** with the Clerk of the Court via the ECF system, which automatically served all registered participants.

/s/ Max Marks