THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*The Golub Corporation, et al. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, et al.*, Case No. 19-cv-06955 | Case No. 16-cv-08637 |

**PLAINTIFF GOLUB CORPORATION'S F.R.C.P. RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, plaintiff The Golub Corporation, a Delaware corporation, hereby discloses that it has no parent company, no publicly-held company owns 10% or more of The Golub Corporation's stock, and it has no publicly-held affiliates.

Dated: November 20, 2019

Respectfully submitted,

By: */s/ Eric R. Lifvendahl*
One of the Attorneys for Plaintiff Golub Corporation

*Eric R. Lifvendahl* (#6211539)
**LOWIS & GELLEN LLP**
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: elifvendahl@lowis-gellen.com

**KAPLAN FOX & KILSHEIMER, LLP**
Robert N. Kaplan
Jeffrey P. Campisi
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: jcampisi@kaplanfox.com
Email: mmccahill@kaplanfox.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
Edison Plaza
350 Pine Street, Suite 700
Beaumont, Texas 77701
Telephone: (409) 833-7700
Email: rcoffman@coffmanlawfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that on November 20, 2019, I caused a copy of the foregoing document to be filed electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

                                                   */s/ Eric R. Lifvendahl*
                                                    Eric R. Lifvendahl