# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Maplevale Farms, Inc., et al.

                Plaintiff,

v.                                        Case No.: 1:16−cv−08637
                                        Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin: Oral argument held on Sanderson Farms and Case Farms' motions to dismiss. Case Farms' motion to seal document [3315] is granted. Direct Purchaser Plaintiffs' motion for settlement [3322] is granted. Counsel will submit a draft order with the final approval hearing date. Sanderson Farms' motion to seal the courtroom during oral argument [3340] is denied. Motion hearing held on 12/18/2019. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.