# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Plaintiff Action | Case No. 1:16-cv-08637<br><br>Hon. Thomas A. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

# MOTION TO WITHDRAW
# APPEARANCE OF ELIZABETH R. ODETTE

Pursuant to Local Rule 83.17, Direct Purchaser Plaintiffs ("Plaintiffs"), by and through their attorneys, respectfully move this Court for an Order allowing Elizabeth R. Odette to withdraw as their counsel and request removal from this action's ECF service list. Plaintiffs will continue to be represented by W. Joseph Bruckner, Brian D. Clark, and other attorneys in this matter, therefore, Plaintiffs will not be prejudiced in any way by the withdrawal of Elizabeth R. Odette.

Dated: March 30, 2020

s/ Elizabeth R. Odette
W. Joseph Bruckner (MN #147758)
Elizabeth R. Odette (MN #0340698)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com

*Direct Purchaser Plaintiffs Interim Co-Lead Class Counsel*

548269.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 30, 2020, a copy of the foregoing Motion to Withdraw was filed electronically and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Elizabeth Odette
Elizabeth R. Odette (MN# 340698)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
erodette@locklaw.com