Maplevale Farms, Inc., et al.
                         Plaintiff,

v.                                            Case No.: 1:16−cv−08637
                                                           Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 30, 2020:

     MINUTE entry before the Honorable Thomas M. Durkin: Direct Purchaser Plaintiffs' motion to withdraw appearance of Elizabeth R. Odette [3544] is granted; Attorney Elizabeth R. Odette terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.