**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin |
| All End-User Consumer Plaintiff Actions | Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 21, 2020, at 9:15 a.m., the undersigned

counsel will appear via telephone conference before the Honorable Judge Thomas M. Durkin, or

any judge sitting in his stead, in Room 1441 of the U.S. District Court for the Northern District

of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street,

Chicago, Illinois, and shall then and there present END-USER CONSUMER PLAINTIFFS'

MOTION FOR LEAVE TO AMEND COMPLAINT, a copy of which is herewith served upon

you.

DATED: April 14, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP

By _____ s/ Shana E. Scarlett _____
SHANA E. SCARLETT

Rio R. Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101

Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

*Interim Lead Counsel for End-User Consumer Plaintiffs*

Kit A. Pierson
Brent W. Johnson
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com
adeich@cohenmilstein.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
dsilverman@cohenmilstein.com

*Additional Counsel for End-User Consumer Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 14, 2020, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

s/ Shana E. Scarlett<br>
SHANA E. SCARLETT