### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637 |

### NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of the Court and to All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT Gabrielle Olivieri Sliwka is no longer an attorney at the law firm of Gustafson Gluek PLLC and is hereby withdrawn as Counsel for Indirect Purchaser Plaintiffs. Ms. Olivieri Sliwka should be removed from the Court's service list with respect to this action. The law firms of Cotchett, Pitre & McCarthy, LLP and Gustafson Gluek PLLC continue to represent the Indirect Purchaser Plaintiffs should continue to be reflected as Co-Class Counsel, and all future correspondence and papers in this action should continue to be directed to Adam J. Zapala at Cotchett, Pitre & McCarthy, LLP, and Daniel E. Gustafson and Daniel C. Hedlund of Gustafson Gluek PLLC.

Dated: April 23, 2020

**GUSTAFSON GLUEK PLLC**

By: */s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
220 South Sixth Street, #2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

*Interim Co-Class Counsel for Indirect Purchaser Plaintiffs*