**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637 |

# JOINT STATUS REPORT

Pursuant to this Court's Order at Dkt. No. 3601, the parties respectfully submit this Joint Status Report.

## I. Class Plaintiffs' Initial Statement

From Class Plaintiffs' perspective, the case has been ground to a halt by the COVID-19 pandemic. The full stop of crucial discovery falls on top of the nine-month delay imposed by the stay requested by the Department of Justice ("DOJ Stay"). No deposition of any defendant has occurred in eleven months. No deposition of any Plaintiff has occurred since March 16, 2020. Depositions of the Defendants are the key gate-keeping event required for the case to be trial-ready. While certain motions have been briefed and some written discovery has occurred during the COVID-19 pandemic, the continued inability of Plaintiffs to take Defendant depositions will continually delay trial.

## II. Defendants' Response to Class Plaintiffs' Initial Statement

Despite Defendants repeated requests by phone and email to submit a neutral factual recitation of information sought by the Court, Class Plaintiffs instead include argument seemingly in support of (and in some cases copying from) their recently-filed motion on remote depositions (Dkt. No. 3160). Defendants strongly disagree with Class Plaintiffs' "initial

statement" but do not deem it appropriate to detail our arguments in opposition in this filing. Defendants will respond – as instructed by the Court – to Class Plaintiffs' actual motion.

## III. Docket Activity Update

Since our last in-person hearing on January 17, 2020, there have been just over 200 docket entries. The vast majority of these entries were procedural or administrative (transcript notices, hearings being set, motions to seal or presentment motions for substantive motions, and scheduling minute entries). Several motions pending before the January status conference have been decided in the interim period, including Motions to Dismiss certain DAP complaints filed by Defendant Sanderson Farms and Defendant Case Farms, Plaintiffs' Motion for Sanctions, and DAP Winn-Dixie's Motion for Entry of Judgement. Defendants filed answers to one DAP complaint, three new DAP complaints were filed, five individual DAPs filed notices of dismissal of their claims against Defendant Amick Farms, and two DAPs filed notices of dismissal of their claims against Defendant Fieldale Farms Corporation. Of the substantive motions and orders filed since January, the Motions for Protective Orders filed by the Department of Justice and Defendants were fully briefed and decided, as was the End User Consumer Plaintiffs' Motion for Leave to File a Fifth Amended Complaint. Five additional substantive motions have been filed and, as described below, briefing is either complete or scheduled to be complete in the near future.

## IV. New DAP Complaints

Three new DAP complaints have been filed since January, bringing the total number of DAP complaints to 36 and the total number of DAPs to 103. Stipulations as to service and

responses for all three DAP complaints have been filed and entered by the Court, and DAP counsel have engaged with Defense Counsel to begin discovery.

| **Case** | **Date Filed** | **Date Reassigned to Judge Durkin** | **Date of Stipulation re Service/Response** |
|---|---|---|---|
| ***El Pollo Loco, Inc. v. Tyson Foods et al.,*** Case No. 20-cv-01943 (N.D. Ill.) | 3/24/2020 | 4/1/2020 | 4/7/2020 |
| ***Independent Purchasing Cooperative, Inc. v. Koch Foods, Inc. et al.,*** Case No. 20-cv-02013 (N.D. Ill.) | 3/27/2020 | 3/30/2020 | 4/30/2020 |
| ***Kraft Heinz Foods Company v. Amick Farms LLC et al.,*** Case No. 20-cv-02278 (N.D. Ill) | 4/11/2020 | 4/16/2020 | 5/4/2020 |

## V. Pending Motions

### A. Pending Before Judge Durkin:

- **Defendants' Rule 12 Motion to Dismiss DAP Complaint in *Commonwealth of Puerto Rico v. Koch Foods*** (Case No. 19-cv-05114) (Dkt. No. 3159, filed October 18, 2019). The motion is fully briefed: Plaintiff opposed on December 17, 2019 (Dkt. No. 3351) and Defendants replied on January 21, 2020 (Dkt. No. 3407). On March 30, 2020, Plaintiff filed an unopposed Motion to Supplement Authority (Dkt. No. 3542), which was granted on the same day (Dkt. No. 3545).
- **Judge Durkin's Order re DAP Consolidation** (Dkt. No. 3525, issued March 5, 2020). The parties were to complete a meet and confer regarding a plan for a consolidated complaint for DAPs and a consolidated answer to that complaint by Defendants. The meet and confer was to be completed by April 10, 2020 and a status report proposing a plan to address this issue was to be filed by April 24, 2020. Applying the three general order extensions, the due date to complete the meet and confer process shifts to June 26, 2020 and the status report deadline to July 10, 2020. The meet and confer process is underway.
- **DPP's Motion for Approval of Settlement Classes**. DPP's filed a motion for preliminary approval of the Amick, Peco and George's settlements on December 11, 2019 (Dkt. No. 3322), which was preliminarily approved on January 8, 2020 (Dkt. No. 3394). DPP's Motion for Final Approval is due on June 15, 2020. The final approval hearing is scheduled to take place on June 29, 2020 (Dkt. No. 3603).

### B. Pending Before Judge Gilbert:

- **Class Plaintiffs' Motion to Compel Production of Additional Structured Data, Contracts and 30(b)(6) Testimony** (Dkt. No. 3532, filed March 18, 2020). Briefing is completed. Defendants filed an opposition on April 22, 2020 at Dkt. No. 3578 and Class Plaintiffs replied on May 4, 2020 (Dkt. No. 3593). (The parties did not apply intervening general order extensions to the agreed upon briefing schedule.) Oral argument is scheduled for May 18, 2020 per Dkt. No. 3604.
- **Plaintiffs' Motion to Amend the Court's August 28, 2019 Order and Scheduling Order No. 13 to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline** (Dkt. No. 3563, filed April 17, 2020). A briefing schedule was agreed to and entered by minute order on April 17, 2020. (Dkt. No. 3571). Defendants' Opposition will be filed on May 15, 2020 and Plaintiffs' Reply on May 29, 2020. (The parties will not apply intervening general order extensions to the agreed upon briefing schedule.)
- **Class Plaintiffs' Motion for Entry of an Order Requiring Remote Depositions for Certain Categories of Witnesses** (Dkt. No. 3610, filed May 13, 2020). A briefing schedule was agreed to and entered by minute order on May 6, 2020. Defendants' and Direct Action Plaintiffs' Responses will be filed on May 27, 2020. Class Plaintiffs' Reply will be filed by June 3, 2020. (The parties will not apply intervening general order extensions to the agreed upon briefing schedule.)

## VI. Existing Schedule Including Third General Order Extensions (Dkt. No. 3583)

| Event | Date |
|---|---|
| End of Fact Discovery of Class Representatives[1] | Pre-COVID: March 31, 2020<br>**Now: June 16, 2020** |
| Class Plaintiffs' Motions for Class Certification with Supporting Expert Reports Due | Pre-COVID: June 18, 2020<br>**Now: September 3, 2020** |

[1] There is some dispute on the deadline for the End of Fact Discovery of Class Representatives, but the issue is not ripe for resolution.

| Event | Date |
| --- | --- |
| Defendants' Responses on Class Certification and Class Expert Reports Defendants' *Daubert* Defendants' Oppositions to Class Certification with Rebuttal Class Expert Reports Due<br><br>Defendants' Daubert Motions on Class Plaintiffs' Class Certification Experts Due | Pre-COVID: August 20, 2020<br>**Now: November 5, 2020** |
| Class Plaintiffs' Reply in support of Class Certification, Rebuttal Expert Reports Due<br><br>Class Plaintiffs' Opposition to Defendants' *Daubert* Motions on Plaintiff Class Experts Due<br><br>Class Plaintiffs' *Daubert* Motions on Defendants' Class Experts Due | Pre-COVID: October 2, 2020<br>**Now: December 18, 2020** |
| Defendants' Reply in Support of Daubert Motions on Plaintiffs' Class Experts Due<br><br>Defendants' Opposition to Class Plaintiffs' Daubert Motions on Defendants' Class Experts Due | Pre-COVID: November 11, 2020<br>**Now: January 27, 2021** |
| Class Plaintiffs' Reply in Support of *Daubert* Motions on Defendants' Class Expert Due | Pre-COVID: November 25, 2020<br>**Now: February 10, 2021** |
| Close of Fact Discovery | Pre-COVID: December 18, 2020<br>**Now: March 5, 2021** |
| Plaintiffs' Affirmative Merits Expert Reports Due | Pre-COVID: January 15, 2021<br>**Now: April 2, 2021** |
| Defendants' Affirmative and Rebuttal Merits Expert Reports Due | Pre-COVID: February 12, 2021<br>**Now: April 30, 2021** |

| Event | Date |
| --- | --- |
| Plaintiffs' Rebuttal Expert Reports Due | Pre-COVID: May 7, 2021<br>**Now: July 23, 2021** |
| Summary Judgment Opening Briefs & Merits *Daubert* Motions Due | Pre-COVID: June 1, 2021<br>**Now: August 17, 2021** |
| Summary Judgment Responses & Merits Expert *Daubert* Responses Due | Pre-COVID: July 13, 2021<br>**Now: September 28, 2021** |
| Summary Judgment Replies & Merits Expert *Daubert* Replies Due | Pre-COVID: August 10, 2021<br>**Now: October 26, 2021** |

## VII. Status of Discovery on Class

### A. Document/Data Productions

- DPPs (March 31, 2020) made a production of structured data. CIIPPs (March 19, 2020) produced supplemental business documents for one class representative.

### B. Written Discovery

- Defendants served their Second Set of Requests for Admission on Class Plaintiffs on February 29, 2020. Class Plaintiffs' deadline to object and respond has been extended to July 15, 2020 under the Third General Order.
- Defendants have followed up regarding potential deficiencies in the production of EUCP Dorothy Monahan on February 11, 2020.
- Defendants served their Second Set of Interrogatories on All Plaintiffs on May 8. Objections and responses are currently due August 24, 2020 under the Third General Order.
- Case Farms, Mar-Jac, and Foster Farms each served separate interrogatories and requests for production on Class Plaintiffs on February 28, 2020. Harrison served a separate interrogatory and requests for production on Class Plaintiffs on February 29, 2020. Class Plaintiffs' objections and responses are now due June 15, 2020.

### C. Depositions

- 33 class representative depositions were completed between the January conference and March 16, 2020. One CIIPP deposition was taken telephonically due to COVID-19 concerns. No class representative depositions have been taken since March 16.
- Only 7 class representative depositions remain: 3 CIIPPs and 4 EUCPs.
- All of the remaining class representative depositions were scheduled to be completed before the March 31, 2020 deadline for class representative depositions, but were taken off the calendar by agreement of the parties and will be rescheduled by agreement or per Court order. The EUCP and CIIPPs class representatives have offered to have their depositions taken remotely. Defendants have not yet scheduled any remote depositions.
- Defendants served written question on CIIPPs Alabama Joes and Tennis Bums seeking additional information that their 30(b)(6) witness did not provide on March 9, 2020. CIIPPs responded on May 14, 2020.

## VIII. Status of Discovery on DAPs

### A. Document/Data Productions

- 23 DAPs have made a total of 27 structured data productions since the January conference.
- 20 DAPs have made a total of 48 document productions, totaling 5.1 million documents and 34 million pages.
- 56 of 103 DAPs have substantially completed productions
    i. Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Ahold Delhaize USA; Albertsons Companies, Inc.; Alex Lee, Inc.; Associated Food Stores, Inc.; Associated Grocers of Florida, Inc.; Associated Grocers of New England, Inc.; Associated Grocers of the South, Inc.; Bashas' Inc.; Big Y Foods, Inc.; BJ's Wholesale Club, Inc.; Certco, Inc.; Checkers Drive-In Restaurants, Inc.; Cheney Bros., Inc.; Colorado Boxed Beef (CBBC) OPCO, LLC; Darden Restaurants, Inc.; Fareway Stores, Inc.; Hamilton Meat, LLC; Harvest Meat Company, Inc.; Hooters of America, LLC; Howard Samuels as Trustee In Bankruptcy for Central Grocers, Inc.; Hy-Vee, Inc.; IRA Higdon Grocery Company, Inc.; Jetro Holdings, LLC; King Solomon Foods, Inc.; Krispy Krunchy Foods LLC; Latina Boulevard Foods, LLC; Meijer Distribution, Inc.; Meijer, Inc.; Merchants Distributors, LLC; Nicholas & Co., Inc.;OSI Restaurant Partners, LLC; Pacific Agri-Products, Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; Publix Super Markets, Inc.; Quirch Foods, LLC, f/k/a Quirch Foods Co.; Save Mart Supermarkets; Shamrock Foods Company; Sherwood Food Distributors, LLC; Services Group of America;

Supervalu Inc.; Sysco Corporation; The Kroger Co.; Troyer Foods, Inc.; Unified Grocers, Inc.; United Food Service, Inc.; United Supermarkets LLC; URM Stores, Inc.; US Foods, Inc.; W. Lee Flowers & Company, Inc.; Wakefern Food Corporation; Weinstein Wholesale Meats, Inc.; Western Boxed Meats Distributors, Inc.; Woodman's Food Market, Inc.

- 32 of 103 DAPs have produced no documents or have not begun production based on search terms

    i. Anaheim Wings, LLC, d/b/a Hooters of Anaheim; Bonita Plaza Wings, LLC, d/b/a Hooters of Plaza Bonita; Commonwealth of Puerto Rico; Conagra Brands, Inc.; Costa Mesa Wings, LLC, d/b/a Hooters of Costa Mesa; Distribution Group, Inc., d/b/a Van Eerden Foodservice Company; Downtown Wings, LLC, previously d/b/a Hooters of Downtown LA; El Pollo Loco, Inc.; Gaslamp Wings, LLC, previously d/b/a Hooters of San Diego; Hollywood Wings, LLC, d/b/a Hooters of Hollywood; Independent Purchasing Cooperative, Inc.; Kraft Heinz Foods Company (in *Conagra* complaint); Kraft Heinz Foods Company (in separate *Kraft Heinz* complaint); Latina Boulevard Foods, LLC; Maximum Quality Foods, Inc.; Mission Valley Wings, LLC, d/b/a Hooters of Mission Valley; Nestlé Purina PetCare Company; Nestlé USA, Inc.; Oceanside Wings, LLC, previously d/b/a Hooters of Oceanside; Ontario Wings, LLC, d/b/a Hooters of Ontario; Pinnacle Foods, Inc.; PJ Food Service; Rancho Bernardo Wings, LLC, d/b/a Hooters of San Marcos; Sam's East, Inc.; Sam's West, Inc.; South Gate Wings, LLC, d/b/a Hooters of South Gate; The Golub Corporation; Walmart Inc.; Wal-Mart Louisiana, LLC; Wal-Mart Stores Arkansas, LLC; Wal-Mart Stores East, LP (f/k/a Wal-Mart Stores East, Inc.); Wal-Mart Stores Texas, LLC (f/k/a/ Wal-Mart Stores Texas, LP); Wings Over Long Beach, LLC, d/b/a Hooters of Long Beach

- 15 of 103 DAPs have produced documents but are not substantially complete

    i. Amigos Meat & Poultry, LLC; Amigos Meat Distributors East, LP; Amigos Meat Distributors, LP; Amigos Meat Distributors West, LP; Associated Grocers, Inc.; Associated Wholesale Grocers, Inc.; Bi-Lo Holdings, LLC; Brookshire Grocery Company; Giant Eagle, Inc.; Gibson, Greco & Wood, LTD.; Hooters Management Corporation; LTP Management Group, Inc.; Restaurants of America, Inc.; Schnuck Markets, Inc.; Winn-Dixie Stores, Inc.

### B. Written Discovery

- Defendants served written discovery requests on two new DAPs. (El Pollo Loco on April 8, 2020, IPC on May 5, 2020).

- Defendants served Second Set of Requests for Admission on all DAPs on February 29, 2020. Defendants agreed to an extension with Plaintiffs on March

13, 2020 until April 29, 2020. This deadline to object and respond has since been extended to July 15, 2020 under the Third General Order. The Commonwealth of Puerto Rico's deadline to respond to written discovery is currently May 29, 2020, according to agreement of counsel.

- Defendants served their Second Set of Interrogatories on All Plaintiffs on May 8. Objections and responses are currently due August 24, 2020 under the Third General Order.
- Defendants and certain DAPs are currently meeting and conferring regarding potential deficiencies in written discovery, document discovery, privilege logs, and validation results, and regarding questions on structured data. As a result of these discussions, one DAP (Supervalu) produced 1,087 additional pages of documents on April 27, 2020.

### C. Depositions

- Defendants took seven depositions of DAPs between the January conference and March 10, 2020. No depositions of DAPs have occurred since March 10:[2]
  - i. 30(b)(1) of Bobby Lipson (Sherwood Food Distributors)
  - ii. 30(b)(6) United Supermarkets
  - iii. 30(b)(1) of Scott Nettles (United Supermarkets)
  - iv. 30(b)(6) Cheney Brothers
  - v. 30(b)(1) of Sean Johnson (Cheney Brothers)
  - vi. 30(b)(6) Sherwood Food Distributors
  - vii. 30(b)(1) of Bob Ficklin (US Foods)
- Thirteen 30(b)(6) Notices are outstanding (either currently being negotiated or were served for a deposition that was cancelled by agreement in light of COVID-19)[3]
  - i. Big Y Foods, Inc.
  - ii. BJ's Wholesale Club, Inc.
  - iii. Meijer, Inc.
  - iv. Meijer Distribution, Inc. (consolidated with Meijer, Inc.)
  - v. OSI Restaurant Partners, LLC
  - vi. Piggly Wiggly Alabama Distributing Co., Inc.

---

[2] Overall, 27 of the 103 DAPs have had a 30(b)(1) and/or 30(b)(6) witness deposed.

[3] Three 30(b)(1) depositions of DAPs were taken off calendar by agreement due to COVID-19.

vii. Publix Super Markets, Inc.

viii. Quirch Foods, LLC, f/k/a Quirch Foods Co.

ix. Shamrock Foods Company

x. Supervalu Inc.

xi. Sysco Corporation

xii. The Kroger Co.

xiii. US Foods, Inc.

## IX. Status of Discovery on Defendants

### A. Document/Data Productions

- Seven Defendants produced additional structured data.
- Five Defendants produced additional documents.

### B. Written Discovery

- Defendants have continued to respond to written questions from Plaintiffs about structured data in lieu of 30(b)(6) testimony.
- Plaintiffs served a Sixth Request for Production on March 18, 2020. Responses are due on July 6, 2020 under the extensions in the Third General Order.

### C. Depositions

- No depositions of Defendants have occurred in 2020.
- Plaintiffs served an amended list of limited topics in December 2019 that were permissible under the DOJ Stay. The parties engaged in an extended meet and confer process, which necessitated a motion to compel that will be heard on May 18, 2020. Three 30(b)(6) depositions of Defendants for topics not impacted by the DOJ stay were scheduled for March, but Plaintiffs asked that they be removed from the calendar due to the impasse reached on certain topics and the pendency of the DOJ stay lifting April 1 and additional 30(b)(6) topics becoming available, and Defendants consented.
- Plaintiffs issued amended 30(b)(6) notices between April 13, 2020 and April 27, 2020 to all Defendants except Agri Stats, House of Raeford, and Wayne Farms. These notices included eight revised or new topics from those previously served, topics which had not been permissible under the DOJ stay prior to April 1.
- DAP Ahold Delhaize USA, Inc. also served amended 30(b)(6) notices on twelve Defendants on April 22, 2020. These notices are supplemental to All Plaintiffs' 30(b)(6) notices discussed above.

- On March 11, 2020, Plaintiffs requested dates of 26 individual deponents. No depositions were scheduled. No Defendant 30(b)(6) or 30(b)(1) depositions have occurred.
- Plaintiffs have requested to proceed remotely with ten individual and eight 30(b)(6) depositions prior to class certification briefing. Defendants did not consent to have any deposition proceed remotely.

Dated: May 15, 2020

WEIL GOTSHAL & MANGES LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

Jessica L. Falk (#4763686)
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
jessica.falk@weil.com

BAILEY BRAUER PLLC

Clayton E. Bailey (admitted *pro hac vice*)
8350 N. Central Expressway, Ste. 206
Dallas, TX 75206
Telephone: (214) 360-7433
Facsimile: (214) 360-7424
cbailey@baileybrauer.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation and Liaison Counsel for Defendants*

Respectfully submitted,

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Robert Davis (admitted *pro hac vice*)
Mary Gardner (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
Zakariya Varshovi (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
rpdavis@venable.com
mmgardner@venable.com
athernacki@venable.com
zkvarshovi@venable.com

Leonard L. Gordon (admitted *pro hac vice*)
Benjamin P. Argyle (admitted *pro hac vice*)
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 370-6252
Facsimile: (212) 307-5598
llgordon@venable.com
bpargyle@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

By: /s/ *John W. Treece*
John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms, Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Patrick Fitzgerald*
Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division)*

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

John C. Martin
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 445-4623
F: (312) 896-5883
*jthompson@lynchthompson.com*

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc.*

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

DYKEMA GOSSET PLLC

By: /s/ *Howard B. Iwrey*
Howard B. Iwrey
39577 Woodward Ave, Ste. 300
Bloomfield Hills, MI 48304
Telephone: 248-203-0526
Facsimile: 248-203-0763
hiwrey@dykema.com

Steven H. Gistenson
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Telephone: 312-627-2267
Facsimile: 312-876-1155
sgistenson@dykema.com

Cody D. Rockey
2723 South State Street, Ste. 400
Ann Arbor, MI 48104
Telephone: 734-214-7655
Facsimile: 734-214-7696
crockey@dykema.com

Dante A. Stella
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6693
Facsimile: 313-568-6893
dstella@dykema.com

*Attorneys for Defendants Amick Farms, LLC*

MANDELL MENKES LLC

By: /s/ *Brendan J. Healey*
Brendan J. Healey
One North Franklin, Ste 3600
Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

ALSTON & BIRD LLP

B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Max Marks (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com

SMITH, GILLIAM, WILLIAMS & MILES PA

R. Brent Hatcher, Jr. (admitted *pro hac vice*)
301 Green Street NW, Ste 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
Douglas G. Walters
Jamie Krafcik
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
ca2@jdcarney.com
ca@jdcarney.com
case@jdcarney.com

Office Address:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145

Mailing Address:
1540 Peach Drive
Avon, OH 44011

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
Deborah A. Klar, Esq.
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
225 West Washington Street, Ste 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *James R. McGibbon*
James R. McGibbon (admitted *pro hac vice*)
Patricia A. Gorham (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com

SMITHAMUNDSEN LLC

Clay H. Phillips
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
cphillips@salawus.com

*Attorneys for Defendants Harrison Poultry, Inc.*

W. Joseph Bruckner
Elizabeth R. Odette
Brian D. Clark
Simeon A. Morbey
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com

Bruce L. Simon
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street
Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com
nswartzberg@pswlaw.com

Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard,
Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
mpearson@pswlaw.com
bpouya@pswlaw.com

*Direct Purchaser Plaintiffs Interim Co-Lead Class Counsel*

*s/ Steven A. Hart*
Steven Hart (#6211008)
Brian Eldridge (#6281336)
John Marrese (#6306516)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street,
Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
kpozan@hmelegal.com

*Direct Purchaser Plaintiffs Interim Liaison Class Counsel*

Kenneth A. Wexler
Edward A. Wallace
WEXLER WALLACE LLP
55W.Monroe Street,
Suite 3300
Chicago, IL 60603
T: (312) 346-2222
kaw@wexlerwallace.com
eaw@wexlerwallace.com

*Commercial and Institutional Indirect Purchaser Plaintiffs Liaison Counsel*

/s/ Joshua J. Rissman
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Brittany N. Resch
GUSTAFSON GLUEK PLLC
220 South Sixth Street,
#2600
Minneapolis, MN 55402
T: (612)333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Joseph W. Cotchett
Adam Zapala
Tamarah Prevost
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road,
Suite 200
Burlingame, CA 94010
T: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
tprevost@cpmlegal.com

*Commercial and Institutional Indirect Purchaser Plaintiffs Interim Co-Lead Counsel*

s/ Shana E. Scarlett
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue,
Suite 202
Berkeley, CA 94710
T: (510) 725-3000
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue,
Suite 2000
Seattle, Washington 98101
T: (206) 623-7292
steve@hbsslaw.com

*Interim Lead Counsel for End-User Consumer Plaintiffs*

/s/ Scott E. Gant
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
T: (202) 237-2727
sgant@bsfllp.com

*Counsel for Sysco and US Foods*
*Liaison Counsel for Direct Action Plaintiffs*