# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 16-cv-8637 |
| ) | |
|    BROILER CHICKEN ANTITRUST ) | Judge Thomas M. Durkin |
|    LITIGATION ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| *This Document Relates to All Actions* ) | |

## NOTICE OF CASE FILING

The United States respectfully provides Notice to the Court of a recent case filing in the District of Colorado.

On June 2, 2020, a grand jury empaneled in the District of Colorado charged four individuals for violating Section 1 of the Sherman Act, 15 U.S.C. § 1. A file-stamped copy of the Indictment is attached hereto as Exhibit A.

DATED: June 3, 2020                    Respectfully submitted,

*/s/ Paul Torzilli*
_____
PAUL J. TORZILLI, Trial Attorney
CAROLYN M. SWEENEY, Trial Attorney
MICHAEL T. KOENIG, Trial Attorney
U.S. Department of Justice
Antitrust Division
450 5th Street, NW
Washington, DC 20530
202/514.8349
paul.torzilli@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused the foregoing Notice Of Case Filing to be filed on the Court's CM/ECF system, which automatically provides notice to all parties to the action.

Dated: June 3, 2020

                                                                  Respectfully submitted,

                                                                   Paul J. Torzilli