# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF KYLE POZAN IN SUPPORT OF REPLY IN SUPPORT OF THEIR MOTION FOR ENTRY OF AN ORDER REGARDING REMOTE DEPOSITIONS OF CERTAIN CATEGORIES OF WITNESSES**

I, Kyle Pozan, declare as follows:

1. I am an attorney with the law firm of Hart McLaughlin & Eldridge, LLC. This Court appointed my firm as interim Liaison Counsel for the Direct Purchaser Plaintiff ("DPP") Class in this matter.

2. I have personal knowledge of the facts stated herein and could competently testify to the same.

3. I submit this declaration in support of Class Plaintiffs' Reply in Support of Their Motion for Entry of an Order Requiring Remote Depositions for Certain Categories of Witnesses.

4. Attached hereto as Exhibit 1 is a true and accurate copy of relevant excerpts from the Form 10-K for Tyson Foods, Inc. (November 12, 2019), available at https://ir.tyson.com/sec-filings/sec-filings-details/default.aspx?FilingId=13731895.

5. Attached hereto as Exhibit 2 is a true and accurate copy of relevant excerpts from the Form 10-K for Pilgrim's Pride Corporation (February 20, 2020), available at https://ir.pilgrims.com/sec-filings/sec-filing/10-k/0000802481-20-000009.

6. Attached hereto as Exhibit 3 is a true and accurate copy of the article titled, "Perdue Farms confirms 118 employees laid off," Delmarva Daily Times (April 12, 2019), available at

https://www.delmarvanow.com/story/news/local/maryland/2019/04/12/perdue-farms-118-employees-laid-off/3448024002/.

7. Attached hereto as Exhibit 4 is a true and accurate copy of relevant excerpts from the Form 10-K for Sanderson Farms Inc. (December 19, 2019), available at http://ir.sandersonfarms.com/index.php/sec-filings/sec-filing/10-k/0000812128-19-000017.

8. Attached hereto as Exhibit 5 is a true and accurate copy of the webpage titled, "Koch Foods," Forbes, available at https://www.forbes.com/companies/koch-foods/#6299c1e42448 (last accessed June 3, 2020).

9. Attached hereto as Exhibit 6 is a true and accurate copy of the webpage titled, "Company Facts," Wayne Farms, available at https://waynefarms.com/media-room/company-facts (last accessed June 3, 2020).

10. Attached hereto as Exhibit 7 is a true and accurate copy of the webpage titled, "About," Mountaire Farms, available at https://mountaire.com/about/ (last accessed June 3, 2020).

11. Attached hereto as Exhibit 8 is a true and accurate copy of the article titled, "Netflix Has More U.S. Subscribers Than Cable TV," Fortune (June 15, 2017), available at https://fortune.com/2017/06/15/netflix-more-subscribers-than-cable/.

12. Attached hereto as Exhibit 9 is a true and accurate copy of the webpage titled, "YouTube for Press," YouTube, available at https://www.youtube.com/about/press/ (last accessed June 3, 2020).

13. Attached hereto as Exhibit 10 is a true and accurate copy of the webpage titled, "Remote Deposition Solutions for Legal Teams," Veritext Legal Solutions, available at https://www.veritext.com/remote/ (last accessed June 3, 2020).

14. Attached hereto as Exhibit 11 is a true and accurate copy of relevant excerpts from the report titled, "2020 Broadband Deployment Report," Federal Communications Commission (April 24, 2020), available at https://docs.fcc.gov/public/attachments/FCC-20-50A1.pdf.

15. Attached hereto as Exhibit 12 is a true and accurate copy of the LinkedIn profile page for Wes Morris, available at https://www.linkedin.com/in/wes-morris-740478102/# (last accessed June 3, 2020).

16. Attached hereto as Exhibit 13 is a true and accurate copy of the article titled, "Dwell: Rustic Contemporary In Goshen," AY Magazine (October 2012), available at http://web.archive.org/web/20121107011449/http:/www.aymag.com/AY-Magazine/October-2012/Dwell-Rustic-Contemporary-In-Goshen/.

17. Attached hereto as Exhibit 14 is a true and accurate copy of Google Maps driving directions from Fayetteville, AR to Goshen, AR.

18. Attached hereto as Exhibit 15 is a true and accurate copy of the article titled, "A Hilltop Manor," At Home in Arkansas (November 2008), available at http://web.archive.org/web/20110711130613/http://www.athomearkansas.com/article/hilltop-manor.

19. Attached hereto as Exhibit 16 is a true and accurate copy of the Facebook page for Blue Sky Ranch, available at https://www.facebook.com/pg/blueskyranchhorses/posts/ (last accessed June 3, 2020).

20. Attached hereto as Exhibit 17 is a true and accurate copy of relevant excerpts from the transcript of the hearing held on November 8, 2019 before this Court (ECF No. 3211).

21. Attached hereto as Exhibit 18 is a true and accurate copy of relevant excerpts from the transcript of the hearing held on January 17, 2020 before this Court (ECF No. 3412).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of June, 2020, in Chicago, Illinois.

*/s/ Kyle Pozan*
Kyle Pozan
