# Exhibit 3

# Perdue Farms confirms 118 employees laid off

Rose Velazquez, The Daily Times    Published 1:39 p.m. ET April 12, 2019

A spokesperson for Perdue Farms confirmed Friday afternoon that the company has laid off 118 of its 21,000 employees nationwide.

Perdue spokesperson Andrea Straub said about 45 of the 1,700 employees based in Salisbury are among those whose positions have been eliminated. Across the country, this represents an approximately .6 percent reduction for the company.

Straub stressed that these are not decisions the company takes lightly and that the affected associates will be provided severance packages and outplacement services to help them navigate the job market.

"We want to make sure that we're taking care of them to the best of our ability," she said.

**Read more:** Ocean City's Tanger outlet sold; new stores coming soon (/story/news/local/maryland/2019/04/02/ocean-city-factory-tanger-outlet-location-sold-rehoboth-beach/3336540002/)

**Read more:** Chicken industry sees slow growth in 2018 but continued drop in growers (/story/news/local/maryland/2019/04/05/chicken-industry-slow-growth-2018-but-continued-drop-growers/3365622002/)

**Read more:** Poultry could get a boost if China ban lifted in new Trump deal (/story/news/local/maryland/2019/04/01/china-trade-chicken-poultry-benefit-if-ban-lifted-in-trump-deal/3280558002/)

Read or Share this story: https://www.delmarvanow.com/story/news/local/maryland/2019/04/12/perdue-farms-118-employees-laid-off/3448024002/

**4** free articles left.
99¢ per month. Save 90%.