**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re Broiler Chicken Antitrust Litigation | Case No.: 16 C 8637 <br><br> Judge Thomas Durkin |

**MOTION FOR REASSIGNMENT BASED ON RELATEDNESS**
**PURSUANT TO LOCAL RULE 40.4**

Plaintiff The Johnny Rockets Group, Inc. ("Johnny Rockets"), in 20-cv-3459, pursuant to Local Rule 40.4, respectfully moves this Court for reassignment of their case based on relatedness, and in support thereof, states as follows:

1. Johnny Rockets seeks that this Court transfer the case of *The Johnny Rockets Group, Inc. v. Tyson Foods, Inc. et al.*, 20-cv-3459 (the "Johnny Rockets Action") pursuant to Local Rule 40.4 based on a finding of relatedness.

2. LR 40.4(c) directs that the "motion shall be filed in the lowest-numbered case of the claimed related set and noticed before the judge assigned to that case."

### I. LR 40.4(c)

3. LR 40.4(c) directs the party filing the motion to attach a copy of the complaint from the case thought to be related. The Johnny Rockets complaint is attached hereto as Exhibit 1.

4. LR 40.4(c) provides that a "motion for reassignment based on relatedness may be filed by any party to a case," and directs the party filing the motion to: (1) set forth point of commonality of the cases in sufficient detail to indicate that the cases are related within the meaning of sections (a), and (2) indicate the extent to which the conditions required by section (b) will be met if the cases are found to be related."

1

## II. LR 40.4(a)

5. Pursuant to LR 40.4(a), two or more civil cases may be related if, ". . . (2) the cases involve the same issues of fact or law;" or, "(3) the cases grow out of the same transaction or occurrence."

6. The Court has already determined that a number of direct purchaser opt-out cases are related to the instant action: *See, e.g.,* 16-cv-09490, 16-cv-09421, 16-cv-08931, 16-cv-08851, 16-cv-09007, 16-cv-08737, 16-cv-09589, 16-cv-09684, 16-cv-08874, 16-cv-09912, 16-cv-09900, 17-cv-07176, 17-cv-08850, 18-cv-03471, 18-cv-00700, 18-cv-00245, 18-cv-00702, 18-cv-04000, 18-cv-04534, 18-cv-05341, 18-cv-05345, 18-cv-05351, 18-cv-05877, 18-cv-06316, 18-cv-06673, 18-cv-06693, and 20-cv-1943, and 20-cv-2013.

7. The present case, those already found to be related, and the newly filed Johnny Rockets Action are all related because all involve many of the same issues of fact and law and grow out of the same basic occurrence.

8. The present case and the related litigations allege claims based on the same transaction or occurrence—a conspiracy among Defendants to artificially reduce or suppress Broiler Chicken supply, fix Broiler Chicken prices, and rig bids for purchases of Broiler Chickens.

9. Moreover, while the Defendants somewhat vary from case to case, the Defendants in the complaint attached as Exhibit 1, and most of the Defendants in the present matter and related litigations are nearly identical. *See, e.g.*, Case Nos. 18-cv-700, 18-cv-702, 18-cv-4000, and 18-cv-4534.

10. The same law and authorities apply to Sherman Act claims and relate to the same core of operative fact surrounding the alleged conspiracy.

### III. **40.4(b)**

11.     Pursuant to LR 40.4(b), this Court may reassign the Johnny Rockets Action if it is related to the present lawsuit under LR 40.4(a), "and each of the following criteria is met: (1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case had not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding."

12.     Aside from the Johnny Rockets Action, all of the aforementioned litigation including all of the cases listed in paragraph 6, are pending in the Northern District of Illinois before Judge Durkin.

13.     The Court can save substantial time and effort by, among other things, coordinating discovery issues and briefing.

### CONCLUSION

WHEREFORE Plaintiff Johnny Rockets respectfully requests that this Honorable Court grant its motion for reassignment based on relatedness pursuant to Northern District of Illinois Local Rule 40.4.

Dated: June 12, 2020					Respectfully submitted,


							By: /s/     *Lori P. Lustrin*

Robert W. Turken (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

Andrew P. Bleiman
Mark I. Fishbein
**MARKS & KLEIN, LLP**
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: 312-206-5162
Facsimile: 312-420-5568
andrew@marksklein.com
mark@marksklein.com