UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 TMD |
| This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | |

**COMMERCIAL AND INSTITUITIONAL INDIRECT PURCHASER PLAINTIFFS' UNCONTESTED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT AMICK FARMS, LLC AND FOR CONDITIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS**

Please take notice that on a date and time to be determined by the Court, if a hearing is necessary at all, the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") will appear (or, will appear by remote means) before the Honorable Thomas M. Durkin in his courtroom 1441 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will then and there present their Uncontested Motion for Preliminary Approval of the Settlement With Defendant Amick Farms, LLC and for Conditional Certification of the Proposed Settlement Class. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declaration and exhibits, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

Dated: June 22, 2020

Respectfully Submitted:

| | |
|---|---|
| /s/ *Daniel C. Hedlund* | /s/ *Adam J. Zapala* |
| Daniel E. Gustafson | Adam J. Zapala |
| Daniel C. Hedlund | Tamarah P. Prevost |
| Michelle J. Looby | **COTCHETT, PITRE & McCARTHY, LLP** |
| Joshua R. Rissman | 840 Malcolm Road, Suite 200 |
| Brittany N. Resch | Burlingame, CA 94010 |
| **GUSTAFSON GLUEK PLLC** | Telephone: (650) 697-6000 |
| 220 South Sixth Street #2600 | |
| Minneapolis, MN 55402 | |
| Telephone: (612) 333-8844 | |

*Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*

                                              Kenneth A. Wexler
                                              Melinda J. Morales
                                              **WEXLER WALLACE LLP**
                                              55 W. Monroe Street, Suite 3300
                                              Chicago, IL  60603
                                              Telephone: (312) 346-2222

*Liaison Counsel for the Commercial and Institutional Indirect Purchaser Plaintiff Class*