**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Four New Actions Only* | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin |

**CERTAIN DEFENDANTS'[1] MOTION TO EXCLUDE
BID-RIGGING CLAIMS FROM THE *IN RE BROILERS* CONSOLIDATED
PROCEEDINGS**

Pursuant to Federal Rules of Civil Procedure 16, 21, and 42, defendants in the above-captioned cases,[2] hereby move to exclude bid-rigging claims in (1) *Boston Market Corp., v. Tyson Foods, Inc. et al.*, No. 1:20-cv-3450 (N.D. Ill. filed June 12, 2020); (2) *Barbeque Integrated, Inc. v. Tyson Foods, Inc. et al.*, No. 1:20-cv-3454 (N.D. Ill. filed June 12, 2020); (3) *FIC Restaurants, Inc. v. Tyson Foods, Inc. et al.*, No. 1:20-cv-3458 (N.D. Ill. filed June 12, 2020); and (4) *The Johnny Rockets Group, Inc. v. Tyson Foods, Inc., et al.*, No. 1:20-cv-3459 (N.D. Ill. filed June 12, 2020) (collectively, the "New DAP Complaints") from the *In re Broiler Chicken Antitrust Litigation* consolidated proceedings. Under its authority and broad discretion to manage this case, this Court should exclude the new bid-rigging claim brought by the New DAPs—as well as any similar bid-rigging claims other plaintiffs may attempt to pursue—from the consolidated discovery and case management procedures governing the existing *In re Broilers* matters.

---

[1] Defendants include Agri Stats, Inc., Amick Farms, Case Farms, Foster Farms, George's, Harrison Poultry, House of Raeford Farms, Koch Foods, Mar-Jac Poultry, Mountaire Farms, O.K. Foods, Pilgrim's Pride Corporation, Perdue, Sanderson Farms, Simmons Foods, Tyson, and Wayne Farms.

[2] *See supra* note 1.

1

Defendants seek to exclude bid-rigging claims in the New DAP Complaints from the *In re Broilers* consolidated proceedings for the reasons set forth in the Memorandum of Law in Support of Certain Defendants' Motion to Exclude Bid-Rigging Claims From the *In re Broilers* Consolidated Proceedings, filed contemporaneously with this Motion. Specifically, the New DAPs and all plaintiffs attempt to insert into *Broilers* litigation the "Small Bird" bid-rigging claim, which is separate and distinct from the longstanding supply-reduction and Georgia Dock claims. Excluding this new bid-rigging claim would avoid significant case management issues and unfair prejudice to defendants, while not resulting in prejudice to plaintiffs. Defendants respectfully ask that the Court not allow the New DAPs to bring the "Small Bird" bid-rigging claim into this case.

Dated: July 2, 2020

Respectfully submitted,

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Stacy Pepper (#6306726)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division).*

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP | VENABLE LLP |
| By: */s/ Carrie C. Mahan* | By: /s/ *J. Douglas Baldridge* |
| Carrie C. Mahan (#459802) | J. Douglas Baldridge (#437678) |
| Christopher J. Abbott (#1014487) | Lisa Jose Fales (admitted *pro hac vice*) |
| 2001 M Street N.W., Ste. 600 | Danielle Foley (admitted *pro hac vice*) |
| Washington, D.C. 20036 | Andrew Hernacki (admitted *pro hac vice*) |
| Telephone: (202) 682-7000 | 600 Massachusetts Avenue, NW |
| Facsimile: (202) 857-0940 | Washington, DC 20001 |
| carrie.mahan@weil.com | Telephone: (202) 344-4000 |
| christopher.abbott@weil.com | Facsimile: 202-344-8300 |
| | jdbaldridge@venable.com |
| BAILEY BRAUER PLLC | ljfales@venable.com |
| | drfoley@venable.com |
| Clayton E. Bailey (admitted *pro hac vice*) | athernacki@venable.com |
| 8350 N. Central Expressway, Ste. 206 | |
| Dallas, TX 75206 | Leonard L. Gordon (admitted *pro hac vice*) |
| Telephone: (214) 360-7433 | Benjamin P. Argyle (admitted *pro hac vice*) |
| Facsimile: (214) 360-7424 | 1270 Avenue of the Americas, 24th Floor |
| cbailey@baileybrauer.com | New York, New York 10020 |
| | Telephone: (212) 370-6252 |
| EIMER STAHL LLP | Facsimile: (212) 307-5598 |
| | llgordon@venable.com |
| Michael L. McCluggage (#01820966) | bpargyle@venable.com |
| 224 South Michigan Avenue, Ste. 1100 | |
| Chicago, IL 60604 | FALKENBERG IVES LLP |
| Telephone: (312) 660-7665 | |
| Facsimile: (312) 692-1718 | Kirstin B. Ives |
| mmccluggage@eimerstahl.com | 30 N. LaSalle St., Ste 4020 |
| | Chicago, IL 60602 |
| *Attorneys for Defendant Pilgrim's Pride Corporation and Liaison Counsel for Defendants* | Telephone: (312) 566-4803 |
| | Facsimile: (312) 566-4810 |
| | kbi@ffilaw.com |
| | |
| | *Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC* |

4

| | |
|---|---|
| By: /s/ *John W. Treece* <br> John W. Treece (#3122889) <br> 1135 West Montana Street <br> Chicago, IL 60614 <br> Telephone: (312) 961-7808 <br> jtreece@jwtreece.com <br><br> ROSE LAW FIRM <br><br> Amanda K. Wofford (admitted *pro hac vice*) <br> Bourgon Reynolds (admitted *pro hac vice*) <br> 120 East Fourth Street <br> Little Rock, Arkansas 72201 <br> Telephone: (501) 375-9131 <br> Facsimile: (501) 375-1309 <br> awofford@roselawfirm.com <br> breynolds@roselawfirm.com <br><br> *Attorneys for Defendants Mountaire Farms, Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* | MAYER BROWN LLP <br><br> By: /s/ *Carmine R. Zarlenga* <br> Carmine R. Zarlenga (#90784529) <br> William H. Stallings (admitted *pro hac vice*) <br> Stephen M. Medlock (admitted *pro hac vice*) <br> Oral D. Pottinger (admitted *pro hac vice*) <br> 1999 K Street N.W. <br> Washington, DC 20006 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> czarlenga@mayerbrown.com <br> wstallings@mayerbrown.com <br> smedlock@mayerbrown.com <br> opottinger@mayerbrown.com <br><br> *Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation* |
| NOVACK AND MACEY LLP <br><br> By: /s/ *Stephen Novack* <br> Stephen Novack <br> Stephen J. Siegel <br> Christopher S. Moore <br> 100 North Riverside Plaza <br> Chicago, IL 60606 <br> Telephone: (312) 419-6900 <br> Facsimile: (312) 419-6928 <br> snovack@novackmacey.com <br> ssiegel@novackmacey.com <br> cmoore@novackmacey.com <br><br> *Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.* | PROSKAUER ROSE LLP <br><br> By: /s/ *Christopher E. Ondeck* <br> Christopher E. Ondeck (admitted *pro hac vice*) <br> Stephen R. Chuk (admitted *pro hac vice*) <br> 1001 Pennsylvania Ave., N.W., Ste 600 South <br> Washington, DC 20004 <br> Telephone: (202) 416-6800 <br> Facsimile: (202) 416-6899 <br> condeck@proskauer.com <br> schuk@proskauer.com <br><br> *Attorneys for Wayne Farms LLC* |

| VEDDER PRICE P.C. | KUTAK ROCK LLP |
|---|---|
| By: /s/ *Gregory G. Wrobel* | By: /s/ *John P. Passarelli* |
| Gregory G. Wrobel (#3122900) | John P. Passarelli (admitted *pro hac vice*) |
| 222 N. LaSalle Street | James M. Sulentic (admitted *pro hac vice*) |
| Chicago, IL 60601 | 1650 Farnam Street |
| Telephone: (312) 609-7722 | Omaha, NE 68102 |
| Facsimile: (312) 609-5005 | Telephone: (402) 346-6000 |
| gwrobel@vedderprice.com | Facsimile: (402) 346-1148 |
| | john.passarelli@kutakrock.com |
| JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC | james.sulentic@kutakrock.com |
| | J.R. Carroll (admitted *pro hac vice*) |
| Henry W. Jones, Jr. (admitted *pro hac vice*) | Jeffrey M. Fletcher (admitted *pro hac vice*) |
| 1951 Clark Avenue | 234 East Millsap Road, Ste 200 |
| Raleigh, NC 27605 | Fayetteville, AR 72703-4099 |
| Telephone: (919) 828-2501 | Telephone: (479) 973-4200 |
| Facsimile: (919) 834-8447 | Facsimile: (479) 973-0007 |
| hjones@jordanprice.com | jr.caroll@kutakrock.com |
| | Jeffrey.fletcher@kutakrock.com |
| *Attorneys for Defendant House of Raeford Farms, Inc.* | Kimberly M. Hare (#6323326) |
| | One South Wacker Drive, Ste 2050 |
| | Chicago, IL 60606-4614 |
| | Telephone: (312) 602-4100 |
| | Facsimile: (312) 602-4101 |
| | kimberly.hare@kutakrock.com |
| | *Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.* |

| | |
|---|---|
| STINSON LLP | EDWARD C. KONIECZNY LLC |
| By: /s/ *William L. Greene* | By: */s/ Edward C. Konieczny* |
| William L. Greene (admitted *pro hac vice*) | Edward C. Konieczny (admitted *pro hac vice*) |

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

John C. Martin
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 445-4623
F: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar- Jac Poultry, LLC, Mar-Jac Holdings, Inc.*

7

| | |
|---|---|
| DYKEMA GOSSET PLLC | SHOOK HARDY & BACON LLP |
| By: /s/ *Howard B. Iwrey* | By: /s/ *Lynn H. Murray* |
| Howard B. Iwrey | Lynn H. Murray |
| 39577 Woodward Ave, Ste. 300 | 111 S. Wacker Dr., Ste 4700 |
| Bloomfield Hills, MI 48304 | Chicago IL 60606 |
| Telephone: 248-203-0526 | Telephone: (312) 704-7700 |
| Facsimile: 248-203-0763 | Facsimile: (312) 558-1195 |
| hiwrey@dykema.com | lhmurray@shb.com |
| | |
| Steven H. Gistenson | Laurie A. Novion |
| 10 South Wacker Drive, Ste. 2300 | 2555 Grand Blvd. |
| Chicago, IL 60606 | Kansas City, MO 64108 |
| Telephone: 312-627-2267 | Telephone: (816) 474-6550 |
| Facsimile: 312-876-1155 | Facsimile: (816) 421-5547 |
| sgistenson@dykema.com | lnovion@shb.com |
| | |
| Cody D. Rockey | CONNER & WINTERS |
| 2723 South State Street, Ste. 400 | |
| Ann Arbor, MI 48104 | John R. Elrod |
| Telephone: 734-214-7655 | Vicki Bronson (admitted *pro hac vice*) |
| Facsimile: 734-214-7696 | 4375 N. Vantage Drive, Ste. 405 |
| crockey@dykema.com | Fayetteville, AR 72703 |
| | Telephone: (479) 582-5711 |
| Dante A. Stella | jelrod@cwlaw.com |
| 400 Renaissance Center | vbronson@cwlaw.com |
| Detroit, MI 48243 | |
| Telephone: 313-568-6693 | *Attorneys for Defendant Simmons Foods, Inc.* |
| Facsimile: 313-568-6893 | *and Simmons Prepared Foods Inc.* |
| dstella@dykema.com | |
| | |
| *Attorneys for Defendants Amick Farms, LLC* | |

8

| AXINN, VELTROP & HARKRIDER LLP | HOGAN LOVELLS US LLP |
|---|---|
| By: /s/ *Rachel J. Adcox* | By: /s/ *William L. Monts III* |

Rachel J. Adcox (#1001488)     William L. Monts III (admitted *pro hac vice*)
Daniel K. Oakes (admitted *pro hac vice*)     Justin W. Bernick (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)     555 Thirteenth Street, N.W.
950 F Street NW, Ste 700     Washington, D.C. 20004-1109
Telephone: (202) 912-4700     Telephone: (202) 637-5910
Facsimile: (202) 912-4701     Facsimile: (202) 637-5911
radcox@axinn.com     william.monts@hoganlovells.com
doakes@axinn.com     justin.bernick@hoganlovells.com
klee@axinn.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square     Jacob D. Koering
Hartford, CT 06103     225 West Washington Street, Ste 2600
Telephone: (860) 275-8100     Chicago, Illinois 60606
Facsimile: (860) 275-8101     Telephone: (312) 460-4272
jtanski@axinn.com     Facsimile: (312) 460-4201
jtaylor@axinn.com     koering@millercanfield.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)     *Attorneys for Defendant Agri Stats, Inc.*
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

| | |
|---|---|
| JOSEPH D. CARNEY & ASSOCIATES LLC | EVERSHEDS SUTHERLAND (US) LLP |
| By: /s/ *Joseph D. Carney* | By: /s/ *James R. McGibbon* |
| Joseph D. Carney (admitted *pro hac vice*) | James R. McGibbon (admitted *pro hac vice*) |
| Douglas G. Walters | Patricia A. Gorham (admitted *pro hac vice*) |
| Jamie Krafcik | Peter M. Szeremeta (admitted *pro hac vice*) |
| Telephone: 440-249-0860 | Kaitlin A. Carreno (admitted *pro hac vice*) |
| Facsimile: 866-270-1221 | 999 Peachtree Street, N.E., Ste 2300 |
| jdc@jdcarney.com | Atlanta, Georgia 30309-3996 |
| ca2@jdcarney.com | Telephone: (404) 853-8000 |
| ca@jdcarney.com | Facsimile: (404) 853-8806 |
| case@jdcarney.com | jimmcgibbon@eversheds-sutherland.com |
| | patriciagorham@eversheds-sutherland.com |
| Office Address: | peterszeremeta@eversheds-sutherland.com |
| 139 Crocker Park Boulevard, Ste. 400 | katilincarreno@eversheds-sutherland.com |
| Westlake, OH 44145 | |
| | SMITHAMUNDSEN LLC |
| Mailing Address: | |
| 1540 Peach Drive | Clay H. Phillips |
| Avon, OH 44011 | 150 N. Michigan Avenue, Ste 3300 |
| | Chicago, Illinois 60601 |
| MILLER SHAKMAN LEVINE & FELDMAN LLP | Telephone: (312) 894-3200 |
| | Facsimile: (312) 997-1828 |
| | cphillips@salawus.com |
| Thomas M. Staunton | |
| Daniel M. Feeney | *Attorneys for Defendants Harrison Poultry, Inc.* |
| 180 North LaSalle Suite 3600 | |
| Chicago, IL 60601 | |
| Telephone: 312-263-3700 | |
| tstaunton@millershakman.com | |
| dfeeney@millershakman.com | |

D. KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
Deborah A. Klar, Esq.
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.