Exhibit B

| | |
|---|---|
| **From:** | Joshua Rissman |
| **To:** | Falk, Jessica |
| **Cc:** | Scott Gant; Mahan, Carrie; Morbey, Simeon A.; cbailey@baileybrauer.com; PilgrimsPride; emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com); Ravi Bhalla; Breanna Van Engelen; riop@hbsslaw.com; Clark, Brian D.; Shana E. Scarlett Esq. (shanas@hbsslaw.com); Brewer, Christopher; Emily Bolles; Brittany Resch; william.monts@hoganlovells.com; justin.bernick@hoganlovells.com; koering@millercanfield.com; kimberly.rancour@hoganlovells.com; liam.phibbs@hoganlovells.com; Olga.Fleysh@HoganLovells.com; cmurphy@vaughanandmurphy.com; jherbison@winston.com; mmayer@winston.com; GWilkowski@winston.com; TNeuner@winston.com; parker.miller@alston.com; Valarie.Williams@alston.com; Max.Marks@alston.com; Jeff.Hannah@alston.com; Doug.Cunningham@alston.com; Tony.Greene@alston.com; bhatcher@sgwmfirm.com; czarlenga@mayerbrown.com; opottinger@mayerbrown.com; WStallings@mayerbrown.com; smedlock@mayerbrown.com; SKeck@mayerbrown.com; RMcCabe@mayerbrown.com; AMandhania@mayerbrown.com; william.greene@stinson.com; kc.tucker@lawgroupnwa.com; jmartin@sfgh.com; kristy.boehler@lawgroupnwa.com; zachary.hemenway@stinson.com; nicci.warr@stinson.com; kevin.kitchen@stinson.com; gary.weeks@lawgroupnwa.com; peter.schwingler@stinson.com; patriciagorham@eversheds-sutherland.com; jimmcgibbon@eversheds-sutherland.com; cphillips@salawus.com; KaitlinCarreno@eversheds-sutherland.us; PeterSzeremeta@eversheds-sutherland.us; gwrobel@vedderprice.com; HJones@jordanprice.com; snovack@novackmacey.com; SSiegel@novackmacey.com; cmoore@novackmacey.com; jja@novackmacey.com; bcohen@novackmacey.com; MLim@novackmacey.com; ewolicki@novackmacey.com; ed@koniecznylaw.com; dnewman@sgrlaw.com; psanders@sgrlaw.com; MCline@sgrlaw.com; volszewski@sgrlaw.com; jpennington@sgrlaw.com; breynolds@roselawfirm.com; arittenhouse@roselawfirm.com; AHOPKINS@RoseLawFirm.com; awofford@roselawfirm.com; jtreece@jwtreece.com; rberitiech@roselawfirm.com; James.Sulentic@KutakRock.com; John.Passarelli@KutakRock.com; jr.carroll@kutakrock.com; Jeffrey.Fletcher@KutakRock.com; kimberly.hare@kutakrock.com; Stephen.Dacus@KutakRock.com; Boris.Bershteyn@skadden.com; Patrick.Fitzgerald@skadden.com; Lara.Flath@skadden.com; peter.cheun@skadden.com; Gail.Lee@skadden.com; LGordon@Venable.com; ATHernacki@Venable.com; jbaldridge@Venable.com; LJFales@Venable.com; RPDavis@Venable.com; BPArgyle@Venable.com; ZKVarshovi@Venable.com; DBessner@Venable.com; TDAbraham@venable.com; DRFoley@Venable.com; daniel.laytin@kirkland.com; christa.cottrell@kirkland.com; rothm@kirkland.com; stacy.pepper@kirkland.com; jessica.giulitto@kirkland.com; kcawley@kirkland.com; blaise.danly@kirkland.com; kyle.casey@kirkland.com; tucker.hunter@kirkland.com; jenna.stupar@kirkland.com; amelia.bailey@kirkland.com; barry.frett@kirkland.com; kate.guilfoyle@kirkland.com; anne.hudson@kirkland.com; camil.sanchezpalumbo@kirkland.com; sarah.brodwolf@kirkland.com; michelle.beglin@kirkland.com; joseph.schroeder@kirkland.com; melissa.chambers@kirkland.com; LHMURRAY@shb.com; LNOVION@shb.com; RMENDOZA@shb.com; mkfleming@shb.com; jelrod@cwlaw.com; pfoneill@shb.com; vbronson@cwlaw.com; radcox@axinn.com; ngaglio@axinn.com; klee@axinn.com; jtanski@axinn.com; jtaylor@axinn.com; doakes@axinn.com; momara@axinn.com; boppenheimer@axinn.com; kjethmalani@axinn.com; jmt@lipelyons.com; condeck@proskauer.com; RDesai@proskauer.com; schuk@proskauer.com; jdc@jdcarney.com; dklar@dklarlaw.com; dfeeney@millershakman.com; tstaunton@millershakman.com; ca@jdcarney.com; binderpl@yahoo.com; case@jdcarney.com; hiwrey@dykema.com; dstella@dykema.com; crockey@dykema.com; sgistenson@dykema.com; CJohnson@dykema.com |
| **Subject:** | RE: Broilers Plaintiffs Amended 30b6 Deposition Notices |
| **Date:** | Wednesday, July 1, 2020 3:26:52 PM |

Jessica,

Thank you for your response. For topics 18 and 21, Plaintiffs agree to generally accept testimony at a management level regarding Defendants' broiler pricing and production decisions, but continue to reserve the right to ask about specific transactions, production, or pricing decisions, including materials prepared by Defendants reflecting the use of Agri Stats information for pricing decisions. Plaintiffs will agree to identify documents and/or specific transactions in advance if Plaintiffs believe it will facilitate an efficient deposition, but will not agree to be required to do so. Plaintiffs also specifically reject the 14 day requirement.

Please confirm whether Defendants will be producing a witness to testify on Topic 22.

Please confirm by COB Monday whether Defendants are in agreement, or whether we are at an impasse.

Have a nice holiday weekend,

**Joshua J. Rissman**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition ...*

**From:** Falk, Jessica <Jessica.Falk@weil.com>
**Sent:** Friday, June 26, 2020 2:48 PM
**To:** Joshua Rissman <jrissman@gustafsongluek.com>
**Cc:** Scott Gant <sgant@bsfllp.com>; Mahan, Carrie <Carrie.Mahan@weil.com>; Morbey, Simeon A. <samorbey@locklaw.com>; cbailey@baileybrauer.com; PilgrimsPride <PilgrimsPride.Service@weil.com>; emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Clark, Brian D. <bdclark@locklaw.com>; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>; Brittany Resch <BResch@gustafsongluek.com>; william.monts@hoganlovells.com; justin.bernick@hoganlovells.com; koering@millercanfield.com; kimberly.rancour@hoganlovells.com; liam.phibbs@hoganlovells.com; Olga.Fleysh@HoganLovells.com; cmurphy@vaughanandmurphy.com; jherbison@winston.com; mmayer@winston.com; GWilkowski@winston.com; TNeuner@winston.com; parker.miller@alston.com; Valarie.Williams@alston.com; Max.Marks@alston.com; Jeff.Hannah@alston.com; Doug.Cunningham@alston.com; Tony.Greene@alston.com; bhatcher@sgwmfirm.com; czarlenga@mayerbrown.com; opottinger@mayerbrown.com; WStallings@mayerbrown.com; smedlock@mayerbrown.com; SKeck@mayerbrown.com; RMcCabe@mayerbrown.com; AMandhania@mayerbrown.com; william.greene@stinson.com; kc.tucker@lawgroupnwa.com; jmartin@sfgh.com; kristy.boehler@lawgroupnwa.com; zachary.hemenway@stinson.com; nicci.warr@stinson.com; kevin.kitchen@stinson.com; gary.weeks@lawgroupnwa.com; peter.schwingler@stinson.com; patriciagorham@eversheds-sutherland.com; jimmcgibbon@eversheds-sutherland.com; cphillips@salawus.com; KaitlinCarreno@eversheds-sutherland.us; PeterSzeremeta@eversheds-sutherland.us; gwrobel@vedderprice.com; HJones@jordanprice.com; snovack@novackmacey.com; SSiegel@novackmacey.com; cmoore@novackmacey.com; jja@novackmacey.com; bcohen@novackmacey.com; MLim@novackmacey.com; ewolicki@novackmacey.com; ed@koniecznylaw.com; dnewman@sgrlaw.com; psanders@sgrlaw.com; MCline@sgrlaw.com; volszewski@sgrlaw.com; jpennington@sgrlaw.com; breynolds@roselawfirm.com; arittenhouse@roselawfirm.com; AHOPKINS@RoseLawFirm.com; awofford@roselawfirm.com; jtreece@jwtreece.com; rberitiech@roselawfirm.com; James.Sulentic@KutakRock.com; John.Passarelli@KutakRock.com; jr.carroll@kutakrock.com; Jeffrey.Fletcher@KutakRock.com; kimberly.hare@kutakrock.com; Stephen.Dacus@KutakRock.com; Boris.Bershteyn@skadden.com; Patrick.Fitzgerald@skadden.com; Lara.Flath@skadden.com; peter.cheun@skadden.com;

Gail.Lee@skadden.com; LGordon@Venable.com; ATHernacki@Venable.com; jbaldridge@Venable.com; LJFales@Venable.com; RPDavis@Venable.com; BPArgyle@Venable.com; ZKVarshovi@Venable.com; DBessner@Venable.com; TDAbraham@venable.com; DRFoley@Venable.com; daniel.laytin@kirkland.com; christa.cottrell@kirkland.com; rothm@kirkland.com; stacy.pepper@kirkland.com; jessica.giulitto@kirkland.com; kcawley@kirkland.com; blaise.danly@kirkland.com; kyle.casey@kirkland.com; tucker.hunter@kirkland.com; jenna.stupar@kirkland.com; amelia.bailey@kirkland.com; barry.frett@kirkland.com; kate.guilfoyle@kirkland.com; anne.hudson@kirkland.com; camil.sanchezpalumbo@kirkland.com; sarah.brodwolf@kirkland.com; michelle.beglin@kirkland.com; joseph.schroeder@kirkland.com; melissa.chambers@kirkland.com; LHMURRAY@shb.com; LNOVION@shb.com; RMENDOZA@shb.com; mkfleming@shb.com; jelrod@cwlaw.com; pfoneill@shb.com; vbronson@cwlaw.com; radcox@axinn.com; ngaglio@axinn.com; klee@axinn.com; jtanski@axinn.com; jtaylor@axinn.com; doakes@axinn.com; momara@axinn.com; boppenheimer@axinn.com; kjethmalani@axinn.com; jmt@lipelyons.com; condeck@proskauer.com; RDesai@proskauer.com; schuk@proskauer.com; jdc@jdcarney.com; dklar@dklarlaw.com; dfeeney@millershakman.com; tstaunton@millershakman.com; ca@jdcarney.com; binderpl@yahoo.com; case@jdcarney.com; hiwrey@dykema.com; dstella@dykema.com; crockey@dykema.com; sgistenson@dykema.com; CJohnson@dykema.com
**Subject:** RE: Broilers Plaintiffs Amended 30b6 Deposition Notices

Josh,

Defendants have reviewed your note regarding Topics 18, 21 and 22. As to Topic 22, the Defendants will provide their own individual responses.

Regarding Topics 18 and 21, as for Pilgrim's, Amick, Case, Claxton, Harrison, Koch, Mar-Jac, Mountaire, OK Foods, Peco, Perdue, Simmons and Tyson, the Topics remain overly broad and unduly burdensome. Specifically, these Defendants request that Plaintiffs advise, for Topic 18, as to whether they will accept testimony generally at a management level regarding Defendants' broiler pricing process and, at least two (2) weeks prior to the deposition, identify a reasonable number of specific transactions for which they request corporate testimony. For Topic 21, Defendants request that Plaintiffs advise as to whether they will accept testimony generally at a management level regarding Defendants' processes for production decisions and, at least two (2) weeks prior to the deposition, identify a reasonable number of specific alleged incidents of production decreases and/or specific alleged incidents of foregoing production increases for which Plaintiffs seek corporate testimony. Please advise by Tuesday, June 30th if Plaintiffs will accept these proposals or if the parties are at an impasse.

The remaining Defendants who have been served with the Third Amended Notices will reach out individually regarding Topics 18 and 21.

Best,
Jessica



**Jessica L. Falk**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jessica.falk@weil.com
+1 212 310 8511 Direct
+1 212 310 8007 Fax

**From:** Falk, Jessica <Jessica.Falk@weil.com>
**Sent:** Friday, June 19, 2020 5:38 PM
**To:** Joshua Rissman <jrissman@gustafsongluek.com>
**Cc:** Scott Gant <sgant@bsfllp.com>; Mahan, Carrie <Carrie.Mahan@weil.com>; Morbey, Simeon A. <samorbey@locklaw.com>; cbailey@baileybrauer.com; PilgrimsPride <PilgrimsPride.Service@weil.com>; emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Clark, Brian D. <bdclark@locklaw.com>; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>; Brittany Resch <BResch@gustafsongluek.com>
**Subject:** Re: Broilers Plaintiffs Amended 30b6 Deposition Notices

Josh,

Defendants are still conferring on the Topics and will get back to you. Have a great weekend.

Best,
Jessica

> On Jun 17, 2020, at 11:01 AM, Joshua Rissman <jrissman@gustafsongluek.com> wrote:
>
> Jessica,
>
> We have not heard any response to our follow-up. Please provide Defendants' position and/or your availability to meet and confer further on the topics 18, 21-22.
>
> Best regards,
>
> **Joshua J. Rissman**  (profile)
> **Gustafson Gluek PLLC**
> Canadian Pacific Plaza

120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition ...*

**From:** Joshua Rissman
**Sent:** Thursday, June 11, 2020 1:09 PM
**To:** Falk, Jessica <Jessica.Falk@weil.com>; Scott Gant <sgant@bsfllp.com>; Mahan, Carrie <Carrie.Mahan@weil.com>; Morbey, Simeon A. <samorbey@locklaw.com>; cbailey@baileybrauer.com; PilgrimsPride <PilgrimsPride.Service@weil.com>
**Cc:** emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <rbhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Clark, Brian D. <bdclark@locklaw.com>; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>; Brittany Resch <BResch@gustafsongluek.com>
**Subject:** RE: Broilers Plaintiffs Amended 30b6 Deposition Notices

Counsel,

Thank you for meeting and conferring with Class Plaintiffs on Topics 18, 21-22 on a global basis. The following summarizes our discussion on the June 1, 2020 call.

Topic 18
Plaintiffs provided more specific details of the types of testimony we are seeking. We did so expressly stating we were not agreeing to limit the Topic 18. In general, Plaintiffs are focused on Defendants' pricing and selling processes at a management level. Plaintiffs may want to ask about specific examples of pricing decisions, which would likely be accompanied by a specific document. Plaintiffs are seeking testimony from the entire discovery period, and are not willing to limit themselves to only certain years, or year-by-year summaries. Plaintiffs do not agree the testimony we seek is captured by the structured data.

Topic 21
Similar to Topic 18, Plaintiffs provided more specific details of the types of testimony we are seeking. We did so expressly stating we were not agreeing to limit the Topic 21. In general, Plaintiffs are focused on Defendants' production decisions processes at a management level. Plaintiffs seek testimony regarding the process by which Defendants made decisions about their production capacity, including each specific decision by Defendants to cut production/capacity or forgo increases in production/capacity. Plaintiffs do not agree to limit the testimony to year-to-year production figures. Plaintiffs do not agree the testimony we seek is captured by the structured data.

<u>Topic 22</u>
Plaintiffs seek testimony on any Defendants' decision to <span style="color:red">obtain chicken from its competitors.</span>  For some Defendants, this strategy is called "Buy v. Grow," for others, it may not have a name.  Defendants inquired about "one-off" transactions with competitors, and what constitutes a "strategy."  Plaintiffs seek testimony as to the general volume of transactions involving competitors, under what circumstances purchases are made from competitors, if there are particular parts or sizes of birds that are purchased from competitors, and <span style="color:red">the purposes or reasons</span> for purchasing from competitors.

On the call, you stated there were numerous issues you wished to discuss with Defendants.  If Defendants are willing to agree globally to provide testimony on the topics as outline above and as discussed on the meet and confer, please let me know.  If you wish to meet and confer further, please let me know a time you are available.

Best regards,

**Joshua J. Rissman**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition …*

**From:** Falk, Jessica <Jessica.Falk@weil.com>
**Sent:** Thursday, May 28, 2020 1:03 PM
**To:** Joshua Rissman <jrissman@gustafsongluek.com>; Scott Gant <sgant@bsfllp.com>; Mahan, Carrie <Carrie.Mahan@weil.com>; Morbey, Simeon A. <samorbey@locklaw.com>; cbailey@baileybrauer.com; PilgrimsPride <PilgrimsPride.Service@weil.com>
**Cc:** emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <rbhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Clark, Brian D. <bdclark@locklaw.com>; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>; Brittany Resch <BResch@gustafsongluek.com>
**Subject:** RE: Broilers Plaintiffs Amended 30b6 Deposition Notices

Great, will send a calendar invite shortly.

**Jessica L. Falk**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
[jessica.falk@weil.com](jessica.falk@weil.com)
+1 212 310 8511 Direct
+1 212 310 8007 Fax

---

**From:** Joshua Rissman <jrissman@gustafsongluek.com>
**Sent:** Thursday, May 28, 2020 1:23 PM
**To:** Scott Gant <sgant@bsfllp.com>; Falk, Jessica <Jessica.Falk@weil.com>; Mahan, Carrie <Carrie.Mahan@weil.com>; Morbey, Simeon A. <samorbey@locklaw.com>; cbailey@baileybrauer.com; PilgrimsPride <PilgrimsPride.Service@weil.com>
**Cc:** emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <rbhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Clark, Brian D. <bdclark@locklaw.com>; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>; Brittany Resch <BResch@gustafsongluek.com>
**Subject:** RE: Broilers Plaintiffs Amended 30b6 Deposition Notices

Yes, let's plan on that time.

**Joshua J. Rissman**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition …*

---

**From:** Scott Gant <sgant@bsfllp.com>
**Sent:** Thursday, May 28, 2020 12:16 PM
**To:** Falk, Jessica <Jessica.Falk@weil.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Mahan, Carrie <Carrie.Mahan@weil.com>; Morbey, Simeon A. <samorbey@locklaw.com>; cbailey@baileybrauer.com; PilgrimsPride <PilgrimsPride.Service@weil.com>
**Cc:** emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <rbhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Clark, Brian D.

<bdclark@locklaw.com>; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>; Brittany Resch <BResch@gustafsongluek.com>
**Subject:** Re: Broilers Plaintiffs Amended 30b6 Deposition Notices

ok for me

---

**From:** Falk, Jessica <Jessica.Falk@weil.com>
**Sent:** Thursday, May 28, 2020 12:36 PM
**To:** Joshua Rissman; Mahan, Carrie; Morbey, Simeon A.; cbailey@baileybrauer.com; PilgrimsPride
**Cc:** emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com); Ravi Bhalla; Breanna Van Engelen; riop@hbsslaw.com; Clark, Brian D.; Scott Gant; Shana E. Scarlett Esq. (shanas@hbsslaw.com); Brewer, Christopher; Emily Bolles; Brittany Resch
**Subject:** RE: Broilers Plaintiffs Amended 30b6 Deposition Notices

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Josh,

Let's plan for 3pm eastern on Monday then. Please confirm that works and I can send a calendar invite. Defendants' responses set out the concerns in more detail, but generally the topics are vague, unduly burdensome and/or overbroad and we'd like to discuss narrowing/refining.

Best,

Jessica

<image001.jpg>

**Jessica L. Falk**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jessica.falk@weil.com
+1 212 310 8511 Direct
+1 212 310 8007 Fax

**From:** Joshua Rissman <jrissman@gustafsongluek.com>
**Sent:** Wednesday, May 27, 2020 10:36 PM
**To:** Falk, Jessica <Jessica.Falk@weil.com>; Mahan, Carrie <Carrie.Mahan@weil.com>; Morbey, Simeon A. <samorbey@locklaw.com>; cbailey@baileybrauer.com; PilgrimsPride <PilgrimsPride.Service@weil.com>
**Cc:** emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Clark, Brian D. <bdclark@locklaw.com>; sgant@bsfllp.com; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>; Brittany Resch <BResch@gustafsongluek.com>
**Subject:** RE: Broilers Plaintiffs Amended 30b6 Deposition Notices

Hi Jessica,

On the global meet and confer- Plaintiffs are available Monday afternoon. It would be helpful if you could let us know with more specificity what Defendants wish to discuss on a global basis with respect to Topics 18, 20-21.

Best,

**Joshua J. Rissman** (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition …*

**From:** Falk, Jessica <Jessica.Falk@weil.com>
**Sent:** Wednesday, May 27, 2020 1:07 PM
**To:** Mahan, Carrie <Carrie.Mahan@weil.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Morbey, Simeon A. <samorbey@locklaw.com>; cbailey@baileybrauer.com; PilgrimsPride <PilgrimsPride.Service@weil.com>
**Cc:** emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Clark, Brian D. <bdclark@locklaw.com>; sgant@bsfllp.com; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>; Brittany Resch <BResch@gustafsongluek.com>
**Subject:** RE: Broilers Plaintiffs Amended 30b6 Deposition Notices

Simeon and Josh,

Following up on the below, are there times that work on Monday or Tuesday to meet and confer regarding the 30(b)(6) topics sent to Pilgrim's? We also think it makes sense to conduct a global meet and confer for efficiency's sake on topics 18, 21-22 – please let me know if there are times on Monday or Tuesday that would work for Plaintiffs to discuss and I will try to coordinate with Defendants.

Best,

Jessica

<image001.jpg>

**Jessica L. Falk**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jessica.falk@weil.com
+1 212 310 8511 Direct
+1 212 310 8007 Fax

**From:** Mahan, Carrie <Carrie.Mahan@weil.com>
**Sent:** Friday, May 22, 2020 11:32 AM
**To:** Joshua Rissman <jrissman@gustafsongluek.com>; Morbey, Simeon A. <samorbey@locklaw.com>; cbailey@baileybrauer.com; PilgrimsPride <PilgrimsPride.Service@weil.com>
**Cc:** emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Clark, Brian D. <bdclark@locklaw.com>; sgant@bsfllp.com; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>; Brittany Resch <BResch@gustafsongluek.com>
**Subject:** RE: Broilers Plaintiffs Amended 30b6 Deposition Notices

Thanks Josh and Simeon.

Our responses are with the client and we hope to serve after the holiday weekend.  Will check schedules and circle back for a good time to talk.

Stay well,

Carrie

---

**From:** Joshua Rissman <jrissman@gustafsongluek.com>
**Sent:** Friday, May 22, 2020 11:28 AM
**To:** Morbey, Simeon A. <samorbey@locklaw.com>; cbailey@baileybrauer.com; karquit@kasowitz.com; Mahan, Carrie <Carrie.Mahan@weil.com>; PilgrimsPride <PilgrimsPride.Service@weil.com>; mmccluggage@eimerstahl.com
**Cc:** emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Clark, Brian D. <bdclark@locklaw.com>; sgant@bsfllp.com; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>; Brittany Resch <BResch@gustafsongluek.com>
**Subject:** RE: Broilers Plaintiffs Amended 30b6 Deposition Notices

Including Brittany Resch for CIIPPs.

**Joshua J. Rissman** (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition ...*

---

**From:** Morbey, Simeon A. <samorbey@locklaw.com>
**Sent:** Friday, May 22, 2020 9:38 AM
**To:** cbailey@baileybrauer.com; karquit@kasowitz.com; carrie.mahan@weil.com; PilgrimsPride.Service@weil.com; mmccluggage@EimerStahl.com
**Cc:** emsipe@locklaw.com; Bobby Pouya (bpouya@pswlaw.com) <bpouya@pswlaw.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Breanna Van Engelen <breannav@hbsslaw.com>; riop@hbsslaw.com; Joshua Rissman <jrissman@gustafsongluek.com>; Clark, Brian D. <bdclark@locklaw.com>; sgant@bsfllp.com; Shana E. Scarlett Esq. (shanas@hbsslaw.com) <shanas@hbsslaw.com>; Brewer, Christopher <BrewerC@hunton.com>; Emily Bolles <ebolles@hunton.com>
**Subject:** FW: Broilers Plaintiffs Amended 30b6 Deposition Notices

Counsel:

Plaintiffs request a meet and confer to discuss Plaintiffs' amended 30(b)(6) Notice to Defendant Pilgrim's Pride served on April 13, 2020. We are available on May 29, at 11 a.m. Central Time. Does that time work for Pilgrim's Pride?

Regards,

SAM

**From:** Sipe, Elizabeth M. <emsipe@locklaw.com>
**Sent:** Monday, April 13, 2020 3:47 PM
**To:** william.monts@hoganlovells.com; justin.bernick@hoganlovells.com; koering@millercanfield.com; kimberly.rancour@hoganlovells.com; liam.phibbs@hoganlovells.com; olga.fleysh@hoganlovells.com; cmurphy@vaughanandmurphy.com; JHerbison@winston.com; mmayer@winston.com; gwilkowski@winston.com; Tneuner@winston.com; parker.miller@alston.com; Valarie.Williams@alston.com; Max.Marks@alston.com; Jeff.Hannah@alston.com; Doug.Cunningham@alston.com; Tony.Greene@alston.com; bhatcher@sgwmfirm.com; czarlenga@mayerbrown.com; opottinger@mayerbrown.com; Wstallings@mayerbrown.com; smedlock@mayerbrown.com; skeck@mayerbrown.com; RMcCabe@mayerbrown.com; Amandhania@mayerbrown.com; William.greene@stinson.com; kc.tucker@lawgroupnwa.com; jmartin@sfgh.com; kristy.boehler@lawgroupnwa.com; zachary.hemenway@stinson.com; nicci.warr@stinson.com; kevin.kitchen@stinson.com; gary.weeks@lawgroupnwa.com; peter.schwingler@stinson.com; patriciagorham@eversheds-sutherland.com; jimmcgibbon@eversheds-sutherland.com; cphillips@salawus.com; KaitlinCarreno@eversheds-sutherland.us; PeterSzeremeta@eversheds-sutherland.us; gwrobel@vedderprice.com; hjones@jordanprice.com; snovack@novackmacey.com; SSiegel@novackmacey.com; CMoore@novackmacey.com; jja@novackmacey.com; bcohen@novackmacey.com; mlim@novackmacey.com; ewolicki@novackmacey.com; ed@koniecznylaw.com; dnewman@sgrlaw.com; psanders@sgrlaw.com; mcline@sgrlaw.com; volszewski@sgrlaw.com; jpennington@sgrlaw.com; breynolds@roselawfirm.com; arittenhouse@roselawfirm.com; ahopkins@roselawfirm.com; awofford@roselawfirm.com; jtreece@jwtreece.com; rberitiech@roselawfirm.com; james.sulentic@kutakrock.com; john.passarelli@kutakrock.com; jr.carroll@kutakrock.com; jeffrey.fletcher@kutakrock.com; kimberly.hare@kutakrock.com; stephen.dacus@kutakrock.com; Boris.Bershteyn@skadden.com; Patrick.Fitzgerald@skadden.com; lara.flath@skadden.com; peter.cheun@skadden.com; Gail.Lee@skadden.com; lgordon@Venable.com; ATHernacki@Venable.com; JBaldridge@Venable.com; ljfales@venable.com; RPDavis@Venable.com; bpargyle@Venable.com; ZKVarshovi@Venable.com; DBessner@Venable.com; TDAbraham@Venable.com; DRFoley@Venable.com; cbailey@baileybrauer.com; karquit@kasowitz.com; carrie.mahan@weil.com; PilgrimsPride.Service@weil.com; mmccluggage@EimerStahl.com; daniel.laytin@kirkland.com; christa.cottrell@kirkland.com; rothm@kirkland.com; stacy.pepper@kirkland.com; jessica.giulitto@kirkland.com; kcawley@kirkland.com; blaise.danly@kirkland.com; kyle.casey@kirkland.com; tucker.hunter@kirkland.com; jenna.stupar@kirkland.com; amelia.bailey@kirkland.com; barry.frett@kirkland.com; kate.guilfoyle@kirkland.com; anne.hudson@kirkland.com;

camil.sanchezpalumbo@kirkland.com; sarah.brodwolf@kirkland.com; michelle.beglin@kirkland.com; joseph.schroeder@kirkland.com; melissa.chambers@kirkland.com; lhmurray@shb.com; lnovion@shb.com; rmendoza@shb.com; mkfleming@shb.com; jelrod@cwlaw.com; pfoneill@shb.com; vbronson@cwlaw.com; radcox@axinn.com; ngaglio@axinn.com; klee@axinn.com; jtanski@axinn.com; jtaylor@axinn.com; doakes@axinn.com; momara@axinn.com; boppenheimer@axinn.com; kjethmalani@axinn.com; jmt@lipelyons.com; condeck@proskauer.com; rdesai@proskauer.com; schuk@proskauer.com; jdc@jdcarney.com; dklar@dklarlaw.com; dfeeney@millershakman.com; tstaunton@millershakman.com; ca@jdcarney.com; binderpl@yahoo.com; case@jdcarney.com; HIwrey@dykema.com; dstella@dykema.com; crockey@dykema.com; sgistenson@dykema.com; cjohnson@dykema.com
**Cc:** Bruckner, W. Joseph <wjbruckner@locklaw.com>; Clark, Brian D. <bdclark@locklaw.com>; Morbey, Simeon A. <samorbey@locklaw.com>; Sipe, Elizabeth M. <emsipe@locklaw.com>; bsimon@pswlaw.com; dwarshaw@pswlaw.com; nswartzberg@pswlaw.com; cpearson@pswlaw.com; mpearson@pswlaw.com; bpouya@pswlaw.com; tnolan@pswlaw.com; egrant@pswlaw.com; shart@hmelegal.com; beldridge@hmelegal.com; kpozan@hmelegal.com; jmarrese@hmelegal.com; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; jrissman@gustafsongluek.com; bresch@gustafsongluek.com; jholzer@gustafsongluek.com; jcotchett@cpmlegal.com; azapala@cpmlegal.com; tprevost@cpmlegal.com; abarnett@cpmlegal.com; atrott@cpmlegal.com; jverducci@cpmlegal.com; clipson@cpmlegal.com; mcaylao@cpmlegal.com; jalioto@cpmlegal.com; sfong@cpmlegal.com; kaw@wexlerwallace.com; eaw@wexlerwallace.com; mp@wexlerwallace.com; mjm@wexlerwallace.com; steve@hbsslaw.com; jasonz@hbsslaw.com; riop@hbsslaw.com; shanas@hbsslaw.com; kpierson@cohenmilstein.com; bjohnson@cohenmilstein.com; cgilden@cohenmilstein.com; dsilverman@cohenmilstein.com; adeich@cohenmilstein.com; bbrown@cohenmilstein.com; breannav@hbsslaw.com; bens@hbsslaw.com; elifvendahl@lowis-gellen.com; epb@willmont.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; jcampisi@kaplanfox.com; mmoonsammy@kaplanfox.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; cdirksen@cerallp.com; patrick.ahern@ahernandassociatespc.com; theo.bell@ahernandassociatespc.com; liana.alston@ahernandassociatespc.com; sgant@bsfllp.com; jshaw@bsfllp.com; ksmith@bsfllp.com; espevack@bsfllp.com; sleen@bsfllp.com; sgant@bsfllp.com; jshaw@bsfllp.com; ksmith@bsfllp.com; espevack@bsfllp.com; sleen@bsfllp.com; wjb@knpa.com; dpatton@knpa.com; srandall@knpa.com; bfloch@knpa.com; mgarcia@knpa.com; PES@Sperling-law.com; jvanek@sperling-law.com; dgermaine@sperling-law.com; jbjork@sperling-law.com; MAmaro@sperling-law.com; pcramer@srvhlaw.com; RHolt@srvhlaw.com; sbeishuizen@srvhlaw.com; jsantangelo@sperling-law.com; piovieno@bsfllp.com; anardacci@bsfllp.com; msinger@bsfllp.com; ngravante@bsfllp.com; rmcallister@bsfllp.com; rphair@huntonak.com; martinj@HuntonAK.com; ebolles@huntonak.com; csimpson@HuntonAK.com; porter@spplawyers.com; piovieno@bsfllp.com; anardacci@bsfllp.com;

msinger@bsfllp.com; ngravante@bsfllp.com; rmcallister@bsfllp.com; piovieno@bsfllp.com; anardacci@bsfllp.com; msinger@bsfllp.com; ngravante@bsfllp.com; rmcallister@bsfllp.com; piovieno@bsfllp.com; anardacci@bsfllp.com; msinger@bsfllp.com; ngravante@bsfllp.com; rmcallister@bsfllp.com; desau@carltonfields.com; scortvriend@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; jvanek@sperling-law.com; mdickler@sperling-law.com; desau@carltonfields.com; scortvriend@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; lgiudice@carltonfields.com; scohen@carltonfields.com; jvanek@sperling-law.com; mdickler@sperling-law.com; desau@carltonfields.com; scortvriend@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; lgiudice@carltonfields.com; scohen@carltonfields.com; jvanek@sperling-law.com; mdickler@sperling-law.com; piovieno@bsfllp.com; anardacci@bsfllp.com; msinger@bsfllp.com; ngravante@bsfllp.com; rmcallister@bsfllp.com; piovieno@bsfllp.com; anardacci@bsfllp.com; msinger@bsfllp.com; ngravante@bsfllp.com; rmcallister@bsfllp.com; mmiller@millerlawllc.com; mvantine@millerlawllc.com; aszot@millerlawllc.com; jshapiro@stearnsweaver.com; spatmore@stearnsweaver.com; ccanino@stearnsweaver.com; acorbett@stearnsweaver.com; elifvendahl@lowis-gellen.com; epb@willmont.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lowis-gellen.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lowis-gellen.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lowis-gellen.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; mgrier@hsblawfirm.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; jvanek@sperling-law.com; jbjork@sperling-law.com; mdickler@sperling-law.com; desau@carltonfields.com; scortvriend@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; jeisinger@eisingerlawfirm.com; Clay.Taylor@bondsellis.com; rturken@bilzin.com; swagner@bilzin.com; llustrin@bilzin.com; Idrescher@bilzin.com; Jgoldsmith@bilzin.com; jvanek@sperling-law.com; mdickler@sperling-law.com; desau@carltonfields.com; scortvriend@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; Allen@marcus-shapira.com; Cain-Mannix@marcus-shapira.com; Marcus@marcus-shapira.com; deddy@theantitrustlawgroup.com; dlynch@theantitrustlawgroup.com; casasg@gtlaw.com; drayed@gtlaw.com; duttont@gtlaw.com; weberer@gtlaw.com; douglasz@gtlaw.com; reedci@gtlaw.com; pinkertonv@gtlaw.com; srabin@SusmanGodfrey.com; predmon@susmangodfrey.com; rcaughey@susmangodfrey.com;

SShepard@susmangodfrey.com; rpolanco@susmangodfrey.com; ptaaffe@txattorneys.com; jwillis@txattorneys.com; obed@mdlcfirm.com; spencer@mdlcfirm.com; jorosa@justicia.pr.gov; tschneider@schneiderwallace.com; kbates@schneiderwallace.com; pschneider@schneiderwallace.com; mmmulder@mmulderlaw.com; eliveris@mmulderlaw.com; Heather.Call@usdoj.gov; Michael.Koenig@usdoj.gov; George.Baranko@usdoj.gov; Frederick.Levenson@usdoj.gov; Carolyn.Sweeney@usdoj.gov; Paul.Torzilli@usdoj.gov
**Subject:** Broilers Plaintiffs Amended 30b6 Deposition Notices

Counsel:

Attached and served upon you are All Plaintiffs' Amended Rule 30(b)(6) Notices for the below listed Defendants. Plaintiffs intend to abide by the agreements previously reached by the parties for the topics noticed on December 19, 2019.

List of Defendants

Case Farms

Claxton

Foster Farms

Harrison

Koch

Mar Jac

Mountaire

OK Foods

Perdue

Pilgrims

Sanderson

Simmons

Tyson

Simeon A. Morbey | Attorney

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401

V: 612-596-4023 | F: 612-339-0981 | www.locklaw.com

Elizabeth M. Sipe| Paralegal

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401

V: 612-339-6900 | F: 612-339-0981 | www.locklaw.com

This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient or otherwise have received this message in error, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you are not the intended recipient or otherwise have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this

electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.