## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| | District Judge Thomas M. Durkin |
| This Document Relates To: | Magistrate Judge Jeffrey T. Gilbert |
| *Boston Market Corporation v. Tyson Foods, Inc., et al.* | No. 1:20-cv-3450 |
| *Barbeque Integrated, Inc. v. Tyson Foods, Inc., et al.* | No. 1:20-cv-3454 |
| *FIC Restaurants, Inc. v. Tyson Foods, Inc., et al.* | No. 1:20-cv-3458 |
| *The Johnny Rockets Group, Inc. v. Tyson Foods, Inc., et al.* | No. 1:20-cv- 3459 |

## STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE AMICK COMPANY, INC., AMICK-OSI BROILERS, LLC, AND AMICK-OSI PROCESSING, LLC

Defendants The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC, and Plaintiffs Boston Market Corporation, Barbeque Integrated, Inc. d/b/a Smokey Bones, FIC Restaurants, Inc. d/b/a Friendly's, and The Johnny Rockets Group, Inc. (collectively, "Plaintiffs"), by and through their attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal without prejudice of each Plaintiffs' respective claims against the following Defendants: The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC. These Defendants have not served either an answer or a motion for summary judgment to any of Plaintiffs' respective Complaints, so dismissal pursuant to Rule 41(a)(1)(A)(i) is proper.

The Notice and Stipulation do not impact the status of Defendant Amick Farms, LLC, which remains a Defendant in Plaintiffs' respective Complaints.

WHEREFORE, Plaintiffs hereby voluntarily dismiss without prejudice all claims against Defendants The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC the following matters, all of which were all reassigned to Case No. 1:16-cv-08637:

(a)     *Boston Market Corporation v. Tyson Foods, Inc., et al.* (Case No. 1:20-cv-3450);

(b)     *Barbeque Integrated, Inc. v. Tyson Foods, Inc., et al.* (Case No. 1:20-cv-3454);

(c)     *FIC Restaurants, Inc. v. Tyson Foods, Inc., et al.* (Case No. 1:20-cv-3458); and

(d)     *The Johnny Rockets Group, Inc. v. Tyson Foods, Inc., et al.* (Case No. 1:20-cv-3459).

Dated: July 6, 2020

/s/ *Lori P. Lustrin*

Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

*Counsel for Plaintiffs*

And

DYKEMA GOSSETT, PLLC

By  *s/ Howard B. Iwrey*

Howard B. Iwrey
DYKEMA GOSSETT, PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI   48304
(248) 203-0526
hiwrey@dykema.com

Steven H. Gistenson
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
T: (312) 627-2267
SGistenson@dykema.com


*Counsel for Amick Farms, LLC, Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing*


## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2020, I caused a true and correct copy of the

foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Lori P. Lustrin*
Lori P. Lustrin