**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No.: 16-cv-8637 <br> Judge Thomas Durkin |
| This Document Relates To: <br> COMMONWEALTH OF PUERTO RICO, <br><br>       Plaintiff, <br> Vs. <br><br> KOCH INDUSTRIES, INC., ET AL. <br><br>       Defendants. | Case No. 19-cv-05114 |

**ORDER ADOPTING STIPULATION CONCERNING**
**DATE FOR STIPULATING DEFENDANTS TO ANSWER COMPLAINT**

The parties in the above-styled action, through counsel, having stipulated and agreed (Dkt. 3587), and the Court being fully advised,

IT IS HEREBY ORDERED THAT:

1.   This Stipulation is between the Commonwealth of Puerto Rico (the "Stipulating Plaintiff"), and Defendants Koch Foods, Inc.; JCG Foods of Alabama, LLC; JCG Foods of Georgia, LLC; Koch Meat Co., Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Tyson Breeders, Inc.; Tyson Poultry, Inc.; Pilgrim's Pride Corporation; Perdue Farms, Inc.; Perdue Foods LLC; Sanderson Farms, Inc.; Sanderson Farms, Inc. (Foods Division); Sanderson Farms, Inc. (Production Division); Sanderson Farms, Inc. (Processing Division); Wayne Farms, LLC; Mountaire Farms, Inc.; Mountaire Farms, LLC; Mountaire Farms of Delaware, Inc.; Peco Foods, Inc.; Foster Farms, LLC; Foster Poultry Farms; House of Raeford Farms, Inc.; Simmons Foods, Inc.; Simmons Prepared Foods, Inc.; Fieldale Farms Corporation; George's, Inc.; George's Farms, Inc.; O.K. Foods, Inc.; O.K. Farms, Inc.; O.K. Industries, Inc.; Norman W. Fries, Inc., d/b/a

Claxton Poultry Farms; Harrison Poultry, Inc.; Mar-Jac Poultry, Inc.; Mar-Jac Poultry MS, LLC; Mar-Jac Poultry AL, LLC; Mar-Jac AL/MS, Inc.; Mar-Jac Poultry, LLC; Mar-Jac Holdings, Inc.[1]; Amick Farms, LLC; Case Foods, Inc.; Case Farms, LLC; Case Farms Processing, Inc.; and Agri Stats, Inc. (collectively, the "Stipulating Defendants"), filed on July 29, 2020, is adopted by Order of the Court.

2.      The Order and Stipulation relates only to *Commonwealth of Puerto Rico v. Koch Foods, Inc., et al.*, Case No. 19-cv-05114.

3.      Stipulating Defendants' Motion to Dismiss the Complaint was granted in part and denied in part on July 15, 2020 (Dkt. 3704).

4.      The Stipulating Defendants' deadline to answer the Complaint is extended twenty-one (21) days by the parties' agreement until August 19, 2020 (to the extent an answer is required) while the parties continue to negotiate regarding whether Defendants need not answer the Complaint pending resolution of the Court's March 5, 2020 and June 12, 2020 orders (Dkts. 3525, 3653).

5.      This Stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

**SO ORDERED:**

Dated:  7/29/2020

_____
THE HONORABLE THOMAS M. DURKIN
U.S. DISTRICT JUDGE

---

[1] Mar-Jac Holdings, Inc. is incorrectly named in the Complaint as "Mar-Jac Holdings, LLC."

2