# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| All End-User Consumer Plaintiff Actions | |

## END-USER CONSUMER PLAINTIFFS' RENEWED MOTION FOR LEAVE TO AMEND COMPLAINT

End-User Consumer Plaintiffs (EUCPs) respectfully move this Court for leave to amend their Fourth Consolidated Amended Class Action Complaint (Complaint).

EUCPs set forth the bases of this motion in their memorandum in support of the motion, the Declaration of Shana Scarlett in support thereof, and the exhibits attached thereto. Pursuant to Local Rule 37.2, EUCPs' counsel attempted to stipulate with the defendants regarding the amendment of the Complaint, but the parties did not reach an agreement regarding all the amendments proposed by the EUCPs.

A redacted clean copy of the EUCPs' proposed Fifth Consolidated Amended Class Action Complaint (FAC), is attached hereto as Exhibit A. A redacted redline of the FAC against the Fourth Consolidated Amended Class Action Complaint is hereto Attached as Exhibit B.

WHEREFORE, EUCPs respectfully request that this Court enter an Order granting them leave to file their Fifth Consolidated Amended Class Action Complaint.

| | |
|---|---|
| DATED: August 6, 2020 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By   s/ Shana E Scarlett  <br>         SHANA E. SCARLETT |
| | Rio R. Pierce<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Tel: (510) 725-3000<br>shanas@hbsslaw.com<br>riop@hbsslaw.com |
| | Steve W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Tel: (206) 623-7292<br>steve@hbsslaw.com<br>breannav@hbsslaw.com |
| | *Interim Lead Counsel for End-User Consumer Plaintiffs* |

        Kit A. Pierson
Brent W. Johnson
Benjamin D. Brown
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
adeich@cohenmilstein.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
dsilverman@cohenmilstein.com

*Additional Counsel for End-User Consumer Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on August 6, 2020 a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

      s/ Shana E. Scarlett      
SHANA E. SCARLETT
