Broiler Antitrust Litigation: List of Opt-Out Complaints

| Case | Date Filed | Plaintiffs | # of Plaintiffs | Defendants | Amendments Made to Original Complaint Adding Defendants or Claims |
|---|---|---|---|---|---|
| *Affiliated Foods, Inc. et al. v. Claxton Poultry Farms, Inc. et al.*, Civil Action No. 1:17-cv-08850, N.D. Ill. | 12/8/2017 | Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Grocers of New England, Inc.; Big Y Foods, Inc.; Fareway Stores, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; Woodman's Food Market, Inc. | 8 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *Winn-Dixie Stores, Inc. et al. v. Koch Foods, Inc., et al.*, Civil Action No. 1:18-cv-00245, N.D. Ill. | 1/12/2018 | Winn-Dixie Stores, Inc.; Bi-Lo Holdings, LLC | 2 | Original 14 + Mar-Jac, Harrison, Claxton, Agri Stats, Amick, and Case | Added Mar-Jac, Harrison, Claxton, Agri Stats, Amick, and Case as Defendants; Added § 1 (pled in alternative), conspiracy to defraud, fraud, and negligent misrepresentation claims against Georgia Dock Defendants; Added breach of covenant of good faith and fair dealing, violation of Florida's Deceptive and Unfair Trade Practices Act, and unjust enrichment claims against Defendants Fieldale and Sanderson respectively |
| *Sysco Corporation v. Tyson Foods, Inc. et al.*, Civil Action No. 1:18-cv-0700, N.D. Ill. | 1/30/2018 | Sysco Corporation | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *US Foods, Inc. v. Tyson Foods, Inc., et al.*, Civil Action No. 1:18-cv-00702, N.D. Ill. | 1/30/2018 | US Foods, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *Action Meat Distributors, Inc. et al. v. Norman W. Fries, Inc., et al.*, Civil Action No. 1:18-cv-03471, N.D. Ill. | 5/16/2018 | Action Meat Distributors, Inc.; Associated Food Stores, Inc.; Bashas' Inc.; Certco, Inc.; Ira Higdon Grocery Company, Inc.; Nicholas & Co., Inc.; Pacific Agri-Products, Inc.; Pacific Food Distributors, Inc.; Troyer Foods, Inc.; URM Stores, Inc.; Weinstein Wholesale Meats, Inc. | 11 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *Associated Wholesale Grocers, Inc. v. Koch Foods, Inc. et al.*, Civil Action No. 2:18-cv-02258, transferred to N.D. Ill. to D. Kan. | 5/16/2018 | Associated Wholesale Grocers, Inc. | 1 | Original 14 (except Fieldale) + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | Added Amick & Case as Defendants; Added claims arising from Affiliated Foods Midwest Cooperative, Inc.'s purchases of broilers during the Relevant Time Period, which were assigned to AWG |
| *Jetro Holdings, LLC, v. Tyson Foods, Inc. et al.*, Civil Action No. 1:18-cv-04000, N.D. Ill. | 6/8/2018 | Jetro Holdings, LLC | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | Added Amick & Case as Defendants |
| *Associated Grocers of the South, Inc. v. Tyson Foods, Inc., et al*, Case No. 1:18-cv-4616, N.D. Ill. | 7/3/2018 | Associated Grocers of the South, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; OSI Restaurant Partners, LLC; Publix Super Markets, Inc.; Supervalu Inc.; Wakefern Food Corporation; Unified Grocers, Inc.; Associated Grocers of Florida, Inc. | 9 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats +Amick and Case **Meijer has dismissed claims against Amick | Added Amick & Case as Defendants; Added Georgia & Federal RICO claims; Added Unified Grocers, Inc. & Associated Grocers of Florida, Inc. as Plaintiffs |
| *The Kroger Co., et al. v. Tyson Foods Inc., et al.*, Case No. 1:18-cv-04534, N.D. Ill. | 6/29/2018 | The Kroger Co.; Hy-Vee, Inc.; Albertsons Companies, Inc. | 3 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | Added Amick & Case as Defendants; Added Georgia & Federal RICO claims |

Broiler Antitrust Litigation: List of Opt-Out Complaints

| Case | Date Filed | Plaintiffs | # of Plaintiffs | Defendants | Amendments Made to Original Complaint Adding Defendants or Claims |
|---|---|---|---|---|---|
| *Ahold Delhaize USA, Inc. v. Koch Foods, Incorporated et al.,* Case No. 1:18-cv-05351, N.D. Ill. | 8/6/2018 | Ahold Delhaize USA, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats<br>+ Amick and Case | Added Amick & Case as Defendants; Added Georgia & Federal RICO, fraud, breach of implied covenant, negligent misrepresentation, and unjust enrichment claims |
| *Samuels as Trustee In Bankruptcy for Central Grocers, Inc. et al v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. et al.,* Case No. 1:18-cv-05341, N.D. Ill. | 8/6/2018 | Howard Samuels as Trustee In Bankruptcy for Central Grocers, Inc.; CBBC OPCO, LLC; King Solomon Foods, Inc. | 3 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *W. Lee Flowers & Company, Inc. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. et al.,* Case No. 1:18-cv-05345, N.D. Ill. | 8/6/2018 | W. Lee Flowers & Company, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *BJ's Wholesale Club, Inc. v. Tyson Foods, Inc., et al.,* Case No. 1:18-cv-05877, N.D. Ill. | 8/28/2018 | BJ's Wholesale Club, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats<br>+ Amick and Case | Added Amick & Case as Defendants |
| *Maximum Quality Foods, Inc. v. Tyson Foods Inc., et al.,* Case No. 1:18-cv-06673, N.D. Ill. | 10/2/2018 | Maximum Quality Foods, Inc. | 1 | Tyson Foods, Inc.; Tyson Chicken, Inc.; Tyson Breeders, Inc.; Tyson Poultry, Inc.; Hrf; Mar-Jac; Fieldale; George's, Inc.; George's Farms, Inc.; Simmons Foods, Inc.; Simmons Prepared Foods, Inc.; O.K. Foods, Inc.; O.K. Farms, Inc.; O.K. Industries, Inc.; Peco; Harrison; Foster Farms, Llc; Foster Poultry Farms; Claxton; And Agri Stats, Inc.<br>+ Case | Added Case as Defendant |
| *United Supermarkets LLC, et al. v. Tyson Foods Inc., et al.,* Case No. 1:18-cv-06693, N.D. Ill. | 10/3/2018 | United Supermarkets, LLC; Krispy Krunchy Foods, LLC; Cheney Bros., Inc. | 3 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats<br>+ Amick and Case | Added Amick & Case as Defendants |
| *Shamrock Foods Company and United Food Service, Inc. v. Tyson Foods, Inc., et al.,* Case No. 18-cv-7284, N.D. Ill. | 10/31/2018 | Shamrock Foods Company; United Food Service, Inc. | 2 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats<br>+ Amick and Case | Added Amick & Case as Defendants |
| *Quirch Foods, LLC v. Koch Foods, Inc., et al.,* Case No. 18-cv-08511, N.D. Ill. | 12/28/2018 | Quirch Foods, LLC (f/k/a Quirch Foods, Co.) | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *Sherwood Food Distributors, LLC, et al. v. Tyson Foods, Inc., et al.,* Case No. 19-cv-00354, N.D. Ill. | 1/17/2019 | Sherwood Food Distributors, LLC; Harvest Meat Company, Inc.; Western Boxed Meat Distributors, Inc.; Hamilton Meat, LLC | 4 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats<br>+ Amick and Case | Added Amick & Case as Defendants |
| *Hooters of America, LLC v. Tyson Foods, Inc., et al.,* Case No. 1:19-cv-00390 (N.D. Ill.) | 1/18/2019 | Hooters of America LLC | 1 | Tyson (4 entities); Pilgrim's, HRF, Mar-Jac (5 entities), Perdue (2 entities) | n/a |
| *Darden Restaurants, Inc. v. Tyson Foods, Inc., et al.,* Case No. 19-cv-00530 (N.D. Ill.) | 1/25/2019 | Darden Restaurants, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats<br>+ Amick and Case | Added Amick & Case as Defendants |
| *Associated Grocers, Inc., et al. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, et al,* Case No. 19-cv-00638 (N.D. Ill.) | 1/31/2019 | Associated Grocers, Inc.; Brookshire Grocery Company; Schnuck Markets, Inc. | 3 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *Checkers Drive-In Restaurants, Inc. v. Tyson Foods, Inc., et al,* Case No. 1:19-cv-01283, N.D. Ill. | 2/21/2019 | Checkers Drive-In Restaurants, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats<br>+ Amick and Case | Added Amick & Case as Defendants |

Broiler Antitrust Litigation: List of Opt-Out Complaints

| Case | Date Filed | Plaintiffs | # of Plaintiffs | Defendants | Amendments Made to Original Complaint Adding Defendants or Claims |
|------|-----------|-----------|-----------------|-----------|-----------------------------------|
| *Conagra Brands, Inc., et al. v. Tyson Foods, Inc. et al.* , Case No. 19-cv-02190 (N.D. Ill.) | 3/29/2019 | Conagra Brands, Inc.; Pinnacle Foods, Inc.; Kraft Heinz Foods Co.; Nestle USA, Inc.; Nestle Purina Petcare Co. | 5 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Case | Added Case as Defendant |
| *Giant Eagle, Inc. v. Norman W. Fries* , Inc. d/b/a Claxton Poultry Farms et al., Case No. 1:19-cv-02758 (N.D. Ill.) | 4/24/2019 | Giant Eagle, Inc. | 1 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *Save Mart Supermarkets v. Tyson Foods Inc* , et al., Case No. 1:19-cv-2805, N.D. Ill. | 4/25/2019 | Save Mart Supermarkets | 1 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | n/a |
| *Walmart Inc., et al. v. Pilgrim's Pride Corp., et al* , Case No. 19-cv-05100 (W.D. Ark.) | 5/24/2019* *Filed in W.D. Ark.; transferred to N.D. Ill. June 21, 2019 | Walmart Inc.; Wal-Mart Stores East, LP; Wal-Mart Stores Arkansas, LLC; Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LLC; Sam's West, Inc.; Sam's East, Inc. | 7 | Pilgrim's, Koch (4 entities), Sanderson (4 entities), House of Raeford, Mar-Jac, Perdue (2 entities), Wayne Farms, OK Foods (3 entities), Peco, Harrison, Foster Farms (2 entities), Claxton, Mountaire (3 entities), Amick, Case (3 entities), Agri Stats | n/a |
| *Commonwealth of Puerto Rico v. Koch Foods Inc. et al.* , Case No. 19-cv-01605, D.P.R. | 6/20/19† †Transferred to N.D. Ill. July 25, 2019; the Commonwealth of Puerto Rico has filed a complaint "on behalf of itself and as *parens patriae* on behalf of Puerto Rico residents," but is not part of the group of Direct Action Plaintiffs. Compl. ¶ 27 | Commonwealth of Puerto Rico | 1 | Original 14 + Claxton, Harrison, Mar-Jac, Amick, Case, and Agri Stats | n/a |
| *Services Group of America, Inc. v. Tyson Foods, Inc., et al* , Case No. 19-cv-04194 (N.D. Ill.) | 6/21/2019 | Services Group of America, Inc. | 1 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, Agri Stats, Amick, and Case | n/a |
| *Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd.; and Hooters Management Corporation v. Tyson Foods, Inc., et al.* , 19-cv-4824, N.D. Ill. | 7/18/2019 | Restaurants of America, Inc., LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd.; and Hooters Management Corporation | 4 | Original 14 + Mar-Jac, Harrison, Claxton, Agri Stats, Amick and Case | n/a |

Broiler Antitrust Litigation: List of Opt-Out Complaints

| Case | Date Filed | Plaintiffs | # of Plaintiffs | Defendants | Amendments Made to Original Complaint Adding Defendants or Claims |
|---|---|---|---|---|---|
| *Anaheim Wings, LLC, et al. v. Tyson Foods, Inc., et al.*, 19-cv-5229, N.D. Ill. | 8/2/2019 | ANAHEIM WINGS, LLC, d/b/a Hooters of Anaheim; GASLAMP WINGS, LLC, previously d/b/a Hooters of San Diego; MISSION VALLEY WINGS, LLC, d/b/a Hooters of Mission Valley; OCEANSIDE WINGS, LLC, previously d/b/a Hooters of Oceanside; COSTA MESA WINGS, LLC, d/b/a Hooters of Costa Mesa; RANCHO BERNARDO WINGS, LLC, d/b/a Hooters of San Marcos; ONTARIO WINGS, LLC, d/b/a Hooters of Ontario; HOLLYWOOD WINGS, LLC, d/b/a Hooters of Hollywood; SOUTH GATE WINGS, LLC, d/b/a Hooters of South Gate; WINGS OVER LONG BEACH, LLC, d/b/a Hooters of Long Beach; BONITA PLAZA WINGS, LLC, d/b/a Hooters of Plaza Bonita; and DOWNTOWN WINGS, LLC, previously d/b/a Hooters of Downtown LA | 12 | Original 14 + Mar-Jac, Harrison, Claxton, Agri Stats, Amick and Case | |
| *Amigos Meat Distributors, LP, et al., v. Tyson Foods, Inc. et al*, Case No. 19-cv-05424, N.D. Ill. | 8/12/2019 | Amigos Meat Distributors, LP; Amigos Meat & Poultry, LLC; Amigos Meat Distributors East, LP; Amigos Meat Distributors West, LP | 4 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, Amick, Case, and Agri Stats | n/a |
| *PJ Food Service, Inc. v. Tyson Foods, Inc. et al.*, Case no. 19-cv-06141, N.D. Ill. | 9/13/2019 | PJ Food Service, Inc. | 1 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, Amick, Case, and Agri Stats | n/a |
| *The Golub Corporation, et al., v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms*, Case no. 19-cv-06955, N.D. Ill. | 10/22/2019 | The Golub Corporation; Latina Blvd Foods, LLC; The Distribution Group, Inc. | 3 | Original 14 (but not Fieldale) + Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |
| *El Pollo Loco, Inc. v. Tyson Foods, Inc. et al.*, Case no. 20-cv-01943, N.D. Ill. | 3/24/2020 | El Pollo Loco, Inc. | 1 | Original 14 (but not Fieldale) + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |
| *Independent Purchasing Cooperative, Inc. v. Koch Foods, Inc. et al.*, Case no. 1:20-cv-02013, N.D. Ill. | 3/27/2020 | Independent Purchasing Cooperative, Inc. | 1 | Original 14 (but not Fieldale) + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats + Keystone | Added Keystone as Defendant (7/24/20) |
| *Kraft Heinz Foods Company v. Amick Farms, LLC et al.*, Case no. 20-cv-2278, N.D. Ill. | 4/11/2020 | Kraft Heinz Foods Company | 1 | Original 14 (but not Fieldale) + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |
| *Barbeque Integrated, Inc. v. Tyson Foods, Inc. et al.*, Case no. 20-cv-3454, N.D. Ill. | 6/12/2020 | Barbeque Integrated, Inc. | 1 | Original 14 + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |

Broiler Antitrust Litigation: List of Opt-Out Complaints

| Case | Date Filed | Plaintiffs | # of Plaintiffs | Defendants | Amendments Made to Original Complaint Adding Defendants or Claims |
|---|---|---|---|---|---|
| *The Johnny Rockets Group, Inc. v. Tyson Foods, Inc. et al.*, Case no. 20-cv-3459, N.D. Ill. | 6/12/2020 | The Johnny Rockets Group, Inc. | 1 | Original 14 + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |
| *FIC Restaurants, Inc. v. Tyson Foods, Inc. et al.*, Case no. 20-cv-3458, N.D. Ill. | 6/12/2020 | FIC Restaurants, Inc. | 1 | Original 14 + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |
| *Boston Market Corporation v. Tyson Food, Inc. et al.*, Case no. 20-cv-3450, N.D. Ill. | 6/12/2020 | Boston Market Corporation | 1 | Original 14 + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |