UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Maplevale Farms, Inc., et al.
                              Plaintiff,

v.                                              Case No.: 1:16–cv–08637
                                                Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 7, 2020:

    MINUTE entry before the Honorable Thomas M. Durkin: Due to a clerical error, the court enters the following corrective entry in place of docket entry [3746]: The court enters the following briefing schedule on End–user consumer plaintiffs' renewed motion for leave to amend complaint [3738] : response due on or before 8/28/2020; reply due on or before 9/11/2020. End–User Consumer Plaintiffs' Fifth Consolidated Amended Class Action Complaint Amended complaint by End–User Consumer Plaintiffs against All Defendants [3747] [3748] are stricken. The new Daps' motion for leave to file under seal "exhibit a" and "exhibit b" to dkt. #3732 the new Daps' memorandum of law in opposition to certain defendants' motion to exclude bid– rigging claims from the in re broilers consolidated proceedings [3733] is granted; Plaintiffs' motion for leave to file under seal the opposition by class plaintiffs and direct action plaintiffs to certain defendants' motion to exclude bid–rigging claims from the in re broiler consolidated proceedings and the declaration of Bobby Pouya in support thereof [3737] is granted; End–user consumer plaintiffs' renewed motion for leave to file under seal [proposed] fifth consolidated amended class action complaint [3741] is granted. Motion hearing set on 8/13/2020 is cancelled.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.