# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

*IN RE BROILER CHICKEN ANTITRUST LITIGATION*

THIS DOCUMENT RELATES TO:

All Direct Action Plaintiffs

Civil Action No. 1:16-cv-08637

Judge Thomas M. Durkin

Magistrate Judge Jeffrey T. Gilbert

**NOTICE OF FILING OF LIST OF DIRECT ACTION PLAINTIFFS**

To:     Counsel of Record, via the ECF System

PLEASE TAKE NOTICE that on Sunday, August 9, 2020, we are hereby filing the attached corrected list of Direct Action Plaintiffs that have filed Complaints and were consolidated in *In re Broiler Chicken Antitrust Litigation* as of August 9, 2020.[1]  This list replaces the list filed on August 6, 2020 [Dkt. 3744_1].

DATED:  August 9, 2020

　　　/s/ *Scott E. Gant*

Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgant@bsfllp.com

*Co-Liaison Counsel for Direct Action Plaintiffs*

---

[1] *Commonwealth of Puerto Rico v. Koch Foods Inc. et al.*, Case No. 19-cv-01605 (D.P.R.), listed with a dagger ("†") in the attached list, has been consolidated with the master action, but Puerto Rico is not part of the group of Direct Action Plaintiffs.