| Case | Date Filed | Plaintiffs | # of Plaintiffs | Defendants | Amendments Made to Original Complaint Adding Defendants or Claims |
|---|---|---|---|---|---|
| *Affiliated Foods, Inc. et al. v. Claxton Poultry Farms, Inc. et al.*, Civil Action No. 1:17-cv-08850, N.D. Ill. | 12/8/2017 | Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Grocers of New England, Inc.; Big Y Foods, Inc.; Fareway Stores, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; Woodman's Food Market, Inc. | 8 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *Winn-Dixie Stores, Inc. et al. v. Koch Foods, Inc., et al.*, Civil Action No. 1:18-cv-00245, N.D. Ill. | 1/12/2018 | Winn-Dixie Stores, Inc.; Bi-Lo Holdings, LLC | 2 | Original 14 <span style="color:red">+ Mar-Jac, Harrison, Claxton, Agri Stats, Amick, and Case</span> | Added Mar-Jac, Harrison, Claxton, Agri Stats, Amick, and Case as Defendants; Added § 1 (pled in alternative), conspiracy to defraud, fraud, and negligent misrepresentation claims against Georgia Dock Defendants; Added breach of covenant of good faith and fair dealing, violation of Florida's Deceptive and Unfair Trade Practices Act, and unjust enrichment claims against Defendants Fieldale and Sanderson respectively |
| *Sysco Corporation v. Tyson Foods, Inc. et al*, Civil Action No. 1:18-cv-0700, N.D. Ill. | 1/30/2018 | Sysco Corporation | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *US Foods, Inc. v. Tyson Foods, Inc., et al.*, Civil Action No. 1:18-cv-00702, N.D. Ill. | 1/30/2018 | US Foods, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *Action Meat Distributors, Inc. et al. v. Norman W. Fries, Inc., et al.*, Civil Action No. 1:18-cv-03471, N.D. Ill. | 5/16/2018 | Action Meat Distributors, Inc.; Associated Food Stores, Inc.; Bashas' Inc.; Certco, Inc.; Ira Higdon Grocery Company, Inc.; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Troyer Foods, Inc.; URM Stores, Inc.; Weinstein Wholesale Meats, Inc. | 10 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | Pacific Agri-Products, Inc., a plaintiff in the original complaint, subsequently dismissed all direct action claims against all Defendants (6.29.20) |
| *Associated Wholesale Grocers, Inc. v. Koch Foods, Inc. et al.*, Civil Action No. 2:18-cv-02258, *transferred to N.D. Ill. to D. Kan.* | 5/16/2018 | Associated Wholesale Grocers, Inc. | 1 | Original 14 (except Fieldale) + Mar-Jac, Harrison, Claxton, and Agri Stats <span style="color:red">+ Amick and Case</span> | Added Amick & Case as Defendants; Added claims arising from Affiliated Foods Midwest Cooperative, Inc.'s purchases of broilers during the Relevant Time Period, which were assigned to AWG |
| *Jetro Holdings, LLC, v. Tyson Foods, Inc. et al.*, Civil Action No. 1:18-cv-04000, N.D. Ill. | 6/8/2018 | Jetro Holdings, LLC | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats <span style="color:red">+ Amick and Case</span> | Added Amick & Case as Defendants |
| *Associated Grocers of the South, Inc. v. Tyson Foods, Inc., et al*, Case No. 1:18-cv-4616, N.D. Ill. | 7/3/2018 | Associated Grocers of the South, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; OSI Restaurant Partners, LLC; Publix Super Markets, Inc.; Supervalu Inc.; Wakefern Food Corporation; Unified Grocers, Inc.; Associated Grocers of Florida, Inc. | 9 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats <span style="color:red">+Amick and Case</span> | Added Amick & Case as Defendants; Added Georgia & Federal RICO claims; Added Unified Grocers, Inc. & Associated Grocers of Florida, Inc. as Plaintiffs |
| *The Kroger Co., et al. v. Tyson Foods Inc., et al.*, Case No. 1:18-cv-04534, N.D. Ill. | 6/29/2018 | The Kroger Co.; Hy-Vee, Inc.; Albertsons Companies, Inc. | 3 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats <span style="color:red">+ Amick and Case</span> | Added Amick & Case as Defendants; Added Georgia & Federal RICO claims |

| Case | Date Filed | Plaintiffs | # of Plaintiffs | Defendants | Amendments Made to Original Complaint Adding Defendants or Claims |
|---|---|---|---|---|---|
| *Ahold Delhaize USA, Inc. v. Koch Foods, Incorporated et al.*, Case No. 1:18-cv-05351, N.D. Ill. | 8/6/2018 | Ahold Delhaize USA, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | Added Amick & Case as Defendants; Added Georgia & Federal RICO, fraud, breach of implied covenant, negligent misrepresentation, and unjust enrichment claims |
| *Samuels as Trustee In Bankruptcy for Central Grocers, Inc. et al v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. et al.*, Case No. 1:18-cv-05341, N.D. Ill. | 8/6/2018 | Howard Samuels as Trustee In Bankruptcy for Central Grocers, Inc.; CBBC OPCO, LLC; King Solomon Foods, Inc. | 3 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *W. Lee Flowers & Company, Inc. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. et al.*, Case No. 1:18-cv-05345, N.D. Ill. | 8/6/2018 | W. Lee Flowers & Company, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *BJ's Wholesale Club, Inc. v. Tyson Foods, Inc., et al.*, Case No. 1:18-cv-05877, N.D. Ill. | 8/28/2018 | BJ's Wholesale Club, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | Added Amick & Case as Defendants |
| *Maximum Quality Foods, Inc. v. Tyson Foods Inc., et al.*, Case No. 1:18-cv-06673, N.D. Ill. | 10/2/2018 | Maximum Quality Foods, Inc. | 1 | Tyson Foods, Inc.; Tyson Chicken, Inc.; Tyson Breeders, Inc.; Tyson Poultry, Inc.; Hrf; Mar-Jac; Fieldale; George's, Inc.; George's Farms, Inc.; Simmons Foods, Inc.; Simmons Prepared Foods, Inc.; O.K. Foods, Inc.; O.K. Farms, Inc.; O.K. Industries, Inc.; Peco; Harrison; Foster Farms, Llc; Foster Poultry Farms; Claxton; And Agri Stats, Inc. + Case | Added Case as Defendant |
| *United Supermarkets LLC, et al. v. Tyson Foods Inc., et al.*, Case No. 1:18-cv-06693, N.D. Ill. | 10/3/2018 | United Supermarkets, LLC; Krispy Krunchy Foods, LLC; Cheney Bros., Inc. | 3 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | Added Amick & Case as Defendants |
| *Shamrock Foods Company and United Food Service, Inc. v. Tyson Foods, Inc., et al.*, Case No. 18-cv-7284, N.D. Ill. | 10/31/2018 | Shamrock Foods Company; United Food Service, Inc. | 2 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | Added Amick & Case as Defendants |
| *Quirch Foods, LLC v. Koch Foods, Inc., et al.*, Case No. 18-cv-08511, N.D. Ill. | 12/28/2018 | Quirch Foods, LLC (f/k/a Quirch Foods, Co.) | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *Sherwood Food Distributors, LLC, et al. v. Tyson Foods, Inc., et al.*, Case No. 19-cv-00354, N.D. Ill. | 1/17/2019 | Sherwood Food Distributors, LLC; Harvest Meat Company, Inc.; Western Boxed Meat Distributors, Inc.; Hamilton Meat, LLC | 4 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | Added Amick & Case as Defendants |
| *Hooters of America, LLC v. Tyson Foods, Inc., et al*, Case No. 1:19-cv-00390 (N.D. Ill.) | 1/18/2019 | Hooters of America LLC | 1 | Tyson (4 entities), Pilgrim's, HRF, Mar-Jac (5 entities), Perdue (2 entities) | n/a |
| *Darden Restaurants, Inc. v. Tyson Foods, Inc., et al.*, Case No. 19-cv-00530 (N.D. Ill.) | 1/25/2019 | Darden Restaurants, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | Added Amick & Case as Defendants |
| *Associated Grocers, Inc., et al. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, et al*, Case No. 19-cv-00638 (N.D. Ill.) | 1/31/2019 | Associated Grocers, Inc.; Brookshire Grocery Company; Schnuck Markets, Inc. | 3 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, and Agri Stats; Brookshire Grocery Company also names Fieldale as a Defendant | n/a |
| *Checkers Drive-In Restaurants, Inc. v. Tyson Foods, Inc., et al*, Case No. 1:19-cv-01283, N.D. Ill. | 2/21/2019 | Checkers Drive-In Restaurants, Inc. | 1 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | Added Amick & Case as Defendants |

| Case | Date Filed | Plaintiffs | # of Plaintiffs | Defendants | Amendments Made to Original Complaint Adding Defendants or Claims |
|---|---|---|---|---|---|
| *Conagra Brands, Inc., et al. v. Tyson Foods, Inc. et al.*, Case No. 19-cv-02190 (N.D. Ill.) | 3/29/2019 | Conagra Brands, Inc.; Pinnacle Foods, Inc.; Kraft Heinz Foods Co.; Nestle USA, Inc.; Nestle Purina Petcare Co. | 5 | Original 14 + Mar-Jac, Harrison, Claxton, and Agri Stats + Case | Added Case as Defendant |
| *Giant Eagle, Inc. v. Norman W. Fries*, Inc. d/b/a Claxton Poultry Farms et al., Case No. 1:19-cv-02758 (N.D. Ill.) | 4/24/2019 | Giant Eagle, Inc. | 1 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, and Agri Stats | n/a |
| *Save Mart Supermarkets v. Tyson Foods Inc*, et al., Case No. 1:19-cv-2805, N.D. Ill. | 4/25/2019 | Save Mart Supermarkets | 1 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, and Agri Stats + Amick and Case | n/a |
| *Walmart Inc., et al. v. Pilgrim's Pride Corp., et al*, Case No. 19-cv-05100 (W.D. Ark.) | 5/24/2019* *Filed in W.D. Ark.; transferred to N.D. Ill. June 21, 2019 | Walmart Inc.; Wal-Mart Stores East, LP; Wal-Mart Stores Arkansas, LLC; Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LLC; Sam's West, Inc.; Sam's East, Inc. | 7 | Pilgrim's, Koch (4 entities), Sanderson (4 entities), House of Raeford, Mar-Jac, Perdue (2 entities), Wayne Farms, OK Foods (3 entities), Peco, Harrison, Foster Farms (2 entities), Claxton, Mountaire (3 entities), Amick, Case (3 entities), Agri Stats | n/a |
| *Commonwealth of Puerto Rico v. Koch Foods Inc et al.*, Case No. 19-cv-01605, D.P.R. | 6/20/19† †Transferred to N.D. Ill. July 25, 2019 | Commonwealth of Puerto Rico | 1 | Original 14 + Claxton, Harrison, Mar-Jac, Amick, Case, and Agri Stats Per the Court's July 15, 2020 Order, Puerto Rico's claims based on indirect purchases and as parens patriae are dismissed. Puerto Rico's claims are limited to those "based on its direct purchases." Dkt. 3704 at 10 | n/a |
| *Services Group of America, Inc. v. Tyson Foods, Inc., et al*, Case No. 19-cv-04194 (N.D. Ill.) | 6/21/2019 | Services Group of America, Inc. | 1 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, Agri Stats, Amick, and Case | n/a |
| *Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd.; and Hooters Management Corporation v. Tyson Foods, Inc., et al.*, 19-cv-4824, N.D. Ill. | 7/18/2019 | Restaurants of America, Inc., LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd.; and Hooters Management Corporation | 4 | Original 14 + Mar-Jac, Harrison, Claxton, Agri Stats, Amick and Case | n/a |

| Case | Date Filed | Plaintiffs | # of Plaintiffs | Defendants | Amendments Made to Original Complaint Adding Defendants or Claims |
|---|---|---|---|---|---|
| *Anaheim Wings, LLC, et al. v. Tyson Foods, Inc., et al.*, 19-cv-5229, N.D. Ill. | 8/2/2019 | ANAHEIM WINGS, LLC, d/b/a Hooters of Anaheim; GASLAMP WINGS, LLC, previously d/b/a Hooters of San Diego; MISSION VALLEY WINGS, LLC, d/b/a Hooters of Mission Valley; OCEANSIDE WINGS, LLC, previously d/b/a Hooters of Oceanside; COSTA MESA WINGS, LLC, d/b/a Hooters of Costa Mesa; RANCHO BERNARDO WINGS, LLC, d/b/a Hooters of San Marcos; ONTARIO WINGS, LLC, d/b/a Hooters of Ontario; HOLLYWOOD WINGS, LLC, d/b/a Hooters of Hollywood; SOUTH GATE WINGS, LLC, d/b/a Hooters of South Gate; WINGS OVER LONG BEACH, LLC, d/b/a Hooters of Long Beach; BONITA PLAZA WINGS, LLC, d/b/a Hooters of Plaza Bonita; and DOWNTOWN WINGS, LLC, previously d/b/a Hooters of Downtown LA | 12 | Original 14 + Mar-Jac, Harrison, Claxton, Agri Stats, Amick and Case | |
| *Amigos Meat Distributors, LP, et al., v. Tyson Foods, Inc. et al*, Case No. 19-cv-05424, N.D. Ill. | 8/12/2019 | Amigos Meat Distributors, LP; Amigos Meat & Poultry, LLC; Amigos Meat Distributors East, LP; Amigos Meat Distributors West, LP | 4 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, Amick, Case, and Agri Stats | n/a |
| *PJ Food Service, Inc. v. Tyson Foods, Inc. et al.*, Case no. 19-cv-06141, N.D. Ill. | 9/13/2019 | PJ Food Service, Inc. | 1 | Original 14 (but not Fieldale) + Mar-Jac, Harrison, Claxton, Amick, Case, and Agri Stats | n/a |
| *The Golub Corporation, et al., v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms*, Case no. 19-cv-06955, N.D. Ill. | 10/22/2019 | The Golub Corporation; Latina Blvd Foods, LLC; The Distribution Group, Inc. | 3 | Original 14 (but not Fieldale) + Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |
| *El Pollo Loco, Inc. v. Tyson Foods, Inc. et al.*, Case no. 20-cv-01943, N.D. Ill. | 3/24/2020 | El Pollo Loco, Inc. | 1 | Original 14 (but not Fieldale) + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |
| *Independent Purchasing Cooperative, Inc. v. Koch Foods, Inc. et al.*, Case no. 1:20-cv-02013, N.D. Ill. | 3/27/2020 | Independent Purchasing Cooperative, Inc. | 1 | Original 14 (but not Fieldale) + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats + Keystone | Added Keystone as Defendant (7/24/20) |
| *Kraft Heinz Foods Company v. Amick Farms, LLC et al.*, Case no. 20-cv-2278, N.D. Ill. | 4/11/2020 | Kraft Heinz Foods Company | 1 | Original 14 (but not Fieldale) + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |
| *Barbeque Integrated, Inc. v. Tyson Foods, Inc. et al.*, Case no. 20-cv-3454, N.D. Ill. | 6/12/2020 | Barbeque Integrated, Inc. | 1 | Original 14 + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |

| Case | Date Filed | Plaintiffs | # of Plaintiffs | Defendants | Amendments Made to Original Complaint Adding Defendants or Claims |
|---|---|---|---|---|---|
| *The Johnny Rockets Group, Inc. v. Tyson Foods, Inc. et al.*, Case no. 20-cv-3459, N.D. Ill. | 6/12/2020 | The Johnny Rockets Group, Inc. | 1 | Original 14 + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |
| *FIC Restaurants, Inc. v. Tyson Foods, Inc. et al.*, Case no. 20-cv-3458, N.D. Ill. | 6/12/2020 | FIC Restaurants, Inc. | 1 | Original 14 + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |
| *Boston Market Corporation v. Tyson Food, Inc. et al.*, Case no. 20-cv-3450, N.D. Ill. | 6/12/2020 | Boston Market Corporation | 1 | Original 14 + Amick, Case, Claxton, Harrison, Mar-Jac, and Agri Stats | n/a |