# Exhibit D

  


Nancy Shenker of theONswitch offers five ways to speed up service without sacrificing food quality.



### Why you should give your hourly workers these 3 things

Snagajob's 2019 State of the Hourly Worker Report identified three takeaways franchise and restaurant leaders can use to retain and manage today's hourly workers.



### Kansas City fine-dining experts open fast casual concept

Chef Michael Corvino and his wife and business partner, Christina, are experts when it comes to fine dining. The owners of Corvino Supper Club & Tasting Room in Kansas City, Missouri, however, wanted to make their food more accessible. Ravenous, a fast casual brand operating out of Corvino's kitchen, was the answer.



### How to avoid unnecessarily costly construction

Brie Carlson, associate partner at Starr Design, discusses why investing in an architect during the construction process could save you thousands.



### Chef Chatter: How to guide the new generation of cooks

The days of the hardened, callous and unforgiving chefs running kitchens are gone, according to Chef Anthony Jacquet, co-owner of Claudine Kitchen & Bakeshop.



### Stop delivery from becoming so trashy

Restaurants have a unique opportunity to not only take advantage of the growing delivery market, but they also have the opportunity to appeal to eco-conscious consumers as well.

### Newk's reveals new digs

After polling guests to learn what they wanted in their hometown Newk's, the brand has revealed its makeover in Jackson, Mississippi.

---

### Sidebar

4 menu trends fast casual operators should master

[LIVE WEBINAR]: How to significantly increase your restaurant sales without advertising?

3 ways to take advantage of the delivery market with ghost kitchens

Technology & CX in Restaurants

Warming up the Winter Menu: Menu Innovation & Storytelling Strategies

[ See More » ]



LEGAL NOTICE

IF YOU PURCHASED BROILER CHICKEN DIRECTLY FROM A BROILER CHICKEN PRODUCER, CLASS ACTION SETTLEMENTS MAY AFFECT YOU

JND Legal Administration — CLICK HERE

### TRENDING

YUM Brands acquiring The Habit Burger

Applebee's testing fast casual concept

Caviar & Bananas closes Nashville and Greenville, South Carolina locations

 TOPICS  

LEGAL NOTICE — IF YOU PURCHASED BROILER CHICKEN DIRECTLY FROM A BROILER CHICKEN PRODUCER, CLASS ACTION SETTLEMENTS MAY AFFECT YOU — CLICK HERE — JND Legal Administration

# Articles



**Applebee's testing fast casual concept**

Applebee's is on top of the casual dining sector, and its success may be due to the fact that it has leaned into the fast casual mindset.



**Click this: Top 10 fast casual stories of 2019**

It's almost bottle-popping time, but first let's take a look back at FastCasual's most popular articles of 2019.

### Get the latest news & insights

Enter your email address — Subscribe

   

### NEWS

Dickey's offers franchise discount to first-time owners

Chicken Salad expanding Houston footprint

Chipotle gets a little greener

Blendid installs its second robotic smoothie kiosk

Jan. 14 webinar gives even smallest brands mega-marketing powers

Zoup! delivering soup to those in need





We use cookies to provide you with a better experience. By continuing to browse the site you are agreeing to our use of cookies in accordance with our Cookie Policy.

# MEAT+POULTRY

SIGN IN    CREATE ACCOUNT    Free Newsletter Subscription

Business | Operations | Writers | Multimedia | Resources | Advertising | Subscribe        Search

# USPOULTRY highlights accomplishments in 2019





Source: USPOULTRY

01.02.2020    By Joel Crews    



TUCKER, Ga. – The U.S. Poultry & Egg Association (USPOULTRY) recently published its fiscal 2019 annual report. The report summarizes the programs USPOULTRY supported during the past year with its resources or efforts from its staff as well as with money to fund various projects.


About Us    Contact Us    e-Edition    Advertise With Us    Sign Up    Log In




 

Poultry Today | Video | e-Edition | Calendar | Marketplace | Business Connections | Sponsored Content

Need repair parts? Get 'em delivered!

## Poultry Today



### Addressing poultry industry challenges through research

Dec 30, 2019    0

By John Starkey





### Industry Headlines



TECHNOLOGY

### FORMER KROGER EXEC CHRISTOPHER HJELM JOINS CPS BOARD OF DIRECTORS

Consultant brings years of retail tech experience into position



TECHNOLOGY

### SPENDING ON ROBOTICS SYSTEMS, DRONES SOARS TO NEARLY $1308

Retail is one of commercial sectors leading the fastest growth



SPONSORED

NEW SHOPPERS

### THE ALASKA DIFFERENCE

Seen is coming – are shoppers coming to your seafood case? Either from oil, charter seafood that provides the variety, quality and sustainability consumers will appreciate. Consumer week, Learn more about seafood from the premier waters of Alaska and how you can provide a range of items while maintaining suggestions to your seafood minded shoppers.



 

### 2018 CATEGORY CAPTAINS AWARDS WINNERS

11/15/2018 — Progressive Grocer's annual Category Captains awards recognize the best examples of such partnerships of the past year. CPG companies that seek to



FOOD RETAILERS

### WALMART PRESIDENT/CEO DOUG MCMILLON TAKES BUSINESS ROUNDTABLE HELM

Succeeds outgoing JPMorgan group for 2 years













DISCOVER: Subscribe  Advertise  About Us  Buy SN Research

MENU · SUPERMARKET NEWS · SEARCH · LOG IN · REGISTER

**RECENT**

Superior Grocers names Richard Wardwell as president
JAN 03, 2020

Longo's latest store showcases 'grocerant' concepts
JAN 02, 2020



LEGAL NOTICE — IF YOU PURCHASED BROILER CHICKEN DIRECTLY FROM A BROILER CHICKEN PRODUCER, CLASS ACTION SETTLEMENTS MAY AFFECT YOU
JND Legal Administration — CLICK HERE

Walmart's Ashley Buchanan tapped as Michaels CEO
JAN 02, 2020

Lee Delaney to become CEO of BJ's Wholesale Club
DEC 23, 2019

**TOP STORIES**



Wegmans to phase out single-use plastic bags in New York
JAN 06, 2020
Grocery chain's bag removal comes over a month ahead of upcoming state ban



Borden Dairy initiates Chapter 11 reorganization
JAN 06, 2020
Move follows bankruptcy of dairy giant Dean Foods in November



Lidl to build fourth U.S. distribution center
JAN 06, 2020
Georgia-based $100 million facility will serve discount grocer's...



Subscribe to SN today!
Unlock Premium Digital content for just $39.95! Get the 2019 Top 75 list of wholesalers and retailers today.
SUBSCRIBE NOW

MENU  **SUPERMARKET NEWS**  SEARCH   LOG IN   REGISTER



**LEGAL NOTICE** — IF YOU PURCHASED BROILER CHICKEN DIRECTLY FROM A BROILER CHICKEN PRODUCER, CLASS ACTION SETTLEMENTS MAY AFFECT YOU — CLICK HERE — JND Legal Administration

## RECENT

**Superior Grocers names Richard Wardwell as president**
JAN 03, 2020

**Longo's latest store showcases 'grocerant' concepts** 📷
JAN 02, 2020



Insights on trends and industry data — Learn about purchasing our special reports

**Walmart's Ashley Buchanan tapped as Michaels CEO**
JAN 02, 2020

## TOP STORIES



**Wegmans to phase out single-use plastic bags in New York**
JAN 06, 2020
Grocery chain's bag removal comes over a month ahead of upcoming state ban



**Borden Dairy initiates Chapter 11**



**Lidl to build fourth U.S. distribution center**

**Subscribe to SN today!**

Unlock Premium Digital content for just $39.95! Get the 2019 Top 75 list of wholesalers and retailers today.

**SUBSCRIBE NOW ▸**

**DISCOVER:** Subscribe  Advertise  About Us  Buy SN Research


**SUPERMARKET NEWS**

SEARCH    LOG IN    REGISTER

---

**LEGAL NOTICE** — IF YOU PURCHASED BROILER CHICKEN DIRECTLY FROM A BROILER CHICKEN PRODUCER, CLASS ACTION SETTLEMENTS MAY AFFECT YOU — CLICK HERE — JND Legal Administration

---

**RECENT**

**Superior Grocers names Richard Wardwell as president**
JAN 03, 2020

**Longo's latest store showcases 'grocerant' concepts** 📷
JAN 02, 2020



**Walmart's Ashley Buchanan tapped as Michaels CEO**
JAN 02, 2020

**TOP STORIES**



**Wegmans to phase out single-use plastic bags in New York**
JAN 06, 2020
Grocery chain's bag removal comes over a month ahead of upcoming state ban


**Borden Dairy initiates Chapter 11**


**Lidl to build fourth U.S. distribution center**
JAN 06, 2020



**Subscribe to SN today!**

Unlock Premium Digital content for just $39.95! Get the 2019 Top 75 list of wholesalers and retailers today.

**SUBSCRIBE NOW ▸**

...

Case: 1:16-cv-08637 Document #: 3757-6 Filed: 08/13/20 Page 12 of 14 PageID #:260019



MENU



LEGAL NOTICE

IF YOU PURCHASED BROILER CHICKEN DIRECTLY FROM A BROILER CHICKEN PRODUCER, CLASS ACTION SETTLEMENTS MAY AFFECT YOU

JND Legal Administration — CLICK HERE

**RETAIL FOODSERVICE**

# Case-ready meats and poultry fill the void of traditional butchery shortage



*Sponsored content from our partner* **Tyson Fresh Meats, Inc.** *on Sep. 30, 2019*

In-store butchers are still a fixture in some supermarkets. But a variety of factors have come together over the years to relegate butchers to more limited hours and roles or to specialty markets






Case: 1:15-cv-08637 Document #: 3757-6 Filed: 08/13/20 Page 14 of 14 PageID #:260021

# RETAIL FOODSERVICE

The latest insights and solutions in retail foodservice.



**RETAIL FOODSERVICE**

## Safety in Numbers: How Label Coding Enhances Food Safety With Greater Traceability



*Sponsored content from our partner **Kwik Lok** on Nov. 15, 2019*

Product information improves through advanced technologies, which can potentially identify and address food safety risks and problems early on.

**RETAIL FOODSERVICE**