# Exhibit F1

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com


To the Settlement Administrator:

    **(a)** This Exclusion Request is submitted by:

        **Requesting Entity Name:**
        **Entity Address:**
        **Entity City, State**

    **(b)** The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

    **(c)** This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

    **(d)** Authorized signature:

        **Entity Name:** Easter Food Systems, Inc
                         DBA - KFC - D295002

        By: *Vicki L. Easter*

        Title: President

        Date: 03/09/2020

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

To the Settlement Administrator:

**(a)** This Exclusion Request is submitted by:

> **Requesting Entity Name:**
> **Entity Address:**
> **Entity City, State**

**(b)** The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

**(c)** This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

**(d)** Authorized signature:

**Entity Name**: Kentucky Fried Chicken of Front Royal, Inc.
DBA - KFC - D29500I

By: *Vicki L. Easter*

Title: President

Date: 03/09/2020

**Bronyn Heubach**

---

| | |
|---|---|
| **From:** | Broiler Chicken Antitrust Litigation <info@broilerchickenantitrustlitigation.com> |
| **Sent:** | Wednesday, March 11, 2020 8:52 AM |
| **To:** | Nena Clements |
| **Subject:** | Fw: Broiler Chicken Antitrust Litigation, Case No. 1:16-cv-08637 (the "Class Action") |

**From:** Terri Deane <Terri.Deane@maines.net>
**Sent:** Monday, March 9, 2020 6:53 PM
**To:** Broiler Chicken Antitrust Litigation <info@broilerchickenantitrustlitigation.com>
**Cc:** Chris Mellon <Chris.Mellon@maines.net>
**Subject:** Broiler Chicken Antitrust Litigation, Case No. 1:16-cv-08637 (the "Class Action")

Dear Settlement Administrator:

We submit this limited exclusion request on behalf of Maines Paper & Food Service, Inc., which has an address of 101 Broome Corporate Parkway, Conklin, NY 13748.

Pursuant to the *Corrected [Proposed] Order Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements With Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC* [DI 3394] (the "**Preliminary Approval Order**") in the above-referenced Class Action, Maines Paper & Food Service, Inc. and its subsidiaries (collectively, "**Maines**") hereby submits its intent to exclude itself from the Settlement Class (as defined in the Preliminary Approval Order) in the Class Action solely with respect to the Settlement Agreements with defendants Peco Foods, Inc., George's, Inc. and George's Farms, Inc., and Amick Farms, LLC (collectively, "**Settling Defendants**"), as the Settlement Agreements are described in the Preliminary Approval Order, and solely with respect to the Broilers purchased by Maines that were subsequently sold by Maines to (1) Burger King® restaurant operators at prices negotiated on Maines' behalf by Restaurant Services, Inc., the exclusive purchasing agent for the Burger King® system of restaurants and/or (2) Wendy's brand restaurants and Quality Supply Chain Co-op, Inc.

Maines does not wish to be excluded from the Settlement Class in the Class Action with respect to the Settlement Agreements with the Settling Defendants with respect to those Broilers that Maines purchased from the Settling Defendants that were not subsequently sold by Maines to Restaurant Services, Inc. and Burger King® restaurant operators and/or Wendy's brand restaurants and Quality Supply Chain Co-op, Inc.

Please send any further correspondence for Maines related to the Class Action to Maines Paper & Food Service, Inc., 101 Broome Corporate Parkway, Conklin, NY 13748, Attn: Christopher Mellon, with a copy to Huron Consulting Group, 1166 Avenue of the Americas, 3rd Floor, New York, NY 10036, Attn: Abhimanyu Gupta.

Theresa M. Deane
Maines Paper & Food Service, Inc.
SVP & CFO
PO Box 450
Conklin, NY 13748
(607) 779-1315

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

To the Settlement Administrator:

(a) This Exclusion Request is submitted by:

**Requesting Entity Name:**
**Entity Address:**
**Entity City, State**

(b) The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

(c) This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

(d) Authorized signature:

**Entity Name:**

By: SURTICO INC & SHAMIN MGMT INC.

Title: CEO

Date: 3/8/2020

3777 PACIFIC COAST HWY

Torrance, CA 90505

310 617-6075

SHAFIQ SURTI

RE251:000RE:1371316:1:LOUISVILLE

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

Received
MAR 13 2020
by JNDLA

To the Settlement Administrator:

(a) This Exclusion Request is submitted by:

**Requesting Entity Name:**
**Entity Address:**
**Entity City, State**

(b) The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

(c) This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

(d) Authorized signature:

**Entity Name:**

By: _Oryn Carlisle_

Title: _President_

Date: _03/09/2020_





Carlisle Restaurants

EXECUTIVE OFFICES
1877 CENTER STREET
PORTAGE, INDIANA 46368

MAR 13 2020

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111

98111-001043



US POSTAGE
IL 604
10 MAR 20
PM 7 L

UNITED STATES POSTAGE
02 1P
0000512064 MAR 09 2020
MAILED FROM ZIP CODE 46368
$000.50
PITNEY BOWES

**REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT**

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com



To the Settlement Administrator:

(a) This Exclusion Request is submitted by:

> **Requesting Entity Name:**
> **Entity Address:**
> **Entity City, State**

(b) The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

(c) This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

(d) Authorized signature:

> **Entity Name:**
>
> By: _____
>
> Title: _President_____
>
> Date: _3/9/20_____



WMCR Corporation
P.O. Box 456
Alpena, MI 49707

9511130010

MAR 13 2020

Broiler Chicken Anti trust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111



TRAVERSE CITY
MI 496 1
10 MAR 2020 PM 03:00

US POSTAGE
800.50¢

ZIP 49707
041L11233275

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

> Received
> MAR 13 2020
> by JNDLA

To the Settlement Administrator:

**(a)** This Exclusion Request is submitted by:

**Requesting Entity Name:** *Barton and Lewis - New Chicken Inc*
**Entity Address:** *1403 W. Ave A*
**Entity City, State** *Belle Glade, FL 33430*

**(b)** The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

**(c)** This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

**(d)** Authorized signature:

**Entity Name:** *New Chicken, Inc*

By: *Doris A. Lewis*

Title: *President*

Date: *3/9/20*

D. Lewis
New Chicken
1103 W. Ave #
Belle Glade, FL
33430

MAR 13 2020

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111

98111-001043

WEST PALM BCH FL 334
10 MAR 2020 PM 3 L



## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

To the Settlement Administrator:

(a) This Exclusion Request is submitted by:

Greenville Meats, Inc.
845 White Horse Road
Greenville, SC 29605

(b) Greenville Meats, Inc. hereby requests to be excluded from the Settlement Class specifically with respect to purchases that were made on behalf of Yum! Brands and operators of KFC, Pizza Hut, Taco Bell, and A&W brand restaurants.

(c) This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

(d) Authorized signature:

By: _____

Print: _GEORGE L. SLOAN_

Title: _OWNER_

Date: _3/5/20_

**REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT**

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

To the Settlement Administrator:

**(a)** This Exclusion Request is submitted by:

> **Requesting Entity Name:**
> **Entity Address:**
> **Entity City, State**

**(b)** The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

**(c)** This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

**(d)** Authorized signature:

**Entity Name**:
MUY Brands, LLC

By: _____

Title: _Manager_____

Date: _4-29-20_____

**REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT**

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

To the Settlement Administrator:

**(a)** This Exclusion Request is submitted by:

> **Requesting Entity Name:**
> **Entity Address:**
> **Entity City, State**

**(b)** The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

**(c)** This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

**(d)** Authorized signature:

> **Entity Name**:
> MUY Pizza-Tejas, LLC
> By:
>
> Title: Manager
>
>
> Date: 4-29-20

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

```
Received
MAY 05 2020
by JNDLA
```

To the Settlement Administrator:

(a) This Exclusion Request is submitted by:

**Requesting Entity Name:** _ALVARADO CONCEPTS, LLC_
**Entity Address:** _924 W. COLFAX AVE_
**Entity City, State** _DENVER, CO 80204_

(b) The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

(c) This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

(d) Authorized signature:

**Entity Name:**

By: _[signature]_

Title: _CFO_

Date: _4/29/20_

   

**Anthony J. Carroll**
Chief Financial Officer

**Palo Alto, Inc.**
924 W. Colfax Avenue
Suite 203
Denver, CO 80204

(303) 745-0555
(303) 745-0188 (fax)
(303) 531-4416 (direct)
tcarroll@paloaltoinc.com



US POSTAGE
$ 000.50⁰
MAY 01 2020
02 7H
0001267077
MAILED FROM ZIP CODE 80204

PITNEY BOWES

MAY 0 5 2020

FIRST-CLASS

Broiler Chicken Antitrust
Ligigation C/o Legal Admin.
P.O. Box 91343
Seattle, WA. 98111

SE11303010 BSC0

**Palo Alto, Inc.**
924 W. Colfax Avenue
Suite 203
Denver, CO 80204

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

> Received
>
> MAY 05 2020
>
> by JNDLA

To the Settlement Administrator:

(a) This Exclusion Request is submitted by:

> **Requesting Entity Name:** *PALO ALTO, INc.*
> **Entity Address:** *924 W. COLFAX AVE*
> **Entity City, State** *DENVER, CO 80204*

(b) The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

(c) This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

(d) Authorized signature:

> **Entity Name:** *PALO ALTO, INC.*
>
> By: *[signature]*
>
> Title: *CFO*
>
> Date: *4/29/20*

   

**Anthony J. Carroll**
Chief Financial Officer

**Palo Alto, Inc.**
924 W. Colfax Avenue
Suite 203
Denver, CO 80204

(303) 745-0555
(303) 745-0188 (fax)
(303) 531-4416 (direct)
tcarroll@paloaltoinc.com



US POSTAGE
$ 000.50⁰
MAY 01 2020
MAILED FROM ZIP CODE 80204

02 7H
0001267077
PITNEY BOWES

FIRST-CLASS

MAY 0 5 2020

**Palo Alto, Inc.**
924 W. Colfax Avenue
Suite 205
Denver, CO 80204

Broiler Chicken Antitrust
Ligigation C/o Legal Admin.
P.O. Box 91348
Seattle, WA. 98111

98111200010 B900

**REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT**

**Send via U.S. Mail and e-mail to:**

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

To the Settlement Administrator:

**(a)** This Exclusion Request is submitted by:

    **Requesting Entity Name:** *BHANS MANAGEMENT LLC*
    **Entity Address:** *MDH MANAGEMENT LLC*
        *HANS MANAGEMENT of MO. LLC*
    **Entity City, State** *15702 W 126st*
        *OLATHE KS 66061*

**(b)** The Requesting Entity hereby requests to be excluded from the Settlement Class with respect to all purchases that were made by or on behalf of the requesting party as an operator of KFC, Pizza Hut, Taco Bell, and/or A&W-branded restaurants in the United States.

**(c)** This Exclusion Request applies to each of the three Settlement Agreements with (1) Peco Foods, Inc., (2) George's Inc. and George's Farms, Inc., and (3) Amick Farms, LLC, in the proceedings captioned *In re Broiler Chicken Antitrust Litigation*, U.S. District Court, Northern District of Illinois, No. 1:16-cv-08637

**(d)** Authorized signature:

    **Entity Name:** *BHANS MANAGEMENT LLC*
        *MDH MANAGEMENT LLC*
        *HANS MANAGEMENT OF MO LL*

    By: *Dallin S-Hans*

    Title: *MEDTA*

    Date: *5/4/20*

# Exhibit F2

Ineffective Opt-Outs

| Request ID | JND ID | Date Received | Postmark Date | Name | Comments |
|---|---|---|---|---|---|
| 42 | 26860 | 3/9/2020 | 3/9/2020 | EASTER FOOD SYSTEMS, INC DBA - KFC - D295002 | Missing address |
| 44 | 26891 | 3/9/2020 | 3/9/2020 | KENTUCKY FRIED CHICKEN OF FRONT ROYAL, INC. DBA - KFC - D295001 | Missing address |
| 83 | 26892 | 3/9/2020 | 3/9/2020 | MAINES PAPER & FOOD SERVICE, INC. | Not signed (attorney's typed name present but no signature) |
| 83 | 23 | 3/9/2020 | 3/9/2020 | MAINES PAPER&FOODSERVICE - MAINES PAPER & FOODSERVICE | Not signed (attorney's typed name present but no signature) |
| 98 | 26893 | 3/10/2020 | 3/10/2020 | SURTICO INC | Late submission via email |
| 98 | 26894 | 3/10/2020 | 3/10/2020 | SHAMIN MGMT INC | Late submission via email |
| 102 | 26895 | 3/13/2020 | 3/10/2020 | ORYN CARLISLE | Late postmark; entity name and address not provided (signature name only) |
| 104 | 26896 | 3/13/2020 | 3/10/2020 | WMCR CORPORATION | Late postmark; entity name and address not provided (envelope name only) |
| 106 | 26897 | 3/13/2020 | 3/10/2020 | BARTON AND LEWIS - NEW CHICKEN INC | Late postmark |
| 107 | 26898 | 3/16/2020 | 3/16/2020 | GREENVILLE MEATS, INC. | Late submission via email |
| 107 | 360 | 3/16/2020 | 3/16/2020 | GREENVILLE MEATS - SHIP TO COLUMBIA | Late submission via email |
| 108 | 26899 | 3/16/2020 | 3/9/2020 | CROW'S STEAK HOUSE, INC. | Missing address |
| 109 | 27819 | 4/29/2020 | 4/29/2020 | MUY BRANDS, LLC - LOUISVILLE | Late submission via email; entity name and address not provided (name inferred from file name) |
| 110 | 27820 | 4/29/2020 | 4/29/2020 | MUY PIZZA-TEJAS, LLC - LOUISVILLE | Late submission via email; entity name and address not provided (name inferred from file name) |
| 111 | 27824 | 5/5/2020 | 5/1/2020 | ALVARADO CONCEPTS, LLC | Late postmark |
| 112 | 27825 | 5/5/2020 | 5/1/2020 | PALO ALTO, INC. | Late postmark |
| 113 | 27821 | 5/4/2020 | 5/4/2020 | BHAMS MANAGEMENT LLC | Late submission via email |
| 113 | 27822 | 5/4/2020 | 5/4/2020 | MDM MANAGEMENT LLC | Late submission via email |
| 113 | 27823 | 5/4/2020 | 5/4/2020 | HAMS MANAGEMENT OF MO. LLC | Late submission via email |