# Exhibit G

Dear [Counsel for Class Member]:

We are in receipt of your exclusion request submitted on behalf of [Class Member name] in relation to the Broiler Chicken Antitrust Litigation, No. 1:16-cv-08637 (N.D. Illinois) (the "Action"). The exclusion request advises that certain claims were assigned to [Class Member name] and those assigned claims should be excluded from the Action. To effectuate the exclusion of the assigned claims, please complete the attached Notification of Irrevocable Assignment and return it to the Settlement Administrator within 21 days of this email. You must email the completed, signed Notification of Irrevocable Assignment to info@broilerchickenantitrustlitigation.com.

Please make sure to include the required details for each assignment, including the name and address of the assignor and the total value of assigned purchases by year and Defendant/Co-conspirator. Please add or delete rows as needed. Note that signatures from the assignee and all assignors are also required.

If you have any questions about the Notification of Irrevocable Assignment, please contact Bronyn Heubach at bronyn.heubach@jndla.com or 206-641-9786.

Regards,

## [TEMPLATE NOTIFICATION OF IRREVOCABLE ASSIGNMENT]

[INSERT DATE]

Broiler Chicken Antitrust Litigation
c/o JND Legal Administration
P.O. Box 91343
Seattle, WA 98111
info@broilerchickenantitrustlitigation.com

Re:   In re: Broiler Chicken Antitrust Litigation -
      Notification of Irrevocable Assignment

Dear Settlement Administrator:

Each of the undersigned believe that they are members of the Settlement Class in the litigation captioned *In re Broiler Chicken Antitrust Litigation*, No. 1:16-cv-08637 (N.D. Illinois) (the "Action"). We write to inform you that [INSERT NAME OF ASSIGNEE] has obtained assignments from these Settlement Class Members, which we intend to be legally binding, for all claims related to the purchase of Broiler Chicken in connection with the Action.

Specifically, [INSERT NAME OF ASSIGNEE] has obtained assignments from the following entities: [INSERT NAMES OF ASSIGNORS AND SPECIFY IF ASSIGNMENT IS AS TO ALL OF ASSIGNORS' PURCHASES OR ONLY A PORTION (AND IF SO, WHICH PORTION)]. The total value of the Broiler Chicken purchases made by the assignor(s) from a defendant or named co-conspirator and assigned to [INSERT NAME OF ASSIGNEE] by each of the Settlement Class Members is as follows:

| Name/Address of Assignor (*specify if full assignment of all of assignor's purchases or only a subset*) | **Total Value of Assigned Purchases By Year/Defendant** | | |
|---|---|---|---|
| | Year | Defendant/Co-Conspirator | Broiler Purchase Total |
| | *2008* | *Tyson* | *$X,XXX,XXX.XX* |
| | *2009* | *Perdue* | *$XXX,XXX.XX* |
| | | | |
| Name/Address of Assignor (*specify if full assignment of all of assignor's purchases or only a subset*) | **Total Value of Assigned Purchases By Year/Defendant** | | |
| | Year | Defendant/Co-Conspirator | Broiler Purchase Total |
| | *2008* | *Tyson* | *$X,XXX,XXX.XX* |
| | *2009* | *Perdue* | *$XXX,XXX.XX* |
| | | | |

| Name/Address of Assignor (*specify if full assignment of all of assignor's purchases or only a subset*) | **Total Value of Assigned Purchases By Year/Defendant** | | |
|---|---|---|---|
| | Year | Defendant/Co-Conspirator | Broiler Purchase Total |
| | *2008* | *Tyson* | *$X,XXX,XXX.XX* |
| | *2009* | *Perdue* | *$XXX,XXX.XX* |
| | | | |

We understand that we may be required to provide more information, including without limitation transactional-level purchase detail in spreadsheet format (.csv, MS Excel, etc.) in order to validate the assignment purchase totals listed above; information supporting the validity of this assignment; and information to further identify assignee(s), assignor(s), and any subsidiaries or other related entities. We agree to provide such information.

Please be advised that as a result of these assignments, all rights, options and remedies afforded to the undersigned Settlement Class Members in the Action with respect to the purchases listed as assigned herein have been irrevocably transferred to [INSERT NAME OF ASSIGNEE], including but not limited to the right to opt out of the Action.

Without limiting the foregoing, each of the Settlement Class Members hereby instructs and directs the Settlement Administrator to contact [INSERT NAME OF ASSIGNEE] at the address set forth below for any further communication or correspondence.

    [INSERT NAME, ADDRESS AND CONTACT INFORMATION FOR ASSIGNEE]

It is acknowledged and agreed that the instructions contained herein may not be rescinded or revoked at any time. This letter may be executed in counterparts, each of which shall be deemed an original and all of which shall together constitute one and the same instrument.

Sincerely,


[INSERT NAME OF ASSIGNEE]

By: _____
[Name of Individual Authorized to Act on Behalf of the Company]
[Title of Authorized Individual]



    [INSERT COMPANY NAME OF CLASS MEMBER/ASSIGNOR]

    By: _____

[Name of Individual Authorized to Act on Behalf of Company]
[Title of Authorized Individual]

[INSERT COMPANY NAME OF CLASS MEMBER/ASSIGNOR]

By: _____
[Name of Individual Authorized to Act on Behalf of Company]
[Title of Authorized Individual]

[INSERT COMPANY NAME OF CLASS MEMBER/ASSIGNOR]

By: _____
[Name of Individual Authorized to Act on Behalf of Company]
[Title of Authorized Individual]