# Exhibit H

Partial Assignments

| Request ID | Opt-Out Name | Partial Assignment(s) |
|---|---|---|
| 4 | Boston Market | Ben E. Keith Company dba Ben E. Keith Foods ("BEK")<br>HAVI Global Solution ("HAVI")<br>Mattingly Foods, Inc. ("Mattingly")<br>McLane Foodservice, Inc. fka MBM Corporation ("MBM")<br>Willow Run Foods, Inc. ("Willow Run") |
| 24 | Winn Dixie | C&S Wholesale Grocers, Inc. ("C&S") |
| 29 | Kroger | Topco |
| 47 | Quality Supply Chain Co-op | Willow Run Foods, Inc.<br>Upper Lakes Foods, Inc. ("ULF")<br>Kenneth O. Lester Company, Inc. dba PFG Customized Distibution ("PFG") |
| 63 | Independent Purchasing | West Liberty Foods, LLC<br>Ed Miniat LLC<br>Lineage Redistribution, LLC<br>Performance Food Group, Inc. (including Reinhart Foodservice, LLC)<br>Southeastern Food Merchandisers |
| 78 | El Pollo Loco | Testa Produce, Inc. ("Testa")<br>McLane Foodservice, Inc. ("McLane") |
| 81 | Ahold Delhaize | C & S Wholesale Grocers, Inc. ("C&S") |
| 82 | Smokey Bones | McLane Foodservice, Inc. fka MBM Corporation ("MBM") |
| 22 | BJ's Wholesale Club | Burris Logistics ("Burris") |