# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | |
| INDEPENDENT PURCHASING COOPERATIVE, INC., | Case No.: 1:16-cv-08637 |
| | Judge Thomas M. Durkin |
| Plaintiff, | Case No.: 1:20-cv-02013 |
| v. | |
| KOCH FOODS, INC., *et al*, | |
| Defendants. | |

## STIPULATION CONCERNING WAIVER OF SERVICE AND DATE FOR KEYSTONE DEFENDANTS TO ANSWER

Plaintiff Independent Purchasing Cooperative, Inc. (the "Stipulating Plaintiff") and Defendants Keystone Foods LLC; Equity Group Eufaula Division, LLC; Equity Group Kentucky Division LLC; and Equity Group – Georgia Division LLC (the "Keystone Defendants"), through counsel, stipulate to the following, subject to the Court's approval:

1. This Stipulation relates only to *Independent Purchasing Cooperative, Inc. v. Koch Foods, Inc., et al.*, filed on March 27, 2020 at Civil Action No. 1:20-cv-02013 (N.D. Ill.) (the "Complaint"), and the First Amended Complaint for Violations of the Federal Antitrust Laws, filed on July 24, 2020 as Docket Entry No. 3716 in *In re Broiler Chicken Antitrust Litigation*, No. 1:16-cv-08637 (N.D. Ill.) (the "First Amended Complaint").

2. Stipulating Plaintiff's motion to reassign the Complaint as related to Case No. 1:16-cv-08637 per Local Rule 40.4 was granted on March 30, 2020 (Dkt. 3541).

3. After reassignment, the Stipulating Plaintiff filed the First Amended Complaint which added the Keystone Defendants as parties.

4. The Keystone Defendants waive service of the First Amended Complaint pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

5. The Stipulating Plaintiffs and the Keystone Defendants agree that the Keystone Defendants need not respond to the First Amended Complaint pending resolution of the Court's March 5, 2020 and June 12, 2020 Orders (Dkts. 3525, 3653) requiring the parties "to meet and confer regarding a plan for a consolidated complaint for Direct-Action Plaintiffs, and a consolidated answer to that complaint," after which the Keystone Defendants will respond on a schedule ordered by the Court or stipulated to by the parties.

6. This Stipulation does not constitute a waiver by the Keystone Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

Dated: August 26, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MILLER LAW LLC | LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD. |
| By: __/s/ *Marvin A. Miller*__<br>Marvin A. Miller<br>Andrew Szot<br>115 S. LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Tel: 312.332.3400<br>Fax: 312.676.2676<br>mmiller@millerlawllc.com<br>aszot@millerlawllc.com | By: __/s/ *Jordan M. Tank*__<br>Jordan M. Tank<br>230 West Monroe, Street, Ste 2260<br>Chicago, IL 60606<br>Telephone: (312) 702-0586<br>Facsimile: (312) 726-2273<br>jmt@lipelyons.com |

STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.

Jay B. Shapiro (pro hac vice)
Samuel O. Patmore (pro hac vice)
Carlos J. Canino (pro hac vice)
Abigail G. Corbett (pro hac vice)
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: 305.789.3200
Fax: 305.789.3395
jshapiro@stearnsweaver.com
spatmore@stearnsweaver.com
ccanino@stearnsweaver.com
acorbett@stearnsweaver.com

*Attorneys for Plaintiff Independent
Purchasing Cooperative, Inc.*

AXINN, VELTROP & HARKRIDER LLP

Rachel J. Adcox (#1001488)
Daniel K. Oakes (pro hac vice)
Kenina J. Lee (pro hac vice)
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (pro hac vice)
Jarod G. Taylor (pro hac vice)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (pro hac vice)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

*Attorneys for Defendants Keystone Foods
LLC; Equity Group Eufaula Division, LLC;
Equity Group Kentucky Division LLC; and
Equity Group – Georgia Division LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, I caused a true and correct copy of the foregoing **STIPULATION CONCERNING WAIVER OF SERVICE AND DATE FOR KEYSTONE DEFENDANTS TO ANSWER** to be served on all counsel of record via filing electronically on the Court's CM/ECF system.

                                            /s/ *Marvin A. Miller*
                                            Marvin A. Miller