# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>[PROPOSED] SCHEDULING ORDER NO. 14 |



This Scheduling Order No. 14 supersedes the Court's previous Scheduling Order No. 2 (ECF Dkt. 574) issued on December 15, 2017, Scheduling Order No. 6 issued on September 13, 2018 (ECF Dkt. 1230), Scheduling Order No. 12 issued on July 15, 2019 (ECF Dkt. No. 2322), and Scheduling Order No. 13 issued on January 29, 2020 (ECF Dkt. No. 3420). The parties are directed to the separate Search Methodology Order (ECF Dkt. 586) for any additional deadlines relating to the search of electronically stored information. Additionally, the Court orders that the requirement of Fed. R. Civ. P. 45(a)(4) for notice to other parties before service of a subpoena shall be 4 business days after the day notice and a copy of the subpoena are provided, which shall be computed pursuant to Fed. R. Civ. P. 6(a)(1).

A party receiving objections or productions from a third party in response to a Rule 45 subpoena will serve a copy of those objections or documents on other parties within 7 days, unless otherwise agreed. A party that receives a non-Bates numbered production (or production without a load file) from a third party in response to a Rule 45 subpoena shall serve those documents on other parties within 10 days, unless otherwise agreed by the parties. A party receiving a production from a third party in response to a Rule 45 subpoena that includes information relating to a deposition scheduled within 7 days must notify all parties within 48 hours of receipt.

937844.8

| Event | Deadline |
|---|---|
| Filing of Class Plaintiffs' Motions for Class Certification & Expert Reports | October 30, 2020 |
| Filing of Defendants' Responses on Class Certification and Class Expert Reports<br><br>Filing of Defendants' *Daubert* Motions on Class Plaintiffs' Class Certification Experts | January 22, 2021 |
| Filing of Class Plaintiffs' Reply Briefs on Class Certification and Rebuttal Expert Reports<br><br>Filing of Class Plaintiffs' Opposition to Defendants' *Daubert* Motions<br><br>Filing of Class Plaintiffs' *Daubert* Motions on Defendants' Class Certification Expert(s) | March 15, 2021 |
| Parties to identify initial set of documents requiring Meet and Confer per order at Dkt. 3727[1] | April 12, 2021[2] |
| Filing of Defendants' Reply in Support of *Daubert* Motions Against Class Plaintiffs' Class Certification Expert(s) | April 22, 2021 |
| Filing of Defendants' Opposition to Class Plaintiffs" *Daubert* Motions on Defendants' Class Certification Experts(s) | April 22, 2021 |

---

[1] None of the provisions herein related to the exchange of documents and for a meet and confer process per Dkt. 3727 are intended to moot the Court's directives, also in Dkt. 3727, for the parties to continue to try and reach agreement on the authenticity and admissibility of certain documents or categories of documents.

[2] It is understood that all Parties will make a good faith effort to identify by April 12, 2021, all documents which they have identified as requiring Meet and Confer per order at Dkt. 3727, and that the June 18 deadline is intended to be a much smaller supplemental list.

937844.8                                   2

| Event | Deadline |
|---|---|
| Filing of Class Plaintiffs' Reply in Support of *Daubert* Motions on Defendants' Class Certification Experts(s) | May 6, 2021[3] |
| Deadline to conclude Meet and Confer regarding initial set of documents per Dkt. 3727 | June 4, 2021 |
| Deadline to Complete All Merits Fact Discovery[4] | June 11, 2021 |
| Parties to identify supplemental documents for Meet and Confer per Dkt. 3727 | June 18, 2021 |
| Plaintiffs' Affirmative Merits Expert Reports Due | July 2, 2021 |
| Deadline to conclude Meet and Confer regarding supplemental set of documents per Dkt. 3727 | July 14, 2021 |
| Joint Submission on any additional discovery requested per Dkt. 3727 | July 21, 2021 |
| Deadline to Depose Plaintiffs' Merits Experts | July 30, 2021 |
| Defendants' Affirmative & Rebuttal Merits Expert Reports Due | August 27, 2021 |

---

[3] The Court understands that Defendants intend to ask for an evidentiary hearing on the class certification motion. If such a hearing is set, it will be set on a date to be determined.

[4] The United States Department of Justice ("DOJ") has objected to some depositions proceeding due to its pending criminal prosecution and additional investigation. Rather than delaying the forward progress of the case, sixty days before the close of the fact discovery, Plaintiffs (1) shall advise the Court of the depositions they wish to take to which the DOJ is still objecting and (2) may petition the Court for appropriate relief to minimize prejudice to Plaintiffs. The parties will work in good faith to resolve any disputes in this regard without Court intervention.

937844.8                              3

| Event | Deadline |
|---|---|
| **Deadline to Depose Defendants' Merits Experts** | September 24, 2021 |
| **Plaintiffs' Rebuttal Merits Expert Reports Due** | October 22, 2021 |
| **Deadline to Depose Plaintiffs' Rebuttal Merits Experts** | November 5, 2021 |
| **Summary Judgment Opening Briefs & Merits *Daubert* Motions Filed[5]** | November 16, 2021 |
| **Summary Judgment Responses & Merits Expert *Daubert* Responses Filed** | January 18, 2022 |
| **Summary Judgment Replies & Merits Expert *Daubert* Replies Filed** | February 22, 2022 |
| **First Trial Commences[6]** | October 17, 2022 |

**SO ORDERED.**

Dated: 8/28/20

HON. JEFFREY T. GILBERT
U.S. MAGISTRATE JUDGE

---

[5] Pre-summary judgment motion conference with Judge Durkin to be set on a date to be determined.

[6] The Court will decide the number, sequence and timing of trials at a later date.

937844.8

4