UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:18-cv-05341 | **Civil Action No. 1:16-cv-08637**<br><br><br>**PLAINTIFF CBBC OPCO, LLC d/b/a/ COLORADO BOXED BEEF'S UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFF** |

Plaintiff CBBC OPCO, LLC d/b/a Colorado Boxed Beef files this Unopposed Motion to Substitute Plaintiff, and respectfully states the following:

Plaintiff CBBC OPCO, LLC recently determined that its affiliate, Colorado Boxed Beef Co., not CBBC OPCO, LLC, is the entity that purchased the broiler chickens at issue in this litigation and owns the corresponding legal claims and causes of action. Plaintiff CBBC OPCO, LLC, therefore, respectfully requests the Court to substitute Colorado Boxed Beef Co. in its place as a Plaintiff in this litigation.

The intent of this motion is for Colorado Boxed Beef Co. to seamlessly stand in the shoes of CBBC OPCO, LLC as a Plaintiff in all respects and for all purposes. As such, the Parties agree that any discovery already taken by and/or received from CBBC OPCO, LLC in this litigation, including deposition testimony, documents, and other written and/or electronic discovery, shall be considered to have been taken by and/or received from Colorado Boxed Beef Co., and any actions already taken by and/or against CBBC OPCO, LLC in this litigation shall be considered to have been taken by and/or against Colorado Boxed Beef Co.

1

Defendants do not oppose this motion.

Date: September 2, 2020

Respectfully submitted,

By: */s/ Richard L. Coffman*_____

**THE COFFMAN LAW FIRM**
Richard L. Coffman
Edison Plaza
350 Pine Street, Suite 700
Beaumont, Texas 77701
Telephone: (409) 833-7700
Email: rcoffman@coffmanlawfirm.com

**KAPLAN FOX & KILSHEIMER, LLP**
Robert N. Kaplan
Jeffrey P. Campisi
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: jcampisi@kaplanfox.com
Email: mmccahill@kaplanfox.com

**L&G LAW GROUP**
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: elifvendahl@lgcounsel.com

*Counsel for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

On July 13, 2020, and in subsequent emails, the last of which was on September 2, 2020, I conferred with Lynn H. Murray, one of Defendants' counsel, who stated that Defendants do not oppose this motion.

                                                 */s/ Richard L. Coffman*_____
                                                 Richard L. Coffman

**CERTIFICATE OF SERVICE**

I certify that I served a true and correct copy of Plaintiff CBBC Opco, LLC d/b/a Colorado Boxed Beef's Unopposed Motion to Substitute Plaintiff on all counsel of record, via the Court's ECF system, on September 2, 2020.

                                                 */s/ Richard L. Coffman*_____
                                                 Richard L. Coffman