# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:18-cv-05341 | Civil Action No. 1:16-cv-08637<br><br>**[PROPOSED] ORDER RE: PLAINTIFF CBBC OPCO, LLC d/b/a/ COLORADO BOXED BEEF'S UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFF** |

On this date, the Court considered Plaintiff CBBC OPCO, LLC d/b/a Colorado Boxed Beef's Unopposed Motion to Substitute Plaintiff, which the Court hereby grants.

**IT IS, THEREFORE, ORDERED** that (i) Colorado Boxed Beef Co. is hereby substituted for CBBC OPCO, LLC as a Plaintiff in this litigation in all respects and for all purposes, (ii) any discovery already taken by and/or received from CBBC OPCO, LLC in this litigation, including deposition testimony, documents, and other written and/or electronic discovery, shall be considered to have been taken by and/or received from Colorado Boxed Beef Co., and (iii) and any actions already taken by and/or against CBBC OPCO, LLC in this litigation shall be considered to have been taken by and/or against Colorado Boxed Beef Co.

IT IS SO ORDERED.

Date: September __, 2020

HONORABLE THOMAS M. DURKIN
UNITED STATES DISTRICT JUDGE
