# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Independent Purchasing Coop. v. Koch Foods, Inc. et al

Case Number: 1:20-cv-02013

An appearance is hereby filed by the undersigned as attorney for: Keystone Foods LLC; Equity Group Eufaula Division, LLC; Equity Group Kentucky Division LLC; and Equity Group - Georgia Division

Attorney name (type or print): John M. Tanski

Firm: Axinn, Veltrop & Harkrider LLP

Street address: 90 State House Square, 9th Floor

City/State/Zip: Hartford, Connecticut 06103

Bar ID Number: CT 426246
(See item 3 in instructions)

Telephone Number: 860 275 8100

Email Address: jtanski@axinn.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 31, 2020

Attorney signature: S/ John M. Tanski
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015