# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To: All Cases | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING FOR THE RESPECTIVE CLASSES' MOTIONS FOR CLASS CERTIFICATION

The three respective prospective plaintiff classes—specifically, the Direct Purchaser Plaintiffs, the Commercial and Institutional Indirect Purchaser Plaintiffs, and the End User and Consumer Plaintiffs—and the Defendants in the above-captioned case, through their respective counsel of record, stipulate to the following regarding briefing regarding plaintiffs' forthcoming Motions for Class Certification, subject to approval by the Court.

1. Each of the three respective prospective plaintiff classes will submit their own Motion for Class Certification, with a page limit of 45 pages per brief.

2. Defendants will submit a joint Opposition to each of the Motions for Class Certification, with a page limit of 60 pages per brief.

3. Each of the three respective prospective plaintiff classes will submit Replies in Support of their Motions for Class Certification, with a page limit of 40 pages per brief.

4. The parties agree to comply with this Stipulation pending the Court's approval.

-1-

**[SIGNATURE BLOCKS FOR CLASSES AND DEFENDANTS LIAISON COUNSEL BELOW]**

**IT IS SO ORDERED**:

DATED: _____

_____
HONORABLE THOMAS M. DURKIN
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2020

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>By: /s/ *Steve W. Berman*<br>Steve W. Berman<br>Breanna Van Engelen<br>1301 2nd Avenue, Suite 2000<br>Seattle, Washington 98101<br>(206) 623-7292<br>steve@hbsslaw.com<br>breannav@hbsslaw.com<br><br>Shana E. Scarlett<br>Rio Pierce<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br>shanas@hbsslaw.com<br>riop@hbsslaw.com<br><br>*End User and Consumer Plaintiffs Interim Lead Counsel*<br><br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br><br>By: /s/ *Brent W. Johnson*<br>Brent W. Johnson<br>Daniel H. Silverman<br>Alison Deich<br>1100 New York Ave. NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>T: (202) 408-4600<br>bjohnson@cohenmilstein.com<br>dsilverman@cohenmilstein.com<br>adeich@cohenmilstein.com<br><br>*Additional Counsel for the End-User Consumer Plaintiffs* | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br><br>By: /s/ *W. Joseph Buckner*<br>W. Joseph Bruckner<br>Brian D. Clark<br>Simeon A. Morbey<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>T: (612) 339-6900<br>F: (612) 339-0981<br>wjbruckner@locklaw.com<br>bdclark@locklaw.com<br>samorbey@locklaw.com<br><br>PEARSON, SIMON & WARSHAW, LLP<br><br>Bruce L. Simon<br>Neil Swartzberg<br>350 Sansome Street, Suite 680<br>San Francisco, CA 94104<br>T: (415) 433-9000<br>F: (415) 433-9008<br>bsimon@pswlaw.com<br>nswartzberg@pswlaw.com<br><br>Clifford H. Pearson<br>Daniel L. Warshaw<br>Michael H. Pearson<br>Bobby Pouya<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 92403<br>T: (818) 788-8300<br>F: (818) 788-8104<br>cpearson@pswlaw.com<br>dwarshaw@pswlaw.com<br>mpearson@pswlaw.com<br>bpouya@pswlaw.com<br><br>*Direct Purchaser Plaintiffs Interim Co-Lead Class Counsel* |

| HART MCLAUGHLIN & ELDRIDGE, LLC | WEXLER WALLACE LLP |
|---|---|
| By: /s/ *Steven A. Hart* <br> Steven Hart (#6211008) <br> Brian Eldridge (#6281336) <br> John Marrese (#6306516) <br> Kyle Pozan (#6306761) <br> 22 West Washington Street, Suite 1600 <br> Chicago, IL 60602 <br> T: (312) 955-0545 <br> F: (312) 971-9243 <br> shart@hmelegal.com <br> beldridge@hmelegal.com <br> jmarrese@hmelegal.com <br> kpozan@hmelegal.com <br><br> *Direct Purchaser Plaintiffs Interim Liaison Class Counsel* | By: */s/ Kenneth A. Wexler* <br> Kenneth A. Wexler <br> Edward A. Wallace <br> 55W.Monroe Street, Suite 3300 <br> Chicago, IL 60603 <br> T: (312) 346-2222 <br> kaw@wexlerwallace.com <br> eaw@wexlerwallace.com <br><br> *Commercial and Institutional Indirect Purchaser Plaintiffs Liaison Counsel* <br><br> GUSTAFSON GLUEK PLLC <br><br> Daniel E. Gustafson <br> Daniel C. Hedlund <br> Michelle J. Looby <br> Joshua R. Rissman <br> Brittany N. Resch <br> 220 South Sixth Street, #2600 <br> Minneapolis, MN 55402 <br> T: (612)333-8844 <br> dgustafson@gustafsongluek.com <br> dhedlund@gustafsongluek.com <br> mlooby@gustafsongluek.com <br> jrissman@gustafsongluek.com <br> bresch@gustafsongluek.com <br><br> COTCHETT, PITRE & MCCARTHY, LLP <br><br> Joseph W. Cotchett <br> Adam Zapala <br> Tamarah Prevost <br> 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 <br> T: (650) 697-6000 <br> jcotchett@cpmlegal.com <br> azapala@cpmlegal.com <br> tprevost@cpmlegal.com <br><br> *Commercial and Institutional Indirect Purchaser Plaintiffs Interim Co-Lead Counsel* |

WEIL GOTSHAL & MANGES LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

Jessica L. Falk (#4763686)
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
jessica.falk@weil.com

BAILEY BRAUER PLLC

Clayton E. Bailey (admitted *pro hac vice*)
8350 N. Central Expressway, Ste. 206
Dallas, TX 75206
Telephone: (214) 360-7433
Facsimile: (214) 360-7424
cbailey@baileybrauer.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation and Liaison Counsel for Defendants*

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

By: /s/ *John W. Treece*
John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms, Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*


VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*


PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Lara Flath*
Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

Lara Flath (#6289481)
Boris Bershteyn (admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division)*

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

John C. Martin
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

| | |
|---|---|
| KUTAK ROCK LLP | EDWARD C. KONIECZNY LLC |
| By: /s/ *John P. Passarelli* <br> John P. Passarelli (admitted *pro hac vice*) <br> James M. Sulentic (admitted *pro hac vice*) <br> 1650 Farnam Street <br> Omaha, NE 68102 <br> Telephone: (402) 346-6000 <br> Facsimile: (402) 346-1148 <br> john.passarelli@kutakrock.com <br> james.sulentic@kutakrock.com | By: */s/ Edward C. Konieczny* <br> Edward C. Konieczny (admitted *pro hac vice*) <br> 400 Colony Square, Ste 1501 <br> 1201 Peachtree Street, NE <br> Atlanta, GA 30361 <br> Telephone: (404) 380-1430 <br> Facsimile: (404) 382-6011 <br> ed@koniecznylaw.com |
| J.R. Carroll (admitted *pro hac vice*) <br> Jeffrey M. Fletcher (admitted *pro hac vice*) <br> Stephen M. Dacus (admitted *pro hac vice)* <br> 234 East Millsap Road, Ste 200 <br> Fayetteville, AR 72703-4099 <br> Telephone: (479) 973-4200 <br> Facsimile: (479) 973-0007 <br> jr.caroll@kutakrock.com <br> Jeffrey.fletcher@kutakrock.com <br> Stephen.Dacus@kutakrock.com | SMITH, GAMBRELL & RUSSELL, LLP <br><br> David C. Newman (admitted *pro hac vice*) <br> W. Parker Sanders (admitted *pro hac vice*) <br> 1230 Peachtree Street, N.E. <br> Promenade, Ste 3100 <br> Atlanta, GA 30309 <br> Telephone: (404) 815-3500 <br> Facsimile: (404) 815-3509 <br> dnewman@sgrlaw.com <br> psanders@sgrlaw.com |
| Kimberly M. Hare (#6323326) <br> One South Wacker Drive, Ste 2050 <br> Chicago, IL 60606-4614 <br> Telephone: (312) 602-4100 <br> Facsimile: (312) 602-4101 <br> kimberly.hare@kutakrock.com | James L. Thompson <br> Lynch Thompson LLP <br> 150 S. Wacker Drive, Suite 2600 <br> Chicago, IL 60606 <br> T: (312) 445-4623 <br> F: (312) 896-5883 <br> *jthompson@lynchthompson.com* |
| *Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.* | *Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc.* |

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

DYKEMA GOSSET PLLC

By: /s/ *Howard B. Iwrey*
Howard B. Iwrey
39577 Woodward Ave, Ste. 300
Bloomfield Hills, MI 48304
Telephone: 248-203-0526
Facsimile: 248-203-0763
hiwrey@dykema.com

Steven H. Gistenson
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Telephone: 312-627-2267
Facsimile: 312-876-1155
sgistenson@dykema.com

Cody D. Rockey
2723 South State Street, Ste. 400
Ann Arbor, MI 48104
Telephone: 734-214-7655
Facsimile: 734-214-7696
crockey@dykema.com

Dante A. Stella
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6693
Facsimile: 313-568-6893
dstella@dykema.com

*Attorneys for Defendants Amick Farms, LLC*

<div style="columns:2">

MANDELL MENKES LLC

By: /s/ *Brendan J. Healey*
Brendan J. Healey
One North Franklin, Ste 3600
Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

ALSTON & BIRD LLP

B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Max Marks (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com

SMITH, GILLIAM, WILLIAMS & MILES PA

R. Brent Hatcher, Jr. (admitted *pro hac vice*)
301 Green Street NW, Ste 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

</div>

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

Office Address:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145

Mailing Address:
1540 Peach Drive
Avon, OH 44011

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
Deborah A. Klar, Esq.
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
225 West Washington Street, Ste 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon (admitted *pro hac vice*)
Patricia A. Gorham (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan de Fouw (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com

SMITHAMUNDSEN LLC

Clay H. Phillips
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
cphillips@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 15, 2020, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

By   /s/ Shana E. Scarlett
      SHANA E. SCARLETT