**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>All End-User Consumer Plaintiff Actions | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION AND ORDER REGARDING
END-USER CONSUMER PLAINTIFFS' FIFTH AMENDED COMPLAINT**

The parties in the above-captioned cases, through their respective counsel of record, stipulate to the following regarding End-User Consumer Plaintiffs' (EUCPs) Fifth Amended Consolidated Class Action Complaint, subject to approval by the Court.

1. The End-User Consumer Plaintiffs' Fifth Amended Consolidated Class Action Complaint, filed on August 7, 2020, ECF No. 3748 is the operative Complaint, in this matter, for all purposes, without need of the EUCP refiling the same.

2. Defendants need not file an Answer to Plaintiffs' Fifth Amended Consolidated Class Action Complaint at this time, so long as Defendants file their Answer before moving for summary judgment.

3. Defendants shall file a consolidated Answer to Plaintiffs' Fifth Amended Consolidated Class Action Complaint, rather than filing separate Answers. *See* ECF No. 3835 at 10. The consolidated Answer will make clear which specific Defendants are raising each affirmative defense.

4. The parties agree to comply with this Stipulation pending the Court's approval.

**IT IS SO ORDERED**:

DATED:   10/19/2020

*Thomas M Durkin*

HONORABLE THOMAS M. DURKIN
UNITED STATES DISTRICT JUDGE