UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No. 1:16-cv-08637<br><br>Hon. Thomas A. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT REGARDING FINAL APPROVAL AND THE STATUS OF PARTIAL ASSIGNMENTS RELATING TO THE DIRECT PURCHASER PLAINTIFFS CLASS SETTLEMENTS WITH DEFENDANTS PECO FOODS, INC., GEORGE'S, INC., GEORGE'S FARMS, INC., AND AMICK FARMS, LLC**

On September 11, 2020 the Court granted the stipulation of the parties (ECF No. 3825), and continued the hearing on Direct Purchaser Plaintiffs' ("DPPs") Motion for Final Approval of Settlements With Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC (collectively, "Settling Defendants") from September 14, 2020 to October 26, 2020 ("Order") (ECF No. 3826).

The purpose of the Order was to permit the DPPs, the Settling Defendants, and counsel for partial assignees to resolve issues relating to the Settling Defendants' memorandum regarding the treatment of requests for exclusion from the Settlement Class for partially assigned claims ("Settling Defendants' Brief"). (ECF No. 3795.)[1] In that memorandum, the Settling Defendants had stated that they had no objection to requests for exclusion from partial assignees where there was an agreement regarding the amount of purchases subject to the assignment and covered by the request for exclusion, which amount would then be used to calculate the Reduction for Opt-Outs under the Settlement Agreements. The Settling Defendants asserted that is because, where "the Parties stipulated to the value of the assigned claims, there is no possibility of confusion or multiple recoveries." Settling Defendants' Brief at 10.

Pursuant to the Order, the Settlement Administrator received requests for information about the calculation of the purchases associated with its partial assignment from twelve groups

---

[1] The scenario at issue is described in the Settling Defendants' brief as follows:

> A direct purchaser of Broilers (*e.g.*, a distributor) sells to multiple customers. The direct purchaser did not request exclusion from the class, and thereby is a Settling Class Member. However, one of the direct purchaser's customers asserts that it has been given an assignment of claims from the direct purchaser, limited to claims arising from the purchase of Broilers re-sold to that particular indirect purchaser/assignee. The assignee requests exclusion from the class as to those partially assigned claims.

Settling Defendants' Brief at 3.

942613.3     2

of partial assignees.[2] Counsel for DPPs provided these groups with a calculation of the value of their partially assigned claims. Counsel for these groups responded as contemplated by the Order. In instances where there was disagreement with the value provided by Counsel for DPPs, Counsel for those partial assignees provided their alternative calculations and supporting data.

The parties have now resolved their dispute and have reached an agreement with all affected partial assignees except for Ahold Delhaize, for purposes of the DPP settlements with the Settling Defendants,[3] regarding the amount of purchases subject to the assignment and covered by the request for exclusion. Accordingly, the Settling Defendants' prior objections to the requests for exclusion made by these assignees are moot, and the Settling Defendants withdraw their objections as to these assignees.

Negotiations are still ongoing with Ahold Delhaize, which is awaiting the production of data necessary to calculate the purchases associated with its partial assignment from its assignor, C&S Wholesale. The reason for this delay is that C&S Wholesale was previously incorrectly included as an opt-out from the settlements in a request for exclusion listed by another entity. Once Ahold Delhaize learned C&S Wholesale was no longer an opt out, Ahold Delhaize requested data necessary to calculate the purchases associated with its partial assignments. The data is expected to be received today and the parties have agreed to continue to meet and confer

---

[2]These partial assignees are the following entities: Independent Purchasing Cooperative, Inc.; Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC; Boston Market and Smokey Bones; OSI Restaurant Partners, LLC; El Pollo Loco, Inc.; Checkers Drive-In Restaurants Inc.; Restaurants of America, Inc.; Gibson, Greco & Wood, Ltd.; Bob Evans Farms, Inc.; The Fresh Market, Inc.; Wawa, Inc.; Cajun Operating Company d/b/a Church's Chicken; Restaurant Services, Inc. (as purchasing agent for Burger King); Hy-Vee, Inc.; BJ's Wholesale Club, Inc.; Ahold Delhaize; Restaurant Supply Chain Solutions (RSCS); and Quality Supply Chain Co-op (QSCC).

[3] The agreements apply only to claims against the Settling Defendants, and all parties reserve their rights as to claims against other Defendants.

regarding the purchases associated with the partial assignment for Ahold Delhaize. The parties expect to have this final matter resolved this week.

Once all disputes regarding partial assignments and opt outs have been resolved, DPPs will file an amended proposed order granting final approval to the settlements with the Settling Defendants. In light of the substantial progress made on these issues the DPPs, the Settling Defendants, and counsel for the Direct Action Plaintiffs listed below believe that it is appropriate to proceed with the hearing on final approval on October 26, 2020 as currently scheduled.

Date: October 19, 2020

/s/ Bobby Pouya
Clifford H. Pearson
Bobby Pouya
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

W. Joseph Bruckner
Brian D. Clark
Simeon A. Morbey
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com

*Direct Purchaser Plaintiffs Interim Co-Lead Class Counsel*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
John Marrese (#6306516)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone: (312) 955-0545
Facsimile: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
kpozan@hmelegal.com

*Direct Purchaser Plaintiffs Liaison Counsel*

By: /s/ William L. Greene
STINSON LLP

William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP
Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

By: /s/ Boris Bershteyn
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

DYKEMA GOSSET PLLC

By: /s/ Howard B. Iwrey
Howard B. Iwrey
39577 Woodward Ave, Ste. 300
Bloomfield Hills, MI 48304
Telephone: 248-203-0526
Facsimile: 248-203-0763
hiwrey@dykema.com

|  |  |
|---|---|
|  | Steven H. Gistenson<br>10 South Wacker Drive, Ste. 2300<br>Chicago, IL 60606<br>Telephone: 312-627-2267<br>Facsimile: 312-876-1155<br>sgistenson@dykema.com<br><br>Cody D. Rockey<br>2723 South State Street, Ste. 400<br>Ann Arbor, MI 48104<br>Telephone: 734-214-7655<br>Facsimile: 734-214-7696<br>crockey@dykema.com<br>Dante A. Stella<br>400 Renaissance Center<br>Detroit, MI 48243<br>Telephone: 313-568-6693<br>Facsimile: 313-568-6893<br>dstella@dykema.com<br><br>*Attorneys for Defendant Amick Farms, LLC* |
| */s/ Judith A. Zahid*<br>Judith A. Zahid<br>Eric W. Buetzow<br>ZELLE LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone:  (415) 693-0700<br>jzahid@zelle.com<br>ebuetzow@zelle.com<br><br>James R. Martin<br>Jennifer Duncan Hackett<br>ZELLE LLP<br>1775 Pennsylvania Avenue, NW,<br>Suite 375<br>Washington, D.C. 20006<br>Telephone:  (202) 899-4100<br>jmartin@zelle.com<br>jhackett@zelle.com<br><br>*Attorneys for Plaintiff El Pollo Loco, Inc.* | */s/ Jay B. Shapiro*<br>Jay B. Shapiro (*Admitted pro hac vice*)<br>Samuel O. Patmore (*Admitted pro hac vice*)<br>Carlos J. Canino (*Admitted pro hac vice*)<br>Abigail G. Corbett (*Admitted pro hac vice*)<br>Stearns Weaver Miller Weissler<br>Alhadeff & Sitterson, P.A.<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Tel:     305.789.3200<br>Fax:    305.789.3395<br>Email:  jshapiro@stearnsweaver.com<br>            spatmore@stearnsweaver.com<br>            ccanino@stearnsweaver.com<br>             acorbett@stearnsweaver.com<br><br>Marvin A. Miller<br>Matthew E. Van Tine<br>Andrew Szot<br>Miller Law LLC<br>115 S. LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Tel:     312.332.3400<br>Fax:    312.676.2676 |

Email: mmiller@millerlawllc.com
mvantine@millerlawllc.com
aszot@millerlawllc.com

*Attorneys for Plaintiff Independent Purchasing Cooperative, Inc.*

/s/ *Lori P. Lustrin*
Robert W. Turken
Lori P. Lustrin
Scott N. Wagner
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

*Attorneys for Direct Action Plaintiffs Boston Market and Smokey Bones*

/s/ *David B. Esau*
David B. Esau
Kristin A. Gore
Amanda R. Jesteadt
Stephen A. Cohen
Casey R. McGowan
Amy M. Bowers
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368
desau@carltonfields.com
kgore@carltonfields.com
ajesteadt@carltonfields.com
scohen@carltonfields.com
cmcgowan@calrtonfields.com
abowers@carltonfields.com

*Attorneys for Plaintiffs Checkers Drive-In Restaurants Inc.; Restaurants of America, Inc.; Gibson, Greco & Wood, Ltd; Bob Evans Farms, Inc.; The Fresh Market, Inc.; and Wawa, Inc.*

/s/ *Patrick J. Ahern*
Patrick J. Ahern
Theodore B. Bell
Ahern & Associates, P.C.
Willoughby Tower
8 South Michigan Avenue
Suite 3600
Chicago, Illinois 60603
Phone: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Attorneys for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*

/s/ *David Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
John P. Bjork
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
PES@Sperling-law.com
JVanek@Sperling-law.com
DGermaine@Sperling-law.com

|  |  |
|---|---|
|  | JBjork@Sperling-law.com |
|  | *Attorneys for Plaintiff OSI Restaurant Partners, LLC* |
| /s/ Brandon Floch | /s/ Philip J. Iovieno |
| William J. Blechman | Philip J. Iovieno |
| Douglas Patton | Anne M. Nardacci |
| Kevin Murray | Ryan T. McAllister |
| Michael Ponzoli | Mark A. Singer |
| Samuel Randall | BOIES SCHILLER FLEXNER LLP |
| Brandon Floch | 30 South Pearl Street |
| KENNY NACHWALTER, P.A. | Albany, NY 12207 |
| 1441 Brickell Avenue | Tel: (518) 434-0600 |
| Suite 1100 | Fax: (518) 434-0665 |
| Miami, FL 33131 | piovieno@bsfllp.com |
| Tel: (305) 373-1000 | anardacci@bsfllp.com |
| Fax: (305) 372-1861 | rmcallister@bsfllp.com |
| Email: bfloch@knpa.com | msinger@bsfllp.com |
| *Attorneys for Hy-Vee, Inc.* | Nicholas A. Gravante, Jr. |
|  | BOIES SCHILLER FLEXNER LLP |
|  | 55 Hudson Yards |
|  | New York, NY 10001 |
|  | Tel: (212) 446-2300 |
|  | Fax: (212) 446-2350 |
|  | ngravante@bsfllp.com |
|  | Terence H. Campbell |
|  | COTSIRILOS, TIGHE, STREICKER, POULOS & CAMPBELL, LTD. |
|  | 33 North Dearborn Street |
|  | Suite 600 |
|  | Chicago, IL 60602 |
|  | Tel: (312) 263-0345 |
|  | Fax: (312) 263-4670 |
|  | tcampbell@cotsiriloslaw.com |
|  | *Attorneys for Plaintiff BJ's Wholesale Club, Inc.* |