UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>Movant Direct Action Plaintiffs | Civil Action No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert<br><br>**CERTAIN DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION TO AMEND THEIR COMPLAINTS UNDER SEAL** |

Certain Direct Action Plaintiffs (collectively "Movant DAPs")[1], pursuant to Local Rule 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully move this Court for entry of an Order granting leave to file Certain Direct Action Plaintiffs' Motion to Amend Their Complaints under seal. In support of this motion, Movant DAPs state as follows:

1. The Agreed Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2" (Dkt. No. 202 at 11).

---

[1] The Movant DAPs are comprised of Affiliated Foods, Inc., Alex Lee, Inc., Merchants Distributors, LLC, Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc. Piggly Wiggly Alabama Distributing Co., Inc., Woodman's Food Market, Inc., Action Meat Distributors, Inc., Associated Food Stores, Inc., Bashas' Inc., Certco, Inc., Ira Higdon Grocery Company, Inc., Nicholas & Co., Inc., Pacific Food Distributors, Inc., Troyer Foods, Inc., URM Stores, Inc., and Weinstein Wholesale Meats, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., Colorado Boxed Beef Co. and King Solomon Foods, Inc., W. Lee Flowers & Co., Inc., Associated Grocers, Inc., Brookshire Grocery Company and Schnuck Markets, Inc., Giant Eagle, Inc., The Golub Corporation, Latina Boulevard Foods, LLC, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), Sysco Corp., US Foods, Inc., Associated Wholesale Grocers, Inc. (as to its own claims, as well as the claims assigned to AWG by Affiliated Foods Midwest Cooperative, Inc.), Conagra Brands, Inc., Pinnacle Foods, Inc., Kraft Heinz Foods Company, Nestlé USA, Inc., Nestlé Purina PetCare Company, Services Group of America, Inc., Quirch Foods, LLC, and Ahold Delhaize USA, Inc.

1

2. Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief, or other submission must: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal. The sealing motion must be filed before or simultaneously with the provisional filing of the document under seal, and must be noticed for presentment promptly thereafter." L.R. 26.2(c).

3. The motion DAPs seek to file contains information from depositions and documents marked as Confidential or Highly Confidential pursuant to the Agreed Confidentiality Order entered in this case on November 8, 2016 (Dkt. No. 202).

4. Accordingly, Movant DAPs request that this Court grant leave, pursuant to Local Rules 5.8 and 26.2, and in accordance with the Agreed Confidentiality Order, to file the motion under seal.

5. In compliance with Local Rule 26.2(c), Movant DAPs are filing a public-record version of the motion on October 20, 2020.

WHEREFORE, Movant DAPS respectfully request this Court to enter an Order granting leave to file Certain Direct Action Plaintiffs' Motion to Amend Their Complaints under seal.

Respectfully submitted,

   /s/ Scott E. Gant
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgant@bsfllp.com

*Counsel for Sysco Corp. and US Foods, Inc.*
*Co-Liaison Counsel for Direct Action Plaintiffs*


   /s/ Ryan P. Phair
Ryan P. Phair (#479050)
Craig Y. Lee (admitted *pro hac vice*)
Emily K. Bolles (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@huntonak.com
csimpson@huntonak.com
ebolles@huntonak.com

John S. Martin (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8200
martinj@huntonak.com

Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER & PORTER, PLLC
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@spplaw.com
*Co-Liaison Counsel for Direct-Action Plaintiffs*

*Counsel for Ahold Delhaize USA, Inc.*

3

    /s/ David C. Eddy
David C. Eddy, Esquire
N.D. Illinois Bar No. 72258
Dennis J. Lynch, Esquire
N.D. Illinois Bar No. 07622
ANTITRUST LAW GROUP, LLC
1601 Assembly Street
P.O. Box 8117
Columbia, South Carolina 29202
Telephone: (803) 253-8267
Email: deddy@theantitrustlawgroup.com
Email: dlynch@theantitrustlawgroup.com

*Counsel for Plaintiffs Conagra Brands, Inc.; Pinnacle Foods, Inc.; Kraft Heinz Foods Company; Nestlé USA, Inc.; and, Nestlé Purina PetCare Company*


    /s/ Amy D. Fitts
Amy D. Fitts  IL Bar No. 629248
Daniel D. Owen MO Bar No. 41514
*Pro Hac Vice*
Guillermo G. Zorogastua MO Bar No. 59643
*Pro Hac Vice*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536
Email: afitts@polsinelli.com
Email: dowen@polsinelli.com
Email: gzorogastua@polsinelli.com

Rodney L. Lewis IL Bar No. 6288353
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone:  (312) 819-1900
Facsimile:  (312) 819-1910
Email: rodneylewis@polsinelli.com

*Attorneys for Plaintiff
Associated Wholesale Grocers, Inc.*

/s/ John F. Gibbons
John F. Gibbons
Illinois Bar No. 6190493
gibbonsj@gtlaw.com
Thomas E. Dutton
Illinois Bar No. 6195923
duttont@gtlaw.com
GREENBERG TRAURIG, L.L.P.
77 West Wacker Dr. Suite 3100
Chicago, IL 60601
Telephone: 312-456-8400
Fax: 312-456-8435

Gregory J. Casas (admitted *pro hac vice*)
Texas Bar No.: 00787213
casasg@gtlaw.com
Erik Weber (admitted *pro hac vice*)
Texas Bar No.: 240898587
weberer@gtlaw.com
GREENBERG TRAURIG, L.L.P.
300 West Sixth Street, Suite 2050
Austin, Texas 78701-4052
Telephone: 512-320-7200
Fax: 512-320-7210

Dominic E. Draye (admitted *pro hac vice*)
Arizona Bar No. 033012
drayed@gtlaw.com
GREENBERG TRAURIG, L.L.P.
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602-445-8000
Fax: 602-445-8100

*Attorneys for Services Group of America, Inc.*

    /s/ Jay B. Shapiro
Jay B. Shapiro (*Admitted pro hac vice*)
Samuel O. Patmore (*Admitted pro hac vice*)
Carlos J. Canino (*Admitted pro hac vice*)
Abigail G. Corbett (*Admitted pro hac vice*)
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel:    305.789.3200
Fax:    305.789.3395
Email:  jshapiro@stearnsweaver.com
          spatmore@stearnsweaver.com
          ccanino@stearnsweaver.com
          acorbett@stearnsweaver.com

Marvin A. Miller
Matthew E. Van Tine
Andrew Szot
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tel:    312.332.3400
Fax:    312.676.2676
Email: mmiller@millerlawllc.com
         mvantine@millerlawllc.com
         aszot@millerlawllc.com

*Counsel for Quirch Foods, LLC*

6

/s/ Eric R. Lifvendahl
Eric R. Lifvendahl
L&G LAW GROUP
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: elifvendahl@lgcounsel.com

Robert N. Kaplan
Jeffrey P. Campisi
Matthew P. McCahill
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: jcampisi@kaplanfox.com
Email: mmccahill@kaplanfox.com

Richard L. Coffman
THE COFFMAN LAW FIRM
Edison Plaza
350 Pine Street, Suite 700
Beaumont, Texas 77701
Telephone: (409) 833-7700
Email: rcoffman@coffmanlawfirm.com

Solomon B. Cera
CERA LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Email: scera@cerallp.com

C. Andrew Dirksen
CERA LLP
800 Boylston St., 16th Floor
Boston, Mass. 02199
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

Manton M. Grier
Elizabeth H. Black
Mary C. Eldridge
HAYNSWORTH SINKLER BOYD P.A.
1201 Main Street 22nd Floor
Columbia, South Carolina 29201-3226
Telephone: (803) 540-7753

7

Email: mgrier@hsblawfirm.com
Email: eblack@hsblawfirm.com
Email: meldridge@hsblawfirm.com

Bernard D. Marcus
Moira Cain-Mannix
Erin Gibson Allen
MARCUS & SHAPIRA LLP
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: Allen@marcus-shapira.com

*Counsel for the Affiliated Foods Plaintiffs*


   */s/* Patrick J. Ahern
Patrick J. Ahern
Theodore B. Bell
AHERN & ASSOCIATES, P.C.
Willoghby Tower
8 South Michigan Avenue
Suite 3600
Chicago, IL 60603
Phone: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Attorney for Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*

8

## CERTIFICATE OF SERVICE

I, Julie B. Porter, hereby certify that a true and correct copy of the foregoing **CERTAIN DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION TO AMEND THEIR COMPLAINTS UNDER SEAL** was electronically filed with the Clerk of the Court using the CM/ECF system on October 20, 2020, which constitutes service on counsel of record who are registered electronic filing users.

October 20, 2020                                /s/ Julie B. Porter
                                                Julie B. Porter (#6243787)
                                                SALVATORE PRESCOTT PORTER & PORTER, PLLC
                                                1010 Davis Street
                                                Evanston, IL 60201
                                                (312) 283-5711
                                                porter@sppplaw.com