# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Maplevale Farms, Inc., et al.

                    Plaintiff,

v.                                                   Case No.: 1:16−cv−08637
                                                   Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 23, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Parties report that they have resolved the issued raised in Plaintiff Associated Wholesale Grocers, Inc.'s Notice of Opt−Out and Objection to List of Opt−Outs Filed by Direct Purchaser Plaintiffs with Respect to the DPP's Settlements with the Amick, George's, and Peco Defendants or in the Alternative Motion for Late Opt−Out from Settlements [3813], [3814]. The motions are terminated as withdrawn. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.