UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No. 1:16-cv-08637<br><br>Hon. Thomas A. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STATUS REPORT AND NOTICE OF FILING OF SECOND AMENDED PROPOSED ORDERS AND LIST OF REQUESTS FOR EXCLUSION REGARDING DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH DEFENDANTS PECO FOODS, INC., GEORGE'S, INC., GEORGE'S FARMS, INC., AND AMICK FARMS, LLC**

Direct Purchaser Plaintiffs ("DPPs") hereby provide this status report to advise the Court that all issues relating to the administration of the settlements with Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC (collectively, "Settling Defendants") have been resolved in advance of the final approval hearing scheduled for October 26, 2020 at 10:00 a.m. Accordingly, DPPs respectfully request that the Court grant their motion for final approval of the settlements (ECF No. 3757), and enter the second amended proposed orders granting final approval to the Peco and George's settlements attached hereto as Exhibit 1, and Amick settlement attached hereto as Exhibit 2.

In furtherance of the joint status report regarding the status of partial assignments filed on October 23, 2020 (ECF No. 3890), the DPPs hereby confirm that they have now reached an agreement with all affected partial assignees regarding the amount of purchases subject to the assignment and covered by the request for exclusion, including Ahold Delhaize. Thus, the Settling Defendants' prior objections to the requests for exclusion made by these assignees are

943144.2

moot (ECF No. 3795), and the Settling Defendants withdraw their objections as to these assignees. The final list of partial assignees are set forth in Exhibit B to each of the attached proposed orders.

The parties have further resolved the issues raised by direct action plaintiff Associated Wholesale Grocers, Inc.'s ("AWG") motion to opt out of the settlements (ECF Nos. 3813 and 3814). As a result of these negotiations AWG, Affiliated Midwest Cooperative, Inc., and their related entities have withdrawn their motion and has been included on the list of opt-outs from the settlements. (*See* ECF No. 3914 (terminating motions as withdrawn).) The final lists of entities excluded from the settlement classes are set forth in Exhibit A to each of the attached proposed orders.

As a result of these further negotiations, the final opt-out percentage for the Peco and George's settlements has reached 51.8% of all Defendants' United States total annual sales for 2008-2017. This opt-out percentage reflects the Settlement Administrator's calculation of the volume of commerce excluded by direct purchasers with partial assignments. The Peco and George's settlement agreements call for a reduction of 2% for each percentage point exceeding 50%. (*See* Peco Settlement and George's Settlement, at § II.E.10.b (ECF Nos. 3324-1 and 3324-2.) Using the methodology set forth above, the total reduction amount including partial assignments is 3.6% resulting in net settlement amounts of $4,964,600 from Peco and $4,097,000 from George's. The total opt-out calculation for Amick is still less than 50% of Amick's sales between the period from 2008-2017, which means that there is no reduction to the Amick settlement amount of $3.95 million, and the option to terminate was never triggered.

943144.2

Date: October 23, 2020

*/s/ Bobby Pouya*
Clifford H. Pearson
Bobby Pouya
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

W. Joseph Bruckner
Brian D. Clark
Simeon A. Morbey
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com

*Direct Purchaser Plaintiffs Interim Co-Lead Class Counsel*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
John Marrese (#6306516)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone: (312) 955-0545
Facsimile: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
kpozan@hmelegal.com

*Direct Purchaser Plaintiffs Liaison Counsel*

943144.2