UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Maplevale Farms, Inc., et al.
　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:16−cv−08637
　　　　　　　　　　　　　　　　　　　　　Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.
　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 26, 2020:

　　　　MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 10/26/2020 regarding Direct Purchaser Plaintiffs' motion for final approval of the settlements with Defendants Peco Food, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC [3757]. No objections to the settlement were raised. The Court finds that the settlements meet the requirements for approval. Motion for final approval of the settlements [3757] is granted. Enter orders. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.