UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To: All Cases | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**ORDER REGARDING
BRIEFING FOR THE RESPECTIVE CLASSES'
MOTIONS FOR CLASS CERTIFICATION**

The three respective prospective plaintiff classes—specifically, the Direct Purchaser Plaintiffs, the Commercial and Institutional Indirect Purchaser Plaintiffs, and the End User and Consumer Plaintiffs—and the Defendants in the above-captioned case, through their respective counsel of record, stipulate to the following regarding briefing regarding plaintiffs' forthcoming Motions for Class Certification, subject to approval by the Court.

1. Each of the three respective prospective plaintiff classes will submit their own Motion for Class Certification, with a page limit of 45 pages per brief.

2. Defendants will submit a joint Opposition to each of the Motions for Class Certification, with a page limit of 60 pages per brief.

3. Each of the three respective prospective plaintiff classes will submit Replies in Support of their Motions for Class Certification, with a page limit of 40 pages per brief.

4. The parties agree to comply with this Stipulation pending the Court's approval.

**IT IS SO ORDERED**:

DATED:  10/27/2020

_____
HONORABLE THOMAS M. DURKIN
UNITED STATES DISTRICT JUDGE