**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>The Direct Purchaser Plaintiff Action | Case No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF BOBBY POUYA IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Bobby Pouya, declare:

1. I am an attorney licensed to practice in the State of California. I am a partner of the law firm Pearson, Simon & Warshaw, LLP ("PSW"), interim co-lead counsel for the Direct Purchaser Plaintiff Class ("DPPs" or "Plaintiffs") in this litigation, along with Lockridge Grindal Nauen P.L.L.P. ("LGN"). I submit this declaration in support of Direct Purchaser Plaintiffs' Motion for Class Certification.

2. Along with the other attorneys at PSW, I have been responsible for the management and adjudication of this case on behalf of the DPP Class. I have personally overseen and been responsible for a significant portion of the discovery, pleadings, depositions, and hearings in this case. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

**I.  Background of the Litigation**

3. On September 2, 2016, PSW and LGN, on behalf of our client, Maplevale Farms, Inc., filed the first of the related antitrust class actions against the nation's largest poultry producers, *Maplevale Farms, Inc. v. Koch Foods, Inc., et al.*, Case No. 1:16-cv-08637 (N.D. Ill. filed Sept. 2, 2016). PSW and LGN also filed the second such action on behalf of client John

Gross and Company, Inc., *John Gross & Co., Inc. v. Koch Foods, Inc., et al.*, Case No. 1:16-cv-08737 (N.D. Ill. filed Sept. 7, 2016). The Maplevale and John Gross actions have been related and consolidated with several other cases in the above entitled *In re Broiler Chicken Antitrust Litigation*.

4.  On October 14, 2016, PSW and LGN (collectively "Co-Lead Counsel") were appointed by this court as Interim Co-Lead Counsel, and Hart, McLaughlin & Eldridge, LLC ("HME") as Interim Liaison Counsel. ECF No. 144. Since the Court's Order, Co-Lead Counsel and Liaison Counsel have undertaken the responsibilities necessary to manage and litigate this class action lawsuit. PSW has worked on all aspects of the litigation, including, but not limited to, further investigation of Plaintiffs' claims; preparing complaints motions and other significant filings; appearing at and handling numerous hearings; reviewing documents and appearing at depositions; and coordinating with other Plaintiffs' counsel and defense counsel to efficiently and effectively manage and advance this lawsuit.

5.  To date, DPPs have secured over $15 million in settlements from four of the smaller Defendants in the case: Fieldale Farms; Peco Foods, Inc.; George's, Inc. and George's Farms, Inc.; and Amick Farms, LLC. In granting final approval to each of these settlements, the Court found that Co-Lead Counsel have and will fairly and adequately represent the Direct Purchaser class. *See* ECF Nos. 1414 (Fieldale Farms Final Approval Order); 3944 (Peco Foods, Inc., George's, Inc., George's Farms, Inc. Final Approval Order; 3945 (Amick Farms LLC Final Approval Order). If the Court grants Direct Purchaser Plaintiffs' Motion for Class Certification, PSW will continue to adequately fulfill its duties to the class members, along with its co-counsel.

II. **PSW Has Extensive Class Action and Antitrust Experience and Should Continue to Serve as Co-Lead Counsel on behalf of the Direct Purchaser Class**

6.  PSW has the experience, resources and ability to adequately represent the direct purchaser class members in this class action lawsuit. A complete profile of PSW's attorneys and summary of the numerous litigations in which they have obtained successful results is set forth in PSW's firm resume attached hereto as Exhibit 1.

7. PSW's firm resume reflects that the attorneys in this case have successfully adjudicated some of the largest and most important class action lawsuits in the United States and have obtained approximately $3 billion in settlements and verdicts in a wide range of cases.

8. For example, PSW served as Co-Lead Counsel in *In re Credit Default Swaps Antitrust Litigation*, MDL No. 2476 (S.D.N.Y.), an antitrust class action alleging an anticompetitive conspiracy by the largest international banks and financial institutions in the world to fix the price of credit default swaps. That case resulted in $1.86 billion in settlements, making it one of the largest civil lawsuit recoveries in history.

9. PSW also served as Co-Lead Counsel on behalf of the Direct Purchaser Plaintiffs in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal.). In that case, PSW helped secure a settlement of over $443 million for the class and obtained an $87 million verdict, before trebling, following a five-week trial against the only remaining defendant in the case, Toshiba Corporation and its related entities.

10. PSW currently serves co-lead counsel in *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*, MDL No. 2451 (N.D. Cal.). This multidistrict litigation alleges that the NCAA and its member conferences violated the antitrust laws by restricting the value of grant-in-aid athletic scholarships and other benefits that college football and basketball players can receive. PSW settled the damages case, obtaining final approval of a $208 million settlement. PSW attorneys along with co-counsel prevailed in a bench trial for the injunctive portion of the case.

11. In this District, PSW, LGN, and the predecessor firm to HME spearheaded *In re Potash Antitrust Litigation (No. II)*, MDL No. 1996 (N.D. Ill.), before the Hon. Ruben Castillo. *Potash II* was a direct purchaser multidistrict class action in which plaintiffs alleged price-fixing of potash sold in the United States. Direct purchaser plaintiffs defeated a motion to dismiss, but a three-judge panel of the Seventh Circuit Court of Appeals reversed Judge Castillo's decision on interlocutory appeal. We petitioned for and were granted *en banc* review by the Seventh Circuit. The Seventh Circuit sitting *en banc* then issued a unanimous opinion, reversing the first panel

decision, affirming Judge Castillo's denial of defendants' motion to dismiss, and establishing critical precedent concerning the Foreign Trade Antitrust Improvements Act of 1982, 15 U.S.C. § 6a. *Minn-Chem, Inc. v. Agrium Inc.*, 683 F.3d 845 (7th Cir. 2012). The case eventually resolved, resulting in a $90 million class settlement on behalf of Direct Purchaser Plaintiffs. Like the first three years of the action now pending before this Court, PSW and LGN investigated and prosecuted the *Potash II* case without a parallel investigation by the U.S. Department of Justice or other antitrust regulators.

12. PSW attorneys currently serve as interim co-lead counsel on behalf of direct purchaser plaintiffs in *In re Pork Antitrust Litigation*, Case No. 0:18-cv-01776 (D. Minn.). The complaint alleges that the nation's largest pork producers violated antitrust laws by limiting production and engaging in other conduct in violation of the Sherman Act.

13. PSW attorneys currently serve as interim co-lead counsel in *Senne, et al. v. Office of the Commissioner of Baseball, et al.*, Case No. 14-cv-0608 (N.D. Cal.). This is a class action and FLSA collective action on behalf of minor league baseball players who allege that Major League Baseball and its member franchises violated the FLSA and state wage and hour laws by failing to pay minor league baseball players minimum wage and overtime. In 2019 the Ninth Circuit Court of Appeals ruled that the case should be certified on behalf of the FLSA collective and three state classes. The Supreme Court of the United States recently denied defendants' petition for writ of certiorari.

14. PSW has also served as lead or co-lead counsel in some of the most advanced and cutting-edge class actions in the country, including: *In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420 (N.D. Cal.); *James v. UMG Recordings, Inc.*, Case No. 11-cv-01613-SI (N.D. Cal.) and *In re Warner Music Group Corp. Digital Downloads Litigation*, Case No. 12-cv-0559-RS (N.D. Cal.).

15. The background and experience of the attorneys at PSW, our efforts to investigate and develop the allegations in this case, and our clients' significant stake in this litigation give my

firm and me a solid foundation by which we can continue to prosecute this case efficiently and expeditiously.

### III. Submission of Evidence in Support of Plaintiffs' Motion for Class Certification

16. As set forth in the concurrently filed Motion for Class Certification, there is extensive evidence in the record to support granting class certification in this case. This evidence, including documents produced in the litigation and depositions taken to date, represents only a small portion of the evidence supporting Plaintiffs' claims in this case.

17. The exhibits cited in support of Plaintiffs' Motion for Class Certification are set forth in the chart below. True and correct copies of these exhibits are attached hereto. All depositions referenced have been limited to the relevant portions cited in support of the Motion for Class Certification. As required by the Agreed Confidentiality Order (ECF No. 202), and further set forth in the concurrently filed motion to seal, any exhibits that have been designated as Confidential or Highly Confidential will be filed under seal and are denoted as such in the chart below.

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 2 | Deposition Transcript of Neil Morgan | Yes |
| 3 | TF-0002727573 | Yes |
| 4 | PILGRIMS-0009990886 | No |
| 5 | PERDUE0000782379 | Yes |
| 6 | TF-0007874985 | Yes |
| 7 | OKFoods_0000001574 | Yes |
| 8 | TF-0002293288-336 | Yes |
| 9 | AGSTAT-00200911 | Yes |
| 10 | GEO_0000428795 | Yes |
| 11 | PILGRIMS-0005920573 | Yes |
| 12 | MTA-PL0001188664 | Yes |
| 13 | FIELDALE_0217560 | Yes |
| 14 | NCC0000000083 | No |
| 15 | KOCH_0000048518 | No |
| 16 | Deposition Transcript of Ken Qualls | Yes |
| 17 | FIELDALE_1261831 | Yes |
| 18 | AMICK0000335934 | Yes |
| 19 | TF-0007467633-636 | Yes |
| 20 | KOCH_0000061665 | No |
| 21 | TF-0002608481-4832 | Yes |

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 22 | HRF_0000527127 | Yes |
| 23 | OKFoods_0000928061 | Yes |
| 24 | PECO0000477427 | Yes |
| 25 | PECO0000123268 | Yes |
| 26 | Deposition Transcript of Mark Hickman | Yes |
| 27 | OKFoods_0000003464 | No |
| 28 | TF-0002602741 | Yes |
| 29 | NCC0000000094 | No |
| 30 | Rita J. Gabbert, *Meat industry leaders warn cutbacks are coming*, Meatingplace (June 19, 2008) | No |
| 31 | PECO0000163767 | Yes |
| 32 | Sanderson-0001682746 | Yes |
| 33 | PECO0000163802 | Yes |
| 34 | Pilgrims-0009994621 | Yes |
| 35 | OKFoods_0000362446 | Yes |
| 36 | AGSTAT-14611887 | Yes |
| 37 | TF-0002728777 | Yes |
| 38 | GEO_0000835823 | Yes |
| 39 | PECO0000817273 | Yes |
| 40 | NCC0000000100 | No |
| 41 | KOCH_0000269983 | Yes |

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 42 | KOCH_0001312683 | Yes |
| 43 | 30 (b)(6) Deposition Transcript of Koch Foods Deposition (John Marler) | Yes |
| 44 | PECO0000164834 | Yes |
| 45 | HRF_0000562127 | Yes |
| 46 | Harrison 00120652 | Yes |
| 47 | Rabo_0000052506 | Yes |
| 48 | PILGRIMS-0007415828 | No |
| 49 | Rabo_0000059196 | Yes |
| 50 | Deposition Transcript of Benny Bishop | Yes |
| 51 | WF-0000530746 | Yes |
| 52 | AGSTAT-14675227 | Yes |
| 53 | Rabo_0000069710 | Yes |
| 54 | AGSTAT-14620355 | Yes |
| 55 | TF-0002636405 | Yes |
| 56 | TF-0002289686 | Yes |
| 57 | TF-0007485374 | Yes |
| 58 | TF-0003965625 | Yes |
| 59 | TF-0002292235 | Yes |
| 60 | TF-0002932960 | Yes |
| 61 | PECO0000173424 | Yes |

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 62 | SIMM0000309027 | Yes |
| 63 | FIELDALE_1440453 | Yes |
| 64 | PECO0000125851 | Yes |
| 65 | AMICK0000372315 | Yes |
| 66 | PECO0000173939 | Yes |
| 67 | PECO0000639506 | Yes |
| 68 | WF-0000985624 | Yes |
| 69 | Poultry News, *Rising Corn Prices Squeeze Chicken Firms* (April 15, 2011) | No |
| 70 | PECO0000110856 | Yes |
| 71 | TF-0002641064-065 | Yes |
| 72 | PECO0000127224 | Yes |
| 73 | Harrison 00041736 | Yes |
| 74 | Harrison 00024171 | Yes |
| 75 | PILGRIMS-0009931693 | Yes |
| 76 | PILGRIMS-0003626983 | Yes |
| 77 | PILGRIMS-0000037701 | Yes |
| 78 | TF-0002460004 | Yes |
| 79 | KOCH_0001255793 | Yes |
| 80 | TF-0002913998-4054 | Yes |
| 81 | Sanderson-0002419139 | Yes |

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 82 | TF-0002679463-532 | Yes |
| 83 | Sanderson-0002841322 | Yes |
| 84 | TF-0003957961-8186 | Yes |
| 85 | PILGRIMS-0002758557 | Yes |
| 86 | Pilgrims-0009935604 | Yes |
| 87 | KF_0400601-674 | Yes |
| 88 | FIELDALE_0236068 | Yes |
| 89 | FF-BC-00206285 | Yes |
| 90 | PERDUE0000756469 | Yes |
| 91 | PECO0000339369 | Yes |
| 92 | KOCH_0000532746 | Yes |
| 93 | KOCH_0000076390 | Yes |
| 94 | KOCH_0002130012 | Yes |
| 95 | FF-BC-00264626 | Yes |
| 96 | Harrison 00115541 | Yes |
| 97 | SIMM0000225533 | Yes |
| 98 | PERDUE0002441110 | Yes |
| 99 | PERDUE0002441701 | Yes |
| 100 | GDA0000030743 | No |
| 101 | GDA0000015801 | No |

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 102 | Deposition Transcript of Demetria Mabry | Yes |
| 103 | Harrison 00176146 | Yes |
| 104 | WF-0000000264 | Yes |
| 105 | GaPF_0000000219 | Yes |
| 106 | GDA0000016485 | No |
| 107 | WF-0000304880 | Yes |
| 108 | Deposition Transcript of Michael Allen Welch | Yes |
| 109 | Depostion Transcript of Frances Lowe Stiles | Yes |
| 110 | GDA0000000431 | No |
| 111 | TF-0000029870 | Yes |
| 112 | PILGRIMS-0000020622 | Yes |
| 113 | Deposition Transcript of Arty Gordon Schronce | Yes |
| 114 | PILGRIMS-0000046770 | Yes |
| 115 | PILGRIMS-0000020492 | Yes |
| 116 | PILGRIMS-0000030304 | Yes |
| 117 | Deposition Transcript of Sammy Franklin | Yes |
| 118 | PILGRIMS-0000021062 | Yes |
| 119 | PILGRIMS-0000000377 | Yes |
| 120 | PILGRIMS-0000031048 | Yes |
| 121 | Fieldale_0215836 | Yes |

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 122 | Deposition Transcript of Gus Arrendale | Yes |
| 123 | GDA0000001529 | No |
| 124 | PILGRIMS-0000031481 | Yes |
| 125 | Deposition Transcript of Larry David Guest | Yes |
| 126 | Sanderson-0002744522 | Yes |
| 127 | USDA0000000005 | No |
| 128 | MAR-JAC_0000262031 | Yes |
| 129 | GDA0000017371 | No |
| 130 | GDA0000001556 | No |
| 131 | GDA0000000064 | No |
| 132 | TF-0007477164 | Yes |
| 133 | Deposition Transcript of Dustin Cannaday | Yes |
| 134 | Deposition Transcript of Leland Tollett | Yes |
| 135 | Deposition Transcript of Richad Cogdill | Yes |
| 136 | Deposition Transcript of Paul Downes | Yes |
| 137 | Deposition Transcript of Lampkin Butts | Yes |
| 138 | Deposition Transcript of Gary Murphy | Yes |
| 139 | Deposition Transcript of Brandi Cato | Yes |
| 140 | Rule 30(b)(6) Deposition Transcript of House of Raeford (Ken Qualls) | Yes |
| 141 | Deposition Transcript of Joseph Grendys | Yes |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2020, at Sherman Oaks, California.

                                                     */s/ Bobby Pouya*
                                                     Bobby Pouya