# REDACTED EXHIBIT 31-39

**MOTION FOR LEAVE TO FILE UNDER SEAL PENDING**