# EXHIBIT 127

| | |
|---|---|
| **From:** | Jones, Samuel - AMS |
| **To:** | Cochran, Catherine - OC |
| **Subject:** | Dock report |
| **Date:** | Wednesday, September 28, 2016 6:02:00 PM |

Due to reservations with the methodology by which the Georgia report is compiled, AMS discontinued publication of an AMS Market News report that was based on a truncated version of the Georgia Department of Agriculture's Georgia Dock report.

**Timeline:**
In January 2016, an individual approached the DOJ about the report and, in turn, a member of DOJ reached out to AMS for background information about this report.

On July 7, DOJ requested a meeting with AMS where they shared the work they had done since January looking into the issue and shared that they had concerns with the report. At that meeting AMS agreed to look into the matter.

During the week of July 18, 2016, AMS met with Dr. James Sutton, GDA's Director of Operations; and Dr. Robert Cobb, GDA's Division Director of Animal Industry. They also worked with GDA personnel to review reporting procedures concerning the Georgia Dock report. After observing GDA market reporters collect the information from processors, AMS found that GDA was unable to verify the information reported on its Georgia Dock report.

AMS observed that GDA collects volume and price information from the processors for poultry weighing 2.5-3.0 pounds. Small chickens weighing 2.5-3.0 pounds do not make up the majority of current poultry markets, are in very tight supply, and are generally marketed through forward contracts. When actual prices are not available for this smaller size bird, processors estimate equivalent prices. Each week, processors submit summaries to GDA of their forward contract business, which GDA then uses to create its Georgia Dock report. GDA does not have any method in place to verify the data it receives for this report.

AMS also observed that there are not enough daily trade data available for poultry weighing 2.5-3.0 pounds and recommended that GDA issue a weekly comprehensive report instead. AMS assisted GDA in creating a new collection worksheet and a new report format to include negotiated spot market prices covering all poultry sizes and grades. AMS believes the prices reported on this report would better reflect eastern region prices as reported on its *USDA Weekly National Whole Broiler/Fryer* report due to the adoption of standardized reporting methodologies (i.e., all poultry is aggregated regardless of weight or grade). This method will allow the report to meet AMS confidentiality guidelines, enabling data to be verified. GDA initially agreed to these changes.

Accordingly, on July 22, 2016, AMS announced via the header of its *Georgia F.O.B Dock Broiler/Fryers Price* report that GDA will be issuing a new weekly report to replace the current report issued on the AMS website. However, then on July 25, 2016, GDA informed AMS of its decision to continue publishing its Georgia Dock report, unchanged, on the GDA Web site because of concerns raised by the poultry processors who contribute data to the current report.

Due to the inability of GDA to verify the Georgia Dock report information, AMS discontinued publishing the AMS Market News report based upon the Georgia Dock report on August 5,

2016. On September 1, AMS met with GDA in Atlanta to discuss the new Federal report and GDA's current work with the Georgia poultry industry related to a replacement for its GDA Georgia Dock report.

**Next Steps:** AMS will continue working with GDA and offering technical assistance to develop new report procedures consistent with AMS Market News reporting methodologies and confidentiality guidelines. In addition, AMS is developing a new spot market poultry report in effort to meet industry needs.

*Sam Jones-Ellard*
Public Affairs Specialist
USDA | Agricultural Marketing Service
202.660.2268

*Follow us on Twitter @USDA_AMS or read our stories on the USDA blog.*