# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>The Direct Purchaser Plaintiff Action | Case No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF STEVEN A. HART IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Steven A. Hart, declare:

1. I am an attorney licensed to practice in the State of Illinois. I am a partner with the firm of Hart, McLaughlin & Eldridge, LLC ("HME"), attorneys of record for the five named Direct Purchaser Plaintiffs. I make this declaration in support of the accompanying Direct Purchaser Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2. HME was appointed by this court as Interim Liaison Counsel on October 14, 2016 (Dkt. 144). Since the Court's Order, HME, along with Interim Co-Lead Counsel at Lockridge Grindal Nauen, P.L.L.P. ("LGN") and Pearson, Simon & Warshaw, LLP ("PSW"), have undertaken the responsibilities necessary to litigate this case. Specifically, HME has worked on all aspects of the litigation, including, but not limited to, further investigation of Direct Purchaser Plaintiffs' claims, preparing complaints and other significant filings, review of documents and appearing at depositions, and coordinating with defense counsel and other plaintiffs' counsel to efficiently and effectively advance this litigation.

3. Our three firms have extensive experience in successfully prosecuting antitrust class actions and other complex litigation nationwide. In this District, PSW, LGN, and the predecessor firm to HME spearheaded *In re Potash Antitrust Litigation (No. II)*, MDL No. 1996

(N.D. Ill.), before the Hon. Ruben Castillo. *Potash II* was a direct purchaser multidistrict class action in which plaintiffs alleged price-fixing of potash sold in the United States. Direct purchaser plaintiffs defeated a motion to dismiss, but a three-judge panel of the Seventh Circuit Court of Appeals reversed Judge Castillo's decision on interlocutory appeal. We petitioned for and were granted *en banc* review by the Seventh Circuit. The Seventh Circuit sitting *en banc* then issued a unanimous opinion, reversing the first panel decision, affirming Judge Castillo's denial of Defendants' motion to dismiss, and establishing critical precedent concerning the Foreign Trade Antitrust Improvements Act of 1982, 15 U.S.C. § 6a. *Minn-Chem, Inc. v. Agrium Inc.*, 683 F.3d 845 (7th Cir. 2012). The case eventually resolved, resulting in a $90 million class settlement on behalf of direct purchaser plaintiffs. Like the first three years of the action now pending before this Court, PSW and LGN investigated and prosecuted the *Potash II* case without a parallel an investigation by the U.S. Department of Justice or other antitrust regulators.

4. Further, HME has been integrally involved in a number of significant class action cases, including:

- *In re Keurig Green Mountain Single-Serving Coffee Antitrust Litig.*, MDL No. 2542 (S.D.N.Y.): served in a leadership position in this multidistrict class action litigation, alleging Keurig holds a monopoly over single-serve coffee pods, which is uses to suppresses competition and increase prices. A class settlement in the amount of $31 million was recently reached by the parties.

- *In re InPhonic, Inc. Wireless Phone Rebate Litig.*, MDL No. 1792 (D.D.C.): appointed interim co-lead counsel in this multidistrict class action litigation, which was brought to prosecute defendants for fraud and civil RICO violations.

- *In re Bluetooth Headset Products Liability Litigation*, MDL No. 1822 (C.D. Cal.): served on the executive committee in this multidistrict class action litigation, alleging defendants knowingly failed to disclose the potential risk of noise-induced hearing loss associated with extended use of their wireless Bluetooth headsets at high volumes.

- *In re Aftermarket Filters Antitrust Litigation*, MDL No. 1957 (N.D. Ill.): served as local counsel in this multidistrict class action litigation alleging that defendants participated in a conspiracy to illegally fix the prices charged for aftermarket automotive filters sold in the United States.
- *Calvin, et al. v. San Antonio Spurs, LLC, et al.*, 14-cv-0667 (W.D. Tex.): represented a class of former American Basketball Association ("ABA") players alleging multiple violations of the Employee Retirement Income Security Act. HME attorneys successfully negotiated a $1.5 million settlement on behalf of the class, resulting in a pension payout to 200 former ABA players.
- *Osterholt, et al. v. Corepower Yoga, LLC*, 16-cv-5089 (N.D. Ill.): represented a class of yoga instructors alleging violations of state and federal minimum wage laws. HME attorneys successfully negotiated a settlement on behalf of the class.

5. I am currently involved in other major class action and mass action cases. I have a leadership role in *Randall Kuhn, et al. v. Commonwealth Edison Company, et al.*, No. 20-CH-05138 (Cir. Ct. Cook Cty., Ill.), a class action brought to prosecute defendants for overcharging customers for electricity as a result of a multi-year bribery scheme. Additionally, I serve as co-lead counsel in *Smith, et al. v. City of Chicago, et al.*, 15-cv-3467 (N.D. Ill.), a class action challenging the Chicago Police Department's practices of racial profiling and unconstitutional stop and frisks of Chicago residents. I also serve on the executive committee in *Susan Kamuda, et al. v. Sterigenics U.S., LLC, et al.*, 18-L-10475 (Cir. Ct. Cook Cty., Ill.), a mass action alleging that Sterigenics' emission of ethylene oxide from a facility in Willowbrook, Illinois caused residents of the community to contract cancer and develop other health problems like miscarriages and birth defects.

6. I also have the advantage of having experience as counsel for both plaintiffs and defendants in class action matters. For example, HME attorneys served as defense counsel in the following class cases: *Joseph, et al. v. Oldcastle Lawn & Garden Inc. et al.*, 14-cv-3866 (N.D. Ill);

*McCoy v. Burger King*, No. 06-CH-05972 (Cir. Ct. Cook Cty., Ill.); and *Dudzienski v. Charlotte Russe Holdings, Inc.*, 07-cv-3815 (N.D. Ill.).

7. HME regularly practices law before the Northern District of Illinois. Licensed to practice in this District in 1992 and a member of the trial bar since 1995, I have litigated hundreds of cases in the Northern District of Illinois and in the Seventh Circuit Federal Court of Appeals. Approximately 50% of my active case load involves matters pending in this District.

8. My partners and I alone have over 50 years of combined experience in trial work in the Northern District of Illinois, most recently trying a case before Judge Kennelly to a successful jury verdict, *Merix Pharmaceutical Corp. v. Clinical Supplies Management, Inc.*, 11-cv-3318 (N.D. Ill.). HME's attorneys have been integrally involved in a number of significant class action cases, antitrust and otherwise.

9. Attached as Exhibit 1 are the resumes for the partners at my firm, which summarizes our experience.

10. HME has the resources and capacity to manage this case effectively and efficiently. HME was formed to handle complex civil antitrust class actions. We have experienced trial lawyers, all of whom have handled complex antitrust class action cases and are actively involved in prosecuting the instant action. HME is committed to allocating sufficient resources to effectively and efficiently advance this litigation as liaison counsel and is committed to doing so with the highest integrity and competency.

11. HME is well-suited to serve as Liaison Class Counsel in support of LGN and PSW as Co-Lead Class Counsel in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2020 at Chicago, Illinois.

                                                        */s/ Steven A. Hart*
                                                        Steven A. Hart

# EXHIBIT 1



# Steven A. Hart
Shareholder shart@hmelegal.com

22 W. Washington Street
Suite 1600
Chicago, Illinois 60602

o: 312.955.0545
m: 312.788.0355

## PRACTICE AREAS
Antitrust
Asbestos
Automotive & Transport
Catastrophic Injury
Class Action Litigation
Complex Commercial Litigation
Construction Litigation & Counseling
Contracts
Employment Litigation & Counseling
Fire Litigation
Food Liability
Medical & Dental Malpractice
Medical Devices
Medical Negligence & Healthcare Liability Litigation
Mold
Power Tools & Machinery
Premises Liability
Product Liability
Professional Liability
Sports & Recreational Equipment
Toxic Tort & Hazardous Substances
Transportation
Trucking

## EDUCATION
University of Wisconsin-Madison, B.A. (Political Science), 1989
John Marshall Law School, J.D., 1992

A seasoned trial lawyer with more than two decades of experience, Steven litigates a wide variety of civil matters, including transportation and trucking cases, class actions, mass torts, products liability, sports and recreational equipment, toxic tort, and environmental litigation. He also has a record of success representing clients in class action cases, ranging from Fortune 500 companies to medium and small businesses, to individuals. Most recently, Steven obtained a $100 million-plus settlement for a class of farmers and small businesses in an antitrust class action suit in the Northern District Federal Court in Chicago. Steven received a 2013 Jury Verdict Reporter Trial Excellence Award for his work on this case, the highest reported Illinois verdict/settlement in 2013.

Steven has tried cases to successful jury verdict throughout the country and has argued before State and Federal courts of appeal. His practice includes State and Federal trial work in transportation and premises liability actions. It was Steven's work in the latter arena that led Kohl's to nominate Steven's firm as a "Go-To" Litigation Law Firm in American Lawyer's 2012 survey. Steven also represents corporations and individuals in employment-related matters.

Steven serves as National Coordinating and Trial Counsel for several Fortune 500 companies in asbestos and environmental litigation. He is National Coordinating and Trial counsel for DHL transportation / independent contractor litigation. He has tried cases in Illinois, New York, Texas, Indiana, California, and Wisconsin for manufacturers and premises owners. He has developed extensive experience in epidemiology, medical causation, industrial hygiene, accident reconstruction, and biomechanics.

HART MCLAUGHLIN & ELDRIDGE

CHICAGO

## ADMISSIONS

Illinois, 1992

New York, 2004

U.S. District Court, Northern District of Illinois, 1992

U.S. District Court, Northern District of Illinois, Trial Bar, 1995

U.S. District Court, Eastern District of Wisconsin, 2004

U.S. District Court, Central District of Illinois, 2005

U.S. District Court, Northern District of New York, 2005

U.S. District Court, Western District of New York, 2005

U.S. District Court, Southern District of New York, 2005

U.S. Court of Appeals for the Ninth Circuit, 2011

U.S. District Court, Southern District of Illinois, 2011

U.S. District Court, Northern District of Indiana, 2015

U.S. Court of Appeals for the Seventh Circuit, 2007

## PROFESSIONAL & CIVIC INVOLVEMENT

47th Ward Democratic Organization Judicial Review Committee

American Association For Justice

Chicago Bar Association

Defense Research Institute

Illinois State Bar Association

New York State Bar Association

Risk and Insurance Management Society, Inc. (RIMS)

RIMS Chicago Chapter 009

Steven is a published legal author and frequent lecturer. His writings have been published by the Illinois Institute of Continuing Legal Education, including "Using Expert Witnesses: Principles and Pitfalls." Steven is also an adjunct professor in trial advocacy at Chicago-Kent College of Law. Numerous bar associations and legal organizations have asked him to speak at distinguished events.

Steven was recently appointed to the 47th Ward Democratic Organization Judicial Review Committee, where his committee is responsible for interviewing, vetting and slating Cook County Judicial Candidates for election.

A resident of Chicago, Illinois, Steven is married to Jill Hart, and together they have two daughters and a son.

## HONORS

Recipient of the Illinois Jury Verdict Reporter's 2013 Trial Lawyer Excellence Award for the Highest Reported Illinois Verdict or Settlement During the Past Year

Received honorable mention for Outstanding Antitrust Litigation Achievement in Private Law Practice at American Antitrust Institute's 2013 Antitrust Enforcement Awards

Recognized as an Illinois Leading Lawyer (a designation limited to less than 5% of all lawyers licensed to practice law in Illinois), nominated and selected by peers in the legal community

Selected for inclusion in the Illinois Super Lawyers list (no more than 5% of lawyers in the state are selected), nominated and selected by peers in the legal community (2005, 2006, 2009-2011)

## PRACTICE HIGHLIGHTS

• Achieved $100 million-plus settlement on behalf of U.S. farmers and small businesses in a complex antitrust class action case against seven of the world's largest potash producers and distributors.

- Successfully defended Kohl's Department Stores in a premises liability personal injury case argued in the U.S. Court of Appeals, Seventh Circuit.
- Nominated as a "Go-To" litigator by his Fortune 150 client.
- Serves as National Coordinating Counsel for DHL's independent contractor cases.
- Speaker at April 21 & 22 APA/ABA Program, "Psychological and Neuropsychological Evidence in Personal Injury and Medical Malpractice Cases - Litigating a Mild Traumatic Brain Injury Case," held in Chicago, IL.
- Speaker at the Sterling Education Water Intrusion and Mold Claims Seminar and was acknowledged by attendees as being, ". . . passionate and an excellent speaker. Can picture him as an extremely effective trial attorney."
- Selected National Trial and Coordinating Counsel for Fortune 500 company.
- Tried multi-million dollar cases in Illinois, Texas, New York, California, Wisconsin, and Indiana.

## PUBLISHED CASES

*Reid v. Kohl's Dep't Stores, Inc.*, 545 F.3d 479 (7th Cir. 2008)

*Pullia v. Builders Square, Inc.*, 265 Ill.App.3d 933, 638 N.E.2d 688, 202 Ill.Dec. 820 (1st Dist. 1994)

## SPEAKER/AUTHOR ENGAGEMENTS

Perrin Conferences' Class Action Litigation Conference, Class Action Trials (May 2016)

Chairman and speaker at Perrin National Product Liability Conference, Miami, FL (February 2015).

Perrin Conferences' 2013 Cutting-Edge Issues in Asbestos Litigation Conference, Beverly Hills, CA, "The Emerging Lung Cancer Case: An Analysis of Surging Filing Trends, Asbestos Trust Issues, and the Modern Causation Case" (March 18, 2013).

National Forum for Environmental and Toxic Tort Issues (FETTI), "Asbestos Update," Chicago, IL (September 26, 2012).

Perrin Conferences' Asbestos Litigation Conference: A National Overview & Outlook, "The Philadelphia and Madison County Courts - How Recent Changes to those Asbestos Dockets May Reshape the Litigation," San Francisco, CA (September 10, 2012).

Perrin Conferences' Litigating Asbestos Cases in Today's Economic Environment, "The Economics of Resolving Asbestos Cases in Today's Climate," New York, NY (December 1, 2011).

Perrin Conferences' 2011 Asbestos Litigation Conference: A National Overview and Outlook, panelist, "Jurisdictional Update: Illinois, California & Emerging Jurisdictions," San Francisco, CA (September 19, 2011).

Perrin Conferences' Asbestos Bankruptcy Conference, panelist, "Using a 468B QSF to Facilitate a Settlement," Chicago, IL (June 20, 2011).

Perrin Conferences' Cutting-Edge Issues in Asbestos Litigation, moderator, "Managing Insurer & Policyholder Relationships in 2011 Asbestos Litigation," Beverly Hills, CA (March 3-4, 2011).

Perrin Conferences' Asbestos Litigation Conference: A National Overview and Outlook, "Asbestos Cases in 2010: National Trends Driving the Litigation" (September 13-15, 2010).

Perrin Conferences' Asbestos Litigation Conference: A Comprehensive National Overview and Outlook, "Overview of Active and Emerging Jurisdictions; Current Status of the MDL; Legislative Update" (September 14-16, 2009).

Co-Chairman and Speaker, Mealey's Lead Litigation Conference, Orlando, FL (April 3-4, 2008).

Mealey's MTBE Litigation Conference, Santa Monica, CA, "MTBE & Public Nuisance - Is This The Future Of MTBE Litigation?" (June 4, 2007).

Co-Chairman and Speaker, Mealey's Lead Litigation Conference, Chicago, IL, "The Thomas Suit: Risk Contribution & Market Share Liability" (April 19-20, 2007).

Mealey's Teleconference: Lead Litigation Update, "Rhode Island, California & Ohio - Are More Suits On The Horizon?" (November 2006).

Mealey's Lead Litigation Conference, Washington, DC, "Theories of Market Share Liability, Public Nuisance and Civil Conspiracy" (December 2005).

American Bar Association National Institute, Chicago, IL, "Psychological and Neuropsychological Evidence in Personal Injury and Medical Malpractice Cases - Litigating a Mild Traumatic Brain Injury Case" (April 2005).

Defense Research Institute-National Asbestos Medicine Conference, San Diego, CA, "Premises Liability" (November 2004).

Panel Counsel Conference-Transportation Law section, "Fleet-Optimization and Transportation Liability" (March 2004).

Chicago Bar Association Seminar: Trial Advocacy, "Winning Opening Statements and Closing Arguments" (May 2003).

Mealey's Asbestos Premises Liability Conference, Philadelphia, PA (February 2003).

2013 Asbestos Defense Strategic Summit (co-chair, speaker and author), New Orleans, LA (November 6, 2013).

2012 Asbestos Defense Strategic Summit (co-chair, speaker and author), Miami Beach, FL (November 7, 2012).

Perrin Conferences' 2011 Asbestos Defense Strategic Summit (co-chair, speaker and author), Las Vegas, NV (November 9, 2011).

## PUBLICATIONS

More Interesting Than Watching The Paint Dry: Emerging Trends In Lead Paint Litigation January 1, 2007



# Robert J. McLaughlin
Shareholder rmclaughlin@hmelegal.com

22 W. Washington Street
Suite 1600
Chicago, Illinois 60602

o: 312.955.0545
m: 312.550.1282

### PRACTICE AREAS
Class Action
Business Litigation
Mass Torts
Catastrophic Personal Injury

### EDUCATION
Eastern Illinois University, B.A. (Political Science and Pre-Law), 1997
John Marshall Law School, J.D., 2000

### ADMISSIONS
Illinois, 2000
U.S. District Court, Northern District of Illinois, 2000
U.S. District Court, Central District of Illinois, 2005
U.S. District Court, Northern District of Illinois, Trial Bar, 2007
U.S. District Court, Western District of Michigan, 2010
U.S. District Court, District of Colorado, 2010
U.S. District Court, Western District of Wisconsin, 2013
U.S. Court of Appeals for the Seventh Circuit, 2007

### PROFESSIONAL & CIVIC INVOLVEMENT
American Bar Association
Chicago Bar Association
Illinois State Bar Association

Robert McLaughlin is an experienced trial lawyer who handles complex litigation matters throughout the United States. He devotes 100% of his law practice to litigation. He concentrates in the areas of mass torts, class actions, business litigation, and defending clients in catastrophic accidents. Bob serves as national trial and coordinating counsel in industry-wide litigation and also as lead trial counsel in lawsuits pending in Illinois. Bob is a tireless and zealous advocate for each of his clients, whether the matter is bet-the-company litigation or a lawsuit involving more moderate liability exposure.

In 2015, Bob was selected as a "Premier 100 Trial Attorney" for the State of Illinois by the American Academy of Trial Attorneys (AATA). This award recognizes the top 100 trial attorneys in each state. Membership into AATA's Premier 100 requires the satisfaction of stringent criteria and standards established by the AATA Board of Directors, including notable verdicts, settlements and achievements. Also in 2015, Bob was named an Emerging Lawyer by Leading Lawyers. The distinction of being named an Emerging Lawyer is reserved for the top 2% of Illinois lawyers who are 40 years old or younger and have been identified by their peers as proving themselves to be professional, ethical, and experienced at an early point in their legal career.

From 2014 to 2019, Bob was selected for inclusion in the Illinois Super Lawyers List—no more than 5% of lawyers in the state are selected for this honor. From 2009 to 2013, Bob was named to the Illinois Super Lawyers "Rising Stars List", an honor reserved for no more than 2.5% of lawyers in the state, under the age of 40, nominated and selected by peers in the legal community.

HART McLAUGHLIN & ELDRIDGE

CHICAGO

Chicago Volunteer Legal Services Foundation

Claims & Litigation Management Alliance ("CLM"), Premium Member

Defense Research Institute

Bob is committed to giving back to his law firm and the community. An example of his exemplary pro bono service is the favorable monetary settlement Bob achieved on behalf of a prisoner in a Section 1983 federal lawsuit he prosecuted against the Cook County Department of Corrections involving civil rights violations for refusal to provide medical treatment.

Bob lives in Chicago with his wife and two daughters.

### HONORS

Named an Emerging Lawyer by Leading Lawyers (The distinction of being named an "Emerging Lawyer" is reserved for the top 2% of Illinois lawyers who are 40 years old or younger and have been identified by their peers as proving themselves to be professional, ethical and experienced at an early point in their legal career.)

Selected for inclusion in the Illinois Super Lawyers list (no more than 5% of lawyers in the state are selected), nominated and selected by peers in the legal community (2014-2019)

Selected for inclusion in the Illinois Super Lawyers Rising Stars list (no more than 2.5% of lawyers in the state under the age of 40 are selected), nominated and selected by peers in the legal community (2009-2013)

Dean's List, John Marshall Law School (1997-2000)

John Marshall Law Review, John Marshall Law School

Moot Court Team, John Marshall Law School



# Brian H. Eldridge
Shareholder  beldridge@hmelegal.com

### PRACTICE AREAS
Class Action
Mass Torts
Personal Injury
Products Liability
Toxic Tort
Environmental
Automotive
Transportation

### EDUCATION
University of Kansas, B.A. (Psychology), 1998

University of California-Hastings College of the Law, J.D., 2002

### ADMISSIONS
California, 2002

Illinois, 2003

U.S. District Court, Northern District of Illinois, 2004

U.S. District Court, Central District of Illinois, 2004

U.S. District Court, Central District of California, 2009

U.S. District Court, Eastern District of Wisconsin, 2014

U.S. District Court, Northern District of California, 2015

U.S. District Court, Northern District of Illinois, Trial Bar, 2015

22 W. Washington Street
Suite 1600
Chicago, Illinois 60602

o: 312.955.0545
m: 847.533.5552

Brian Eldridge is a trial lawyer who devotes 100% of his practice to civil litigation. Brian has a wide range of experience successfully litigating multi-million dollar, high-stakes cases on behalf of his clients. He concentrates his practice in class actions, mass torts, civil rights, toxic torts, commercial litigation, professional malpractice, product liability, and premises liability.

Brian's practice philosophy focuses on being accessible and responsive to clients at all times. He is on the rapid response team for several clients and is frequently called upon to orchestrate immediate investigation. Through his years of practice, Brian has developed an extensive expert network, having worked with consultants in various specialized areas including medicine, engineering, construction, epidemiology, statistics, risk analysis, pharmacology, economics, federal regulations, safety standards, and psychology.

Brian is a frequent presenter and speaker on topics involving class action litigation, persuasive writing, motions for summary judgment, jury selection, and trial techniques.

Brian has received the following professional accolades:

• Named by the Chicago Daily Law Bulletin to the "40 Illinois Attorneys Under Forty to Watch" list.

• Selected as an *Illinois Super Lawyer* for the last three years, 2017 to 2019. No more than 5% of lawyers in the State of Illinois are selected for

## HART McLAUGHLIN & ELDRIDGE

CHICAGO

Continued

U.S. District Court, Northern District of Indiana, 2016

U.S. Court of Appeals for the Seventh Circuit, 2007

- Selected as *Emerging Lawyer* in 2015 and 2016, which is reserved for the top 2% of Illinois lawyers who are 40 years old or younger and have been identified by their peers as proving themselves to be professional, ethical, and experienced.

- Selected as an *Illinois Rising Star* for eight straight years, from 2008 to 2015. No more than 2.5% of lawyers under the age of 40 in the State of Illinois are selected for this honor.

Brian's practice accomplishments and engagements include the following:

- *In re Potash Antitrust Litigation (II)*, MDL No. 1996 (N.D. Ill.): Represented direct purchaser plaintiffs in this multidistrict class action litigation arising from the price-fixing of potash sold in the United States. After five years of tumultuous litigation, HME attorneys helped obtain a $90 million class settlement on behalf of direct purchaser plaintiffs.

- *Blumberg-Kason v. Kamenev*, 2019 L 29 (Cir. Ct. DuPage Cty): Record-setting confidential settlement on behalf of plaintiff within five months of filing the complaint.

- *Schumacher v. Sterigenics U.S., LLC*, 2018-cv-7528 (N.D. Ill): Co-lead counsel in consolidated cases involving Sterigenics' emission of ethylene oxide in community of Willowbrook, Illinois.

- *Lieberman v. Portage County, et al.*, 18-cv-450 (W.D. Wi): Appointed class counsel in certified class action in case involving jailhouse recordings of telephone calls between inmates and attorneys.

- *Sartin v. Chula Vista Inc., et al.*, 18-cv-1890 (E.D. Wis): Currently representing plaintiff condominium owners in pending conversion class action against Chula Vista Resort.

- *Estate of Katz v. City of Chicago, et al.*, 2017 L 11524 (Cir. Ct. Cook Cty): Confidential settlement on behalf of plaintiff for full policy limits and umbrella coverage after nearly three years of hotly contested litigation.

HART McLAUGHLIN & ELDRIDGE

CHICAGO

• *In re Broiler Chicken Antitrust Litigation*, 16-cv-08637 (N.D. Ill): Currently representing plaintiffs in pending anti-trust class action case involving price fixing by broiler producers.

• *Osterholt, et al. v. CorePowerYoga, LLC*, 15-cv-05089 (N.D. Ill): Currently pending class and collective action case brought under both Fed. R. Civ. P. 23 and the Fair Labor Standards Act. The case was conditionally certified and after a multi-year, intensive discovery process it resolved at mediation. The settlement has been preliminarily approved by the district court and is set for final approval in September 2019.

• *Reit Management & Research v. ThyssenKrupp*, 2014 L 8541 (Cir. Ct. Cook Cty): Prevailed on all counts at trial on behalf of national developer and property manager in breach of contract case against elevator contract.

• *Greenhill v. Reit Management & Research, et al.*, 2014 L 8541 (Cir. Ct. Cook Cty): Prevailed on summary judgment on behalf of national real estate developer and property manager in tort case involving catastrophic injuries to the plaintiff.

• *Joseph, et al. v. Oldcastle Lawn & Garden Inc. et al.*, 14-cv-3866 (N.D. Ill): Served as lead defense counsel for Oldcastle Lawn & Garden in case involving nationwide class action allegations concerning the packing of mulch products. During the pendency of class certification briefing, the case was settled on an individual basis.

• *Mitchell v. Wiese*, 13 L 102 (Cir. Ct. Will Cty): Prevailed on summary judgment on behalf of defendant contractor in case against high-prolife attorney whose client was claiming catastrophic injuries.

• *Bowman v. LHO Indianapolis One Lessee d/b/a Marriott Indianapolis*, 49D02-1310-CT-039975 (Marion Cty. Sup. Ct.): Served as lead defense counsel under pro hac vice admission for Marriott Indianapolis in a class action involving allegations of widespread foodborne illness. After the trial court erroneously certified the plaintiff class, the decision was successfully appealed and reversed.

• *Merix Pharmaceuticl Corporation v. Clinical Supplies Management, Inc.*, 2011-cv-3318 (N.D. Ill): Prevailed in a "bet-the-company" two-week jury trial on behalf of a client sued for breach of contract and fraud in a case involving a clinical trial for an over-the-counter drug product.

• *Ahmed v. McDonald's Corporation, et al.*, 11-014559-CZ (Cir. Ct., Wayne Cty, MI): Served as lead defense counsel on behalf of a McDonald's franchise in class action alleging misrepresentation and contamination of Halal products.

• *Gondra v. DHL Corp.*, 2006 M1 013249 (Cir. Ct. Cook Cty, Ill): Prevailed in a one-week jury trial on behalf of an international cargo carrier sued for breach of a commercial contract. Jury returned verdict after less than 10 minutes of deliberations. Affirmed on appeal.

• *Estate of Hirsch v. City of Chiacgo*, 2006 L 8760 (Cir. Ct. Cook Cty, Ill.): Secured $3.25 million settlement against the City of Chicago in a case where a 4-year-old was killed in Lincoln Park in a hit-and-run.

• *McCoy v. Burger King*, Case No. 2006-CH-005972 (Cir. Ct. Cook Cty, Ill.): Served as lead defense counsel on behalf of Burger King in a class action alleging consumer fraud in connection with chicken products.

• *Employers Insurance Co. of Wasaus v. Medline Industries*, 06-cv-00611 (W.D. Tenn): Prevailed at summary judgment in $6 million product liability subrogation claim brought against medical supply manufacturer whose product was alleged to have cause a fire that resulted in numerous deaths and destroyed a nursing home in Tennessee.

• *Frizell v. Danzas Corporation*, 2005 L 14161 (Cir. Ct. Cook Cty, Ill.): Prevailed at summary judgment in case involving serious personal injury on behalf of international intermodal carrier alleged to have improperly loaded container.

• *Perez v. PACCAR Inc.*, 2005 L 008044 (Cir. Ct. Cook Cty, Ill.): Obtained dismissal with prejudice of product liability suit against heavy truck manufacturer for injury resulting in amputated leg.

• *Reed v. Medline Industries*, 01-cv-7685 (N.D. Ill): Prevailed at summary judgment on behalf of manufacturer and distributor of health care supplies in wrongful death case involving an inmate who allegedly hung himself with the client's product.