UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF CHRIS LOOMIS OF MAPLEVALE FARMS, INC. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Chris Loomis, declare as follows:

1. I am the Vice President of Sales, Marketing, and Merchandising for Maplevale Farms, Inc., a named Plaintiff and proposed Class Representative in this class action. I make this declaration in support of the Direct Purchaser Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could competently testify to them.

2. I live in Ashville, New York and have worked for Maplevale Farms Inc. for 11 years.

3. Between January 1, 2008 and up until the present date, (which includes the Class Period in this case) Maplevale Farms, Inc. purchased Broilers directly from one or more of the Defendants in this lawsuit on approximately a weekly basis. The Broilers Maplevale Farms, Inc. purchased from Defendants during this time included whole birds with giblets and skinless necks; whole birds without giblets; split whole birds without giblets; bone-in segmented chicken prepared for fast food restaurants 8 piece; whole birds without giblets and without wing cutup; front halves without wings; breasts with drummette without spine; boneless skinless split breasts; boneless breasts without tenders with skin; boneless skinless breasts with and without tenders;

breast tenders; clipped tenders; whole wings; wings drums with midjoint connected; and party wings with drums and midjoints, as our disclosed DPP purchase invoices state.

4. Maplevale Farms, Inc. is seeking the Court's appointment as a Class Representative on behalf of itself and others who purchased Broilers from at least one of the Defendants during the Class Period.

5. I understand that, if appointed as a Class Representative, Maplevale Farms, Inc. would represent the interests of all entities who purchased Broilers directly from the Defendants during the Class Period. I also understand that Maplevale Farms, Inc.'s obligation as a Class Representative is to act in the best interests of the entire Class and to continue to assist counsel for the Class. Maplevale Farms, Inc. is fully prepared to undertake these obligations and there are no impediments to its doing so.

6. Maplevale Farms, Inc. has participated fully in the litigation. To date these activities have included advising attorneys and approving pleadings, reviewing and responding to written discovery, preparing for and participating in a full day deposition, searching for, collecting, preserving, and producing documents, keeping up to date on the progress of the case, and similar activities. Maplevale Farms, Inc. will continue to participate and fulfill its duties as a Class Representative in the litigation.

7. Maplevale Farms, Inc. spent considerable time in retaining the attorneys seeking appointment as Class Counsel. Maplevale Farms, Inc. believes that its attorneys are qualified and well-suited for appointment as Class Counsel and fully supports this request.

8. Maplevale Farms, Inc. respectfully requests that this Court grant the Direct Purchaser Plaintiffs' Motion for Class Certification and appoint Maplevale Farms, Inc. as a representative of the Direct Purchaser Plaintiff Class and Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP as Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of October in the year 2020.

_____
Chris Loomis