UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF SCOTT WAGNER OF JOHN GROSS AND COMPANY, INC. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Scott Wagner, declare as follows:

1. I am Vice President for John Gross and Company, Inc., a named Plaintiff and proposed Class Representative in this class action. I make this declaration in support of the Direct Purchaser Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could competently testify to them.

2. I live in Dillsburg, PA and have worked for John Gross and Company, Inc. for 42 years.

3. Between December 1, 2008 and July 1, 2019 (which includes the Class Period in this case) John Gross and Company, Inc. purchased Broilers directly from one or more of the Defendants in this lawsuit on approximately a weekly basis. The Broilers John Gross and Company, Inc. purchased from Defendants during this time included whole birds with giblets; boneless, skinless breasts with and without tenders; and clipped tenders.

4. John Gross and Company, Inc. is seeking the Court's appointment as a Class Representative on behalf of itself and others who purchased Broilers from at least one of the Defendants during the Class Period.

553670.1

5. I understand that, if appointed as a Class Representative, John Gross and Company, Inc. would represent the interests of all entities who purchased Broilers directly from the Defendants during the Class Period. I also understand that John Gross and Company, Inc.'s obligation as a Class Representative is to act in the best interests of the entire Class and to continue to assist counsel for the Class. John Gross and Company, Inc. is fully prepared to undertake these obligations and there are no impediments to its doing so.

6. John Gross and Company, Inc. has participated fully in the litigation. To date these activities have included advising attorneys and approving pleadings, reviewing and responding to written discovery, preparing for and participating in a full day deposition, searching for, collecting, preserving, and producing documents, keeping up to date on the progress of the case, and other similar activities. John Gross and Company, Inc. will continue to participate and fulfill its duties as a Class Representative in the litigation.

7. John Gross and Company, Inc. spent considerable time in retaining the attorneys seeking appointment as Class Counsel. John Gross and Company, Inc. believes that its attorneys are qualified and well-suited for appointment as Class Counsel and fully supports this request.

8. John Gross and Company, Inc. respectfully requests that this Court grant the Direct Purchaser Plaintiffs' Motion for Class Certification and appoint John Gross and Company, Inc. as a representative of the Direct Purchaser Plaintiff Class and Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP as Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of October, in the year of 2020.

_____
Scott Wagner