UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF JOSEPH OSCAR CHRISTIANA, JR. OF JOE CHRISTIANA FOOD DISTRIBUTORS, INC. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Joseph Oscar Christiana, Jr, declare as follows:

1. I am formally President for Joe Christiana Food Distributors, Inc., a named Plaintiff and proposed Class Representative in this class action. I make this declaration in support of the Direct Purchaser Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could competently testify to them.

2. I live in East Baton Rouge Parish, Louisiana, and worked for Joe Christiana Food Distributors, Inc. for 40 years.

3. Between December 1, 2008 and August 1, 2013 (which includes the Class Period in this case), Joe Christiana Food Distributors, Inc. purchased Broilers from one or more of the Defendants in this lawsuit on approximately a weekly basis. The Broilers Joe Christiana Food Distributors, Inc. purchased from Defendants during this time included whole birds without giblets; split whole birds without giblets; bone-in segmented chicken prepared for fast food restaurants 8 piece segments with and without fat and trim; boneless breasts without tender with

553668.1

skin; boneless skinless breasts without tenders; breast tenders; whole wings; wing drummettes; and party wings with drum and midjoint.

4. Joe Christiana Food Distributors, Inc. is seeking the Court's appointment as a Class Representative on behalf of itself and others who purchased Broilers from at least one of the Defendants during the Class Period.

5. I understand that, if appointed as a Class Representative, Joe Christiana Food Distributors, Inc. would represent the interests of all entities who purchased Broilers directly from the Defendants during the Class Period. I also understand that Joe Christiana Food Distributors, Inc.'s obligation as a Class Representative is to act in the best interests of the entire Class and to continue to assist counsel for the Class. Joe Christiana Food Distributors, Inc. is fully prepared to undertake these obligations and there are no impediments to its doing so.

6. Joe Christiana Food Distributors, Inc. has participated fully in the litigation. To date these activities have included advising attorneys and approving pleadings, reviewing and responding to written discovery, preparing for and participating in a full day deposition, searching for, collecting, preserving, and producing documents, and keeping up to date on the progress of the case. Joe Christiana Food Distributors, Inc. will continue to participate and fulfill its duties as a Class Representative in the litigation.

7. Joe Christiana Food Distributors, Inc. spent considerable time in retaining the attorneys seeking appointment as Class Counsel. Joe Christiana Food Distributors, Inc. believes that its attorneys are qualified and well-suited for appointment as Class Counsel and fully supports this request.

8. Joe Christiana Food Distributors, Inc. respectfully requests that this Court grant the Direct Purchaser Plaintiffs' Motion for Class Certification and appoint Joe Christiana Food Distributors, Inc. as a representative of the Direct Purchaser Plaintiff Class and Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP as Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of October, in 2020.

                                       *Joseph Oscar Christiana Jr.*
                                       JOSEPH OSCAR CHRISTIANA, JR.