# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF DEAN BARCELONA OF FERRARO FOODS, INC. AND FERRARO FOODS OF NORTH CAROLINA, LLC IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Dean Barcelona, declare as follows:

1.      I am Vice President of Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC, named Plaintiffs and proposed Class Representatives in this class action. I make this declaration in support of the Direct Purchaser Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could competently testify to them.

2.      I live in Annandale, New Jersey, and have worked for Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC for thirty – three years.

3.      Between December 1, 2008 and July 1, 2019 through current (which includes the Class Period in this case) Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC purchased Broilers from one or more of the Defendants in this lawsuit on approximately a weekly basis. The Broilers Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC purchased from Defendants during this time period included chickens prepared for pizzerias, fast food restaurants and other food concepts in 8 pieces; boneless skinless split breasts; boneless breasts with and without tenders and skin; breast tenders; clipped tenders; wings; first and second joint party wings.

4.      Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC are seeking the Court's appointment as Class Representatives on behalf of themselves and others who purchased Broilers from at least one of the Defendants during the Class Period.

5.      I understand that, if appointed as Class Representatives, Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC would represent the interests of all entities who purchased Broilers directly from the Defendants during the Class Period. I also understand that Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC's obligation as Class Representatives is to act in the best interests of the entire Class and to continue to assist counsel for the Class. Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC are fully prepared to undertake these obligations and there are no impediments to their doing so.

6.      Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC have participated fully in the litigation.  To date these activities have included advising attorneys and approving pleadings, reviewing and responding to written discovery, preparing for and participating in a full day deposition, searching for, collecting, preserving, and producing documents, and keeping up to date on the progress of the case.  Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC will continue to participate and fulfill their duties as a Class Representatives in the litigation.

7.      Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC respectfully request that this Court grant the Direct Purchaser Plaintiffs' Motion for Class Certification and appoint Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC as representatives of the Direct Purchaser Plaintiff Class and Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshw, LLP as Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of October, 2020.

DEAN BARCELONA