# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF PETER G. PAHIDES OF CEDAR FARMS CO., INC. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Peter G. Pahides, declare as follows:

1. I am the President and Chief Executive Officer of Cedar Farms Co., Inc., a named Plaintiff and proposed Class Representative in this class action. I make this declaration in support of the Direct Purchaser Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could competently testify to them.

2. I live in Pennsylvania and have worked for Cedar Farms Co., Inc. for more than 40 years.

3. Between December 1, 2008 and July 1, 2019 (which includes the Class Period in this case), Cedar Farms Co., Inc. purchased Broilers from one or more of the Defendants in this lawsuit on approximately a weekly basis. The Broilers Cedar Farms purchased from Defendants during this time included whole birds with and without giblets; front halves without wings; whole breasts; boneless skinless breasts; tenders; clipped tenders; and whole and cut wings.

4. Cedar Farms Co., Inc. is seeking the Court's appointment as a Class Representative on behalf of itself and others who purchased Broilers from at least one of the Defendants during the Class Period.

553661.1

5. I understand that, if appointed as a Class Representative, Cedar Farms Co, Inc. would represent the interests of all entities who purchased Broilers directly from the Defendants during the Class Period. I also understand that Cedar Farms Co., Inc.'s obligation as a Class Representative is to act in the best interests of the entire Class and to continue to assist counsel for the Class. Cedar Farms Co., Inc. is fully prepared to undertake these obligations and there are no impediments to its doing so.

6. Cedar Farms Co., Inc. has participated fully in the litigation. To date these activities have included advising attorneys and approving pleadings; reviewing and responding to written discovery; preparing for and participating in a 30(b)(6) deposition; preparing for and participating in a separate deposition given by the company's general manager; searching for, collecting, preserving, and producing documents; and keeping up to date on the progress of the case. Cedar Farms Co., Inc. will continue to participate and fulfill its duties as a Class Representative in the litigation.

7. Cedar Farms Co., Inc. spent considerable time in retaining the attorneys seeking appointment as Class Counsel. Cedar Farms Co., Inc. believes that its attorneys are qualified and well-suited for appointment as Class Counsel and fully supports this request.

8. Cedar Farms Co., Inc. respectfully requests that this Court grant the Direct Purchaser Plaintiffs' Motion for Class Certification and appoint Cedar Farms Co, Inc. as a representative of the Direct Purchaser Plaintiff Class and Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP as Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of October, 2020, in Philadelphia, Pennsylvania.

_____
PETER G. PAHIDES