# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No.: 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert<br><br>**PUBLIC REDACTED VERSION** |

### EXPERT REPORT OF COLIN A. CARTER, PH.D., IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

943732.1

# FILED UNDER SEAL

**MOTION FOR LEAVE TO FILE UNDER SEAL PENDING**