**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, CERTAIN EXHIBITS TO THE DECLARATION OF BOBBY POUYA IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND THE EXPERT REPORT OF COLIN A. CARTER, PH.D., IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Direct Purchaser Plaintiffs ("DPPs"), through their undersigned counsel, and pursuant to Local Rules 5.8 and 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully move this Court for entry of an Order granting DPPs leave to file under seal the Memorandum of Points and Authorities In Support of Direct Purchaser Plaintiffs' Motion for Class Certification, Exhibits 2–3, 5–13, 16–19, 21–26, 28, 31–39, 41–47, 49–68, 70–99, 102–105, 107–109, 111–122, 124–126, 128, and 132–141 to the Declaration of Bobby Pouya In Support of Direct Purchaser Plaintiffs' Motion for Class Certification, and the Expert Report of Colin A. Carter, Ph.D., In Support of Direct Purchaser Plaintiffs' Motion for Class Certification. In support, DPPs state the following:

1. Portions of the Memorandum of Points and Authorities In Support of Direct Purchaser Plaintiffs' Motion for Class Certification contain confidential information from documents marked as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" and "HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."

2. The Expert Report of Colin A. Carter, Ph.D., In Support of Direct Purchaser Plaintiffs' Motion for Class Certification contains confidential information from documents marked as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" and "HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."

3. Exhibits 2–3, 5–13, 16–19, 21–26, 28, 31–39, 41–47, 49–68, 70–99, 102–105, 107–109, 111–122, 124–126, 128, and 132–141 to the Declaration of Bobby Pouya in Support of Direct Purchaser Plaintiffs' Motion for Class Certification are documents marked as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" or "HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."

4. The Agreed Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2." (ECF No. 202 at 11.)

5. Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must . . . move the court for leave to file the document under seal." L.R. 26.2(c).

6. In compliance with Local Rule 26.2(c), DPPs filed a public-record version of the Memorandum of Points and Authorities In Support of Direct Purchaser Plaintiffs' Motion for Class Certification, Exhibits 2–3, 5–13, 16–19, 21–26, 28, 31–39, 41–47, 49–68, 70–99, 102–105, 107–109, 111–122, 124–126, 128, and 132–141 to the Declaration of Bobby Pouya in Support of Direct Purchaser Plaintiffs' Motion for Class Certification, and the Expert Report of Colin A. Carter, Ph.D., In Support of Direct Purchaser Plaintiffs' Motion for Class Certification.

WHEREFORE, for these reasons, Direct Purchaser Plaintiffs respectfully request this Court enter an Order granting them leave to file under seal the Memorandum of Points and Authorities In Support of Direct Purchaser Plaintiffs' Motion for Class Certification, Exhibits 2–3, 5–13, 16–19, 21–26, 28, 31–39, 41–47, 49–68, 70–99, 102–105, 107–109, 111–122, 124–126, 128, and 132–141 to the Declaration of Bobby Pouya In Support of Direct Purchaser Plaintiffs' Motion for Class Certification, and the Expert Report of Colin A. Carter, Ph.D., In Support of Direct Purchaser Plaintiffs' Motion for Class Certification.

Dated: October 30, 2020

<table>
<tr><td>

W. Joseph Bruckner
Brian D. Clark
Simeon A. Morbey
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com

Bruce L. Simon
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com
nswartzberg@pswlaw.com

Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
mpearson@pswlaw.com
bpouya@pswlaw.com

***Direct Purchaser Plaintiffs Interim Co-Lead Class Counsel***

</td><td>

s/ *Steven A. Hart*
Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
John Marrese (#6306516)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
kpozan@hmelegal.com

***Direct Purchaser Plaintiffs Interim Liaison Class Counsel***

</td></tr>
</table>

4

**CERTIFICATE OF SERVICE**

    I, Steven A. Hart, depose and state that I have served a copy of Direct Purchaser Plaintiffs' Motion for Leave to File Under Seal the Memorandum of Points and Authorities In Support of Direct Purchaser Plaintiffs' Motion for Class Certification, Certain Exhibits to the Declaration of Bobby Pouya In Support of Direct Purchaser Plaintiffs' Motion for Class Certification, and the Expert Report of Colin A. Carter, Ph.D., In Support of Direct Purchaser Plaintiffs' Motion for Class Certification upon all counsel of record via the United States Court for the Northern District of Illinois' CM/ECF Document Filing System on October 30, 2020.

By: s/ *Steven A. Hart*

[x]    As provided by law pursuant to Rule 5(b) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein are true and correct.