UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | Case No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") hereby move the Court pursuant to Federal Rule of Civil Procedure 23 for an order certifying (1) an Injunctive Relief Class pursuant to Rule 23(b)(2) and (2) a Monetary Damages Class pursuant to Rule 23(b)(3) under the applicable state antitrust and consumer protection statutes and unjust enrichment of Arizona, California, the District of Columbia, Florida, Hawaii, Iowa, Illinois, Kansas, Massachusetts, Maine, Michigan, Minnesota, Missouri, Mississippi, Montana, North Carolina, North Dakota, Nebraska, New Hampshire, New Mexico, Nevada, New York, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Wisconsin, and West Virginia.

CIIPPs respectfully request certification of the proposed classes under the following class definitions:

(1) Injunctive Relief Class Pursuant to Rule 23(b)(2):

All entities that purchased Broilers[1] indirectly from a Defendant or named co-conspirator in the United States for their own use in

---

[1] Broilers are defined as: chickens raised for meat consumption to be slaughtered before the age of 13 weeks, and which may be sold in a variety of forms, including fresh or frozen, and whole or in parts, but excluding chicken that is grown, processed, and sold according to halal, kosher, free range, or organic

1

commercial food preparation from January 1, 2009, until July 31, 2019 (the "Class Period").

Excluded from the CIIPP class are: Natural persons who purchased Broilers for their personal use and not for commercial food preparation (End-User Consumers); purchases of Broilers directly from Defendants; purchases of Broilers for resale in unaltered form; purchases of Broilers from an intermediary who has further processed the Broiler; the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any Defendant; any federal, state governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action; and any co-conspirator identified in this action

(2) Monetary Damages Class Pursuant to Rule 23(b)(3):

All entities that purchased Broilers[2] indirectly from a Defendant or named co-conspirator in an Indirect Purchaser State[3] for their own use in commercial food preparation from January 1, 2009 until July 31, 2019 (the "Class Period").

Excluded from the CIIPP class are: Natural persons who purchased Broilers for their personal use and not for commercial food preparation (End-User Consumers); purchases of Broilers directly from Defendants; purchases of Broilers for resale in unaltered form; purchases of Broilers from an intermediary who has further processed the Broiler; the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any Defendant; any federal, state governmental entities, any judicial officer presiding over this action and the members of

---

standards. "Broilers" does not include dark meat chicken products, such as chicken thighs. The definition also does not include certain "further processed" products, which include any chicken meat that has been breaded, cooked, or "formed," such as patties, or nuggets; or products made from mechanically separated meat such as chicken sausages; or products that are ground, sliced, diced, or cubed. Marinated, seasoned, frozen and portioned products, that are not otherwise further processed, are included within the definition of Broilers.

[2] The definition of Broilers is the same for the damages class, as are the exclusions.

[3] CIIPPs are asserting damages claims where they reside or purchased Broilers in: Arizona, California, the District of Columbia, Florida, Hawaii, Iowa, Illinois, Kansas, Massachusetts, Maine, Michigan, Minnesota, Missouri, Mississippi, Montana, North Carolina, North Dakota, Nebraska, New Hampshire, New Mexico, Nevada, New York, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Wisconsin, or West Virginia.

      his/her immediate family and judicial staff, any juror assigned to this action; and any co-conspirator identified in this action

This motion is based on the accompanying Memorandum of Law in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Class Certification, all accompanying declarations and exhibits, the pleadings and papers on file in this action, oral argument and such other matters as the Court may consider in hearing the motion.

      Respectfully Submitted:

Dated: October 30, 2020

/s/ *Adam J. Zapala*
Adam J. Zapala
Tamarah Prevost
James G.B. Dallal
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
tprevost@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street, 10th Floor
New York, NY 10013
Tel: (212) 201-6820
abarnett@cpmlegal.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Brittany Resch
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, #2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

3

*Interim Co-Class Counsel on Behalf of
Commercial and Institutional Indirect Purchasers*

Kenneth A. Wexler
Edward A. Wallace
Melinda J. Morales
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
eaw@wexlerwallace.com
mjm@wexlerwallace.com

*Interim Liaison Counsel on Behalf of
Commercial and Institutional Indirect
Purchasers*