# EXHIBITS 1 - 147

## (Documents submitted under seal)