IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 TMD-JTG<br><br>Hon. Thomas M. Durkin<br>Mag. Judge Jeffrey T. Gilbert |
| This Document Relates To:<br><br>Commercial and Institutional Indirect Purchaser Plaintiff Actions | |

**EXPERT REPORT**

of

**Russell W. Mangum III, Ph.D.**

**Regarding Class Certification**

**UNDER SEAL**