# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>All End-User Consumer Plaintiffs Actions | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to the Northern District of Illinois Seventh General Order,[1] the undersigned counsel will not request an in-person presentment of the END-USER CONSUMER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, a copy of which is herewith served upon you. The Northern District of Illinois Seventh Amended General Order states that "the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding."[2] Counsel confirms that they are available for a hearing by electronic means, if the Court so requires.

DATED: October 30, 2020                    HAGENS BERMAN SOBOL SHAPIRO LLP

By    s/ Shana E Scarlett
       SHANA E. SCARLETT

Rio R. Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com

---

[1] Seventh Amended General Order 20-0012, October 29, 2020, *available at* https://www.ilnd.uscourts.gov/_assets/_documents/AMENDED%20GENERAL%20ORDER%202020-0012.pdf

[2] *Id.*

riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

*Interim Lead Counsel for End-User Consumer Plaintiffs*

Kit A. Pierson
Brent W. Johnson
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com
adeich@cohenmilstein.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
dsilverman@cohenmilstein.com

*Additional Counsel for End-User Consumer Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 30, 2020, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

      s/ Shana E. Scarlett      
SHANA E. SCARLETT
