UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>All End-User Consumer Plaintiff Actions | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a resident of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action. My business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

On October 30, 2020, I served via secure email transmission the following documents to the parties enumerated in the attached Service List:

1. [SEALED] End-User Consumer Plaintiffs' Motion for Class Certification;

2. [SEALED] Exhibits 1 through 173 to the Declaration of Steve W. Berman in Support of End-User Consumer Plaintiffs' Motion for Class Certification;

3. [SEALED] Declaration of Dr. David Sunding in Support of End-User Consumer Plaintiffs' Motion for Class Certification;

4. [SEALED] Declaration of Dr. Luis Cabral in Support of End-User Consumer Plaintiffs' Motion for Class Certification;

5. Proposed Order Granting Motion for Leave to File Under Seal End-User Consumer Plaintiffs' Motion for Class Certification and Supporting Documents; and

6. Proposed Order Granting End-User Consumer Plaintiffs' Motion for Class Certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of October 2020 at Berkeley, California.

s/ Jeaneth Decena
JEANETH DECENA

| Defendant | Contact | E-mail |
|---|---|---|
| **Agri Stats** | William Monts | william.monts@hoganlovells.com |
| | Justin Bernick | justin.bernick@hoganlovells.com |
| | Jacob Koering | koering@millercanfield.com |
| | Kimberly Rancour | kimberly.rancour@hoganlovells.com |
| | Liam Phibbs | liam.phibbs@hoganlovells.com |
| | Olga Fleysh | olga.fleysh@hoganlovells.com |
| **Claxton Poultry Farms** | Charles C. Murphy, Jr. | cmurphy@vaughanandmurphy.com |
| | Jim Herbison | JHerbison@winston.com |
| | Michael P. Mayer | mmayer@winston.com |
| | Greg Wilkowski | gwilkowski@winston.com |
| | Tom Neuner | Tneuner@winston.com |
| **Fieldale Farms** | Parker Miller | parker.miller@alston.com |
| | Valarie Williams | Valarie.Williams@alston.com |
| | Max Marks | Max.Marks@alston.com |
| | Jeff Hannah | Jeff.Hannah@alston.com |
| | Doug Cunningham | Doug.Cunningham@alston.com |
| | Tony Greene | Tony.Greene@alston.com |
| | Brent Hatcher | bhatcher@sgwmfirm.com |
| **Foster Farms** | Carmine Zarlenga | czarlenga@mayerbrown.com |
| | Oral Pottinger | opottinger@mayerbrown.com |
| | William Stallings | Wstallings@mayerbrown.com |
| | Steve Medlock | smedlock@mayerbrown.com |
| | Sasha Keck | skeck@mayerbrown.com |
| | Rob McCabe | RMcCabe@mayerbrown.com |
| | Ankur Mandhania | Amandhania@mayerbrown.com |
| **George's** | William Greene | William.greene@stinson.com |
| | KC Tucker | kc.tucker@lawgroupnwa.com |
| | John C. Martin | jmartin@sfgh.com |
| | Kristy Elizabeth Boehler | kristy.boehler@lawgroupnwa.com |
| | Zachary H Hemenway | zachary.hemenway@stinson.com |
| | Nicci Warr | nicci.warr@stinson.com |
| | Kevin Kitchen | kevin.kitchen@stinson.com |
| | Gary Weeks | gary.weeks@lawgroupnwa.com |
| | Pete Schwingler | peter.schwingler@stinson.com |
| **Harrison Poultry** | Patricia A. Gorham | patriciagorham@eversheds-sutherland.com |
| | James R. McGibbon | jimmcgibbon@eversheds-sutherland.com |
| | Clay H. Phillips | cphillips@salawus.com |
| | Kaitlin Carreno | KaitlinCarreno@eversheds-sutherland.us |
| | Dylan de Fouw | DylandeFouw@eversheds-sutherland.us |
| | Peter Szeremeta | PeterSzeremeta@eversheds-sutherland.us |
| **House of Raeford Farms** | Gregory Wrobel | gwrobel@vedderprice.com |
| | Henry Jones | hjones@jordanprice.com |
| **Koch Foods** | Stephen Novack | snovack@novackmacey.com |
| | Stephen Siegel | SSiegel@novackmacey.com |
| | Christopher Moore | CMoore@novackmacey.com |

| Defendant | Contact | E-mail |
|---|---|---|
| | Julie A. Johnston-Ahlen | jja@novackmacey.com |
| | Brian Cohen | bcohen@novackmacey.com |
| | Marie Lim | mlim@novackmacey.com |
| | Elizabeth Wolicki | ewolicki@novackmacey.com |
| **Mar-Jac Poultry** | Ed Konieczny | ed@koniecznylaw.com |
| | David Newman | dnewman@sgrlaw.com |
| | Parker Sanders | psanders@sgrlaw.com |
| | Mark Cline | mcline@sgrlaw.com |
| | John Pennington | jpennington@sgrlaw.com |
| **Mountaire Farms** | Bourgon Reynolds | breynolds@roselawfirm.com |
| | Andrew Rittenhouse | arittenhouse@roselawfirm.com |
| | Adam Hopkins | ahopkins@roselawfirm.com |
| | Amanda Wofford | awofford@roselawfirm.com |
| | John Treece | jtreece@jwtreece.com |
| | Ramona Beritiech | rberitiech@roselawfirm.com |
| **OK Foods** | James Sulentic | james.sulentic@kutakrock.com |
| | John Passarelli | john.passarelli@kutakrock.com |
| | J.R. Carroll | jr.carroll@kutakrock.com |
| | Jeffrey Fletcher | jeffrey.fletcher@kutakrock.com |
| | Kimberly Hare | kimberly.hare@kutakrock.com |
| | Stephen Dacus | stephen.dacus@kutakrock.com |
| **Peco Foods** | Boris Bersheteyn | Boris.Bershteyn@skadden.com |
| | Patrick Fitzgerald | Patrick.Fitzgerald@skadden.com |
| | Lara Flath | lara.flath@skadden.com |
| | Peter Cheun | peter.cheun@skadden.com |
| | Gail Lee | Gail.Lee@skadden.com |
| **Perdue** | Leonard Gordon | lgordon@Venable.com |
| | Andrew Hernacki | ATHernacki@Venable.com |
| | Doug Baldridge | JBaldridge@Venable.com |
| | Lisa Jose Fales | ljfales@venable.com |
| | Robert Davis | RPDavis@Venable.com |
| | Benjamin Argyle | bpargyle@Venable.com |
| | Zak Varshovi | ZKVarshovi@Venable.com |
| | Andrew Dickson | ABDickson@Venable.com |
| | Thomasina Abraham | TDAbraham@Venable.com |
| | Danielle Foley | DRFoley@Venable.com |
| **Pilgrim's Pride** | Clayton Bailey | cbailey@baileybrauer.com |
| | Carrie Mahan | carrie.mahan@weil.com |
| | Service | PilgrimsPride.Service@weil.com |
| | Michael McCluggage | mmccluggage@EimerStahl.com |
| **Sanderson Farms** | Christa Cottrell | christa.cottrell@kirkland.com |
| | Martin Roth | rothm@kirkland.com |
| | Stacy Pepper | stacy.pepper@kirkland.com |
| | Jessica Giulitto | jessica.giulitto@kirkland.com |
| | Kathleen Cawley | kcawley@kirkland.com |

| Defendant | Contact | E-mail |
|---|---|---|
| | Blaise Danly | blaise.danly@kirkland.com |
| | Kyle Casey | kyle.casey@kirkland.com |
| | Tucker Hunter | tucker.hunter@kirkland.com |
| | Jenna Stupar | jenna.stupar@kirkland.com |
| | Amelia Bailey | amelia.bailey@kirkland.com |
| | Barry Frett | barry.frett@kirkland.com |
| | Kate Guilfoyle | kate.guilfoyle@kirkland.com |
| | Anne Hudson | anne.hudson@kirkland.com |
| | Camil Sanchez Palumbo | camil.sanchezpalumbo@kirkland.com |
| | Sarah Brodwolf | sarah.brodwolf@kirkland.com |
| | Michelle Beglin | michelle.beglin@kirkland.com |
| | Joe Schroeder | joseph.schroeder@kirkland.com |
| | Melissa Chambers | melissa.chambers@kirkland.com |
| | Daniel Laytin | daniel.laytin@kirkland.com |
| | Lynn Murray | lhmurray@shb.com |
| **Simmons Foods** | Laurie Novion | lnovion@shb.com |
| | Riley Mendoza | rmendoza@shb.com |
| | Mia Fleming | mkfleming@shb.com |
| | John Elrod | jelrod@cwlaw.com |
| | Peter O'Neill | pfoneill@shb.com |
| | Vicki Bronson | vbronson@cwlaw.com |
| | Rachel Adcox | radcox@axinn.com |
| **Tyson** | Nicholas Gaglio | ngaglio@axinn.com |
| | Kenina Lee | klee@axinn.com |
| | John Tanski | jtanski@axinn.com |
| | Jarod Taylor | jtaylor@axinn.com |
| | Daniel Oakes | doakes@axinn.com |
| | Michael O'Mara | momara@axinn.com |
| | Brooke Oppenheimer | boppenheimer@axinn.com |
| | Kail Jethmalani | kjethmalani@axinn.com |
| | Jordan Tank | jmt@lipelyons.com |
| | Christopher Ondeck | condeck@proskauer.com |
| **Wayne Farms** | Rucha Desai | rdesai@proskauer.com |
| | Stephen Chuk | schuk@proskauer.com |
| | Joe Carney | jdc@jdcarney.com |
| **Case Foods** | Deborah Klar | dklar@dklarlaw.com |
| | Daniel Feeney | dfeeney@millershakman.com |
| | Thomas Staunton | tstaunton@millershakman.com |
| | Jamie Krafcik | ca@jdcarney.com |
| | Paul Binder | binderpl@yahoo.com |
| | Service | case@jdcarney.com |
| | Howard Iwrey | HIwrey@dykema.com |
| **Amick** | Dante Stella | dstella@dykema.com |
| | Cody Rockey | crockey@dykema.com |
| | Steven Gistenson | sgistenson@dykema.com |
| | Cale Johnson | cjohnson@dykema.com |

| Class | Contact | E-mail |
|---|---|---|
| DPPs | W. Joseph Bruckner | wjbruckner@locklaw.com |
| | Elizabeth R. Odette | erodette@locklaw.com |
| | Brian D. Clark | bdclark@locklaw.com |
| | Simeon A. Morbey | samorbey@locklaw.com |
| | Elizabeth M. Sipe | emsipe@locklaw.com |
| | Bruce L. Simon | bsimon@pswlaw.com |
| | Daniel L. Warshaw | dwarshaw@pswlaw.com |
| | Neil Swartzberg | nswartzberg@pswlaw.com |
| | Clifford H. Pearson | cpearson@pswlaw.com |
| | Michael H. Pearson | mpearson@pswlaw.com |
| | Bobby Pouya | bpouya@pswlaw.com |
| | Ellowene Grant | egrant@pswlaw.com |
| | Steven Hart | shart@hmelegal.com |
| | Brian Eldridge | beldridge@hmelegal.com |
| | Kyle Pozan | kpozan@hmelegal.com |
| | John Marrese | jmarrese@hmelegal.com |
| CIIPPs | Daniel E. Gustafson | dgustafson@gustafsongluek.com |
| | Daniel C. Hedlund | dhedlund@gustafsongluek.com |
| | Michelle J. Looby | mlooby@gustafsongluek.com |
| | Joshua R. Rissman | jrissman@gustafsongluek.com |
| | Brittany N. Resch | bresch@gustafsongluek.com |
| | Jamie L. Holzer | jholzer@gustafsongluek.com |
| | Gabrielle Olivieri Sliwka | gsliwka@gustafsongluek.com |
| | Joseph W. Cotchett | jcotchett@cpmlegal.com |
| | Adam J. Zapala | azapala@cpmlegal.com |
| | Tamarah P. Prevost | tprevost@cpmlegal.com |
| | Mark F. Ram | mram@cpmlegal.com |
| | Alex Barnett | abarnett@cpmlegal.com |
| | Adam Trott | atrott@cpmlegal.com |
| | Jaclyn Verducci | jverducci@cpmlegal.com |
| | Carlo Lipson | clipson@cpmlegal.com |
| | Allison Cox | acox@cpmlegal.com |
| | Michael Caylao | mcaylao@cpmlegal.com |
| | Melanie Meneses | mmeneses@cpmlegal.com |
| | Joseph Alioto, Jr. | jalioto@cpmlegal.com |
| | Kenneth A. Wexler | kaw@wexlerwallace.com |
| | Edward A. Wallace | eaw@wexlerwallace.com |
| | Michelle Perkovic | mp@wexlerwallace.com |
| | Melinda Morales | mjm@wexlerwallace.com |
| EUCPs | Steve W. Berman | steve@hbsslaw.com |
| | Jason Zweig | jasonz@hbsslaw.com |
| | Rio Pierce | riop@hbsslaw.com |
| | Shana Scarlett | shanas@hbsslaw.com |
| | Kit A. Pierson | kpierson@cohenmilstein.com |
| | Brent W. Johnson | bjohnson@cohenmilstein.com |

| Class | Contact | E-mail |
|---|---|---|
| | Carol V. Gilden | cgilden@cohenmilstein.com |
| | Daniel H. Silverman | dsilverman@cohenmilstein.com |
| | Alison Deich | adeich@cohenmilstein.com |
| | Benjamin Brown | bbrown@cohenmilstein.com |
| | Breanna Van Engelen | breannav@hbsslaw.com |
| | Ben Siegel | bens@hbsslaw.com |
| **Direct Action Plaintiffs Affiliated Foods, ALEX LEE, INC., MERCHANTS DISTRIBUTORS, LLC, ASSOCIATED GROCERS OF NEW ENGLAND, INC., BIG Y FOODS, INC., FAREWAY STORES, INC., PIGGLY WIGGLY ALABAMA DISTRIBUTING CO., INC. and WOODMAN'S FOOD MARKET, INC.** | Eric R. Lifvendahl | elifvendahl@lowis-gellen.com |
| | Evan Boyle | epb@willmont.com |
| | Robert N. Kaplan | rkaplan@kaplanfox.com |
| | Matthew P. McCahill | mmccahill@kaplanfox.com |
| | Johnny K. Merritt | jmerritt@legalstrategy.com |
| | Richard L. Coffman | rcoffman@coffmanlawfirm.com |
| | Solomon B. Cera | scera@cerallp.com |
| | Jeffrey P. Campisi | jcampisi@kaplanfox.com |
| | Mandrika Moonsammy | mmoonsammy@kaplanfox.com |
| | Elizabeth Black | eblack@hsblawfirm.com |
| | Mary Eldridge | meldridge@hsblawfirm.com |
| | C. Andrew Dirksen | cdirksen@cerallp.com |
| **Direct Action Plaintiffs Winn-Dixie Stores & Bi-Lo Holdings** | Patrick J. Ahern | patrick.ahern@ahernandassociatespc.com |
| | Theodore B. Bell | theo.bell@ahernandassociatespc.com |
| | Liana Alston | liana.alston@ahernandassociatespc.com |
| **Direct Action Plaintiff Sysco Corporation** | Scott E. Gant | sgant@bsfllp.com |
| | Jonathan M. Shaw | jshaw@bsfllp.com |
| | Kyle Smith | ksmith@bsfllp.com |
| | Erica Spevack | espevack@bsfllp.com |
| | Simon Leen | sleen@bsfllp.com |
| **Direct Action Plaintiff US Foods, Inc.** | Scott E. Gant | sgant@bsfllp.com |
| | Jonathan M. Shaw | jshaw@bsfllp.com |
| | Kyle Smith | ksmith@bsfllp.com |
| | Erica Spevack | espevack@bsfllp.com |
| | Simon Leen | sleen@bsfllp.com |
| **Direct Action Plaintiffs The Kroger Co., Hy-Vee Inc., & Albertsons Companies Inc.** | Bill Blechman | wjb@knpa.com |
| | Doug Patton | dpatton@knpa.com |
| | Sam Randall | srandall@knpa.com |
| | Brandon Floch | bfloch@knpa.com |
| | Maribel Garcia | mgarcia@knpa.com |

| Class | Contact | E-mail |
|---|---|---|
| Direct Action Plaintiffs Associated Grocers of the South, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; OSI Restaurant Partners, LLC; Publix Super Markets, Inc.; Supervalu Inc.; & Wakefern Food Corp. | Paul Slater | PES@Sperling-law.com |
| | Joseph Vanek | jvanek@sperling-law.com |
| | David Germaine | dgermaine@sperling-law.com |
| | John Bjork | jbjork@sperling-law.com |
| | Martin Amaro | MAmaro@sperling-law.com |
| | Phil Cramer | pcramer@srvhlaw.com |
| | Ryan Holt | RHolt@srvhlaw.com |
| | Stacie Beishuizen | sbeishuizen@srvhlaw.com |
| | Jerry Santangelo | jsantangelo@sperling-law.com |
| Direct Action Plaintiff Jetro Holdings, LLC | Philip J. Iovieno | piovieno@bsfllp.com |
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | msinger@bsfllp.com |
| | Nicholas A. Gravante, Jr. | ngravante@bsfllp.com |
| | Ryan McAllister | rmcallister@bsfllp.com |
| Direct Action Plaintiff Ahold Delhaize USA, Inc. | Ryan Phair | rphair@huntonak.com |
| | Jack Martin | martinj@HuntonAK.com |
| | Emily Bolles | ebolles@huntonak.com |
| | Carter Simpson | csimpson@HuntonAK.com |
| | Julie Porter | porter@spplawyers.com |
| Direct Action Plaintiff BJ's Warehouse Club, Inc. | Philip J. Iovieno | piovieno@bsfllp.com |
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | msinger@bsfllp.com |
| | Nicholas A. Gravante, Jr. | ngravante@bsfllp.com |
| | Ryan McAllister | rmcallister@bsfllp.com |
| Direct Action Plaintiff Maximum Quality Foods, Inc. | Philip J. Iovieno | piovieno@bsfllp.com |
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | msinger@bsfllp.com |
| | Nicholas A. Gravante, Jr. | ngravante@bsfllp.com |
| | Ryan McAllister | rmcallister@bsfllp.com |
| Direct Action Plaintiff Associated Wholesale Grocers, Inc. | Dan Owen | dowen@polsinelli.com |
| | Amy Fitts | afitts@polsinelli.com |
| | Gabe Zorogastua | gzorogastua@polsinelli.com |
| | Kim Murray | kmurray@polsinelli.com |
| Direct Action Plaintiff Hooters of America, LLC | David Esau | desau@carltonfields.com |
| | Sarah Cortvriend | scortvriend@carltonfields.com |
| | Kristin Gore | kgore@carltonfields.com |
| | Amanda Jesteadt | ajesteadt@carltonfields.com |
| | Joseph Vanek | jvanek@sperling-law.com |
| | Michael Dickler | mdickler@sperling-law.com |
| Direct Action Plaintiffs Sherwood Food Distributors, L.L.C.; Harvest Meat Company, Inc.; Western Boxed Meat Distributors, Inc.; and Hamilton Meat, LLC | Philip J. Iovieno | piovieno@bsfllp.com |

| Class | Contact | E-mail |
|---|---|---|
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | msinger@bsfllp.com |
| | Nicholas A. Gravante, Jr. | ngravante@bsfllp.com |
| | Ryan McAllister | rmcallister@bsfllp.com |
| **Direct Action Plaintiff Darden Restaurants, Inc.** | Philip J. Iovieno | piovieno@bsfllp.com |
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | msinger@bsfllp.com |
| | Nicholas A. Gravante, Jr. | ngravante@bsfllp.com |
| | Ryan McAllister | rmcallister@bsfllp.com |
| **Direct Action Plaintiff QUIRCH FOODS, LLC, f/k/a/ QUIRCH FOODS CO.** | Marvin A. Miller | mmiller@millerlawllc.com |
| | Matthew E. Van Tine | mvantine@millerlawllc.com |
| | Andrew Szot | aszot@millerlawllc.com |
| | Jay Shapiro | jshapiro@stearnsweaver.com |
| | Samuel Patmore | spatmore@stearnsweaver.com |
| | Carlos Canino | ccanino@stearnsweaver.com |
| | Abigail Corbett | acorbett@stearnsweaver.com |
| **Direct Action Plaintiffs ACTION MEAT DISTRIBUTORS, INC., ASSOCIATED FOOD STORES, INC., BASHAS' INC., CERTCO, INC., DICARLO DISTRIBUTORS, INC., IRA HIGDON GROCERY COMPANY, INC., NICHOLAS & CO., INC., PACIFIC AGRI-PRODUCTS, INC., PACIFIC FOOD DISTRIBUTORS, INC., TROYER FOODS, INC., URM STORES, INC., and WEINSTEIN WHOLESALE MEATS, INC.** | Eric R. Lifvendahl | elifvendahl@lowis-gellen.com |
| | Evan Boyle | epb@willmont.com |
| | Robert N. Kaplan | rkaplan@kaplanfox.com |
| | Matthew P. McCahill | mmccahill@kaplanfox.com |
| | Johnny K. Merritt | jmerritt@legalstrategy.com |
| | Richard L. Coffman | rcoffman@coffmanlawfirm.com |
| | Solomon B. Cera | scera@cerallp.com |
| | C. Andrew Dirksen | cdirksen@cerallp.com |
| **Direct Action Plaintiffs ASSOCIATED GROCERS, INC., BROOKSHIRE GROCERY COMPANY, And SCHNUCK MARKETS, INC.** | Eric R. Lifvendahl | elifvendahl@lowis-gellen.com |
| | Robert N. Kaplan | rkaplan@kaplanfox.com |
| | Matthew P. McCahill | mmccahill@kaplanfox.com |
| | Johnny K. Merritt | jmerritt@legalstrategy.com |
| | Richard L. Coffman | rcoffman@coffmanlawfirm.com |
| | Solomon B. Cera | scera@cerallp.com |
| | C. Andrew Dirksen | cdirksen@cerallp.com |
| **Direct Action Plaintiffs HOWARD SAMUELS AS TRUSTEE IN BANKRUPTCY FOR CENTRAL GROCERS, INC., CBBC OPCO, LLC, d/b/a COLORADO BOXED BEEF and KING SOLOMON FOODS, INC.** | Eric R. Lifvendahl | elifvendahl@lowis-gellen.com |
| | Robert N. Kaplan | rkaplan@kaplanfox.com |

| Class | Contact | E-mail |
|---|---|---|
| | Matthew P. McCahill | mmccahill@kaplanfox.com |
| | Johnny K. Merritt | jmerritt@legalstrategy.com |
| | Richard L. Coffman | rcoffman@coffmanlawfirm.com |
| | Solomon B. Cera | scera@cerallp.com |
| | C. Andrew Dirksen | cdirksen@cerallp.com |
| **Direct Action Plaintiff W. LEE FLOWERS & COMPANY, INC.** | Eric R. Lifvendahl | elifvendahl@lowis-gellen.com |
| | Robert N. Kaplan | rkaplan@kaplanfox.com |
| | Matthew P. McCahill | mmccahill@kaplanfox.com |
| | Johnny K. Merritt | jmerritt@legalstrategy.com |
| | Richard L. Coffman | rcoffman@coffmanlawfirm.com |
| | Solomon B. Cera | scera@cerallp.com |
| | C. Andrew Dirksen | cdirksen@cerallp.com |
| | Manton Grier | mgrier@hsblawfirm.com |
| | Elizabeth Black | eblack@hsblawfirm.com |
| | Mary Eldridge | meldridge@hsblawfirm.com |
| **Direct Action Plaintiffs UNITED SUPERMARKETS, LLC; KRISPY KRUNCHY FOODS, LLC; and CHENEY BROS., INC.** | Joseph Vanek | jvanek@sperling-law.com |
| | John Bjork | jbjork@sperling-law.com |
| | Michael Dickler | mdickler@sperling-law.com |
| | David Esau | desau@carltonfields.com |
| | Sarah Cortvriend | scortvriend@carltonfields.com |
| | Kristin Gore | kgore@carltonfields.com |
| | Amanda Jesteadt | ajesteadt@carltonfields.com |
| | Stephen Cohen | scohen@carltonfields.com |
| | Jana Eisinger | jeisinger@eisingerlawfirm.com |
| | Clay Taylor | Clay.Taylor@bondsellis.com |
| **Direct Action Plaintiffs Shamrock Foods Company and United Food Service, Inc.** | Robert Turken | rturken@bilzin.com |
| | Scott Wagner | swagner@bilzin.com |
| | Lori Lustrin | llustrin@bilzin.com |
| | Ilana Drescher | Idrescher@bilzin.com |
| | Jerry Goldsmith | Jgoldsmith@bilzin.com |
| **Direct Action Plaintiffs CHECKERS DRIVE-IN RESTAURANTS, INC.** | Joseph Vanek | jvanek@sperling-law.com |
| | Michael Dickler | mdickler@sperling-law.com |
| | David Esau | desau@carltonfields.com |
| | Sarah Cortvriend | scortvriend@carltonfields.com |
| | Kristin Gore | kgore@carltonfields.com |
| | Amanda Jesteadt | ajesteadt@carltonfields.com |
| | Stephen Cohen | scohen@carltonfields.com |
| **Direct Action Plaintiffs GIANT EAGLE** | Erin Allen | Allen@marcus-shapira.com |
| | Moira Cain-Mannix | Cain-Mannix@marcus-shapira.com |
| | Bernie Marcus | Marcus@marcus-shapira.com |

| Class | Contact | E-mail |
|---|---|---|
| **Direct Action Plaintiffs Conagra Brands, Inc. Pinnacle Foods, Inc., Kraft Heinz Foods Company, Nestlé USA, Inc. and Nestlé Purina PetCare Company** | David Eddy | deddy@theantitrustlawgroup.com |
| | Dennis Lynch | dlynch@theantitrustlawgroup.com |
| **Direct Action Plaintiff Services Group of America, Inc.** | Greg Casas | casasg@gtlaw.com |
| | Dominic Draye | drayed@gtlaw.com |
| | Tom Dutton | duttont@gtlaw.com |
| | Erik Weber | weberer@gtlaw.com |
| | Zach Douglas | douglasz@gtlaw.com |
| | Cindy Reed | reedci@gtlaw.com |
| | Vanessa Pinkerton | pinkertonv@gtlaw.com |
| **Direct Action Plaintiff Walmart** | Shawn Rabin | srabin@SusmanGodfrey.com |
| | Patrick Redmon | predmon@susmangodfrey.com |
| | Ryan Caughey | rcaughey@susmangodfrey.com |
| | Steven Shepard | SShepard@susmangodfrey.com |
| | Rodney Polanco | rpolanco@susmangodfrey.com |
| **Direct Action Plaintiff Commonwealth of Puerto Rico** | Johan M. Rosa Rodriguez | jorosa@justicia.pr.gov |
| | Todd Schneider | tschneider@schneiderwallace.com |
| | Kyle Bates | kbates@schneiderwallace.com |
| | Peter Schneider | pschneider@schneiderwallace.com |
| | Michael Mulder | mmmulder@mmulderlaw.com |
| | Elena Liveris | eliveris@mmulderlaw.com |
| **USDOJ** | Heather Call | Heather.Call@usdoj.gov |
| | Michael Koenig | Michael.Koenig@usdoj.gov |
| | George Baranko | George.Baranko@usdoj.gov |
| | Frederick Levenson | Frederick.Levenson@usdoj.gov |
| | Paul Torzilli | paul.torzilli@usdoj.gov |