UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br>The Honorable Jeffery T. Gilbert |

**DEFENDANTS' RESPONSE TO DIRECT PURCHASER PLAINTIFFS'
MOTION TO APPOINT SPECIAL MASTERS FOR SETTLEMENT**

Direct Purchaser Plaintiffs (DPPs) request that this Court now order the appointment of Special Masters for Settlement because "the close of fact discovery is in sight" and DPPs share the Court's goal of expediently resolving this case. Dkt. 3866, Mot. to Appoint Special Masters ("Mot.") at 1.[1] Defendants too share this goal. Indeed, Defendants are looking forward to presenting—for the first time—their arguments and the evidence in opposition to class certification and in favor of summary judgment. Defendants believe that expedient resolution may be achieved through resolution of those motions. Put simply, Defendants deserve their day in court. Accordingly, Defendants oppose DPPs' request for court-mandated settlement discussions amongst all sixteen remaining Defendants, collectively, and the entire DPP class.

This Court is well aware of the time, effort, and money all sides have invested in this case. In the four years since DPPs first brought this lawsuit, Defendants have worked diligently to mount

---

[1] DPPs do not specify which parties they propose participate in settlement discussions should the Court grant their request to appoint Special Masters for Settlement. Because the Motion is not joined by either of the other two classes or any of the Direct-Action Plaintiffs, Defendants assume DPPs' request is limited to the DPP class. For this reason, Defendants that previously settled with DPPs do not join this response.

their defense. This has included serving hundreds of discovery requests, responding to hundreds of discovery requests, producing millions of documents, taking over a hundred depositions, defending over a hundred depositions, and retaining multiple experts. On the basis of this work, the work yet to come—including dozens of depositions scheduled to take place in the coming months—and the strength of their case, Defendants eagerly anticipate addressing Plaintiffs' class certification arguments and the merits of their supply reduction and Georgia Dock conspiracy allegations. Defendants are not interested in negotiating a resolution through collective settlement now, even before presenting this Court with the compelling evidence in their favor on class certification and summary judgment. Accordingly, Defendants do not believe court-mandated collective settlement discussions are warranted at this time.

The DPPs' request also makes no practical sense given the current status of the case. The parties are all working tirelessly to complete fact discovery and prepare for upcoming briefing during a global pandemic. DPPs highlight the remaining work on the horizon, Mot. at 2, but they fail to acknowledge that Defendants must continue to litigate against the other two classes and push forward with class certification briefing and expert work regardless of what transpires between Defendants and DPPs. This is, of course, on top of defending against the allegations brought by over 100 Direct Action Plaintiffs, who are currently attempting to expand and shift the scope of their consolidated complaint. Court-mandated settlement discussions with DPPs at this juncture will be a costly and time-consuming distraction during what is arguably the most critical and busiest time in this case.

Moreover, there is nothing preventing DPPs from entering into settlement discussions with any one individual Defendant. Indeed, DPPs have already settled with four individual Defendants—Fieldale, Peco, George's, and Amick. They are free to approach any other Defendant

with a settlement offer, and vice versa. But Defendants should not be forced to the settlement table, as a group, on the eve of significant and potentially dispositive motions, before they first have a chance to present their evidence and arguments to the Court.

For the reasons stated above, Defendants oppose DPPs' request for entry of Order appointing Special Masters for Settlement.[2]

Dated: November 2, 2020

Respectfully submitted,

*/s/ Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

---

[2] DPPs took the liberty of contacting Judges Castillo and Denlow before notifying Defendants of their intention to file this motion. Defendants have great respect for Judges Castillo and Denlow. However, given Defendants' position on this motion, Defendants do not believe that either should be appointed at this time. Should Defendants' position change or if the Court decides to appoint one or more Special Masters, Defendants would be happy to meet and confer with DPPs on appropriate mediators for any mediation or settlement discussions.

DEFENDANTS' ATTORNEYS

WEIL GOTSHAL & MANGES LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

Jessica L. Falk (#4763686)
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
jessica.falk@weil.com

BAILEY BRAUER PLLC

Clayton E. Bailey (admitted *pro hac vice*)
8350 N. Central Expressway, Ste. 206
Dallas, TX 75206
Telephone: (214) 360-7433
Facsimile: (214) 360-7424
cbailey@baileybrauer.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

| | |
|---|---|
| By: /s/ *John W. Treece* <br> John W. Treece (#3122889) <br> 1135 West Montana Street <br> Chicago, IL 60614 <br> Telephone: (312) 961-7808 <br> jtreece@jwtreece.com <br><br> ROSE LAW FIRM <br><br> Amanda K. Wofford (admitted *pro hac vice*) <br> Bourgon Reynolds (admitted *pro hac vice*) <br> 120 East Fourth Street <br> Little Rock, Arkansas 72201 <br> Telephone: (501) 375-9131 <br> Facsimile: (501) 375-1309 <br> awofford@roselawfirm.com <br> breynolds@roselawfirm.com <br><br> *Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* | MAYER BROWN LLP <br><br> By: /s/ *Carmine R. Zarlenga* <br> Carmine R. Zarlenga (#90784529) <br> William H. Stallings (admitted *pro hac vice*) <br> Stephen M. Medlock (admitted *pro hac vice*) <br> Oral D. Pottinger (admitted *pro hac vice*) <br> 1999 K Street N.W. <br> Washington, DC 20006 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> czarlenga@mayerbrown.com <br> wstallings@mayerbrown.com <br> smedlock@mayerbrown.com <br> opottinger@mayerbrown.com <br><br> *Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation* |

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*

| | |
|---|---|
| KUTAK ROCK LLP | EDWARD C. KONIECZNY LLC |
| By: /s/ *John P. Passarelli* | By: */s/ Edward C. Konieczny* |
| John P. Passarelli (admitted *pro hac vice*) | Edward C. Konieczny (admitted *pro hac vice*) |
| James M. Sulentic (admitted *pro hac vice*) | 400 Colony Square, Ste 1501 |
| 1650 Farnam Street | 1201 Peachtree Street, NE |
| Omaha, NE 68102 | Atlanta, GA 30361 |
| Telephone: (402) 346-6000 | Telephone: (404) 380-1430 |
| Facsimile: (402) 346-1148 | Facsimile: (404) 382-6011 |
| john.passarelli@kutakrock.com | ed@koniecznylaw.com |
| james.sulentic@kutakrock.com | |

SMITH, GAMBRELL & RUSSELL, LLP

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

James L. Thompson
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 445-4623
F: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

*Attorneys for Defendants Mar-Jac Poultry, Inc.*

| | |
|---|---|
| VAUGHAN & MURPHY | HOGAN LOVELLS US LLP |
| By: /s/ *Charles C. Murphy, Jr.* <br> Charles C. Murphy, Jr. (admitted *pro hac vice*) <br> 690 S Ponce Court NE <br> Atlanta, GA 30307 <br> Telephone: (404) 667-0714 <br> Facsimile: (404) 529-4193 <br> cmurphy@vaughanandmurphy.com | By: /s/ *William L. Monts III* <br> William L. Monts III (admitted *pro hac vice*) <br> Justin W. Bernick (admitted *pro hac vice*) <br> 555 Thirteenth Street, N.W. <br> Washington, D.C. 20004-1109 <br> Telephone: (202) 637-5910 <br> Facsimile: (202) 637-5911 <br> william.monts@hoganlovells.com <br> justin.bernick@hoganlovells.com |
| WINSTON & STRAWN LLP <br><br> James F. Herbison <br> Michael P. Mayer <br> 35 West Wacker Drive <br> Chicago, Illinois 60601 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br> jherbison@winston.com <br> mmayer@winston.com | MILLER, CANFIELD, PADDOCK, AND STONE P.L.C. <br><br> Jacob D. Koering <br> 225 West Washington Street, Ste 2600 <br> Chicago, Illinois 60606 <br> Telephone: (312) 460-4272 <br> Facsimile: (312) 460-4201 <br> koering@millercanfield.com |
| *Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms* | *Attorneys for Defendant Agri Stats, Inc.* |

| | |
|---|---|
| SHOOK HARDY & BACON LLP | AXINN, VELTROP & HARKRIDER LLP |
| By: /s/ *Lynn H. Murray* <br> Lynn H. Murray <br> 111 S. Wacker Dr., Ste 4700 <br> Chicago IL 60606 <br> Telephone: (312) 704-7700 <br> Facsimile: (312) 558-1195 <br> lhmurray@shb.com | By: /s/ *Rachel J. Adcox* <br> Rachel J. Adcox (#1001488) <br> Daniel K. Oakes (admitted *pro hac vice*) <br> Kenina J. Lee (admitted *pro hac vice*) <br> 950 F Street NW, Ste 700 <br> Telephone: (202) 912-4700 <br> Facsimile: (202) 912-4701 <br> radcox@axinn.com <br> doakes@axinn.com <br> klee@axinn.com |
| Laurie A. Novion <br> 2555 Grand Blvd. <br> Kansas City, MO 64108 <br> Telephone: (816) 474-6550 <br> Facsimile: (816) 421-5547 <br> lnovion@shb.com | John M. Tanski (admitted *pro hac vice*) <br> Jarod G. Taylor (admitted *pro hac vice*) <br> 90 State House Square <br> Hartford, CT 06103 <br> Telephone: (860) 275-8100 <br> Facsimile: (860) 275-8101 <br> jtanski@axinn.com <br> jtaylor@axinn.com |
| CONNER & WINTERS <br><br> John R. Elrod <br> Vicki Bronson (admitted *pro hac vice*) <br> 4375 N. Vantage Drive, Ste. 405 <br> Fayetteville, AR 72703 <br> Telephone: (479) 582-5711 <br> jelrod@cwlaw.com <br> vbronson@cwlaw.com | Nicholas E.O. Gaglio (admitted *pro hac vice*) <br> 114 West 47th Street <br> New York, NY 10036 <br> Telephone: (212) 728-2200 <br> Facsimile: (212) 261-5654 <br> ngaglio@axinn.com |
| *Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.* | LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD. <br><br> Jordan M. Tank <br> 230 West Monroe, Street, Ste 2260 <br> Chicago, IL 60606 <br> Telephone: (312) 702-0586 <br> Facsimile: (312) 726-2273 <br> jmt@lipelyons.com <br><br> *Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.* |

| | |
|---|---|
| EVERSHEDS SUTHERLAND (US) LLP | JOSEPH D. CARNEY & ASSOCIATES LLC |
| By: /s/ *Patricia A. Gorham* <br> James R. McGibbon (admitted *pro hac vice*) <br> Patricia A. Gorham (admitted *pro hac vice*) <br> Peter M. Szeremeta (admitted *pro hac vice*) <br> Kaitlin A. Carreno (admitted *pro hac vice*) <br> Dylan de Fouw (admitted *pro hac vice*) <br> 999 Peachtree Street, N.E., Ste 2300 <br> Atlanta, Georgia 30309-3996 <br> Telephone: (404) 853-8000 <br> Facsimile: (404) 853-8806 <br> jimmcgibbon@eversheds-sutherland.com <br> patriciagorham@eversheds-sutherland.com <br> peterszeremeta@eversheds-sutherland.com <br> katilincarreno@eversheds-sutherland.com <br> dylandefouw@eversheds-sutherland.com | By: /s/ *Joseph D. Carney* <br> Joseph D. Carney (admitted *pro hac vice*) <br> Telephone: 440-249-0860 <br> Facsimile: 866-270-1221 <br> jdc@jdcarney.com <br> case@jdcarney.com <br><br> Office Address: <br> 139 Crocker Park Boulevard, Ste. 400 <br> Westlake, OH 44145 <br><br> Mailing Address: <br> 1540 Peach Drive <br> Avon, OH 44011 |
| SMITHAMUNDSEN LLC | MILLER SHAKMAN LEVINE & FELDMAN LLP |
| Clay H. Phillips <br> 150 N. Michigan Avenue, Ste 3300 <br> Chicago, Illinois 60601 <br> Telephone: (312) 894-3200 <br> Facsimile: (312) 997-1828 <br> cphillips@salawus.com <br><br> *Attorneys for Defendant Harrison Poultry, Inc.* | Thomas M. Staunton <br> Daniel M. Feeney <br> 180 North LaSalle Suite 3600 <br> Chicago, IL 60601 <br> Telephone: 312-263-3700 <br> tstaunton@millershakman.com <br> dfeeney@millershakman.com <br><br> D.KLAR LAW <br><br> Deborah A. Klar (admitted *pro hac vice*) <br> Deborah A. Klar, Esq. <br> 2934 1/2 Beverly Glen Circle, Suite 761 <br> Bel Air, CA 90077 <br> Telephone: 310-858-9500 <br> dklar@dklarlaw.com <br><br> *Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.* |

## **CERTIFICATE OF SERVICE**

      I certify that on November 2, 2020, I electronically filed the foregoing document and any attachments with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

                                              /s/ *Daniel E. Laytin, P.C.*