# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case No. 1:16-cv-08637 |
| This document relates to: *Associated Wholesale Grocers, Inc. v. Koch Foods, Inc., et al.,* Case No. 1:18-cv-06316 | Honorable Thomas M. Durkin Honorable Jeffrey T. Gilbert |

## JOINT MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE BY PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC. OF DEFENDANTS AMICK FARMS, LLC, GEORGE'S, INC., GEORGE'S FARMS, INC., AND PECO FOODS, INC. ONLY

Plaintiff Associated Wholesale Grocers, Inc. ("AWG") and Defendants Amick Farms, LLC ("Amick"), George's, Inc. and George's Farms, Inc. (collectively, "George's"), and Peco Foods, Inc. ("Peco") have agreed to resolve AWG's claims against Amick, George's, and Peco only. AWG, Amick, George's, and Peco jointly move and stipulate to dismiss with prejudice Defendants Amick, George's, and Peco only from *Associated Wholesale Grocers, Inc. v. Koch Foods, Inc. et a.*, 1:18-cv-06316. The parties shall bear their respective fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

This Joint Motion and Stipulation has no bearing on AWG's claims against defendants other than Amick, George's, and Peco.

Dated: November 3, 2020

STIPULATED TO AND APPROVED BY:


  /s/ Amy D. Fitts
AMY D. FITTS                 IL Bar No. 629248
DANIEL D. OWEN          MO Bar No. 41514
*Pro Hac Vice*
GUILLERMO G. ZOROGASTUA   MO Bar No. 59643
*Pro Hac Vice*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: afitts@polsinelli.com
Email: dowen@polsinelli.com
Email: gzorogastua@polsinelli.com

RODNEY L. LEWIS          IL Bar No. 6288353
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
Email: rodneylewis@polsinelli.com

*ATTORNEYS FOR PLAINTIFF*
*ASSOCIATED WHOLESALE GROCERS, INC.*


  /s/ Howard B. Iwrey
HOWARD B. IWREY
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0700
Facsimile: (855) 232-1791
Email: hiwrey@dykema.com

*COUNSEL FOR AMICK FARMS LLC*

2

    */s/ William L. Greene*
WILLIAM L. GREENE
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1568
Email: william.greene@stinson.com

GARY V. WEEKS
THE LAW GROUP OF NORTHWEST
ARKANSAS LLP
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 283-8946
Facsimile: (844) 325-6603
Email: gary.weeks@lawgroupnwa.com

*COUNSEL FOR GEORGE'S, INC. AND GEORGE'S FARMS, INC.*


    */s/ Lara Flath*
Boris Bershteyn
Lara Flath
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
lara.flath@skadden.com

Patrick Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
patrick.fitzgerald@skadden.com

*COUNSEL FOR PECO FOODS, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3rd, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ Amy D. Fitts*
        Attorney for Plaintiff
        Associated Wholesale Grocers, Inc.