# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## STIPULATION REGARDING EXHIBITS

Pursuant to the Stipulation Regarding Dismissal between Direct Purchaser Plaintiff Barters International LLC and all Defendants in the above-referenced and numbered cause, Barters International LLC admits that the below documents are authentic and admissible as business records under the Federal Rules of Evidence in this action and any action consolidated with or deemed related to *In re Broiler Chicken Antitrust Litigation*. The parties may stipulate to the authenticity and admissibility of certain additional documents produced by or involving Barters International LLC at a later time.

### I. Authenticity

Barters International LLC stipulates under the Federal Rules of Evidence in this action and any action consolidated with or deemed related to *In re Broiler Chicken Antitrust Litigation* that each of following exhibits is authentic as described:

| Exhibit Number | Start Bates | End Bates | Description |
|---|---|---|---|
| DX Ex. 186 | BARTERS000000027 | BARTERS000000027 | Invoice 10475830 from Gold Kist Inc. to Capacity dated December 13, 2006 |
| DX Ex. 187 | BARTERS000000001 | BARTERS000000003 | As-produced compilation of business records:<br>Invoice 10468353 from Gold Kist Inc. to Capacity dated December 12, 2006 (BARTERS000000001);<br>Invoice 10459410 from Gold Kist Inc. to Capacity dated November 20, 2006 (BARTERS000000002);<br>Purchase Order 14906 from Capacity to Gold Kist dated November 20, 2006 (BARTERS000000003) |

554633.3

| Exhibit Number | Start Bates | End Bates | Description |
|---|---|---|---|
| DX Ex. 188 | BARTERS000000028 | BARTERS000000028 | Order Acknowledgement 10468353 from Gold Kist to Capacity dated November 22, 2006 |
| DX Ex. 189 | BARTERS000000022 | BARTERS000000022 | Invoice 155897 from Koch Foods of Mississippi, LLC to Capacity dated October 13, 2006 |
| DX Ex. 190 | BARTERS000000004 | BARTERS000000005 | As-produced compilation of business records:<br>Corrected Invoice 50426 from Southern Hens, Inc. to Capacity dated September 27, 2006 (BARTERS000000004);<br>Invoice 50426 from Southern Hens, Inc. to Capacity dated September 27, 2006 (BARTERS000000005) |
| DX Ex. 191 | BARTERS000002462 | BARTERS000002463 | Email from Urner Barry's Mailserver to George Osborne, May 7, 2015, Subject Urner Barry's Foodmarket.com News 07 May 2015 |
| DX Ex. 192 | BARTERS000006751 | BARTERS000006752 | Email from Urner Barry to barters@bartersinternational.com, February 12, 2016, Subject: Urner Barry's Executive Conference |
| DX Ex. 193 | BARTERS000000006 | BARTERS000000015 | As-produced compilation of business records:<br>Purchase Order 12530 from Capacity dba Barters International LLC to Peco Foods Inc dated June 20, 2011 (BARTERS000000006);<br>Purchase Order 12527 from Capacity dba Barters International LLC to Peco Foods Inc dated June 17, 2011 (BARTERS000000007);<br>Purchase Order 12111 from Capacity dba Barters International LLC to Peco Foods Inc dated May 19, 2011 (BARTERS000000008);<br>Invoice Number 12111 from Capacity dba Barters International LLC to Bill & Ralphs dated May 19, 2011 (BARTERS000000009);<br>Purchase Order 3450 from Bill & Ralph's, Inc. to Barter's International LLC dated May 11, 2011 with handwriting of George Osborne (BARTERS000000010);<br>Wire transfer record for transfer originating from Capacity LLC to Peco Food Inc. dated May 19, 2011 (BARTERS000000011);<br>Wire transfer record for transfer originating from Capacity LLC to Peco Food Inc dated May 19, 2011 (BARTERS000000012);<br>Purchase Order 12511 from Capacity dba Barters International LLC to Peco Foods Inc dated May 24, 2011 with handwriting of George Osborne (BARTERS000000013);<br>Purchase Order 34617 from Bill & Ralph's, Inc. to Barter's International LLC dated May 23, 2011 (BARTERS000000014);<br>Wire transfer record for transfer from Capacity LLC to Peco Foods Inc dated May 31, 2013 (BARTERS000000015) |
| DX Ex. 194 | BARTERS000000018 | BARTERS000000018 | Invoice 100943 from Peco Foods, Inc. to Barters International LLC dated May 19, 2011 |
| DX Ex. 195 | BARTERS000000017 | BARTERS000000017 | Invoice 101388 from Peco Foods, Inc. to Barters International LLC dated June 1, 2011 |
| DX Ex. 196 | BARTERS000000023 | BARTERS000000024 | As-produced compilation of business records:<br>Invoice 12513 from Capacity dba Barters International LLC to Bill & Raphls (sic) dated June 15, 2011 with handwriting from George Osborne (BARTERS00000023);<br>Purchase Order for invoice 12513 from Capacity dba Barters International LLC to Peco Foods dated June 6, 2011 (BARTERS00000024) |
| DX Ex. 197 | BARTERS000000026 | BARTERS000000026 | Invoice 101648 from Peco Foods, Inc. to Barters International LLC dated June 10, 2011 |
| DX Ex. 198 | BARTERS000000016 | BARTERS000000016 | Invoice 102398 from Peco Foods, Inc. to Barters International LLC dated June 30, 2011 |
| DX Ex. 199 | BARTERS000000021 | BARTERS000000021 | Invoice 4142011 from Simmons Foods, Inc. to Barters International LLC dated April 14, 2011 with handwriting of George Osborne |

| Exhibit Number | Start Bates | End Bates | Description |
|---|---|---|---|
| DX Ex. 200 | BARTERS000000019 | BARTERS000000019 | Purchase Order 11411 from Barters International LLC to Simmons Foods dated April 15, 2011 |
| DX Ex. 202 | BARTERS000005823 | BARTERS000005823 | July 1, 2015 email from Scott Boring to George E. Osborne |
| DX Ex. 203 | BARTERS000005507 | BARTERS000005508 | May 20, 2015 email from Brandon Reid to George E. Osborne |
| DX Ex. 204 | BARTERS000000055 | BARTERS000000056 | November 6, 2013 email from George E. Osborne to stites@kochfoods.com with attached invoice 121365 from Barter International LLC to Koch Foods Inc. dated November 6, 2013 |

## II. Business Records

Barters International LLC stipulates under the Federal Rules of Evidence in this action and any action consolidated with or deemed related to *In re Broiler Chicken Antitrust Litigation* that the following exhibits are records that were made at or near the time identified on each record by a person with knowledge; were kept in the course of a regularly conducted activity of its business; and were made as a regular practice in the course of its business:

| Exhibit Number | Start Bates | End Bates |
|---|---|---|
| DX Ex. 186 | BARTERS000000027 | BARTERS000000027 |
| DX Ex. 187 | BARTERS000000001 | BARTERS000000003 |
| DX Ex. 188 | BARTERS000000028 | BARTERS000000028 |
| DX Ex. 189 | BARTERS000000022 | BARTERS000000022 |
| DX Ex. 190 | BARTERS000000004 | BARTERS000000005 |
| DX Ex. 191 | BARTERS000002462 | BARTERS000002463 |
| DX Ex. 192 | BARTERS000006751 | BARTERS000006752 |
| DX Ex. 193 | BARTERS000000006 | BARTERS000000015 |
| DX Ex. 194 | BARTERS000000018 | BARTERS000000018 |
| DX Ex. 195 | BARTERS000000017 | BARTERS000000017 |
| DX Ex. 196 | BARTERS000000023 | BARTERS000000024 |
| DX Ex. 197 | BARTERS000000026 | BARTERS000000026 |
| DX Ex. 198 | BARTERS000000016 | BARTERS000000016 |
| DX Ex. 199 | BARTERS000000021 | BARTERS000000021 |
| DX Ex. 200 | BARTERS000000019 | BARTERS000000019 |
| DX Ex. 202 | BARTERS000005823 | BARTERS000005823 |
| DX Ex. 203 | BARTERS000005507 | BARTERS000005508 |
| DX Ex. 204 | BARTERS000000055 | BARTERS000000056 |

THEREFORE, IT IS STIPULATED AND AGREED by Barters International LLC and all Defendants in the above-referenced and numbered cause that the documents identified above are authentic and admissible as business records under the Federal Rules of Evidence in this action and any action consolidated with or deemed related to *In re Broiler Chicken Antitrust Litigation*.

IT IS SO STIPULATED.

Dated: November 17, 2020

Respectfully submitted,

By /s/ Brian D. Clark
W. Joseph Bruckner (MN No. 0147758)
(admitted *pro hac vice*)
Brian D. Clark (MN No. 00390069)
(admitted *pro hac vice*)
Simeon A. Morbey (MN No. 0391338)
(admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com


Bruce L. Simon
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com
nswartzberg@pswlaw.com

Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP

15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
mpearson@pswlaw.com
bpouya@pswlaw.com

*Direct Purchaser Plaintiffs Interim Co-Lead Class Counsel*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE
22 W. Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
kpozan@hmelegal.com

*Direct Purchaser Plaintiffs Interim Liaison Class Counsel*

Ronald J. Aranoff (NY No. )
Stanley Bernstein (NY No.   )
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Fax: (212) 779-3218
aranoff@bernlieb.com
bernstein@bernlieb.com
*Additional Counsel for Plaintiff*

554633.3                                        5

Dated: November 17, 2020

|  |  |
|---|---|
| KIRKLAND & ELLIS LLP | Respectfully submitted,<br>VENABLE LLP |
| By: */s/ Daniel E. Laytin*<br>Daniel E. Laytin, P.C.<br>Christa C. Cottrell, P.C.<br>Stacy Pepper<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>dlaytin@kirkland.com<br>ccottrell@kirkland.com<br>stacy.pepper@kirkland.com | By: /s/ *J. Douglas Baldridge*<br>J. Douglas Baldridge (#437678)<br>Lisa Jose Fales (admitted *pro hac vice*)<br>Danielle Foley (admitted *pro hac vice*)<br>Andrew Hernacki (admitted *pro hac vice*)<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 344-4000<br>Facsimile: 202-344-8300<br>jdbaldridge@venable.com<br>ljfales@venable.com<br>drfoley@venable.com<br>athernacki@venable.com |

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants*

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

By: /s/ *John W. Treece*
John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms, Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*


VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Lara Flath*
Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

Lara Flath (#6289481)
Boris Bershteyn (admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP | STINSON LLP |
| | |
| By: /s/ *Carrie C. Mahan* | By: /s/ *William L. Greene* |
| Carrie C. Mahan (#459802) | William L. Greene (admitted *pro hac vice*) |
| Christopher J. Abbott (#1014487) | Peter J. Schwingler (admitted *pro hac vice*) |
| 2001 M Street N.W., Ste. 600 | Kevin P. Kitchen (admitted *pro hac vice*) |
| Washington, D.C. 20036 | 50 South Sixth Street, Ste 2600 |
| Telephone: (202) 682-7000 | Minneapolis, MN 55402 |
| Facsimile: (202) 857-0940 | Telephone: (612) 335-1500 |
| carrie.mahan@weil.com | william.greene@stinson.com |
| christopher.abbott@weil.com | peter.schwingler@stinson.com |
| | kevin.kitchen@stinson.com |
| Jessica L. Falk (#4763686) | |
| 767 Fifth Avenue | J. Nicci Warr |
| New York, NY 10153 | 7700 Forsyth Blvd., Suite 1100 |
| Telephone: 212-310-8000 | St. Louis, MO 63105 |
| Facsimile: 212-310-8007 | Telephone: (314) 259-4570 |
| jessica.falk@weil.com | nicci.warr@stinson.com |
| | |
| BAILEY BRAUER PLLC | SUGAR FELSENTHAL GRAIS & HELSINGER LLP |
| | |
| Clayton E. Bailey (admitted *pro hac vice*) | John C. Martin |
| 8350 N. Central Expressway, Ste. 206 | 30 N. LaSalle Street, Ste 3000 |
| Dallas, TX 75206 | Chicago, IL 60602 |
| Telephone: (214) 360-7433 | Telephone: (312) 704-2172 |
| Facsimile: (214) 360-7424 | Facsimile: (312) 372-7951 |
| cbailey@baileybrauer.com | jmartin@sfgh.com |
| | |
| EIMER STAHL LLP | THE LAW GROUP OF NORTHWEST ARKANSAS LLP |
| | |
| Michael L. McCluggage (#01820966) | Gary V. Weeks (admitted *pro hac vice*) |
| 224 South Michigan Avenue, Ste. 1100 | K.C. Dupps Tucker (admitted *pro hac vice*) |
| Chicago, IL 60604 | Kristy E. Boehler (admitted *pro hac vice*) |
| Telephone: (312) 660-7665 | 1830 Shelby Lane |
| Facsimile: (312) 692-1718 | Fayetteville, AR 72704 |
| mmccluggage@eimerstahl.com | Telephone: (479) 316-3760 |
| | gary.weeks@lawgroupnwa.com |
| *Attorneys for Defendant Pilgrim's Pride Corporation* | kc.tucker@lawgroupnwa.com |
| | kristy.boehler@lawgroupnwa.com |
| | |
| | *Attorneys for Defendants George's, Inc. and George's Farms, Inc.* |

554633.3

9

| | |
|---|---|
| KUTAK ROCK LLP | EDWARD C. KONIECZNY LLC |
| By: /s/ *John P. Passarelli* <br> John P. Passarelli (admitted *pro hac vice*) <br> James M. Sulentic (admitted *pro hac vice*) <br> 1650 Farnam Street <br> Omaha, NE 68102 <br> Telephone: (402) 346-6000 <br> Facsimile: (402) 346-1148 <br> john.passarelli@kutakrock.com <br> james.sulentic@kutakrock.com | By: */s/ Edward C. Konieczny* <br> Edward C. Konieczny (admitted *pro hac vice*) <br> 400 Colony Square, Ste 1501 <br> 1201 Peachtree Street, NE <br> Atlanta, GA 30361 <br> Telephone: (404) 380-1430 <br> Facsimile: (404) 382-6011 <br> ed@koniecznylaw.com |
| | SMITH, GAMBRELL & RUSSELL, LLP |
| J.R. Carroll (admitted *pro hac vice*) <br> Jeffrey M. Fletcher (admitted *pro hac vice*) <br> Stephen M. Dacus (admitted *pro hac vice)* <br> 234 East Millsap Road, Ste 200 <br> Fayetteville, AR 72703-4099 <br> Telephone: (479) 973-4200 <br> Facsimile: (479) 973-0007 <br> jr.caroll@kutakrock.com <br> Jeffrey.fletcher@kutakrock.com <br> Stephen.Dacus@kutakrock.com | David C. Newman (admitted *pro hac vice*) <br> W. Parker Sanders (admitted *pro hac vice*) <br> 1230 Peachtree Street, N.E. <br> Promenade, Ste 3100 <br> Atlanta, GA 30309 <br> Telephone: (404) 815-3500 <br> Facsimile: (404) 815-3509 <br> dnewman@sgrlaw.com <br> psanders@sgrlaw.com |
| Kimberly M. Hare (#6323326) <br> One South Wacker Drive, Ste 2050 <br> Chicago, IL 60606-4614 <br> Telephone: (312) 602-4100 <br> Facsimile: (312) 602-4101 <br> kimberly.hare@kutakrock.com | James L. Thompson <br> Lynch Thompson LLP <br> 150 S. Wacker Drive, Suite 2600 <br> Chicago, IL 60606 <br> T: (312) 445-4623 <br> F: (312) 896-5883 <br> *jthompson@lynchthompson.com* |
| *Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.* | *Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc.* |

| | |
|---|---|
| VAUGHAN & MURPHY | DYKEMA GOSSET PLLC |
| By: /s/ *Charles C. Murphy, Jr.* | By: /s/ *Howard B. Iwrey* |
| Charles C. Murphy, Jr. (admitted *pro hac vice*) | Howard B. Iwrey |
| 690 S Ponce Court NE | 39577 Woodward Ave, Ste. 300 |
| Atlanta, GA 30307 | Bloomfield Hills, MI 48304 |
| Telephone: (404) 667-0714 | Telephone: 248-203-0526 |
| Facsimile: (404) 529-4193 | Facsimile: 248-203-0763 |
| cmurphy@vaughanandmurphy.com | hiwrey@dykema.com |

WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

Steven H. Gistenson
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Telephone: 312-627-2267
Facsimile: 312-876-1155
sgistenson@dykema.com

Cody D. Rockey
2723 South State Street, Ste. 400
Ann Arbor, MI 48104
Telephone: 734-214-7655
Facsimile: 734-214-7696
crockey@dykema.com

Dante A. Stella
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6693
Facsimile: 313-568-6893
dstella@dykema.com

*Attorneys for Defendants Amick Farms, LLC*

554633.3                                    11

MANDELL MENKES LLC

By: /s/ *Brendan J. Healey*
Brendan J. Healey
One North Franklin, Ste 3600
Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

ALSTON & BIRD LLP

B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Max Marks (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com

SMITH, GILLIAM, WILLIAMS & MILES PA

R. Brent Hatcher, Jr. (admitted *pro hac vice*)
301 Green Street NW, Ste 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

| | |
|---|---|
| SHOOK HARDY & BACON LLP | JOSEPH D. CARNEY & ASSOCIATES LLC |
| By: /s/ *Lynn H. Murray* | By: /s/ *Joseph D. Carney* |
| Lynn H. Murray | Joseph D. Carney (admitted *pro hac vice*) |
| 111 S. Wacker Dr., Ste 4700 | Telephone: 440-249-0860 |
| Chicago IL 60606 | Facsimile: 866-270-1221 |
| Telephone: (312) 704-7700 | jdc@jdcarney.com |
| Facsimile: (312) 558-1195 | case@jdcarney.com |
| lhmurray@shb.com | |
| | Office Address: |
| Laurie A. Novion | 139 Crocker Park Boulevard, Ste. 400 |
| 2555 Grand Blvd. | Westlake, OH 44145 |
| Kansas City, MO 64108 | |
| Telephone: (816) 474-6550 | Mailing Address: |
| Facsimile: (816) 421-5547 | 1540 Peach Drive |
| lnovion@shb.com | Avon, OH 44011 |
| CONNER & WINTERS | MILLER SHAKMAN LEVINE & FELDMAN LLP |
| John R. Elrod | |
| Vicki Bronson (admitted *pro hac vice*) | Thomas M. Staunton |
| 4375 N. Vantage Drive, Ste. 405 | Daniel M. Feeney |
| Fayetteville, AR 72703 | 180 North LaSalle Suite 3600 |
| Telephone: (479) 582-5711 | Chicago, IL 60601 |
| jelrod@cwlaw.com | Telephone: 312-263-3700 |
| vbronson@cwlaw.com | tstaunton@millershakman.com |
| | dfeeney@millershakman.com |
| *Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.* | D. KLAR LAW |
| | Deborah A. Klar (admitted *pro hac vice*) |
| | Deborah A. Klar, Esq. |
| | 2934 1/2 Beverly Glen Circle, Suite 761 |
| | Bel Air, CA 90077 |
| | Telephone: 310-858-9500 |
| | dklar@dklarlaw.com |
| | *Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.* |

554633.3                                13

| | |
|---|---|
| HOGAN LOVELLS US LLP | EVERSHEDS SUTHERLAND (US) LLP |
| By: /s/ *William L. Monts III* | By: /s/ *Patricia A. Gorham* |
| William L. Monts III (admitted *pro hac vice*)<br>Justin W. Bernick (admitted *pro hac vice*)<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109<br>Telephone: (202) 637-5910<br>Facsimile: (202) 637-5911<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com | James R. McGibbon (admitted *pro hac vice*)<br>Patricia A. Gorham (admitted *pro hac vice*)<br>Peter M. Szeremeta (admitted *pro hac vice*)<br>Kaitlin A. Carreno (admitted *pro hac vice*)<br>Dylan de Fouw (admitted *pro hac vice*)<br>999 Peachtree Street, N.E., Ste 2300<br>Atlanta, Georgia 30309-3996<br>Telephone: (404) 853-8000<br>Facsimile: (404) 853-8806<br>jimmcgibbon@eversheds-sutherland.com<br>patriciagorham@eversheds-sutherland.com<br>peterszeremeta@eversheds-sutherland.com<br>katilincarreno@eversheds-sutherland.com<br>dylandefouw@eversheds-sutherland.com |
| MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.<br><br>Jacob D. Koering<br>225 West Washington Street, Ste 2600<br>Chicago, Illinois 60606<br>Telephone: (312) 460-4272<br>Facsimile: (312) 460-4201<br>koering@millercanfield.com<br><br>*Attorneys for Defendant Agri Stats, Inc.* | SMITHAMUNDSEN LLC<br><br>Clay H. Phillips<br>150 N. Michigan Avenue, Ste 3300<br>Chicago, Illinois 60601<br>Telephone: (312) 894-3200<br>Facsimile: (312) 997-1828<br>cphillips@salawus.com<br><br>*Attorneys for Defendant Harrison Poultry, Inc* |

554633.3

14

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on November 17, 2020, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

By   s/*Brian D. Clark*
      Brian D. Clark
      bdclark@locklaw.com