# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: Direct Purchaser Plaintiffs and Commercial Institutional Indirect Purchaser Plaintiffs Actions | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br>The Honorable Jeffery T. Gilbert |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE CONSOLIDATED ANSWERS

Defendants,[1] by and through their counsel, respectfully move for an extension of time until December 4, 2020 to file their consolidated answers to the amended complaints filed by the Direct Purchaser Plaintiffs ("DPP") and Commercial Institutional Indirect Purchaser Plaintiffs ("CIIPPs") (collectively, the "Amended Complaints"). In support of this motion, Defendants state as follows:

1. On October 23, 2020, DPPs filed a 153-page amended complaint against Defendants containing 476 paragraphs of allegations concerning alleged violations of the federal antitrust laws. (Dkt. 3919.) That same day, CIIPPs also filed a 209-page amended complaint against Defendants containing 806 paragraphs of allegations. (Dkt. 3929.)

---

[1] Amick Farms, LLC ("Amick") and Fieldale Farms Corporation ("Fieldale") do not join this motion because Amick and Fieldale have settled with the DPPs and CIIPPs and will not be answering the Amended Complaints. Peco Foods, Inc. ("Peco"); George's, Inc., and George's Farms, Inc. ("George's") do not join this motion with respect to the Direct Purchaser Plaintiffs because the Court has granted final approval of the DPP settlements with Peco and George's and dismissed with prejudice all claims against them in the DPP action.

2. Pursuant to this Court's Order, Defendants are required to file consolidated answers to the Amended Complaints on November 23, 2020. (Dkt. 3836.)

3. Defendants are in the process of preparing consolidated answers. Doing so in a manner that ensures the answers are accurate as to each Defendant and in a format that is efficient for the parties' and the Court's review requires significant coordination across the 20 Defendants in this case.

4. Defendants respectfully request an extension of time until December 4, 2020 in which to answer. This is an 11-day extension, which also includes the Thanksgiving holiday.

5. DPPs and CIIPPs do not object to the extension requested by Defendants.

6. The extension sought by this motion is made in good faith and not for purposes of harassment or delay.

7. Extending Defendants' time to respond to the Amended Complaints until December 4, 2020 will not alter the date of any other event or deadline already fixed by Court order.

WHEREFORE, Defendants respectfully request that this Court issue an order granting the Defendants until December 4, 2020 to file their consolidated answers to the DPP and CIIPP Amended Complaints.

Dated: November 17, 2020 Respectfully submitted,

*/s/ Daniel E. Laytin, P.C.*

Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP | VENABLE LLP |
| | |
| By: */s/ Carrie C. Mahan* | By: /s/ *J. Douglas Baldridge* |
| Carrie C. Mahan (#459802) | J. Douglas Baldridge (#437678) |
| Christopher J. Abbott (#1014487) | Lisa Jose Fales (admitted *pro hac vice*) |
| 2001 M Street N.W., Ste. 600 | Danielle Foley (admitted *pro hac vice*)Andrew Hernacki (admitted *pro hac vice*) |
| Washington, D.C. 20036 | |
| Telephone: (202) 682-7000 | |
| Facsimile: (202) 857-0940 | 600 Massachusetts Avenue, NW |
| carrie.mahan@weil.com | Washington, DC 20001 |
| christopher.abbott@weil.com | Telephone: (202) 344-4000 |
| | Facsimile: 202-344-8300 |
| Jessica L. Falk (#4763686) | jdbaldridge@venable.com |
| 767 Fifth Avenue | ljfales@venable.com |
| New York, NY 10153 | drfoley@venable.com |
| Telephone: 212-310-8000 | athernacki@venable.com |
| Facsimile: 212-310-8007 | |
| jessica.falk@weil.com | FALKENBERG IVES LLP |

BAILEY BRAUER PLLC

Kirstin B. Ives
Clayton E. Bailey (admitted *pro hac vice*)
30 N. LaSalle St., Ste 4020
8350 N. Central Expressway, Ste. 206
Chicago, IL 60602
Dallas, TX 75206
Telephone: (312) 566-4803
Telephone: (214) 360-7433
Facsimile: (312) 566-4810
Facsimile: (214) 360-7424
kbi@ffilaw.com
cbailey@baileybrauer.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

4

By: /s/ *John W. Treece*
John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

| | |
|---|---|
| NOVACK AND MACEY LLP | KIRKLAND & ELLIS LLP |
| By: /s/ *Stephen Novack* <br> Stephen Novack <br> Stephen J. Siegel <br> Christopher S. Moore <br> 100 North Riverside Plaza <br> Chicago, IL 60606 <br> Telephone: (312) 419-6900 <br> Facsimile: (312) 419-6928 <br> snovack@novackmacey.com <br> ssiegel@novackmacey.com <br> cmoore@novackmacey.com | By: /s/ *Daniel E. Laytin, P.C.* <br> Daniel E. Laytin, P.C. <br> Christa C. Cottrell, P.C. <br> Stacy Pepper <br> 300 North LaSalle Street <br> Chicago, IL 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> dlaytin@kirkland.com <br> ccottrell@kirkland.com <br> stacy.pepper@kirkland.com |
| *Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.* | *Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants* |
| VEDDER PRICE P.C. | PROSKAUER ROSE LLP |
| By: /s/ *Gregory G. Wrobel* <br> Gregory G. Wrobel (#3122900) <br> 222 N. LaSalle Street <br> Chicago, IL 60601 <br> Telephone: (312) 609-7722 <br> Facsimile: (312) 609-5005 <br> gwrobel@vedderprice.com | By: /s/ *Christopher E. Ondeck* <br> Christopher E. Ondeck (admitted *pro hac vice*) <br> Stephen R. Chuk (admitted *pro hac vice*) <br> 1001 Pennsylvania Ave., NW, Ste 600 South <br> Washington, DC 20004 <br> Telephone: (202) 416-6800 <br> Facsimile: (202) 416-6899 <br> condeck@proskauer.com <br> schuk@proskauer.com |
| JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC <br><br> Henry W. Jones, Jr. (admitted *pro hac vice*) <br> 1951 Clark Avenue <br> Raleigh, NC 27605 <br> Telephone: (919) 828-2501 <br> Facsimile: (919) 834-8447 <br> hjones@jordanprice.com | *Attorneys for Wayne Farms LLC* |
| *Attorneys for Defendant House of Raeford Farms, Inc.* | |

| | |
|---|---|
| KUTAK ROCK LLP | EDWARD C. KONIECZNY LLC |
| By: /s/ *John P. Passarelli* | By: */s/ Edward C. Konieczny* |

John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

Edward C. Konieczny (admitted *pro hac vice*)
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 445-4623
F: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc.*

7

| | |
|---|---|
| VAUGHAN & MURPHY | HOGAN LOVELLS US LLP |
| By: /s/ *Charles C. Murphy, Jr.*<br>Charles C. Murphy, Jr. (admitted *pro hac vice*)<br>690 S Ponce Court NE<br>Atlanta, GA 30307<br>Telephone: (404) 667-0714<br>Facsimile: (404) 529-4193<br>cmurphy@vaughanandmurphy.com | By: /s/ *William L. Monts III*<br>William L. Monts III (admitted *pro hac vice*)<br>Justin W. Bernick (admitted *pro hac vice*)<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109<br>Telephone: (202) 637-5910<br>Facsimile: (202) 637-5911<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com |
| WINSTON & STRAWN LLP | MILLER, CANFIELD, PADDOCK, AND STONE P.L.C. |
| James F. Herbison<br>Michael P. Mayer<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>jherbison@winston.com<br>mmayer@winston.com | Jacob D. Koering<br>225 West Washington Street, Ste 2600<br>Chicago, Illinois 60606<br>Telephone: (312) 460-4272<br>Facsimile: (312) 460-4201<br>koering@millercanfield.com |
| *Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms* | *Attorneys for Defendant Agri Stats, Inc.* |

| | |
|---|---|
| SHOOK HARDY & BACON LLP | AXINN, VELTROP & HARKRIDER LLP |
| By: /s/ *Lynn H. Murray* | By: /s/ *Rachel J. Adcox* |

Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

| | |
|---|---|
| EVERSHEDS SUTHERLAND (US) LLP | JOSEPH D. CARNEY & ASSOCIATES LLC |

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon (admitted *pro hac vice*)
Patricia A. Gorham (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan de Fouw (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com

SMITHAMUNDSEN LLC

Clay H. Phillips
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
cphillips@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

Office Address:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145

Mailing Address:
1540 Peach Drive
Avon, OH 44011

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
Deborah A. Klar, Esq.
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

MANDELL MENKES LLC

By: /s/ *Brendan J. Healey*
Brendan J. Healey
One North Franklin, Ste
3600 Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

ALSTON & BIRD LLP

B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Max Marks (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com

SMITH, GILLIAM, WILLIAMS & MILES PA

R. Brent Hatcher, Jr. (admitted *pro hac vice*)
301 Green Street NW, Ste 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

DYKEMA GOSSETT PLLC

By: /s/ *Howard B. Iwrey*
Howard B. Iwrey
39577 Woodward Ave, Ste. 300
Bloomfield Hills, MI 48304
Telephone: 248-203-0526
Facsimile: 248-203-0763
hiwrey@dykema.com

Steven H. Gistenson
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Telephone: 312-627-2267
Facsimile: 312-876-1155
sgistenson@dykema.com

Cody D. Rockey
2723 South State Street, Ste. 400
Ann Arbor, MI 48104
Telephone: 734-214-7655
Facsimile: 734-214-7696
crockey@dykema.com

Dante A. Stella
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6693
Facsimile: 313-568-6893
dstella@dykema.com

*Attorneys for Defendants Amick Farms, LLC*

11

| | |
|---|---|
| STINSON LLP<br><br>By: /s/ *William L. Greene*<br>William L. Greene (admitted *pro hac vice*)<br>Peter J. Schwingler (admitted *pro hac vice*)<br>Kevin P. Kitchen (admitted *pro hac vice*)<br>50 South Sixth Street, Ste 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1500<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br>kevin.kitchen@stinson.com<br><br>J. Nicci Warr<br>7700 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>Telephone: (314) 259-4570<br>nicci.warr@stinson.com<br><br>SUGAR FELSENTHAL GRAIS & HELSINGER LLP<br><br>John C. Martin<br>30 N. LaSalle Street, Ste 3000<br>Chicago, IL 60602<br>Telephone: (312) 704-2172<br>Facsimile: (312) 372-7951<br>jmartin@sfgh.com<br><br>THE LAW GROUP OF NORTHWEST ARKANSAS LLP<br><br>Gary V. Weeks (admitted *pro hac vice*)<br>K.C. Dupps Tucker (admitted *pro hac vice*)<br>Kristy E. Boehler (admitted *pro hac vice*)<br>1830 Shelby Lane<br>Fayetteville, AR 72704<br>Telephone: (479) 316-3760<br>gary.weeks@lawgroupnwa.com<br>kc.tucker@lawgroupnwa.com<br>kristy.boehler@lawgroupnwa.com<br><br>*Attorneys for Defendants George's, Inc. and George's Farms, Inc.* | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: /s/ *L. Flath*<br>Patrick Fitzgerald (#6307561)<br>Gail Lee<br>Peter Cheun<br>155 N. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 407-0700<br>Facsimile: (312) 407-0411<br>patrick.fitzgerald@skadden.com<br>gail.lee@skadden.com<br>peter.cheun@skadden.com<br><br>Boris Bershteyn (admitted *pro hac vice*)<br>Lara Flath (#6289481)<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>boris.bershteyn@skadden.com<br>lara.flath@skadden.com<br><br>*Attorneys for Defendant Peco Foods, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Daniel E. Laytin, P.C.*

Daniel E. Laytin, P.C.