# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Maplevale Farms, Inc., et al.

                    Plaintiff,

v.                                             Case No.: 1:16–cv–08637
                                             Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 11, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone conference as to the Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants Peco Foods, Inc., George&#0;39;s, Inc., and George's Farms, Inc. and for Conditional Certification of the Proposed Settlement Classes [4078] is set for 12/18/2020 at 9:00 a.m. To join the telephone conference, dial 877–402–9757, Access Code 4410831. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.