UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO:<br><br>**AMIGOS MEAT DISTRIBUTORS, LP, ,**<br><br>v.<br><br>**TYSON FOODS, INC.,** *et al.* | Individual Case No. 1:19-cv-05424 |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT AMICK FARM, LLC

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Amigos Meat Distributors, LP, Amigos Meat & Poultry, LLC, Amigos Meat Distributors East, LP, and Amigos Meat Distributors West, LP (collectively, "Plaintiff[s]") and Amick Farms, LLC ("Amick Farms") by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal With Prejudice.

1. This Stipulation of Dismissal With Prejudice ("Stipulation") is between Plaintiffs and Amick Farms, LLC.

2. This Stipulation relates only to *Amigos Meat Distributors, LP, et al v. Tyson Foods, Inc., et al;*, (U.S. Dist. Ct. N.D. Ill. Case No. 19-cv-05424), ), which has been consolidated within the matter captioned *In re Boiler Chicken Antitrust Litigation,* (U.S. Dist. Ct. N.D. Ill. Case No. 16-cv-08637).

3. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure,

Plaintiffs and Amick Farms stipulate and agree to the dismissal with prejudice of all of the Plaintiffs' claims asserted against Amick Farms, with each side bearing their own attorneys' fees and costs.

4. The Stipulation of Dismissal, with prejudice, has no bearing on Plaintiffs' other claims against all Defendants other than Amick Farms.

Dated: December 17, 2020

Respectfully submitted,

*/s/ Laurence M. Landsman * by Peter K. Taaffe with permission*
Laurence M. Landsman, Esq.
Landsman Law Firm, LLC
33 North LaSalle, Suite 1400
Chicago, IL 60602
T: (312) 251-1165
F: (312) 251-1147
larry@landsmanfirm.com

*/s/ Peter K. Taaffe*
Anthony G. Buzbee
Peter K. Taaffe
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
T: (713) 223-5393
F: (713) 223-5909
tbuzbee@txattorneys.com
ptaaffe@txattorneys.com

*/s/ Spencer G. Markle * by Peter K. Taaffe with permission*
Spencer G. Markle
Obed De La Cruz
700 Gemini Avenue, Suite 240
Houston, Texas 77058
T: (281) 486-0677
F: (281) 486-0694
spencer@mdlcfirm.com
obed@mdlcfirm.com

Dated:  December 17, 2020

**Counsel for Plaintiffs**

*/s/ Howard B. Iwrey \* by Peter K. Taaffe with permission*
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
T: 248-203-0700
F: 855-232-1791
hiwrey@dykema.com

Dated: December 17, 2020


*/s/ Steven H. Gistenson \* by Peter K. Taaffe with permission*
Steven H. Gistenson.
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
T: 312-627-2267
F: 866-691-5046
sgistenson@dykema.com

Dated: December 17, 2020


**Counsel for Defendant Amick Farms, LLC**