UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Maplevale Farms, Inc., et al.

                            Plaintiff,

v.                                             Case No.: 1:16–cv–08637
                                                         Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 29, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Joint Motion and Stipulation for Dismissal with Prejudice [4128] is granted. All of Plaintiffs Amigos Meat Distributors, LP, Amigos Meat & Poultry, LLC, Amigos Meat Distributors East, LP, and Amigos Meat Distributors West, LP's claims asserted against Peco Foods, Inc., George's, Inc. and George's Farms, Inc. are dismissed with prejudice, with each side bearing their own attorneys' fees and costs. The stipulation has no bearing on Plaintiffs' other claims against all Defendants other than Peco and George's, and relates only to Amigos Meat Distributors, LP, et al.v. Tyson Foods,Inc., et al., Case No. 19 C 5424. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.