**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | No. 1:16-cv-08637 TMD |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE AMICK COMPANY, INC., AMICK-OSI BROILERS, LLC, AND AMICK-OSI PROCESSING, LLC**

The Commercial and Institutional Indirect Purchaser Plaintiffs (the "CIIPPs") by and through their attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby provide notice of CIIPPs' voluntarily dismissal without prejudice of all claims against the following Defendants: The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC. These Defendants have not served either an answer or a motion for summary judgment, so dismissal pursuant to Rule 41(a)(1)(A)(i) is proper.

WHEREFORE, the naming of The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC as Defendants in CIIPPs' Seventh Consolidated Amended Complaint filed October 26, 2020 (ECF No. 3931) was not meant to reflect an intention to revive claims against those entities but rather resulted from drafting inadvertence;

AND WHEREFORE, the Notice and Stipulation does not impact the status of Defendant Amick Farms, LLC, or of the Settlement between CIIPPs and Amick Farms, LLC that the Court preliminarily approved via its Order of July 9, 2020 (ECF No. 3696);

THEREFORE, the Commercial and Institutional Indirect Purchaser Plaintiffs hereby voluntarily dismiss without prejudice all claims against Defendants The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC.

Dated: January 6, 2021

/s/ Melinda J. Morales

Kenneth A. Wexler
Melinda J. Morales
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
mjm@wexlerwallace.com

*Interim Liaison Counsel on Behalf of the Commercial & Institutional Indirect Purchasers*

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, #2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Joseph W. Cotchett
Adam J. Zapala
Tamarah P. Prevost
James G. Dallal
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000

jcotchett@cpmlegal.com
azapala@cgepmlegal.com
tprevost@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street, 10th Floor
New York, NY 10013
Tel: (212) 201-6820
abarnett@cpmlegal.com

*Interim Co-Lead Class Counsel on Behalf of the Commercial & Institutional Indirect Purchasers*

## **CERTIFICATE OF SERVICE**

I certify that, on January 6, 2021, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

*/s/ Melinda J. Morales*