UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| This Document Relates to:<br>Direct Purchaser Plaintiff Action | **DIRECT PURCHASER PLAINTIFFS' AND DEFENDANT PILGRIM'S PRIDE CORPORATION'S JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR SUSPENSION OF PROCEEDINGS** |

Direct Purchaser Plaintiffs and Defendant Pilgrim's Pride Corporation ("Pilgrim's" and, together with Direct Purchaser Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Direct Purchaser Plaintiffs have reached an agreement with Pilgrim's to settle all claims against Pilgrim's. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will move for preliminary – and, ultimately, final – approval of a proposed settlement in the near future.

The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreement, which will be provided to the court in connection with Plaintiffs' motion for preliminary approval of the proposed settlement.

556031.3

Date:   January 11, 2021

Respectfully submitted,

| | |
|---|---|
| W. Joseph Bruckner (MN #0147758) <br> (admitted *pro hac vice*) <br> Brian D. Clark (MN #0390069) <br> (admitted *pro hac vice*) <br> Simeon A. Morbey (MN #0391338) <br> (admitted *pro hac vice*) <br> LOCKRIDGE GRINDAL NAUEN P.L.L.P <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, MN 55401 <br> Telephone: (612) 339-6900 <br> Facsimile:  (612) 339-0981 <br> wjbruckner@locklaw.com <br> bdclark@locklaw.com <br> samorbey@locklaw.com | Bruce L. Simon <br> (admitted *pro hac vice*) <br> PEARSON, SIMON & WARSHAW, LLP <br> 350 Sansome Street, Suite 680 <br> San Francisco, CA 94104 <br> Telephone: (415) 433-9000 <br> Facsimile:  (415) 433-9008 <br> bsimon@pswlaw.com <br><br> ***Interim Co-Lead Class Counsel for*** <br> ***Direct Purchaser Plaintiffs*** |
| Clifford H. Pearson <br> (admitted *pro hac vice*) <br> Thomas J. Nolan <br> (admitted *pro hac vice*) <br> Daniel L. Warshaw <br> (admitted *pro hac vice*) <br> Bobby Pouya <br> (admitted *pro hac vice*) <br> Michael H. Pearson <br> (admitted *pro hac vice*) <br> PEARSON SIMON & WARSHAW, LLP <br> 15165 Ventura Boulevard, Suite 400 <br> Sherman Oaks, CA 92403 <br> Telephone: (818) 788-8300 <br> Facsimile:  (818) 788-8104 <br> cpearson@pswlaw.com <br> tnolan@pswlaw.com <br> dwarshaw@pswlaw.com <br> bpouya@pswlaw.com <br> mpearson@pswlaw.com | /s Steven A. Hart <br> Steven A. Hart (#6211008) <br> Brian Eldridge (#6281336) <br> John Marrese (#6306516) <br> Kyle Pozan (#6306761) <br> HART McLAUGHLIN & ELDRIDGE LLC <br> 22 West Washington Street, Suite 1600 <br> Chicago, IL 60602 <br> Telephone: (312) 955-0545 <br> Facsimile: (312) 971-9243 <br> shart@hmelegal.com <br> beldridge@hmelegal.com <br> jmarrese@hmelegal.com <br> kpozan@hmelegal.com <br><br> ***Interim Liaison Class Counsel for*** <br> ***Direct Purchaser Plaintiffs*** |

| | |
|---|---|
| Date: January 11, 2021 | WEIL GOTSHAL & MANGES LLP<br><br>*/s Carrie C. Mahan*<br>Carrie C. Mahan<br>Christopher J. Abbott<br>2001 M Street N.W., Suite 600<br>Washington, DC 20036<br>Telephone: 202-682-7000<br>Facsimile: 202-857-0940<br>Carrie.mahan@weil.com<br>Christopher.abbott@weil.com<br><br>***Counsel for***<br>***Defendant Pilgrim's Pride Corporation*** |

## CERTIFICATE OF SERVICE

      I, Steven A. Hart, depose and state that I have served a copy of Joint Notice of Settlement upon all counsel of record via the United States Court for the Northern District of Illinois ECF Document Filing System on January 11, 2021.

                                      *s/Steven A. Hart*
                                      Steven A. Hart (IL #6211008)