UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 18-cv-00702<br><br>Coordinated with Main Case No. 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO:<br><br>US FOODS, INC., et al.<br><br>v.<br><br>TYSON FOODS, INC. et al. | |

**JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff US Foods, Inc. ("US Foods") and Defendants George's, Inc. and George's Farms, Inc. (collectively, "George's") have agreed to resolve US Foods' claims against George's. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and jointly move the Court to dismiss Plaintiff's claims against George's with prejudice. The parties shall bear their respective fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

Dated: January 11, 2021      Respectfully submitted,

By: */s/ William L. Greene*
STINSON LLP
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100

St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com
John C. Martin
SUGAR FELSENTHAL GRAIS & HELSINGER LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Telephone: (312) 704-2172
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP
Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com
*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

By: */s/ Scott E. Gant*
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC 20005
T: (202) 379-2727
sgant@bsfllp.com

*Counsel for Direct Action Plaintiff US Foods, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 11, 2021, he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>  */s/ William L. Greene*
>  William L. Greene