UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| This Document Relates to:<br>Direct Purchaser Plaintiff Action | **DIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH TYSON DEFENDANTS** |

Direct Purchaser Plaintiffs respectfully notify the Court that Direct Purchaser Plaintiffs have reached an agreement with Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively referred to as "Tyson") to settle all claims against Tyson. The parties are working to finalize and document all the terms of that agreement, which is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will move for preliminary – and, ultimately, final – approval of a proposed settlement in the near future.

556031.1

Date:    January 11, 2021 | Respectfully submitted,

| | |
|---|---|
| W. Joseph Bruckner (MN #0147758) | Clifford H. Pearson |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Brian D. Clark (MN #0390069) | Thomas J. Nolan |
| (admitted *pro hac vice*) | (admitted *pro hac vice* |
| Simeon A. Morbey (MN #0391338) | Daniel L. Warshaw |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | Bobby Pouya |
| 100 Washington Avenue South, Suite 2200 | (admitted *pro hac vice*) |
| Minneapolis, MN 55401 | Michael H. Pearson |
| Telephone: (612) 339-6900 | (admitted *pro hac vice*) |
| Facsimile: (612) 339-0981 | PEARSON SIMON & WARSHAW, LLP |
| wjbruckner@locklaw.com | 15165 Ventura Boulevard, Suite 400 |
| bdclark@locklaw.com | Sherman Oaks, CA 92403 |
| samorbey@locklaw.com | Telephone: (818) 788-8300 |
| | Facsimile:  (818) 788-8104 |
| | cpearson@pswlaw.com |
| Bruce L. Simon | tnolan@pswlaw.com |
| (admitted *pro hac vice*) | dwarshaw@pswlaw.com |
| PEARSON, SIMON & WARSHAW, LLP | bpouya@pswlaw.com |
| 350 Sansome Street, Suite 680 | mpearson@pswlaw.com |
| San Francisco, CA 94104 | |
| Telephone: (415) 433-9000 | ***Interim Co-Lead Class Counsel for*** |
| Facsimile:  (415) 433-9008 | ***Direct Purchaser Plaintiffs*** |
| bsimon@pswlaw.com | |
| | *s/ Steven A. Hart* |
| | Steven A. Hart (#6211008) |
| | Brian Eldridge (#6281336) |
| | John Marrese (#6306516) |
| | Kyle Pozan (#6306761) |
| | HART MCLAUGHLIN & ELDRIDGE, LLC |
| | 22 West Washington Street, Suite 1600 |
| | Chicago, IL 60602 |
| | Telephone: (312) 955-0545 |
| | Facsimile: (312) 971-9243 |
| | shart@hmelegal.com |
| | beldridge@hmelegal.com |
| | jmarrese@hmelegal.com |
| | kpozan@hmelegal.com |
| | |
| | ***Interim Liaison Class Counsel for*** |
| | ***Direct Purchaser Plaintiffs*** |

556112.1

## CERTIFICATE OF SERVICE

I, Steven A. Hart, depose and state that I have served a copy of Notice of Settlement upon all counsel of record via the United States Court for the Northern District of Illinois ECF Document Filing System on January 11, 2021.

*s/Steven A. Hart*
Steven A. Hart (IL #6211008)

556112.1