**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO THE AMICK
COMPANY, INC., AMICK-OSI BROILERS, LLC, AND AMICK-
OSI PROCESSING, LLC**

PLEASE TAKE NOTICE that Direct Purchaser Plaintiffs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and through their attorneys hereby provide notice of the voluntary dismissal without prejudice of all claims against the following Defendants: The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC. These defendants have not served either an answer or a motion for summary judgment, so dismissal pursuant to Rule 41(a)(1)(A)(i) is proper.

The Notice and Stipulation does not impact the status of Defendant Amick Farms, LLC or of the Settlement between Direct Purchaser Plaintiffs and Amick Farms, LLC.

WHEREFORE, Direct Purchaser Plaintiffs hereby voluntarily dismiss without prejudice all claims against Defendants The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC.

555950.1

Dated: January 18, 2021

| | |
|---|---|
| W. Joseph Bruckner<br>Brian D. Clark<br>Simeon A. Morbey<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>T:  (612) 339-6900<br>F:  (612) 339-0981<br>wjbruckner@locklaw.com<br>bdclark@locklaw.com<br>samorbey@locklaw.com<br><br>Bruce L. Simon<br>Neil Swartzberg<br>PEARSON, SIMON & WARSHAW, LLP<br>350 Sansome Street, Suite 680<br>San Francisco, CA 94104<br>T: (415) 433-9000<br>F:  (415) 433-9008<br>bsimon@pswlaw.com<br>nswartzberg@pswlaw.com<br><br>Clifford H. Pearson<br>Daniel L. Warshaw<br>Michael H. Pearson<br>Bobby Pouya<br>PEARSON SIMON & WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 92403<br>T: (818) 788-8300<br>F: (818) 788-8104<br>cpearson@pswlaw.com<br>dwarshaw@pswlaw.com<br>mpearson@pswlaw.com<br>bpouya@pswlaw.com<br><br>***Direct Purchaser Plaintiffs Interim Co-Lead DPP Counsel*** | s/ *Steven A. Hart*<br>Steven Hart (#6211008)<br>Brian Eldridge (#6281336)<br>John Marrese (#6306516)<br>Kyle Pozan (#6306761)<br>HART MCLAUGHLIN & ELDRIDGE, LLC<br>22 West Washington Street, Suite 1600<br>Chicago, IL 60602<br>T: (312) 955-0545<br>F: (312) 971-9243<br>shart@hmelegal.com<br>beldridge@hmelegal.com<br>jmarrese@hmelegal.com<br>kpozan@hmelegal.com<br><br>***Direct Purchaser Plaintiffs Interim Liaison DPP Counsel*** |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on January 18, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

By   s/ *Steven A. Hart*
      Steven A. Hart

555950.1