UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>All End-User Consumer Plaintiff Actions | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

### END-USER CONSUMER PLAINTIFFS' NOTICE OF SETTLEMENT WITH TYSON DEFENDANTS

End-User Consumer Plaintiffs respectfully notify the Court that End-User Consumer Plaintiffs have reached an agreement with Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Tyson") to settle all claims against Tyson. The parties are working to finalize and document all the terms of that agreement, which is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the parties' agreement, End-User Consumer Plaintiffs will move for preliminary – and, ultimately, final – approval of a proposed settlement in the near future.

DATED: January 19, 2021　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP

　　　　　　　　　　　　　　　　　　　By     s/ Steve. W. Berman
　　　　　　　　　　　　　　　　　　　　　　STEVE W. BERMAN

　　　　　　　　　　　　　　　　　　　Breanna Van Engelen
　　　　　　　　　　　　　　　　　　　1301 Second Avenue, Suite 2000
　　　　　　　　　　　　　　　　　　　Seattle, Washington  98101
　　　　　　　　　　　　　　　　　　　Tel: (206) 623-7292
　　　　　　　　　　　　　　　　　　　steve@hbsslaw.com
　　　　　　　　　　　　　　　　　　　breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

*Interim Lead Counsel for End-User Consumer Plaintiffs*

Kit A. Pierson
Brent W. Johnson
Benjamin D. Brown
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
adeich@cohenmilstein.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
dsilverman@cohenmilstein.com

*Additional Counsel for End-User Consumer Plaintiffs*

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on January 19, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

            By  s/ Steve. W. Berman
               STEVE W. BERMAN