**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | Case No.: 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH TYSON DEFENDANTS**

Commercial Indirect Purchaser Plaintiffs (CIIPPs) respectfully notify the Court that CIIPPs have reached an agreement with Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively referred to as "Tyson"), to settle all claims against Tyson. The parties are working to finalize and document all the terms of that agreement, which is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will move for preliminary – and, ultimately, final – approval of a proposed settlement shortly.

1

DATED: January 19, 2021

/s/ Daniel E. Gustafson
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Brittany N. Resch
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Ste. 2600
Minneapolis, MN 55402
T: (612)333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Joseph W. Cotchett
Adam Zapala
Tamarah Prevost
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
tprevost@cpmlegal.com

*Commercial and Institutional Indirect Purchaser Plaintiffs Interim Co-Lead Counsel*

Kenneth A. Wexler
Edward A. Wallace
Melinda J. Morales
WEXLER WALLACE LLP
55W.Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222
kaw@wexlerwallace.com
eaw@wexlerwallace.com
mjm@wexlerwallace.com

*Commercial and Institutional Indirect Purchaser Plaintiffs Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, a true and correct copy of the foregoing Notice of Settlement, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                */s/ Daniel E. Gustafson*
                Daniel E. Gustafson