UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | Case No.: 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF RYAN THOMAS MCALLISTER

Pursuant to Local Rule 83.17, Plaintiffs BJ's Wholesale Club, Inc., Darden Restaurants, Inc., Jetro Holdings, LLC, Maximum Quality Foods, Inc., PJ's Food Service, Inc., Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC respectfully request leave of this Court to withdraw the appearance of Ryan Thomas McAllister as one of their attorneys of record in the above-referenced matter. Attorneys at Boies Schiller Flexner LLP and Cadwalader, Wickersham & Taft LLP will continue to represent Plaintiffs BJ's Wholesale Club, Inc., Darden Restaurants, Inc., Jetro Holdings, LLC, Maximum Quality Foods, Inc., PJ's Food Service, Inc., Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC in this action.

WHEREFORE, Plaintiffs BJ's Wholesale Club, Inc., Darden Restaurants, Inc., Jetro Holdings, LLC, Maximum Quality Foods, Inc., PJ's Food Service, Inc., Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC request that this Court grant this motion and enter an order withdrawing the appearance of Ryan T. McAllister as counsel for BJ's Wholesale Club, Inc., Darden Restaurants, Inc., Jetro Holdings, LLC, Maximum Quality Foods, Inc., PJ's Food Service, Inc., Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC in

this matter.

Dated: January 22, 2021

Respectfully submitted,

/s/ *Philip J. Iovieno*

Philip J. Iovieno
Nicholas A. Gravante, Jr.
CADWALADER, WICKERSHAM &
TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
philip.iovieno@cwt.com
nicholas.gravante@cwt.com

/s/ *Ryan T. McAllister*

Anne M. Nardacci
Ryan T. McAllister
Mark A. Singer
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
anardacci@bsfllp.com
rmcallister@bsfllp.com
msinger@bsfllp.com

*Attorney for BJ's Wholesale Club, Inc., Darden Restaurants, Inc., Jetro Holdings, LLC, Maximum Quality Foods, Inc., PJ's Food Service, Inc., Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<i>/s/ Ryan T. McAllister</i><br>
Ryan T. McAllister