**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Maplevale Farms, Inc., et al.
                              Plaintiff,

v.                                              Case No.: 1:16–cv–08637
                                                    Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 22, 2021:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the date set in the Court's order of 1/12/21 [4163] for the DAPs and Defendants to submit either an agreed–upon proposed order or competing proposals is stricken and reset to 1/25/21. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.