**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Case No: 1:16-cv-08637 |
| | Judge Thomas Durkin |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTIONS | Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF RACHEL B. HAIG IN SUPPORT OF DEFENDANTS'
OPPOSITION TO DIRECT PURCHASER PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

The exhibits cited in support of Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification are set forth in the chart below. The exhibits are true and correct copies of these documents, which have been limited to the relevant portions.[1] As required by the Agreed Confidentiality Order (ECF No. 202), and as further set forth in the concurrently filed Motion to Seal, any exhibits that have been designated as Confidential or Highly Confidential will be filed under seal and are denoted as such in the chart below.

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIALITY DESIGNATION |
|---|---|---|
| 1 | Expert Report of Dr. John H. Johnson, IV | Highly Confidential |
| 1 A | Johnson Report Appendices (Part 1) | Highly Confidential |
| 1 B | Johnson Report Appendices (Part 2) | Highly Confidential |
| 1 C | Johnson Report Appendices (Part 3) | Highly Confidential |
| 1 D | Johnson Report Appendices (Part 4) | Highly Confidential |

---

[1]     Full, non-excerpted versions can be made available upon request.

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIALITY DESIGNATION |
|---|---|---|
| 2 | Westhoff, Patrick (Food and Agricultural Policy Research Institute, University of Missouri), "Economics of Food" | Not Confidential |
| 3 | Carter, Colin (DPP Expert) Deposition Transcript | Highly Confidential |
| 4 | Shagam, Shayle (USDA) Deposition Transcript | Highly Confidential |
| 5 | Qualls, Ken (HRF 30(b)(6)) Deposition Transcript | Highly Confidential |
| 6 | USDA Broiler Market News Report, Dec. 2019 | Not Confidential |
| 7 | Reese, Bryan (Foster Farms) Deposition Transcript | Highly Confidential |
| 8 | Downes, Paul (Mountaire 30(b)(6)) Deposition Transcript | Highly Confidential |
| 9 | Kenny, Robert (George's) Deposition Transcript | Highly Confidential |
| 10 | Windham, Chan (HRF) Deposition Transcript | Highly Confidential |
| 11 | USDA National Agricultural Statistics Service | Not Confidential |
| 12 | USDA, Economics, Statistics, and Market Information System, "Chickens and Eggs" | Not Confidential |
| 13 | Agricultural Marketing Service, "Broiler Market News Report" | Not Confidential |
| 14 | Feb. 2007 USDA Agricultural Projections to 2016 | Not Confidential |
| 15 | Feb. 2006 USDA Agricultural Projections to 2015 | Not Confidential |
| 16 | Shagam (USDA) Dep. Ex. 977, Congressional Research Service - US Livestock and Poultry Feed Use and Availability: Background and Emerging Issues (Aug. 11, 2011) | Not Confidential |
| 17 | Shagam (USDA) Dep. Ex. 990, March 2019 USDA Agricultural Projections to 2028 | Not Confidential |
| 18 | 2008 Midwestern U.S. Floods," National Oceanic and Atmospheric Administration | Not Confidential |

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIALITY DESIGNATION |
|---|---|---|
| 19 | Donohue & Cunningham, "Effects of grain and oilseed prices on the costs of US poultry production," Journal of Applied Poultry Research (2009) | Not Confidential |
| 20 | Biofuels Impact on Food Prices, Before Comm. on Energy and Nat'l Res., 110 Cong. (2008) (J. Glauber, USDA Statement) | Not Confidential |
| 21 | U.S. Bureau of Labor Statistics, "Civilian Unemployment Rate" | Not Confidential |
| 22 | McCann, Jerry (Nicholas & Co.) Deposition Transcript | Highly Confidential |
| 23 | Macaraeg, Al (Bashas 30(b)(1)) Deposition Transcript | Highly Confidential |
| 24 | TROYER.CHICKENS.017850 | Highly Confidential |
| 25 | Sunding, David (EUCP Expert) Deposition Transcript - Rough | Highly Confidential |
| 26 | Cogdill, Richard (Pilgrims) Deposition Transcript | Highly Confidential |
| 27 | Welch, Mike (Harrison) Deposition Transcript | Highly Confidential |
| 28 | Maddox, Elton (Wayne Farms) Deposition Transcript | Highly Confidential |
| 29 | PILGRIMS-0002555920 | Confidential |
| 30 | CASEFOODS0000620603 | Highly Confidential |
| 31 | CASEFOODS0000620573 | Highly Confidential |
| 32 | OKFoods_0000368041 | Highly Confidential |
| 33 | OKFoods_0000936145 | Highly Confidential |
| 34 | Sanderson-0003048807 | Confidential |
| 35 | Aug. 11, 2011 USDA Supply and Demand Estimate | Not Confidential |
| 36 | Domm, Patti, "Massive US Drought Leads to Worst Fears for Corn Crop," CNBC (Aug. 10, 2012) | Not Confidential |

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIALITY DESIGNATION |
|---|---|---|
| 37 | Johnson, Andrew, "Corn Prices Soar as Midwest Bakes," WSJ (July 10, 2012) | Not Confidential |
| 38 | USDA Press Release (Aug. 13, 2012) | Not Confidential |
| 39 | Donohue, Michael (Agri Stats) Deposition Transcript | Highly Confidential |
| 40 | Wells, Jane, "Poultry Industry May Face Losses Thanks to Corn Prices," CNBC (September 18, 2012) | Not Confidential |
| 41 | July 11, 2012 USDA Supply and Demand Estimate | Not Confidential |
| 42 | Sanderson-0000031424 | Highly Confidential |
| 43 | Mar-Jac_0000366510 | Highly Confidential |
| 44 | Mar-Jac_0000866757 | Highly Confidential |
| 45 | Stevens, Stewart (Colorado Boxed Beef) Deposition Transcript | Highly Confidential |
| 46 | Matthews, William (Pilgrim's 30(b)(6)) Deposition Transcript | Highly Confidential |
| 47 | PILGRIMS-0002593049 | Highly Confidential |
| 48 | JGC0000051153 | Confidential |
| 49 | Wagner, Scott (DPP) Deposition Transcript | Highly Confidential |
| 50 | MTA-PL0001265456 | Highly Confidential |
| 51 | MTA-PL0001185105 | Highly Confidential |
| 52 | MTA-PL0001265302 | Highly Confidential |
| 53 | Feb. 2009 USDA Agricultural Projections to 2018 | Not Confidential |
| 54 | FAPRI March 2010 US Baseline Briefing Book | Not Confidential |
| 55 | JPMS-00052857 | Confidential |
| 56 | Sanderson Farms 2012 Form 10-K | Not Confidential |

| EXHIBIT NO. | BATES NO./ DESCRIPTION | CONFIDENTIALITY DESIGNATION |
|---|---|---|
| 57 | 2/28/2017 All Plaintiffs' 1st RFPs to All Defendants | Not Confidential |
| 58 | 2/26/2018 Ltr. from S. Pepper to B. Clark | Not Confidential |
| 59 | 7/13/2018 Ltr. from M. O'Brien to M. Moskovitz | Not Confidential |
| 60 | 7/22/2020 Ltr. from S. Pepper to B. Clark | Not Confidential |
| 61 | Sanderson Farms Q4 2011 Earnings Call | Not Confidential |
| 62 | Sanderson-0000733197 | Confidential |
| 63 | Boyce, Randy (Foster Farms) Deposition Transcript | Highly Confidential |
| 64 | PECO0000175360 | Confidential |
| 65 | Sanderson-0004347140 | Confidential |
| 66 | USF-BR-0000104856 | Highly Confidential |
| 67 | Pope, Daniel (OK Foods) Deposition Transcript | Highly Confidential |
| 68 | Huber, Dan (Foster Farms) Deposition Transcript | Highly Confidential |
| 69 | EPL_0000115956 | Highly Confidential |
| 70 | Price-Chop_0000126267 | Highly Confidential |
| 71 | CASEFOODS0000575730 | Highly Confidential |
| 72 | Qualls, Ken (HRF 30(b)(1)) Deposition Transcript | Highly Confidential |
| 73 | Guest, Larry (Harrison) Deposition Transcript | Highly Confidential |
| 74 | Goins, Trent (OK Foods) Deposition Transcript | Highly Confidential |
| 75 | Fries, Mikell (Claxton) Deposition Transcript | Highly Confidential |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2021, in Chicago, Illinois.

*/s/ Rachel B. Haig*
Rachel B. Haig