# EXHIBIT 17

**University of Arkansas, Fayetteville**
**ScholarWorks@UARK**

Theses and Dissertations

12-2017

# Time Series Forecast Analysis in Wholesale Broiler Markets

Christopher R. Sims
*University of Arkansas, Fayetteville*

Follow this and additional works at: http://scholarworks.uark.edu/etd

 Part of the Agricultural Economics Commons, and the Poultry or Avian Science Commons

## Recommended Citation

Sims, Christopher R., "Time Series Forecast Analysis in Wholesale Broiler Markets" (2017). *Theses and Dissertations*. 2551.
http://scholarworks.uark.edu/etd/2551

This Thesis is brought to you for free and open access by ScholarWorks@UARK. It has been accepted for inclusion in Theses and Dissertations by an authorized administrator of ScholarWorks@UARK. For more information, please contact scholar@uark.edu, ccmiddle@uark.edu.

Time Series Forecast Analysis in Wholesale Broiler Markets

A thesis submitted in partial fulfillment
of the requirements for the degree of
Master of Science in Agricultural Economics

by

Christopher R. Sims
University of Arkansas
Bachelor of Science in Agricultural Food and Life Sciences, 2015

December 2017
University of Arkansas

This thesis is approved for recommendation to the Graduate Council.

_____
Dr. H. L. Goodwin, Jr.
Thesis Director

_____          _____
Dr. Andrew M. McKenzie                    Dr. Rodolfo N. Nayga
Committee Member                          Committee Member

_____
Dr. Bruce L. Dixon
Committee Member

## Abstract

In 2016 the chicken industry provided nearly 1.2 million jobs, 68 billion dollars in wages, 313 billion dollars in economic activity and 24 billion dollars in government revenue (John Dunham & Associates, Inc., 2016). Broiler production has changed dramatically from the early 90's to the turn of the 21st century. Technological advancements, continuous improvements, production efficiencies and industry changes have made the industry the global market it is today. The poultry industry is an extremely volatile market with prices constantly fluctuating in response to input price volatility and demand and supply changes. These changes are often driven by world economic conditions which impacts the roughly 20% of U.S. production that is exported. Due to these variations, accurate forecasting of poultry prices is difficult.

Economic modeling is complex at best; this paper examines a comparison between vector autoregression (VAR) and autoregressive (AR) techniques. Urner Barry average monthly northeast wholesale poultry parts price data was used for this research. Parts analyzed are; drumstick (DRUM), jumbo boneless skinless breast tender out (BSBTO), leg quarter (LQ), thigh (THIGH), small wing (SMWING), jumbo wing (JMWING), tender (TENDER) and whole bird without giblets weighing 2 ¼ lbs. (WOG). This modeling will focus on the technical aspects of modeling to initiate a strong foundation for further research. Key fundamental aspects are discussed to give economical understanding of the challenges the broiler industry faces. This research concludes that AR modeling is superior to VAR modeling techniques.

It is important for the broiler industry to understand pricing strategies for contracts with food retail operators[1]. Price forecasting has the potential to help poultry companies increase their

---

[1] Food retail operators are business within the foodservice industry such as McDonalds, Kentucky Fried Chicken, Taco Bell, and Sonic.

returns on revenue. Wholesale broiler parts today are extensively further processed and value added today than in previous years. This causes the wholesale price to have little influence in processors determined price within contracts. Knowing price interaction will allow processors to determine alternate cuts of meat that can be substituted for products during times of high prices.

**Acknowledgements**

Special thanks are extended to my advisor Dr. H.L. Goodwin for all of his guidance not only professionally but personally as well. His life lessons will always stick with me and have helped make me into the person that I am today. I am forever grateful for everything he has done throughout the years that I have known him. Words cannot express the gratitude I have for Dr. Goodwin in everything that he has done.

I also extend a thank you to Dr. Bruce Dixon, Dr. Andrew McKenzie and Dr. Rodolfo Nayga for their guidance and support through my thesis. Also, a special thanks to the faculty and staff in the departments of Agricultural Economics and Poultry Science for all their commitment to the students. Without their help and support it would have been impossible to make it through the six years of undergraduate and masters work. Their dedication to students is exemplary and heartfelt. The Poultry Science department provided guidance and direction that got me to where I am today.

**Dedication**

I would like to dedicate my thesis to my family and friends that have been my supporters throughout the entire process. I am forever greatful for their profound support, words of encourangement, and always being there for me.

Special thank you to my family for their support as I became the first college graduate from our family, and continued my education through my masters program. Their continuous support and guideance throughout school and life has left me with many lessons that I will never forget. They have pushed me to be successful in everything that I do and continue to always be looking forward for constant progress in life.

**Table of Contents**

**Section I Introduction**...................................................................................................................1

Current Pricing Situation and Importance.......................................................................................1

Problem Statement............................................................................................................................3

Objectives.........................................................................................................................................4

**Section II Literature Review**........................................................................................................5

Broiler Production and History in the United States.........................................................................5

Historical Background.......................................................................................................................5

Economic Importance to the United States.......................................................................................7

Industry Evolution and Company Structure......................................................................................8

Exports.............................................................................................................................................10

Global Influences............................................................................................................................12

Exogenous Factors Influencing the Broiler Industry in the United States.....................................13

Disease Impacts...............................................................................................................................14

Recession.........................................................................................................................................15

Drought............................................................................................................................................16

Market Structure..............................................................................................................................17

Food Safety and Awareness............................................................................................................18

Integrator Quality Standards...........................................................................................................18

Product Differentiation....................................................................................................................19

Market Make-Up; Retail and Foodservice.....................................................................................21

Rotisserie Chicken – Growth in Deli Foods...................................................................................22

Next Gen. Retail Store – Dry Goods Shrink, While Deli and Foodservice Expand.......................23

Theory and Technical Estimation Procedures.................................................................24

***Section III Data and Methods***............................................................................29

Data..........................................................................................................................30

Methods and Equations...........................................................................................36

**Section IV Results, Summary, Conclusion and Implications**...................................42

Results.....................................................................................................................42

Baseline-Model 1....................................................................................................42

Alternative Models – Models 2, 3 and 4.................................................................43

Model 2....................................................................................................................44

Model 3 and 4..........................................................................................................44

Summary, Conclusions and Implications................................................................45

**Works Cited**.............................................................................................................50

**Appendix**.................................................................................................................58

*Section I - Introduction*

*Current Pricing Situation and Importance*

Poultry companies have evolved their pricing strategy with the ever-changing market and consumer base and have expanded their product portfolios beyond traditional whole/rotisserie chicken, 8-piece cut-up[2], and tray pack[3]. The chicken business has expanded beyond only retail customers to encompass foodservice establishments as well. In the 80's companies began to see a shift of consumers wanting further processed value-added[4] products. The shift comes from changes in consumers taste, preferences, and lifestyles.

The U.S. broiler industry is rapidly evolving from where it was 15, 10 and even 5 years ago, at the turn of the century. It has grown to have a global presence. Issues that affect the industry now have an even bigger impact than before. Companies have evolved with the help of technological advancements to increase production and efficiencies. Broiler industry expansion has been growing at an increasing rate and is important to the United States economy. Over the years, broiler consumption rose slowly and in 1993 surpassed individual consumption of beef or pork (National Chicken Council, 2017). In the decade of the 90's, ready to cook (RTC) broiler[5] pounds produced increased nearly 10 billion pounds (National Chicken Council, 2017). Consumers' behaviors began to change with their tastes and preferences, prompting the increase in broiler consumption.

---

[2] This refers to the way a bird is cut-up and offered to consumers. Two of each of the following pieces comes from the bird once cut-up; breast halves, wings, thighs, and drums. (United States Department of Agriculture, 2000).
[3] Poultry that is fresh packed on a tray and then individually wrapped tightly with a plastic film. (Dawson, 2008).
[4] Further processed value added food products have been changed physically in a way to enhance the value of the original product. (University of Maryland Extension, 2017).
[5] Processed young poultry and its parts which are ready to be cooked with very little additional preparation (The Poultry Site, 2003)

1

In the 50's there were over 200 broiler companies. By the 90's and early 2000's, several acquisitions and mergers had been completed within the industry. By 2000, there were fewer than 50 companies and as of 2017 there were only about 35. WATT PoultryUSA's January 2001 issue discusses the time of acquisitions for the industry as the top three companies slowly gained more share of the total industry (WATT Poultry, 2001). 2001 was a big year for the industry because numerous acquisitions occurred. Vertical integration has also been key to processors becoming more efficient in cost savings and production as they are today, continuing to give rise to the number of acquisitions within the industry. Increases in production efficiencies have allowed the development of more wholesale and retail product cuts to be offered.

"For decades, producers made their money on the front half of the bird but lost money on the back half," said Bill Roenigk, senior vice president and economist with the National Chicken Council (Business Insider, 2012). This began changing in the 1990s as the industry found new markets for the back half in Russia, Asia, and Latin America (Business Insider, 2012). Americans overwhelmingly desire white meat chicken portions over dark meat. This means the excess dark meat portions are exported out of the United States. Thus, white meat chicken parts are the drivers behind the pricing of all parts. In the past, consumers strongly preferred breast meat. In research conducted by Goodwin et al., investigating the usefulness vector autoregression models to explain chicken part pricing, they found "strong evidence suggests a significant price relationship between boneless skinless breast (BSB) and the whole carcass without giblets (WOG). Shocks in the BSB market have a great effect on WOG market prices compared with price shocks resonating within dark meat markets" (Goodwin, Jr., McKenzie, & Djunaidi, p. 483-495, 2003). Breast meat has led the pricing strategy for all other parts. However, over the years, volatility in prices of all parts has been increasing and consumer

preferences are shifting to alternate chicken products. Parts pricing is extremely important for processors to understand when negotiating contract base prices with customers. Prices are listed by unbiased third party vendors, which give integrators (Pilgrim's Pride, Tyson Foods, Perdue, etc.) a benchmark, which they use to base their formula price on when determining customers' contract prices. Third-party vendors give integrators a full perspective of overall market potential and the market's direction to inform future price negotiations.

***Problem Statement***

Broiler parts prices are in a constant state of price volatility due to external factors playing a crucial role in final parts pricing. Thus, accurately forecasting broilers prices into the future is difficult and with no consensus on the preferred forecast method. Better understanding the price interaction of broiler parts could change the way processors market individual parts. Being able to more accurately forecast broiler prices into the future would than other companies would provide the broiler company an added advantage for revenue growth and market capture. If such forecasts were public and shared among the involved parties, price discovery should become more efficient. More accurate price predictions also give broiler companies better directionality for further growth and internal strategies.

In economics, vector autoregression (VAR) models are commonly used as basis for building forecast models (Smith, Carter, & Rausser, 2017). Smith et al., utilize VAR models and "find partially identified VAR models to be a fruitful avenue for future research in price analysis" for market effects of biofuels (Smith, Carter, & Rausser, 2017). VAR model specifications require identifying the relevant variables chosen and the number of lags to use. Numerous factors play crucial roles in determining broiler prices. Some factors have an indirect relationship but still affect prices. The large market shares of chicken products the industry has in

the foodservice category makes it extremely difficult to forecast prices, since prices are arranged by private negotiation and not reported publicly. Further processed, value-added products are extremely hard to connect back to the wholesale price of individual broiler parts due to the additional costs involved in making the changes necessary to produce the final products. This research compares VAR and single equation autoregressive (AR) models for relative forecasting accuracy. Both VAR and AR require selecting specifications of variables and lag lengths to analyze compare forecasting performance for each. Since AR models area subset of VAR models, the comparison essentially asks if the greater complexity of the VAR gives VAR an advantage over the simpler AR.

***Objectives***

Economic modeling approaches for the broiler industry are important and useful. The main thesis objective is to give insight into price forecasting for the broiler industry, thus allowing broiler companies to have a better understanding of how to interpret possible pricing strategies when negotiating contracts with food retail operators. Specific objectives include to: 1) Re-evaluate the VAR and AR modeling techniques used by McKenzie, Goodwin and Carreira to include updated Urner Barry wholesale parts pricing through May of 2017. A comparison using autoregressive (AR) versus vector autoregression (VAR) models will determine the superior modeling approach. 2) Determine if findings in McKenzie et al., still hold true given the changes the industry has undergone in responding to consumer demand. 3) If the findings differ, what does the new model suggest about changes in the industry? 4) Finally, determine if a specific broiler part drives all other parts prices.

*Section II – Literature Review*

*Broiler Production and History in United States*

*Historical Background*

Over a century ago, poultry farms were found on most all rural and many urban properties. The broiler industry began in the early 1900's with individual back yard hobby farms. Broiler meat was originally considered a byproduct from chickens with eggs being the key product. A few people started to sell chickens to help supplement their income on the side. In the late 20's and early 30's individuals start to have larger flocks of birds to sell for meat consumption. During this time, we see the rise of entrepreneurs with expansion of poultry farms throughout the Midwest states. "Mrs. Wilmer Steele of Sussex County, Delaware, is often cited as the pioneer of the commercial broiler industry. In 1923, she raised a flock of 500 chicks intended to be sold for meat. Her small business was so profitable, by 1926, Mrs. Steele was able to build a broiler house with a capacity of 10,000 birds" (National Chicken Council, 2012).

Between the 1940's and 1960's the broiler industry started to slowly take form. Birds were typically sold as "New York dressed," with just the blood and feathers removed. Broiler producers at this time had no single source for obtaining resources. With businesses growing, individuals began selling their own broilers. During the 1940's individuals began to start their own hatcheries, feed mills, and processing plants; entrepreneurs came in and started buying and consolidating to have ownership of every integral part of production. In the late 1940's policy, technology, market and production changes resulted in an increase in broiler meat sales. Now, the industry still focused on both egg and meat sales. In 1942, an Illinois plant was the first to gain government approval of "on-line" evisceration to pack birds into ice-filed containers. This change led to the government considering food safety programs. In 1949, the United States

5

Department of Agriculture (USDA) launched a voluntary program of grading birds to give consumers assurance of a high-quality product.

Entrepreneurs began to buy key entities for the industry to form into the 'vertical integration of today. Before this, all key broiler industry parts were owned by separate individuals, which resulted in higher costs. In 1952, the broiler industry became more commercialized, starting an economic boom for its participants. The classic meat chicken now known as the 'broiler bird' became the primary source for meat consumption. In the 1960's vertical integration became more widespread and slowly became the industry norm, strengthening the broiler industry and allowing companies to take advantage of resources not previously available. Utilizing brand names began, precipitating the vast number of chicken products are marketed under brand names today.

In the 1970's the broiler industry began the full transition into what it is today. Implementation of new technology, genetic improvement, production efficiencies, and automation allowed the industry to make the significant improvements. Technology and automation allowed the industry to begin offering consumers cut-up parts in the form of tray pack. By 1980, consumers started to change their product preferences, preferring more available cut-up and further-processed product options instead of the traditional whole or tray pack bird. Consumers wanted the bird to be broken down into more options for them to buy. It is during this time the industry gained a crucial insight about consumers -- they are willing to pay a premium for further-processed products, accelerating evolution of value-added businesses. The industry began to change and develop with technology allowing production efficiency gains to continue. Industry expansion in the 1990's, along with consumer's taste and preference changes transformed the broiler market to become even more intricate and developed.

Technological advancements allowed consumers to become increasingly aware about how and where their food was produced. In 1998, the USDA required Hazard Analysis and Critical Control Points[6] (HAACP) to be implemented within processing plants to increase food safety and quality (National Chicken Council, 2012). Over the past 15 years the broiler industry has become even more efficient, consolidated and expanded globally.

### Economic Importance to the United States

The broiler industry is significant to the United States economy. In 2016 the industry provided nearly 1.2 million jobs, 68 billion dollars in wages, 313 billion dollars in economic activity and 24 billion dollars in government revenue (John Dunham & Associates, Inc., 2016). This assessment includes all job classifications that are tied to the industry in one-way or another. Sales totaled nearly 48 billion dollars in 2015. The broiler industry alone accounts for 60 percent of the 48 billion dollars (National Agricultural Statistics Service, 2016). Yearly production has increased to just surpass nearly 40 billion pounds produced in 2016 (National Chicken Council, 2017). "World meat consumption, according to OECD and FAO projections is expected to average 36.3 kg in retail weight by 2023, an increase of 2.4 kg as compared with 2013" (The Poultry Site, 2015). Approximately 72 percent of the overall meat consumption increase is estimated to come from an increase in poultry consumption.

The USDA Economic Research Service publishes a monthly report giving an outlook on the livestock, dairy, and poultry industries. In the April 2017 publication, it states "February broiler production and exports increased from last year, and higher-than-expected prices in late-March led to upward revisions for the price forecast" (Haley & Jones, 2017). Broiler exports for

---

[6] HACCP is a management system where food safety is addressed through the analysis and control of products in all forms from acquiring the product until final consumption by consumer (U.S. Food & Drug Administration, 2017).

2017 are up roughly 2 percent from 2016 with the driver being exports to South Africa; which, were up nearly 25 million pounds, which passes the recent record level.

### *Industry Evolution and Company Structure*

In the early to mid-90s, a shift in company structure occurred such that individual contract production farms expanded and smaller farms slowly stopped production. The accelerated pace of vertical integration of the integrator companies led to increases in food safety and quality assurance, efficiencies, and cost reduction throughout the process. Vertical integration also resulted in a regional shift of production to the South and Midwest states. In 1995 approximately, 83 percent of farms producing poultry were in the Northeast, Appalachia, Southeast, Delta, and Corn Belt regions (Perry, Banker, & Green, 1999). Warmer parts of the country with easier access to water means lower expenses incurred by the grower. Vertical integration, larger farms and legal changes have all caused integrators to create contracts for the growers.

In the industry, today, the clear majority of individual broiler growers (over 95 percent) work with an integrator through independent contract arrangements. The contract system allows individual growers to have access to an outlet for their production outputs along with the technical guidance from experts in the industry. Contracts have since shaped how a grower enters the industry and receives compensation and provided guidance for production limitations, equipment and facilities upgrades and management responsibilities. Contracts formalize the entire production and processing interfaces and provide specific agreement parameters between the producers and the processors. In 1995 there were approximately 49,716 farms producing poultry or eggs which totaled 14.5 billion dollars -- nearly 17 percent of the total value of all livestock commodities produced (Perry, Banker, & Green, 1999).

8

"In 1980 the top 20 poultry companies processed 64 percent of broilers for the industry. Between 1990 and 2000, market share of the top three integrators jumped just over 5 percent from 35.47 percent to 40.50 percent. In 2000 the top 20 companies produced 86 percent of the broilers slaughtered" (WATT Poultry, 2001). In the early 2000's the following major acquisitions or agreements continued to change the industry:

> Tyson Foods Inc. acquires IBP
>
> ConAgra acquires Seaboard Corporation
>
> Pilgrim's Pride acquires WLR, Inc.
>
> Cargill acquires Agribrands
>
> JBS acquires Pilgrim's Pride
>
> Bachoco acquires OK Foods
>
> Peterson Farms & Wayne Farms sign a managerial agreement, which formed the company now known as Crystal Lake Foods, LLC.

In a 2009 interview, WATT Poultry USA asked economist Dr. Paul Aho to describe the poultry company of 2017 and how it will be different from today (Thornton, 2009).

> I think there will be two kinds of poultry companies in the future. There will be a few very large companies of the type we see developing today and also a number of smaller players that may be very different from today's poultry companies. There will be three or four national companies that market coast to coast with a product line in every market Those companies will take 60 percent to 70 percent of the market There may also be a couple dozen-niche players with 30 percent to 40 percent of the market Those companies could be quite different from the poultry companies we've seen up till now. Some of them may not be completely vertically integrated; some of them will be selling very specific products only to very specific markets. Some of the most unusual changes will be coming about in those surviving niche players. The traditional, vertically integrated, full-product-line companies with only one plant may be on the way out. Replacing them will be companies of the same size but with niche products.

Today, broiler companies have shifted their focus to building longevity for the company. Some companies solely focus on producing broilers while others pursue a strategy of becoming global food providers. Product offerings now consist of a variety of portfolios. A few companies now produce other proteins (red meat) and alternative proteins (utilizing plants) as well as complementary bakery items. Having product variety allows companies to reach more consumers based on the companies' overall strategy. The multitude of different products allows companies to broaden their brand portfolio to customers. Consumers continue to drive the direction of change for producers. Today's integrators are balancing the consumer's fast-paced and life style integration approach in their product development. Consumers' ever-changing life styles shape the products that find their way into the market This constant change results in challenges processors currently face today, ranging from antibiotic use to animal welfare to nutritional labeling. These challenges have become a more prevalent topic as the industry expands globally.

### *Exports*

In 1991, a government sponsorship between the United States and Soviet Union marked the beginning of exports for broiler leg quarters, with a vigorous trade with the Former Soviet Union, primarily Russia, continuing through the next decade. In 2001, U.S. poultry exports skyrocketed accounting for nearly 20 percent of U.S. production amounted to over 2 billion dollars (National Chicken Council, 2012). The United States is the second largest chicken meat exporter next to Brazil. The United States and Brazil accounted for approximately 76 percent of global exports of chicken by 2005. "In 2009 broiler exports went down 2 percent as Russian quotas limited access to the country's market (The Poultry Site, 2010)". As productivity in the U.S. agriculture industry continued to grow, it did so at a faster rate than domestic demand,

prompting U.S. farmers and industries to rely heavily on export markets to keep prices at a sustainable market level (Economic Research Service, 2017).

Global exports are expected to increase nearly 4 percent in 2017 due to the expansion of the United States and Brazil shipments (Foreign Agricultural Service, 2017). The European Union will see their exports decline roughly 8 percent in 2017 due to highly pathogenic avian influenza (HPAI) trade restrictions (Foreign Agricultural Service, 2017). HPAI outbreaks in China make it difficult for producers to obtain the popular poultry genetic lines to produce broilers there. AI has a greater susceptibility with older chickens such as layers[7] and original genetic lines; therefore, AI outbreaks are causing China to increase their imports nearly 40 percent in 2017 (Foreign Agricultural Service, 2017).

The global broiler export market has dramatically evolved since its beginning in the early 90's due to efficiency, trade policies, population growth, relative price changes and exchange rates. Each of these factors are constantly changing, making the export market more complex. "U.S. broiler meat exports are projected to rise about 12 percent between 2013 and 2022" (Davis, Harvey, Zahniser, Gale, & Liefert, 2013). Export market destinations continue to expand globally. In 2012 the U.S. was exporting to approximately 150 countries. Technological advancements and new trading opportunities have allowed the United States to increase export market share. In 2017, the United States is forecasted to export approximately 16.9 percent of broiler production or nearly 7 billion pounds (National Chicken Council, 2017). World markets, economic growth, exchange rates, income, prices and governmental policies constantly affect the United States and overall world trade (Economic Research Service, 2017).

---

[7] Layer hens are kept for egg production. These birds are kept for approximately 2 to 3 laying cycles that consist of 60 to 65 weeks each (Clauer, 2017).

### *Global Influences*

The industry continues to expand as producers provide more food for the ever-growing population. The exponential growth of global population means more food is needed. Chicken is one of the few proteins globally accepted regardless of religion, availability and purchase cost. A global presence for integrators means they must continually formulate new strategies. Genetic companies have started to strategically place primary genetic lines in countries outside their home bases (U.S., EU). One of the key parts of the overall pipeline is pedigree stock. Parent pedigree stock[8] is the beginning of the genetic pipeline; one female will produce approximately three million market broilers. Top broiler breeding companies have spread across different parts of the globe. This strategic move will help manage the threat of avian influenza (AI) outbreaks. Strategic placement helps to ensure the least, overall effect when a disease outbreak happens. Based on the severity of an AI outbreak, countries can enact import bans. AI results in not only trade bans but also affects production efforts. China is currently battling multiple strains of AI, resulting in increased imports (Foreign Agricultural Service, 2017).

Global broiler consumption is rising and forecasted to increase 1.6 percent year over year from 2013 to 2022 (The Poultry Site, 2014). Production of broiler meat will continue to increase; the FAO suggests all meat, including red, meat will increase to 57.7 million metric tons in 2023. Broiler production will account for nearly 28.3 million metric tons of the overall increase (WATT Global Media, 2015). Production will increase in regions of low-cost and slow in those of high-costs. There is on average enough chickens in the world for three per person at any given time (The Economist Online, 2009). Broiler meat has become a more available global protein

---

[8] Pedigree stock are the primary and elite foundation, then great-grandparent, and grandparent birds. Grandparent flocks produce the final generation of breeding birds consisting of parent stock. Eggs from the parent stock hatch to become production birds for human consumption.

12

due to the industry's expansion. By 2020, Africa will experience a population growth of nearly 25 percent (Davis, 2015). This population growth will result in increased broiler consumption resulting in industry growth in the region. Poultry's global presence allows it to continue to be the top animal protein exchanged globally (Davis, 2015).

### *Exogenous Factors Influencing the Broiler Industry in the United States*

Annual broiler production increased to just over 40 billion pounds produced in 2016 (National Chicken Council, 2017). "World per capita meat consumption, according to OECD and FAO projections is expected to average 36.3 kg in retail weight by 2023, an increase of 2.4 kg as compared with 2013" (The Poultry Site, 2015). With this increase in overall meat consumption, approximately 72 percent of the increase is estimated to come from broiler consumption.

To fully understand the dynamic nature of the broiler industry, it is important to identify relevant exogenous factors. The primary factors that have affected the industry structure, profitability, and supply and demand include diseases, recession, and drought. Each of these factors create different kinds of shocks which, affect the pricing of wholesale broiler parts. Each will also cause different supply and demand shocks within the industry. The following three sections give a brief overview of the effect each of these factors has had and delineate important time periods when they have taken place. Each factor may cause a different price reaction. Disease outbreaks and droughts tend to increase prices; however, with a recession prices may well decrease due to lower disposable incomes available for value-added products. These considerations help provide an understanding of how prices have been affected (Figures 1 and 2). It is important to note this research focuses on technical aspects of price forecasting and not the fundamental aspects. The above factors are fundamental but worth noting as a foundation and

understanding for price movement as a basis for the technical forecasting that comprises this thesis.

### *Disease Impacts*

AI is a zoonotic disease to which domestic poultry are highly susceptible. AI is a naturally occurring virus in waterfowl, carried by migratory birds through their migratory pathways (CDC - Centers for Disease Control and Prevention, 2017). The virus sheds and can infect the broiler or broiler breeder and become either low pathogenic avian influenza (LPAI) or (HPAI). LPAI can cause decreases in weight gain and feed consumption. However, HPAI is much more extreme, causing mortality at 90 to 100 percent within 48 hours (CDC - Centers for Disease Control and Prevention, 2017). Once an 'outbreak' occurs, the poultry supply pipeline may be affected by quarantine, disposal or trade embargo. The resultant economic effects begin and can be serious to different degrees dependent upon whether the affected flocks are parent breeder stock or primary breeders.

At the turn of the 21st century, United States poultry exports jumped nearly 3 percent from 15.6 percent in 1999 to 18.0 percent in 2001 of total production; since that time, exports have fluctuated between 14 and 20 percent (National Chicken Council, 2017). During the beginning of 2015 there were over 150 confirmed cases of AI in backyard and commercial broiler and turkey flocks, impacting primarily the Upper Midwest and Western Corn Belt. An emergency economic impact analysis from the University of Minnesota Extension estimated approximately 309.9 million dollar impact in the Greater Minnesota area alone (Darke County Extension, 2015). Analysts estimated a ripple effect of approximately 1.8 million dollars in overall economic losses for each 1 million dollars in direct losses.

Due to the outbreaks, between January and April 2016, there was a 13 percent decline in poultry exports to partners with a trade ban as compared to the same time a year previously. Disease outbreaks cause a major impact on the global supply of poultry products. In 2017, global exports are forecasted to increase 4 percent from 2016, with most coming from Brazil due to the AI outbreaks in the United States. Thus, Brazil's total share of export volume is expected to grow by approximately 10 percent, while the United States' share of export volume is expected to grow by 4 percent (Foreign Agricultural Service, 2017).

### *Recession*

Throughout the Great Recession, which began in December 2007 and ended in June of 2009, consumer's spending habits changed on how and where they spent discretionary income. During the tougher economic conditions consumers also ate out less; when they did eat out it was at cheaper locations (Reed & Crawford, 2014). During this period, total meat consumption dropped by approximately 9 percent; poultry accounted for nearly 6 percent of the decline (The Poultry Site, 2015). During this time, poultry companies began to alter focus on their product portfolio mix. They responded by enhancing their further processed value-added product offerings in retail and food service operations to account for volume that shifted to lower margin, lower service outlets. The recession was a hard time for consumers and integrators, and coincided with a period of high grain prices, which increased feed costs. Normally, during recessionary times there is a decrease in red meat consumption and an increase or at least maintained poultry consumption. However, during the period of high feed costs, there was a *per capita* decline of 2 pounds in annual poultry consumption. The only other time this happened was in the early 70's with the combination of the oil embargo, recession, and grain crisis (Aho, 2011).

During the Great Recession, 73 percent of consumers looked for alternative, cheaper cuts of meat (North American Meat Institute, 2010). Consumers had budget to afford protein but sought cuts they were not used to purchasing but were cheaper. The recession also led to a decline in agricultural exports and prices for U.S. produced commodities.

### Drought

In addition to the negative impacts of the recession, weather-related disasters affected the poultry industry. For integrators, the exogenous costs of growing birds would typically affect the supply. Whole grains such as corn, barley, sorghum and wheat are extremely important to poultry diets. In 2009-2010 broiler production declined slightly while adjusting to rising feed costs; however, future projections point to increases in broiler production over the next few years (Economic Research Service, 2009). In the broader livestock industry, feed costs account for 50 to 60 percent of operating expenses; feed runs as much as 70 percent for broilers. Rising feed costs tighten integrators' profits. Such increase disproportionately affect other proteins, leaving poultry prices lower than red meat.

In the summer of 2012, drastic weather conditions caused the most severe drought the United States had experienced since the 1950's (Adonizio, Kook, & Royales, 2012). Drought caused corn prices to increase over 120 percent causing export prices to hit record levels. The United States is the world's largest exporter of corn. A major drop in corn production decreased global supply and raised prices.

"The government's forecast, based on consumer price index for food, estimated prices would rise 4 to 5 percent for beef in 2013 with slightly lower increases for pork, eggs, and dairy products" (Lowrey & Nixon, 2012). Bill Roegnik, National Chicken Council, told Congress in 2014 "the chicken industry is one drought away from another economic crisis due to the corn

supply volatility" (Johnston, 2014). Crop price volatility plays a crucial role for the poultry industry, which is why crop supply and demand play a key role in the broiler pricing strategy.

### Market Structure

Food producers are now being challenged by the food retail operators to be more efficient, reduce food costs, and create new products through innovation as a result of increasing consumer pressure. Consumers drive the market based on their buying decisions and consumer preferences have been changing. Consumers in the United States only spend approximately 6.4 percent of their household income on food (Gray, 2016) and in 2015; approximately 34.4 cents of every dollar consumers spent went to foodservice establishments (Economic Research Service, 2017). Currently the United States does not import any poultry products; this is attributed to the comparative advantage generated by production technology (Poultry Technology Center).

Consumption of broiler meat is on the rise globally, but is affected by the income status of households and prices and availability of other competitive proteins. "Among low-income household's dark meat, such as chicken leg quarters, is preferred. Consequently, the higher value cuts and added-value items are mainly purchased by the middle and high-income groups" (The Poultry Site, 2014). If poultry remains relatively inexpensive, its consumption will continue to rise—particularly in developing countries. Product development for integrators has been crucial to expanding their offerings to consumers. Since 2000, consumers have preferred products that are value-added and further processed. Some companies have shifted to become diversified food production companies rather than only broiler companies. A survey by National Chicken Council revealed 65 percent of consumers bought packaged boneless skinless breasts in 2003 and 30 percent purchased bone-in chicken (Benwick, 2004).

17

***Food Safety and Awareness***

Production and processing advancements in the broiler industry have led companies to drive innovation through new product creation. In 1949, the USDA started a voluntary program of grading broiler to assure consumers of high-quality products (National Chicken Council, 2012). The first HACCP program was instituted when Pillsbury Company created products for NASA. In 1971, Pillsbury presented the HACCP concept to the FDA at a national conference. The FDA started to slowly implement parts of the HACCP program to low acid food regulations in 1974. During the 70's *Clostridium Botulinum* poisoning broke out in commercially canned food; from that outbreak FDA implemented HACCP in large food processing companies. In the mid 80's to early 90's, HACCP programs took full effect in food processing industry and governmental agencies (Surak, 2009). Since the turn of the millennium, HACCP programs have grown and are ubiquitous throughout all the food industry. "In the future, we expect to see further improvement that will allow the U.S. food processing industry to deliver safe food products to their consumers anywhere in the global market place" (Surak, 2009).

In the early 2000's, integrators realized consumers demanded more information about their food products. Label Insight performed a study, which "reported 94 percent of respondents said companies providing product information on their labels not only matters, but also impacts their buying decisions" (Business & Politics Staff, 2016). These changes have fostered the 'transparency movement'. As companies create new products, they are doing so with the focus of the food processors' end consumer, creating different products based on consumer desires.

***Integrator Quality Standards***

In the beginning of broiler production, processing inspection was voluntary. In 1959 federal inspection by the USDA became mandatory. In late January of 1998, USDA

18

implemented and required Hazard Analysis and Critical Control Points, "HAACP", to strengthen quality control within processing plants (National Chicken Council, 2012). HAACP plans are put in place to identify critical points during processing at which physical, chemical, or microbiological hazards might be of concern. These measures were put in place to strengthen and make the food supply safer for consumers.

Most notable advancement from the broiler industry was introduction of product specifications (specs). As advancements within the industry were made around product production, it became apparent, product specification sheets were needed. Product specs outline all the ingredients, individual products, weight and size limitations, microbial testing counts, shipping information and handling directions (Amsbary, 2013). This ensures the foodservice food retail operator all products will be consistent to set the cooking time to reach the optimal cook and temperature. Product specs for all products help ensure the final product the food retail operator or consumer receives is consistent, high quality, and safe. Product specs are constantly reviewed as technology improves, processes become more efficient and food safety is evaluated. With all the products on the market, it is important to have documentation to create a standard of identity as well. Standard of identity helps to hold an integrator to accountable for which a product will be delivered upon.

### Product Differentiation

At the beginning of the commercial broiler industry, only whole birds were sold, as New York dressed having only the feathers and blood removed. In 1942 a processing plant in Illinois was the first to gain governmental approval of "on-line" evisceration. As the industry began to increase technology usage to create the automated production process in place today, processors could increase line speed, product efficiencies, and complexity of packaged products. Plants now

do bone-in and boneless cuts, as well as further processed and value added. Choices consumers make are based on income, diet, health attributes, accessibility and availability within market are the driver behind these changes.

Integrators have a difficult task of growing a broiler that will have the specific physical attributes—length, width, and depth of cuts, and small or big birds. Broiler genetic research companies are working on today will not get into the broiler market for another five years. Thus, companies are constantly on the forward-looking front for what consumers will want. Since vertical integration became prominent, the broiler chicken has changed dramatically, increasing in weight and feed efficiency, making today's broiler a better value than those of the past.

Boneless, skinless, chicken breasts (BSCB) became larger over the years. In 1980 each lobe of the BSCB weight approximately 4 ounces; now they are closer to 5.25 ounces (Benwick, The Odd Thing About Chicken Breasts, 2004). To combat the increase in pack weight and thus cost to the consumer, the integrators worked to create a new cut. Perdue was the first producer to do this; they sliced the BSCB to $^1/_2$ or $^5/_8$ inch thick to create a BSCB cutlet (Benwick, 2004). Cutlets are just one of the many new offerings of value added products consumers can now purchase due to technological advancements.

Technological advancements have allowed the broiler industry to take traditional cuts of meat and cut or portion them literally into almost any desired size or shape. Design Systems Inc. (DSI) waterjet portioning system is a prime example of a machine that can take the normal breast and perfectly portion it. The DSI scans the individual breast to determine the most efficient cuts and makes each individual cut as valuable as possible (John Bean Technologies Corporation, n.d.). Advancements have allowed the industry to make products for new markets that integrators were not previously in. Today integrators have two major sectors they produce for—foodservice

20

and retail. Foodservice consists of: national account chains (McDonalds, Taco Bell, Sonic, Hardees and Burger King), K-12, government and convenient stores. Retail consists of companies such as: Wal-Mart, Kroger, SAM's, Costco, Aldi, Hyvee, Target, etc.

### *Market Make-Up; Retail and Foodservice*

In the early 70's broiler companies began to truly focus on mass marketing their products using commercials and print media. Consumers became more exposed to different brands companies had to offer. Most if not all chicken at retail grocers carries a brand name from either the producer or the grocer. "Store brand products were 31 percent cheaper across product categories than their national brand counterpart" (Narula & Conroy, 2010). Consumers rely on brand names they trust and know are reliable.

The retail sector continues to grow; in 2011 the industry was valued at approximately 571 billion dollars (Elitzak, 2016). Grocery stores accounted for nearly 91 percent of the overall retail sales. Nearly 20 large food retailers made up the approximately 450 billion dollars in the industry for 2013. They account for 63 percent of U.S. grocery store sales, which is a 39.9 percent increase since 1993 (Elitzak, 2016). Over the years, the retail industry has changed and added bulk purchasing in the form of club stores to force tighter margins on producers and lower prices for consumers. Two of the market leaders, Sam's Club and Costco, both opened in 1983 with a few months separating the two events. These two companies were—and still are—on the forefront of bulk packed items for consumers.

Much like retail, the foodservice market is rapidly growing. In 2010 the approximate size of the foodservice industry was estimated at about 594 billion dollars (Elitzak, 2016). By the end of 2015, the industry closed with approximately 761 billion in sales (Carbonara, 2015). More consumers are purchasing food away from home at foodservice establishments. To help the food

retail operators increase customer traffic to drive sales, the focus shifted to locate more food retail operators closer to consumers' homes and work places to make it easier for food retail operators to gain access (Elitzak, 2016). "Technomic's Digital Resource Library has shown chicken brands are some of the fastest-growing limited service food chains" (The Poultry Site, 2016). The driver behind this growth is business expansion, fresher product, and new, innovative menu options for restaurants.

### Rotisserie Chicken – Growth in Deli Foods

Classic rotisserie chicken, a familiar dinner staple in many households, has also evolved over the years. Industry advancements have made the chicken presence within the deli and cold grab-and-go section to be more convenient and available to consumers. In 2010, approximately 600 million rotisserie chickens were sold in supermarkets, club store, and retail outlets. "An additional 200 million were sold through alternative foodservice outlets" (Benwick, 2012). The classic rotisserie chicken concept of a one-night family meal has changed with not only household size and bird size, but also with culinary preferences at the household level.

Rotisserie broiler packaging has also evolved, becoming more environmentally friendly, microwavable and oven safe, often with small handles to make carrying more convenient. Flavor offerings have expanded to include; Italian, lemon-pepper, maple, BBQ and many more. Production efficiencies have allowed the rotisserie chicken price to be affordable and comparatively very hard to bypass. "Rotisserie chicken is typically less expensive than uncooked alternatives" (Horizonweb, 2016). In 2011 Costco alone moved nearly 50 million rotisserie chickens across the scanner at the register (Benwick, 2012). Rotisserie chicken alone has market share of 43.7 percent of the total prepared chicken sales in the United States. (Statista, 2016). According to Technomic data, rotisserie chicken has appeared on 6 percent more menus in 2015

than in 2013 (Horizonweb, 2016). Growth in the market is attributed to consumer's fast paced lifestyles that have them on the go constantly. Rotisserie chicken is just one of the many examples of chicken offerings which have expanded with growth and opportunity over the years.

### *Next Gen Retail Store – Dry Goods Shrink, While Deli and Perimeter Expands*

Retail stores today are shifting their focus on how they attract consumers. Retailers must adapt to the consumers' rise in on-line ordering that accommodates fast-paced lifestyles. Focus is moving toward expanded product offerings, smaller brick-and-mortar and more online presence (International Dairy Deli Bakery Association, 2016). Foodservice innovation will drive growth for the convenience stores (C-stores) segments. C-stores will change design and environment within stores based on customer demographics. Dollar General announced in March of 2017 a company wide effort to bring fresh produce to more stores. Efforts are to focus on challenging their competitors (Wal-Mart) to retain customer basis and attempt to attract new customers with a new company strategy (Gustafson, 2017). Consumers are shifting their purchasing habits and strategy, making more frequent trips to the store for fresh and prepared foods. "Consumer Reports estimates that prepared meals purchased from grocery stores are nearly 29 billion dollar-a-year business" (Chute Gerdeman, 2017).

Millennia's are the drivers behind this change. Younger generations want healthy, local, organic, prepared, and less processed food options when shopping. Millennia's have an 'in the moment' mentality with their fast-paced lifestyles. This is where prepared foods, the deli cold and hot grab-and-go section, and fresh sections have seen growth. Consumers are becoming more and more confident with purchasing their dry staples online and having delivered to home or ready for in-store pick up. Retailers are changing their internal landscape, by adding full-service restaurants, hot bars for food, and chef inspired meal solutions to name a few (Berry,

2015). Focus and expansion will likely allow broilers producers to expand their product offerings and capture more market share with consumers. Costs will be a major influence on how the industry adapts and changes to better serve the food retail operators and final consumers.

***Theory and Technical Estimation Procedures***

The objective of this research is to specify and estimate a model to predict the prices of wholesale broilers parts which include; drumstick (DRUM), jumbo boneless skinless breast tender out (BSBTO), leg quarter (LQ), thigh (THIGH), small wing (SMWING), jumbo wing (JMWING), tender (TENDER) and whole bird without giblets weighing 2 ¼ lbs. (WOG). The purpose of this is to generate a better understanding of parts prices interactions to allow more insight for the industry on price forecasting. Allowing producers to better strategize when negotiating contracts with food food retail operators.

In econometrics determining the preferred modeling approach is not a precise procedure. For several reasons, not the least of which is the number of potential modeling techniques may be available and appropriate to varying degrees. Building the most useful model is crucial to the broiler industry. However, most models are complex and each comes with its own deficiencies and challenges. Modeling the broiler industry makes this process even more complex with the extensive amount of possible exogenous variables to choose for inclusion. Identifying the goal of the economic model can facilitate model selection. Relying on previous investigations into chicken price prediction (McKenzie and Goodwin), our goal is to decide between a univariate autoregressive (AR) model for each of the eight prices and a vector autoregression (VAR) model estimates all five equations simultaneously. Both AR and VAR models require empirical decisions that need to be made about model structure. The number of lags to include, the sample

period from which to base the model on and the variables to include are all major concerns when estimating both AR and VAR models.

Setting the sample size is crucial for AR and VAR models to ensure a large enough training set is available. A training set allows the model to 'understand' how the variables interact with one another. Training set builds the forecasting power of the model. A robust sample should include price ups and downs is especially important for AR and VAR models. Extreme outlier observations in the sample can cause the forecast to be less accurate and have large forecast errors. AR models were utilized in the econometrics literature prior to VAR modeling being developed. VAR models might analyze volatility better due to providing a causal and feedback relationship of the other variables nested within the model. The VAR technique utilizes nesting of AR models to potentially create a more robust model. Chris Sims introduced VAR in 1980, where he demonstrated VARs provide a flexible framework for analyzing economic time series. VAR modeling is an approach that builds on the causal and feedback relationships of the model's variables. VARs analyze the interaction between all variables that are included for analysis. VAR modeling allows more complex relationships and interactions between the all the variables included in the model.

Due to the multitude of inputs in producing poultry, it is important to know which ones to include in the models. VAR modeling techniques have been widely utilized in other research areas including oil, gas and realty. The following discussion will give an alternate look into other industries where price forecasting using VAR has been applied. Bessler et al., utilized VAR modeling to understand price interaction of corn price, poultry price and retail poultry prices. Two different time periods were analyzed: 1956 through 1968 and 1973 through 1985. Time split was determined because a few issues arose focusing on prices and wages such as:

termination of the Nixon Administration's wage and price controls preceding the first OPEC oil price shock; and restaurant industry beginning of marketing poultry. They performed shocks on the models to understand the dynamic attributes. Bessler et al., found differences between the two time periods. "Their results failed to reject their hypotheses about the differences; that the changes were demand-driven due to demand and preference changes at the retail level; and changes were due to technological changes which altered the dynamic relationships among corn and broilers prices" (Babula, Bessler, & Schluter, 1991). Findings were conclusive that industry structural changes within the corn market moving from many smaller firms to larger ones impacted the timing of shocks in the market Now corn price shocks happen sooner where "large producer-contracting processors now exhibit more price-making power (Babula, Bessler, & Schluter, 1991)." Due to vertical integration, larger processors are able to "pass rises in corn-based feed costs on to consumers in a more direct and immediate manner than in the earlier period (Babula, Bessler, & Schluter, 1991)."

Bessler et al., compared VAR modeling to the univariate ARIMA process (which can be very similar to an AR model) and found the univariate model to outperform their VAR model. This finding is important to note because a simpler modeling approach sometimes outperforms more complex models. Due to a less restricted parameter space, we would reason multivariate models should perform as well as or better than univariate models. However, it is not always the case depending on the system of equation(s) and variables included for the modeling purpose. Bessler et al., stated further research over different time periods or alternate commodities could alter findings. Choice of variables included in modeling is important. "Apparently, the instability of hog prices is not well accounted for by variables in the VAR model, since no improvement in forecasting ability is evident (Bessler & Brandt, 1984)." Nerlove, Grether, and Carvalho found

similar results when forecasting prices for the cattle industry. Their indicators of fit strongly supported the univariate (AR) modeling approach over the multivariate (VAR) approach.

Bessler et al., utilize the VAR modeling technique in combination with Forecast Error Variance Decompositions (FEVD) and directed, acyclical graphs. FEVD "is the percentage of the variance of the error made." FEVD was used to quantify the importance of each shock in explaining the variation. Directed acyclic graphs (DAG's) provide information of causality among variables. Bessler et al., structure their VAR model with; time trend, season binary variables and event specific variables. Structuring in this way allows the model to react and handle time frames when certain events happened that do not normally occur. Analysis of the FEVDs allowed price forecasting into a longer horizon. Showing FEVDs have "important effects on the downstream markets over the longer horizons beyond the crop cycle. Doing this gave insight into the dynamic nature and quarterly responses of the VAR model's endogenous variables (Babula, Bessler, & Payne, 2004). They concluded from the research that time horizons extending beyond a single market year or crop year would allow ample time for necessary market shocks to take effect.

McKenzie et al., promoted utilizing a VAR modeling approach as an alternative price forecast for wholesale broiler parts to AR. VAR in combination with Forecast Error Variance Decompositions (FEVD) modeling approach was shown to be superior to the traditional Granger Causality approach. The forecast approach included the four main parts of the bird that are sold wholesale. When comparing the out-of-sample forecast between Granger Causality and Sims-Bernanke, the modeling techniques were consistent with one another. Granger Causality model requires many observations to choose between large groups of variables and select the required variables independent of forecast horizon. Findings resulted in the assumption that Sims-

Bernanke FEVD model selections would lead to better forecasting models than Granger

Causality tests (McKenzie, Goodwin Jr. , & Carreira, 2007).

Alquist et al., analyzes multiple forecasting methods. Two of the model structures

analyzed are AR and VAR. Utilizing an unrestricted VAR to start provides a foundation to

building the VAR model. Unrestricted VARs utilize all variables in the equations, whereas a

restricted one might include only some variables from multiple equations. The success of the

forecasting power and accuracy is dependent on the choice of variables. Alquist et al.,

simultaneously explored the appropriate number of lags which should be included. The purpose

of the lag exploration was to determine price forecast sensitivity. For oil pricing, it was

determined that comparing lags of 12 and 24 months' lags typically produced a weaker forecast.

Forecast accuracy diminished after 6 lagged periods. There was also discussion of selecting the

proper sample period. When choosing the sample period, it is important that it is structurally

equivalent to the anticipated structure in the forecast periods. It is crucial to have enough

observations; however, it is also possible to have so many observations the forecasting power is

compromised. Kilian and Murphy concluded for the oil industry it is important to include

inventory shocks in the model as well when price forecasting. Traders base their buying and

selling off the inventory of the market, expecting to buy at a low price when inventory is high

and sell high when inventory is low. They concluded "proposing a dynamic simultaneous

equation model including oil inventories that allows the identification of all three types of

shocks" (Kilian & Murphy, 2010).

"VAR models have increasingly been used in macroeconomic research over the last

decade or so, especially in the United States" (Robinson, 1998). VAR model specification

requires identifying the proper number of variables and lags, which could lead to over-

parameterization. After comparing multiple models, Robinson found "VAR models are suited for short-term forecasting" (Robinson, 1998). Robinson found other models are highly unstable for short-term forecasting. Forecasting further out would require the use of models such incorporate an error correction mechanism. When compared with the other models analyzed; VAR had the lowest mean square error for predictions.

Pricing in the broiler industry is similar to in the oil industry. Analogous to oil pricing, broilers parts pricing is derived from the whole bird without giblets (WOG). The WOG provides a base price from which the individual parts are based and then the value from further production is added to arrive at a final cost. This research provides a better understanding of variable interactions along with determining the appropriate modeling technique for economists to forecast broilers parts prices.

### Section III – Data and Methods

Regression Analysis of Time Series (RATS) software was utilized to perform all forecasts and model estimates. RATS is a comprehensive econometrics and time series analysis software package. To achieve objectives 1-4 the following techniques will be utilized:

1. *Find the best variable combination in a VAR model to identify which parts impact/drive price for other parts.*

2. Is the breast still the driver based on research by McKenzie et al.? Has the industry shifted to another part, i.e. wings since they are most preferred within food service establishments? A Diebold-Mariano test is used to compare forecast performance. After generating the forecasts from both models, the series of the differences between the two modeling methods will be analyzed.

29

3. *Use in-sample data to estimate models and out-of-sample observations to test comparative forecast accuracy.*

4. This allows comparing the forecasting power of each AR and VAR model estimated.

5. *Identify the best variable combinations for the AR and VAR models.*

6. A total of four different model specifications will be utilized. A) All eight parts. B) Front parts without the WOG[9]. C) Front parts with the WOG. D) Parts from the original model estimated by McKenzie et al., The front half of the bird was analyzed and not the back due to consumer preference as well as price volatility. Dark meat products are primarily exported to other countries because very little is consumed in the United States. White meat portions are highly sought by food service and retail providers. Justification behind with and without the WOG is to determine if the whole bird in its original state has any interaction with the individual parts prices.

### Data

Data for this project utilized Urner Barry (UB) average monthly reported prices for wholesale chicken and chicken parts. UB is considered an unbiased reporting firm that gives pricing data for poultry, red meat, egg, and seafood related segments to the food industry. UB is regarded as a trustworthy source for buyers and sellers to obtain accurate and timely price information. Each opening day, experienced marketers at UB collect information from buyers, sellers, and brokers to report real time prices. The constant interactions with the individuals allow the UB personnel to adjust prices. It also allows them to see the potential direction the market could move. Data collected from UB includes: products being traded, products producers

---

[9] Whole bird, without giblets, that includes the whole breast, two wings and two legs. The head, feet, and internal organs are removed.

30

are selling, bid and sell prices, and other information to make informed decisions as determined by UB. Prices reported by UB used in this study are the average monthly prices and do not represent the high or low sales or bids.

Monthly prices were collected from January 1989 through May 2017. The specific parts prices collected are: drumstick (DRUM), jumbo boneless skinless breast tender out (BSBTO), leg quarter (LQ), thigh (THIGH), small wing (SMWING), jumbo wing (JMWING), tender (TENDER) and whole bird without giblets weighing 2 ¼ lbs. (WOG)[10]. These are the main parts sold wholesale to retailers and foodservice establishments. Producers use these parts to make further processed value added products.

These eight parts are all sold on the wholesale market, which facilitates accurate price reporting. Descriptive statistics of prices of these parts are reported below in cents per pound in table 1. Table 1 contains descriptive statistics from the time period that McKenzie et al., analyzed of January 1998 plus the inclusion of additional parts. In table 2, the extended time period beginning where the data ended from McKenzie et al., running from August 2007 through May 2017 is shown. Variances are higher in period 2 except for parts BSBTO and TENDER where they are higher in period 1. Volatility is relatively higher in period 2 than in period 1. Means are higher in period 2 than in period 1[11]. BSBTO and DRUM have a higher max price in the first period, all other parts are higher in the second period. The DRUM is only higher by two thousandths of a cent. The above comparisons are magnitudinal and were not tested for statistically significant differences, as they are included for perspective.

---

[10] Prior to 1998, wings were in a single category. However, in 1998 the industry began to market and price wings based on their size. Because of this, UB began tracking prices both small and jumbo wing prices.

[11] All prices analyzed are nominal.

Figures 1 and 2 plot each broiler part price for all the observations used in this study period 1998 through 2017. Prices for the Northeast region of the US were reported the data source; a US price was not available. The time periods are partitioned for the base data sued by McKenzie et al., 1998-2007 (figure 1) and the data post McKenzie et al., 2007-2017 (figure 2). In figure 1 there are three major groupings of the parts with respect to their volatility. TENDER and BSBTO exhibit the most price volatility, particularly when comparing prices from 2002 to 2004 when they almost doubled. SMWING, JMWING and WOG experience small price fluctuations. However, at the points they do display volatility is where supply shocks to the market occurred due to an AI outbreak or drought with high feed prices. THIGH, DRUM and LQ are at the bottom of the figure with the lowest prices. The THIGH, DRUM, and LQ (which are primarily exported) exhibit price increases in 2005 from the AI outbreak in 2004. The export market prices are lagged from the domestic prices due to export contracts and movement of product. Exported parts have a different selling period due to cold storage and handling regulations, which must be followed. The back half of the bird is primarily exported, integrators do very little value adding where extra costs are applied to the final product.

Table 1

| Descriptive Statistics of Monthly Average Prices (Cents/Pound) Selected Broiler Parts for the Northeast U.S. Market (January 1998 - July 2007) | | | | |
|---|---|---|---|---|
| Part | Mean | Variance | Minimum | Maximum |
| BSBTO | 149.17 | 843.74 | 105.00 | 255.55 |
| LQ | 26.33 | 71.68 | 13.76 | 48.81 |
| SMWING | 80.65 | 587.08 | 41.00 | 136.00 |
| JMWING | 81.16 | 402.04 | 42.63 | 122.00 |
| WOG | 64.05 | 97.05 | 46.59 | 90.00 |
| THIGH | 30.37 | 103.63 | 14.67 | 58.29 |
| TENDER | 145.08 | 1098.95 | 91.40 | 235.00 |
| DRUM | 33.90 | 81.06 | 20.42 | 65.29 |

Table 2

| Descriptive Statistics of Monthly Average Prices (Cents/Pound) Selected Broiler Parts for the Northeast U.S. Market (August 2007 - May 2017) | | | | |
|---|---|---|---|---|
| Part | Mean | Variance | Minimum | Maximum |
| BSBTO | 141.56 | 468.83 | 106.00 | 206.00 |
| LQ | 40.37 | 75.87 | 21.00 | 54.00 |
| SMWING | 139.32 | 933.83 | 75.62 | 196.27 |
| JMWING | 133.46 | 975.65 | 67.45 | 188.78 |
| WOG | 94.19 | 167.44 | 71.61 | 126.33 |
| THIGH | 55.48 | 146.96 | 28.00 | 74.00 |
| TENDER | 154.79 | 856.71 | 101.16 | 236.00 |
| DRUM | 48.16 | 130.87 | 21.00 | 65.00 |

This reflects the weak demand for dark meat products meaning supply in cold storage[12] increase but not indefinitely. With demand being low and supply increasing prices for dark meat items remain relatively low.

Figure 2 uses observations from September 2007 through May 2017. This interval experienced drastic volatility: recession, drought and extreme outbreaks of AI which all affect industry pricing. During this time the part's prices began to exhibit movement independently of each other rather than as a group. The most notable event was the AI outbreak in 2014, which caused prices to increase. AI caused a supply shock domestically and in export markets due to the number of birds euthanized. In contrast to figure 1, figure 2 shows the parts starting to move away from their earlier groupings. This change is likely driven by consumer demand changes in lifestyles and preferences. Prices of the back half of the bird (LQ, THIGH and DRUM) all remain relatively grouped together with little volatility. Front half parts (TENDER, SMWING, JMWING and BSBTO) began to exhibit their own identity moving away from the previous groupings. We can see the wing markets began to take form along with the tender where their pricing shows no relation to the other parts. Previous research shows prior to September 2007, the boneless skinless breast was the main determinant of all other price shocks induced to other parts. Consumer preference shifts are likely causing changes in the market due to more interest from consumers in wing products. When an exogenous shock to the industry does occur such as the AI disease outbreak in 2014, all parts experience price fluctuation to some extent. One of the most notable observations from looking at the two figures is when there is price increases; they decrease rapidly to where they were trending before.

---

[12] Survey conducted by USDA NASS that inquire about cold storage products that are located across the United States. This gives the industry a gauge of the current supply available to consumers. The understanding of the supply and demand drives the final prices.

### *Methods and Equations*

For this project, multiple samples were selected: 1) the original time frame of January 1989 through May 2017 and 2) January of 1998 through May 2017. The first sample uses the original parts (BSBTO, WOG, LQ and WING) with additional observations. In-sample selection is from January 1989 through January of 2000 with the remaining being out-of-sample. The second sample uses additional new parts (SMWING, JMWING, TENDER, DRUM, and THIGH) and the time frame 1998 through 2017. In-sample was January of 1998 through August of 2007 with the later observations being out-of-sample. Each of the exogenous factors discussed in the literature review play a vital role in determining the most effective timeframe choice. The out-of-sample period captures the following major effects on pricing: recession from 2007-2009, extreme drought in 2012, and multiple disease outbreaks[13] most notably in 2015. A dynamic estimation method is implemented. Consider the second sample. VAR and AR models are initially estimated using observations from January 1989 through August 2007. Forecasts are made from these models for the next nine months, September 2007 through May 2008. Then September 2007 observations are added to the estimation sample and the models are re-estimated. Forecasts are made for the next nine months (October 2007 through June 2008). These iterations continue until a forecast is made for May 2017.

---

[13] 2008 outbreak in China and countries in Asia, 2009 in Egypt, 2010 in Japan, 2012 in China and the United States in 2014 (World Health Organization, 2012)

Figure 1



Figure 2



38

The standard VAR model for four variables was specified as:

$$(1) \quad Y_t = c + T + \sum_{k=1}^{K} \begin{bmatrix} b_{11}(k) & . & . & b_{1n}(k) \\ . & & & \\ . & & & \\ . & & & \\ b_{n1}(k) & . & . & b_{nn}(k) \end{bmatrix} Y_{t-k} + \sum_{l=1}^{11} a_l D_l + \overline{\varepsilon_t}$$

This equation was utilized as the base for all models where the number of variables was increased.

Table 3

Models Analyzed and The Wholesale Broiler Parts Included for Each[14]

| Parts | Model 1 | Model 2 | Model 3 | Model 4 |
|---|---|---|---|---|
| SMWING | X | X | X | X |
| JMWING | | X | X | X |
| WOG | X | X | X | |
| BSBTO | X | X | X | X |
| LQ | X | X | | |
| TENDER | | X | X | X |
| DRUM | | X | | |
| THIGH | | X | | |
| Total Number of Variables Included for Each Model | 4 | 8 | 5 | 4 |

---

[14] Each "X" represents that part being included in the respective model.

Table 3 displays which variables are included for each model is analyzed. Each equation was adjusted accordingly to accommodate the appropriate number of variables. Lags, trend and constant all remained the same. $\boldsymbol{Y}_t$ represents a 4 x 1 vector containing WOG, BSBTO, WING and LQ prices in period $t$ ($t$ = 1, …, T), $\mathbf{c}$ is a vector 4 x 1 of constant terms, $\mathbf{T}$ is a vector 4 x 1 of trend terms, $k$ signifies the lag order of the system, $b_{ij}$ ($k$) are the parameters to be estimated in the $n$ by $n$ system of equations, where $i$ refers to each of $n$ estimating equations in the system and $j$ refers to each coefficient associated with each $i$; $D_l$ are 11 seasonal dummy variables, $a_l$ are the parameters of the season dummy variable to be estimated and finally $\varepsilon_t$ is a 4 x 1 vector of serially uncorrelated random errors, also known as innovations, all with constant variances.

The VAR and univariate models are used to forecast prices 1 to 9 months for out-of-sample forecasts for each variable. The below general univariate model was specified as

$$(2) \quad Y_{it} = c_i + T_i + \sum_{k=1}^{K} [b_i(k)] \, Y_{it-k} + \sum_{l=1}^{11} a_l D_l + \varepsilon_{it}$$

where $Y_{it}$ represents each of the $i$ = 1 through 8 variables (SMWING, JMWING, WOG, BSBTO, LQ, TENDER, DRUM and THIGH) and $K$ is the lag order of $3^{15}$. Thus, each univariate AR ($K$) model is nested within the multivariate VAR ($K$) model which contains only $K$ lags of the dependent (target forecast) variable along with a trend term, constant and 11 seasonal dummy variables. The univariate AR ($K$) models are a simple individual versions of the multivariate VAR ($K$) model, and both types of models are estimated using OLS. The above equations were utilized for all models and adjusted with the appropriate variables needed.

---

[15] McKenzie et al., stated "Preliminary model estimations were performed on VAR systems incorporate from 1 to 12 lags for each variable. The SBIC and likelihood ratio test statistics indicated that a parsimonious VAR system with a lag order of three months was optimal. (McKenzie, Goodwin Jr. , & Carreira, 2007)"

Forecasting of the VAR and AR models were done using a dynamic modeling approach. This is a "multi-step forecasts, where forecasts computed at earlier horizons are used for the lagged dependent variable terms at later horizons For example, the forecasted value computed for time $T$ will be used as the first-period lag value for computing the forecast at time $T + 1$, etc. (Estima, 2017)" "Steps" are used to signify in the next period forecasted, in this case months. With the dynamic forecasting approach after each reported forecast the number of observations from which to model from decreases by 1. For example if there are 300 observations the first forecast would utilize all 300. Forecasted step 2 would utilize 299 observations and so on thus you have a decreasing sample size with the more forecasts ahead.

Forecasting performance of all models was then evaluated using the Diebold Mariano tests (DM) based on both the Mean Square Error (MSE) and Mean Absolute Error (MAE) loss functions. The null hypothesis of the DM test is that forecasts from a VAR model are no different than those from an AR specification; $H_0$: VAR forecasts $\approx$ AR forecasts. Two alternate hypotheses are considered: (1) VAR forecasts are preferred to AR forecasts ($H_{A1}$: VAR forecasts $\succ$ AR forecasts), and (2) vice versa is, ($H_{A2}$: VAR forecasts $\prec$ AR forecasts). Forecast performance is also documented with respect to Mean Error (ME), MAE, Root Mean Square Error (RMSE) and Theil's U Statistic (Theil's U) which can be expressed as:

$$(3) \quad U = \sqrt{\frac{\sum_{t=1}^{n-1} \left( \frac{F_{t+1} - Y_{t+1}}{Y_t} \right)^2}{\sum_{t=1}^{n-1} \left( \frac{F_{t+1} - Y_{t+1}}{Y_t} \right)^2}}$$

Where U is the Theil's U-statistic, $F$ is the forecasted value of $Y$ and $Y$ is the actual observation. Theil's U is "a ratio of the RMS error to the RMS error of the "naïve" forecast of no change in the dependent variable" (Estima, 2017). A unit free measurement ranging from zero to infinity,

with unit value being equivalent to a random walk forecast. Overall forecasting accuracy improves with lower ME, MAE, RMSE and Theil's U values.

### Section IV – Results, Summary, Conclusion and Implications

### Results

To recap, the dependent variables in the estimated models consisted of the main wholesale chicken parts prices that are published by UB. Wholesale parts are: jumbo boneless skinless breast tender out (BSBTO), leg quarter (LQ), small wing (SMWING), jumbo wing (JMWING), whole bird without giblets (WOG), thigh (THIGH), tender (TENDER), and drumstick (DRUM). The most important wholesale parts for the broiler industry are BSBTO, SMWING, JMWING and TENDER. These are all the white meat portions preferred in the United States.

By 1998, all parts listed were being tracked by UB, some parts were tracked long before. Tests for unit roots were performed within RATS utilizing the Augmented Dickey-Fuller test of null hypothesis of existence of a unit root. Unit roots were detected in some variables and not in others. Sims, Stock, and Watson in 1990 "recommend against differencing to transform models to stationary form when it appears likely that the data is integrated. VAR analysis is used to understand the interrelationship between the variables; not the individual parameters" (Sims, Stock, & Watson, 1990). Unit roots were not corrected for in this research. Each unit root test result is presented in the appendix following each model. Each of the models is a comparison of VAR versus AR modeling.

#### Baseline - Model 1

Model 1 estimates the original McKenzie et al., model VAR comparison with AR utilizing BSBTO, WOG, WING, and LQ. The purpose was to utilize updated data from August

42

2007 through May 2017 to see if there were substantial changes in parameter values. The broiler industry has changed in several ways since the McKenzie et al., model was estimated. The in-sample data remained the same from January of 1989 through January of 2000. The forecast period data extended from August 2007 through May of 2017. Results of this estimation are shown in Table 1A in the appendix. Forecast statistics are most notably different for WOG and BSBTO from the model estimated by McKenzie et al. WOG in the model estimated by McKenzie et al., had all 9 steps supporting the VAR model. In the new baseline model, the support for modeling is split with steps 1 through 4 having neither model preferred over the other and steps 5 through 9 supporting AR modeling. BSBTO in McKenzie et al., had mixed support of VAR and AR between the model choices with AR being slightly preferred. The new baseline model has all steps supportive of using AR. LQ also exhibited mixed support between VAR and AR however, with the later data the AR model is preferred. For all the 9 steps AR, has support at the one percent level of significance. Overall, for all variables presented, AR support is preferred over VAR modeling 23 times and 13 times neither model is preferred over the other, with no support for VAR. The WING, however, is unchanged from previous research with neither model approach being preferred over the other. When looking at the MAE and RMSE for LQ, the errors are smaller than those of BSBTO and WING for all 9 steps other. WOG has small errors as well through step 5.

### Alternative Models - Models 2, 3 and 4

Models 2, 3 and 4 utilize the same observations for the sample period. The alternative models are estimated to understand the price volatility of the white meat portions of the bird which drive overall pricing. White meat portions are also the parts that exhibit the most market volatility; dark meat parts are relatively unchanged in price.

43

### Model 2

Model 2 is an analysis utilizing all parts currently reported by UB data. Results are shown in Table 2A. It is intriguing that the forecast test results fully support AR modeling for all parts except for two steps when forecasting JMWING, steps 8 and 9, when neither model is preferred. Results overwhelmingly support AR and exhibit a statistical significance of one percent. BSBTO, SMWING, THIGH and DRUM each have all 9 steps supporting AR modeling with a one percent statistical significance. LQ, WOG and TENDER have one or two steps that are statistically significant at five percent with all others at the one percent level. JMWING is the only variable that has mixed results at the one, five and ten percent statistical significance interval and two steps that are inconclusive between either model choice. In the original model estimated by McKenzie et al., BSBTO had mixed support for VAR and AR modeling where now it has full support for AR modeling. In the original model by McKenzie et al., LQ had some support for AR modeling at ten percent statistical significance, but now fully supports AR modeling with many steps statistically significant at the one percent level. In the original model by McKenzie et al., WOG had full support for VAR modeling; however, that has now shifted to full support AR modeling at the one percent significance level. It is important to note that model 2 includes 4 additional parts not considered in the original model by McKenzie et al., which could have influenced the changed results. Out of 72 steps, only 2 support neither model choice over the other; 70 steps support AR modeling. The MAE and MSE for LQ, WOG, THIGH and DRUM each have small errors through step 4. Other parts have relative high errors past step 2.

### Models 3 and 4

Models 3 and 4 take the approach of looking at the front half or the white meat portions of the bird. The difference between the two is the inclusion of WOG; model 3 has WOG

included and model 4 does not. Results from model 3 are presented in table 3A results for model 4 are presented in table 4A. When looking at the most notably intriguing results indicate the inclusion of WOG lend more support for AR modeling than for VAR modeling. However, when the WOG is not included, a number of the variables exhibit mixed support and in some cases, support the null hypothesis that neither model is preferred over the other. BSBTO has the same results in both models 3 and 4. SMWING in model 3 has more steps that have a higher statistical significance than in model 4; both support AR modeling for SMWING. JMWING is interesting in that model, 3 all statistically significant support is for the null hypothesis that neither model is preferred over the other. However, in model 4 there are two instances (steps 8 and 9) where VAR modeling is preferred at the five and one percent statistical significance, respectively. These are the only two steps that show any support for VAR modeling. The WOG, included in model 3 only, has significant support for AR modeling. TENDER in model 3 lends support for AR modeling with a high statistical significance. Nonetheless, in model 4, steps 1 and 2 and steps 7 through 9 support the null hypothesis while steps 3 through 6 support AR modeling with a five and 10 percent statistical significance, respectively. For model 3 the MAE and MSE are relatively small for WOG through step 3, then become larger; all other parts have large ME and MSE after step 1. For model 4 past step 1 for all parts the errors are large.

### *Summary, Conclusions and Implications*

Broiler prices exhibit considerable volatility due to the exogenous factors that determine the prices of parts. Pricing in the broiler industry is reported by third party vendors who gather numerous observations on variables ranging from: cold storage volumes, current and forward contract price negotiations, overall supply and demand and many other measures from the industry. From this information, third parties such as Urner Barry can develop a live pricing

45

sheet for processors to utilize as a base when negotiating new contracts with customers. Economists find the pricing of broiler parts to be more complex due to the vertical integration and all the exogenous factors that play a role in pricing. Therefore, it is important to understand the industry and analyze the most appropriate modeling technique to utilize between VAR and AR to determine the superior modeling approach. Outside factors such as recessionary times, heavy drought periods and extreme outbreaks of AI cause substantial supply and demand shocks to the industry. For example, the drought in 2012 caused a supply shock to chicken wings. In December 2012 chicken prices were up 6 percent, which was more than triple, the increase of overall food prices. The drought resulted in a decrease in the number of chickens produced due to high corn and soybean meal prices. Such factors make modeling complex when attempting to specify models to predict broiler price level over time. This decrease in production resulted in a 1 percent decline in the number of chicken wings consumed for a Super Bowl weekend. National Chicken Council expected approximately 1.23 billion chicken wings would be consumed on that weekend alone (Linn, 2013).

The United States is forecasted to grow with a 2 percent production increase and 4 percent growth in exports (Foreign Agricultural Service, 2017). April 2017 Livestock, Dairy and Poultry Outlook report predicts increasing prices for most chicken parts. Higher prices are expected for 2017, which is most likely showing an increase and strengthening in consumer demand. A constant increase in the total agricultural exports outpacing imports is creating a trade surplus for the U.S. agricultural industry.

The broiler industry continually changes due to changing consumers' tastes and preferences and technological innovation. United States consumers distinctly prefer white meat parts for consumption while dark meat is primarily exported with no value added. Prior to 2007,

groupings of parts are based on essentially consumer preference for BSBTO, TENDER and SMWING, JMWING and then WOG, THIGH, LQ and DRUM. Post 2007, each of these parts began to take on their own identity in the market place. Products today have a significant amount of extra value added that the initial wholesale price only represents a small portion of final product cost. Innovation, consumer's lifestyle changes, varying processors' market share are all reasons the broiler industry is changing at a rapid rate. Technological advancements have allowed the industry to increase in production efficiency, food safety, and product quality. All the change in the industry makes it imperative to understand the market make-up, pricing and variable interaction between broiler parts. This research was performed to give more insight into understanding pricing in the broiler industry. To do this, econometric modeling approaches were examined using VAR and AR techniques. Monthly average part price data were gathered from January 1998 through May of 2017.

Forecasting results from the models support simpler AR modeling techniques over VAR models. This is especially apparent when trying to utilize all the current wholesale parts that are sold as represented in model 2. Compared to the original model estimated by McKenzie et al., more results favor AR than VAR modeling. The WING is the only part that showed no change from the original model to the base line model. Estimated models for the other parts strongly support the hypothesis that the structure of the industry has changed dramatically since research by McKenzie et al., McKenzie et al., determined from Directed Acyclical Graphs using Sims-Bernanke FEVD results that from the original model each BSBTO, WING and LQ shocks directly affect WOG pricing; meaning WOG was best suited for VAR modeling approach. However, each of the models presented, especially the comparison of models 3 and 4, which are both models using data from 1989 through 2017, show support for AR modeling techniques, not

only for WOG but all other parts as well. The MSE and MAE for each of the models across all parts remain relatively small through step 3, after that they tend to become quite large. Forecasting through step 3 (3 months out) is the most suitable; past that, the accuracy weakens dramatically.

Forecasting broiler parts prices employing more accurate forecasting models can help to more efficiently purchase inputs and select products based on pricing. This can have a substantial positive impact on the broiler industry with competitive advantage, cost savings and more market captures, allowing poultry companies increase revenue and give directionality for further growth within their company. This research was purely technical and a theoretical. Outside exogenous factors listed in the literature review help give a foundational understanding on price shocks that are observed in figures 1 and 2. Broiler production requires a multitude of inputs particularly for producing feed production. Feed accounts for approximately 65 percent of the cost to produce a bird (Goodwin, Jr. & Cappas, 2015). Drought, recession and disease outbreak cause exogenous shocks to pricing as well as supply and demand shifters. Other major costs include: heating (propane or natural gas), electricity and water. Research presented ignores the impact of many supply and demand shifters. Models incorporating mitted supply and demand shifters should provide even more accurate forecasts.

This research gives direction for the industry to focus each part rather than the parts as a whole for pricing. That is, under conditions now present in the broiler meat market, it appears more accurate forecast results can be obtained by modeling individual parts independently of other parts rather than being inter-related with all broiler parts can have forecast results.

The broiler industry has changed dramatically since the early 2000's. Prior to further processed value-added products, broiler wholesale prices represented a significant portion of the

agreed upon contract price. Value-added products have since grown in market share and are now demanded by consumers. However, value-added products now have a large portion of extra costs added to them. For the broiler industry, this means that the initial wholesale costs of the whole bird before parts are individually priced no longer represent a large portion of the costs. Each individual wholesale part is now broken down significantly further to create even more products.

## Works Cited

Adonizio, W., Kook, N., & Royales, S. (2012, November). Beyond The Numbers. *U.S. Bureau of Labor Statistics, 1*(17).

Aho, P. (2011, October 5). *WATTAgNet*. Retrieved April 30, 2017, from The effects of recession and high grain costs on poultry consumption, production: http://www.wattagnet.com/articles/10196-the-effects-of-recession-and-high-grain-costs-on-poultry-consumption-production

Alquist, R., Kilian, L., & Vigfusson, R. J. (2011). *Forecasting the Price of Oil.* Board of Governors of the Federal Reserve System.

Amsbary, R. (2013, June 12). *Raw Materials: Selection, Specifications, and Certificate of Analysis.* Retrieved January 15, 2017, from Quality Assurance & Food Safety: http://www.qualityassurancemag.com/article/aib0613-raw-materials-requirements/

Babula, R. A., Bessler, D. A., & Payne, W. S. (2004, April). Dynamic Relationships Among U.S. Wheat-Related Markets: Applying Directed Acyclic Graphs to a Time Series Model. *Journal of Agricultural and Applied Economics, 36*(1), 1-22.

Babula, R. A., Bessler, D. A., & Schluter, G. E. (1991, May). Corn/Broiler Price Transmissions and Structural Change Since the 1950s. *Agribusiness, 7*(3).

Benwick, B. S. (2004, August 11). *The Odd Thing About Chicken Breasts.* Retrieved March 18, 2017, from Washington Post: http://www.washingtonpost.com/wp-dyn/articles/A53963-2004Aug10.html

Benwick, B. S. (2012, October 30). *The Bird That Goes Around, Stays Around.* Retrieved March 15, 2017, from The Washington Post: https://www.washingtonpost.com/lifestyle/food/the-bird-that-goes-around-stays-around/2012/10/29/e1509d2c-073c-11e2-a10c-fa5a255a9258_story.html?utm_term=.ab7bf9ae50df

Berry, D. (2015, December 15). *Fresh Is The Future At Retail.* Retrieved February 12, 2017, from Food Business News: http://www.foodbusinessnews.net/articles/news_home/Food-Service-Retail/2015/12/Fresh_is_the_future_at_retail.aspx?ID=%7B5CDAA1A7-140C-482E-8309-B582D217E80C%7D&cck=1

Bessler, D. A., & Brandt, J. A. (1984, July). Forecasting with Vector Autoregressions versus a Univariate ARIMA Process: An Empirical Example with U.S. Hog Prices. *North Central Journal of Agricultural Economics, 6*(2), 29-36.

Business & Politics Staff. (2016). *Consumers demand more transparency from food producers*. Retrieved May 10, 2017, from Talk Business & Politics: http://talkbusiness.net/2016/06/consumers-demand-more-transparency-from-food-producers/

Business Insider. (2012, May 1). *Dark Meat Prices Soar As Consumers Wise Up To The Best Part Of The Chicken*. Retrieved June 18, 2017, from Your Money: http://www.businessinsider.com/dark-meat-prices-soar-as-consumers-wise-up-to-the-best-part-of-the-chicken-2012-5

Carbonara, J. M. (2015, August 31). *Foodservice 2016 Forecast: Chugging Along*. Retrieved April 18, 2017, from Foodservice Equipment & Supplies: http://www.fesmag.com/research/industry-forecast/12891-foodservice-2015-forecast-chugging-along

CDC - Centers for Disease Control and Prevention. (2017, April 14). *Avian Influenza in Birds*. Retrieved April 22, 2017, from CDC - Centers for Disease Control and Prevention: https://www.cdc.gov/flu/avianflu/avian-in-birds.htm

Chute Gerdeman. (2017). *Grocery's Shrinking Center Store*. Retrieved May 10, 2017, from Chute Gerdeman: http://www.chutegerdeman.com/grocerys-shrinking-center-store/

Clauer, P. (2017). *Modern Egg Industry*. Retrieved June 5, 2017, from PennState Extension: http://extension.psu.edu/animals/poultry/topics/general-educational-material/the-chicken/modern-egg-industry

Convenience Store News. (2016, December 9). *2017 Prediction: Foodservice Will Be Primary C-store Focus - Innovation Will Drive Sales, Shift Demographics*. Retrieved April 15, 2017, from Convenience Store News: http://www.csnews.com/industry-news-and-trends/suppliers-wholesalers/2017-prediction-foodservice-will-be-primary-c-store-focus

Darke County Extension. (2015). *Economic Impact Of Avian Influenza*. The Ohio State University, College of Food, Agricultural, and Environmental Sciences.

Davis, C. G. (2015). Factors influencing Global Poultry Trade. *International Food and Agribusiness Management Review, 18*(Special Issue A), 12.

Davis, C. G., Harvey, D., Zahniser, S., Gale, F., & Liefert, W. (2013, November). *Assessing the Growth of U.S. Broiler and Poultry Meat Exports*. Retrieved January 24, 2017, from United States Department of Agriculture - Economic Research Service: http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.730.6370&rep=rep1&type=pdf

Dawson, D. (2008). *WFLO Commodity Storage Manual*.

Economic Research Service. (2009). *USDA Long-term Projections, February 2009*. United States Department of Agriculture.

Economic Research Service. (2016, October 4). *Food Access.* Retrieved March 25, 2017, from United States Department of Agriculture - ERS: https://www.ers.usda.gov/topics/food-choices-health/food-access/

Economic Research Service. (2017, April 25). *Food Prices and Spending.* Retrieved April 28, 2017, from United States Department of Agriculture: https://www.ers.usda.gov/data-products/ag-and-food-statistics-charting-the-essentials/food-prices-and-spending/

Economic Research Service. (2017). *U.S. Agricultural Trade.* United States Department of Agriculture.

Elitzak, H. (2016, December 30). *Market Segments - A Large and Growing Market.* Retrieved May 13, 2017, from United States Department of Agriculture - ERS: https://www.ers.usda.gov/topics/food-markets-prices/food-service-industry/market-segments/

Elitzak, H. (2016, October 12). *Retail Trends - Sales and Sales Growth.* Retrieved January 30, 2017, from United States Department of Agriculture - ERS: https://www.ers.usda.gov/topics/food-markets-prices/retailing-wholesaling/retail-trends/

Elitzak, H., & Stewart, H. (2017, April 4). *Recent Issues - Diet Quality.* Retrieved April 28, 2017, from United States Department of Agricultural - ERS: https://www.ers.usda.gov/topics/food-markets-prices/food-service-industry/recent-issues/

Estima. (2017). *RATS Reference Manual.*

Estima. (2017). *RATS Version 9.0 User's Guide.*

Foreign Agricultural Service. (2017). *Despite HPAI Outbreaks, Global Broiler Meat Production and Trade Forecast to Rise in 2017.* United States Department of Agricultural.

Goodwin, Jr., H., & Cappas, O. C. (2015). *Feed and Feed Ingredient Situation and Outlook: the Seen and the Unseen.* University of Arkansas & Texas A&M University.

Goodwin, Jr., H., McKenzie, A. M., & Djunaidi, H. (2003, December). Which Broiler Part is the Best Part? *Journal of Agricultural and Applied Economics, 35*(3), 483-495.

Gray, A. (2016, December 6). *Which countries spend the most on food? This map will show you.* Retrieved March 4, 2017, from World Economic Forum: https://www.weforum.org/agenda/2016/12/this-map-shows-how-much-each-country-spends-on-food/

Gustafson, K. (2017, March 16). *Dollar General is Starting to Look A Lot Like Wal-Mart.* Retrieved July 21, 2017, from CNBC: http://www.cnbc.com/2017/03/16/dollar-general-is-starting-to-look-a-lot-like-wal-mart.html

Haley, M., & Jones, K. (2017, April 17). *Livestork, Dairy, and Poultry Outlook.* Retrieved May 1, 2017, from Situation and Outlook:
https://www.ers.usda.gov/webdocs/publications/83251/ldp-m-274.pdf?v=42842

Harlan, D. (2007). *Perspectives On The Global Markets For Poultry Products.* Cargill Incorporated.

Horizonweb. (2016, February 18). *Rotisserie Chicken: The Grab-and-Go Market Is Still Going Strong.* Retrieved April 7, 2017, from Horizon Bradco - Food Equipment Solutions and Service Provider: https://horizonbradco.com/rotisserie-chicken-the-grab-and-go-market-is-still-going-strong/

International Dairy Deli Bakery Association. (2016, November 29). *Conenience Store Decisions.* Retrieved April 24, 2017, from Conenience Store Decisions:
http://www.cstoredecisions.com/2016/11/29/iddba-publishes-whats-store-2017-report/#_

John Bean Technologies Corporation. (n.d.). *DSI Waterjet Portionin Systems.* Retrieved April 4, 2017, from JBT: http://www.jbtfoodtech.com/en/Solutions/Equipment/DSI-Waterjet-Portioning-Systems

John Dunham & Associates, Inc. (2016, November 4). *2016 Poultry and Egg Economic Impact Study.* Retrieved February 5, 2017, from U.S. Poultry & Egg Association:
http://poultry.guerrillaeconomics.net/assets/site/res/Poultry%20Impact%20Methodology.pdf

Johnston, T. (2014, April 30). *Chicken industry a 'drought away' from 'economic crisis,' NCC says.* Retrieved February 25, 2017, from Meatingplace:
http://www.meatingplace.com/Industry/News/Details/49819

Kilian, L., & Murphy, D. (2010). *The Role of Inventories and Speculative Trading in the Global Market for Crude Oil.* University of Michigan, CEPR.

Linn, A. (2013, January 25). *Downright Un-American! Chicken Wings Prices Up Ahead of Super Bowl.* Retrieved July 11, 2017, from CNBC: http://www.cnbc.com/id/100408149

Lowrey, A., & Nixon, R. (2012, July 25). *Severe Drought Seen as Driving Costs of Food Up.* Retrieved April 4, 2017, from The New York Times:
http://www.nytimes.com/2012/07/26/business/food-prices-to-rise-in-wake-of-severe-drought.html?_r=2&hp

Martinez, S. (2010, June 1). *Resession Brings Record Number of New Store-Brand Food Offering.* Retrieved February 24, 2017, from United States Department of Agriculture - ERS: https://www.ers.usda.gov/amber-waves/2010/june/recession-brings-record-number-of-new-store-brand-food-offerings/

Martinez, S. (2017, April 5). *New Products*. Retrieved April 25, 2017, from United States Department of Agricultural - ERS: https://www.ers.usda.gov/topics/food-markets-prices/processing-marketing/new-products/

McKenzie, A. M., Goodwin Jr. , H. L., & Carreira, R. I. (2007). *Alternative Model Selection Using Forecast Error Variance Decompositions in Wholesale Chicken Markets*. University of Arkansas, Department of Agricultural Economics and Agribusiness.

Meat&Poultry Staff. (2012, September 19). *USDA Provides Drought Assistance to 22 States*. Retrieved January 23, 2017, from Meat & Poultry: http://www.meatpoultry.com/articles/news_home/Regulatory/2012/09/USDA_provides_drought_assistan.aspx?ID=%7B08048710-0FC6-4570-8836-CFC49501CD9A%7D&cck=1

Narula, A., & Conroy, P. (2010, July 1). The battle for brands in a world of private labels. *Deloitte University Press*.

National Agricultural Statistics Service. (2016). *Poultry - Production and Value 2015 Summary*. Summary, United States Department of Agricultural.

National Chicken Council. (2012). *U.S. Chicken Industry History*. Retrieved March 25, 2017, from National Chicken Council: http://www.nationalchickencouncil.org/about-the-industry/history/

National Chicken Council. (2016, December 20). *U.S. Poultry Industry Provides 1.6 Million Jobs; Economic Output of $441 Billion*. Retrieved April 10, 2017, from National Chicken Council: http://www.nationalchickencouncil.org/u-s-poultry-industry-provides-1-6-million-jobs-economic-output-441-billion/

National Chicken Council. (2017, April 14). *Per Capita Consumption of Poultry and Livestock, 1965 to Estimated 2016, in Pounds*. Retrieved July 5, 2017, from National Chicken Council: http://www.nationalchickencouncil.org/about-the-industry/statistics/per-capita-consumption-of-poultry-and-livestock-1965-to-estimated-2012-in-pounds/

National Chicken Council. (2017, April 14). *U.S. Broiler Exports Quantity and Share of Production* . Retrieved May 1, 2017, from National Chicken Council: http://www.nationalchickencouncil.org/about-the-industry/statistics/u-s-broiler-exports-quantity-and-share-of-production/

National Chicken Council. (2017, April 14). *U.S. Broiler Production*. Retrieved April 22, 2017, from National Chicken Council: http://www.nationalchickencouncil.org/about-the-industry/statistics/u-s-broiler-production/

Newton, J., & Kuethe, T. (2015). *Economic Implications of the 2014-2015 Bird Flu*. University of Illinois, Department of Agricultural and Consumer Economics.

North American Meat Institute. (2010, March 8). *Study Finds Recession Continuing to Impact Purchasing and Consumption Behavior in the Meat Department.* Retrieved April 16, 2017, from North American Meat institute: https://www.meatinstitute.org/index.php?ht=display/ReleaseDetails/i/57796/pid/287

Perry, J., Banker, D. E., & Green, R. (1999). *Broiler Farms' Organization, Management, and Performance.* United States Department of Agriculture.

Poultry Technology Center. (n.d.). *United States Poultry Production.* Retrieved April 22, 2017, from http://www.aces.edu/poultryventilation/documents/NPTCIndustryFactSheet.pdf

Reed, S., & Crawford, M. (2014, June). How does consumer spending change during boom, recession, and recovery? *Beyond The Numbers, 3*(15). Retrieved from Bureau Of Labor Statistics: https://www.bls.gov/opub/btn/volume-3/how-does-consumer-spending-change-during-boom-recession-and-recovery.htm

Robinson, W. (1998). *Forecasting Inflation Using VAR Analysis.* Bank of Jamaica.

Schnepf, R. (2011). *U.S. Livestock and Poultry Feed Use and Availability: Background and Emerging Issues.* Congressional Research Service.

Sims, C. A., Stock, J. H., & Watson, M. W. (1990, January). Inference In Linear Time Series Models With Some Unit Roots. *Econometrica, 58*(1), 113-144.

Smith, A., Carter, C. A., & Rausser, G. C. (2017, July 1). Commodity Storage and the Market Effects of Biofuels Policies. *American Journal of Agricultural Economics, 99*(4), 1027-1055.

Statista. (2016). *Facts On The Deli Foods Industry In The U.S.* Retrieved March 25, 2017, from Statista - Deli Foods Industry - U.S. Deli Foods Industry: https://www.statista.com/topics/1613/deli-foods/

Surak, J. G. (2009, February 1). *The Evolution of HACCP.* Retrieved March 15, 2017, from Food Quality & Safety: http://www.foodqualityandsafety.com/article/the-evolution-of-haccp/

Technomic. (n.d.). *About Technomic.* Retrieved June 11, 2017, from Technomic A Winsight Company: https://www.technomic.com/about

The Economist. (2017). *US Consumer Spending Hard Times.* Retrieved March 29, 2017, from The Economist: http://www.economist.com/blogs/dailychart/2011/10/us-consumer-spending

The Economist Online. (2009, July 27). *Counting Chickens - Where The World's Livestock Lives.* Retrieved May 25, 2017, from The Economist: http://www.economist.com/blogs/dailychart/2011/07/global-livestock-counts

The Poultry Site. (2003). *Glossary of Commercial Poultry Terms.*

The Poultry Site. (2010, April 23). *Global Recession - Tough Time for Livestock Producers.* Retrieved April 30, 2017, from The Poultry Site: http://www.thepoultrysite.com/articles/1720/global-recession-tough-time-for-livestock-producers/

The Poultry Site. (2012, July 24). *US Drought Affects Australian Egg Prices.* Retrieved March 8, 2017, from The Poultry Site: http://www.thepoultrysite.com/poultrynews/26344/us-drought-affects-australian-egg-prices/

The Poultry Site. (2014, January). *GLOBAL POULTRY TRENDS - Chicken Meat Consumption Exceeds Global Average in the Americas.* Retrieved March 25, 2017, from The Poultry Site: http://www.thepoultrysite.com/articles/3025/global-poultry-trends-chicken-meat-consumption-exceeds-global-average-in-the-americas/

The Poultry Site. (2015, January 28). *GLOBAL POULTRY TRENDS 2014: Growth in Chicken Consumption in Americas Slows.* Retrieved February 5, 2017, from The Poultry Site: http://www.thepoultrysite.com/articles/3324/global-poultry-trends-2014-growth-in-chicken-consumption-in-americas-slows/

The Poultry Site. (2016, August 3). *Chicken Food Service Brands Boomin.* Retrieved January 16, 2017, from The Poultry Site: http://www.thepoultrysite.com/poultrynews/37393/chicken-food-service-brands-booming/

The Poultry Site. (2017, January). Into Africa? Poultry is a burgeoning prospect across the continent. *(68).*

The Poultry Site. (2017, January). Ireland Joins Other European Countries In Sending Poultry Indoors. *Poultry Digital - Into Africa?*(68), 6-9.

Thornton, G. (2009, June 23). *Poultry Business.* Retrieved May 5, 2017, from WATTAgNet: http://www.wattagnet.com/articles/40-poultry-business-2017

Thornton, G. (2016, March 7). *Top 10 US Chicken Producers Grow In New Directions.* Retrieved February 3, 2017, from WATT PoultryUSA: http://www.wattagnet.com/articles/25893-top---us-chicken-producers-grow-in-new-directions

U.S. Food & Drug Administration. (2017). *Hazard Analysis Critical Control Point (HACCP).*

United States Department of Agriculture. (2000). *U.S. Trade Descriptions for Poultry.* Agriculture Marketing Service.

University of Maryland Extension. (2017). *Value-Added Products and Enterprises.* University of Maryland, College of Agriculture & Natural Resources.

Vilsack, T. (2015, May 18). *USDA Responds Quickly To Bird Flu*. Retrieved January 30, 2017, from The Des Moines Register: http://www.desmoinesregister.com/story/opinion/columnists/2015/05/19/usda-responds-quickly-bird-flu/27556101/

WATT Global Media. (2015). Global Poultry Market Trends and Forecasts.

WATT Poultry. (2001, January). Acquisition! *WATT PoultryUSA*, 114.

World Health Organization. (2012). *H5N1 Avian Influenza: Timeline of Major Events*.

Appendix

Table 1A – Baseline Model 1 – Diebold Mariano Test Parameter Estimates VAR ($3^{16}$) vs. AR (3) Out-of-Sample Forecasts

January 2000 – May 2017

| | | VAR (3) Estimation Jan. 00 - May 17 | | | | AR (3) Estimation Jan. 00 - May 17 | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
| | | | | | | | | | | VAR > AR | | VAR < AR | | Concl.: Data |
| Step | N | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | Supports |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Statistics for Series WING | | | | | | | | | | | | | | |
| 1 | 209 | 1.16 | 6.41 | 8.04 | 0.84 | 0.72 | 6.33 | 8.05 | 0.84 | 0.47 | 0.79 | 0.53 | 0.21 | FTR $H_0$ |
| 2 | 208 | 2.75 | 11.36 | 13.99 | 0.88 | 1.62 | 11.20 | 13.96 | 0.87 | 0.57 | 0.77 | 0.43 | 0.23 | FTR $H_0$ |
| 3 | 207 | 4.35 | 14.76 | 17.98 | 0.88 | 2.52 | 14.43 | 17.86 | 0.88 | 0.63 | 0.87 | 0.37 | 0.13 | FTR $H_0$ |
| 4 | 206 | 5.62 | 17.20 | 20.90 | 0.87 | 3.27 | 16.76 | 20.80 | 0.87 | 0.61 | 0.89 | 0.39 | 0.11 | FTR $H_0$ |
| 5 | 205 | 6.69 | 19.06 | 23.31 | 0.86 | 3.95 | 18.78 | 23.22 | 0.86 | 0.60 | 0.77 | 0.40 | 0.23 | FTR $H_0$ |
| 6 | 204 | 7.67 | 20.37 | 25.25 | 0.85 | 4.64 | 20.44 | 25.11 | 0.84 | 0.63 | 0.46 | 0.37 | 0.54 | FTR $H_0$ |
| 7 | 203 | 8.52 | 21.85 | 26.91 | 0.83 | 5.29 | 22.20 | 26.73 | 0.83 | 0.65 | 0.23 | 0.35 | 0.77 | FTR $H_0$ |
| 8 | 202 | 9.21 | 23.27 | 28.52 | 0.82 | 5.88 | 23.62 | 28.22 | 0.81 | 0.72 | 0.24 | 0.28 | 0.76 | FTR $H_0$ |
| 9 | 201 | 9.79 | 24.40 | 30.02 | 0.81 | 6.41 | 24.54 | 29.58 | 0.80 | 0.79 | 0.41 | 0.21 | 0.59 | FTR $H_0$ |
| Forecast Statistics for Series WOG | | | | | | | | | | | | | | |
| 1 | 209 | 0.73 | 2.89 | 3.77 | 0.89 | 0.56 | 2.94 | 3.80 | 0.89 | 0.42 | 0.31 | 0.58 | 0.69 | FTR $H_0$ |
| 2 | 208 | 1.61 | 4.91 | 6.20 | 0.90 | 1.27 | 4.98 | 6.29 | 0.91 | 0.36 | 0.36 | 0.64 | 0.64 | FTR $H_0$ |
| 3 | 207 | 2.40 | 6.16 | 7.74 | 0.88 | 1.91 | 6.14 | 7.78 | 0.88 | 0.46 | 0.55 | 0.54 | 0.45 | FTR $H_0$ |
| 4 | 206 | 3.06 | 6.94 | 8.82 | 0.87 | 2.43 | 6.73 | 8.76 | 0.87 | 0.58 | 0.81 | 0.42 | 0.19 | FTR $H_0$ |
| 5 | 205 | 3.67 | 7.41 | 9.60 | 0.88 | 2.90 | 7.06 | 9.35 | 0.86 | 0.76 | 0.92 | 0.24 | 0.08 | VAR < AR* |
| 6 | 204 | 4.27 | 7.67 | 10.13 | 0.89 | 3.38 | 7.18 | 9.69 | 0.85 | 0.88 | 0.97 | 0.12 | 0.03 | VAR < AR** |
| 7 | 203 | 4.79 | 7.94 | 10.55 | 0.89 | 3.81 | 7.47 | 10.13 | 0.86 | 0.87 | 0.97 | 0.13 | 0.03 | VAR < AR** |
| 8 | 202 | 5.26 | 8.20 | 10.85 | 0.91 | 4.20 | 7.87 | 10.49 | 0.88 | 0.83 | 0.90 | 0.17 | 0.10 | VAR < AR* |
| 9 | 201 | 5.69 | 8.35 | 11.05 | 0.93 | 4.58 | 8.08 | 10.69 | 0.90 | 0.82 | 0.83 | 0.18 | 0.17 | VAR < AR* |

58

---

[16] 3 signifies the month lag parameter

Table 1A Cont. – Baseline Model 1 – Diebold Mariano Test Parameter Estimates VAR (3) vs. AR (3) Out-of-Sample Forecasts
January 2000 – May 2017

| | | VAR (3) Estimation Jan. 00 - May 17 | | | | AR (3) Estimation Jan. 00 - May 17 | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
| | | | | | | | | | | VAR > AR | | VAR < AR | | Concl.: Data |
| Step | N | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | Supports |
| Forecast Statistics for Series BSBTO | | | | | | | | | | | | | | |
| 1 | 209 | 1.37 | 8.19 | 10.55 | 0.87 | 1.10 | 7.92 | 10.18 | 0.84 | 0.99 | 0.96 | 0.01 | 0.04 | VAR < AR** |
| 2 | 208 | 2.95 | 12.01 | 16.23 | 0.82 | 2.20 | 11.59 | 15.60 | 0.78 | 1.00 | 0.96 | 0.00 | 0.04 | VAR < AR** |
| 3 | 207 | 4.63 | 15.06 | 20.43 | 0.80 | 3.33 | 14.12 | 19.46 | 0.77 | 1.00 | 1.00 | 0.00 | 0.00 | VAR < AR*** |
| 4 | 206 | 6.07 | 17.48 | 23.42 | 0.79 | 4.34 | 16.28 | 22.16 | 0.75 | 1.00 | 1.00 | 0.00 | 0.00 | VAR < AR*** |
| 5 | 205 | 7.30 | 18.54 | 25.13 | 0.78 | 5.25 | 17.58 | 23.82 | 0.74 | 1.00 | 0.99 | 0.00 | 0.01 | VAR < AR*** |
| 6 | 204 | 8.41 | 19.03 | 25.91 | 0.77 | 6.12 | 18.23 | 24.69 | 0.73 | 1.00 | 0.98 | 0.00 | 0.02 | VAR < AR** |
| 7 | 203 | 9.35 | 19.48 | 26.16 | 0.78 | 6.91 | 18.60 | 25.09 | 0.75 | 1.00 | 0.99 | 0.00 | 0.01 | VAR < AR** |
| 8 | 202 | 10.21 | 19.63 | 26.22 | 0.81 | 7.70 | 18.92 | 25.34 | 0.78 | 0.99 | 0.96 | 0.01 | 0.04 | VAR < AR** |
| 9 | 201 | 10.84 | 20.06 | 26.56 | 0.85 | 8.31 | 19.37 | 25.86 | 0.83 | 0.97 | 0.96 | 0.03 | 0.04 | VAR < AR** |
| Forecast Statistics for Series LQ | | | | | | | | | | | | | | |
| 1 | 209 | 0.30 | 1.98 | 2.85 | 0.94 | 0.20 | 1.82 | 2.71 | 0.90 | 0.99 | 1.00 | 0.01 | 0.00 | VAR < AR*** |
| 2 | 208 | 0.68 | 3.75 | 5.01 | 0.99 | 0.46 | 3.47 | 4.72 | 0.93 | 0.99 | 1.00 | 0.01 | 0.00 | VAR < AR*** |
| 3 | 207 | 1.02 | 4.98 | 6.39 | 0.99 | 0.72 | 4.64 | 5.99 | 0.93 | 0.99 | 0.99 | 0.01 | 0.01 | VAR < AR*** |
| 4 | 206 | 1.28 | 5.92 | 7.43 | 0.98 | 0.91 | 5.48 | 6.95 | 0.92 | 1.00 | 1.00 | 0.00 | 0.00 | VAR < AR*** |
| 5 | 205 | 1.52 | 6.50 | 8.21 | 0.98 | 1.09 | 6.02 | 7.65 | 0.91 | 1.00 | 1.00 | 0.00 | 0.00 | VAR < AR*** |
| 6 | 204 | 1.77 | 6.92 | 8.80 | 0.98 | 1.27 | 6.43 | 8.19 | 0.91 | 1.00 | 1.00 | 0.00 | 0.00 | VAR < AR*** |
| 7 | 203 | 2.00 | 7.18 | 9.18 | 0.99 | 1.43 | 6.71 | 8.58 | 0.92 | 1.00 | 0.99 | 0.00 | 0.01 | VAR < AR*** |
| 8 | 202 | 2.23 | 7.35 | 9.45 | 1.00 | 1.58 | 6.83 | 8.82 | 0.94 | 1.00 | 1.00 | 0.00 | 0.00 | VAR < AR*** |
| 9 | 201 | 2.43 | 7.52 | 9.69 | 1.02 | 1.73 | 6.96 | 8.98 | 0.95 | 1.00 | 1.00 | 0.00 | 0.00 | VAR < AR*** |

Note:* Indicates statistical significance at $\alpha = 10\%$; ** Indicates statistical significance at $\alpha = 5\%$;

*** Indicates statistical significance at $\alpha = 1\%$

Table 1B – Unit Root Results Presented By RATS – Baseline Model 1

Results of Augmented Dickey-Fuller Test of Null Hypothesis of
Existence of a Unit-Root Given by RATS
Model 1 - Estimation January 2000 - May 2017

| Variable | Model Specification Selected | Test Statistic | Critical Value ($\alpha$ = 1%) | Critical Value ($\alpha$ = 5%) | Critical Value ($\alpha$ = 10%) | AIC Lag | Test Conclusion |
|---|---|---|---|---|---|---|---|
| WOG | With Intercept | -0.775 | -3.452 | -2.871 | -2.572 | 13 | Unit Root |
| WING | With Intercept | 0.185 | -3.453 | -2.871 | -2.572 | 24 | Unit Root |
| BSBTO | With Intercept | -2.503 | -3.453 | -2.871 | -2.572 | 24 | Unit Root |
| LQ | With Intercept | -2.160 | -3.452 | -2.870 | -2.571 | 7 | Unit Root |

Table 2A – Model 2 – Diebold Mariano Test Parameter Estimates VAR (3) vs. AR (3) Out-of-Sample Forecasts
August 2007 – May 2017

| | | VAR (3) Estimation August 07 - May 17 | | | | AR (3) Estimation August 07 - May 17 | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
| | | | | | | | | | | VAR > AR | | VAR < AR | | Concl.: Data |
| Step | N | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | Supports |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Statistics for Series BSBTO | | | | | | | | | | | | | | |
| 1 | 118 | 0.343 | 8.920 | 10.897 | 0.958 | -0.312 | 6.959 | 8.725 | 0.767 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 2 | 117 | -0.184 | 14.650 | 17.896 | 0.982 | -0.696 | 10.215 | 12.729 | 0.699 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 3 | 116 | -0.647 | 17.903 | 22.579 | 0.966 | -1.001 | 11.863 | 14.945 | 0.639 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 4 | 115 | -0.900 | 20.703 | 26.360 | 0.960 | -1.262 | 13.603 | 16.751 | 0.610 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 5 | 114 | -1.187 | 23.031 | 28.953 | 0.955 | -1.570 | 14.488 | 17.876 | 0.590 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 6 | 113 | -1.403 | 24.705 | 30.088 | 0.952 | -1.764 | 15.185 | 18.654 | 0.590 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 7 | 112 | -1.585 | 25.606 | 30.223 | 0.963 | -1.899 | 15.792 | 19.308 | 0.615 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 8 | 111 | -1.699 | 26.064 | 30.260 | 1.000 | -2.047 | 16.289 | 20.079 | 0.663 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 9 | 110 | -1.584 | 25.560 | 30.051 | 1.050 | -2.083 | 16.645 | 20.577 | 0.719 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| Forecast Statistics for Series LQ | | | | | | | | | | | | | | |
| 1 | 118 | -0.682 | 2.504 | 3.400 | 1.138 | -0.554 | 1.955 | 2.890 | 0.967 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 2 | 117 | -1.773 | 4.673 | 6.082 | 1.230 | -1.337 | 3.639 | 5.017 | 1.015 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 3 | 116 | -2.709 | 5.933 | 7.691 | 1.234 | -2.041 | 4.664 | 6.307 | 1.012 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 4 | 115 | -3.555 | 6.713 | 8.771 | 1.219 | -2.700 | 5.400 | 7.336 | 1.019 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 5 | 114 | -4.280 | 7.291 | 9.603 | 1.209 | -3.313 | 6.074 | 8.183 | 1.030 | 1.000 | 0.999 | 0.000 | 0.001 | VAR < AR*** |
| 6 | 113 | -4.843 | 7.829 | 10.258 | 1.206 | -3.873 | 6.697 | 8.927 | 1.050 | 0.999 | 0.998 | 0.001 | 0.002 | VAR < AR*** |
| 7 | 112 | -5.257 | 8.113 | 10.614 | 1.210 | -4.387 | 7.218 | 9.540 | 1.088 | 0.998 | 0.990 | 0.002 | 0.010 | VAR < AR*** |
| 8 | 111 | -5.490 | 8.221 | 10.843 | 1.222 | -4.856 | 7.581 | 10.056 | 1.133 | 0.986 | 0.953 | 0.014 | 0.047 | VAR < AR** |
| 9 | 110 | -5.722 | 8.578 | 11.062 | 1.233 | -5.318 | 7.829 | 10.489 | 1.169 | 0.960 | 0.975 | 0.040 | 0.025 | VAR < AR** |

Table 2A Cont. – Model 2 – Diebold Mariano Test Parameter Estimates VAR (3) vs. AR (3) Out-of-Sample Forecasts
August 2007 – May 2017

| Step | N | VAR (3) Estimation August 07 - May 17 | | | | AR (3) Estimation August 07 - May 17 | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | VAR > AR | | VAR < AR | | Concl.: Data |
| | | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | Supports |
| Forecast Statistics for Series SMWING | | | | | | | | | | | | | | |
| 1 | 118 | -0.379 | 7.109 | 8.950 | 0.877 | -0.213 | 6.141 | 7.865 | 0.771 | 0.999 | 0.999 | 0.001 | 0.001 | VAR < AR*** |
| 2 | 117 | -0.716 | 12.710 | 15.966 | 0.920 | -0.502 | 11.116 | 13.895 | 0.800 | 0.998 | 0.994 | 0.002 | 0.006 | VAR < AR*** |
| 3 | 116 | -1.208 | 16.998 | 21.343 | 0.944 | -0.844 | 14.575 | 18.338 | 0.811 | 1.000 | 0.998 | 0.000 | 0.002 | VAR < AR*** |
| 4 | 115 | -1.953 | 21.332 | 26.317 | 0.973 | -1.254 | 17.343 | 22.236 | 0.822 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 5 | 114 | -2.877 | 25.151 | 30.377 | 0.991 | -1.686 | 20.456 | 25.505 | 0.832 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 6 | 113 | -3.563 | 27.605 | 33.249 | 0.988 | -1.916 | 22.984 | 27.887 | 0.829 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 7 | 112 | -4.068 | 29.606 | 35.138 | 0.958 | -2.061 | 25.343 | 29.731 | 0.811 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 8 | 111 | -4.548 | 31.242 | 36.530 | 0.920 | -2.311 | 27.390 | 31.542 | 0.795 | 1.000 | 0.998 | 0.000 | 0.002 | VAR < AR*** |
| 9 | 110 | -4.632 | 32.655 | 37.807 | 0.891 | -2.474 | 28.891 | 33.282 | 0.784 | 0.999 | 0.998 | 0.001 | 0.002 | VAR < AR*** |
| Forecast Statistics for Series JMWING | | | | | | | | | | | | | | |
| 1 | 118 | 1.160 | 6.734 | 8.757 | 0.831 | 0.517 | 6.011 | 7.806 | 0.740 | 0.990 | 0.977 | 0.010 | 0.023 | VAR < AR** |
| 2 | 117 | 2.389 | 12.049 | 15.814 | 0.899 | 1.175 | 10.612 | 13.926 | 0.791 | 0.974 | 0.977 | 0.026 | 0.023 | VAR < AR** |
| 3 | 116 | 3.036 | 16.217 | 20.952 | 0.933 | 1.740 | 14.397 | 18.318 | 0.816 | 0.988 | 0.976 | 0.012 | 0.024 | VAR < AR** |
| 4 | 115 | 3.200 | 20.020 | 25.080 | 0.946 | 2.322 | 17.493 | 21.958 | 0.828 | 0.997 | 0.993 | 0.003 | 0.007 | VAR < AR*** |
| 5 | 114 | 3.058 | 22.219 | 27.661 | 0.937 | 2.746 | 19.623 | 24.217 | 0.820 | 0.998 | 0.989 | 0.002 | 0.011 | VAR < AR** |
| 6 | 113 | 3.148 | 23.797 | 29.277 | 0.924 | 3.224 | 21.120 | 25.814 | 0.814 | 0.996 | 0.991 | 0.004 | 0.009 | VAR < AR*** |
| 7 | 112 | 3.456 | 24.232 | 30.133 | 0.894 | 3.760 | 22.600 | 27.184 | 0.806 | 0.984 | 0.911 | 0.016 | 0.089 | VAR < AR* |
| 8 | 111 | 3.744 | 24.590 | 30.655 | 0.859 | 4.164 | 24.148 | 28.657 | 0.803 | 0.923 | 0.636 | 0.077 | 0.364 | FTR $H_0$ |
| 9 | 110 | 4.379 | 25.707 | 31.375 | 0.832 | 4.639 | 25.501 | 30.054 | 0.797 | 0.834 | 0.564 | 0.166 | 0.436 | FTR $H_0$ |

Table 2A Cont. – Model 2 – Diebold Mariano Test Parameter Estimates VAR (3) vs. AR (3) Out-of-Sample Forecasts
August 2007 – May 2017

| | | | | | | | | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
| | | VAR (3) Estimation August 07 - May 17 | | | | AR (3) Estimation August 07 - May 17 | | | | VAR > AR | | VAR < AR | | Concl.: Data Supports |
| Step | N | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Statistics for Series WOG | | | | | | | | | | | | | | |
| 1 | 118 | -0.042 | 3.477 | 4.442 | 0.918 | -0.100 | 3.166 | 3.934 | 0.813 | 0.983 | 0.968 | 0.017 | 0.032 | VAR < AR** |
| 2 | 117 | -0.525 | 5.902 | 7.507 | 0.970 | -0.240 | 5.021 | 6.298 | 0.814 | 0.998 | 0.996 | 0.002 | 0.004 | VAR < AR*** |
| 3 | 116 | -0.985 | 7.295 | 9.437 | 0.951 | -0.346 | 6.204 | 7.712 | 0.777 | 1.000 | 0.996 | 0.000 | 0.004 | VAR < AR*** |
| 4 | 115 | -1.335 | 8.181 | 10.574 | 0.946 | -0.437 | 6.711 | 8.532 | 0.763 | 1.000 | 0.999 | 0.000 | 0.001 | VAR < AR*** |
| 5 | 114 | -1.653 | 9.020 | 11.531 | 0.968 | -0.528 | 6.700 | 8.945 | 0.751 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 6 | 113 | -1.895 | 9.904 | 12.477 | 1.019 | -0.610 | 7.019 | 9.286 | 0.758 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 7 | 112 | -2.079 | 10.285 | 13.071 | 1.030 | -0.708 | 7.406 | 9.766 | 0.770 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 8 | 111 | -2.202 | 10.583 | 13.374 | 1.052 | -0.873 | 7.922 | 10.231 | 0.805 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 9 | 110 | -2.188 | 10.685 | 13.362 | 1.074 | -0.988 | 8.266 | 10.579 | 0.850 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| Forecast Statistics for Series THIGH | | | | | | | | | | | | | | |
| 1 | 118 | 0.020 | 2.523 | 3.392 | 1.139 | -0.260 | 1.907 | 2.690 | 0.903 | 0.978 | 0.999 | 0.022 | 0.001 | VAR < AR*** |
| 2 | 117 | -0.376 | 4.896 | 6.309 | 1.212 | -0.611 | 3.764 | 4.947 | 0.950 | 0.983 | 0.999 | 0.017 | 0.001 | VAR < AR*** |
| 3 | 116 | -1.022 | 6.701 | 8.255 | 1.204 | -0.947 | 5.260 | 6.614 | 0.965 | 0.999 | 1.000 | 0.001 | 0.000 | VAR < AR*** |
| 4 | 115 | -1.828 | 8.017 | 9.910 | 1.235 | -1.380 | 6.328 | 7.932 | 0.989 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 5 | 114 | -2.598 | 9.021 | 11.389 | 1.271 | -1.830 | 7.070 | 9.096 | 1.015 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 6 | 113 | -3.263 | 9.947 | 12.606 | 1.292 | -2.309 | 7.714 | 10.195 | 1.045 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 7 | 112 | -3.827 | 10.595 | 13.574 | 1.299 | -2.769 | 8.219 | 11.198 | 1.071 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 8 | 111 | -4.239 | 11.245 | 14.376 | 1.294 | -3.189 | 8.867 | 12.206 | 1.098 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 9 | 110 | -4.622 | 11.821 | 15.006 | 1.284 | -3.637 | 9.470 | 13.098 | 1.121 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |

Table 2A Cont. – Model 2 – Diebold Mariano Test Parameter Estimates VAR (3) vs. AR (3) Out-of-Sample Forecasts
August 2007 – May 2017

| | | VAR (3) Estimation August 07 - May 17 | | | | AR (3) Estimation August 07 - May 17 | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
| | | | | | | | | | | VAR > AR | | VAR < AR | | Concl.: Data Supports |
| Step | N | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | |
| Forecast Statistics for Series TENDER | | | | | | | | | | | | | | |
| 1 | 118 | 0.449 | 10.274 | 13.431 | 0.892 | 1.431 | 9.156 | 11.383 | 0.756 | 0.986 | 0.974 | 0.014 | 0.026 | VAR < AR** |
| 2 | 117 | 0.219 | 18.102 | 23.950 | 0.942 | 3.401 | 15.312 | 18.093 | 0.711 | 0.989 | 0.988 | 0.011 | 0.012 | VAR < AR** |
| 3 | 116 | -0.042 | 23.776 | 30.593 | 0.935 | 5.477 | 17.373 | 22.292 | 0.681 | 0.999 | 1.000 | 0.001 | 0.000 | VAR < AR*** |
| 4 | 115 | 0.418 | 26.397 | 33.755 | 0.892 | 7.373 | 18.608 | 24.405 | 0.645 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 5 | 114 | 1.559 | 28.590 | 36.355 | 0.878 | 8.707 | 19.416 | 25.608 | 0.618 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 6 | 113 | 3.252 | 30.208 | 37.825 | 0.884 | 9.841 | 19.796 | 26.198 | 0.612 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 7 | 112 | 5.016 | 29.779 | 37.618 | 0.900 | 10.819 | 20.280 | 26.418 | 0.632 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 8 | 111 | 6.594 | 29.038 | 36.413 | 0.921 | 11.537 | 20.857 | 26.600 | 0.673 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 9 | 110 | 8.328 | 28.812 | 35.062 | 0.943 | 12.344 | 21.267 | 26.829 | 0.722 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| Forecast Statistics for Series DRUM | | | | | | | | | | | | | | |
| 1 | 118 | -0.607 | 2.399 | 3.111 | 0.971 | -0.501 | 2.079 | 2.776 | 0.867 | 0.988 | 0.996 | 0.012 | 0.004 | VAR < AR*** |
| 2 | 117 | -1.790 | 5.009 | 6.317 | 1.135 | -1.247 | 4.080 | 5.192 | 0.933 | 0.999 | 1.000 | 0.001 | 0.000 | VAR < AR*** |
| 3 | 116 | -2.957 | 6.674 | 8.379 | 1.160 | -2.003 | 5.366 | 6.707 | 0.928 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 4 | 115 | -4.076 | 7.970 | 9.851 | 1.160 | -2.804 | 6.201 | 7.908 | 0.931 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 5 | 114 | -5.019 | 8.977 | 11.110 | 1.172 | -3.547 | 6.909 | 9.023 | 0.952 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 6 | 113 | -5.718 | 9.883 | 12.167 | 1.200 | -4.215 | 7.498 | 10.119 | 0.998 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 7 | 112 | -6.275 | 10.572 | 13.024 | 1.244 | -4.889 | 8.279 | 11.127 | 1.063 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 8 | 111 | -6.678 | 11.171 | 13.660 | 1.296 | -5.516 | 8.864 | 12.046 | 1.143 | 0.998 | 1.000 | 0.002 | 0.000 | VAR < AR*** |
| 9 | 110 | -7.139 | 11.735 | 14.151 | 1.346 | -6.175 | 9.425 | 12.765 | 1.214 | 0.994 | 1.000 | 0.006 | 0.000 | VAR < AR*** |

Note:* Indicates statistical significance at α = 10%; ** Indicates statistical significance at α = 5%;
*** Indicates statistical significance at α = 1%

Table 2B – Unit Root Results Presented By RATS – Model 2

Results of Augmented Dickey-Fuller Test of Null Hypothesis of
Existence of a Unit-Root Given by RATS
Model 2 - Estimation August 2007 - May 17

| Variable | Model Specification Selected | Test Statistic | Critical Value ($\alpha$ = 1%) | Critical Value ($\alpha$ = 5%) | Critical Value ($\alpha$ = 10%) | AIC Lag | Test Conclusion |
|---|---|---|---|---|---|---|---|
| JBSBTO | With Intercept | -4.237 | -3.465 | -2.877 | -2.575 | 16 | Significant at $\alpha$ = 1% |
| JMWING | With Intercept | 0.089 | -3.467 | -2.877 | -2.575 | 24 | Unit Root |
| SMWING | With Intercept | -0.779 | -3.467 | -2.877 | -2.575 | 24 | Unit Root |
| TENDER | With Intercept | -2.621 | -3.467 | -2.877 | -2.575 | 24 | Significant at $\alpha$ = 10% |
| WOG | With Intercept | -1.824 | -3.455 | -2.872 | -2.572 | 24 | Unit Root |
| LQ | With Intercept | -2.914 | -3.452 | -2.870 | -2.571 | 6 | Significant at $\alpha$ = 5% |
| THIGH | With Intercept | -2.322 | -3.463 | -2.876 | -2.574 | 3 | Unit Root |
| DRUM | With Intercept | -1.800 | -3.467 | -2.877 | -2.575 | 23 | Unit Root |

65

Table 3A – Model 3 – Diebold Mariano Test Parameter Estimates VAR (3) vs. AR (3) Out-of-Sample Forecasts
August 2007 – May 2017

| | | | | | | | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
| VAR (3) Estimation August 07 - May 2017 | | | | | AR (3) August 07 - May 17 | | | | VAR > AR | | VAR < AR | | Concl.: Data |
| Step | N | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | Supports |
|------|-----|--------|--------|--------|-------|--------|--------|--------|-------|-------|-------|-------|-------|-----------|
| Forecast Statistics for Series BSBTO | | | | | | | | | | | | | | |
| 1 | 118 | -0.285 | 8.171 | 9.872 | 0.868 | -0.312 | 6.959 | 8.725 | 0.767 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 2 | 117 | -1.016 | 12.754 | 15.650 | 0.859 | -0.696 | 10.215 | 12.729 | 0.699 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 3 | 116 | -1.288 | 15.169 | 19.592 | 0.838 | -1.001 | 11.863 | 14.945 | 0.639 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 4 | 115 | -1.253 | 17.496 | 22.564 | 0.822 | -1.262 | 13.603 | 16.751 | 0.610 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 5 | 114 | -1.189 | 18.743 | 24.378 | 0.804 | -1.570 | 14.488 | 17.876 | 0.590 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 6 | 113 | -0.960 | 20.339 | 25.015 | 0.792 | -1.764 | 15.185 | 18.654 | 0.590 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 7 | 112 | -0.622 | 20.833 | 24.625 | 0.785 | -1.899 | 15.792 | 19.308 | 0.615 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 8 | 111 | -0.306 | 20.578 | 24.176 | 0.799 | -2.047 | 16.289 | 20.079 | 0.663 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 9 | 110 | 0.077 | 20.000 | 23.513 | 0.822 | -2.083 | 16.645 | 20.577 | 0.719 | 0.999 | 1.000 | 0.001 | 0.000 | VAR < AR*** |
| Forecast Statistics for Series SMWING | | | | | | | | | | | | | | |
| 1 | 118 | -0.491 | 6.490 | 8.363 | 0.819 | -0.213 | 6.141 | 7.865 | 0.771 | 0.976 | 0.918 | 0.024 | 0.082 | VAR < AR** |
| 2 | 117 | -0.942 | 11.708 | 14.753 | 0.850 | -0.502 | 11.116 | 13.895 | 0.800 | 0.975 | 0.895 | 0.025 | 0.105 | VAR < AR* |
| 3 | 116 | -1.350 | 15.724 | 19.794 | 0.875 | -0.844 | 14.575 | 18.338 | 0.811 | 0.995 | 0.967 | 0.005 | 0.033 | VAR < AR** |
| 4 | 115 | -1.862 | 19.970 | 24.507 | 0.906 | -1.254 | 17.343 | 22.236 | 0.822 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 5 | 114 | -2.527 | 23.525 | 28.351 | 0.925 | -1.686 | 20.456 | 25.505 | 0.832 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 6 | 113 | -3.027 | 26.344 | 31.114 | 0.925 | -1.916 | 22.984 | 27.887 | 0.829 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 7 | 112 | -3.446 | 28.463 | 33.006 | 0.900 | -2.061 | 25.343 | 29.731 | 0.811 | 1.000 | 0.999 | 0.000 | 0.001 | VAR < AR*** |
| 8 | 111 | -4.050 | 30.084 | 34.251 | 0.863 | -2.311 | 27.390 | 31.542 | 0.795 | 0.996 | 0.997 | 0.004 | 0.003 | VAR < AR*** |
| 9 | 110 | -4.341 | 31.194 | 35.421 | 0.835 | -2.474 | 28.891 | 33.282 | 0.784 | 0.982 | 0.991 | 0.018 | 0.009 | VAR < AR*** |

66

Table 3A Cont. – Model 3 – Diebold Mariano Test Parameter Estimates VAR (3) vs. AR (3) Out-of-Sample Forecasts
August 2007 – May 2017

| | | | | | | | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
| | VAR (3) Estimation August 07 - May 2017 | | | | | AR (3) August 07 - May 17 | | | | VAR > AR | | VAR < AR | | Concl.: Data |
| Step | N | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | Supports |
| Forecast Statistics for Series JMWING | | | | | | | | | | | | | | |
| 1 | 118 | 0.674 | 6.145 | 7.992 | 0.758 | 0.517 | 6.011 | 7.806 | 0.740 | 0.765 | 0.674 | 0.235 | 0.326 | FTR $H_0$ |
| 2 | 117 | 1.516 | 10.885 | 13.964 | 0.794 | 1.175 | 10.612 | 13.926 | 0.791 | 0.531 | 0.691 | 0.469 | 0.309 | FTR $H_0$ |
| 3 | 116 | 2.253 | 14.426 | 18.456 | 0.822 | 1.740 | 14.397 | 18.318 | 0.816 | 0.582 | 0.516 | 0.418 | 0.484 | FTR $H_0$ |
| 4 | 115 | 2.854 | 18.186 | 22.597 | 0.852 | 2.322 | 17.493 | 21.958 | 0.828 | 0.796 | 0.788 | 0.204 | 0.212 | FTR $H_0$ |
| 5 | 114 | 3.108 | 20.624 | 25.198 | 0.854 | 2.746 | 19.623 | 24.217 | 0.820 | 0.871 | 0.859 | 0.129 | 0.141 | FTR $H_0$ |
| 6 | 113 | 3.369 | 21.933 | 26.819 | 0.846 | 3.224 | 21.120 | 25.814 | 0.814 | 0.862 | 0.815 | 0.138 | 0.185 | FTR $H_0$ |
| 7 | 112 | 3.700 | 22.729 | 27.815 | 0.825 | 3.760 | 22.600 | 27.184 | 0.806 | 0.751 | 0.557 | 0.249 | 0.443 | FTR $H_0$ |
| 8 | 111 | 3.860 | 23.280 | 28.460 | 0.798 | 4.164 | 24.148 | 28.657 | 0.803 | 0.417 | 0.168 | 0.583 | 0.832 | FTR $H_0$ |
| 9 | 110 | 4.304 | 23.933 | 29.274 | 0.777 | 4.639 | 25.501 | 30.054 | 0.797 | 0.201 | 0.046 | 0.799 | 0.954 | FTR $H_0$ |
| Forecast Statistics for Series WOG | | | | | | | | | | | | | | |
| 1 | 118 | -0.410 | 3.396 | 4.255 | 0.880 | -0.100 | 3.166 | 3.934 | 0.813 | 0.981 | 0.955 | 0.019 | 0.045 | VAR < AR** |
| 2 | 117 | -1.048 | 5.739 | 7.206 | 0.931 | -0.240 | 5.021 | 6.298 | 0.814 | 0.997 | 0.996 | 0.003 | 0.004 | VAR < AR*** |
| 3 | 116 | -1.519 | 7.022 | 9.144 | 0.921 | -0.346 | 6.204 | 7.712 | 0.777 | 0.999 | 0.986 | 0.001 | 0.014 | VAR < AR** |
| 4 | 115 | -1.831 | 7.889 | 10.351 | 0.926 | -0.437 | 6.711 | 8.532 | 0.763 | 1.000 | 0.997 | 0.000 | 0.003 | VAR < AR*** |
| 5 | 114 | -2.033 | 8.656 | 11.184 | 0.938 | -0.528 | 6.700 | 8.945 | 0.751 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 6 | 113 | -2.095 | 9.190 | 11.897 | 0.971 | -0.610 | 7.019 | 9.286 | 0.758 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 7 | 112 | -2.079 | 9.416 | 12.358 | 0.974 | -0.708 | 7.406 | 9.766 | 0.770 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 8 | 111 | -2.079 | 9.773 | 12.678 | 0.998 | -0.873 | 7.922 | 10.231 | 0.805 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 9 | 110 | -1.992 | 10.043 | 12.765 | 1.026 | -0.988 | 8.266 | 10.579 | 0.850 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |

Table 3A Cont. – Model 3 – Diebold Mariano Test Parameter Estimates VAR (3) vs. AR (3) Out-of-Sample Forecasts
August 2007 – May 2017

| | | | | | | | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
| VAR (3) Estimation August 07 - May 2017 | | | | | AR (3) August 07 - May 17 | | | | VAR > AR | | VAR < AR | | Concl.: Data |
| Step | N | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | Supports |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Statistics for Series TENDER | | | | | | | | | | | | | | |
| 1 | 118 | 0.260 | 9.414 | 11.962 | 0.794 | 1.431 | 9.156 | 11.383 | 0.756 | 0.917 | 0.723 | 0.083 | 0.277 | FTR $H_0$ |
| 2 | 117 | -0.038 | 16.502 | 20.315 | 0.799 | 3.401 | 15.312 | 18.093 | 0.711 | 0.985 | 0.894 | 0.015 | 0.106 | FTR $H_0$ |
| 3 | 116 | -0.176 | 21.562 | 26.610 | 0.813 | 5.477 | 17.373 | 22.292 | 0.681 | 0.999 | 1.000 | 0.001 | 0.000 | VAR < AR*** |
| 4 | 115 | 0.335 | 23.896 | 30.597 | 0.808 | 7.373 | 18.608 | 24.405 | 0.645 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 5 | 114 | 1.385 | 25.174 | 33.072 | 0.799 | 8.707 | 19.416 | 25.608 | 0.618 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 6 | 113 | 3.037 | 26.395 | 33.933 | 0.793 | 9.841 | 19.796 | 26.198 | 0.612 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 7 | 112 | 4.939 | 26.005 | 33.410 | 0.799 | 10.819 | 20.280 | 26.418 | 0.632 | 1.000 | 0.999 | 0.000 | 0.001 | VAR < AR*** |
| 8 | 111 | 6.758 | 25.592 | 32.393 | 0.820 | 11.537 | 20.857 | 26.600 | 0.673 | 0.998 | 0.995 | 0.002 | 0.005 | VAR < AR*** |
| 9 | 110 | 8.709 | 25.392 | 31.595 | 0.850 | 12.344 | 21.267 | 26.829 | 0.722 | 0.996 | 0.995 | 0.004 | 0.005 | VAR < AR*** |

Note:* Indicates statistical significance at α = 10%; ** Indicates statistical significance at α = 5%;

   *** Indicates statistical significance at α = 1%

89

Table 3B – Unit Root Results Presented By RATS – Model 3

Results of Augmented Dickey-Fuller Test of Null Hypothesis of
Existence of a Unit-Root Given by RATS
Model 3 - Estimation August 2007 - May 2017

| Variable | Model Specification Selected | Test Statistic | Critical Value ($\alpha = 1\%$) | Critical Value ($\alpha = 5\%$) | Critical Value ($\alpha = 10\%$) | AIC Lag | Test Conclusion |
|---|---|---|---|---|---|---|---|
| JBSBTO | With Intercept | -4.237 | -3.465 | -2.877 | -2.575 | 16 | Significant at $\alpha = 1\%$ |
| JMWING | With Intercept | 0.089 | -3.467 | -2.877 | -2.575 | 24 | Unit Root |
| SMWING | With Intercept | -0.779 | -3.467 | -2.877 | -2.575 | 24 | Unit Root |
| TENDER | With Intercept | -2.621 | -3.467 | -2.877 | -2.575 | 24 | Significant at $\alpha = 10\%$ |
| WOG | With Intercept | -1.824 | -3.455 | -2.872 | -2.572 | 24 | Unit Root |

69

Table 4A – Model 4 – Diebold Mariano Test Parameter Estimates VAR (3) vs. AR (3) Out-of-Sample Forecasts
August 2007 – May 2017

| | | VAR (3) Estimation August 07 - May 2017 | | | | AR (3) August 07 - May 17 | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
| | | | | | | | | | | VAR > AR | | VAR < AR | | Concl.: Data |
| Step | N | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | Supports |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Statistics for Series BSBTO | | | | | | | | | | | | | | |
| 1 | 118 | -0.766 | 7.644 | 9.348 | 0.822 | -0.312 | 6.959 | 8.725 | 0.767 | 0.999 | 1.000 | 0.001 | 0.000 | VAR < AR*** |
| 2 | 117 | -1.971 | 11.591 | 14.192 | 0.779 | -0.696 | 10.215 | 12.729 | 0.699 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 3 | 116 | -2.770 | 13.615 | 17.049 | 0.729 | -1.001 | 11.863 | 14.945 | 0.639 | 1.000 | 1.000 | 0.000 | 0.000 | VAR < AR*** |
| 4 | 115 | -3.213 | 15.176 | 19.014 | 0.693 | -1.262 | 13.603 | 16.751 | 0.610 | 0.999 | 0.997 | 0.001 | 0.003 | VAR < AR*** |
| 5 | 114 | -3.575 | 16.019 | 20.175 | 0.666 | -1.570 | 14.488 | 17.876 | 0.590 | 0.998 | 0.996 | 0.002 | 0.004 | VAR < AR*** |
| 6 | 113 | -3.715 | 16.843 | 20.872 | 0.661 | -1.764 | 15.185 | 18.654 | 0.590 | 0.998 | 0.998 | 0.002 | 0.002 | VAR < AR*** |
| 7 | 112 | -3.717 | 17.459 | 21.292 | 0.678 | -1.899 | 15.792 | 19.308 | 0.615 | 0.997 | 0.998 | 0.003 | 0.002 | VAR < AR*** |
| 8 | 111 | -3.666 | 18.036 | 21.873 | 0.723 | -2.047 | 16.289 | 20.079 | 0.663 | 0.996 | 0.999 | 0.004 | 0.001 | VAR < AR*** |
| 9 | 110 | -3.489 | 18.206 | 22.075 | 0.772 | -2.083 | 16.645 | 20.577 | 0.719 | 0.993 | 0.997 | 0.008 | 0.003 | VAR < AR*** |
| Forecast Statistics for Series SMWING | | | | | | | | | | | | | | |
| 1 | 118 | -0.668 | 6.448 | 8.233 | 0.807 | -0.213 | 6.141 | 7.865 | 0.771 | 0.972 | 0.948 | 0.028 | 0.052 | VAR < AR* |
| 2 | 117 | -1.307 | 11.491 | 14.373 | 0.828 | -0.502 | 11.116 | 13.895 | 0.800 | 0.919 | 0.859 | 0.081 | 0.141 | VAR < AR* |
| 3 | 116 | -2.061 | 15.301 | 19.181 | 0.848 | -0.844 | 14.575 | 18.338 | 0.811 | 0.978 | 0.951 | 0.022 | 0.049 | VAR < AR** |
| 4 | 115 | -3.011 | 19.002 | 23.659 | 0.875 | -1.254 | 17.343 | 22.236 | 0.822 | 0.996 | 0.999 | 0.004 | 0.001 | VAR < AR*** |
| 5 | 114 | -4.100 | 22.171 | 27.352 | 0.892 | -1.686 | 20.456 | 25.505 | 0.832 | 0.998 | 0.997 | 0.002 | 0.003 | VAR < AR*** |
| 6 | 113 | -4.936 | 25.177 | 30.168 | 0.897 | -1.916 | 22.984 | 27.887 | 0.829 | 0.999 | 0.999 | 0.001 | 0.001 | VAR < AR*** |
| 7 | 112 | -5.620 | 27.612 | 32.165 | 0.877 | -2.061 | 25.343 | 29.731 | 0.811 | 0.999 | 0.999 | 0.001 | 0.001 | VAR < AR*** |
| 8 | 111 | -6.349 | 29.305 | 33.614 | 0.847 | -2.311 | 27.390 | 31.542 | 0.795 | 0.994 | 0.992 | 0.006 | 0.008 | VAR < AR*** |
| 9 | 110 | -6.737 | 30.540 | 34.830 | 0.821 | -2.474 | 28.891 | 33.282 | 0.784 | 0.965 | 0.979 | 0.035 | 0.021 | VAR < AR** |

70

Table 4A Cont. – Model 4 – Diebold Mariano Test Parameter Estimates VAR (3) vs. AR (3) Out-of-Sample Forecasts
August 2007 – May 2017

| | | | | | | | | | | | D-M $p$-Value of Test of $H0$: VAR (3) = AR(3) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VAR (3) Estimation August 07 - May 2017 | | | | | AR (3) August 07 - May 17 | | | | VAR > AR | | VAR < AR | | Concl.: Data |
| Step | N | ME | MAE | RMSE | Theil U | ME | MAE | RMSE | Theil U | MSE | MAE | MSE | MAE | Supports |
| Forecast Statistics for Series JMWING | | | | | | | | | | | | | | |
| 1 | 118 | 0.614 | 6.069 | 8.032 | 0.762 | 0.517 | 6.011 | 7.806 | 0.740 | 0.867 | 0.603 | 0.133 | 0.397 | FTR $H_0$ |
| 2 | 117 | 1.418 | 10.900 | 13.990 | 0.795 | 1.175 | 10.612 | 13.926 | 0.791 | 0.562 | 0.744 | 0.438 | 0.256 | FTR $H_0$ |
| 3 | 116 | 1.890 | 14.588 | 18.223 | 0.812 | 1.740 | 14.397 | 18.318 | 0.816 | 0.433 | 0.634 | 0.567 | 0.366 | FTR $H_0$ |
| 4 | 115 | 2.073 | 18.076 | 21.823 | 0.823 | 2.322 | 17.493 | 21.958 | 0.828 | 0.418 | 0.807 | 0.582 | 0.193 | FTR $H_0$ |
| 5 | 114 | 1.919 | 20.112 | 23.941 | 0.811 | 2.746 | 19.623 | 24.217 | 0.820 | 0.349 | 0.751 | 0.651 | 0.249 | FTR $H_0$ |
| 6 | 113 | 1.847 | 21.098 | 25.342 | 0.799 | 3.224 | 21.120 | 25.814 | 0.814 | 0.254 | 0.487 | 0.746 | 0.513 | FTR $H_0$ |
| 7 | 112 | 1.896 | 21.943 | 26.423 | 0.784 | 3.760 | 22.600 | 27.184 | 0.806 | 0.133 | 0.166 | 0.867 | 0.834 | FTR $H_0$ |
| 8 | 111 | 1.845 | 22.917 | 27.290 | 0.765 | 4.164 | 24.148 | 28.657 | 0.803 | 0.016 | 0.029 | 0.984 | 0.971 | VAR > AR** |
| 9 | 110 | 2.119 | 23.452 | 28.138 | 0.746 | 4.639 | 25.501 | 30.054 | 0.797 | 0.002 | 0.002 | 0.998 | 0.998 | VAR > AR*** |
| Forecast Statistics for Series TENDER | | | | | | | | | | | | | | |
| 1 | 118 | -0.117 | 9.071 | 11.630 | 0.772 | 1.431 | 9.156 | 11.383 | 0.756 | 0.737 | 0.416 | 0.263 | 0.584 | FTR $H_0$ |
| 2 | 117 | -0.896 | 15.826 | 19.259 | 0.757 | 3.401 | 15.312 | 18.093 | 0.711 | 0.893 | 0.727 | 0.107 | 0.273 | FTR $H_0$ |
| 3 | 116 | -1.666 | 20.226 | 24.514 | 0.749 | 5.477 | 17.373 | 22.292 | 0.681 | 0.962 | 0.994 | 0.038 | 0.006 | VAR < AR** |
| 4 | 115 | -1.790 | 21.818 | 27.163 | 0.718 | 7.373 | 18.608 | 24.405 | 0.645 | 0.966 | 0.992 | 0.034 | 0.008 | VAR < AR** |
| 5 | 114 | -1.273 | 21.533 | 28.416 | 0.686 | 8.707 | 19.416 | 25.608 | 0.618 | 0.952 | 0.923 | 0.048 | 0.077 | VAR < AR** |
| 6 | 113 | -0.004 | 21.654 | 28.592 | 0.668 | 9.841 | 19.796 | 26.198 | 0.612 | 0.911 | 0.874 | 0.089 | 0.126 | FTR $H_0$ |
| 7 | 112 | 1.614 | 21.760 | 28.025 | 0.670 | 10.819 | 20.280 | 26.418 | 0.632 | 0.810 | 0.816 | 0.190 | 0.184 | FTR $H_0$ |
| 8 | 111 | 3.250 | 22.333 | 27.750 | 0.702 | 11.537 | 20.857 | 26.600 | 0.673 | 0.738 | 0.822 | 0.262 | 0.178 | FTR $H_0$ |
| 9 | 110 | 5.066 | 22.559 | 27.873 | 0.750 | 12.344 | 21.267 | 26.829 | 0.722 | 0.750 | 0.816 | 0.250 | 0.184 | FTR $H_0$ |

Note:* Indicates statistical significance at α = 10%; ** Indicates statistical significance at α = 5%;

    \*** Indicates statistical significance at α = 1%

71

Table 4B – Unit Root Results Presented By RATS – Model 4

Results of Augmented Dickey-Fuller Test of Null Hypothesis of
Existence of a Unit-Root Given by RATS
Model 4 - Estimation August 2007 - May 2017

| Variable | Model Specification Selected | Test Statistic | Critical Value ($\alpha = 1\%$) | Critical Value ($\alpha = 5\%$) | Critical Value ($\alpha = 10\%$) | AIC Lag | Test Conclusion |
|---|---|---|---|---|---|---|---|
| JBSBTO | With Intercept | -4.608 | -3.462 | -2.875 | -2.574 | 16 | Significant at $\alpha = 1\%$ |
| JMWING | With Intercept | 0.061 | -3.463 | -2.875 | -2.574 | 24 | Unit Root |
| SMWING | With Intercept | -0.590 | -3.463 | -2.875 | -2.574 | 24 | Unit Root |
| TENDER | With Intercept | -2.672 | -3.463 | -2.875 | -2.574 | 24 | Significant at $\alpha = 10\%$ |

# EXHIBIT 18





By 2015, the production and domestic consumption of chicken, beef and pork can all be expected to be increasing robustly.

*By Paul Aho*
*on April 14, 2014*

POULTRY PERSPECTIVE

# The great meat recession

## During the meat recession, US per capita red meat and poultry consumption dropped nearly 20 pounds or 10 percent.

The great recession in the U.S. started in December 2007 and officially ended in June 2009. However, it left such damage in its wake that hard times lingered for millions of people long after the recession officially ended. If 2009 was too early to call the great recession over, when did it really end? Perhaps it ended when the involuntary drop in the consumption of meat associated with the recession finally ran its course.

A period of falling per capita meat consumption could be called a meat recession. When meat consumption is falling, it is almost sure to be a period of deteriorating economic conditions. On the other hand, rising meat consumption is generally a sign of an improving real economy. In contrast to the official end of the economic recession in the U.S. economy in 2009, the meat recession ended in 2012. During the meat recession, U.S. per capita red meat and poultry consumption dropped nearly 20 pounds or 10 percent. It was the biggest such recession since the 1930s.

**Meat consumption's link to median income**

Over the same period, U.S. median income dropped $5,000 per household. The link between meat use and median income is unsurprising. With less money to spend, Americans ate less meat.

What is median income and why use it? Median income is the income in the middle. In the case of the U.S. with 120 million households, the median household income would be the income of that one single household which happens to be 60 million down from the richest household and 60 million up from the poorest household. Median is a better number to use than average because average income is distorted by billionaires.

Meat consumption more closely rises and falls with median income than average income.

To be sure, the recent drop in meat consumption had more than one cause. High grain prices increased the cost and ultimately the retail price of meat thereby reducing consumption. In addition, the success of U.S. meat exports also played a role in reducing the amount of domestic consumption. Nevertheless, when all is said and done, income remains the most important variable.

**Meat consumption now on the way up**

Household income appears to have reached a bottom in 2012, the last yearly number available. Indications are that median income showed little movement either up or down between 2012 and 2014. A more substantial increase is projected beginning in 2015.

Similarly, overall meat consumption leveled off since 2012 and is preparing for a period of rising consumption. By 2015, the production and domestic consumption of chicken, beef and pork can all be expected to be increasing robustly. Lower grain prices will help reinforce this upward movement in the next few years.

Paul Aho, Ph.D., is owner of Poultry Perspective and economist and consultant. To contact Aho, email paulaho@paulaho.com.

# Related Products

# Future of the Poultry Industry printed paperback & PDF

# EXHIBIT 19

Case: 1:16-cv-08637 Document #: 4914-1 Filed: 01/22/21 Page 86 of 110 PageID #:281865

*The New York Times*

# U.S. May Free Up More Land for Corn Crops



Jim Heitman at his farm Friday in Elsberry, Mo., Because of flooding, he says, he has planted only 50 acres of corn this year compared with 600 last year.
Dan Gill for The New York Times

**By David Streitfeld**

June 21, 2008

CHICAGO   Signs are growing that the government may allow farmers to plant crops on millions of acres of conservation land, while a chorus of voices is also pleading with Washington to cut requirements for ethanol production.

The Midwest floods have washed out an estimated four million acres of prime farmland, crimping this year's harvest as the world desperately needs more grain. With corn prices setting records and soybean prices not far behind, the Bush administration is under intense pressure to do what it can to bolster the food supply.

Senator Charles E. Grassley, Republican of Iowa and one of Capitol Hill's main voices on farm policy, on Friday urged the Agriculture Department to release tens of thousands of farmers from contracts under which they had promised to set aside huge tracts as natural habitat.

"This is an extraordinary request," Mr. Grassley said in a telephone interview as he toured his devastated state. "I would not make it if the situation in the Midwest were not so dire."

In disasters, the Environmental Protection Agency can roll back requirements for ethanol production, which could free up a large amount of corn for animal feed. Mr. Grassley, a strong ethanol backer, rejected that proposition, but in recent days many industries that depend on corn have urged the government to act.

A quarter of the United States corn crop is used for biofuels rather than animal or human food, and the percentage is rising. What this has done to the price of gasoline is debated by ethanol's critics and defenders, but it has certainly benefited farmers, who have not seen such demand for their corn crop in decades.

On the losing side of the equation have been cattle, hog and chicken producers, as well as consumers. The government's latest projection, released Friday, is that food prices this year will rise as much as 5.5 percent. Some products, including cereals and eggs, are expected to rise about 10 percent.

An Agriculture Department spokesman said Friday that the Grassley proposal would be considered. This week, the agriculture secretary, Ed Schafer, said his department would consider "everything possible" to aid farmers.

In the last couple of days, corn fell from its recent highs as traders grew convinced the government would release conservation land. Corn closed Friday at $7.21 a bushel, still an extraordinary price by historical standards.

The idea of easing ethanol mandates, while it would also lower the price of corn, is contentious. "There are different forces at work in the administration that are basically duking it out over how this should come out," said Brent Erickson, executive vice president of the Biotechnology Industry Organization, a Washington group that follows the

Case: 1:16-cv-08637 Document #: 4914-1 Filed: 01/22/21 Page 87 of 110 PageID #:281866

issue.

Keith Collins, the former Agriculture Department chief economist, will release a study on Monday saying that as much as half of the sharp increase in corn prices over the last few years is due to the demands of ethanol production.



Kirk Siegle, fearing flooding, removed corn Monday from a bin on his farm in Oakville, Iowa.
Scott Olson/Getty Images

That view diverges sharply from the view of Mr. Collins' former boss, Mr. Schafer, who said at a Rome conference that only a tiny percentage of the increase in world food prices was due to American ethanol production.

"We've seen a tremendous range of unintended consequences" from the requirement that increasing amounts of ethanol be blended into gasoline, Mr. Collins said.

The economist, who was hired by the Kraft food company to prepare his report, said he would be surprised if the Agriculture Department did not open up some conservation lands. He would not speculate about a change in the ethanol mandates.

The White House will be forced to confront the ethanol issue next month. States are allowed to asked for waivers of the mandate for corn ethanol on the ground that it is harming the economy or the environment.

In April, Gov. Rick Perry of Texas did just that, saying the "misguided" mandate was devastating the livestock industry in Texas. He asked for a large decrease in ethanol requirements to free up corn for use as animal feed.

The comment period for the waiver ends on Monday; the E.P.A. administrator has until July 24 to make a decision.

President Bush has been a strong supporter of alternative fuels, including ethanol. But Keith B. Hennessey, Mr. Bush's chief economics adviser, said in an interview last week, "We have pushed renewable fuels to the point where we are getting counter-pressure saying we are going too far".

About 34 million acres are enrolled in the government's biggest conservation program, known as the Conservation Reserve Program. Farmers enroll their land for as long as a decade and cannot take it out without paying severe penalties.

Last month, the Agriculture Department took the unprecedented step of saying that some conservation land could be used for hay and grazing after the nesting season ends for grass-nesting birds. Farmers would pay only a $75 fee.

As of Friday, more than half a million acres had been signed up for the modification.

Environmental and hunting groups generally went along with that shift, but were quick to decry Mr. Grassley's latest proposal.

"Clearly there is elevated pressure every day to take land out of the program, but it would be completely devastating to wildlife," said Dave Nomsen, vice president of governmental affairs for Pheasants Forever, an advocacy group.

A better idea, Mr. Nomsen said, would be to take the millions of flooded acres and put them into conservation programs.

Sheryl Gay Stolberg contributed reporting from Washington.

# EXHIBIT 20

©2009 Poultry Science Association, Inc.

# Effects of grain and oilseed prices on the costs of US poultry production

**M. Donohue\* and D. L. Cunningham†[1]**

*\*Agri Stats Inc., 6510 Mutual Drive, Fort Wayne, IN 46825; and †Department of Poultry Science, The University of Georgia, Athens 30602*

---

**Primary Audience:** Plant Managers, Complex Managers, Nutritionists, Researchers

---

## SUMMARY

In 2002, the US government encouraged the production of ethanol and other biofuels through a combination of tax benefits and direct subsidies. Most of the ethanol produced in the United States comes from corn, the most abundant crop available. In 2002, 11% of available US corn was used for ethanol production. By 2008, approximately 30% of the US corn crop was used for ethanol production. The increased demand for corn supplies as a result of the diversion of significant amounts of corn for biofuel production in the United States, combined with increased world demands for feed grains, have resulted in unprecedented feed prices for livestock and poultry. Feed ingredient costs as a percentage of live production costs have increased from 51.8% in 2001 to 68.7% in 2008. Live production costs for broilers increased from $0.25 per pound of live weight in September 2006 to $0.45 in 2008. Similarly, live production costs for turkey meat increased from $0.35 per pound in 2006 to $0.58 in 2008, whereas the live production costs for a dozen eggs increased from $0.34 to $0.56. The increased costs of feed ingredients in the United States have resulted in $9.36 billion in cumulative additional costs to the poultry industries since 2006. Despite increases in land planted to corn and soybeans, the demand for feed grains has outpaced the supply. These factors will likely continue to put pressure on poultry producers in the United States as they seek to regain profitability.

**Key words:** grain price, feed cost, production cost

2009 J. Appl. Poult. Res. 18:325–337
doi:10.3382/japr.2008-00134

## DESCRIPTION OF PROBLEM

Poultry and egg producers around the world are faced with unprecedented increases in feed ingredient prices and, as a result, some of the highest feed manufacturing prices ever experienced. These increased feed prices are a result of several factors that have pushed total production costs for poultry meat and eggs to record levels. Feed efficiencies and feed purchasing programs have become critically important for poultry companies as managers respond to the challenges of operating in this difficult environment. The continued demand for grain in the future suggests that costs are unlikely to diminish significantly in coming years. In many cases, the increased costs of production have eliminated company profitability for US poultry producers. This report will focus on the impact that rising feed ingredient prices have had on the poultry industry in the United States since 2006.

---

[1]Corresponding author: dcungham@uga.edu



**Figure 1.** Feed cost per ton for the US broiler industry.

## MATERIALS AND METHODS

This study was carried out to determine the effects of unprecedented increases in grain prices during the period from October 2006 to October 2008 on the costs of poultry production in the United States. To achieve these goals, data relative to feed and production costs for this time period were compiled and summarized from Agri Stats Inc. reports. Agri Stats is a privately owned statistical research and analysis firm serving agribusiness companies in the United States as well as internationally [1]. The purpose of the company is to provide proprietary management reports based on weekly and monthly data collection from participating clients to improve the profitability of poultry companies in the United States and around the world. Agri Stats clients include many of the major broiler-, turkey-, and egg-producing companies. The results of this study are based on data collected weekly and monthly from 160 broiler producer complexes, 51 turkey producer complexes, and 63 layer operations in the United States during the 2006 to 2008 period. These poultry complexes produced 9.0 billion broilers, 187 million turkeys, and 137 million layers, representing approximately 98% of the US poultry industry.

The data for this study were summarized across complexes and are presented as means on a monthly basis in tabular and graphic format. Statistical analysis of the data was not conducted because of the very large sampling base used and the obvious practical significance of the results.

## RESULTS AND DISCUSSION

### A History of Feed Costs

Feed costs in the poultry industry rise and fall in line with supply and demand for the ingredients that make up every ton of feed. Approximately 60% of the average US poultry diet is corn, with another 25% of the diet made from soybean meal [2]. Historically, availability of these 2 important ingredients has depended primarily on US harvests of these crops. Crop harvests in any given year depend largely on the acres planted, combined with the weather conditions experienced in the various production regions for that year. A poorer than expected harvest reduces the amount of corn or soybean meal available for that crop year and increases concerns about the availability of these ingredients in future years. Both cash and futures market prices then reflect both abundant and less than average real and anticipated production levels and real and anticipated feed costs.

Prime examples of the typical effect of supply and demand shortfalls for corn and soybean crops on feed prices occurred during the 1995 to 1997 and 2003 to 2004 periods (Figure 1). During 1996, broiler feed prices rose from $151 to

DONOHUE AND CUNNINGHAM: GRAIN AND PRODUCTION COSTS        327



**Figure 2.** Corn use for ethanol production in the United States from 2002 to 2007.

$199 per ton. In 2004, broiler feed prices rose from $142 to $170 per ton. Under normal conditions, an abundant crop in the year following a poor harvest year would reduce feed costs to more normal levels. This would in turn encourage poultry producers to increase production via increased chick placements, heavier BW, or both. Larger grain crops did follow the poor harvest years of 1997 and 2004, and producers increased production in the following years as concerns about supplies and feed prices diminished. Although US farmers produced record grain crops in 2007, demand for corn (i.e., ethanol) and concerns about grain availability resulted in soaring feed prices rather than declining prices.

There is a common perception that high feed prices are good for poultry processors. This is true in years when higher costs are met with cutbacks in production. Under these conditions, decreasing supplies result in increased costs for the consumer. This was the case in 2004, when demand for poultry meat also increased because of several additional factors: 1) the discovery of several cases of mad cow disease in US cattle herds, reducing the demand for beef; 2) an outbreak of highly pathogenic avian influenza in British Columbia, requiring the depopulation of all poultry in the area and necessitating a short-term increase in broiler meat imports from the United States; and 3) a demand for high-protein diets from American consumers, which increased the demand for poultry meat and eggs.

While feed prices increased close to $50 per ton from 2002 to 2004, the increased demand for poultry products allowed poultry producers to pass on the increased costs to consumers. However, when these special demand circumstances disappeared, product prices fell. Simultaneously, feed costs fell as the 2004 US grain harvest returned to normal levels.

### A Rise in Volatility of Grain Markets

In 2002, the US government, in an effort to increase the production of domestically produced energy, encouraged the production of ethanol and other biofuels. This was accomplished through a combination of tax benefits and direct subsidies to biofuel processors. The majority of ethanol produced in the United States is made from corn, the most abundant crop available.

Ethanol processing plants have been in existence in the United States for decades, but the costs of production and the lack of economic value of ethanol previously kept production at small but stable levels. Through subsidies, tax incentives, and fuel mixing mandates, the US government developed the Renewable Fuel Mandate to encourage investment in new ethanol plants. This program succeeded beyond ex-



**Figure 3.** Actual integrator corn cost per bushel, August 2006 to October 2008. A = August; O = October; D = December; F = February; A = April; J = July.

pectations as ethanol production levels increased substantially, fueling additional demand for corn (Figure 2). In 2002, before the Renewable Fuel Mandate was established, 996 million bushels of corn were used to make ethanol. By 2007, more than 3.2 billion bushels of US corn were used in the production of ethanol, an increase of 221% over a 5-yr period [3].

In 2002, 11% of available US corn was used in the production of ethanol. For 2008, approximately 30% of US corn (4 billion bushels) was used for ethanol production. The most recent US Farm Bill dictates that by the year 2015, the ethanol industry will require 6.6 billion bushels of corn to meet the production goal of 15 billion gallons of ethanol from noncellulosic-based ingredients.

The problems associated with increased demand for corn for ethanol production were exacerbated by a 2006 US corn and soybean harvest below historical trend lines. Given the increased demand for products such as ethanol and biodiesel, abundant harvests have become more critical from a supply-side perspective. Increased US harvests are needed to meet increased demands for corn and soybeans. Increased harvest levels



**Figure 4.** Actual integrator soybean meal cost per ton, August 2006 to October 2008. A = August; S = September; O = October; N = November; D = December; F = February; M = March; A = April; M = May; J = June; J = July.

DONOHUE AND CUNNINGHAM: GRAIN AND PRODUCTION COSTS 329



**Figure 5.** Fat cost per ton and corn cost per bushel, January 2005 to September 2008. M = March; M = May; J = July; S = September; N = November.

may come from a combination of additional acreage planted, increased yields, or both. The 2006 harvest fell short of expectations as corn production fell by 5.2%, to 10.535 billion bushels, from 2005 levels, and soybean production was only 3,188 billion bushels [4]. This set the stage for the increase in the costs of animal feeds beginning in late 2006. In October of 2006, the average price of corn fed to chickens was $2.60 per bushel and soybean meal was $170 per ton

(Figures 3 and 4). By October of 2007 corn had increased to $4.20 per bushel (61%) and soybean meal had increased to $260 per ton (53%).

Responding to higher price levels and soaring demand for corn for ethanol, US farmers increased the acreage planted to corn by 19.5% in 2007, to 93.6 million acres [4]. At the same time, soybean acreage decreased by 15.8%, to 63.6 million acres. Markets for corn and soybean meal stabilized throughout the summer of 2007,



**Figure 6.** Corn cost per bushel compared with distillers dried grain plus solubles (DDGS) cost per ton, September 2006 to September 2008. S = September; O = October; N = November; D = December; F = February; M = March; A = April; M = May; J = June; J = July; A = August.



**Figure 7.** An 18% phosphorous cost per ton, all companies, January 2005 to September 2008. M = March; M = May; J = July; S = September; N = November.

and US chicken producers were able to pass on the increased grain costs to the consumer.

The 2007 US grain harvest was a historic record for both corn and soybeans and, as the industry entered the fall, futures prices for grain fell for a brief period. However, in December 2007 and January 2008, the rapid rise in the cost of corn and soybean meal resumed as corn demand for ethanol production continued to expand and as the value of the US dollar declined. These circumstances caused an expansion in the volumes of US corn and soybeans exported to other parts of the world [4]. Corn exports increased from 1.9 billion bushels in 2003 to 2.4 billion bushels in 2007, whereas soybean exports increased from 887 million bushels to 1.11 million bushels during the same period.

The USDA forecasts for grain and oilseed supply and demand predicted that corn carryout from the 2007 to 2008 crop year would be down but manageable. The prediction for soybeans was that demand would be greater than the supply and that carryout levels would be at particularly perilous levels. As a result, both corn and soybean meal prices rose because of concerns about carryout levels. By May of 2008, corn prices on the futures markets had approached $6.00 per bushel and soybean meal was $320 per ton.

In early June of 2008, heavy rains hit the major corn- and soybean-producing areas of the US Midwest. Reports carried warnings of damage to croplands across the area. Worldwide commodity prices spiked as demand for oil surged, lifting oil prices to more than $140 per barrel. Investors were encouraged to speculate in corn and soybean futures, gambling that the effects of the heavy rains would severely damage the size of the US corn crop. Corn futures for delivery in May 2009 crested at $8.00 per bushel and nearer term soybean meal futures surpassed $450 per ton.

### Effects of Corn and Soybean Prices on Feed Costs

A typical US broiler diet is composed of 60% corn and 25% soybean meal. Based on this ratio, which holds true in high-price or low-price environments, every $0.10 per bushel increase in corn adds $0.001 in feed ingredient expenses per pound of live weight produced. Similarly, ever $10.00 in soybean meal costs adds another $.001 in feed ingredient expenses per live pound produced. Actual ingredient prices incurred by feed mills or integrators for each flock of chickens vary based on several factors: 1) distance of the feed mill relative to grain-producing locations,



**Figure 8.** Days and calories conversion to 5.0 lb of live weight.

2) the number of rail cars that can be received at the feed mill, and 3) futures positions. By June and July of 2008, the actual cost (Figure 3) of corn fed to chickens reached the $7.00 per bushel level and soybean meal purchased by companies (Figure 4) was more than $400 per ton. These prices represented the highest levels ever experienced in the history of the poultry industry. Corn and soybean prices retreated slightly from the highs experienced in the June to July 2008 period but still remained at unprecedented levels into October 2008.

### The Use of Alternative Ingredients

Poultry nutritionists traditionally use smaller quantities of other ingredients, including animal proteins (meat and bone meal, poultry meals, and feather meal), as part of the protein requirement in poultry diets. In addition, animal and vegetable fats are also used to supplement grains in the diet to meet energy requirements. The remainder of the average ration used in the chicken industry includes sources for phosphorous, calcium, sodium, essential amino acids, trace minerals, vitamins, and standard medications.

The increased demand for corn and soybean meal experienced from October 2006 to October 2008 increased the prices for alternative ingredients as well. The increased demand for poultry fat to be used in biofuels has resulted in price increases outpacing the price increases for corn

(Figure 5). When corn is used for ethanol production, one of the by-products of the distillation process is distillers dried grain plus solubles (**DDGS**). The DDGS can be used in poultry and other livestock diets as a protein source. Prices of DDGS (Figure 6) have also increased, but not as rapidly as competing protein meals because of nutritional and feed mill limitations of its use in poultry diets.

Increases in phosphorous costs were particularly dramatic as fertilizer demands increased, with more planted acreage of corn and oilseeds crops. The dual demand for phosphorous for feed and fertilizer use increased prices from $250 per ton to more than $800 per ton in 2008 (Figure 7). A traditional broiler diet includes 10 lb of supplemental phosphorous per ton of feed produced. The increase in phosphorous costs from 2006 to 2008 added $3.50 per ton in ingredient expenses for US broiler producers.

The impact of higher feed ingredient prices on the costs and profitability of the poultry industries in the United States is real and considerable, and it is unlikely that the effects will moderate in coming years. To this point, consumers have not seen the impact of higher production costs as industry production volumes have surpassed market demand, resulting in an oversupply of product for current markets. As a result, profits have suffered and most companies have lost money in this difficult environment.

JAPR: Field Report

**Table 1.** Components of US live production costs as a percentage of total production

| Item | 2001, % | 2007, % | August 2008, % |
|---|---|---|---|
| Chick cost | 16.2 | 13.4 | 10.9 |
| Grower cost | 19.9 | 17.0 | 11.8 |
| Feed ingredient | 51.8 | 59.1 | 68.7 |
| Mill and delivery | 4.3 | 4.3 | 3.4 |
| Vaccine and medicine | 0.3 | 0.2 | 0.2 |
| Live haul | 5.2 | 4.4 | 3.5 |
| Other | 2.3 | 1.7 | 1.5 |

### Effects of Feed Conversion Efficiencies on Broiler Costs

The growth of the broiler industry over the last 50 yr has been largely associated with annual incremental improvements in FCR (Figure 8). In 1950, it took 16 lb of feed to raise a 4-lb broiler, a FCR of 4:1. In 2008, it takes 11.3 lb of feed to raise a 5.8 lb broiler, a FCR of 1.95:1. Currently, turkey and hog FCR are approximately 2.5:1, 28% higher than broiler ratios. Cattle convert feed to BW at a ratio of 4:1, 105% higher than broilers, whereas commercial layers convert feed at a ratio of 3.25 lb of feed per dozen eggs produced.

Annual improvements in FCR from genetic and nutritional improvements and from gains in poultry husbandry programs have averaged 1 to 2 points (0.5 to 1.0%) per year since 1950. Much of this gain is associated with faster growth rate to target BW. The less time birds are in production houses, the larger percentage of their total feed consumption will be used for muscle development as opposed to body maintenance. An annual improvement of 1% in feed conversion reduces the corn requirements for the poultry

**Table 2.** Effect of feed ingredient cost on various production costs

| Feed ingredient cost/lb, $ | Total cost/live lb, $ | Live cost/evis lb,[1] $ | Processing cost/lb, $ | Processed costs/lb,[2] $ | S, G, and A + int exp and frt,[3] $ | RTC cost of prod,[4] $ |
|---|---|---|---|---|---|---|
| 0.13 | 0.25 | 0.34 | 0.23 | 0.57 | 0.08 | 0.65 |
| 0.14 | 0.26 | 0.35 | 0.23 | 0.58 | 0.08 | 0.66 |
| 0.15 | 0.27 | 0.37 | 0.23 | 0.60 | 0.08 | 0.68 |
| 0.16 | 0.28 | 0.38 | 0.23 | 0.61 | 0.08 | 0.69 |
| 0.17 | 0.29 | 0.39 | 0.23 | 0.63 | 0.08 | 0.70 |
| 0.18 | 0.30 | 0.41 | 0.23 | 0.64 | 0.08 | 0.72 |
| 0.19 | 0.31 | 0.42 | 0.23 | 0.65 | 0.08 | 0.73 |
| 0.20 | 0.32 | 0.44 | 0.23 | 0.67 | 0.08 | 0.75 |
| 0.21 | 0.33 | 0.45 | 0.23 | 0.68 | 0.08 | 0.76 |
| 0.22 | 0.34 | 0.46 | 0.23 | 0.69 | 0.08 | 0.77 |
| 0.23 | 0.35 | 0.48 | 0.23 | 0.71 | 0.08 | 0.79 |
| 0.24 | 0.36 | 0.49 | 0.23 | 0.72 | 0.08 | 0.80 |
| 0.25 | 0.37 | 0.50 | 0.23 | 0.73 | 0.08 | 0.81 |
| 0.26 | 0.38 | 0.52 | 0.23 | 0.75 | 0.08 | 0.83 |
| 0.27 | 0.39 | 0.53 | 0.23 | 0.76 | 0.08 | 0.84 |
| 0.28 | 0.40 | 0.54 | 0.23 | 0.78 | 0.08 | 0.85 |
| 0.29 | 0.41 | 0.56 | 0.23 | 0.79 | 0.08 | 0.87 |
| 0.30 | 0.42 | 0.57 | 0.23 | 0.80 | 0.08 | 0.88 |
| 0.31 | 0.43 | 0.59 | 0.23 | 0.82 | 0.08 | 0.90 |
| 0.32 | 0.44 | 0.60 | 0.23 | 0.83 | 0.08 | 0.91 |
| 0.33 | 0.45 | 0.61 | 0.23 | 0.84 | 0.08 | 0.92 |

[1]Evisceration (evis) yield = 73.5% of live weight.
[2]Live cost per eviscerated pound plus processing cost per pound.
[3]Selling (S), general (G), and administrative (A) costs plus interest expenses (int exp) and freight (frt) costs.
[4]Cost per processed pound plus S, G, and A and interest and freight costs. RTC = ready-to-cook; prod = production.

DONOHUE AND CUNNINGHAM: GRAIN AND PRODUCTION COSTS          333



**Figure 9.** Live production cost and broiler feed ingredient cost, September 2006 to October 2008.

industry by 5.3 million bushels and the soybean meal requirements by 61,304 tons for comparable production levels. Even with increases in production, improved feed conversions lessen the impact of the chicken industry on corn and soybean meal demand.

### Net Effect of Higher Grain Prices on Production Costs

*Broiler Costs.* Feed costs represent the most significant component of live production costs.

Table 1 summarizes the components of live production costs for broilers on a percentage basis for 2001, 2007, and 2008. As shown, the contribution of the feed component of total costs for broiler production increased from 51.8% in 2001 to 68.7% in 2008. This is in contrast to most other component costs, which have actually declined as a percentage of overall costs.

Although corn and soybean meal prices have retreated some from the highs in midsummer of 2008, costs of broiler production for 2008 were



**Figure 10.** Cumulative additional cost to the broiler industry in feed ingredient costs, October 2006 to October 2008.



**Figure 11.** Live cost and turkey feed cost per pound, September 2006 to August 2008. O = October; N = November; D = December; F = February; M = March; A = April; M = May; J = June; J = July; A = August; S = September.

the highest in poultry production history. Live production costs for broilers exceeded $0.45 per lb during the height of grain price increases, $0.20 per lb higher than costs in September 2006 (Figure 9). The increased costs of feed ingredients during this 2-yr period increased the feed ingredient component of live production costs from $0.13 per live pound to $0.31 per live pound. These numbers represent an 80% increase in live production cost and a 138% increase in feed component costs from the 2006 levels. The impact of increases in feed ingredient costs on various broiler production costs are summarized in Table 2. As would be expected, increased feed ingredient costs increased other costs associated with processing ready-to-cook broiler meat. The cumulative effect of the increased feed costs to the broiler industry exceeded $7.8 billion by September 2008 (Figure 10).

*Turkey Costs.* The feed ingredient issues that affect the broiler industry also affect the turkey and table egg industries. Although the turkey and



**Figure 12.** Cumulative additional costs to the turkey industry in feed ingredient costs, October 2006 to August 2008. N = November; D = December; F = February; M = March; A = April; M = May; J = June; J = July; A = August; S = September; O = October.

**Table 3.** Effect of feed ingredient cost on various production costs of turkey meat

| Feed ingredient cost/lb, $ | Total cost/live lb, $ | Live cost/evis lb,[1] $ | Processing cost/lb, $ | Processed costs/lb,[2] $ | S, G, and A + int exp and frt,[3] S | RTC cost of prod,[4] S |
|---|---|---|---|---|---|---|
| 0.36 | 0.54 | 0.70 | 0.20 | 0.90 | 0.08 | 0.98 |
| 0.37 | 0.55 | 0.71 | 0.20 | 0.91 | 0.08 | 0.99 |
| 0.38 | 0.56 | 0.72 | 0.20 | 0.92 | 0.08 | 1.00 |
| 0.39 | 0.57 | 0.74 | 0.20 | 0.94 | 0.08 | 1.02 |
| 0.40 | 0.58 | 0.75 | 0.20 | 0.95 | 0.08 | 1.03 |
| 0.41 | 0.59 | 0.76 | 0.20 | 0.96 | 0.08 | 1.04 |
| 0.42 | 0.60 | 0.78 | 0.20 | 0.98 | 0.08 | 1.06 |
| 0.43 | 0.61 | 0.79 | 0.20 | 0.99 | 0.08 | 1.07 |
| 0.44 | 0.62 | 0.80 | 0.20 | 1.00 | 0.08 | 1.08 |
| 0.45 | 0.63 | 0.81 | 0.20 | 1.01 | 0.08 | 1.09 |
| 0.46 | 0.64 | 0.83 | 0.20 | 1.03 | 0.08 | 1.11 |
| 0.47 | 0.65 | 0.84 | 0.20 | 1.04 | 0.08 | 1.12 |
| 0.48 | 0.66 | 0.85 | 0.20 | 1.05 | 0.08 | 1.13 |
| 0.49 | 0.67 | 0.87 | 0.20 | 1.07 | 0.08 | 1.15 |
| 0.50 | 0.68 | 0.88 | 0.20 | 1.08 | 0.08 | 1.16 |
| 0.51 | 0.69 | 0.89 | 0.20 | 1.09 | 0.08 | 1.17 |
| 0.52 | 0.70 | 0.90 | 0.20 | 1.10 | 0.08 | 1.18 |
| 0.53 | 0.71 | 0.92 | 0.20 | 1.12 | 0.08 | 1.20 |
| 0.54 | 0.72 | 0.93 | 0.20 | 1.13 | 0.08 | 1.21 |
| 0.55 | 0.73 | 0.94 | 0.20 | 1.14 | 0.08 | 1.22 |
| 0.56 | 0.74 | 0.96 | 0.20 | 1.16 | 0.08 | 1.24 |

[1]Evisceration (evis) yield = 77.4% of live weight.

[2]Live cost per eviscerated pound plus processing cost per pound.

[3]Selling (S), general (G), and administrative (A) costs plus interest expenses (int exp) and freight (frt) costs.

[4]Cost per processed pound plus S, G, and A and interest and freight costs. RTC = ready-to-cook; prod = production.

table egg industries are not as large as the broiler industry, the impact of higher feed ingredient costs on the respective production costs is no less dramatic. From October of 2006, turkey live production costs increased from $0.35 to $0.58 per lb in 2008, and the feed ingredient expenses portion of the total costs increased from $0.19 to $0.39 per lb of live weight (Figure 11). Table 3



**Figure 13.** Total cost and feed cost per dozen eggs, September 2006 to August 2008. O = October; N = November; D = December; F = February; M = March; A = April; M = May; J = June; J = July; A = August; S = September.

**Table 4.** Effect of feed ingredient cost on various production costs of commercial eggs

| Feed ingredient cost/dozen, $ | Production cost/dozen, $ | Processing cost/dozen, $ | Total cost/dozen,[1] $ | S, G, and A + int exp and frt/dozen,[2] $ | Breakeven cost/dozen, $ |
|---|---|---|---|---|---|
| 0.17 | 0.37 | 0.15 | 0.51 | 0.08 | 0.59 |
| 0.18 | 0.37 | 0.15 | 0.52 | 0.08 | 0.60 |
| 0.19 | 0.38 | 0.15 | 0.53 | 0.08 | 0.61 |
| 0.20 | 0.39 | 0.15 | 0.54 | 0.08 | 0.62 |
| 0.21 | 0.40 | 0.15 | 0.55 | 0.08 | 0.63 |
| 0.22 | 0.41 | 0.15 | 0.56 | 0.08 | 0.64 |
| 0.23 | 0.42 | 0.15 | 0.57 | 0.08 | 0.65 |
| 0.24 | 0.43 | 0.15 | 0.58 | 0.08 | 0.66 |
| 0.25 | 0.44 | 0.15 | 0.59 | 0.08 | 0.67 |
| 0.26 | 0.45 | 0.15 | 0.60 | 0.08 | 0.68 |
| 0.27 | 0.46 | 0.15 | 0.61 | 0.08 | 0.69 |
| 0.28 | 0.47 | 0.15 | 0.62 | 0.08 | 0.70 |
| 0.29 | 0.48 | 0.15 | 0.63 | 0.08 | 0.71 |
| 0.30 | 0.49 | 0.15 | 0.64 | 0.08 | 0.72 |
| 0.31 | 0.50 | 0.15 | 0.65 | 0.08 | 0.73 |
| 0.32 | 0.51 | 0.15 | 0.66 | 0.08 | 0.74 |
| 0.33 | 0.52 | 0.15 | 0.67 | 0.08 | 0.75 |
| 0.24 | 0.53 | 0.15 | 0.68 | 0.08 | 0.76 |
| 0.35 | 0.54 | 0.15 | 0.69 | 0.08 | 0.77 |
| 0.36 | 0.55 | 0.15 | 0.70 | 0.08 | 0.78 |
| 0.37 | 0.56 | 0.15 | 0.71 | 0.08 | 0.79 |

[1]Production costs per dozen produced plus processing cost per dozen.

[2]Selling (S), general (G), and administrative (A) costs plus interest expenses (int exp) and freight (frt) costs.

details the changes in feed ingredient expenses observed during this period and the effect on the various costs for turkey meat production. Similar to broiler production, increasing feed ingredient costs resulted in increased processing cost for turkeys. The monthly effect of higher feed costs on the US turkey industry surpassed $130 million in June of 2008, and the cumulative effect from October 2006 through June 2008 was $1.19 billion (Figure 12).



**Figure 14.** Cumulative additional cost to the egg industry in feed ingredient costs, October 2006 to August 2008. O = October; N = November; D = December; F = February; M = March; A = April; M = May; J = June; J = July; A = August; S = September.

*Table Egg Costs.* The table egg industry experienced a 64% increase in total production costs, rising from $0.34 per dozen in September 2006 to $0.56 per dozen in June 2008 (Figure 13). The feed ingredient component of egg production costs rose from $0.19 to $0.37 per dozen over the same period. Table 4 details the impact of increasing feed ingredient expenses on the total costs of commercial egg production. Increasing feed costs resulted in increased production and processing costs across the board. By June 2008, the monthly effect of higher feed costs surpassed the $100 million level, and the cumulative effect from October 2006 through June 2008 was $1.17 billion (Figure 14).

## CONCLUSIONS AND APPLICATIONS

1. The increase in demand for corn and oil-seeds for ethanol and biofuel production has been an important contributor to increased feed ingredient costs for the US poultry industries.

2. The increased costs of feed ingredients resulted in $9.36 billion in total cumulative costs to the poultry industries in the United States from October 2006 to October 2008.

3. Given the projected demand for ethanol under the US Renewable Fuel Mandate, demand for corn is likely to increase in future years. These factors will continue to pressure poultry producers as they seek to regain profitability in difficult market conditions.

## REFERENCES AND NOTES

1. Agri Stats Inc., Fort Wayne, IN.

2. Leeson, S., and J. D. Summers. 2005. Commercial Poultry Nutrition. 3rd ed. University Books, Guelph, Ontario, Canada.

3. Express Markets Inc., Grain and Oilseed Usage Report, October 2008.

4. USDA. 2008. Crop Production 2007 Summary. National Agricultural Statistics Service, USDA, Washington, DC.

# EXHIBIT 21

## NEWS

# Flooding will send food prices soaring

By **ASSOCIATED PRESS** |
PUBLISHED: June 23, 2008 at 12:00 a.m. | UPDATED: August 29, 2017 at 1:18 a.m.

NEW YORK – Raging Midwest floodwaters that swallowed crops and sent corn and soybean prices soaring are about to give consumers more grief at the grocery store.

In the latest bout of food inflation, beef, pork, poultry and even eggs, cheese and milk are expected to get more expensive as livestock owners go out of business or are forced to slaughter more cattle, hogs, turkeys and chickens to cope with rocketing costs for corn-based animal feed.

The floods engulfed an estimated 2 million or more acres of corn and soybean fields in Iowa, Indiana, Illinois and other key growing states, sending world grain prices skyward on fears of a substantially smaller corn crop. The government will give a partial idea of how many corn acres were lost before the end of the month, but experts say the trickle-down effect could be more dramatic later this year, affecting everything from Thanksgiving turkeys to Christmas hams.

Rod Brenneman, president and chief executive of Seaboard Foods, a pork supplier in Shawnee Mission, Kan. that produces 4 million hogs a year, said high corn costs are already forcing producers in his industry to cut back on the number of animals they raise.



"There's definitely liquidation of livestock happening," and that will cause meat prices to rise later this year and into 2009, said Brenneman, who is also the vice chairman of the American Meat Institute.

Brenneman's cost for feeding a single hog has shot up $30 in the past year because of record-high prices for corn and soybeans, the main ingredients in animal feed. Passing that increase on to consumers would tack an extra 15 cents per pound onto a pork chop.

It's a similar story for U.S. beef producers, who spend a whopping 60 percent to 70 percent of their production costs on animal feed and are seeing that number rise daily as corn prices hover near an unprecedented $8 a bushel, up from about $4 a year ago.

"This is not sustainable. The cattle industry is going to have to get smaller," said James Herring, president and CEO of Amarillo, Texas-based Friona Industries, which buys 20 million bushels of corn each year to feed 550,000 cattle.

Corn's prices were already rising before the floods, driven up 80 percent over the past year as developing countries like China and India scramble for grains to feed people and livestock. U.S. production of ethanol, an alternative fuel that can be made with corn, has also pushed prices higher, prompting livestock owners to lobby Washington to roll back ethanol mandates.

Before the floods, corn farmers were enjoying record profits selling the grain to feed animals and for use in cereals and as a sweetener in soda and candy. But a sharply smaller corn crop could wipe out those gains.

In Iowa, the No. 1 U.S. corn grower, floods inundated about 9 percent of corn crops, representing about 1.2 million acres.

In Indiana, another 9 percent of corn and soybean crops were flooded, potentially costing farmers up to $840 million, Indiana Agriculture Director Andy Miller said.

Floodwaters also tossed farm equipment, sprayed cornfields with debris and silt, and sucked away large chunks of topsoil. For livestock owners, the damage may be felt long after the corn grows back.

Even before the floods, Tyson Foods was complaining that high grain prices would drive up its costs by $600 million this year. The world's largest poultry company has already raised its prices over the past year, and expects to keep raising them, CEO Dick Bond said in May.



Higher feed prices will eventually filter through to the cost of milk, cheese and yogurt, too, since 65 percent to 75 percent of a dairy farmers' production costs are for feed, said Chris Galen, a spokesman for the National Milk Producers Federation.

---

Newsroom Guidelines

News Tips

Contact Us

Report an Error

 **T** The Trust Project

Stay up to date on the latest Coronavirus coverage in your area.

## Coronavirus Update

| Enter your email to sign up |

**SIGN UP**

---

## Coronavirus Update

*Stay up to date on the latest coronavirus coverage in your area, right in your inbox*

| Enter your email to sign up |

**SIGN UP**

# Associated Press

The Associated Press is an independent, not-for-profit news cooperative, serving member newspapers and broadcasters in the U.S., and other customers around the world. The Southern California News Group is one of them. AP journalists in more than 100 countries tell the world's stories, from breaking news to investigative reporting to visual storytelling. Since 1846, AP has been covering the world's biggest news events, committed to the highest standards of objective, accurate journalism. Learn more about policies and standards in AP's Statement of News Values and Principles. https://www.ap.org/about/news-values-and-principles/





**SPONSORED CONTENT**

## New content coming to Netflix in January 2021

By the t.e.a.



Here are some shows or movies coming to Netflix to make it even better.

**VIEW COMMENTS**

## Join the Conversation

We invite you to use our commenting platform to engage in insightful conversations about issues in our community. Although we do not pre-screen comments, we reserve the right at all times to remove any information or materials that are unlawful, threatening, abusive, libelous, defamatory, obscene, vulgar, pornographic, profane, indecent or otherwise objectionable to us, and to disclose any information necessary to satisfy the law, regulation, or government request. We might permanently block any user who abuses these conditions.

If you see comments that you find offensive, please use the "Flag as Inappropriate" feature by hovering over the right side of the post, and pulling down on the arrow that appears. Or, contact our editors by emailing moderator@scng.com.



# EXHIBIT 22




Powered by Clickability

# Midwest floods may send gas up 15%

## Soaring corn prices could increase the price of ethanol, driving up demand for oil and sending gas prices even higher. Some think it's time for Congress to act.

By David Goldman, CNNMoney.com staff writer
Last Updated: June 13, 2008: 4:37 PM EDT

NEW YORK (CNNMoney.com) -- Continued flooding in Iowa and Illinois - the nation's top two corn-growing states - is inciting fears that the cost of the high-priced crop could soar even further, driving up ethanol and gas prices, too.

Days of heavy rain across the Midwest Corn Belt region have wreaked havoc on the crop, sending front-month prices to $7.08 a bushel on the Chicago Board of Trade Friday. Corn futures have risen for seven straight trading sessions.

Since ethanol - a mandated ingredient in U.S. gasoline - is produced domestically with corn, rising crop prices could send already-record gasoline prices even higher.

"The floods in the Midwest will have a major impact on ethanol," said Phil Flynn, senior market analyst at Alaron Trading in Chicago.

Gasoline in the United States is comprised of only about 6% to 10% ethanol, as mandated by federal and state governments. But Flynn believes gas prices could jump 10% or 15% if corn were to hit $10 a bushel and crude oil maintains its current high level.

With the national average of gasoline at a record $4.07 a gallon, according to AAA, a 15% increase would translate into an additional 61 cents.

"Crude oil is still the predominant factor why gas prices are high, but don't think that 6% to 10% isn't going to matter," Flynn said.

But others disagree, saying ethanol has not historically kept pace with corn prices.

"Ethanol has historically been more closely tied to the price of gasoline than corn," said Geoff Cooper, director of research at ethanol trade group Renewable Fuels Association. "The value of the product is its ability to displace gasoline, not on the cost of its input."

Congress' ethanol quandary

But as Congress continues to search for a way to relieve Americans' pain at the pump, members may look to change their ethanol policies if gas prices spike another 50 or 60 cents.

"Congress is going to have a hard time justifying mandating the use of ethanol in gasoline if we lose one-third of the corn crop," Flynn said.

But simply relaxing ethanol mandates may not be enough. According to the latest short-term energy report released by the U.S. Energy Information Administration, use of ethanol has reduced U.S. oil demand by 440,000 barrels a day.

If the nation consumes less ethanol, crude oil usage - and prices - could rise as well.

"For every drop of ethanol that we're not using, we'll be using (more oil-based) gasoline," noted Flynn.

Flynn argued that the market should determine ethanol's price, saying the root of the problem was Congress' rushing the use of ethanol in the first place.

"The problem with ethanol is that it was driven by the government and not by market forces," Flynn said. "Ethanol would have come on naturally had the government not acted."

Reducing the ethanol tariff

Another potential solution that is gathering support in Congress is reducing or eliminating the foreign ethanol tariff. The import tariff of 54 cents a gallon on ethanol keeps the price of imported ethanol high in an effort to support domestic farmers.

Much of imported ethanol is made from sugar cane, which is cheaper to produce than domestic corn-based ethanol.

Energy industry experts say lifting the tariff entirely will likely lower gas prices by 10 cents a gallon, but legislation that proposed canceling the tax found little support in Congress. As a result, Sens. Dianne Feinstein, D-Calif., and Judd Gregg, R-N.H., recently introduced a compromise bill to reduce the tariff to 45 cents.

"The need for inexpensive and cleaner-burning fuels continues to grow, and yet U.S. refiners are forced to pay a 54-cent tariff on ethanol imported from Brazil and other foreign sources," Feinstein said on the Senate floor last week. "This makes no sense, given the record oil prices and the limited supplies of domestic ethanol."

Gregg noted that ethanol cannot be transported through pipelines, which makes the domestic product hard to come by in some states. As a result, many non-midwestern states are forced to use foreign ethanol and pay the tariff at the pump.

"States outside the Midwest, especially ... coastal states, are at a huge disadvantage when it comes to accessing domestically produced ethanol due to shipping challenges," said Gregg on the floor. "Imported ethanol from Brazil and other friendly nations can be provided to these coastal states more easily and at a lower cost." ∎

First Published: June 13, 2008: 12:22 PM EDT

---

**Find this article at:**
https://money.cnn.com/2008/06/13/news/economy/corn_ethanol

☐ Check the box to include the list of links referenced in the article.

© 2007 Cable News Network LP, LLLP.