UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No: 1:16-cv-08637<br>Judge Thomas Durkin |
| THIS DOCUMENT RELATES TO:<br><br>AMIGOS MEAT DISTRIBUTORS, et al.;<br><br>    Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC., et al.;<br><br>    Defendants. | Case No: 1:19-cv-05424 |

## JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Amigos Meat Distributors, LP ("Plaintiff") and Defendant Fieldale Farms Corporation ("Fieldale") submit the following Joint Motion and Stipulation of Dismissal With Prejudice ("Stipulation"):

1. This Stipulation is between Plaintiff and Fieldale.

2. The Stipulation relates only to *Amigos Meat Distributors, LP, et al. v. Tyson Foods, Inc., et al.*, Case No. 19-cv-05424, which has been consolidated within the matter captioned *In re Boiler Chicken Antitrust Litigation*, Case No. 16-cv-08637, and the portion of the Direct Action Plaintiff's Consolidated Complaint (Dkt. 3924) that relates to claims by Plaintiff against Fieldale.[1]

---

[1] Plaintiff's original Complaint includes three Amigos entities as plaintiffs, and none of them named Fieldale as a defendant. In the Consolidated Complaint, only Plaintiff—and not the other two Amigos entities—named Fieldale as a defendant. Therefore, of the three Amigos entities, only Plaintiff has asserted claims against Fieldale at any point in the litigation, and this Stipulation applies only to those claims.

3. Plaintiff did not request exclusion from Fieldale's Settlement with the Direct Purchaser Plaintiff Class (Dkt. 1408, Exhibits A1 and A2) and therefore is a member of the DPP Settlement Classes who has released its claims against Fieldale pursuant to the Court's order granting final approval of the settlement. (Dkt. 1414.)

4. In accordance with Fed. R. Civ. P. 41(a), Plaintiff and Fieldale stipulate and jointly move the Court to dismiss with prejudice of all of the Plaintiff's claims asserted against Fieldale, with each side bearing their own attorneys' fees and costs.

5. The Stipulation has no bearing on Plaintiff's other claims against all Defendants other than Fieldale.

| | |
|---|---|
| Dated: February 3, 2021 | /s/ Valarie C. Williams<br>B. Parker Miller (*pro hac vice*)<br>Valarie C. Williams (*pro hac vice*)<br>Max Marks (*pro hac vice*)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000 (T)<br>(404) 881-7777 (F)<br>parker.miller@alston.com<br>valarie.williams@alston.com<br>max.marks@alston.com<br><br>Brendan J. Healey<br>Baron Harris Healey<br>225 W. Washington St., Ste. 2200<br>Chicago, IL 60606<br>312.741.1030<br>bhealey@BHHLawFirm.com<br><br>R. Brent Hatcher, Jr. (*pro hac vice*)<br>SMITH, GILLIAM, WILLIAMS & MILES PA<br>301 Green Street NW, Suite 200<br>Gainesville, GA 30501<br>(770) 536-3381 (T)<br>(770) 535-9902 (F)<br>bhatcher@sgwmfirm.com<br><br>*Attorneys for Fieldale Farms Corporation* |

        */s/ Laurence M. Landsman*
Laurence M. Landsman, Esq.
Landsman Law Firm, LLC
33 North LaSalle, Suite 1400
Chicago, IL 60602
(312) 251-1165
(312) 251-1147 (Fax)

**The BUZBEE Law Firm**

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
Texas Bar No. 24001820
tbuzbee@txattorneys.com
Peter K. Taaffe
Texas Bar No. 24003029
ptaaffe@txattorneys.com
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**Markle • DeLaCruz, LLP**

*/s/ Spencer G. Markle*
Spencer G. Markle
Texas Bar No. 12989200
spencer@mdlcfirm.com
Obed De La Cruz
Texas Bar No. 24053175
obed@mdlcfirm.com
700 Gemini Avenue, Suite 240
Houston, Texas 77058
Telephone: (281) 486-0677
Facsimile: (281) 486-0694

**ATTORNEYS FOR PLAINTIFFS**

3

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 3, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Valarie C. Williams*
Valarie C. Williams
