**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br>The Honorable Thomas M. Durkin<br>The Honorable Jeffery T. Gilbert |

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a resident of the United States and am employed in the city of Washington, D.C., over the age of 18 years, and not a party to or interested in the within action. My business address is 600 Massachusetts Avenue NW, Washington, D.C. 20001.

On February 5, 2021, I served via secure email transmission the following documents to the parties enumerated in the attached Service List:

1. [SEALED] Defendants' Memorandum of Law in Support of Defendants' Motion to Exclude the Expert Opinion of Cameron Azari;

2. [SEALED] Exhibit 2 to the Declaration of Danielle R. Foley in Support of Defendants' Motion to Exclude the Expert Opinion of Cameron Azari;

3. [SEALED] Defendants' Memorandum of Law in Support of Defendants' Motion to Exclude the Expert Opinion of Dr. David Sunding;

4. [SEALED] Exhibits 1-4 to the Declaration of Danielle R. Foley in Support of Defendants' Motion to Exclude the Expert Opinion of Dr. David Sunding.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of February 2021.

*/s/ Danielle R. Foley*
Danielle R. Foley

Defense Service List

| Defendant | Contact | E-mail |
|---|---|---|
| Agri Stats | William Monts | william.monts@hoganlovells.com |
| | Justin Bernick | justin.bernick@hoganlovells.com |
| | Jacob Koering | koering@millercanfield.com |
| | Kimberly Rancour | kimberly.rancour@hoganlovells.com |
| | Liam Phibbs | liam.phibbs@hoganlovells.com |
| | Olga Fleysh | olga.fleysh@hoganlovells.com |
| Claxton Poultry Farms | Charles C. Murphy, Jr. | cmurphy@vaughanandmurphy.com |
| | Jim Herbison | JHerbison@winston.com |
| | Michael P. Mayer | mmayer@winston.com |
| | Greg Wilkowski | gwilkowski@winston.com |
| | Tom Neuner | Tneuner@winston.com |
| Fieldale Farms | Parker Miller | parker.miller@alston.com |
| | Valarie Williams | Valarie.Williams@alston.com |
| | Max Marks | Max.Marks@alston.com |
| | Jeff Hannah | Jeff.Hannah@alston.com |
| | Doug Cunningham | Doug.Cunningham@alston.com |
| | Brent Hatcher | bhatcher@sgwmfirm.com |
| Foster Farms | Carmine Zarlenga | czarlenga@mayerbrown.com |
| | Oral Pottinger | opottinger@mayerbrown.com |
| | William Stallings | Wstallings@mayerbrown.com |
| | Steve Medlock | smedlock@mayerbrown.com |
| | Sasha Keck | skeck@mayerbrown.com |
| | Ankur Mandhania | Amandhania@mayerbrown.com |
| | Kate Monks | KMonks@mayerbrown.com |
| | Peter Bennett | PBennett@mayerbrown.com |
| George's | William Greene | William.greene@stinson.com |
| | KC Tucker | kc.tucker@lawgroupnwa.com |
| | John C. Martin | jmartin@sfgh.com |
| | Kristy Elizabeth Boehler | kristy.boehler@lawgroupnwa.com |
| | Zachary H Hemenway | zachary.hemenway@stinson.com |
| | Nicci Warr | nicci.warr@stinson.com |
| | Kevin Kitchen | kevin.kitchen@stinson.com |
| | Gary Weeks | gary.weeks@lawgroupnwa.com |
| | Pete Schwingler | peter.schwingler@stinson.com |
| Harrison Poultry | Patricia A. Gorham | patriciagorham@eversheds-sutherland.com |
| | James R. McGibbon | jimmcgibbon@eversheds-sutherland.com |
| | Ronald Balfour | rbalfour@salawus.com |
| | Kaitlin Carreno | KaitlinCarreno@eversheds-sutherland.us |

|  | Dylan de Fouw | DylandeFouw@eversheds-sutherland.us |
|---|---|---|
|  | Peter Szeremeta | PeterSzeremeta@eversheds-sutherland.us |
|  | Lucy Dalton | LucyDalton@eversheds-sutherland.us |
| House of Raeford Farms | Gregory Wrobel | gwrobel@vedderprice.com |
|  | Henry Jones | hjones@jordanprice.com |
| Koch Foods | Stephen Novack | snovack@novackmacey.com |
|  | Stephen Siegel | SSiegel@novackmacey.com |
|  | Christopher Moore | CMoore@novackmacey.com |
|  | Julie A. Johnston-Ahlen | jja@novackmacey.com |
|  | Brian Cohen | bcohen@novackmacey.com |
|  | Marie Lim | mlim@novackmacey.com |
|  | Elizabeth Wolicki | ewolicki@novackmacey.com |
| Mar-Jac Poultry | Ed Konieczny | ed@koniecznylaw.com |
|  | David Newman | dnewman@sgrlaw.com |
|  | Parker Sanders | psanders@sgrlaw.com |
|  | Mark Cline | mcline@sgrlaw.com |
|  | John Pennington | jpennington@sgrlaw.com |
|  | Amy Buice | abuice@sgrlaw.com |
| Mountaire Farms | Bourgon Reynolds | breynolds@roselawfirm.com |
|  | Andrew Rittenhouse | arittenhouse@roselawfirm.com |
|  | Adam Hopkins | ahopkins@roselawfirm.com |
|  | Amanda Wofford | awofford@roselawfirm.com |
|  | John Treece | jtreece@jwtreece.com |
|  | Joe Hall | jhall@roselawfirm.com |
|  | Ramona Beritiech | rberitiech@roselawfirm.com |
|  | Ryan Smith | rsmith@roselawfirm.com |
| OK Foods | James Sulentic | james.sulentic@kutakrock.com |
|  | John Passarelli | john.passarelli@kutakrock.com |
|  | J.R. Carroll | jr.carroll@kutakrock.com |
|  | Jeffrey Fletcher | jeffrey.fletcher@kutakrock.com |
|  | Kimberly Hare | kimberly.hare@kutakrock.com |
|  | Stephen Dacus | stephen.dacus@kutakrock.com |
| Peco Foods | Boris Bersheteyn | Boris.Bershteyn@skadden.com |
|  | Patrick Fitzgerald | Patrick.Fitzgerald@skadden.com |
|  | Lara Flath | lara.flath@skadden.com |
|  | Peter Cheun | peter.cheun@skadden.com |
|  | Gail Lee | Gail.Lee@skadden.com |
| Perdue | Leonard Gordon | lgordon@Venable.com |
|  | Andrew Hernacki | ATHernacki@Venable.com |
|  | Doug Baldridge | JBaldridge@Venable.com |
|  | Lisa Jose Fales | ljfales@venable.com |

|  | Robert Davis | RPDavis@Venable.com |
|---|---|---|
|  | Benjamin Argyle | bpargyle@Venable.com |
|  | Zak Varshovi | ZKVarshovi@Venable.com |
|  | Andrew Dickson | ABDickson@Venable.com |
|  | Thomasina Abraham | TDAbraham@Venable.com |
|  | Danielle Foley | DRFoley@Venable.com |
| Pilgrim's Pride | Clayton Bailey | cbailey@baileybrauer.com |
|  | Carrie Mahan | carrie.mahan@weil.com |
|  | Service | PilgrimsPride.Service@weil.com |
|  | Michael McCluggage | mmccluggage@EimerStahl.com |
| Sanderson Farms | Daniel Laytin | daniel.laytin@kirkland.com |
|  | Christa Cottrell | christa.cottrell@kirkland.com |
|  | Martin Roth | rothm@kirkland.com |
|  | Stacy Pepper | stacy.pepper@kirkland.com |
|  | Jessica Giulitto | jessica.giulitto@kirkland.com |
|  | Kathleen Cawley | kcawley@kirkland.com |
|  | Kyle Casey | kyle.casey@kirkland.com |
|  | Rachel Haig | rachel.haig@kirkland.com |
|  | Tucker Hunter | tucker.hunter@kirkland.com |
|  | Jenna Stupar | jenna.stupar@kirkland.com |
|  | Amelia Bailey | amelia.bailey@kirkland.com |
|  | Barry Frett | barry.frett@kirkland.com |
|  | Kate Guilfoyle | kate.guilfoyle@kirkland.com |
|  | Anne Hudson | anne.hudson@kirkland.com |
|  | Camil Sanchez Palumbo | camil.sanchezpalumbo@kirkland.com |
|  | Sarah Brodwolf | sarah.brodwolf@kirkland.com |
|  | Joe Schroeder | joseph.schroeder@kirkland.com |
|  | Melissa Chambers | melissa.chambers@kirkland.com |
|  | Stephen Rees | stephen.rees@kirkland.com |
|  | Kathleen Murray | kathleen.murray@kirkland.com |
|  | Bailey Ellis | bailey.ellis@kirkland.com |
|  | Emma Nelson | emma.nelson@kirkland.com |
| Simmons Foods | Lynn Murray | lhmurray@shb.com |
|  | Laurie Novion | lnovion@shb.com |
|  | Riley Mendoza | rmendoza@shb.com |
|  | Mia Fleming | mkfleming@shb.com |
|  | John Elrod | jelrod@cwlaw.com |
|  | Peter O'Neill | pfoneill@shb.com |
|  | Vicki Bronson | vbronson@cwlaw.com |
| Tyson | Rachel Adcox | radcox@axinn.com |
|  | Nicholas Gaglio | ngaglio@axinn.com |

|  | Kenina Lee | klee@axinn.com |
|---|---|---|
|  | John Tanski | jtanski@axinn.com |
|  | Jarod Taylor | jtaylor@axinn.com |
|  | Daniel Oakes | doakes@axinn.com |
|  | Michael O'Mara | momara@axinn.com |
|  | Brooke Oppenheimer | boppenheimer@axinn.com |
|  | Kail Jethmalani | kjethmalani@axinn.com |
|  | Jordan Tank | jmt@lipelyons.com |
|  | Denise Plunkett | dplunkett@axinn.com |
|  | Brandon Boxbaum | bboxbaum@axinn.com |
| Wayne Farms | Christopher Ondeck | condeck@proskauer.com |
|  | Rucha Desai | rdesai@proskauer.com |
|  | Stephen Chuk | schuk@proskauer.com |
| Case Foods | Joe Carney | jdc@jdcarney.com |
|  | Deborah Klar | dklar@dklarlaw.com |
|  | Daniel Feeney | dfeeney@millershakman.com |
|  | Thomas Staunton | tstaunton@millershakman.com |
|  | Paul Binder | binderpl@yahoo.com |
|  | Service | case@jdcarney.com |
| Amick | Howard Iwrey | HIwrey@dykema.com |
|  | Dante Stella | dstella@dykema.com |
|  | Cody Rockey | crockey@dykema.com |
|  | Steven Gistenson | sgistenson@dykema.com |

Plaintiff and Government Service List

| Class | Contact | E-mail |
|---|---|---|
| **DPPs** | W. Joseph Bruckner | wjbruckner@locklaw.com |
| | Brian D. Clark | bdclark@locklaw.com |
| | Simeon A. Morbey | samorbey@locklaw.com |
| | Elizabeth M. Sipe | emsipe@locklaw.com |
| | Bruce L. Simon | bsimon@pswlaw.com |
| | Daniel L. Warshaw | dwarshaw@pswlaw.com |
| | Neil Swartzberg | nswartzberg@pswlaw.com |
| | Clifford H. Pearson | cpearson@pswlaw.com |
| | Michael H. Pearson | mpearson@pswlaw.com |
| | Bobby Pouya | bpouya@pswlaw.com |
| | Thomas Nolan | tnolan@pswlaw.com |
| | Ellowene Grant | egrant@pswlaw.com |
| | Steven Hart | shart@hmelegal.com |
| | Brian Eldridge | beldridge@hmelegal.com |
| | Kyle Pozan | kpozan@hmelegal.com |
| | John Marrese | jmarrese@hmelegal.com |
| **CIIPPs** | Daniel E. Gustafson | dgustafson@gustafsongluek.com |
| | Daniel C. Hedlund | dhedlund@gustafsongluek.com |
| | Michelle J. Looby | mlooby@gustafsongluek.com |
| | Joshua R. Rissman | jrissman@gustafsongluek.com |
| | Brittany N. Resch | bresch@gustafsongluek.com |
| | Jamie L. Holzer | jholzer@gustafsongluek.com |
| | Ling Wang | lwang@gustafsongluek.com |
| | Joseph W. Cotchett | jcotchett@cpmlegal.com |
| | Adam J. Zapala | azapala@cpmlegal.com |
| | Tamarah P. Prevost | tprevost@cpmlegal.com |
| | Alex Barnett | abarnett@cpmlegal.com |
| | Jaclyn Verducci | jverducci@cpmlegal.com |
| | Carlo Lipson | clipson@cpmlegal.com |
| | Michael Caylao | mcaylao@cpmlegal.com |
| | Joseph Alioto, Jr. | jalioto@cpmlegal.com |
| | Samantha Fong | sfong@cpmlegal.com |
| | James Dallal | jdallal@cpmlegal.com |
| | Kenneth A. Wexler | kaw@wexlerwallace.com |
| | Edward A. Wallace | eaw@wexlerwallace.com |
| | Michelle Perkovic | mp@wexlerwallace.com |
| | Melinda Morales | mjm@wexlerwallace.com |
| **EUCPs** | Steve W. Berman | steve@hbsslaw.com |

| | | |
|---|---|---|
| | Jason Zweig | jasonz@hbsslaw.com |
| | Rio Pierce | riop@hbsslaw.com |
| | Shana Scarlett | shanas@hbsslaw.com |
| | Kit A. Pierson | kpierson@cohenmilstein.com |
| | Brent W. Johnson | bjohnson@cohenmilstein.com |
| | Carol V. Gilden | cgilden@cohenmilstein.com |
| | Daniel H. Silverman | dsilverman@cohenmilstein.com |
| | Alison Deich | adeich@cohenmilstein.com |
| | Benjamin Brown | bbrown@cohenmilstein.com |
| | Breanna Van Engelen | breannav@hbsslaw.com |
| | Ben Siegel | bens@hbsslaw.com |
| **Direct Action Plaintiffs Affiliated Foods, ALEX LEE, INC., MERCHANTS DISTRIBUTORS, LLC, ASSOCIATED GROCERS OF NEW ENGLAND, INC., BIG Y FOODS, INC., FAREWAY STORES, INC., PIGGLY WIGGLY ALABAMA DISTRIBUTING CO., INC. and WOODMAN'S FOOD MARKET, INC.** | Eric R. Lifvendahl | elifvendahl@lgcounsel.com |
| | Robert N. Kaplan | rkaplan@kaplanfox.com |
| | Matthew P. McCahill | mmccahill@kaplanfox.com |
| | Johnny K. Merritt | jmerritt@legalstrategy.com |
| | Richard L. Coffman | rcoffman@coffmanlawfirm.com |
| | Solomon B. Cera | scera@cerallp.com |
| | Jeffrey P. Campisi | jcampisi@kaplanfox.com |
| | Mandrika Moonsammy | mmoonsammy@kaplanfox.com |
| | Elizabeth Black | eblack@hsblawfirm.com |
| | Mary Eldridge | meldridge@hsblawfirm.com |
| | C. Andrew Dirksen | cdirksen@cerallp.com |
| **Direct Action Plaintiffs Winn-Dixie Stores & Bi-Lo Holdings** | Patrick J. Ahern | patrick.ahern@ahernandassociatespc.com |
| | Theodore B. Bell | theo.bell@ahernandassociatespc.com |
| | Liana Alston | liana.alston@ahernandassociatespc.com |
| **Direct Action Plaintiff Sysco Corporation** | Scott E. Gant | sgant@bsfllp.com |
| | Jonathan M. Shaw | jshaw@bsfllp.com |
| | Colleen Harrison | charrison@bsfllp.com |
| | Sarah Jones | sjones@bsfllp.com |
| | Simon Leen | sleen@bsfllp.com |
| | Ryan McAllister | rmcallister@BSFLLP.com |

| | | |
|---|---|---|
| **Direct Action Plaintiff US Foods, Inc.** | Scott E. Gant | sgant@bsfllp.com |
| | Jonathan M. Shaw | jshaw@bsfllp.com |
| | Colleen Harrison | charrison@bsfllp.com |
| | Sarah Jones | sjones@bsfllp.com |
| | Simon Leen | sleen@bsfllp.com |
| | Ryan McAllister | rmcallister@BSFLLP.com |
| **Direct Action Plaintiffs Campbell Soup Company; Campbell Soup Supply Company, L.L.C.; Pacific Foods of Oregon** | Scott E. Gant | sgant@bsfllp.com |
| | Jonathan M. Shaw | jshaw@bsfllp.com |
| | Colleen Harrison | charrison@bsfllp.com |
| | Sarah Jones | sjones@bsfllp.com |
| | Simon Leen | sleen@bsfllp.com |
| | Ryan McAllister | rmcallister@BSFLLP.com |
| **Direct Action Plaintiff Target Corporation** | Scott E. Gant | sgant@bsfllp.com |
| | Jonathan M. Shaw | jshaw@bsfllp.com |
| | Colleen Harrison | charrison@bsfllp.com |
| | Sarah Jones | sjones@bsfllp.com |
| | Simon Leen | sleen@bsfllp.com |
| | Ryan McAllister | rmcallister@BSFLLP.com |
| **Direct Action Plaintiffs John Soules Foods, Inc., John Soules Acqusitions LLC** | Scott E. Gant | sgant@bsfllp.com |
| | Jonathan M. Shaw | jshaw@bsfllp.com |
| | Colleen Harrison | charrison@bsfllp.com |
| | Sarah Jones | sjones@bsfllp.com |
| | Simon Leen | sleen@bsfllp.com |
| | Ryan McAllister | rmcallister@BSFLLP.com |
| **Direct Action Plaintiffs The Kroger Co., Hy-Vee Inc., & Albertsons Companies Inc.** | Bill Blechman | wjb@knpa.com |
| | Doug Patton | dpatton@knpa.com |
| | Sam Randall | srandall@knpa.com |
| | Brandon Floch | bfloch@knpa.com |
| **Direct Action Plaintiffs Associated Grocers of the South, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; OSI Restaurant Partners, LLC; Publix Super Markets, Inc.; Supervalu Inc.; & Wakefern Food Corp.** | Paul Slater | PES@Sperling-law.com |

| | | |
|---|---|---|
| | Joseph Vanek | jvanek@sperling-law.com |
| | David Germaine | dgermaine@sperling-law.com |
| | John Bjork | jbjork@sperling-law.com |
| | Martin Amaro | MAmaro@sperling-law.com |
| | Phil Cramer | pcramer@srvhlaw.com |
| | Ryan Holt | RHolt@srvhlaw.com |
| | Stacie Beishuizen | sbeishuizen@srvhlaw.com |
| | Jerry Santangelo | jsantangelo@sperling-law.com |
| **Direct Action Plaintiff Jetro Holdings, LLC** | Philip J. Iovieno | philip.iovieno@cwt.com |
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | mark.singer@cwt.com |
| | Nicholas A. Gravante, Jr. | nick.gravante@cwt.com |
| **Direct Action Plaintiffs Ahold Delhaize USA, Inc.; Aldi, Inc.; Chick-fil-A, Inc.** | Ryan Phair | rphair@huntonak.com |
| | Jack Martin | martinj@huntonak.com |
| | Craig Lee | craiglee@huntonak.com |
| | Matthew Calvert | mcalvert@huntonak.com |
| | Neil Gilman | ngilman@huntonak.com |
| | Emily Bolles | ebolles@huntonak.com |
| | Chris Brewer | brewerc@huntonak.com |
| | Meredith Malcolm | mmalcolm@huntonak.com |
| | Julie Porter | porter@spplawyers.com |
| **Direct Action Plaintiff BJ's Warehouse Club, Inc.** | Philip J. Iovieno | philip.iovieno@cwt.com |
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | mark.singer@cwt.com |
| | Nicholas A. Gravante, Jr. | nick.gravante@cwt.com |
| **Direct Action Plaintiff Maximum Quality Foods, Inc.** | Philip J. Iovieno | philip.iovieno@cwt.com |
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | mark.singer@cwt.com |
| | Nicholas A. Gravante, Jr. | nick.gravante@cwt.com |
| **Direct Action Plaintiff PJ Food Service, Inc.** | Philip J. Iovieno | philip.iovieno@cwt.com |
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | mark.singer@cwt.com |
| | Nicholas A. Gravante, Jr. | nick.gravante@cwt.com |
| **Direct Action Plaintiff Hooters of America, LLC** | David Esau | desau@carltonfields.com |
| | Kristin Gore | kgore@carltonfields.com |

|  | Amanda Jesteadt | ajesteadt@carltonfields.com |
|---|---|---|
|  | Stephen Cohen | scohen@carltonfields.com |
|  | Casey McGowan | CMcGowan@carltonfields.com |
|  | Amy Bowers | ABowers@carltonfields.com |
|  | Scott Menger | SMenger@carltonfields.com |
|  | Garth Yearick | gyearick@carltonfields.com |
|  | Joseph Vanek | jvanek@sperling-law.com |
|  | Michael Dickler | mdickler@sperling-law.com |
| **Direct Action Plaintiffs ANAHEIM WINGS, LLC, d/b/a Hooters of Anaheim; GASLAMP WINGS, LLC, previously d/b/a Hooters of San Diego; MISSION VALLEY WINGS, LLC, d/b/a Hooters of Mission Valley; OCEANSIDE WINGS, LLC, previously d/b/a Hooters of Oceanside; COSTA MESA WINGS, LLC, d/b/a Hooters of Costa Mesa; RANCHO BERNARDO WINGS, LLC, d/b/a Hooters of San Marcos; ONTARIO WINGS, LLC, d/b/a Hooters of Ontario; HOLLYWOOD WINGS, LLC, d/b/a Hooters of Hollywood; SOUTH GATE WINGS, LLC, d/b/a Hooters of South Gate; WINGS OVER LONG BEACH, LLC, d/b/a Hooters of Long Beach; BONITA PLAZA WINGS, LLC, d/b/a Hooters of Plaza Bonita; and DOWNTOWN WINGS, LLC, previously d/b/a Hooters of Downtown LA** | David Esau | desau@carltonfields.com |
|  | Kristin Gore | kgore@carltonfields.com |
|  | Amanda Jesteadt | ajesteadt@carltonfields.com |
|  | Stephen Cohen | scohen@carltonfields.com |
|  | Casey McGowan | CMcGowan@carltonfields.com |
|  | Amy Bowers | ABowers@carltonfields.com |
|  | Scott Menger | SMenger@carltonfields.com |
|  | Garth Yearick | gyearick@carltonfields.com |
|  | Joseph Vanek | jvanek@sperling-law.com |
|  | Michael Dickler | mdickler@sperling-law.com |

| | | |
|---|---|---|
| **Direct Action Plaintiffs RESTAURANTS OF AMERICA, INC; LTP MANAGEMENT GROUP, INC.; GIBSON, GRECO & WOOD, LTD.; and HOOTERS MANAGEMENT CORPORATION** | David Esau | desau@carltonfields.com |
| | Kristin Gore | kgore@carltonfields.com |
| | Amanda Jesteadt | ajesteadt@carltonfields.com |
| | Stephen Cohen | scohen@carltonfields.com |
| | Casey McGowan | CMcGowan@carltonfields.com |
| | Amy Bowers | ABowers@carltonfields.com |
| | Scott Menger | SMenger@carltonfields.com |
| | Garth Yearick | gyearick@carltonfields.com |
| | Joseph Vanek | jvanek@sperling-law.com |
| | Michael Dickler | mdickler@sperling-law.com |
| **Direct Action Plaintiffs Sherwood Food Distributors, L.L.C.; Harvest Meat Company, Inc.; Western Boxed Meat Distributors, Inc.; and Hamilton Meat, LLC** | Philip J. Iovieno | philip.iovieno@cwt.com |
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | mark.singer@cwt.com |
| | Nicholas A. Gravante, Jr. | nick.gravante@cwt.com |
| **Direct Action Plaintiff Darden Restaurants, Inc.** | Philip J. Iovieno | philip.iovieno@cwt.com |
| | Anne M. Nardacci | anardacci@bsfllp.com |
| | Mark A. Singer | mark.singer@cwt.com |
| | Nicholas A. Gravante, Jr. | nick.gravante@cwt.com |
| **Direct Action Plaintiff QUIRCH FOODS, LLC, f/k/a/ QUIRCH FOODS CO.** | Marvin A. Miller | mmiller@millerlawllc.com |
| | Matthew E. Van Tine | mvantine@millerlawllc.com |
| | Andrew Szot | aszot@millerlawllc.com |
| | Jay Shapiro | jshapiro@stearnsweaver.com |
| | Samuel Patmore | spatmore@stearnsweaver.com |
| | Carlos Canino | ccanino@stearnsweaver.com |
| | Abigail Corbett | acorbett@stearnsweaver.com |

11

| | | |
|---|---|---|
| **Direct Action Plaintiffs ACTION MEAT DISTRIBUTORS, INC., ASSOCIATED FOOD STORES, INC., BASHAS' INC., CERTCO, INC., DICARLO DISTRIBUTORS, INC., IRA HIGDON GROCERY COMPANY, INC., NICHOLAS & CO., INC., PACIFIC AGRI-PRODUCTS, INC., PACIFIC FOOD DISTRIBUTORS, INC., TROYER FOODS, INC., URM STORES, INC., and WEINSTEIN WHOLESALE MEATS, INC.** | Eric R. Lifvendahl | elifvendahl@lgcounsel.com |
| | Robert N. Kaplan | rkaplan@kaplanfox.com |
| | Matthew P. McCahill | mmccahill@kaplanfox.com |
| | Johnny K. Merritt | jmerritt@legalstrategy.com |
| | Richard L. Coffman | rcoffman@coffmanlawfirm.com |
| | Solomon B. Cera | scera@cerallp.com |
| | C. Andrew Dirksen | cdirksen@cerallp.com |
| **Direct Action Plaintiffs ASSOCIATED GROCERS, INC., BROOKSHIRE GROCERY COMPANY, And SCHNUCK MARKETS, INC.** | Eric R. Lifvendahl | elifvendahl@lgcounsel.com |
| | Robert N. Kaplan | rkaplan@kaplanfox.com |
| | Matthew P. McCahill | mmccahill@kaplanfox.com |
| | Johnny K. Merritt | jmerritt@legalstrategy.com |
| | Richard L. Coffman | rcoffman@coffmanlawfirm.com |
| | Solomon B. Cera | scera@cerallp.com |
| | C. Andrew Dirksen | cdirksen@cerallp.com |
| **Direct Action Plaintiffs HOWARD SAMUELS AS TRUSTEE IN BANKRUPTCY FOR CENTRAL GROCERS, INC., CBBC OPCO, LLC, d/b/a COLORADO BOXED BEEF and KING SOLOMON FOODS, INC.** | Eric R. Lifvendahl | elifvendahl@lgcounsel.com |
| | Robert N. Kaplan | rkaplan@kaplanfox.com |
| | Matthew P. McCahill | mmccahill@kaplanfox.com |
| | Johnny K. Merritt | jmerritt@legalstrategy.com |
| | Richard L. Coffman | rcoffman@coffmanlawfirm.com |
| | Solomon B. Cera | scera@cerallp.com |
| | C. Andrew Dirksen | cdirksen@cerallp.com |
| **Direct Action Plaintiff W. LEE FLOWERS & COMPANY, INC.** | Eric R. Lifvendahl | elifvendahl@lgcounsel.com |
| | Robert N. Kaplan | rkaplan@kaplanfox.com |
| | Matthew P. McCahill | mmccahill@kaplanfox.com |

|  | Johnny K. Merritt | jmerritt@legalstrategy.com |
|---|---|---|
|  | Richard L. Coffman | rcoffman@coffmanlawfirm.com |
|  | Solomon B. Cera | scera@cerallp.com |
|  | C. Andrew Dirksen | cdirksen@cerallp.com |
|  | Manton Grier | mgrier@hsblawfirm.com |
|  | Elizabeth Black | eblack@hsblawfirm.com |
|  | Mary Eldridge | meldridge@hsblawfirm.com |
| **Direct Action Plaintiffs UNITED SUPERMARKETS, LLC; KRISPY KRUNCHY FOODS, LLC; and CHENEY BROS., INC.** | Joseph Vanek | jvanek@sperling-law.com |
|  | Michael Dickler | mdickler@sperling-law.com |
|  | David Esau | desau@carltonfields.com |
|  | Kristin Gore | kgore@carltonfields.com |
|  | Amanda Jesteadt | ajesteadt@carltonfields.com |
|  | Stephen Cohen | scohen@carltonfields.com |
|  | Casey McGowan | CMcGowan@carltonfields.com |
|  | Amy Bowers | ABowers@carltonfields.com |
|  | Scott Menger | SMenger@carltonfields.com |
|  | Garth Yearick | gyearick@carltonfields.com |
|  | Jana Eisinger | jeisinger@eisingerlawfirm.com |
|  | Clay Taylor | Clay.Taylor@bondsellis.com |
| **Direct Action Plaintiffs Shamrock Foods Company and United Food Service, Inc.; Barbeque Integrated, Inc.; Bojangles' Restaurants, Inc. and Bojangles OPCO, LLC; Boston Market Corp.; Captain D's, LLC; Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc.; FIC Restaurants, Inc.; Golden Corral Corp.; The Johnny Rockets Group, Inc.; White Castle Purchasing Co.; WZ Franchise Corp.; Zaxby's Franchising LLC** | Robert Turken | rturken@bilzin.com |
|  | Scott Wagner | swagner@bilzin.com |
|  | Lori Lustrin | llustrin@bilzin.com |
|  | Ilana Drescher | ldrescher@bilzin.com |
|  | Shalia Sakona | ssakona@bilzin.com |
|  | Ben Mitchel | bmitchel@bilzin.com |
|  | Brianna Sainte | bsainte@bilzin.com |
| **Direct Action Plaintiffs CHECKERS DRIVE-IN RESTAURANTS, INC.** | Joseph Vanek | jvanek@sperling-law.com |
|  | Michael Dickler | mdickler@sperling-law.com |

13

|  | | |
|---|---|---|
|  | David Esau | desau@carltonfields.com |
|  | Kristin Gore | kgore@carltonfields.com |
|  | Amanda Jesteadt | ajesteadt@carltonfields.com |
|  | Stephen Cohen | scohen@carltonfields.com |
|  | Casey McGowan | CMcGowan@carltonfields.com |
|  | Amy Bowers | ABowers@carltonfields.com |
|  | Scott Menger | SMenger@carltonfields.com |
|  | Garth Yearick | gyearick@carltonfields.com |
| **Direct Action Plaintiffs GIANT EAGLE** | Erin Allen | Allen@marcus-shapira.com |
|  | Moira Cain-Mannix | Cain-Mannix@marcus-shapira.com |
|  | Bernie Marcus | Marcus@marcus-shapira.com |
| **Direct Action Plaintiffs Conagra Brands, Inc. Pinnacle Foods, Inc., Kraft Heinz Foods Company, Nestlé USA, Inc. and Nestlé Purina PetCare Company** | David Eddy | deddy@theantitrustlawgroup.com |
|  | Dennis Lynch | dlynch@theantitrustlawgroup.com |
|  | Chase Keibler | ckeibler@theantitrustlawgroup.com |
|  | Connie Steele | csteele@theantitrustlawgroup.com |
| **Direct Action Plaintiff Services Group of America, Inc.** | Greg Casas | casasg@gtlaw.com |
|  | Dominic Draye | drayed@gtlaw.com |
|  | Tom Dutton | duttont@gtlaw.com |
|  | Erik Weber | weberer@gtlaw.com |
|  | Zach Douglas | douglasz@gtlaw.com |
|  | Cindy Reed | reedci@gtlaw.com |
|  | Vanessa Pinkerton | pinkertonv@gtlaw.com |
| **Direct Action Plaintiff Walmart** | Shawn Rabin | srabin@SusmanGodfrey.com |
|  | Ravi Bhalla | rbhalla@susmangodfrey.com |
|  | Ryan Caughey | rcaughey@susmangodfrey.com |
|  | Steven Shepard | SShepard@susmangodfrey.com |
|  | Leize Nand | LNand@susmangodfrey.com |
|  | Rodney Polanco | rpolanco@susmangodfrey.com |
| **Direct Action Plaintiffs Amigos Meat Distributors, LP; Amigos Meat & Poultry, LLC; Amigos Meat Distributors East, LP; and Amigos Meat Distributors West, LP** | Peter Taaffe | ptaaffe@txattorneys.com |
|  | Jason Willis | jwillis@txattorneys.com |
|  | Obed De La Cruz | obed@mdlcfirm.com |
|  | Spencer Markle | spencer@mdlcfirm.com |

| | | |
|---|---|---|
| **Direct Action Plaintiff Commonwealth of Puerto Rico** | Johan M. Rosa Rodriguez | jorosa@justicia.pr.gov |
| | Todd Schneider | tschneider@schneiderwallace.com |
| | Kyle Bates | kbates@schneiderwallace.com |
| | Peter Schneider | pschneider@schneiderwallace.com |
| | Michael Mulder | mmmulder@mmulderlaw.com |
| | Elena Liveris | eliveris@mmulderlaw.com |
| **Direct Action Plaintiff El Pollo Loco, Inc.** | Judith Zahid | JZahid@zelle.com |
| | Eric Buetzow | ebuetzow@zelle.com |
| | James Dugan | jdugan@zelle.com |
| **Direct Action Plaintiff Associated Wholesale Grocers, Inc.** | Daniel Owen | dowen@polsinelli.com |
| | Amy Fitts | afitts@polsinelli.com |
| | Gabe Zorogastua | gzorogastua@polsinelli.com |
| | Kim Murray | kmurray@polsinelli.com |
| **Direct Action Plaintiffs McLane Company, Inc.; McLane/Mid-Atlantic, Inc.; McLane/Midwest, Inc.; McLane Minnesota, Inc.; McLane New Jersey, Inc.; McLane/Eastern, Inc.; McLane/Suneast, Inc.; McLane Ohio, Inc.; McLane/Southern, Inc.; McLane/Western, Inc.; McLane Express, Inc.; Kinexo, Inc.; McLane Foodservice Distribution, Inc., McLane Foodservice, Inc.** | Kathryn Reilly | reilly@wtotrial.com |
| | Judith Youngman | youngman@wtotrial.com |
| | Camille Papini-Chapla | papinichapla@wtotrial.com |
| | Adam Hachikian | ahachikian@foxswibel.com |
| **Direct Action Plaintiff Bob Evans Farms, Inc.** | David Esau | desau@carltonfields.com |
| | Kristin Gore | kgore@carltonfields.com |
| | Amanda Jesteadt | ajesteadt@carltonfields.com |
| | Stephen Cohen | scohen@carltonfields.com |
| | Casey McGowan | CMcGowan@carltonfields.com |
| | Amy Bowers | ABowers@carltonfields.com |
| | Scott Menger | SMenger@carltonfields.com |
| | Garth Yearick | gyearick@carltonfields.com |
| | Joseph Vanek | jvanek@sperling-law.com |
| | Michael Dickler | mdickler@sperling-law.com |

| | | |
|---|---|---|
| **Direct Action Plaintiff The Fresh Market, Inc.** | David Esau | desau@carltonfields.com |
| | Kristin Gore | kgore@carltonfields.com |
| | Amanda Jesteadt | ajesteadt@carltonfields.com |
| | Stephen Cohen | scohen@carltonfields.com |
| | Casey McGowan | CMcGowan@carltonfields.com |
| | Amy Bowers | ABowers@carltonfields.com |
| | Scott Menger | SMenger@carltonfields.com |
| | Garth Yearick | gyearick@carltonfields.com |
| | Joseph Vanek | jvanek@sperling-law.com |
| | Michael Dickler | mdickler@sperling-law.com |
| **Direct Action Plaintiff Wawa, Inc.** | David Esau | desau@carltonfields.com |
| | Kristin Gore | kgore@carltonfields.com |
| | Amanda Jesteadt | ajesteadt@carltonfields.com |
| | Stephen Cohen | scohen@carltonfields.com |
| | Casey McGowan | CMcGowan@carltonfields.com |
| | Amy Bowers | ABowers@carltonfields.com |
| | Scott Menger | SMenger@carltonfields.com |
| | Garth Yearick | gyearick@carltonfields.com |
| | Joseph Vanek | jvanek@sperling-law.com |
| | Michael Dickler | mdickler@sperling-law.com |
| **Direct Action Plaintiff Restaurant Services, Inc.** | David Esau | desau@carltonfields.com |
| | Kristin Gore | kgore@carltonfields.com |
| | Amanda Jesteadt | ajesteadt@carltonfields.com |
| | Stephen Cohen | scohen@carltonfields.com |
| | Casey McGowan | CMcGowan@carltonfields.com |
| | Amy Bowers | ABowers@carltonfields.com |
| | Scott Menger | SMenger@carltonfields.com |
| | Garth Yearick | gyearick@carltonfields.com |
| | Roger Kobert | rkobert@carltonfields.com |
| | Joseph Vanek | jvanek@sperling-law.com |
| | Michael Dickler | mdickler@sperling-law.com |
| **Direct Action Plaintiffs L. Hart Inc.; R & D Marketing LLC; Timber Lake Foods Inc.; EMA Foods Co., LLC; and Red Bird Farms Distribution Company** | Paul J. Ripp | pjr@willmont.com |
| | Charles E. Tompkins | cet@willmont.com |
| | Evan P. Boyle | epb@willmont.com |
| | W. Lawrence Deas | lawrence@listondeas.com |
| | Michael Gratz, Jr. | michael@gratzandgratz.com |

| | | |
|---|---|---|
| **USDOJ** | Heather Call | Heather.Call@usdoj.gov |
| | Michael Koenig | Michael.Koenig@usdoj.gov |
| | George Baranko | George.Baranko@usdoj.gov |
| | Frederick Levenson | Frederick.Levenson@usdoj.gov |
| | Carolyn Sweeney | Carolyn.Sweeney@usdoj.gov |
| | Paul Torzilli | Paul.Torzilli@usdoj.gov |
| | | |
| **Direct Action Plaintiffs Carl Buddig & Co., Inc.; and Caesars Enterprise Services, LLC** | Floyd A Mandell | floyd.mandell@katten.com |
| | Jeffrey A. Wakolbinger | jeffrey.wakolbinger@katten.com |
| | Yonaton M. Rosenzweig | yoni.rosenzweig@katten.com |
| | Catherine E. O'Brien | catherine.obrien@katten.com |