# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No: 1:16-cv-08637<br>Judge Thomas Durkin |
| THE KROGER CO., ALBERTSONS COMPANIES, INC., HY-VEE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE'S, INC., *et al*,<br><br>Defendants. | Individual Case No. 1:18-cv-04534 |
| SAVE MART SUPERMARKETS,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE'S, INC., *et al*,<br><br>Defendants. | Individual Case No. 1:19-cv-02805 |
| ASSOCIATED GROCERS OF THE SOUTH, INC., MEIJER, INC.; MEIJER DISTRIBUTION, INC.; OSI RESTAURANT PARTNERS, LLC; PUBLIX SUPER MARKETS, INC., SUPERVALU INC., UNIFIED GROCERS, INC., ASSOCIATED GROCERS OF FLORIDA, INC., and WAKEFERN FOOD CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>GEORGE'S, INC., *et al.*,<br><br>Defendants. | Individual Case No: 1:18-cv-04616 |

### STIPULATION AND ORDER DISMISSING CLAIMS WITH PREJUDICE OF DEFENDANTS GEORGE'S, INC. AND GEORGE'S FARMS, INC.

The parties in the above-styled action, through counsel, stipulate to the following approval:

1. This Stipulation is between Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc. and Save Mart Supermarkets (collectively, the "Kroger DAPs"), Plaintiffs Associated Grocers Of The South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corporation (collectively, the "AGS DAPs"), and Defendants George's, Inc. and George's Farms, Inc. (collectively "George's").

2. This Stipulation relates to *The Kroger Co., et al. v. George's, Inc., et al.*, Case No. 18-cv-04534, and *Save Mart Supermarkets v. George's, Inc., et al.*, Case No. 19-cv-02805 (collectively the "Kroger DAP Action"), and *Associated Grocers of the South, Inc. et al., v. Tyson Foods, Inc., et al.*, Case No. 18-cv-04616 (the "AGS DAP Action").

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Kroger DAPs, the AGS DAPs, and George's stipulate and agree to the dismissal, with prejudice, of the Kroger DAPs' claims and the AGS DAPs' claims asserted against George's in the Kroger DAP Action and the AGS DAP Action (including as set forth against George's in the Amended DAP Consolidated Complaint, ECF No. 4244), with each side bearing their own attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, has no bearing on the Kroger DAPs' claims or the AGS DAPs' claims against Defendants other than George's.

4. The Kroger DAPs, the AGS DAPs, and George's respectfully request that any documents filed under seal shall remain under seal.

**So Ordered** _Thomas M Durkin_  Dated: February 10, 2021
United States District Judge

2

Respectfully submitted,

By: _s/ **William J. Blechman**_
    Richard Alan Arnold, Esquire
    William J. Blechman, Esquire
    Douglas H. Patton, Esquire
    Samuel J. Randall, Esquire
    Michael A. Ponzoli, Esquire
    KENNY NACHWALTER, P.A.
    1441 Brickell Avenue
    Suite 1100
    Miami, Florida 33131
    Tel: (305) 373-1000
    Fax: (305) 372-1861
    E-mail: rarnold@knpa.com
            wblechman@knpa.com
            dpatton@knpa.com
            srandall@knpa.com
            mponzoli@knpa.com

**Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc. and Save Mart Supermarkets**

By: _s/ **David P. Germaine**_
    Joseph M. Vanek, Esquire
    Paul E. Slater, Esquire
    David P. Germaine, Esquire
    SPERLING & SLATER, P.C.
    55 West Monroe Street
    Suite 3200
    Chicago, Illinois 60603
    Tel: (312) 641-3200
    Fax: (312) 641-6492
    E-mail: jvanek@sperling-law.com
            pes@Sperling-law.com
            dgermaine@sperling-law.com

Phillip F. Cramer, Esquire
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South
Suite 1100
Nashville, Tennessee 37201
Tel: (615) 742-4200
E-mail: pcramer@srvhlaw.com

**Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc. Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corp.**

By: _s/ **William. L. Greene**_
    William L. Greene, Esquire
    STINSON LLP
    50 South Sixth Street
    Suite 2600
    Minneapolis, Minnestoa 55402
    Tel: (612)335-1568
    E-mail: william.greene@stinson.com

    Gary V. Weeks, Esquire
    THE LAW GROUP OF NORTHWEST
      ARKANSAS LLP
    1830 Shelby Lane
    Fayetteville, Arkansas 72704
    Tel: (479) 283-8946
    E-mail: gary.weeks@lawgroupnwa.com

**Counsel for Defendants George's, Inc. and George's Farms, Inc.**

631589 2