IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>All Actions | Case No.: 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE**

933553.8

Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and End-User Consumer Plaintiffs (collectively "Class Plaintiffs") and Defendants in the above-captioned litigation, through their respective counsel of record, stipulate to the following regarding the briefing schedule on Class Plaintiffs' motions for class certification.

Whereas Class Plaintiffs have requested a reasonable extension of the deadline to file their reply briefs on class certification and rebuttal expert report, and *Daubert* motions on Defendants' class certification experts.

Whereas Defendants have requested a reasonable extension of time of the deadline to file their opposition to Class Plaintiffs' *Daubert* motions on Defendants' class certification experts.

Whereas this stipulation does not change or impact any dates or deadlines other than the class certification deadlines set forth in this stipulation.

The parties stipulate and agree to the below amended schedule on the remaining deadlines related to Class Plaintiffs' motions for class certification:

| Event | Deadline |
| --- | --- |
| Class Plaintiffs' Opposition to Defendants' *Daubert* Motion of Dr. Cabral | March 22, 2021 |
| Class Plaintiffs' Reply Briefs on Class Certification and Rebuttal Expert Reports | March 29, 2021 |
| Class Plaintiffs' *Daubert* Motions on Defendants' Class Certification Expert Dr. Johnson | March 29, 2021 |
| Class Plaintiffs' Oppositions to Defendants' *Daubert* Motions of Drs. Carter, Mangum, Sunding, and Azari | March 29, 2021[1] |
| Defendants' Reply in Support of *Daubert* Motion of Dr. Cabral | April 29, 2021 |

---

[1] This deadline has been already set by the Court pursuant to ECF No. 4164.

949295.2

2

| Event | Deadline |
|---|---|
| Defendants' Replies in Support of *Daubert* Motions of Drs. Carter, Mangum, Sunding, and Azari | May 6, 2021[2] |
| Defendants' Oppositions to Class Plaintiffs' *Daubert* Motions on Defendants' Class Certification Expert Dr. Johnson | May 20, 2021 |
| Class Plaintiffs' Replies in Support of *Daubert* Motions on Defendants' Class Certification Expert Dr. Johnson | June 3, 2021 |

**SO ORDERED.**

Dated: 2/12/21

HON. JEFFREY T. GILBERT
U.S. MAGISTRATE JUDGE

---

[2] This deadline has been already set by the Court pursuant to ECF No. 4164.