# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Chick-fil-A, Inc. v. Agri Stats, Inc. et al.,* 20-cv-7205 | No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## JOINT STIPULATION REGARDING AMENDMENT TO CHICK-FIL-A, INC.'S AMENDED COMPLAINT

Plaintiff Chick-fil-A, Inc. ("CFA" or "Plaintiff") and Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc. ("Simmons" or "Defendants"), through their undersigned attorneys, hereby stipulate to amendment of CFA's Amended Complaint (Dkt. No. 4237) pursuant to Federal Rule of Civil Procedure 15(a)(2), as follows:

1. CFA filed its Amended Complaint in this action on January 28, 2021, wherein CFA named Simmons as a defendant to Count LIII for Violation of 15 U.S.C. § 1 for Bid-Rigging – Plead in the Alternative to Count I ("Count LIII").

2. CFA and Simmons have since conferred and agreed that CFA will amend its Amended Complaint to dismiss, without prejudice, CFA's claim against Simmons under Count LIII.

3. Under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading "with the opposing party's written consent." Simmons consents to CFA amending its Amended Complaint to dismiss, without prejudice, CFA's claim against Simmons under Count LIII.

4. This stipulation has no effect on CFA's claims against Simmons other than Count LIII.

5. This stipulation has no effect on CFA's claims against all Defendants other than Simmons.

WHEREFORE, CFA and Simmons hereby stipulate and request that the Court grant CFA leave to amend its Amended Complaint in this action and dismiss, without prejudice, CFA's claim against Simmons under Count LIII.

IT IS SO STIPULATED.

Dated: February 16, 2021

Respectfully Submitted,

/s/ Ryan P. Phair

Ryan P. Phair (#479050)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
T: (202) 955-1500
rphair@huntonak.com

*Attorney for Plaintiff Chick-fil-A, Inc.*

/s/ Lynn H. Murray

Lynn H. Murray
SHOOK HARDY & BACON LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
T: (312) 704-7700
lhmurray@shb.com

*Attorney for Defendants Simmons Food, Inc. and Simmons Prepared Foods, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on February 16, 2021, which constitutes service on counsel of record who are registered electronic filing users.

                                                  */s/ Ryan P. Phair*
                                                  Ryan P. Phair