**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case No. 1:16-cv-08637 |
| | The Honorable Thomas M. Durkin |
| This Document Relates To: | The Honorable Jeffrey T. Gilbert |
| *Services Group of America, Inc. v. Tyson Foods, Inc. et al.*, No. 1:19-cv-04194 | |
| And | |
| The Direct Purchaser Plaintiff Action | |

**SETTLING DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-RESPONSE TO
PLAINTIFF SERVICES GROUP OF AMERICA'S REPLY IN SUPPORT OF
NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY
DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S
SETTLEMENTS WITH GEORGE'S AND PECO
<u>OR IN THE ALTERNATIVE MOTION FOR LATE OPT-OUT FROM SETTLEMENT</u>**

George's, Inc. and George's Farms, Inc. ("George's") and Peco Foods, Inc. ("Peco") respectfully move this Court for leave to file a brief sur-response to the February 15, 2021 reply submitted by Services Group of America, Inc. (ECF No. 4304) in support of its Opt-Opt and Objection to List of Opt-Outs with Respect to the Direct Purchaser Class Plaintiffs' Settlements with George's and Peco Defendants, or in the Alternative, Motion for Late Opt-Out from Settlements (ECF No. 4187), which is currently pending before the Court.  George's and Peco have conferred with counsel for SGA, who have informed us that SGA opposes this motion.[1]  In support of this motion, George's and Peco state as follows:

1.      On January 19, 2021, SGA moved for permission to opt out of the George's and Peco settlements with the Direct Purchaser Plaintiff classes, which this Court finally approved in October 2020, asserting that SGA did not receive notice of the settlements and opt-out procedures or, in the alternative, that the filing of SGA's individual lawsuit should operate to exclude it from the settlement classes.

2.      On February 5, 2021, George's and Peco filed their response to SGA's motion opposing the relief sought because SGA never requested exclusion from their settlements despite having notice of those settlements, the opt-out procedures, and the opt-out deadlines.  (ECF No. 4275).  The Direct Purchaser Plaintiffs also filed a response to SGA's arguments about the notice program approved by the Court.  (ECF No. 4265).

3.      On February 15, 2021, SGA filed a reply arguing for the first time that, insofar as direct action plaintiff US Foods submitted a request for exclusion from the George's and Peco settlements, the Court should recognize US Foods' request as encompassing SSA, FSA, and

_____

[1] SGA's counsel stated that "SGA opposes the motion for leave to file because the sur-reply presents a new argument; we would take no position on your motion if we were allowed a responsive brief."

Ameristar—entities SGA apparently sold to US Foods during the pendency of this litigation. (ECF No. 4304 at 9). Had SGA made this argument in its opening brief, George's and Peco would have directed the Court to the US Foods exclusion request, which *expressly excluded* the SSA, FSA, and Ameristar entities.

4.      George's and Peco therefore request leave to file a brief sur-response addressing only SGA's new argument and correcting the factual record about the contents of the US Foods exclusion request. A copy of the two-page sur-response and declaration in support are attached hereto.

WHEREFORE, George's and Peco respectfully request that the Court grant this motion.


Dated: February 19, 2021                    Respectfully submitted,

                                            /s/ *William Greene*
                                            STINSON LLP
                                            William L. Greene (admitted pro hac vice)
                                            50 South Sixth Street, Suite 2600
                                            Minneapolis, MN 55402
                                            Telephone: (612) 335-1500
                                            william.greene@stinson.com

                                            J. Nicci Warr
                                            7700 Forsyth Blvd., Suite 1100
                                            St. Louis, MO 63105
                                            Telephone: (314) 259-4570
                                            nicci.warr@stinson.com

                                            John C. Martin
                                            SUGAR FELSENTHAL GRAIS &
                                            HELSINGER LLP
                                            30 N. LaSalle Street, Suite 3000
                                            Chicago, IL 60602
                                            Telephone: (312) 704-2172
                                            jmartin@sfgh.com

                                            THE LAW GROUP OF NORTHWEST
                                            ARKANSAS LLP

2

Gary V. Weeks (admitted pro hac vice)
K.C. Dupps Tucker (admitted pro hac vice)
Kristy E. Boehler (admitted pro hac vice)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

***Attorneys for Defendants George's, Inc.
and George's Farms, Inc.***


/s/ *Lara Flath*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Boris Bershteyn (admitted pro hac vice)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

***Attorneys for Defendant Peco Foods, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 19, 2021, he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *William L. Greene*
William L. Greene