# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>*Services Group of America, Inc. v. Tyson Foods, Inc. et al.*, No. 1:19-cv-04194<br><br>And<br><br>The Direct Purchaser Plaintiff Action | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br>The Honorable Jeffrey T. Gilbert |

**SETTLING DEFENDANTS' SUR-RESPONSE TO
PLAINTIFF SERVICES GROUP OF AMERICA'S REPLY IN SUPPORT OF
NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S SETTLEMENTS
WITH GEORGE'S AND PECO
<u>OR IN THE ALTERNATIVE MOTION FOR LATE OPT-OUT FROM SETTLEMENTS</u>**

SGA's continually changing theories as to why it should be permitted an untimely opt out of the George's and Peco's settlement classes has forced the Settling Defendants to file this sur-response to ensure the Court has the correct factual record.

In its reply brief, SGA asserted for the first time that, even though SGA failed to follow the Court-ordered process for excluding its claims, the Court should construe the opt-out notice timely submitted by DAP US Foods "as including a request for exclusion from the Class Settlements by SSA, FSA, and Ameristar which are now, and were at the time of the Class Notice, wholly owned subsidiaries of US Foods." (Dkt. 4304 ("SGA Reply") at 9; *see also id.* at 6 (arguing that because "US Foods sent a timely request for Exclusion," US Foods' opt-out "should encompass the [SGA] subsidiaries' claims as well")). However, the Settlement Administrator did not and could not interpret US Food's opt-out request to include the SGA subsidiaries because the US Foods request ***explicitly excluded the SGA subsidiaries***:

> US Foods does not own potential or asserted claims of Food Services of America, Inc., System Services of America, Inc., Ameristar Meats, Inc., Amerifresh, Inc., or GAMPAC Express, Inc., and ***is not making this submission on behalf of those entities***.

US Foods Exclusion Request dated March 4, 2020, attached as Exhibit 1 to Warr Declaration (emphasis added).

Furthermore, SGA acknowledges that US Foods did not own the claims that SGA is asserting. SGA Reply at 1 ("When SGA sold its former subsidiaries, it retained then-existing claims"); *see also* DAP Consolidated Complaint, Dkt. 3924 at ¶ 112 (SGA alleging that it retained the rights to all "claims and causes of action that FSA, SSA, or Ameristar could assert in this lawsuit through September 13, 2019"). Because US Foods did not own the claims that SGA is asserting, it had no authority to opt those claims out of the George's and Peco DPP class settlements. *See Winn-Dixie Stores, Inc. v. E. Mushroom Mktg. Coop.*, No. 06-0620, 2020 WL 5211035,

2

at *11 (E.D. Pa. Sept. 1, 2020) (holding that request timely submitted by Winn-Dixie was not effective to opt out claims that it did not legally possess at the time of the opt out). And, indeed, US Foods made clear to the Settlement Administrator that it was not attempting to do so.

SGA cannot avoid the consequences of its failure to request exclusion from the George's and Peco settlements by pretending that US Foods requested exclusion on its behalf. The Court should deny SGA's request in its entirety.

Respectfully submitted,

/s/ *William L. Greene*
STINSON LLP
William L. Greene (admitted pro hac vice)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

John C. Martin
SUGAR FELSENTHAL GRAIS &
HELSINGER LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Telephone: (312) 704-2172
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST
ARKANSAS LLP
Gary V. Weeks (admitted pro hac vice)
K.C. Dupps Tucker (admitted pro hac vice)
Kristy E. Boehler (admitted pro hac vice)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760

3

gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*


/s/ *Lara Flath*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Boris Bershteyn (admitted pro hac vice)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

5

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 22, 2021, he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                         /s/ *William L. Greene*