# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Civil Action No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |
| THIS DOCUMENT RELATES TO:<br><br>*Services Group of America, Inc. v. Tyson Foods, et al.*, Case No. 1:19-cv-04194<br><br>And<br><br>The Direct Purchaser Plaintiff Action | Honorable Thomas M. Durkin<br>Honorable Jeffrey T. Gilbert |

### SERVICES GROUP OF AMERICA INC'S MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF ITS NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS WITH RESPECT TO THE DIRECT PURCHASER CLASS PLAINTIFFS' SETTLEMENTS WITH GEORGE'S AND PECO DEFENDANTS, OR IN THE ALTERNATIVE, MOTION FOR LATE OPT-OUT FROM THE SETTLEMENTS

Services Group of America ("SGA") respectfully moves this Court for leave to file a brief sur-reply to George's and Peco's (the "Settling Defendants") February 19, 2021 Sur-Response to SGA's Reply in support of its Objection to List of Opt-Outs with Respect to the Direct Purchaser Class Plaintiffs' Settlements with George's and Peco Defendants, or in the Alternative, Motion for Late Opt-Out from Settlements. SGA has conferred with counsel for the Settling Defendants, who have informed SGA that they oppose this motion.[1]

On January 19, 2021, SGA moved for permission to opt out of the George's and Peco settlements with the Direct Purchaser Plaintiff classes. On February 5, 2021, the Settling Defendants filed their response to SGA's motion opposing the relief sought, arguing, in part, that SGA received sufficient notice because the Claims Administrator notified SGA's former subsidiaries. (ECF Dkt. No. 4275, at 5).

---

[1] SGA proposed a resolution of filing a sur-reply in response to the Settling Defendants' sur-reply. The Settling Defendants rejected that compromise.

On February 15, 2021, SGA filed a reply responding to the Settling Defendants' newly presented arguments and evidence that SGA's former subsidiaries, owned by US Foods, received notice. (ECF Dkt. No. 4304); Decl. Dianne Shay, ¶ 4 (ECF Dkt. No. 4187-2) (explaining the timing of the sale of the subsidiaries to US Foods). Considering the circumstances and the weight of the excusable neglect factors, SGA proposed that "the clearest resolution is to apply the US Foods opt out to the subsidiaries' claims, regardless of which DAP owns them." (ECF Dkt. No. 4304 at 8).

On February 19, 2021, the Settling Defendants moved for leave to file a sur-response attaching US Foods' letter request for exclusion from the George's and Peco settlements, which noted that US Foods was not opting out with respect to the claims of SGA's former subsidiaries. (ECF Dkt. No. 4322). The Settling Defendants present this new evidence to support their argument from their initial Response that notice to these US Foods entities is grounds for the Court to deny the relief sought by SGA. However, the Settling Defendants misinterpret SGA's counter-argument in Reply, and this new evidence fails to address the relevant considerations for the Court.

Therefore, SGA requests leave to file a brief sur-reply addressing the Settling Defendants' new argument and evidence in its sur-response. A copy of the sur-reply is attached hereto.

Dated: February 23, 2021

Respectfully submitted,

    */s/ Gregory J. Casas*
John F. Gibbons
Illinois Bar No. 6190493
gibbonsj@gtlaw.com
Thomas E. Dutton
Illinois Bar No. 6195923
duttont@gtlaw.com
GREENBERG TRAURIG, L.L.P.
77 West Wacker Dr. Suite 3100
Chicago, IL 60601
Telephone: 312-456-8400
Fax: 312-456-8435

Gregory J. Casas (admitted *pro hac vice*)

2

Texas Bar No.: 00787213
casasg@gtlaw.com
Erik Weber (admitted *pro hac vice*)
Texas Bar No.: 240898587
weberer@gtlaw.com
GREENBERG TRAURIG, L.L.P.
300 West Sixth Street, Suite 2050
Austin, Texas 78701-4052
Telephone: 512-320-7200
Fax: 512-320-7210

Dominic E. Draye (admitted *pro hac vice*)
Arizona Bar No. 033012
drayed@gtlaw.com
GREENBERG TRAURIG, L.L.P.
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602-445-8000
Fax: 602-445-8100

*Attorneys for Services Group of America, Inc.*

**CERTIFICATE OF SERVICE**

I, Erik Weber, hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on February 23, 2021, which constitutes service on counsel of record who are registered electronic filing users.

*/s/ Erik Weber*
Erik Weber