# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Chick-fil-A, Inc. v. Agri Stats, Inc. et al., 20-cv-7205* | No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## PLAINTIFF CHICK-FIL-A, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT UNDER SEAL

Plaintiff Chick-fil-A, Inc. ("CFA" or "Plaintiff"), pursuant to Local Rule 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully moves this Court for entry of an Order granting leave to file CFA's Second Amended Complaint under seal. In support of this Motion, CFA states as follows:

1. The Agreed Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2" (Dkt. No. 202 at 11).

2. Under Local Rule 26.2(c) "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief, or other submission must: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal. The sealing motion must be filed before or simultaneously with the provisional filing of the document under seal, and must be noticed for presentment promptly thereafter." L.R. 26.2(c).

3. CFA's Second Amended Complaint contains information from depositions and documents marked as Confidential or Highly Confidential pursuant to the Agreed Confidentiality Order entered in this case on November 8, 2016 (Dkt. No. 202).

1

4. Accordingly, CFA requests that this Court grant leave, pursuant to Local Rules 5.8 and 26.2, and in accordance with the Agreed Confidentiality Order, to file CFA's Second Amended Complaint under seal.

5. In compliance with Local Rule 26.2(c), CFA has filed a public-record version of CFA's Second Amended Complaint on February 24, 2021.

WHEREFORE, CFA respectfully requests this Court to enter an Order granting leave to file CFA's Second Amended Complaint under seal.

Dated: February 24, 2021

Respectfully Submitted,

/s/ Ryan P. Phair

Ryan P. Phair (#479050)
Craig Y. Lee (admitted *pro hac vice*)
Emily K. Bolles (admitted *pro hac vice*)
Christopher C. Brewer (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@huntonak.com
craiglee@huntonak.com
ebolles@huntonak.com
brewerc@huntonak.com

*Attorneys for Plaintiff Chick-fil-A, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on February 24, 2021, which constitutes service on counsel of record who are registered electronic filing users.

                                                            */s/ Ryan P. Phair*
                                                            Ryan P. Phair