# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Independent Purchasing Cooperative, Inc. v. Koch Foods Inc., et al.., 20-cv-02013* | Civil Action No. 1:16-cv-08637<br>Judge Thomas M. Durkin<br><br>**UNOPPOSED MOTION TO CORRECT BY INTERLINEATION AMENDED CONSOLIDATED DAP COMPLAINT DUE TO SCRIVENER'S ERROR** |

Plaintiff Independent Purchasing Cooperative, Inc. ("IPC") hereby files this unopposed motion to correct, by interlineation, a scrivener's error in the Direct Action Plaintiffs' Amended Consolidated Complaint [ECF 4243, 4244]. In support of this Motion, IPC states as follows:

1. On July 24, 2020, IPC filed its currently operative complaint [ECF 3717] which names as Defendants, among others, Amick Farms, LLC ("Amick") and Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc. (collectively, "Case Foods").

2. However, due to a scrivener's error in the Direct Action Plaintiffs' later-filed administrative Amended Consolidated Complaint, the names of those two Defendant groups (Amick and Case) were inadvertently excluded from the portion of the summary chart in Section II of the Amended Consolidated DAP Complaint which lists the relevant Defendant groups sued by IPC.

3. Although the Amended Consolidated DAP Complaint is not IPC's operative complaint and exists for administrative purposes, IPC hereby moves, in an abundance of caution and for the sake of clarity, to correct by interlineation that portion of the Section II chart relating to IPC, which appears on page 36 of the Amended Consolidated DAP Complaint, as

follows (where the previously-omitted Defendant names to be added to the text by interlineation appear below in red and underlined):

| Plaintiff Name | Operative Complaint (Reference is to Sealed Version, if applicable) | Named Defendants (Not Previously Dismissed) | Named Co-Conspirators (if any) | Causes of Action |
|---|---|---|---|---|
| Independent Purchasing Cooperative, Inc. | ECF 3717 | Agri Stats; **Amick; Case;** Claxton; Foster Farms; George's; Harrison; House of Raeford; Keystone Foods; Koch; Mar-Jac; Mountaire; O.K. Foods; Peco; Perdue; Pilgrim's Pride; Sanderson; Simmons; Tyson; Wayne | Allen Harim; Fieldale | Count I (Sherman Act Claim for all Anticompetitive Conduct) |

4. Defendants Amick and Case will not be prejudiced by the relief sought herein, and correcting this scrivener's error does not impact any other party in the case.

5. Undersigned counsel has conferred by telephone with counsel for Amick and for Case regarding this motion, and their counsel have stated that they do not oppose the relief sought herein, but reserve all rights and defenses with respect to IPC's claims.

WHEREFORE, Plaintiff IPC respectfully requests that the Court order that page 36 of the Amended Consolidated DAP Complaint be amended by interlineation to include Amick and Case in the list of Defendants sued by IPC, that the Amended Consolidated DAP Complaint be deemed to be so revised by the granting of this Motion, and that the Court order such other and further relief as it deems just and appropriate under the circumstances.

Dated: February 26, 2021

Respectfully submitted,

*/s/ Jay B. Shapiro*
Jay B. Shapiro
Abigail G. Corbett
Samuel O. Patmore
Carlos J. Canino
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: 305.789.3200
Fax: 305.789.3395
Email: jshapiro@stearnsweaver.com
spatmore@stearnsweaver.com
ccanino@stearnsweaver.com
acorbett@stearnsweaver.com

Marvin A. Miller
Andrew Szot
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: 312.332.3400
Fax: 312.676.2676
Email: mmiller@millerlawllc.com
aszot@millerlawllc.com

*Counsel for Independent Purchasing Cooperative, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, a true and correct copy of the foregoing was served on all counsel of record via the ECF document filing system for the United States District Court for the Northern District of Illinois.

By: */s/ Jay B. Shapiro*
Jay B. Shapiro