**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Bojangles' Restaurants, Inc. and Bojangles OPCO LLC v. Tyson Foods, Inc. et al.*, Case No. 1:20-cv-07734 | Civil Action No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert<br><br>Jury Trial Demanded |

## AMENDED COMPLAINT

1. Plaintiffs Bojangles' Restaurants, Inc. and Bojangles OPCO LLC (collectively, "BRI") hereby amends its Complaint (ECF 1) in Case No. 1:20-cv-07734, and its claims and allegations in and the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, filed in *In re Broiler Antitrust Litigation*, Case No. 1:16-cv-08637 (ECF 4243) ("DAP Consolidated Complaint"), to name the following Defendants: Fieldale Farms Corporation ("Fieldale"); Utrecht-America Holdings, Inc. and its subsidiaries, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, and Utrecht-America Finance Co. (collectively "Rabobank"); and Keystone Foods LLC and its wholly owned subsidiaries and affiliated entities Keystone Foods Corporation, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, and Equity Group Georgia Division LLC (collectively "Keystone").

2. BRI incorporates by reference the factual allegations and reservations of rights contained in the DAP Amended Consolidated Complaint, amending its row in Section II's Chart of Direct-Action Plaintiff Cases as follows:

| Plaintiff Name | Operative Complaint (Reference is to Sealed Version, if applicable) | Named Defendants (Not Previously Dismissed) | Named-Co-Conspirators (if any) | Causes of Action |
|---|---|---|---|---|
| BRI | TBD | Claxton; Mar-Jac; George's; Agri Stats; Amick; Case; Foster Farms; Harrison; House of Raeford, Peco; Koch; Mountaire; O.K. Foods; Perdue; Pilgrim's Pride, Sanderson; Simmons; Tyson; Wayne; ; Fieldale; Rabobank; Keystone | Allen Harim; Marshall Durbin; Defendant Family Co-Conspirators | Count I (Sherman Act Claim for all Anticompetitive Conduct); Count XXII (Florida); Count XXIV (Illinois Antitrust Act); Count XXVIII (Illinois Fraud Act); Count XXXIII (Alabama); Count XLII (North Carolina); Count LVII (South Carolina); Count LI (Tennessee); Count XLV (Virginia); Count XXXV (DC) |

**PRAYER FOR RELIEF**

WHEREFORE, BRI respectfully requests that the Court:

 A. Enter joint and several judgments against Defendants in favor of BRI;

 B. Award BRI damages in an amount to be determined at trial to the maximum extent allowed under federal antitrust laws, and enter a joint and several judgment in favor of BRI against Defendants in an amount to be trebled as provided by law;

 C. Award BRI post-judgment interest as provided by law, with such interest to be awarded at the highest legal rate;

 D. Award BRI's attorneys' fees, litigation expenses, and costs, as provided by law; and

 E. Grant BRI such other and further relief that the Court may deem just and proper.

**JURY DEMAND**

2

Pursuant to Federal Rule of Civil Procedure 38(b), BRI demands a trial by jury on all issues so triable.

Dated: February 26, 2021

Respectfully submitted,

BOJANGLES' RESTAURANTS, INC. AND BOJANGLES OPCO, LLC

By: /s/ *Lori P. Lustrin*
Robert W. Turken (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

Andrew P. Bleiman
**MARKS & KLEIN, LLP**
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: 312-206-5162
Facsimile: 312-420-5568
andrew@marksklein.com