**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO ALL DIRECT ACTION PLAINTIFFS | Case No. 1:16-cv-08637<br>Judge Thomas M. Durkin |

**RABOBANK'S RULE 12(b)(6) MOTION TO DISMISS
DIRECT ACTION PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Utrecht-America Holdings, Inc., Rabo AgriFinance LLC, Rabobank USA Financial Corporation, and Utrecht-America Finance Co. (collectively, "Rabobank") hereby move to dismiss the claims asserted against them in Direct Action Plaintiffs' Amended Consolidated Complaint (Dkt. 4243).[1]

Dismissal is proper for the reasons set forth in the memorandum of law filed concurrently herewith. Specifically, the complaint does not plausibly allege that Rabobank knew of or had any role in an alleged output-reduction or price-fixing conspiracy. Accordingly, Rabobank respectfully requests that the Court dismiss all claims asserted against Rabobank in Direct Action Plaintiffs' Amended Consolidated Complaint in their entirety, with prejudice.

Dated: March 1, 2021

Respectfully submitted,

UTRECHT-AMERICA HOLDINGS, INC., RABO AGRIFINANCE LLC, RABOBANK USA FINANCIAL CORPORATION, and UTRECHT-AMERICA FINANCE CO.

By: /s/ David J. Doyle
One of their attorneys

---

[1] Rabobank's counsel has informed liaison counsel for Direct Action Plaintiffs of Rabobank's intent to file this Motion. Counsel for Direct Action Plaintiffs has not consented to the requested relief.

David J. Doyle  (ARDC #6224848)
Jill C. Anderson  (ARDC #6228756)
Matthew T. Connelly  (ARDC #6320465)
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
ddoyle@freeborn.com
janderson@freeborn.com
mconnelly@freeborn.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 1, 2021, he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David J. Doyle