**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin |
| All End-User Consumer Plaintiffs Actions | Magistrate Judge Jeffrey T. Gilbert |

## MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENTS BETWEEN END-USER CONSUMER PLAINTIFFS AND TYSON, FIELDALE, PECO FOODS AND GEORGE'S DEFENDANTS

PLEASE TAKE NOTICE that on the date and time to be determined by the Court, if the Court determines that a hearing is necessary, the End-User Consumer Plaintiffs ("EUCPs") will appear (or will appear by remote means) before the Honorable Thomas M. Durkin in his courtroom 1441 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will then and there present their Motion for Preliminary Approval of Settlements with Tyson, Fieldale, Peco Foods and George's Defendants. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure, the concurrently filed Memorandum of Law and supporting declaration and exhibits, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

DATED: March 1, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP

By_____s/ Shana E Scarlett_____
        SHANA E. SCARLETT

Rio R. Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com

riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

*Interim Lead Counsel for End-User Consumer
Plaintiffs*

Kit A. Pierson
Brent W. Johnson
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com
adeich@cohenmilstein.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
dsilverman@cohenmilstein.com

*Additional Counsel for End-User Consumer
Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on March 1, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

s/ Steve W. Berman
STEVE W. BERMAN
