UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Golden Corral Corporation v. Pilgrim's Pride Corporation, et al.*, Case No. 1:20-cv-06176 | Civil Action No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert<br><br>Jury Trial Demanded |

# AMENDED COMPLAINT

1. Plaintiff Golden Corral Corporation ("Plaintiff" or "Golden Corral") hereby amends its Complaint (ECF 1) in Case No. 1:20-cv-06176, and its claims and allegations in the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, filed in *In re Broiler Antitrust Litigation*, Case No. 1:16-cv-08637 (ECF 4243) ("DAP Amended Consolidated Complaint"), to name the following Defendants: Koch Foods, Inc.; JCG Foods of Alabama, LLC; JCG Foods of Georgia, LLC; Koch Meat Co., Inc. ("Koch"); Sanderson Farms, Inc.; Sanderson Farms, Inc. (Food Division); Sanderson Farms, Inc. (Production Division); Sanderson Farms, Inc. (Processing Division) ("Sanderson"); Perdue Farms Inc.; Perdue Foods LLC ("Purdue"); Peco Foods, Inc. ("Peco Foods"); Wayne Farms, LLC ("Wayne"); Simmons Prepared Foods, Inc. ("Simmons"); O.K. Foods, Inc.; O.K. Farms, Inc.; O.K. Industries, Inc. ("OK Foods"); Harrison Poultry, Inc. ("Harrison"); Foster Farms, LLC; Foster Poultry Farms ("Foster"); Mountaire Farms, Inc.; Mountaire Farms, LLC; Mountaire Farms of Delaware, Inc. ("Mountaire"); Case Foods, Inc.; Case Farms, LLC; Case Farms Processing, Inc. ("Case"); Agri Stats, Inc. ("Agristats"); Fieldale Farms Corporation ("Fieldale"); Utrecht-America Holdings, Inc. and its subsidiaries, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, and Utrecht-America Finance Co. ("Rabobank").

1

2. Golden Corral incorporates by reference the factual allegations and reservations of rights contained in the DAP Amended Consolidated Complaint, amending its row in Section II's Chart of Direct-Action Plaintiff Cases as follows:

| Plaintiff Name | Operative Complaint (Reference is to Sealed Version, if applicable) | Named Defendants (Not Previously Dismissed) | Named-Co-Conspirators (if any) | Causes of Action |
|---|---|---|---|---|
| Golden Corral Corporation | ECF 3873 | Claxton; Pilgrim's Pride; George's; Agri Stats; Amick; Case; Foster Farms; Harrison; Koch; Mountaire; O.K. Foods; Peco; Perdue; Sanderson; Simmons; Wayne; Fieldale; Rabobank | Allen Harim; Keystone Foods; Marshall Durbin House of Raeford; Mar-Jac; Tyson; Defendant Family Co-Conspirators | Count I (Sherman Act Claim for all Anticompetitive Conduct) |

**PRAYER FOR RELIEF**

WHEREFORE, Golden Corral respectfully requests that the Court:

A. Enter joint and several judgments against Defendants in favor of Golden Corral;

B. Award Golden Corral damages in an amount to be determined at trial to the maximum extent allowed under federal antitrust laws, and enter a joint and several judgment in favor of Golden Corral against Defendants in an amount to be trebled as provided by law;

C. Award Golden Corral post-judgment interest as provided by law, with such interest to be awarded at the highest legal rate;

D. Award Golden Corral's attorneys' fees, litigation expenses, and costs, as provided by law; and

E. Grant Golden Corral such other and further relief that the Court may deem just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Golden Corral demands a trial by jury on all issues so triable.

Dated: March 2, 2021

Respectfully submitted,

GOLDEN CORRAL CORPORATION

By: /s/ *Lori P. Lustrin*
Robert W. Turken (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

Andrew P. Bleiman
**MARKS & KLEIN, LLP**
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: 312-206-5162
Facsimile: 312-420-5568
andrew@marksklein.com