**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Johnny Rockets Group, Inc. v. Tyson Foods, Inc. et al.*, Case No. 1:20-cv-03459 | Civil Action No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert<br><br>Jury Trial Demanded |

## **AMENDED COMPLAINT**

1. Plaintiff The Johnny Rockets Group, Inc. ("Johnny Rockets") hereby amends its Complaint (ECF 1) in Case No. 1:20-cv-03459, and its claims and allegations in the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, filed in *In re Broiler Antitrust Litigation*, Case No. 1:16-cv-08637 (ECF 4243) ("DAP Amended Consolidated Complaint"), to name the following Defendants: Utrecht-America Holdings, Inc. and its subsidiaries, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, and Utrecht-America Finance Co. (collectively "Rabobank"); and Keystone Foods LLC and its wholly owned subsidiaries and affiliated entities Keystone Foods Corporation, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, and Equity Group Georgia Division LLC (collectively "Keystone").

2. Johnny Rockets incorporates by reference the factual allegations and reservations of rights contained in the DAP Amended Consolidated Complaint, amending its row in Section II's Chart of Direct-Action Plaintiff Cases as follows:

1

| Plaintiff Name | Operative Complaint (Reference is to Sealed Version, if applicable) | Named Defendants (Not Previously Dismissed) | Named-Co-Conspirators (if any) | Causes of Action |
|---|---|---|---|---|
| The Johnny Rockets Group, Inc. | ECF 3660 | Agri Stats; Amick; Case; Claxton; Fieldale; Foster Farms; George's; Harrison; House of Raeford; Koch; Mar-Jac; Mountaire; O.K. Foods; Peco; Perdue; Pilgrim's Pride; Sanderson; Simmons; Tyson; Wayne; Rabobank; Keystone | Allen Harim; Defendant Family Co-Conspirators | Count I (Sherman Act Claim for all Anticompetitive Conduct); Count XXIII (Violation of Arizona Antitrust Law); Count XXXIII (Violation of Alabama Antitrust Law); Count XXXI (Violation of California's Cartwright Act); Count XXXII (Violation of California's UCL); Count XXXIV (Violation of Colorado Consumer Protection Act); Count XXXV (Violation of District of Columbia Antitrust Act); Count XXII (Violation of FDUTPA); Count XXXVI (Violation of Hawaii Antitrust Law); Count XXIV (Violation of Illinois Antitrust Act); Count XXVIII (Violation of the Illinois Fraud Act); Count XXXVII (Violation of Maine Antitrust Act); Count XXXVIII (Violation of Michigan Antitrust Act); Count XXV (Violation of Minnesota Antitrust Law); Count XXIX (Violation of Minnesota Consumer Fraud Act); Count XXXIX (Violation of Missouri Merchandising Practices Act); Count XL (Violation of Nevada Unfair Trade Practices Act); Count XLI (Violation of Nevada Deceptive Trade Practices Act); Count XXVI (Violation of New Mexico Antitrust Act); Count XXX (Violation of New Mexico Unfair Practices Act); Count XXVII (Violation of NY General Business Law); Count XLII (Violation of North Carolina Unfair Trade Act); Count XLIII (Violation of the Rhode Island Antitrust Act); Count LVII (Violation of S.C. CODE ANN §§ 39-5-10); Count XLIV (Violation of the Utah Antitrust Act); Count XLV (Violation of the Virginia Consumer Protection Act); Count LI (Violation of the Tennessee Antitrust Act); Count LII (Violation of the Wisconsin Antitrust Act) |

## **PRAYER FOR RELIEF**

WHEREFORE, Johnny Rockets respectfully requests that the Court:

    A.    Enter joint and several judgments against Defendants in favor of Johnny Rockets;

B.  Award Johnny Rockets damages in an amount to be determined at trial to the maximum extent allowed under federal antitrust laws, and enter a joint and several judgment in favor of Johnny Rockets against Defendants in an amount to be trebled as provided by law;

C.  Award Johnny Rockets post-judgment interest as provided by law, with such interest to be awarded at the highest legal rate;

D.  Award Johnny Rockets attorneys' fees, litigation expenses, and costs, as provided by law; and

E.  Grant Johnny Rockets such other and further relief that the Court may deem just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Johnny Rockets demands a trial by jury on all issues so triable.

Dated: March 2, 2021

Respectfully submitted,

THE JOHNNY ROCKETS GROUP, INC.

By: /s/ *Lori P. Lustrin*
Robert W. Turken (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

Andrew P. Bleiman
**MARKS & KLEIN, LLP**
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: 312-206-5162

Facsimile: 312-420-5568
andrew@marksklein.com

4