# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* _____ THIS DOCUMENT RELATES TO: All Direct Action Plaintiffs | Civil Action No. 1:16-cv-08637 Judge Thomas M. Durkin Magistrate Judge Jeffrey T. Gilbert |

On March 3, 2021, the Court directed that "Liaison counsel for the Direct Action Plaintiffs should file a status report by 3/11/2021 explaining why Direct Action Plaintiffs continue to file amended complaints despite the filing of the Direct Action Plaintiffs' consolidated complaint." Doc. 4411.

The undersigned counsel, Co-Liaison Counsel for the Direct Action Plaintiffs, asked all Direct Action Plaintiffs who have filed amended complaints since the filing of Direct Action Plaintiffs' Consolidated Amended Complaint (Doc. 4243) on January 29, 2021, to prepare a submission for the Court responsive to the Court's March 3, 2021 directions. The responses received are attached hereto as Appendix A, Appendix B and Appendix C.

Dated: March 11, 2021

/s/ *Scott E. Gant*
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
E-mail: sgant@bsfllp.com

***Co-Liaison Counsel for Direct Action Plaintiffs***

/s/ *Julie B. Porter*
Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER & PORTER, PLLC
1010 Davis Street
Evanston, Illinois 60201
Tel: (312) 283-5711
E-mail: porter@sppplaw.com

***Co-Liaison Counsel for Direct Action Plaintiffs***

# Appendix A

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: Certain Direct Action Plaintiff Actions | Case No. 1:16-cv-08637<br><br>**STATUS REPORT** |

Pursuant to the Court's March 3, 2021 Order, Direct Action Plaintiffs Barbeque Integrated, Inc.; Bojangles' Restaurants, Inc. and Bojangles OPCO, LLC; Boston Market Corp.; Captain D's, LLC; Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc.; FIC Restaurants, Inc.; Golden Corral Corp.; The Johnny Rockets Group, Inc.; White Castle Purchasing Co.; WZ Franchise Corp.; Zaxby's Franchising LLC; and El Pollo Loco, Inc. ("Certain DAPs") provide the following status report.

On March 2, 2021, Certain DAPs filed Amended Complaints adding Keystone Foods Corporation and Keystone Foods LLC ("Keystone"), Rabobank USA Financial Corporation ("Rabobank"), and in some instances Fieldale Farms Corporation ("Fieldale"), as Defendants. The Amended Complaints were filed as a matter of right pursuant to Federal Rule of Civil Procedure 15(a).

Prior to the filing of the Direct Action Plaintiffs' Amended Consolidated Complaint [D.E. 4139], several other direct action plaintiffs sought and were granted leave to name Keystone and Rabobank as Defendants in the Amended Consolidated Complaint. At the time of filing the Amended Consolidated Complaint, Defendants had not yet responded to Certain DAPs Complaints, but, in accord with a prior order of the Court, Certain DAPs believed it would be

improper for them to add new Defendants as part of the Amended Consolidated Complaint. As the Court made clear, aside from permitting all DAPs to adopt bid-rigging allegations, the Amended Consolidated Complaint was not intended to serve as a vehicle for DAPs to substantively amend their underlying complaints. [D.E. 3835] ("this order does not serve to grant leave for further amendment beyond bid-rigging allegations without a separate motion.").

Accordingly, Certain DAPs exercised their right to amend and filed Amended Complaints adding the additional Defendants. *See* Fed. R. Civ. P. 15(a).

Dated: March 11, 2021

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

By: /s/ *Lori P. Lustrin*

Robert W. Turken
Scott N. Wagner
Lori P. Lustrin
1450 Brickell Ave
Suite 2300
Miami, Florida 33131-3456
Tel: (305) 374-7580
Fax: (305) 374-7593
rturken@bilzin.com
swagner@bilzin.com
llustrin@bilzin.com

*Counsel for Plaintiffs Barbeque Integrated, Inc.; Bojangles' Restaurants, Inc. and Bojangles OPCO, LLC; Boston Market Corp.; Captain D's, LLC; Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc.; FIC Restaurants, Inc.; Golden Corral Corp.; The Johnny Rockets Group, Inc.; White Castle Purchasing Co.; WZ Franchise Corp.; and Zaxby's Franchising LLC*

# Appendix B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re Broiler Chicken Antitrust Litigation | Case No: 16-cv-08637<br><br>Judge Thomas Durkin |

**STATEMENT PERTAINING TO AMENDMENT BY
DIRECT ACTION PLAINTIFF FOCUS BRANDS LLC
ON FEBRUARY 27, 2021**

Pursuant to ECF No. 4411, Direct Action Plaintiff, Focus Brands LLC ("Focus Brands") – the only plaintiff represented by undersigned counsel who has filed an amended complaint after the DAP Consolidated Amended Complaint ("CAC") was filed on January 29, 2021 – states as follows:

On February 17, 2021, after the CAC was filed, Focus Brands filed its Motion for Reassignment in this action attaching a copy of its Complaint. [Dkt. 4309]. On February 18, 2021, this Court entered an Order granting Focus Brands' Motion for Reassignment [Dkt. 4310]. On February 22, 2021, Focus Brands and Defendants entered into a Stipulation concerning waiver of service [Dkt. 4328] ("Stipulation"), which states in relevant part:

> The parties are negotiating a date by which [Focus Brands] will be incorporated into an amended consolidated complaint and a corresponding date by which either (1) Stipulating Defendants' responses and defenses in prior amended consolidated answer(s) are deemed incorporated to the amended consolidated complaint or (2) Stipulating Defendants will file a consolidated answer to the amended consolidated complaint.

On February 27, 2021, pursuant to Fed. R. Civ. P. 15(a)(1), before Defendants filed an answer, Focus Brands filed its Amended Complaint to include information pertaining to assignments of the claims it is pursuing in this action. [Dkt. 4358]. Focus Brands did not add any new defendants, nor did it add any new claims or causes of action.

Dated: March 9, 2021

By: /s/ David B. Esau

David B. Esau
Kristin A. Gore
Garth Yearick
Amanda R. Jesteadt
Stephen A. Cohen
Casey R. McGowan
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368
desau@carltonfields.com
kgore@carltonfields.com
gyearick@carltonfields.com
ajesteadt@carltonfields.com
scohen@carltonfields.com
cmcgowan@carltonfields.com

Roger S. Kobert
CARLTON FIELDS, P.A.
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203
rkobert@carltonfields.com

Scott L. Menger
CARLTON FIELDS, LLP
2029 Century Park East, Suite 1200
Los Angeles, CA 90067
Tel: (310) 843-6300
Fax: (310) 843-6301
smenger@carltonfields.com

*Counsel for Plaintiffs United Supermarkets, LLC; Krispy Krunchy Foods, LLC; Cheney Bros. Inc.; Hooters of America, LLC; Checkers Drive-In Restaurants Inc.; Restaurants of America, Inc. et al.; Anaheim Wings, LLC d/b/a Hooters of Anaheim et al.; Bob Evans Farms, Inc.; The Fresh Market, Inc.; Wawa, Inc.; Restaurant Services, Inc.; Cajun*

*Operating Company d/b/a Church's Chicken; Sonic Industries Services Inc.; Buffalo Wild Wings, Inc.; CKE Restaurants Holdings, Inc.; Focus Brands, LLC; and The Cheesecake Factory Inc.*

# Appendix C

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Chick-fil-A, Inc. v. Agri Stats, Inc. et al., 20-cv-7205* | No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## CHICK-FIL-A, INC.'S STATEMENT OF REASON FOR AMENDMENT

Pursuant to the Court's March 3, 2021 Order, Plaintiff Chick-fil-A, Inc. ("CFA" or "Plaintiff"), states as follows:

On February 16, 2021, CFA entered into a joint stipulation with Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc. ("Simmons"), whereby Simmons consented to CFA amending its First Amended Complaint to dismiss, without prejudice, CFA's claim against Simmons for Violation of 15 U.S.C. § 1 for Bid-Rigging – Plead in the Alternative to Count I. The Court entered an order granting CFA leave to amend its First Amended Complaint on February 18, 2021, and CFA filed its Second Amended Complaint on February 24, 2021.

Dated: March 11, 2021

/s/ Ryan P. Phair

Ryan P. Phair (#479050)
Craig Y. Lee (admitted *pro hac vice*)
Emily K. Bolles (admitted *pro hac vice*)
Christopher C. Brewer (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@huntonak.com
craiglee@huntonak.com
ebolles@huntonak.com
brewerc@huntonak.com

Matthew J. Calvert (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street NE
Atlanta, GA 30308
(404) 888-4000
mcalvert@huntonak.com

John S. Martin (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4704
(804) 788-8200
marinj@huntonak.com

Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER
& PORTER, PLLC
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@sppplaw.com

*Attorneys for Plaintiff Chick-fil-A, Inc.*