**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>The End-User Consumer Plaintiff Action | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin |

**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715 ON BEHALF OF
FIELDALE FARMS CORPORATION, GEORGE'S, INC., GEORGE'S FARMS, INC.,
PECO FOODS, INC., TYSON FOODS, INC., TYSON CHICKEN, INC.,
<u>TYSON BREEDERS, INC., AND TYSON POULTRY, INC.</u>**

PLEASE TAKE NOTICE that on March 11, 2021, settling defendants Fieldale Farms Corporation, George's, Inc., George's Farms, Inc., Peco Foods, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. caused notice of their respective proposed class action settlements with the End-User Consumer Plaintiffs to be provided to each appropriate Federal and each appropriate State official via UPS and U.S. Postal Service Certified Mail, pursuant to 28 U.S.C. § 1715(b). The Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice is attached hereto as Exhibit A.

Dated: March 15, 2021                                                                      Respectfully submitted,

By: */s/ Brendan J. Healey*
Brendan J. Healey
MANDELL MENKES LLC
One North Franklin, Ste 3600
Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Max Marks (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
max.marks@alston.com

R. Brent Hatcher, Jr. (admitted *pro hac vice*)
SMITH, GILLIAM, WILLIAMS & MILES PA
301 Green Street NW, Ste 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com

*Attorneys for Defendant Fieldale Farms Corporation*

By: */s/ William L. Greene*
STINSON LLP
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

John C. Martin
SUGAR FELSENTHAL GRAIS & HELSINGER LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Telephone: (312) 704-2172
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP
Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

2

By: */s/ Lara Flath*
Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

*/s/ Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com
Jordan M. Tank

LIPE LYONS MURPHY NAHRSTADT &
  PONTIKIS, LTD.
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc.,
Tyson Chicken, Inc., Tyson Breeders, Inc.,
and Tyson Poultry, Inc.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 15, 2020, I caused a copy of the foregoing document to be served via the Court's ECF system, which will cause copies to be served on all counsel who have appeared in the case.

                                                  */s/ Lara Flath*
                                                  Lara Flath