**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| | Judge Thomas M. Durkin |
| | Magistrate Judge Jeffrey T. Gilbert |
| This Document Relates to: | |
| *POLLO OPERATIONS, INC. v. AGRI STATS, INC., et al.,* *Case No.: 1:20-cv-07834* | |

**JOINT STIPULATION REGARDING AMENDMENT TO**
**POLLO OPERATIONS, INC.'S AMENDED COMPLAINT**

Plaintiff Pollo Operations, Inc. ("Pollo") and Defendant Harrison Poultry, Inc. ("Harrison Poultry")(together, the "Parties"), through their undersigned attorneys, hereby stipulate to an amendment of Pollo's Amended Complaint (Dkt. No. 4227) pursuant to Federal Rule of Civil Procedure 15(a)(2), as follows:

1.     Pollo filed its Amended Complaint in this action on January 27, 2021, wherein Pollo named Harrison Poultry as a defendant, including naming Harrison Poultry in Count IV for Violation of 15 U.S.C. § 1 for Bid-Rigging – Plead in the Alternative to Count I ("Count IV").

2.     Pollo and Harrison Poultry have since conferred and agree that Pollo withdraws its allegations against Harrison Poultry for Bid-Rigging in Count IV of its Amended Complaint without prejudice.[1]

3.     Under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading

---

[1]     Sensitive to the number of amended pleadings and the Court's recent inquiry as to why there have been so many amendments (Dkt. No. 4411), the Parties propose to make this single amendment through this short stipulation, but, if it is instead the Court's preference, with leave of the Court, Pollo will file an amended complaint reflecting this stipulated revision immediately.

"with the opposing party's written consent." Harrison Poultry consents to Pollo's withdrawal of Count IV without prejudice, and Harrison Poultry is relieved of any obligation to answer or otherwise respond to Pollo's claim against Harrison Poultry under Count IV.

4.     This stipulation has no effect on Pollo's claims against Harrison Poultry other than Count IV.

5.     This stipulation has no effect on Pollo's claims against all Defendants other than Harrison Poultry.

IT IS SO STIPULATED.


Dated: March 17, 2021

Respectfully submitted,

By: */s/ William J. Blechman*
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Kevin J. Murray, Esquire
Michael A. Ponzoli, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail:          wblechman@knpa.com
                 dpatton@knpa.com
                 jmurray@knpa.com
                 mponzoli@knpa.com

***Counsel for Pollo Operations, Inc.***

By: */s/ Patricia A. Gorham*
James R. McGibbon, Esquire
Patricia A. Gorham, Esquire
Peter M. Szeremeta, Esquire
Kaitlin A. Carreno, Esquire
Dylan W. de Fouw, Esquire
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
kaitlincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com

Ronald Balfour, Esquire
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1816
rbalfour@salawus.com

***Counsel for Harrison Poultry, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on March 17, 2021, which constitutes service on counsel of record who are registered electronic filing users.

By: */s/ William J. Blechman*

631964

3