UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No: 1:16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT PROPOSED SCHEDULING ORDER NO. 15

Defendants in the above-captioned case, by and through their undersigned counsel, and pursuant to Local Rule 26.2 of the United States District Court for the Northern District of Illinois, respectfully move this Court for entry of an Order granting Defendants' Motion for Leave to File Under Seal their Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling order No. 15 and Exhibits C, F, and G. In support of this Motion, Defendants state as follows:

1. The Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling Order No. 15 and Exhibits C, F, and G describe information designated as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" and "HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" pursuant to the Agreed Confidentiality Order entered in this case on November 8, 2016 (Dkt. No. 202) and/or out of an abundance of caution because the Motion and Exhibits pertain to the Department of Justice's intervention in the above-captioned cases.

2. The Agreed Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a

1

motion, brief or other submission to the Court must comply with Local Rule 26.2." (Dkt. 202, ¶ 9.) Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically or under seal in connection with a motion, brief, or other submission must … move the court for leave to file the document under seal." L.R. 26(2)(c).

WHEREFORE, for the reasons stated above, Defendants respectfully request that this Court enter an Order granting leave to file under seal their Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling order No. 15 and Exhibits C, F, and G.

Dated:  March 17, 2021

Respectfully submitted,

*/s/ Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
Rachel B. Haig
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com
rachel.haig@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

DEFENDANTS' ATTORNEYS

WEIL GOTSHAL & MANGES LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

Jessica L. Falk (#4763686)
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
jessica.falk@weil.com

BAILEY BRAUER PLLC

Clayton E. Bailey (admitted *pro hac vice*)
8350 N. Central Expressway, Ste. 206
Dallas, TX 75206
Telephone: (214) 360-7433
Facsimile: (214) 360-7424
cbailey@baileybrauer.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

| | |
|---|---|
| ROSE LAW FIRM | MAYER BROWN LLP |
| By: /s/ *John W. Treece* <br> John W. Treece (#3122889) <br> 1135 West Montana Street <br> Chicago, IL 60614 <br> Telephone: (312) 961-7808 <br> jtreece@jwtreece.com | By: /s/ *Carmine R. Zarlenga* <br> Carmine R. Zarlenga (#90784529) <br> William H. Stallings (admitted *pro hac vice*) <br> Stephen M. Medlock (admitted *pro hac vice*) <br> Oral D. Pottinger (admitted *pro hac vice*) <br> 1999 K Street N.W. <br> Washington, DC 20006 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> czarlenga@mayerbrown.com <br> wstallings@mayerbrown.com <br> smedlock@mayerbrown.com <br> opottinger@mayerbrown.com |
| Amanda K. Wofford (admitted *pro hac vice*) <br> Bourgon Reynolds (admitted *pro hac vice*) <br> 120 East Fourth Street <br> Little Rock, Arkansas 72201 <br> Telephone: (501) 375-9131 <br> Facsimile: (501) 375-1309 <br> awofford@roselawfirm.com <br> breynolds@roselawfirm.com | |
| *Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* | *Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation* |

4

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*

| | |
|---|---|
| KUTAK ROCK LLP | EDWARD C. KONIECZNY LLC |
| By: /s/ *John P. Passarelli* | By: */s/ Edward C. Konieczny* |
| John P. Passarelli (admitted *pro hac vice*) | Edward C. Konieczny (admitted *pro hac vice*) |
| James M. Sulentic (admitted *pro hac vice*) | 400 Colony Square, Ste 1501 |
| 1650 Farnam Street | 1201 Peachtree Street, NE |
| Omaha, NE 68102 | Atlanta, GA 30361 |
| Telephone: (402) 346-6000 | Telephone: (404) 380-1430 |
| Facsimile: (402) 346-1148 | Facsimile: (404) 382-6011 |
| john.passarelli@kutakrock.com | ed@koniecznylaw.com |
| james.sulentic@kutakrock.com | |

KUTAK ROCK LLP (cont.) / SMITH, GAMBRELL & RUSSELL, LLP

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

James L. Thompson
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 445-4623
F: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

*Attorneys for Defendants Mar-Jac Poultry, Inc.*

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
225 West Washington Street, Ste 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

| | |
|---|---|
| SHOOK HARDY & BACON LLP | AXINN, VELTROP & HARKRIDER LLP |
| By: /s/ *Lynn H. Murray* <br> Lynn H. Murray <br> 111 S. Wacker Dr., Ste 4700 <br> Chicago IL 60606 <br> Telephone: (312) 704-7700 <br> Facsimile: (312) 558-1195 <br> lhmurray@shb.com | By: /s/ *Rachel J. Adcox* <br> Rachel J. Adcox (#1001488) <br> Daniel K. Oakes (admitted *pro hac vice*) <br> Kenina J. Lee (admitted *pro hac vice*) <br> 950 F Street NW, Ste 700 <br> Telephone: (202) 912-4700 <br> Facsimile: (202) 912-4701 <br> radcox@axinn.com <br> doakes@axinn.com <br> klee@axinn.com |
| Laurie A. Novion <br> 2555 Grand Blvd. <br> Kansas City, MO 64108 <br> Telephone: (816) 474-6550 <br> Facsimile: (816) 421-5547 <br> lnovion@shb.com | John M. Tanski (admitted *pro hac vice*) <br> Jarod G. Taylor (admitted *pro hac vice*) <br> 90 State House Square <br> Hartford, CT 06103 <br> Telephone: (860) 275-8100 <br> Facsimile: (860) 275-8101 <br> jtanski@axinn.com <br> jtaylor@axinn.com |
| CONNER & WINTERS <br><br> John R. Elrod <br> Vicki Bronson (admitted *pro hac vice*) <br> 4375 N. Vantage Drive, Ste. 405 <br> Fayetteville, AR 72703 <br> Telephone: (479) 582-5711 <br> jelrod@cwlaw.com <br> vbronson@cwlaw.com | Nicholas E.O. Gaglio (admitted *pro hac vice*) <br> 114 West 47th Street <br> New York, NY 10036 <br> Telephone: (212) 728-2200 <br> Facsimile: (212) 261-5654 <br> ngaglio@axinn.com |
| *Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.* | LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD. <br><br> Jordan M. Tank <br> 230 West Monroe, Street, Ste 2260 <br> Chicago, IL 60606 <br> Telephone: (312) 702-0586 <br> Facsimile: (312) 726-2273 <br> jmt@lipelyons.com <br><br> *Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.* |

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon
Patricia A. Gorham
Peter M. Szeremeta
Kaitlin A. Carreno
Dylan W. de Fouw
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile:  (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
kaitlincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com


SMITH AMUNDSEN LLC

Ronald Balfour
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1816
rbalfour@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By:  /s/ *Joseph D. Carney*
Joseph D. Carney (admitted pro hac vice)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted pro hac vice)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted pro hac vice)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

MANDELL MENKES LLC

By: /s/ *Brendan J. Healey*
Brendan J. Healey
One North Franklin, Ste
3600 Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

ALSTON & BIRD LLP

B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Max Marks (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com

SMITH, GILLIAM, WILLIAMS & MILES PA

R. Brent Hatcher, Jr. (admitted *pro hac vice*)
301 Green Street NW, Ste 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

DYKEMA GOSSETT PLLC

By: /s/ *Howard B. Iwrey*
Howard B. Iwrey
39577 Woodward Ave, Ste. 300
Bloomfield Hills, MI 48304
Telephone: 248-203-0526
Facsimile: 248-203-0763
hiwrey@dykema.com

Steven H. Gistenson
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Telephone: 312-627-2267
Facsimile: 312-876-1155
sgistenson@dykema.com

Cody D. Rockey
2723 South State Street, Ste. 400
Ann Arbor, MI 48104
Telephone: 734-214-7655
Facsimile: 734-214-7696
crockey@dykema.com

Dante A. Stella
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6693
Facsimile: 313-568-6893
dstella@dykema.com

*Attorneys for Defendant Amick Farms, LLC*

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS &
HELSINGER LLP

John C. Martin
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST
ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: /s/ *L. Flath*
Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

11

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

                                                     */s/ Daniel E. Laytin, P.C.*

                                                     Daniel E. Laytin, P.C.