UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No: 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br>Magistrate Jeffrey T. Gilbert<br><br>**[PUBLIC, REDACTED]** |

**DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT PROPOSED SCHEDULING ORDER NO. 15**[1]

As this case heads toward its sixth year, two key milestones are approaching: (1) fact discovery will close in June 2021, with over 120 million pages of documents produced and 296 fact depositions taken to date, and (2) merits expert discovery will begin in July 2021. With these significant case developments near, it has become clear that modest accommodations to the Court's August 28, 2020 Scheduling Order No. 14 (Dkt. 3788) are needed. Notably, Class Plaintiffs agree with the changes Defendants suggest, and the Department of Justice ("DOJ") does not oppose them. For ease of review, the changes are reflected in Exhibit A to this motion; Proposed Scheduling Order No. 15 is Exhibit B. Defendants summarize their requests and the reasons for them below.

*First*, Defendants propose two limited exceptions to the June 11, 2021 close of fact discovery. The first concerns new DAPs whose cases were (or are) consolidated in *In re Broiler*

---

[1] All Defendants in the above-captioned matter with the exception of the Rabobank Defendants (Utrecht-America Holdings, Inc., Rabo Agrifinance LLC, Rabobank USA Financial Corporation, and Utrecht-America Finance Co.) join this Motion.

1

*Chicken Antitrust Litigation* on or after February 1, 2021 (the "New-Filing DAPs"). While Defendants continue to push aggressively to complete discovery of the 139 DAPs who have joined this case to date, fewer than three months remain before fact discovery closes. It is no longer reasonably possible to complete discovery of these DAPs (or the new ones who continue to file) by that deadline. Thus, Defendants request that they should be allowed to complete fact discovery for any New-Filing DAPs within six months after the DAP is consolidated into the matter. This six-month period is more compressed than the prior fact discovery period for DAPs, and properly balances Defendants' right to take appropriate discovery with the need for the case to move along.

The second adjustment pertains to .[2]

***Second***, Defendants propose limited extensions to merits expert discovery and, in turn, the summary judgment deadlines in this case. Defendants and Class Plaintiffs both learned during class certification that certain deadlines under Scheduling Order No. 14 were overly ambitious with respect to expert analysis, harmonization, and related briefing facing the parties. And merits expert discovery will unquestionably be more difficult: Defendants expect no fewer than eight (and likely more) merits expert reports from Class Plaintiffs and DAPs. Moreover, Defendants

---

[2] Proposed Scheduling Order No. 15 also sets a date, thirty days before the close of fact discovery, by which the parties will mutually respond to the contention interrogatories served in this case.

2

themselves, among the 21 of them, may serve 15 or more expert reports, including both individual and joint experts. The current schedule (which allots only 28 days between the service of what may be lengthy expert reports and the deadline to complete expert depositions) is not sufficient—and very likely impossible—for either side to complete the necessary tasks. Accordingly, Defendants propose limited extensions to the merits expert discovery deadlines to allow the parties sufficient time to complete merits expert discovery while still advancing this case and respecting the current October 2022 trial date.

In short, the Court should adopt Defendants' Proposed Scheduling Order No. 15.

## ARGUMENT

Defendants first raised the issues addressed by Proposed Scheduling Order No. 15 in February 2021. After several meet and confers with both Class Plaintiffs and DAPs, Defendants are pleased to report that they have reached agreement with Class Plaintiffs on the schedule proposed to the Court. And DOJ does not oppose the schedule.

Defendants and Class Plaintiffs were not, however, able to reach agreement with DAPs, who have taken different—and, Defendants believe, unreasonable—positions on these straightforward scheduling issues, ranging from:

- A desire to leave fact discovery *in its entirety* open until an unidentified time *in 2022*, ▌ with the rest of the schedule to be determined later (*See* Ex. C, 3/8/21 Email from B. Clark to S. Pepper);

- A suggestion that certain DAPs, some of whom have been in the case since 2018 or 2019, would like to sever their cases from the group and continue on a unique discovery track and schedule (*see* Ex. D, 3/9/21 Email from L. Lustrin to S. Pepper; Ex. E, 3/11/21 Email from S. Pepper to L. Lustrin); and

- A suggestion that Scheduling Order No. 14 does not require any modifications so long ██████████████████████████████████████████████████████████ (*see* Ex. F, 3/12/21 Email from S. Pepper to P. Cramer).[3]

Defendants declined to agree to any such proposals, which threaten to delay, fragment, and/or create undue burden in this case. In Defendants' view, the need to adjust certain aspects of Scheduling Order No. 14 that are no longer workable is not an open invitation to upset the Court's well-reasoned, long-standing schedule.

Thus, for the reasons set forth further below, good cause exists for this Court to amend Scheduling Order No. 14 and adopt Proposed Scheduling Order No. 15. *See, e.g.*, FED. R. CIV. P. 16(b)(4). Defendants request that the Court do so.

## I. LIMITED MODIFICATIONS TO THE CLOSE OF FACT DISCOVERY ARE NEEDED.

As this Court recognized last September, this case is on "borrowed time." (Dkt. 3835, Mem. Op. and Order at 6.) With fewer than three months to go in fact discovery, the parties have produced over 30 million documents and taken 296 fact depositions to date. And the parties have been working hard, under the current schedule, to make "[t]rue progress towards an end" as the Court requested—an aim Defendants share. (*Id.* at 9.) Fact discovery, therefore, should close on June 11, 2021 as currently scheduled, with two exceptions: (1) an extension for Defendants to take fact discovery of any DAP who was or is consolidated in this matter after February 1, 2021, and (2) ███████████████████████████████████████████████████████████████

---

[3] The DAPs requested that Defendants not describe their position in this Motion. Defendants declined. Defendants believe that it is important for the Court to know the nature of the parties' dispute. (*See* Ex. G, 3/17/21 Email from S. Pepper to J. Porter.)

4

### A. Defendants Ask to Extend the Close of Fact Discovery as to New-Filing DAPs.

To date, 139 DAPs have filed complaints in this case. Of these, nine were consolidated in the matter on or after February 1, 2021. And, as the Court is aware, new DAPs continue to file complaints and seek consolidation frequently.[4] Defendants have done all they reasonably can to fit New-Filing DAPs into the current discovery schedule. At this juncture, with fewer than three months to go, Defendants cannot complete custodian and search negotiations, collect and review productions, and take depositions of New-Filing DAPs by the June 11, 2021 deadline. Accordingly, Defendants propose that fact discovery with respect to each New-Filing DAP should be extended for six months after that DAP is consolidated in the above-captioned matter.[5] To be clear, fact discovery of Defendants and third parties would close on June 11, 2011 as planned, even for New-Filing DAPs.[6] (*See* Proposed Scheduling Order No. 15 at n.6.)

### B. Defendants Ask to Extend the Close of Fact Discovery as to Certain █████████



---

[4] Certain New-Filing DAPs have also been serving discovery requests as if this were a case at the beginning of fact discovery, rather than one in which the deadline for substantial completion of document production passed almost three years ago.

[5] Defendants and certain New-Filing DAPs have already negotiated and agreed to separate discovery schedules, some of which will allow Defendants to complete discovery by June 11, 2021 or shortly thereafter. Under Defendants' proposal, the parties would continue to adhere to those agreed schedules unless they become impracticable.

[6] All DAPs, including new ones, have the benefit of immediate access to the eight million documents and 136 depositions taken of Defendants over the past four years.



## II. LIMITED MODIFICATIONS TO MERITS EXPERT DISCOVERY ARE NEEDED.

As both Defendants and Class Plaintiffs have learned during class certification briefing, there are sometimes not enough hours in a day—particularly given the number of experts and complexity of issues that the parties are facing in this case. To illustrate, at class certification, Class Plaintiffs offered five experts, and Defendants offered one, which yielded over a thousand pages of expert reports and additional thousands of pages of back-up support and exhibits. Both parties needed to negotiate reasonable extensions with one another to analyze those reports, incorporate them into class briefing, and pursue *Daubert* motions as needed. Merits expert discovery is likely to be more voluminous and complex, and, thus, it has become clear to both Defendants and Class Plaintiffs that the time allotted under Scheduling Order No. 14 is insufficient.

---

7

For example, although no side has committed to a final number of experts, Defendants understand that they can expect Class Plaintiffs and DAPs to present no fewer (and likely more) than eight merits expert reports, and Defendants anticipate that they may serve 15 or more joint and individual merits expert reports of their own. But the current schedule provides only 28 days each between (1) Plaintiffs' service of their initial reports and supporting documentation and Defendants' deadline to depose those experts, (2) those depositions and Defendants' service of their initial and rebuttal expert reports and supporting documentation, (3) Defendants' service of those reports and Plaintiffs' deadline to depose Defendants' experts, and (4) those depositions and Plaintiffs' deadline to serve rebuttal expert reports—and then a mere 14 days for any rebuttal depositions. Defendants and Class Plaintiffs now understand that month-long intervals are not sufficient time to review the expert reports, schedule, prepare for, and ultimately depose the experts, and incorporate that work into any responsive or rebuttal reports—particularly given the number of experts each side anticipates.

For that reason, Defendants propose modest extensions to these deadlines, pursuant to which merits expert discovery will conclude by January 7, 2022 (it is currently scheduled to end on November 5, 2021). These extensions should allow both parties sufficient time to complete merits expert discovery.

### III. LIMITED MODIFICATIONS TO SUMMARY JUDGMENT BRIEFING ARE NEEDED.

Defendants wish to keep as much of the current schedule intact as possible. While summary judgment briefing dates must necessarily move in light of the extensions to merits expert discovery proposed above, Proposed Scheduling Order No. 15 incorporates very similar time intervals between the close of expert discovery and the beginning of summary judgment briefing, as well as between each side's summary judgment submissions. As proposed, the Court would

7

still have approximately six months between the conclusion of summary judgment briefing and the current trial date of October 17, 2022 in which to rule. Defendants do not suggest in their proposal that the Court move the trial date; however, they do believe that further extension may be necessary given what may be voluminous summary judgment briefing and to allow the Court time to consider those important motions.[8] (*See* Proposed Scheduling Order No. 15 at n.14.)

## CONCLUSION

For the foregoing reasons, Defendants request that this Court grant Defendants' Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling Order No. 15.

Dated: March 17, 2021

Respectfully submitted,

*/s/ Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

---

[8] As noted in the proposal, Class Plaintiffs believe that the current trial date is still workable.

8

DEFENDANTS' ATTORNEYS

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com


Pravin R. Patel (#0099939)
Brian G. Liegel (#119269)
1395 Brickell Avenue, Ste. 1200
Miami, FL 33131
Telephone: 305-577-3100
Facsimile: 305-374-7159
pravin.patel@weil.com
brian.liegel@weil.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

VENABLE LLP

By:  /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

ROSE LAW FIRM

By: /s/ *John W. Treece*
John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*


VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants*


PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 445-4623
F: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc.., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc.*

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
225 West Washington Street, Ste 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, Equity Group – Georgia Division LLC*

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, Equity Group – Georgia Division LLC*

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon
Patricia A. Gorham
Peter M. Szeremeta
Kaitlin A. Carreno
Dylan W. de Fouw
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
kaitlincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com


SMITH AMUNDSEN LLC

Ronald Balfour
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1816
rbalfour@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted pro hac vice)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted pro hac vice)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted pro hac vice)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

| | |
|---|---|
| MANDELL MENKES LLC | DYKEMA GOSSETT PLLC |
| By: /s/ *Brendan J. Healey* | By: /s/ *Howard B. Iwrey* |
| Brendan J. Healey | Howard B. Iwrey |
| One North Franklin, Ste 3600 Chicago, IL 60606 | 39577 Woodward Ave, Ste. 300 Bloomfield Hills, MI 48304 |
| Telephone: (312) 251-1006 | Telephone: 248-203-0526 |
| Facsimile: (312) 759-2189 | Facsimile: 248-203-0763 |
| bhealey@mandellmenkes.com | hiwrey@dykema.com |
| | |
| ALSTON & BIRD LLP | Steven H. Gistenson |
| | 10 South Wacker Drive, Ste. 2300 |
| B. Parker Miller (admitted *pro hac vice*) | Chicago, IL 60606 |
| Valarie C. Williams (admitted *pro hac vice*) | Telephone: 312-627-2267 |
| Max Marks (admitted *pro hac vice*) | Facsimile: 312-876-1155 |
| 1201 West Peachtree Street | sgistenson@dykema.com |
| Atlanta, GA 30309 | |
| Telephone: (404) 881-7000 | Cody D. Rockey |
| Facsimile: (404) 881-7777 | 2723 South State Street, Ste. 400 |
| parker.miller@alston.com | Ann Arbor, MI 48104 |
| valarie.williams@alston.com | Telephone: 734-214-7655 |
| nowell.berreth@alston.com | Facsimile: 734-214-7696 |
| max.marks@alston.com | crockey@dykema.com |
| | |
| SMITH, GILLIAM, WILLIAMS & MILES PA | Dante A. Stella 400 Renaissance Center Detroit, MI 48243 |
| R. Brent Hatcher, Jr. (admitted *pro hac vice*) | Telephone: 313-568-6693 |
| 301 Green Street NW, Ste 200 | Facsimile: 313-568-6893 |
| Gainesville, GA 30501 | dstella@dykema.com |
| Telephone: (770) 536-3381 | |
| Facsimile: (770) 535-9902 | *Attorneys for Defendant Amick Farms, LLC* |
| bhatcher@sgwmfirm.com | |
| | |
| *Attorneys for Fieldale Farms Corporation* | |

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

John C. Martin
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *L. Flath*
Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Daniel E. Laytin, P.C.*

Daniel E. Laytin, P.C.
