**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**CLASS PLAINTIFFS' JOINDER IN DEFENDANTS' MOTION TO
AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT
PROPOSED SCHEDULING ORDER NO. 15**

Direct Purchaser Plaintiffs ("DPPs"), Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs"), and End User Consumer Plaintiffs ("EUCPs") (collectively, "Class Plaintiffs") hereby join in Defendants' Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling Order No. 15 (ECF No. 4439) (hereinafter, the "Motion"). Class Plaintiffs do not necessarily adopt the reasoning that Defendants provide in their Memorandum accompanying the Motion, but Class Plaintiffs agreed through the meet and confer process to a compromise proposed Scheduling Order No. 15 that Defendants present in their Motion. Class Plaintiffs agreed to this compromise proposal with Defendants because it accomplishes Class Plaintiffs' two most important priorities: (1) the proposal explicitly accounts for the need to complete depositions currently stayed at the request of the U.S. Department of Justice, and (2) maintains the Court's well-considered trial date in October of next year.

Class Plaintiffs are uncertain precisely what positions the various Direct Action Plaintiff ("DAP") constituencies will take with respect to the Motion. Therefore, Class Plaintiffs will await DAPs' oppositions or responses so Class Plaintiffs may submit a reply memorandum addressing each position DAPs take with respect to Defendants' motion.

557744.3

Dated: March 17, 2021

W. Joseph Bruckner
Brian D. Clark
Simeon A. Morbey
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com

Bruce L. Simon
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com
nswartzberg@pswlaw.com

Clifford H. Pearson
Thomas J. Nolan
Daniel L. Warshaw
Michael H. Pearson
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
tnolan@pswlaw.com
dwarshaw@pswlaw.com
mpearson@pswlaw.com
bpouya@pswlaw.com

*Direct Purchaser Plaintiffs Interim Co-Lead Class Counsel*

*s/ Steven A. Hart*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
Kyle Pozan (#6306761)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 W. Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
kpozan@hmelegal.com

*Direct Purchaser Plaintiffs Interim Liaison Class Counsel*

557744.3

*s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
Brittany N. Resch
GUSTAFSON GLUEK PLLC
120 South Sixth Street, #2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com


Joseph W. Cotchett
Adam Zapala
Tamarah Prevost
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
tprevost@cpmlegal.com

*Commercial and Institutional Indirect Purchaser Plaintiffs Interim Co-Lead Counsel*

Kenneth A. Wexler
Edward A. Wallace
WEXLER WALLACE LLP
55 W.Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222
kaw@wexlerwallace.com
eaw@wexlerwallace.com
tad@wexlerwallace.com

*Commercial and Institutional Indirect Purchaser Plaintiffs Liaison Counsel*

*s/ Shana E. Scarlett*
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
(206) 623-7292
steve@hbsslaw.com

*Lead Counsel for the End-User Consumer Class*

557744.3                                2