UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>All End-User Consumer Plaintiff Actions | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**MOTION FOR LEAVE TO FILE UNDER SEAL END-USER CONSUMER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. LUIS CABRAL AND SUPPORTING DOCUMENTS**

End-User Consumer Plaintiffs ("EUCPs"), through their undersigned counsel, and pursuant to Local Rule 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully move this Court for entry of an order granting EUCPs leave to file under seal the following documents:

1. End-User Consumer Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral ("Opposition"); and

2. Exhibits A through D of the Declaration of Shana E. Scarlett in Support of End-User Consumer Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral ("Scarlett Declaration");

In support, EUCPs state that the Opposition, and Exhibits A through D of the Scarlett Declaration contain Confidential Information, as defined by the Agreed Confidentially Order. The information comes from documents marked "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" and "HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE

ORDER" by defendants and third parties. The Agreed Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2" (ECF No. 202 at 11). EUCPs have complied with Local Rule 26.2.

WHEREFORE, End-User Consumer Plaintiffs respectfully request this Court enter an order granting leave to file under seal the Opposition and Exhibits A through D of the Scarlett Declaration.

DATED: March 22, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP

By    s/ Shana E. Scarlett
    SHANA E. SCARLETT

Rio R. Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Benjamin D. Brown
Brent W. Johnson
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bbrown@cohenmilstein.com

        bjohnson@cohenmilstein.com
        dsilverman@cohenmilstein.com
        adeich@cohenmilstein.com

        ***Proposed Co-Lead Counsel for End-User Consumer Class***

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 22, 2021, a true and correct copy of the foregoing was electronically filed via CM/ECF, which caused notice to be sent to all counsel of record.

                                                                                      s/ Shana E. Scarlett
                                                                                 SHANA E. SCARLETT