# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>All End-User Consumer Plaintiff Actions | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a resident of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action. My business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

On March 22, 2021, I served via secure email transmission the following documents to the parties enumerated in the attached Service List:

1. [SEALED] End-User Consumer Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral ("Opposition"); and

2. [SEALED] Exhibits A through D to the Declaration of Shana E. Scarlett in Support of End-User Consumer Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral ("Scarlett Declaration").

3. [Proposed] Order Granting Motion For Leave to File Under Seal End-User Consumer Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral and Supporting Documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of March 2021 at Berkeley, California.

                                                      s/ Jeaneth Decena
                                                      JEANETH DECENA