# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>All End-User Consumer Plaintiffs Actions | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to the Northern District of Illinois Tenth General Order,[1] the undersigned counsel will not request an in-person presentment of the MOTION FOR LEAVE TO FILE UNDER SEAL END-USER CONSUMER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. LUIS CABRAL AND SUPPORTING DOCUMENTS, a copy of which is herewith served upon you. The Northern District of Illinois Tenth Amended General Order states that "the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding."[2] Counsel confirms that they are available for a hearing by electronic means, if the Court so requires.

---

[1] Tenth Amended General Order 20-0012, February 12, 2020, *available at* https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_clerksoffice/rules/admin/pdf-orders/General%20Order%2020-0012%20(Final%20-%20Tenth%20Amended).pdf.

[2] *Id.*

| | |
|---|---|
| DATED: March 22, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By  s/Shana E. Scarlett    |
| | SHANA E. SCARLETT |

Rio R. Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Benjamin D. Brown
Brent W. Johnson
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

***Proposed Co-Lead Counsel for End-User Consumer Class***

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 22, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

                                              s/ Shana E. Scarlett
                                              SHANA E. SCARLETT