## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br>Certain Direct Action Plaintiffs | District Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

### DECLARATION OF LORI P. LUSTRIN

I, Lori P. Lustrin, declare as follows:

1. I am an attorney duly licensed to practice before the state and federal courts of the State of Florida. I am an attorney at Bilzin Sumberg Baena Price & Axelrod LLP, counsel of record for Certain Direct Action Plaintiffs.

2. The facts stated herein are true of my own personal knowledge or as provided to me by Certain Restaurant DAPs.

3. I submit this declaration in support of Certain Restaurant DAPs' Motion to Establish a Separate Restaurant DAP Track and Appoint Certain Restaurant DAP Liaison Counsel (the "Certain Restaurant DAPs' Motion").

4. Attached as Exhibit A is a true and correct copy of a document produced by Defendants in this litigation beginning with the Bates Number GEO_0000733756. **[FILED UNDER SEAL]**.

5. Attached as Exhibit B is a true and correct copy of the January 15, 2021 Restaurant DAPs' Requests for Production of Documents to Producer Defendants.

6. Attached as Exhibit C is a composite of true and correct copies of the Responses and Objections of Defendant Pilgrim's Pride Corporation, Mar-Jac, Tyson and Koch Defendants to Restaurant DAPs' Request for Production of Documents to Producer Defendants.

7. Attached as Exhibit D is a true and correct copy of the 2/5/21 Letter from J. Pennington to L. Lustrin.

8. Attached as Exhibit E is a true and correct copy of the 3/11/21 email from S. Pepper to L. Lustrin.

9. Attached as Exhibit F is a true and correct copy of the March 2, 2021 email from J. Stupar to S. Sakona.

10. Attached as Exhibit G is a true and correct copy of the December 4, 2020 letter from J. Pennington to L. Lustrin.

11. Attached as Exhibit H is a true and correct copy of the February 16, 2021 email from P. Szeremeta to L. Lustrin.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of March, 2021.

Dated: March 25, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Lori P. Lustrin*
　　　　　　　　　　　　　　　　　　　　Lori P. Lustrin

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record on March 25, 2021.

/s/ *Lori P. Lustrin*
Lori P. Lustrin