# EXHIBIT  B

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| | Honorable Thomas M. Durkin Magistrate Judge Jeffrey T. Gilbert |
| | **RESTAURANT DAPS' REQUESTS FOR PRODUCTION OF DOCUMENTS TO PRODUCER DEFENDANTS** |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Direct Action Plaintiffs Boston Market Corporation, Barbeque Integrated, Inc., FIC Restaurants, Inc., The Johnny Rockets Group, Inc., WZ Franchise Corp., Golden Corral Corp., White Castle Purchasing Co., Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc, Captain D's LLC, Bojangles' Restaurant Inc., El Pollo Loco, Inc., Chick-fil-A Inc., Independent Purchasing Cooperative, Inc., Darden Restaurants Inc., PJ Food Service, Inc., and Pollo Operations, Inc. (collectively, the "Restaurant DAPs"), hereby request that Amick Farms, LLC,[1] Case Foods, Inc., Case Farms, LLC, Case Farms Processing, Inc. Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC and Foster Poultry Farms, George's, Inc. and George's Farms, Inc.. Harrison Poultry, Inc., House of Raeford Farms, Inc. (aka, Columbia Farms), JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc. and Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC and Mar-Jac

---

[1] Plaintiffs Darden Restaurants Inc. and PJ Food Service, Inc. do not serve these requests on Amick Farms, LLC.

Holdings, LLC, Mountaire Farms, Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc., O.K. Foods, Inc., O.K. Farms, Inc. and O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc. and Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Production Division), and Sanderson Farms, Inc. (Processing Division), Simmons Foods, Inc. and Simmons Prepared Foods, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., and Wayne Farms LLC produce the documents and things herein requested within 30 days of the date of service. Pursuant to Rule 34(b), unless otherwise specified, all documents must be organized and labeled to correspond to the categories in the associated document request. Corrections and supplemental answers and production of documents are required as provided for in the Federal Rules of Civil Procedure.

Promulgation of these Requests for Production is not intended to be, nor should it be considered, a waiver of Restaurant DAPs' right to serve additional Requests for Production at any later time, including, but not limited to, a later phase of discovery into "bid-rigging" as contemplated by the Court in D.E. 3835.

## I.    DEFINITIONS

1.    "You," or "Your," means the responding Defendant, including its predecessors, wholly-owned or controlled subsidiaries or affiliates, successors, parents, other subsidiaries, departments, divisions, joint ventures, other affiliates and any organization or entity that the responding Defendant manages or controls, including those merged with or acquired, together with all present and former directors, officers, employees, agents, attorneys, representatives or any persons acting or purporting to act on their behalf.

2.      "Including" is used to emphasize certain types of documents requested and should not be construed as limiting the request in any way. Including therefore means "including, but not limited to," or "including without limitation."

3.      "Or" and "and" are to be read interchangeably so as to give the broadest possible meaning to a particular request in which either or both is used.

4.      All other words have their plain and ordinary meaning.

5.      "Broiler" or "Broilers" means chickens raised for meat consumption to be slaughtered before the age of 13 weeks, and which may be sold in a variety of forms, including fresh or frozen, raw or cooked, whole or in parts, or as a meat ingredient in a value added product, but excluding chicken that is grown, processed, and sold according to halal, kosher, free range, or organic standards.

6.      "Document" means anything which may be within the meaning of Rule 34 of the Federal Rules of Civil Procedure, and includes without limitation any written, printed, typed, photocopied, photographed, recorded or otherwise reproduced or stored communication or representation, whether comprised of letters, words, numbers, data, pictures, sounds or symbols, or any combination thereof.  "Document" further includes without limitation, "writings" as defined by Rule 1001 of the Federal Rules of Evidence, correspondence, memoranda, notes, records, letters, envelopes, telegrams, messages, studies, analyses, contracts, agreements, working papers, accounts, analytical records, reports and/or summaries of investigations, press releases, comparisons, books, calendars, diaries, articles, magazines, newspapers, booklets, brochures, pamphlets, circulars, bulletins, notices, drawings, diagrams, instructions, notes of minutes of meetings or communications, electronic mail/messages and/or "e-mail," text messages, social media communications, voice mail messages, instant messaging, questionnaires, surveys, charts,

graphs, photographs, films, tapes, disks, data cells, print-outs of information stored or maintained by electronic data processing or word processing equipment, all other data compilations from which information can be obtained (by translation, if necessary, by You through detection devices into usable form), including, without limitation, electromagnetically sensitive storage media such as memory sticks, hard disks and magnetic tapes, and any preliminary versions, as well as copies, drafts or revisions of any of the foregoing, whether produced or authored by a Debtors or anyone else. Any Document that contains any comment, notation, addition, insertion or marking of any type or kind which is not part of another Document, is to be considered a separate Document.

7. "Communication" or "Communications" means, without limitation, any exchange of thoughts, messages, or information, as by speech, signals, writing, or behavior, including but not limited to, any advice, advisement, announcement, articulation, assertion, contact, conversation, written or electronic correspondence, declaration, discussion, dissemination, elucidation, expression, interchange, memoranda, notes, publication, reception, revelation, talk, transfer, transmission, or utterance. The phrase "Communication between" is defined to include instances where one party addresses the other party but the other party does not necessarily respond.

8. "Relating to," "referring to," "regarding," "with respect to" or "concerning" mean without limitation the following concepts: concerning, constituting, discussing, describing, reflecting, dealing with, pertaining to, analyzing, evaluating, estimating, constituting, studying, surveying, projecting, assessing, recording, summarizing, criticizing, reporting, commenting, or otherwise involving, in whole or in part, directly or indirectly. Documents are considered relating to the subject matter whether they are viewed alone or in combination with other Documents.

9.    "Restaurant DAPs" means the above referenced Restaurant DAPs and any of their respective parents, subsidiaries, affiliates, divisions, predecessors, successors and assigns, including all franchise stores and locations.

## II.    SPECIFIC DOCUMENT REQUESTS

The "Relevant Time Period" for these requests is January 1, 2008 through January 1, 2019, unless otherwise indicated.

**REQUEST FOR PRODUCTION NO. 1:**

All Documents reflecting Defendants' pricing for Restaurant DAPs' purchases of Broiler chicken, including Defendants' explanations and presentations concerning pricing of Broiler chicken.

**REQUEST FOR PRODUCTION NO. 2:**

All Documents reflecting Communications between You and Restaurant DAPs regarding Defendants' pricing for Restaurant DAPs' purchases of Broiler chicken, including Defendants' explanations and presentations concerning pricing of Broiler chicken.

**REQUEST FOR PRODUCTION NO. 3:**

All Documents reflecting Communications between You and Restaurant DAPs regarding supply of Broiler chicken.

**REQUEST FOR PRODUCTION NO. 4:**

All Documents reflecting contract negotiations and contractual terms for sales of Broiler chicken by Defendants to Restaurant DAPs.

**REQUEST FOR PRODUCTION NO. 5:**

All Documents reflecting Communications between You and Restaurant DAPs regarding contract negotiations and contractual terms for sales of Broiler chicken by Defendants to Restaurant DAPs.

DATED: January 15th, 2021

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP

By:    /s/ Lori P. Lustrin_____
Robert W. Turken (pro hac vice)
Lori P. Lustrin (pro hac vice)
Scott N. Wagner (pro hac vice)
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

*Counsel for Boston Market Corporation,*
*Barbeque Integrated, Inc., FIC Restaurants, Inc.,*
*The Johnny Rockets Group, Inc.,*
*WZ Franchise Corp., Golden Corral Corp.,*
*White Castle Purchasing Co.,*
*Cracker Barrel Old Country Store, Inc.,*
*CBOCS Distribution, Inc, Captain D's LLC,*
*and Bojangles' Restaurants, Inc.*

HUNTON ANDREWS KURTH LLP

By: */s/ Ryan Phair*_____
Ryan P. Phair (#479050)
Craig Y. Lee (admitted *pro hac vice*)
Emily K. Bolles (admitted *pro hac vice*)
Christopher C. Brewer (admitted *pro hac vice*)
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@huntonak.com
craiglee@huntonak.com

ebolles@huntonak.com
brewerc@huntonak.com

*Attorneys for Plaintiff Chick-fil-A, Inc.*

ZELLE LLP

By:  /s/ Judith A. Zahid
Judith A. Zahid (pro hac vice)
Eric W. Buetzow (pro hac vice)
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
jzahid@zelle.com
ebuetzow@zelle.com

*Counsel for El Pollo Loco, Inc.*

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.

By: /s/ Jay B. Shapiro
Jay B. Shapiro
Samuel O. Patmore
Carlos J. Canino
Abigail G. Corbett
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: 305.789.3200
Fax: 305.789.3395
Email: jshapiro@stearnsweaver.com
spatmore@stearnsweaver.com
ccanino@stearnsweaver.com
acorbett@stearnsweaver.com

*Counsel for Independent Purchasing*
*Cooperative, Inc.*

BOIES SCHILLER FLEXNER LLP

/s/ *Anne M. Nardacci*
Anne M. Nardacci
Ryan T. McAllister
Mark A. Singer
30 South Pearl Street
Albany, N.Y.  12207
Tel:   (518) 434-0600
Fax:  (518) 434-0665
E-mail:   anardacci@bsfllp.com
              rmcallister@bsfllp.com
              msinger@bsfllp.com

CADWALADER, WICKERSHAM & TAFT LLP

/s/ *Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
200 Liberty Street
New York, NY 10281
Tel:     (212) 504-6000
Fax:     (212) 504-6666
Email:   philip.iovieno@cwt.com
               nicholas.gravante@cwt.com

*Counsel for Plaintiffs Darden Restaurants, Inc.*
*and PJ Food Service, Inc.*

KENNY NACHWALTER, P.A.

/s/ *William J. Blechman*
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Michael A. Ponzoli, Esquire
1441 Brickell Avenue

Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com

*Counsel for Plaintiff Pollo Operations, Inc.*