# EXHIBIT  F

**From:** Stupar, Jenna Marie [mailto:jenna.stupar@kirkland.com]
**Sent:** Tuesday, March 02, 2021 11:10 PM
**To:** Shalia Sakona; Frett, Barry Anton
**Cc:** andrew@marksklein.com; mark@marksklein.com; Lori Lustrin; Scott N. Wagner; Robert Turken; Brianna Sainte; Pepper, Stacy
**Subject:** RE: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC [IWOV-MIAMI.FID1348888]

Hi Shalia,

We're happy to explain the rationale for our requested custodians, included below. If it is your position that any of the individuals listed below will not have information relevant to this case, please explain in detail so that we can evaluate your position. Thanks.

1. Michael Sobel, Senior Director of Purchasing and Distribution
    a. Received Agri Stats reports
    b. Attended trade group events, including NCC marketing seminars
    c. Was a contact person for sales with at least 3 defendants

2. William Wilbanks III, Quality Assurance Poultry Auditor
    a. Attended trade association events
    b. Communicated with suppliers about attending Zaxby's Annual Quality Assurance Poultry Supplier Meeting and quality/specification issues
    c. Visited supplier plants and attended broiler supplier events

3. Rob Adkisson, Quality Assurance Auditor
    a. Communicated with suppliers on quality/specification issues and attending Zaxby's trade events

4. Gary Nash, Director of Purchasing
    a. The job title "Director of Purchasing" appears to be relevant on its face, particularly given that Zaxby's offered Dennie Sandefer and Dax Weekely as custodians (Senior Director of Purchasing and Senior Purchasing Manager, respectively).

5. Steve Miller, Director of Distribution
    a. The job title "Director of Distribution" appears to be relevant on its face.

6. L. Diane Mason, Senior Purchasing Manager, former Inventory Analysis Manager, Purchasing
    a. The job title "Senior Purchasing Manager" appears to be relevant on its face and is the same job title as Zaxby's offered custodian, Dax Weekely.

**Jenna M. Stupar**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3077  **M** +1 262 853 3141
**F** +1 312 862 2200

jenna.stupar@kirkland.com

*Admitted in Illinois

**From:** Shalia Sakona <ssakona@bilzin.com>
**Sent:** Tuesday, March 2, 2021 3:58 PM
**To:** Frett, Barry Anton <barry.frett@kirkland.com>
**Cc:** andrew@marksklein.com; mark@marksklein.com; Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken <rturken@bilzin.com>; Brianna Sainte <bsainte@bilzin.com>; Pepper, Stacy <stacy.pepper@kirkland.com>; Stupar, Jenna Marie <jenna.stupar@kirkland.com>
**Subject:** RE: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC [IWOV-MIAMI.FID1348888]

Hi Barry--- please provide us with your basis for requesting each of the below individuals so that we may properly evaluate your request. If you are referring to certain documents that include these individuals, please also provide us with those documents.  Thanks.

**Bilzin Sumberg**

Shalia Sakona
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor          Tel 305.350.7216
Miami, Florida 33131                      Direct Fax 305.351.2238
www.bilzin.com                            ssakona@bilzin.com

*Stay up to date on the legal and business challenges and opportunities posed by COVID-19.*
*Access Bilzin Sumberg's COVID-19 Resource Center here.*

---

**From:** Frett, Barry Anton <barry.frett@kirkland.com>
**Sent:** Tuesday, March 2, 2021 4:42 PM
**To:** Shalia Sakona <ssakona@bilzin.com>
**Cc:** andrew@marksklein.com; mark@marksklein.com; Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken <rturken@bilzin.com>; Brianna Sainte <bsainte@bilzin.com>; Pepper, Stacy <stacy.pepper@kirkland.com>; Stupar, Jenna Marie <jenna.stupar@kirkland.com>
**Subject:** RE: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC [IWOV-MIAMI.FID1348888]

Hi Shalia,

Defendants agree to the custodians Zaxby's identified in its initial disclosures.  However, we believe that there are additional individuals who possess relevant information.  Accordingly, we request that Zaxby's add the following individuals as custodians:

1. Michael Sobel
2. William Wilbanks III
3. Rob Adkisson
4. Gary Nash
5. Steve Miller
6. L. Diane Mason

Please let us know if you agree to this request.

Thank you,
Barry

**Barry Frett**
------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654

**T** +1 312 862 4101 **M** +1 312 307 6610
**F** +1 312 862 2200
-----------------------------------
barry.frett@kirkland.com

**From:** Shalia Sakona <ssakona@bilzin.com>
**Sent:** Thursday, February 25, 2021 11:19 AM
**To:** Stupar, Jenna Marie <jenna.stupar@kirkland.com>
**Cc:** andrew@marksklein.com; mark@marksklein.com; Frett, Barry Anton <barry.frett@kirkland.com>; Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken <rturken@bilzin.com>; Brianna Sainte <bsainte@bilzin.com>; Pepper, Stacy <stacy.pepper@kirkland.com>
**Subject:** RE: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC [IWOV-MIAMI.FID1348888]

Hi Jenna--- our proposed custodians are the individuals set forth in the first section of the Initial Disclosures:

1. Velda Fitzgerald (c/o Bilzin Sumberg)

2. Dennie Sandefer (c/o Bilzin Sumberg)

3. Dax Weekly (c/o Bilzin Sumberg)

4. Randy Keene (c/o Bilzin Sumberg)

The proposed non-custodial data source is the Purchasing Department Shared Drive identified in Section (d) of the Initial Disclosures.

Thanks,
Shalia

**Bilzin Sumberg**

Shalia Sakona
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
www.bilzin.com

Tel 305.350.7216
Direct Fax 305.351.2238
ssakona@bilzin.com

*Stay up to date on the legal and business challenges and opportunities posed by COVID-19. Access Bilzin Sumberg's COVID-19 Resource Center here.*

**From:** Stupar, Jenna Marie <jenna.stupar@kirkland.com>
**Sent:** Thursday, February 25, 2021 12:15 PM
**To:** Shalia Sakona <ssakona@bilzin.com>
**Cc:** andrew@marksklein.com; mark@marksklein.com; Frett, Barry Anton <barry.frett@kirkland.com>; Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken <rturken@bilzin.com>; Brianna Sainte <bsainte@bilzin.com>; Pepper, Stacy <stacy.pepper@kirkland.com>
**Subject:** RE: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC [IWOV-MIAMI.FID1348888]

Hi Shalia --

Defendants did not receive Zaxby's proposed custodians and non-custodial sources yesterday, per our agreement below. Could you please send those along today?

Thanks,
Jenna

**Jenna M. Stupar**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3077  **M** +1 262 853 3141
**F** +1 312 862 2200

jenna.stupar@kirkland.com

*Admitted in Illinois

**From:** Shalia Sakona <ssakona@bilzin.com>
**Sent:** Wednesday, February 17, 2021 10:08 AM
**To:** Stupar, Jenna Marie <jenna.stupar@kirkland.com>
**Cc:** andrew@marksklein.com; mark@marksklein.com; Frett, Barry Anton <barry.frett@kirkland.com>; Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken <rturken@bilzin.com>; Brianna Sainte <bsainte@bilzin.com>; Pepper, Stacy <stacy.pepper@kirkland.com>
**Subject:** RE: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC [IWOV-MIAMI.FID1348888]

Sounds good--- thanks Jenna.



Shalia Sakona
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
www.bilzin.com

Tel 305.350.7216
Direct Fax 305.351.2238
ssakona@bilzin.com

*Stay up to date on the legal and business challenges and opportunities posed by COVID-19. Access Bilzin Sumberg's COVID-19 Resource Center here.*

**From:** Stupar, Jenna Marie <jenna.stupar@kirkland.com>
**Sent:** Wednesday, February 17, 2021 11:06 AM
**To:** Shalia Sakona <ssakona@bilzin.com>
**Cc:** andrew@marksklein.com; mark@marksklein.com; Frett, Barry Anton <barry.frett@kirkland.com>; Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken <rturken@bilzin.com>; Brianna Sainte <bsainte@bilzin.com>; Pepper, Stacy <stacy.pepper@kirkland.com>
**Subject:** RE: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC

Hi Shalia -- thanks for this.

It sounds like we have reached agreement; we trust that you will let the other DAPs know about the terms of our agreement (especially the one-month extension for deposition without prejudice to any case), and we will do the same with the other Defendants.

We look forward to your initial disclosures and custodian and non-custodial proposals next Wednesday.

Thanks,
Jenna

**Jenna M. Stupar**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3077  **M** +1 262 853 3141
**F** +1 312 862 2200

jenna.stupar@kirkland.com

*Admitted in Illinois

**From:** Shalia Sakona <ssakona@bilzin.com>
**Sent:** Tuesday, February 16, 2021 11:37 AM
**To:** Stupar, Jenna Marie <jenna.stupar@kirkland.com>
**Cc:** andrew@marksklein.com; mark@marksklein.com; Frett, Barry Anton <barry.frett@kirkland.com>; Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken <rturken@bilzin.com>; Brianna Sainte <bsainte@bilzin.com>; Pepper, Stacy <stacy.pepper@kirkland.com>
**Subject:** Re: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC

Hi Jenna. Plaintiff agrees to your first paragraph below regarding depositions.

As to your third paragraph below, Plaintiff agrees to endeavor in good faith to make subsequent productions within 30 days of agreement of the parties or court order on any disputed issue (but not earlier than April 8th, the agreed production commencement date). However, given the abstract and theoretical nature of any such productions, it is impossible to know at this time whether 30 days will be sufficient to complete them. Therefore the parties can meet and confer regarding appropriate timing if and when the need arises.

Best,
Shalia

Sent from my iPhone

> On Feb 15, 2021, at 1:59 PM, Stupar, Jenna Marie <jenna.stupar@kirkland.com> wrote:

Thanks, Shalia; we appreciate your working with us on this. That being said, we still do not believe that a substantial completion date of May 14, which is less than a month before the close of fact discovery, is sufficient time to review the documents and prepare for and take depositions. However, in the spirit of compromise, Defendants are willing to accept that substantial completion date if Zaxby's agrees that Defendants can take Zaxby's deposition(s) within a month after the close of fact discovery (so, by July 11) without any prejudice to any case. To be clear, the 1-month extension assumes that Zaxby's actually does substantially complete its production by May 14.

Additionally, I want to clarify that Zaxby's agrees with the below aspect of Defendants' counterproposal; I do not believe it was addressed in your response and is central to our counterproposal:

The dates provided below assume agreement on custodians and search terms by March 2. If there are any outstanding custodial or search term disputes by March 2, the parties will continue to work together to resolve those disputes, and Zaxby's will agree to produce all responsive documents resultant from any additional custodians and search terms subsequently agreed upon by the parties within 30 days of the agreement. Any custodian or search terms still in dispute by March 22 will be brought to the Court, and Zaxby's will agree to produce all documents resultant from the disputed search terms or custodians within 30 days of a ruling.

Please let me know whether Zaxby's will agree to these terms.

Thanks.

**Jenna M. Stupar**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3077  **M** +1 262 853 3141
**F** +1 312 862 2200

jenna.stupar@kirkland.com

*Admitted in Illinois

**From:** Shalia Sakona <ssakona@bilzin.com>
**Sent:** Saturday, February 13, 2021 11:24 AM
**To:** Stupar, Jenna Marie <jenna.stupar@kirkland.com>
**Cc:** andrew@marksklein.com; mark@marksklein.com; Frett, Barry Anton <barry.frett@kirkland.com>; Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken <rturken@bilzin.com>; Brianna Sainte <bsainte@bilzin.com>; Pepper, Stacy <stacy.pepper@kirkland.com>
**Subject:** RE: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC

Jenna, we are able to accept most aspects of your counter-counterproposal, with the exception of the notes made in red in the fifth column. Please advise as to whether we have an agreement. We are not able to accommodate earlier dates than those proposed below with respect to the initial disclosures or commencement/ substantial completion of document production, and with respect to both, it behooves Defendants to allot appropriate time for us to comprehensively meet those deadlines.

Best,
Shalia

| Events | Defendant's Proposed Deadlines | Plaintiffs' Counter-Proposal | Defendants' Response and / or Counter-Proposal | Plaintiff's response to Defendants' counter-counterproposal |
|---|---|---|---|---|
| Zaxby's Franchising LLC to make initial disclosures and propose document custodians and non-custodial document sources | 2/20/2021: 15 days after Rule 33 and 34 requests are served. | 3/7/2021: 30 days after Rule 33 and 34 requests are served | 2/20/2021:  15 days after Rule 33 and 34 Requests are served<br><br>*(as 2/20 is a Saturday, we are willing to accept the proposals the following Monday-- 2/22)* | 2/24/2021 |
| Zaxby's Franchising LLC to respond to Rule 33, 34, and 36 requests | 3/7/2021: 30 days after Rule 33, 34, and 36 requests are served. | 3/10/2021: Zaxby's to respond to Rule 33 and 34 Requests<br><br>*(note that 3/7 is a* | Agreed. | |

| Events | Defendant's Proposed Deadlines | Plaintiffs' Counter-Proposal | Defendants' Response and / or Counter-Proposal | Plaintiff's response to Defendants' counter-counterproposal |
|---|---|---|---|---|
| | | *Sunday)*<br><br>4/5/2021: Zaxby's to respond to Rule 36 Requests | | |
| Zaxby's Franchising LLC to disclose Keyword Search Tools and/or TAR/CAL Tools | 3/7/2021: 30 days after Rule 33, 34, and 36 requests are served. | Agreed | | |
| Zaxby's Franchising LLC to identify any disputes with global agreed-upon search terms | 2/25/2021: 20 days after receipt of global agreed-upon search terms. | Agreed | | |
| Date by which parties will submit disputes regarding document custodians, non-custodial document sources, and search process to the court for resolution | 3/22/2021: 45 days after service of Rule 33 and 34 requests. | 4/6/2021: 60 days after service of 33 and 34 requests | 3/22/3031: 45 days after service of Rule 33 and 34 requests. | |
| Commencement of rolling production of documents by Zaxby's Franchising, prioritizing custodians as agreed by the parties or ordered by the Court (including priority custodians' data described by ESI Protocol Order (Dkt. 459)) | Begins 30 days after agreement or order on initial search methodology and custodians. | 4/16/2021 | Begins 30 days after agreement or order on initial search methodology and custodians or 4/5/21, whichever is later<br><br>*(To the extent helpful, we are willing to commit to a custodial counter-proposal within five days of Zaxby's initial proposal to keep this moving)* | 4/8/2021 |

| Events | Defendant's Proposed Deadlines | Plaintiffs' Counter-Proposal | Defendants' Response and / or Counter-Proposal | Plaintiff's response to Defendants' counter-counterproposal |
|---|---|---|---|---|
| Deadline for second phase search proposals by requesting parties to Zaxby's Franchising LLC | If applicable, 30 days after commencement of rolling production. | 5/14/2021 | If applicable, 30 days after commencement of rolling production or 5/5/21, whichever is later | |
| Substantial completion of document productions for Zaxby's Franchising LLC | 60 days after agreement on search methodology and custodians | 6/4/2021 | 60 days after agreement on search methodology and custodians | 5/14/21 |
| Deadline for Privilege Log | 10 days after substantial completion of document productions | 6/18/2021: 14 days after substantial completion | Agree to 14 days after substantial completion. | |
| Deadline for Validation Protocol | If applicable, 10 days after substantial completion of document productions | Agreed | | |

Shalia Sakona
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
www.bilzin.com

Tel 305.350.7216
Direct Fax 305.351.2238
ssakona@bilzin.com

*Stay up to date on the legal and business challenges and opportunities posed by COVID-19. Access Bilzin Sumberg's COVID-19 Resource Center here.*

**From:** Stupar, Jenna Marie <jenna.stupar@kirkland.com>
**Sent:** Thursday, February 11, 2021 6:59 PM
**To:** Shalia Sakona <ssakona@bilzin.com>

**Cc:** andrew@marksklein.com; mark@marksklein.com; Frett, Barry Anton <barry.frett@kirkland.com>; Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken <rturken@bilzin.com>; Brianna Sainte <bsainte@bilzin.com>; Pepper, Stacy <stacy.pepper@kirkland.com>
**Subject:** RE: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC

Hi Shalia -- thanks for your response.

Defendants cannot agree to your counterproposal. As a preliminary matter, the counterproposal isn't feasible because it contemplates that Zaxby's will substantially complete its document production only one week before fact discovery closes on June 11. Given that one week is not sufficient time for Defendants to review Zaxby's production, identify appropriate deponents, and prepare for and take depositions, this is a non-starter for us. Additionally, much of the discovery schedule flows from the parties reaching agreement on custodians and non-custodial document sources, so waiting 30 days for Zaxby's initial proposal is likewise a non-starter given the fast-approaching close of fact discovery.

I have included our specific responses to each point in the chart below. The dates provided below assume agreement on custodians and search terms by March 2. If there are any outstanding custodian or search term disputes by March 2, the parties will continue to work together to resolve those disputes, and Zaxby's will agree to produce all responsive documents resultant from any additional custodians and search terms subsequently agreed upon by the parties within 30 days of the agreement. Any custodian or search terms still in dispute by March 22 will be brought to the Court, and Zaxby's will agree to produce all documents resultant from the disputed search terms or custodians within 30 days of a ruling.

We understand that this is an expedited schedule; however, it is our expectation that your firm should be well prepared to move quickly given that it represents several other DAPs in this matter and accordingly has been well aware of the fact discovery cutoff date since the Court set it last August. While Defendants are certainly willing to work through any genuine burden issues, an expedited schedule is necessary when a lawsuit is brought less than 5 months before fact discovery closes.

We're available to meet and confer on the schedule; just let me know. Thanks.

| Events | Defendant's Proposed Deadlines | Plaintiffs' Counter-Proposal | Defendants' Response and / or Counter-Proposal |
|---|---|---|---|
| Zaxby's Franchising LLC to make initial disclosures and propose document custodians and non-custodial document sources | 2/20/2021: 15 days after Rule 33 and 34 requests are served. | 3/7/2021: 30 days after Rule 33 and 34 requests are served | 2/20/2021: 15 days after Rule 33 and 34 Requests are served<br><br>*(as 2/20 is a Saturday, we are willing to accept the proposals the following Monday--2/22)* |
| Zaxby's Franchising LLC to respond to Rule 33, 34, and 36 | 3/7/2021: 30 days after Rule 33, 34, and 36 requests are | 3/10/2021: Zaxby's to respond to Rule 33 and 34 Requests | Agreed. |

| Events | Defendant's Proposed Deadlines | Plaintiffs' Counter-Proposal | Defendants' Response and / or Counter-Proposal |
|---|---|---|---|
| requests | served. | *(note that 3/7 is a Sunday)*<br><br>4/5/2021: Zaxby's to respond to Rule 36 Requests | |
| Zaxby's Franchising LLC to disclose Keyword Search Tools and/or TAR/CAL Tools | 3/7/2021: 30 days after Rule 33, 34, and 36 requests are served. | Agreed | |
| Zaxby's Franchising LLC to identify any disputes with global agreed-upon search terms | 2/25/2021: 20 days after receipt of global agreed-upon search terms. | Agreed | |
| Date by which parties will submit disputes regarding document custodians, non-custodial document sources, and search process to the court for resolution | 3/22/2021: 45 days after service of Rule 33 and 34 requests. | 4/6/2021: 60 days after service of 33 and 34 requests | 3/22/3031: 45 days after service of Rule 33 and 34 requests. |
| Commencement of rolling production of documents by Zaxby's Franchising, prioritizing custodians as agreed by the parties or ordered by the Court (including priority custodians' data described by ESI Protocol Order (Dkt. 459)) | Begins 30 days after agreement or order on initial search methodology and custodians. | 4/16/2021 | Begins 30 days after agreement or order on initial search methodology and custodians or 4/5/21, whichever is later<br><br>*(To the extent helpful, we are willing to commit to a custodial counter-proposal within five days of Zaxby's initial proposal to keep this moving)* |
| Deadline for second phase search proposals by | If applicable, 30 days after commencement | 5/14/2021 | If applicable, 30 days after commencement of rolling production or |

| Events | Defendant's Proposed Deadlines | Plaintiffs' Counter-Proposal | Defendants' Response and / or Counter-Proposal |
|---|---|---|---|
| requesting parties to Zaxby's Franchising LLC | of rolling production. | | 5/5/21, whichever is later |
| Substantial completion of document productions for Zaxby's Franchising LLC | 60 days after agreement on search methodology and custodians | 6/4/2021 | 60 days after agreement on search methodology and custodians |
| Deadline for Privilege Log | 10 days after substantial completion of document productions | 6/18/2021: 14 days after substantial completion | Agree to 14 days after substantial completion. |
| Deadline for Validation Protocol | If applicable, 10 days after substantial completion of document productions | Agreed | |

**Jenna M. Stupar**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3077  **M** +1 262 853 3141
**F** +1 312 862 2200

jenna.stupar@kirkland.com

*Admitted in Illinois

**From:** Shalia Sakona <ssakona@bilzin.com>
**Sent:** Wednesday, February 10, 2021 9:15 PM
**To:** Stupar, Jenna Marie <jenna.stupar@kirkland.com>
**Cc:** andrew@marksklein.com; mark@marksklein.com; Frett, Barry Anton <barry.frett@kirkland.com>;
Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken
<rturken@bilzin.com>; Brianna Sainte <bsainte@bilzin.com>
**Subject:** RE: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC

Dear all-- please see below Zaxby's counterproposal regarding the discovery schedule in this matter.
Please advise as to whether you agree.

| Events | Defendant's Proposed Deadlines | Plaintiffs' Counter-Proposal | |
|---|---|---|---|
| Zaxby's Franchising LLC to make initial disclosures and propose document custodians and non-custodial document sources | 2/20/2021: 15 days after Rule 33 and 34 requests are served. | 3/7/2021: 30 days after Rule 33 and 34 requests are served | |
| Zaxby's Franchising LLC to respond to Rule 33, 34, and 36 requests | 3/7/2021: 30 days after Rule 33, 34, and 36 requests are served. | 3/10/2021: Zaxby's to respond to Rule 33 and 34 Requests<br><br>*(note that 3/7 is a Sunday)*<br><br>4/5/2021: Zaxby's to respond to Rule 36 Requests | |
| Zaxby's Franchising LLC to disclose Keyword Search Tools and/or TAR/CAL Tools | 3/7/2021: 30 days after Rule 33, 34, and 36 requests are served. | Agreed | |
| Zaxby's Franchising LLC to identify any disputes with global agreed-upon search terms | 2/25/2021: 20 days after receipt of global agreed-upon search terms. | Agreed | |
| Date by which parties will submit disputes regarding document custodians, non-custodial document sources, and search process to the court for resolution | 3/22/2021: 45 days after service of Rule 33 and 34 requests. | 4/6/2021: 60 days after service of 33 and 34 requests | |
| Commencement of rolling production of documents by Zaxby's Franchising, prioritizing custodians as agreed | Begins 30 days after agreement or order on initial search methodology and custodians. | 4/16/2021 | |

| Events | Defendant's Proposed Deadlines | Plaintiffs' Counter-Proposal | |
|---|---|---|---|
| by the parties or ordered by the Court (including priority custodians' data described by ESI Protocol Order (Dkt. 459)) | | | |
| Deadline for second phase search proposals by requesting parties to Zaxby's Franchising LLC | If applicable, 30 days after commencement of rolling production. | 5/14/2021 | |
| Substantial completion of document productions for Zaxby's Franchising LLC | 60 days after agreement on search methodology and custodians | 6/4/2021 | |
| Deadline for Privilege Log | 10 days after substantial completion of document productions | 6/18/2021: 14 days after substantial completion | |
| Deadline for Validation Protocol | If applicable, 10 days after substantial completion of document productions | Agreed | |

<image001.jpg>
Shalia Sakona
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
www.bilzin.com

Tel 305.350.7216
Direct Fax 305.351.2238
ssakona@bilzin.com

*Stay up to date on the legal and business challenges and opportunities posed by COVID-19. Access Bilzin Sumberg's COVID-19 Resource Center here.*

**From:** Shalia Sakona <ssakona@bilzin.com>
**Sent:** Tuesday, February 9, 2021 10:04 AM
**To:** jenna.stupar@kirkland.com

**Cc:** andrew@marksklein.com; mark@marksklein.com; barry.frett@kirkland.com; Lori Lustrin <llustrin@bilzin.com>; Scott N. Wagner <SWagner@bilzin.com>; Robert Turken <rturken@bilzin.com>
**Subject:** Fwd: In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC

Hi Jenna,

Plaintiff does not agree to defendants' proposed schedule below. We will be in touch in the next day or so with a counter proposal, and to schedule a meet and confer to discuss the same, if necessary.

Best,
Shalia

Begin forwarded message:

**From:** "Stupar, Jenna Marie" <jenna.stupar@kirkland.com>
**Date:** February 5, 2021 at 9:07:35 PM EST
**To:** Robert Turken <rturken@bilzin.com>, Lori Lustrin <llustrin@bilzin.com>, "Scott N. Wagner" <SWagner@bilzin.com>, andrew@marksklein.com, mark@marksklein.com
**Cc:** "Pepper, Stacy" <stacy.pepper@kirkland.com>, "Frett, Barry Anton" <barry.frett@kirkland.com>, "Ellis, Bailey" <bailey.ellis@kirkland.com>
**Subject:** In re Broilers: Defendants' Discovery Requests to Zaxby's Franchising LLC

Counsel,

Please find attached written discovery requests from Defendants, as well as a letter regarding initial disclosures, search terms, and other preliminaries for Plaintiff Zaxby's Franchising LLC. As you are aware, Scheduling Order 9 governed discovery for prior DAPs, but did not contemplate the entry of DAPs at this late stage and is therefore very outdated. Accordingly, we'd like to reach agreement on revised discovery deadlines to avoid having to involve the Special Master or the Court. As has been done with other recent DAPs, we'd like to propose an accelerated timeline per the table below.

Please let us know whether your client can meet the proposed deadlines.

Best,
Jenna

| Events | Proposed Deadlines |
|---|---|
| Zaxby's Franchising LLC to make initial disclosures and propose document custodians and non-custodial document sources | 2/20/2021: 15 days after Rule 33 and 34 requests are served. |

| Events | Proposed Deadlines |
|---|---|
| Zaxby's Franchising LLC to respond to Rule 33, 34, and 36 requests | 3/7/2021: 30 days after Rule 33, 34, and 36 requests are served. |
| Zaxby's Franchising LLC to disclose Keyword Search Tools and/or TAR/CAL Tools | 3/7/2021: 30 days after Rule 33, 34, and 36 requests are served. |
| Zaxby's Franchising LLC to identify any disputes with global agreed-upon search terms | 2/25/2021: 20 days after receipt of global agreed-upon search terms. |
| Date by which parties will submit disputes regarding document custodians, non-custodial document sources, and search process to the court for resolution | 3/22/2021: 45 days after service of Rule 33 and 34 requests. |
| Commencement of rolling production of documents by Zaxby's Franchising, prioritizing custodians as agreed by the parties or ordered by the Court (including priority custodians' data described by ESI Protocol Order (Dkt. 459)) | Begins 30 days after agreement or order on initial search methodology and custodians. |
| Deadline for second phase search proposals by requesting parties to Zaxby's Franchising LLC | If applicable, 30 days after commencement of rolling production. |
| Substantial completion of document productions for Zaxby's Franchising LLC | 60 days after agreement on search methodology and custodians |
| Deadline for Privilege Log | 10 days after substantial completion of document productions |
| Deadline for Validation Protocol | If applicable, 10 days after substantial completion of document productions |

**Jenna M. Stupar**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3077  **M** +1 262 853 3141
**F** +1 312 862 2200

jenna.stupar@kirkland.com

*Admitted in Illinois

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**CAUTION:** Please be aware of the increase in cybercrime and fraud. Bilzin Sumberg personnel will not ordinarily provide wire transfer or other payment instructions by email relating to the payment of Bilzin Sumberg invoices or advance fee deposits. Although payment instructions may be provided by email in connection with client matters such as closings, please contact us to obtain verbal verification prior to initiating any payments.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.