**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>Certain Direct Action Plaintiffs | No. 1:16-cv-08637<br><br>District Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## **CERTAIN RESTAURANT DAPS' NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, April 1, 2021 at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Certain Restaurant DAPs shall appear before the Honorable Thomas M. Durkin, or any judge sitting in his stead in the courtroom 1441 of the Everett McKinley Dirksen Federal Building, 219 South Dearbon Street, Chicago, Illinois, and shall then and there present Certain Restaurant DAPs' Motion For Leave to File Under Seal Certain Restaurant DAPs' Motion to Establish a Separate Restaurant DAP Track and Appoint Certain Restaurant DAP Liaison Counsel, a copy of which is hereby served upon you.

Dated: March 25, 2021

Respectfully submitted,

By: /s/ *Lori P. Lustrin*

Robert W. Turken (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593

rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

Andrew P. Bleiman
**MARKS & KLEIN, LLP**
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: 312-206-5162
Facsimile: 312-420-5568
andrew@marksklein.com

*Counsel for Boston Market Corporation, Barbeque Integrated, Inc. d/b/a Smokey Bones Bar & Fire Grill, FIC Restaurants, Inc. d/b/a Friendly's, The Johnny Rockets Group, Inc., WZ Franchise Corp., Golden Corral Corp., White Castle Purchasing Co., Cracker Barrel Old Country Store, Inc., CBOCS Distribution, Inc, Captain D's LLC, Shamrock Foods Company, United Food Service, Inc., Bojangles' Restaurants, Inc., Bojangles Opco, LLC, Zaxby's Franchising LLC, and El Pollo Loco, Inc.*

By: */s/* Ryan Phair

Ryan Phair
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@huntonak.com

Matthew J. Calvert
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street NE
Atlanta, GA 30308
(404) 888-4000
mcalvert@huntonak.com

John S. Martin
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street

Richmond, VA 23219-4704
(804) 788-8200
marinj@huntonak.com

Julie B. Porter
SALVATORE PRESCOTT PORTER
& PORTER, PLLC
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@sppplaw.com

*Counsel for Chick-fil-A, Inc.*

By: */s/* Jay B. Shapiro

Jay B. Shapiro
Samuel O. Patmore
Carlos J. Canino
Abigail G. Corbett
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: 305.789.3200
Fax: 305.789.3395
jshapiro@stearnsweaver.com
spatmore@stearnsweaver.com
ccanino@stearnsweaver.com
acorbett@stearnsweaver.com

Marvin Alan Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400
mmiller@millerlawllc.com

*Counsel for Supply Management Systems, Inc.*

By: */s/* Philip J. Iovieno

Philip J. Iovieno
Lawrence Brandman

Nicholas A Gravante , Jr
Mark A. Singer
Cadwalader Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
212-504-6868
philip.iovieno@cwt.com
nicholas.gravante@cwt.com
lawrence.brandman@cwt.com
mark.singer@cwt.com

Terence H. Campbell
Cotsirilos, Tighe, Streicker, Poulos, & Campbell, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL 60602 (312) 263-0345
tcampbell@cotsiriloslaw.com

*Counsel for Darden Restaurants, Inc., and PJ Food Service, Inc.*

By: */s/* William J. Blechman

William J. Blechman
Douglas H. Patton
Samuel J. Randall
Michael A. Ponzoli
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa

*Counsel for Pollo Operations, Inc.*

By: */s/* Floyd A. Mandell

Floyd A. Mandell
Yonaton Rosenzweig
Jeffrey A. Wakolbinger
Catherine E. O'Brien

        KATTEN MUCHIN ROSENMAN LLP
        525 West Monroe Street
        Chicago, Illinois 60661-3693
        Tel: (312) 902-5235
        Fax: (312) 902-1061
        floyd.mandell@katten.com
        yoni.rosenzweig@katten.com

        Yonaton M. Rosenzweig (pro hac vice forthcoming)
        KATTEN MUCHIN ROSENMAN LLP
        2029 Century Park East, Suite 2600
        Los Angeles, California 90034
        Tel: (310) 788 4460
        Fax: (310) 712 8222

        *Attorneys for Caesars Enterprise, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of March 2021, I caused a true and correct copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

        By /s/ *Lori P. Lustrin*
             Lori P. Lustrin