# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No.: 1:16-cv-08637 |
| | The Honorable Thomas M. Durkin |
| This Document Relates To:<br>Direct Purchaser Actions | Magistrate Judge Jeffrey T. Gilbert |
| | **PUBLIC REDACTED VERSION** |

**EXPERT REPORT OF COLIN A. CARTER, PH.D., IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**

951475.1

# FILED UNDER SEAL

**MOTION FOR LEAVE TO FILE UNDER SEAL PENDING**