# EXHIBITS 1 - 11

## (Documents submitted under seal)