

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

---

Name   Richard L. Coffman

Firm    The Coffman Law Firm

Street Address  3355 West Alabama Street, Suite 240

City/State/Zip Code  Houston, Texas 77098

Phone Number  (713) 582-6700

Email address  rcoffman@coffmanlawfirm.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.


List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:16-cv-08637 | In re Broiler Chicken Antitrust | Honorable Thomas M. Durkin |
| | | |
| | | |
| | | |
| | | |
| | | |

_____       __April 8, 2021_____
Signature of Attorney                                   Date

Rev. 01272016