UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Case No: 1:16-cv-08637 |
| | Judge Thomas M. Durkin |
| THIS DOCUMENT RELATES TO: | Judge Jeffrey T. Gilbert |
| DIRECT PURCHASER PLAINTIFF ACTIONS, COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS, AND END-USER CONSUMER PLAINTIFF ACTIONS | **ORDER AND AGREED JOINT STIPULATION CONCERNING DEFENDANTS'** *DAUBERT* **REPLIES** |

Pursuant to Defendants' Unopposed Motion for Extension of Time and Leave to File Excess Pages and agreed joint stipulation between Direct Purchaser Plaintiffs ("DPPs"), Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs"), and End-User Consumer Plaintiff ("EUCPs") (collectively, "Class Plaintiffs"), and Defendants Koch Foods Incorporated; JCG Foods of Alabama, LLC; JCG Foods of Georgia, LLC; Koch Meat Co., Inc.; Pilgrim's Pride Corporation; Perdue Farms, Inc.; Perdue Foods LLC; Sanderson Farms, Inc.; Sanderson Farms, Inc. (Foods Division); Sanderson Farms, Inc. (Production Division); Sanderson Farms, Inc. (Processing Division); Wayne Farms LLC; Mountaire Farms, Inc.; Mountaire Farms, LLC; Mountaire Farms of Delaware, Inc.; Foster Farms, LLC; Foster Poultry Farms; House of Raeford Farms, Inc.; Simmons Foods, Inc.; Simmons Prepared Foods, Inc.; O.K. Foods, Inc.; O.K. Farms, Inc.; O.K. Industries, Inc.; Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, Inc.; Harrison Poultry, Inc.; Mar-Jac Poultry, Inc.; Mar-Jac Poultry MS, LLC; Mar-Jac Poultry AL, LLC; Mar-Jac AL/MS, Inc.; Mar-Jac Poultry, LLC; Mar-Jac Holdings, Inc.; Agri Stats, Inc.; Case Foods,

Inc.; Case Farms, LLC; and Case Farms Processing, Inc. (collectively, "Stipulating Defendants"), the Court orders as follows:

1. Defendants' replies in support of their *Daubert* motions to exclude the expert opinions of Drs. Carter, Mangum, and Sunding shall be due on May 20, 2021.

2. Defendants may submit up to an additional 5 pages per *Daubert* reply. Each *Daubert* reply shall therefore be no longer than 15 pages total.

3. Defendants may take a 5-hour deposition of each of these experts on their rebuttal reports prior to May 20, 2021.

4. This Order does not affect any other deadlines in the case schedule.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: 4/27/2021

_____
HON. JEFFREY T. GILBERT
UNITED STATES MAGISTRATE JUDGE

DEFENDANTS' ATTORNEYS

WEIL GOTSHAL & MANGES LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

VENABLE LLP

By: */s/ J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

| ROSE LAW FIRM | MAYER BROWN LLP |
|---|---|
| By: /s/ *John W. Treece* | By: /s/ *Carmine R. Zarlenga* |
| John W. Treece (#3122889) | Carmine R. Zarlenga (#90784529) |
| 1135 West Montana Street | William H. Stallings (admitted *pro hac vice*) |
| Chicago, IL 60614 | Stephen M. Medlock (admitted *pro hac vice*) |
| Telephone: (312) 961-7808 | Oral D. Pottinger (admitted *pro hac vice*) |
| jtreece@jwtreece.com | 1999 K Street N.W. |
| | Washington, DC 20006 |
| Amanda K. Wofford (admitted *pro hac vice*) | Telephone: (202) 263-3000 |
| Bourgon Reynolds (admitted *pro hac vice*) | Facsimile: (202) 263-3300 |
| 120 East Fourth Street | czarlenga@mayerbrown.com |
| Little Rock, Arkansas 72201 | wstallings@mayerbrown.com |
| Telephone: (501) 375-9131 | smedlock@mayerbrown.com |
| Facsimile: (501) 375-1309 | opottinger@mayerbrown.com |
| awofford@roselawfirm.com | |
| breynolds@roselawfirm.com | *Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation* |
| *Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* | |

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Wayne Farms LLC*

| | |
|---|---|
| KUTAK ROCK LLP | EDWARD C. KONIECZNY LLC |
| By:  /s/ *John P. Passarelli* | By: */s/ Edward C. Konieczny* |
| John P. Passarelli (admitted *pro hac vice*) | Edward C. Konieczny (admitted *pro hac vice*) |
| James M. Sulentic (admitted *pro hac vice*) | 400 Colony Square, Ste 1501 |
| 1650 Farnam Street | 1201 Peachtree Street, NE |
| Omaha, NE  68102 | Atlanta, GA 30361 |
| Telephone: (402) 346-6000 | Telephone: (404) 380-1430 |
| Facsimile: (402) 346-1148 | Facsimile:  (404) 382-6011 |
| john.passarelli@kutakrock.com | ed@koniecznylaw.com |
| james.sulentic@kutakrock.com | |
| | SMITH, GAMBRELL & RUSSELL, LLP |
| J.R. Carroll (admitted *pro hac vice*) | |
| Jeffrey M. Fletcher (admitted *pro hac vice*) | David C. Newman (admitted *pro hac vice*) |
| 234 East Millsap Road, Ste 200 | W. Parker Sanders (admitted *pro hac vice*) |
| Fayetteville, AR  72703-4099 | 1230 Peachtree Street, N.E. |
| Telephone: (479) 973-4200 | Promenade, Ste 3100 |
| Facsimile: (479) 973-0007 | Atlanta, GA  30309 |
| jr.caroll@kutakrock.com | Telephone:  (404) 815-3500 |
| Jeffrey.fletcher@kuakrock.com | Facsimile:  (404) 815-3509 |
| | dnewman@sgrlaw.com |
| Kimberly M. Hare (#6323326) | psanders@sgrlaw.com |
| One South Wacker Drive, Ste 2050 | |
| Chicago, IL  60606-4614 | James L. Thompson |
| Telephone: (312) 602-4100 | Lynch Thompson LLP |
| Facsimile: (312) 602-4101 | 150 S. Wacker Drive, Suite 2600 |
| kimberly.hare@kutakrock.com | Chicago, IL 60606 |
| | T: (312) 445-4623 |
| *Attorneys for Defendants O.K. Foods, Inc.,* | F: (312) 896-5883 |
| *O.K. Farms, Inc., and O.K. Industries, Inc.* | jthompson@lynchthompson.com |
| | |
| | *Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc.* |

4

| | |
|---|---|
| VAUGHAN & MURPHY | HOGAN LOVELLS US LLP |
| By: /s/ *Charles C. Murphy, Jr.* <br> Charles C. Murphy, Jr. (admitted *pro hac vice*) <br> 690 S Ponce Court NE <br> Atlanta, GA 30307 <br> Telephone: (404) 667-0714 <br> Facsimile: (404) 529-4193 <br> cmurphy@vaughanandmurphy.com | By: /s/ *William L. Monts III* <br> William L. Monts III (admitted *pro hac vice*) <br> Justin W. Bernick (admitted *pro hac vice*) <br> 555 Thirteenth Street, N.W. <br> Washington, D.C. 20004-1109 <br> Telephone: (202) 637-5910 <br> Facsimile: (202) 637-5911 <br> william.monts@hoganlovells.com <br> justin.bernick@hoganlovells.com |
| WINSTON & STRAWN LLP <br><br> James F. Herbison <br> Michael P. Mayer <br> 35 West Wacker Drive <br> Chicago, Illinois 60601 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br> jherbison@winston.com <br> mmayer@winston.com | MILLER, CANFIELD, PADDOCK, AND STONE P.L.C. <br><br> Jacob D. Koering <br> 225 West Washington Street, Ste 2600 <br> Chicago, Illinois 60606 <br> Telephone: (312) 460-4272 <br> Facsimile: (312) 460-4201 <br> koering@millercanfield.com |
| *Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms* | *Attorneys for Defendant Agri Stats, Inc.* |

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D. KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon
Patricia A. Gorham
Peter M. Szeremeta
Kaitlin A. Carreno
Dylan W. de Fouw
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
kaitlincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com


SMITH AMUNDSEN LLC

Ronald Balfour
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1816
rbalfour@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*