**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>Movant Direct Action Plaintiffs | Civil Action No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert<br><br>**CERTAIN DIRECT ACTION PLAINTIFFS' MOTION TO COMPEL KEYSTONE DEPOSITIONS** |

Pursuant to Federal Rules of Civil Procedure 30 and 37, Certain Direct Action Plaintiffs (collectively "Movant DAPs")[1] hereby move for an order compelling Defendants Keystone Foods LLC, Equity Group Eufaula Division LLC, Equity Group – Kentucky Division LLC, and Equity Group – Georgia Division LLC (collectively, "Keystone") to produce witnesses for deposition

[1] These DAPs are: Action Meat Distributors, Inc.; Ahold Delhaize USA, Inc.; ALDI, Inc.; Amory Investments LLC; Associated Foods Stores, Inc.; Associated Grocers, Inc.; Associated Grocers of New England, Inc.; Associated Wholesale Grocers, Inc.; Barbeque Integrated, Inc. d/b/a Smokey Bones Bar & Fire Grill; Basha's Inc.; Big Y Foods, Inc.; Bojangles OPCO, LLC; Bojangles' Restaurants, Inc.; Boston Market Corporation; Brookshire Brothers, Inc.; Brookshire Grocery Company; Buffalo Wild Wings, Inc.; Cajun Operating Company d/a/ Church's Chicken; Campbell Soup Company; Campbell Soup Supply Company LLC; Captain D's, LLC; Certco, Inc.; Cheesecake Factory Incorporated; Chick-Fil-A, Inc.; CKE Restaurants Holdings, Inc.; Colorado Boxed Beef Co.; Conagra Brands, Inc.; Cracker Barrel Old Country Store, Inc.; El Pollo Loco, Inc.; EMA Foods Co., LLC; Fareway Stores, Inc.; Focus Brands LLC; Friendly's; Giant Eagle, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Independent Purchasing Cooperative, Inc.; Ira Higdon Grocery Company, Inc.; Johnny Rockets Group, Inc.; John Soules Foods, Inc. and John Soules Acquisition LLC; Kinexo, Inc.; King Solomon Foods, Inc.; Kraft Heinz Foods Company; Latina Boulevard Foods, LLC; L. Hart, Inc.; McLane Company, Inc.; McLane/Eastern, Inc.; McLane Express, Inc.; McLane Foodservice Distribution, Inc.; McLane Foodservice, Inc.; McLane/Mid-Atlantic, Inc.; McLane/Midwest, Inc.; McLane Minnesota, Inc.; McLane New Jersey, Inc.; McLane Ohio, Inc.; McLane/Southern, Inc.; McLane/Suneast, Inc.; McLane/Western, Inc.; Nestle USA, Inc.; Nestle Purina PetCare Company; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Pacific Foods of Oregon; Piggly Wiggly Alabama Distributing Co., Inc.; Pinnacle Foods, Inc.; Quirch Foods, LLC f/k/a Quirch Foods Co.; R&D Marketing LLC; Red Bird Farms Distribution Company; Restaurant Services, Inc.; Schnuck Markets, Inc.; Services Group of America, Inc.; Sonic Industries Services, Inc.; SpartanNash Company; Supply Management Services, Inc.; Sysco Corporation; Target Corporation; The Distribution Group, Inc.; The Golub Corporation; Timber Lake Foods, Inc.; Troyer Foods, Inc.; URM Stores, Inc.; US Foods, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; White Castle Purchasing Co.; Woodman's Food Market, Inc.; WZ Franchise Corporation; and Zaxby's Franchising LLC.

under Rule 30(b)(1) and Rule 30(b)(6). The motion is based on the concurrently filed Memorandum in Support of the Movant DAPs' Motion to Compel and all other evidence and arguments presented in the briefings and at any hearing on this motion.

Dated: April 27, 2021

Respectfully submitted,

*/s/ Scott E. Gant*
Scott E. Gant
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
E-mail: sgant@bsfllp.com

Colleen A. Harrison
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8204
Fax: (202) 237-6131
E-mail: charrison@bsfllp.com

Ryan T. McAllister
**BOIES SCHILLER FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, NY 12207
Tel: (518) 694-4271
Fax: (518) 434 0665
E-mail: rmcallister@bsfllp.com

***Counsel for Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company, L.L.C., John Soules Foods, Inc., John Soules Acquisitions LLC, Pacific Foods of Oregon, Sysco Corp., Target Corp., US Foods, Inc.***

/s/ *David C. Eddy*
David C. Eddy, Esquire
N.D. Illinois Bar No. 72258
Dennis J. Lynch, Esquire
N.D. Illinois Bar No. 07622
**ANTITRUST LAW GROUP, LLC**
1601 Assembly Street
P.O. Box 8117
Columbia, SC 29202
Tel: (803) 253-8267
E-mail: deddy@theantitrustlawgroup.com
dlynch@theantitrustlawgroup.com

***Counsel for Plaintiffs Conagra Brands, Inc.; Pinnacle Foods, Inc.; Kraft Heinz Foods Company; Nestlé USA, Inc.; and, Nestlé Purina PetCare Company***

*/s/ Jay B. Shapiro*
Jay B. Shapiro (admitted *pro hac vice*)
Samuel O. Patmore (admitted *pro hac vice)*
Carlos J. Canino (admitted *pro hac vice)*
Abigail G. Corbett (admitted *pro hac vice)*
**STEARNS WEAVER MILLER WEISSLER ALHADEF F & SITTERSON, P.A.**
150 West Flagler Street, Suite 2200

*/s/ Amy D. Fitts*
Amy D. Fitts (IL Bar No. 629248)
Daniel D. Owen (MO Bar No. 41514, *Pro Hac Vice*)
Guillermo G. Zorogastua (MO Bar No. 59643, *Pro Hac Vice*)
**POLSINELLI PC**
900 W. 48th Place
Suite 900

Miami, Florida 33130
Tel: (305) 789-3200
Fax: (305) 789-3395
E-mail: jshapiro@stearnsweaver.com
spatmore@stearnsweaver.com
ccanino@stearnsweaver.com
acorbett@stearnsweaver.com

Marvin A. Miller
Andrew Szot
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, Illinois 60603
Tel: (312) 332-3400
Fax: (312) 676-2676
E-mail: mmiller@millerlawllc.com
aszot@millerlawllc.com

***Counsel for Plaintiffs Quirch Foods, LLC, Independent Purchasing Cooperative, Inc., and Supply Management Services, Inc.***

/s/ *Kathryn A. Reilly*
Kathryn A. Reilly
Judith P. Youngman
Camille Papini-Chapla
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel: (303) 244-180
Fax: (303) 244-1879
Reilly@wtotrial.com
Youngman@wtotrial.com
PapiniChapla@wtotrial.com

***Counsel for Plaintiffs McLane Company, Inc.; McLane/Mid-Atlantic, Inc.; McLane/Midwest, Inc.; McLane Minnesota, Inc.; McLane New Jersey, Inc.; McLane/Eastern, Inc.; McLane/Suneast, Inc.; McLane Ohio, Inc.; McLane/Southern, Inc.; McLane/Western, Inc.; McLane Express, Inc.; Kinexo, Inc.; McLane Foodservice Distribution, Inc., McLane Foodservice, Inc.***

Kansas City, MO 64112
Tel: (816) 753-1000
Fax: (816) 753-1536
E-mail: afitts@polsinelli.com
dowen@polsinelli.com
gzorogastua@polsinelli.com

Rodney L. Lewis (IL Bar No. 6288353)
**POLSINELLI PC**
150 N. Riverside Plaza
Suite 3000
Chicago, Illinois 60606
Tel: (312) 819-1900
Fax: (312) 819-1910
E-mail: rodneylewis@polsinelli.com

***Counsel for Plaintiff Associated Wholesale Grocers, Inc.***

/s/ *Ryan P. Phair*
Ryan P. Phair (#479050)
Craig Y. Lee (admitted *pro hac vice*)
Emily K. Bolles (admitted *pro hac vice*)
Christopher C. Brewer (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037-1701
Tel: (202) 955-1500
E-mail: rphair@huntonak.com
craiglee@huntonak.com
ebolles@huntonak.com
brewerc@huntonak.com

John S. Martin (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Tel: (804) 788-8200
E-mail: martinj@huntonak.com

Matthew J. Calvert (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
Bank of America Plaza, Suite 4100
600 Peachtree Street NE

/s/ Lori P. Lustrin
Robert W. Turken (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

Andrew P. Bleiman
**MARKS & KLEIN, LLP**
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: 312-206-5162
Facsimile: 312-420-5568
andrew@marksklein.com

***Counsel for El Pollo Loco, Inc., Bojangles' Restaurants, Inc. and Bojangles OPCO, LLC, Boston Market Corporation, Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Friendly's, Johnny Rockets Group, Inc., Smokey Bones Bar & Fire Grill, White Castle Purchasing Co., WZ Franchise Corporation, and Zaxby's Franchising LLC***

Atlanta, GA 30308
(404) 888-4000
E-mail: mcalvert@huntonak.com

Julie B. Porter (#6243787)
**SALVATORE PRESCOTT & PORTER, PLLC**
1010 Davis Street
Evanston, Illinois 60201
Tel: (312) 283-5711
E-mail: porter@spplawyers.com

***Counsel for Plaintiffs Ahold Delhaize USA, Inc., ALDI, Inc., and Chick-fil-A, Inc.***

/s/ David B. Esau
David B. Esau
Kristin A. Gore
Amanda R. Jesteadt
Stephen A. Cohen
Casey R. McGowan
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368
desau@carltonfields.com
kgore@carltonfields.com
ajesteadt@carltonfields.com
scohen@carltonfields.com
cmcgowan@calrtonfields.com

Roger S. Kobert
**CARLTON FIELDS, P.A.**
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203
rkobert@carltonfields.com

***Counsel for Plaintiff Restaurant Services, Inc Cajun Operating Company d/a/ Church's Chi Buffalo Wild Wings, Inc., Sonic Industries Se Inc., CKE Restaurants Holdings, Inc., Focus LLC, and Cheesecake Factory Incorporated***

**CERTIFICATE OF SERVICE**

I, Scott E. Gant, hereby certify that a true and correct copy of the foregoing **MOTION TO COMPEL** was electronically filed with the Clerk of the Court using the CM/ECF system on April 27, 2021, which constitutes service on counsel of record who are registered electronic filing users.

*/s/ Scott E. Gant*
Scott E. Gant