IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Case No. 16-cv-8637 |
| | Honorable Thomas M. Durkin |
| This Document Relates To All Actions | Magistrate Judge Jeffrey T. Gilbert |

**NON-PARTY JAYSON PENN'S MOTION FOR LEAVE TO INTERVENE AND FOR ENTRY OF A PROTECTIVE ORDER**

Non-party Jayson Penn respectfully moves the Court under Federal Rule of Civil Procedure 24 for leave to intervene in this action and under Federal Rule of Civil Procedure 26 for entry of a protective order temporarily staying his deposition until the resolution of a pending criminal trial. The motion is based on the concurrently filed Memorandum of Law, Declaration of Michael F. Tubach and exhibits thereto, and all other evidence and arguments presented in the briefing and at any hearing on this motion. The Court should grant leave for Mr. Penn to intervene for the limited purpose of moving for entry of a protective order temporarily staying his deposition, and issue an order staying Mr. Penn's deposition pending the resolution of the parallel criminal case.[1]

---

[1] Mr. Penn is not filing a notice of presentment and not providing courtesy copies of this motion because the Court has suspended the operation of those rules. *See* Tenth Amended General Order 20-0012 ¶¶ 5, 6 (Feb. 12, 2021).

Dated: April 29, 2021     Respectfully submitted,


By: */s/ Michael F. Tubach*
Michael F. Tubach (*pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Tel.: (415) 984-8700
Fax: (415) 984-8701
mtubach@omm.com


By: */s/ Kevin B. Duff*
Kevin B. Duff (Bar # 6210491)
RACHLIS DUFF & PEEL, LLC
Firm ID 56188
542 South Dearborn Street
Suite 900
Chicago, IL 60605
Tel.: (312) 733-3390
kduff@rdaplaw.net

*Counsel for Non-Party Jayson Penn*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be filed on the Court's CM/ECF system, which automatically provides notice to counsel for all parties to the above-captioned action.

Dated: April 29, 2021              Respectfully submitted,


                                   By: */s/ Michael F. Tubach*
                                       Michael F. Tubach (*pro hac vice*)
                                       O'MELVENY & MYERS LLP
                                       Two Embarcadero Center
                                       28th Floor
                                       San Francisco, CA 94111-3823
                                       Tel.: (415) 984-8700
                                       Fax: (415) 984-8701
                                       mtubach@omm.com