# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>This Document Relates To All Actions | Case No. 16-cv-8637<br><br>Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## NON-PARTY TIMOTHY STILLER'S MOTION FOR LEAVE TO INTERVENE AND REQUEST TO STAY DEPOSITION DISCOVERY

Non-party Timothy Stiller respectfully requests leave to intervene in this matter pursuant to Fed.R.Civ.P. 24 in order to seek a stay of deposition discovery pursuant to Fed.R.Civ.P. 26. In support of this motion, Mr. Stiller is contemporaneously submitting a Memorandum of Law and accompanying materials. The Court should grant leave for Mr. Stiller to intervene for the limited purpose of moving for the entry of a stay deferring his deposition until the threat of criminal prosecution has ended.[1]

---

[1] Mr. Stiller is not filing a notice of presentment and not providing courtesy copies of this motion because the Court has suspended the operation of those rules. *See* Tenth Amended General Order 20-0012 ¶¶ 5, 6 (Feb. 12, 2021).

Dated: May 8, 2021   Respectfully submitted,

   /s/ Kristen M. Frost
  Kristen M. Frost
  Ridley, McGreevy & Winocur, P.C.
  303 16th Street, Suite 200
  Denver, CO 80202
  Tel.: (303) 629-9700
  Fax: (303) 629-9702
  frost@ridleylaw.com


   /s/ Patrick L. Ridley
  Patrick L. Ridley (*Pro Hac Vice*)
  Ridley, McGreevy & Winocur, P.C.
  303 16th Street, Suite 200
  Denver, CO 80202
  Tel.: (303) 629-9700
  Fax: (303) 629-9702
  ridley@ridleylaw.com

  *Counsel for Non-Party Timothy Stiller*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused the foregoing to be filed on the Court's CM/ECF system, which automatically provides notice to counsel for all parties to the above-captioned action.

Dated: May 8, 2021

                                        By: */s/ Patrick L. Ridley*
                                            Patrick L. Ridley (*Pro Hac Vice*)
                                            Ridley, McGreevy & Winocur, P.C.
                                            303 16th Street, Suite 200
                                            Denver, CO 80202
                                            Tel.: (303) 629-9700
                                            Fax: (303) 629-9702
                                            ridley@ridleylaw.com