UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>Direct Purchaser Actions | Case No. 1:16-cv-08637<br><br>Hon. Thomas A. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DIRECT PURCHASER PLAINTIFFS' STATEMENT REGARDING THE COURT'S MAY 11, 2021 ORDER AND HEARING ON MAY 14, 2021**

Direct Purchaser Plaintiffs ("DPPs") have reviewed the Court's May 11, 2021 Order (ECF No. 4626) in advance of the hearing on May 14, 2021, in particular the Court's question numbers 6 and 7 regarding the composition of the trial in October of 2022. In responding to these questions, DPPs intend to refer to their letter brief regarding their proposed trial plan (ECF No. 3400, January 10, 2020), which was heard by the Court during the January 17, 2020 status conference (ECF No. 3412). DPPs are fully committed to proceeding to trial on their claims beginning on October 17, 2022 and intend to confer with the other parties regarding the trial plan prior to the May 14, 2021 hearing. DPPs look forward to discussing the October 2022 trial during the May 14, 2021 hearing and the further briefing regarding trial submissions scheduled for June 15, 2021.

Date: May 12, 2021

| | |
|---|---|
| | */s/ Steven A. Hart* |
| Clifford H. Pearson | Steven A. Hart (#6211008) |
| Bobby Pouya | Brian Eldridge (#6281336) |
| Michael H. Pearson | John Marrese (#6306516) |
| Thomas J. Nolan | Kyle Pozan (#6306761) |
| PEARSON SIMON & WARSHAW, LLP | HART MCLAUGHLIN & ELDRIDGE, LLC |
| 15165 Ventura Boulevard, Suite 400 | 22 West Washington Street, Suite 1600 |

949927.3

1

Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com
tnolan@pswlaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

W. Joseph Bruckner
Brian D. Clark
Simeon A. Morbey
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

Chicago, IL 60602
Telephone: (312) 955-0545
Facsimile: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
kpozan@hmelegal.com

*Direct Purchaser Plaintiffs' Interim Liaison Counsel*