# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Civil Action No. 1:16-cv-08637 |
| | Judge Thomas M. Durkin |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Jeffrey T. Gilbert |
| *Pacific Foods of Oregon, LLC v. Agri Stats, Inc., et al.*, Case No. 20-cv-06481 | |

## MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Pacific Foods of Oregon, LLC ("Pacific") hereby moves for an order dismissing all of its claims in this action with prejudice. No Defendant has pleaded a counterclaim against Pacific in this action. Pacific respectfully requests that the Court order the parties to bear their respective fees and costs, and that any documents filed under seal remain under seal.

Dated: May 17, 2021

*/s/ Scott E. Gant*
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
E-mail:sgant@bsfllp.com

*Counsel for Pacific Foods of Oregon, LLC*