# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: DIRECT PURCHASER PLAINTIFF ACTIONS, COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS, AND END-USER CONSUMER PLAINTIFF ACTIONS | Case No: 1:16-cv-08637 <br><br> Judge Thomas Durkin <br> Magistrate Judge Jeffrey T. Gilbert |

## MOTION TO FILE A SUR-REPLY AND SUPPLEMENTAL EXPERT REPORT

Defendants,[1] by and through their undersigned counsel, respectfully move this Court for entry of an Order providing Defendants an opportunity to respond on the grounds that (1) rebuttal testimony must be limited to contradicting or rebutting evidence on the same subject matter identified by another party under Fed. R. Civ. P. 26(a)(2)(D)(ii), and (2) Defendants should be provided an opportunity to respond to the Ninth Circuit's recent decision to vacate class certification in *Olean Wholesale Grocery Cooperative, Inc. v. Bumble Bee Foods LLC*, 993 F.3d 774 (9th Cir. 2021). This Motion is based on the accompanying Memorandum of Law in Support of Defendants' Motion to File a Sur-Reply and Supplemental Expert Report.

---

[1] Defendants include Sanderson Farms, Inc.; Sanderson Farms, Inc. (Processing Division); Sanderson Farms, Inc. (Production Division); Sanderson Farms, Inc. (Foods Division); Perdue Farms, Inc.; Perdue Foods LLC; Mountaire Farms, Inc.; Mountaire Farms, LLC; Mountaire Farms of Delaware, Inc.; Foster Farms, LLC; Foster Poultry Farms, a California Corporation; Koch Foods Incorporated; JCG Foods of Alabama LLC; JCG Foods of Georgia LLC; Koch Meat Co., Inc.; Wayne Farms LLC; O.K. Foods, Inc., O.K. Farms, Inc.; O.K. Industries, Inc.; Mar-Jac Poultry, Inc.; Norman W. Fries, Inc. d/b/a Claxton Poultry Farms; Agri Stats, Inc.; Simmons Foods, Inc.; Simmons Prepared Foods Inc.; House of Raeford Farms, Inc.; Harrison Poultry, Inc.; Case Foods, Inc., Case Farms, LLC; and Case Farms Processing, Inc. Because it has settled with the DPPs, Defendant Pilgrim's Pride notes that it joins this Motion to File a Sur-Reply and Expert Rebuttal Report only as to the CIIPP and EUCP actions.

1

Dated: May 20, 2021  Respectfully submitted,

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
Rachel B. Haig
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com
rachel.haig@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

DEFENDANTS' ATTORNEYS

KIRKLAND & ELLIS LLP

By: */s/ Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
Rachel B. Haig
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com
rachel.haig@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendant*

VENABLE LLP

By: */s/ J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

| | |
|---|---|
| ROSE LAW FIRM | MAYER BROWN LLP |
| By: */s/ John W. Treece* <br> John W. Treece (#3122889) <br> 1135 West Montana Street <br> Chicago, IL 60614 <br> Telephone: (312) 961-7808 <br> jtreece@jwtreece.com | By: */s/ Carmine R. Zarlenga* <br> Carmine R. Zarlenga (#90784529) <br> William H. Stallings (admitted *pro hac vice*) <br> Stephen M. Medlock (admitted *pro hac vice*) <br> Oral D. Pottinger (admitted *pro hac vice*) <br> 1999 K Street N.W. <br> Washington, DC 20006 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> czarlenga@mayerbrown.com <br> wstallings@mayerbrown.com <br> smedlock@mayerbrown.com <br> opottinger@mayerbrown.com |
| Amanda K. Wofford (admitted *pro hac vice*) <br> Bourgon Reynolds (admitted *pro hac vice*) <br> 120 East Fourth Street <br> Little Rock, AR 72201 <br> Telephone: (501) 375-9131 <br> Facsimile: (501) 375-1309 <br> awofford@roselawfirm.com <br> breynolds@roselawfirm.com | |
| *Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* | *Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation* |
| NOVACK AND MACEY LLP | PROSKAUER ROSE LLP |
| By: */s/ Stephen Novack* <br> Stephen Novack <br> Stephen J. Siegel <br> Christopher S. Moore <br> 100 North Riverside Plaza <br> Chicago, IL 60606 <br> Telephone: (312) 419-6900 <br> Facsimile: (312) 419-6928 <br> snovack@novackmacey.com <br> ssiegel@novackmacey.com <br> cmoore@novackmacey.com | By: */s/ Christopher E. Ondeck* <br> Christopher E. Ondeck (admitted *pro hac vice*) <br> Stephen R. Chuk (admitted *pro hac vice*) <br> 1001 Pennsylvania Ave., NW, Ste 600 South <br> Washington, DC 20004 <br> Telephone: (202) 416-6800 <br> Facsimile: (202) 416-6899 <br> condeck@proskauer.com <br> schuk@proskauer.com |
| *Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.* | *Attorneys for Wayne Farms LLC* |

KUTAK ROCK LLP

By: */s/ John P. Passarelli*
John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 445-4623
F: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc.*

5

| | |
|---|---|
| VAUGHAN & MURPHY<br><br>By: */s/ Charles C. Murphy, Jr.*<br>Charles C. Murphy, Jr.<br>(admitted *pro hac vice*)<br>690 S Ponce Court NE<br>Atlanta, GA 30307<br>Telephone: (404) 667-0714<br>Facsimile: (404) 529-4193<br>cmurphy@vaughanandmurphy.com<br><br>WINSTON & STRAWN LLP<br><br>James F. Herbison<br>Michael P. Mayer<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>jherbison@winston.com<br>mmayer@winston.com<br><br>*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms* | HOGAN LOVELLS US LLP<br><br>By: */s/ William L. Monts III*<br>William L. Monts III (admitted *pro hac vice*)<br>Justin W. Bernick (admitted *pro hac vice*)<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109<br>Telephone: (202) 637-5910<br>Facsimile: (202) 637-5911<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.<br><br>Jacob D. Koering<br>225 West Washington Street, Ste 2600<br>Chicago, Illinois 60606<br>Telephone: (312) 460-4272<br>Facsimile: (312) 460-4201<br>koering@millercanfield.com<br><br>*Attorneys for Defendant Agri Stats, Inc.*<br><br>VEDDER PRICE P.C.<br><br>By: */s/ Gregory G. Wrobel*<br>Gregory G. Wrobel (#3122900)<br>222 N. LaSalle Street<br>Chicago, IL 60601<br>Telephone: (312) 609-7722<br>Facsimile: (312) 609-5005<br>gwrobel@vedderprice.com<br><br>JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC<br><br>Henry W. Jones, Jr. (admitted *pro hac vice*)<br>1951 Clark Avenue<br>Raleigh, NC 27605<br>Telephone: (919) 828-2501<br>Facsimile: (919) 834-8447<br>hjones@jordanprice.com<br><br>*Attorneys for Defendant House of Raeford Farms, Inc.* |

SHOOK HARDY & BACON LLP

By: */s/ Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: */s/ Joseph D. Carney*
Joseph D. Carney (admitted pro hac vice)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted pro hac vice)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted pro hac vice)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

EVERSHEDS SUTHERLAND (US) LLP

By: */s/ Patricia A. Gorham*
James R. McGibbon
Patricia A. Gorham
Peter M. Szeremeta
Kaitlin A. Carreno
Dylan W. de Fouw
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
kaitlincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com


SMITH AMUNDSEN LLC

Ronald Balfour
150 N. Michigan Avenue, Ste 3300
Chicago, IL 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1816
rbalfour@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc*.

WEIL, GOTSHAL & MANGES, LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Carrie.mahan@weil.com
Christopher.abbott@weil.com

Pravin R. Patel (#0099939)
Brian G. Liegel (#0119269)
Corey K. Brady (admitted *pro hac vice*)
1395 Brickell Avenue, Ste., 1200
Miami, FL 33131
Telephone (305) 577-3100
Pravin.patel@weil.com
Brian.liegel@weil.com
Corey.brady@weil.com

EIMER STAHL LLP

Michael L. McCluggage (#018209966
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
(312) 660-7665
(312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

8

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Daniel E. Laytin, P.C.*

Daniel E. Laytin, P.C.