# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*McLane Company, Inc., et al. v. Pilgrim's Pride Corporation et al.*, No. 1:20-cv-07831 | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br>The Honorable Jeffrey T. Gilbert |

## NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO TAKE DEPOSITIONS OF MCLANE WITNESSES

Following further discussions, McLane has represented that it is willing to extend the time for taking depositions of their witnesses until early August. Accordingly, the issues raised in Defendants' Motion are resolved and Defendants hereby withdraw their May 3, 2021 Motion for an Extension of Time to Take Depositions of McLane Witnesses (Dkt. 4583).

| | |
|---|---|
| Dated: May 20, 2021 | Respectfully submitted, |
| KIRKLAND & ELLIS LLP | WEIL GOTSHAL & MANGES LLP |
| By: /s/ *Daniel E. Laytin, P.C.* <br> Daniel E. Laytin, P.C. <br> Christa C. Cottrell, P.C. <br> Stacy Pepper <br> 300 North LaSalle Street <br> Chicago, IL 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> dlaytin@kirkland.com <br> ccottrell@kirkland.com <br> stacy.pepper@kirkland.com <br><br> *Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants* | By: */s/ Carrie C. Mahan* <br> Carrie C. Mahan (#459802) <br> Christopher J. Abbott (#1014487) <br> 2001 M Street N.W., Ste. 600 <br> Washington, D.C. 20036 <br> Telephone: (202) 682-7000 <br> Facsimile: (202) 857-0940 <br> carrie.mahan@weil.com <br> christopher.abbott@weil.com <br><br> Jessica L. Falk (#4763686) <br> 767 Fifth Avenue <br> New York, NY 10153 <br> Telephone: 212-310-8000 <br> Facsimile: 212-310-8007 <br> jessica.falk@weil.com <br><br> EIMER STAHL LLP <br><br> Michael L. McCluggage (#01820966) <br> 224 South Michigan Avenue, Ste. 1100 <br> Chicago, IL 60604 <br> Telephone: (312) 660-7665 <br> Facsimile: (312) 692-1718 <br> mmccluggage@eimerstahl.com <br><br> *Attorneys for Defendant Pilgrim's Pride Corporation* |

| | |
|---|---|
| NOVACK AND MACEY LLP | VENABLE LLP |
| By: /s/ *Stephen Novack* | By: /s/ *J. Douglas Baldridge* |
| Stephen Novack | J. Douglas Baldridge (#437678) |
| Stephen J. Siegel | Lisa Jose Fales (admitted *pro hac vice*) |
| Christopher S. Moore | Danielle Foley (admitted *pro hac vice*) |
| 100 North Riverside Plaza | Andrew Hernacki (admitted *pro hac vice*) |
| Chicago, IL 60606 | 600 Massachusetts Avenue, NW |
| Telephone: (312) 419-6900 | Washington, DC 20001 |
| Facsimile: (312) 419-6928 | Telephone: (202) 344-4000 |
| snovack@novackmacey.com | Facsimile: 202-344-8300 |
| ssiegel@novackmacey.com | jdbaldridge@venable.com |
| cmoore@novackmacey.com | ljfales@venable.com |
| | drfoley@venable.com |
| *Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.* | athernacki@venable.com |
| | FALKENBERG IVES LLP |
| | Kirstin B. Ives |
| VEDDER PRICE P.C. | 30 N. LaSalle St., Ste 4020 |
| | Chicago, IL 60602 |
| By: /s/ *Gregory G. Wrobel* | Telephone: (312) 566-4803 |
| Gregory G. Wrobel (#3122900) | Facsimile: (312) 566-4810 |
| 222 N. LaSalle Street | kbi@ffilaw.com |
| Chicago, IL 60601 | |
| Telephone: (312) 609-7722 | *Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC* |
| Facsimile: (312) 609-5005 | |
| gwrobel@vedderprice.com | |

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

| KUTAK ROCK LLP | MAYER BROWN LLP |
|---|---|
| By: /s/ *John P. Passarelli* | By: /s/ *Carmine R. Zarlenga* |
| John P. Passarelli (admitted *pro hac vice*) | Carmine R. Zarlenga (#90784529) |
| James M. Sulentic (admitted *pro hac vice*) | William H. Stallings (admitted *pro hac vice*) |
| 1650 Farnam Street | Stephen M. Medlock (admitted *pro hac vice*) |
| Omaha, NE 68102 | Oral D. Pottinger (admitted *pro hac vice*) |
| Telephone: (402) 346-6000 | 1999 K Street N.W. |
| Facsimile: (402) 346-1148 | Washington, DC 20006 |
| john.passarelli@kutakrock.com | Telephone: (202) 263-3000 |
| james.sulentic@kutakrock.com | Facsimile: (202) 263-3300 |
| | czarlenga@mayerbrown.com |
| J.R. Carroll (admitted *pro hac vice*) | wstallings@mayerbrown.com |
| Jeffrey M. Fletcher (admitted *pro hac vice*) | smedlock@mayerbrown.com |
| 234 East Millsap Road, Ste 200 | opottinger@mayerbrown.com |
| Fayetteville, AR 72703-4099 | |
| Telephone: (479) 973-4200 | *Attorneys for Defendant Foster Farms, LLC* |
| Facsimile: (479) 973-0007 | *and Foster Poultry Farms, a California* |
| jr.caroll@kutakrock.com | *Corporation* |
| Jeffrey.fletcher@kuakrock.com | |
| | PROSKAUER ROSE LLP |
| Kimberly M. Hare (#6323326) | |
| One South Wacker Drive, Ste 2050 | By: /s/ *Christopher E. Ondeck* |
| Chicago, IL 60606-4614 | Christopher E. Ondeck (admitted *pro hac vice*) |
| Telephone: (312) 602-4100 | Stephen R. Chuk (admitted *pro hac vice*) |
| Facsimile: (312) 602-4101 | 1001 Pennsylvania Ave., NW, Ste 600 South |
| kimberly.hare@kutakrock.com | Washington, DC 20004 |
| | Telephone: (202) 416-6800 |
| *Attorneys for Defendants O.K. Foods, Inc.,* | Facsimile: (202) 416-6899 |
| *O.K. Farms, Inc., and O.K. Industries, Inc.* | condeck@proskauer.com |
| | schuk@proskauer.com |
| | |
| | *Attorneys for Wayne Farms LLC* |

| | |
|---|---|
| VAUGHAN & MURPHY | EDWARD C. KONIECZNY LLC |
| By: /s/ *Charles C. Murphy, Jr.* <br> Charles C. Murphy, Jr. (admitted *pro hac vice*) <br> 690 S Ponce Court NE <br> Atlanta, GA 30307 <br> Telephone: (404) 667-0714 <br> Facsimile: (404) 529-4193 <br> cmurphy@vaughanandmurphy.com | By: */s/ Edward C. Konieczny* <br> Edward C. Konieczny (admitted *pro hac vice*) <br> 1201 Peachtree Street, NE, Suite 1501 <br> Atlanta, GA 30361 <br> Telephone: (404) 380-1430 <br> Facsimile: (404) 382-6011 <br> ed@koniecznylaw.com |
| WINSTON & STRAWN LLP <br><br> James F. Herbison <br> Michael P. Mayer <br> 35 West Wacker Drive <br> Chicago, Illinois 60601 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br> jherbison@winston.com <br> mmayer@winston.com <br><br> *Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms* | SMITH, GAMBRELL & RUSSELL, LLP <br><br> David C. Newman (admitted *pro hac vice*) <br> W. Parker Sanders (admitted *pro hac vice*) <br> 1230 Peachtree Street, N.E. <br> Promenade, Ste 3100 <br> Atlanta, GA 30309 <br> Telephone: (404) 815-3500 <br> Facsimile: (404) 815-3509 <br> dnewman@sgrlaw.com <br> psanders@sgrlaw.com <br><br> James L. Thompson <br> Lynch Thompson LLP <br> 150 S. Wacker Drive, Suite 2600 <br> Chicago, IL 60606 <br> T: (312) 445-4623 <br> F: (312) 896-5883 <br> jthompson@lynchthompson.com <br><br> *Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc.* |

| SHOOK HARDY & BACON LLP | HOGAN LOVELLS US LLP |
|---|---|
| By: /s/ *Lynn H. Murray* | By: /s/ *William L. Monts III* |
| Lynn H. Murray | William L. Monts III (admitted *pro hac vice*) |
| 111 S. Wacker Dr., Ste 4700 | Justin W. Bernick (admitted *pro hac vice*) |
| Chicago IL 60606 | 555 Thirteenth Street, N.W. |
| Telephone: (312) 704-7700 | Washington, D.C. 20004-1109 |
| Facsimile: (312) 558-1195 | Telephone: (202) 637-5910 |
| lhmurray@shb.com | Facsimile: (202) 637-5911 |
| | william.monts@hoganlovells.com |
| Laurie A. Novion | justin.bernick@hoganlovells.com |
| 2555 Grand Blvd. | |
| Kansas City, MO 64108 | MILLER, CANFIELD, PADDOCK, AND |
| Telephone: (816) 474-6550 | STONE P.L.C. |
| Facsimile: (816) 421-5547 | |
| lnovion@shb.com | Jacob D. Koering |
| | 225 West Washington Street, Ste 2600 |
| CONNER & WINTERS | Chicago, Illinois 60606 |
| | Telephone: (312) 460-4272 |
| John R. Elrod | Facsimile: (312) 460-4201 |
| Vicki Bronson (admitted *pro hac vice*) | koering@millercanfield.com |
| 4375 N. Vantage Drive, Ste. 405 | |
| Fayetteville, AR 72703 | *Attorneys for Defendant Agri Stats, Inc.* |
| Telephone: (479) 582-5711 | |
| jelrod@cwlaw.com | |
| vbronson@cwlaw.com | |

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

| | |
|---|---|
| JOSEPH D. CARNEY & ASSOCIATES LLC<br><br>By: /s/ *Joseph D. Carney*<br>Joseph D. Carney (admitted *pro hac vice*)<br>Telephone: 440-249-0860<br>Facsimile: 866-270-1221<br>jdc@jdcarney.com<br>case@jdcarney.com<br><br>Office Address:<br>139 Crocker Park Boulevard, Ste. 400<br>Westlake, OH 44145<br><br>Mailing Address:<br>1540 Peach Drive<br>Avon, OH 44011 | EVERSHEDS SUTHERLAND (US) LLP<br><br>By: /s/ *Patricia A. Gorham*<br>James R. McGibbon (admitted *pro hac vice*)<br>Patricia A. Gorham (admitted *pro hac vice*)<br>Peter M. Szeremeta (admitted *pro hac vice*)<br>Kaitlin A. Carreno (admitted *pro hac vice*)<br>Dylan de Fouw (admitted *pro hac vice*)<br>999 Peachtree Street, N.E., Ste 2300<br>Atlanta, Georgia 30309-3996<br>Telephone: (404) 853-8000<br>Facsimile: (404) 853-8806<br>jimmcgibbon@eversheds-sutherland.com<br>patriciagorham@eversheds-sutherland.com<br>peterszeremeta@eversheds-sutherland.com<br>katilincarreno@eversheds-sutherland.com<br>dylandefouw@eversheds-sutherland.com |
| MILLER SHAKMAN LEVINE & FELDMAN LLP<br><br>Thomas M. Staunton<br>Daniel M. Feeney<br>180 North LaSalle Suite 3600<br>Chicago, IL 60601<br>Telephone: 312-263-3700<br>tstaunton@millershakman.com<br>dfeeney@millershakman.com | SMITHAMUNDSEN LLC<br><br>Ronald Balfour<br>SMITH AMUNDSEN LLC<br>150 N. Michigan Avenue, Ste 3300<br>Chicago, Illinois 60601<br>Telephone: (312) 894-3369<br>Facsimile: (312) 997-1816<br>rbalfour@salawus.com<br><br>*Attorneys for Defendant Harrison Poultry, Inc.* |
| D.KLAR LAW<br><br>Deborah A. Klar (admitted *pro hac vice*)<br>Deborah A. Klar, Esq.<br>2934 1/2 Beverly Glen Circle, Suite 761<br>Bel Air, CA 90077<br>Telephone: 310-858-9500<br>dklar@dklarlaw.com<br><br>*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.* | |

| | |
|---|---|
| STINSON LLP | DYKEMA GOSSETT PLLC |
| By: /s/ *William L. Greene*<br>William L. Greene (admitted *pro hac vice*)<br>Peter J. Schwingler (admitted *pro hac vice*)<br>Kevin P. Kitchen (admitted *pro hac vice*)<br>50 South Sixth Street, Ste 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1500<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br>kevin.kitchen@stinson.com<br><br>J. Nicci Warr<br>7700 Forsyth Blvd., Suite 1100 St. Louis, MO 63105 Telephone: (314) 259-4570<br>nicci.warr@stinson.com<br><br>SUGAR FELSENTHAL GRAIS & HELSINGER LLP<br><br>John C. Martin<br>30 N. LaSalle Street, Ste 3000<br>Chicago, IL 60602<br>Telephone: (312) 704-2172<br>Facsimile: (312) 372-7951<br>jmartin@sfgh.com<br><br>THE LAW GROUP OF NORTHWEST ARKANSAS LLP<br><br>Gary V. Weeks (admitted *pro hac vice*)<br>K.C. Dupps Tucker (admitted *pro hac vice*)<br>Kristy E. Boehler (admitted *pro hac vice*)<br>1830 Shelby Lane<br>Fayetteville, AR 72704<br>Telephone: (479) 316-3760<br>gary.weeks@lawgroupnwa.com<br>kc.tucker@lawgroupnwa.com<br>kristy.boehler@lawgroupnwa.com<br><br>*Attorneys for Defendants George's, Inc. and George's Farms, Inc.* | By: /s/ *Howard B. Iwrey*<br>Howard B. Iwrey<br>39577 Woodward Ave, Ste. 300<br>Bloomfield Hills, MI 48304<br>Telephone: 248-203-0526<br>Facsimile: 248-203-0763<br>hiwrey@dykema.com<br><br>Steven H. Gistenson<br>10 South Wacker Drive, Ste. 2300<br>Chicago, IL 60606<br>Telephone: 312-627-2267<br>Facsimile: 312-876-1155<br>sgistenson@dykema.com<br><br>Cody D. Rockey<br>2723 South State Street, Ste. 400 Ann Arbor, MI 48104<br>Telephone: 734-214-7655<br>Facsimile: 734-214-7696<br>crockey@dykema.com<br><br>Dante A. Stella<br>400 Renaissance Center<br>Detroit, MI 48243<br>Telephone: 313-568-6693<br>Facsimile: 313-568-6893<br>dstella@dykema.com<br><br>*Attorneys for Defendants Amick Farms, LLC* |

By: /s/ *John W. Treece*
John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Patrick Fitzgerald*
Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
155 N. Wacker Drive Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

| AXINN, VELTROP & HARKRIDER LLP | LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD. |
|---|---|
| By: /s/ *Rachel J. Adcox*<br>Rachel J. Adcox (#1001488)<br>Daniel K. Oakes (admitted *pro hac vice*)<br>Kenina J. Lee (admitted *pro hac vice*)<br>950 F Street NW, Ste 700<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>radcox@axinn.com<br>doakes@axinn.com<br>klee@axinn.com<br><br>John M. Tanski (admitted *pro hac vice*)<br>Jarod G. Taylor (admitted *pro hac vice*)<br>90 State House Square<br>Hartford, CT 06103<br>Telephone: (860) 275-8100<br>Facsimile: (860) 275-8101<br>jtanski@axinn.com<br>jtaylor@axinn.com<br><br>Nicholas E.O. Gaglio (admitted *pro hac vice*)<br>Kail J. Jethmalani (admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036<br>Telephone: (212) 728-2200<br>Facsimile: (212) 261-5654<br>ngaglio@axinn.com<br>kjethmalani@axinn.com | Jordan M. Tank<br>230 West Monroe, Street, Ste 2260<br>Chicago, IL 60606<br>Telephone: (312) 702-0586<br>Facsimile: (312) 726-2273<br>jmt@lipelyons.com<br><br>*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, Equity Group – Georgia Division LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Carrie C. Mahan