UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Maplevale Farms, Inc., et al.

Plaintiff,

v.   Case No.: 1:16−cv−08637
Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 25, 2021:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing held on 5/24/21 per the Court's order of 5/14/21 [4651]. The parties are directed to the transcript for a complete record of the hearing. All counsel participating in the hearing who wish to have their appearances recorded shall identify themselves to liaison counsel and liaison counsel shall send that information to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov. The parties will submit to Judge Gilbert's proposed order E−Filing in−box on or before 6/1/21 a proposed order that incorporates the pretrial schedule discussed on the record. For the reasons discussed on the record, the Court extends the fact discovery close date to 7/30/21. No written discovery can be served during that time without leave of court. Unless otherwise agreed by the parties in the proposed order to be submitted by 6/1/21, Plaintiffs shall identify their merits experts by topic by 8/17/21, and Plaintiffs' merits expert reports will be disclosed to Defendants by 8/31/21. All stayed depositions [4557] are to be completed at least 30 days before summary judgment practice begins. The parties will include in their proposed order dates by which Plaintiffs' merits experts will be deposed, and by which Defendants will disclose their merits experts by topic and then disclose their expert reports, consistent with the schedule submitted by Defendants with the concurrence of Class Plaintiffs on 5/22/21 ECF [4699] and the Court's guidance as to those proposed dates. If the parties still differ on the dates for these events when they submit their proposed order, then they should indicate as much in their submission and the Court will set those dates. As discussed on the record, the Court is most focused now on re−setting dates for fact and expert discovery. If the parties want to do so, however, they also can include in their proposed order a schedule for filing and briefing summary judgment motions and a tentative trial date that also is consistent with what they submitted on 5/22/21 [4699]. The Court extends the date for parties to file their proposed trial plans [4616] to 7/16/21 for the reasons discussed on the record. Certain DAPs' Motion for An Extension of Time to Serve Initial Expert Reports [4648] also is granted for the reasons stated on the record. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.