# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Civil Action No. 1:16-cv-08637 <br> Case No. 1:21-cv-02847 |

## UNOPPOSED MOTION FOR REASSIGNMENT BASED ON RELATEDNESS UNDER LOCAL RULE 40.4

Plaintiffs, Columbia Meats, Inc. and Greenville Meats, Inc. ("Plaintiffs"), by and through their undersigned counsel, pursuant to Local Rule 40.4, respectfully move this Court for reassignment of its case based on relatedness. Plaintiffs have conferred with defense liaison counsel, and Defendants do not oppose this motion. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs ask this Court to transfer the case of Columbia Meats, Inc., et al. v. Claxton Poultry Farms, et al., Civil Action No., 1:21-cv-02847, pursuant to Local Rule 40.4 based on a finding of relatedness.

**I.  Local Rule 40.4(c)**

2. Local Rule 40.4(c) states that the "motion shall be filed in the lowest-numbered case of the claimed related set and noticed before the judge assigned to that case."

3. Local Rule 40.4(c) directs the party filing the motion to attach a copy of the Complaint from the case thought to be related. Plaintiff's Complaint in Civil Action No. 1:21-cv-02693 is attached hereto as <u>Exhibit A</u>.

4. Finally, Local Rule 40.4(c) provides that a "motion for reassignment based on relatedness may be filed by any party to a case," and instructs the party filing the motion to: (1) set forth points of commonality between the cases in sufficient detail to indicate that the cases are related within the meaning of Local Rule 40.4(a); and (2) indicate the extent to which the conditions required by Local Rule 40.4(b) will be met if the cases are found to be related.

## II. <u>Local Rule 40.4(a)</u>

5. Under Local Rule 40.4(a), two or more civil cases may be related if, "the cases involve some of the same issues of fact or law" or if "the cases grow out of the same transaction or occurrence."

6. The Court has already determined that a number of direct purchaser opt-out cases are related to this action. *See, e.g.*, Civil Action Nos. 16-cv-09490, 16-cv-09421, 16-cv-08931, 16-cv-08851, 16-cv-09007, 16-cv-08737, 16-cv-09589, 16-cv-09684, 16-cv-08874, 16-cv-09912, 16-cv09900, 17-cv-07176, 17-cv-08850, 18-cv-03471, 18-cv-00700, 18-cv-00245, 18-cv-00702, 18-cv-04000, 18-cv-04534, 18-cv-05341, 18-cv-05345, 18-cv-05351, 18-cv-05877, 18-cv-06316, 18-cv-06673, 18-cv-06693, 20-cv-1943, 20-cv-2013, 20-cv-3450, 20-cv-3454, 20-cv-3458 and 20-cv-3450.

7. The present case and the related litigations allege claims based on the same transaction or occurrence—a conspiracy among Defendants to artificially reduce or suppress Broiler Chicken supply, fix Broiler Chicken prices, and rig bids for purchases of Broiler Chickens.

8. Moreover, while the Defendants vary somewhat from case to case, the Defendants in the present case and the related cases listed above are nearly identical.

9. The same law and authorities apply to Sherman Act claims and relate to the same core of operative facts surrounding the alleged conspiracy.

### III. Local Rule 40.4(b)

10. Under Local Rule 40.4(b), this Court may reassign a case if it is related to the present lawsuit under Local Rule 40.4(a), "and each of the following criteria is met: (1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding."

11. Aside from the cases sought to be reassigned, all of the litigation mentioned above is pending in the United States District Court for the Northern District of Illinois before Judge Durkin.

12. The Court can save substantial time and effort by, among other things, coordinating discovery issues and briefing.

## CONCLUSION

WHEREFORE Plaintiffs respectfully request that this Honorable Court grant its motion for reassignment based on relatedness under Northern District of Illinois Local Rule 40.4.

Dated: May 28, 2021          Respectfully submitted,

/s/ Eric R. Lifvendahl
Eric R. Lifvendahl (#6211539)
Ryan F. Manion
L&G LAW GROUP
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: ELifvendahl@lgcounsel.com
Email: RManion@lgcounsel.com

## CERTIFICATE OF SERVICE

I, Eric Lifvendahl, an attorney, hereby certify that on May 28, 2021, I electronically filed the foregoing Motion for Reassignment Based on Relatedness Under Local Rule 40.4 with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record. I further certify that a copy of this Motion will be provided, via email, to Defendants' representatives.

/s Eric R. Lifvendahl