UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re Broiler Chicken Antitrust Litigation<br><br>This Document Relates to:<br>Direct Action Plaintiffs | Case No: 16-cv-08637<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION AND [PROPOSED] ORDER GRANTING
DIRECT ACTION PLAINTIFFS TO TAKE IMMEDIATE DISCOVERY**

WHEREAS, Plaintiff, Sysco Corporation, on its own behalf and on behalf of Direct Action Plaintiffs served the attached subpoena (Subpoena To Produce Documents, Information or Objects or To Permit Inspection of Premises in a Civil Action, Exhibit A) on April 29, 2021 to nonparty Comcast Cable Communications ("Comcast") to obtain relevant telephone records of employees of Defendants Keystone Foods, LLC, Keystone Foods Corporation, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, and Equity Group Georgia Division LLC ("Keystone");

WHEREAS, Comcast has requested Plaintiff obtain a court order directing Comcast to comply with the Subpoena to ensure Comcast complies with its obligations under 47 U.S.C. § 551;

WHEREAS, Plaintiff and Defendant stipulate that the telephone numbers subject to the subpoena issued to Comcast were telephone numbers that were office telephone numbers used by, paid for by and under the control of Defendant Keystone;

WHEREAS, Defendant Keystone hereby consents to the production of the documents requested by Plaintiff in the Subpoena and that such consent fulfills any notice requirements Comcast may have to provide pre-disclosure notification to subscribers;

NOW, THEREFORE, Plaintiff Sysco Corporation and Defendant Keystone stipulate and agree:

1. That Plaintiff may serve immediate discovery on Comcast Cable Communications, LLC to obtain the identity of Defendant Keystone by serving a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedures requesting subscriber information;

2. That any information disclosed to Plaintiff in response to the subpoena issued under Rule 45 of the Federal Rules of Civil Procedure may be used by Plaintiffs solely for the purpose of protecting Direct Action Plaintiffs' rights under and prosecuting Plaintiffs' claims alleged in *In re Broiler Chicken Antitrust Litigation* as enumerated in the Direct Action Plaintiffs' Consolidated Amended Complaint;

3. That any subpoena issued pursuant to this order shall be deemed an appropriate court order under 47 U.S.C. § 551; and

4. That Keystone's consent provided herein fulfills any good faith attempts by Comcast to notify the subscriber.

Dated: May 28, 2021

| | |
|---|---|
| */s/ Scott E. Gant* | AXINN, VELTROP, & HARKRIDER LLP |
| Scott E. Gant | |
| Jonathan M. Shaw | By: */s/ Rachel J. Adcox* |
| BOIES SCHILLER FLEXNER LLP | Rachel J. Adcox (#1001488) |
| 1401 New York Avenue, N.W. | Daniel K. Oakes (admitted *pro hac vice*) |
| Washington, D.C. 20005 | Kenina J. Lee (admitted *pro hac vice*) |
| Tel: (202) 237-2727 | 1901 L Street NW |
| Fax: (202) 237-6131 | Washington, DC 20036 |
| E-mail: sgant@bsfllp.com | Telephone: (202) 912-4700 |
| E-mail: jshaw@bsfllp.com | Facsimile: (202) 912-4701 |

| | |
|---|---|
| Colleen A. Harrison<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8204<br>Fax: (202) 237-6131<br>E-mail: charrison@bsfllp.com<br><br>Ryan T. McAllister<br>BOIES SCHILLER FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Tel: (518) 694-4271<br>Fax: (518) 434-0665<br>Email: rmcallister@bsfllp.com<br><br>*Counsel for Sysco Corporation* | radcox@axinn.com<br>doakes@axinn.com<br>klee@axinn.com<br><br>John M. Tanski (admitted *pro hac vice*)<br>Jarod G. Taylor (admitted pro hac vice)<br>90 State House Square<br>Hartford, CT 06103<br>Telephone: (860) 275-8100<br>Facsimile: (860) 275-8101<br>jtanski@axinn.com<br>jtaylor@axinn.com<br><br>Nicholas E.O. Gaglio (admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036<br>Telephone: (212) 728-2200<br>Facsimile: (212) 261-5654<br>ngaglio@axinn.com<br><br>LIPE LYONS MURPHY NAHRSTADT &<br>PONTIKIS, LTD.<br><br>Jordan M. Tank<br>230 West Monroe, Street, Ste 2260<br>Chicago, IL 60606<br>Telephone: (312) 702-0586<br>Facsimile: (312) 726-2273<br>jmt@lipelyons.com<br><br>*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, Equity Group – Georgia Division LLC* |

**SO ORDERED.**


Dated: _____                         _____
                                                HON. JEFFREY T. GILBERT
                                                U.S. MAGISTRATE JUDGE

3