# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>**SCHEDULING ORDER NO. 16** |

This Scheduling Order No. 16 supersedes the Court's previous Scheduling Order No. 2 (ECF Dkt. 574) issued on December 15, 2017, Scheduling Order No. 6 issued on September 13, 2018 (ECF Dkt. 1230), Scheduling Order No. 9 issued on November 19, 2018 (ECF Dkt. 1416), Scheduling Order No. 12 issued on July 15, 2019 (ECF Dkt. No. 2322), Scheduling Order No. 13 issued on January 29, 2020 (ECF Dkt. No. 3420), Scheduling Order No. 14 (ECF Dkt. 3788) issued on August 28, 2020, and Scheduling Order No. 15 (ECF Dkt. 4641) issued on May 13, 2021. The parties are directed to the separate Search Methodology Order (ECF Dkt. 586) for any additional deadlines relating to the search of electronically stored information. Additionally, the Court orders that the requirement of Fed. R. Civ. P. 45(a)(4) for notice to other parties before service of a subpoena shall be 4 business days after the day notice and a copy of the subpoena are provided, which shall be computed pursuant to Fed. R. Civ. P. 6(a)(1).

A party receiving objections or productions from a third party in response to a Rule 45 subpoena will serve a copy of those objections or documents on other parties within 7 days, unless otherwise agreed. A party that receives a non-Bates numbered production (or production without a load file) from a third party in response to a Rule 45 subpoena shall serve those documents on other parties within 10 days, unless otherwise agreed by the parties. A party receiving a production

from a third party in response to a Rule 45 subpoena that includes information relating to a deposition scheduled within 7 days must notify all parties within 48 hours of receipt.

| Event | Deadline |
|---|---|
| **Parties Respond to Contention Interrogatories Served Prior to February 28, 2021** | June 18, 2021 |
| **Deadline to Complete All Merits Fact Discovery As Permitted by the Court's Order dated September 22, 2020 (Dkt. 3835) for Parties in the Case as of January 30, 2021[1]** | July 30, 2021[2] |
| **Deadline for Defendants to Complete All Merits Fact Discovery of Direct Action Plaintiffs that file on or after February 1, 2021[3]** | Six months after date of reassignment based on relatedness in above-captioned matter[4] |

---

[1] This deadline does not apply to (i) depositions stayed or partially stayed pursuant to the request by the U.S. Department of Justice set forth in (Dkt. 4557) or (ii) depositions subject to a motion for protective order, which are subject to the separate deadline set forth below. The Court's assumption underlying this Scheduling Order 16 is that all Plaintiffs will be able to take the stayed depositions they need to take before they respond to Defendants' motions for summary judgment and before trial. (*See* 5/7/21 Hr'g Tr. (Dkt. 4625) at 21-22.) This deadline also may not apply to other discovery that may be deferred by agreement of the parties. This deadline also does not apply to any discovery stayed by the Court's Order dated September 22, 2020 (Dkt. 3835).

[2] The Court extends the fact discovery close date to July 30, 2021 only as specified on the record at the May 24, 2021 hearing. (Dkt. 4714.)

[3] With respect to any discovery not stayed by the Court's order dated September 22, 2020 (Dkt. 3835), Direct Action Plaintiffs who file on or after February 1, 2021 will not be able to seek discovery of Defendants after the deadline set forth in the immediately preceding paragraph and FN 2 without a court order allowing such discovery to occur.

[4] For certain DAPs who filed in between February 1, 2021 and the date of this Order, the parties have separately negotiated discovery schedules and will attempt to adhere to those as negotiated.

2

| Event | Deadline |
|---|---|
| **Plaintiffs to Identify Merits Experts By Topics to Facilitate Scheduling[5]** | August 17, 2021 |
| **Plaintiffs' Affirmative Merits Expert Reports Due** <br><br> **Deadline By Which Any DAP Must Be Reassigned as Related in *In re Broiler Chicken Antitrust Litigation* to be Considered for Participation in Initial Trial** | August 31, 2021 |
| **Parties to Identify Supplemental Documents for Meet and Confer per Dkt. 3727** | September 17, 2021[6] |
| **Deadline to Conclude Meet and Confer Regarding Evidentiary Issues Relating to Documents per Dkt. 3727** | November 4, 2021 |
| **Joint Submission on Any Additional Discovery Requested Per Dkt. 3727 Concerning Evidentiary Issues Relating to Documents** | November 17, 2021 |
| **Deadline to Depose Plaintiffs' Merits Experts** <br><br> **Defendants to Identify Merits Experts By Topics to Facilitate Scheduling[7]** | December 7, 2021 |

---

[5] The parties will identify by name any class certification expert who is also serving as a merits expert. However, the parties need not identify by name any new experts disclosed at this time, but instead can refer to them generically such as "Defendant Expert 2," etc.

[6] It is understood that all Parties will make a good faith effort to identify by September 17, 2021 all documents which they have identified as requiring Meet and Confer per order at Dkt. 3727. This exchange process also does not preclude the parties from seeking to establish authenticity or admissibility of other documents in advance of trial.

[7] The parties will identify by name any class certification expert who is also serving as a merits expert. However, the parties need not identify by name any new experts disclosed at this time, but instead can refer to them generically such as "Defendant Expert 2," etc.

3

| Event | Deadline |
|---|---|
| **Defendants' Affirmative & Rebuttal Merits Expert Reports Due** | December 17, 2021 |
| **Expiration of Stay on Depositions of DOJ-Requested Witnesses and Topics** | January 3, 2022 |
| **Deadline to Depose Defendants' Merits Experts** | March 25, 2022 |
| **Plaintiffs' Rebuttal Merits Expert Reports Due** | April 8, 2022 |
| **Deadline to Complete Depositions Previously Requested by U.S. Department of Justice to be Stayed or Partially Stayed** | May 11, 2022 |
| **Deadline to Depose Plaintiffs' Rebuttal Merits Experts** | May 13, 2022 |
| **Summary Judgment Opening Briefs & Merits *Daubert* Motions Filed[8]** | June 10, 2022 |
| **Summary Judgment Responses & Merits Expert *Daubert* Responses Filed** | September 9, 2022 |
| **Summary Judgment Replies & Merits Expert *Daubert* Replies Filed** | November 21, 2022 |

---

[8] Pre-summary judgment motion conference with Judge Durkin to be set on a date to be determined. The parties request that the conference take place at a time shortly after the Court rules on class certification and related motions.

| Event | Deadline |
|---|---|
| **First Trial Commences**[9] | TBD after the Court has considered the parties' 7/16/2021 trial plan submissions[10] |

**SO ORDERED.**

Dated: 6/17/21

HON. JEFFREY T. GILBERT
U.S. MAGISTRATE JUDGE

---

[9]     The Court will decide the number, sequence and timing of trials at a later date.

[10]     Consistent with the Court's guidance at the May 24, 2021 hearing, Defendants request that this date should be no fewer than eight months from the conclusion of summary judgment briefing. (*See* 5/24/21 Hr'g Tr. (Dkt. 4714) at 15:23-25 (I probably would build in the eight months from the time that the summary judgment briefs are done and trial would commence.").)