UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Broiler Chicken Antitrust Litigation* – Case No.: 1:16-cv-08637 | |
| THURSTON FOODS, INC., <br><br>Plaintiff, <br><br>v. <br><br>TYSON FOODS, INC., ET AL., <br><br>Defendants. | Case No.: 1:21-cv-01009 <br><br> Judge Thomas M. Durkin <br> Magistrate Judge Jeffrey T. Gilbert <br><br> **JURY TRIAL DEMANDED** |

# FIRST AMENDED COMPLAINT

1. Plaintiff Thurston Foods, Inc. ("Thurston" or "Plaintiff") is a Connecticut corporation with its principal place of business in Wallingford, Connecticut. Thurston is a full-service broadline distributor and bakery supplier, with product lines ranging from fresh meats, frozen, grocery and fresh produce, paper, disposables, cleaning supplies, equipment and small wares.

2. Thurston brings this action on its own behalf and as the assignee of Prime Source Foods and Dot Foods, Inc. food-service redistributors that, during the relevant period, purchased Broilers directly from Defendants for resale to Thurston. Prime Source Foods and Dot Foods, Inc. have assigned claims arising out of those purchases to Thurston.

3. During the relevant period, Thurston purchased Broilers directly from several of the Defendants.

4. Thurston brings this action under the federal antitrust laws against the Defendants identified below and incorporates by reference the factual allegations and reservations of rights contained in the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, filed in In re Broiler Antitrust Litigation, Civil Action No. 1:16-cv-08637 (ECF 4243; ECF 4244).

5. Thurston joins Section II of the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, adding the following to specify Thurston's causes of action and the Defendants in Thurston's action.

| Plaintiff Name | Named Defendants[1] | Named Co-Conspirators | Causes of Action |
|---|---|---|---|
| Thurston Foods, Inc. | Agri Stats; Claxton; Foster Farms; Harrison; House of Raeford; Koch; Mar-Jac; Mountaire; O.K. Foods; Perdue; Pilgrim's Pride; Sanderson; Simmons; Tyson; Wayne; Case | Fieldale; Amick; George's; Peco; Keystone; Allen Harim | Count I (Sherman Act Claim for all Anticompetitive Conduct); Count II (Sherman Act Claim for Output Restriction, Pled in the Alternative to Count I); Count III (Sherman Act Claim for GA Dock Manipulation, Pled in the Alternative to Count I) |

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter joint and several judgments against all Defendants in favor of Plaintiff;

---

[1] The Defendants named in this Complaint include the entire Defendant family of each Defendant in this table, identified in Section IV.B of CF 4243/ECF 4244.

B. Award Plaintiff treble damages, of an amount to be determined at trial, to the maximum extent allowed under the federal antitrust laws;

C. Award Plaintiff post-judgment interest as provided by law, with such interest to be awarded at the highest legal rate;

D. Award Plaintiff its attorneys' fees, litigation expenses, and costs, as provided by law;

E. Grant Plaintiff such other and further relief to which Plaintiff is entitled.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury on all of its claims and issues so triable.

Dated: July 2, 2021

By: */s/ Terence H. Campbell*
Terence H. Campbell
COTSIRILOS, TIGHE, STREICKER, POULOS & CAMPBELL, LTD.
33 North Dearborn Street
Suite 600
Chicago, IL 60602
Tel: (312) 263-0345
Fax: (312) 263-4670
Email: tcampbell@cotsiriloslaw.com

Lawrence S. Brandman
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Karen C. Dyer
Jack G. Stern
Gillian G. Burns
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: lawrence.brandman@cwt.com

philip.iovieno@cwt.com  
nicholas.gravante@cwt.com  
karen.dyer@cwt.com  
jack.stern@cwt.com  
gillian.burns@cwt.com