# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re Broiler Chicken Antitrust Litigation<br><br>This Document Relates to:<br><br>*Whatabrands LLC; and Whataburger Restaurants LLC v. Tyson Foods, Inc. et al.*<br>21-cv-02844 | Case No: 16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiffs Whatabrands LLC and Whataburger Restaurants LLC (collectively, "WAB" or "Plaintiffs") are Texas limited liability companies with their headquarters in San Antonio, Texas. WAB owns, operates, and franchises more than 800 restaurants in Texas, New Mexico, and the southern United States under the "Whataburger" brand.

2. During the relevant time period, WAB negotiated and contracted with Defendants for the production and supply of Broilers. WAB also utilized distributors to supply their restaurants with Broilers purchased on their behalf pursuant to these negotiations and contracts. These distributors include Sysco Corporation ("Sysco") and The SYGMA Network, Inc. ("SYGMA"), who have each assigned their claims arising out of these transactions to WAB.

3. WAB brings this action on their own behalf, and as assignee of Sysco and SYGMA (collectively, "Assignors"). The references in this Complaint to "WAB" and/or "Plaintiffs" include WAB's Assignors.

4. During the time period relevant to WAB's claims, WAB and/or its Assignors directly purchased Broilers in the United States from one or more of the Defendants and/or their

co-conspirators, and sustained injury and damages as a proximate result of the antitrust violations and other unlawful activities alleged in this Amended Complaint.

5.   WAB brings this action for damages under the federal antitrust laws against the defendants identified below, and incorporates by reference Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial [ECF Nos. 4243, 4244], filed in *In re Broiler Chicken Antitrust Litigation*, 1:16-cv-08637 (N.D. Ill.) on January 29, 2021.[1]

6.   WAB joins Section II of the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial [ECF Nos. 4243, 4244], adding the following to specify WAB's causes of action and the Defendants and Co-Conspirators in WAB's action.

---

[1] Pursuant to the Court's Orders in *In re Broiler Chicken Antitrust Litig.*, 1:16-cv-08637, [ECF Nos. 3778, 3652, 3525], the Direct Action Plaintiffs filed an Amended Consolidated Complaint containing "all the allegations the Direct-Action Plaintiffs make against all Defendants" on January 29, 2021 [ECF Nos. 4243, 4244]. In an effort to promote efficiency given the Court's recent reference to similar abbreviated Complaints as helpful to the Court [ECF No. 4139], Plaintiffs file this abbreviated pleading that incorporates by reference and adopts the allegations set forth in Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial. If the Court prefers a different form or process, Plaintiffs will withdraw this pleading and proceed according to the Court's direction.

| Plaintiff Names | Operative Complaint (Reference is to Sealed Version, if applicable) | Named Defendants (Not Previously Dismissed) | Named Co-Conspirators (if any) | Causes of Action |
|---|---|---|---|---|
| Whatabrands LLC; Whataburger Restaurants LLC | To Be Determined | Agri Stats; Case; Claxton; Foster Farms; Harrison; House of Raeford; Keystone Foods; Koch; Mar-Jac; Mountaire Farms; O.K. Foods; Perdue; Pilgrim's Pride; Sanderson Farms; Simmons; Tyson; Wayne Farms | Allen Harim Amick Fieldale Farms George's Peco | Count I (Sherman Act Claim for all Anticompetitive Conduct); Count II (Sherman Act Claim for Output Restriction, Pled in the Alternative to Count I); Count III (Sherman Act Claim for GA Dock Manipulation, Pled in the Alternative to Count I) |
| | | Case; Claxton; Koch; Mar-Jac; Perdue; Pilgrim's Pride; Sanderson Farms; Tyson | | Count LV (Sherman Act Claim for Bid Rigging, Pled in the Alternative to Count I) |

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully request that the Court:

A. Enter joint and several judgments against all Defendants in favor of Plaintiffs;

B. Award Plaintiffs damages in an amount to be determined at trial to the maximum extent allowed under federal antitrust laws, and enter a joint and several judgment in favor of Plaintiffs against Defendants in an amount to be trebled to the extent such laws permit;

C. Award Plaintiffs their post-judgment interest as provided by law, with such interest to be awarded at the highest legal rate;

D. Award Plaintiffs their attorneys' fees, litigation expenses, and costs, as provided by law; and

E. Grant Plaintiffs such other and further relief that the Court may deem just and proper.

126447810.2

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs demand a trial by jury on all issues so triable.

**Dated: July 8, 2021**

By: */s/ David B. Esau*
David B. Esau
Kristin A. Gore
Garth T. Yearick
Amanda R. Jesteadt
Stephen A. Cohen
Casey R. McGowan
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368
desau@carltonfields.com
kgore@carltonfields.com
gyearick@carltonfields.com
ajesteadt@carltonfields.com
scohen@carltonfields.com
cmcgowan@carltonfields.com

Roger S. Kobert
CARLTON FIELDS, P.A.
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203
rkobert@carltonfields.com

Scott L. Menger
CARLTON FIELDS, LLP
2029 Century Park East, Suite 1200
Los Angeles, CA 90067
Tel: (310) 843-6300
Fax: (310) 843-6301
smenger@carltonfields.com

*Counsel for Plaintiffs Whatabrands LLC and Whataburger Restaurants LLC*