IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin |

**DEFENDANTS AMICK FARMS, LLC, FIELDALE FARMS CORPORATION, GEORGE'S, INC. AND GEORGE'S FARMS, INC., AND PECO FOODS, INC.'S STATEMENT IN SUPPORT OF CERTAIN DEFENDANTS' TRIAL PROPOSAL**

Amick Farms, LLC ("Amick"), Fieldale Farms Corporation ("Fieldale"), George's, Inc. and George's Farms, Inc. (collectively, "George's"), and Peco Foods, Inc. ("Peco") (together, the "Small Partially Settled Defendants") respectfully submit this statement in support of the core concept of Certain Defendants' Trial Proposal. (ECF No. 4850).

Like all defendants, the Small Partially Settled Defendants believe that there is efficiency to including at least some DAPs in the first trial. The Small Partially Settled Defendants also do not object to the proposal of selecting representative "bellwether DAPs" to participate in that trial. Furthermore, with respect to timing, the Small Partially Settling Defendants agree that the Court should defer the selection of DAPs that would participate in a first trial.[1]

But if and when the Court ultimately selects those DAPs, the Small Partially Settled Defendants do have a distinct perspective on <u>which DAPs</u> should participate. The Small Partially Settled Defendants have resolved the class plaintiffs' claims against them, in each case without any admissions of liability.[2] Additionally, many DAPs do not have (or no longer have) claims pending against any of the Small Partially Settled Defendants by virtue of not opting out of their respective class settlements, dismissing their claims with prejudice, or never naming these companies as defendants. Having resolved a significant proportion of claims against them, the Small Partially Settled Defendants have a strong interest in not bearing the disproportionate burden of participating as defendants in a first trial where the plaintiffs include classes and/or entities that no

---

[1] Certain Defendants' Trial Proposal envisions a meet and confer process between plaintiffs and defendants under the Court's direction. Should the Court agree with the process outlined by Certain Defendants, the Small Partially Settled Defendants respectfully request that the Court include settlement status in any guidance offered to the parties.

[2] The Court has granted final approval to the DPP class settlements and preliminary approval to the CIIPP settlements for each of the respective Small Partially Settled Defendants. (ECF Nos. 1414 (DPP/Fieldale), 3945 (DPP/Amick), 3944 (DPP/George's and Peco), 1910 (CIIPP/Fieldale), 3696 (CIIPP/Amick), 4113 (CIIPP/George's and Peco)). The Court has also granted preliminary approval to the EUCP settlements with Fieldale, Peco and George's. (ECF No. 4451). Amick was not named by the EUCPs.

longer have claims against them. The Court also has its own interest in avoiding the complexity and jury confusion that would result if the Small Partially Settling Defendants are forced to participate in a trial that primarily involves plaintiffs with whom they have settled.[3]

Consequently, if the Court were inclined to undertake the process of identifying bellwether DAPs for participation in a first trial, the Small Partially Settled Defendants respectfully encourage the Court to select from the pool of DAPs that are not asserting claims against them as of the time of selection—a population that is already considerable and that could well expand by the time the Court identifies the initial group of participating DAPs. This approach will both promote efficient management of the first trial and avoid penalizing partially settled defendants—a penalty that could deter continuing negotiated resolution of this litigation before trial.

---

[3] Furthermore, because of the assignment of certain DAP claims, the presence of the Small Partially Settled Defendants in a first trial may add additional complexity in terms of determining which of a particular DAP's claims have been released and which remain alive—complexity the Court and jury would not have to address if the plaintiffs in the first trial do not assert claims against these four companies.

Dated: July 16, 2021

By: */s/ Howard B. Iwrey*
Howard B. Iwrey
Dante A. Stella
Cody D. Rockey
DYKEMA GOSSETT PLLC
39577 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 203-0700
hiwrey@dykema.com
dstella@dykema.com
crockey@dykema.com

Steven H. Gistenson
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 627-2267
sgistenson@dykema.com

*Attorneys for Amick Farms, LLC*

By: */s/ William L. Greene*
STINSON LLP
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

John C. Martin
SUGAR FELSENTHAL GRAIS &
HELSINGER LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Telephone: (312) 704-2172
jmartin@sfgh.com

Respectfully submitted,

By: /s/ *Patrick Fitzgerald*
Patrick Fitzgerald (#6307561)
Gail Lee
Peter Cheun
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
peter.cheun@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

By: */s/ B. Parker Miller*
B. Parker Miller (pro hac vice)
Valarie C. Williams (pro hac vice)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com

Brendan J. Healey
BARRON HARRIS HEALY
150 S. Wacker Dr.
Suite 2400
Chicago, Illinois 60606 (312) 741-1030 (T)
bhealey@BHHLawFirm.com

*Attorneys for Fieldale Farms Corporation*

3

THE LAW GROUP OF NORTHWEST
ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc.
and George's Farms, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Patrick Fitzgerald*
Patrick Fitzgerald
