**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 1:16-cv-08637 |

**MOTION FOR LEAVE TO WITHDRAW ATTORNEYS**

TO THE COURT, CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83.17, Defendant Pilgrim's Pride Corporation respectfully requests leave of this Court to withdraw the appearances of Jonathan S. Goldsmith, Adam C. Hemlock, Cecile L. Farmer, Eric A. Rivas, Jessica L. Falk, Lorell Guerrero, and Robert A. Dahnke as attorneys of record in the above-referenced matter. Attorneys at Weil, Gotshal & Manges LLP will continue to represent Defendant Pilgrim's Pride Corporation in these actions.

Dated: July 20, 2021

WEIL GOTSHAL & MANGES LLP

By: /s/ *Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2021 a true and correct copy of the foregoing MOTION FOR LEAVE TO WITHDRAW ATTORNEYS was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

*/s/ Carrie C. Mahan*
Carrie C. Mahan