**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* <br><br> THIS DOCUMENT RELATES TO CERTAIN DIRECT ACTION PLAINTIFFS | Case No. 1:16-cv-08637 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Jeffrey T. Gilbert |

**RABOBANK'S RULE 12(b)(6) MOTION TO DISMISS
CERTAIN DAPS' SECOND AMENDED COMPLAINTS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Utrecht-America Holdings, Inc., Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., and Coöperatieve Rabobank, U.A., New York Branch (collectively, "Rabobank") hereby move to dismiss the claims asserted against them in the Second Amended Complaints filed by certain Direct Action Plaintiffs ("DAPs") in this matter. (*See* ECF Nos. 4799, 4801, 4803, 4805, 4807, and 4809).[1]

Dismissal is proper for the reasons set forth in Rabobank's memorandum of law filed concurrently herewith. Specifically, the complaints do not plausibly allege that Rabobank knew about, agreed to join, or participated in an alleged output-reduction or price-fixing conspiracy. Accordingly, Rabobank respectfully requests that the Court dismiss all claims asserted against Rabobank in the Second Amended Complaints—ECF Nos. 4799, 4801, 4803, 4805, 4807, and 4809—in their entirety, with prejudice.

---

[1] The eight DAPs that filed amended complaints against Rabobank are Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company, John Soules Foods, Inc., John Soules Acquisitions LLC, Target Corporation, Sysco Corporation, and US Foods, Inc. Rabobank's counsel has informed counsel for these DAPs of Rabobank's intent to file this Motion, and counsel for the DAPs did not consent to the requested relief.

Dated: July 21, 2021                    Respectfully submitted,

                                                      UTRECHT-AMERICA HOLDINGS, INC., RABO AGRIFINANCE LLC, RABOBANK USA FINANCIAL CORPORATION, UTRECHT-AMERICA FINANCE CO., and COÖPERATIEVE RABOBANK, U.A., NEW YORK BRANCH

                                                      By: /s/ David J. Doyle
                                                            One of their attorneys

David J. Doyle  (ARDC #6224848)
Jill C. Anderson  (ARDC #6228756)
Andrew C. Nordahl  (ARDC #6226999)
Matthew T. Connelly  (ARDC #6320465)
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
ddoyle@freeborn.com
janderson@freeborn.com
anordahl@freeborn.com
mconnelly@freeborn.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 21, 2021, he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David J. Doyle