**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | Case No.: 1:16-cv-08637<br>The Honorable Thomas M. Durkin |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF PETER CHEUN

Pursuant to Local Rule 83.17, Defendant Peco Foods, Inc. ("Peco") hereby requests leave of court to withdraw the appearance of Peter Cheun as one of its attorneys of record in the above-referenced matter. Attorneys at Skadden, Arps, Slate, Meagher & Flom LLP have appearances on file and will continue to represent Peco in these actions.

WHEREFORE, Peco requests that this Court grant Peter Cheun leave to withdraw as counsel for Peco in this matter.

Dated: July 23, 2021                    Respectfully submitted,

                                        */s/ Peter Cheun*
                                        Patrick Fitzgerald
                                        Gail Lee
                                        Peter Cheun
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        155 N. Wacker Drive
                                        Chicago, IL 60606
                                        Telephone: (312) 407-0700
                                        Facsimile: (312) 407-0411
                                        patrick.fitzgerald@skadden.com
                                        gail.lee@skadden.com
                                        peter.cheun@skadden.com

                                        Boris Bershteyn
                                        Lara Flath
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        One Manhattan West
                                        New York, NY 10001
                                        Telephone: (212) 735-3000
                                        Facsimile: (212) 735-2000
                                        boris.bershteyn@skadden.com
                                        lara.flath@skadden.com

                                        *Attorneys for Defendant Peco Foods, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 23, 2021, I caused a copy of the foregoing document to be served via the Court's ECF system, which will cause copies to be served on all counsel who have appeared in the case.

*/s/ Peter Cheun*
Peter Cheun
