**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| *All End-User Consumer Plaintiff Actions* | |

**END USER CONSUMER PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENTS
BETWEEN END-USER CONSUMER PLAINTIFFS AND DEFENDANTS PILGRIM'S
<u>AND MAR-JAC AND TO DIRECT NOTICE TO THE SETTLEMENT CLASS</u>**

End-User Consumer Plaintiffs (EUCPs) respectfully move this Court for Preliminary Approval of Settlement Agreements Between End-User Consumer Plaintiffs and Defendants Pilgrim's and Mar-Jac and to Direct Notice to the Settlement Class.

EUCPs set forth the bases of this motion in their memorandum in support of the motion, the declarations in support thereof, and the exhibits attached thereto.

WHEREFORE, EUCPs respectfully request that this Court enter an Order granting the preliminary approval of settlements between End-User Consumer Plaintiffs and defendants Pilgrim's Pride Corporation and Mar-Jac Poultry, Inc. and to direct notice to the Settlement Class.

| | |
|---|---|
| DATED: August 5, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By s/ Steve W. Berman |
| | STEVE W. BERMAN |
| | |
| | Breanna Van Engelen |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | Tel: (206) 623-7292 |
| | steve@hbsslaw.com |
| | breannav@hbsslaw.com |
| | |
| | Shana E. Scarlett |
| | Rio R. Pierce |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Tel: (510) 725-3000 |
| | shanas@hbsslaw.com |
| | riop@hbsslaw.com |
| | |
| | Brent W. Johnson |
| | Benjamin D. Brown |
| | Daniel H. Silverman |
| | Alison Deich |
| | COHEN MILSTEIN SELLERS & TOLL, PLLC |
| | 1100 New York Ave. NW |
| | Suite 500, West Tower |
| | Washington, DC 20005 |
| | Tel: (202) 408-4600 |
| | bjohnson@cohenmilstein.com |
| | bbrown@cohenmilstein.com |
| | dsilverman@cohenmilstein.com |

-1-

adeich@cohenmilstein.com

*Proposed Interim Lead Counsel for End-User Consumer Indirect Purchaser Plaintiffs Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 5, 2021 a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

                                         s/ Shana E. Scarlett
                                         SHANA E. SCARLETT

010636-11/1583587 V1