## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| | **DECLARATION OF ERIC SCHACHTER IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE THE MANNER AND FORM OF CLASS NOTICE** |
| This Document Relates to: | |
| All End-User Consumer Plaintiff Actions | |

I, Eric Schachter, hereby declare as follows:

1.     I am a Vice President with A.B. Data, Ltd. ("A.B. Data"). A.B. Data has been selected by End-User Consumer Plaintiffs as the Claims Administrator in this case after a competitive bidding process. I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto.

2.     In consultation with Co-Lead Counsel, I have prepared a proposed settlement notice and administration plan for this litigation. This Declaration will describe the proposed Notice Plan and how it will meet the requirements of Rule 23 of the Federal Rules of Civil Procedure and provide due process to the potential members of the Settlement Class. This Declaration is based upon my personal knowledge and upon information provided to me by Co-Lead Counsel, my associates, and A.B. Data staff members.

3.     I have implemented and coordinated some of the largest and most complex class action notice and administration plans in the country. The scope of my work includes notification, claims processing, and distribution plans in all types of class actions, including but

not limited to consumer, antitrust, securities, ERISA, insurance, and government agency settlements.

4.      A.B. Data has also been appointed as notice, claims, and/or settlement administrator in hundreds of high-volume consumer, antitrust, civil rights, insurance, ERISA, securities, and wage and hour class action cases. A profile of A.B. Data's background and capabilities, including representative case and client lists, is included hereto as **Exhibit A**.

## <u>Notice Plan Overview</u>

5.      The objective of the Notice Plan, attached as **Exhibit B**, is to provide the best practicable notice, under the circumstances, of the proposed Settlements to potential Settlement Class members. The Mar-Jac, Tyson, George's, Peco and Fieldale settlements each propose the same Settlement Class as found in the EUCPs' Fifth Consolidated Amended Class Action Complaint, dated Aug. 7, 2020:

> All persons and entities who indirectly purchased fresh or frozen raw chicken (defined as whole birds (with or without giblets), whole cut-up birds purchased within a package, or "white meat" parts including breasts and wings (or cuts containing a combination of these), but excluding chicken that is marketed as halal, kosher, free range, or organic) from Defendants or alleged co-conspirators for personal consumption, where the person or entity purchased in California, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Rhode Island (after July 15, 2013), South Carolina, South Dakota, Tennessee, Utah, and Wisconsin from January 1, 2009 (except for Rhode Island, which is from July 15, 2013) to July 31, 2019.

The Pilgrim's settlement covers the same class, but has a class period ending on December 31, 2020.

## Target Audience/Media Usage Analysis

6.      To develop the Notice Plan, A.B. Data's media experts profiled the Settlement

Class using the accredited resource, MRI-Simmons 2020 Doublebase data.[1] MRI is used by

advertising agencies and other marketing professionals to understand the demographics,

interests, and activities of a targeted group of people and aids in the proper selection of media to

reach that target audience. It is also instrumental in developing the estimated net reach of a

particular notice plan and uses the type of accepted methodology that the Federal Judicial

Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*

advises be used in class action notice plans.

7.      MRI measures a combined category called "Households/Adults Used in the Last

6 Months: Fresh or Frozen Whole Chickens or Chicken Breasts," which was used to review the

demographics and media habits. This research defines the target audience as having the

following characteristics:

- Age 25 and older;

- Attended or graduated from college;

---

[1]  MRI-Simmons (formerly known as GfK MRI) Survey of the American Consumer is the country's largest, most comprehensive, and most reliable consumer and media and product/service usage database. Data from MRI's Survey of the American Consumer, conducted continuously since 1979, are used in most media and marketing plans written in the United States. The firm's multidimensional database is the largest and most reliable source for integrated media planning. About 450 U.S. advertising agencies, including 90 of the top 100, subscribe to MRI Research, as does A.B. Data; and more than 200 national marketers access the MRI database. MRI-Simmons offers the most detailed and representative picture of U.S. demographics and lifestyles, including information on usage of nearly 6,000 product and service brands across 550 categories, the magazines and newspapers audiences read, the websites they look at, the television programs they watch, and the radio stations they listen to. MRI has been accredited by the Media Ratings Council ("MRC") since 1988. MRC requires its members to disclose all the methodological aspects, meet MRC standards for rating research, and submit to MRC-designed audits.

- Homeowners;

- Working full or part time;

- Married or living with their partner; and

- Live in larger metropolitan areas.

8.     To identify the best vehicles to deliver the message to the target audience, A.B. Data reviewed the media-quintile profiles, which measure the degree to which an audience uses media relative to the general population. This analysis showed that "Households/Adults Used in the Last 6 Months: Fresh or Frozen Whole Chickens or Chicken Breasts" spend an average amount of time using digital media.

9.     Based upon this information, A.B. Data will use a combination of direct email notice, digital media, social media, and earned media to effectively and efficiently reach the target audience and deliver notice to potential members of the Settlement Class to inform them of their rights and options.

**<u>Direct Notice</u>**

10.     I understand from Co-Lead Counsel that third parties have been subpoenaed, have produced some contact information, and will continue to provide potential Settlement Class member names and contact information that includes an email address. To date, A.B. Data has received names and contact information for approximately 32 million potential Settlement Class members, and I understand from Co-Lead Counsel that contact information for additional Settlement Class members is expected to be produced shortly. Prior to effectuating direct notice, A.B. Data will electronically process all potential Settlement Class member contact information to consolidate duplicate records and ultimately load all unique potential Settlement Class

Member names and contact information into our secure notice database for purposes of providing notice.

11.     In advance of initiating a direct notice email campaign, A.B. Data will perform several tasks to maximize deliverability and avoid SPAM and junk filters. These tasks include running the list of recipient email addresses through a deliverability analysis to ensure the email addresses are valid, and working with our contacts at the email service providers to develop sending strategies to achieve optimal deliverability. A.B. Data will also incorporate certain best practices to maximize deliverability, such as ensuring no inclusion of words or phrases known to trigger SPAM or junk filters, not including attachments to the email, and sending the emails in tranches over a period of days or weeks.

12.     The Email Notice, attached as **Exhibit C**, will include summary information concerning the Settlements, including that this is a class action; a description of the Settlement Class in plain and engaging language ("If you purchased any Chicken product in the United States from January 1, 2009, through December 31, 2020, class action settlements totaling $180 million may affect your rights."); that the Settlement Class alleges price-fixing claims; that a Settlement Class member may appear through an attorney; that Settlement Class members can be excluded, or if they remain in the Settlement Class, may object to the terms of the Settlements or submit a claim; the deadlines for requesting exclusion or for objecting; and the binding effect of a class judgment. A more detailed long-form notice will be available for download on the case-specific website (the "Website Notice") in English and Spanish. Attached as **Exhibit D** is the proposed Website Notice.

## Digital Media

13. To supplement direct notice efforts, targeted digital banner and newsfeed ads will be placed on websites and applications across desktop, tablet, and mobile devices. Digital advertising allows the viewer to click on a banner or newsfeed advertisement and instantly be directed to the case website or Facebook page. The digital ads will be placed in premium positioning on websites and social media sites, ensuring that they can be easily seen. We expect a minimum of 340 million impressions to be delivered across digital networks and social media, enabling maximum exposure and delivering the reach required to satisfy Rule 23 and due process. The number of impressions ultimately served will depend on how many potential Settlement Class members are successfully sent email notice and will be adjusted accordingly to provide sufficient reach.

14. Guided by our in-house Comscore[2] data analysis, digital banner, text, and/or newsfeed ads will be placed via Google Display Networks and Google AdWords, and on the social media platforms Facebook, Instagram, and YouTube. All banner and newsfeed ads will include an embedded and trackable link to the case-specific website. Links will be tracked using Google Analytics and Facebook Pixel tracking codes, providing a way to optimize ads based on traffic and conversions. Images appropriate for this action and target audience will also be included in all digital ad formats, as this increases the visibility and click-through rate of the ads. Example ads are attached as **Exhibit E**.

---

[2] Comscore is a global internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and internet data usage. Comscore maintains a proprietary database of more than 2 million consumers who have given Comscore permission to monitor their browsing and transaction behavior, including online and offline purchasing.

15.     The digital impressions will be highly targeted, specifically delivered to the social media feeds of potential Settlement Class members using their known contact information, and to digital users that have expressed an interest in information relevant to the subject of this case, such as chicken products. A case-specific Facebook page will also be created as a landing page for the links in the Facebook and Instagram newsfeed ads.

16.     To deliver highly targeted ads likely to reach potential Settlement Class members, several campaign optimization strategies will be utilized including:

- Mobile In-App – targeting users inside mobile applications that fit into our data pool.
- Mobile websites – targeting phones and tablets whose users are visiting websites that are contextually relevant.
- Contextual targeting – serving ads on websites with relevant content such as cooking with chicken, BBQ, or recipes.
- Behavioral targeting – targeting users whose owners have shown activity in the target data pools such as those interested in cooking websites.
- Predictive Modeling – Using "look alike" modeling to target users whose owners have strong similarities to users who previously clicked through to the case website.

17.     To reach the significant Hispanic audience that could be potential Settlement Class members, banner ads will be served with Spanish-language copy on websites specifically serving the Hispanic community.

18.     Sponsored search listings will be acquired on Google, the most visited search engine. When identified target phrases and keywords relevant to the Action are used in searches on Google, links to the Settlement website will appear on the search result pages.

19.     The digital and social media ad campaign, including utilization of the digital networks and social media described above, will run for 30 days to ensure ample time to serve the targeted impressions and deliver potential Settlement Class members to the website.

20.     A.B. Data employs a fully staffed digital buying team to manage all digital and social media programs in-house for the greatest control and oversight. A.B. Data's digital media experts will monitor the success, conversions, and activity associated with the digital and social media and will optimize the number of impressions delivered across each platform to achieve maximum engagement and efficiency.

### Earned Media

21.     A.B. Data will disseminate a news release via *PR Newswire*'s US1 Newsline distribution list to announce the Settlements. This news release will be distributed via *PR Newswire* to the news desks of approximately 10,000 newsrooms, including those of print, broadcast, and digital websites across the United States. The news release will also be translated and published to *PR Newswire*'s U.S. Hispanic media contacts and Hispanic news websites. News about the Settlements will also be sent via Twitter to the followers of *PR Newswire* and A.B. Data.

### Website and Telephone

22.     To assist potential Settlement Class members in understanding the terms of the Settlements and their rights, A.B. Data will establish a case-specific toll-free telephone number and a case-specific website.

23.     A.B. Data will implement and maintain a toll-free telephone number with an automated interactive voice response system. The automated interactive voice response system will present callers with a series of choices to hear prerecorded information concerning the Settlements.

24.     A.B. Data will also implement and maintain a case-specific website for this matter at www.overchargedforchicken.com. The Website Notice, which contains a detailed summary of the

terms of the Settlements, will be posted prominently. The website will also provide, among other things, a summary of the case, all relevant documents, important dates, any pertinent updates concerning the litigation or the settlement process, and functionality for potential Settlement Class members to submit their Claim Forms online. The website will be secure, with an "https" designation. Google Analytics and Facebook Pixel tracking codes will also be placed on the website to ensure accurate optimization with the digital and social media ads.

### Claims and Distributions

25.     Settlement Class members must submit a timely, valid claim through the Settlement website or by mail to be eligible to receive monetary compensation. The Claim Form, attached as **Exhibit F**, will require each Class Member to set forth their best estimate of the quantity and costs of chicken products that were purchased monthly during the Settlement Class Period. A.B. Data may request supporting documentation from Settlement Class members for claims with potentially suspicious amounts of purchases or costs claimed.

26.     Payments to eligible Settlement Class members will not be distributed until the Court grants final approval of the Settlements and any objections or appeals are resolved. In addition, I understand that Co-Lead Counsel may request to delay the distribution to Settlement Class members if future settlements with additional Non-Settling Defendants are reached.

27.     When the distribution does occur, payments will be digitally sent to each eligible Settlement Class member claimant using the email address provided on the submitted Claim Form. At the time of distribution, each eligible claimant will be provided with a number of digital options to instantaneously receive their payment, such as a virtual debit card, PayPal, or redemption through other ecommerce platforms. Given the large size of the Settlement Class, a digital distribution is recommended to reduce administrative costs and to provide convenience and efficiency for claimants

(who will be able to receive their funds without having to deposit a check or visit a bank). Settlement Class members can also request a traditional paper check payment by mail.

## Conclusion

28.     It is my opinion, based on my individual expertise and experience and that of my A.B. Data colleagues, that the proposed Notice Plan is designed to effectively reach potential Settlement Class members and provide them with the information in an informative and easy to understand manner that is necessary to effectively understand their rights and options. Through a multi-media approach that includes direct notice, microtargeted notice on digital networks and social media, and earned media, an estimated 82.3% of the target audience and thus potential Settlement Class members will be reached, on average 1.4 times, as calculated by Comscore, MRI, and A.B. Data media professionals. The Notice Plan provides a reach and frequency that conforms to The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, which considers reach among class members that exceeds 70% to be reasonable. For these reasons, in my opinion, the proposed Notice Plan satisfies the requirements of Rule 23 and due process, will provide ample notice to potential members of the Settlement Class, and is the best notice practicable under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of August 2021 in Milwaukee, Wisconsin.

ERIC SCHACHTER

# EXHIBIT A



**Headquarters**
600 A.B. Data Drive
Milwaukee, WI 53217
P: 866-217-4470
F: 414-961-3099

**New York**
One Battery Park Plaza
32nd Floor
New York, NY 10004
P: 646-290-9137

**Washington DC**
915 15th St., NW, Ste. 300
Washington, DC 20005
P: 202-618-2900
F: 202-462-2085

**Florida**
5080 PGA Boulevard, Ste. 209
Palm Beach Gardens, FL 33418
P: 561-336-1801
F: 561-252-7720

**Israel**
19 Weissburg Street
Tel Aviv 69358
Israel
P: +972 (3) 720-8782



# CAPABILITIES

## About A.B. Data

Founded in 1981, **A.B. Data has earned a reputation** for expertly managing the complexities of class action administration in consumer, antitrust, securities, Securities and Exchange Commission (SEC) enforcement actions, and ERISA, Attorneys General, employment, civil rights, insurance, environmental, wage and hour, and other class action cases. **A.B. Data's work in all aspects of class action administration** has been perfected by decades of experience in hundreds of class action cases involving billions of dollars in total settlements. Dedicated professionals deliver **A.B. Data's all-inclusive services,** working in partnership with its clients to administer their class action cases effectively, efficiently, and affordably, regardless of size or scope.

**A.B. Data offers unmatched resources and capacity** and is capable of expertly administering any class action notice, settlement, and/or fund administration. Whether notifying millions of class members in the United States or throughout the world, processing millions of claims, distributing payments digitally via A.B. Data's Digital PayPortal℠, or printing and distributing millions of checks, **A.B. Data matches its talent and technology** to the specific needs of its clients, delivering unparalleled service on time and on budget without ever compromising quality.

## Location, Ownership Structure

**A.B. Data is an independently owned,** 39-year-old, Milwaukee, Wisconsin-based company that prides itself on its vast expertise and industry-leading innovations. We like to remind our clients and partners that we're not just a class action administration company, but a group of experienced, dedicated professionals who believe that relationships are just as important as the accurate and timely management of class action administrations. In other words, we are people who do business with people.

## Services

**Every A.B. Data client is deserving of the best job we can put forward.** A.B. Data makes class action administration easy for our clients with clarity, convenience, and efficiency. Our priority is to navigate the intricacies of our clients' matters and deliver successful results by using our solid expertise, advanced technology, and top-quality products and services. We pay attention to the details and get it right the first time.

We aim to provide our clients the full experience of a truly collaborative working relationship. It is why we believe much of our success originates from our philosophy of "people doing business with people."



# Services

## All Digital — From Notice to Distribution

**A.B. Data is uniquely positioned to design, implement, and maintain notice and settlement administration programs** using an innovative, "all-digital" approach that replaces the more traditional and less efficient methods of administration, such as newspaper ads, mailed notices, and paper checks. Many of our recent proposed notice plans and claim programs utilize the latest technologies such as microtargeted digital ads for notice, streamlined online claims, and distributing settlement funds electronically using a digital paywall. These methods provide significant cost savings, are consistent with the amendments to Rule 23 that are now in effect, and importantly provide much-needed alignment of class action notice and administration with current consumer behaviors.

## Pre-Settlement Consultation

**The pre-settlement consultation is a collaborative session** designed to help A.B. Data clients prepare a stronger case. Our support teams simplify the task of sorting through a maze of documents during investigation and discovery, streamlining the process and preserving fund assets. From there, we assist with fully interactive media packages for court presentations and settlement negotiations. A.B. Data works closely with our clients, offering expert testimony on documents, processing, class and notice manageability, and proposed plans of allocation.

## Media Services

**A.B. Data continues to earn our reputation** as the early innovator in integrating advanced micro-targeting techniques, including contextual targeting, behavioral targeting, and predictive modeling. Coupled with inventive digital media strategies to drive claims, case-specific banner ad development, class member research, and comScore analysis services, our multi-tiered media programs are designed to cost-effectively deliver notice to potential class members and increase claims rates.

## Notice Administration

**In A.B. Data, clients have a comprehensive resource** with a depth of experience in direct notice. Our compliance and understanding of Rule 23 of the Federal Rules of Civil Procedure are crucial in meeting the "plain language" legal requirements for any campaign. From our sophisticated digital media capabilities and extensive global experience with class member research, our experts create notice documents that are easily understandable and cost-efficient to produce. We consult with our clients to deliver notice documents from multi-page, mailed, or emailed notice packets to concise postcards that establish the most influential and cost-effective means of communicating with potential claimants.



## Claims Processing

**A.B. Data continues to bring game-changing technologies** to improve the speed and precision in claims processing. Our robust system for online claims submissions allows us to meticulously verify data and documentation, preserve and authenticate claims, and calculate and verify settlement amounts. In addition, our data network infrastructure includes on-site data storage, backup, contingency plans, and security for electronic and hard copy claim filings. It is all part of a total commitment to be the most innovative and comprehensive resource in the industry. At A.B. Data, we take pride in having the in-house capacity to process millions of pages, as well as the organizational integrity to treat every claim as if it were the only one.

## Contact Center

**A.B. Data's Contact Center is comprised of a full staff** that is trained on and equipped with online and telecommunication systems to monitor and connect with class members. Associates routinely monitor class member communication for all class action administrations, including antitrust, consumer, and securities.

Utilizing monitoring software, associates watch multiple social media channels simultaneously, allowing for instantaneous routing of inquiries and interaction with claimants. Detailed and concise analytical reports outlining Contact Center activities are always provided.

Our Contact Center and case websites are capable of handling millions of class member engagements, as recently displayed in a campaign which garnered over 1.2 million website visits in two months and had more than 72,500 Facebook engagements. Facebook comments and threads are monitored and claimants are guided to the website for more information. Google AdWords and display advertising have also brought hundreds of thousands of visitors to various case websites.

A.B. Data's Contact Center also has Spanish language associates in-house and we can accommodate any language, given proper lead time. Traditional call center facilities are also available, if needed.

## Case Websites

**We offer a state-of-the-art technology platform** that supports every step of our class action administration process. Our expert marketing professionals design customized case-specific websites that provide potential class members easy access to case information, critical documents, important deadlines, as well as the capability to file claim forms and register for future mailings about the case. Claimants can use the website to elect to receive their settlement payments by mail or by one of several digital payment options, all accessible by mobile devices.

## Settlement Fund Distribution

**From complete escrow services to establishment of qualified settlement funds,** check printing and mailing, electronic cash or stock distribution and tax services, A.B. Data has always provided a full-service solution to Settlement Fund Distribution. Our IT team has decades of experience in developing and implementing fast, secure databases and claims administration systems that ensure class members receive the correct amount in their settlement disbursement. Today's digital capabilities allow even greater convenience for class members. In certain instances, claimants can now elect to instantaneously receive settlement payments through popular digital-payment options, such as PayPal, Amazon, and virtual debit cards.



# A.B. Data's Leadership

 **A.B. Data's administration team** is composed of the following key executives, who collectively have decades of experience settling and administering class actions:

**Bruce A. Arbit, Co-Managing Director** and one of the founders of the A.B. Data Group, serves as Chairman of the Board and oversees the day-to-day operations of the A.B. Data Group of companies, employing almost 400 people in the United States and Israel. Mr. Arbit is also Chairman of the Board of Integrated Mail Industries, Ltd. and has served as a member of the Board of Directors of University National Bank and State Financial Bank. He is the past Chairman of Asset Development Group, Inc., Home Source One, and American Deposit Management and is a member of the National Direct Marketing Association, the Direct Marketing Fundraising Association, and the American Association of Political Consultants. He was named 1996 Direct Marketer of the Year by the Wisconsin Direct Marketing Association.

A.B. Data's work in class action litigation support began with the Court selecting A.B. Data to oversee the restitution effort in the now-famous Swiss Banks Class Action Case, the International Commission on Holocaust Era Insurance Claims, and every other Holocaust Era Asset Restitution program, in which it was the company's job to identify, contact, and inform survivors of the Holocaust. A.B. Data delivered by reaching out to millions of people in 109 countries who spoke more than 30 languages. Since those days, Mr. Arbit has guided the class action division through phenomenal growth and success. Today, A.B. Data manages hundreds of administrations annually that distributes billions of dollars to class members.

**Thomas R. Glenn, President**, Mr. Glenn's management of A.B. Data's Class Action Administration Company includes designing and implementing notice plans and settlement administration programs for antitrust, securities, and Securities and Exchange Commission settlements and SEC disgorgement fund distributions, as well as consumer, employment, insurance, and civil rights class actions. Mr. Glenn previously served as Executive Vice President at Rust Consulting and has more than 30 years of executive leadership experience.

**Eric Miller, Senior Vice President**, as a key member of A.B. Data's Class Action Administration Leadership Team, oversees the Case Management Department and supervises the operations and procedures of all of A.B. Data's class action administration cases. Mr. Miller is recognized in the class action administration industry as an expert on securities, SEC, consumer, product recall, product liability, general antitrust, pharmaceutical antitrust, and futures contract settlements, to name a few settlement types. Prior to joining A.B. Data, Mr. Miller served as the Client Service Director for Rust Consulting, responsible there for its securities practice area. He has more than 20 years of operations, project management, quality assurance, and training experience in the class action administration industry. In addition, Mr. Miller manages A.B. Data's office in Palm Beach Gardens, Florida.

**Ravin Raj, Vice President-Operations**, has more than 15 years of experience in class action claims management, document management, and insurance claims remediation. Mr. Raj's responsibilities for A.B. Data's Class Action Administration Company include heading the shared operations center, which includes mailroom, contact center, claims processing, quality control, and information systems operations. His areas of expertise include business process development, strategic/tactical operations



planning and implementation, risk analysis, budgeting, business expansion, growth planning and implementation, cost reduction, and profit, change, and project management. In his previous position, as Assistant Vice President-Operations at RR Donnelley India Pvt. Ltd., in Chennai, India, he led a team of more than 400 employees with the capacity to process more than 4 million claims a year, servicing several leading claims administrators. Mr. Raj managed six of the top ten securities class action settlements, by settlement value, including several multibillion-dollar settlements. His background also includes work as a Project Lead for iMarque Solutions Pvt. Ltd., Chennai, India.

**Linda V. Young, Vice President, Media**, oversees the Media Department and is responsible for the direction, development, and implementation of media notice plans for A.B. Data's clients. Ms. Young is an expert in media planning using most forms of advertising including digital, print, and broadcast. She developed some of the first Court-approved Notice Plans using an all-digital approach for cases such as *In re Vizio Consumer Privacy Litigation*, *In re Qualcomm Antitrust Litigation*, and *In re Google Inc. Street View Electronic Communications Litigation*, among others. Her ability to create notice plans that efficiently extend reach and drive class member engagement and participation has made a significant impact across many types of administrations. Ms. Young has developed and implemented national and international print, digital-, and earned-media notice plans for some of the industry's leading pharmaceutical, insurance, and securities class action cases, including Libor-based Financial Instruments Antitrust Litigation, Cipro Antitrust Cases I and II, Euribor and Euroyen-based Derivatives cases, and many more. She has more than 20 years of general market and ethnic media advertising and media planning experience, having managed advertising for brands such as Georgia-Pacific, American Express, Denny's, and Coca-Cola USA.

**Eric Schachter, Vice President**, is a member of A.B. Data's Class Action Administration Leadership Team. He has over 15 years of experience in the legal settlement administration services industry. Mr. Schachter's responsibilities include ensuring successful implementation of claims administration services for A.B. Data's clients in accordance with settlement agreements, court orders, and service agreements. He also works closely with Project Managers to develop plans of administration to provide the highest level of effective and efficient delivery of work product. A frequent speaker on claims administration innovation and best practices at industry events nationwide, Mr. Schachter has a bachelor's degree in sociology from Syracuse University, earned his law degree at Hofstra University School of Law, and was previously an associate at Labaton Sucharow LLP in New York City.

**Paul Sauberer, Director of Quality Assurance**, is responsible for overseeing quality assurance and process management, working diligently to mitigate risk, ensure exceptional quality control, and develop seamless calculation programming. Mr. Sauberer brings more than 20 years of experience as a quality assurance specialist with a leading claims-processing company where he developed extensive knowledge in securities class action administration. He is recognized as the class action administration industry's leading expert on claims and settlement administrations of futures contracts class actions.

**Justin Parks, Vice President**, provides expertise in legal marketing strategies and brings extensive experience in client relations to A.B. Data's business development team. Previously, Mr. Parks served the legal industry as part of the marketing group at a major class action administration firm where he successfully managed and consulted on notice plans and other administrative aspects in hundreds of cases with an estimated value of several hundred million dollars in settlement funds distributed to class members, including some of the largest Employment settlements in history. Mr. Parks is uniquely experienced in Data Privacy matters, having consulted with clients on numerous matters stemming from data breaches as well as violations of the Illinois Biometric Information Privacy Act (BIPA), several of which resulted in the first ever Biometric Privacy related settlements in history. Mr. Parks' knowledge and understanding of the class action industry, as well as his client relationship skills, expand A.B. Data's capacity to achieve its business development and marketing goals effectively.

**Camron Assadi, Vice President, Digital Marketing**, has more than 20 years of experience in digital marketing leadership, which includes directing and overseeing all aspects of the company's digital notice plans and campaigns across multiple networks and platforms. Mr. Assadi is an expert in online advertising and social media campaigns including Facebook, Google Ads, LinkedIn, Twitter, Amazon, Pinterest, Verizon Media, and others. He holds certifications in Google Ads Display and Search, and is a Facebook Certified Digital Marketing Associate. His ability to create and optimize business opportunities, extend brand reach, and capture the interest and support of local and international audiences has proven him an invaluable leader of A.B. Data's effort to maximize and streamline class member notice and engagement. Mr. Assadi has managed the notice plans for cases that have garnered millions of unique visitors and social media interactions. He holds a BS in Psychology from the University of Utah.

**Adam Walter, PMP, Senior Project Manager**, has nearly fifteen years of experience managing the administration of securities class action settlements and SEC disgorgements totaling more than $4 billion. He has managed settlement programs in engagements involving some of the largest securities class action settlements and is a key contributor to the development of administration strategies that meet the evolving needs of our clients. His responsibilities include developing case administration strategies to ensure that all client and court requirements and objectives are met, overseeing daily operations of case administrations, ensuring execution of client deliverables, providing case-related legal and administration support to class counsel, overseeing notice dissemination programs, implementing complex claims-processing and allocation methodologies, establishing quality assurance and quality control procedures, and managing distribution of settlement funds. Mr. Walter holds a bachelor's degree in business administration from Florida Atlantic University, Boca Raton, Florida. He also has been an active member of the Project Management Institute since 2010 and is PMP®-certified.

**Steve Straub, Senior Project Manager**, joined A.B. Data in February 2012. As a Senior Project Manager, his responsibilities include developing case administration strategies, overseeing daily operations of case administrations, ensuring execution of client deliverables, providing case-related legal and administration support to case counsel, overseeing notice dissemination programs, implementing complex claims processing and allocation methodologies, establishing quality assurance and quality control procedures, and managing distribution of settlement funds. Mr. Straub's experience in administering class action settlements includes securities, consumer, and antitrust settlements, with a primary focus on antitrust cases. He holds a Juris Doctor degree from Seton Hall University School of Law, Newark, New Jersey.

**Patty Nogalski, Project Manager**, is a veteran in the equity and securities industry and now contributes her talents to A.B. Data as a Project Manager specializing in class action administrations for securities litigation. Ms. Nogalski brings to A.B. Data many new ideas, methods, and technologies to achieve project efficiency and organizational integration. For much of her twenty-year career, she served as Vice President Equity Trading for BMO Global Asset Management Corporation where she managed equity trading for mutual funds and institutional accounts. She works closely with Eric Miller and the project management team to deliver strategies that meet the unique needs of securities and commodities settlements. Ms. Nogalski attended the University of Wisconsin-Milwaukee where she earned her Bachelor of Arts in Communications, and has also obtained her Financial Industry Regulatory Authority (FINRA) Series 7, Series 63, and Series 65 licenses.

**Eric Schultz, MCSE, Information Technology Manager and Security Team Chairperson**, has been with A.B. Data for more than 19 years, and is currently responsible for overseeing all information technology areas for all A.B. Data divisions across the United States and abroad, including network infrastructure and architecture, IT operations, data security, disaster recovery, and all physical, logical, data, and information systems security reviews and audits required by our clients or otherwise. As a Microsoft Certified Systems Engineer (MCSE) with more than 25 years of experience in information technology systems and solutions, Mr. Schultz has developed specializations in network security, infrastructure, design/architecture, telephony, and high-availability network systems.



## Secure Environment

 **A.B. Data's facilities provide the highest level of security** and customization of security procedures, including:

- A Secure Sockets Layer server
- Video monitoring
- Limited physical access to production facilities
- Lockdown mode when checks are printed
- Background checks of key employees completed prior to hire
- Frequency of police patrol – every two hours, with response time of five or fewer minutes
- Disaster recovery plan available upon request

## Data Security

**A.B. Data is committed to protecting the confidentiality, integrity, and availability of personal identifying information** and other information it collects from our clients, investors, and class members and requires that its employees, subcontractors, consultants, service providers, and other persons and entities it retains to assist in distributions do the same. A.B. Data has developed an Information Security Policy, a suite of policies and procedures intended to cover all information security issues and bases for A.B. Data, and all of its divisions, departments, employees, vendors, and clients. A.B. Data has also recently taken the necessary, affirmative steps toward compliance with the EU's General Data Protection Regulation and the California Consumer Privacy Act.

A.B. Data has a number of high-profile clients, including the Securities and Exchange Commission (SEC), the United States Department of Justice, the Attorneys General of nearly all 50 states, other agencies of the United States government, and the Government of Israel, as well as direct banking and payment services companies with some of the most recognized brands in United States financial services and some of the largest credit card issuers in the world.

We are therefore frequently subjected to physical, logical, data, and information systems security reviews and audits. We have been compliant with our clients' security standards and have also been determined to be compliant with ISO/IEC 27001/2 and Payment Card Industry (PCI) data-security standards, the Gramm-Leach-Bliley Act (GLB) of 1999, the National Association of Insurance Commissioners (NAIC) Regulations, the Health Insurance Portability and Accountability Act (HIPAA) of 1996, and the Health Information Technology for Economic and Clinical Health Act (HITECH).

The Government of Israel has determined that A.B. Data is compliant with its rigorous security standards in connection with its work on Project HEART (Holocaust Era Asset Restitution Taskforce).

A.B. Data's fund distribution team has been audited by EisnerAmper LLP and was found compliant with class action industry standards and within 99% accuracy. EisnerAmper LLP is a full-service advisory and accounting firm and is ranked the 15th-largest accounting firm in the United States.

In addition, as part of PCI compliance requirements, A.B. Data has multiple network scans and audits from third-party companies, such as SecurityMetrics and 403 Labs, and is determined to be compliant with each of them.

## Fraud Prevention and Detection

**A.B. Data is at the forefront of class action fraud prevention.**

A.B. Data maintains and utilizes comprehensive proprietary databases and procedures to detect fraud and prevent payment of allegedly fraudulent claims.

We review and analyze various filing patterns across all existing cases and claims. Potential fraudulent filers are reported to our clients as well as to the appropriate governmental agencies where applicable.

## Representative Class Action Engagements



**A.B. Data and/or its team members have successfully administered** hundreds of class actions, including many major cases. Listed below are just some of the most representative or recent engagements.

### Consumer & Antitrust Cases

- *Phil Shin, et al. v. Plantronics, Inc.*
- *In re: Qualcomm Antitrust Litigation*
- *In re Resistors Antitrust Litigation*
- *The Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee v. Momenta Pharmaceuticals, Inc. and Sandoz Inc. ("Lovenox Antitrust Matter")*
- *William Kivett, et al. v. Flagstar Bank, FSB, and DOES 1-100, inclusive*
- *Adelphia, Inc. v. Heritage-Crystal Clean, Inc.*
- *LLE One, LLC, et al. v. Facebook, Inc.*
- *Bach Enterprises, Inc., et al. v. Advanced Disposal Services South, Inc., et al.*
- *JWG Inc., et al. v. Advanced Disposal Services Jacksonville, L.L.C., et al.*
- *State of Washington v. Motel 6 Operating L.P. and G6 Hospitality LLC*
- *In re GSE Bonds Antitrust Litigation*
- *Wave Lengths Hair Salons of Florida, Inc., et al. v. CBL & Associates Properties, Inc., et al.*
- *In re Loestrin 24 FE Antitrust Litigation*
- *Office of the Attorney General, Department of Legal Affairs, State of Florida v. Pultegroup, Inc. and Pulte Home Company, LLC*
- *In re Cigna-American Specialties Health Administration Fee Litigation*
- *In re: Intuniv Antitrust Litigation*
- *High Street, et al. v. Cigna Corporation, et al.*
- *Gordon Fair, et al. v. The Archdiocese of San Francisco, San Mateo, and Marin County*

- *Bizzarro, et al. v. Ocean County Department of Corrections, et al.*
- *Meeker, et al. v. Bullseye Glass Co.*
- *MSPA Claims 1, LLC v. Ocean Harbor Casualty Insurance Company*
- *Tennille v. Western Union Company - Arizona*
- *Garner, et al. v. Atherotech Holdings, Inc.* and *Garner, et al. v. Behrman Brothers IV, LLC, et al.*
- *Robinson, et al. v. Escallate, LLC*
- *Josefina Valle and Wilfredo Valle, et al. v. Popular Community Bank f/k/a Banco Popular North America*
- *Vision Construction Ent., Inc. v. Waste Pro USA, Inc. and Waste Pro USA, Inc. and Waste Pro of Florida, Inc.*
- *Plumley v. Erickson Retirement Communities, et al.*
- *In re London Silver Fixing, Ltd. Antitrust Litigation*
- *In re EpiPen Marketing, Sales Practices and Antitrust Litigation*
- *Ploss v. Kraft Foods Group, Inc. and Mondelēz Global LLC*
- *In re Mexican Government Bonds Antitrust Litigation*
- *In re Ready-Mixed Concrete Antitrust Litigation*
- *In re: Marine Hose Antitrust Litigation*
- *Iowa Ready Mixed Concrete Antitrust Litigation*
- *In re Potash Antitrust Litigation (II)*
- *In re Evanston Northwestern Healthcare Corp. Antitrust Litigation*
- *In re Polyurethane Foam Antitrust Litigation*
- *In re LIBOR-Based Financial Instruments Antitrust Litigation*
- *In re Lorazepam and Clorazepate Antitrust Litigation*
- *In re Cardizem CD Antitrust Litigation*
- *Vista Healthplan, Inc., and Ramona Sakiestewa v. Bristol-Myers Squibb Co., and American BioScience, Inc.*
- *In re Lupron Marketing and Sales Practices Litigation*
- *In re Terazosin Hydrochloride Antitrust Litigation*
- *In re Warfarin Sodium Antitrust Litigation*
- *Rosemarie Ryan House, et al. v. GlaxoSmithKline PLC and SmithKline Beecham Corporation*
- *Carpenters and Joiners Welfare Fund, et al. v. SmithKline Beecham*
- *New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund, et al. v. Purdue Pharma L.P.*
- *In Re Pharmaceutical Industry Average Wholesale Price Litigation*
- *Alma Simonet, et al. v. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
- *In re Relafen Antitrust Litigation*
- *In Re Remeron Direct Purchaser Antitrust Litigation*
- *In re TriCor Indirect Purchasers Antitrust Litigation*
- *Nichols, et al., v. SmithKline Beecham Corporation*
- *In re: DDAVP Indirect Purchaser Antitrust Litigation*

## Securities Cases

- *Laydon v. Mizuho Bank, Ltd., et al.*
- *Lomingkit, et al. v. Apollo Education Group, Inc., et al.*
- *In re Caraco Pharmaceutical Laboratories, Ltd. Shareholder Litigation*
- *Norfolk County Retirement System, et al. v. Community Health Systems, Inc., et al.*
- *Chester County Employees' Retirement Fund v. KCG Holdings, Inc., et al.*
- *Oklahoma Law Enforcement Retirement System, et al. v. Adeptus Health Inc., et al.*
- *Di Donato v. Insys Therapeutics, Inc., et al.*
- *Lundgren-Wiedinmyer, et al. v. LJM Partners, Ltd, et al.*

- *Martin, et al. v. Altisource Residential Corporation, et al.*
- *Stephen Appel, et al. v. Apollo Management, et al.*
- *In re Medley Capital Corporation Stockholder Litigation*
- *Forman, et al. v. Meridian BioScience, Inc., et al.*
- *Public Employees' Retirement System of Mississippi, et al. v. Endo International PLC, et al.*
- *In Re Flowers Foods, Inc. Securities Litigation*
- *Jiangchen v. Rentech, Inc., et al.*
- *In re Liberty Tax, Inc. Stockholder Litigation*
- *In re RH, Inc. Securities Litigation*
- *Lazan v. Quantum Corporation, et al.*
- *Nabhan v. Quantum Corporation, et al.*
- *Edmund Murphy III, et al. v. JBS S.A.*
- *Public Employees' Retirement System of Mississippi, et al. v. Sprouts Farmers Market, Inc., et al.*
- *In re Starz Stockholder Litigation*
- *Judith Godinez, et al. v. Alere Inc., et al.*
- *Rahman and Giovagnoli, et al. v. GlobalSCAPE, Inc., et al.*
- *Arthur Kaye, et al. v. ImmunoCellular Therapeutics, Ltd., et al.*
- *In re CPI Card Group Inc. Securities Litigation*
- *Daniel Aude, et al. v. Kobe Steel, Ltd., et al.*
- *In re Quality Systems, Inc. Securities Litigation*
- *Cooper, et al. v. Thoratec Corporation, et al.*
- *Washtenaw County Employees' Retirement System, et al. v. Walgreen Co., et al.*
- *Elkin v. Walter Investment Management Corp., et al.*
- *In Re CytRx Corporation Securities Litigation*
- *Ranjit Singh, et al. v. 21Vianet Group, Inc., et al.*
- *In re PTC Therapeutics, Inc. Securities Litigation*
- *Securities and Exchange Commission v. Mark A. Jones*
- *In re Sequans Communications S.A. Securities Litigation*
- *In re Henry Schein, Inc. Securities Litigation*
- *Ronge, et al. v. Camping World Holdings, Inc., et al.*
- *Oklahoma Firefighters Pension & Retirement System v. Lexmark International, Inc.*
- *Christakis Vrakas, et al. v. United States Steel Corporation, et al.*
- *Emerson et al. v. Mutual Fund Series Trust, et al.* ("Catalyst")
- *In re Fannie Mae 2008 Securities Litigation*
- *In re Anadarko Petroleum Corporation Class Action Litigation*
- *Ge Dandong, et al., v. Pinnacle Performance Limited, et al.*
- *In Re: Rough Rice Commodity Litigation*
- *Xuechen Yang v. Focus Media Holding Limited et al.*
- *In re Massey Energy Co. Securities Litigation*
- *In re Swisher Hygiene, Inc.*
- *The City of Providence vs. Aeropostale, Inc., et al.*
- *In re Metrologic Instruments, Inc. Shareholders Litigation*
- *Public Pension Fund Group v. KV Pharmaceutical Company et al.*
- *Pension Trust Fund for Operating Engineers, et al. v. Assisted Living Concepts, Inc., et al.*
- *In re Lehman Brothers Equity/Debt Securities Litigation*
- *In re: Platinum and Palladium Commodities Litigation* (Platinum/Palladium Physical Action)
- *In re: Platinum and Palladium Commodities Litigation* (Platinum/Palladium Futures Action)
- *In re General Electric Co. Securities Litigation*
- *In re CNX Gas Corporation Shareholders Litigation*
- *Oscar S. Wyatt, Jr. et al. v. El Paso Corporation, et al.*
- *In re Par Pharmaceutical Securities Litigation*



- *In re Par Pharmaceutical Companies, Inc. Shareholders Litigation*
- *In re Delphi Financial Group Shareholders Litigation*
- *In re SLM Corporation Securities Litigation*
- *In re Del Monte Foods Company Shareholder Litigation*
- *Leslie Niederklein v. PCS Edventures!.com, Inc. and Anthony A. Maher*
- *In re Beckman Coulter, Inc. Securities Litigation*
- *Michael Rubin v. MF Global, Ltd., et al.*
- *Allen Zametkin v. Fidelity Management & Research Company, et al.*
- *In re BP Prudhoe Bay Royalty Trust Securities Litigation*
- *Police and Fire Retirement System of the City of Detroit et al. v. SafeNet, Inc., et al.*
- *In re Limelight Networks, Inc. Securities Litigation*
- *In re Gilead Sciences Securities Litigation*
- *In re ACS Shareholder Litigation, Consolidated C.A. No. 4940-VCP*
- *Lance Provo v. China Organic Agriculture, Inc., et al.*
- *In re LDK Solar Securities Litigation*

### Labor & Employment Cases

- *Eisenman v. The Ayco Company L.P.*
- *Matheson v. TD Bank, N.A.*
- *Simon v. R.W. Express LLC, d/b/a Go Airlink NYC*
- *Perez v. Mexican Hospitality Operator LLC, d/b/a Cosme*
- *Shanahan v. KeyBank, N.A.*
- *Loftin v. SunTrust Bank*
- *Alvarez v. GEO Secure Services, LLC*
- *Weisgarber v. North American Dental Group, LLC*
- *Talisa Borders, et al. v. Wal-mart Stores, Inc.*
- *Reale v. McClain Sonics Inc., et al.*
- *Larita Finisterre and Songhai Woodard, et al. v. Global Contact Services, LLC*
- *Adebisi Bello v. The Parc at Joliet*
- *Garcia, et al. v. Vertical Screen, Inc.*
- *Brook Lemma and Matthieu Hubert, et al. v. 103W77 Partners LLC, et al. ("Dovetail Settlement")*
- *American Federation of Government Employees, Local 1145 v. Federal Bureau of Prisons, U.S. Penitentiary, Atlanta, Georgia*
- *Lisa Ferguson, Octavia Brown, et al. v. Matthew G. Whitaker, Acting AG, DOJ Bureau of Prisons ("USP Victorville")*
- *American Federation of Government Employees, Local 2001 v. Federal Bureau of Prisons, Federal Correctional Institution, Fort Dix, New Jersey*
- *American Federation of Government Employees, Local 506 v. U.S. Department of Justice, Federal Bureau of Prisons, U.S. Penitentiary Coleman II, Coleman, Florida*
- *Vargas v. Sterling Engineering*
- *Rosenbohm v. Verizon*
- *Alex Morgan, et al. v. United States Soccer Federation, Inc.*
- *Iskander Rasulev v. Good Care Agency, Inc.*
- *Kyndl Buzas, et al., v. Phillips 66 Company and DOES 1 through 10*
- *American Federation of Government Employees, Local 408 v. U.S. Dept. of Justice, Federal Bureau of Prisons, Federal Correctional Complex, Butner, NC*
- *In re 2014 Avon Products, Inc. ERISA Litigation*
- *In re Eastman Kodak ERISA Litigation*
- *Taronica White, et al. v. Attorney General Loretta Lynch, Department of Justice*
- *Lisa Ferguson, et al. v. Acting Attorney General Matthew Whitaker, Department of Justice*

- *Melissa Compere v. Nusret Miami, LLC, et al.*
- *Abelar v. American Residential Services, L.L.C., Central District of California*
- *Flores, et al. v. Eagle Diner Corp., et al., Eastern District of Pennsylvania*
- *Michael Furman v. Godiva Chocolatier, Inc., 15th Judicial Circuit, Palm Beach County, Florida*
- *Finisterre et. al v. Global Contact Services, LLC, New York State Supreme Court, Kings County*
- *McGuire v. Intelident Solutions, LLC, et al., Middle District of Florida, Tampa Division*
- *Duran De Rodriguez, et al. v. Five Star Home Health Care Agency, Inc. et al., Eastern District of New York*

## Data Breach/BIPA Cases

- *The State of Indiana v. Equifax Data Breach Settlement*
- *In re: Vizio, Inc. Consumer Privacy Litigation*
- *In re: Google, Inc. Street View Electronic Communications Litigation*
- *Devin Briggs and Bobby Watson, et al. v. Rhinoag, Inc.* ("Briggs Biometric Settlement")
- *Trost v. Pretium Packaging L.L.C.*

## Telephone Consumer Protection Act (TCPA) Cases

- *Lowe and Kaiser, et al. v. CVS Pharmacy, Inc., et al.*
- *Johansen v. HomeAdvisor, Inc., et al.*
- *Charvat, et al. v. National Holdings Corporation*
- *Hopkins, et al. v. Modernize, Inc.*
- *Diana Mey vs. Frontier Communications Corporation*
- *Matthew Donaca v. Dish Network, L.L.C.*
- *Matthew Benzion and Theodore Glaser v. Vivint, Inc.*
- *John Lofton v. Verizon Wireless (VAW) LLC, et al.*
- *Lori Shamblin v. Obama for America et al.*
- *Ellman v. Security Networks*

## For More Information

For more detailed information regarding A.B. Data's experience, services, or personnel, please see our website at **www.abdataclassaction.com**

# EXHIBIT B



A.B. Data, Ltd.
Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

# Notice Plan

*In re: Broiler Chicken Antitrust Litigation (Indirect Purchaser Actions)*
No. 1:16-cv-08637
United States District Court for the Northern District of Illinois
August 5, 2021

## CONTENTS

**Case Background and Class Definition**........................................................................**Page 3**

**Notice Plan Overview**…........................................................................................**Page 5**

**Paid Media Planning Methodology**..............................................................**Page 8**

**Target Audience** ........................................................................................**Page 10**

**Geographic Considerations**…………………………………………………**Page 13**

**Media-Usage Analysis**..............................................................................**Page 15**

**Digital Media Analysis and Recommendation**............................................**Page 18**

**Earned Media Notice Recommendation**.......................................................**Page 26**

**Notice Design Strategies** ..........................................................................**Page 28**

## APPENDIX

Appendix 1     Audience Demographics

Appendix 2     Media Quintiles

Appendix 3     Digital Media Usage

Appendix 4     Websites and Social Media Usage

10464-00001/12880605.1

**ab**
DATA

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# CASE BACKGROUND AND

# CLASS DEFINITION

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

## CASE BACKGROUND AND CLASS DEFINITION

This Notice Plan is submitted by A.B. Data, Ltd. ("A.B. Data") to outline the efforts that will be made to provide notice of proposed class action Settlements to potential Settlement Class Members.

The exact number of Settlement Class Members is unknown; however, Counsel estimates approximately 60 million Settlement Class Members. Data from the marketing research firm MRI-Simmons[1] shows that 174,371,000 U.S. adults have used fresh or frozen whole chickens or chicken breast products in the past 6 months. Data is not available for chicken wings.

With potentially millions of Settlement Class Members nationwide, joinder is impracticable.

As stated in Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure, "individual notice to all members who can be identified through reasonable effort" is the best notice option. Counsel estimates that they will receive the contact data for approximately 32 million Settlement Class Members from retail sources that can be used to serve direct notice and for use in digital media targeting. Since individual notice to all Settlement Class Members is not an option, a paid media Notice Plan is necessary to reach unidentified Settlement Class Members.

The Mar-Jac, Tyson, George's, Peco and Fieldale settlements each propose the same Settlement Class as found in the EUCPs' Fifth Consolidated Amended Class Action Complaint, dated Aug. 7, 2020:

> All persons and entities who indirectly purchased fresh or frozen raw chicken (defined as whole birds (with or without giblets), whole cut-up birds purchased within a package, or "white meat" parts including breasts and wings (or cuts containing a combination of these), but excluding chicken that is marketed as halal, kosher, free range, or organic) from Defendants or alleged co-conspirators for personal consumption, where the person or entity purchased in California, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Rhode Island (after July 15, 2013), South Carolina, South Dakota, Tennessee, Utah, and Wisconsin from January 1, 2009 (except for Rhode Island, which is from July 15, 2013) to July 31, 2019.

---

[1] MRI-Simmons (formerly known as GfK MRI) Survey of the American Consumer is the country's largest, most comprehensive, and most reliable consumer and media and product/service usage database. Data from MRI's Survey of the American Consumer, conducted continuously since 1979, is used in most media and marketing plans written in the United States. The firm's multidimensional database is the largest and most reliable source for integrated media planning. About 450 U.S. advertising agencies, including 90 of the top 100, subscribe to MRI Research, as does A.B. Data; and more than 200 national marketers access the MRI database. MRI-Simmons offers the most detailed and representative picture of U.S. demographics and lifestyles, including information on usage of nearly 6,000 product and service brands across 550 categories, the magazines and newspapers audiences read, the websites they look at, the television programs they watch, and the radio stations they listen to. MRI has been accredited by the Media Ratings Council ("MRC") since 1988. MRC requires its members to disclose all the methodological aspects, meet MRC standards for rating research, and submit to MRC-designed audits.

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

The Pilgrim's settlement covers the same class, but has a class period ending on December 31, 2020.

# NOTICE PLAN OVERVIEW

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# NOTICE PLAN OVERVIEW
## Plan Components

This document outlines the process for providing notice for the case *In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)* to potential Settlement Class Members (the "Notice Plan"). This plan is consistent with the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure.

After thorough research of the demographics of potential Settlement Class Members using MRI-Simmons, A.B. Data has identified adults age 25+ as the primary buying target audience.

A.B. Data recommends the following elements in the Notice Plan:
- Direct notice by email;
- Digital media – display ads;
- Social media – newsfeed ads;
- Google AdWords – search; and
- Earned media

These paid media components, which will include online platforms, social media, and earned media vehicles, are all specifically targeted for and will reach unidentified potential members of the Settlement Class. A dedicated informational case website and Facebook page will be developed to complement the Notice Plan and to ensure Settlement Class Members' easy access to updated information. Detailed information about each component of the Notice Plan and its coverage of the target audience in this case appears in the Digital Media Analysis and Recommendation section of this plan.

## Notice Plan Summary

| Medium | Description |
| --- | --- |
| Direct Notice: | <ul><li>Email<ul><li>Contact data for approximately 32 million Settlement Class Members</li></ul></li></ul> |
| Digital/Social Media:<ul><li>340 million impressions</li><li>Geo-targeted and national delivery</li></ul> | <ul><li>Google Display Network</li><li>Facebook</li><li>Instagram</li><li>YouTube</li><li>Google AdWords/Search<ul><li>Behavioral, contextual, predictive modeling strategies</li><li>Newsfeed ads</li><li>Links and traffic tracked via Google Analytics</li><li>Spanish-language digital media</li></ul></li></ul> |
| Earned Media: | *PR Newswire*<ul><li>US1 National newswire</li><li>Hispanic Newswire</li><li>Tweeted via *PR Newswire* and A.B. Data Twitter accounts</li></ul> |

## Delivery and Due Process

This Notice Plan will deliver an estimated reach of 82.3% to the target audience of adults age 25+, as calculated by MRI, Comscore[2], and A.B. Data media professionals.

The notice efforts described herein reflect a strategic, microtargeted, and contemporary method to deploy Notice to Settlement Class Members. The Notice Plan provides a reach and frequency similar to those that Courts have approved and are recommended by The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide,* which considers reach among class members that exceeds 70% to be reasonable.

The Notice Plan described in this document is consistent with notice plans that A.B. Data has developed and have been approved by courts and implemented for other antitrust matters with regard to the methods and tools for developing notice plans.

This Notice Plan meets due process requirements.

---

[2] Comscore is a global internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and internet data usage. Comscore maintains a proprietary database of more than 2 million consumers who have given Comscore permission to monitor their browsing and transaction behavior, including online and offline purchasing.

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# PAID MEDIA PLANNING METHODOLOGY

10464-00001/12880605.1
*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# PAID MEDIA PLANNING METHODOLOGY

This Notice Plan has been developed to reach Settlement Class Members effectively and efficiently and seeks to do the following:

1. Identify the demographics of Settlement Class Members through the use of syndicated and/or peer-reviewed, accredited research to establish a primary target audience;
2. Outline the methodology for selecting the media vehicles recommended and their relationship to product/service purchase and usage by the target audience; and
3. Provide results that quantify for the Court the adequacy of the Notice based upon recognized tools of media measurement.

The first step taken to develop the paid Notice Plan involves determining the demographics of potential Settlement Class Members and defining the target audience. Media quintile usage data was analyzed next, along with the ability of each advertising medium to provide cost-efficient coverage of the target audience, to develop the direction of the Notice Plan, *i.e.*, whether notification is best done through print, online, broadcast, and/or some other methodology.

A.B. Data used reach and frequency as the standards upon which to measure whether this is an effective Notice Plan. Reach and frequency are the two primary measurements used to quantify the delivery of a proposed Notice Plan to a defined target audience. Below are the definitions of these terms as they relate to paid media.

- *Reach* – expressed as a percentage, a measurement of a target audience that was exposed at least one time to a specific media message or combination of media messages, whether via print, broadcast, online, outdoor, etc., media, within a given time period.
- *Frequency* – the estimated average number of opportunities a member of the target audience sees the Notice during the campaign.

A.B. Data used these analytical tools, provided by Comscore and MRI, to determine the publications/websites selected and the number of insertions/impressions to be purchased. MRI is the leading supplier of multimedia audience research in the United States. As a nationally accredited research firm, it presents a single-source measurement of major media, products, services, and consumer demographic, lifestyle, and psychographic characteristics.

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# TARGET AUDIENCE

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# TARGET AUDIENCE

To define the Settlement Class and develop the primary target audience for this case, we examined accredited marketing data from MRI for adults whose households used Fresh/Frozen Whole chickens or Chicken Breasts in the Past 6 Months. See Appendix 1 for the complete results of the syndicated data from MRI regarding this demographic group.

Below is a summary of some of the key statistics of people in this category.

| Demographics | Households/Adults used in the Last 6 Months: Fresh or Frozen Whole Chickens or Chicken Breasts |
|---|---|
| Men | 47.3% |
| Women | 53.7% |
| Age 25-34 | 18.6% |
| Age 35-44 | 17.1% |
| Age 45-54 | 17.1% |
| Age 55-64 | 16.4% |
| Age 65+ | 19.0% |
| Graduated High School Only | 27.9% |
| Some College or Associate Degree | 28.5% |
| Bachelor's degree or Post-graduate degree | 32.8% |
| Household Income: Under $20,000 | 9.2% |
| $20,000 - $40,000 | 14.3% |
| $40,000 - $60,000 | 14.3% |
| $60,000 - $75,000 | 9.9% |
| $75,000+ | 52.4% |
| $100,000+ | 37.9% |
| Wage Earner: Sole Earner | 15.6% |
| Wage Earner: Primary Earner | 22.0% |
| Wage Earner: Secondary Earner | 26.1% |
| Not Employed/Retired | 36.3% |

| Demographics | Households/Adults used in the Last 6 Months: Fresh or Frozen Whole Chickens or Chicken Breasts |
|---|---|
| Now Married | 56.3% |
| Widowed/Divorced | 16.2% |
| Living with Partner/girlfriend/boyfriend | 9.8% |
| Home Owned | 67.3% |
| Spanish, Hispanic, or Latino Descent | 17.2% |
| Spanish Spoken in Home | 18.0% |
| A County | 42.5% |
| B County | 29.9% |
| C County | 14.3% |
| D County | 13.3% |
| White * | 74.0% |
| Black/African-American * | 11.2% |
| Asian * | 3.3% |
| Other Race/Multiple Classifications * | 10.3% |

*May add up to more than 100%, as people could select as many classifications as applied.

Based on the data for Households/Adults that have purchased any of the different chicken products, it is noted that the target audience will have the following characteristics:

- Age 25 and older;
- Attended or graduated from college;
- Homeowners;
- Married or living with their partner;
- Working full or part time;
- Live in larger metropolitan areas.

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# GEOGRAPHIC CONSIDERATIONS

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# GEOGRAPHIC CONSIDERATIONS

The Settlement Class is numerous and generally includes all persons that purchased fresh or frozen raw chicken, whole cut-up birds, breasts, or wings within the Class States as listed below during the period January 1, 2009, to July 31, 2019, with the exception of Rhode Island, which is from July 15, 2013, to July 31, 2019. The Pilgrim's settlement covers the period January 1, 2009 to December 31, 2020.

| | | |
|---|---|---|
| California | District of Columbia | Florida |
| Hawaii | Illinois | Iowa |
| Kansas | Maine | Massachusetts |
| Michigan | Minnesota | Missouri |
| Nebraska | Nevada | New Hampshire |
| New Mexico | New York | North Carolina |
| Oregon | Rhode Island * | South Carolina |
| Tennessee | Utah | Wisconsin |

*class dates are July 15, 2013 – July 31, 2019, and for Pilgrim's, ending on December 31, 2020.

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

ab
DATA

# MEDIA-USAGE ANALYSIS

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# MEDIA-USAGE ANALYSIS

Everybody is exposed to and consumes media differently, sometimes with daily changes. However, we all develop patterns to our media consumption. And those patterns become our individual media habits. MRI divides those habits into five categories of media usage, from heavy consumption of media to light users of a media type. These five categories are defined by Quintiles ranked from 1 to 5, with Quintile 1 representing the heaviest user of a media vehicle and Quintile 5 representing a light user.

The media usage of the target audience in each Quintile is expressed as an index. An index of 100 is an average usage of a particular medium. Therefore, an index above 100 indicates a heavier usage of the medium than that of the average adult, and an index below 100 indicates a lighter usage of the medium than that of the average adult.

Media vehicles in the Quintile analysis summarized below include magazines, newspapers and newspaper supplements, radio, television, and the internet.

| Media Indices | Households/Adults used in the Last 6 Months: Fresh or Frozen Whole Chickens or Chicken Breasts |
|---|---|
| **Magazines** | |
| Quintile 1 | 101 |
| Quintile 2 | 102 |
| **Newspapers and Supplements** | |
| Quintile 1 | 97 |
| Quintile 2 | 99 |
| **Radio** | |
| Quintile 1 | 101 |
| Quintile 2 | 102 |
| **Television** | |
| Quintile 1 | 97 |
| Quintile 2 | 99 |
| **Digital/Internet** | |
| Quintile 1 | 100 |
| Quintile 2 | 101 |

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

ab
DATA

Appendix 2 includes the entire media Quintile analysis for the category "Households/Adults used in the Last 6 Months: Fresh or Frozen Whole Chickens or Chicken Breasts".

Based upon the demographic analysis and the media Quintile results, targeted digital and social media will be utilized to reach potential Settlement Class Members.

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# DIGITAL MEDIA ANALYSIS

# AND RECOMMENDATION

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# DIGITAL MEDIA ANALYSIS AND RECOMMENDATION

MRI provides data on internet usage by asking survey respondents about their online usage during the 30 days prior. According to the 2020 MRI survey, 89.4% of "Adults Who Purchased Chicken Products" used the Internet during the last 30 days. Below is an overview of Internet usage including the devices used to access the internet and the types of online activities in which they participate. For a complete list of Internet usage activities, please refer to Appendix 3.

| Internet Usage | Households/Adults used in the Last 6 Months: Fresh or Frozen Whole Chickens or Chicken Breasts |
|---|---|
| Looked at/used internet in the last 30 days | 90.7% |
| Have internet access at home | 92.9% |
| **Devices Used to Access the Internet** | |
| Desktop computer | 41.2% |
| Laptop or Netbook | 51.7% |
| iPad or tablet | 33.3% |
| Smartphone | 83.5% |
| Television | 24.1% |
| **Online Activities** | |
| Obtained financial information | 33.8% |
| Paid bills online | 59.1% |
| Used email | 77.7% |
| Used Instant Messenger | 73.2% |
| Made a purchase for personal use in past 30 days | 59.9% |
| Played games in past 30 days | 34.2% |
| Obtained the latest news/current events in past 30 days | 50.5% |
| Obtained sports news in past 30 days | 31.3% |
| Obtained medical information in past 30 days | 33.4% |
| Looked for recipes online in past 30 days | 45.8% |
| Looked up movie listings | 22.4% |

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

| Internet Usage | Households/Adults used in the Last 6 Months: Fresh or Frozen Whole Chickens or Chicken Breasts |
|---|---|
| Watched a movie online | 32.9% |
| Shared photos through internet website | 35.6% |

Because the internet is such an integral part of the lives of the target audience, it is recommended that online media drive the proposed Notice Plan. Digital media will have national coverage including Hawaii, Alaska, and the territories and possessions.

A.B. Data recommends using a variety of top websites and social media applications, enabling maximum exposure opportunities to reach the target audience. Additionally, websites and apps with audiences that include large percentages of the specific target audience will be selected. Delivery of internet impressions to specific sites and categories, such as recipes, cooking, and healthy living, will be part of the negotiations.

Following is a summary of the search engines and websites used most frequently by the target audience. A complete list of search engines and websites reviewed by MRI is included in Appendix 4.

| Search Engines/Websites Visited | Households/Adults used in the Last 6 Months: Fresh or Frozen Whole Chickens or Chicken Breasts |
|---|---|
| **Search Engines Used** | |
| Google | 84.9% |
| Yahoo! | 18.5% |
| **Websites Visited** | |
| WebMD | 24.4% |
| Wikipedia | 24.9% |
| CNN | 16.3% |
| FOX News | 15.2% |
| ESPN | 18.5% |
| Zillow | 17.6% |
| Amazon | 58.2% |
| eBay | 18.6% |
| Google Maps | 43.2% |
| Weather | 38.7% |

10464-00001/12880605.1
ab DATA
*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

| Search Engines/Websites Visited | Households/Adults used in the Last 6 Months: Fresh or Frozen Whole Chickens or Chicken Breasts |
|---|---|
| **Social Media Visited** | |
| Facebook | 66.8% |
| Facebook Messenger | 52.4% |
| YouTube | 53.6% |
| Instagram | 35.6% |
| Pinterest | 22.4% |
| Snapchat | 22.4% |
| Twitter | 15.6% |

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# Digital Media Recommendation

Among the purchasers of fresh or frozen whole chickens and chicken breast products, according to MRI-Simmons over 90% have accessed the internet within the last 30 days spending 2-10 hours or more online daily. Digital ads will be targeted to potential Settlement Class Members described above. Settlement Class Member contact information provided by Lead Counsel will be used in targeting. Vegetarians and vegans will be excluded.

Based on our in-house Comscore data analysis, we recommend a mix of Internet banner and newsfeed ads to run using the Google Display Network via their thousands of websites, as well as mobile devices and apps, YouTube, Facebook, social media including Instagram, and Google AdWords (Search).

The recommended plan will have a minimum of 340 million impressions served to the target audience to deliver the necessary reach. Digital media will be national in scope with emphasis on the class states.

The digital media campaign will be implemented over a 30-day desktop and mobile plan utilizing standard IAB (Interactive Advertising Bureau) banner sizes (300 x 250, 728 x 90, 300 x 600, 320 x 50, 300 x 50). All banner and newsfeed ads will include embedded and trackable links to the case-specific website. Ad performance, links, and traffic will be tracked using Google Analytics and Facebook Pixel tracking codes, providing a way to optimize ads for traffic and registration data.

Ads will be served across multiple devices including mobile, tablet, and desktop. Ads will be placed in premium positioning on websites, ensuring they can be viewed without scrolling and easily seen when visitors first open the page.

To reach the significant Hispanic population that are potential Settlement Class Members, banner ads will also be served with Spanish-language copy on websites specifically serving the Hispanic community.

To deliver the reach goal efficiently and quickly, a very low frequency cap will be implemented so devices will not be served the ads multiple times.

The following websites/networks and social media will be reviewed and evaluated for this campaign:



- Adults in this demographic primarily use Google for viewing websites, maps, email, and other applications.
- Google allows for the purchase of relevant content where we want the banner ads to appear.
- Behavioral and audience look-alike targeting can be very effective on Google-owned platforms in reaching unidentified potential Settlement Class Members.
- A mix of display, banner, and mobile ad sizes will be utilized.

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*



- Very popular app among people in this demographic target with over 53% of chicken purchasers accessing YouTube within the past 30 days.
- Affinity targeting will be implemented based on users' interests and habits, *i.e.*, viewers of cooking shows, recipe preparation, and other similar videos.
- We can implement dynamic prospecting and have our ads served to new users who are searching for videos similar to cooking shows.



- A case Facebook page will be developed so newsfeed ads can drive potential Settlement Class Members to the case-specific page and case website. The case Facebook page will be kept current with case news and documents.
- The most popular social media platform, with over 65% of adults in the target demographic visiting Facebook in the last 30 days. Many are frequent users of the network, using it to post photos and videos, send messages, and visit the pages of friends.
- Facebook allows specific demographic targeting beyond sex/age, including targeting adults who are followers of cooking shows, foodie events and information, plus many others.

Instagram

- Mobile newsfeed ads will drive potential Settlement Class Members to the case-specific page and case website.
- Instagram is one of the more popular social media sites within the target demographic, reaching 35% of chicken purchasers.
- Instagram users can be targeted by location, interests, behaviors, and other demographic characteristics to effectively reach potential Settlement Class Members.

10464-00001/12880605.1

ab DATA

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*



- More than 80% of the target demographic used Google to search for information in the past 30 days.
- Google allows the purchase of relevant content where we want the banner ads to appear. For example, we can select websites that feature cooking with chicken or chicken recipes.
- Google AdWords text ads will be placed on relevant keyword searches to "chicken," "whole chicken," "chicken breast," and many other key terms.

The digital media placements will be chosen, first to meet audience notification requirements, and secondly to achieve maximum engagement with the ads. Campaigns and creative will be optimized to drive potential members of the Settlement Class to register on the website. Several campaign optimization strategies will be utilized, including:

| Digital Media Strategy | Digital Media Tactics |
|---|---|
| Mobile In-App | Targeting users inside mobile applications that fit into our data pools. This could include cooking or recipe apps, game apps, weather apps, or entertainment/event apps. |
| Mobile – Websites | Targeting phones and tablets whose users are visiting websites that are contextually relevant or websites being visited by relevant users in our data pool. |
| Contextual | Targeting websites with relevant content and context, such as cooking with chicken, BBQ, or recipe websites. |
| Behavioral | Targeting user IDs whose owners have shown activity in the target data pools, such as those interested in cooking websites. |
| Predictive Modeling | Using "look-alike" modeling to target user IDs whose owners have strong similarities to users who previously clicked through to the case website. |

Vegetarians and vegans will be eliminated from all targeting.

A.B. Data employs a fully staffed digital buying team to manage all digital and social media programs in-house for the greatest control and oversight. During the course of the digital notice schedule dates, A.B. Data's digital media experts will monitor the success, conversions, and activity associated with the digital and social media campaigns and will optimize the number of impressions delivered across each platform to achieve maximum engagement and efficiency. A.B. Data's digital media experts have the following certifications:

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

- Facebook's Certified Digital Marketing Associate Certification

- Google Ads Display Certification

- Google Ads Search Certification

With this level of expertise, digital and social media campaigns are assured impressions are delivered to the target audience efficiently and effectively, with online ad verification and minimal threat of bot-traffic and inappropriate content.

# EARNED MEDIA

# NOTICE RECOMMENDATION

10464-00001/12880605.1

## EARNED MEDIA NOTICE RECOMMENDATION

In addition to the digital and social media components of the Notice Plan, it is recommended that a news release regarding the case be run via *PR Newswire*'s US1 Newsline. This case will gain more attention when the general-market media become aware of this news. The news release will be distributed via *PR Newswire* to more than 10,000 newsrooms across the United States, including those in general-market print, broadcast, and digital media. The news release will also be translated into Spanish and published on *PR Newswire*'s National Hispanic Newsline.

News about the case will also be broadcast to the news media via Twitter. It will be tweeted from *PR Newswire*'s and A.B. Data's Twitter accounts to thousands of news media and other followers. The news release will also assist with driving search engine results, which will help increase traffic to the case website.

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# NOTICE DESIGN STRATEGIES

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# NOTICE DESIGN STRATEGIES

The Federal Rules of Civil Procedure require notices in class action cases to be written in "plain, easily understood language." A.B. Data is committed to adhering to the easily-understood-language requirement of Rule 23(c)(2) and Rule 23(b)(3) and this standard will be utilized in developing the Long-Form Notice and Short-Form Notice for this case.

The plain-language notices that will be developed for this plan will be designed with large, bold headlines to be easily seen by potential Settlement Class Members. The plain, easily understood language in the text of the notices will offer potential Settlement Class Members the opportunity to read it at their leisure, helping ensure they understand the subject of the case, the steps they must take to join the Settlement Class, and the legal rights of all Settlement Class Members.

The Short-Form Notice will prominently display a case website address, a toll-free telephone number, and a mailing address so potential Settlement Class Members may review the detailed notice and other information available regarding the case.

The online social media and banner ads will be designed to alert potential Settlement Class Members about the case. The ads will each include a link to the case website or case Facebook page so potential Settlement Class Members may click on it and go directly to the website for answers and other case information. A.B. Data strongly recommends including product or usage photos as part of the internet, social media, and banner ads to increase awareness, generate interest, and increase the click-through rate to the website.

<u>Sample Banner Ads</u>

 

10464-00001/12880605.1

*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*

# APPENDICES 1-4

**Appendix 1**
**Broiler Chicken Antitrust Litigation MRI Data**
**Audience Demographic: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Adults | 174,371 | 69.71 | 100.00 | 100 |
| Men | 82,528 | 68.31 | 47.33 | 98 |
| Women | 91,843 | 71.02 | 52.67 | 102 |
| Parent (of child currently living with respondent) | 55,271 | 75.97 | 31.70 | 109 |
| Highest Degree Received by Respondent: 12th grade or less (did not graduate high school) | 18,841 | 69.17 | 10.80 | 99 |
| Highest Degree Received by Respondent: Graduated high school or equivalent | 48,669 | 68.03 | 27.91 | 98 |
| Highest Degree Received by Respondent: Some college, no degree | 31,073 | 70.30 | 17.82 | 101 |
| Highest Degree Received by Respondent: Associate degree | 18,564 | 70.58 | 10.65 | 101 |
| Highest Degree Received by Respondent: Bachelor's degree | 36,068 | 70.96 | 20.68 | 102 |
| Highest Degree Received by Respondent: Post-graduate degree | 21,156 | 70.44 | 12.13 | 101 |
| Highest Degree Received by Respondent: Some college (no degree) OR Associate degree | 49,637 | 70.40 | 28.47 | 101 |
| Highest Degree Received by Respondent: Bachelor's degree OR Post-graduate degree | 57,224 | 70.77 | 32.82 | 102 |
| Age 18-24 | 20,722 | 70.32 | 11.88 | 101 |
| Age 25-34 | 32,448 | 72.09 | 18.61 | 103 |
| Age 35-44 | 29,847 | 73.15 | 17.12 | 105 |
| Age 45-54 | 29,735 | 71.33 | 17.05 | 102 |
| Age 55-64 | 28,567 | 68.27 | 16.38 | 98 |
| Age 65+ | 33,051 | 64.39 | 18.95 | 92 |
| Adults 18-34 | 53,170 | 71.39 | 30.49 | 102 |
| Adults 18-49 | 97,732 | 71.88 | 56.05 | 103 |
| Adults 25-54 | 92,031 | 72.18 | 52.78 | 104 |
| Adults 35-54 | 59,582 | 72.23 | 34.17 | 104 |
| Men 18-34 | 25,928 | 69.43 | 14.87 | 100 |
| Men 18-49 | 47,393 | 70.16 | 27.18 | 101 |
| Men 25-54 | 44,390 | 70.51 | 25.46 | 101 |
| Men 35-54 | 28,546 | 70.58 | 16.37 | 101 |
| Women 18-34 | 27,243 | 73.35 | 15.62 | 105 |
| Women 18-49 | 50,339 | 73.58 | 28.87 | 106 |
| Women 25-54 | 47,641 | 73.81 | 27.32 | 106 |
| Women 35-54 | 31,036 | 73.82 | 17.80 | 106 |
| Employment: Working full time | 88,892 | 71.61 | 50.98 | 103 |
| Employment: Working part time | 22,216 | 70.00 | 12.74 | 100 |
| Employment: Not working | 63,262 | 67.11 | 36.28 | 96 |
| Occupation: Professional and related occupations | 26,495 | 72.06 | 15.19 | 103 |
| Occupation: Management, business and financial operations | 19,214 | 72.42 | 11.02 | 104 |

**Appendix 1**

**Broiler Chicken Antitrust Litigation MRI Data**

**Audience Demographic: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

|  | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Occupation: Sales and office occupations | 22,355 | 71.04 | 12.82 | 102 |
| Occupation: Natural resources, construction and maintenance occup. | 9,852 | 70.92 | 5.65 | 102 |
| Occupation: Other employed | 33,192 | 70.30 | 19.04 | 101 |
| Individual Employment Income: $200,000+ | 3,037 | 69.28 | 1.74 | 99 |
| Individual Employment Income: $150,000-$199,999 | 3,202 | 71.36 | 1.84 | 102 |
| Individual Employment Income: $100,000-$149,999 | 10,055 | 73.09 | 5.77 | 105 |
| Individual Employment Income: $75,000-$99,999 | 12,030 | 73.90 | 6.90 | 106 |
| Individual Employment Income: $60,000-$74,999 | 11,673 | 73.10 | 6.69 | 105 |
| Individual Employment Income: $50,000-$59,999 | 9,739 | 73.16 | 5.59 | 105 |
| Individual Employment Income: $40,000-$49,999 | 12,482 | 71.14 | 7.16 | 102 |
| Individual Employment Income: $30,000-$39,999 | 14,334 | 69.22 | 8.22 | 99 |
| Individual Employment Income: $20,000-$29,999 | 14,059 | 70.64 | 8.06 | 101 |
| Individual Employment Income: Under $20,000 | 20,496 | 69.40 | 11.75 | 100 |
| Wage Earner Status: Not employed | 63,262 | 67.11 | 36.28 | 96 |
| Wage Earner Status: Sole earner | 27,279 | 64.16 | 15.64 | 92 |
| Wage Earner Status: Primary earner | 38,334 | 72.99 | 21.98 | 105 |
| Wage Earner Status: Secondary earner | 45,495 | 74.78 | 26.09 | 107 |
| Household Income: $250,000+ | 8,636 | 72.05 | 4.95 | 103 |
| Household Income: $200,000-$249,999 | 8,430 | 76.99 | 4.83 | 110 |
| Household Income: $150,000-$199,999 | 16,927 | 74.06 | 9.71 | 106 |
| Household Income: $100,000-$149,999 | 32,017 | 73.85 | 18.36 | 106 |
| Household Income: $75,000-$99,999 | 25,265 | 72.86 | 14.49 | 105 |
| Household Income: $60,000-$74,999 | 17,235 | 70.34 | 9.88 | 101 |
| Household Income: $50,000-$59,999 | 12,589 | 70.20 | 7.22 | 101 |
| Household Income: $40,000-$49,999 | 12,372 | 66.14 | 7.10 | 95 |
| Household Income: $30,000-$39,999 | 13,121 | 66.38 | 7.52 | 95 |
| Household Income: $20,000-$29,999 | 11,798 | 63.43 | 6.77 | 91 |
| Household Income: Under $20,000 | 15,982 | 59.61 | 9.17 | 86 |
| Household Income: $150,000+ | 33,993 | 74.23 | 19.49 | 106 |
| Household Income: $100,000+ | 66,010 | 74.05 | 37.86 | 106 |
| Household Income: $75,000+ | 91,275 | 73.71 | 52.35 | 106 |
| Household Income: $60,000+ | 108,510 | 73.16 | 62.23 | 105 |
| Household Income: $50,000+ | 121,098 | 72.84 | 69.45 | 104 |
| Household Income: $40,000+ | 133,471 | 72.16 | 76.54 | 104 |
| Household Income: $30,000+ | 146,591 | 71.60 | 84.07 | 103 |
| Total Net Worth of All HH Members: $1,000,000+ | 17,981 | 71.05 | 10.31 | 102 |
| Total Net Worth of All HH Members: $500,000-$999,999 | 28,868 | 72.48 | 16.56 | 104 |
| Total Net Worth of All HH Members: $250,000-$499,999 | 44,295 | 72.25 | 25.40 | 104 |

**Appendix 1**
**Broiler Chicken Antitrust Litigation MRI Data**
**Audience Demographic: Chicken Fresh Or Frozen: Households: Used in last 6 months:**
**Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken**
**Whole (Frozen)**

|  | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Total Net Worth of All HH Members: $100,000-$249,999 | 35,140 | 69.11 | 20.15 | 99 |
| Total Net Worth of All HH Members: Under $100,000 | 48,087 | 66.01 | 27.58 | 95 |
| Census Region: North East | 31,312 | 70.75 | 17.96 | 101 |
| Census Region: South | 65,113 | 68.31 | 37.34 | 98 |
| Census Region: Midwest | 37,248 | 71.05 | 21.36 | 102 |
| Census Region: West | 40,692 | 70.00 | 23.34 | 100 |
| Marketing Region: New England | 8,305 | 71.02 | 4.76 | 102 |
| Marketing Region: Mid Atlantic | 26,474 | 69.85 | 15.18 | 100 |
| Marketing Region: East Central | 20,543 | 70.21 | 11.78 | 101 |
| Marketing Region: West Central | 25,991 | 71.69 | 14.91 | 103 |
| Marketing Region: Southeast | 35,623 | 67.68 | 20.43 | 97 |
| Marketing Region: Southwest | 21,927 | 69.60 | 12.57 | 100 |
| Marketing Region: Pacific | 35,507 | 69.76 | 20.36 | 100 |
| Mediamarkets: Top 5 | 35,417 | 68.99 | 20.31 | 99 |
| Mediamarkets: Next 5 | 19,279 | 70.06 | 11.06 | 101 |
| Mediamarkets: New York | 11,758 | 69.40 | 6.74 | 100 |
| Mediamarkets: Los Angeles | 10,158 | 69.47 | 5.83 | 100 |
| Mediamarkets: Chicago | 5,356 | 71.55 | 3.07 | 103 |
| Metropolitan CBSA | 150,325 | 69.81 | 86.21 | 100 |
| Micropolitan CBSA/unassigned | 24,046 | 69.11 | 13.79 | 99 |
| County Size: A | 74,093 | 70.12 | 42.49 | 101 |
| County Size: B | 52,165 | 70.13 | 29.92 | 101 |
| County Size: C | 24,903 | 68.59 | 14.28 | 98 |
| County Size: D | 23,210 | 68.71 | 13.31 | 99 |
| Marital Status: Never married | 48,031 | 66.71 | 27.55 | 96 |
| Marital Status: Now married | 98,077 | 74.21 | 56.25 | 106 |
| Marital Status: Legally separated/widowed/divorced | 28,263 | 61.46 | 16.21 | 88 |
| Marital Status: Engaged | 8,252 | 71.54 | 4.73 | 103 |
| Living w/partner/fiance/boyfriend or girlfriend (same or opposite sex) | 17,054 | 72.92 | 9.78 | 105 |
| Married in last 12 months | 3,812 | 75.00 | 2.19 | 108 |
| Household size: 1 | 18,884 | 52.22 | 10.83 | 75 |
| Household size: 2 | 56,321 | 69.11 | 32.30 | 99 |
| Household size: 3-4 | 67,205 | 73.79 | 38.54 | 106 |
| Household size: 5+ | 31,961 | 77.18 | 18.33 | 111 |
| Children: Any | 70,823 | 75.55 | 40.62 | 108 |
| Children: 1 | 28,593 | 73.65 | 16.40 | 106 |
| Children: 2 | 25,160 | 76.47 | 14.43 | 110 |
| Children: 3+ | 17,070 | 77.54 | 9.79 | 111 |

## Appendix 1
## Broiler Chicken Antitrust Litigation MRI Data
## Audience Demographic: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)

|  | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Child Age: <12 months | 6,982 | 77.16 | 4.00 | 111 |
| Child Age: 12-23 months | 6,116 | 77.85 | 3.51 | 112 |
| Child Age: <2 years | 12,641 | 77.43 | 7.25 | 111 |
| Child Age: <6 years | 31,928 | 76.72 | 18.31 | 110 |
| Child Age: 2-5 years | 24,649 | 76.34 | 14.14 | 110 |
| Child Age: 6-11 years | 33,716 | 76.52 | 19.34 | 110 |
| Child Age: 12-17 years | 34,869 | 75.10 | 20.00 | 108 |
| Life Cycle: Respondent 18-34 1 person household | 3,049 | 56.55 | 1.75 | 81 |
| Life Cycle: Respondent 18-34 married no kids | 4,251 | 71.92 | 2.44 | 103 |
| Life Cycle: Respondent 18-34 married young child under 6 | 9,995 | 79.14 | 5.73 | 114 |
| Life Cycle: Respondent 18-34 married young child 6-17 | 2,616 | 78.72 | 1.50 | 113 |
| Life Cycle: Balance of respondents 18-34 | 33,260 | 70.43 | 19.07 | 101 |
| Life Cycle: Respondent 35-49 1 person household | 2,549 | 52.58 | 1.46 | 75 |
| Life Cycle: Respondent 35-49 married no kids | 6,137 | 72.13 | 3.52 | 103 |
| Life Cycle: Respondent 35-49 married young child under 6 | 9,508 | 77.01 | 5.45 | 110 |
| Life Cycle: Respondent 35-49 married young child 6-11 | 8,666 | 76.82 | 4.97 | 110 |
| Life Cycle: Respondent 35-49 married young child 12-17 | 6,194 | 77.45 | 3.55 | 111 |
| Life Cycle: Balance of respondents 35-49 | 11,507 | 69.73 | 6.60 | 100 |
| Life Cycle: Respondent 50+ 1 person household | 12,575 | 51.10 | 7.21 | 73 |
| Life Cycle: Respondent 50+ married no kids | 41,618 | 71.71 | 23.87 | 103 |
| Life Cycle: Respondent 50+ married w/kids | 9,092 | 75.01 | 5.21 | 108 |
| Life Cycle: Balance of respondents 50+ | 13,353 | 68.81 | 7.66 | 99 |
| Years at Present Address: Under 1 year | 25,757 | 68.38 | 14.77 | 98 |
| Years at Present Address: 1-4 years | 51,665 | 70.85 | 29.63 | 102 |
| Years at Present Address: 5+ years | 96,948 | 69.47 | 55.60 | 100 |
| Home Owned | 117,427 | 71.21 | 67.34 | 102 |
| Home Value: $500,000+ | 18,720 | 71.79 | 10.74 | 103 |
| Home Value: $200,000-$499,999 | 55,996 | 73.08 | 32.11 | 105 |
| Home Value: $100,000-$199,999 | 28,173 | 69.45 | 16.16 | 100 |
| Home Value: $50,000-$99,999 | 9,648 | 67.67 | 5.53 | 97 |
| Home Value: Under $50,000 | 4,891 | 66.29 | 2.80 | 95 |
| Race: White | 132,120 | 70.82 | 75.77 | 102 |
| Race: Black/African American | 20,763 | 63.93 | 11.91 | 92 |
| Race: American Indian or Alaska Native | 1,842 | 63.60 | 1.06 | 91 |
| Race: Asian | 5,720 | 62.34 | 3.28 | 89 |
| Race: Other | 17,988 | 71.26 | 10.32 | 102 |
| Race: White only | 129,083 | 70.96 | 74.03 | 102 |
| Race: Black/African American only | 19,456 | 63.76 | 11.16 | 91 |
| Race: Other race/Multiple classifications | 25,831 | 68.49 | 14.81 | 98 |

**Appendix 1**
**Broiler Chicken Antitrust Litigation MRI Data**
**Audience Demographic: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

| | | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|---|
| Spanish Spoken in Home (Most Often or Other) | | 31,504 | 72.83 | 18.07 | 104 |
| Hispanic Respondent Personally Speaks at Home: Only English | | 4,947 | 70.53 | 2.84 | 101 |
| Hispanic Respondent Personally Speaks at Home: Mostly English, but some Spanish | | 7,265 | 74.52 | 4.17 | 107 |
| Hispanic Respondent Personally Speaks at Home: Only Spanish | | 8,605 | 73.98 | 4.94 | 106 |
| Hispanic Respondent Personally Speaks at Home: Mostly Spanish, but some English | | 7,667 | 74.46 | 4.40 | 107 |
| Hispanic Respondent Personally Speaks at Home: Both English and Spanish equally at home | | 1,468 | 75.73 | 0.84 | 109 |
| Hispanic Respondent Personally Speaks at Home: Other | * | 45 | 78.15 | 0.03 | 112 |
| Spanish, Hispanic or Latino Origin or Descent | | 29,998 | 73.72 | 17.20 | 106 |
| Pet owner | | 103,359 | 72.21 | 59.28 | 104 |
| Dog owner | | 82,147 | 73.33 | 47.11 | 105 |
| Cat owner | | 43,809 | 71.64 | 25.12 | 103 |
| Generations: Gen Z (b.1997-2010) only includes respondents 18+ | | 14,962 | 71.45 | 8.58 | 102 |
| Generations: Millennials (b.1977-1996) | | 62,997 | 72.05 | 36.13 | 103 |
| Generations: GenXers (b.1965-1976) | | 34,788 | 71.47 | 19.95 | 103 |
| Generations: Boomers (b. 1946-1964) | | 47,705 | 67.99 | 27.36 | 98 |
| Generations: Early Boomers (b. 1946-1955) | | 21,695 | 67.62 | 12.44 | 97 |
| Generations: Late Boomers (b. 1956-1964) | | 26,009 | 68.30 | 14.92 | 98 |
| Generations: Pre-Boomers (b. before 1946) | | 13,918 | 60.71 | 7.98 | 87 |
| Respondent's Sexual Orientation: Heterosexual/Straight | | 165,456 | 70.05 | 94.89 | 100 |
| Respondent's Sexual Orientation: NET Gay/Lesbian | | 2,686 | 63.94 | 1.54 | 92 |
| Respondent's Sexual Orientation: NET Gay/Lesbian/Bisexual/Transgender | | 4,828 | 65.39 | 2.77 | 94 |

* Projections relatively unstable, use with caution

Source: 2020 Doublebase GfK MRI weighted to Population (000) - Base: All

**Appendix 2**
**Broiler Chicken Antitrust Litigation MRI Data**
**Media Quintiles: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

|  | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Magazine Quintile I (Heavy) | 35,494 | 70.07 | 20.36 | 101 |
| Magazine Quintile II | 34,886 | 71.40 | 20.01 | 102 |
| Magazine Quintile III | 33,699 | 69.92 | 19.33 | 100 |
| Magazine Quintile IV | 33,799 | 69.13 | 19.38 | 99 |
| Magazine Quintile V (Light) | 36,493 | 68.16 | 20.93 | 98 |
| Newspaper Quintile I | 33,746 | 67.46 | 19.35 | 97 |
| Newspaper Quintile II | 34,663 | 69.34 | 19.88 | 99 |
| Newspaper Quintile III | 35,379 | 70.48 | 20.29 | 101 |
| Newspaper Quintile IV | 35,282 | 70.71 | 20.23 | 101 |
| Newspaper Quintile V | 35,301 | 70.55 | 20.24 | 101 |
| Radio/Audio (Weekday) Quintile I | 35,139 | 70.40 | 20.15 | 101 |
| Radio/Audio (Weekday) Quintile II | 35,552 | 71.21 | 20.39 | 102 |
| Radio/Audio (Weekday) Quintile III | 35,342 | 70.55 | 20.27 | 101 |
| Radio/Audio (Weekday) Quintile IV | 34,867 | 69.76 | 20.00 | 100 |
| Radio/Audio (Weekday) Quintile V | 33,470 | 66.64 | 19.19 | 96 |
| Radio/Audio (Primetime M-F 6am - 7pm) Quintile I | 35,220 | 70.46 | 20.20 | 101 |
| Radio/Audio (Primetime M-F 6am - 7pm) Quintile II | 35,562 | 71.34 | 20.39 | 102 |
| Radio/Audio (Primetime M-F 6am - 7pm) Quintile III | 35,564 | 70.97 | 20.40 | 102 |
| Radio/Audio (Primetime M-F 6am - 7pm) Quintile IV | 34,295 | 68.74 | 19.67 | 99 |
| Radio/Audio (Primetime M-F 6am - 7pm) Quintile V | 33,728 | 67.06 | 19.34 | 96 |
| TV (Total) Quintile I | 33,838 | 67.51 | 19.41 | 97 |
| TV (Total) Quintile II | 34,575 | 69.26 | 19.83 | 99 |
| TV (Total) Quintile III | 35,586 | 71.21 | 20.41 | 102 |
| TV (Total) Quintile IV | 35,663 | 71.23 | 20.45 | 102 |
| TV (Total) Quintile V | 34,709 | 69.35 | 19.91 | 99 |
| Internet Quintile I (Heavy) | 34,924 | 69.91 | 20.03 | 100 |
| Internet Quintile II | 35,418 | 70.75 | 20.31 | 101 |
| Internet Quintile III | 36,024 | 71.98 | 20.66 | 103 |
| Internet Quintile IV | 35,407 | 70.71 | 20.31 | 101 |
| Internet Quintile V (Light) | 32,599 | 65.20 | 18.70 | 94 |
| Outdoor Quintile I | 36,046 | 72.32 | 20.67 | 104 |
| Outdoor Quintile II | 35,660 | 71.32 | 20.45 | 102 |
| Outdoor Quintile III | 34,677 | 69.19 | 19.89 | 99 |

**Appendix 2**
**Broiler Chicken Antitrust Litigation MRI Data**
**Media Quintiles: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

|  | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Outdoor Quintile IV | 34,770 | 69.23 | 19.94 | 99 |
| Outdoor Quintile V | 33,218 | 66.49 | 19.05 | 95 |
| TV (Primetime) Quintile I | 34,431 | 68.78 | 19.75 | 99 |
| TV (Primetime) Quintile II | 34,837 | 69.40 | 19.98 | 100 |
| TV (Primetime) Quintile III | 35,572 | 71.20 | 20.40 | 102 |
| TV (Primetime) Quintile IV | 34,864 | 70.16 | 19.99 | 101 |
| TV (Primetime) Quintile V | 34,667 | 69.01 | 19.88 | 99 |
| TV (Daytime) Tercile I | 17,685 | 66.68 | 10.14 | 96 |
| TV (Daytime) Tercile II | 18,361 | 69.44 | 10.53 | 100 |
| TV (Daytime) Tercile III | 18,503 | 70.20 | 10.61 | 101 |
| Radio: listened to any Hispanic format/last 7 days | 10,679 | 74.68 | 6.12 | 107 |
| Internet: visited a Spanish language website or app/last 30 days | 7,796 | 72.16 | 4.47 | 104 |

\* Projections relatively unstable, use with caution

Source: 2020 Doublebase GfK MRI weighted to Population (000) -

## Appendix 3
## Broiler Chicken Antitrust Litigation MRI Data
## Digital Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Have Internet access at home | 161,922 | 70.68 | 92.86 | 101 |
| Internet Service Providers (to HH): AOL | 793 | 62.33 | 0.45 | 89 |
| Internet Service Providers (to HH): AT&T | 23,505 | 70.52 | 13.48 | 101 |
| Internet Service Providers (to HH): CenturyLink | 7,420 | 74.63 | 4.26 | 107 |
| Internet Service Providers (to HH): Cox | 7,662 | 71.31 | 4.39 | 102 |
| Internet Service Providers (to HH): Frontier | 4,190 | 70.15 | 2.40 | 101 |
| Internet Service Providers (to HH): Optimum | 3,943 | 72.02 | 2.26 | 103 |
| Internet Service Providers (to HH): Spectrum (including Spectrum, Charter, Bright House, Time Warner Cable) | 32,612 | 71.06 | 18.70 | 102 |
| Internet Service Providers (to HH): Suddenlink Media | 1,708 | 68.18 | 0.98 | 98 |
| Internet Service Providers (to HH): Verizon or Fios by Verizon | 15,004 | 70.86 | 8.60 | 102 |
| Internet Service Providers (to HH): Xfinity/Comcast | 35,840 | 70.09 | 20.55 | 101 |
| Internet Service Providers (to HH): Any Service | 161,697 | 70.70 | 92.73 | 101 |
| Looked at/used Internet /last 30 days: At home | 151,692 | 70.86 | 86.99 | 102 |
| Looked at/used Internet /last 30 days: At work | 80,490 | 71.78 | 46.16 | 103 |
| Looked at/used Internet /last 30 days: At school or library | 20,611 | 70.01 | 11.82 | 100 |
| Looked at/used Internet /last 30 days: Another place | 64,072 | 71.80 | 36.74 | 103 |
| Looked at/used Internet /last 30 days: Any Internet Usage | 158,067 | 70.62 | 90.65 | 101 |
| Devices used to use the Internet/last 30 days: Desktop computer | 71,857 | 70.94 | 41.21 | 102 |
| Devices used to use the Internet/last 30 days: Laptop or Netbook computer | 90,136 | 71.53 | 51.69 | 103 |
| Devices used to use the Internet/last 30 days: Any computer | 122,592 | 70.95 | 70.31 | 102 |
| Devices used to use the Internet/last 30 days: iPad or other Tablet | 58,082 | 71.75 | 33.31 | 103 |
| Devices used to use the Internet/last 30 days: Cellphone or Smartphone | 145,670 | 71.39 | 83.54 | 102 |
| Devices used to use the Internet/last 30 days: E-reader | 5,192 | 74.68 | 2.98 | 107 |

## Appendix 3
## Broiler Chicken Antitrust Litigation MRI Data
## Digital Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)

|  | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Devices used to use the Internet/last 30 days: iPod or other MP3 Player | 2,047 | 69.22 | 1.17 | 99 |
| Devices used to use the Internet/last 30 days: Video game console | 16,999 | 71.92 | 9.75 | 103 |
| Devices used to use the Internet/last 30 days: Television | 42,018 | 71.93 | 24.10 | 103 |
| Visited a chat room/past 30 days | 9,328 | 68.44 | 5.35 | 98 |
| Used e-mail/past 30 days | 135,509 | 71.14 | 77.71 | 102 |
| Used instant messenger/past 30 days | 127,692 | 71.52 | 73.23 | 103 |
| Participated in online dating/past 30 days | 4,698 | 64.07 | 2.69 | 92 |
| Made a purchase for personal use (on the Internet)/past 30 days | 104,439 | 72.16 | 59.90 | 104 |
| Made a purchase for business use (on the Internet)/past 30 days | 25,458 | 71.83 | 14.60 | 103 |
| Obtained information to help make a purchase/past 30 days | 65,377 | 73.04 | 37.49 | 105 |
| Made personal or business travel plans online/past 30 days | 40,190 | 72.50 | 23.05 | 104 |
| Played games online/past 30 days | 59,657 | 71.18 | 34.21 | 102 |
| Downloaded a video game/past 30 days | 24,052 | 71.94 | 13.79 | 103 |
| Used on-line gambling site/past 30 days | 2,759 | 69.65 | 1.58 | 100 |
| Obtained financial information online/past 30 days | 58,184 | 72.37 | 33.37 | 104 |
| Tracked investments/Traded stocks, bonds or mutual funds online/past 30 days | 25,588 | 71.18 | 14.67 | 102 |
| Paid bills online/past 30 days | 102,961 | 71.50 | 59.05 | 103 |
| Obtained the latest news/current events online/past 30 days | 88,061 | 72.29 | 50.50 | 104 |
| Obtained sports news/information online/past 30 days | 54,496 | 71.98 | 31.25 | 103 |
| Obtained information for new/used car purchase online/past 30 days | 22,360 | 72.31 | 12.82 | 104 |
| Obtained information about real estate online/past 30 days | 29,313 | 73.06 | 16.81 | 105 |
| Obtained medical information online/past 30 | 58,145 | 71.82 | 33.35 | 103 |
| Obtained childcare or parenting information online/past 30 days | 12,108 | 75.53 | 6.94 | 108 |

**Appendix 3**

**Broiler Chicken Antitrust Litigation MRI Data**

**Digital Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Obtained information about entertainment or celebrities | 50,406 | 72.08 | 28.91 | 103 |
| Looked for employment online/past 30 days | 26,597 | 71.49 | 15.25 | 103 |
| Looked for recipes online/past 30 days | 79,853 | 73.39 | 45.79 | 105 |
| Took an online class or course/past 30 days | 18,634 | 72.39 | 10.69 | 104 |
| Visited a TV network or TV show's website/past 30 days | 34,953 | 72.66 | 20.05 | 104 |
| Looked at TV listings online/past 30 days | 16,048 | 70.18 | 9.20 | 101 |
| Looked up movie listings or showtimes online/past 30 days | 39,022 | 72.08 | 22.38 | 103 |
| Downloaded a TV program/past 30 days | 8,141 | 72.11 | 4.67 | 103 |
| Watched a TV program online/past 30 days | 37,779 | 71.93 | 21.67 | 103 |
| Downloaded a movie/past 30 days | 16,967 | 72.37 | 9.73 | 104 |
| Watched a movie online/past 30 days | 57,285 | 71.74 | 32.85 | 103 |
| Watched other online video/past 30 days | 46,271 | 72.15 | 26.54 | 103 |
| Visited online blogs/past 30 days | 23,170 | 72.78 | 13.29 | 104 |
| Wrote online blog/past 30 days | 2,781 | 67.78 | 1.59 | 97 |
| Posted a comment or review on a blog, online forum, message or bulletin board/past 30 days | 20,792 | 71.56 | 11.92 | 103 |
| Made a phone call online/past 30 days | 66,959 | 72.07 | 38.40 | 103 |
| Used video chat/past 30 days | 53,476 | 72.71 | 30.67 | 104 |
| Uploaded or added video to website/past 30 days | 14,827 | 72.06 | 8.50 | 103 |
| Shared photos through Internet website/past 30 days | 61,983 | 73.00 | 35.55 | 105 |
| Sent an electronic greeting card/past 30 days | 8,921 | 69.50 | 5.12 | 100 |
| Total time spent yesterday using the Internet (does not include email): 10+ hours | 13,140 | 69.11 | 7.54 | 99 |
| Total time spent yesterday using the Internet (does not include email): 5-10 hours | 30,773 | 70.53 | 17.65 | 101 |
| Total time spent yesterday using the Internet (does not include email): 2-5 hours | 48,071 | 71.27 | 27.57 | 102 |
| Total time spent yesterday using the Internet (does not include email): 1-2 hours | 31,704 | 71.81 | 18.18 | 103 |
| Total time spent yesterday using the Internet (does not include email): 1/2-1 hour | 17,385 | 70.56 | 9.97 | 101 |
| Total time spent yesterday using the Internet (does not include email): less than 1/2 hour | 9,899 | 68.32 | 5.68 | 98 |

## Appendix 3
## Broiler Chicken Antitrust Litigation MRI Data
## Digital Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)

|  | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Total time spent last Saturday using the Internet (does not include email): 10+ hours | 9,153 | 67.87 | 5.25 | 97 |
| Total time spent last Saturday using the Internet (does not include email): 5-10 hours | 24,261 | 70.20 | 13.91 | 101 |
| Total time spent last Saturday using the Internet (does not include email): 2-5 hours | 45,678 | 71.14 | 26.20 | 102 |
| Total time spent last Saturday using the Internet (does not include email): 1-2 hours | 32,656 | 71.84 | 18.73 | 103 |
| Total time spent last Saturday using the Internet (does not include email): 1/2-1 hour | 18,895 | 71.17 | 10.84 | 102 |
| Total time spent last Saturday using the Internet (does not include email): less than 1/2 hour | 12,386 | 71.30 | 7.10 | 102 |
| Total time spent last Sunday using the Internet (does not include email): 10+ hours | 7,958 | 67.41 | 4.56 | 97 |
| Total time spent last Sunday using the Internet (does not include email): 5-10 hours | 21,656 | 70.07 | 12.42 | 101 |
| Total time spent last Sunday using the Internet (does not include email): 2-5 hours | 44,371 | 72.06 | 25.45 | 103 |
| Total time spent last Sunday using the Internet (does not include email): 1-2 hours | 33,313 | 71.14 | 19.10 | 102 |
| Total time spent last Sunday using the Internet (does not include email): 1/2-1 hour | 19,533 | 71.24 | 11.20 | 102 |
| Total time spent last Sunday using the Internet (does not include email): less than 1/2 hour | 13,579 | 70.97 | 7.79 | 102 |

\* Projections relatively unstable, use with caution

Source: 2020 Doublebase GfK MRI weighted to Population (000) - Base: All
No Audit Report Was Generated

**Appendix 4**

**Broiler Chicken Antitrust Litigation MRI Data**

**Websites and Social Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

|  | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Website or search engines used/last 30 days: AOL/AOL.com | 5,491 | 70.58 | 3.15 | 101 |
| Website or search engines used/last 30 days: Ask.com | 1,471 | 63.63 | 0.84 | 91 |
| Website or search engines used/last 30 days: Bing.com | 16,697 | 71.03 | 9.58 | 102 |
| Website or search engines used/last 30 days: Google.com | 148,080 | 70.87 | 84.92 | 102 |
| Website or search engines used/last 30 days: Yahoo.com | 32,190 | 70.19 | 18.46 | 101 |
| Chat, Instant Messenger, video chat used/last 30 days: Facebook Messenger | 92,293 | 71.83 | 52.93 | 103 |
| Chat, Instant Messenger, video chat used/last 30 days: FaceTime | 50,187 | 72.09 | 28.78 | 103 |
| Chat, Instant Messenger, video chat used/last 30 days: Google Hangouts | 8,416 | 71.84 | 4.83 | 103 |
| Chat, Instant Messenger, video chat used/last 30 days: | 15,743 | 73.42 | 9.03 | 105 |
| Chat, Instant Messenger, video chat used/last 30 days: Snapchat Chat | 31,214 | 72.36 | 17.90 | 104 |
| Chat, Instant Messenger, video chat used/last 30 days: WeChat | 1,520 | 64.95 | 0.87 | 93 |
| Chat, Instant Messenger, video chat used/last 30 days: WhatsApp | 26,627 | 70.98 | 15.27 | 102 |
| Subscribes to Amazon Prime | 87,685 | 72.65 | 50.29 | 104 |
| E-mail used/last 30 days: AOL Mail | 10,008 | 70.59 | 5.74 | 101 |
| E-mail used/last 30 days: Gmail | 101,295 | 71.36 | 58.09 | 102 |
| E-mail used/last 30 days: Outlook | 39,850 | 73.27 | 22.85 | 105 |
| E-mail used/last 30 days: Yahoo! Mail | 38,518 | 70.03 | 22.09 | 100 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: ABC | 10,821 | 69.66 | 6.21 | 100 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: BuzzFeed | 13,302 | 73.42 | 7.63 | 105 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: CBS | 10,957 | 69.88 | 6.28 | 100 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Disney.com | 4,328 | 70.64 | 2.48 | 101 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Fandango | 9,306 | 72.36 | 5.34 | 104 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Fox.com/FOX NOW | 9,941 | 71.11 | 5.70 | 102 |

**Appendix 4**

**Broiler Chicken Antitrust Litigation MRI Data**

**Websites and Social Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| ENTERTAINMENT Websites/apps visited or used in last 30 days: IMDb | 17,926 | 71.19 | 10.28 | 102 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: MSN Entertainment | 3,041 | 72.87 | 1.74 | 105 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: MTV | 3,543 | 67.88 | 2.03 | 97 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: NBC | 9,333 | 69.09 | 5.35 | 99 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: PBS.org or PBS Video | 7,436 | 74.67 | 4.26 | 107 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Popsugar | 1,635 | 73.87 | 0.94 | 106 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Ticketmaster | 13,000 | 72.45 | 7.46 | 104 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Vevo.com | 2,483 | 72.43 | 1.42 | 104 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Yahoo! Entertainment | 5,844 | 69.38 | 3.35 | 100 |
| FINANCE Websites/apps visited or used in last 30 days: | 6,793 | 70.27 | 3.90 | 101 |
| FINANCE Websites/apps visited or used in last 30 days: MSN Money | 3,436 | 70.84 | 1.97 | 102 |
| FINANCE Websites/apps visited or used in last 30 days: TheStreet | 1,401 | 70.95 | 0.80 | 102 |
| FINANCE Websites/apps visited or used in last 30 days: Yahoo! Finance | 6,821 | 72.60 | 3.91 | 104 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: Answers.com/WikiAnswers | 6,837 | 71.84 | 3.92 | 103 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: eHow.com | 4,839 | 70.13 | 2.77 | 101 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: WebMD | 42,519 | 73.32 | 24.38 | 105 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: WhitePages | 5,955 | 72.74 | 3.42 | 104 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: Wikipedia | 43,354 | 71.90 | 24.86 | 103 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: Yahoo! Answers | 5,817 | 69.72 | 3.34 | 100 |

**Appendix 4**

**Broiler Chicken Antitrust Litigation MRI Data**

**Websites and Social Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: Zillow | 30,767 | 73.21 | 17.64 | 105 |
| JOBS/CAREERS Websites/apps visited or used in last 30 days: CareerBuilder | 4,887 | 68.77 | 2.80 | 99 |
| JOBS/CAREERS Websites/apps visited or used in last 30 days: Indeed.com or Indeed Jobs | 24,864 | 71.56 | 14.26 | 103 |
| JOBS/CAREERS Websites/apps visited or used in last 30 days: Monster | 3,299 | 66.33 | 1.89 | 95 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: ABCNews | 14,981 | 71.24 | 8.59 | 102 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: BBC.com | 10,780 | 68.82 | 6.18 | 99 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: CBSNews | 10,682 | 70.32 | 6.13 | 101 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: CNN | 28,386 | 70.13 | 16.28 | 101 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: FOX News | 26,425 | 71.59 | 15.15 | 103 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: HuffPost | 13,173 | 73.34 | 7.55 | 105 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: NBCNews | 10,025 | 68.62 | 5.75 | 98 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: NYTimes.com | 25,303 | 71.69 | 14.51 | 103 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: Reuters | 5,234 | 71.08 | 3.00 | 102 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: The Washington Post | 17,430 | 70.52 | 10.00 | 101 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: USAToday.com | 15,810 | 71.72 | 9.07 | 103 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: WSJ.com | 15,549 | 70.75 | 8.92 | 101 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: Yahoo! News | 13,722 | 72.20 | 7.87 | 104 |
| SHOPPING Websites/apps visited or used in last 30 days: Amazon | 101,506 | 72.29 | 58.21 | 104 |
| SHOPPING Websites/apps visited or used in last 30 days: Coupons | 5,114 | 74.56 | 2.93 | 107 |

**Appendix 4**

**Broiler Chicken Antitrust Litigation MRI Data**

**Websites and Social Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| SHOPPING Websites/apps visited or used in last 30 days: | 32,448 | 70.79 | 18.61 | 102 |
| SHOPPING Websites/apps visited or used in last 30 days: Groupon | 16,083 | 72.10 | 9.22 | 103 |
| SHOPPING Websites/apps visited or used in last 30 days: LivingSocial | 1,386 | 73.51 | 0.80 | 105 |
| SHOPPING Websites/apps visited or used in last 30 days: Overstock | 8,000 | 72.52 | 4.59 | 104 |
| SPANISH LANGUAGE Websites/apps visited or used in last 30 days: Telemundo.com | 4,465 | 70.61 | 2.56 | 101 |
| SPANISH LANGUAGE Websites/apps visited or used in last 30 days: Univision or Univision NOW | 5,008 | 73.32 | 2.87 | 105 |
| SPANISH LANGUAGE Visited or used in last 30 days: Any spanish language website/app | 7,796 | 72.16 | 4.47 | 104 |
| SPORTS Websites/apps visited or used in last 30 days: BleacherReport.com or B-R | 7,761 | 73.93 | 4.45 | 106 |
| SPORTS Websites/apps visited or used in last 30 days: CBSSports | 6,077 | 70.76 | 3.49 | 102 |
| SPORTS Websites/apps visited or used in last 30 days: | 32,288 | 72.51 | 18.52 | 104 |
| SPORTS Websites/apps visited or used in last 30 days: FOX Sports | 12,466 | 71.24 | 7.15 | 102 |
| SPORTS Websites/apps visited or used in last 30 days: MLB.com/MLB.com At Bat | 7,163 | 72.13 | 4.11 | 103 |
| SPORTS Websites/apps visited or used in last 30 days: NASCAR | 3,198 | 68.62 | 1.83 | 98 |
| SPORTS Websites/apps visited or used in last 30 days: NBA | 8,156 | 68.79 | 4.68 | 99 |
| SPORTS Websites/apps visited or used in last 30 days: NBCSports.com | 4,622 | 71.50 | 2.65 | 103 |
| SPORTS Websites/apps visited or used in last 30 days: NFL.com or NFL/NFL Mobile | 14,319 | 72.88 | 8.21 | 105 |
| SPORTS Websites/apps visited or used in last 30 days: | 2,538 | 69.05 | 1.46 | 99 |
| SPORTS Websites/apps visited or used in last 30 days: Yahoo! Sports | 6,810 | 72.97 | 3.91 | 105 |
| TECHNOLOGY Websites/apps visited or used in last 30 days: CNET | 6,098 | 72.30 | 3.50 | 104 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Airbnb | 13,734 | 72.26 | 7.88 | 104 |

**Appendix 4**
**Broiler Chicken Antitrust Litigation MRI Data**
**Websites and Social Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Bings Maps | 2,007 | 72.85 | 1.15 | 105 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Cheap Tickets | 6,778 | 72.84 | 3.89 | 104 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Expedia | 13,861 | 72.80 | 7.95 | 104 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Google Maps | 75,367 | 71.86 | 43.22 | 103 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Hotels.com | 10,778 | 74.69 | 6.18 | 107 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Hotwire | 3,195 | 72.64 | 1.83 | 104 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Lyft | 8,823 | 68.85 | 5.06 | 99 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: MapQuest | 18,190 | 71.20 | 10.43 | 102 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Orbitz | 3,507 | 71.38 | 2.01 | 102 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Priceline | 5,823 | 70.47 | 3.34 | 101 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Travelocity | 8,373 | 74.34 | 4.80 | 107 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: TripAdvisor | 11,868 | 73.40 | 6.81 | 105 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Uber | 17,578 | 70.30 | 10.08 | 101 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Yahoo! Maps | 7,176 | 71.48 | 4.12 | 103 |
| WEATHER Websites/apps visited or used in last 30 days: AccuWeather | 30,194 | 71.37 | 17.32 | 102 |
| WEATHER Websites/apps visited or used in last 30 days: The Weather Channel (weather.com) | 67,527 | 72.47 | 38.73 | 104 |
| WEATHER Websites/apps visited or used in last 30 days: WeatherBug | 8,921 | 73.42 | 5.12 | 105 |
| WEATHER Websites/apps visited or used in last 30 days: Weather Underground (wunderground.com) | 7,545 | 74.09 | 4.33 | 106 |

**Appendix 4**

**Broiler Chicken Antitrust Litigation MRI Data**

**Websites and Social Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Facebook | 116,477 | 71.73 | 66.80 | 103 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Flickr | 1,496 | 75.20 | 0.86 | 108 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Google Photos | 28,655 | 71.97 | 16.43 | 103 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Instagram | 62,142 | 72.39 | 35.64 | 104 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: LinkedIn | 23,704 | 71.64 | 13.59 | 103 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Periscope | 783 | 69.19 | 0.45 | 99 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Pinterest | 39,102 | 74.42 | 22.42 | 107 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Reddit | 12,100 | 71.07 | 6.94 | 102 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Shutterfly | 5,465 | 76.86 | 3.13 | 110 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Snapchat | 39,004 | 72.81 | 22.37 | 104 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Tumblr | 4,602 | 68.57 | 2.64 | 98 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Twitch | 5,683 | 70.45 | 3.26 | 101 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Twitter | 27,289 | 72.13 | 15.65 | 103 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Vimeo | 3,955 | 70.78 | 2.27 | 102 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Yelp | 11,394 | 70.23 | 6.53 | 101 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: YouTube | 96,672 | 71.52 | 55.44 | 103 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Visited or used in last 30 days: Any Socializing/Networking/Photos/Video-sharing services | 143,540 | 71.19 | 82.32 | 102 |

**Appendix 4**

**Broiler Chicken Antitrust Litigation MRI Data**

**Websites and Social Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Activities using social media, photo or video-sharing site: Updated status/last 30 days | 47,936 | 72.27 | 27.49 | 104 |
| Activities using social media, photo or video-sharing site: Updated profile/last 30 days | 37,452 | 71.53 | 21.48 | 103 |
| Activities using social media, photo or video-sharing site: Posted a picture/last 30 days | 81,774 | 72.49 | 46.90 | 104 |
| Activities using social media, photo or video-sharing site: Used a filter on a picture/last 30 days | 25,595 | 73.06 | 14.68 | 105 |
| Activities using social media, photo or video-sharing site: Posted a video/last 30 days | 37,308 | 71.70 | 21.40 | 103 |
| Activities using social media, photo or video-sharing site: Posted a website link/last 30 days | 24,081 | 72.35 | 13.81 | 104 |
| Activities using social media, photo or video-sharing site: Visited a friend's profile or page/last 30 days | 87,782 | 72.60 | 50.34 | 104 |
| Activities using social media, photo or video-sharing site: Commented on a friend's post/last 30 days | 83,717 | 72.38 | 48.01 | 104 |
| Activities using social media, photo or video-sharing site: Posted a blog entry/last 30 days | 4,621 | 69.41 | 2.65 | 100 |
| Activities using social media, photo or video-sharing site: Rated or reviewed a product or service/last 30 days | 16,698 | 71.18 | 9.58 | 102 |
| Activities using social media, photo or video-sharing site: Sent a message or e-mail/last 30 days | 91,551 | 71.97 | 52.50 | 103 |
| Activities using social media, photo or video-sharing site: Used Instant Messaging/IM/last 30 days | 35,641 | 72.22 | 20.44 | 104 |
| Activities using social media, photo or video-sharing site: Played a game/last 30 days | 37,714 | 71.24 | 21.63 | 102 |
| Activities using social media, photo or video-sharing site: Invited people to an event/last 30 days | 16,782 | 72.46 | 9.62 | 104 |
| Activities using social media, photo or video-sharing site: Sent a real or virtual gift/last 30 days | 4,380 | 73.07 | 2.51 | 105 |
| Activities using social media, photo or video-sharing site: Posted that you "like" something/last 30 days | 73,295 | 72.63 | 42.03 | 104 |
| Activities using social media, photo or video-sharing site: "Followed" or became a "fan of" something or someone/last 30 days | 45,127 | 73.10 | 25.88 | 105 |
| Activities using social media, photo or video-sharing site: Clicked on an advertisement/last 30 days | 33,966 | 73.20 | 19.48 | 105 |

**Appendix 4**

**Broiler Chicken Antitrust Litigation MRI Data**

**Websites and Social Media Usage: Chicken Fresh Or Frozen: Households: Used in last 6 months: Chicken Breast (Fresh) or Chicken Breast (Frozen) or Chicken Whole (Fresh) or Chicken Whole (Frozen)**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Activities using social media, photo or video-sharing site: Watched a video/last 30 days | 95,447 | 72.19 | 54.74 | 104 |
| Activities using social media, photo or video-sharing site: Posted your current location/last 30 days | 17,727 | 72.50 | 10.17 | 104 |
| Activities using social media, photo or video-sharing site: Re-posted  or shared a post created by someone else/last 30 days | 42,319 | 72.84 | 24.27 | 104 |

* Projections relatively unstable, use with caution

Source: 2020 Doublebase GfK MRI weighted to Population (000) - Base: All
No Audit Report Was Generated

# EXHIBIT C

<u>COURT-APPROVED LEGAL NOTICE</u>

**If you purchased any Chicken product in the United States from January 1, 2009, through December 31, 2020,
class action settlements totaling $181 million may affect your rights.**

*Para una notificacion en español, llame gratis al 1-<mark>xxx-xxx-xxxx</mark>
o visite nuestro website <u>www.overchargedforchicken.com</u>.*

Settlements have been reached in a class action antitrust lawsuit filed on behalf of End-User Consumer Plaintiffs with Defendants: Fieldale Farms Corporation ("Fieldale"); George's Inc. and George's Farms, Inc. ("George's"); Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC and Mar-Jac Holdings, LLC ("Mar Jac"); Peco Foods, Inc. ("Peco");Pilgrim's Pride Corporation ("Pilgrim's"); and Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. ("Tyson");  (collectively, "Settling Defendants"). This Court-ordered notice may affect your rights.  Please review and follow the instructions carefully.

The United States District Court for the Northern District of Illinois authorized this notice.  Before any money is paid, the Court will hold a hearing to decide whether to approve the Settlements.

<u>WHO IS INCLUDED?</u>

For settlement purposes, members of the Settlement Class are defined as all persons and entities who indirectly purchased fresh or frozen raw chicken (defined as whole birds (with or without giblets), whole cut-up birds purchased within a package, or "white meat" parts including breasts and wings (or cuts containing a combination of these), but excluding chicken that is marketed as halal, kosher, free range, or organic) from Defendants or alleged co-conspirators for personal consumption, where the person or entity purchased in California, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Rhode Island (after July 15, 2013), South Carolina, South Dakota, Tennessee, Utah, and Wisconsin from January 1, 2009 (except for Rhode Island, which is from July 15, 2013), to July 31, 2019, and for Pilgrim's from January 1, 2009 to December 31, 2020.

In addition to the Settling Defendants, the other Defendants in this lawsuit for purposes of this notice include: Agri Stats, Inc., Claxton Poultry Farms, Inc.; Foster Farms, LLC and Foster Poultry Farms; Harrison Poultry, Inc., House of Raeford Farms, Inc.; JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc. and Koch Meats Co., Inc.; Mountaire Farms, Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc.; O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.; Perdue Farms, Inc. and Perdue Foods LLC; Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division) and Sanderson Farms, Inc. (Production Division); Wayne Farms, LLC; and Simmons Foods, Inc. and Simmons Prepared Foods, Inc.. (collectively, "Unsettled Defendants").

If you are not sure if you are included, you can get more information, including a detailed notice, at <u>www.overchargedforchicken.com</u> or by calling toll-free 1-<mark>xxx-xxx-xxxx</mark>.

<u>WHAT IS THIS LAWSUIT ABOUT?</u>

This class action, *In re Broiler Chicken Antitrust Litigation (End-User Consumer Action)*, N.D. Ill. Case No. 1:16-cv-08637, is pending in the United States District Court for the Northern District of Illinois. U.S. District Court Judge Thomas M. Durkin presides over this class action.

End-User Consumer Plaintiffs allege that Defendants and their co-conspirators conspired to stabilize the price and supply of chicken, as of January 1, 2009, in violation of federal and state consumer and antitrust laws. The Settling Defendants have not admitted any liability concerning and continue to deny the legal claims alleged in this lawsuit, and would allege numerous defenses to the Plaintiffs' claims if the case against them were to proceed. Nevertheless, the Settling Defendants agreed to settle this action to avoid the further expense, inconvenience, disruption, and burden of this litigation and any other present or future litigation arising out of the facts that gave rise to this litigation, to avoid the risks inherent in uncertain complex litigation and trial, and thereby to put to rest this controversy. The case is still proceeding on behalf of the End-User Consumer Plaintiffs against the Unsettled Defendants who may be subject to separate settlements, judgments, or class certification orders.

<u>WHAT DOES THE SETTLEMENT PROVIDE?</u>

Under the terms of the Settlement Agreements, the Settling Defendants will pay a total of $181,000,000 to resolve all Settlement Class claims against them and their affiliates.  In addition to this monetary benefit, the Settling Defendants have also agreed to provide specified cooperation (as set forth in the Settlement Agreements) in the End-User Consumer Plaintiffs' continued prosecution of the litigation. Co-Lead Counsel may request to delay distribution of settlement funds if future settlements with additional defendants are reached. Settlement updates will be provided on the Settlement Website at <u>www.overchargedforchicken.com</u> or may be obtained by contacting the Claims Administrator.

A portion of the Settlement Proceeds has been and will be used by the Claims Administrator for notice and administration costs. Additionally, Co-Lead Counsel will request that the Court award attorneys' fees and permit the reimbursement of certain litigation costs and expenses. The request will be filed at least fourteen days before the deadline to object to the settlements and posted on the website www.overchargedforchicken.com. Co-Lead Counsel will seek attorneys' fees of no more than 33.3% of the Settlement Fund or $60,273,000, and the total amount of costs sought will be no more than $8.75 million. Co-Lead Counsel will also request service awards of up to $2,000 for each of the Class Representatives. All Settlement funds that remain after payment of the Court-ordered attorneys' fees, costs, and litigation expenses will be distributed on a pro rata basis at the conclusion of the lawsuit or as ordered by the Court.

### WHAT ARE YOUR RIGHTS AND OPTIONS?

Submit a claim online at www.overchargedforchicken.com by December 31, 2022. This deadline may be changed by the Court, and any extended claims deadline will be posted at www.overchargedforchicken.com. If you submit a timely claim, you will automatically eligible to participate in the distribution of any funds received in future settlements unless you opt-out of those future settlements. You do not need to take any action to remain a member of the Settlement Class and be bound by the Settlement Agreements. As a Settlement Class member, you may be able to participate in (or exclude yourself from) any future settlement or judgment obtained by End-User Consumer Plaintiffs against the Unsettled Defendants in the case.

If you do not want to be legally bound by the Settlement Agreements, you must exclude yourself by _____, 2021, or you will not be able to sue or continue to sue the Settling Defendants or their affiliates for the Released Claims (as defined in the Settlement Agreements).  If you exclude yourself, you can't get money from the Settlements. If you don't exclude yourself from the Settlement Class, you may still object to the Settlement Agreements by _____, 2021. The detailed notice explains how to exclude yourself or object. Details may also be found on the FAQs page of the Settlement website. The Court will hold a hearing in this case (*In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*, Case No. 1:16-cv-08637 (N.D. Ill.)) on _____, **2021**, at _____ **x.m.**, to consider whether to approve the Settlement Agreements. You may ask to speak at the hearing, but you do not have to.

**This notice is only a summary. You can find more details about the Settlements at www.overchargedforchicken.com or by calling toll-free 1-xxx-xxx-xxxx.  Please do not contact the Court.**

# EXHIBIT D

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS</u>

# If you purchased any Chicken product in the United States from January 1, 2009 through December 31, 2020, class action settlements totaling $181 million may affect your rights.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- Settlements have been reached in a class action antitrust lawsuit filed on behalf of End-User Consumer Plaintiffs with Defendants: Fieldale Farms Corporation ("Fieldale"); George's Inc. and George's Farms, Inc. ("George's"); Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC and Mar-Jac Holdings, LLC ("Mar-Jac"); Peco Foods, Inc. ("Peco"); Pilgrim's Pride Corporation ("Pilgrim's"); and Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. ("Tyson"); Fieldale Corporation ("Fieldale"); and Peco Foods, Inc. ("Peco"); (collectively, "Settling Defendants"). These Settlements only apply to the Settling Defendants and do not dismiss claims against other Defendants in the case entitled *In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*, Case No. 1:16-cv-08637 (N.D. Ill.).

- If approved by the Court, the Settlements will resolve Plaintiffs' claims that the Settling Defendants conspired to stabilize the price and supply of chicken from January 1, 2009 through July 31, 2019, and for Pilgrim's from January 1, 2009 to December 31, 2020, in violation of federal and state laws. Settling Defendants have not admitted any liability and continue to deny the legal claims alleged in this lawsuit. If approved, the Settlements will avoid litigation costs and risks to End-User Consumer Plaintiffs and Settling Defendants, and will release Settling Defendants from liability to members of the Settlement Class.

- The Settlements require the Settling Defendants to pay a combined $181,000,000. In addition to this monetary payment, Settling Defendants have agreed to provide specified cooperation (as set forth in the Settlement Agreements) in the End-User Consumer Plaintiffs' continued prosecution of the litigation.

- The Court has not decided whether Settling Defendants did anything wrong, and the Settling Defendants deny any wrongdoing.

- This notice also informs you how to make a claim to receive money from the settlements.

- Your legal rights are affected whether you act or do not act. Please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THESE SETTLEMENTS | |
|---|---|
| **SUBMIT A CLAIM** | This is the only way to be eligible to receive a payment from the Settlements. |
| **ASK TO BE EXCLUDED** | You must submit a valid request for exclusion to remove yourself from the Settlements and receive no payment from the Settlements. <br><br> This is the only option that allows you ever to be part of any ***other*** lawsuit against Settling Defendants concerning the Released Claims (as defined in the Settlement Agreements). Requests for Exclusion must be postmarked or received by _____, 2021. |
| **OBJECT** | You may write to the Court about why you don't like the Settlements with the Settling Defendants. Objections must be postmarked or received by _____, 2021. |
| **ATTEND THE FAIRNESS HEARING** | You may request to speak in Court about the fairness of the Settlements. |
| **DO NOTHING** | If you do nothing regarding the settlements, you will remain part of the Settlements and you may participate in any monetary distribution to qualified purchasers. The Settlements will resolve your claims against Settling Defendants, and you will give up your rights to sue |

|  | Settling Defendants about the Released Claims (as defined in the Settlement Agreements). You will be bound by the judgment. |
|---|---|

## What This Notice Contains

What This Notice Contains ............................................................................................................2

BASIC INFORMATION ....................................................................................................................3

    1.   What is this lawsuit about?.................................................................................................3

    2.   What is a class action and who is involved?......................................................................3

    3.   Why are there Settlements? ...............................................................................................3

WHO IS IN THE SETTLEMENT CLASS? ............................................................................................3

    4.   Am I part of the Settlement Class? ....................................................................................3

    5.   I'm still not sure if I'm included.........................................................................................4

THE BENEFITS OF THE SETTLEMENT AGREEMENTS WITH SETTLING DEFENDANTS .....................4

    6.   What do the Settlements provide? .....................................................................................4

    7.   What are the Settlement benefits being used for?..............................................................4

    8.   What am I giving up by staying in the Settlement Class? ..................................................4

    9.   What happens if I do nothing at all? ..................................................................................5

HOW YOU GET A PAYMENT .............................................................................................................5

    10. How can I file a Claim to get a payment from the Settlements? .......................................5

    11. When will I get payment from the Settlements?................................................................5

EXCLUDING YOURSELF FROM THE SETTLEMENTS ..........................................................................6

    12. How do I exclude myself from the Settlements with Settling Defendants? .......................6

    13. If I don't exclude myself, can I sue Settling Defendants for the same thing later? ...............6

OBJECTING TO THE SETTLEMENTS ................................................................................................6

    14. How do I tell the Court that I don't like the Settlements? .................................................6

    15. What is the difference between excluding myself and objecting?......................................7

THE LAWYERS REPRESENTING YOU ..............................................................................................7

    16. Do I have a lawyer in this case? .......................................................................................7

    17. How will the lawyers be paid? ..........................................................................................7

THE COURT'S FAIRNESS HEARING .................................................................................................7

    18. When and where will the Court decide whether to approve the Settlements?....................7

    19. Do I have to come to the hearing? ....................................................................................7

    20. May I speak at the hearing?..............................................................................................8

GETTING MORE INFORMATION ......................................................................................................8

    21. How do I get more information about the Settlements? .....................................................8

10464-00001/12880601.1

Questions? Call the Claims Administrator toll-free at 1-xxx-xxx-xxxx or visit www.overchargedforchicken.com.   2 of 8

# BASIC INFORMATION

| 1. What is this lawsuit about? |
| --- |

This class action is called *In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*, Case No. 1:16-cv-08637 (N.D. Ill.) and is pending in the United States District Court for the Northern District of Illinois. U.S. District Court Judge Thomas M. Durkin is in charge of this class action.

End-User Consumer Plaintiffs allege that Defendants and their co-conspirators conspired to restrict the supply of, and fix, raise, and stabilize the price of chicken, as of January 1, 2009, in violation of federal and state consumer and antitrust laws.

The Defendants and co-conspirators are chicken processors in the United States. In this notice, "Settling Defendants" refers to Fieldale, George's, Mar-Jac, Peco, Pilgrim's, and Tyson. "Non-Settling Defendants" refers to Agri Stats, Inc., Claxton Poultry Farms, Inc.; Foster Farms, LLC and Foster Poultry Farms; Harrison Poultry, Inc., House of Raeford Farms, Inc.; JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc. and Koch Meats Co., Inc.; Mountaire Farms, Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc.; Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, and Koch Meat Co., Inc.; O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.; Perdue Farms, Inc. and Perdue Foods LLC; Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division) and Sanderson Farms, Inc. (Production Division); Wayne Farms, LLC; Mountaire Farms, Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc.; Foster Farms, LLC; House of Raeford Farms, Inc.; and Simmons Foods, Inc. and Simmons Prepared Foods, Inc.

End-User Consumer Plaintiffs have reached Settlements with the Settling Defendants, but the End-User Consumers' case is proceeding against the Non-Settling Defendants. Those other Non-Settling Defendants may be subject to separate settlements, judgments, or class certification orders. If applicable, you will receive a separate notice regarding the progress of the litigation and any resolution of claims against other Non-Settling Defendants.

Settling Defendants have not admitted any liability and continue to deny all allegations of wrongdoing in this lawsuit and would allege numerous defenses to Plaintiffs' claims if the case against it were to proceed.

| 2. What is a class action and who is involved? |
| --- |

In a class action lawsuit, one or more people or businesses called "class representatives" sue on behalf of others who have similar claims, all of whom together are a "class." Individual Settlement Class members do not have to file a lawsuit to participate in the class action settlement, or be bound by the judgment in the class action. One court resolves the issues for everyone in the class, except for those who exclude themselves from the class.

| 3. Why are there Settlements? |
| --- |

The Court did not decide in favor of End-User Consumer Plaintiffs or Settling Defendants. End-User Consumer Plaintiffs believe they may have won at trial and possibly obtained a greater recovery. Settling Defendants believe the End-User Consumer Plaintiffs may not have succeeded at class certification or won at a trial and that End-User Consumer Plaintiffs would have recovered nothing against them. But litigation involves risks to both sides, and therefore End-User Consumer Plaintiffs and Settling Defendants have agreed to the Settlements. The Settlements require Settling Defendants to pay money, as well as provide specified cooperation (as set forth in the Settlement Agreements) in the End-User Consumer Plaintiffs' continued prosecution of the litigation. End-User Consumer Plaintiffs and their attorneys believe the Settlements are in the best interests of all Settlement Class members.

# WHO IS IN THE SETTLEMENT CLASS?

| 4. Am I part of the Settlement Class? |
| --- |

The Court decided that, for settlement purposes, members of the Settlement Class are defined as:

> All persons and entities who indirectly purchased fresh or frozen raw chicken (defined as whole birds with or without giblets), whole cut-up birds purchased within a package, or "white meat" parts including breasts and wings (or cuts containing a combination of these), but excluding chicken that is marketed as halal, kosher, free range, or organic) from Defendants or alleged co-conspirators for personal consumption, where the person or entity purchased in California, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Rhode Island (after July 15, 2013), South Carolina, South Dakota, Tennessee, Utah, and Wisconsin from January 1, 2009, (except for Rhode Island, which is from July 15, 2013), to July 31, 2019.

The Pilgrim's settlement covers claims for the period of January 1, 2009 to December 31, 2020. You are eligible to recover money if you purchased whole chicken, chicken breasts or wings, while a resident of one of the following states: California, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, and Wisconsin. These states allow for standing of end-user consumers, the class alleged here.

While these Settlements are only with Settling Defendants, the Settlement Class includes persons who purchased chicken products from *any* of the Non-Settling Defendants or their alleged co-conspirators. If you are a member of the Settlement Class and do not exclude yourself, you may be eligible to participate in (or exclude yourself from) any additional settlements which may arise with any other Non-Settling Defendants in the case.

| **5. I'm still not sure if I'm included.** |
| --- |

If you are still not sure if you are included, please review the detailed information contained in the Settlement Agreements, available for download at www.overchargedforchicken.com.

## THE BENEFITS OF THE SETTLEMENT AGREEMENTS WITH SETTLING DEFENDANTS

| **6. What do the Settlements provide?** |
| --- |

If the Settlements are approved, Tyson will pay $99,000,000, Pilgrim's will pay $75,500,000, George's will pay $1,900,000, Peco will pay $1,900,000, Fieldale will pay $1,700,000, and Mar-Jac will pay $1,000,000. These Settlements would resolve all Settlement Class members' claims against the Settling Defendants for the Released Claims (as defined in the Settlement Agreements). In addition to this monetary benefit, Settling Defendants have also agreed to provide specified cooperation (as set forth in the Settlement Agreements) in the End-User Consumer Plaintiffs' continued prosecution of the litigation.

| **7. What are the Settlement benefits being used for?** |
| --- |

No money will be distributed yet. Co-Lead Counsel will continue to pursue the lawsuit against the Non-Settling Defendants. A portion of the Settlement Proceeds has been and will be used by the Claims Administrator for notice and administration costs. Additionally, Co-Lead Counsel may request that the Court award attorneys' fees and permit the reimbursement of certain litigation costs and expenses. If such request is made at this time, it will be filed at least fourteen days before the objection deadline and posted on the website www.overchargedforchicken.com at that time. Co-Lead Counsel will not seek more than 33.3% of the Settlement Fund or $60,273,000 as attorneys' fees, or $8.75 million as the total amount of costs. Co-Lead Counsel will request service awards of up to $2,000 on behalf of each Class Representative. All Settlement funds that remain after payment of the Court-ordered attorneys' fees, costs, and litigation expenses will be distributed to Settlement Class members on a pro rata basis at the conclusion of the lawsuit or as ordered by the Court.

| **8. What am I giving up by staying in the Settlement Class?** |
| --- |

Unless you exclude yourself from one or more of the Settlements, you are staying in the Settlement Class, which means that you cannot sue, continue to sue, or be part of any other lawsuit against Settling Defendants and their affiliates that

pertains to the Released Claims (as defined in the Settlement Agreements). It also means that all of the Court's orders will apply to you and legally bind you. The Released Claims are detailed in the Settlement Agreements, available at www.overchargedforchicken.com.

In addition, some of the Defendants in this litigation have entered into a judgment-sharing agreement. As set forth in the applicable Settlement Agreements, the Pilgrim's, Mar-Jac and Tyson settlements, consistent with that judgment-sharing agreement, require end-user consumer plaintiffs to remove a certain amount of damages from the calculation of a damages award resulting from any verdict and Final Judgment the End-User Consumer Plaintiffs may obtain against any other Defendant who is a signatory to Defendants' judgment-sharing agreement. Under certain circumstances, this could require end-user consumer plaintiffs to offset against any final verdict or judgment an amount between 21.5% and 22.47% for Pilgrim's, 0.2% and 1.45% for Mar-Jac, and 26.15% and 33.3% for Tyson. These percentages are intended to reflect Pilgrim's, Mar-Jac and Tyson's respective proportionate sale of chicken. The exact amount by which any final verdict or judgment would be reduced would be determined after trial and is subject to multiple variables that are not presently known. Thus, any Defendant against whom End-User Consumer Plaintiffs obtain a verdict and judgment would not be jointly and severally liable for Pilgrim's, Mar-Jac's or Tyson's share of damages removed pursuant to the judgment-sharing agreement resulting from sales to the End-User Consumer Plaintiff class. The Fieldale, George's and Peco Defendants are not signatories to the judgment-sharing agreement.

You are not releasing your claims against any Defendants other than Settling Defendants by staying in the Settlement Class.

## 9.  What happens if I do nothing at all?

If you do nothing, you will remain a member of the Settlement Class and will not get a payment from the Settlements. You will also have the opportunity to participate in (or exclude yourself from) any future settlements or judgments obtained by End-User Consumer Plaintiffs.

**HOW YOU GET A PAYMENT**

## 10. How can I file a Claim to get a payment from the Settlements?

To be eligible to receive a payment from any of the settlements, you must complete and submit a timely Claim Form by December 31, 2022. If additional settlements are reached, this deadline may be extended. Any extensions will be posted on the website, www.overchargedforchicken.com. If you submit a timely claim, you will automatically participate in any funds received in future settlements unless you opt-out of those future settlements. Submit your claim form online at www.overchargedforchicken.com by December 31, 2022. Or fill out the Claim Form, and mail it to the address below, postmarked no later than December 31, 2022:

Broiler Chicken Consumer Litigation
c/o A.B. Data, Ltd.
P.O. Box _____
Milwaukee, WI 53217

If you do not submit a valid Claim Form by the deadline, you will not receive a payment from any of the Settlements, but you will be bound by the Court's judgment in these actions.

## 11.  When will I get payment from the Settlements?

Payments from the Settlements will not be distributed until the Court grants final approval of the settlements and any objections or appeals are resolved. It is uncertain whether and when any appeals will be resolved. In addition, Co-Lead Counsel may request to delay distribution of settlement funds if future settlements with additional defendants are reached. Settlement updates will be provided on the Settlement Website at www.overchargedforchicken.com or may be obtained by contacting the Claims Administrator.

## EXCLUDING YOURSELF FROM THE SETTLEMENTS

### 12. How do I exclude myself from the Settlements with Settling Defendants?

If you do not want the benefits offered by the Settlements with the Settling Defendants and you do not want to be legally bound by the terms of the Settlements, or if you wish to pursue your own separate lawsuit against Settling Defendants, you must exclude yourself by submitting a written request to the Claims Administrator stating your intent to exclude yourself from the Settlement Class (an "Exclusion Request"). You should state from which of the settlements you want to exclude yourself.

Your Exclusion Request must include the following: (a) your name and address; (b) a statement that you want to be excluded from the Settlement Class in *In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*; (c) the Settlements from which you want to be excluded; and (d) your signature. You must mail your Exclusion Request, postmarked or received by _____, 2021, to: Broiler Chicken Consumer Litigation, Attn: EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217.

### 13. If I don't exclude myself, can I sue Settling Defendants for the same thing later?

No. Unless you exclude yourself, you give up the right to sue Settling Defendants for the claims that the Settlements resolve. If you have a pending lawsuit against Settling Defendants, speak to your lawyer in that lawsuit immediately to determine whether you must exclude yourself from this Settlement Class to continue your own lawsuit against Settling Defendants.

By staying in the Class, you are not releasing your claims in this case against any Defendant other than Settling Defendants.

## OBJECTING TO THE SETTLEMENTS

### 14. How do I tell the Court that I don't like the Settlements?

If you are a member of the Settlement Class and have not excluded yourself from the Settlements, you can object to the Settlements if you don't like part or all of them. The Court will consider your views.

To object, you must send a letter or other written statement saying that you object to the Settlements with Settling Defendants in *In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*, state which of the Settlements you are objecting to, and the reasons why you object to the Settlements. Be sure to include your full name, current mailing address, and email address. Your objection must be signed. You may include or attach any documents that you would like the Court to consider. Do not send your written objection to the Court or the judge. Instead, mail the objection to the Claims Administrator and Co-Lead Counsel at the addresses listed below. Your objection must be postmarked no later than _____, 2021.

**Claims Administrator:**

Broiler Chicken Consumer Litigation
ATTN: OBJECTIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

**End-User Consumer Plaintiffs'
Co-Lead Counsel:**

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Fifth Floor
Washington, DC 20005

## 15. What is the difference between excluding myself and objecting?

Objecting is telling the Court that you do not like something about the Settlements. You can object only if you do not exclude yourself from the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class or the lawsuit. If you exclude yourself, you have no standing to object because the Settlements no longer affect you.

# THE LAWYERS REPRESENTING YOU

## 16. Do I have a lawyer in this case?

The Court has appointed Hagens Berman Sobol Shapiro LLP and Cohen Milstein Sellers & Toll, PLLC as Co-Lead Counsel for the Settlement Class. If you wish to remain a member of the Settlement Class, you do not need to hire your own lawyer because Co-Lead Counsel is working on your behalf. If you wish to pursue your own case separate from this one, or if you exclude yourself from the Settlement Class, these lawyers will no longer represent you. You will need to hire your own lawyer if you wish to pursue your own lawsuit against Settling Defendants.

## 17. How will the lawyers be paid?

At the fairness hearing, or at a later date, Co-Lead Counsel will ask the Court for attorneys' fees based on their services in this litigation, not to exceed 33.3% of the Settlement Funds (up to $60,273,000), and may ask to be reimbursed for up to $8.75 million in current and ongoing litigation expenses, and up to $2,000 in service awards for each of the plaintiffs serving as class representatives. Any payment to the attorneys will be subject to Court approval, and the Court may award less than the requested amount. The attorneys' fees, costs, and expenses that the Court orders, plus the costs to administer the Settlements, will come out of the Settlement Fund. Co-Lead Counsel may seek additional attorneys' fees, costs, and litigation expenses from any other settlements or recoveries obtained in the future. When Co-Lead Counsel's motion for fees, costs, and litigation expenses is filed, a copy will be available at www.overchargedforchicken.com. The motion will be posted on the website at least 14 days before the deadline for objecting, commenting on, or excluding yourself from the Settlements. You will have an opportunity to comment on this request.

# THE COURT'S FAIRNESS HEARING

## 18. When and where will the Court decide whether to approve the Settlements?

The Court will hold a hearing to decide whether to approve the Settlements (the "Fairness Hearing"). You may attend and you may ask to speak, but you don't have to. The Court will hold a Fairness Hearing on _____, 2021, at ____ x.m., at the United States District Court for the Northern District of Illinois, Courtroom 15, 219 South Dearborn Street, Chicago, IL 60604. At this hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. If there are objections, the Court will consider them. You may attend and you may ask to speak, if you make a request as instructed in Question 20, but you don't have to. The Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlements. We do not know how long these decisions will take. Pursuant to any applicable orders relating to the COVID-19 emergency or otherwise, the Fairness Hearing may take place remotely, including via telephone or video conference. The Court may also move the Fairness Hearing to a later date without providing additional notice to the Class. Updates will be posted to the Settlement website regarding any changes to the hearing date or conduct of the Fairness Hearing.

## 19. Do I have to come to the hearing?

No. Co-Lead Counsel will answer any questions the Court may have. However, you are welcome to come at your own expense. If you send an objection, you do not have to come to court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

| **20. May I speak at the hearing?** |
| --- |

You may ask to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *In re: Broiler Chicken Antitrust Litigation (End-User Consumer Action)*." Be sure to include your name, current mailing address, telephone number, and signature. Your Notice of Intention to Appear must be postmarked no later than _____, 2021, and it must be sent to the Clerk of the Court, Co-Lead Counsel, and counsel for Settling Defendants. The address for the Clerk of the Court is: 219 South Dearborn Street, Courtroom 15, Chicago, IL 60604. The addresses for Co-Lead Counsel and counsel for Settling Defendants are provided in Question 14. You cannot ask to speak at the hearing if you excluded yourself from the Settlement Class.

## GETTING MORE INFORMATION

| **21. How do I get more information about the Settlements?** |
| --- |

This notice summarizes the proposed Settlements. More details are in the Settlement Agreements. You can find copies of the Settlement Agreements, other important documents, and information about the current status of the litigation by visiting www.overchargedforchicken.com. You may contact the Claims Administrator at info@overchargedforchicken.com or toll-free at 1-xxx-xxx-xxxx.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

# EXHIBIT E





# EXHIBIT F

# BROILER CHICKEN CONSUMER LITIGATION CLAIM FORM

## INSTRUCTIONS

This class action alleges Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price and supply of chicken products, as of January 1, 2009, with the intent and expected result of increasing prices of chicken products in the United States, in violation of federal and state consumer and antitrust laws. Defendants deny these allegations.

Please fill out the following before answering the questions starting on the second page:

**CLAIMANT NAME\* (INDIVIDUAL OR BUSINESS NAME)**

**CONTACT NAME (IF DIFFERENT THAN CLAIMANT NAME)**

**CARE OF (IF APPLICABLE)**

**STREET ADDRESS\***      **FLOOR/SUITE**

**CITY\***      **STATE\***    **ZIP\***

**MOBILE PHONE NUMBER\***

**EMAIL ADDRESS\***

Please ensure you provide a current, valid email address and mobile phone number with your claim submission. If the email address or mobile phone number you include with your submission becomes invalid for any reason, it is your responsibility to provide accurate contact information to the Claims Administrator to receive a payment. When you receive the email and/or mobile phone text notifying you of your Settlement payment, you will be provided with a number of digital payment options to immediately receive your Settlement payment. You will also at that time have the option to request a paper check.

**You do not need to provide any documentation at this time. However, the Claims Administrator may ask for additional information or documentation to support your claim.**

**You can find more information at www.overchargedforchicken.com or by calling toll-free 1-xxx-xxx-xxxx.**

1. Did you purchase one of the following chicken products for personal use in the United States from January 1, 2009, through December 31, 2020: fresh or frozen raw chicken (defined as whole birds with or without giblets), whole cut-up birds purchased within a package, or "white meat" parts including breasts and wings (or cuts containing a combination of these)?

☐ Yes   ☐ No

2. Did you purchase the chicken product while a resident of one of the following states: California, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, or Wisconsin?

☐ Yes   ☐ No

Please list the state or states where you were a resident and the months and years lived in each state (for example, New York: January 2009-October 2013 and Missouri: November 2013-July 2019):

_____

For the following questions, please limit your responses to only purchases of the chicken products listed in Question 1 above that you made while a resident of one of the states listed in Question 2 above.

3. Are you filing this claim for yourself or for a business that you represent?

☐ Individual   ☐ Business

4. In general, from Jan. 1, 2009 to December 31, 2020, did you purchase the chicken products monthly during this entire period?

☐ Yes   ☐ No

If Yes, what is your best estimate of how many packages of the chicken products you purchased on a monthly basis?

| Number of Chicken Product Purchases |
| --- |

If No, what is your best estimate of THE NUMBER OF MONTHS you purchased the chicken products?

| Number of Months |
| --- |

What is your best estimate of how many packages of the chicken products you purchased for the months that you purchased the chicken products?

| Number of Chicken Product Purchases |
| --- |

5. For the months you purchased the chicken products, what is your best estimate of how much that you spent per month?

| $ Per Month |
| --- |

1.  In general, from July 31, 2019 to December 31, 2020, did you purchase the chicken products monthly during this entire period?

    ☐ **Yes**    ☐ **No**

    If Yes, what is your best estimate of how many packages of the chicken products you purchased on a monthly basis?

    | Number of Chicken Product Purchases |
    | --- |

    If No, what is your best estimate of THE NUMBER OF MONTHS you purchased the chicken products?

    | Number of Months |
    | --- |

    What is your best estimate of how many packages of the chicken products you purchased for the months that you purchased the chicken products?

    | Number of Chicken Product Purchases |
    | --- |

2.  For the months you purchased the chicken products, what is your best estimate of how much that you spent per month?

    | $ Per Month |
    | --- |

## CERTIFICATION

By signing this claim submission, I certify, that the information included with this claim submission is accurate and complete to the best of my knowledge, information, and belief. If I am submitting this claim submission on behalf of a claimant, I certify that I am authorized to submit this claim submission on the claimant's behalf. I am, or the claimant on whose behalf I am submitting this claim submission is, a member of the Settlement Class, and am not subject to any of the exceptions to being included in the Settlement Class, such as being an employee of one of the Defendants. I agree and consent to be communicated with electronically via email and/or mobile phone text (message & data rates may apply). I agree to furnish additional information regarding this claim submission if so requested to do so by the Claims Administrator.

| **SIGNATURE** | **DATE** |
| --- | --- |
|  | *mm/dd/yyyy* |

Return this Claim Form to The Settlement Administrator by mail to:

Broiler Chicken Consumer Litigation
c/o A.B. Data, Ltd.
P.O. Box _____
Milwaukee, WI 53217