# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| This Document Relates To:<br><br>*All End-User Consumer Plaintiff Actions* | |

## NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENTS BETWEEN END-USER CONSUMER PLAINTIFFS AND DEFENDANTS PILGRIM'S AND MAR-JAC AND TO DIRECT NOTICE TO THE SETTLEMENT CLASS

PLEASE TAKE NOTICE that End-User Consumer Plaintiffs hereby move the Court for an Order granting their Motion for Preliminary Approval of Settlements with Defendants Pilgrim's and Mar-Jac and to Direct Notice to the Settlement Class. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed memorandum and supporting declarations and exhibits, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

Pursuant to the Northern District of Illinois General Order 21-0027 (Aug. 3, 2021), the undersigned counsel will not request an in-person presentment of the MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENTS BETWEEN END-USER CONSUMER PLAINTIFFS AND DEFENDANTS PILGRIM'S AND MAR-JAC AND TO DIRECT NOTICE TO THE SETTLEMENT CLASS, a copy of which is herewith served upon

you. The Northern District of Illinois General Order states that if "presentment is required by a judge's procedures, the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceedings."[1] Counsel confirms that they are available for a hearing by electronic means, if the Court so requires.

| | |
|---|---|
| DATED: August 5, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP |// 

DATED: August 5, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP

By  s/ Steve W. Berman
    STEVE W. BERMAN

Breanna Van Engelen
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com

---

[1] In Re: Suspension of Local Rules 5.2(f) and 5.3(b) and Continued Authorization of Email Filings by Pro Se Litigants (Aug. 3, 2021), *available at* https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_clerksoffice/rules/admin/pdf-orders/General%20Order%202021-0027%20-%20Suspending%20Courtesy%20Copies%20Notices%20of%20Presentment%20-%20Final.pdf

dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Proposed Interim Lead Counsel for End-User Consumer Indirect Purchaser Plaintiffs Class*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on July 28, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

      By    s/ Steve W. Berman
            STEVE W. BERMAN