UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Ahold Delhaize USA, Inc. v. Koch Foods, Incorporated et al.*, Case No. 18-cv-5351<br><br>*Aldi, Inc. v. Agri Stats, Inc. et al.*, Case No. 20-cv-6904 | Case No.: 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DIRECT-ACTION PLAINTIFFS AHOLD DELHAIZE USA, INC. AND ALDI, INC.'S JOINDER IN CHICK-FIL-A, INC.'S MOTION TO STAY AUGUST 31, 2021 EXPERT REPORT DEADLINE IN LIGHT OF SIGNIFICANCE OF PENDING DECISION ON BIFUFRCATION AND PROPOSED TRIAL PLANS AND POTENTIAL PREJUDICE**

Direct-Action Plaintiffs Ahold Delhaize USA, Inc. and ALDI, Inc. hereby join in Direct-Action Plaintiff Chick-fil-A Inc.'s Motion to Stay August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice ("Motion to Stay"), filed on August 11, 2021 (Dkt. No. 4934).

Dated: August 12, 2021

/s/ Ryan P. Phair
Ryan P. Phair (#479050)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037-1701
Tel: (202) 955-1500
E-mail: rphair@huntonak.com

*Counsel for Plaintiffs Ahold Delhaize USA, Inc. and ALDI, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2021, I caused a true and correct copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Ryan P. Phair*
Ryan P. Phair
