# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re Broiler Chicken Antitrust Litigation*<br><br>This Document Relates to:<br><br>*Giant Eagle, Inc. v. Norman W. Fries, Inc. et al*, Case No. 1:19-cv-02758 | Case No. 1:16-cv-08637 |

## PLAINTIFF GIANT EAGLE, INC.'S F.R.C.P. RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Giant Eagle, Inc., a Pennsylvania corporation, hereby discloses that it has no parent company, and no publicly-held company owns 10% or more of Giant Eagle, Inc.'s stock.

Dated: August 13, 2021

Respectfully submitted,

*/s/ Eric R. Lifvendahl*
L&G LAW GROUP, LLP
Eric R. Lifvendahl
175 W. Jackson, Suite 950
Chicago, IL 60604
Telephone: 312-456-2707
Facsimile: 312-364-1003
E-mail: elifvendahl@lgcounsel.com

Erin Gibson Allen
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Rachel A. Beckman
MARCUS & SHAPIRA LLP
301 Grant Street
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219-6401
Telephone: 412-471-3490
Facsimile: 412-391-8758
E-mail: allen@marcus-shapira.com

E-mail: marcus@marcus-shapira.com
E-mail: cain-mannix@marcus-shapira.com
E-mail: hill@marcus-shapira.com
E-mail: beckman@marcus-shapira.com

KAPLAN FOX & KILSHEIMER, LLP
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
E-mail: rkaplan@kaplanfox.com
E-mail: mmccahill@kaplanfox.com
E-mail: juris@kaplanfox.com

*Counsel for Plaintiff Giant Eagle, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

*/s/ Erin Gibson Allen*
Erin Gibson Allen