UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case No.: 1:16-cv-08637 |
| | Judge Thomas M. Durkin |
| This Document Relates To: *Chick-fil-A, Inc. v. Agri Stats, Inc. et al.*, 20-cv-7205 | Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' OPPOSITION TO DIRECT-ACTION PLAINTIFF CHICK-FIL-A, INC.'S MOTION TO STAY AUGUST 31, 2021 EXPERT REPORT DEADLINE IN LIGHT OF SIGNIFICANCE OF PENDING DECISION ON BIFURCATION AND PROPOSED TRIAL PLANS AND POTENTIAL PREJUDICE**

1

Certain Direct Action Plaintiffs ("DAPs")[1] have moved for an indefinite stay of their obligation to submit expert reports without citing, much less satisfying, the relevant legal standard that good cause must be shown for modifying a scheduling order. DAPs' motion should be denied.

This Court alluded to the principle that should govern this motion at the February 7, 2018 status conference—"you have the right to do whatever you want on behalf of your clients, . . . but . . . we're not stopping this train for that, okay?" Feb. 7, 2018 Hr'g. Tr. at 21:11-16. Nevertheless, the DAPs do not explain how their motion could satisfy the good cause standard. And despite disregarding the second half of the Court's statement, DAPs have taken full advantage of the first, including by filing a motion for reconsideration and a two-track trial plan that would upend nearly every deadline in this case. *See, e.g.*, Dkts. 4759, 4651. Defendants have explained why this Court's decision bifurcating the bid-rigging claims was correct and that there is no reason to revisit nearly every aspect of this Court's carefully-managed schedule. *See, e.g.*, Dkts. 4830, 4834. Those submissions are pending. But unless Judge Durkin rules in DAPs' favor, this Court should not permit another indefinite delay by granting DAPs' requested change to the scheduling order. Having benefited from joining an ongoing matter (for example, by obtaining far more discovery than their individual cases would otherwise have warranted), DAPs cannot derail the train simply

---

[1] Rather than filing a single motion, DAPs filed an initial motion followed by a number of "joinders." As of this opposition, the moving DAPs are Chick-fil-A; the "McLane Plaintiffs" (Dkt. 4935); Pollo Operations, Inc.; Ahold Delhaize USA, Inc.; ALDI, Inc.; Shamrock Foods Co.; United Food Service, Inc.; Boston Market Corp.; Bojangles' Restaurants, Inc.; Bojangles Opco, LLC; WZ Franchise Corp.; Zaxby's Franchising LLC; Barbeque Integrated, Inc.; FIC Restaurants; The Johnny Rockets Group, Inc.; Golden Corral Corp.; White Castle Purchasing Co.; Cracker Barrel Old Country Store, Inc.; CBOCS Distribution, Inc.; Captain D's LLC; El Pollo Loco, Inc.; Service Group of America; United Supermarkets, LLC; Krispy Krunchy Foods, LLC; Cheney Bros. Inc.; Hooters of America, LLC; Checkers Drive-In Restaurants, Inc.; Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd.; Hooters Management Corp.; Anaheim Wings, LLC; Bob Evans Farms, Inc.; The Fresh Market, Inc.; Wawa, Inc.; Restaurant Services, Inc.; Cajun Operating Co.; Sonic Industries Services Inc.; Buffalo Wild Wings, Inc.; CKE Restaurant Holdings, Inc.; Focus Brands, LLC; The Cheesecake Factory Inc.; Whatabrands LLC; Whataburger Restaurants LLC; BJ's Wholesale Club, Inc.; Jetro Holdings, LLC; Maximum Quality Foods, Inc.; Sherwood Food Distributors, LLC; Harvest Meat Company, Inc.; Western Boxed Meat Distributors, Inc.; Hamilton Meat, LLC; Darden Restaurants, Inc.; PJ Food Service, Inc.; Thurston Foods, Inc.; Feeser's, Inc.; Quirch Foods, LLC; Independent Purchasing Cooperative, Inc.; Supply Management Systems, Inc.; and the "Conagra Plaintiffs" (Dkt. 4960).

1

because they do not like the direction it is going. *See, e.g.*, May 24, 2021 Hr'g Tr. at 10:9-11:4 (explaining that "unless and until" the Court rules on the pending reconsideration motion, this Court cannot set a case schedule assuming that DAPs' motion will be granted).

The Court's comments at the February 7, 2018 hearing are grounded in Federal Rule of Civil Procedure 16(b)(4), which requires a showing of "good cause" to modify a scheduling order. Fed. R. Civ. P. 16(b)(4). DAPs' motion seeks to modify the current August 31 deadline for disclosure of their expert reports, which is set out in Scheduling Order 16. Accordingly, DAPs' motion, though fashioned as a request for a "stay," is actually a request to modify the operative scheduling order, and thus must satisfy Rule 16(b)(4). *See, e.g.*, *Experience Based Learning, Inc. v. Hanover Ins. Co.*, 2019 WL 2576390, at *4 (N.D. Ill. 2019) (explaining that motion to alter scheduling order "is properly analyzed under the rule that specifically contemplates schedule modification, Rule 16(b)(4)"); *Smith v. Howe Mil. Sch.*, 1997 WL 662506, at *3 (N.D. Ind. 1997) (analyzing request to modify expert deadline under Rule 16(b)(4)). In determining if that standard is satisfied, "the primary consideration for district courts is the diligence of the party seeking amendment." *Alioto v. Town of Lisbon*, 651 F.3d 715, 720 (7th Cir. 2011) (citation omitted).

As this Court explained at the May 24, 2021 hearing on Scheduling Order 16, unless and until the pending motion for reconsideration is granted, this case is proceeding with the bid-rigging claims bifurcated from the Georgia Dock and supply cut claims. *See* May 24, 2021 Hr'g Tr. at 10:9-11:4. The parties have completed important and substantial work with the understanding that those claims are bifurcated—class certification has been briefed, discovery is substantially complete, and the parties have incurred substantial expert fees preparing for the upcoming expert report deadlines. There is no reason, let alone "good cause," to upend the case schedule and impose an indefinite stay of deadlines simply because some DAPs filed a motion for reconsideration.

2

Moreover, DAPs cannot satisfy the diligence standard set out in *Alioto*. DAPs agreed to Scheduling Order 16 (entered June 17, 2021) despite knowing about the issues they are now raising as early as May 2021. *See* Dkt. 4784. At that time, Chick-fil-A had already filed a motion for reconsideration of this Court's September 22, 2020 Bifurcation Order. *See* Dkt. 4651. The Court had called for briefing on proposed trial plans. *See* Dkt. 4616. And, on May 24, 2021, certain DAPs, including Chick-fil-A, proposed a two track approach to fact discovery, expert submissions and trial, under which certain DAPs' expert reports would be due on August 31, 2021, but Chick-fil-A would not need to serve its expert reports until September 6, 2022. *See* Dkt. 4702 at 3. The Court had already requested briefing on DAPs' position concerning *Continental Ore Co. v. Union Carbide & Carbon Corp.*, 370 U.S. 690 (1962), *see* Dkt. 4722 at 1, which DAPs filed on June 18, 2021—a day after Scheduling Order 16 was entered, *see* Dkt. 4754. Despite all this, DAPs waited until three weeks before the deadline they had negotiated to request a stay. On these facts, DAPs cannot satisfy Rule 16. *See McCann v. Cullinan*, 2015 WL 4254226, at *11 (N.D. Ill. 2015) (no good cause when "plaintiff's counsel voiced no concern" before relevant deadline was set).

Finally, the self-inflicted prejudice that DAPs complain of can be easily remedied. If the Court rules in DAPs' favor with respect to the reconsideration motion, a new scheduling order will need to be negotiated and expert reports will, at some point, be supplemented. If DAPs are concerned that their experts could be cross-examined at trial using a prior version of their expert reports, then they can file a motion in limine about that issue at the appropriate time.[2]

For all of these reasons, Defendants respectfully request that DAPs' motion be denied.

---

[2] DAPs claim that their proposal will not prejudice Defendants. That is wrong, and it is also irrelevant. *See Briesacher v. AMG Res., Inc.*, 2005 WL 2105908, at *2 (N.D. Ind. 2005) (collecting cases and noting that "[g]ood cause is not established by reference to whether the opposing party will be prejudiced or the ability of a trial date to accommodate the altered schedule."); *McCann*, 2015 WL 4254226, at *12 (noting that "the Seventh Circuit has never held that prejudice is a proper consideration under this rule").

Dated: August 19, 2021 Respectfully submitted,

*/s/ Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

DEFENDANTS' ATTORNEYS

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com


*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendant*

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

5

| ROSE LAW FIRM | MAYER BROWN LLP |
|---|---|
| By: /s/ *John W. Treece* <br> John W. Treece (#3122889) <br> 1135 West Montana Street <br> Chicago, IL 60614 <br> Telephone: (312) 961-7808 <br> jtreece@jwtreece.com <br><br> Amanda K. Wofford (admitted *pro hac vice*) <br> Bourgon Reynolds (admitted *pro hac vice*) <br> 120 East Fourth Street <br> Little Rock, Arkansas 72201 <br> Telephone: (501) 375-9131 <br> Facsimile: (501) 375-1309 <br> awofford@roselawfirm.com <br> breynolds@roselawfirm.com <br><br> *Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* | By: /s/ *Carmine R. Zarlenga* <br> Carmine R. Zarlenga (#90784529) <br> William H. Stallings (admitted *pro hac vice*) <br> Stephen M. Medlock (admitted *pro hac vice*) <br> Oral D. Pottinger (admitted *pro hac vice*) <br> 1999 K Street N.W. <br> Washington, DC 20006 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> czarlenga@mayerbrown.com <br> wstallings@mayerbrown.com <br> smedlock@mayerbrown.com <br> opottinger@mayerbrown.com <br><br> *Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation* |

| NOVACK AND MACEY LLP | PROSKAUER ROSE LLP |
|---|---|
| By: /s/ *Stephen Novack* | By: /s/ *Christopher E. Ondeck* |
| Stephen Novack | Christopher E. Ondeck (admitted *pro hac vice*) |
| Stephen J. Siegel | Stephen R. Chuk (admitted *pro hac vice*) |
| Christopher S. Moore | 1001 Pennsylvania Ave., NW, Ste 600 South |
| 100 North Riverside Plaza | Washington, DC 20004 |
| Chicago, IL 60606 | Telephone: (202) 416-6800 |
| Telephone: (312) 419-6900 | Facsimile: (202) 416-6899 |
| Facsimile: (312) 419-6928 | condeck@proskauer.com |
| snovack@novackmacey.com | schuk@proskauer.com |
| ssiegel@novackmacey.com | |
| cmoore@novackmacey.com | *Attorneys for Wayne Farms LLC* |
| *Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.* | |

| | |
|---|---|
| KUTAK ROCK LLP | EDWARD C. KONIECZNY LLC |
| By: /s/ *John P. Passarelli* | By: */s/ Edward C. Konieczny* |
| John P. Passarelli (admitted *pro hac vice*) | Edward C. Konieczny (admitted *pro hac vice*) |
| James M. Sulentic (admitted *pro hac vice*) | 400 Colony Square, Ste 1501 |
| 1650 Farnam Street | 1201 Peachtree Street, NE |
| Omaha, NE 68102 | Atlanta, GA 30361 |
| Telephone: (402) 346-6000 | Telephone: (404) 380-1430 |
| Facsimile: (402) 346-1148 | Facsimile: (404) 382-6011 |
| john.passarelli@kutakrock.com | ed@koniecznylaw.com |
| james.sulentic@kutakrock.com | |

SMITH, GAMBRELL & RUSSELL, LLP

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)    David C. Newman (admitted *pro hac vice*)
234 East Millsap Road, Ste 200    W. Parker Sanders (admitted *pro hac vice*)
Fayetteville, AR 72703-4099    1230 Peachtree Street, N.E.
Telephone: (479) 973-4200    Promenade, Ste 3100
Facsimile: (479) 973-0007    Atlanta, GA 30309
jr.caroll@kutakrock.com    Telephone: (404) 815-3500
Jeffrey.fletcher@kuakrock.com    Facsimile: (404) 815-3509
    dnewman@sgrlaw.com
Kimberly M. Hare (#6323326)    psanders@sgrlaw.com
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614    James L. Thompson
Telephone: (312) 602-4100    Lynch Thompson LLP
Facsimile: (312) 602-4101    150 S. Wacker Drive, Suite 2600
kimberly.hare@kutakrock.com    Chicago, IL 60606
    T: (312) 445-4623
*Attorneys for Defendants O.K. Foods, Inc.,*    F: (312) 896-5883
*O.K. Farms, Inc., and O.K. Industries, Inc.*    jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc.*

8

| | |
|---|---|
| VAUGHAN & MURPHY | HOGAN LOVELLS US LLP |
| By: /s/ *Charles C. Murphy, Jr.* <br> Charles C. Murphy, Jr. (admitted *pro hac vice*) <br> 690 S Ponce Court NE <br> Atlanta, GA 30307 <br> Telephone: (404) 667-0714 <br> Facsimile: (404) 529-4193 <br> cmurphy@vaughanandmurphy.com | By: /s/ *William L. Monts III* <br> William L. Monts III (admitted *pro hac vice*) <br> Justin W. Bernick (admitted *pro hac vice*) <br> 555 Thirteenth Street, N.W. <br> Washington, D.C. 20004-1109 <br> Telephone: (202) 637-5910 <br> Facsimile: (202) 637-5911 <br> william.monts@hoganlovells.com <br> justin.bernick@hoganlovells.com |
| WINSTON & STRAWN LLP <br><br> James F. Herbison <br> Michael P. Mayer <br> 35 West Wacker Drive <br> Chicago, Illinois 60601 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br> jherbison@winston.com <br> mmayer@winston.com | MILLER, CANFIELD, PADDOCK, AND STONE P.L.C. <br><br> Jacob D. Koering <br> 225 West Washington Street, Ste 2600 <br> Chicago, Illinois 60606 <br> Telephone: (312) 460-4272 <br> Facsimile: (312) 460-4201 <br> koering@millercanfield.com |
| *Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms* | *Attorneys for Defendant Agri Stats, Inc.* |

| | |
|---|---|
| SHOOK HARDY & BACON LLP | VEDDER PRICE P.C. |
| By: /s/ *Lynn H. Murray* | By: /s/ *Gregory G. Wrobel* |
| Lynn H. Murray | Gregory G. Wrobel (#3122900) |
| 111 S. Wacker Dr., Ste 4700 | 222 N. LaSalle Street |
| Chicago IL 60606 | Chicago, IL 60601 |
| Telephone: (312) 704-7700 | Telephone: (312) 609-7722 |
| Facsimile: (312) 558-1195 | Facsimile: (312) 609-5005 |
| lhmurray@shb.com | gwrobel@vedderprice.com |

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc.
and Simmons Prepared Foods Inc.*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

| | |
|---|---|
| EVERSHEDS SUTHERLAND (US) LLP | JOSEPH D. CARNEY & ASSOCIATES LLC |
| By: /s/ *Patricia A. Gorham* <br> James R. McGibbon <br> Patricia A. Gorham <br> Peter M. Szeremeta <br> Kaitlin A. Carreno <br> Dylan W. de Fouw <br> 999 Peachtree Street, N.E., Ste 2300 <br> Atlanta, Georgia 30309-3996 <br> Telephone: (404) 853-8000 <br> Facsimile: (404) 853-8806 <br> jimmcgibbon@eversheds-sutherland.com <br> patriciagorham@eversheds-sutherland.com <br> peterszeremeta@eversheds-sutherland.com <br> kaitlincarreno@eversheds-sutherland.com <br> dylandefouw@eversheds-sutherland.com | By: /s/ *Joseph D. Carney* <br> Joseph D. Carney (admitted pro hac vice) <br> OFFICE ADDRESS: <br> 139 Crocker Park Boulevard, Ste. 400 <br> Westlake, OH 44145 <br> MAILING ADDRESS: <br> 1540 Peach Drive <br> Avon, OH 44011 <br> Telephone: 440-249-0860 <br> Facsimile: 866-270-1221 <br> jdc@jdcarney.com <br> case@jdcarney.com |
| SMITH AMUNDSEN LLC | MILLER SHAKMAN LEVINE & FELDMAN LLP |
| Ronald Balfour <br> 150 N. Michigan Avenue, Ste 3300 <br> Chicago, Illinois 60601 <br> Telephone: (312) 894-3369 <br> Facsimile: (312) 997-1816 <br> rbalfour@salawus.com | Thomas M. Staunton <br> Daniel M. Feeney <br> 180 North LaSalle Suite 3600 <br> Chicago, IL 60601 <br> Telephone: 312-263-3700 <br> tstaunton@millershakman.com <br> dfeeney@millershakman.com |
| *Attorneys for Defendant Harrison Poultry, Inc.* | D.KLAR LAW |
| | Deborah A. Klar (admitted pro hac vice) <br> 2934 1/2 Beverly Glen Circle, Suite 761 <br> Bel Air, CA 90077 <br> Telephone: 310-858-9500 <br> dklar@dklarlaw.com |
| | Paul L. Binder, Esq. (admitted pro hac vice) <br> Attorney at Law <br> 20780 Brandywine <br> Fairview Park, OH 44126-2805 <br> Telephone: 440-376-6850 <br> binderpl@yahoo.com |
| | *Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.* |

11

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP<br><br>By: */s/ Carrie C. Mahan*<br>Carrie C. Mahan (#459802)<br>Christopher J. Abbott (#1014487)<br>2001 M Street N.W., Ste. 600<br>Washington, D.C. 20036<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>carrie.mahan@weil.com<br>christopher.abbott@weil.com<br><br>EIMER STAHL LLP<br><br>Michael L. McCluggage (#01820966)<br>224 South Michigan Avenue, Ste. 1100<br>Chicago, IL 60604<br>Telephone: (312) 660-7665<br>Facsimile: (312) 692-1718<br>mmccluggage@eimerstahl.com<br><br>*Attorneys for Defendant Pilgrim's Pride Corporation* | AXINN, VELTROP & HARKRIDER LLP<br><br>By:  /s/ *Rachel J. Adcox*<br>Rachel J. Adcox (#1001488)<br>Daniel K. Oakes (admitted *pro hac vice*)<br>Kenina J. Lee (admitted *pro hac vice*)<br>950 F Street NW, Ste 700<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>radcox@axinn.com<br>doakes@axinn.com<br>klee@axinn.com<br><br>John M. Tanski (admitted *pro hac vice*)<br>Jarod G. Taylor (admitted *pro hac vice*)<br>90 State House Square<br>Hartford, CT 06103<br>Telephone: (860) 275-8100<br>Facsimile: (860) 275-8101<br>jtanski@axinn.com<br>jtaylor@axinn.com<br><br>Nicholas E.O. Gaglio (admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036<br>Telephone: (212) 728-2200<br>Facsimile: (212) 261-5654<br>ngaglio@axinn.com<br><br>LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.<br><br>Jordan M. Tank<br>230 West Monroe, Street, Ste 2260<br>Chicago, IL 60606<br>Telephone: (312) 702-0586<br>Facsimile: (312) 726-2273<br>jmt@lipelyons.com<br><br>*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division, LLC and Equity Group Georgia Division, LLC* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 19, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

                                                 */s/ Ankur Mandhania, Esq.*
                                                 Ankur Mandhania, Esq.