UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Case No: 1:16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**CERTAIN DIRECT ACTION PLAINTIFFS' JOINDER IN CHICK-FIL-A, INC.'S MOTION TO RECONSIDER THE SEPTEMBER 22, 2020 ORDER AND OBJECTION TO MAGISTRATE JUDGE'S MAY 7 AND MAY 13, 2021 ORDERS AND SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO PARTIALLY RECONSIDER THE SEPTEMBER 22, 2020 ORDER AND OBJECTION TO MAGISTRATE JUDGE'S MAY 7 AND MAY 13, 2021 ORDERS**

Direct Action Plaintiffs BJ's Wholesale Club, Inc., Jetro Holdings, LLC, Maximum Quality Foods, Inc., Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., Hamilton Meat, LLC, Darden Restaurants, Inc., PJ Food Service, Inc., Thurston Foods, Inc., Feeser's Inc., Aramark Food and Support Services Group, Inc., Panda Restaurant Group, Inc., Quality Supply Chain Co-Op, Inc., Wood-Fruitticher Grocery Company, Inc., Poultry Products Company of New England, LLC, Poultry Products Company, LLC, Poultry Products of Connecticut, LLC, Poultry Products of Maine, LLC, McDonald's Corporation, Gordon Food Service, Inc. and Glazier Foods Company, by and through undersigned counsel, hereby join in Direct Action Plaintiff Chick-fil-A Inc.'s Motion to Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders, filed on May 14, 2021 (ECF No. 4651) and Supplemental Brief in Support of Its Motion To Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders, filed on June 18, 2021 (ECF No. 4753).

Dated: August 26, 2021

Respectfully submitted,

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Lawrence S. Brandman
Nicholas A. Gravante, Jr.
Karen C. Dyer
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: philip.iovieno@cwt.com
lawrence.brandman@cwt.com
nicholas.gravante@cwt.com
karen.dyer@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

*Counsel for Plaintiffs BJ's Wholesale Club, Inc., Jetro Holdings, LLC, Maximum Quality Foods, Inc., Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., Hamilton Meat, LLC, Darden Restaurants, Inc., PJ Food Service, Inc., Thurston Foods, Inc., Feeser's Inc., Aramark Food and Support Services Group, Inc., Panda Restaurant Group, Inc., Quality Supply Chain Co-Op, Inc., Wood-Fruitticher Grocery Company, Inc., Poultry Products Company of New England, LLC, Poultry Products Company, LLC, Poultry Products of Connecticut, LLC, Poultry Products of Maine, LLC, McDonald's Corporation Gordon Food Service, Inc. and Glazier Foods Company*

## CERTIFICATE OF SERVICE

The undersigned attorney, on oath, states that a copy of the foregoing pleading was served on all of the attorneys of record via the Court's electronic filing system.

*/s/ Philip J. Iovieno*