UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | Case No. 1:16−CV−08637<br><br>Honorable Thomas M. Durkin |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MARC A. GOLDICH

TO THE COURT, CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83.7, Plaintiff Cedar Farms requests leave of this Court to withdraw the appearance of Marc A. Goldich as one of its attorneys of record in the above-referenced matter. Marc A. Goldich has departed the law firm of Axler Goldich LLC. Attorneys at Axler Goldich LLC will continue to represent Plaintiff Cedar Farms in these actions.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion and enter an order withdrawing the appearance of Marc A. Goldich in this matter.

Dated: August 27, 2021

Respectfully submitted,

AXLER GOLDICH LLC

By  */s/ Noah Axler*
Noah Axler (Pro Hac Vice)
Marc A. Goldich  (Pro Hac Vice)
AXLER GOLDICH LLC
1520 Locust Street, Suite 301
Philadelphia, Pennsylvania 19102
Telephone: (267) 534-7400
naxler@axgolaw.com
mgoldich@axgolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

DATED: August 27, 2021.

*/s/ Noah Axler*
Noah Axler
Marc A. Goldich
AXLER GOLDICH LLC
1520 Locust Street, Suite 301
Philadelphia, Pennsylvania 19102
Telephone: (267) 534-7400
naxler@axgolaw.com
mgoldich@axgolaw.com