# EXHIBIT "C"

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Bojangles' Restaurants, Inc. and Bojangles OPCO, LLC et al. v. Tyson Foods et al.* | Case No.: 1:16-cv-08637 |

**DIRECT ACTION PLAINTIFFS BOJANGLES' RESTAURANTS, INC. AND BOJANGLES' OPCO, LLC'S NOTICE OF 30(b)(6) DEPOSITION OF CHENEY BROS., INC.**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedures, Plaintiffs Bojangles' Restaurants, Inc. and Bojangles OPCO, LLC (collectively, referred to herein as "Plaintiffs" or Bojangles") by and through their attorneys, will take the deposition(s) of corporate representative(s) of Cheney Bros., Inc. ("Cheney Brothers") regarding the subject matters identified in and based on the definitions provided in Exhibit A. The deposition(s) will take place on an agreed upon designated date and time. The deposition(s) will be recorded by stenographic means and videotape and will be taken before a Notary Public or other officer authorized by law to administer oaths and/or pursuant to a remote deposition protocol.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Cheney Brothers shall designate one or more officers, directors, representatives or agents, or other persons most knowledgeable, regarding all information known or reasonably available to it relating to the subject matters identified in Exhibit A.

Dated: July 14, 2021

Respectfully submitted,

By: /s/ _____*Lori P. Lustrin*_____
Robert W. Turken (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

*Counsel to Plaintiff Bojangles*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record on July 14, 2021.

/s/ *Lori P. Lustrin*_____
Lori P. Lustrin

## EXHIBIT A

### I.    DEFINITIONS

1.      "Action" means the case styled *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-08637 (N.D. Ill.) and all related actions consolidated therein.

2.      "Asset Purchase Agreement" means the Agreement entered into between Pate Dawson and PDNC, LLC dated July 22, 2016, and any amendments and supplements thereto.

3.      "Cheney Brothers" means Cheney Bros., Inc. and each of its parents, subsidiaries, affiliates, divisions, predecessors, successors, assignors, and assigns, including but not limited PDNC, PDNC, LLC, Cheney Brothers, Inc- AutoFax, Cheney Brothers, Cheney Brothers- Punta Gorda, Cheney Brothers Inc, Cheney Brothers Inc North Carolina, Cheney Brothers Inc. Ocala, Cheney Brothers Inc. Riviera, Cheney Brothers- Riviera Beach, Cheney Statesville- Cheney Brothers.

4.      "Chicken" means chickens raised for meat consumption to be slaughtered before the age of 13 weeks, and which may be sold in a variety of forms, including fresh or frozen, raw or cooked, whole or in parts, or as a meat ingredient in a value added product, but excluding chicken that is grown, processed, and sold according to halal, kosher, free range, or organic standards.

5.      "You" or "Your" means Cheney Brothers as defined in paragraph 2 above.

6.       "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

7.      "Pate Dawson" means Pate Dawson Company and its each of its parents, subsidiaries, affiliates, divisions, predecessors, successors, assignors, and assigns, including but

not limited to Pate Dawson, Pate Dawson (DOT ST), Pate Dawson Co, Pate Dawson Company (Greensboro), Pate Dawson Company-Atlanta, Pate Dawson Company- Goldsboro, Pate Dawson Comp-Fayetteville, Pate Dawson Comp-Statesville, Pate Dawson Inc, Pate Dawson Southern Foods- Pate Dawson Company- Goldsboro, Pate Dawson Co Inc., Pate-Dawson Company, Inc.

8.     "Defendant" means any entity named as such in the Direct Action Plaintiffs' Amended Consolidated Complaint (D.E. 4243).

## II.     INSTRUCTIONS

1.     The terms defined above are to be construed broadly and to the fullest extent of their meaning in a good faith effort to comply with the Federal Rules of Civil Procedure.

2.     As used in these subjects, the singular is to be treated as plural and vice-versa.

3.     The words "and/or," "or," and "and" are used inclusively, not exclusively.

4.     The term "any" means any and all.

5.     Unless otherwise stated, these subjects for examination cover the period from January 1, 2008 to December 30, 2019 (the "Relevant Time Period").

## III.     TOPICS FOR EXAMINATION

1.     Your knowledge regarding Cheney Brothers' purchase of the assets of Pate Dawson, (including through its affiliate PDNC, LLC).

2.     Your knowledge regarding the Asset Purchase Agreement, including all schedules, exhibits, and appendices thereto.

3.     Your knowledge of PDNC LLC's merger into Cheney Bros., Inc.

4.     Your knowledge regarding Pate Dawson's purchase of Chicken products on behalf of Bojangles from 2008 through 2016, including the type of products, the volume, Pate Dawson's fee, and any rebates or discounts received from chicken suppliers.

5.     Your knowledge regarding all distribution agreements, and the terms of

distribution, between Bojangles and Pate Dawson from 2008 through 2016.

6.      Your knowledge of agreements between Pate Dawson and Defendants as they relate to Pate Dawson's purchase of Chicken products on behalf of Bojangles from 2008 through 2016.

7.      Your knowledge of communications between Pate Dawson and Defendants regarding Pate Dawson's purchase of Chicken products on behalf of Bojangles from 2008 through 2016.

8.      Your knowledge regarding all Exclusion Requests (referred to in Exhibit C to Direct Purchaser Plaintiffs' Motion to Approve a Plan of Notice of Settlement With Defendant Fieldale Farms Corporation [D.E. 950] in the Action, and the Order granting same [D.E. 980]) submitted by or on behalf of Cheney Brothers.

9.      Your knowledge regarding all Exclusion Requests (referred to in Exhibit C to Direct Purchaser Plaintiffs' Motion to Approve a Plan of Notice of Settlement With Defendant Fieldale Farms Corporation [D.E. 950] in the Action, and the Order granting same [D.E. 980]) submitted by or on behalf of Pate Dawson.

10.     Your knowledge regarding all Exclusion Requests (referred to in Exhibit A to the Corrected Order Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC [D.E. 3394] in the Action) submitted by or on behalf of Cheney Brothers.

11.     Your knowledge regarding all Exclusion Requests (referred to in Exhibit A to the Corrected Order Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC [D.E. 3394] in the Action) submitted by or on behalf of Pate Dawson.