UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re Broiler Chicken Antitrust Litigation | § § § § | Case No: 16-cv-08637 |
| This Document Relates To: | § § § | |
| *All Cases* | § § § § | Judge Thomas Durkin Magistrate Judge Jeffrey T. Gilbert |

**CERTAIN DIRECT ACTION PLAINTIFFS' UNOPPOSED MOTION TO STAY
AUGUST 31, 2021 EXPERT REPORT DEADLINE**

The undersigned Direct Action Plaintiffs ("Certain DAPs")[1] respectfully request that the Court apply the stay of the August 31, 2021 Expert Report Deadline to Certain DAPs.

Defendants do not object to the relief requested in this Motion by Certain DAPs.

On August 25, 2021, the Court temporarily deferred the expert disclosure deadline in Scheduling Order No. 16 for Direct Action Plaintiff Chick-fil-A, Inc. and for those Direct Action Plaintiffs who joined Direct Action Plaintiff Chick-fil-A's Motion to Stay the August 31, 2021 Expert Deadline ("Motion to Stay") (ECF 4934), pending a decision on Chick-fil-A's Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders (ECF 4651). (ECF 4976). Certain DAPs had not previously submitted a joinder to the Motion to Stay but now seek to have the temporary stay apply to the deadline set for their expert disclosures.

At the hearing on the Motion to Stay, the Court directed any additional DAPs that wanted

---

[1] For the purposes of this motion, Certain DAPs refers to: Amigos Meat & Poultry, LLC, Amigos Meat Distributors, LP, Amigos Meat Distributors East, LP and Amigos Meat Distributors West, LP

1

to defer their expert deadline pending a decision on Chick-fil-A's Motion to first consult with Defendants' liaison counsel.

On August 26, 2021, counsel for other DAPs met and conferred by telephone with liaison counsel for Defendants. On Friday afternoon, August 27, 2021, Defendants' liaison counsel confirmed that Defendants do not object to Certain DAPs' request to temporarily defer their expert disclosure deadline to align with the Court's ruling in ECF 4976.

For the foregoing reasons, Certain DAPs request the Court temporarily defer the August 31, 2021 expert disclosure deadline for Certain DAPs pending a decision on Chick-fil-A's Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders.

Respectfully submitted,

By: /s/ *Laurence M. Landsman*
Laurence M. Landsman, Esq.
Landsman Law Firm, LLC
33 North LaSalle, Suite 1400
Chicago, IL 60602
(312) 251-1165
(312) 251-1147 (Fax)

### THE BUZBEE LAW FIRM

By: /s/ *Anthony G. Buzbee*
Anthony G. Buzbee
Texas Bar No. 24001820
tbuzbee@txattorneys.com
Peter K. Taaffe
Texas Bar No. 24003029
ptaaffe@txattorneys.com
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

### MARKLE • DELACRUZ, LLP

By: /s/ *Spencer G. Markle*
Spencer G. Markle
Texas Bar No. 12989200
spencer@mdlcfirm.com
Obed De La Cruz
Texas Bar No. 24053175
obed@mdlcfirm.com
700 Gemini Avenue, Suite 240
Houston, Texas 77058
Telephone: (281) 486-0677
Facsimile: (281) 486-0694

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned attorney, on oath, states that a copy of the foregoing pleading was served on all of the attorneys of record via the Court's electronic filing system on August 30, 2021.

                                        By:    */s/ Peter K. Taaffe*