## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**IN RE BROILER CHICKEN ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Case No: 1:16-cv-08637

Judge Thomas M. Durkin
Magistrate Judge Jeffrey T. Gilbert

**DEFENDANTS' RESPONSE TO 25 DAPS' MOTIONS
FOR EXTENSION OF AUGUST 31, 2021 EXPERT DEADLINE**

1

In light of the Court's ruling during the August 25, 2021 hearing, Defendants[1] do not oppose the specific relief sought in Certain DAPs' Motions[2] to Stay August 31, 2021 Expert Report Deadline.[3] However, Defendants submit this Response to again lay out the prejudice that Defendants face if certain DAPs' expert deadlines are extended without the Court also extending the deadlines for Defendants to respond to all expert reports and for all parties to file summary judgment.

First, the prejudice to Defendants of delayed expert report deadlines for some DAPs has only increased since the August 25 Order. As Defendants anticipated, the Court's Order opened the door to new DAPs seeking to delay their expert reports beyond the 89 DAPs that had joined Chick-Fil-A as of the hearing.[4] This means that the number of DAPs whose experts are allowed to sit on the sidelines and adjust their opinions to what the other Plaintiffs' experts and Defendants' experts offer has increased significantly. Now, 25 more DAPs will be sitting on the sidelines, bringing the total to 114 DAPs on the sidelines. This now includes DAPs who have been in the case for years, such as Sysco and US Foods (over 3 years), and Walmart and Sam's Club (over 2

---

[1] For purposes of this Response, Defendants are those who have signed this brief.

[2] For purposes of this Response, Certain DAPs means those identified in:

- ECF No. 4994: Associated Wholesale Grocers, Inc.; L. Hart, Inc.; R & D Marketing, LLC; Timber Lake Foods, Inc.; EMA Foods, LLC; Red Bird Farms Distribution Company.

- ECF No. 4996: Walmart Inc.; Wal-Mart Stores East, LP; Wal-Mart Stores Arkansas, LLC; Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LLC; Sam's West, Inc.; Sam's East, Inc.; Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company, L.L.C., John Soules Foods, Inc., John Soules Acquisitions LLC, Sysco Corp., Target Corp., and US Foods, Inc.

- ECF No. 4997: Amigos Meat Distributors, LP; Amigos Meat & Poultry, LLC; Amigos Meat Distributors East LP; Amigos Meat Distributors West LP.

[3] Defendants reserve all rights to seek reconsideration of the August 25 Order.

[4] *See* Aug. 26, 2021 Minute Order, ECF No. 4976 (identifying those 89 DAPs who had joined Chick-Fil-A's Motion (ECF No. 4934) as reflected in ECF Nos. 4934, 4937, 4939, 4940, 4941, 4947, 4952, 4957, 4960, 4971).

years), and who neither joined CFA's motion to reconsider or CFA's motion to extend the deadline for submitting expert reports. Worse, they are some of the largest DAPs, with potentially some of the largest claims in this case. Defendants will be forced to play "whackamole" to respond to the new opinions that these DAPs' experts will offer to avoid the criticisms that Defendants' experts raise to the first set of expert reports submitted by the August 31, 2021 deadline.

Second, the August 25 Order and DAPs' new motion upend the heavily negotiated and well-thought through schedule in Scheduling Order No. 16. Scheduling Order No. 16 was put in place to ensure that all Plaintiffs – whether Class Plaintiffs or DAPs – were on the same schedule and would be ready for trial in Spring 2023. That was done even though CFA's Motion for Reconsideration was pending. Now, 114 DAPs will be on a different schedule, with their expert reports due at some point in the future after the Court resolves Chick-Fil-A's Motion for Reconsideration. Whether that will be in one month, two months, or more, is unknown. But either way, it puts Defendants in the position of having to work to respond to some expert reports in December 2021, while Defendants' time to respond to other expert reports is, at best, truncated, or at worst, comes at some point months later. This exception for some group of DAPs to defer their expert reports will have a ripple effect on the case schedule that derails Scheduling Order No. 16 and the ability to keep all of the Classes and all of the DAPs on the same schedule for trial in 2023.

Third, unless the Court adjusts the other significant case deadlines, such as Defendants' deadline for serving expert reports and the deadline to move for summary judgment, the August 25 Order has the potential to pre-judge the outcome of the competing trial plans that the parties have submitted. The different trial plans submitted by the Defendants have the same fundamental core goal of ensuring that all DAPs are ready for trial in Spring 2023.[5] DAPs, on the other hand,

---

[5] Defendants have submitted different proposals regarding the shape of the trial (ECF Nos. 4850, 4851, and 4855/4969. While Perdue and Harrison's plan is for a single, joint liability trial, and other Defendants propose a trial

submitted a plan where a small group of DAPs would participate in the first trial, but all of the other DAPs would sit even farther down the sidelines to wait, learn, and try to ride coattails off of that first trial. (ECF No. 4848.) Defendants have significant concerns that the longer these 114 DAPs' expert deadline is delayed, the greater the chances that those DAPs' claims will not be ready to be tried in Spring 2023. DAPs should not be allowed to use an effort to extend one case deadline to put their thumbs on the scale in favor of their trial plan. To avoid this, the Court will need to move Defendants' expert deadline and the summary judgment deadline for all parties so that the case schedule does not dictate the outcome of the pending trial plans.

---

of DPPs plus bellwether DAPs, each plan contemplates that all DAPs would be ready to participate in however the Courts shapes that Spring 2023 trial.

Dated: August 30, 2021

Respectfully submitted,

WEIL GOTSHAL & MANGES LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's
Pride Corporation*

VENABLE LLP

By: */s/ J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac
vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue
Farms, Inc. and Perdue Foods LLC*

ROSE LAW FIRM

By: /s/ *John W. Treece*
John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
Christopher S. Moore
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc.*

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC,*
*JCG Foods of Georgia LLC and Koch Meat Co., Inc.*

*(Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc.,*
*O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: /s/ *Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 445-4623
F: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry,*
*Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS,*

*Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, LLC*

8

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
225 West Washington Street, Ste 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons
Foods, Inc. and Simmons Prepared
Foods Inc.*

AXINN, VELTROP & HARKRIDER
LLP

By: /s/ *Rachel J.
Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac
vice*)
Kenina J. Lee (admitted *pro hac vice*)
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro
hac vice*)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY
NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586

Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc.,*
*Tyson Chicken, Inc., Tyson Breeders, Inc.,*
*Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Georgia Division, LLC, and Equity Group Kentucky Division, LLC*

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon
Patricia A. Gorham
Peter M. Szeremeta
Kaitlin A. Carreno
Dylan de Fouw
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile:  (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com

SMITH AMUNDSEN LLC

Clay H. Phillips
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
cphillips@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted *pro hac vice*)

12

Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods,
Inc., Case Farms, LLC, and Case
Farms Processing, Inc.*

By: /s/ David J. Doyle

One of their attorneys
David J. Doyle (ARDC #6224848)
Jill C. Anderson (ARDC #6228756)
Andrew C. Nordahl (ARDC #6226999)
Matthew T. Connelly (ARDC
#6320465)
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
ddoyle@freeborn.com
janderson@freeborn.com
anordahl@freeborn.com
mconnelly@freeborn.com

*Attorneys for UTRECHT-AMERICA
HOLDINGS, INC., RABO
AGRIFINANCE LLC, RABOBANK
USA FINANCIAL CORPORATION,
UTRECHT AMERICA FINANCE CO.,
and COÖPERATIEVE RABOBANK,
U.A., NEW YORK BRANCH*

13

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ J. Douglas Baldridge*

J. Douglas Baldridge