**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Case No: 1:16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**CERTAIN DIRECT ACTION PLAINTIFF'S JOINDER IN CHICK-FIL-A, INC.'S MOTION TO RECONSIDER THE SEPTEMBER 22, 2020 ORDER AND OBJECTION TO MAGISTRATE JUDGE'S MAY 7 AND MAY 13, 2021 ORDERS AND SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO PARTIALLY RECONSIDER THE SEPTEMBER 22, 2020 ORDER AND OBJECTION TO MAGISTRATE JUDGE'S MAY 7 AND MAY 13, 2021 ORDERS**

Direct Action Plaintiff Costco Wholesale Corporation, by and through undersigned counsel, hereby joins in Direct Action Plaintiff Chick-fil-A Inc.'s Motion to Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders, filed on May 14, 2021 (ECF No. 4651) and Supplemental Brief in Support of Its Motion To Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders, filed on June 18, 2021 (ECF No. 4753).

Dated: September 1, 2021

Respectfully submitted,

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Karen C. Dyer
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore

CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: philip.iovieno@cwt.com
   nicholas.gravante@cwt.com
   karen.dyer@cwt.com
   jack.stern@cwt.com
   lawrence.brandman@cwt.com
   gillian.burns@cwt.com
   mark.singer@cwt.com
   elizabeth.moore@cwt.com

*Counsel for Plaintiff Costco Wholesale Corporation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney, on oath, states that a copy of the foregoing pleading was served on all

of the attorneys of record via the Court's electronic filing system.

<em><u>/s/ Philip J. Iovieno</u></em>