IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**DIRECT PURCHASER PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE EXCESS PAGES**

Direct Purchaser Plaintiffs, through their undersigned counsel, hereby move this Court for entry of an Order granting them leave to file a Response to the Court's Order Regarding Application of a Sliding Scale to Their Motion for Attorneys' Fees ("Response"), not to exceed 25 pages. In support, Direct Purchaser Plaintiffs state the following:

1. Direct Purchaser Plaintiffs filed their motion for an interim fee award (ECF No. 4550) on April 16, 2021. Following a hearing on June 29, 2021, the Court issued an Order requesting additional briefing on the motion (ECF No. 4915).

2. In order to fully and completely respond to the Court's August 4, 2021 Order, Direct Purchaser Plaintiffs require additional pages in excess of the 15 pages permitted under Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois.

3. While Direct Purchaser Plaintiffs will make every effort to be as concise as possible, they request up to 25 pages for their Response.

WHEREFORE, for the above reasons, Direct Purchaser Plaintiffs respectfully request this Court enter an Order granting them leave to file the Response, not to exceed 25 pages.

Date: September 13, 2021

/s/ Steven A. Hart

| | |
|---|---|
| Steven A. Hart (#6211008) | Clifford H. Pearson (*Pro Hac Vice*) |
| Brian Eldridge (#6281336) | Daniel L. Warshaw (*Pro Hac Vice*) |
| HART MCLAUGHLIN & ELDRIDGE, LLC | Thomas J. Nolan (*Pro Hac Vice*) |
| 22 West Washington Street, Suite 1600 | Bobby Pouya (*Pro Hac Vice*) |
| Chicago, IL 60602 | Michael H. Pearson (*Pro Hac Vice*) |
| Telephone: (312) 955-0545 | PEARSON SIMON & WARSHAW, LLP |
| Facsimile: (312) 971-9243 | 15165 Ventura Boulevard, Suite 400 |
| shart@hmelegal.com | Sherman Oaks, CA 92403 |
| beldridge@hmelegal.com | Telephone: (818) 788-8300 |
| | Facsimile: (818) 788-8104 |
| *Direct Purchaser Plaintiffs Liaison Counsel* | cpearson@pswlaw.com |
| | dwarshaw@pswlaw.com |
| W. Joseph Bruckner (*Pro Hac Vice*) | tnolan@pswlaw.com |
| Brian D. Clark (*Pro Hac Vice*) | bpouya@pswlaw.com |
| Simeon A. Morbey (*Pro Hac Vice*) | mpearson@pswlaw.com |
| Kyle J. Pozan (#6306761) | |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | Bruce L. Simon (*Pro Hac Vice*) |
| 100 Washington Avenue South, Suite 2200 | PEARSON SIMON & WARSHAW, LLP |
| Minneapolis, MN 55401 | 350 Sansome Street, Suite 680 |
| Telephone: (612) 339-6900 | San Francisco, CA 94104 |
| Facsimile: (612) 339-0981 | Telephone: (415) 433-9000 |
| wjbruckner@locklaw.com | Facsimile: (415) 433-9008 |
| bdclark@locklaw.com | bsimon@pswlaw.com |
| samorbey@locklaw.com | |
| kjpozan@locklaw.com | *Direct Purchaser Plaintiffs Interim Co-Lead Class Counsel* |

## CERTIFICATE OF SERVICE

I, Steven A. Hart, depose and state that I have served a copy of Plaintiffs' Motion for Leave to File Excess Pages upon all counsel of record via the United States Court for the Northern District of Illinois' CM/ECF Document Filing System on September 13, 2021.

By: s/ *Steven A. Hart*

[x] As provided by law pursuant to Rule 5(b) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein are true and correct.