# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| This Document Relates To:<br><br>*All End-User Consumer Plaintiff Actions* | |

**DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF END-USER CONSUMER PLAINTIFFS' RESPONSE REGARDING APPLICATION OF SLIDING SCALE TO ATTORNEYS' FEES**

I, Shana E. Scarlett, state under oath, as follows:

1. I am a partner at Hagens Berman Sobol Shapiro LLP. Hagens Berman is lead counsel for the End-User Consumer Plaintiffs (EUCPs). I have full knowledge of the matters stated herein and could and would testify thereto.

2. In other antitrust litigation representing sophisticated direct purchasers, such as pharmaceutical drug distributors with claims assigned from wholesalers, our firm routinely enters into fee agreements stating that counsel "will be entitled to compensation for their services in the amount of one-third (33 1/3%) of settlement proceeds or forty percent (40%) of judgment proceeds."

3. As will be detailed in EUCPs' fee motion, over the past five years EUCPs have vigorously prosecuted this action—in which the DOJ did not intervene until 2019—by preparing and filing multiple amended and consolidated complaints; successfully opposing Defendants' motion to dismiss; in conjunction with counsel representing the other classes, collecting over eight million documents, taking over 180 depositions of Defendants' employees and third parties, and collecting and analyzing voluminous structured data; briefing the class certification motion and related *Daubert* motions on antitrust impact and pass-through; and negotiating settlements with six different defendant groups.

4. EUCPs have already incurred over $8.5 million in out-of-pocket expenses to date, in particular to fund the expert reports addressing antitrust impact and pass-through.

5. A true and accurate copy of the August 12, 2021, Transcript of Telephonic Proceedings, Motion for Preliminary Approval of Settlements is attached hereto as **Exhibit A**.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: September 15, 2021

                                                s/ Shana E. Scarlett
                                                SHANA E. SCARLETT