# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| *All Direct Purchaser Plaintiff Actions* | |
| *All Commercial & Institutional Indirect Purchaser Plaintiff Actions* | |
| *All End-User Consumer Plaintiff Actions* | |

**MOTION FOR LEAVE TO FILE UNDER SEAL CLASS PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' CLASS CERTIFICATION SUR-REPLY BRIEF AND REPORT, OR IN THE ALTERNATIVE FOR LEAVE TO FILE RESPONSIVE BRIEFS AND REPORTS**

Class Plaintiffs ("Plaintiffs"), through their undersigned counsel, and pursuant to Local Rule 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully move this Court for entry of an order granting Plaintiffs leave to file under seal the following documents:

1. Class Plaintiffs' Motion to Strike Defendants' Class Certification Sur-Reply Brief and Report, or in the Alternative for Leave to File Responsive Briefs and Reports ("Mot."), Exhibits B-F, and Exhibits 1-2 to Exhibit G thereto.

In support, Plaintiffs state that the Motion, Exhibits B-F, and Exhibits 1-2 to Exhibit G as defined by the Agreed Confidentially Order. The information comes from documents marked "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" and "HIGHLY CONFIDENTIAL

– SUBJECT TO PROTECTIVE ORDER" by defendants and third parties. The Agreed Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2" (ECF No. 202 at 11). Plaintiffs have complied with Local Rule 26.2.

WHEREFORE, Plaintiffs respectfully request this Court enter an order granting leave to file under seal the Motion and Exhibits B-F, and Exhibits 1-2 to Exhibit G.

Respectfully submitted,

| | |
|---|---|
| DATED: September 17, 2021 | By  *s/ Bobby Pouya* |
| | BOBBY POUYA |
| | Clifford H. Pearson |
| | Daniel L. Warshaw |
| | Thomas J. Nolan |
| | Bobby Pouya |
| | Michael H. Pearson |
| | PEARSON SIMON & WARSHAW, LLP |
| | 15165 Ventura Boulevard, Suite 400 |
| | Sherman Oaks, CA 92403 |
| | Telephone: (818) 788-8300 |
| | Facsimile: (818) 788-8104 |
| | cpearson@pswlaw.com |
| | dwarshaw@pswlaw.com |
| | tnolan@pswlaw.com |
| | bpouya@pswlaw.com |
| | mpearson@pswlaw.com |
| | |
| | Bruce L. Simon |
| | PEARSON, SIMON & WARSHAW, LLP |
| | 44 Montgomery Street, Suite 2450 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 433-9000 |
| | Facsimile: (415) 433-9008 |
| | bsimon@pswlaw.com |
| | |
| | W. Joseph Bruckner |
| | Brian D. Clark |
| | Simeon A. Morbey |
| | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |

010636-11/1626381 V1

        Telephone: (612) 339-6900
        Facsimile: (612) 339-0981
        wjbruckner@locklaw.com
        bdclark@locklaw.com
        samorbey@locklaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

DATED: September 17, 2021    By   *s/ Adam J. Zapala*
        ADAM J. ZAPALA
        Tamarah P. Prevost
        James G.B Dahl
        COTCHETT, PITRE & MCCARTHY, LLP
        840 Malcolm Road, Suite 200
        Burlingame, CA 94010
        Telephone: (650) 697-6000
        azapala@cpmlegal.com
        tprevost@cpmlegal.com
        jdallal@cpmlegal.com

        Alexander E. Barnett
        COTCHETT, PITRE & MCCARTHY, LLP
        40 Worth Street, 10th Floor
        New York, NY 10013
        Tel: (212) 201-6820
        abarnett@cpmlegal.com

        Daniel E. Gustafson
        Daniel C. Hedlund
        Michelle J. Looby
        Brittany N. Resch
        GUSTAFSON GLUEK PLLC
        220 South Sixth Street, #2600
        Minneapolis, MN 55402
        Telephone: (612)333-8844
        dgustafson@gustafsongluek.com
        dhedlund@gustafsongluek.com
        mlooby@gustafsongluek.com
        jrissman@gustafsongluek.com
        bresch@gustafsongluek.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Interim Co-Lead Counsel*

DATED: September 17, 2021    By   *s/ Steve W. Berman*
        Steve W. Berman

Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Proposed Interim Lead Counsel for End-User Consumer Indirect Purchaser Plaintiffs Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 17, 2021, a true and correct copy of the foregoing was electronically filed via CM/ECF, which caused notice to be sent to all counsel of record.

                                                   *s/ Steve W. Berman*
                                                   STEVE W. BERMAN