**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| This Document Relates To:<br><br>*All Direct Purchaser Plaintiff Actions*<br><br>*All Commercial & Institutional Indirect Purchaser Plaintiff Actions*<br><br>*All End-User Consumer Plaintiff Actions* | |

**CLASS PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' CLASS
CERTIFICATION SUR-REPLY BRIEF AND REPORT, OR IN THE
<u>ALTERNATIVE FOR LEAVE TO FILE RESPONSIVE BRIEFS AND REPORTS</u>**

**<u>DOCUMENT FILED UNDER SEAL</u>**

010636-11/1627640 V1