# **EXHIBIT A**

5 F.4th 950
United States Court of Appeals, Ninth Circuit.

OLEAN WHOLESALE GROCERY COOPERATIVE, INC., Beverly Youngblood, Pacific Groservice, Inc., dba Pitco Foods, Capitol Hill Supermarket, Louise Ann Davis Matthews, James Walnum, Colin Moore, Jennifer A. Nelson, Elizabeth Davis-Berg, Laura Childs; Nancy Stiller; Bonnie Vanderlaan; Kristin Millican; Trepco Imports and Distribution, Ltd.; Jinkyoung Moon; Corey Norris; Clarissa Simon; Amber Sartori; Nigel Warren; Amy Joseph; Michael Juetten; Carla Lown; Truyen Ton-Vuong, aka David Ton; A-1 Diner; Dwayne Kennedy; Rick Musgrave; Dutch Village Restaurant; Lisa Burr; Larry Demonaco; Michael Buff; Ellen Pinto; Robby Reed; Blair Hysni; Dennis Yelvington; Kathy Durand Gore; Thomas E. Willoughby III; Robert Fragoso; Samuel Seidenburg; Janelle Albarello; Michael Coffey; Jason Wilson; Jade Canterbury; Nay Alidad; Galyna Andrusyshyn; Robert Benjamin; Barbara Buenning; Danielle Greenberg; Sheryl Haley; Lisa Hall; Tya Hughes; Marissa Jacobus; Gabrielle Kurdt; Erica Pruess; Seth Salenger; Harold Stafford; Carl Lesher; Sarah Metivier Schadt; Greg Stearns; Karren Fabian; Melissa Bowman; Vivek Dravid; Jody Cooper; Danielle Johnson; Herbert H. Kliegerman; Beth Milliner; Liza Milliner; Jeffrey Potvin; Stephanie Gipson; Barbara Lybarger; Scott A. Caldwell; Ramon Ruiz; Thyme Cafe & Market, Inc.; Harvesters Enterprises, LLC; Affiliated Foods, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; Elizabeth Twitchell; Tina Grant; John Trent; Brian Levy; Louise Adams; Marc Blumstein; Jessica Breitbach; Sally Crnkovich; Paul Berger; Sterling King; Evelyn Olive; Barbara Blumstein; Mary Hudson; Diana Mey; Associated Grocers of New England, Inc.; North Central Distributors, LLC; Cashwa Distributing Co. of Kearney, Inc.; URM Stores, Inc.; Western Family Foods, Inc.; Associated Food Stores, Inc.; Giant Eagle, Inc.; McLane Company, Inc.; Meadowbrook Meat Company, Inc.; Associated Grocers, Inc.; Bilo Holding, LLC; Winndixie Stores, Inc.; Janey Machin; Debra L. Damske; Ken Dunlap; Barbara E. Olson; John Peychal; Virginia Rakipi; Adam Buehrens; Casey Christensen; Scott Dennis; Brian Depperschmidt; Amy E. Waterman; Central Grocers, Inc.; Associated Grocers of Florida, Inc.; Benjamin Foods LLC; Albertsons Companies LLC; H.E. Butt Grocery Company; Hyvee, Inc.; The Kroger Co.; Lesgo Personal Chef LLC; Kathy Vangemert; Edy Yee; Sunde Daniels; Christopher Todd; Publix Super Markets, Inc.; Wakefern Food Corp.; Robert Skaff; Wegmans Food Markets, Inc.; Julie Wiese; Meijer Distribution, Inc.; Daniel Zwirlein; Meijer, Inc.; Supervalu Inc.; John Gross & Company; Super Store Industries; W Lee Flowers & Co Inc.; Family Dollar Services, LLC; Amy Jackson; Family Dollar Stores, Inc.; Katherine McMahon; Dollar Tree Distribution, Inc.; Jonathan Rizzo; Greenbrier International, Inc.; Joelyna A. San Agustin; Alex Lee, Inc.; Rebecca Lee Simoens; Big Y Foods, Inc.; David Ton; Kvat Food Stores, Inc., dba Food City; Affiliated Foods Midwest Cooperative, Inc.; Merchants Distributors, LLC; Brookshire Brothers, Inc.; Schnuck Markets, Inc.; Brookshire Grocery Company; Kmart Corporation; Certco, Inc.; Rushin Gold, LLC, dba The Gold Rush; Unified Grocers, Inc.; Target Corporation; Simon-Hindi, LLC; Fareway Stores, Inc.; Moran Foods, LLC, dba Save-A-Lot; Woodman's Food Market, Inc.; Dollar General Corporation; Sam's East, Inc.; Dolgencorp, LLC; Sam's West, Inc.; Krasdale Foods, Inc.; Walmart Stores East, LLC; CVS Pharmacy, Inc.; Walmart Stores East, LP; Bashas' Inc.; Wal-Mart Stores Texas, LLC; Marc Glassman, Inc.; Wal-Mart Stores, Inc.; 99 Cents Only Stores; Jessica Bartling; Ahold U.S.A., Inc.; Gay Birnbaum; Delhaize America, LLC; Sally Bredberg; Associated Wholesale Grocers, Inc.; Kim Craig; Maquoketa Care Center; Gloria Emery; Erbert & Gerbert's, Inc.; Ana Gabriela Felix Garcia; Janet Machen; John Frick; Painted Plate Catering; Kathleen Garner; Robert Etten; Andrew Gorman; Groucho's Deli of Five Points, LLC; Edgardo Gutierrez; Groucho's Deli of Raleigh; Zenda Johnston; Sandee's Catering; Steven Kratky; Confetti's Ice Cream Shoppe; Kathy Lingnofski; End Payer Plaintiffs; Laura Montoya; Kirsten Peck;

WESTLAW   © 2021 Thomson Reuters. No claim to original U.S. Government Works.   1

John Pels; Valerie Peters; Elizabeth Perron; Audra Rickman; Erica C. Rodriguez, Plaintiffs-Appellees,

and

Jessica Decker, Joseph A. Langston, Sandra Powers, Grand Supercenter, Inc., The Cherokee Nation, US Foods, Inc., Sysco Corporation, Gladys, LLC, Spartannash Company, Bryan Anthony Reo, Plaintiffs,

v.

BUMBLE BEE FOODS LLC; Starkist Co.; Dongwon Industries Co., Ltd., Defendants-Appellants,

and

King Oscar, Inc.; Thai Union Frozen Products Pcl; Del Monte Foods Company; Tri Marine International, Inc.; Dongwon Enterprises; Del Monte Corp.; Christopher D. Lischewski; Lion Capital (Americas), Inc.; Big Catch Cayman LP, aka Lion/Big Catch Cayman LP; Francis T Enterprises; Glowfisch Hospitality; Thai Union North America, Inc., Defendants.

No. 19-56514

|

FILED AUGUST 03, 2021

D.C. No. 3:15-md-02670-JLS-MDD, Southern District of California, San Diego

### ORDER

THOMAS, Chief Judge:

**\*951** Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges McKeown, Wardlaw, Berzon, Owens, Miller, Collins, Bress, and Forrest did not participate in the deliberations or vote in this case.

**All Citations**

5 F.4th 950 (Mem), 2021 Daily Journal D.A.R. 7985

---

**End of Document**  © 2021 Thomson Reuters. No claim to original U.S. Government Works.