# **EXHIBIT G**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| | Honorable Thomas M. Durkin |
| This Document Relates To: | Magistrate Judge Jeffrey T. Gilbert |
| All End-User Consumer Plaintiff Actions | |

**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' CLASS CERTIFICATION SUR-REPLY BRIEF AND REPORT, OR IN THE ALTERNATIVE FOR LEAVE TO FILE RESPONSIVE <u>BRIEFS AND REPORTS</u>**

I, Steve W. Berman, state under oath, as follows:

1. I am the managing partner of Hagens Berman Sobol Shapiro LLP. Hagens Berman is lead counsel for the End-User Consumer Plaintiffs ("EUCPs") in this action. I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached hereto are true and correct copy of the following exhibits:

| Ex. No. | Bates Range/Description |
|---|---|
| 1 | Excerpts from the Remote Video Deposition of John Henry Johnson, IV, Ph.D., taken in this action on March 23, 2021 |
| 2 | Excerpts from the Remote Videoconference Deposition of Dr. David Sunding, taken in this action on May 5, 2021 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September 2021, at Seattle, Washington.

              */s/ Steve W. Berman*
              STEVE W. BERMAN

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 17, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

                                                                s/ Steve W. Berman
                                                      SHANA E. SCARLETT