# EXHIBIT 1 TO EXHIBIT G
# FILED UNDER SEAL