# EXHIBIT 2 TO EXHIBIT G
# FILED UNDER SEAL