# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Maplevale Farms, Inc., et al.

                      Plaintiff,

v.                                                       Case No.: 1:16–cv–08637
                                                                   Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 24, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing as to Direct Purcahser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Mar–Jac Poultry, Inc., Mar–Jac Poultry MS, LLC, Mar–Jac Poultry AL, LLC, Mar–Jac AL/MS, Inc., Mar–Jac Poultry, LLC, Mar–Jac Holdings, Inc., and Harrison Poultry, Inc [5051] set for 10/1/2021 at 2:00 p.m. is reset for 1:00 p.m. Time change only. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.