**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 TMD <br> Hon. Thomas M. Durkin <br> Magistrate Judge Jeffrey T. Gilbert |
| This Document Relates To: <br><br> All Commercial and Institutional Indirect Purchaser Plaintiff Actions | |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH DEFENDANTS TYSON, PILGRIM'S PRIDE, AND MAR-JAC AND FOR CONDITIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASSES**

PLEASE TAKE NOTICE that the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") hereby move the Court for an Order granting their Uncontested Motion for Preliminary Approval of the Settlements With Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively referred to as "Tyson"), Pilgrim's Pride Corporation ("Pilgrim's"), and Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.[1] (collectively referred to as "Mar-Jac") and for Conditional Certification of the Proposed Settlement Classes. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declaration and exhibits, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

---

[1] Mar-Jac Holdings, Inc. is incorrectly named in the Operative Complaint as Mar-Jac Holdings, LLC.

1

Pursuant to the United States District Court for the Northern District of Illinois' Tenth General Order 20-0012 (Feb. 12, 2021), and the instructions on Judge Durkin's web page, this motion will not be noticed for presentment in accordance with Local Rule 5.3(b). Should the Court determine that an in-person hearing is necessary, the undersigned counsel is available at the Court's earliest availability.

Dated: September 30, 2021

Respectfully Submitted,

/s/ *Daniel E. Gustafson*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

/s/ *Adam J. Zapala*
Adam J. Zapala
Tamarah P. Prevost
James G. Dallal
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
tprevost@cpmlegal.com
jdallal@cpmlegal.com

*Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*

Kenneth A. Wexler
Melinda J. Morales
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
mjm@wexlerwallace.com

*Liaison Counsel for the Commercial and Institutional Indirect Purchaser Plaintiff Class*