UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>*All End-User Consumer Plaintiff Actions* | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

# NOTICE OF FILING

End-User Consumer Plaintiffs hereby give notice of filing of Errata to Dr. David Sunding Declaration and Merits Report, attached hereto as **Exhibit A**.

Respectfully submitted,

DATED: October 6, 2021

By  *s/ Shana E. Scarlett*
Shana E. Scarlett

Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower

                    Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Proposed Interim Lead Counsel for End-User Consumer Indirect Purchaser Plaintiffs Class*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 7, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

*s/ Shana E. Scarlett*
STEVE W. BERMAN
