UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| This Document Relates To:<br>THE CONSUMER AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS ACTION | The Honorable Thomas M. Durkin |

**DEFENDANT PILGRIM'S PRIDE CORPORATION'S**
**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

PLEASE TAKE NOTICE that on October 7, 2021, Defendant Pilgrim's Pride Corporation ("Pilgrim's") caused notice of its proposed class action settlement with the Commercial and Institutional Indirect Purchaser Plaintiffs to be provided to each appropriate Federal and each appropriate State official via UPS and U.S. Postal Service Certified Mail, pursuant to 28 U.S.C. § 1715(b). The Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice on behalf of Pilgrim's is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: October 8, 2021 | Respectfully Submitted,<br><br>*/s/ Carrie C. Mahan*<br>Carrie C. Mahan (#459802)<br>Christopher J. Abbott (#1014487)<br>WEIL GOTSHAL & MANGES LLP<br>2001 M Street N.W., Ste. 600<br>Washington, D.C. 20036<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>carrie.mahan@weil.com<br>christopher.abbott@weil.com<br><br>Michael L. McCluggage (#01820966)<br>EIMER STAHL LLP<br>224 South Michigan Avenue, Ste. 1100<br>Chicago, IL 60604<br>Telephone: (312) 660-7665<br>Facsimile: (312) 692-1718<br>mmccluggage@eimerstahl.com<br><br>*Attorneys for Defendant Pilgrim's Pride Corporation* |

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing Notice of Compliance with 28 U.S.C. § 1715 was electronically filed with the Clerk of the Court using the CM/ECF system on October 8, 2021, which constitutes service on counsel of record who are registered electronic filing users.

/s/ *Carrie C. Mahan*

Carrie C. Mahan