Maplevale Farms, Inc., et al.
          Plaintiff,

v.         Case No.: 1:16–cv–08637
        Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.
          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 15, 2021:

    MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 10/15/2021. No one appeared on the call to raise any objections. For the reasons stated on the record, Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants Tyson, Pilgrim's Pride, and Mar–Jac Defendants and for Conditional Certification of the Proposed Settlement Classes [5078] is granted. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.