

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Alexander E. Barnett

Firm   Cotchett, Pitre & McCarthy, LLP

Street Address   40 Worth Street, Suite 602

City/State/Zip Code   New York, New York 10013

Phone Number   (212) 201-6820

Email address   abarnett@cpmlegal.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:16-cv-08637 | In re Broiler Chicken Antitrust | Judge Thomas M. Durkin |
| | | |
| | | |
| | | |
| | | |
| | | |

_____   10/21/2021
Signature of Attorney            Date

Rev. 01272016