# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Master Case No: 1:16-cv-08637<br><br>Judge Thomas Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Evan P. Boyle respectfully requests leave to withdraw as counsel for Direct Action Plaintiffs Alex Lee, Inc., Big Y Foods, Inc., Woodman's Food Market, Inc., Basha's Inc., Certco, Inc., Troyer Foods, Inc., Weinstein Wholesale Meats, Inc., and Schnuck Markets, Inc. ("Plaintiffs"). In support thereof, Mr. Boyle represents to the Court the following:

1. On May 21, 2019, as an associate of Williams Montgomery & John Ltd., Mr. Boyle appeared as counsel for Plaintiffs.

2. Mr. Boyle is leaving the firm of Williams Montgomery & John Ltd. and will no longer be an employee of the firm effective October 22, 2021.

3. Plaintiffs will remain represented by other counsel of record, and no party will be prejudiced by Mr. Boyle's withdrawal as counsel.

WHEREFORE, Evan P. Boyle respectfully requests that this Court grant his leave to withdraw as counsel for Plaintiffs in the above-captioned matter.

Respectfully submitted,

*/s/ Evan P. Boyle*
Evan P. Boyle

WILLIAMS MONTGOMERY & JOHN LTD.
233 S. Wacker Drive, Suite 6800
Chicago, IL 60606
Tel.: (312) 443-3200
Fax: (312) 630-8500
Email: epb@willmont.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

      */s/ Evan P. Boyle*
      Evan P. Boyle