# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates to: | Honorable Thomas M. Durkin |
| All Actions | Magistrate Judge Jeffrey T. Gilbert |

## THE MAR-JAC DEFENDANTS' RESPONSE TO THE UNITED STATES' EMERGENCY EX PARTE MOTION FOR A LIMITED LIFT OF ORDER SEALING ECF NO. 3617

On October 25, 2021, The United States filed an emergency *ex parte* motion for a limited lift of Dkt. 3615, the Court's May 15, 2020, order sealing Dkt. 3617. (Dkt. 5142). Specifically, the United States asks the Court to unseal portions of Exhibit B of Dkt. 3617. Exhibit B includes a January 28, 2020 letter from Mar-Jac's counsel and an "Authenticity Responses and Objections" table included therein. The United States requests only to unseal the letter from Mar-Jac's counsel and a single row in the table. The United States' redacted version of Exhibit B is included as Attachment 1 to the United States' Motion. (Dkt. 5142-1).

The Mar-Jac Defendants do not oppose the limited and specific relief sought by the United States with respect to the unsealing reflected in Attachment 1 of the United States' Motion for the limited purpose of seeking to authenticate exhibits and examining witnesses in *United States v. Penn*, Criminal Action No.: 20-cr-00152-PAB (D. Colo.).

Dated: October 25, 2021

*/s/ Edward C. Konieczny*
Edward C. Konieczny
EDWARD C. KONIECZNY LLC
1105 W. Peachtree St NE
Suite 1000
Atlanta, Georgia 30309
T: (404) 380-1430
F: (404) 382-6011

David C. Newman
Wm. Parker Sanders
John P. Pennington
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St N.E.
Suite 1000
Atlanta, Georgia 30309
T: (404) 815-3500
F: (404) 685-6816
dnewman@sgrlaw.com
psanders@sgrlaw.com
jpennington@sgrlaw.com

James L. Thompson
LYNCH THOMPSON LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 445-4623
F: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Mar-Jac Poultry, Inc.,*
*Mar-Jac Poultry MS, LLC, Mar-Jac*
*Poultry AL, LLC, Mar-Jac AL/MS, Inc.,*
*Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.*

# CERTIFICATE OF SERVICE

I, Edward C. Konieczny, hereby certify that on October 25, 2021, a true and correct copy of the foregoing **MAR-JAC DEFENDANTS' RESPONSE TO THE UNITED STATES' EMERGENCY EX PARTE MOTION FOR A LIMITED LIFT OF ORDER SEALING ECF NO. 3617**, was electronically filed with the Clerk of the Court using the CM/ECF system, which constitutes service on counsel of record who are registered electronic filing users.

Date: October 25, 2021

*/s/ Edward C. Konieczny*
Edward C. Konieczny