**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>*All End-User Consumer Plaintiff Actions* | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**END-USER CONSUMER PLAINTIFFS'
NOTICE AND STIPULATION CONCERNING
<u>INTENT TO PROCEED ON TRACK ONE TRIAL</u>**

In accordance with the Court's October 15, 2021 Order,[1] the End-User Consumer Plaintiffs (EUCPs) hereby submit notice of their intent to seek a track one trial.

In support, EUCPs state the following:

1. The Court has stated that "[i]f any plaintiff desires to proceed to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging, that track will be given priority over plaintiffs who insist on taking bid rigging discovery before any trial."[2]

2. More than five years have been spent litigating the EUCP claims. EUCPs ask to proceed to trial as expeditiously as possible on their market manipulation claims.[3] EUCPs confirm that they do not need additional discovery into bid rigging beyond what was already contemplated in the existing schedule (the deposition of the individuals and companies subject to the stay requested by the U.S. Department of Justice).[4]

3. EUCPs understand that the Court's prohibition on discovery into bid rigging for Plaintiffs proceeding on the first track "should not be construed as a ruling on whether Plaintiffs may use evidence of bid rigging they already possess or that is publicly available in a trial" on the market manipulation claims.[5]

4. With this understanding, EUCPs concede and stipulate any appellate issue on trying these claims without further bid rigging discovery, in accordance with the Court's Order.[6]

---

[1] Order, ECF No. 5128 (October 15, 2021).

[2] *Id.* at 5.

[3] *See* Scheduling Order No. 16, ECF No. 4748 (June 17, 2021).

[4] Order, ECF No. 5128 (October 15, 2021).

[5] *See id.* at n. 2.

[6] *Id.* at 5.

Respectfully Submitted,

DATED: October 26, 2021          HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Steve W. Berman
   STEVE W. BERMAN

Breanna Van Engelen
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
adeich@cohenmilstein.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
dsilverman@cohenmilstein.com

*Interim Lead Counsel for End-User
Consumer Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 26, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

By   /s/ Steve W. Berman
      STEVE W. BERMAN