UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DIRECT PURCHASER PLAINTIFFS' NOTICE AND
STIPULATION OF INTENT TO PROCEED TO TRIAL ON TRACK ONE**

Pursuant to the directive in the Court's October 15, 2021 Order (ECF No. 5128), the Direct Purchaser Plaintiff Class (DPPs), through their undersigned counsel, confirm and hereby submit notice that they intend to proceed on Track One[1] to try their antitrust and conspiracy claims against Defendants. DPPs reaffirm their intent and renew their request to proceed to trial as expeditiously as possible on their market manipulation claims.

DPPs concede any appellate issue on trying their claims without pursuing discovery into bid-rigging claims, beyond what was already contemplated in the existing schedule, ECF No. 4748 (including the depositions of the individuals and companies currently subject to the stay requested by the U.S. Department of Justice).

---

[1] DPPs intend "Track One" as used herein to be synonymous with the Court's reference in its order to the "first track." *See* Order, October 15, 2021 (ECF No. 5128), at 4.

563389.1

The Court has expressly reserved ruling on whether Plaintiffs may use evidence of bid rigging they already possess or that is publicly available, and DPPs reserve all rights to use at trial any such evidence. *See* Order at 4 n. 2.

Date: October 26, 2021

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (#6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com

Bruce L. Simon (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
tnolan@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

*Direct Purchaser Plaintiffs'*
*Interim Co-Lead Class Counsel*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
John Marrese (#6306516)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone: (312) 955-0545
Facsimile: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com

*Direct Purchaser Plaintiffs'*
*Interim Liaison Counsel*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certify that on October 26, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

                                                                s/ *W. Joseph Bruckner*
                                                                 W. Joseph Bruckner