# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In Re Broiler Chicken Antitrust Litigation*, Case No: 16-cv-08637 | |
| US FOODS, INC., <br><br>       Plaintiff, <br><br> v. <br><br> TYSON FOODS, INC., *et al.*, <br><br>       Defendants. | Case No. 18-cv-702 <br><br> Judge Thomas M. Durkin <br> Magistrate Judge Jeffrey T. Gilbert |

## JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff US Foods, Inc. ("US Foods") and Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Tyson) and Defendants Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, and Equity Group – Georgia Division LLC (collectively, "Keystone") have agreed to resolve US Foods' claims against Tyson and Keystone. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and jointly move the Court to dismiss Plaintiff's claims against Tyson and Keystone with prejudice. The parties shall bear their respective fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

Dated: October 27, 2021                                          Respectfully submitted,

                                                                 By: /s/ *Scott E. Gant*
                                                                 Scott E. Gant
                                                                 BOIES SCHILLER FLEXNER LLP
                                                                 1401 New York Ave. NW
                                                                 Washington, DC 20005

T: (202) 379-2727
sgant@bsfllp.com

*Counsel for US Foods, Inc.*


AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, and Equity Group – Georgia Division LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 27, 2021, they caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Scott E. Gant*

Scott E. Gant
