**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: *All Actions* | No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' MOTION TO AMEND UPCOMING DEADLINES IN
SCHEDULING ORDER NO. 16**

The Court's October 15, 2021 Order revisiting bifurcation (the "Order") recognized that "[a] new scheduling order will be developed" after Plaintiffs decide whether they wish to proceed to trial on Track 1. (Dkt. 5128 at 6.) Per the Order, Plaintiffs have until November 12 to decide. (*Id.*) However, under the current schedule, several fast-approaching deadlines are affected by the Order:

**November 17, 2021:** Parties' joint submission regarding authenticity and admissibility;

**December 7, 2021:** Deadline to depose Plaintiffs' merits experts; and

**December 17, 2021:** Defendants' affirmative and rebuttal expert reports.

(*See* Dkt. 4738.) Given that the above tasks require Defendants to know against whom they are litigating, Defendants request a slight modification to the above deadlines. Defendants want to

keep this case moving, but need sufficient time to confirm and understand the litigation landscape going forward, and to make any adjustments as necessary depending on Plaintiffs' stipulations.[1]

Defendants and Plaintiffs have already agreed to hold the authenticity and admissibility date in abeyance. With respect to the expert deadlines, Defendants seek a modest 60-day extension. This extension allows the dust to settle in terms of which Plaintiff intends to proceed on which Track; it also accounts for the holidays occurring in December while keeping the case moving. DAPs who have filed expert reports have agreed to a 30-day extension, and Defendants are continuing to negotiate with them as Defendants maintain more time is necessary (in part, to account for the holidays); Class Plaintiffs have refused to agree—or provide any response whatsoever—to Defendants' request, despite repeated attempts by Defendants to reach agreement.

In support of this Motion, Defendants state:

1. Per Scheduling Order No. 16, Class Plaintiffs and a subset of DAPs filed merits expert reports on August 31, 2021. The Court allowed Chick-fil-A—and dozens of other DAPs—to delay filing their merits reports until the Court resolved Chick-fil-A's motion to reconsider the bifurcation ruling.

2. Under the current schedule, as listed above, there are a number of fast-approaching deadlines regarding authenticity and admissibility of documents for trial, depositions of Plaintiffs' merits experts, and Defendants' own affirmative and rebuttal expert reports.

3. On October 15, 2021, the Court vacated its previous bifurcation ruling. That Order requires Plaintiffs who "wish[] to proceed to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging claims" (i.e., the "first track") to so stipulate by

---

[1] Defendants bring this Motion based on our good-faith interpretation of the Order. If the Court intended to supersede Scheduling Order No. 16 in its Order by stating that a new scheduling order will be issued, Defendants defer to the Court. Defendants understand that Plaintiffs do not agree that the Order intended to supersede the current schedule.

November 12, 2021. (Dkt. 5128 at 6.) The Order also states that that there will be a "new scheduling order" after November 12, 2021 "based on whether any plaintiff files such a stipulation." (*Id.*)

4. On October 25 and 26, 2021, Defendants met and conferred with Plaintiffs by phone and e-mail regarding Defendants' request for a stipulation to modify the current schedule in recognition of the Court's intention to set a new schedule and the uncertainty created by the Order. Defendants explained the difficulty of meeting the imminent deadlines without knowing which Plaintiffs are proceeding on Track 1. During the October 25 call, some Plaintiffs voiced an intent to proceed on Track 1, whereas others said they were waiting on client confirmation, and others said they had not reached a final decision. While it appears that some or all of the Plaintiffs who filed expert reports may elect to proceed on Track 1, the operative word is "appears"; it remains uncertain precisely which Plaintiffs intend to move forward on Track 1 and which do not.[2] This uncertainty will persist until November 12, so Defendants do not know which experts they need to depose at this time—or to which expert reports they will be responding.

5. Defendants therefore respectfully submit that extending the expert deadlines under Scheduling Order No. 16 by 60 days is the best way to promote efficient use of the parties' and the Court's resources. ***First***, this is a modest, and necessary, extension to ascertain who is on which track before responding to expert reports.[3] Put simply, Defendants need to know exactly ***who*** their experts are responding to right now. Otherwise, Defendants may spend countless hours and hundreds of thousands of dollars responding to expert reports that may be withdrawn,

---

[2] On October 26, DPPs and EUCPs filed stipulations of intent to proceed on Track 1. (*See* Dkt. 5150, 5151.)

[3] To be sure, responding to multiple expert reports is incredibly time-consuming and costly. For this reason, dozens of DAPs asked for—and received—an extension of their expert report deadline given their uncertainty about how the Court's resolution of Chick-fil-A's reconsideration motion might affect their expert reports. Defendants ask that they do not incur these significant costs until it is certain who is moving forward on Track 1.

significantly modified, or only joined by certain parties, or preparing for depositions that may never occur.

6. **Second**, the requested extension is modest, particularly given the significance of the Order and the volume of reports (currently) at issue. The DPPs have filed 251 pages of expert reports; the CIIIPs have filed 395 pages; and the EUCPs are at 696. Over 80 DAPs have filed three different expert reports, totaling over 518 pages. A modest 60-day extension would hardly be unusual given this significant volume, even had there not been a reversal of the Court's bifurcation ruling. Now, given the Order—and the implications for the parties to work out—Defendants respectfully submit there is reason for a minor extension.

7. **Third**, the extension of 60 days is consistent with the Order. As a preliminary matter, the Order contemplates a brand new schedule for all Tracks. As the Court acknowledged, "A new scheduling order will be developed based on whether any plaintiff files such a stipulation." (Dkt. 5128 at 6.) Given that the stipulations to be filed are required only by Plaintiffs who choose Track 1 (*id.*), it follows that the "new scheduling order" applies to the Track 1 Plaintiffs.

8. Defendants initially proposed that precise scenario: Plaintiffs take the time to figure out what track they are on; after that point, the parties meet and confer regarding a schedule that works for all, and propose it to the Court.

9. Plaintiffs rejected this proposal, stating that they did not read the Court's statement that "[a] new scheduling order will be developed based on whether any plaintiff files such a stipulation" as actually suggesting a new schedule be entered. For the reasons set out above, Defendants not only interpret this language as suggesting a slightly revised expert schedule makes sense—but agree that it does given the recent reversal of the Court's bifurcation order. In the spirit of compromise, Defendants thus proposed a modest 60-day extension in the alternative. DAPs

4

have agreed to a 30-day extension, which sets deadlines in early January, just after the holiday season. Negotiations with DAPs are ongoing. Class Plaintiffs, to date, have not provided a response, despite multiple attempts by Defendants to reach agreement.

10. A 60-day extension to Defendants' expert deadlines will not prejudice Plaintiffs. The Court's Order gave all Plaintiffs a consequential choice and appropriately afforded them time to consider their options. Their decisions, in turn, could significantly shift the scope and potential nature of this case. No trial date has been set, and there is much to work out—who is moving forward, on what claims, on what facts, and more. A short extension of 60 days allows the dust to settle, the parties to confer, and the case to continue moving forward. It also accounts for the holidays, which is important particularly when trying to coordinate across 22 Defendants and multiple experts. Defendants merely request time to understand who is joining Track 1 and to make any necessary adjustments when Plaintiffs have made their choice.

## **CONCLUSION**

Accordingly, Defendants request that this Court amend Scheduling Order No. 16 to:

a) hold the November 17, 2021 joint report regarding authenticity and admissibility in abeyance;

b) extend Defendants' deadline to depose Plaintiffs' experts from December 7, 2021 to February 7, 2022; and

c) extend Defendants' deadline to submit their affirmative and rebuttal expert reports from December 17, 2021 to February 15, 2022.

Dated:  October 27, 2021 Respectfully submitted,

*/s/ Daniel E. Laytin, P.C.*

Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

DEFENDANTS' ATTORNEYS

WEIL GOTSHAL & MANGES LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

VENABLE LLP

By: */s/ J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives (#6289952)
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

| | |
|---|---|
| ROSE LAW FIRM | MAYER BROWN LLP |
| By: /s/ *John W. Treece* | By: /s/ *Carmine R. Zarlenga* |
| John W. Treece (#3122889)<br>1135 West Montana Street<br>Chicago, IL 60614<br>Telephone: (312) 961-7808<br>jtreece@jwtreece.com | Carmine R. Zarlenga (#90784529)<br>William H. Stallings (admitted *pro hac vice*)<br>Stephen M. Medlock (admitted *pro hac vice*)<br>Oral D. Pottinger (admitted *pro hac vice*)<br>1999 K Street N.W.<br>Washington, DC 20006 |
| Amanda K. Wofford (admitted *pro hac vice*)<br>Bourgon Reynolds (admitted *pro hac vice*)<br>120 East Fourth Street<br>Little Rock, Arkansas 72201<br>Telephone: (501) 375-9131<br>Facsimile: (501) 375-1309<br>awofford@roselawfirm.com<br>breynolds@roselawfirm.com | Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>czarlenga@mayerbrown.com<br>wstallings@mayerbrown.com<br>smedlock@mayerbrown.com<br>opottinger@mayerbrown.com |
| *Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* | *Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms, a California Corporation* |

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack (#6284749)
Stephen J. Siegel (#6284749)
Christopher S. Moore (#6256418)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com
cmoore@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

LYNCH THOMPSON LLP

James L. Thompson (#6199621)
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 445-4623
Facsimile: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, LLC*

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison (#6275116)
Michael P. Mayer (#6272677)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
225 West Washington Street, Ste 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray (#6191802)
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank (#6304122)
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Georgia Division, LLC, and Equity Group Kentucky Division, LLC*

Case: 1:16-cv-08637 Document #: 5154 Filed: 10/27/21 Page 13 of 16 PageID #:309176

EVERSHEDS SUTHERLAND LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon (admitted *pro hac vice*)
Patricia A. Gorham (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan W. de Fouw (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
kaitlincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com

SMITH AMUNDSEN LLC

Ronald Balfour (#6307658)
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1816
rbalfour@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: (440) 249-0860
Facsimile: (866) 270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton (#621764)
Daniel M. Feeney (#6224893)
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: (312) 263-3700
Facsimile: (312) 263-3270
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW
Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: (310) 858-9500
dklar@dklarlaw.com

PAUL L. BINDER, ATTORNEY AT LAW
Paul L. Binder (admitted *pro hac vice*)
20780 Brandywine Drive
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

13

MANDELL MENKES LLC

By: /s/ *Brendan J. Healey*
Brendan J. Healey (#6243091)
One North Franklin, Ste 3600
Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

ALSTON & BIRD LLP

B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Max Marks (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com

SMITH, GILLIAM, WILLIAMS & MILES PA

R. Brent Hatcher, Jr. (admitted *pro hac vice*)
301 Green Street NW, Ste 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com

*Attorneys for Defendant Fieldale Farms Corporation*

DYKEMA GOSSETT PLLC

By: /s/ *Howard B. Iwrey*
Howard B. Iwrey (#P39625)
39577 Woodward Ave, Ste. 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0526
Facsimile: (248) 203-0763
hiwrey@dykema.com

Steven H. Gistenson (#6192212)
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Telephone: (312) 627-2267
Facsimile: (312) 876-1155
sgistenson@dykema.com

Cody D. Rockey (#6302863)
2723 South State Street, Ste. 400
Ann Arbor, MI 48104
Telephone: (734) 214-7655
Facsimile: (734) 214-7696
crockey@dykema.com

Dante A. Stella (#P60443)
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6693
Facsimile: (313) 568-6893
dstella@dykema.com

*Attorneys for Defendants Amick Farms, LLC, The Amick Company, Inc., Amick-OSI Broilers, LLC and Amick-OSI Processing, LLC*

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100 St. Louis, MO 63105
Telephone: (314) 259-4570
Facsimile: (314) 863-9388
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
Facsimile: (844) 325-6603
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Lara Flath*
Patrick Fitzgerald (#6307561)
Gail Lee (#6318334)
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

FREEBORN & PETERS LLP

By: /s/ *David J. Doyle*
David J. Doyle (#6224848)
Jill C. Anderson (#6228756)
Andrew C. Nordahl (#6226999)
Matthew T. Connelly (#6320465)
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6520
ddoyle@freeborn.com
janderson@freeborn.com
anordahl@freeborn.com
mconnelly@freeborn.com

*Attorneys for Utrecht-America Holdings, Inc., Rabo Agrifinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co. and Coöperatieve Rabobank U.A., New York Branch*

15

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

      */s/ Daniel E. Laytin, P.C.*
      Daniel E. Laytin, P.C.