UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Maplevale Farms, Inc., et al.
                           Plaintiff,

v.                                                Case No.: 1:16−cv−08637
                                                          Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 27, 2021:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: At first glance, Defendants' Motion to Amend Upcoming Deadlines in Scheduling Order No. 16 [5154] appears to the Court to request a reasonable and modest 60−day extension to the expert discovery schedule embodied in Scheduling Order No. 16 that is supported by good cause for the reasons stated in the Motion particularly given the upcoming end of year holidays. A 30−day extension of existing deadlines, to which some Plaintiffs apparently have said they will agree, would require Defendants to depose certain Plaintiffs' expert witnesses by the first week of January 2022 and to disclose their affirmative and rebuttal experts by mid−January 2022. Defendants' proposed extension moves those dates to early and mid−February 2022. But the Court readily acknowledges that it may not fully appreciate any opposition one or more groups of Plaintiffs may have to Defendants' Motion, and it will of course consider any written opposition to the Motion that might be filed. In that regard, Liaison Counsel for Direct Action Plaintiffs emailed the Court's courtroom deputy asking the Court to allow the parties time to confer about a proposed briefing schedule on Defendants' Motion, and the Court will accommodate that request. The Court will, however, now grant by agreement Defendants' request to hold in abeyance and defer until a date to be set in a future order the date for a joint submission as to the authenticity and admissibility of potential exhibits. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.