**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: *All End-User Consumer Plaintiff Actions* | Honorable Thomas M. Durkin |

**END-USER CONSUMER PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES, EXPENSES, AND
<u>CLASS REPRESENTATIVE AWARDS</u>**

End User Consumer Plaintiffs ("EUCPs") respectfully move this Court for entry of an Order for payment of attorneys' fees, expenses, and class representative awards, to be paid from the $181,000,000 common fund. In support of this Motion, EUCPs submit their Memorandum in Support of their Motion for Attorneys' Fees, Expenses, and Class Representative Awards.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of their Motion for Attorneys' Fees, Expenses, and Class Representative Awards, and the declarations and exhibits submitted therewith, EUCPs respectfully request that this Court issue an Order awarding: (1) $59,730,000 for interim attorneys' fees; (2) $8,750,000 for the reimbursement of reasonable expenses; and (3) incentive awards of $2,000 for each of the 25 class representatives (totaling $50,000).

DATED: October 27, 2021

By    /s/ Steve W. Berman
      Steve W. Berman

Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Interim Co- Lead Counsel for End-User Consumer Plaintiff Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 27, 2021, a true and correct copy of the foregoing was electronically filed via CM/ECF, which caused notice to be sent to all counsel of record.

    /s/ Steve W. Berman
    STEVE W. BERMAN