**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: *All End-User Consumer Plaintiff Actions* | Honorable Thomas M. Durkin |

**DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF END-USER CONSUMER PLAINTIFFS' MOTION OR ATTORNEY'S FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS SUBMITTED ON BEHALF OF <u>COHEN MILSTEIN SELLERS & TOLL PLLC</u>**

I, Brent W. Johnson, state under oath, as follows:

1. I am a partner at Cohen Milstein Sellers & Toll. I am admitted to this Court and am counsel for the End-User Consumer Indirect Purchaser Plaintiffs in the above-titled action. I submit this declaration in support of End User Consumer Plaintiffs' motion for an award of attorneys' fees, expenses, service awards, in connection with the services rendered, and costs and expenses incurred, in the above-captioned action (the "Action"). I make this declaration based on my personal knowledge and, if called as a witness, I could and would competently testify to the matters stated herein.

2. My firm and I serve as Co-Lead Counsel in this matter on behalf of plaintiff Kristin Davis, the proposed class representative for Florida; plaintiffs David Weidner and Leslie Weidner, the proposed class representatives for Kansas; Dina Morris, the proposed class representative for Maine; Kenneth Cote, the proposed class representative for Rhode Island; Ian Adams, the proposed class representative for Hawaii; Angela Ashby, the proposed class representative for Nebraska; and Stephen Holt, the proposed class representative for New York and Washington, D.C.

3. Attached hereto as **Exhibit 1** is my firm's total hours and lodestar, computed at current rates, for the period from inception of the case through June 30, 2021. The total number of hours spent by my firm during this time period was 23,250.90 hours with a corresponding current lodestar of $13,354,794.50.

4. This summary was prepared from contemporaneous, daily time records regularly prepared and maintained by the firm. The lodestar amount reflected in Exhibit 1 is for work performed by professional staff at my law firm for the benefit of the Class/Plaintiffs during the

aforementioned time period. In preparing this time I followed Lead Counsel's protocol for time keeping and assignments and have audited my time to comply with that protocol.

5. In connection with representing Plaintiffs in the Action, my firm did, among other tasks, the following: researched and drafted portions of the amended complaints; researched and drafted much of Plaintiffs' motion for class certification and reply; coordinated and consulted with two expert economists, Dr. David Sunding and Dr. Luis Cabral, on expert reports and testimony; negotiated discovery with defendants and third parties; reviewed and assessed documents produced in discovery; discussed and decided upon case strategy with co-counsel; attended court hearings and participated in oral argument; took, defended, and attended numerous depositions; regularly communicated with proposed class representatives, including regarding defendants' discovery requests and settlement negotiations; communicated and coordinated with defense counsel and counsel for other plaintiff groups regarding case management issues; and negotiated and drafted settlement agreements with settling defendants. The hourly rates for the attorneys and professional staff in my firm reflected in Exhibit 1 are the usual and customary hourly rates charged by my firm in similar complex litigation matters.

6. My firm has expended a total of $72,664.66 in unreimbursed costs and expenses in connection with the prosecution of the Action from inception of the case through and including September 30, 2021. These costs and expenses are set forth in the chart attached as **Exhibit 2** and reflected on the books and records of my firm. They were incurred on behalf of Plaintiffs by my firm and have not been reimbursed.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on October 18, 2021 in Washington, D.C.

/s/ *Brent W. Johnson*
Brent W. Johnson

# EXHIBIT 1

## COHEN MILSTEIN SELLERS & TOLL PLLC

**Reported Hours and Lodestar**
Inception through June 30, 2021

| Timekeeper | Professional Status | Hours | Current Rate | Total Lodestar |
|---|---|---|---|---|
| Kit A. Pierson | P | 63.40 | $1,045 | 66,253.00 |
| Richard A. Koffman | P | 159.90 | $950 | 151,905.00 |
| Manuel Dominguez | P | 30.60 | $890 | 27,234.00 |
| Benjamin D. Brown | P | 1,288.20 | $885 | 1,140,057.00 |
| Brent Johnson | P | 2,480.50 | $830 | 2,058,815.00 |
| Emmy Levens | P | 45.10 | $720 | 32,472.00 |
| Christopher J. Cormier | P | 453.50 | $710 | 321,985.00 |
| Daniel Silverman | P | 1,912.20 | $675 | 1,290,735.00 |
| Robert Braun | P | 14.70 | $645 | 9,481.50 |
| Matthew W. Ruan | OC | 137.20 | $765 | 104,958.00 |
| Robert Cobbs | A | 44.10 | $605 | 26,680.50 |
| Alison Deich | A | 2,686.30 | $585 | 1,571,485.50 |
| Sabira F. Khan | A | 489.80 | $505 | 247,349.00 |
| Zachary Glubiak | A | 935.40 | $480 | 448,992.00 |
| Louis Katz | A | 196.20 | $455 | 89,271.00 |
| Alicia Gutierrez | DC | 1,842.00 | $575 | 1,059,150.00 |

| | | | | |
|---|---|---|---|---|
| Joshua Prince | DC | 4,099.00 | $500 | 2,049,500.00 |
| John A. Bracken | SA | 2,539.70 | $470 | 1,193,659.00 |
| David Kirschner | SA | 13.50 | $470 | 6,345.00 |
| Chailendu Pegues | CA | 796.10 | $440 | 350,284.00 |
| Gena Tayman | CA | 1,833.50 | $390 | 715,065.00 |
| Brendan Schneiderman | SUM | 10.30 | $310 | 3,193.00 |
| Alex Noronha | SUM | 11.20 | $310 | 3,472.00 |
| Connor Hayes | SUM | 14.30 | $310 | 4,433.00 |
| Suzanne Clarke | I | 105.20 | $525 | 55,230.00 |
| Kashif Azam | PL | 12.50 | $325 | 4,062.50 |
| Erin Byrne | PL | 39.10 | $325 | 12,707.50 |
| Brooke A. Miller | PL | 54.80 | $325 | 17,810.00 |
| Nathaniel Dickstein | PL | 377.20 | $325 | 122,590.00 |
| Camille Chill | PL | 20.60 | $300 | 6,180.00 |
| Jay Clayton | PL | 544.80 | $300 | 163,440.00 |
| **Grand Total** | | **23,250.90** | | **$13,354,794.50** |

**Role Legend**

P    Partner
OC   Of Counsel
A    Associate
DC   Discovery Counsel
SA   Staff Attorney
CA   Contract Attorney
SUM  Summer Associate
I    Investigator
PL   Paralegal

# EXHIBIT 2

## COHEN MILSTEIN SELLERS & TOLL PLLC

**Expenses Incurred**
Inception through September 30, 2021

| Expense Category | Amount Incurred |
|---|---:|
| In-House Duplicating | 0.80 |
| Outside Duplicating | 508.56 |
| Long Distance Tele. (Internal) | 157.43 |
| Long Distance (Third Party) | 638.18 |
| Postage | 16.42 |
| Local Courier | 198.46 |
| Air Courier | 1,788.59 |
| Complaint Filing Fee | 1,049.00 |
| Process Server Fee | 6,836.00 |
| Other Court Fees | 300.00 |
| Transcripts/Deposition | 5,191.25 |
| Lexis | 2,030.98 |
| Other Online Research | 10,584.08 |
| Travel - Transportation | 19,224.74 |
| Travel - Tolls | 45.75 |
| Travel - Hotel | 11,110.28 |
| Travel - Taxis, Tips | 2,684.56 |
| Travel - Meals | 2,287.27 |
| Travel - Long Dist. Telephone | 9.94 |
| Travel - Miscellaneous | 107.59 |
| Travel - Parking Charges | 54.00 |
| Local Transportation | 197.38 |
| Professional Services | 490.00 |
| Witness Transportation | 1,684.62 |
| Witness Hotel | 2,650.45 |
| Witness Meals | 294.93 |
| Books/Magazines | 219.27 |
| Other Publications | 169.00 |
| Overtime Transportation | 75.64 |
| Overtime Meals | 63.41 |
| Business Meals | 1,484.12 |
| Bar Dues | 40.00 |

| Miscellaneous | 471.96 |
|---|---|
| **TOTAL EXPENSES** | **$72,664.66** |