# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| *This Document Relates To All Actions* | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANTS' AMENDED REPLY IN SUPPORT OF MOTION TO AMEND UPCOMING DEADLINES IN SCHEDULING ORDER NO. 16

The three briefs filed by three different Plaintiff groups responding to Defendants' motion perfectly illustrate why the relief Defendants seek—a 60-day extension of impending expert deadlines, subject to potential revision depending on what happens on November 12—is necessary. These groups do not represent all Plaintiffs, as others chose not to speak up on this scheduling issue. But even among just these three groups, each has a different view on the path forward, demonstrating the fractures among Plaintiffs and the uncertainty in this case at the current moment:

- Class Plaintiffs propose a 45-day extension, followed by corresponding extensions to all "Track 1" deadlines beyond that. (Dkt. 5173 ("Class Brief") at 8.)

- Certain DAPs previously agreed to a 45-day extension and indicate they no longer oppose the 60-day extension Defendants request, but they do not want any further changes to the expert schedule beyond that. (Dkt. 5171 ("Certain DAPs Brief") at 4.)

- DAP Associated Wholesale Grocers, Inc. ("AWG") does not oppose Defendants' requested extension to the current expert deadlines. But AWG asks that *all* expert deadlines be subject to revision after November 12, 2021 in the event it files a stipulation to join Track 1, since it has not yet filed its expert reports. (Dkt. 5172 ("AWG Brief") at 3.)

This uncertainty is precisely why Defendants propose a short extension of 60 days on the most near-term deadlines set by Scheduling Order No. 16. This would allow the dust to settle after stipulations are filed on November 12, and give all parties the chance to work together with the Court to determine a reasonable schedule once it is known exactly which Plaintiffs will be "Track 1" or "Track 2."

Plaintiffs' responses highlight several different issues that make this extension appropriate. ***First***, importantly, no party here actually opposes an extension of the expert deadlines. The parties have different visions for the exact scope of the relief—60 days vs. 45, whether it applies to all deadlines in Scheduling Order No. 16 or just the most pressing deadlines, etc.—but no one disputes that some extension should be granted. In fact, the parties were close to agreement on an extension before Plaintiffs backed out.[1] Defendants' proposed solution is the most logical one: a 60-day extension to the most-impending expert deadlines. December deadlines would move to February, to account for the weeks of uncertainty before it is settled which Plaintiffs are on Track 1 and to allow some breathing room due to the holidays, which are a very difficult time to schedule multi-party expert depositions.

Defendants need certainty on who their experts are responding to before expert deadlines can proceed. All Track 1 Plaintiffs should have their reports in before Defendants submit responsive reports. Class Plaintiffs note that Defendants haven't noticed expert depositions yet, but it is precisely because of this uncertainty that Defendants have not noticed up depositions—not the other way around. This 60-day shift is not an "unbounded delay" as Class Plaintiffs claim

---

[1] Negotiations broke down because Defendants pointed out that the extended expert deadlines would need to be contingent on Defendants already having Plaintiffs' expert reports (*see* Dkt. 5173-2, Class Brief Ex. A, Oct. 29, 2021 Email from J. Stupar.). Plaintiffs were unwilling to agree to this.

(Class Brief at 1), but rather it is a minor pause in the context of this massive 5-year-old litigation, which would not even necessarily impact the later-set deadlines.[2]

***Second***, there is clearly a dispute among Plaintiffs about which of them can be on Track 1. Certain DAPs, who style themselves the "Track 1 DAPs," claim that because they filed expert reports by August 31, 2021 they are the Plaintiffs entitled to proceed on Track 1. (*See* Certain DAPs Brief at 1; Class Brief at 1–2.) Class Plaintiffs also claim *they* are proper Track 1 Plaintiffs because they filed expert reports, although they do admit there is currently "scheduling uncertainty" for "a subset of DAP cases . . . where the DAP in question did not file merits expert reports by August 31 but may now attempt to proceed on Track 1." (Class Brief at 1–3.) Meanwhile, AWG reads the Court's order as allowing any Plaintiff who wishes to join Track 1 to do so, regardless of whether it already filed its expert reports. (*See* AWG Brief at 1–2.)

DAPs' representations regarding who is in Track 1 have been conflicting and ever-changing. During an October 25 meet and confer among the parties, liaison counsel for DAPs and counsel for Certain DAPs represented that *only* DAPs who had filed expert reports were planning to join Track 1. It was in reliance on this representation that Defendants initially proposed a 60-day extension. But then AWG indicated that it may join Track 1, and counsel for AWG has represented that other DAPs who have not filed expert reports are now considering joining Track 1.

---

[2] Class Plaintiffs claim that Defendants' proposal prejudices them by not extending the deadlines for Plaintiffs' rebuttal reports. (Class Brief at 4–5.) However, Defendants originally sought Plaintiffs' agreement to lift *all* future deadlines in Scheduling Order No. 16, including Plaintiffs', until a new order could be entered after November 12. Plaintiffs refused this offer and indicated that only the near-term deadlines should be affected by the bifurcation reconsideration order. That is why Defendants have focused their current proposal on only the nearest deadlines, and have not sought to adjust later dates.

This debate of who will be on Track 1, while necessary to resolve at some point, is both premature and not the subject of this motion. All Plaintiffs have until November 12 to file their stipulations indicating whether they plan to proceed on Track 1 or Track 2. And these three Plaintiff groups' responses prove the point: more time is necessary to figure out who is on Track 1. That some Plaintiffs do not want others to join is beside the point. That Certain DAPs think if others join it might delay the case (by a few months—hardly significant in the grand scheme of this case) is also a side issue. The question is whether, given the temporary uncertainty the Court's reconsideration order caused, a 60-day extension is appropriate.

It is. Plaintiffs' responses show exactly why: there are significant debates that need to be resolved. Plaintiffs need to elect into a track by November 12, then the Court needs to decide who is "in" and who is "out." DAPs do not get to make that call, nor do the Class Plaintiffs or Defendants. It will be based on what this Court allows. Defendants merely seek time for the parties and the Court see what happens with the November 12 submissions and figure out an efficient path forward.

*Third*, because some Plaintiffs who have not yet filed expert reports may seek to join Track 1—as at least AWG is considering—the Court may need to revisit deadlines again after November 12. Indeed, the Court's October 15 order contemplated this: "A new scheduling order will be developed based on whether any plaintiff files such a stipulation." (Dkt. 5128 at 6.) If DAPs like AWG who have not filed expert reports seek to join Track 1 and the Court permits them to do so, those Plaintiffs will need time to file their reports, and Defendants will need time to review and respond to their reports. Those deadlines cannot be known until after November 12 has passed and this Court has determined which Plaintiffs are properly part of Track 1.

Certain DAPs propose that there be no changes to the current schedule (beyond the short extension of the December deadlines) even if Plaintiffs who have not filed expert reports opt into Track 1. (Certain DAPs Brief at 3.) But their plan would essentially create three tracks: (1) those that filed expert reports who give up bid rigging claims; (2) those that did not file expert reports but who give up bid rigging claims; and (iii) everyone else. Under that scenario, Defendants would need to serve expert reports soon that are responsive to some but not all Plaintiffs; then shortly thereafter respond to other Plaintiffs who give up bid rigging claims; then later respond to reports from the Plaintiffs pursuing bid rigging claims. This would mean three rounds of expert reports, many of which would cover overlapping issues, while the later Plaintiffs sit on the sidelines and learn. That is not what Defendants understood the Court contemplated in its order, and it is neither fair to Defendants nor conducive to efficient resolution of this case.

## CONCLUSION

Defendants have requested only a minor modification to the current schedule, and none of the Plaintiffs actually dispute some extension is needed. Plaintiffs' submissions are instead focused on a totally different issue: who should be in Track 1. That issue may very well need to be briefed, but not as part of this motion. The only issue this Court must decide for now is whether to grant a short extension on the expert deadlines that are quickly approaching next month. This extension is necessary to allow time for the Court to review the November 12 stipulations, determine who is properly on Track 1 vs. Track 2, and set an efficient schedule for the case moving forward. Accordingly, Defendants request that this Court amend Scheduling Order No. 16 to extend Defendants' deadline to depose Plaintiffs' experts from December 7, 2021 to February 7, 2022, and extend Defendants' deadline to submit their affirmative and rebuttal expert reports from December 17, 2021 to February 15, 2022.

Dated: November 9, 2021 	 Respectfully submitted,

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

DEFENDANTS' ATTORNEYS

WEIL GOTSHAL & MANGES LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

VENABLE LLP

By: */s/ J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives (#6289952)
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

| ROSE LAW FIRM | MAYER BROWN LLP |
|---|---|
| By: /s/ *John W. Treece* | By: /s/ *Carmine R. Zarlenga* |
| John W. Treece (#3122889) | Carmine R. Zarlenga (#90784529) |
| 1135 West Montana Street | William H. Stallings (admitted *pro hac vice*) |
| Chicago, IL 60614 | Stephen M. Medlock (admitted *pro hac vice*) |
| Telephone: (312) 961-7808 | Oral D. Pottinger (admitted *pro hac vice*) |
| jtreece@jwtreece.com | 1999 K Street N.W. |
| | Washington, DC 20006 |
| Amanda K. Wofford (admitted *pro hac vice*) | Telephone: (202) 263-3000 |
| Bourgon Reynolds (admitted *pro hac vice*) | Facsimile: (202) 263-3300 |
| 120 East Fourth Street | czarlenga@mayerbrown.com |
| Little Rock, Arkansas 72201 | wstallings@mayerbrown.com |
| Telephone: (501) 375-9131 | smedlock@mayerbrown.com |
| Facsimile: (501) 375-1309 | opottinger@mayerbrown.com |
| awofford@roselawfirm.com | |
| breynolds@roselawfirm.com | *Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms, a California Corporation* |
| *Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* | |

| | |
|---|---|
| NOVACK AND MACEY LLP | KIRKLAND & ELLIS LLP |
| By: /s/ *Stephen Novack* | By: /s/ *Daniel E. Laytin, P.C.* |
| Stephen Novack (#6284749) | Daniel E. Laytin, P.C. (#6257119) |
| Stephen J. Siegel (#6284749) | Christa C. Cottrell, P.C. (#6284749) |
| Christopher S. Moore (#6256418) | 300 North LaSalle Street |
| 100 North Riverside Plaza | Chicago, IL 60654 |
| Chicago, IL 60606 | Telephone: (312) 862-2000 |
| Telephone: (312) 419-6900 | Facsimile: (312) 862-2200 |
| Facsimile: (312) 419-6928 | dlaytin@kirkland.com |
| snovack@novackmacey.com | ccottrell@kirkland.com |
| ssiegel@novackmacey.com | |
| cmoore@novackmacey.com | *Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants* |
| *Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.* | |
| VEDDER PRICE P.C. | PROSKAUER ROSE LLP |
| By: /s/ *Gregory G. Wrobel* | By: /s/ *Christopher E. Ondeck* |
| Gregory G. Wrobel (#3122900) | Christopher E. Ondeck (admitted *pro hac vice*) |
| 222 N. LaSalle Street | Stephen R. Chuk (admitted *pro hac vice*) |
| Chicago, IL 60601 | 1001 Pennsylvania Ave., NW, Ste 600 South |
| Telephone: (312) 609-7722 | Washington, DC 20004 |
| Facsimile: (312) 609-5005 | Telephone: (202) 416-6800 |
| gwrobel@vedderprice.com | Facsimile: (202) 416-6899 |
| | condeck@proskauer.com |
| JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC | schuk@proskauer.com |
| | *Attorneys for Defendant Wayne Farms LLC* |
| Henry W. Jones, Jr. (admitted *pro hac vice*) | |
| 1951 Clark Avenue | |
| Raleigh, NC 27605 | |
| Telephone: (919) 828-2501 | |
| Facsimile: (919) 834-8447 | |
| hjones@jordanprice.com | |
| *Attorneys for Defendant House of Raeford Farms, Inc.* | |

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

LYNCH THOMPSON LLP

James L. Thompson (#6199621)
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 445-4623
Facsimile: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, LLC*

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison (#6275116)
Michael P. Mayer (#6272677)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
225 West Washington Street, Ste 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray (#6191802)
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank (#6304122)
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Georgia Division, LLC, and Equity Group Kentucky Division, LLC*

12

EVERSHEDS SUTHERLAND LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon (admitted *pro hac vice*)
Patricia A. Gorham (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan W. de Fouw (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
kaitlincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com

SMITH AMUNDSEN LLC

Ronald Balfour (#6307658)
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1816
rbalfour@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: (440) 249-0860
Facsimile: (866) 270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton (#621764)
Daniel M. Feeney (#6224893)
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: (312) 263-3700
Facsimile: (312) 263-3270
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW
Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: (310) 858-9500
dklar@dklarlaw.com

PAUL L. BINDER, ATTORNEY AT LAW
Paul L. Binder (admitted *pro hac vice*)
20780 Brandywine Drive
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

MANDELL MENKES LLC

By: /s/ *Brendan J. Healey*
Brendan J. Healey (#6243091)
One North Franklin, Ste 3600
Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

ALSTON & BIRD LLP

B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Max Marks (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com

SMITH, GILLIAM, WILLIAMS & MILES PA

R. Brent Hatcher, Jr. (admitted *pro hac vice*)
301 Green Street NW, Ste 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com

*Attorneys for Defendant Fieldale Farms Corporation*

DYKEMA GOSSETT PLLC

By: /s/ *Howard B. Iwrey*
Howard B. Iwrey (#P39625)
39577 Woodward Ave, Ste. 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0526
Facsimile: (248) 203-0763
hiwrey@dykema.com

Steven H. Gistenson (#6192212)
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Telephone: (312) 627-2267
Facsimile: (312) 876-1155
sgistenson@dykema.com

Cody D. Rockey (#6302863)
2723 South State Street, Ste. 400
Ann Arbor, MI 48104
Telephone: (734) 214-7655
Facsimile: (734) 214-7696
crockey@dykema.com

Dante A. Stella (#P60443)
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6693
Facsimile: (313) 568-6893
dstella@dykema.com

*Attorneys for Defendants Amick Farms, LLC, The Amick Company, Inc., Amick-OSI Broilers, LLC and Amick-OSI Processing, LLC*

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100 St.
Louis, MO 63105
Telephone: (314) 259-4570
Facsimile: (314) 863-9388
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS &
HELSINGER LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST
ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
Facsimile: (844) 325-6603
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: /s/ *Lara Flath*
Patrick Fitzgerald (#6307561)
Gail Lee (#6318334)
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

FREEBORN & PETERS LLP

By: /s/ *David J. Doyle*
David J. Doyle (#6224848)
Jill C. Anderson (#6228756)
Andrew C. Nordahl (#6226999)
Matthew T. Connelly (#6320465)
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6520
ddoyle@freeborn.com
janderson@freeborn.com
anordahl@freeborn.com
mconnelly@freeborn.com

*Attorneys for Utrecht-America Holdings, Inc., Rabo Agrifinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co. and Coöperatieve Rabobank U.A., New York Branch*

15

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

                                                       */s/ Daniel E. Laytin, P.C.*
                                                        Daniel E. Laytin, P.C.