# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Maplevale Farms, Inc., et al.

Plaintiff,

v.                                                    Case No.: 1:16−cv−08637
                                                      Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 10, 2021:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion to Amend Upcoming Deadlines in Scheduling Order No. 16 [5154] is granted in part. Scheduling Order No. 16 [4748] is amended as follows: Defendants' deadline to depose Plaintiffs' experts is extended from 12/7/21 to 1/21/22, and Defendants' deadline to submit their affirmative and rebuttal expert reports is extended from 12/17/21 to 1/31/22. This is a 45−day extension to these previously set deadlines. The Court agrees with Defendants that there is good cause for an extension of these deadlines given the current posture of the case, and these extensions are, in the Court's view, reasonable and necessary at this time. Among other things, stipulations by those Plaintiffs who "wish[ ] to proceed to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging claims" (a so−called "Track 1") are due by 11/12/21. [5128], at 6. Some Plaintiffs already have filed such stipulations and others may yet do so. That may or may not require further modification of the case schedule, as the dates in Scheduling Order No. 16 [4748] were set before Judge Durkin issued his 10/15/21 Order [5128] concerning bifurcation. Judge Durkin recognized in his Order [5128] that "[a] new scheduling order will be developed based on whether any plaintiff files... a stipulation [contemplated by that Order]." [5128], at 6. The extent of any additional modifications to the existing schedule that will be necessary is unclear as of now, and will depend on many factors, including without limitation whether DAPs who now opt to join Track 1 will adopt the expert reports of Plaintiffs that already have made Rule 26(a)(2) disclosures or will want to make additional Rule 26(a)(2) disclosures. The Court's Order today provides time for the parties and the Court to consider scheduling issues in an orderly fashion and without unnecessary stress caused by existing deadlines set earlier in this case. For the avoidance of doubt, all other dates set in Scheduling Order No. 16 [4748] remain in place as of now. The parties shall file by 11/23/21 a joint report that contains their respective positions on whether further modifications to Scheduling Order No. 16 [4178] are necessary and, if so, what those modifications should be, whether there is agreement on a new Scheduling Order No. 17, and whether any issues need to be briefed further. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.