## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case No. 1:16-cv-08637 |
| This document relates to: All Actions | Honorable Thomas M. Durkin<br>Honorable Jeffrey T. Gilbert |

### PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S
### NOTICE AND STIPULATION TO PROCEED TO TRIAL

Pursuant to the Court's October 15, 2021 Order, Direct Action Plaintiff Associated Wholesale Grocers, Inc. ("AWG") hereby stipulates that it wishes to proceed to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging claims and concedes any appellate issue on trying these claims without bid rigging discovery.

AWG notes that the existing schedule, ECF No. 4748, includes the depositions of individuals and companies on supply reduction and Georgia Dock topics, which are currently stayed at the request of the U.S. Department of Justice. AWG believes that this non-bid rigging discovery should go forward as soon the Court lifts the current stay, prior to the first track[1] trial.

AWG also notes that the Court stated that "The Court's prohibition on discovery into bid rigging during the first track should not be construed as a ruling on whether Plaintiffs may use evidence of bid rigging they already possess or that is publicly available in a trial on the supply reduction and Georgia Dock conspiracies." ECF No. 5128, Oct. 15, 2021 Order, at 4 n.2. AWG believes that the first track Plaintiffs should be allowed to use such evidence at trial.

---

[1] "First track" as used in this Notice and Stipulation has the same meaning as "first track" as that term was used by the Court in its October 15, 2021 Order at pp. 4-5. (ECF No. 5128.)

80672119.3

Dated: November 11, 2021

        Respectfully submitted,

        */s/ Daniel D. Owen*
AMY D. FITTS     IL Bar No. 629248
DANIEL D. OWEN     MO Bar No. 41514
*Pro Hac Vice*
GUILLERMO G. ZOROGASTUA   MO Bar No. 59643
*Pro Hac Vice*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: afitts@polsinelli.com
Email: dowen@polsinelli.com
Email: gzorogastua@polsinelli.com

RODNEY L. LEWIS     IL Bar No. 6288353
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
Email: rodneylewis@polsinelli.com

*ATTORNEYS FOR PLAINTIFF*
*ASSOCIATED WHOLESALE GROCERS, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 11, 2021, I electronically filed the foregoing PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE AND STIPULATION TO PROCEED TO TRIAL using the Court's CM/ECF system, thereby effectuating service upon all counsel of record via electronic means.

    */s/ Daniel D. Owen*
Attorney for Plaintiff
Associated Wholesale Grocers, Inc.