# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Civil Action No. 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO: | **THE *AFFILIATED FOODS* PLAINTIFFS' STATEMENT REGARDING THE COURT'S ORDER OF OCTOBER 15, 2021 (ECF NO. 5128** |
| *Affiliated Foods, Inc., et al. v. Claxton Poultry Farms, Inc., et al.*, Case No. 1:17-cv-8850; | |
| *Action Meat Distributors, Inc. et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No: 1:18-cv-03471; | |
| *Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:18-cv-05341; | |
| *W. Lee Flowers, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:18-cv-5345; | |
| *Associated Grocers, Inc. et al. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-00638; | |
| *Giant Eagle, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:19: cv-02758; | |
| *The Golub Corporation et al. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-06955; | |
| *Brookshire Brothers, Inc. et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:20-cv-06123; | |
| *Columbia Meats, Inc. et al. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, et al.*, Case No. 1:21-cv-02847; and | |

1

*Springfield Grocer Company et al. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, et al.*, Case No. 21-cv-02963.

Pursuant to the Court's Order of October 15, 2021 (ECF No. 5128) and subject to the discussion at the August 25, 2021, hearing before Judge Gilbert at pages 30-31, the Direct Action Plaintiffs identified below hereby elect "to proceed to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging claims:"

Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.

Dated: November 12, 2021     Respectfully submitted,

                        */s/ Eric R. Lifvendahl*
                        Eric R. Lifvendahl
                        Ryan F. Manion
                        **L&G LAW GROUP**
                        175 W. Jackson Blvd., Suite 950
                        Chicago, Illinois 60604
                        Telephone: (312) 364-2500
                        Email: elifvendahl@lgcounsel.com
                        Email: rmanion@lgcounsel.com

/s/ Robert N. Kaplan
Robert N. Kaplan
Gregory K. Arenson
Jeffrey P. Campisi
Matthew P. McCahill
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: jcampisi@kaplanfox.com
Email: mmccahill@kaplanfox.com

/s/ Richard L. Coffman
Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama St., Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

/s/ Solomon B. Cera
Solomon B. Cera
**CERA LLP**
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Email: scera@cerallp.com
C. Andrew Dirksen
**CERA LLP**
800 Boylston St., 16th Floor
Boston, Mass. 02199
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

3

/s/ Elizabeth H. Black
Manton M. Grier
Elizabeth H. Black
Mary C. Eldridge
**HAYNSWORTH SINKLER BOYD P.A.**
1201 Main Street 22nd Floor
Columbia, South Carolina 29201-3226
Telephone: (803) 540-7753
Email: mgrier@hsblawfirm.com
Email: eblack@hsblawfirm.com
Email: meldridge@hsblawfirm.com

-and-

Jay W. Matthews, III
1 North Main Street, 2nd Floor
Greenville, South Carolina 29601
Telephone: (864) 240-3200
Email: jmatthews@hsblawfirm.com

/s/ Bernard D. Marcus
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
Rachel A. Beckman
**MARCUS & SHAPIRA LLP**
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: hill@marcus-shapira.com
Email: allen@marcus-shapira.com
Email: beckman@marcus-shapira.com

*Counsel for Above-Identified Direct Action Plaintiffs*