**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | No. 1:16-cv-08637 TMD<br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' NOTICE AND STIPULATION OF INTENT TO PROCEED TO TRIAL ON TRACK ONE**

The Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") stipulate to proceeding to trial on their antitrust claims, which arise from allegations of a broad price-fixing conspiracy that encompassed several forms of anticompetitive conduct including bid rigging, on TRACK ONE as described by the Court in its October 15, 2021, Order. (ECF No. 5128 at 4-5); *see also* Commercial and Institutional Indirect Purchaser Plaintiffs' Seventh Amended Consolidated Class Action Complaint, (ECF No. 3929 at ¶ 1) (describing alleged conspiracy). CIIPPs reserve all rights to present evidence of bid rigging already in their possession, or any such evidence that may become available via other means, at trial.

Dated: November 12, 2021

Respectfully Submitted:

| | |
|---|---|
| */s/ Daniel E. Gustafson*<br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Joshua R. Rissman | */s/ Adam J. Zapala*<br>Adam J. Zapala<br>Tamarah P. Prevost<br>James G. Dallal<br>**COTCHETT, PITRE & McCARTHY, LLP** |

1

Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
tprevost@cpmlegal.com
jdallal@cpmlegal.com

*Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*

Kenneth A. Wexler
Melinda J. Morales
**WEXLER BOLEY & ELGERSMA LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wbe-llp.com
mjm@wbe-llp.com

*Liaison Counsel for the Commercial and Institutional Indirect Purchaser Plaintiff Class*