# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case No. 1:16-cv-08637 |
| This document relates to:<br><br>All Actions | Honorable Thomas M. Durkin<br>Honorable Jeffrey T. Gilbert |

## WINN-DIXIE PLAINTIFFS' NOTICE AND
## STIPULATION TO PROCEED TO TRIAL ON TRACK 1

Pursuant to the Court's October 15, 2021 Order, Direct Action Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding LLC hereby stipulate that they wish to proceed to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging claims and concede any appellate issue on trying these claims without bid rigging discovery, beyond what was already contemplated in the existing schedule. See ECF #4557 (Stay Order); ECF ## 4575, 4579, 4585, 4621 (pending motions for protective order filed by Jayson Penn, Mar-Jac, Case Foods, and Tim Stiller).

The Winn-Dixie Plaintiffs' note that the Court stated that "The Court's prohibition on discovery into bid rigging during the first track should not be construed as a ruling on whether Plaintiffs may use evidence of bid rigging they already possess or that is publicly available in a trial on the supply reduction and Georgia Dock conspiracies." ECF No. 5128, Oct. 15, 2021 Order, at 4 n.2. The Winn-Dixie Plaintiffs reserve all rights to seek to introduce pursuant to Rule 404(b) or otherwise any available evidence at a Track 1 trial.

In addition, this stipulation does not affect in any way the relief requested in ECF #4637, which remains appropriate for those Plaintiffs that have already served expert reports and that elect to proceed to trial on supply reduction and Georgia Dock.

With the above understandings, the Winn-Dixie Plaintiffs concede and stipulate any appellate issue on trying these claims without further bid rigging discovery, in accordance with the Court's Order (ECF #5128 at 5-6).

Dated: November 12, 2021

Respectfully submitted,

Patrick J. Ahern
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, Illinois 60603
(312) 404-3760
Patrick.ahern@ahernandassociatespc.com

*ATTORNEYS FOR PLAINTIFFS WINN-DIXIE STORES, INC. AND BI-LO HOLDING, LLC*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 12, 2021, I electronically filed the foregoing WINN-DIXIE PLAINTIFFS' NOTICE AND STIPULATION TO PROCEED TO TRIAL ON TRACK 1 using the Court's CM/ECF system, thereby effectuating service upon all counsel of record via electronic means.

                                            */s/ Patrick J. Ahern*
                                            Attorney for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding LLC