**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: Commercial and Institutional Indirect Purchaser Plaintiff Actions | Case No. 1:16-cv-08637 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.17, Plaintiff Fargo Stopping Center LLC and the Commercial and Institutional Indirect Purchasers Plaintiffs (CIIPPS) hereby moves to withdraw the appearance of Timothy E. Jackson of Wallace Legal Group LLC. Kenneth A. Wexler, Kara A. Elgersma, and Melinda J. Morales of Wexler Boley Elgersma LLP will continue to act as counsel for Fargo Stopping Center LLC and the Commercial Indirect Purchasers Plaintiffs (CIIPPS).

Dated: November 15, 2021      By:   /s/ Timothy E. Jackson
                                     Timothy E. Jackson
                                     Wallace Legal Group LLC
                                     111 W Jackson Blvd. Suite 1700
                                     Chicago, IL 60604
                                     T 708.320.0165
                                     F 312.275.8174
                                     E. tej@wallacelegalgroupllc.com

                                     *Counsel for Plaintiffs*