## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin |

## MOTION FOR LEAVE TO WITHDRAW
## APPEARANCE OF CHRISTOPHER S. MOORE

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendants Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, and Koch Meat Co., Inc. (collectively, "Koch" or "the Koch Defendants") hereby respectfully move this court for leave to withdraw the appearance of Christopher S. Moore as one of their attorneys of record in this matter. In support, Koch states as follows:

1.      On October 4, 2016, Moore's appearance was entered as one of Koch's attorneys in this matter (Dkt. No. 78).

2.      Moore will be leaving Novack and Macey LLP in the near future to practice law at a different firm.

3.      Koch's interests will not be harmed by Moore's withdrawal, as other attorneys at Novack and Macey LLP – including Stephen Novack, Stephen J. Siegel, Andrew D. Campbell, Elizabeth C. Wolicki, Brian E. Cohen and Julie Johnston-Ahlen -- will continue to serve as Koch's counsel of record.

4.      The relief sought herein will not unduly delay these proceedings or otherwise be inequitable.

WHEREFORE, Koch respectfully requests that the Court: (a) grant leave to withdraw the appearance of Christopher S. Moore as their counsel of record for Koch; and (b) grant any such other and further relief as is appropriate.

Respectfully submitted,

THE KOCH DEFENDANTS


By: <u>   */s/ Christopher S. Moore*       </u>
           (One of their attorneys)

Stephen Novack (snovack@novackmacey.com)
Stephen J. Siegel (ssiegel@novackmacey.com)
Christopher S. Moore (cmoore@novackmacey.com)
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

## <u>CERTIFICATE OF SERVICE</u>

Christopher S. Moore, an attorney, hereby certifies that, on November 23, 2021, he caused a true and correct copy of the foregoing **Motion for Leave to Withdraw Appearance for Christopher S. Moore** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system.

*/s/ Christopher S. Moore*