# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>    All Commercial and Institutional Indirect Purchaser Actions | Case No. 1:16-cv-08637 |

## NOTICE OF MOTION AND COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN FOR FIRST ROUND SETTLEMENTS

PLEASE TAKE NOTICE that Commercial and Institutional Indirect Purchaser Plaintiffs (CIIPPs) hereby move the Court for an order directing notice to the settlement classes for the preliminarily approved settlements with the Fieldale, Amick, Peco, George's, Tyson, Pilgrim's Pride, and Mar-Jac Defendants. The motion is based on this notice of motion and motion, the concurrently filed Memorandum of Law in support, the accompanying Declaration of Eric Schachter and the exhibits and documents attached thereto, including the notice plan and proposed forms of notice, and all other evidence and arguments presented and to be presented in the briefing and at the hearing on this motion.

Pursuant to this Court's General Order 21-0027 (Aug. 3, 2021), the undersigned counsel will not request in-person presentment of the motion. In the event the Court would like a hearing, CIIPPs' counsel confirms its availability for a hearing by electronic means or otherwise, according to the Court's preference.

Dated: November 24, 2021            Respectfully Submitted:

/s/ *Daniel C. Hedlund*                /s/ *Adam J. Zapala*
Daniel C. Hedlund                      Adam J. Zapala

| | |
|---|---|
| Michelle J. Looby<br>Joshua R. Rissman<br>Brittany N. Resch<br>**GUSTAFSON GLUEK PLLC**<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844 | James G. Dallal<br>Tamarah P. Prevost<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000 |

*Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*

Kenneth A. Wexler
Melinda J. Morales
**WEXLER BOLEY & ELGERSMA, LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222

*Liaison Counsel for the Commercial and Institutional Indirect Purchaser Plaintiff Class*