UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>Commercial and Institutional Indirect Purchaser Actions | Case No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin |

**DECLARATION OF ERIC SCHACHTER IN SUPPORT OF
MOTION FOR APPROVAL OF CLASS NOTICE PLAN**

I, Eric Schachter, hereby declare as follows:

1. I am a Vice President of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. A.B. Data has been retained by the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") to act as Settlement Administrator in this case after a competitive bidding process in which we were asked to submit more than one proposal. I am fully familiar with the facts contained herein based upon my personal knowledge.

2. I have personally implemented and coordinated some of the largest and most complex class action notice and administration programs in the country. The scope of my work includes notification, claims processing, and distribution programs in all types of class actions and related matters.

3. A.B. Data has been appointed as notice, claims, and/or settlement administrator in hundreds of large consumer, antitrust, securities, ERISA, insurance, and government agency matters. A profile of A.B. Data's background and capabilities is included as **Exhibit A**.

4. A.B. Data's team has specific experience in acting as Notice and/or Settlement Administrator in high-profile antitrust class actions, examples of which are listed below.

| Case | Settlement Amount |
|---|---|
| *Sullivan et al. v. Barclays plc, et al.* (Euribor Settlement), No. 13-cv-2811 (PKC) (S.D.N.Y.) | $491,500,000 |
| *In re GSE Bonds Antitrust Litigation*, No. 1:19-cv-01704 (JSR) (S.D.N.Y) | $387,000,000 |
| *Kleen Products LLC, et al. v. International Paper Company, et al.*, No. No. 1:10-cv-05711 (N.D. Ill.) | $354,000,000 |
| *In re EpiPen Marketing, Sales Practices and Antitrust Litigation*, No. 17-md-02785 (D. Kan.) | $345,000,000 |
| *Laydon v. Mizuho Bank, Ltd., et al.*, No. 12-cv-3419 (S.D.N.Y) (Euroyen Settlements) | $307,000,000 |
| *In re LIBOR-based Financial Instruments Antitrust Litigation* (Exchange-Based Action), No. 11-md-2262 (NRB) (S.D.N.Y) | $181,875,000 |
| *In re Polyurethane Foam Antitrust Litigation*, No. 1:10-md-02196-JZ (N.D. Ohio) | $151,250,000 |
| *Vista Healthplan, Inc., et al. v. Cephalon, Inc., et al.* (Provigil), No. 06-cv-01833 (E.D. Pa.) | $134,877,600 |
| *The Hospital Authority of Metropolitan Government of Nashville and Davidson County v. Momenta Pharmaceuticals, Inc.* (Lovenox), No. 15-cv-01100 (M.D. Tenn) | $120,000,000 |
| *In re Capacitors Antitrust Litigation – All Indirect Purchaser Actions*, No. 3:14-cv-03264-JD (N.D. Cal.) | $80,500,000 |
| *In re Aggrenox Antitrust Litigation*, No. 3:14-md-02516-SRU (D. Conn.) | $54,000,000 |
| *In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation*, No. 1:14-md-2503-DJC (D. Mass.) | $43,000,000 |
| *In re London Silver Fixing, Ltd., Antitrust Litigation*, No. 14-MD-02573 | $38,000,000 |
| *In re Resistors Antitrust Litigation – All Indirect Purchaser Actions*, No. 3:15-cv-03820-JD (N.D. Cal.) | $33,400,000 |
| *In re Pork Antitrust Litigation – Direct Purchaser Action*, No. 0:18-cv-01776 (D. Minn.) | $24,500,000 |
| *In re Pork Antitrust Litigation – Indirect Purchaser Action*, No. 0:18-cv-01776 (D. Minn.) | $20,000,000 |

5. At the request of Interim Co-Class Counsel, A.B. Data has prepared a notice and administration plan for Settlements reached in this litigation. This Declaration will specifically describe the recommended, proposed notice plan, attached as **Exhibit B** (the "Notice Plan"), and how it will meet the requirements of Federal Rule of Civil Procedure ("Rule") 23 and due process to the Settlement Class Members.

## NOTICE PLAN

6. The objective of the Notice Plan is to provide notice of the proposed Settlements to potential Settlement Class Members.

7. The Notice Plan includes direct notice via First-Class Mail and email, digital and print paid media advertisements in food-industry publications and websites, targeted digital advertising, and earned media via a national press release.

8. Direct notice via First-Class Mail and email will be effectuated primarily via a Long-Form Notice, attached hereto as **Exhibit C**, and a Claim Form, attached hereto as **Exhibit D** (together with the Long-Form Notice, the "Notice Packet"). A Short-Form Notice, attached hereto as **Exhibit E**, will be utilized primarily in paid and earned media where applicable. These notices will include summary information concerning the litigation and the proposed Settlements in plain and engaging language, including: that this is a class action; the Settlement Class definitions; that the Settlement Class alleges antitrust claims; that Settlement Class Members may appear through an attorney; that Settlement Class Members can request exclusion or submit an objection to the proposed Settlements; the time and manner for requesting exclusion or submitting an objection; and the binding effect of a class judgment. In addition to the foregoing, the Plan of Allocation, also described in the Long-Form Notice, is set forth in detail in **Exhibit F**. The Plan of Allocation document will be posted on the settlement website.

## DIRECT NOTICE

9. The Notice Packet will be mailed and/or emailed to approximately 1,100,000 potential Settlement Class Members with a known mailing address and/or email address. If A.B. Data has both a mailing address and an email address, the notice packet will be sent to both. A.B. Data will process all mailing addresses through the national change of address ("NCOA") database and, using any updated information available in the NCOA database, will send the Notice Packet directly to those potential Settlement Class Members. Further analysis will be done of any mail returned non-deliverable after use of the NCOA database and follow up direct mail notice will be provided where appropriate.

10. For many months, A.B. Data has been working with CIIPPs and their experts to utilize purchase data provided in connection with non-party discovery conducted from food service distributors in this action. Where this non-party data provides relevant class period purchase

information for potential Settlement Class Members, A.B. Data will include these eligible purchases in a pre-populated field included within the Claim Form. Though pre-populating purchase data in Claim Forms is not appropriate in all cases, A.B. Data has found that where it is available and reasonably administrable, it can have great benefits to a class, particularly one like the CIIPP class in this case, by alleviating the burden on Settlement Class Members to identify and document for themselves their eligible purchases. Settlement Class Members will also have the option to supplement or update the pre-populated purchase information on the Claim Form, subject to providing actual documentation of the updated purchase amount.

11. For the emailed Notice Packets, A.B. Data implements certain best practices when disseminating email notice, such as not using email attachments and certain trigger words and sending the emails in tranches over a period of days or weeks to avoid SPAM and junk filters. A.B. Data also works closely with our technical partners, ISPs and inbox providers to avoid suppression wherever possible.

## PAID MEDIA

12. The proposed media schedule includes print advertising in food industry publications; banner ads on food industry websites; targeted banner ads on Google Display Network and YouTube; and a news release disseminated via earned media. A sample banner ad is included in the Notice Plan attached as **Exhibit B**.

13. Print and digital ads will be run in the food industry publications and/or on their websites, listed below. These publications and websites provide direct access to individuals in management responsible for food-related purchasing decisions and thus are very likely to include commercial and institutional purchasers of Broilers.

- *Food Management*
- *FoodService Director*
- *Nation's Restaurant News*
- *Progressive Grocer*
- *QSR*

4

- *Restaurant Hospitality*
- *Supermarket News*

14. Targeted digital banner ads will also be placed via the Google Display Network and YouTube, which allows targeting to owners, managers, and staff in commercial entities that purchase processed chicken. Websites and applications that include large percentages of the specific target audience will be selected and programmatic buying will be utilized to ensure cost-efficient and effective placement of the banner ads. A minimum of 20 million impressions will be delivered over a period of 30 days.

## EARNED MEDIA

15. A.B. Data will also disseminate a news release via the *PR Newswire* distribution service. This news release will be distributed to more than 10,000 newsrooms, including print, broadcast, and digital media, across the United States. It will also be distributed to food-industry trade publications.

## WEBSITE AND TELEPHONE

16. To assist potential Settlement Class Members in understanding the terms of the Settlements and their rights, A.B. Data will establish a case-specific toll-free telephone number and a case-specific website.

17. The toll-free telephone number will be equipped with an automated interactive voice response system that will present callers with a series of choices to hear prerecorded information concerning the Settlements. If callers need further help, they will have an option to speak with a live operator during business hours.

18. The case-specific website will provide, among other things, a summary of the case, all relevant documents including the Settlement Agreements and Preliminary Approval Orders, important dates, pertinent updates concerning the litigation or the Settlement approval process, and the functionality for the Claim Form to be completed and submitted online.

## EXCLUSION PROCESSING

19.  The notices provide that Settlement Class Members may request exclusion by sending a written, mailed request to the Settlement Administrator. A.B. Data will promptly send the parties copies of all exclusion requests received and a report that tracks each request and whether the required information was included.

## CONCLUSION

20.  The Notice Plan described herein is estimated to deliver a reach of at least 80% of the target audience. It is my opinion, based on my expertise and experience and that of my A.B. Data colleagues on which I regularly rely, that the Notice Plan is designed to effectively reach potential Settlement Class Members, will deliver plain language notices that will capture the attention of the reader, and will provide relevant information in an informative and easy to understand manner that is necessary to effectively understand the rights and options under the terms of the Settlements. For these reasons, I believe this Notice Plan is the best practicable notice under the circumstances to reach Settlement Class Members and is fully compliant with Rule 23 of the Federal Rules of Civil Procedure and due process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 24, 2021 in Milwaukee, Wisconsin.

Eric Schachter

6