# EXHIBIT B



A.B. Data, Ltd.
Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

# Proposed Notice Plan

*In re: Broiler Chicken Antitrust Litigation,* Case No. 1:16-cv-08637
United States District Court for the Northern District of Illinois, Commercial
& Institutional Indirect Purchaser Plaintiffs ("CIIPPs")

# PROPOSED NOTICE PLAN

**Case Background**

This Notice Plan is submitted by A.B. Data, Ltd. ("A.B. Data") in connection with *In re: Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637, a case before the United States District Court for the Northern District of Illinois. This document outlines the efforts that will be made to provide notice to the Class.

As stated in Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure, "individual notice to all members who can be identified through reasonable effort" is the best notice option. For those individuals and entities not reached through direct notice or who are unidentified potential Settlement Class Members, a paid-media campaign is appropriate to reach them. Because direct notice in this case will not reach all potential Settlement Class Members, a paid-media campaign targeting unidentified Settlement Class Members is appropriate.

**Class Definitions**

The Class for this matter is generally defined as follows in the Fieldale, Amick Farms, George's, Peco, Tyson, and Mar-Jac Settlements:

> All entities that purchased Broilers[1] indirectly from a Defendant or named co-conspirator in the United States for their own use in commercial food preparation from January 1, 2008, through July 31, 2019.[2]

For the Pilgrim's Pride settlement, the Settlement Class is defined as:

> All entities that purchased Broilers indirectly from a Defendant or named co-conspirator in the Indirect Purchaser States,[3] as defined herein, for their own use in commercial food preparation from January 1, 2008, until July 31, 2019.

---

[1] "Broilers" are defined as "chickens raised for meat consumption to be slaughtered before the age of 13 weeks, and which may be sold in a variety of forms, including fresh or frozen, raw or cooked, whole or in parts, or as a meat ingredient in a value-added product, but excluding chicken that is grown, processed, and sold according to halal, kosher, free range, or organic standards." CIIPPs' Complaint at fn. 1.

[2] The Class Period for the Fieldale and Amick Farms settlements is January 1, 2008, until February 20, 2019.

[3] The "Indirect Purchaser States" include: Arizona, California, Connecticut (for the Amick settlement only), District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode



There are a number of persons and entities that are excluded from the foregoing classes.[4]

**Plan Components**

This document summarizes the recommended Notice Plan. This plan is consistent with the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure and with due process. The methods and tools used in developing this Notice Plan have been employed in many other court-approved notice plans.

To reach unidentifiable Settlement Class Members and those not reached through direct notice, A.B. Data recommends the use of paid and earned media. Paid media advertising is guaranteed to appear and allows for limited control of the content, timing, and positioning of the message. Newspapers, magazines, television, radio, out-of-home media, and the internet—among other sources—offer paid media opportunities.

A.B. Data recommends national, targeted paid media notice consisting of print and digital media that will reach the Settlement Class Members concerned. Each of the following elements is detailed further in this document.

- Direct notice;
- Targeted digital advertising;
- National targeted trade websites; and
- National targeted print trade publications.

Onscreen television advertising is not recommended due to the high cost and inefficiencies in reaching this audience.

---

Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin

[4] Specifically excluded from the Class are: (a) natural persons who purchased Broilers for their personal use and not for commercial food preparation (End-User Consumers); (b) purchasers of Broilers directly from Defendants; (c) purchasers of Broilers for resale in unaltered form; (d) purchasers of Broilers from an intermediary who has further processed the Broiler after purchase from a Defendant; (e) the Defendants; (f) the officers, directors, or employees of any Defendants; (g) any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any Defendant; (h) any federal or state governmental entities, and any judicial officer presiding over this action and the members of his/her immediate family and judicial staff; (i) any juror assigned to this action; and (j) any co-conspirator identified in this action.

3



**Target Audience**

A.B. Data researched categories of purchasers that indirectly buy chicken for commercial food preparation to develop a target audience of potential Settlement Class Members. This information also assisted in determining the most appropriate media vehicles that would target potential Settlement Class Members and maximize their opportunity to see and respond to the notice. Several categories examined for this proposal include:

- Restaurants
    - National and regional chains
    - Independently owned units
- Grocery stores with deli departments that commercially prepare meals
- Nongovernmental Hospitals
- Nursing Homes/Long-term care facilities
- Non-governmental schools and universities
- Hotels and resorts
- Food contract management companies

Based on the industry and business information described above, the Notice Plan is designed to efficiently and effectively reach Settlement Class Members.

**MEDIA PLACEMENT SUMMARY**

Several commercial food-specific print and digital media placements are recommended to deliver the message about these interim Settlements to potential Settlement Class Members and other concerned persons and entities.

**Direct Notice**

The Notice Plan features direct notice by mail and/or email and will be directed at Settlement Class Members in the following industries:

- Restaurants
- Grocery Stores with commercial food operations
- Nongovernmental Hospitals
- Nursing Homes/Long term care facilities
- Non-governmental schools and universities
- Hotels and resorts
- Food contract management companies

Direct notice will be provided via a long-form notice with a claim form. The notices are written in plain language and include the required summary information concerning the Action, including:

- That this is a class action;

4



*In re Broiler Chicken Antitrust Litigation,* Case No. 1:16-cv-08637
Proprietary and Confidential

- The class definition in plain and engaging language;
- That the class alleges antitrust claims;
- That a Settlement Class Member may object and appear through an attorney if the member wants;
- That Settlement Class Members can be excluded;
- The time and manner for requesting exclusion; and
- The binding effect of a class judgment.

If A.B. Data has both a physical address and an email address, it will send the notice packet to both. A.B. Data implements certain best practices when disseminating email notice, such as not using email attachments and certain trigger words to avoid SPAM and junk filters, to maximize deliverability.

**Digital Media**

A narrowly targeted digital advertising campaign is recommended to reach potential Settlement Class Members. Google Display Network allows targeting to owners, managers, and staff in commercial and institutional entities that purchase chicken for food preparation. Websites and applications that include large percentages of the specific target audience will be selected and programmatic buying will be utilized to ensure cost-efficient and effective placement of the banner ads. Google AdWords will also be included for those who search for case information.

A minimum of 20 million impressions will be purchased over 30 days to reach potential Settlement Class Members and inform them of the case and the website. The digital media placements will be chosen, first to meet audience notification requirements, and secondly to achieve maximum engagement with the ads. The digital advertising campaign will be optimized through the course of the notice period to maximize efficiency and effectiveness. Several targeting strategies will be utilized, including:

| Digital Media Strategy | Digital Media Tactics |
|---|---|
| *Mobile In-App* | Targeting users inside mobile applications that fit into our data pools. This will include cooking and recipe apps, game apps, weather apps, or healthy living apps. |
| *Mobile – Websites* | Targeting phones and tablets whose users are visiting websites that are contextually relevant or websites being visited by relevant users in our data pool. |



| Digital Media Strategy | Digital Media Tactics |
|---|---|
| *Contextual* | Targeting websites with relevant content and context, such as cooking, restaurant search, and business management websites. |
| *Behavioral* | Targeting user IDs whose owners have shown activity in the target data pools, such as those interested in restaurant management, business management, and cooking websites. |
| *Predictive Modeling* | Using "look-alike" modeling to target user IDs whose owners have strong similarities to users who previously clicked through to the case website. |

A.B. Data employs a fully staffed digital buying team to manage all digital and social media programs in-house for the greatest control and oversight. A.B. Data's digital media experts will monitor the success, conversions, and activity associated with the digital campaigns and will optimize the number of impressions delivered across each platform to reasonably achieve maximum engagement and efficiency. A.B. Data's digital media experts have the following certifications:

- Google Ads Display Certification
- Google Ads Search Certification

With this level of expertise, digital impressions are efficiently delivered to the target audience with online ad verification and minimal threat of bot-traffic and inappropriate content.

**National Trade Publications/Websites**

Print and digital campaigns in several trade publications are recommended to reach potential Settlement Class Members in the multiple industries that are purchasers of chicken for commercial meal preparation. The chart below summarizes the trade publications that will best deliver the message to their audience:

| Industry | Publications |
|---|---|
| Restaurants | - *Nation's Restaurant News* (audience is large chain restaurants)<br>- *Restaurant Hospitality* (audience is small chains and independents) |

6



| Industry | Publications |
|---|---|
|  | • *QSR* (audience is fast food restaurants) |
| Grocery Stores | • *Progressive Grocer* (audience is local store management)<br>• *Supermarket News* (audience is headquarters management and buyers) |
| Hospitals, Long-term Care Facilities, Institutional Purchasers, Universities, Clubs, Hotels & Resorts, Theme Parks, In-flight/Transit, Correctional Facilities, Office Parks, and others | • *Food Management* (audience is non-commercial food service)<br>• *FoodService Director* (audience is non-commercial food service) |
| Convenience Stores | • *Convenience Store News* (audience is convenience store owners and executives) |

Following is a summary of the media tactics for each publication, along with a review of their audience and editorial focus.

7





| Publication Name/Website: | *Convenience Store News* https://csnews.com/ |
|---|---|
| Media Tactics: | Full-page print ad; 30-day banner ad campaign on website |
| Publishing Frequency: | Monthly |
| Audience: | Average monthly circulation of 95,000 subscribers who are decision makers in multi-chain operations and single store owners |
| Digital Statistics: | 134,257 average unique monthly viewers with an average of 244,324 page views each month. |
| Editorial Focus: | Provide information to the convenience store and petroleum marketing industry. Editorial includes issues and challenges management faces concerning merchandising, operations, food service, technology, and security. |

food MANAGEMENT

| Publication Name/Website: | *Food Management* https://www.food-management.com/ |
|---|---|
| Media Tactics: | Full-page print ad; 30-day banner ad campaign on website |
| Publishing Frequency: | Monthly |
| Audience: | Average monthly circulation of 47,230 qualified subscribers who work in the food service industry outside of restaurants. This publication reaches food service directors, managers, and chefs in healthcare food service, colleges and universities, recreation and amusement parks, and contract management of food service dining facilities such as in an office complex, industrial plants, lifecare facilities, and non-governmental correctional institutions. |
| Digital Statistics: | 44,988 average unique monthly visitors with an average of 274,091 page views. |
| Editorial Focus: | Provides ideas for chefs, food service directors, and managers through the coverage of industry events and issues. They also cover operational topics and trends that affect the non-commercial food service industry. |

8





| | |
|---|---|
| Publication Name/Website: | *FoodService Director* <br> https://www.foodservicedirector.com/ |
| Media Tactics: | Print magazine suspended until further notice; <br> 30-day banner ad campaign on website |
| Publishing Frequency: | 9x per year |
| Audience: | Average monthly circulation of 48,554 audited subscribers; FSD dedicates coverage to certain segments—business and industry, college and university, hospitals, senior living, and food service contract management companies. They provide ideas, information, and solutions that transcend markets and speak to their readers as culinarians, managers, and business operators. |
| Digital Statistics: | 39,000 average unique monthly visitors; 8,000 subscribers receive the magazine digitally each month |
| Editorial Focus: | *FoodService Director* magazine is targeted to busy operators of non-commercial food operations. Stories are concise and solution-focused, and the magazine borrows best practices of consumer magazines to deliver content that is smart, exciting, engaging, and easy to read. |

*Nation's Restaurant News*

| | |
|---|---|
| Publication Name/Website: | *Nation's Restaurant News* <br> https://www.nrn.com/ |
| Media Tactics: | Full-page print ad; <br> 30-day banner ad campaign on website |
| Publishing Frequency: | 18x annually |
| Audience: | Average monthly audited circulation of 60,650; Primarily reaches management and operators in large multi-unit national chain restaurants and onsite food service facilities like hotels, clubs, and healthcare. |
| Digital Statistics: | 427,745 monthly average unique visitors with almost 2 million page views |
| Editorial Focus: | Shares insights that matter to chain restaurants and franchisees to grow their business. *NRN* delivers what is happening in the industry, tackling pressing operations issues in addition to concerns like gender diversity, driving traffic, and retaining and rewarding employees. In each issue, they cover technology, corporate strategy, marketing, menu, consumer trends, and franchising leaders. |





| | |
|---|---|
| Publication Name/Website: | *Progressive Grocer* <br> https://progressivegrocer.com/ |
| Media Tactics: | Full-page print ad; <br> 30-day banner ad campaign on website |
| Publishing Frequency: | 12x annually |
| Audience: | Average monthly audited circulation of 37,000; Reaches the complete profile of grocery retailers, from top management at headquarters to key decision makers and buyers at the store level. 65% of subscribers work in large regional or national chain grocers. |
| Digital Statistics: | 181,719 monthly average unique visitors with a monthly average of 307,800 page views |
| Editorial Focus: | Published since 1922, *Progressive Grocer* covers industry trends, consumer insights, and comprehensive research-based editorial on the data needed by grocers to manage their store. |



| | |
|---|---|
| Publication Name/Website: | *QSR (Quick Service Restaurants)* <br> https://www.qsrmagazine.com/ |
| Media Tactics: | Full-page print ad; <br> 30-day banner ad campaign on website |
| Publishing Frequency: | 12x annually |
| Audience: | Average monthly audited circulation of 37,763; 90% of readers operate a quick-service restaurant and 73% of readers are affiliated with chain concepts. |
| Digital Statistics: | 450,000 monthly average unique visitors |
| Editorial Focus: | The source of news and information for the $300+ billion quick-service restaurant industry. They cover marketing, purchasing, technology, and many other topics of importance to their readers in the fast food, fast casual, coffee, snacks, and desserts food industries. |

10





| Publication Name/Website: | *Restaurant Hospitality* https://www.restaurant-hospitality.com/ |
|---|---|
| Media Tactics: | Full-page print ad; 30-day banner ad campaign on website |
| Publishing Frequency: | 12x annually |
| Audience: | Average monthly qualified circulation of 89,553; Targets independent restaurants and owner/operators of small, local, and regional chain restaurants. Primary readers are chefs and restaurateurs who receive hands-on, solutions-focused content that includes tactics and best practices for managing the evolving restaurant world. |
| Digital Statistics: | 73,085 monthly average unique visitors with a monthly average of 289,417 page views |
| Editorial Focus: | Delivers the latest culinary trends, technology, workforce solutions, legislation, and more to smart operators and owners who are dedicated to the success of independent restaurants and small chains. |

**SN SUPERMARKET NEWS**

| Publication Name/Website: | *Supermarket News* https://www.supermarketnews.com/ |
|---|---|
| Media Tactics: | Full-page print ad; 30-day banner ad campaign on website |
| Publishing Frequency: | 12x annually |
| Audience: | Average monthly qualified circulation of 30,561; Reaches grocery store executives, management, buyers, and operations directors in retail and wholesale store headquarters. |
| Digital Statistics: | 208,947 monthly average unique visitors with a monthly average of 672,770 page views |
| Editorial Focus: | Edited for retail grocer executives, editorial covers industry news, retail systems and marketing, supply chain and operations, and store trends analysis. |

11



**Earned Media**

In addition to the notice efforts involving print publications and digital media, A.B. Data will disseminate a news release via the *PR Newswire* distribution service. This news release will be distributed to more than 10,000 newsrooms, including print, broadcast, and digital media, across the United States. It will also be distributed to trade publications relevant to this field.

News about the case will also be broadcast to the news media via Twitter. It will be tweeted from *PR Newswire*'s and A.B. Data's Twitter accounts to thousands of news media and other followers. The news release will also assist with driving search engine results, which will help increase traffic to the case website.

**Notice Design Strategies**

The Federal Rules of Civil Procedure require notices in class action cases to be written in "plain, easily understood language." This process has been utilized in developing the notices for this case. A.B. Data is committed to adhering to the easily-understood-language requirement of Rule 23(c)(2) and Rule 23(b)(3).

The plain-language notices developed for this plan are designed with a large, bold headline to be more readily seen by potential Settlement Class Members. The plain, easily understood language of the notice will maximize the chance that potential Settlement Class Members will take the opportunity to read it and understand the subject of the case, the steps they must take to join the Class, and the legal rights of all Settlement Class Members.

Each printed notice will prominently display a case website address, a toll-free telephone number, and a mailing address so that potential Settlement Class Members will have ready access to relevant settlement information including the detailed notice and claim form.

The online banner ads are designed to alert potential Settlement Class Members and entities about the case and encourage them to file a claim. The ads will each include a link to the case website so that potential Settlement Class Members may click on it and go directly to the website for case information and to file a claim. A.B. Data will include product or usage photos as part of the digital banner ads to increase awareness, generate interest, and stimulate click-through to the website. Below is the recommended banner ad for this litigation.





**Due Process**

The Notice Plan summarized in this document is similar to those that courts have approved and conforms to the Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*. As a Notice Plan that targets commercial and institutional entities that have purchased chicken for commercial meal preparation, data to quantify the reach of this plan is not available through traditional media resources, such as MRI[5] and Comscore[6], that provide accredited media research. But in analyzing the total notice plan and relying on numerous trade-media resources, A.B. Data estimates that the Notice Plan will reach at least 80% of the Class and satisfies due process and the Rule 23 requirements.

**Campaign Summary**

| Notice Plan Summary | | |
|---|---|---|
| **Media Vehicle** | **80.0% Reach / 1.1 Frequency** | **Number of Ads/Impressions** |
| Direct Notice | • Email and mailed notice | • One time |
| Digital Media | • Google Display Network<br>• YouTube | • 20 million digital impressions |
| Trade Media | • *Convenience Store News*<br>• *Food Management*<br>• *FoodService Director*\*<br>• *Nation's Restaurant News*<br>• *Progressive Grocer*<br>• *QSR*<br>• *Restaurant Hospitality*<br>• *Supermarket News* | • One print ad<br>• 30-day digital media campaign with standard banner ads |
| Earned Media | • National Press Release | • One press release |

\* digital campaign only

---

[5] MRI-Simmons ("MRI") is the country's largest, most comprehensive, and most reliable consumer and media and product/service usage database.

[6] Comscore is a global internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and internet data usage.

