# EXHIBIT E

# LEGAL NOTICE

# Purchased Broiler Chicken Indirectly for Commercial Use Since 2008?
# You Could Get Money from Class Action Settlements
# Totaling Approximately $103 Million

Defendants Amick Farms, LLC, Fieldale Farms Corporation, George's Inc. and George's Farms, Inc., Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc., Peco Foods, Inc., Pilgrim's Pride Corporation, Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Settling Defendants") have agreed to Settlements resolving claims that they conspired to fix prices and manipulated the supply of broiler chickens ("Broilers"), which may have caused businesses to pay more for Broilers. Broilers are chickens raised for meat consumption which are sold in a variety of forms, including fresh or frozen, raw or cooked, whole or in parts, or as a meat ingredient. Settling Defendants deny these claims. The Court has not made any final decision as to which side is right.

### Am I Included?

Your company may be included if, from January 1, 2008, through July 31, 2019, it indirectly purchased Broilers from a Defendant or co-conspirator in the United States for use in commercial food preparation. The largest categories of purchasers included are businesses that purchased Broilers through distributors such as restaurants, grocery store deli counters that commercially prepare meals, and institutional purchasers such as nongovernmental hospitals, nursing homes, and schools. A more detailed notice, including the exact Class definitions and exceptions to Class membership, is available at www.xxxxxxxxxxx.com.

### What do the Settlements provide?

The Settlements provide for the combined payment of approximately $103 million in cash to the Settlement Classes to resolve all Settlement Class claims against the Settling Defendants and their affiliates. If the Settlements are approved, the Settling Defendants will be dismissed from the case. The Settling Defendants have also agreed to certain types of cooperation in the pursuit of claims against the other non-Settling Defendants and certain Settling Defendants have agreed to injunctive relief.

### How can I get a payment?

In order to be eligible to receive a payment from the Settlements you must submit a valid Claim Form no later than xxxxxxx xx, 2022, and have made your indirect Broiler purchase in one of the following states: Arizona, California, Connecticut (only for the Amick Farms settlement), District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin. You may submit a Claim Form either online or by mail. More details about how the funds will be allocated and the Claim Form are available at www.xxxxxxxxxxxxx.com.

### When will I get a payment?

Payments from the Settlements will not be distributed until the Court grants final approval of the Settlements, any objections or appeals are resolved, and all claims have been processed and verified. Updates will be provided on the website at www.xxxxxxxxxxxxx.com.

### What are my rights?

If you do nothing, you will be bound by the Court's decisions concerning these Settlements. If you want to keep your right to sue one or more of the Settling Defendants regarding Broiler purchases, you must exclude

**For More Information: 1-866-XXX-XXXX/www.XXXXXXXX.com**

yourself from the Settlement Classes in writing by xxxxxxx xx, 2022. You may exclude yourself from one or more of the Settlements. If you exclude yourself from a Settlement, you will not be eligible to receive money from that Settlement. If you stay in the Classes, you may object to one or more of the Settlements in writing by xxxxxxx xx, 2022. The Settlement Agreements, along with details on how to exclude yourself or object, are available at www.xxxxxxxxxxxxx.com.

### The Final Fairness Hearing

The U.S. District Court for the Northern District of Illinois will hold a hearing on xxxxxxx xx, 2022, at xx:xx x.m., at the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604 to consider whether to finally approve the Settlements. Class Counsel will also request service awards in an amount not to exceed $15,000 per class representative, attorneys' fees of up to 35% of the Settlement Funds, and reimbursement of litigation costs and expenses not to exceed $10,658,854.99. You or your own lawyer may appear and speak at the hearing at your own expense, but you do not have to. The hearing may be moved to a different date or time or may be held by video conference without additional notice, so it is a good idea to check the above-noted website for additional information. Please do not contact the Court about this case.

If the case against the other Defendants is not dismissed or settled, Class Counsel will have to prove their claims against the other Defendants at trial. Dates for the trial have not yet been set. The Court has appointed the law firms of Cotchett, Pitre & McCarthy, LLP and Gustafson Gluek PLLC to represent Settlement Class Members.

**For More Information: 1-866-XXX-XXXX/www.XXXXXXXX.com**