UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO:<br><br>*McLane Company, Inc., et al.*<br>*Plaintiffs,*<br>*v.*<br>*Pilgrim's Pride Corporation, et al.*<br>*Defendants* | Case No. 1:20-cv-07831 |

**ORDER OF DISMISSAL WITH PREJUDICE OF MCLANE PLAINTIFFS' CLAIMS AGAINST DEFENDANT AMICK FARM, LLC**

McLANE COMPANY, INC., d/b/a McLane/Southwest, McLane/Southeast, McLane Southeast, McLane/Northwest, McLane/Southeast – Dothan, McLane/ High Plains, and McLane/North Texas; McLANE/MID-ATLANTIC, INC., d/b/a McLane/Carolina and McLane Mid-Atlantic; McLANE/MIDWEST, INC., d/b/a McLane/Cumberland, McLane/Midwest, McLane Midwest, and McLane/Ozark; McLANE MINNESOTA, INC.; McLANE NEW JERSEY, INC; McLANE/EASTERN, INC., d/b/a McLane/Northeast, McLane/Northeast-Concord, and McLane PA; McLANE/SUNEAST, INC., d/b/a McLane/Pacific, McLane/Southern California, McLane/Sunwest, McLane Sunwest, McLane/Suneast, McLane Ocala; McLANE OHIO, INC.; McLANE/SOUTHERN, INC.; McLANE/WESTERN, INC; McLANE EXPRESS, INC., d/b/a C.D. Hartnett Company, Inc.; KINEXO, INC.; McLANE FOODSERVICE DISTRIBUTION, INC.; and McLANE FOODSERVICE, INC. (collectively

2

"McLane Plaintiffs") and Defendant Amick Farms, LLC ("Amick Farms"), by and through their undersigned counsel, hereby submit the following Stipulated Order of Dismissal With Prejudice.

1. This Stipulated Order of Dismissal With Prejudice ("Stipulation") is between McLane Plaintiffs and Amick Farms.

2. This Stipulation relates only to *McLane Company, Inc., et al. Plaintiffs, v. Pilgrim's Pride Corporation, et al. Defendants* (U.S. Dist. Ct. N.D. Ill. Case No. 1:20-cv-07831), which has been reassigned within the matter captioned *In re Boiler Chicken Antitrust Litigation,* (U.S. Dist. Ct. N.D. Ill. Case No. 1:16-cv-08637), which is currently pending in the United States District Court for the Northern District of Illinois (collectively the "Action").

3. All of the McLane Plaintiffs' claims asserted against Amick Farms in the Action shall be dismissed with prejudice, with each side bearing their own fees and costs.

4. The Stipulated Order of Dismissal, with prejudice, has no bearing on McLane Plaintiffs' other claims against any and all Defendants in this Action other than Amick Farms.

SO ORDERED:

*Thomas M Durkin*
United States District Judge

Dated: 12/1/2021

**Stipulated and Agreed to By:**

s/ Judith P. Youngman
Kathryn A. Reilly
Judith P. Youngman
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel: (303) 244-1800
Fax: (303) 244-1879
Email: Reilly@wtotrial.com
         Youngman@wtotrial.com

*Counsel for Plaintiffs McLane Company, Inc.; McLane/Mid-Atlantic, Inc.; McLane/Midwest, Inc.; McLane Minnesota, Inc.; McLane New Jersey, Inc.; McLane/Eastern, Inc.; McLane/Suneast, Inc.; McLane Ohio, Inc.; McLane/Southern, Inc.; McLane/Western, Inc.; McLane Express, Inc.; Kinexo, Inc.; McLane Foodservice Distribution, Inc., McLane Foodservice, Inc.*

Dated: December 1, 2021

s/ Howard B. Iwrey
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Telephone: 248-203-0700
Facsimile: 855-232-1791
Email: hiwrey@dykema.com

Steven H. Gistenson
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: 312-627-2267
Facsimile: 866-691-5046
Email: sgistenson@dykema.com

*Counsel for Defendant Amick Farms, LLC*

Dated: December 1, 2021