**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>    All Commercial and Institutional Indirect Purchaser Actions | Case No. 1:16-cv-08637 |

**ORDER GRANTING COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN FOR FIRST ROUND SETTLEMENTS**

Now before the Court is Commercial and Institutional Indirect Purchaser Plaintiffs' ("CIIPPs") Motion for Approval of Class Notice Plan for First Round Settlements, which seeks an order directing notice to the settlement classes certified in connection with Orders granting preliminary approval of CIIPPs' settlements with the following Defendants in this action: (1) Fieldale Farms Corporation; (2) Amick Farms, LLC; (3) Peco Foods, Inc.; (4) George's, Inc. and George's Farms, Inc.; (5) Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc.; (6) Pilgrim's Pride Corporation; and (7) Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.

The Court, having reviewed the Motion, its accompanying memorandum and supporting documents, including the Declaration of Eric Schachter and the proposed notice plan and forms of notice attached thereto, concludes that the proposed class notice plan satisfies all requirements of Federal Rule of Civil Procedure 23(c)(2)(B) and is, in the assessment of the Court, a sound proposal that protect the rights of the settlement class members and provides the best notice practicable under the circumstances.

Accordingly, the Court **GRANTS** the motion and directs CIIPPs' counsel and settlement administrator, A.B. Data, to proceed with the notice plan as set forth in the memorandum and supporting materials, according to the following schedule which will govern notice and final approval proceedings:

| Event | Date |
|---|---|
| Notice campaign begins through direct notice via mail and email and implementation of publication notice campaign | 30 days from order directing notice |
| Last day for CIIPPs counsel to move for attorneys' fees, expenses, and service awards for class representatives | 76 days from order directing notice |

| | |
|---|---|
| Last day for settlement class members to request exclusion from the settlement classes, object to the settlements, and file notices to appear at the final approval hearing | 90 days from order directing notice |
| CIIPPs' counsel to provide settling Defendants with a list of all persons and entities who have timely filed requests for exclusion from any of the settlement classes | 97 days from order directing notice |
| Deadline for filing motion for final approval and supporting documents, and responses to any objections to settlements or attorneys' fees | 14 days before the Final Approval Hearing |
| Final approval hearing and hearing on requests for attorneys' fees and expenses | 130 days from order directing notice, or as soon thereafter as may be heard by the Court |
| Distribution to the settlement classes | TBD after order granting final approval and resolution of any objections and appeals |

In addition, the Court authorizes CIIPP counsel and A.B. Data to implement the proposed Plan of Allocation in issuing notice to the settlement classes. The Court further authorizes counsel for the CIIPP settlement classes to expend money from the escrow accounts for purposes of providing notice and claims administration.

**IT IS SO ORDERED.**

DATED: 12/2/2021

HONORABLE THOMAS M. DURKIN
JUDGE UNITED STATES DISTRICT COURT