UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO:<br><br>*Winn-Dixie Stores, Inc. and*<br>*Bi-Lo Holdings, LLC,*<br>*Plaintiffs,*<br>*v.*<br>*Koch Foods, Inc., et al.*<br>*Defendants* | Case No. 1:18-cv-00245 |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT AMICK FARMS, LLC

Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC ("Plaintiffs") and Amick Farms, LLC ("Amick Farms"), by and through their undersigned counsel, hereby submit the following Stipulated Order of Dismissal With Prejudice.

1. This Stipulated Order of Dismissal With Prejudice ("Stipulation") is between Plaintiff and Amick Farms.

2. This Stipulation relates only to *Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC v. Koch Foods, Inc., et al.* (U.S. Dist. Ct. N.D. Ill. Case No. 1:18-cv-00245), which has been centralized within the matter captioned *In re Boiler Chicken Antitrust Litigation,* (U.S. Dist. Ct. N.D. Ill. Case No. 1:16-cv-08637), which is currently pending in the United States District Court for the Northern District of Illinois, and also includes any further amendments thereto and, only to the extent relating to Plaintiffs, the Direct Action Purchasers Amended Consolidated Complaint (ECF Nos. 4243 and 4244) and any subsequent Direct Action Purchasers amended

consolidated complaints that may be filed, collectively referred to herein as the "Action.:

3. All of the Plaintiffs' Claims asserted against Amick Farms in the Action shall be dismissed with prejudice, with each side bearing its own fees and costs.

4. The Stipulated Order of Dismissal, with prejudice, has no bearing on Plaintiff's other claims against all Defendants other than Amick Farms.

**SO ORDERED:**

_Thomas M Durkin_

United States District Judge

Dated: 12/2/2021

**Stipulated and Agreed to By:**

/s/ Patrick J. Ahern (with consent)
Patrick J. Ahern
Theodore B. Bell
Ahern & Associates, P.C.
Willoughby Tower
8 South Michigan Avenue
Suite 3600
Chicago, Illinois 60603
Phone: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

Dated: December 2, 2021

*Counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*

/s/ Howard B. Iwrey
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
T: 248-203-0700
F: 855-232-1791
hiwrey@dykema.com


Steven H. Gistenson
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
T: 312-627-2267
F: 866-691-5046
sgistenson@dykema.com

Dated: December 2, 2021


*Counsel for Defendant Amick Farms, LLC*