**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION, | Case No.: 1:16-cv-08637 |
| | The Honorable Thomas M. Durkin |
| This Document Relates To: | Magistrate Judge Jeffrey T. Gilbert |
| All Actions | |

**AFFILIATED FOODS PLAINTIFFS' JOINDER IN CLASS PLAINTIFFS' POSITION ON FURTHER MODIFICATIONS TO SCHEDULING ORDER NO. 16 AND SUPPLEMENTAL ARGUMENT**

Direct Action Plaintiffs Affiliated Foods, Inc., Action Meat Distributors, Inc., Alex Lee, Inc., Associated Food Stores, Inc., Associated Grocers of New England, Inc., Associated Grocers, Inc., Bashas' Inc., Big Y Foods, Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Columbia Meats, Inc., Certco, Inc., The Distribution Group, Inc. (d/b/a Van Eerden Foodservice, Inc.), Fareway Stores, Inc., Giant Eagle, Inc., Greenville Meats, Inc., The Golub Corporation, Howard Samuels as Trustee for Central Grocers, Inc., Ira Higdon Grocery Company, Inc., King Solomon Foods, Inc., Latina Boulevard Foods, LLC, Merchants Distributors, LLC, Nicholas & Co., Inc., Pacific Food Distributors, Inc., Piggly Wiggly Alabama Distributing Co., Inc., S&S Trading, LLC, Schnuck Markets, Inc., SpartanNash Company, Springfield Grocer Company, Troyer Foods, Inc., URM Stores, Inc., W. Lee Flowers, Inc., Weinstein Wholesale Meats, Inc., and Woodman's Food Market, Inc. (the "Affiliated Foods Plaintiffs"), hereby join the Class Plaintiffs' position on scheduling Track 1 actions and modifying Scheduling Order 16. In addition, the Affiliated Foods Plaintiffs state the following additional position:

Pursuant to the Court's order of October 15, 2015 (ECF No. 5128) the Affiliated Foods Plaintiffs accepted the Court's invitation and elected to try their claims without discovery into bid rigging. ECF 5190. The Affiliated Foods Plaintiffs served their expert reports on August 31, 2021, and they have offered defendants dates to depose their experts. After defendants asked for a schedule extension—to which the Affiliated Foods Plaintiffs agreed—on November 22 at a conference to discuss the schedule, defendants started the scheduling call by posing—for the first time—complex, incomprehensible, so-called "threshold" questions, which raised issues which may be appropriate for motions in limine, but should not be dealt with now. And on the call defendants refused to discuss the schedule. Following the call, therefore, defendants sent all Track 1 Plaintiffs their so-called "threshold" questions, which the Affiliated Foods Plaintiffs answered as follows in an email dated Tuesday, November 30, 2021:

> Jenna we were very surprised by defendants' threshold questions posed for the first time on our November 22 call which was set to discuss a track one schedule. Instead of discussing a schedule, including the depositions of our experts whose reports were served on August 31, defendants for the first time , insisted on posing so called "threshold" questions, which in our view should not affect the schedule especially dates for the depositions of our experts. On the call, defendants improperly refused to discuss a schedule even though that was the purpose of the call. The parties should agree now on a Track One schedule and not get enmeshed in your so called "threshold" questions which are more properly dealt with as in limine motions
>
> Nevertheless, we give the following responses to your questions.
>
> In its October 15 order ECF No. 5128 at 5 the Court invited " any plaintiff that would like to go to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging, that track will be given priority over plaintiffs who insist on taking bid rigging discovery before any trial ." ( ECF 5128, at 5). The Affiliated Foods' Plaintiffs have so elected (ECF 5190) . But the Court specifically noted in its October 15 order that the "Court's prohibition on discovery into bid rigging during the first track should not be construed as a ruling on

whether Plaintiffs may use evidence of bid rigging they already possess or that is publicly available in a trial on the supply reduction and Georgia Dock conspiracies" ( ECF 5128 p. 4 n.2)

With that background, we think that it is abundantly clear, that our clients have elected to try their claims that defendants conspired to artificially inflate the prices of Broilers including through manipulation of supply and of the Georgia Dock leaving for another day what bid rigging or other evidence may be admitted , including under Rule 404(b).. .

With respect to your second question, we see no need to amend any complaint. The Court's order and the above delineates the claims which will be tried.

The Affiliated Foods Plaintiffs maintain that this approach is correct for the reasons stated in the Class Plaintiffs' submission and in the email quoted above.

## Conclusion

Defendants have had the Affiliated Foods Plaintiffs' experts' reports since August 31, 2021. They should accept the dates the Affiliated Foods Plaintiffs have offered for their depositions or should depose them promptly and serve their expert disclosures and reports. The Track 1 schedule should be set, leaving in limine motions to be decided before trial.

Respectfully submitted,

Dated: December 3, 2021   /s/ Ryan F. Manion

<table>
<tr><td>

**CERA LLP**
Solomon B. Cera
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 777-2230
E-mail: scera@cerallp.com

**CERA LLP**
C. Andrew Dirksen
800 Boylston Street, 16th Floor
Boston, MA 02199
Tel: (857) 453-6555
E-mail: cdirksen@cerallp.com

**HAYNSWORTH SINKLER BOYD P.A.**
Manton M. Grier
Elizabeth H. Black
Mary C. Eldridge
1201 Main Street, 22nd Floor
Columbia, SC 29201-3226
Tel: (803) 540-7753
E-mail: mgrier@hsblawfirm.com
E-mail: eblack@hsblawfirm.com
E-mail: meldridge@hsblawfirm.com

</td><td>

**L&G LAW GROUP**
Eric R. Lifvendahl
Ryan F. Manion
175 W. Jackson Boulevard, Suite 950
Chicago, IL 60604
Tel: (312) 364-2500
E-mail: elifvendahl@lgcounsel.com
E-mail: rmanion@lgcounsel.com

**KAPLAN FOX & KILSHEIMER, LLP**
Robert N. Kaplan
Gregory K. Arenson
Jeffrey P. Campisi
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
E-mail: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
E-mail: jcampisi@kaplanfox.com
E-mail: mmccahill@kaplanfox.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Tel: (412) 471-3490
E-mail: marcus@marcus-shapira.com
E-mail: cain-mannix@marcus-shapira.com
E-mail: allen@marcus-shapira.com

</td></tr>
</table>

*Counsel for Affiliated Foods, Inc.; Action Meat Distributors, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for*

*Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

### Certificate of Service

I hereby certify that on the 3rd day of December, 2021, I caused a true and correct copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

/s/ Ryan F. Manion
Ryan F. Manion