**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

### <u>Defendants' Status Report</u>

On November 10, this Court ordered the Parties to submit a joint report containing the parties' views on three issues: (1) whether additional changes needed to be made to the current schedule; (2) whether there is agreement on a Scheduling Order No. 17; and (3) whether briefing on any issue is necessary. (Dkt. 5178.)

Defendants have engaged in the meet-and-confer process on these items with both the plaintiffs that filed stipulations electing to proceed on Track 1 (the "Track 1 Plaintiffs") and the plaintiffs that did not (the "Track 2 Plaintiffs"). Defendants and Track 2 Plaintiffs have coordinated on a joint report, which will be submitted separately. Defendants and Track 1 Plaintiffs have been unable to reach resolution and have thus agreed to submit standalone reports containing their respective positions. Defendants' answers to the Court's three questions, as they relate to Track 1, are below.

There is one fundamental issue that must be resolved in order to determine the remaining schedule for Track 1: what claims are being tried in Track 1? As discussed further below,

Defendants do not believe that bid-rigging claims—whether as part of an overarching conspiracy or a stand-alone claim—are within the scope of Track 1. Some Track 1 Plaintiffs agree, some do not, and some have not stated a clear position. Clarity on this issue is critical. Defendants need to know the claims they must defend against in Track 1 before moving forward with their defense of this case. This is a fundamental starting point for the schedule, as it impacts everything from whether and when Track 1 Plaintiffs will amend their complaints, whether Defendants will need to Answer or otherwise move against those amended complaints (and/or the bid-rigging allegations contained therein that Defendants have not yet answered), not to mention the scope of expert reports, summary judgment, and all possible trial issues.

This Court's October 15, 2021 Order (Dkt. 5128) eliminated the bifurcation between Plaintiffs' supply restriction and Georgia Dock claims on the one hand and their bid-rigging claims on the other, and replaced it with a two-track process. Specifically, the Court allowed Plaintiffs until November 12, 2021 to elect to participate in "Track 1," which would involve "the supply reduction and Georgia Dock conspiracies…." (Dkt. 5128 at 6) Bid-rigging claims would not be part of Track 1, and no discovery would go forward on big-rigging claims in Track 1. However, based on Track 1 Plaintiffs' filings electing to participate in Track 1, it appears that some Track 1 Plaintiffs disagree and instead believe that bid-rigging claims—either specifically or as part of an "overarching conspiracy"—can be included in Track 1.

Further, some Track 1 Plaintiffs have expressly indicated their intent to pursue these claims on Track 1. CIIPPs' stipulation, for example, expressly contemplates a bid-rigging claim as part of their overarching conspiracy claim on Track 1: "The Commercial and Institutional Indirect Purchaser Plaintiffs ('CIIPPs') stipulate to proceeding to trial on their antitrust claims, which arise from allegations of a broad price-fixing conspiracy that *encompassed several forms of*

*anticompetitive conduct including bid rigging*, on Track ONE" (Dkt. 5191  at 1 (emphasis added)).  It is unclear whether this language satisfies the Court's requirements for a valid Track 1 election.  Moreover, despite the Court's clear language that Track 1 would proceed "without discovery into bid rigging claims," each of the Track 1 Plaintiffs stated in their elections that they intend to take the depositions that have been stayed, in full or in part, by the Court per request of the DOJ.  (Dkt. 5218.)

Given the apparent lack of agreement on the scope of the Track 1 claims, Defendants sought to meet and confer with Track 1 Plaintiffs, asking each Plaintiff group to confirm whether it was planning to bring a bid-rigging claim in Track 1.  (*See* Ex. A, 11/30/21 Ltr. from J. Stupar to Track 1 Plaintiffs.)  That meet and confer and subsequent written communications from the various Track 1 Plaintiffs confirmed the disagreement regarding whether Track 1 includes bid-rigging claims:

- **Track 1 DAPs** responded in three different groups:  the Kroger / Publix DAPs, the Affiliated Foods DAPs, and Associated Wholesale Grocers ("AWG").

  - **Kroger / Publix DAPs** stated they "intend to proceed to trial on the Section 1 and RICO" claims in their complaints, including Counts I, II, III, IV, V, and VI of the Amended Consolidated Complaint.  (*See* Ex. B at 1, 11/26/21 Email from D. Germaine.)  Count I, however, is the overarching conspiracy claim that incorporates bid rigging.  Direct Action Pls.' Am. Consolidated Compl. & Demand for Jury Trial, Dkt. 4243 at 319, ¶ 1034 (alleging that Defendants entered into a conspiracy to restrain supply, manipulate the Georgia Dock index "and rig bids and allocate markets for broilers").  Although these DAPs stated that they "do not intend to pursue bid[-]rigging *damages* as part of these claims in a Track 1 trial in this litigation," they apparently contemplate a Track 1 trial that includes bid-rigging as part of their Track 1 conspiracy claim for purposes of liability.[1]

  - **Affiliated Foods DAPs** stated that they "have elected to try their claims that defendants conspired to artificially inflate the prices of broilers including through manipulation of supply and of the Georgia Dock leaving for another day what bid[-]rigging or other evidence may be admitted."  (*See* Ex. C at 6, 11/30/21 Email from R. Kaplan.)  While

---

[1]    These DAPs reserved their rights to seek damages based on bid rigging "at a future trial."  (Ex. B at 1, 11/26/21 Email from D. Germaine.)

not a model of clarity, Defendants understand the Affiliated Foods DAPs' position to be the same as the DPPs', which is described below.

- **AWG** agreed that the October 15, 2021 Order precluded bid rigging from inclusion in the Track 1 trial. (*See* Ex. A at 4, 11/30/21 J. Stupar letter.)

- **CIIPPs** stated their intent to proceed on Track 1 with a bid-rigging claim as part of their overarching conspiracy claim. (*See* Ex. D at 5, 11/24/21 Email from J. Rissman (noting that CIIPPs "do not allege a separate standalone claim that arises solely from episodes of bid-rigging [sic]" and instead bring a "Section 1 antitrust price-fixing conspiracy claim and the state statutory antitrust and consumer protection analogs to section 1 as alleged in the Seventh Amended Complaint" and that they intend to pursue their price fixing conspiracy claim as alleged, including bid rigging.))

- **DPPs'** communications have not been a model of clarity on this point. But Defendants understand DPPs' position to be that while they have "a single claim under Section I," their Track 1 claim is limited to "the market manipulation method" (presumably supply reduction and Georgia Dock) with the "bid-rigging method" to be tried separately. (*See* Ex. E at 6-7, 11/24/21 Email from K. Pozan.).[2] In other words, DPPs appear to believe they are on both Track 1 and Track 2 simultaneously. DPPs also "reserve[d] the right to introduce bid-rigging evidence for other permitted purposes" at trial on Track 1. *Id*. Defendants, of course, will oppose the introduction of any such evidence at the appropriate time.[3]

- **EUCPs** do not allege a bid-rigging claim in their complaint at all. They therefore were clear that they do not intend to bring a bid-rigging claim in Track 1.

Needless to say, these positions are inconsistent. Accordingly, Defendants intend to file a motion on this issue in short order given its importance, and request a briefing schedule to address their motion.

Defendants expect that Track 1 Plaintiffs, in their submission today, will accuse Defendants of needless delay. That is not true. The problem is that there is a clear, live dispute about whether bid-rigging claims can proceed on Track 1. Defendants cannot proceed with the

---

[2]  Defendants reserve all rights regarding any Track 1 Plaintiffs' assertion about how and when bid rigging would be tried. To be clear, as set forth above, Defendants do not believe that bid-rigging claims—whether as part of an overarching conspiracy or a stand-alone claim—are within the scope of Track 1.

[3]  Although the Rule 404(b) issue is not presently before the Court, Defendants note that it would be highly prejudicial to admit any bid-rigging-related evidence in Track 1 without permitting Defendants a fair opportunity to conduct discovery on bid rigging.

deadlines at issue—expert depositions, expert reports, and summary judgment—without knowing the substance of the claims at issue. How can Defendants adequately depose CIIPPs' experts, for example, without knowing which claims are moving forward? If bid rigging is in—though Defendants do not think it should be per the October 15, 2021 Order—Defendants' approach to those depositions will be different than if it is not. Nonetheless, to keep moving this case along, Defendants *did* offer dates for expert depositions, assuming the parties can obtain clarity on the claims by those dates. (*See* Ex F at 6, 12/2/21 Email from J. Stupar.) Plaintiffs rejected Defendants' proposed dates. (*See* Ex. G at 6, 12/2/21 Email from K. Pozan.)

In an additional effort to keep the case moving, Defendants make the following proposal to address the immediate deadlines for Track 1 while the Court considers Defendants' forthcoming motion regarding the October 15 Order:

Defendants propose an additional 6-week extension for Defendants' remaining expert discovery deadlines, making the deadline to disclose Defendants' experts and depose Plaintiffs' experts March 4 and the deadline for Defendants' rebuttal reports March 14. This will provide time for Defendants to review and incorporate the new reports AWG submits on December 20 into the depositions they take of the other Plaintiffs' experts, and into their own responsive expert reports. Defendants further propose an equal and attendant extension to (i) Plaintiffs' expert deadlines and (ii) summary judgment deadlines. This proposal is made on the understanding that Track 1 will not include bid-rigging claims and that Track 1 Plaintiffs will not amend their expert reports to include anything regarding bid rigging.

Defendants understand that some Track 1 Plaintiffs oppose the request for six additional weeks to consider the new expert reports from AWG. (*See* Ex. G, 12/2/21 Email from K. Pozan.) But given that the original agreed schedule anticipated Defendants would (i) receive all expert

5

reports at once, (ii) respond to all expert reports at once, and (iii) have over four months to review and respond to the reports, a six-week extension is very reasonable to accommodate receiving multiple new expert reports. Further, this extension will provide time for the Court to resolve which claims are moving forward on Track 1. Defendants believe that six additional weeks to accommodate the organizational changes and obtain clarity on the key issue of which claims are moving forward avoids significant prejudice to the Defendants and is appropriately expeditious.

Finally, Defendants propose that the Court set the following briefing scheduling on their forthcoming motion regarding the claims to proceed on Track 1:

| Event | Deadline |
|---|---|
| Defendants' Motion | December 10, 2021 |
| Plaintiffs' Response | January 7, 2022 |
| Defendants' Reply | January 21, 2022 |

Defendants remain ready, willing, and able to proceed on the fast track. But Plaintiffs who elected into it have to acknowledge the claim they gave up to do so, too.

Dated: December 3, 2021       Respectfully submitted,

              */s/ Daniel E. Laytin, P.C.*

              Daniel E. Laytin, P.C. (#6257119)
              Christa C. Cottrell, P.C. (#6284749)
              Jenna M. Stupar (#6321583)
              KIRKLAND & ELLIS LLP
              300 North LaSalle Street
              Chicago, IL 60654
              Telephone: (312) 862-2000
              Facsimile: (312) 862-2200
              dlaytin@kirkland.com
              ccottrell@kirkland.com
              jenna.stupar@kirkland.com

              *Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

DEFENDANTS' ATTORNEYS

WEIL GOTSHAL & MANGES LLP

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

8

ROSE LAW FIRM

By: /s/ *John W. Treece*
John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms*
*Inc., Mountaire Farms, LLC and Mountaire*
*Farms of Delaware, Inc.*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendants Foster Farms, LLC*
*and Foster Poultry Farms, a California*
*Corporation*

9

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack
Stephen J. Siegel
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*


VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Jenna M. Stupar
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
jenna.stupar@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants*


PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc.,*
*O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 445-4623
F: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry,*
*Inc., Mar-Jac Poultry MS, LLC, Mar-Jac*
*Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-*
*Jac Poultry, LLC, and Mar-Jac Holdings, Inc.*

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com


WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com


MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
227 W. Monroe, Suite 3600
Chicago, IL 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

Case: 1:16-cv-08637 Document #: 5239 Filed: 12/03/21 Page 13 of 17 PageID #:310410

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods,*
*Inc. and Simmons Prepared Foods Inc.*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
950 F Street NW, Ste 700
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
radcox@axinn.com
doakes@axinn.com
klee@axinn.com

John M. Tanski (admitted *pro hac vice*)
Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 261-5654
ngaglio@axinn.com

LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
Facsimile: (312) 726-2273
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc.,*
*Tyson Chicken, Inc., Tyson Breeders, Inc.,*
*Tyson Poultry, Inc., Keystone Foods LLC,*
*Equity Group Eufaula Division, LLC, Equity*
*Group Georgia Division, LLC, and Equity*
*Group Kentucky Division, LLC*

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon (admitted *pro hac vice)*
Patricia A. Gorham (admitted *pro hac vice)*
Peter M. Szeremeta (admitted *pro hac vice)*
Kaitlin A. Carreno (admitted *pro hac vice)*
Dylan de Fouw (admitted *pro hac vice)*
999 Peachtree Street, N.E., Ste 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com

SMITH AMUNDSEN LLC

Ronald Balfour
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
cphillips@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

14

MANDELL MENKES LLC

By: /s/ *Brendan J. Healey*
Brendan J. Healey
One North Franklin, Ste
3600 Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com

ALSTON & BIRD LLP

B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Max Marks (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
nowell.berreth@alston.com
max.marks@alston.com

SMITH, GILLIAM, WILLIAMS & MILES
PA

R. Brent Hatcher, Jr. (admitted *pro hac vice*)
301 Green Street NW, Ste 200
Gainesville, GA 30501
Telephone: (770) 536-3381
Facsimile: (770) 535-9902
bhatcher@sgwmfirm.com

*Attorneys for Fieldale Farms Corporation*

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*) Peter
J. Schwingler (admitted *pro hac vice*) Kevin P.
Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100 St.
Louis, MO 63105 Telephone:
(314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS &
HELSINGER LLP

John C. Martin
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST
ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc.
and George's Farms, Inc*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: /s/ *Lara Flath*
Patrick Fitzgerald (#6307561)
Gail Lee
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

FREEBORN & PETERS LLP

By: */s/ David J. Doyle*
One of their attorneys
David J. Doyle (ARDC #6224848)
Jill C. Anderson (ARDC #6228756)
Andrew C. Nordahl (ARDC #6226999)
Matthew T. Connelly (ARDC #6320465)
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
ddoyle@freeborn.com
janderson@freeborn.com
anordahl@freeborn.com
mconnelly@freeborn.com

*Attorneys for UTRECHT-AMERICA
HOLDINGS, INC., RABO
AGRIFINANCE LLC, RABOBANK USA
FINANCIAL CORPORATION,
UTRECHT AMERICA FINANCE CO.,
and COÖPERATIEVE RABOBANK,
U.A., NEW YORK BRANCH*