# Exhibit B

| | |
|---|---|
| **From:** | David P. Germaine <dgermaine@sperling-law.com> |
| **Sent:** | Friday, November 26, 2021 2:49 PM |
| **To:** | Stupar, Jenna Marie |
| **Cc:** | Bill Blechman; Cramer, Phillip; Holt, Ryan; Douglas Patton; Michael Ponzoli; John P. Bjork |
| **Subject:** | RE: Re: In re Broiler - Meet and Confer re Scheduling Order No. 17 for Track 1 Actions |

Jenna,

I write on behalf of the Kroger and Publix Plaintiffs and further to the meet and confer on scheduling.

Given the Court's October 15 order and the subsequent stipulation we filed (ECF 5189 at ¶ 3) in response, we do not see the utility to these "threshold" questions. Nevertheless, we provide responses to the two questions relevant to us posed below.

If Defendants have questions or would like to discuss, please let me know.

Enjoy your weekend,

David

- **Bid Rigging Claims.** Do you as a Track 1 Plaintiff agree that you are not bringing a bid-rigging claim? (We understand that, in pursuing claims regarding supply reduction and Georgia Dock, Plaintiffs reserve the right to seek to admit evidence of bid-rigging under 404(b), and Defendants reserve the right to seek to exclude such evidence.)

**RESPONSE.** The Kroger and Publix Plaintiffs intend to proceed to trial on the Section 1 and RICO (Fed. & GA) claims alleged in their Amended Complaints (for illustration see Counts I, II, III, IV, V, and VI of the Amended Consolidated Complaint). We do not intend to pursue bid rigging damages as part of these claims in a Track 1 trial in this litigation. We do, however, reserve our rights to introduce evidence at trial relating to bid rigging conduct (see ECF 5189 at ¶ 4). Plaintiffs reserve their rights to seek damages based on bid rigging at a future trial.

- **Procedure: Amendment of Complaints.** Assuming yes, when are you going to amend your complaint to eliminate the bid-rigging claims from your Complaint?

**RESPONSE.** Given the current state of the Kroger and Publix Plaintiffs' complaints and the Defendants' answer to it, we do not see a need to amend the complaint as a result of the Court's October 15 order. To the extent the claims to be tried, as specified above, include references to bid rigging, the Defendants' consolidated answer already denies these allegations. If Defendants would like to Amend their answer as a result of the October 15 Order, we believe this could be

1

accounted for in the next 14-30 days. If this is how Defendants wish to proceed, please include such a milestone in your proposed schedule.