# Exhibit C

| | |
|---|---|
| **From:** | Robert Kaplan <RKaplan@kaplanfox.com> |
| **Sent:** | Tuesday, November 30, 2021 7:52 AM |
| **To:** | Stupar, Jenna Marie; Pozan, Kyle J.; David P. Germaine; *william.monts@hoganlovells.com; *justin.bernick@hoganlovells.com; *koering@millercanfield.com; *Holden.Steinhauer@HoganLovells.com; *liam.phibbs@hoganlovells.com; *olga.fleysh@hoganlovells.com; *cmurphy@vaughanandmurphy.com; *JHerbison@winston.com; *mmayer@winston.com; *gwilkowski@winston.com; *Tneuner@winston.com; *parker.miller@alston.com; *Valarie.Williams@alston.com; *max.marks@blockfirmllc.com; *Doug.Cunningham@alston.com; *Thomas.Grantham@alston.com; aaron@blockfirmllc.com; *czarlenga@mayerbrown.com; *opottinger@mayerbrown.com; *WStallings@mayerbrown.com; *smedlock@mayerbrown.com; JJoseph@mayerbrown.com; *Amandhania@mayerbrown.com; *KMonks@MAYERBROWN.COM; *PBennett@MAYERBROWN.COM; *william.greene@stinson.com; *kc.tucker@lawgroupnwa.com; *jmartin@sfgh.com; *kristy.boehler@lawgroupnwa.com; *zachary.hemenway@stinson.com; *nicci.warr@stinson.com; *gary.weeks@lawgroupnwa.com; *peter.schwingler@stinson.com; *patriciagorham@eversheds-sutherland.com; *jimmcgibbon@eversheds-sutherland.com; *rbalfour@salawus.com; *KaitlinCarreno@eversheds-sutherland.us; *DylandeFouw@eversheds-sutherland.us; *PeterSzeremeta@eversheds-sutherland.us; *LucyDalton@EVERSHEDS-SUTHERLAND.US; *gwrobel@vedderprice.com; *hjones@jordanprice.com; *LJones@jordanprice.com; NThompson@jordanprice.com; *snovack@novackmacey.com; *ssiegel@novackmacey.com; *cmoore@novackmacey.com; *jja@novackmacey.com; *bcohen@novackmacey.com; *mlim@novackmacey.com; *ACampbell@novackmacey.com; *SRabie@novackmacey.com; IFlanagan@novackmacey.com; *ewolicki@novackmacey.com; *ed@koniecznylaw.com; *dnewman@sgrlaw.com; *psanders@sgrlaw.com; *mcline@sgrlaw.com; *jpennington@sgrlaw.com; syoungblood@SGRLAW.COM; *abuice@sgrlaw.com; *breynolds@roselawfirm.com; *ahopkins@roselawfirm.com; *awofford@roselawfirm.com; *jtreece@jwtreece.com; *jhall@roselawfirm.com; *RSMITH@RoseLawFirm.com; *rberitiech@roselawfirm.com; *MHickey@schiffhardin.com; *LHeftman@schiffhardin.com; *RWierenga@schiffhardin.com; *SWahl@schiffhardin.com; *kwhelan@schiffhardin.com; *kwood@schiffhardin.com; *james.sulentic@kutakrock.com; *John.Passarelli@KutakRock.com; *jr.carroll@kutakrock.com; *jeffrey.fletcher@kutakrock.com; *stephen.dacus@kutakrock.com; *Boris.Bershteyn@skadden.com; *Patrick.Fitzgerald@skadden.com; *Lara.Flath@skadden.com; *Gail.Lee@skadden.com; *ATHernacki@Venable.com; *JBaldridge@Venable.com; *LJFales@Venable.com; *BPArgyle@Venable.com; *ZKVarshovi@Venable.com; *ABDickson@Venable.com; *TDAbraham@Venable.com; *DRFoley@Venable.com; *Carrie.Mahan@weil.com; *PilgrimsPride.Service@weil.com; *mmccluggage@EimerStahl.com; *michaelcarlinsky@quinnemanuel.com; *marchedrich@quinnemanuel.com; *isabellesun@quinnemanuel.com; *ericwhite@quinnemanuel.com; *matthewwasserman@quinnemanuel.com; *Jeffreymatthews@quinnemanuel.com; *michelleschmit@quinnemanuel.com; *williamburck@quinnemanuel.com; *debrabernstein@quinnemanuel.com; *mikebonanno@quinnemanuel.com; *ethanglass@quinnemanuel.com; *katlanigan@quinnemanuel.com; Laytin, Daniel E.; Cottrell, Christa C.; Giulitto, Jessica; |

1

**To:** Cawley, Kathleen E.; Haig, Rachel B.; Hunter, Tucker; Bailey, Amelia; Guilfoyle, Kate; Hudson, Anne J.; Brodwolf, Sarah; Schroeder, Joseph C.; Chambers, Melissa; Rees, Stephen M.; Murray, Kathleen; Ellis, Bailey; Nelson, Emma; Hartwig, Rachel; Bartels, Heather A.; Horan, Theresa Cederoth; Kappes, Nathan; Broyles, Connor; DeCelles, Katrina; Watts, Tempestt; Messerly, Garrett W.; Samels, Max; *lhmurray@shb.com; *lnovion@shb.com; *rmendoza@shb.com; *mkfleming@shb.com; *jelrod@cwlaw.com; *pfoneill@shb.com; *vbronson@cwlaw.com; *radcox@axinn.com; *ngaglio@axinn.com; *klee@axinn.com; *jtanski@axinn.com; *jtaylor@axinn.com; *doakes@axinn.com; *momara@axinn.com; *boppenheimer@axinn.com; *kjethmalani@axinn.com; *jmt@lipelyons.com; *dplunkett@axinn.com; *bboxbaum@axinn.com; carikat@axinn.com; *tmielniczuk@axinn.com; kholleran@axinn.com; *condeck@proskauer.com; *rdesai@proskauer.com; *schuk@proskauer.com; *tbrailey@proskauer.com; *yhong@proskauer.com; *SMcGowan@proskauer.com; *jdc@jdcarney.com; *dklar@dklarlaw.com; *dfeeney@millershakman.com; *tstaunton@millershakman.com; *binderpl@yahoo.com; *ajm@jdcarney.com; *case@jdcarney.com; *Hlwrey@dykema.com; *dstella@dykema.com; *crockey@dykema.com; *sgistenson@dykema.com; *mhays@dykema.com; *bmoore@dykema.com; *ddoyle@freeborn.com; *anordahl@freeborn.com; *mconnelly@freeborn.com; *janderson@freeborn.com; elifvendahl@lgcounsel.com; rmanion@lgcounsel.com; Robert Kaplan; Matthew McCahill; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; Jeff Campisi; Mandrika Moonsammy; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; cdirksen@cerallp.com; patrick.ahern@ahernandassociatespc.com; theo.bell@ahernandassociatespc.com; liana.alston@ahernandassociatespc.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; wjb@knpa.com; dpatton@knpa.com; srandall@knpa.com; Paul Slater; Joseph M. Vanek; John P. Bjork; Martin Amaro; pcramer@srvhlaw.com; RHolt@srvhlaw.com; sbeishuizen@srvhlaw.com; Jerry Santangelo; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; rphair@huntonak.com; martinj@huntonak.com; craiglee@huntonak.com; mcalvert@huntonak.com; ngilman@huntonak.com; ebolles@huntonak.com; brewerc@huntonak.com; CDufek@huntonak.com; Sthomas@huntonak.com; mmalcolm@huntonak.com; porter@spplawyers.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com;

**To:** mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; mmiller@millerlawllc.com; mvantine@millerlawllc.com; aszot@millerlawllc.com; jshapiro@stearnsweaver.com; spatmore@stearnsweaver.com; ccanino@stearnsweaver.com; acorbett@stearnsweaver.com; elifvendahl@lgcounsel.com; Robert Kaplan; Matthew McCahill; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; Robert Kaplan; Matthew McCahill; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; Robert Kaplan; Matthew McCahill; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; Robert Kaplan; Matthew McCahill; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; mgrier@hsblawfirm.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; jeisinger@eisingerlawfirm.com; Clay.Taylor@bondsellis.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; jeisinger@eisingerlawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; rturken@bilzin.com; swagner@bilzin.com; llustrin@bilzin.com; ldrescher@bilzin.com; ssakona@bilzin.com; bmitchel@bilzin.com; bsainte@bilzin.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; Allen@marcus-shapira.com; cain-mannix@marcus-shapira.com; marcus@marcus-shapira.com; deddy@theantitrustlawgroup.com; dlynch@theantitrustlawgroup.com; ckeibler@theantitrustlawgroup.com; csteele@theantitrustlawgroup.com; casasg@gtlaw.com; drayed@gtlaw.com; duttont@gtlaw.com; carusob@gtlaw.com; kleina@gtlaw.com; hoxsiem@gtlaw.com; douglasz@gtlaw.com; reedci@gtlaw.com; pinkertonv@gtlaw.com;

**To:** srabin@SusmanGodfrey.com; rbhalla@susmangodfrey.com; rcaughey@susmangodfrey.com; SShepard@susmangodfrey.com; LNand@susmangodfrey.com; rpolanco@susmangodfrey.com; ptaaffe@txattorneys.com; jwillis@txattorneys.com; obed@mdlcfirm.com; spencer@mdlcfirm.com; jorosa@justicia.pr.gov; tschneider@schneiderwallace.com; kbates@schneiderwallace.com; pschneider@schneiderwallace.com; mmmulder@mmulderlaw.com; eliveris@mmulderlaw.com; dowen@polsinelli.com; afitts@polsinelli.com; gzorogastua@polsinelli.com; kmurray@polsinelli.com; reilly@wtotrial.com; youngman@wtotrial.com; gottesfeld@wtotrial.com; ahachikian@foxswibel.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; gyearick@carltonfields.com; SMenger@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; pjr@willmont.com; epb@willmont.com; lawrence@listondeas.com; michael@gratzandgratz.com; Heather.Call@usdoj.gov; Michael.Koenig@usdoj.gov; Carolyn.Sweeney@usdoj.gov; Torzilli, Paul (ATR); floyd.mandell@katten.com; jeffrey.wakolbinger@katten.com; yoni.rosenzweig@katten.com; catherine.obrien@katten.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; elifvendahl@lgcounsel.com; Robert Kaplan; Matthew McCahill; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com;

| | |
|---|---|
| **To:** | scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; Stuart Singer |
| **Cc:** | Bruckner, W. Joseph; Clark, Brian D.; Morbey, Simeon A.; Owen, Stephen M.; Sipe, Elizabeth M.; bsimon@pswlaw.com; dwarshaw@pswlaw.com; nswartzberg@pswlaw.com; cpearson@pswlaw.com; mpearson@pswlaw.com; bpouya@pswlaw.com; tnolan@pswlaw.com; egrant@pswlaw.com; shart@hmelegal.com; beldridge@hmelegal.com; jmarrese@hmelegal.com; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; jrissman@gustafsongluek.com; bresch@gustafsongluek.com; jholzer@gustafsongluek.com; lwang@gustafsongluek.com; jcotchett@cpmlegal.com; azapala@cpmlegal.com; tprevost@cpmlegal.com; abarnett@cpmlegal.com; jverducci@cpmlegal.com; clipson@cpmlegal.com; mcaylao@cpmlegal.com; Adelavan@cpmlegal.com; jalioto@cpmlegal.com; jdallal@cpmlegal.com; kaw@wexlerwallace.com; eaw@wexlerwallace.com; mp@wexlerwallace.com; mjm@wexlerwallace.com; steve@hbsslaw.com; shanas@hbsslaw.com; riop@hbsslaw.com; breannav@hbsslaw.com; bbrown@cohenmilstein.com; bjohnson@cohenmilstein.com; dsilverman@cohenmilstein.com; adeich@cohenmilstein.com; lkatz@cohenmilstein.com |
| **Subject:** | RE: Re: In re Broiler - Meet and Confer re Scheduling Order No. 17 for Track 1 Actions |

Jenna we were very surprised by defendants' threshold questions posed for the first time on our November 22 call which was set to discuss a track one schedule. Instead of discussing a schedule, including the depositions of our experts whose reports were served on August 31, defendants for the first time , insisted on posing so called "threshold" questions, which in our view should not affect the schedule especially dates for the depositions of our experts.  On the call, defendants improperly refused to discuss a schedule even though that was the purpose of the call.  The parties should agree now on a Track One schedule and not get enmeshed in your so called "threshold" questions which are more properly dealt with as in limine motions

Nevertheless,  we give the following responses to your questions.

In its October 15 order  ECF No. 5128 at 5 the Court invited " any plaintiff that would like to go to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging, that track will be given priority over plaintiffs who insist on taking bid rigging discovery before any trial. ." ( ECF 5128, at 5).  The Affiliated Foods' Plaintiffs have so elected (ECF 5190) .  But the Court specifically noted in its October 15 order  that  the "Court's prohibition on discovery into bid rigging during the first track should not be construed as a ruling on whether Plaintiffs may use evidence of bid rigging they already possess or that is publicly available in a trial on the supply reduction and Georgia Dock conspiracies" ( ECF 5128 p. 4 n.2)

With that background, we think that it is abundantly clear, that our clients have elected to try  their claims  that defendants conspired to artificially inflate the prices of Broilers including through  manipulation of  supply  and  of the Georgia Dock leaving for another day what bid rigging or other evidence may be admitted  , including under Rule 404(b).. .

With respect to your second question, we see no need to amend any complaint. The Court's order and the above delineates the claims which will be tried.

Robert N. Kaplan
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Fax No.: (212) 687-7714
Email: rkaplan@kaplanfox.com

6