# Exhibit D

| | |
|---|---|
| **From:** | Joshua Rissman <jrissman@gustafsongluek.com> |
| **Sent:** | Wednesday, November 24, 2021 4:02 PM |
| **To:** | Stupar, Jenna Marie; Pozan, Kyle J.; David P. Germaine; *william.monts@hoganlovells.com; *justin.bernick@hoganlovells.com; *koering@millercanfield.com; *Holden.Steinhauer@HoganLovells.com; *liam.phibbs@hoganlovells.com; *olga.fleysh@hoganlovells.com; *cmurphy@vaughanandmurphy.com; *JHerbison@winston.com; *mmayer@winston.com; *gwilkowski@winston.com; *Tneuner@winston.com; *parker.miller@alston.com; *Valarie.Williams@alston.com; *max.marks@blockfirmllc.com; *Doug.Cunningham@alston.com; *Thomas.Grantham@alston.com; aaron@blockfirmllc.com; *czarlenga@mayerbrown.com; *opottinger@mayerbrown.com; *WStallings@mayerbrown.com; *smedlock@mayerbrown.com; JJoseph@mayerbrown.com; *Amandhania@mayerbrown.com; *KMonks@MAYERBROWN.COM; *PBennett@MAYERBROWN.COM; *william.greene@stinson.com; *kc.tucker@lawgroupnwa.com; *jmartin@sfgh.com; *kristy.boehler@lawgroupnwa.com; *zachary.hemenway@stinson.com; *nicci.warr@stinson.com; *gary.weeks@lawgroupnwa.com; *peter.schwingler@stinson.com; *patriciagorham@eversheds-sutherland.com; *jimmcgibbon@eversheds-sutherland.com; *rbalfour@salawus.com; *KaitlinCarreno@eversheds-sutherland.us; *DylandeFouw@eversheds-sutherland.us; *PeterSzeremeta@eversheds-sutherland.us; *LucyDalton@EVERSHEDS-SUTHERLAND.US; *gwrobel@vedderprice.com; *hjones@jordanprice.com; *LJones@jordanprice.com; NThompson@jordanprice.com; *snovack@novackmacey.com; *ssiegel@novackmacey.com; *cmoore@novackmacey.com; *jja@novackmacey.com; *bcohen@novackmacey.com; *mlim@novackmacey.com; *ACampbell@novackmacey.com; *SRabie@novackmacey.com; IFlanagan@novackmacey.com; *ewolicki@novackmacey.com; *ed@koniecznylaw.com; *dnewman@sgrlaw.com; *psanders@sgrlaw.com; *mcline@sgrlaw.com; *jpennington@sgrlaw.com; *syoungblood@SGRLAW.COM; *abuice@sgrlaw.com; *breynolds@roselawfirm.com; *ahopkins@roselawfirm.com; *awofford@roselawfirm.com; *jtreece@jwtreece.com; *jhall@roselawfirm.com; *RSMITH@RoseLawFirm.com; *rberitiech@roselawfirm.com; *MHickey@schiffhardin.com; *LHeftman@schiffhardin.com; *RWierenga@schiffhardin.com; *SWahl@schiffhardin.com; *kwhelan@schiffhardin.com; *kwood@schiffhardin.com; *james.sulentic@kutakrock.com; *John.Passarelli@KutakRock.com; *jr.carroll@kutakrock.com; *jeffrey.fletcher@kutakrock.com; *stephen.dacus@kutakrock.com; *Boris.Bershteyn@skadden.com; *Patrick.Fitzgerald@skadden.com; *Lara.Flath@skadden.com; *Gail.Lee@skadden.com; *ATHernacki@Venable.com; *JBaldridge@Venable.com; *LJFales@Venable.com; *BPArgyle@Venable.com; *ZKVarshovi@Venable.com; *ABDickson@Venable.com; *TDAbraham@Venable.com; *DRFoley@Venable.com; *Carrie.Mahan@weil.com; *PilgrimsPride.Service@weil.com; *mmccluggage@EimerStahl.com; *michaelcarlinsky@quinnemanuel.com; *marchedrich@quinnemanuel.com; *isabellesun@quinnemanuel.com; *ericwhite@quinnemanuel.com; *matthewwasserman@quinnemanuel.com; *Jeffreymatthews@quinnemanuel.com; *michelleschmit@quinnemanuel.com; *williamburck@quinnemanuel.com; *debrabernstein@quinnemanuel.com; *mikebonanno@quinnemanuel.com; *ethanglass@quinnemanuel.com; *katlanigan@quinnemanuel.com; Laytin, Daniel E.; Cottrell, Christa C.; Giulitto, Jessica; |

| | |
|---|---|
| **To:** | Cawley, Kathleen E.; Haig, Rachel B.; Hunter, Tucker; Bailey, Amelia; Guilfoyle, Kate; Hudson, Anne J.; Brodwolf, Sarah; Schroeder, Joseph C.; Chambers, Melissa; Rees, Stephen M.; Murray, Kathleen; Ellis, Bailey; Nelson, Emma; Hartwig, Rachel; Bartels, Heather A.; Horan, Theresa Cederoth; Kappes, Nathan; Broyles, Connor; DeCelles, Katrina; Watts, Tempestt; Messerly, Garrett W.; Samels, Max; *lhmurray@shb.com; *lnovion@shb.com; *rmendoza@shb.com; *mkfleming@shb.com; *jelrod@cwlaw.com; *pfoneill@shb.com; *vbronson@cwlaw.com; *radcox@axinn.com; *ngaglio@axinn.com; *klee@axinn.com; *jtanski@axinn.com; *jtaylor@axinn.com; *doakes@axinn.com; *momara@axinn.com; *boppenheimer@axinn.com; *kjethmalani@axinn.com; *jmt@lipelyons.com; *dplunkett@axinn.com; *bboxbaum@axinn.com; carikat@axinn.com; *tmielniczuk@axinn.com; kholleran; *condeck@proskauer.com; *rdesai@proskauer.com; *schuk@proskauer.com; *tbrailey@proskauer.com; *yhong@proskauer.com; *SMcGowan@proskauer.com; *jdc@jdcarney.com; *dklar@dklarlaw.com; *dfeeney@millershakman.com; *tstaunton@millershakman.com; *binderpl@yahoo.com; *ajm@jdcarney.com; *case@jdcarney.com; *Hlwrey@dykema.com; *dstella@dykema.com; *crockey@dykema.com; *sgistenson@dykema.com; *mhays@dykema.com; *bmoore@dykema.com; *ddoyle@freeborn.com; *anordahl@freeborn.com; *mconnelly@freeborn.com; *janderson@freeborn.com; elifvendahl; RManion; RKaplan; mmccahill; jmerritt@legalstrategy.com; rcoffman; scera@cerallp.com; jcampisi@kaplanfox.com; mmoonsammy; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; cdirksen@cerallp.com; patrick.ahern; theo.bell; liana.alston@ahernandassociatespc.com; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; sgant; jshaw@bsfllp.com; charrison; sjones; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant; jshaw@bsfllp.com; charrison; sjones; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant; jshaw@bsfllp.com; charrison; sjones; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant; jshaw@bsfllp.com; charrison; sjones; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant; jshaw@bsfllp.com; charrison; sjones; sleen@bsfllp.com; rmcallister@BSFLLP.com; wjb@knpa.com; dpatton@knpa.com; srandall@knpa.com; Paul Slater; Joseph M. Vanek; John P. Bjork; Martin Amaro; pcramer@srvhlaw.com; RHolt@srvhlaw.com; sbeishuizen@srvhlaw.com; Jerry Santangelo; Philip.iovieno; anardacci@bsfllp.com; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; rphair@huntonak.com; martinj@huntonak.com; craiglee@huntonak.com; mcalvert@huntonak.com; ngilman@huntonak.com; ebolles@huntonak.com; brewerc@huntonak.com; CDufek@huntonak.com; Sthomas@huntonak.com; mmalcolm@huntonak.com; porter@spplawyers.com; Philip.iovieno; anardacci@bsfllp.com; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; Philip.iovieno; anardacci@bsfllp.com; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; Philip.iovieno; anardacci@bsfllp.com; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; Philip.iovieno; anardacci@bsfllp.com; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; Philip.iovieno; anardacci@bsfllp.com; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; mmiller@millerlawllc.com; mvantine@millerlawllc.com; aszot@millerlawllc.com; jshapiro@stearnsweaver.com; spatmore@stearnsweaver.com; ccanino@stearnsweaver.com; |

**To:** acorbett@stearnsweaver.com; elifvendahl; RKaplan; mmccahill; jmerritt@legalstrategy.com; rcoffman; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl; RKaplan; mmccahill; jmerritt@legalstrategy.com; rcoffman; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl; RKaplan; mmccahill; jmerritt@legalstrategy.com; rcoffman; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl; RKaplan; mmccahill; jmerritt@legalstrategy.com; rcoffman; scera@cerallp.com; cdirksen@cerallp.com; mgrier@hsblawfirm.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; jeisinger@eisingerlawfirm.com; Clay.Taylor@bondsellis.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; jeisinger@eisingerlawfirm.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; rturken@bilzin.com; swagner@bilzin.com; llustrin@bilzin.com; ldrescher@bilzin.com; ssakona@bilzin.com; bmitchel@bilzin.com; bsainte@bilzin.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; Allen@marcus-shapira.com; Cain-Mannix; marcus; deddy@theantitrustlawgroup.com; dlynch@theantitrustlawgroup.com; ckeibler@theantitrustlawgroup.com; csteele@theantitrustlawgroup.com; casasg@gtlaw.com; drayed@gtlaw.com; duttont@gtlaw.com; carusob@gtlaw.com; kleina@gtlaw.com; hoxsiem@gtlaw.com; douglasz@gtlaw.com; reedci@gtlaw.com; pinkertonv@gtlaw.com; srabin@SusmanGodfrey.com; rbhalla@susmangodfrey.com; rcaughey@susmangodfrey.com; SShepard@susmangodfrey.com; LNand@susmangodfrey.com; rpolanco@susmangodfrey.com; ptaaffe@txattorneys.com; jwillis@txattorneys.com; obed@mdlcfirm.com; spencer@mdlcfirm.com; jorosa@justicia.pr.gov; tschneider; kbates@schneiderwallace.com; pschneider; mmmulder@mmulderlaw.com; eliveris@mmulderlaw.com; dowen@polsinelli.com; afitts@polsinelli.com; gzorogastua@polsinelli.com; kmurray@polsinelli.com; reilly@wtotrial.com; youngman@wtotrial.com; gottesfeld@wtotrial.com; ahachikian@foxswibel.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; gyearick; smenger; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; pjr@willmont.com; epb@willmont.com; lawrence@listondeas.com; michael@gratzandgratz.com; Heather.Call@usdoj.gov; Michael.Koenig@usdoj.gov; Carolyn.Sweeney@usdoj.gov; Torzilli, Paul (ATR); floyd.mandell@katten.com; jeffrey.wakolbinger@katten.com; yoni.rosenzweig@katten.com; catherine.obrien@katten.com; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; lawrence.brandman@cwt.com; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; lawrence.brandman@cwt.com; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern;

**To:** gillian.burns; elizabeth.moore; lawrence.brandman@cwt.com; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; lawrence.brandman@cwt.com; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; lawrence.brandman@cwt.com; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; lawrence.brandman@cwt.com; elifvendahl; RKaplan; mmccahill; rcoffman; scera@cerallp.com; cdirksen@cerallp.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau; kgore; ajesteadt@carltonfields.com; scohen@carltonfields.com; cmcgowan; smenger; gyearick; rkobert; aholman; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; lawrence.brandman@cwt.com; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore; lawrence.brandman@cwt.com; Philip.iovieno; mark.singer; nicholas.gravante; jack.stern; gillian.burns; elizabeth.moore

**Cc:** Stuart Singer W. Joseph Bruckner; Brian D. Clark; samorbey; smowen; emsipe@locklaw.com; bsimon@pswlaw.com; dwarshaw; nswartzberg@pswlaw.com; cpearson; mpearson; bpouya; tnolan; egrant; shart@hmelegal.com; beldridge@hmelegal.com; jmarrese@hmelegal.com; Dan Gustafson; Dan Hedlund; Michelle Looby; Brittany Resch; Jamie Holzer; Ling Wang; Joseph W. Cotchett; Adam Zapala; Tamarah Prevost; abarnett@cpmlegal.com; jverducci@cpmlegal.com; clipson@cpmlegal.com; mcaylao@cpmlegal.com; Alexandra Delavan; jalioto@cpmlegal.com; jdallal@cpmlegal.com; kaw@wexlerwallace.com; eaw@wexlerwallace.com; mp@wexlerwallace.com; mjm@wexlerwallace.com; steve; shanas; riop; Breanna Van Engelen; bbrown@cohenmilstein.com; bjohnson@cohenmilstein.com; dsilverman@cohenmilstein.com; adeich@cohenmilstein.com; lkatz@cohenmilstein.com

**Subject:** RE: Re: In re Broiler - Meet and Confer re Scheduling Order No. 17 for Track 1 Actions

Jenna,

CIIPPs are writing in follow-up to our meet and confer and your email of November 22, 2021 regarding the schedule for Track One Actions.

We too hope to reach an agreement regarding the scheduling in this case and continue to believe that a straightforward 45-day extension of all Scheduling Order 16 dates is appropriate.

However, we do not agree with your interpretation of the Judge's October 15, 2021 Order to preclude CIIPPs from pursuing their Section 1 antitrust price-fixing conspiracy claim and the state statutory antitrust and consumer protection analogs to Section 1 as alleged in the Seventh Amended Complaint. In particular, we do not understand the Court's Order to preclude the use of bid rigging evidence relevant to CIIPPs' claims and do not stipulate to the manner in which we may seek to introduce such evidence at trial.

The Court's Order gives Track One plaintiffs the option to proceed to trial without additional bid rigging specific discovery. The Courts' order makes clear that it is not expecting the Track One plaintiffs to "give-up" using bid rigging evidence that may be relevant to their claims. Indeed, footnote two of the Court's order explicitly makes clear that the Court *anticipates* that the Track One plaintiffs may seek to use such evidence although it is not making any admissibility determination now. As the court states:

> The Court's prohibition on *discovery* into bid rigging during the first track should not be construed as a ruling on whether Plaintiffs may use evidence of bid rigging they already possess or that is publicly available …"

October 15, 2021 Order (ECF No. 5128) at 4 n.2 (emphasis in the original).

Whether such evidence may be used at trial may be the subject of motions *in limine*. But, the Court's order does not require the parties to litigate the issue now. Thus, your "threshold" question number (ii) is premature and should have no bearing on the schedule.

We respond to the specific questions in your November 22, 2021 email as follows below.

- **Bid Rigging Claims.** Do you as a Track 1 Plaintiff agree that you are not bringing a bid-rigging claim? (We understand that, in pursuing claims regarding supply reduction and Georgia Dock, Plaintiffs reserve the right to seek to admit evidence of bid-rigging under 404(b), and Defendants reserve the right to seek to exclude such evidence.)

CIIPPs do not allege a separate standalone claim that arises solely from episodes of bid-rigging. However, CIIPPs continue to pursue redress via their Section 1 antitrust price-fixing conspiracy claim and the state statutory antitrust and consumer protection analogs to Section 1. As outlined in their operative Seventh Amended Complaint, CIIPPs Section 1 claim arises from Defendants' course of anticompetitive conduct that encompassed coordinating output and limiting production; the exchange of competitively sensitive, non-public information including pricing information; manipulation of a widely used price index; direct fixing of prices; and bid rigging. Plaintiffs may seek to admit evidence of bid-rigging pursuant to any applicable Rule of Evidence, not limited to Rule 404(b).

- **Procedure: Amendment of Complaints.** Assuming yes, when are you going to amend your complaint to eliminate the bid-rigging claims from your Complaint?

We do not currently have any reason to believe we will need to amend the pleadings further. We anticipate and look forward to going to trial on the Section 1 antitrust claim and the state statutory antitrust and consumer protection analogs to Section 1 alleged in CIIPPs' Seventh Amended Complaint, a claim that has already been sustained over Defendants' Rule 12 challenges. We further note that we are under no obligation to amend our complaint pursuant to the Court's most recent order on this issue.

- **AWG**. When is AWG filing its expert report(s)? We need to know this in order to determine our position on whether the current schedule needs any further modification.

With respect to AWG, we note only that we do not believe the entire case should be delayed while AWG prepares its expert report. The other Track One Plaintiffs timely filed their expert reports on August 31, 2021 and we see no reason

for Defendants' delay in taking those experts' depositions. As counsel for AWG suggested on our November 22, 2021 call, a practical solution may be to start scheduling the depositions of the numerous experts who have submitted their reports and schedule the AWG expert deposition as the last deposition.

We hope you have a pleasant Thanksgiving.

Sincerely,

**Joshua J. Rissman** (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition ...*