# Exhibit E

|  |  |
|---|---|
| **From:** | Pozan, Kyle J. <kjpozan@locklaw.com> |
| **Sent:** | Wednesday, November 24, 2021 3:51 PM |
| **To:** | Stupar, Jenna Marie; David P. Germaine; *william.monts@hoganlovells.com; *justin.bernick@hoganlovells.com; *koering@millercanfield.com; *Holden.Steinhauer@HoganLovells.com; *liam.phibbs@hoganlovells.com; *olga.fleysh@hoganlovells.com; *cmurphy@vaughanandmurphy.com; *JHerbison@winston.com; *mmayer@winston.com; *gwilkowski@winston.com; *Tneuner@winston.com; *parker.miller@alston.com; *Valarie.Williams@alston.com; *max.marks@blockfirmllc.com; *Doug.Cunningham@alston.com; *Thomas.Grantham@alston.com; aaron@blockfirmllc.com; *czarlenga@mayerbrown.com; *opottinger@mayerbrown.com; *WStallings@mayerbrown.com; *smedlock@mayerbrown.com; JJoseph@mayerbrown.com; *Amandhania@mayerbrown.com; *KMonks@MAYERBROWN.COM; *PBennett@MAYERBROWN.COM; *william.greene@stinson.com; *kc.tucker@lawgroupnwa.com; *jmartin@sfgh.com; *kristy.boehler@lawgroupnwa.com; *zachary.hemenway@stinson.com; *nicci.warr@stinson.com; *gary.weeks@lawgroupnwa.com; *peter.schwingler@stinson.com; *patriciagorham@eversheds-sutherland.com; *jimmcgibbon@eversheds-sutherland.com; *rbalfour@salawus.com; *KaitlinCarreno@eversheds-sutherland.us; *DylandeFouw@eversheds-sutherland.us; *PeterSzeremeta@eversheds-sutherland.us; *LucyDalton@EVERSHEDS-SUTHERLAND.US; *gwrobel@vedderprice.com; *hjones@jordanprice.com; *LJones@jordanprice.com; NThompson@jordanprice.com; *snovack@novackmacey.com; *ssiegel@novackmacey.com; *cmoore@novackmacey.com; *jja@novackmacey.com; *bcohen@novackmacey.com; *mlim@novackmacey.com; *ACampbell@novackmacey.com; *SRabie@novackmacey.com; IFlanagan@novackmacey.com; *ewolicki@novackmacey.com; *ed@koniecznylaw.com; *dnewman@sgrlaw.com; *psanders@sgrlaw.com; *mcline@sgrlaw.com; *jpennington@sgrlaw.com; *syoungblood@SGRLAW.COM; *abuice@sgrlaw.com; *breynolds@roselawfirm.com; *ahopkins@roselawfirm.com; *awofford@roselawfirm.com; *jtreece@jwtreece.com; *jhall@roselawfirm.com; *RSMITH@RoseLawFirm.com; *rberitiech@roselawfirm.com; *MHickey@schiffhardin.com; *LHeftman@schiffhardin.com; *RWierenga@schiffhardin.com; *SWahl@schiffhardin.com; *kwhelan@schiffhardin.com; *kwood@schiffhardin.com; *james.sulentic@kutakrock.com; *John.Passarelli@KutakRock.com; *jr.carroll@kutakrock.com; *jeffrey.fletcher@kutakrock.com; *stephen.dacus@kutakrock.com; *Boris.Bershteyn@skadden.com; *Patrick.Fitzgerald@skadden.com; *Lara.Flath@skadden.com; *Gail.Lee@skadden.com; *ATHernacki@Venable.com; *JBaldridge@Venable.com; *LJFales@Venable.com; *BPArgyle@Venable.com; *ZKVarshovi@Venable.com; *ABDickson@Venable.com; *TDAbraham@Venable.com; *DRFoley@Venable.com; *Carrie.Mahan@weil.com; *PilgrimsPride.Service@weil.com; *mmccluggage@EimerStahl.com; *michaelcarlinsky@quinnemanuel.com; *marchedrich@quinnemanuel.com; *isabellesun@quinnemanuel.com; *ericwhite@quinnemanuel.com; *matthewwasserman@quinnemanuel.com; *Jeffreymatthews@quinnemanuel.com; *michelleschmit@quinnemanuel.com; *williamburck@quinnemanuel.com; *debrabernstein@quinnemanuel.com; *mikebonanno@quinnemanuel.com; *ethanglass@quinnemanuel.com; *katlanigan@quinnemanuel.com; Laytin, Daniel E.; Cottrell, Christa C.; Giulitto, Jessica; Cawley, Kathleen E.; Haig, Rachel B.; Hunter, Tucker; Bailey, Amelia; Guilfoyle, Kate; |

1

**To:** Hudson, Anne J.; Brodwolf, Sarah; Schroeder, Joseph C.; Chambers, Melissa; Rees, Stephen M.; Murray, Kathleen; Ellis, Bailey; Nelson, Emma; Hartwig, Rachel; Bartels, Heather A.; Horan, Theresa Cederoth; Kappes, Nathan; Broyles, Connor; DeCelles, Katrina; Watts, Tempestt; Messerly, Garrett W.; Samels, Max; *lhmurray@shb.com; *lnovion@shb.com; *rmendoza@shb.com; *mkfleming@shb.com; *jelrod@cwlaw.com; *pfoneill@shb.com; *vbronson@cwlaw.com; *radcox@axinn.com; *ngaglio@axinn.com; *klee@axinn.com; *jtanski@axinn.com; *jtaylor@axinn.com; *doakes@axinn.com; *momara@axinn.com; *boppenheimer@axinn.com; *kjethmalani@axinn.com; *jmt@lipelyons.com; *dplunkett@axinn.com; *bboxbaum@axinn.com; carikat@axinn.com; *tmielniczuk@axinn.com; kholleran@axinn.com; *condeck@proskauer.com; *rdesai@proskauer.com; *schuk@proskauer.com; *tbrailey@proskauer.com; *yhong@proskauer.com; *SMcGowan@proskauer.com; *jdc@jdcarney.com; *dklar@dklarlaw.com; *dfeeney@millershakman.com; *tstaunton@millershakman.com; *binderpl@yahoo.com; *ajm@jdcarney.com; *case@jdcarney.com; *Hlwrey@dykema.com; *dstella@dykema.com; *crockey@dykema.com; *sgistenson@dykema.com; *mhays@dykema.com; *bmoore@dykema.com; *ddoyle@freeborn.com; *anordahl@freeborn.com; *mconnelly@freeborn.com; *janderson@freeborn.com; elifvendahl@lgcounsel.com; rmanion@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; jcampisi@kaplanfox.com; mmoonsammy@kaplanfox.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; cdirksen@cerallp.com; patrick.ahern@ahernandassociatespc.com; theo.bell@ahernandassociatespc.com; liana.alston@ahernandassociatespc.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; wjb@knpa.com; dpatton@knpa.com; srandall@knpa.com; Paul Slater; Joseph M. Vanek; John P. Bjork; Martin Amaro; pcramer@srvhlaw.com; RHolt@srvhlaw.com; sbeishuizen@srvhlaw.com; Jerry Santangelo; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; rphair@huntonak.com; martinj@huntonak.com; craiglee@huntonak.com; mcalvert@huntonak.com; ngilman@huntonak.com; ebolles@huntonak.com; brewerc@huntonak.com; CDufek@huntonak.com; Sthomas@huntonak.com; mmalcolm@huntonak.com; porter@spplawyers.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com;

**To:** mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; mmiller@millerlawllc.com; mvantine@millerlawllc.com; aszot@millerlawllc.com; jshapiro@stearnsweaver.com; spatmore@stearnsweaver.com; ccanino@stearnsweaver.com; acorbett@stearnsweaver.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; mgrier@hsblawfirm.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; jeisinger@eisingerlawfirm.com; Clay.Taylor@bondsellis.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; jeisinger@eisingerlawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; rturken@bilzin.com; swagner@bilzin.com; llustrin@bilzin.com; ldrescher@bilzin.com; ssakona@bilzin.com; bmitchel@bilzin.com; bsainte@bilzin.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; Allen@marcus-shapira.com; cain-mannix@marcus-shapira.com; marcus@marcus-shapira.com; deddy@theantitrustlawgroup.com; dlynch@theantitrustlawgroup.com; ckeibler@theantitrustlawgroup.com; csteele@theantitrustlawgroup.com; casasg@gtlaw.com; drayed@gtlaw.com;

**To:** duttont@gtlaw.com; carusob@gtlaw.com; kleina@gtlaw.com; hoxsiem@gtlaw.com; douglasz@gtlaw.com; reedci@gtlaw.com; pinkertonv@gtlaw.com; srabin@SusmanGodfrey.com; rbhalla@susmangodfrey.com; rcaughey@susmangodfrey.com; SShepard@susmangodfrey.com; LNand@susmangodfrey.com; rpolanco@susmangodfrey.com; ptaaffe@txattorneys.com; jwillis@txattorneys.com; obed@mdlcfirm.com; spencer@mdlcfirm.com; jorosa@justicia.pr.gov; tschneider@schneiderwallace.com; kbates@schneiderwallace.com; pschneider@schneiderwallace.com; mmmulder@mmulderlaw.com; eliveris@mmulderlaw.com; dowen@polsinelli.com; afitts@polsinelli.com; gzorogastua@polsinelli.com; kmurray@polsinelli.com; reilly@wtotrial.com; youngman@wtotrial.com; gottesfeld@wtotrial.com; ahachikian@foxswibel.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; gyearick@carltonfields.com; SMenger@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; pjr@willmont.com; epb@willmont.com; lawrence@listondeas.com; michael@gratzandgratz.com; Heather.Call@usdoj.gov; Michael.Koenig@usdoj.gov; Carolyn.Sweeney@usdoj.gov; Torzilli, Paul (ATR); floyd.mandell@katten.com; jeffrey.wakolbinger@katten.com; yoni.rosenzweig@katten.com; catherine.obrien@katten.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com;

| | |
|---|---|
| **To:** | AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; Stuart Singer |
| **Cc:** | Bruckner, W. Joseph; Clark, Brian D.; Morbey, Simeon A.; Owen, Stephen M.; Sipe, Elizabeth M.; bsimon@pswlaw.com; dwarshaw@pswlaw.com; nswartzberg@pswlaw.com; cpearson@pswlaw.com; mpearson@pswlaw.com; bpouya@pswlaw.com; tnolan@pswlaw.com; egrant@pswlaw.com; shart@hmelegal.com; beldridge@hmelegal.com; jmarrese@hmelegal.com; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; jrissman@gustafsongluek.com; bresch@gustafsongluek.com; jholzer@gustafsongluek.com; lwang@gustafsongluek.com; jcotchett@cpmlegal.com; azapala@cpmlegal.com; tprevost@cpmlegal.com; abarnett@cpmlegal.com; jverducci@cpmlegal.com; clipson@cpmlegal.com; mcaylao@cpmlegal.com; Adelavan@cpmlegal.com; jalioto@cpmlegal.com; jdallal@cpmlegal.com; kaw@wexlerwallace.com; eaw@wexlerwallace.com; mp@wexlerwallace.com; mjm@wexlerwallace.com; steve@hbsslaw.com; shanas@hbsslaw.com; riop@hbsslaw.com; breannav@hbsslaw.com; bbrown@cohenmilstein.com; bjohnson@cohenmilstein.com; dsilverman@cohenmilstein.com; adeich@cohenmilstein.com; lkatz@cohenmilstein.com |

**Subject:** RE: Re: In re Broiler - Meet and Confer re Scheduling Order No. 17 for Track 1 Actions

Jenna,

DPPs do not believe that there should be any preconditions to negotiating a scheduling order for Track 1 actions. The scope of the Track 1 trial has not changed since the parties negotiated and the Court entered Scheduling Order No. 16. At that time, DPPs' big-rigging allegations were stayed until after resolution of the market manipulation aspect of the conspiracy. Now, instead of being stayed, DPPs will proceed to trial on their bid-rigging allegations under a separate schedule. Class Plaintiffs' Proposed Scheduling Order No. 17 for Track 1 Actions, however, equitably extends all remaining deadlines by 45 days to account for the handful of deadlines extended by the Court.

Defendants have had Class Plaintiffs' proposed schedule for 28 days, since October 27. (*See* ECF No. 5173-3.) Please let us know by Tuesday, November 30 whether you agree to Class Plaintiffs' proposed schedule (ECF No. 5173-5) or provide us with Defendants' counterproposal that day. If Defendants do not agree and do not provide a counterproposal, we will file our proposed schedule with the Court on December 3. DPPs are not willing to extend the December 3 deadline any further.

Notwithstanding, we have prepared the following responses to your questions in the interest of attempting to resolve these disputes in advance of the December 3 filing deadline.

**Track 1**

**Bid-Rigging Claims:** As a preliminary matter, DPPs disagree with your characterization of our claim. DPPs have a single claim under Section 1 of the Sherman Act. Bid-rigging is simply one method of Defendants' conspiracy. And as the Court previously recognized, "[I]t is plausible for a single conspiracy to use different means at different times." (ECF No. 3835 at 4.) Consistent with the Court's October 15, 2021 Order and DPPs' stipulation, DPPs have elected to proceed to trial on the market manipulation method of the conspiracy. DPPs will separately proceed to trial on the bid-rigging method of the conspiracy after more fulsome discovery into Defendants' bid-rigging conduct. However, as you recognize, DPPs reserve the right to introduce bid-rigging evidence for other permitted purposes at a trial on the market manipulation method of the conspiracy, including under Rule 404(b) of the Federal Rules of Evidence.

**Amendment of Complaints:** DPPs do not plan to amend their complaint, and they are not withdrawing or waiving their bid-rigging allegations. In its October 15 Order, the Court stated that "any plaintiff that would like to proceed to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging claims must so stipulate and concede any appellate issue on trying these claims without bid rigging discovery." (ECF No. 5128 at 5.) The Court did not say that any plaintiff who desires to proceed to trial on the market manipulation method of the conspiracy must waive its big-rigging allegations. In fact, the situation now is similar to posture after the Court entered its September 22, 2020 Order on bifurcation. At that time, the Court stayed the bid-rigging aspect of the case until after the resolution of the market manipulation aspect. (ECF No. 3836 at 6–7.) The Court did not require the plaintiffs with big-rigging allegations to excise them from their complaint or waive them. In fact, the Court granted Class Plaintiffs leave to amend their complaints to include bid-rigging allegations. (ECF No. 3836 at 9–10.) DPPs did so, and their bid-rigging allegations remained stayed until the Court vacated the bifurcation order. Thus, the parties find themselves in a similar situation to when they negotiated Scheduling Order No. 16. Defendants' concerns about bid-rigging allegations remaining in the complaint can be addressed through motions *in limine* and other pre-trial orders. Defendants have the ability to move to dismiss or otherwise respond to our bid-rigging allegations concurrently with their response to the Track 2 Plaintiffs.

**AWG:** We do not believe that Defendants need to know the precise date by which AWG will disclose its merits experts' reports in order to engage in discussions relating to Class Plaintiffs' proposed Scheduling Order No. 17 for Track 1 Actions. As stated in Class Plaintiffs' Opposition to Defendants' Motion to Amend Upcoming Deadlines in Scheduling

Order No. 16, the Track 1 parties can fashion an accommodation in the schedule that allows AWG to catch up without delaying the remaining deadlines beyond Class Plaintiffs' proposed 45-day extension. Please let us know Defendants' proposed schedule for Track 1 actions by Tuesday, November 30. If Defendants continue to maintain that they need to know the date by which AWG will disclose its merits experts' reports, we will interpret that to mean that Defendants do not believe there can be an accommodation in the schedule for AWG and will advise the Court accordingly in our December 3 filing. However, our merits report was disclosed by the August 31, 2021 deadline, and there is no reason to delay Defendants' response thereto and the entire case schedule because AWG has not disclosed its merits experts' reports.

Sincerely,
Kyle

Kyle Pozan | Senior Counsel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401
V: 612-596-4078 | F: 612-339-0981 | www.locklaw.com