Exhibit F

**From:** Stupar, Jenna Marie
**Sent:** Thursday, December 2, 2021 11:31 AM
**To:** Pozan, Kyle J.; David P. Germaine; *william.monts@hoganlovells.com;
*justin.bernick@hoganlovells.com; *koering@millercanfield.com;
*Holden.Steinhauer@HoganLovells.com; *liam.phibbs@hoganlovells.com;
*olga.fleysh@hoganlovells.com; *cmurphy@vaughanandmurphy.com;
*JHerbison@winston.com; *mmayer@winston.com; *gwilkowski@winston.com;
*Tneuner@winston.com; *parker.miller@alston.com; *Valarie.Williams@alston.com;
*max.marks@blockfirmllc.com; *Doug.Cunningham@alston.com;
*Thomas.Grantham@alston.com; aaron@blockfirmllc.com;
*czarlenga@mayerbrown.com; *opottinger@mayerbrown.com;
*WStallings@mayerbrown.com; *smedlock@mayerbrown.com;
JJoseph@mayerbrown.com; *Amandhania@mayerbrown.com;
*KMonks@MAYERBROWN.COM; *PBennett@MAYERBROWN.COM;
*william.greene@stinson.com; *kc.tucker@lawgroupnwa.com; *jmartin@sfgh.com;
*kristy.boehler@lawgroupnwa.com; *zachary.hemenway@stinson.com;
*nicci.warr@stinson.com; *gary.weeks@lawgroupnwa.com;
*peter.schwingler@stinson.com; *patriciagorham@eversheds-sutherland.com;
*jimmcgibbon@eversheds-sutherland.com; *rbalfour@salawus.com;
*KaitlinCarreno@eversheds-sutherland.us; *DylandeFouw@eversheds-sutherland.us;
*PeterSzeremeta@eversheds-sutherland.us; *LucyDalton@EVERSHEDS-
SUTHERLAND.US; *gwrobel@vedderprice.com; *hjones@jordanprice.com;
*LJones@jordanprice.com; NThompson@jordanprice.com;
*snovack@novackmacey.com; *ssiegel@novackmacey.com;
*cmoore@novackmacey.com; *jja@novackmacey.com; *bcohen@novackmacey.com;
*mlim@novackmacey.com; *ACampbell@novackmacey.com;
*SRabie@novackmacey.com; IFlanagan@novackmacey.com;
*ewolicki@novackmacey.com; *ed@koniecznylaw.com; *dnewman@sgrlaw.com;
*psanders@sgrlaw.com; *mcline@sgrlaw.com; *jpennington@sgrlaw.com;
*syoungblood@SGRLAW.COM; *abuice@sgrlaw.com; *breynolds@roselawfirm.com;
*ahopkins@roselawfirm.com; *awofford@roselawfirm.com; *jtreece@jwtreece.com;
*jhall@roselawfirm.com; *RSMITH@RoseLawFirm.com; *rberitiech@roselawfirm.com;
*MHickey@schiffhardin.com; *LHeftman@schiffhardin.com;
*RWierenga@schiffhardin.com; *SWahl@schiffhardin.com; *kwhelan@schiffhardin.com;
*kwood@schiffhardin.com; *james.sulentic@kutakrock.com;
*John.Passarelli@KutakRock.com; *jr.carroll@kutakrock.com;
*jeffrey.fletcher@kutakrock.com; *stephen.dacus@kutakrock.com;
*Boris.Bershteyn@skadden.com; *Patrick.Fitzgerald@skadden.com;
*Lara.Flath@skadden.com; *Gail.Lee@skadden.com; *ATHernacki@Venable.com;
*JBaldridge@Venable.com; *LJFales@Venable.com; *BPArgyle@Venable.com;
*ZKVarshovi@Venable.com; *ABDickson@Venable.com; *TDAbraham@Venable.com;
*DRFoley@Venable.com; *Carrie.Mahan@weil.com; *PilgrimsPride.Service@weil.com;
*mmccluggage@EimerStahl.com; *michaelcarlinsky@quinnemanuel.com;
*marchedrich@quinnemanuel.com; *isabellesun@quinnemanuel.com;
*ericwhite@quinnemanuel.com; *matthewwasserman@quinnemanuel.com;
*Jeffreymatthews@quinnemanuel.com; *michelleschmit@quinnemanuel.com;
*williamburck@quinnemanuel.com; *debrabernstein@quinnemanuel.com;
*mikebonanno@quinnemanuel.com; *ethanglass@quinnemanuel.com;
*katlanigan@quinnemanuel.com; Laytin, Daniel E.; Cottrell, Christa C.; Giulitto, Jessica;
Cawley, Kathleen E.; Haig, Rachel B.; Hunter, Tucker; Bailey, Amelia; Guilfoyle, Kate;

1

**To:**            Hudson, Anne J.; Brodwolf, Sarah; Schroeder, Joseph C.; Chambers, Melissa; Rees, Stephen M.; Murray, Kathleen; Ellis, Bailey; Nelson, Emma; Hartwig, Rachel; Bartels, Heather A.; Horan, Theresa Cederoth; Kappes, Nathan; Broyles, Connor; DeCelles, Katrina; Watts, Tempestt; Messerly, Garrett W.; Samels, Max; *lhmurray@shb.com; *lnovion@shb.com; *rmendoza@shb.com; *mkfleming@shb.com; *jelrod@cwlaw.com; *pfoneill@shb.com; *vbronson@cwlaw.com; *radcox@axinn.com; *ngaglio@axinn.com; *klee@axinn.com; *jtanski@axinn.com; *jtaylor@axinn.com; *doakes@axinn.com; *momara@axinn.com; *boppenheimer@axinn.com; *kjethmalani@axinn.com; *jmt@lipelyons.com; *dplunkett@axinn.com; *bboxbaum@axinn.com; carikat@axinn.com; *tmielniczuk@axinn.com; kholleran@axinn.com; *condeck@proskauer.com; *rdesai@proskauer.com; *schuk@proskauer.com; *tbrailey@proskauer.com; *yhong@proskauer.com; *SMcGowan@proskauer.com; *jdc@jdcarney.com; *dklar@dklarlaw.com; *dfeeney@millershakman.com; *tstaunton@millershakman.com; *binderpl@yahoo.com; *ajm@jdcarney.com; *case@jdcarney.com; *HIwrey@dykema.com; *dstella@dykema.com; *crockey@dykema.com; *sgistenson@dykema.com; *mhays@dykema.com; *bmoore@dykema.com; *ddoyle@freeborn.com; *anordahl@freeborn.com; *mconnelly@freeborn.com; *janderson@freeborn.com; elifvendahl@lgcounsel.com; rmanion@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; jcampisi@kaplanfox.com; mmoonsammy@kaplanfox.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; cdirksen@cerallp.com; patrick.ahern@ahernandassociatespc.com; theo.bell@ahernandassociatespc.com; liana.alston@ahernandassociatespc.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; wjb@knpa.com; dpatton@knpa.com; srandall@knpa.com; Paul Slater; Joseph M. Vanek; John P. Bjork; Martin Amaro; pcramer@srvhlaw.com; RHolt@srvhlaw.com; sbeishuizen@srvhlaw.com; Jerry Santangelo; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; rphair@huntonak.com; martinj@huntonak.com; craiglee@huntonak.com; mcalvert@huntonak.com; ngilman@huntonak.com; ebolles@huntonak.com; brewerc@huntonak.com; CDufek@huntonak.com; Sthomas@huntonak.com; mmalcolm@huntonak.com; porter@spplawyers.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com;

**To:**

mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; mmiller@millerlawllc.com; mvantine@millerlawllc.com; aszot@millerlawllc.com; jshapiro@stearnsweaver; spatmore@stearnsweaver.com; ccanino@stearnsweaver.com; acorbett@stearnsweaver.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; mgrier@hsblawfirm.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; jeisinger@eisingerlawfirm.com; Clay.Taylor@bondsellis.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; jeisinger@eisingerlawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; rturken@bilzin.com; swagner@bilzin.com; llustrin@bilzin.com; ldrescher@bilzin.com; ssakona@bilzin.com; bmitchel@bilzin.com; bsainte@bilzin.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; Allen@marcus-shapira.com; cain-mannix@marcus-shapira.com; marcus@marcus-shapira.com; deddy@theantitrustlawgroup.com; dlynch@theantitrustlawgroup.com; ckeibler@theantitrustlawgroup.com; csteele@theantitrustlawgroup.com; casasg@gtlaw.com; drayed@gtlaw.com;

**To:**

duttont@gtlaw.com; carusob@gtlaw.com; kleina@gtlaw.com; hoxsiem@gtlaw.com; douglasz@gtlaw.com; reedci@gtlaw.com; pinkertonv@gtlaw.com; srabin@SusmanGodfrey.com; rbhalla@susmangodfrey.com; rcaughey@susmangodfrey.com; SShepard@susmangodfrey.com; LNand@susmangodfrey.com; rpolanco@susmangodfrey.com; ptaaffe@txattorneys.com; jwillis@txattorneys.com; obed@mdlcfirm.com; spencer@mdlcfirm.com; jorosa@justicia.pr.gov; tschneider@schneiderwallace.com; kbates@schneiderwallace.com; pschneider@schneiderwallace.com; mmmulder@mmulderlaw.com; eliveris@mmulderlaw.com; dowen@polsinelli.com; afitts@polsinelli.com; gzorogastua@polsinelli.com; kmurray@polsinelli.com; reilly@wtotrial.com; youngman@wtotrial.com; gottesfeld@wtotrial.com; ahachikian@foxswibel.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; gyearick@carltonfields.com; SMenger@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; pjr@willmont.com; epb@willmont.com; lawrence@listondeas.com; michael@gratzandgratz.com; Heather.Call@usdoj.gov; Michael.Koenig@usdoj.gov; Carolyn.Sweeney@usdoj.gov; Torzilli, Paul (ATR); floyd.mandell@katten.com; jeffrey.wakolbinger@katten.com; yoni.rosenzweig@katten.com; catherine.obrien@katten.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com;

**To:**

AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com;
mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com;
ajesteadt@carltonfields.com; scohen@carltonfields.com;
CMcGowan@carltonfields.com; SMenger@carltonfields.com;
gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com;
ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com;
desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com;
scohen@carltonfields.com; CMcGowan@carltonfields.com;
SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com;
AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com;
mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com;
ajesteadt@carltonfields.com; scohen@carltonfields.com;
CMcGowan@carltonfields.com; SMenger@carltonfields.com;
gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com;
ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com;
desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com;
scohen@carltonfields.com; CMcGowan@carltonfields.com;
SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com;
AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com;
mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com;
ajesteadt@carltonfields.com; scohen@carltonfields.com;
CMcGowan@carltonfields.com; SMenger@carltonfields.com;
gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com;
ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com;
desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com;
scohen@carltonfields.com; CMcGowan@carltonfields.com;
SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com;
AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com;
mthompson@tottislaw.com; philip.iovieno@cwt.com; mark.singer@cwt.com;
nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com;
elizabeth.moore@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com;
nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com;
elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com;
mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com;
gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com;
philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com;
jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; Stuart Singer

**Cc:**

Bruckner, W. Joseph; Clark, Brian D.; Morbey, Simeon A.; Owen, Stephen M.; Sipe,
Elizabeth M.; bsimon@pswlaw.com; dwarshaw@pswlaw.com;
nswartzberg@pswlaw.com; cpearson@pswlaw.com; mpearson@pswlaw.com;
bpouya@pswlaw.com; tnolan@pswlaw.com; egrant@pswlaw.com;
shart@hmelegal.com; beldridge@hmelegal.com; jmarrese@hmelegal.com;
dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com;
mlooby@gustafsongluek.com; jrissman@gustafsongluek.com;
bresch@gustafsongluek.com; jholzer@gustafsongluek.com;
lwang@gustafsongluek.com; jcotchett@cpmlegal.com; azapala@cpmlegal.com;
tprevost@cpmlegal.com; abarnett@cpmlegal.com; jverducci@cpmlegal.com;
clipson@cpmlegal.com; mcaylao@cpmlegal.com; Adelavan@cpmlegal.com;
jalioto@cpmlegal.com; jdallal@cpmlegal.com; kaw@wexlerwallace.com;
eaw@wexlerwallace.com; mp@wexlerwallace.com; mjm@wexlerwallace.com;
steve@hbsslaw.com; shanas@hbsslaw.com; riop@hbsslaw.com;
breannav@hbsslaw.com; bbrown@cohenmilstein.com; bjohnson@cohenmilstein.com;
dsilverman@cohenmilstein.com; adeich@cohenmilstein.com; lkatz@cohenmilstein.com

**Subject:**                             RE: Re: In re Broiler - Meet and Confer re Scheduling Order No. 17 for Track 1 Actions


Counsel:

Following up our letter, AWG now has informed us that it plans to serve its expert reports on December 20. As we noted in our letter, Defendants need a reasonable amount of time to review and analyze those new reports after receiving them before deposing other experts and serving omnibus rebuttal reports. Accordingly, Defendants propose an additional 6 weeks for expert discovery, making the new deposition and stipulation deadline March 4 and the deadline for rebuttal reports on March 14, 2022.

As you know, the threshold issue of which claims are proceeding on Track 1 has not yet been resolved. However, Defendants are willing to make a good faith effort to schedule the Track 1 Plaintiffs' expert depositions, contingent upon resolution of that issue. If that can be accomplished, Defendants propose scheduling Track 1 Plaintiffs' expert depositions on the days listed below, with the exception of AWG's experts, as Defendants have not received those reports yet.

- **Carter**: February 24
- **Mangum**: February 18
- **Williams**: February 9
- **Cabral**: February 15
- **Sunding**: February 25
- **Frankel**: February 16
- **McClave**: February 22
- **Coenen**: February 23

Further, to respond to DPP's note yesterday regarding the Joint Status Report, Defendants agree to file separate submissions at 5 CST.

Thanks,
Jenna


**Jenna M. Stupar**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3077   **M** +1 262 853 3141
**F** +1 312 862 2200

jenna.stupar@kirkland.com

*Admitted in Illinois