# Exhibit G

| | |
|---|---|
| **From:** | Pozan, Kyle J. <kjpozan@locklaw.com> |
| **Sent:** | Thursday, December 2, 2021 5:58 PM |
| **To:** | Stupar, Jenna Marie; David P. Germaine; *william.monts@hoganlovells.com; *justin.bernick@hoganlovells.com; *koering@millercanfield.com; *Holden.Steinhauer@HoganLovells.com; *liam.phibbs@hoganlovells.com; *olga.fleysh@hoganlovells.com; *cmurphy@vaughanandmurphy.com; *JHerbison@winston.com; *mmayer@winston.com; *gwilkowski@winston.com; *Tneuner@winston.com; *parker.miller@alston.com; *Valarie.Williams@alston.com; *max.marks@blockfirmllc.com; *Doug.Cunningham@alston.com; *Thomas.Grantham@alston.com; aaron@blockfirmllc.com; *czarlenga@mayerbrown.com; *opottinger@mayerbrown.com; *WStallings@mayerbrown.com; *smedlock@mayerbrown.com; JJoseph@mayerbrown.com; *Amandhania@mayerbrown.com; *KMonks@MAYERBROWN.COM; *PBennett@MAYERBROWN.COM; *william.greene@stinson.com; *kc.tucker@lawgroupnwa.com; *jmartin@sfgh.com; *kristy.boehler@lawgroupnwa.com; *zachary.hemenway@stinson.com; *nicci.warr@stinson.com; *gary.weeks@lawgroupnwa.com; *peter.schwingler@stinson.com; *patriciagorham@eversheds-sutherland.com; *jimmcgibbon@eversheds-sutherland.com; *rbalfour@salawus.com; *KaitlinCarreno@eversheds-sutherland.us; *DylandeFouw@eversheds-sutherland.us; *PeterSzeremeta@eversheds-sutherland.us; *LucyDalton@EVERSHEDS-SUTHERLAND.US; *gwrobel@vedderprice.com; *hjones@jordanprice.com; *LJones@jordanprice.com; NThompson@jordanprice.com; *snovack@novackmacey.com; *ssiegel@novackmacey.com; *cmoore@novackmacey.com; *jja@novackmacey.com; *bcohen@novackmacey.com; *mlim@novackmacey.com; *ACampbell@novackmacey.com; *SRabie@novackmacey.com; IFlanagan@novackmacey.com; *ewolicki@novackmacey.com; *ed@koniecznylaw.com; *dnewman@sgrlaw.com; *psanders@sgrlaw.com; *mcline@sgrlaw.com; *jpennington@sgrlaw.com; *syoungblood@SGRLAW.COM; *abuice@sgrlaw.com; *breynolds@roselawfirm.com; *ahopkins@roselawfirm.com; *awofford@roselawfirm.com; *jtreece@jwtreece.com; *jhall@roselawfirm.com; *RSMITH@RoseLawFirm.com; *rberitiech@roselawfirm.com; *MHickey@schiffhardin.com; *LHeftman@schiffhardin.com; *RWierenga@schiffhardin.com; *SWahl@schiffhardin.com; *kwhelan@schiffhardin.com; *kwood@schiffhardin.com; *james.sulentic@kutakrock.com; *John.Passarelli@KutakRock.com; *jr.carroll@kutakrock.com; *jeffrey.fletcher@kutakrock.com; *stephen.dacus@kutakrock.com; *Boris.Bershteyn@skadden.com; *Patrick.Fitzgerald@skadden.com; *Lara.Flath@skadden.com; *Gail.Lee@skadden.com; *ATHernacki@Venable.com; *JBaldridge@Venable.com; *LJFales@Venable.com; *BPArgyle@Venable.com; *ZKVarshovi@Venable.com; *ABDickson@Venable.com; *TDAbraham@Venable.com; *DRFoley@Venable.com; *Carrie.Mahan@weil.com; *PilgrimsPride.Service@weil.com; *mmccluggage@EimerStahl.com; *michaelcarlinsky@quinnemanuel.com; *marchedrich@quinnemanuel.com; *isabellesun@quinnemanuel.com; *ericwhite@quinnemanuel.com; *matthewwasserman@quinnemanuel.com; *Jeffreymatthews@quinnemanuel.com; *michelleschmit@quinnemanuel.com; *williamburck@quinnemanuel.com; *debrabernstein@quinnemanuel.com; *mikebonanno@quinnemanuel.com; *ethanglass@quinnemanuel.com; *katlanigan@quinnemanuel.com; Laytin, Daniel E.; Cottrell, Christa C.; Giulitto, Jessica; Cawley, Kathleen E.; Haig, Rachel B.; Hunter, Tucker; Bailey, Amelia; Guilfoyle, Kate; |

1

**To:**	Hudson, Anne J.; Brodwolf, Sarah; Schroeder, Joseph C.; Chambers, Melissa; Rees, Stephen M.; Murray, Kathleen; Ellis, Bailey; Nelson, Emma; Hartwig, Rachel; Bartels, Heather A.; Horan, Theresa Cederoth; Kappes, Nathan; Broyles, Connor; DeCelles, Katrina; Watts, Tempestt; Messerly, Garrett W.; Samels, Max; *lhmurray@shb.com; *lnovion@shb.com; *rmendoza@shb.com; *mkfleming@shb.com; *jelrod@cwlaw.com; *pfoneill@shb.com; *vbronson@cwlaw.com; *radcox@axinn.com; *ngaglio@axinn.com; *klee@axinn.com; *jtanski@axinn.com; *jtaylor@axinn.com; *doakes@axinn.com; *momara@axinn.com; *boppenheimer@axinn.com; *kjethmalani@axinn.com; *jmt@lipelyons.com; *dplunkett@axinn.com; *bboxbaum@axinn.com; carikat@axinn.com; *tmielniczuk@axinn.com; kholleran@axinn.com; *condeck@proskauer.com; *rdesai@proskauer.com; *schuk@proskauer.com; *tbrailey@proskauer.com; *yhong@proskauer.com; *SMcGowan@proskauer.com; *jdc@jdcarney.com; *dklar@dklarlaw.com; *dfeeney@millershakman.com; *tstaunton@millershakman.com; *binderpl@yahoo.com; *ajm@jdcarney.com; *case@jdcarney.com; *Hlwrey@dykema.com; *dstella@dykema.com; *crockey@dykema.com; *sgistenson@dykema.com; *mhays@dykema.com; *bmoore@dykema.com; *ddoyle@freeborn.com; *anordahl@freeborn.com; *mconnelly@freeborn.com; *janderson@freeborn.com; elifvendahl@lgcounsel.com; rmanion@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; jcampisi@kaplanfox.com; mmoonsammy@kaplanfox.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; cdirksen@cerallp.com; patrick.ahern@ahernandassociatespc.com; theo.bell@ahernandassociatespc.com; liana.alston@ahernandassociatespc.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; sgant@bsfllp.com; jshaw@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; sleen@bsfllp.com; rmcallister@BSFLLP.com; wjb@knpa.com; dpatton@knpa.com; srandall@knpa.com; Paul Slater; Joseph M. Vanek; John P. Bjork; Martin Amaro; pcramer@srvhlaw.com; RHolt@srvhlaw.com; sbeishuizen@srvhlaw.com; Jerry Santangelo; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; rphair@huntonak.com; martinj@huntonak.com; craiglee@huntonak.com; mcalvert@huntonak.com; ngilman@huntonak.com; ebolles@huntonak.com; brewerc@huntonak.com; CDufek@huntonak.com; Sthomas@huntonak.com; mmalcolm@huntonak.com; porter@spplawyers.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com;

2

**To:**  mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; anardacci@bsfllp.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; mmiller@millerlawllc.com; mvantine@millerlawllc.com; aszot@millerlawllc.com; jshapiro@stearnsweaver.com; spatmore@stearnsweaver.com; ccanino@stearnsweaver.com; acorbett@stearnsweaver.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; jmerritt@legalstrategy.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; mgrier@hsblawfirm.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; jeisinger@eisingerlawfirm.com; Clay.Taylor@bondsellis.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; jeisinger@eisingerlawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; rturken@bilzin.com; swagner@bilzin.com; llustrin@bilzin.com; ldrescher@bilzin.com; ssakona@bilzin.com; bmitchel@bilzin.com; bsainte@bilzin.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; Allen@marcus-shapira.com; cain-mannix@marcus-shapira.com; marcus@marcus-shapira.com; deddy@theantitrustlawgroup.com; dlynch@theantitrustlawgroup.com; ckeibler@theantitrustlawgroup.com; csteele@theantitrustlawgroup.com; casasg@gtlaw.com; drayed@gtlaw.com;

**To:**

duttont@gtlaw.com; carusob@gtlaw.com; kleina@gtlaw.com; hoxsiem@gtlaw.com; douglasz@gtlaw.com; reedci@gtlaw.com; pinkertonv@gtlaw.com; srabin@SusmanGodfrey.com; rbhalla@susmangodfrey.com; rcaughey@susmangodfrey.com; SShepard@susmangodfrey.com; LNand@susmangodfrey.com; rpolanco@susmangodfrey.com; ptaaffe@txattorneys.com; jwillis@txattorneys.com; obed@mdlcfirm.com; spencer@mdlcfirm.com; jorosa@justicia.pr.gov; tschneider@schneiderwallace.com; kbates@schneiderwallace.com; pschneider@schneiderwallace.com; mmmulder@mmulderlaw.com; eliveris@mmulderlaw.com; dowen@polsinelli.com; afitts@polsinelli.com; gzorogastua@polsinelli.com; kmurray@polsinelli.com; reilly@wtotrial.com; youngman@wtotrial.com; gottesfeld@wtotrial.com; ahachikian@foxswibel.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; gyearick@carltonfields.com; SMenger@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; pjr@willmont.com; epb@willmont.com; lawrence@listondeas.com; michael@gratzandgratz.com; Heather.Call@usdoj.gov; Michael.Koenig@usdoj.gov; Carolyn.Sweeney@usdoj.gov; Torzilli, Paul (ATR); floyd.mandell@katten.com; jeffrey.wakolbinger@katten.com; yoni.rosenzweig@katten.com; catherine.obrien@katten.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; elifvendahl@lgcounsel.com; rkaplan@kaplanfox.com; mmccahill@kaplanfox.com; rcoffman@coffmanlawfirm.com; scera@cerallp.com; cdirksen@cerallp.com; eblack@hsblawfirm.com; meldridge@hsblawfirm.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com;

**To:**

AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; desau@carltonfields.com; kgore@carltonfields.com; ajesteadt@carltonfields.com; scohen@carltonfields.com; CMcGowan@carltonfields.com; SMenger@carltonfields.com; gyearick@carltonfields.com; rkobert@carltonfields.com; AHolman@carltonfields.com; ktottis@tottislaw.com; kstolte@tottislaw.com; mthompson@tottislaw.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; lawrence.brandman@cwt.com; philip.iovieno@cwt.com; mark.singer@cwt.com; nicholas.gravante@cwt.com; jack.stern@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; Stuart Singer

**Cc:**

Bruckner, W. Joseph; Clark, Brian D.; Morbey, Simeon A.; Owen, Stephen M.; Sipe, Elizabeth M.; bsimon@pswlaw.com; dwarshaw@pswlaw.com; nswartzberg@pswlaw.com; cpearson@pswlaw.com; mpearson@pswlaw.com; bpouya@pswlaw.com; tnolan@pswlaw.com; egrant@pswlaw.com; shart@hmelegal.com; beldridge@hmelegal.com; jmarrese@hmelegal.com; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; jrissman@gustafsongluek.com; bresch@gustafsongluek.com; jholzer@gustafsongluek.com; lwang@gustafsongluek.com; jcotchett@cpmlegal.com; azapala@cpmlegal.com; tprevost@cpmlegal.com; abarnett@cpmlegal.com; jverducci@cpmlegal.com; clipson@cpmlegal.com; mcaylao@cpmlegal.com; Adelavan@cpmlegal.com; jalioto@cpmlegal.com; jdallal@cpmlegal.com; kaw@wexlerwallace.com; eaw@wexlerwallace.com; mp@wexlerwallace.com; mjm@wexlerwallace.com; steve@hbsslaw.com; shanas@hbsslaw.com; riop@hbsslaw.com; breannav@hbsslaw.com; bbrown@cohenmilstein.com; bjohnson@cohenmilstein.com; dsilverman@cohenmilstein.com; adeich@cohenmilstein.com; lkatz@cohenmilstein.com

**Subject:**                                    RE: Re: In re Broiler - Meet and Confer re Scheduling Order No. 17 for Track 1 Actions


Jenna,

Track 1 Plaintiffs cannot agree to Defendants' proposed dates, which seek yet another extension of the deadline to depose Track 1 Plaintiffs' merits experts. Also, your proposed dates are not firm dates—they are contingent upon Defendants' receipt of satisfactory answers to your so-called "threshold questions."

Kyle

Kyle Pozan | Senior Counsel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401
V: 612-596-4078 | F: 612-339-0981 | www.locklaw.com