# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION, | Case No.: 1:16-cv-08637 |
| | The Honorable Thomas M. Durkin |
| This Document Relates To: | Magistrate Judge Jeffrey T. Gilbert |
| All Actions | |

**DECLARATION OF KYLE POZAN IN SUPPORT OF CLASS PLAINTIFFS' POSITION ON FURTHER MODIFICATIONS TO SCHEDULING ORDER NO. 16**

I, Kyle Pozan, declare as follows:

1. I am an attorney with the law firm of Lockridge Grindal Nauen P.L.L.P. This Court appointed my firm as interim Co-Lead Counsel for the Direct Purchaser Plaintiff ("DPP") Class in this matter.

2. I have personal knowledge of the facts stated herein and could competently testify to the same.

3. I submit this declaration in support of Class Plaintiffs' Position on Further Modifications to Scheduling Order No. 16.

4. Attached hereto as Exhibit A is a true and accurate copy of the November 30, 2021 email from Dan Owen.

5. Attached hereto as Exhibit B is a true and accurate copy of the Proposed Scheduling Order No. 17 for Track 1 Actions (ECF No. 5173-5).

6. Attached hereto as Exhibit C is a true and accurate copy of the November 30, 2021 letter from Jenna Stupar.

564173.1

7. Attached hereto as Exhibit D is a true and accurate copy of relevant excerpts from the November 1, 2021 Rough Transcript for *United States v. Jayson Penn, et al.*, No. 1:20-cr-00152 (D. Colo.).

8. Attached hereto as Exhibit E is a true and accurate copy of *United States v. Jayson Penn, et al.*, No. 1:20-cr-00152, ECF No. 621-1 (D. Colo.).

9. Attached hereto as Exhibit F is a true and accurate copy of *United States v. Jayson Penn, et al.*, No. 1:20-cr-00152, ECF No. 448-2 (D. Colo.).

10. Attached hereto as Exhibit G is a true and accurate copy of relevant excerpts from the November 2, 2021 Rough Transcript for *United States v. Jayson Penn, et al.*, No. 1:20-cr-00152 (D. Colo.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December, 2021, in Chicago, Illinois.

*/s/ Kyle Pozan*
Kyle Pozan
