# EXHIBIT A

**Pozan, Kyle J.**

| | |
|---|---|
| **From:** | Dan Owen <DOwen@Polsinelli.com> |
| **Sent:** | Tuesday, November 30, 2021 7:04 PM |
| **To:** | mmccahill@kaplanfox.com; kristy.boehler@lawgroupnwa.com; DeCelles, Katrina; NThompson@jordanprice.com; Doug.Cunningham@alston.com; jpennington@sgrlaw.com; mikebonanno@quinnemanuel.com; philip.iovieno@cwt.com; cdirksen@cerallp.com; Amandhania@mayerbrown.com; snovack@novackmacey.com; sgistenson@dykema.com; gyearick@carltonfields.com; Valarie.Williams@alston.com; Broyles, Connor; RHolt@srvhlaw.com; martinj@huntonak.com; Thomas.Grantham@alston.com; klee@axinn.com; kc.tucker@lawgroupnwa.com; jimmcgibbon@eversheds-sutherland.com; llustrin@bilzin.com; CCanino_stearnsweaver.com; ABDickson@Venable.com; Bartels, Heather A.; Tneuner@winston.com; michelleschmit@quinnemanuel.com; yoni.rosenzweig_katten.com; PeterSzeremeta@eversheds-sutherland.us; mmalcolm@huntonak.com; theo.bell@ahernandassociatespc.com; Heather.Call@usdoj.gov; Pozan, Kyle J.; kbates@schneiderwallace.com; Hlwrey@dykema.com; anordahl@freeborn.com; Jeffreymatthews@quinnemanuel.com; sleen@bsfllp.com; Nelson, Emma; rmendoza@shb.com; lawrence.brandman@cwt.com; ahachikian@foxswibel.com; rpolanco@susmangodfrey.com; stephen.dacus@kutakrock.com; craiglee@huntonak.com; williamburck@quinnemanuel.com; charrison@bsfllp.com; jelrod@cwlaw.com; jdc@jdcarney.com; rphair@huntonak.com; RWierenga@schiffhardin.com; Giulitto, Jessica; Boris.Bershteyn@skadden.com; LucyDalton@EVERSHEDS-SUTHERLAND.US; max.marks@blockfirmllc.com; John Passarelli; schuk@proskauer.com; gillian.burns@cwt.com; rcoffman@coffmanlawfirm.com; dlynch_theantitrustlawgroup.com; Haig, Rachel B.; spencer@mdlcfirm.com; mthompson@tottislaw.com; mgrier@hsblawfirm.com; Rees, Stephen M.; bmoore@dykema.com; LJFales@Venable.com; mmmulder@mmulderlaw.com; rberitiech@roselawfirm.com; Bailey, Amelia; mlim@novackmacey.com; ssakona@bilzin.com; carikat@axinn.com; patrick.ahern@ahernandassociatespc.com; marcus@marcus-shapira.com; LJones@jordanprice.com; jhall@roselawfirm.com; Gabe Zorogastua; Joseph M. Vanek; tschneider@schneiderwallace.com; mcalvert@huntonak.com; janderson@freeborn.com; DylandeFouw@eversheds-sutherland.us; dpatton@knpa.com; kwood@schiffhardin.com; Clay.Taylor@bondsellis.com; TDAbraham@Venable.com; czarlenga@mayerbrown.com; awofford@roselawfirm.com; LHeftman@schiffhardin.com; wjb@knpa.com; AHolman@carltonfields.com; hjones@jordanprice.com; PilgrimsPride.Service@weil.com; ethanglass@quinnemanuel.com; opottinger@mayerbrown.com; lhmurray@shb.com; ajm@jdcarney.com; jmt@lipelyons.com; dplunkett@axinn.com; nicci.warr@stinson.com; SMcGowan@proskauer.com; jr.carroll@kutakrock.com; Hartwig, Rachel; scera@cerallp.com; cain-mannix@marcus-shapira.com; jack.stern@cwt.com; bsainte@bilzin.com; katlanigan@quinnemanuel.com; isabellesun@quinnemanuel.com; Torzilli, Paul (ATR); radcox@axinn.com; deddy_theantitrustlawgroup.com; hoxsiem@gtlaw.com; Michael.Koenig@usdoj.gov; Paul Slater; gwilkowski@winston.com; WStallings@mayerbrown.com; mcline@sgrlaw.com; mconnelly@freeborn.com; jcampisi@kaplanfox.com; JBaldridge@Venable.com; jshaw@bsfllp.com; jtaylor@axinn.com; ATHernacki@Venable.com; DRFoley@Venable.com; sgant@bsfllp.com; Murray, Kathleen; Amy Fitts; Laytin, Daniel E.; abuice@sgrlaw.com; mmoonsammy@kaplanfox.com; epb_willmont.com; olga.fleysh@hoganlovells.com; koering@millercanfield.com; bcohen@novackmacey.com; Hudson, Anne J.; tstaunton@millershakman.com; rkobert@carltonfields.com; lnovion@shb.com; |

**To:** desau_carltonfields.com; ewolicki@novackmacey.com; kstolte@tottislaw.com; bboxbaum@axinn.com; anardacci@bsfllp.com; pinkertonv@gtlaw.com; ajesteadt@carltonfields.com; ACorbett_stearnsweaver.com; lawrence_listondeas.com; jorosa@justicia.pr.gov; JHerbison@winston.com; aaron@blockfirmllc.com; jeffrey.wakolbinger@katten.com; rcaughey@susmangodfrey.com; jtreece@jwtreece.com; BPArgyle@Venable.com; jmerritt@legalstrategy.com; cmurphy@vaughanandmurphy.com; psanders@sgrlaw.com; rmanion@lgcounsel.com; James Sulentic; reedci@gtlaw.com; Jerry Santangelo; mvantine@millerlawllc.com; condeck@proskauer.com; SRabie@novackmacey.com; meldridge@hsblawfirm.com; carusob@gtlaw.com; SMenger@carltonfields.com; Kim Murray; Cottrell, Christa C.; liam.phibbs@hoganlovells.com; yhong@proskauer.com; scohen@carltonfields.com; Ellis, Bailey; vbronson@cwlaw.com; liana.alston@ahernandassociatespc.com; peter.schwingler@stinson.com; srabin@SusmanGodfrey.com; Chambers, Melissa; kgore_carltonfields.com; pschneider@schneiderwallace.com; youngman_wtotrial.com; Lara.Flath@skadden.com; ngilman@huntonak.com; csteele_theantitrustlawgroup.com; sjones@bsfllp.com; porter@spplawyers.com; ericwhite@quinnemanuel.com; boppenheimer@axinn.com; srandall@knpa.com; swagner@bilzin.com; gary.weeks@lawgroupnwa.com; ckeibler_theantitrustlawgroup.com; eblack@hsblawfirm.com; sbeishuizen@srvhlaw.com; rbhalla@susmangodfrey.com; mmayer@winston.com; David P. Germaine; rkaplan@kaplanfox.com; reilly_wtotrial.com; ZKVarshovi@Venable.com; case@jdcarney.com; Cawley, Kathleen E.; breynolds@roselawfirm.com; duttont@gtlaw.com; justin.bernick@hoganlovells.com; rbalfour@salawus.com; patriciagorham@eversheds-sutherland.com; Sthomas@huntonak.com; aszot_millerlawllc.com; IFlanagan@novackmacey.com; casasg@gtlaw.com; crockey@dykema.com; ktottis@tottislaw.com; momara@axinn.com; Samels, Max; bmitchel@bilzin.com; Kappes, Nathan; dklar@dklarlaw.com; pcramer@srvhlaw.com; michaelcarlinsky@quinnemanuel.com; floyd.mandell@katten.com; Guilfoyle, Kate; Brodwolf, Sarah; Holden.Steinhauer@HoganLovells.com; Horan, Theresa Cederoth; Allen@marcus-shapira.com; pjr_willmont.com; KaitlinCarreno@eversheds-sutherland.us; ACampbell@novackmacey.com; michael_gratzandgratz.com; mthompson@tot; elifvendahl@lgcounsel.com; mark.singer@cwt.com; brewerc@huntonak.com; rturken@bilzin.com; CDufek@huntonak.com; John P. Bjork; Watts, Tempestt; marchedrich@quinnemanuel.com; jwillis@txattorneys.com; Stupar, Jenna Marie; kleina@gtlaw.com; kjethmalani@axinn.com; JJoseph@mayerbrown.com; ssiegel@novackmacey.com; dnewman@sgrlaw.com; rmcallister@BSFLLP.com; SWahl@schiffhardin.com; zachary.hemenway@stinson.com; MHickey@schiffhardin.com; tbrailey@proskauer.com; jeisinger@eisingerlawfirm.com; mmccluggage@EimerStahl.com; mkfleming@shb.com; dfeeney@millershakman.com; ddoyle@freeborn.com; mmiller@millerlawllc.com; jtanski@axinn.com; rdesai@proskauer.com; ahopkins@roselawfirm.com; Patrick.Fitzgerald@skadden.com; ngaglio@axinn.com; SShepard@susmangodfrey.com; Carrie.Mahan@weil.com; elizabeth.moore@cwt.com; binderpl@yahoo.com; KMonks@MAYERBROWN.COM; Schroeder, Joseph C.; smedlock@mayerbrown.com; PBennett@MAYERBROWN.COM; nicholas.gravante@cwt.com; ed@koniecznylaw.com; gottesfeld@wtotrial.com; debrabernstein@quinnemanuel.com; Gail.Lee@skadden.com; CMcGowan@carltonfields.com; parker.miller@alston.com; Messerly, Garrett W.; kwhelan@schiffhardin.com; ldrescher@bilzin.com; Martin Amaro; william.monts@hoganlovells.com; cmoore@novackmacey.com; eliveris@mmulderlaw.com; LNand@susmangodfrey.com; ptaaffe@txattorneys.com; tmielniczuk@axinn.com; Carolyn.Sweeney@usdoj.gov; doakes@axinn.com; gwrobel@vedderprice.com; jeffrey.fletcher@kutakrock.com; catherine.obrien_katten.com; jja@novackmacey.com; drayed@gtlaw.com;

| | |
|---|---|
| **To:** | william.greene@stinson.com; syoungblood@SGRLAW.COM; RSMITH@RoseLawFirm.com; JShapiro_stearnsweaver.com; mhays@dykema.com; kholleran@axinn.com; ebolles@huntonak.com; jmartin@sfgh.com; douglasz@gtlaw.com; dstella@dykema.com; obed@mdlcfirm.com; SPatmore_stearnsweaver.com; Hunter, Tucker; pfoneill@shb.com; matthewwasserman@quinnemanuel.com |
| **Cc:** | clipson@cpmlegal.com; Bruckner, W. Joseph; adeich@cohenmilstein.com; jverducci@cpmlegal.com; bbrown@cohenmilstein.com; nswartzberg@pswlaw.com; cpearson@pswlaw.com; tnolan@pswlaw.com; lwang@gustafsongluek.com; lkatz@cohenmilstein.com; beldridge@hmelegal.com; mcaylao@cpmlegal.com; dsilverman@cohenmilstein.com; shanas@hbsslaw.com; bpouya@pswlaw.com; steve@hbsslaw.com; Sipe, Elizabeth M.; bsimon@pswlaw.com; jcotchett@cpmlegal.com; tprevost@cpmlegal.com; Dan Warshaw; bresch@gustafsongluek.com; Morbey, Simeon A.; Owen, Stephen M.; dhedlund@gustafsongluek.com; abarnett@cpmlegal.com; mp@wexlerwallace.com; jdallal@cpmlegal.com; Adelavan@cpmlegal.com; riop@hbsslaw.com; mpearson@pswlaw.com; jmarrese@hmelegal.com; azapala@cpmlegal.com; eaw@wexlerwallace.com; mjm@wexlerwallace.com; jrissman@gustafsongluek.com; Clark, Brian D.; mlooby@gustafsongluek.com; jholzer@gustafsongluek.com; jalioto@cpmlegal.com; egrant@pswlaw.com; kaw@wexlerwallace.com; breannav@hbsslaw.com; shart@hmelegal.com; dgustafson@gustafsongluek.com; bjohnson@cohenmilstein.com |
| **Subject:** | RE: Re: In re Broiler - Meet and Confer re Scheduling Order No. 17 for Track 1 Actions |

Jenna,

AWG will ask the Court to set a deadline of Monday, December 20, 2021 for the service of AWG's expert reports.

Any party is welcome to call or email me if they wish to discuss any aspect of Track 1 scheduling.

Thanks to all,

Dan Owen
(m) (913) 707-2969

Sent from Workspace ONE Boxer

On Nov 30, 2021 6:13 PM, "Stupar, Jenna Marie" <jenna.stupar@kirkland.com> wrote:
**EXTERNAL EMAIL** jenna.stupar@kirkland.com

All: Please see the attached correspondence, which provides Defendants' response to Track 1 Plaintiffs.

Thanks,
Jenna

**Jenna M. Stupar**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3077  **M** +1 262 853 3141
**F** +1 312 862 2200

jenna.stupar@kirkland.com

3