# EXHIBIT G

```
 1    Test November 2, 2021, Penn trial day six.  Test test test
 2   test 8:35 a.m.
 3           THE COURT:  We are back on the record in 20CR152.  It
 4   looks like everyone is here.  Are we ready to bring the jury
 5   in?  I will take that as yes.  Let's bring the jury in.
 6           THE COURT:  Good morning, ladies and gentlemen.  Hope
 7   you had a good evening.  As you recall, we are in the middle of
 8   the direct of Mr. Bryant.  So Mr. Koenig, go ahead.
 9   BY MR. KOENIG:
10   Q.  Thank you.
11           Good morning, Mr. Bryant.
12   A.  Good morning.
13   Q.  I would like to pick up where we left off yesterday.  I
14   have a few little random questions I would like to ask you.
15   Are you familiar with someone named Brenda Ray?
16   A.  I am.
17   Q.  Who is Brenda Ray?
18   A.  At the time when I worked with her, she was responsible for
19   our broad line accounts.
20   Q.  Meaning?
21   A.  Sysco, US Food Service, Gordon Food Service, those
22   customers I mentioned yesterday.
23           MR. KORNFELD:  With we ask the witness to speak up a
24   little bit.
25           THE COURT:  Sure.  If you don't mind, Mr. Bryant, if
```

```
 1   thought I remembered his number.  I must have gotten that
 2   incorrect.
 3   Q.  Okay.  So do you believe that 7511 are the actual last four
 4   digits of his number?
 5   A.  Yes.
 6   Q.  Thank you.  You can take that down.
 7           Okay.  Yesterday when we left off we were talking
 8   about KFC negotiations in 2014; is that right?
 9   A.  That's correct.
10   Q.  If we could just back up to the first round of negotiations
11   or first round of bid submissions that you said occurred in
12   August; is that correct?
13   A.  That's correct.
14   Q.  And I think that you also testified that -- did the plan to
15   raise prices apply just to KFC?
16   A.  No.
17   Q.  What else did it apply to?
18   A.  The rest of the QSR business and other customers that we
19   serviced out of the small bird.
20   Q.  Such as?
21   A.  Including the retail deli.  The primary focus initially was
22   the QSR business.  We did attempt to raise prices in the retail
23   deli business also.
24   Q.  But I mean when I said such as, I meant QSRs such as what?
25   A.  KFC, Popeye's, Church's, Bojangles.  The goal was to get
```

```
 1   price increases from all of them.
 2   Q.   Boston market?
 3   A.   Yes.
 4   Q.   Was Boston Market sometimes referred to by a short like
 5   acronym?
 6   A.   Yeah, but I don't recall what we called them back then.
 7   It's been several years since we had that business now.  I
 8   don't recall what -- off the top of my head, I don't recall
 9   what we called them back then.
10   Q.   Have you ever seen the initial BM?
11              MR. FAGG:  Objection, leading.
12              THE COURT:  Overruled.
13   A.   Yes.  And it could be have been Boston Market in an e-mail
14   short for them.
15   BY MR. KOENIG:
16   Q.   So was there any sort of strategy in terms of which QSRs,
17   which fast-food restaurants to increase with price first?
18   A.   Yes.
19   Q.   And what was that strategy?
20   A.   We wanted to get KFC done first.
21   Q.   Why?
22   A.   They were the largest customer, anchor customer, and we had
23   a belief that we got the price increases done at KFC, that it
24   would make the rest of the negotiations easier.
25   Q.   How so?
```

```
 1  A.  We got the anchor customer done and that there would be
 2  momentum out there and that word would spread about the price
 3  increase and that it would make the future negotiations easier.
 4  Q.  Okay.  And did that strategy of going after KFC first, was
 5  it effective?
 6  A.  It was.
 7  Q.  Could you explain that?
 8  A.  We were able to get KFC done first.  And after that
 9  intensity level went down and the rest of the negotiations went
10  rather smoothly after that.
11  Q.  Okay.  All right.  If you could just remind the jury, you
12  talked yesterday about sort of the different steps in an RFP
13  process.  There was the invitation.  Do you remember that?
14  A.  Uh-huh.
15  Q.  And then there is the invitation, the bid and then the
16  deadline, right?
17  A.  Correct, yes.
18  Q.  And then what happens?
19  A.  So typically there is the invitation to bid.  You submit
20  pricing.  You get feedback from your pricing and there is
21  usually an ask for revised pricing, revise your price down.
22  Typically there is -- and generally I would and going into
23  negotiations how many rounds do we think there is going to be.
24  After our first submission and sometimes there is two or three
25  rounds, so in that first submission you build in some cushion
```

1  the business.
2  Q.  So not just Pilgrim's, but all of the other broiler chicken
3  suppliers knew the demand was tight, correct?
4  A.  They should have.
5  Q.  And KFC knew that demand was tight, correct?
6  A.  They did.
7  Q.  So everyone knew in the summer of 2014, everyone in the
8  business, that prices were going to go up, correct?
9  A.  They should have.
10 Q.  And you knew that, correct?
11 A.  I did.
12 Q.  You understood that a price increase was virtually certain
13 because of the supply and demand factors that were at work.
14 A.  I wouldn't use the word certain.  I would use the word that
15 a price increase was warranted.
16 Q.  And highly likely, correct?
17 A.  It was warranted, yes.
18 Q.  And those same market forces affected all of the suppliers,
19 correct?
20 A.  That's correct, in the small bird arena that we've been
21 discussing.  I don't remember what the market forces were in
22 the other segments of the business.
23 Q.  And you were aware in the summer of 2014 that small birds
24 were less profitable for the suppliers than larger birds,
25 correct?

1   A.   That's correct.
2   Q.   Could we call up government Exhibit 1055, please, and
3   scroll to page 8.  And I believe this is in evidence, Your
4   Honor, so if we could show it to the jury.
5          THE COURT:  It has been admitted and it may be shown
6   to the jury.
7   BY MR. FELDBERG:
8   Q.   Mr. Bryant -- let's show Mr. Bryant the cover page of
9   Exhibit 1055.
10         Mr. Bryant, this is a presentation that Pilgrim's made
11  to RSCS on August 1st, 2014, correct?
12  A.   That's correct.
13  Q.   And you were at that meeting, correct?
14  A.   That's correct.
15  Q.   Now can we scroll to page 8, please.
16         Page 8 summarizes profit margin, small bird/big bird.
17  Do you see that?
18  A.   I do.
19  Q.   And you were involved in the preparation of this document,
20  correct?
21  A.   I was.  Like I testified earlier, the supply side I helped
22  build and recall this slide being presented.  This was the
23  second piece of the presentation to the customers.
24  Q.   Okay.  And you were part of that -- making that
25  presentation to the customers.