# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case No. 1:16-cv-08637 |
| This document relates to: All Actions | Honorable Thomas M. Durkin<br>Honorable Jeffrey T. Gilbert |

### DIRECT ACTION PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S REPORT PURSUANT TO ECF NOs. 5178 & 5208

Direct Action Plaintiff Associated Wholesale Grocers, Inc. ("AWG") hereby submits this report pursuant to ECF No. 5178 & 5208.

1. The Court previously stayed the deadline of August 31, 2021 in Scheduling Order No. 16 to submit expert reports as to AWG [ECF No. 4994; 5014], pending a decision on the Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 (the "Motion to Reconsider").

2. On October 15, 2021, the Court granted the Motion to Reconsider, and directed that "[a]ny party that wishes to proceed to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging claims should file a stipulation to that effect by November 12, 2021. A new scheduling order will be developed based on whether any plaintiff files such a stipulation." [ECF No. 5128]. On November 11, 2021, AWG timely submitted its stipulation. [ECF No. 5185].

3. AWG respectfully requests that the Court allow it to submit its expert reports by December 20, 2021. AWG can produce its experts for deposition by January 21, 2022. AWG otherwise joins in the proposed schedule submitted by the Track 1 Class Plaintiffs.

80993624.1

Dated:  December 3, 2021

        Respectfully submitted,

        */s/ Daniel D. Owen*

| | |
|---|---|
| AMY D. FITTS | IL Bar No. 629248 |
| DANIEL D. OWEN | MO Bar No. 41514 |

*Pro Hac Vice*

GUILLERMO G. ZOROGASTUA  MO Bar No. 59643
*Pro Hac Vice*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536
Email: afitts@polsinelli.com
Email: dowen@polsinelli.com
Email: gzorogastua@polsinelli.com

RODNEY L. LEWIS        IL Bar No. 6288353
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone:  (312) 819-1900
Facsimile:  (312) 819-1910
Email: rodneylewis@polsinelli.com

*ATTORNEYS FOR PLAINTIFF*
*ASSOCIATED WHOLESALE GROCERS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 3, 2021, I electronically filed the foregoing **DIRECT ACTION PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S REPORT PURSUANT TO ECF NOs. 5178 & 5208** using the Court's CM/ECF system, thereby effectuating service upon all counsel of record via electronic means.

>  */s/ Daniel D. Owen*
> Attorney for Plaintiff
> Associated Wholesale Grocers, Inc.