UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: *All End-User Consumer Plaintiff Actions* | Honorable Thomas M. Durkin |

### END-USER CONSUMER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENTS WITH DEFENDANTS FIELDALE, PECO, GEORGE'S, TYSON, PILGRIM'S AND MAR-JAC

Please take notice that the End-User Consumer Plaintiffs hereby move the Court for an Order granting their Motion for Final Approval of the Settlements with Defendant families Fieldale, Peco, George's, Tyson, Pilgrim's and Mar-Jac. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declarations, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

Pursuant to the United States District Court for the Northern District of Illinois' Tenth General Order 20-0012 (Feb. 12, 2021), the undersigned counsel will not request an in-person presentment of this Motion, and instead will present this motion by telephone on December 20, 2021, at 9:00 a.m. CST as directed by the Court (ECF No. 4948). Should the Court determine that an in-person hearing is necessary, the undersigned counsel is available at the Court's earliest availability.

010636-11/1706120 V1

DATED: December 6, 2021

By    /s/ Steve W. Berman
      Steve W. Berman

Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Interim Co- Lead Counsel for End-User Consumer Plaintiff Class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on December 6, 2021, a true and correct copy of the foregoing was electronically filed via CM/ECF, which caused notice to be sent to all counsel of record.

By    /s/ Steve W. Berman
       Steve W. Berman
