UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Maplevale Farms, Inc., et al.

Plaintiff,

v.  Case No.: 1:16−cv−08637
Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 10, 2021:

MINUTE entry before the Honorable Jeffrey T. Gilbert: As set forth in the Court's 11/10/21 Order [5178], the Court requested a joint report from the parties to address whether additional modifications to Scheduling Order No. 16 [4178] were needed and, if so, what those modifications should be, and whether there is agreement on a new Scheduling Order No. 17. The parties were unable to agree on a joint report and, instead, filed six separate reports, which the Court has reviewed. See [5238, 5239, 5240, 5241, 5242, 5243]. In light of the representation in Direct Action Plaintiff Associated Wholesale Grocers, Inc.'s ("AWG") Report [5242] that it will serve its Rule 26(a)(2) disclosures by 12/20/21, the Court orders it to do so. With the exception of AWG's forthcoming expert report(s), Defendants have had Class Plaintiffs' and the Track One Direct Action Plaintiffs' Rule 26(a)(2) disclosures since 8/31/21. See [5240], at 1. Defendants would like to delay expert depositions and disclosures until they have a better idea of what the Track One trials will involve. The Court is not convinced at this juncture that expert discovery needs to be delayed further pending a final determination of the trial issues Defendants raise. Further, Judge Durkin has set a hearing for 12/20/21 [5255] to address those trial issues. Therefore, as of now, the 1/21/22 deadline for Defendants to depose Class Plaintiffs' and Track One Direct Action Plaintiffs'; experts shall stand [5178], including AWG's expert(s). So, too, will the 1/31/22 deadline for Defendants to submit their affirmative and rebuttal Rule 26(a)(2) expert reports [5178]. The Court is unwilling at this time to accept Defendants&#0;39; blanket proposal of a six−week extension of the dates by which they must depose all of Plaintiffs' experts and serve their own Rule 26(a)(2) disclosures. The Court in particular does not agree that Defendants need an additional six weeks to depose those of Plaintiffs' experts who were disclosed as of 8/31/21 because AWG's expert disclosure will not occur until 12/20/21. The parties shall file by 12/17/21 a schedule of confirmed dates for depositions of all Track One Plaintiffs' experts that Defendants intend to depose. If an expert deposition has not been confirmed for a date certain, then the schedule should include a proposed date for that deposition. After it reviews the schedule of depositions submitted on 12/17/21, the Court will consider whether the dates for completion of Plaintiffs' experts' depositions or for Defendants' expert disclosures need to be adjusted further. The parties may include their positions on further extensions of these dates and the rationale for or against such extensions in their filing on 12/17/21 if they want to do so. If necessary, the Court can address these issues

during or after the hearing now scheduled for 12/20/21. Based on the extensions previously granted to Defendants to depose Class Plaintiffs' and certain Direct Action Plaintiffs' experts [5178], the Court agrees with Class Plaintiffs [5240] that future dates set in Scheduling Order No. 16 [4748], beginning with the date by which Plaintiffs must complete their depositions of Defendants' experts, should be extended at least 45–days from the dates set in Scheduling Order No. 16 [4748] to reasonably accommodate those previous extensions [5173–5]. The Court will memorialize those dates in a new Scheduling Order No. 17 once it is clear these dates are reasonable and achievable. The only date excluded from this 45–day extension is the stay on depositions of DOJ–requested witnesses and topics, which just was extended to 2/4/22 in a separate Court Order [5246] dated 12/6/21. Based on the Joint Status Report Regarding Discovery Schedule for Track 2 [5241], the Court will address the proposed discovery schedule and a case management order for Track Two in a separate order. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.