## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| THIS DOCUMENT RELATES TO:<br>Cajun Operation Company d/b/a Church's Chicken v. Tyson Foods, Inc., et al. | Individual Case No. 1:21-cv-00573 |

### STIPULATION [AND PROPOSED ORDER] OF DISMISSAL WITH PREJUDICE OF CLAIMS BY CAJUN OPERATION COMPANY D/B/A CHURCH'S CHICKEN AGAINST DEFENDANT PILGRIM'S PRIDE CORPORATION

The parties in the above styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiff Cajun Operation Company d/b/a Church's Chicken ("Plaintiff") and Defendant Pilgrim's Pride Corporation (Pilgrim's).

1.      This Stipulation relates only to Plaintiff's claims in *Cajun Operation Company d/b/a Church's Chicken. v. Tyson Foods, Inc., et al.*, Case No. 1:21-cv-00573 (the "Action").

2.      In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Pilgrim's stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims asserted against Pilgrim's in the Action (including as set forth against Pilgrim's in the Amended DAP Consolidated Complaint, ECF No. 4244), with each side bearing its own attorneys' fees and

costs. The Stipulation of Dismissal, with prejudice, has no bearing on the Plaintiff's claims against

Defendants other than Pilgrim's.

**SO ORDERED:**

        _____

        United States District Judge

        Dated: _____

Dated:  December 10, 2021            Respectfully submitted,

  */s/ David B. Esau*              */s/ Carrie C. Mahan*

David B. Esau                   Carrie C. Mahan (#459802)

Carlton Fields, P.A.            Christopher J. Abbott (#1014487)

525 Okeechobee Boulevard, Suite 1200     WEIL GOTSHAL & MANGES LLP

West Palm Beach, Florida 33401        2001 M Street, N.W., Suite 600

Tel: (561) 659-7070            Washington, D.C. 20036

Fax: (561) 659-7368            Tel: (202) 682-7000

E-mail: desau@carltonfields.com       Fax: (202) 857-0940

                                 E-mail: carrie.mahan@weil.com

**Counsel for Plaintiff**                  christopher.abbott@weil.com

            **Counsel for Defendant Pilgrim's Pride**
            **Corporation**

2
