UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Maplevale Farms, Inc., et al.
             Plaintiff,

v.                                                        Case No.: 1:16−cv−08637
                                                          Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.
             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 15, 2021:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: For docket control purposes, Certain DAPs' Motion to Compel Production of Defendants Judgment Sharing Agreement [4768] is denied as moot in light of a letter to the Court dated 7/8/21 on behalf of Defendants Tyson and Pilgrim's stating that the JSA which was the subject of the Motion to Compel [4768] was produced to the moving Direct Action Plaintiffs. No responsive or reply briefs were filed on the Motion [4768] which confirms the issue is now moot. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.