UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**Joint Status Report Regarding Scheduled Depositions**

1. On December 10, 2021, this Court ordered the parties to file "a schedule of confirmed dates for depositions of all Track One Plaintiffs' experts that Defendants intend to depose." Dkt. 5256.

2. In accordance with that Order, the parties have agreed to the below deposition dates for Track One Plaintiffs' experts.

| Name | Deposition Date |
|---|---|
| Dr. Cabral | 1/17/22 |
| Dr. Sunding | 1/20/22 |
| Dr. Mangum | 1/19/22 |
| Dr. Williams | 1/14/22 |
| Dr. Carter | 1/21/22 |
| Dr. Frankel | 1/25/22 |

| Dr. McClave | 1/19/22 |
|---|---|
| Ms. Coenen | 1/18/22 |
| AWG - Liability | 1/21/22 |
| AWG - Damages | 1/18/22 |

3. The Court further stated that the parties "may include their positions on further extensions of these dates and the rationale for or against such extensions in their filing on 12/17/21 if they want to do so." *Id.* The parties' respective positions on that issue are below:

4. **Defendants' Position.** As of the date of this filing, Defendants have not seen Associated Wholesale Grocer's ("AWG") expert reports, which are due on December 20, 2021, but have scheduled deposition dates to comply with this Court's December 10, 2021 Order. Because Defendants are unaware of the length, substance, or size of back-up data of these reports, it is difficult to provide a position at this time regarding whether further extensions are necessary. If, upon receiving the reports, Defendants in good faith determine that depositions within four weeks and rebuttal reports within five-and-a-half weeks is not feasible given the size of the AWG reports, issues covered therein, size of the backup data, and intervening holidays, they may seek additional time for related deadlines. By way of illustration, despite the diligence of both Plaintiffs and Defendants, the volume of the backup data submitted with the August 31, 2021 expert reports required two weeks to download; for example, the backup material for two DAP experts was 792 GB, and the backup for one EUCP expert was 1.47 TB. Accordingly, Defendants will work to keep the current dates as manageable, but may seek additional relief if they become unmanageable upon receiving the reports.

5. **Class Plaintiffs' Position.** Class Plaintiffs served their Rule 26 expert reports over three months ago and are prepared to move forward on the existing schedule. The Court has made

2

it clear that further delay on moving this case forward should be avoided wherever possible. Defendants offer no concrete reason why a single Plaintiff's expert report (AWG) should cause all of the classes and the relevant DAPs to delay forward progress on their cases. If the Court wishes to entertain a delay beyond the current 45-day extension Defendants have been given, then Plaintiffs would like an opportunity to address the Court on this issue. All Track One DAPs join Class Plaintiffs, except AWG, whose position is provided below.

**6.** **AWG's Position.** AWG will serve its expert reports and produce its experts for deposition within the deadlines established by Orders of this Court. AWG offered multiple deposition dates for each of its experts, all prior to January 21, 2022 and agreed with defendants' preferred dates of January 18 and January 21, 2022. Nothing about the filing of AWG's expert reports or the deposition of its experts should delay the case schedule in any way.

| | |
|---|---|
| Dated: December 17, 2021 | Respectfully submitted, |

<div style="text-align:right">

*/s/ Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Jenna M. Stupar (#6321583)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
jenna.stupar@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

</div>

DEFENDANTS' ATTORNEYS

WEIL GOTSHAL & MANGES LLP

By: /s/ *Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

EIMER STAHL LLP

Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

ROSE LAW FIRM

By: /s/ *John W. Treece*
John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, AR 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives (#6289952)
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

MAYER BROWN LLP

By: /s/ *Camine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack (#6284749)
Stephen J. Siegel (#6284749)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Jenna M. Stupar (#6321583)
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
jenna.stupar@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson (#6199621)
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 445-4623
Facsimile: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.*

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison (#6275116)
Michael P. Mayer (#6272677)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
227 W. Monroe, Suite 3600
Chicago, IL 60606
Telephone: (312) 460-4200
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

| | |
|---|---|
| SHOOK HARDY & BACON LLP | AXINN, VELTROP & HARKRIDER LLP |
| By: /s/ *Lynn H. Murray* | By: /s/ *Rachel J. Adcox* |
| Lynn H. Murray (#6191802) | Rachel J. Adcox (#1001488) |
| 111 S. Wacker Dr., Ste 4700 | Daniel K. Oakes (admitted *pro hac vice*) |
| Chicago IL 60606 | Kenina J. Lee (admitted *pro hac vice*) |
| Telephone: (312) 704-7700 | 950 F Street NW, Ste 700 |
| Facsimile: (312) 558-1195 | Telephone: (202) 912-4700 |
| lhmurray@shb.com | Facsimile: (202) 912-4701 |
| | radcox@axinn.com |
| Laurie A. Novion (admitted *pro hac vice*) | doakes@axinn.com |
| 2555 Grand Blvd. | klee@axinn.com |
| Kansas City, MO 64108 | |
| Telephone: (816) 474-6550 | John M. Tanski (admitted *pro hac vice*) |
| Facsimile: (816) 421-5547 | Jarod G. Taylor (admitted *pro hac vice*) |
| lnovion@shb.com | 90 State House Square |
| | Hartford, CT 06103 |
| CONNER & WINTERS | Telephone: (860) 275-8100 |
| | Facsimile: (860) 275-8101 |
| John R. Elrod (admitted *pro hac vice*) | jtanski@axinn.com |
| Vicki Bronson (admitted *pro hac vice*) | jtaylor@axinn.com |
| 4375 N. Vantage Drive, Ste. 405 | |
| Fayetteville, AR 72703 | Nicholas E.O. Gaglio (admitted *pro hac vice*) |
| Telephone: (479) 582-5711 | 114 West 47th Street |
| jelrod@cwlaw.com | New York, NY 10036 |
| vbronson@cwlaw.com | Telephone: (212) 728-2200 |
| | Facsimile: (212) 261-5654 |
| *Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods Inc.* | ngaglio@axinn.com |
| | LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD. |
| | Jordan M. Tank (#6304122) |
| | 230 West Monroe, Street, Ste 2260 |
| | Chicago, IL 60606 |
| | Telephone: (312) 702-0586 |
| | Facsimile: (312) 726-2273 |
| | jmt@lipelyons.com |
| | *Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Georgia Division, LLC, and Equity Group Kentucky Division, LLC* |

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon (admitted *pro hac vice)*
Patricia A. Gorham (admitted *pro hac vice)*
Peter M. Szeremeta (admitted *pro hac vice)*
Kaitlin A. Carreno (admitted *pro hac vice)*
Dylan de Fouw (admitted *pro hac vice)*
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com

SMITH AMUNDSEN LLC

Ronald Balfour (#6307658)
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
cphillips@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton (#621764)
Daniel M. Feeney (#6224893)
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

| | |
|---|---|
| MANDELL MENKES LLC | DYKEMA GOSSETT PLLC |
| By: /s/ *Brendan J. Healey* | By: /s/ *Howard B. Iwrey* |
| Brendan J. Healey (#6243091)<br>One North Franklin, Ste 3600<br>Chicago, IL 60606<br>Telephone: (312) 251-1006<br>Facsimile: (312) 759-2189<br>bhealey@mandellmenkes.com | Howard B. Iwrey (#P39625)<br>39577 Woodward Ave, Ste. 300<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 203-0526<br>Facsimile: (248) 203-0763<br>hiwrey@dykema.com |
| ALSTON & BIRD LLP | Steven H. Gistenson (#6192212)<br>10 South Wacker Drive, Ste. 2300<br>Chicago, IL 60606<br>Telephone: (312) 627-2267<br>Facsimile: (312) 876-1155<br>sgistenson@dykema.com |
| B. Parker Miller (admitted *pro hac vice*)<br>Valarie C. Williams (admitted *pro hac vice*)<br>Max Marks (admitted *pro hac vice*)<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>parker.miller@alston.com<br>valarie.williams@alston.com<br>nowell.berreth@alston.com<br>max.marks@alston.com | Cody D. Rockey (#6302863)<br>2723 South State Street, Ste. 400<br>Ann Arbor, MI 48104<br>Telephone: (734) 214-7655<br>Facsimile: (734) 214-7696<br>crockey@dykema.com |
| SMITH, GILLIAM, WILLIAMS & MILES PA | Dante A. Stella (#P60443)<br>400 Renaissance Center<br>Detroit, MI 48243<br>Telephone: (313) 568-6693<br>Facsimile: (313) 568-6893<br>dstella@dykema.com |
| R. Brent Hatcher, Jr. (admitted *pro hac vice*)<br>301 Green Street NW, Ste 200<br>Gainesville, GA 30501<br>Telephone: (770) 536-3381<br>Facsimile: (770) 535-9902<br>bhatcher@sgwmfirm.com | *Attorneys for Defendants Amick Farms, LLC, The Amick Company, Inc., Amick-OSI Broilers, LLC and Amick-OSI Processing, LLC* |
| *Attorneys for Fieldale Farms Corporation* | |

<div style="columns:2">

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Lara Flath*
Patrick Fitzgerald (#6307561)
Gail Lee (#6318334)
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

</div>

FREEBORN & PETERS LLP

By: /s/ *David J. Doyle*
David J. Doyle (#6224848)
Jill C. Anderson (#6228756)
Andrew C. Nordahl (#6226999)
Matthew T. Connelly (#6320465)
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6520
ddoyle@freeborn.com
janderson@freeborn.com
anordahl@freeborn.com
mconnelly@freeborn.com

*Attorneys for Utrecht-America Holdings, Inc.,
Rabo Agrifinance LLC, Rabobank USA
Financial Corporation, Utrecht-America
Finance Co. and Coöperatieve Rabobank U.A.,
New York Branch*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

<div style="text-align: right;">

*/s/ Daniel E. Laytin, P.C.*

Daniel E. Laytin, P.C.

</div>