**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>*All End-User Consumer Plaintiff Actions* | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**END-USER CONSUMER PLAINTIFFS'**
**NOTICE OF FILING OF DEMONSTRATIVE EXHIBIT FOR FINAL APPROVAL**
<u>**HEARING ON DECEMBER 20, 2021**</u>

End-User Consumer Plaintiffs hereby give notice of filing of a demonstrative exhibit for the December 20, 2021 Final Approval Hearing, attached hereto as **Exhibit A**.

Respectfully Submitted,

DATED: December 20, 2021             HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Steve W. Berman
   STEVE W. BERMAN

Breanna Van Engelen
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
adeich@cohenmilstein.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
dsilverman@cohenmilstein.com

*Interim Lead Counsel for End-User Consumer Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 20, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

By   /s/ Steve W. Berman
       STEVE W. BERMAN