**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Maplevale Farms, Inc., et al.
                              Plaintiff,

v.                                              Case No.: 1:16–cv–08637
                                                        Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 20, 2021:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing held on 12/20/21. The parties are directed to the transcript of the hearing for a complete record of the proceedings. For the reasons discussed on the record, Defendants are granted until 2/11/22 to complete the depositions of Plaintiffs' disclosed experts set forth in the parties' joint filing of 12/17/21 [5297]. This is not an invitation to reschedule all those depositions. Rather, it is at Defendants' request given the upcoming holidays, the volume of material that needs to be reviewed for those depositions, the compressed time frame within which those depositions were set in compliance with the Court's 12/10/21 order [5256], the 1/7/22 date set today by which all Plaintiffs who wish to try their cases within the parameters set out by the Court must elect to do so, to alleviate the double tracking of the AWG Plaintiffs' experts' depositions, and to account for the volume of supporting data that Defendants have been and will be reviewing for all these depositions. These extensions of time are granted over Plaintiffs' objections. Defendants' Rule 26(a)(2) disclosures shall be made by 2/21/22 which is a three–week extension from the date last set by the Court [5256] for those disclosures commensurate with the extension of time to complete the depositions of Plaintiffs' experts. As discussed on the record, the Court also is willing to extend the subsequent expert discovery dates, as necessary, given the dates set in this order. The parties shall meet and confer about those dates and the remaining dates set in Scheduling Order No. 16 [4878] and submit by 1/12/22 a proposed scheduling order no. 17 with dates through the filings of summary judgment motions and trial as currently contemplated to begin in the summer or fall of 2023. The parties shall include in their filing the then–current dates for Plaintiffs' experts' depositions. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.