UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Maplevale Farms, Inc., et al.

Plaintiff,

v.

Case No.: 1:16–cv–08637
Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 20, 2021:

     MINUTE entry before the Honorable Thomas M. Durkin: Final Approval Hearing on the settlement agreements between End–User Consumer Plaintiffs and various Defendants held on 12/20/2021. The Court reserves ruling on the amount of incentive awards and the attorneys' fee issue. For the reasons stated on the record, the motion for final approval of settlement [5247] is granted. Proposed order entered. Plaintiff's memo regarding the appropriateness of interrogatories relating to the fee request is due by 1/3/2022. Any responses are due by 1/10/2022. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.