**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**DIRECT PURCHASER PLAINTIFFS'
MOTION FOR LEAVE TO FILE EXCESS PAGES**

Direct Purchaser Plaintiffs, through their undersigned counsel, hereby move this Court for entry of an Order granting them leave to file a Motion for Final Approval of the Settlements with the Mar-Jac and Harrison Defendants ("Motion for Final Approval"), not to exceed 25 pages. In support, Direct Purchaser Plaintiffs state the following:

1. The Court issued an Order granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with the Mar-Jac and Harrison Defendants on October 5, 2021. (ECF No. 5086.)

2. In order to fully and completely explain the justification for the final approval of these settlements, Direct Purchaser Plaintiffs require additional pages in excess of the 15 pages permitted under Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois.

3. While Direct Purchaser Plaintiffs will make every effort to be as concise as possible, they request up to 25 pages for their Motion for Final Approval.

WHEREFORE, for the above reasons, Direct Purchaser Plaintiffs respectfully request this Court enter an Order granting them leave to file the Motion for Final Approval, not to exceed 25 pages.

564901.1

| | |
|---|---|
| Date: January 4, 2022 | Respectfully submitted, |

/s/ Kyle Pozan
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (#6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
tnolan@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com

*Direct Purchaser Plaintiffs' Liaison Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Kyle Pozan, depose and state that I have served a copy of Plaintiffs' Motion for Leave to File Excess Pages upon all counsel of record via the United States Court for the Northern District of Illinois' CM/ECF Document Filing System on January 4, 2022.

By: s/ *Kyle Pozan*

[x] As provided by law pursuant to Rule 5(b) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein are true and correct.