**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Civil Action No. 1:16-cv-08637 |
|  | Judge Thomas M. Durkin |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Jeffrey T. Gilbert |
| *McLane Company, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:20-cv-07831 |  |

**MOTION FOR LEAVE TO SUBSTITUTE COUNSEL
FOR THE MCLANE PLAINTIFFS**

Pursuant to Local Rule 83.17, Plaintiffs McLANE COMPANY, INC., d/b/a McLane/Southwest, McLane/Southeast, McLane Southeast, McLane/Northwest, McLane/Southeast – Dothan, McLane/ High Plains, and McLane/North Texas; McLANE/MID-ATLANTIC, INC., d/b/a McLane/Carolina and McLane Mid-Atlantic; McLANE/MIDWEST, INC., d/b/a McLane/Cumberland, McLane/Midwest, McLane Midwest, and McLane/Ozark; McLANE MINNESOTA, INC.; McLANE NEW JERSEY, INC; McLANE/EASTERN, INC., d/b/a McLane/Northeast, McLane/Northeast-Concord, and McLane PA; McLANE/SUNEAST, INC., d/b/a McLane/Pacific, McLane/Southern California, McLane/Sunwest, McLane Sunwest, McLane/Suneast, McLane Ocala; McLANE OHIO, INC.; McLANE/SOUTHERN, INC.; McLANE/WESTERN, INC; McLANE EXPRESS, INC., d/b/a C.D. Hartnett Company, Inc.; KINEXO, INC.; McLANE FOODSERVICE DISTRIBUTION, INC.; and McLANE FOODSERVICE, INC. (collectively, the "McLane Plaintiffs") respectfully request leave to substitute Scott E. Gant, Jonathan M. Shaw, Colleen A. Harrison, Ryan T. McAllister, and Sarah L. Jones of the law firm BOIES SCHILLER FLEXNER LLP, as counsel in place of Kathryn A.

Reilly, Judith P. Youngman, Nicole L. Jones, and Michael R. Krantz of the law firm WHEELER TRIGG O'DONNELL LLP, and Adam A. Hachikian of the law firm FOX SWIBEL LEVIN & CARROLL LLP, and that Ms. Reilly, Ms. Youngman, Ms. N. Jones, Mr. Krantz, and Mr. Hachikian be removed from all ECF notices of this case.

Dated: January 4, 2022                               Respectfully Submitted,


*/s/ Scott E. Gant*                                           */s/ Judith P. Youngman*
Scott E. Gant                                                  Kathryn A. Reilly
Jonathan M. Shaw                                               Judith P. Youngman
Sarah L. Jones                                                 Nicole L. Jones
BOIES SCHILLER FLEXNER LLP                                     Michael R. Krantz
1401 New York Avenue, NW                                       Wheeler Trigg O'Donnell LLP
Washington, DC 20005                                           370 Seventeenth Street, Suite 4500
Tel: (202) 237-2727                                            Denver, Colorado 80202
Fax: (202) 237-6131                                            Telephone:    303.244.1800
E-mail: sgant@bsfllp.com                                       Facsimile:    303.244.1879
jshaw@bsfllp.com                                               Email:   Reilly@wtotrial.com
sjones@bsfllp.com                                                       Youngman@wtotrial.com

Colleen A. Harrison                                            Adam A. Hachikian (ARDC # 6283021)
BOIES SCHILLER FLEXNER LLP                                     Fox Swibel Levin & Carroll LLP
333 Main Street                                                200 W. Madison Street, Suite 3000
Armonk, NY 10504                                               Chicago, Illinois 60606
Tel: (914) 749-8204                                            Telephone: 312-224-1200
Fax: (914) 749-8300                                            Facsimile: 312-224-1201
E-mail: charrison@bsfllp.com                                   Email: ahachikian@foxswibel.com

Ryan T. McAllister
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
E-mail: rmcallister@bsfllp.com