**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION, | Case No.: 1:16-cv-08637 |
| | The Honorable Thomas M. Durkin |
| This Document Relates To: | |
| THE DIRECT PURCHASER PLAINTIFF ACTION | |

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE SETTLEMENTS WITH THE MAR-JAC AND HARRISON POULTRY DEFENDANTS**

Please take notice that the Direct Purchaser Plaintiffs hereby move the Court for an Order granting their Motion for Final Approval of the Settlements with Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc. (Mar-Jac Holdings, Inc. is incorrectly named in the Complaint as Mar-Jac Holdings, LLC), and Harrison Poultry, Inc. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declarations, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

The Court has set a telephonic hearing for this Motion on January 25, 2022 at 1:00 p.m. Pursuant to the United States District Court for the Northern District of Illinois' Ninth General Order 20-0012 (Jan. 12, 2021), the undersigned counsel will not request an in-person presentment of this Motion.

967307.3

Date: January 11, 2022

*/s/ Brian D. Clark*

| | |
|---|---|
| W. Joseph Bruckner (MN #147758) | Bruce L. Simon (*Pro Hac Vice*) |
| Brian D. Clark (MN #0390069) | PEARSON SIMON & WARSHAW, LLP |
| Simeon A. Morbey (MN #0391338) | 350 Sansome Street, Suite 680 |
| Kyle Pozan (#6306761) | San Francisco, CA 94104 |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | Telephone: (415) 433-9000 |
| 100 Washington Avenue South, Suite 2200 | Facsimile: (415) 433-9008 |
| Minneapolis, MN 55401 | bsimon@pswlaw.com |
| Telephone: (612) 339-6900 | |
| Facsimile: (612) 339-0981 | *Direct Purchaser Plaintiffs Interim Co-Lead Class Counsel* |
| wjbruckner@locklaw.com | |
| bdclark@locklaw.com | |
| samorbey@locklaw.com | Steven A. Hart (#6211008) |
| kjpozan@locklaw.com | Brian Eldridge (#6281336) |
| | HART MCLAUGHLIN & ELDRIDGE, LLC |
| Clifford H. Pearson (*Pro Hac Vice*) | 121 West Wacker Drive, Suite 1050 |
| Daniel L. Warshaw (*Pro Hac Vice*) | Chicago, IL 60601 |
| Thomas J. Nolan (*Pro Hac Vice*) | Telephone: (312) 955-0545 |
| Bobby Pouya (*Pro Hac Vice*) | Facsimile: (312) 971-9243 |
| Michael H. Pearson (*Pro Hac Vice*) | shart@hmelegal.com |
| PEARSON SIMON & WARSHAW, LLP | beldridge@hmelegal.com |
| 15165 Ventura Boulevard, Suite 400 | |
| Sherman Oaks, CA 92403 | *Direct Purchaser Plaintiffs Liaison Counsel* |
| Telephone: (818) 788-8300 | |
| Facsimile: (818) 788-8104 | |
| cpearson@pswlaw.com | |
| dwarshaw@pswlaw.com | |
| tnolan@pswlaw.com | |
| bpouya@pswlaw.com | |
| mpearson@pswlaw.com | |