# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*All Actions* | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin |

## DEFENDANT TYSON FOODS, INC.'S
## UNCONTESTED MOTION FOR LEAVE TO FILE EXCESS PAGES

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant Tyson Foods, Inc. ("Tyson") respectfully moves this Court for entry of an Order granting Tyson leave to file a Memorandum of Law in Support of its Motion for Preliminary and Permanent Injunctions that does not exceed 22 pages. In support, Tyson states the following:

1. On December 10, 2021 Plaintiff Costco Wholesale Corporation ("Costco") initiated an arbitration with the American Arbitration Association against Tyson, bringing a claim that is substantively identical to the overarching conspiracy claims pending in the above-captioned litigation.

2. Costco's attempt to force Tyson into arbitration is improper for multiple reasons, including both that Costco has waived any right it may have had to arbitration, and because such arbitration would directly contravene this Court's June 27, 2019 Order staying discovery into bid-rigging claims (ECF No. 2302).

3. Tyson has prepared a Memorandum of Law in support of its Motion for Preliminary and Permanent Injunctions.

4. This dispute necessitates a detailed discussion of the facts as well as a multi-pronged legal argument, and to properly brief all relevant issues, Tyson will need 7 pages in

excess of the 15 page limit under Local Rule 7.1 and this Court's Case Procedures.

5. The undersigned counsel for Tyson has conferred with counsel for Costco about this motion, who indicated that Costco does not contest the request for 7 additional pages.

WHEREFORE, for the above reasons, Tyson respectfully requests that this Court enter an Order granting Tyson leave to file its Memorandum of Law in Support of its Motion for Preliminary and Permanent Injunctions, which will not exceed 22 pages.

Dated: January 13, 2022

Respectfully submitted,

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
Michael J. O'Mara (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
radcox@axinn.com
doakes@axinn.com
klee@axinn.com
momara@axinn.com

John M. Tanski (*pro hac vice*)
Jarod G. Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: 860-275-8100
jtanski@axinn.com
jtaylor@axinn.com

Denise L. Plunkett (*pro hac vice*)
Nicholas E.O. Gaglio (*pro hac vice*)
Kail J. Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
T: 212-728-2200
dplunkett@axinn.com
ngaglio@axinn.com
kjethmalani@axinn.com

*Attorneys for Defendant Tyson Foods, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Rachel J. Adcox*
                                            Rachel J. Adcox (#1001488)
                                            AXINN, VELTROP & HARKRIDER LLP
                                            1901 L Street NW
                                            Washington, DC 20036
                                            T: 202-912-4700
                                            radcox@axinn.com