# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*All Actions* | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin |

## DEFENDANT TYSON FOODS, INC.'S MOTION FOR PRELIMINARY AND PERMANENT INJUNCTIONS

Defendant Tyson Foods, Inc. ("Tyson"), by and through its undersigned counsel, respectfully moves this Court for the following relief:

1. Entry of a permanent injunction enjoining Plaintiff Costco Wholesale Corporation ("Costco") from proceeding with arbitration;

2. Entry of a preliminary injunction enjoining Costco from proceeding with arbitration until such time as doing so will not interfere with the Department of Justice's criminal investigation and this Court's case management Orders entered in this litigation;

3. Or, in the alternative, entry of an Order enjoining Costco from taking bid-rigging discovery in arbitration that it is not allowed to pursue in this litigation.

This motion is based on the accompanying Memorandum of Law in Support of Tyson's Motion for Preliminary and Permanent Injunctions, all accompanying declarations and exhibits, the pleadings and papers on file in this action, oral argument, and such other matters as the Court may consider in hearing the motion.

| | |
|---|---|
| Dated: January 13, 2022 | Respectfully submitted,<br><br>By: */s/ Rachel J. Adcox*<br>Rachel J. Adcox (#1001488)<br>Daniel K. Oakes (*pro hac vice*)<br>Kenina J. Lee (*pro hac vice*)<br>Michael J. O'Mara (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, DC 20036<br>T: 202-912-4700<br>radcox@axinn.com<br>doakes@axinn.com<br>klee@axinn.com<br>momara@axinn.com<br><br>John M. Tanski (*pro hac vice*)<br>Jarod G. Taylor (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>T: 860-275-8100<br>jtanski@axinn.com<br>jtaylor@axinn.com<br><br>Denise L. Plunkett (*pro hac vice*)<br>Nicholas E.O. Gaglio (*pro hac vice*)<br>Kail J. Jethmalani (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>114 West 47th Street<br>New York, NY 10036<br>T: 212-728-2200<br>dplunkett@axinn.com<br>ngaglio@axinn.com<br>kjethmalani@axinn.com<br><br>*Attorneys for Defendant Tyson Foods, Inc.* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 13, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                */s/ Rachel J. Adcox*
                Rachel J. Adcox (#1001488)
                AXINN, VELTROP & HARKRIDER LLP
                1901 L Street NW
                Washington, DC 20036
                T: 202-912-4700
                radcox@axinn.com