**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN*<br>*ANTITRUST LITIGATION*<br>_____<br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## MOTION TO WITHDRAW APPEARANCE OF JEFFREY M. DRAKE

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant Agri Stats, Inc. hereby respectfully moves this Court for leave to withdraw the appearance of Jeffrey M. Drake as one of their local counsel of record in this matter. Agri Stats, Inc. will continue to be represented by remaining counsel of record.

WHEREFORE, Defendant Agri Stats, Inc. respectfully requests that this Court grant this Motion and enter an Order withdrawing the appearance of Jeffrey M. Drake.

Dated: January 18, 2022

Respectfully submitted,

*/s/ Jeffrey M. Drake*

Olga Fleysh *(Pro Hac Vice)*
Justin W. Bernick *(Pro Hac Vice)*
Liam E. Phibbs *(Pro Hac Vice)*
William L. Monts, III *(Pro Hac Vice)*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-Mail: olga.fleysh@hoganlovells.com
E-Mail: justin.bernick@hoganlovells.com
E-Mail: liam.phibbs@hoganlovells.com
E-Mail: william.monts@hoganlovells.com

Jacob D. Koering
Jeffrey M. Drake
**MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.**
227 West Monroe Street, Suite 3600
Chicago, Illinois 60606
Telephone: (312) 460-4200
Facsimile: (312) 460-4201
E-Mail: koering@millercanfield.com
E-Mail: drake@millercanfield.com

*Counsel for Defendant Agri Stats, Inc.*