## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Maplevale Farms, Inc., et al.

                      Plaintiff,

v.                                                Case No.: 1:16−cv−08637
                                                Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 18, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Minute entry [5364] is amended as follows. A telephonic Final Approval Hearing is set for 4/18/2022 at 10:00 a.m. with regards to Commercial and Institutional Indirect Purchaser Plaintiffs' settlements with Tyson, Pilgrim's Pride, and Mar−Jac Defendants, with Fieldale Farms Corporation, with Amick Farms, LLC and with Defendants Peco Foods, Inc., George's, Inc., and George's Farms, Inc. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.