## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

*IN RE BROILER CHICKEN*
*ANTITRUST LITIGATION*

Case No. 1:16-cv-08637

This Document Relates to: All Actions

Judge Thomas M. Durkin

Magistrate Judge Jeffrey T. Gilbert

## MOTION TO WITHDRAW APPEARANCE OF RYAN F. MANION

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Ryan F. Manion hereby moves this Court for leave to withdraw his appearance as attorney of record for all Parties for which he has entered an appearance. For the ease of the Court, Mr. Manion has entered an appearance on behalf of the following Direct Action Plaintiffs ("Plaintiffs"): (1) Action Meat Distributors, Inc.; (2) Affiliated Foods, Inc.; (3) Alex Lee, Inc./Merchants Distributors, LLC; (4) Associated Food Stores, Inc.; (5) Associated Grocers of New England, Inc.; (6) Associated Grocers, Inc.; (7) Bashas' Inc.; (8) Big Y Foods, Inc.; (9) Brookshire Grocery Company; (10) CBBC Opco, LLC d/b/a Colorado Boxed Beef; (11) Certco, Inc.; (12) Columbia Meats, Inc.; (13) Fareway Stores, Inc.; (14) Giant Eagle, Inc.; (15) Greenville Meats, Inc.; (16) Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; (17) Ira Higdon Grocery Company, Inc.; (18) King Solomon Foods, Inc.; (19) Latina Boulevard Foods, LLC; (20) Nicholas & Co., Inc.; (21) Pacific Food Distributors, Inc.; (22) Piggly Wiggly

Alabama Distributing Co., Inc.; (23) S&S Trading, LLC; (24) Schnuck Markets, Inc.;

(25) Springfield Grocer Co. (d/b/a SGC Foodservice); (26) The Distribution Group, Inc.

(d/b/a Van Eerden Foodservice Company); (27) The Golub Corporation; (28) Topco

Associates, LLC; (29) Troyer Foods, Inc.; (30) URM Stores, Inc.; (31) W. Lee Flowers &

Company, Inc.; (32) Weinstein Wholesale Meats, Inc.; and (33) Woodman's Food

Market, Inc. Plaintiffs will continue to be represented by remaining counsel of record.

WHEREFORE, Mr. Manion and Plaintiffs respectfully request that this court

grant this motion and enter an Order withdrawing the appearance of Ryan F. Manion.


Dated: January 20, 2022                    Respectfully submitted,

                                           /s/ Ryan F. Manion


**CERA LLP**                               **L&G LAW GROUP**
Solomon B. Cera                            Eric R. Lifvendahl
595 Market Street, Suite 2300              Ryan F. Manion
San Francisco, CA 94105                    175 W. Jackson Boulevard, Suite 950
Tel: (415) 777-2230                        Chicago, IL 60604
E-mail: scera@cerallp.com                  Tel: (312) 364-2500
                                           E-mail: elifvendahl@lgcounsel.com
**CERA LLP**                               E-mail: rmanion@lgcounsel.com
C. Andrew Dirksen
800 Boylston Street, 16th Floor            **KAPLAN FOX & KILSHEIMER, LLP**
Boston, MA 02199                           Robert N. Kaplan
Tel: (857) 453-6555                        Gregory K. Arenson
E-mail: cdirksen@cerallp.com               Jeffrey P. Campisi
                                           Matthew P. McCahill
**HAYNSWORTH SINKLER BOYD P.A.**           850 Third Avenue, 14th Floor
Manton M. Grier                            New York, NY 10022
Elizabeth H. Black                         Tel: (212) 687-1980
Mary C. Eldridge                           E-mail: rkaplan@kaplanfox.com
1201 Main Street, 22nd Floor               Email: garenson@kaplanfox.com
Columbia, SC 29201-3226                    E-mail: jcampisi@kaplanfox.com
Tel: (803) 540-7753                        E-mail: mmccahill@kaplanfox.com

E-mail: mgrier@hsblawfirm.com
E-mail: eblack@hsblawfirm.com
E-mail: meldridge@hsblawfirm.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Tel: (412) 471-3490
E-mail: marcus@marcus-shapira.com
E-mail: cain-mannix@marcus-shapira.com
E-mail: allen@marcus-shapira.com

*Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, the foregoing document was electronically filed with the court and a file-stamped copy was forwarded to all counsel of record through the Court's electronic filing system.

By: /s/ Ryan F. Manion