**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Commercial & Institutional Indirect Purchaser Plaintiff Actions* | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS'
MOTION FOR PAYMENT OF ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") respectfully move this Court for entry of an Order for payment of attorneys' fees, reimbursement of expenses, and Class Representative service awards. In support of this Motion, CIIPPs submit their Memorandum in Support of their Motion for Payment of Attorneys' Fees, Expenses, and Class Representative Service Awards, the Joint Declaration of Co-Lead Counsel, along with summary exhibits and the Declarations of Supporting Co Counsel, and the Declaration of Professor Robert Klonoff.[1]

For the reasons stated in the accompanying Memorandum in Support of their Motion for Interim Payment of Attorneys' Fee, Reimbursement of Expenses, and Class Representative Service Awards, and the declarations and exhibits submitted therewith, CIIPPs respectfully request that this Court issue an Order awarding attorneys' fee, reimbursement of expenses, and Class Representative service awards, and for such other further relief as this Court deems just and proper.

/ / /

---

[1] The Klonoff Declaration was also previously submitted in connection with this Court's request for briefing on attorneys' fees and is submitted herewith this Motion for the Court's convenience. *See* ECF No. 5050-1.

Dated: January 28, 2022　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　/s/ Daniel C. Hedlund
　　　　　　　　　　　　　　　　　　　　Daniel E. Gustafson
　　　　　　　　　　　　　　　　　　　　Daniel C. Hedlund
　　　　　　　　　　　　　　　　　　　　Michelle J. Looby
　　　　　　　　　　　　　　　　　　　　Joshua J. Rissman
　　　　　　　　　　　　　　　　　　　　Brittany Resch
　　　　　　　　　　　　　　　　　　　　**GUSTAFSON GLUEK PLLC**
　　　　　　　　　　　　　　　　　　　　120 South Sixth Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Tel: (612) 333-8844
　　　　　　　　　　　　　　　　　　　　dgustafson@gustafsongluek.com
　　　　　　　　　　　　　　　　　　　　dhedlund@gustafsongluek.com
　　　　　　　　　　　　　　　　　　　　mlooby@gustafsongluek.com
　　　　　　　　　　　　　　　　　　　　jrissman@gustafsongluek.com
　　　　　　　　　　　　　　　　　　　　bresch@gustafsongluek.com

　　　　　　　　　　　　　　　　　　　　*Co-Lead Counsel for the Commercial and*
　　　　　　　　　　　　　　　　　　　　*Institutional Indirect Purchaser Class*

　　　　　　　　　　　　　　　　　　　　/s/ *Adam J. Zapala*
　　　　　　　　　　　　　　　　　　　　Adam J. Zapala
　　　　　　　　　　　　　　　　　　　　Tamarah P. Prevost
　　　　　　　　　　　　　　　　　　　　James G.B. Dallal
　　　　　　　　　　　　　　　　　　　　**COTCHETT, PITRE & MCCARTHY, LLP**
　　　　　　　　　　　　　　　　　　　　840 Malcolm Road, Suite 200
　　　　　　　　　　　　　　　　　　　　Burlingame, CA 94010
　　　　　　　　　　　　　　　　　　　　Tel: (650) 697-6000
　　　　　　　　　　　　　　　　　　　　azapala@cpmlegal.com
　　　　　　　　　　　　　　　　　　　　tprevost@cpmlegal.com
　　　　　　　　　　　　　　　　　　　　jdallal@cpmlegal.com

　　　　　　　　　　　　　　　　　　　　Alexander E. Barnett
　　　　　　　　　　　　　　　　　　　　**COTCHETT, PITRE & MCCARTHY, LLP**
　　　　　　　　　　　　　　　　　　　　40 Worth Street, Suite 602
　　　　　　　　　　　　　　　　　　　　New York, NY 10013
　　　　　　　　　　　　　　　　　　　　Tel: (212) 201-6820
　　　　　　　　　　　　　　　　　　　　abarnett@cpmlegal.com

　　　　　　　　　　　　　　　　　　　　*Co-Lead Counsel for the Commercial and*
　　　　　　　　　　　　　　　　　　　　*Institutional Indirect Purchaser Class*

Kenneth A. Wexler
Melinda J. Morales
**WEXLER BOLEY & ELGERSMA, LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wbe-llp.com
mjm@ wbe-llp.com

*Liaison Counsel for the Commercial and Institutional Indirect Purchaser Class*

3