**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Commercial & Institutional Indirect Purchaser Plaintiff Actions* | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**INDEX OF EXHIBITS ATTACHED TO JOINT DECLARATION OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' CO-LEAD COUNSEL DANIEL C. HEDLUND AND ADAM J. ZAPALA IN SUPPORT OF MOTION FOR PAYMENT OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Declaration of Prof. Robert Klonoff In Support of CIIPPs' Response to this Court's August 4, 2021 Minute Entry, (ECF. No. 5050-1), filed 09/15/2021 |
| 2 | Co-Lead Counsel's Letter to All CIIPP Counsel re Time and Expense Reporting Protocol, dated December 6, 2016 |
| **CIIPP COUNSEL DECLARATIONS** | |
| 3 | Declaration of David W. Garrison, Barrett Johnston Martin & Garrison, LLC |
| 4 | Declaration of Alan R. Plutzik, Bramson, Plutzik, Mahler & Birkhaeuser, LLP |
| 5 | Declaration of Marc H. Edelson, Edelson & Associates, LLC |
| 6 | Declaration of David H. Fink, Fink Bressack |
| 7 | Declaration of Brian D. Penny, Goldman, Scarlato & Penny, P.C. |
| 8 | Declarations of James Harper and Clay Olson, Harper Little PLLC |
| 9 | Declaration of Richard M. Hagstrom, Hellmuth & Johnson PLLC |
| 10 | Declaration of Michael E. Jacobs, Hinkle Shanor LLP |
| 11 | Declaration of Robert Gralewski, Kirby McInerney LLP |
| 12 | Declaration of Peter D. St. Phillip, Jr., Lowey Dannenberg, P.C. |
| 13 | Declaration of Dianne M. Nast, NastLaw LLC |

| | |
|---|---|
| 14 | Declaration of Alyson Oliver, Oliver Law Group, P.C. |
| 15 | Declaration of Gregory P. Hansel, Preti Flaherty |
| 16 | Declaration of Simon B. Paris, Saltz, Mongeluzzi & Bendesky, P.C. |
| 17 | Declaration of Christopher Le, BoiesBattin LLP f/k/a Straus & Boies, LLP |
| 18 | Declaration of Kevin Landau, Taus, Cebulash & Landau, LLP |
| 19 | Declaration of Douglas J. Winters, The Winters Law Group, LLC |
| 20 | Declaration of Kenneth A. Wexler, Wexler Boley & Elgersma LLP f/k/a Wexler Wallace LLP |

**CO-LEAD COUNSEL GUSTAFSON GLUEK PLLC'S AND COTCHETT, PITRE & MCCARTHY LLP'S TIME AND EXPENSES**

| | |
|---|---|
| 21 | Gustafson Gluek PLLC's Time Report Summary, Inception to August 31, 2021 |
| 22 | Gustafson Gluek PLLC's Expense Summary, Inception to August 31, 2021 |
| 23 | Cotchett, Pitre & McCarthy LLP's Time Report Summary, Inception to August 31, 2021 |
| 24 | Cotchett, Pitre & McCarthy LLP's Expense Summary, Inception to August 31, 2021 |

**ALL CIIPP COUNSEL'S SUMMARY TIME AND EXPENSE CHARTS**

| | |
|---|---|
| 25 | CIIPPs' Counsel Summary of Time and Lodestar, Inception to August 31, 2021 |
| 26 | CIIPPs' Counsel Summary of Expenses, Inception to August 31, 2021 |
| 27 | CIIPPs' Common Incurred Costs Litigation Fund, Inception to January 28, 2022 |

**UNPUBLISHED CASES**

| | |
|---|---|
| 28 | *In re: Potash Antitrust Litig. II,* No. 1:08-cv-06910 (ECF No. 589) (N.D. Ill. June 12, 2013) |
| 29 | *In re: Plasma-Derivative Protein Therapies Antitrust Litig.,* No. 1:09-cv-07666 (ECF No. 697) (N.D. Ill. March 10, 2014) |
| 30 | *In re: Plasma-Derivative Protein Therapies Antitrust Litig.,* No. 1:09-cv-07666 (ECF No. 701) (N.D. Ill. April 16, 2014) |