**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Commercial & Institutional Indirect Purchaser Plaintiff Actions* | Court File No. 1:16-cv-08637<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.17, the undersigned hereby notifies the Court and counsel that Brittany Resch is no longer with the firm Gustafson Gluek PLLC and is withdrawing her representation of Commercial and Institutional Indirect Purchaser Plaintiffs in this matter. Plaintiffs will continue to be represented by the remaining counsel of record from Gustafson Gluek PLLC.

Dated: February 7, 2022

*/s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*