UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br>This Document Relates To: All Actions | Case No. 1:16-cv-08637<br><br>**SCHEDULING ORDER NO. 17<br>(FOR TRACK 1 ACTIONS)** |

This Scheduling Order No. 17 for all actions in which Plaintiffs have opted for Track 1 supersedes the Court's previous Scheduling Order No. 2 (ECF Dkt. 574) issued on December 15, 2017, Scheduling Order No. 6 issued on September 13, 2018 (ECF Dkt. 1230), Scheduling Order No. 9 issued on November 19, 2018 (ECF Dkt. 1416), Scheduling Order No. 12 issued on July 15, 2019 (ECF Dkt. 2322), Scheduling Order No. 13 issued on January 29, 2020 (ECF Dkt. 3420), Scheduling Order No. 14 (ECF Dkt. 3788) issued on August 28, 2020, Scheduling Order No. 15 (ECF Dkt. 4641) issued on May 13, 2021, and Scheduling Order No. 16 (ECF Dkt. 4748) issued on June 17, 2021. The parties are directed to the separate Search Methodology Order (ECF Dkt. 586) for any additional deadlines relating to the search of electronically stored information. Additionally, the Court orders that the requirement of Fed. R. Civ. P. 45(a)(4) for notice to other parties before service of a subpoena shall be 4 business days after the day notice and a copy of the subpoena are provided, which shall be computed pursuant to Fed. R. Civ. P. 6(a)(1).

A party receiving objections or productions from a third party in response to a Rule 45 subpoena will serve a copy of those objections or documents on other parties within 7 days, unless otherwise agreed. A party that receives a non-Bates numbered production (or production without a load file) from a third party in response to a Rule 45 subpoena shall serve those documents on

other parties within 10 days, unless otherwise agreed by the parties. A party receiving a production from a third party in response to a Rule 45 subpoena that includes information relating to a deposition scheduled within 7 days must notify all parties within 48 hours of receipt.

| Event | Deadline |
|---|---|
| **Expiration of Stay on Depositions of DOJ-Requested Witnesses and Topics** | To be determined by the Court |
| **Deadline to Depose Plaintiffs' Merits Experts[1]** <br><br> **Defendants to Identify Merits Experts By Topics to Facilitate Scheduling[2]** | February 11, 2022 <br><br> (ECF Dkt. 5302) |
| **Defendants' Affirmative & Rebuttal Merits Expert Reports Due** | February 21, 2022 <br><br> (ECF Dkt. 5302) |
| **Deadline to Provide Initial Positions on Documents for Which Admissibility / Authenticity Stipulations Have Been Requested** | March 11, 2022 |
| **Deadline to Meet and Confer About Authenticity and Business Record Stipulations** | April 22, 2022 |
| **Joint Submission on Any Additional Discovery Requested Per ECF Dkt. 3727 Concerning Evidentiary Issues Relating to Documents** | May 6, 2022 |
| **Deadline to Depose Defendants' Merits Experts** | July 1, 2022 |

---

[1] This deadline does not include the deposition of AWG's liability expert, which the relevant parties agreed to hold on February 15, 2022, with no impact on the remainder of the schedule.

[2] The parties will identify by name any class certification expert who is also serving as a merits expert. However, the parties need not identify by name any new experts disclosed at this time, but instead can refer to them generically such as "Defendant Expert 2," etc.

| Event | Deadline |
|---|---|
| **Plaintiffs' Rebuttal Merits Expert Reports Due** | July 22, 2022 |
| **Deadline to Complete Depositions Previously Requested by U.S. Department of Justice to be Stayed or Partially Stayed[3]** | To be determined by the Court |
| **Deadline to Depose Plaintiffs' Rebuttal Merits Experts** | August 19, 2022 |
| **Summary Judgment Opening Briefs & Merits *Daubert* Motions Filed[4]** | September 9, 2022 |
| **Summary Judgment Responses & Merits Expert *Daubert* Responses Filed** | December 9, 2022 |
| **Summary Judgment Replies & Merits Expert *Daubert* Replies Filed** | January 27, 2023 |
| **First Trial Commences[5]** | Fall of 2023 (Start date TBD after the Court has considered the parties' 7/16/2021 trial plan submissions) |

---

[3]     The Court's assumption underlying this Scheduling Order No. 17 for Track 1 Plaintiffs is that Plaintiffs will be able to take the stayed depositions they need to take before they respond to Defendants' motions for summary judgment and before trial, as well as the depositions that are the subject of currently-pending motions for protective orders. (*See* 5/7/21 Hr'g Tr. (ECF Dkt. 4625) at 21-22; ECF Dkts. 4575, 4579, 4585, 4621).) This deadline also may not apply to other discovery that may be deferred by agreement of the parties. Finally, deadline is subject to the outcome of the DOJ's recently motion to extend the stay to May 6, 2022 (ECF Dkt. 5325).

[4]     Pre-summary judgment motion conference with Judge Durkin to be set on a date to be determined. The parties request that the conference take place at a time shortly after the Court rules on class certification and related motions.

[5]     The Court will decide the number, sequence, and timing of trials at a later date.

SO ORDERED.

Dated: February 8, 2022

_____
HON. JEFFREY T. GILBERT
U.S. MAGISTRATE JUDGE

4