# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Maplevale Farms, Inc., et al.

                        Plaintiff,

v.                                                 Case No.: 1:16–cv–08637

                                                          Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 28, 2022:

       MINUTE entry before the Honorable Thomas M. Durkin: The United States' motion [5325] to extend limited deposition stays until 5/6/2022 is granted except as to the three individuals and one company noted in the sealed motion. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.