UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division

Maplevale Farms, Inc., et al.
                          Plaintiff,

v.                                                    Case No.: 1:16−cv−08637
                                                                     Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 28, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Non−party Jason Penn's motion for a protective order [4575] is granted. No deposition of Mr. Penn will take place in this case until after May 6, 2022. Unlike other witnesses who have filed similar motions, Mr. Penn has been indicted. To allow his deposition at this time while his criminal trial is ongoing would interfere with his ability to assist counsel in his own defense and might otherwise interfere with that trial. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.