UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Maplevale Farms, Inc., et al.
                                        Plaintiff,

v.                                                  Case No.: 1:16−cv−08637
                                                    Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 3, 2022:

    MINUTE entry before the Honorable Thomas M. Durkin: Defendants' Motion for an Evidentiary Hearing on Class Certification [4639] is granted. An evidentiary hearing on the class plaintiffs' motions for class certification is set for 5/10/2022 at 9:00 a.m. and 5/11/2022 at 9:00 a.m. The courtroom location will be determined at a later date. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.