# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Maplevale Farms, Inc., et al.

                          Plaintiff,

v.                                     Case No.: 1:16–cv–08637
                                            Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 21, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Timothy Stiller has moved to reconsider the Court's order denying his motion for a protective order and compelling his deposition [5472]. Stiller argues that the Court stayed Jayson Penn's deposition because he is a "criminal defendant," R. [5472] at 2, and so his deposition should be stayed too because he has been indicted. The Court's language was imprecise. The Court stayed Jason Penn's deposition because he is currently on trial. Stiller is not, so his deposition must proceed for the reasons stated in the Court's order. Stiller's motion to reconsider [5479] is denied. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.