## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Chick-fil-A, Inc. v. Agri Stats, Inc., et al.*,<br>20-cv-7205 | Case No.: 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

### STIPULATION AND [PROPOSED ORDER] OF DISMISSAL WITH PREJUDICE OF DEFENDANT PILGRIM'S PRIDE CORPORATION

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Chick-fil-A, Inc. ("CFA") and Defendant Pilgrim's Pride Corporation ("Pilgrim's Pride"), by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal with Prejudice.

1.      The Stipulation of Dismissal with Prejudice ("Stipulation") is between CFA and Pilgrim's Pride only, and no other Defendant, and relates only to CFA's claims against Pilgrim's Pride in *Chick-fil-A, Inc. v. Agri Stats, Inc., et al.*, (U.S. Dist. Ct. N.D. Ill. Case No. 1:20-cv-7205) which has been centralized pursuant to Local Rule 40.4(a) within the matter captioned *In re Broiler Chicken Antitrust Litigation* (U.S. Dist. Ct. N.D. Ill. Case No. 1:16-cv-08637).

2.      In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, CFA and Pilgrim's Pride stipulate and agree to the dismissal with prejudice of all of CFA's claims asserted against Pilgrim's Pride, with each side bearing their own attorneys' fees, costs, and expenses

3.      The stipulation is not a dismissal of, and shall not release, compromise or otherwise have any bearing on, CFA's claims against all Defendants other than Pilgrim's Pride.

SO ORDERED: _____          Dated: _____
                         United States District Judge

Dated: March 28, 2022

Respectfully submitted,

*/s/ Ryan P. Phair*
Ryan P. Phair (#479050)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@huntonak.com

Matthew J. Calvert (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street NE
Atlanta, GA 30308
(404) 888-4000
mcalvert@huntonak.com

Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER &
PORTER, PLLC
1010 Davis Street
Evanston, Illinois 60201
(312) 283-5711
porter@sppplaw.com

**Attorneys for Plaintiff Chick-fil-A, Inc.**

*/s/ Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
WEIL GOTSHAL & MANGES LLP
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

**Attorneys for Defendant Pilgrim's Pride Corporation**

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 28th day of March, 2022, I caused a true and correct copy of

the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Ryan P. Phair*

Ryan P. Phair
