**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN*<br>*ANTITRUST LITIGATION*<br>_____<br>This Document Relates To:  All Actions | Case No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## MOTION TO WITHDRAW APPEARANCE OF JOHN S. MARTIN

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Ahold Delhaize USA, Inc. hereby respectfully moves this Court for leave to withdraw the appearance of John S. Martin as one of its attorneys of record in this matter. Ahold Delhaize USA, Inc. will continue to be represented by remaining counsel of record.

WHEREFORE, Plaintiff Ahold Delhaize USA, Inc. respectfully requests that this Court grant this Motion and enter an Order withdrawing the appearance of John S. Martin.

Dated:  April 4, 2022

Respectfully submitted,

*/s/ Ryan P. Phair*

Ryan P. Phair (#479050)
Craig Y. Lee (admitted *Pro Hac Vice*)
Christopher C. Brewer (admitted *Pro Hac Vice*)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue N.W. Washington, D.C.  20037
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201
E-Mail:  rphair@huntonak.com
E-Mail: craiglee@huntonak.com
E-Mail: brewerc@huntonak.com

*Counsel for Plaintiff Ahold Delhaize USA, Inc.*