**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Commercial & Institutional Indirect Purchaser Plaintiff Actions* | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS'
UNCONTESTED MOTION FOR FINAL APPROVAL OF THE SETTLEMENTS
WITH DEFENDANTS AMICK, FIELDALE, GEORGE'S, MAR-JAC, PECO,
PILGRIM'S PRIDE, AND TYSON**

Please take notice that the Commercial and Institutional Indirect Purchaser Plaintiffs hereby move the Court for an Order granting their Motion for Final Approval of the Settlements with Defendants Amick Farms, LLC, Fieldale Farms Corporation, Mar-Jac,[1] Peco Foods, Inc., Pilgrim's Pride Corporation, George's,[2] and Tyson[3] (collectively, the "Settling Defendants").

This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declarations, and all other evidence and arguments presented in the briefings and at the hearing on this motion. The Court has set a telephonic hearing for this Motion on April 18, 2022 at 10:00 a.m. Central

---

[1] The Mar Jac Defendants are Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.

[2] The George's Defendants consist of George's Inc. and George's Farms. Inc.

[3] The Tyson Defendants are Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc.

Time.

Pursuant to the United States District Court for the Northern District of Illinois' Ninth

General Order 20-0012 (Jan. 12, 2021), the undersigned counsel will not request an in-person

presentment of this Motion.


Dated: April 4, 2022                          Respectfully Submitted:

                                              /s/ *Adam J. Zapala*
                                              Adam J. Zapala
                                              James G.B. Dallal
                                              **COTCHETT, PITRE & MCCARTHY, LLP**
                                              840 Malcolm Road, Suite 200
                                              Burlingame, CA 94010
                                              Tel: (650) 697-6000
                                              azapala@cpmlegal.com
                                              jdallal@cpmlegal.com

                                              Alexander E. Barnett
                                              **COTCHETT, PITRE & MCCARTHY, LLP**
                                              40 Worth Street, Suite 602
                                              New York, NY 10013
                                              Tel: (212) 201-6820
                                              abarnett@cpmlegal.com

                                              ***Co-Lead Counsel for the Commercial and
                                              Institutional Indirect Purchaser Class***


                                              /s/ *Daniel C. Hedlund*
                                              Daniel E. Gustafson
                                              Daniel C. Hedlund
                                              Michelle J. Looby
                                              Joshua J. Rissman
                                              **GUSTAFSON GLUEK PLLC**
                                              120 South Sixth Street, Suite 2600
                                              Minneapolis, MN 55402
                                              Tel: (612) 333-8844
                                              dgustafson@gustafsongluek.com
                                              dhedlund@gustafsongluek.com
                                              mlooby@gustafsongluek.com
                                              jrissman@gustafsongluek.com

*Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*

Kenneth A. Wexler
Melinda J. Morales
**WEXLER BOLEY & ELGERSMA, LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wbe-llp.com
mjm@ wbe-llp.com

*Liaison Counsel for the Commercial and Institutional Indirect Purchaser Class*