**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Maplevale Farms, Inc., et al.
                        Plaintiff,

v.                                          Case No.: 1:16–cv–08637
                                                                Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 11, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of Judge Durkin's Order entered on 3/14/22 [5472] denying certain motions to stay depositions and his Order entered on 3/21/22 [5483] denying a motion to reconsider that decision [5479], the Court would like the parties to begin the process of scheduling the previously stayed depositions so they can be completed at least 30 days before Track One summary judgment motions are due on 9/9/22 as contemplated by Scheduling Order No. 17 [5422]. Therefore, the parties shall meet and confer and file by 4/25/22 a joint status report on their progress in scheduling these depositions among themselves and with the witnesses. That report should include, if possible, confirmed and/or proposed dates for the depositions and summarize issues or disagreements, if any, that could interfere with getting these depositions taken before 8/9/22. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.