UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>Commercial and Institutional Indirect Purchaser Actions | Case No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin |

**CORRECTED DECLARATION OF ERIC SCHACHTER IN SUPPORT OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL FOR FIRST ROUND SETTLEMENTS**

I, Eric Schachter, hereby declare and state as follows:

1. I am a Vice President with A.B. Data, Ltd. ("A.B. Data"). I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto. I submit this declaration at the request of the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") in connection with the above-captioned action (the "Action").

2. As detailed in my previous Declaration of Eric Schachter in Support of Motion for Approval of Class Notice Plan dated November 24, 2021 (ECF 5214) (the "Notice Declaration"), and pursuant to the Court's Order Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Class Notice Program for First Round of Settlements dated December 2, 2021 (ECF 5234) (the "Notice Approval Order"), A.B. Data was responsible for implementing the Court-approved Notice Plan.

3. As detailed in the Notice Declaration, the Notice Plan included: i) mailing the Long-Form Notice and Claim Form (the "Notice Packet") and Short-Form Notice to potential Settlement Class Members; ii) publishing the Short-Form Notice via print and digital media; iii)

1

advertising through digital banner ads on designated websites; iv) disseminating a news release to announce the proposed Settlements; and v) establishing a case-specific website and a toll-free telephone number to address potential Settlement Class Member inquiries.

## CONTENT OF THE NOTICE

4. The content of the Court-approved notice complies with the requirements of Rule 23(c)(2)(b). Both the Short-Form Notice and Long-Form Notice clearly and concisely explain in plain English the nature of the Action and the terms of the Settlements. The notices provide a clear description of who is a member of the Settlement Classes, and the binding effects of Class membership. They also explain how to exclude oneself from the Settlement Classes, how to object to the Settlement, and how to contact Co-Lead Counsel for the Settlement Classes.

5. The notices also identify for members of the Settlement Classes where to locate and submit a Claim Form if they wished to receive money under the Settlements.

6. As I noted in my Notice Declaration, the notices inform members of the Settlement Classes that the Settlement monies "will be distributed according to a Plan of Allocation[1] where Settlement Class Members will get a pro rata share of the funds based on their qualifying purchases of Broilers made in Indirect Purchaser States." *See, e.g.,* Declaration of Eric Schachter in Support of Motion for Approval of Class Notice Plan, Ex. C (ECF 5214-3) at 2 of 10.

7. The notices also inform Settlement Class Members regarding the attorneys' fees, costs, and incentive awards that would be sought by the class representatives and Co-Lead Counsel. Importantly, the notices explain that they provide only a summary of the Settlements, and that the Settlement Agreements, as well as other important documents related to the litigation, are available online at the Settlement website (https://www.chickencommercialsettlement.com/).

## DIRECT NOTICE

8. The Court-approved Notice Plan related to the Settlements has been successfully implemented.

---

[1] The Notices also direct members of the Settlement Classes to the settlement website where the CIIPPs set forth their plan of allocation.

9. Notice was provided to potential Settlement Class Members consistent with the Notice Plan approved by the Court, which included notice to potential members of the Settlement Classes via direct mail notice, paid media, and online outreach.

10. As detailed in the Notice Declaration, A.B. Data worked extensively with CIIPPs and their experts to utilize Settlement Class Member purchase data provided in connection with extensive non-party discovery conducted from food service distributors in this Action. Over a period of months, A.B. Data had numerous conference calls with CIIPPs and their experts, and reviewed sample datasets to understand what Settlement Class Member data was available and how best to utilize that data in the context of providing notice. As a result of these efforts, it was determined that the data contained names and contact information for most Settlement Class Members such that a robust direct notice campaign was feasible, and that the dataset also contained relevant purchase information that would allow for the pre-population of Claim Forms that would eliminate the need for Settlement Class Members to independently identify and document their eligible purchases. In our experience, prepopulating the Claim Forms removes a significant burden on class members to ascertain their purchases and participate in the claims process.

11. Using the dataset described above, A.B. Data was able to identify the name and last known mailing address of 1,160,714 potential Settlement Class Members to use for direct notice. Prior to commencing direct mail notice, A.B. Data updated the mailing addresses using the National Change of Address ("NCOA") system maintained by the United States Postal Service ("USPS") in an effort to improve deliverability rates.

12. Beginning on December 30, 2021, A.B. Data caused the Notice Packet to be mailed via First-Class Mail, postage prepaid, to 689,810 potential Settlement Class Members whose last known mailing address was in an Indirect Purchaser State. For 659,533 of these potential Settlement Class Members, the corresponding non-party data provided usable purchase information such that A.B. Data included the aggregate of the total purchase amounts in a pre-populated field included within the Claim Form. A true and correct copy of the Notice Packet is attached to this Declaration as Exhibit A.

3

13. On December 30, 2021, A.B. Data caused the Short-Form Notice formatted as a postcard ("Postcard Notice") to be mailed via First-Class Mail, postage prepaid, to 470,904 potential Settlement Class Members whose last known mailing address was not in an Indirect Purchaser State. These Settlement Class Members were sent the Short-Form Notice, instead of the Notice Packet that included a Claim Form, to manage costs understanding it was likely these Settlement Class Members were precluded from filing a claim for not making purchases in an Indirect Purchaser State. A true and correct copy of the Postcard Notice is attached to this Declaration as Exhibit B.

14. As of the date of this Declaration, 257,051 Postcard Notices and Notice Packets (the "Settlement Notices") have been returned by the USPS to A.B. Data as undeliverable as addressed ("UAA"). Of these, 12 Settlement Notices included forwarding addresses provided by the USPS, and they were promptly remailed. Of the 257,039 Settlement Notices that did not include forwarding addresses from the USPS, A.B. Data identified updated addresses for 162,352 Settlement Notices using third-party information providers to which we subscribe and promptly remailed the Settlement Notices to the updated mailing addresses.

## PRINT AND DIGITAL MEDIA

15. To supplement direct notice efforts, A.B. Data effectuated print and digital advertisements in several trade publications to reach potential Settlement Class Members in industries that are likely to be purchasers of chicken for commercial meal preparation and to managers responsible for food-related purchasing decisions very likely to include commercial and institutional purchasers of Broilers. Beginning on January 10, 2022, A.B. Data caused the Short-Form Notice to be placed in each of the following publications. A true and correct copy of the Short-Form Notice as it appeared in each publication is attached as Exhibit C.

| Publication | Issue Date |
|---|---|
| *Nation's Restaurant News* | January 25, 2022 |
| *QSR* | January 10, 2022 |

| *Progressive Grocer* | January 18, 2022 |
| --- | --- |
| *Supermarket News* | January 25, 2022 |
| *Convenience Store News* | January 18, 2022 |

16. Beginning on January 10, 2022, A.B. Data caused digital banner ads to appear on the following trade publication websites: csnews.com; food-management.com; foodservicedirector.com; nrn.com; progressivegrocer.com; qsrmagazine.com; restaurant-hospitality.com; and supermarketnews.com. Targeted digital banner ads were also placed through the Google Display Network and YouTube, targeting owners, managers, and staff in commercial and institutional entities that purchase chicken for food preparation. Websites and applications that include large percentages of the specific target audience were selected and programmatic buying was utilized to ensure cost-efficient and effective placement of the banner ads. More than 20 million digital impressions were generated during the banner ad campaign. A sample of these digital banner ads is attached as Exhibit D.

## DISSEMINATION OF NEWS RELEASE

17. On January 3, 2022, A.B. Data caused the Short-Form Notice to be disseminated as a nationwide news release via the *PR Newswire* distribution service; which distributes to more than 10,000 newsrooms, including print, broadcast, and digital media, across the United States. A true and correct copy of the release is attached as Exhibit E.

## WEBSITE

18. On December 30, 2021, A.B. Data established a case-specific website, www.chickencommercialsettlement.com, to assist potential Settlement Class Members in understanding the terms of the Settlements and their rights under the Settlements. The website provides, among other things, a summary of the case, all relevant documents including the Complaint, the Settlement Agreements, the Preliminary Approval Orders, the Notice Approval Order, important dates, pertinent updates concerning the litigation or the Settlement approval process, and the functionality for the Claim Form to be completed and submitted online. On

February 17, 2022, A.B. Data posted the Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Payment of Attorneys' Fees; Reimbursement of Expenses; and Class Representative Service Awards to this website. A. B. Data continues to maintain the case website. And, as of April 1, 2022, the Settlement Website has had 34,677 unique visitors.

## **TELEPHONE HELPLINE**

19. On December 30, 2021, A.B. Data established a case-specific toll-free number, 1-800-983-6533, with an interactive voice response ("IVR") system and live operators. The automated attendant answers calls and presents callers with a series of choices to hear prerecorded information concerning the Settlements. If callers require further assistance, they have the option of transferring their calls to a live operator during business hours. A.B. Data continues to maintain the case-specific toll-free number. As of April 1, 2022, there have been 1,149 calls to the toll-free number.

## **EXCLUSION REQUESTS RECEIVED AND NO OBJECTIONS**

20. The Settlement Notices provide that Settlement Class Members may request exclusion by sending a written request to the Settlement Administrator that was postmarked by March 2, 2022. As of the date of this declaration, A.B. Data has received 71 requests for exclusion from the Settlement Class, all of which have been processed. This process included determining the timeliness and validity of any requests for exclusion, identifying the entities that fell within the scope of valid requests for exclusion, and assisting the parties in determining the opt-out calculations. As a result of this process, we have compiled the list of entities that have validly requested exclusion, and that list is attached hereto as Exhibit F.

21. The Settlement Notices also provided instructions for Settlement Class Members to submit objections to or comments about any aspect of the Settlements. The instructions provided that objections be filed directly with the Court, by mail, or in person, no later than March 2, 2022. To date, A.B. Data has not received any objection.

**CLAIMS RECEIVED**

22. The deadline for Settlement Class Members to submit a claim was March 2, 2022. Throughout the claim period, A.B. Data received numerous inquiries from potential Settlement Class Members seeking guidance on completing their claims, and in some instances requesting more time to identify and document additional relevant purchases. As a result, many Settlement Class Members have submitted "placeholder" claims whereby the submitted claim includes only a portion of the eligible purchases as the claimant indicated more time was needed to compile a listing of their Settlement Class Period purchases and the required supporting documentation. There are also many submitted claims from third-party filers and claim aggregators on behalf of more than one Settlement Class Member. As a result, A.B. Data continues to initially process the submitted claims to determine the exact number of Settlement Class Members who submitted claims, the monetary value of the claims, and validity of the claims. A.B. Data also continues to work with claimants who are still gathering their relevant purchase information to supplement their claims. Once the claims have been fully processed, A.B. Data will begin its auditing process and secondary reviews and work with claimants to notify them of any deficiencies or imperfections.

**CONCLUSION**

23. It is my opinion, based on my individual expertise and experience and that of my A.B. Data colleagues, that the Notice Plan described herein effectively reached potential Settlement Class Members, delivered plain language notices designed to capture potential Settlement Class Members' attention, and provided them with the information in an informative and easy to understand manner that is necessary to effectively understand their rights and options.

24. This Notice Plan delivered a calculated reach of over 80% and conforms to the standards employed by A.B. Data in notification programs designed to reach potential class members of settlement groups or classes that are national in scope and reach narrowly-defined entities and demographic targets.

25. For these reasons, in my opinion, this Notice Plan satisfied the requirements of Rule 23 and due process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of April, 2022 in Milwaukee, Wisconsin.

_____
Eric Schachter