# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-CV-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffry T. Gilbert |

**NON-GEORGIA DOCK DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALL TRACK 1 PLAINTIFFS' CLAIMS ALLEGING A "GEORGIA DOCK CONSPIRACY"**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Non-Georgia Dock Defendants[1] (hereinafter "Moving Defendants"), individually and collectively, hereby move for this Court to grant partial summary judgment in their favor as to all Track 1 Plaintiffs' claims, including "overarching conspiracy" claims, which assert that they colluded to manipulate the Georgia Dock Index.[2]

---

[1] "Moving Defendants" are the following ten "Non-Georgia Dock Defendants": Agri Stats, Inc. ("Agri Stats"); Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc. (collectively, "Case Farms"); Foster Farms, LLC and Foster Poultry Farms (collectively, "Foster Farms"), George's Inc. and George's Farms, Inc. (collectively, "George's"); House of Raeford Farms, Inc. ("House of Raeford"); Mountaire Farms Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc. (collectively, "Mountaire"), O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc. (collectively, "O.K. Foods"); Peco Foods, Inc. ("Peco"), Perdue Farms, Inc. and Perdue Foods, LLC ("Perdue"); and Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (collectively, "Simmons"). George's and Peco join this Motion only as to those Track 1 DAPs with which they have an active, ongoing dispute. Amick Farms, LLC ("Amick") is also not a Georgia Dock Defendant, but does not join this motion because no Track 1 Plaintiff has pending claims against it.

[2] More specifically, this Motion is directed to any of Plaintiffs' claims which alleges that the Moving Defendants joined an "overarching conspiracy" which included the alleged manipulation of the Georgia Dock index as a component of that purported conspiracy. The Motion is directed to the following counts: Count I of the Direct Action Plaintiffs' Amended Consolidated Complaint, Doc. 4243; the DPP's Section 1 Sherman Act claim, Doc. 3919; the First Claim of the Commercial and Institutional Indirect Purchaser Plaintiffs' Seventh Amended Consolidated Complaint, Doc. 3929; the First Claim of the End-User Consumer Plaintiffs' Fifth Consolidated Amended Complaint, Doc. 3748. This Motion also addresses all state-law claims alleging that the Moving Defendants participated in an overarching conspiracy that included the alleged manipulation of the Georgia Dock.

1

1. Plaintiffs have never asserted any stand-alone Georgia Dock claim against any Moving Defendant – a clear admission that they cannot connect the Moving Defendants to the alleged agreement to manipulate the Georgia Dock.

2. Despite years of extensive discovery, Plaintiffs still have no evidence that any of the Moving Defendants (a) participated in the alleged manipulation of the Georgia Dock or (b) consciously committed to an alleged "overarching" conspiracy of which the alleged Georgia Dock conspiracy was one part. No Moving Defendant ever submitted any prices, quotes or other information to the Georgia Department of Agriculture (the "GDA") in connection with the Georgia Dock, was a member of the Georgia Dock Advisory Committee, or had a role in the creation, development, governance, or administration of the Georgia Dock.

3. Yet the Track 1 Plaintiffs conclusorily lump all Defendants together in a single count alleging an "overarching conspiracy" that included both (1) manipulation of the Georgia Dock index and (2) coordinated production cuts. (DAP Am. Consol. Compl., Doc. 4243, ¶ 1034; DPP Am. Consol. Compl., Doc. 3919, at ¶ 465; CIIP Am. Consol. Compl., Doc. 3929, at ¶ 489; EUCP Am. Consol. Compl., Doc. 3748, at ¶ 490).

4. Plaintiffs' label of "overarching conspiracy" is no substitute for evidence. Summary judgment should be granted for the Moving Defendants on any overarching conspiracy claim that includes the purported collusive manipulation of the Georgia Dock because there is no evidence that the Moving Defendants consciously committed to a scheme that included such manipulation.

5. The bases for this Motion are more fully set forth in the accompanying Memorandum in Support of the Non-Georgia Dock Defendants' Motion for Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy" ("Memorandum") and the related Statement of Material Facts ("SOF"), filed contemporaneously with this Motion.

3

**WHEREFORE**, for all the reasons set forth in their Memorandum, the Moving Defendants request that this Court grant their motion for partial summary judgment in their favor on all Track 1 Plaintiffs' claims alleging a "Georgia Dock Conspiracy," including claims alleging an "overarching conspiracy" that allegedly included an agreement to manipulate the Georgia Dock.

Dated: April 12, 2022                    Respectfully Submitted,

By: /s/ *Lawrence H. Heftman*

ARENTFOX SCHIFF LLP

Lawrence H. Heftman
Margaret A. Hickey
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
lawrence.heftman@afslaw.com
maggie.hickey@afslaw.com
kylie.wood@afslaw.com

Robert J. Wierenga
Suzanne L. Wahl
350 South Maine Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

4

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Patrick Fitzgerald*
Patrick Fitzgerald (#6307561)
Gail Lee
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

5

| KUTAK ROCK LLP | HOGAN LOVELLS US LLP |
|---|---|
| By: /s/ John P. Passarelli <br> John P. Passarelli <br> James M. Sulentic <br> 1650 Farnam Street <br> Omaha, NE 68102 <br> Telephone: (402) 346-6000 <br> Facsimile: (402) 346-1148 <br> john.passarelli@kutakrock.com <br> james.sulentic@kutakrock.com <br><br> J.R. Carroll <br> Jeffrey M. Fletcher <br> Stephen M. Dacus <br> 234 East Millsap Road, Suite 200 <br> Fayetteville, AR 72703-4099 <br> Telephone: (479) 973-4200 <br> Facsimile: (479) 973-0007 <br> jr.caroll@kutakrock.com <br> jeffrey.fletcher@kuakrock.com <br> stephen.dacus@kutakrock.com <br><br> *Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.* | By: /s/ *William L. Monts III* <br> William L. Monts III (admitted *pro hac vice*) <br> Justin W. Bernick (admitted *pro hac vice*) <br> 555 Thirteenth Street, N.W. <br> Washington, D.C. 20004-1109 <br> Telephone: (202) 637-5910 <br> Facsimile: (202) 637-5911 <br> william.monts@hoganlovells.com <br> justin.bernick@hoganlovells.com <br><br> MILLER, CANFIELD, PADDOCK, AND STONE P.L.C. <br><br> Jacob D. Koering <br> 225 West Washington Street, Ste 2600 <br> Chicago, Illinois 60606 <br> Telephone: (312) 460-4272 <br> Facsimile: (312) 460-4201 <br> koering@millercanfield.com <br><br> *Attorneys for Defendant Agri Stats, Inc.* |

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

John C. Martin
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*) 1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

Office Address:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145

Mailing Address:
1540 Peach Drive
Avon, OH 44011

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
Deborah A. Klar, Esq.
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

8

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Lawrence H. Heftman*