UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**IN RE BROILER CHICKEN ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

ALL ACTIONS.

Case No. 1:16-cv-08637

The Honorable Thomas M. Durkin

The Honorable Jeffery T. Gilbert

**EXHIBIT INDEX FOR NON-GEORGIA DOCK DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALL TRACK 1 PLAINTIFFS'
CLAIMS ALLEGING A "GEORGIA DOCK CONSPIRACY"**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | GDA0000016263-16264 |
| B | GDA0000015430-15432 |
| C | GDA0000008022 |
| D | GDA0000017069-17070 |
| E | USDA0000000611-615 |
| F | Pages from Karwal Deposition Transcript |
| G | Pages from Lynch Deposition Transcript |
| H | Pages from Elhauge Deposition Transcript |
| I | WM-BROILERS_0001098015[1] |
| J | BASHAS00678173[2] |
| K | IPC0040409-40454 |
| L | PUB-BROILER-0000808 |
| M | KRGCHKED0000085735[3] |
| N | PILGRIMS-0002560922-2560945 |
| O | GDA0000016331-16333 |
| P | JPMS-00006996-6999 |
| Q | Pages from Schronce Deposition Transcript |

---

[1] WM-BROILERS_0001098015 is an excel file that was produced in Native Format. For purposes of Exhibit I, the excel file was converted to a PDF, and the relevant Bates number was added to the PDF.
[2] BASHAS00678173 is an excel file that was produced in Native Format. For purposes of Exhibit J, the excel file was converted to a PDF, and the relevant Bates number was added to the PDF.
[3] KRGCHKED0000085735 is an excel file that was produced in Native Format. For purposes of Exhibit M, the excel file was converted to a PDF, and the relevant Bates number was added to the PDF.

| EXHIBIT | DESCRIPTION |
|---|---|
| R | List of Track 1 DAPs |
| S | Declaration of Eric Scholer |
| T | Direct Action Plaintiffs' Consolidated Responses and Objections to Defendants' Contention Interrogatories, dated June 18, 2021 |
| U | Direct Purchaser Plaintiffs' Amended Objections and Responses to All Defendants' Revised Set of Interrogatories to All Plaintiffs, dated June 17, 2021, with Appendix |
| V | Commercial and Institutional Indirect Purchaser Plaintiffs' Responses and Objections to All Defendants' Revised Second Set of Interrogatories, dated June 18, 2021, with Attachment A |
| W | End-User Plaintiffs' Amended Objections and Responses to All Defendants' Revised Set of Interrogatories to All Plaintiffs, dated June 18, 2021, with Attachment A |
| X | Pages from Weatherford Deposition Transcript |
| Y | Declaration of Michael Popowycz |
| Z | Associated Wholesale Grocers, Inc.'s Responses and Objections to Case Foods' First Requests for Admission, dated July 26, 2021, at Request No. 16 |
| AA | Declaration of Randall Boyce |
| BB | Hy-Vee Inc.'s Supplemental Objections and Responses to Defendant Foster Farms' Revised First Set of Requests for Admission to all Direct Action Plaintiffs |
| CC | Services Group of America, Inc.'s First Amended Objections and Responses to Defendant Foster Farms' Revised First Set of RFAs to All Direct Action Plaintiffs |
| DD | Save Mart Supermarkets' Supplemental Objections and Responses to Defendant Foster Farms' Revised First Set of Requests for Admission to All Direct Action Plaintiffs |
| EE | The Kroger Co.'s Supplemental Objections and Responses to Defendant Foster Farms' Revised First Set of Requests for Admission to All Direct Action Plaintiffs |
| FF | Albertson Companies, Inc.'s Supplemental Objections and Responses to Defendant Foster Farms' Revised First Set of Requests for Admission to All Direct Action Plaintiffs |
| GG | Quirch Foods, LLC's Supplemental Objections and Responses to Defendant Foster Farms' Revised First Set of Requests for Admission to All Direct Action Plaintiffs |
| HH | Independent Purchasing Cooperative, Inc.'s Supplemental Objections and Responses to Defendant Foster Farms' Revised First Set of Requests for Admission to All Direct Action Plaintiffs |
| II | Supply Management Services, Inc.'s Supplemental Objections and Responses to Defendant Foster Farms' Revised First Set of Requests for Admission to All Direct Action Plaintiffs |
| JJ | Declaration of Gary George |
| KK | Declaration of Ken Qualls |
| LL | Declaration of Mike Little |

| EXHIBIT | DESCRIPTION |
|---|---|
| MM | Pages from Little Deposition Transcript |
| NN | Declaration of Randall Meyers |
| OO | Declaration of Bobby Wilburn |
| PP | Direct Purchaser Plaintiffs' Supplemental Amended Objections and Responses to All Defendants' Revised Set of Interrogatories to All Plaintiffs, dated October 8, 2021, with Supplemental Appendix A |
| QQ | Declaration of Chip Miller |
| RR | Pages from Carter Deposition Transcript |
| SS | Pages from Frankel Deposition Transcript |
| TT | Pages from Dr. David Sunding Merits Report |