# EXHIBIT A

September 9, 1965

Mr. Leonard Riepe
Swift and Company
Poultry Department
Gainesville, Georgia

Dear Sir:

As you know the U. S. Department of Agriculture has announced
they will discontinue quoting a live market on broilers and fryers
1 October 1965.

The Georgia State Department of Agriculture has set up a Market
Reporting Service to report a live quotation on poultry beginning
the 15th of September.

We respectfully request that your company be included in establishing
this market by participating in furnishing the reporter, from this
office, such information as your slaughter each day and your supply
and demand situation so that we might have more information
whereby we can evaluate the market conditions better and you as
a member of the poultry industry might get a better service from this
office.

Sincerely yours,

Ralph White, Supervisor
Poultry Marketing Service

RW/mm

# Alabama Farm Bureau Federation

2108 E. SOUTH BLVD. ● P. O. BOX 6218
MONTGOMERY, ALABAMA 36106
TELEPHONE 288-3900

J. D. HAYS
PRESIDENT

March 30, 1966

Georgia Department of Agriculture
Market News Service
Capitol Square
Atlanta, Georgia 30334

Gentlemen:

You are generous enough to keep us on your mailing list to receive your daily poultry report. We think you are performing a real and needed service to broiler growers by reporting live broiler prices daily for the several states. It seemed to us an unwise decision for the United States Department of Agriculture to discontinue such reports last October.

Even though most broilers now are grown under contractual arrangements under which the grower does not actually own or sell the birds, he still has a real interest in the changing picture of supply, demand and price for the product he releases in the market. This has been strikingly born out in the much higher prevailing prices in early 1966, as you have reported so well. Some growers tell us that the demand has been great enough that they have consistantly received a cent above your quotations. How else would they have known the market without the service you are performing?

It would be of interest to us if you could outline to us how you get this information. It is possible that some of our market service people in the state might be doing some of this themselves.

If your procedure is confidential, we would not ask you to outline it for us. We probably can't add anything to what you are already doing, but I know your item of expense in postage must be considerable because of the number of people in Alabama who are getting your letter. This, too, is appreciated.

Sincerely,

A. W. Jones
Consultant in Marketing

AWJ/ccf



# EXHIBIT B

**Poultry Market News Report and the Georgia Dock Price**
*August 5, 2016*

Making decisions based on accurate forecasting with minimal uncertainty is necessary for farming of any kind as production relies on a stable market for the products produced. The Georgia Dock Price (GDP) has been calculated and reported in the Georgia Department of Agriculture's (GDA) Poultry Market News Report (PMN) since 1972. Prior to that, beginning in 1966, the PMN reported similar prices for live base broilers and fryers.  Reviewing the poultry industry historically, in particular the broiler market from 1966 onward, and understanding how the GDP is calculated and in turn used provides insight into the value of the GDP and its importance to the poultry industry.

Beginning in the 1930's the commercial poultry industry began to take form and since then has evolved through improved production practices. The poultry industry is characterized by three primary factors, a short production cycle, continuous annual production and vertical integration. These primary factors have led to a stable marketplace that is resistant to market externalities. Within this market a variety of poultry products are produced depending on the size of the bird, production procedures and quality. Due to this variation in product type within a single market the tracking of each individual category of poultry would not be useful. Instead a need for a single index based trend report emerged to provide a guide as to the general demand for poultry.

The market for poultry relies on two different sets of purchasing models, those that are purchased, at a premium, on a contract basis and those that are purchased off of spot prices on the present day. The three factors mentioned in the previous paragraph have led to the industry standard to produce poultry for purchase on a contract. This system ensures that buyers have continuous access to product and producers can adjust production numbers to satisfy demand. Roughly 95% of all poultry, particularly in Georgia, is purchased off of pre-negotiated contracts whose prices rely on the demand influenced index price. The actual determination of price is dependent on a number of factors and is contingent on the independent negotiations of the producer and the buyer for the specific type of bird being produced. The GDP is used as a price indicator meant to reflect the current demand for poultry purchased on these premium contract markets.

The GDP has been produced in direct response to the industry's unique position by providing a price index that indicates the market's demand variations within the contract market, similar to that of a contracts futures market. Contracts futures markets are a common tool for commodity prices to hedge

positions against volatile market conditions. On three occasions, various trading entities, the Chicago Board of Trade (CBOT) and the Chicago Mercantile Exchange (CME) have attempted to establish a futures contract-trading platform for poultry, which would provide an accurate demand based index to indicate poultry prices. The contracts were determined based on a weighted average price dependent on reported spot prices to USDA. CBOT ran a futures market for poultry from 1968-1980 but was discontinued due to a lack of trading. Similarly in 1979 CME attempted to create an alternative futures market for poultry but was discontinued in 1982 also due to lack of interest. The third attempt came in 1991 and lasted only two years, again due to lack of trading volume.

The four primary requirements for a futures market to operate successfully are homogeneity of product, grading standardization, variable or uncertain prices and active cash markets that are isolated from significant influence from a small number of individuals. Poultry is capable of fulfilling the first two requirements, but requirements three and four are where the PMN has been influential. Poultry is sold on contract that locks in a range of prices based on the demand for chicken at the given time. This demand dependent price will have been negotiated within the contract. The amount of spot (cash) transactions is very limited and constitutes not more than 10% of transactions, it represents whatever chicken is not purchased during a given week off of contracts and can be significantly higher or lower in price depending on the supply of poultry that day. This is different from other commodity markets like live cattle, as beef processors may purchase from a number of producers in various markets to meet demand, therefore increasing the variability of the spot price of live cattle. Cattle are purchased at auction and onsite reporters can verify the price. Due to the three factors listed in the second paragraph combined with the reliance primarily on contract pricing, poultry could not maintain enough day-to-day spot transactions to make a futures market commercially viable.

In 1966 the PMN started reporting poultry prices for broilers and fryers and was done so in reaction to the lack of a common poultry price reporting system. In 1972 Georgia began reporting GDP and from that point onward not many changes have taken place in the calculation. The PMN relies on the offering price provided by the producers each week. The offering price is determined by the pre-negotiated contracts in place and is dependent on the type of bird produced by each company. The publication of the PMN has, in essence, provided a system that establishes a stable demand indicator that can be used to determine a baseline price for poultry that is insulated from day to day changes in market conditions.

GDA0000015431

If company A has negotiated a contract that relies on the current demand then the amount of chicken purchased the prior week will influence the price of poultry in the given week.

To calculate the GDP, GDA utilizes the same method of data collection as is used to collect spot prices by other price reporting systems. Each participating company is called on Wednesday every week to report the price offered to companies in which they have contracts in place. The relationship between the GDP and the offering price reported by the companies is determined on a per contract basis then compiled and reported by the companies. That offering price is then tied back to each individual companies 'voice' that is calculated based on the number of chickens that the company is capable of processing in a given week. The offering price multiplied by the voice gives the 'total value' of each company. The 'total value' is then summed for all companies and divided by the sum value of all 'voice' values. This gives the initial dock price that is then rounded to the nearest quarter cent. If any of the company's offering price exceeds a +/- one-cent threshold from the initial dock price then it is removed from the calculation and the total calculation is repeated to determine the final GDP for that week. This is done to shield from one company having the ability to greatly influence the price up or down.

The GDP provides a stable market for the poultry industry to reference when determining the offering price of the chicken they produce for premium contracts. It is not tied to a specific category of product but rather indicates the general trend for the demand of poultry in a given week. It is exclusively dependent on the combined data reported by the companies and is done so in a way to give the poultry industry a trend indicator in which to conduct business. Without the benefit of having open market trading on poultry contract futures the poultry industry must rely on the GDP to indicate demand trends to regulate production. If the spot market reporting was the only system in place then the volatility in the market could influence production planning which could significantly diminish both the buyers and sellers to operate on a continuous cycle.

GDA0000015432

# EXHIBIT C

# POULTRY MARKET NEWS

GEORGIA DEPARTMENT OF AGRICULTURE      DAILY POULTRY MARKET REPORT
Market News Service                 December 29, 1972
Capitol Square        Phone 404-656-3656      Friday
Atlanta, Georgia 30334   Recorded Message 404-656-3709

===========================================================================

## GEORGIA F.O.B. DOCK

The Georgia f.o.b. dock price on broilers for this week's
trading is .3125¢, based on full truck load lots of ice
pack USDA grade "A" sized 2½ to 3 pound birds. 94% of the
loads offered have been confirmed within a range of .2904
to .3150¢ with a final weighted average of .3062¢ f.o.b.
dock equivalent. The market is firm, however, some company
ceilings are reflected in the weighted average. The live
supply is about adequate for a very good demand. Sizes
are ranging mostly desirable. Estimated slaughter today
1,397,100 head. This compares with 768,600 head last Friday.

Trading on hens was light. The market is about steady on
all weights, with offerings of all types ample for trade
needs. Estimated slaughter of heavy type 16,400 head,
light type 60,000. The base quotations at farm on heavy
type were 14 1/2 to 15¢, and the light type were 6 to 7¢.

## ARKANSAS

The live at farm market today on broilers and fryers is 17¢.
The supply is adequate, and sizes are mostly desirable.
Demand and movement good with some features noted. Heavy
hen sales at farm were 14 to 17½¢, mostly 15¢, and the light
type 7 1/4¢.

There will not be another market reported until the 2nd of
January.

WE WISH EVERYONE
A
VERY
HAPPY & PROSPEROUS
NEW YEAR

# EXHIBIT D

| From: | Gould Sheinin, Aaron (CMG-Atlanta) |
|---|---|
| Sent: | Thursday, December 22, 2016 9:21 AM EST |
| To: | McPeake, Julie |
| Subject: | RE: Bloomberg - End of Georgia Dock Chicken Price as New Index Planned for 2017 |

Hey there. Sorry to bother you again, but can you send me a quote, similar to what's below that explains why y'all are doing this?

Aaron Gould Sheinin
Staff Writer
The Atlanta Journal-Constitution
(404) 526-5823 office
asheinin@ajc.com
@asheinin
Facebook: Georgia Politics News Now

**From:** McPeake, Julie [mailto:Julie.McPeake@agr.georgia.gov]
**Sent:** Wednesday, December 21, 2016 11:17 AM
**To:** Gould Sheinin, Aaron (CMG-Atlanta) <Aaron.GouldSheinin@ajc.com>
**Subject:** RE: Bloomberg - End of Georgia Dock Chicken Price as New Index Planned for 2017

Confirmed.

Julie McPeake
Chief Communication Officer
Georgia Department of Agriculture
(o) 404-656-3689 (c) 404-831-3072

**From:** Gould Sheinin, Aaron (CMG-Atlanta) [mailto:Aaron.GouldSheinin@ajc.com]
**Sent:** Wednesday, December 21, 2016 10:50 AM
**To:** McPeake, Julie
**Subject:** FW: Bloomberg - End of Georgia Dock Chicken Price as New Index Planned for 2017

Hey, can you confirm for me that this is all accurate? I probably don't have the bandwidth to do something big on this but need to get something out about it. Thanks in advance.

Aaron Gould Sheinin
Staff Writer
The Atlanta Journal-Constitution
(404) 526-5823 office
asheinin@ajc.com
@asheinin
Facebook: Georgia Politics News Now

GDA0000017069

**End of Georgia Dock Chicken Price as New Index Planned for 2017**
Bloomberg
By Shruti Date Singh
December 21, 2016

(Bloomberg) -- The Georgia Dock chicken price, an industry benchmark whose accuracy has come under scrutiny in recent months, was suspended indefinitely as a new pricing index is planned for early next year.

The Georgia Dock gauge was published by the Georgia Department of Agriculture starting in 1972 until four weeks ago, when the agency started asking chicken producers participating in the survey to submit affidavits and other legal paperwork.

Georgia's weekly poultry market news report, which includes the Georgia Dock price, is now suspended indefinitely because of a "lack of submissions of the new requirements," department spokeswoman Julie McPeake said Wednesday in an e-mail.

The department expects to introduce the Georgia Premium Poultry Price Index in the week of Jan. 4 "to assure that the industry maintains a reliable pricing tool," she said. It sees official reporting for the index beginning Feb. 1.

McPeake said last week the agency was looking at a new formula that will differ from the previous methodology, including " a process to verify information" with other parties as well as chicken processors.

The biggest U.S. chicken producers were named as defendants in a series of lawsuits filed since September alleging collusion to control supply and drive up prices, something the companies deny. The index has also been criticized by the director of the Georgia Department of Agriculture's weekly chicken-price report, who complained of inadequate resources and a lack of cooperation from the poultry companies.

*Scott*

Scott Tagliarino
Managing Partner
ASC Advisors LLC
Office: (203) 992-1230
Cell: (917) 922-2364
Email: scott@ascadvisors.com

'This email and any files transmitted with it are confidential and intended solely for the use of the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage by any virus transmitted by this email.'

GDA0000017070

# EXHIBIT E

| | |
|---|---|
| **From:** | Starmer, Elanor - AMS |
| **To:** | Johnson, Ashlee - OSEC |
| **Subject:** | FW: Attached is AMS-LPS-2016-28 Information Memorandum for Secretary Georgia Dock 07-29-16. |
| **Date:** | Monday, August 01, 2016 11:11:09 AM |
| **Attachments:** | AMS-LPS-2016-28 Information Memorandum for Secretary Georgia Dock 07-29-16 no Legend.docx |

Here's what we sent up on Friday. Thanks!

Elanor Starmer
Administrator
Agricultural Marketing Service
U.S. Department of Agriculture
202-720-5115
elanor.starmer@ams.usda.gov

**From:** Morris, Craig - AMS
**Sent:** Friday, July 29, 2016 10:47 AM
**To:** Starmer, Elanor - AMS
**Cc:** Richmond, William - AMS; Summers, Bruce - AMS
**Subject:** FW: Attached is AMS-LPS-2016-28 Information Memorandum for Secretary Georgia Dock
07-29-16.

FYI only

**From:** Snyder, Angie - AMS
**Sent:** Friday, July 29, 2016 10:46 AM
**To:** Morris, Craig - AMS <Craig.Morris@ams.usda.gov>
**Cc:** Flores, Elizabeth R - AMS <ElizabethR.Flores@ams.usda.gov>
**Subject:** FW: Attached is AMS-LPS-2016-28 Information Memorandum for Secretary Georgia Dock
07-29-16.

Done.

**From:** McDonald, DonnaR - AMS
**Sent:** Friday, July 29, 2016 10:41 AM
**To:** Taylor, Jameelah - AMS <Jameelah.Taylor@ams.usda.gov>
**Cc:** Bernau, Jim - AMS <Jim.Bernau@ams.usda.gov>; Snyder, Angie - AMS
<Angie.Snyder@ams.usda.gov>; Templin, Elizabeth - AMS <Elizabeth.Templin@ams.usda.gov>
**Subject:** Attached is AMS-LPS-2016-28 Information Memorandum for Secretary Georgia Dock 07-29-
16.

Good Morning Jameelah,

Attached is AMS-LPS-2016-28 Information Memorandum for Secretary Georgia Dock 07-29-16.

Thank you,

Donna R. McDonald
Secretary
USDA, AMS, Livestock, Poultry & Seed Program
Office of The Deputy Administrator, STOP 0249
1400 Independence Avenue S.W. Room 2092-S
Washington, DC  20250-0249
Office Phone Number: (202)720-3215
Office Fax Number:  (202) 720-3499
Donnar.McDonald@ams.usda.gov

USDA0000000612

 **Agricultural Marketing Service**

1400 Independence Avenue, SW.
Room 3071-S, STOP 0201
Washington, DC 20250-0201

**INFORMATIONAL MEMORANDUM FOR THE ACTING DEPUTY SECRETARY**

**THROUGH**: Edward M. Avalos
Under Secretary
Marketing and Regulatory Programs

**FROM**: Elanor Starmer
Administrator
Agricultural Marketing Service

**SUBJECT**: Discontinuing Publication of the Georgia Department of Agriculture's "Georgia Dock" Poultry Market News Report

**ISSUE:**

The Agricultural Marketing Service (AMS) plans to discontinue an AMS Market News report based on the Georgia Dock report, a Georgia Department of Agriculture (GDA) poultry report, after discovering issues with the methodology behind the Georgia Dock report, including that the reported price of broilers and fryers (chicken) in the report could not be verified.

**SUMMARY:**

GDA collects and disseminates daily market information in a series of reports featuring Georgia processed poultry prices (Georgia Dock). AMS has been publishing a truncated version of the Georgia Dock report since 1993. AMS recently discovered that GDA does not and could not verify the information reported in its Georgia Dock report. AMS attempted to work with GDA officials on the methodology and a report that reflects verifiable market prices, but GDA decided to continue publishing the Georgia Dock report without change. As a result, AMS plans to discontinue an AMS Market News report based upon the Georgia Dock report and will begin issuing a new report using reporting methods consistent with AMS confidentiality guidelines, with data verified by AMS Market News reporters.

**DISCUSSION:**

The GDA Poultry Market News Division collects and disseminates daily market information on Georgia poultry and poultry products in a series of reports featuring prices of broilers and fryers f.o.b. (free on board) dock (i.e., processed poultry prices offered by Georgia processors to buyers). These reports include the *Georgia Dock Quoted Poultry Prices* report issued by GDA every Wednesday and the corresponding *Georgia Preliminary Weighted Average Poultry Prices*

USDA0000000613

**INFORMATIONAL MEMORANDUM FOR THE ACTING DEPUTY SECRETARY**
**Page 2**

report issued every Friday and *Georgia Final Weighted Average Poultry Prices* report issued every Monday. This series of reports was initiated about 40 years ago, covers prices and volumes for small birds weighing 2.5-3.0 pounds, and is the only poultry market information report issued by GDA.

Through its Federal-State Cooperative Agreement with GDA, AMS has issued a truncated version of the Georgia Dock report since 1993, the *Georgia F.O.B Dock Broiler/Fryers Price* report. On each of these reports issued three times a week on its Web site, AMS includes a disclosure which states, "This information is supplied by the Georgia Department of Agriculture's Poultry Market News Service."

In January 2016, the Georgia Dock report came under public scrutiny after a *Wall Street Journal* article noted prices reported on the Georgia Dock report are consistently higher than poultry prices reported on two other reports (unidentified in the article) and raised the possibility of market manipulation. Around the time of this article, an individual approached the U.S. Department of Justice (DOJ) about the report and, in turn, a member of DOJ reached out to AMS for background information about this report.

Then on July 7, DOJ requested a meeting with AMS where they shared the work they had done since January looking into the issue and shared that they had concerns with the report. At that meeting, AMS agreed to look into the matter.

During the week of July 18, 2016, three members of the AMS Livestock, Poultry, and Seed Program met with Dr. James Sutton, GDA's Director of Operations; and Dr. Robert Cobb, GDA's Division Director of Animal Industry. They also worked with GDA personnel to review reporting procedures concerning the Georgia Dock report. After observing GDA market reporters collect the information from processors, AMS found that GDA was unable to verify the information reported on its Georgia Dock report.

AMS observed that GDA collects volume and price information from the processors for poultry weighing 2.5-3.0 pounds. Small chickens weighing 2.5-3.0 pounds do not make up the majority of current poultry markets, are in very tight supply, and are generally marketed through forward contracts. When actual prices are not available for this smaller size bird, processors estimate equivalent prices. Each week, processors submit summaries to GDA of their forward contract business, which GDA then uses to create its Georgia Dock report. GDA does not have any method in place to verify the data it receives for this report.

AMS also observed that there are not enough daily trade data available for poultry weighing 2.5-3.0 pounds and recommended that GDA issue a weekly comprehensive report instead. AMS assisted GDA in creating a new collection worksheet and a new report format to include negotiated spot market prices covering all poultry sizes and grades. AMS believes the prices reported on this report will better reflect eastern region prices as reported on its *USDA Weekly National Whole Broiler/Fryer* report due to the adoption of standardized reporting

USDA0000000614

**INFORMATIONAL MEMORANDUM FOR THE ACTING DEPUTY SECRETARY**
**Page 3**

methodologies (i.e., all poultry is aggregated regardless of weight or grade). This method will allow the report to meet AMS confidentiality guidelines, enabling data to be verified. GDA initially agreed to these changes.

Accordingly, on July 22, 2016, AMS announced via the header of its *Georgia F.O.B Dock Broiler/Fryers Price* report that GDA will be issuing a new weekly report to replace the current report issued on the AMS Web site. However, then on July 25, 2016, GDA informed AMS of its decision to continue publishing its Georgia Dock report, unchanged, on the GDA Web site because of concerns raised by the poultry processors who contribute data to the current report.

Due to the inability of GDA to verify the Georgia Dock report information, AMS will discontinue publishing its *Georgia F.O.B Dock Broiler/Fryers Price* report on the AMS Web site. However, AMS will develop a separate, new weekly report covering the same regional market as discussed above and publish this new report on the AMS Web site. AMS will draft a Notice to the Trade describing this new report and the discontinuation of the AMS dissemination of the GDA-derived report.

USDA0000000615

# EXHIBIT F

**Filed Under Seal**

# EXHIBIT G

**Filed Under Seal**

# EXHIBIT H

**Filed Under Seal**

# EXHIBIT I

**Filed Under Seal**

# EXHIBIT J

**Filed Under Seal**

# EXHIBIT K

**Filed Under Seal**

# EXHIBIT L

**Filed Under Seal**

# EXHIBIT M

**Filed Under Seal**

# EXHIBIT N

## Filed Under Seal

# EXHIBIT O

GDA000016331



**VOICE CALCULATIONS**
9/8/98

**COMPANY NAME:** CLAXTON POULTRY

| BIRDS PER MINUTE | | MIN. | | TOTAL PER HOUR | | 8hrs 1-day | | TOTAL PER DAY | | DAYS PER WEEK | TOTAL PER WEEK | | # LINES | | # SHIFTS | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claxton Poultry | 90 bpm | 4 lines | | 2 shifts | | | | | | | | | | | | |
| 90 | x | 60 | = | 5400 | x | 8 | = | 43200 | x | 5 | 216000 | x | 4 | 864000 | 2 | 1728000 |

1,728,000

VOICE
173



EXHIBIT
679
12-13-18

# WEDNESDAY

Worksheet

## MARKET NEWS DATA SHEET

DATE 13-Jul-16
WEEK July 14 - July 20 , 2016

| | PLANT | SLAUGHTER NUMBER | | | FEATURES | | DEMAND | | | | DOCK | |
| | | HEAD | LOADS | WT. | # | EXT. LDS. NOT COMM. | LT | NORM | GOOD | HVY | OFFERING PRICE | TOTAL VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | KOCH FOODS, ATL | 384,000 | 11 | XX | XXX | XXXXXXXX | X | XXXX | XXXX | XX | 110.75 | 4208.5 |
| 210 | CLAXTON | 2,000,000 | 200 | XX | XXX | XXXXXXXX | X | XXXX | XXXX | XX | 112.00 | 23,520 |
| 316 | FIELDALE | 3,278,900 2,885,700 | 285 268 | XX | XXX | XXXXXXXX | X | XXXX | XXXX | XX | 110.75 | 34,997 |
| 109 | HARRISON | 980,000 | 30 | XX | XXX | XXXXXXXX | X | XXXX | XXXX | XX | | |
| 205 | MAR-JAC | 2,073,500 | 70 | XX | XXX | XXXXXXXX | X | XXXX | XXXX | XX | 111.75 | 22,908.75 |
| 723 | PILGRIM'S | 7,125,000 | 407 | XX | XXX | XXXXXXXX | X | XXXX | XXXX | XX | 111.75 | 80,795.25 |
| 134 | SANDERSON | 1,251,951 | 10 | XX | XXX | XXXXXXXX | X | XXXX | XXXX | XX | 112.00 | 15,008 |
| 311 | TYSON FOODS | 3,200,000 | 20 | XX | XXX | XXXXXXXX | X | XXXX | XXXX | XX | 111.50 | 34,676.5 |
| 2046 1937 | TOTAL | | | | | | | | | round to ≤111.50 | | 216,114.00 |

111.57.50 @ 2323
1937 \ 216,@114

07/13/15

GEORGIA    DOCK    WED

| VOICE | PLANT NAME | | OFFERING PRICE | TOTAL VALUE | | SECOND VOICE | | SECOND OFFER PRICE | SECOND VALUE |
|-------|-----------|---|---------------|-------------|---|--------------|---|-------------------|--------------|
| 38 | KOCH, ATL | | 110.75 | 4,208.50 | | 0.00 | | 0.00 | 0.00 |
| 210 | CLAXTON | | 112.00 | 23,520.00 | | 0.00 | | 0.00 | 0.00 |
| 316 | FIELDALE | | 110.75 | 34,997.00 | | 0.00 | | 0.00 | 0.00 |
| | HARRISON'S | | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| 205 | MAR-JAC | | 111.75 | 22,908.75 | | 0.00 | | 0.00 | 0.00 |
| 723 | PILGRIM'S | | 111.75 | 80,795.25 | | 0.00 | | 0.00 | 0.00 |
| 134 | SANDERSON | | 112.00 | 15,008.00 | | 0.00 | | 0.00 | 0.00 |
| 311 | TYSON FOODS | | 111.50 | 34,676.50 | | 0.00 | | 0.00 | 0.00 |
| 1,937 | | | 11.500000 | 216,114.00 | | 0.00 | | #DIV/0! | 0.00 |

```
                          ##########              #DIV/0!
                          111.5715                #DIV/0!
                          11                      #DIV/0!
                          .5715                   #DIV/0!
                               0.57               #DIV/0!
                          0.5000                  #DIV/0!
                              11.00               #DIV/0!
rev 1/4/12                    11.50               #DIV/0!
```

GDA000016333

# EXHIBIT P

**Filed Under Seal**

# EXHIBIT Q

## Filed Under Seal

# EXHIBIT R

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**IN RE BROILER CHICKEN
ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:
ALL ACTIONS.

Case No. 1:16-cv-08637

The Honorable Thomas M. Durkin

The Honorable Jeffery T. Gilbert

## LIST OF TRACK 1 DIRECT ACTION PLAINTIFFS

Action Meat Distributors, Inc.
Affiliated Foods, Inc.
Albertsons Companies, Inc.
Alex Lee, Inc./Merchants Distributors, LLC.
Associated Food Stores, Inc.
Associated Grocers of Florida, Inc.
Associated Grocers of New England, Inc.
Associated Grocers of the South, Inc.
Associated Grocers, Inc.
Associated Wholesale Grocers, Inc.
Bashas' Inc.
Big Y Foods, Inc.
Bi-Lo Holdings, LLC.
Brookshire Bros., Inc.
Brookshire Grocery Company
CBBC Opco, LLC d/b/a Colorado Boxed Beef
Certco, Inc.
Columbia Meats, Inc.
Fareway Stores, Inc.
Giant Eagle, Inc.
Greenville Meats, Inc.
Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.
Hy-Vee, Inc.
Ira Higdon Grocery Company, Inc.
King Solomon Foods, Inc.
Latina Boulevard Foods, LLC.
Meijer Distribution, Inc.
Meijer, Inc.
Nicholas & Co., Inc.

OSI Restaurant Partners, LLC.
Pacific Food Distributors, Inc.
Piggly Wiggly Alabama Distributing Co., Inc.
Publix Super Markets, Inc.
S&S Trading, LLC.
Save Mart Supermarkets
Schnuck Markets, Inc.
SpartanNash Company
Springfield Grocer Co. (d/b/a SGC Foodservice)
Supervalu Inc.
The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company)
The Golub Corporation
The Kroger Co.
Topco Associates, LLC.
Troyer Foods, Inc.
Unified Grocers, Inc.
URM Stores, Inc.
W. Lee Flowers & Company, Inc.
Wakefern Food Corp.
Weinstein Wholesale Meats, Inc.
Winn-Dixie Stores, Inc.
Woodman's Food Market, Inc.

# EXHIBIT S

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Cases | Civ. No. 1:16-cv-08637<br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF ERIC SCHOLER IN SUPPORT OF NON-GEORGIA DOCK DEFENDANTS'MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALL TRACK 1 PLAINTIFFS' CLAIMS ALLEGING A "GEORGIA DOCK CONSPIRACY"**

I, Eric Scholer, declare as follows:

1.       I am over the age of eighteen (18) and not a party to this action.  If called as a witness, I could and would competently testify to the following based upon my own personal knowledge.

2.       I am President of Express Markets, Inc. ("Express Markets" or "EMI"), a wholly-owned subsidiary of Agri Stats, Inc. ("Agri Stats"), and Vice President of Operations for Agri Stats, a defendant in this action.  I have held these positions since May of 2019.  Before that, I was a Vice President at Express Markets.

3.       I started at Express Markets in 2006 as an analyst and was promoted over time to the positions identified in Paragraph 2.  I have been an employee of Express Markets and/or Agri Stats continually since that time.

4.       Neither Agri Stats nor EMI has ever sold any broiler chicken or chicken product to any customer.

5.     Neither Agri Stats nor EMI has ever had a facility or operations in Georgia to slaughter or process broiler chickens.

6.     Neither Agri Stats nor EMI has ever submitted any prices, price quotes, or other information to the Georgia Department of Agriculture in connection with the Georgia Dock (i.e., the weekly Wednesday small bird index price for 2.5-to-3-pound broilers published by the Poultry Market News Division of the Georgia Department of Agriculture).

7.     Neither Agri Stats nor EMI was ever a member of the Georgia Dock Advisory Committee.

8.     Neither Agri Stats nor EMI has ever had any role in the creation, development, governance, or administration of the Georgia Dock.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of April 2022 at Fort Wayne, Indiana.

Eric Scholer

# EXHIBIT T

## Filed Under Seal

# EXHIBIT U

## Filed Under Seal