# EXHIBIT V

**Filed Under Seal**

# EXHIBIT W

## Filed Under Seal

# EXHIBIT X

## Filed Under Seal

# EXHIBIT Y

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE BROILER CHICKEN
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS.

Case No. 1:16-cv-08637

The Honorable Thomas M. Durkin
The Honorable Jeffery T. Gilbert

## DECLARATION OF MICHAEL POPOWYCZ

I, Michael Popowycz, declare as follows:

1.      I am the Vice Chairman and Chief Executive Officer of Case Foods, Inc. and have personal knowledge of the facts stated herein.

2.      Case Foods, Inc. wholly owns Case Farms Processing, Inc. and is an affiliate and under common control with Case Farms, LLC.  I refer to the integrated operation of these related entities as Case Farms.

3.      I submit this Declaration in conjunction with the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy."

4.      I have been a Case Farms employee since 1987. Before becoming CEO this year, I have served as controller, corporate treasurer, Chief Financial Officer and Vice Chairman.

5.      Case Farms is a broiler producer headquartered in Troutman, North Carolina.

6.      In my role at Case Farms, I am familiar with the location of Case Farms operations and facilities and its general pricing and sales practices. Based on my personal knowledge and upon information and belief, during the period from 2008 to 2019:

   a.   Case Farms never had a facility or operations in Georgia to slaughter or process broiler chickens.

   b.   Case Farms never submitted any prices, price quotes, or other information to the Georgia Department of Agriculture in connection with the Georgia Dock (*i.e.*, the weekly Wednesday small bird index price for 2.5-to-3-pound broilers published by the Poultry Market News Division of the Georgia Department of Agriculture).

   c.   Case Farms was not a member of the Georgia Dock Advisory Committee.

   d.   Case Farms had no role in the creation, development, governance, or administration of the Georgia Dock.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2022

Michael Popowycz

# EXHIBIT Z

## Filed Under Seal

# EXHIBIT AA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION<br><br>*This Document Relates to: ALL CASES* | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin |

## DECLARATION OF RANDALL BOYCE

I, Randall Boyce, hereby declare as follows:

1.      I am the Senior Vice President and General Counsel at Foster Poultry Farms and a Manager of Foster Farms, LLC (collectively, "Foster Farms") and have personal knowledge of the facts stated herein.

2.      I submit this Declaration in conjunction with the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy."

3.      I have been a Foster Farms employee since 1996.

4.      In my role at Foster Farms, I am familiar with Foster Farms' sales, including customers and pricing methodologies. Based on my personal knowledge and upon information and belief, during the period from 2008 to 2019:

> a.  Foster Farms is a broiler producer headquartered in Livingston, California, and has never had a plant in Georgia to slaughter and process broiler chickens;
>
> b.  Foster Farms never submitted any prices, price quotes, or other information to the Georgia Department of Agriculture in connection with the Georgia Dock (i.e., the weekly Wednesday small bird index price for 2.5-to-3-pound broilers

published by the Poultry Market News Division of the Georgia Department of Agriculture);

c. Foster Farms was not a member of the Georgia Dock Advisory Committee; and

d. Foster Farms had no role in the creation, development, governance, or administration of the Georgia Dock

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

This Declaration was executed in _Livingston_, California, on this 12th day of April, 2022.

Randall Boyce

2

# EXHIBIT BB

**Filed Under Seal**

# EXHIBIT CC

**Filed Under Seal**

# EXHIBIT DD

**Filed Under Seal**

# EXHIBIT EE

## Filed Under Seal

# EXHIBIT FF

## Filed Under Seal

# EXHIBIT GG

**Filed Under Seal**

# EXHIBIT HH

## Filed Under Seal

# EXHIBIT II

**Filed Under Seal**

# EXHIBIT JJ

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin |

<u>DECLARATION OF GARY GEORGE</u>

I, Gary George, declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am the Chairman of George's, Inc. and George's Farms, Inc. (collectively, "George's") and have personal knowledge of the facts stated herein.

2.      I submit this Declaration in conjunction with the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy."

3.      George's is a broiler producer with its headquarters in Springdale, Arkansas, and I have held positions at George's in some capacity (e.g. owner, officer, or employee ) since 1972.

4.      In my role at George's, I am familiar with George's sales, including customers and pricing methodologies. Based on my personal knowledge and upon information and belief, during the period from 2008 to 2019:

   a.    George's was not a member of the Georgia Dock Advisory Committee or any other committee of the Georgia Department of Agriculture;

b.  George's did not provide prices, price quotes, or other information to the Georgia Department of Agriculture in connection with the Georgia Dock. (It is my understanding that the term "Georgia Dock" as used herein refers to the weekly Wednesday small bird index price for 2.5-to-3-pound broilers published by the Poultry Market News Division of the Georgia Department of Agriculture);

c.  George's had no role in the creation, development, governance, or administration of the Georgia Dock; and

d.  George's has never had a facility or operations in Georgia to slaughter or process broiler chickens.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April /2 ᵗʰ, 2022

_Gary C. George_

Gary George

# EXHIBIT KK

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br>The Honorable Jeffrey T. Gilbert |

**DECLARATION OF KEN QUALLS**

1.　　I am Assistant Secretary, Treasurer, and Chief Financial Officer of House of Raeford Farms, Inc. ("HRF"). I was employed by HRF in January 2003 as Director of Business Development and Strategic Planning. I was Complex Manager for the HRF broiler complex in Arcadia, Louisiana from August 2007 to September 2008. I have been Chief Financial Officer of HRF since November 2013, and I currently hold the offices of Assistant Secretary, Treasurer, and Chief Financial Officer.

2.　　I submit this Declaration in conjunction with the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy."

3.　　Based on my personal knowledge and interviews of others within HRF with knowledge, during the period 2008 through 2019:

　　　　(a)　　HRF is a broiler producer headquartered in Rose Hill, North Carolina, and has never had a facility or operations in Georgia to slaughter and process broiler chickens.

　　　　(b)　　HRF never submitted any prices, quotes, or other information to the Georgia Department of Agriculture in connection with the Georgia Dock (i.e., the weekly

Wednesday small bird index price for 2.5-to-3-pound broilers published by the Poultry Market News Division of the Georgia Department of Agriculture).

    (c)    HRF was not a member of the Georgia Dock Advisory Committee.

    (d)    HRF had no role in the creation, development, governance, or administration of the Georgia Dock.

Affiant further sayeth not, this the _11_ day of April, 2022.

_Ken Qualls_

Ken Qualls, Affiant
Assistant Secretary, Treasurer, and Chief Financial
Officer, House of Raeford Farms, Inc.

SUBSCRIBED AND SWORN to before me on April _11_, 2022 at _Chapin, SC_ _____.

_Kimberly K Gibson_

NOTARY PUBLIC in the State of South Carolina
My Commission Expires: _09/24/28_

**Kimberly K. Gibson**
Notary Public of South Carolina
Commission Expires: 09/24/2028

2

# EXHIBIT LL

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin<br>The Honorable Jeffery T. Gilbert |

## DECLARATION OF MICHAEL LITTLE

1.      I am the Director of Customer Experience for Mountaire Farms Inc. and

Mountaire Farms of Delaware, Inc. and have personal knowledge of the facts stated herein.

2.      I submit this Declaration in conjunction with the Non-Georgia Dock Defendants'

Motion for Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a Georgia Dock

Conspiracy.

3.      Defendants Mountaire Farms Inc. and Mountaire Farms of Delaware, Inc. are

Delaware corporations with their headquarters in Millsboro, Delaware. Defendant Mountaire

Farms, LLC is an Arkansas corporation located in Little Rock, Arkansas.[1]

4.      I have been a Mountaire employee in the sales department since December 2003.

5.      In my role at Mountaire, I am familiar with Mountaire's sales, including

customers and pricing methodologies.  Based on my personal knowledge and upon information

and belief, during the relevant time period:

---

[1] Mountaire Farms, Inc., Mountaire Farms of Delaware, Inc., and Mountaire Farms, LLC will be referred to collectively hereinafter as "Mountaire."

a. Mountaire has never had any broiler slaughter or processing operations or facilities in the State of Georgia.

b. Mountaire never submitted any prices, quotes, or other information to the Georgia Department of Agriculture ("GDA") in connection with the Georgia Dock (i.e., the weekly Wednesday small bird quote for 2.5-to-3-pound broilers published by the Poultry Market News Division of the Georgia Department of Agriculture).

c. Mountaire was not a member of the Georgia Dock Advisory Committee.

d. Mountaire had no role in the creation, development, governance, or administration of the Georgia Dock.

In accordance with 28 U.S. C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April /2ᵗʰ, 2022.

By: _____
Michael S. Little

2

# EXHIBIT MM

## Filed Under Seal

# EXHIBIT NN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION<br><br>*This Document Relates to: ALL CASES* | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin |

## <u>DECLARATION OF RANDALL MEYERS</u>

I, Randall Meyers, hereby declare as follows:

1.      I am the Vice President of Sales for O.K. Foods and have personal knowledge of the facts stated herein.

2.      I submit this Declaration in conjunction with the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy."

3.      I have been an O.K. Foods' employee in the sales department since 2014.

4.      In my role at O.K. Foods, I am familiar with O.K. Foods' sales, including customers and pricing methodologies. Based on my personal knowledge and upon information and belief, during the period from 2008 to 2019:

   a.   O.K. Foods is a broiler producer headquartered in Fort Smith, Arkansas, and has never had a plant in Georgia to slaughter and process broiler chickens;

   b.   O.K. Foods never submitted any prices, price quotes, or other information to the Georgia Department of Agriculture in connection with the Georgia Dock (*i.e.*, the weekly Wednesday small bird quote for 2.5-to-3-pound broilers published

by the Poultry Market News Division of the Georgia Department of Agriculture);

c.  O.K. Foods was not a member of the Georgia Dock Advisory Committee; and

d.  O.K. Foods had no role in the creation, development, governance, or administration of the Georgia Dock

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

This Declaration was executed in LaQuinta, California, on this 12 day of April, 2022.

Randall Meyers

4877-2010-5499.1

# EXHIBIT OO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**IN RE BROILER CHICKEN ANTITRUST**
**LITIGATION**

Case No. 1:16-CV-08637

Judge Thomas M. Durkin
Magistrate Judge Jeffry T. Gilbert

**DECLARATION OF BOBBY WILBURN**
**IN SUPPORT OF THE NON-GEORGIA DOCK DEFENDANTS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Bobby Wilburn, declare as follows:

1.      I am over the age of eighteen (18) and not a party to this action. If called as a
witness, I could and would competently testify to the following.

2.      I am the Director of Sales for Peco Foods, Inc. and have personal knowledge of
the facts stated herein.

3.      I make this Declaration in support of the Non-Georgia Dock Defendants' Motion
for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock
Conspiracy."

4.      I have been a Peco employee in the sales department since 1984.

5.      In my role at Peco, I am familiar with Peco's sales, including customers and
pricing methodologies.  Based on my personal knowledge and upon information and belief,
during the period from 2008 to 2019:

a. Peco is a broiler producer headquartered in Tuscaloosa, Alabama, and has never had a plant in Georgia to slaughter or process broiler chickens;

b. Peco never submitted any prices, price quotes, or other information to the Georgia Department of Agriculture in connection with the Georgia Dock (*i.e.*, the weekly Wednesday small bird quote for 2.5-to-3-pound broilers published by the Poultry Market News Division of the Georgia Department of Agriculture);

c. Peco was not a member of the Georgia Dock Advisory Committee; and

d. Peco had no role in the creation, development, governance, or administration of the Georgia Dock.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12 day of April 2022 at Tuscaloosa, Alabama.

Bobby Wilburn

# EXHIBIT PP

**Filed Under Seal**

# EXHIBIT QQ

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE BROILER CHICKEN ANTITRUST LITIGATION

This Document Relates To:

**All Cases**

Case No. 1:16-cv-08637

The Honorable Thomas M. Durkin
The Honorable Jeffrey T. Gilbert

## DECLARATION OF CHIP MILLER IN SUPPORT OF NON-GEORGIA DOCK DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALL TRACK 1 PLAINTIFFS' CLAIMS ALLEGING A "GEORGIA DOCK CONSPIRACY"

## DECLARATION OF CHIP MILLER

I, Chip Miller, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.     I am the Senior Vice President of Sales for Simmons Prepared Foods, Inc. (Simmons Foods, Inc. and Simmons Prepared Foods, Inc. are referred to jointly as "Simmons") and have personal knowledge of the facts stated herein.

2.     I have been a Simmons employee since 1987. I have been in Simmons' sales department since the early 1990's. I was promoted to Vice President of Sales in 2000 and Senior Vice President of Sales in 2017.

3.     I submit this Declaration in conjunction with the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on all Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy."

4.     Simmons is a broiler producer headquartered in Siloam Springs, Arkansas.

5.     In my role at Simmons, I am familiar with Simmons' sales, including customers and pricing methodologies. Based on my personal knowledge and interviews of Simmons' salespeople and others within Simmons who are the most likely persons with knowledge, during the period from 2008 to 2019:

> A.     Simmons had no role in the creation, development, governance, or administration of the Georgia Dock.
>
> B.     Simmons did not provide prices, quotes, or other information to the Georgia Department of Agriculture.
>
> C.     Simmons was not a member of the Georgia Dock Advisory Committee or any other committee of the Georgia Department of Agriculture.

2

        D.      Simmons has never had operations in Georgia.

       I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

       Dated: April __/__ , 2022.

                                           Chip Miller

## ACKNOWLEDGMENT

**STATE OF ARKANSAS**    )
                             )
**COUNTY OF** _Benton_    )

       On this __/__ day of April 2022, before me, a Notary Public, appeared the within named Chip Miller, to me personally well known (or satisfactorily proven to be such person), who stated and acknowledged that he had so signed, executed and delivered said foregoing instrument for the consideration, uses and purposes therein mentioned and set forth.

       IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this__ day of April 2022.

                                         Notary Public

My commission expires:

```
RENA ANN SASNETT
Notary Public - Arkansas
Benton County
Commission # 12399563
My Commission Expires Aug 11, 2024
```

3

# EXHIBIT RR

**Filed Under Seal**

# EXHIBIT SS

## Filed Under Seal

# EXHIBIT TT

**Filed Under Seal**