# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin |
| *All Actions* | |

# JOINT PROPOSED HEARING STRUCTURE FOR
# CLASS CERTIFICATION HEARING

010636-11/1876849 V1

In advance of the hearing on class certification currently scheduled for May 10-11, 2022, the class plaintiffs (the direct purchaser plaintiffs, the commercial and institutional purchaser plaintiffs, and the end-user consumer plaintiffs) and defendants hereby suggest the following structure:

**BROILERS CLASS CERTIFICATION HEARING STRUCTURE[1]**

I. **Opening Statements**
    A.    DPPs' Opening Statement
    B.    CIIPPs' Opening Statement
    C.    EUCPs' Opening Statement
    D.    Defendants' Opening Statements

II. **Examination of Direct Purchaser Plaintiffs' Expert**
    A.    DPPs' direct examination of Carter
    B.    Defendants' cross-examination of Carter
    C.    DPPs' redirect, if any, of Carter

III.   III.    **Examination of CIIPPs' Expert**
    A.    CIIPPs' direct examination of Mangum
    B.    Defendants' cross-examination of Mangum
    C.    CIIPPs' redirect, if any, of Mangum

IV. **Examination of EUCPs' Expert**
    A.    EUCPs' direct examination of Sunding
    B.    Defendants' cross-examination of Sunding
    C.    EUCPs' redirect, if any, of Sunding

V. **Examination of Cabral**
    A.    EUCPs' direct examination of Cabral
    B.    Defendants' cross-examination of Cabral
    C.    EUCPs' redirect, if any, of Cabral

VI. **Examination of Defendants' Expert Johnson**
    A.    Defendants' direct examination of Johnson
    B.    Plaintiffs' coordinated cross examination of Johnson
    C.    Defendants' redirect, if any, of Johnson

---

[1] Plaintiffs and Defendants will each have six hours to collectively divide; each plaintiff class has two hours unless otherwise agreed among them. Questions from the Court will be subtracted from the time of the examining party. Plaintiffs and Defendants will each select one timekeeper to monitor the time elapsed by each side. The timekeepers for Plaintiffs and Defendants shall cooperate with and assist each other to ensure accurate timekeeping and to eliminate any interruption of the hearing due to errors in timekeeping.

010636-11/1876849 V1

**VII.** **Rebuttal Testimony of Plaintiffs' Experts**
    A.    DPPs' rebuttal examination
    B.    CIIPPs' rebuttal examination
    C.    EUCPs' rebuttal examination
    D.    Defendants' cross of any rebuttals

**VIII.** **Closing Arguments**[2]
    A.    Directs' Closing Arguments
    B.    CIIPPs' Closing Arguments
    C.    EUCPs' Closing Arguments
    D.    Defendants' Closing Arguments
    E.    Plaintiffs' Rebuttal Arguments, if any

DATED: April 13, 2022

By */s /Steve W. Berman*
Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (#6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com

---

[2] Plaintiffs may reserve any unused time during closing for rebuttal.

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Interim and Proposed Co- Lead Counsel for End-User Consumer Plaintiff Class*

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
tnolan@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone: (312) 955-0545
Facsimile: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com

*Direct Purchaser Plaintiffs' Liaison Class Counsel*

By: /s/ *Adam J. Zapala*
Adam J. Zapala
James G. Dallal
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett
COTCHETT, PITRE & MCCARTHY, LLP
40 Worth Street, 10th Floor
New York, NY 10013
Telephone: (212) 201-6820
abarnett@cpmlegal.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
120 South Sixth Street, #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Class Counsel on Behalf of Commercial and Institutional Indirect Purchasers*

Kenneth A. Wexler
Melinda J. Morales
WEXLER BOLEY & ELGERSMA LLP.
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telelephone: (312) 346-2222
kaw@wbe-llp.com
mjm@wbe-llp.com

*Interim Liaison Counsel on Behalf of Commercial and Institutional Indirect Purchasers*

ROSE LAW FIRM
By: /s/ *John W. Treece*
John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com
Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, AR 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

ARENTFOX SCHIFF LLP
Lawrence Harris Heftman
Margaret A. Hickey
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
lawrence.heftman@afslaw.com
maggie.hickey@afslaw.com
kylie.wood@afslaw.com
Robert J. Wierenga
Suzanne L. Wahl
350 South Maine Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com
*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc*

VENABLE LLP
By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP
Kirstin B. Ives (#6289952)
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com
*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

MAYER BROWN LLP
By: /s/ *Camine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com
*Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

| | |
|---|---|
| VEDDER PRICE P.C.<br><br>By: /s/ *Gregory G. Wrobel*<br>Gregory G. Wrobel (#3122900)<br>222 N. LaSalle Street<br>Chicago, IL 60601<br>Telephone: (312) 609-7722<br>Facsimile: (312) 609-5005<br>gwrobel@vedderprice.com<br><br>JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC<br><br>Henry W. Jones, Jr. (admitted *pro hac vice*)<br>1951 Clark Avenue<br>Raleigh, NC 27605<br>Telephone: (919) 828-2501<br>Facsimile: (919) 834-8447<br>hjones@jordanprice.com<br><br>*Attorneys for Defendant House of Raeford Farms, Inc.* | KIRKLAND & ELLIS LLP<br><br>By: /s/ *Daniel E. Laytin, P.C.*<br>Daniel E. Laytin, P.C. (#6257119)<br>Christa C. Cottrell, P.C. (#6284749)<br>Theresa Cederoth Horan (#6317943)<br>Jenna M. Stupar (#6321583)<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>dlaytin@kirkland.com<br>ccottrell@kirkland.com<br>theresa.horan@kirkland.com<br>jenna.stupar@kirkland.com<br><br>*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants* |
| HOGAN LOVELLS US LLP<br><br>By: /s/ *William L. Monts III*<br>William L. Monts III (admitted *pro hac vice*)<br>Justin W. Bernick (admitted *pro hac vice*)<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109<br>Telephone: (202) 637-5910<br>Facsimile: (202) 637-5911<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.<br><br>Jacob D. Koering<br>227 W. Monroe, Suite 3600<br>Chicago, IL 60606<br>Telephone: (312) 460-4200<br>Facsimile: (312) 460-4201<br>koering@millercanfield.com<br><br>*Attorneys for Defendant Agri Stats, Inc.* | PROSKAUER ROSE LLP<br><br>By: /s/ *Christopher E. Ondeck*<br>Christopher E. Ondeck (admitted *pro hac vice*)<br>Stephen R. Chuk (admitted *pro hac vice*)<br>1001 Pennsylvania Ave., NW, Ste 600 South<br>Washington, DC 20004<br>Telephone: (202) 416-6800<br>Facsimile: (202) 416-6899<br>condeck@proskauer.com<br>schuk@proskauer.com<br><br>*Attorneys for Defendant Wayne Farms LLC* |

| | |
|---|---|
| KUTAK ROCK LLP | SHOOK HARDY & BACON LLP |
| By: /s/ *John P. Passarelli* | By: /s/ *Lynn H. Murray* |
| John P. Passarelli (admitted *pro hac vice*) | Lynn H. Murray (#6191802) |
| James M. Sulentic (admitted *pro hac vice*) | 111 S. Wacker Dr., Ste 4700 |
| 1650 Farnam Street | Chicago IL 60606 |
| Omaha, NE 68102 | Telephone: (312) 704-7700 |
| Telephone: (402) 346-6000 | Facsimile: (312) 558-1195 |
| Facsimile: (402) 346-1148 | lhmurray@shb.com |
| john.passarelli@kutakrock.com | |
| james.sulentic@kutakrock.com | Laurie A. Novion (admitted *pro hac vice*) |
| | 2555 Grand Blvd. |
| J.R. Carroll (admitted *pro hac vice*) | Kansas City, MO 64108 |
| Jeffrey M. Fletcher (admitted *pro hac vice*) | Telephone: (816) 474-6550 |
| 234 East Millsap Road, Ste 200 | Facsimile: (816) 421-5547 |
| Fayetteville, AR 72703-4099 | lnovion@shb.com |
| Telephone: (479) 973-4200 | |
| Facsimile: (479) 973-0007 | CONNER & WINTERS |
| jr.caroll@kutakrock.com | |
| Jeffrey.fletcher@kuakrock.com | John R. Elrod (admitted *pro hac vice*) |
| | Vicki Bronson (admitted *pro hac vice*) |
| Kimberly M. Hare (#6323326) | 4375 N. Vantage Drive, Ste. 405 |
| One South Wacker Drive, Ste 2050 | Fayetteville, AR 72703 |
| Chicago, IL 60606-4614 | Telephone: (479) 582-5711 |
| Telephone: (312) 602-4100 | jelrod@cwlaw.com |
| Facsimile: (312) 602-4101 | vbronson@cwlaw.com |
| kimberly.hare@kutakrock.com | |
| | *Attorneys for Defendants Simmons Foods,* |
| *Attorneys for Defendants O.K. Foods, Inc.,* | *Inc. and Simmons Prepared Foods Inc.* |
| *O.K. Farms, Inc., and O.K. Industries, Inc.* | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 13, 2022, a true and correct copy of the foregoing was electronically filed via CM/ECF, which caused notice to be sent to all counsel of record.

By *  /s/ Steve W. Berman*
Steve W. Berman