UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division

Maplevale Farms, Inc., et al.

Plaintiff,

v.  Case No.: 1:16−cv−08637
Honorable Thomas M. Durkin

Mar−Jac Holdings, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 18, 2022:

MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 4/18/2022 as to Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Final Approval of the Settlements with Defendants Amick, Fieldale, George's, Mar−Jac, Peco, Pilgrim's Pride and Tyson [5516]. Without objection, that motion is granted. Enter order. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.