# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Cases | Case No. 1:16-cv-08637 |

### ORDER GRANTING THE PARTIES' JOINT MOTION REGARDING EVIDENTIARY DEADLINES IN SCHEDULING ORDER NO. 17 (ECF NO. 5422)

The parties' joint motion seeking to temporarily suspend the deadlines (i) to meet and confer about authenticity and business record stipulations (April 22, 2022) and (ii) to present a joint submission on any additional discovery requested per ECF Dkt. 3727 concerning evidentiary issues relating to documents (May 6, 2022) set forth in Scheduling Order No. 17 (ECF No. 5422) is **GRANTED**. The parties will submit a joint proposal regarding evidentiary matters no later than May 6, 2022.

**SO ORDERED.**

Dated: April 22, 2022

_____
HON. JEFFREY T. GILBERT
U.S. MAGISTRATE JUDGE