**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Case No. 1:16-cv-08637 |
| This Document Relates To:<br>Certain Direct Action Plaintiffs | District Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**MOTION TO SEAL DOCKET ENTRY 5552**

Earlier today the Kroger and Publix Plaintiffs [1] filed an Opposition to Defendants' Motion to join the Tyson Defendants' Motion to Disqualify Dr. Alan Frankel (ECF No. 5552). The underlying document included redactions of confidential information that did not properly convert when filed. In accordance with the ECF protocol, the Kroger and Publix Plaintiffs respectfully request that ECF No. 5552 be sealed and removed from the public docket.

Dated: April 22, 2022

Respectfully submitted,

/s/ *David P. Germaine*
David P. Germaine
Paul E. Slater
Joseph M. Vanek
John P. Bjork
SPERLING & SLATER, P.C.
55 W. Monroe Street – Suite 3200
Chicago, IL 60603
Telephone:     (312) 641-3200
Facsimile:     (312) 641-6492
Email: PES@sperling-law.com
          jvanek@sperling-law.com
          dgermaine@sperling-law.com
          jbjork@sperling-law.com

---

[1] Kroger Plaintiffs" are The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc. and Save Mart Supermarkets. The "Publix Plaintiffs" are Associated Grocers of The South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corporation.

1

Phillip F. Cramer
Ryan T. Holt
SHERRARD ROE VOIGT &
HARBISON, PLC
150 3rd Avenue South - Suite 1100
Nashville, Tennessee 37201
Telephone:     (615) 742-4200
Email: pcramer@srvhlaw.com
          rholt@srvhlaw.com

***Counsel for Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp.***

/s/ *William J. Blechman*
William J. Blechman
Kevin Murray
Douglas Patton
Samuel Randall
Michael Ponzoli
KENNY NACHWALTER, P.A.
1441 Brickell Avenue – Suite 1100
Miami, FL 33131
Telephone:     (305) 373-1000
Facsimile:     (305) 372-1861
Email: wblechman@knpa.com

***Counsel for The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets***

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certified that on April 22, 2022 a true and correct copy of the foregoing was electronically filed via CM/ECF, which caused notice to be sent to all counsel of record.

/s/ *David P. Germaine*
David P. Germaine