# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case No.: 1:16-cv-08637 |
| | The Honorable Thomas M. Durkin |
| This Document Relates To: | Magistrate Judge Jeffrey T. Gilbert |
| All Actions | |

## THE PARTIES' JOINT SUBMISSION ON
## SCHEDULING PREVIOUSLY STAYED FACT WITNESS DEPOSITIONS

Pursuant to the Court's instructions in its April 11, 2022 Minute Entry Order (ECF No. 5522), the parties represented by undersigned counsel provide this joint submission to apprise the Court of the current dates for the depositions of previously stayed fact witness depositions.

### Current Dates for the Depositions of Previously Stayed Fact Witnesses

The parties have agreed to the below dates for the depositions of previously stayed fact witnesses:

| Name | Deposition Date |
|---|---|
| Tommy Francis | 06/29/2022 |
| Thomas Lane | TBD – the parties are exchanging dates |
| Mitch Mitchell | TBD – the parties are exchanging dates |
| Kevin Phillips | 06/16/2022 |
| Fabio Sandri | 06/29/2022 |
| Timothy Stiller | 06/20/2022 |
| Greg Tench | 06/30/2022 |

567272.1

Date: April 25, 2022

/s/ W. Joseph Bruckner
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (#6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
tnolan@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Respectfully submitted,

Bruce L. Simon (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com

*Direct Purchaser Plaintiffs' Liaison Class Counsel*

*s/ Daniel E. Gustafson*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
Brittany N. Resch
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: (612)333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Adam Zapala
Tamarah Prevost
James G. Dallal
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
azapala@cpmlegal.com
tprevost@cpmlegal.com
jdallal@cpmlegal.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Interim Co-Lead Counsel*

Kenneth A. Wexler
Kara A. Elgersma
Melinda J. Morales
WEXLER BOLEY & ELGERSMA LLP
55W.Monroe Street, Suite 3300Chicago, IL 60603
T: (312) 346-2222
kaw@wbe-llp.com
kae@wbe-llp.com
mjm@wbe-llp.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Liaison Counsel*

*s/ Shana E. Scarlett*
Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
1918 8th Avenue, Suite 3300
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
T: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

***End-User Consumer Plaintiffs' Interim Co-Lead Counsel***

/s/ *David P. Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
John P. Bjork
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
E-mail: PES@Sperling-law.com
        JVanek@Sperling-law.com
        DGermaine@Sperling-law.com
        JBjork@Sperling-law.com

Phillip F. Cramer
Ryan T. Holt
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
E-mail: pcramer@srvhlaw.com
        rholt@srvhlaw.com

/s/ *William J. Blechman*
William J. Blechman
Kevin Murray
Douglas Patton
Samuel Randall
Michael Ponzoli
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com
        kmurray@knpa.com
        dpatton@knpa.com
        srandall@knpa.com
        mponzoli@knpa.com

***Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets (the "Kroger DAPs")***

*Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp. (the "Publix DAPs")*

CERA LLP
Solomon B. Cera
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 777-2230
E-mail: scera@cerallp.com

CERA LLP
C. Andrew Dirksen
800 Boylston Street, 16th Floor
Boston, MA 02199
Tel: (857) 453-6555
E-mail: cdirksen@cerallp.com

HAYNSWORTH SINKLER BOYD P.A.
Manton M. Grier
Elizabeth H. Black
Mary C. Eldridge
1201 Main Street, 22nd Floor
Columbia, SC 29201-3226
Tel: (803) 540-7753
E-mail: mgrier@hsblawfirm.com
E-mail: eblack@hsblawfirm.com
E-mail: meldridge@hsblawfirm.com

/s/ *Eric R. Lifvendahl*
L&G LAW GROUP
Eric R. Lifvendahl
175 W. Jackson Boulevard, Suite 950
Chicago, IL 60604
Tel: (312) 364-2500
E-mail: elifvendahl@lgcounsel.com

KAPLAN FOX & KILSHEIMER, LLP
Robert N. Kaplan
Gregory K. Arenson
Jeffrey P. Campisi
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
E-mail: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
E-mail: jcampisi@kaplanfox.com
E-mail: mmccahill@kaplanfox.com

THE COFFMAN LAW FIRM
Richard L. Coffman
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

MARCUS & SHAPIRA LLP
Bernard D. Marcus
Moira Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Tel: (412) 471-3490
E-mail: marcus@marcus-shapira.com

E-mail: cain-mannix@marcus-shapira.com
E-mail: allen@marcus-shapira.com

*Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Bros., Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

*/s/ Patrick J. Ahern*
Patrick J. Ahern
Theodore B. Bell
AHERN AND ASSOCIATES, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc and Bi-Lo Holdings, LLC (the "Winn-Dixie DAPs")*

*/s/ Daniel D. Owen*
AMY D. FITTS
    IL Bar No. 629248
DANIEL D. OWEN
    MO Bar No. 41514
    *Pro Hac Vice*
GUILLERMO G. ZOROGASTUA
    MO Bar No. 59643
    *Pro Hac Vice*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: afitts@polsinelli.com
Email: dowen@polsinelli.com
Email: gzorogastua@polsinelli.com

RODNEY L. LEWIS
   IL Bar No. 6288353
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone:  (312) 819-1900
Facsimile:  (312) 819-1910
Email: rodneylewis@polsinelli.com

*Counsel for Plaintiff Associated Wholesale Grocers, Inc.*

s/ Scott E. Gant
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC  20005
(202) 237-2727
sgant@bsfllp.com

*Co-Liaison Counsel for
Direct Action Plaintiffs*

s/ Julie B. Porter
Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER & PORTER,
PLLC
1010 Davis Street
Evanston, IL 60201
Tel: (312) 283-5711
porter@sppplaw.com

*Co-Liaison Counsel for
Direct Action Plaintiffs*

567272.1                     7

DEFENDANTS' ATTORNEYS

WEIL GOTSHAL & MANGES LLP
By: /s/ *Carrie C. Mahan*
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

EIMER STAHL LLP
Michael L. McCluggage (#01820966)
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718
mmccluggage@eimerstahl.com

QUINN EMANUEL URQUHART & SULLIVAN LLP

Michael D. Bonanno (Bar No. 998208)
William A. Burck (Bar No. 979677)
Kathleen A. Lanigan (Bar No. 219343)
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com
williamburck@quinnemanuel.com
katlanigan@quinnemanuel.com

Debra D. Bernstein (Bar No. 054998)
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Tel: (404) 482-3502
debrabernstein@quinnemanuel.com

Michelle Schmit (Bar No. 6313919)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
michelleschmit@quinnemanuel.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

VENABLE LLP
By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives (#6289952)
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

MAYER BROWN LLP

By: /s/ *Camine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

| | |
|---|---|
| NOVACK AND MACEY LLP | KIRKLAND & ELLIS LLP |
| By: /s/ Stephen Novack | By: /s/ Daniel E. Laytin, P.C. |

Stephen Novack (#6284749)
Stephen J. Siegel (#6284749)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com

Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.

VEDDER PRICE P.C.

By: /s/ Gregory G. Wrobel
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted pro hac vice)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Theresa Cederoth Horan (#6317943)
Jenna M. Stupar (#6321583)
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
theresa.horan@kirkland.com
jenna.stupar@kirkland.com

Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), and Sanderson Farms, Inc. (Production Division) and Liaison Counsel for Defendants

PROSKAUER ROSE LLP

By: /s/ Christopher E. Ondeck
Christopher E. Ondeck (admitted pro hac vice)
Stephen R. Chuk (admitted pro hac vice)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

KUTAK ROCK LLP

By: /s/ John P. Passarelli
John P. Passarelli (admitted pro hac vice)
James M. Sulentic (admitted pro hac vice)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted pro hac vice)
Jeffrey M. Fletcher (admitted pro hac vice)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: /s/ Edward C. Konieczny
Edward C. Konieczny (admitted pro hac vice)
1105 W. Peachtree St., N.E.
Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted pro hac vice)
W. Parker Sanders (admitted pro hac vice)
John P. Pennington
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com
jpennington@sgrlaw.com

James L. Thompson (#6199621)
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 445-4623
Facsimile: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.*

VAUGHAN & MURPHY

By: /s/ Charles C. Murphy, Jr.
Charles C. Murphy, Jr. (admitted pro hac vice)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison (#6275116)
Michael P. Mayer (#6272677)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

HOGAN LOVELLS US LLP

By: /s/ William L. Monts III
William L. Monts III (admitted pro hac vice)
Justin W. Bernick (admitted pro hac vice)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
227 W. Monroe, Suite 3600
Chicago, IL 60606
Telephone: (312) 460-4200
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

567272.1     11

| | |
|---|---|
| SHOOK HARDY & BACON LLP | AXINN, VELTROP & HARKRIDER LLP |
| By: /s/ Lynn H. Murray<br>Lynn H. Murray (#6191802)<br>111 S. Wacker Dr., Ste 4700<br>Chicago IL 60606<br>Telephone: (312) 704-7700<br>Facsimile: (312) 558-1195<br>lhmurray@shb.com | By: /s/ Rachel J. Adcox<br>Rachel J. Adcox (#1001488)<br>Bradley D. Justus (pro hac vice)<br>Daniel K. Oakes (pro hac vice)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, DC 20036<br>T: 202-912-4700<br>radcox@axinn.com<br>bjustus@axinn.com<br>doakes@axinn.com |

SHOOK HARDY & BACON LLP

By: /s/ Lynn H. Murray
Lynn H. Murray (#6191802)
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted pro hac vice)
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod (admitted pro hac vice)
Vicki Bronson (admitted pro hac vice)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ Rachel J. Adcox
Rachel J. Adcox (#1001488)
Bradley D. Justus (pro hac vice)
Daniel K. Oakes (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
radcox@axinn.com
bjustus@axinn.com
doakes@axinn.com

Denise L. Plunkett (pro hac vice)
Nicholas E.O. Gaglio (pro hac vice)
Kail J. Jethmalani (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
T: 212-728-2200
dplunkett@axinn.com
ngaglio@axinn.com
kjethmalani@axinn.com

John M. Tanski (pro hac vice)
Jarod G. Taylor (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: 860-275-8100
jtanski@axinn.com
jtaylor@axinn.com

Jordan M. Tank
LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
T: 312-702-0586
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ Patricia A. Gorham
Patricia A. Gorham (admitted pro hac vice)
James R. McGibbon (admitted pro hac vice)
Peter M. Szeremeta (admitted pro hac vice)
Kaitlin A. Carreno (admitted pro hac vice)
Dylan de Fouw (admitted pro hac vice)
Rebekah Whittington (admitted pro hac vice)
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com
rebekahwhittington@eversheds-sutherland.com

SMITH AMUNDSEN LLC

Ronald Balfour (#6307658)
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
cphillips@salawus.com

*Attorneys for Defendant Harrison Poultry, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ Joseph D. Carney
Joseph D. Carney (admitted pro hac vice)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE &
FELDMAN LLP

Thomas M. Staunton (#621764)
Daniel M. Feeney (#6224893)
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted pro hac vice)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted pro hac vice)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc.,
Case Farms, LLC, and Case Farms
Processing, Inc.*

567272.1 13

| | |
|---|---|
| MANDELL MENKES LLC | DYKEMA GOSSETT PLLC |
| By: /s/ Brendan J. Healey<br>Brendan J. Healey (#6243091)<br>One North Franklin, Ste 3600<br>Chicago, IL 60606<br>Telephone: (312) 251-1006<br>Facsimile: (312) 759-2189<br>bhealey@mandellmenkes.com | By: /s/ Howard B. Iwrey<br>Howard B. Iwrey (#P39625)<br>39577 Woodward Ave, Ste. 300<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 203-0526<br>Facsimile: (248) 203-0763<br>hiwrey@dykema.com |
| ALSTON & BIRD LLP<br><br>B. Parker Miller (admitted pro hac vice)<br>Valarie C. Williams (admitted pro hac vice)<br>Max Marks (admitted pro hac vice)<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>parker.miller@alston.com<br>valarie.williams@alston.com<br>nowell.berreth@alston.com<br>max.marks@alston.com | Steven H. Gistenson (#6192212)<br>10 South Wacker Drive, Ste. 2300<br>Chicago, IL 60606<br>Telephone: (312) 627-2267<br>Facsimile: (312) 876-1155<br>sgistenson@dykema.com<br><br>Cody D. Rockey (#6302863)<br>2723 South State Street, Ste. 400<br>Ann Arbor, MI 48104<br>Telephone: (734) 214-7655<br>Facsimile: (734) 214-7696<br>crockey@dykema.com |
| SMITH, GILLIAM, WILLIAMS & MILES PA<br><br>R. Brent Hatcher, Jr. (admitted pro hac vice)<br>301 Green Street NW, Ste 200<br>Gainesville, GA 30501<br>Telephone: (770) 536-3381<br>Facsimile: (770) 535-9902<br>bhatcher@sgwmfirm.com<br><br>*Attorneys for Fieldale Farms Corporation* | Dante A. Stella (#P60443)<br>400 Renaissance Center<br>Detroit, MI 48243<br>Telephone: (313) 568-6693<br>Facsimile: (313) 568-6893<br>dstella@dykema.com<br><br>*Attorneys for Defendants Amick Farms, LLC* |

| | |
|---|---|
| STINSON LLP<br><br>By: /s/ *William L. Greene*<br>William L. Greene (admitted *pro hac vice*)<br>Peter J. Schwingler (admitted *pro hac vice*)<br>50 South Sixth Street, Ste 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1500<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br><br>J. Nicci Warr (admitted *pro hac vice*)<br>7700 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>Telephone: (314) 259-4570<br>nicci.warr@stinson.com<br><br>SUGAR FELSENTHAL GRAIS & HELSINGER LLP<br><br>John C. Martin (#6225557)<br>30 N. LaSalle Street, Ste 3000<br>Chicago, IL 60602<br>Telephone: (312) 704-2172<br>Facsimile: (312) 372-7951<br>jmartin@sfgh.com<br><br>THE LAW GROUP OF NORTHWEST ARKANSAS LLP<br><br>Gary V. Weeks (admitted *pro hac vice*)<br>K.C. Dupps Tucker (admitted *pro hac vice*)<br>Kristy E. Boehler (admitted *pro hac vice*)<br>1830 Shelby Lane<br>Fayetteville, AR 72704<br>Telephone: (479) 316-3760<br>gary.weeks@lawgroupnwa.com<br>kc.tucker@lawgroupnwa.com<br>kristy.boehler@lawgroupnwa.com<br><br>*Attorneys for Defendants George's, Inc. and George's Farms, Inc.* | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: /s/ *Lara Flath*<br>Patrick Fitzgerald (#6307561)<br>Gail Lee (#6318334)<br>155 N. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 407-0700<br>Facsimile: (312) 407-0411<br>patrick.fitzgerald@skadden.com<br>gail.lee@skadden.com<br><br>Boris Bershteyn (admitted *pro hac vice*)<br>Lara Flath (#6289481)<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>boris.bershteyn@skadden.com<br>lara.flath@skadden.com<br><br>*Attorneys for Defendant Peco Foods, Inc.* |

ARENTFOX SCHIFF LLP

By: /s/ *Lawrence H. Heftman*
Lawrence H. Heftman
Margaret A. Hickey
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
lawrence.heftman@afslaw.com
maggie.hickey@afslaw.com
kylie.wood@afslaw.com

Robert J. Wierenga
Suzanne L. Wahl
350 South Maine Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

ROSE LAW FIRM

John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, AR 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*