UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Maplevale Farms, Inc., et al.
                                Plaintiff,

v.                                                   Case No.: 1:16–cv–08637
                                                            Honorable Thomas M. Durkin

Mar–Jac Holdings, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 26, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff ARCOP, Inc.'s motion to reassign case based on relatedness [5558] is granted. This Court will recommend to the Executive Committee that case 22 C 2121 pending before Judge Kennelly be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.