UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br><br>This Document Relates To:<br>*All Track 2 Direct Action Plaintiffs* | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin |

**KEYSTONE DEFENDANTS' MEMORANDUM IN SUPPORT OF
THEIR MOTION TO DISMISS COUNT 1 OF THE TRACK 2 DIRECT
ACTION PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT**

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*In re Auto. Parts Antitrust Litig.*,
    No. 12-cv-00203, 2016 WL 8200512 (E.D. Mich. Apr. 13, 2016) ............................................1

Defendants Keystone Foods, LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division, LLC, and Equity Group – Georgia Division, LLC (collectively, "Keystone") hereby move for an order dismissing with prejudice Count 1 of the Second Amended Consolidated Complaint (the "SAC") of the Track Two Direct Action Plaintiffs (the "DAPs"), ECF No. 5456.

More than five years into litigation and with the benefit of millions of pages of information, the DAPs allege in their SAC that Keystone participated in an "overarching conspiracy" comprised of three separate underlying conspiracies: one to reduce overall broiler chicken supply, one to manipulate the Georgia Dock price index, and one to rig certain bids on certain broiler chicken products sold to certain customers. But Keystone is only named as a defendant with respect to one of these three conspiracies—*i.e.*, the alleged conspiracy to reduce broiler chicken supply.[1]

Keystone incorporates by reference all arguments in the Tyson Defendants' Memorandum in Support of Their Motion to Dismiss Counts 1 and 4 of the Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint. DAPs' claim that Keystone participated in an overarching conspiracy are further undermined by the fact that DAPs only name Keystone as a defendant in one of the three alleged underlying conspiracies—and do not allege *anywhere* in their 480-page complaint that Keystone participated in the alleged Georgia Dock conspiracy. *See*, *e.g.*, *In re Auto. Parts Antitrust Litig.*, No. 12-cv-00203, 2016 WL 8200512, at *4 (E.D. Mich. Apr. 13, 2016) (finding that plaintiffs' overarching conspiracy theory was contradicted by the fact that different defendants were named in different complaints

---

[1] Although the DAPs allege that Keystone used the Georgia Dock (SAC ¶ 617), it is not named as a Georgia Dock Defendant (SAC ¶ 628). With regard to the alleged bid-rigging conspiracy, Keystone is identified as an alleged co-conspirator, not a defendant. (SAC ¶ 874, n. 26.)

alleging conspiracies concerning different automotive parts and noting that, "[a]lthough it is not necessary that every defendant participate in every transaction, the mere overlap of some of the defendants in some of the transactions is, on its own, insufficient to establish an overarching agreement").

Because the DAPs have failed to plausibly plead an overarching-conspiracy claim against Keystone despite having the benefit of voluminous discovery, the Court should grant Keystone's motion and enter an order dismissing with prejudice the claims against Keystone in Count 1 of the SAC.

Dated: May 6, 2022                                               Respectfully submitted,

By: */s/ Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Bradley D. Justus (*pro hac vice*)
Daniel K. Oakes (*pro hac vice*)
Carmel R. Arikat (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
radcox@axinn.com
bjustus@axinn.com
doakes@axinn.com
carikat@axinn.com

Denise L. Plunkett (*pro hac vice*)
Nicholas E.O. Gaglio (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
T: 212-728-2200
dplunkett@axinn.com
ngaglio@axinn.com

John M. Tanski (*pro hac vice*)
Jarod G. Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: 860-275-8100
jtanski@axinn.com
jtaylor@axinn.com

Jordan M. Tank
LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.
230 West Monroe Street, Ste 2260
Chicago, IL 60606
T: 312-702-0586
jmt@lipelyons.com

*Attorneys for Defendants Keystone Foods, LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division, LLC, and Equity Group – Georgia Division, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

>
> */s/ Jordan M. Tank*
> Jordan M. Tank
> LIPE LYONS MURPHY NAHRSTADT &
> PONTIKIS, LTD.
> 230 West Monroe Street, Ste 2260
> Chicago, IL 60606
> T: 312-702-0586
> jmt@lipelyons.com