IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No: 1:16-cv-08637<br><br>Hon. Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**MOTION FOR LEAVE TO
WITHDRAW APPEARANCE OF SARA S. TATUM**

Pursuant to Local Rule 83.17, Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) and Sanderson Farms, Inc. (Foods Division) (collectively, "Sanderson Farms") hereby give notice and respectfully request leave of Court to withdraw the appearance of Sara S. Tatum of the law firm Kirkland & Ellis LLP as counsel of record for the above Defendants in this action. Sanderson Farms will continue to be represented by remaining counsel of record.

WHEREFORE, Sanderson Farms requests that this Court grant Sara S. Tatum leave to withdraw as counsel for Defendants in this matter and enter an order withdrawing Sara S. Tatum's appearance as counsel for Sanderson Farms in this matter.

Dated: May 19, 2022                        Respectfully submitted,

*/s/ Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Theresa Cederoth Horan (#6317943)
Jenna M. Stupar (#6321583)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
theresa.horan@kirkland.com
Jenna.stupar@kirkland.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), & Sanderson Farms, Inc. (Foods Division) and Liaison Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Daniel E. Laytin*
Daniel E. Laytin, P.C.