# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: *ALL DAP CASES* | Case No: 1:16-cv-08637 <br><br> Hon. Judge Thomas M. Durkin <br><br> Magistrate Judge Jeffrey T. Gilbert |

## FIELDALE FARMS CORPORATION'S [CORRECTED] MOTION FOR LEAVE TO ALLOW WITNESS TESTIMONY IN TRACK 1

Defendant Fieldale Farms Corporation ("Fieldale") respectfully moves this Court for leave to allow witness testimony in Track 1. The arguments and authority supporting this Motion are set forth in the contemporaneously filed memorandum.

Pursuant to the Court's procedures, Fieldale and Direct Action Plaintiffs have conferred about an appropriate briefing schedule for this Motion. The parties propose that DAP's opposition will be due on or before July 1, 2022 and Fieldale's reply will be due on or before July 13, 2022.[1]

WHEREFORE, for the reasons set forth in its memorandum, Fieldale requests that this Court enter an Order granting leave to allow the requested witness testimony in Track 1.

[signature on following page]

---

[1] The prior version of this Motion (ECF 5664) contained incorrect briefing dates. The agreed-briefing dates have been corrected in this document.

Dated: June 14, 2022                                                    Respectfully submitted,

                                                                           /s/ *B. Parker Miller*
B. Parker Miller (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
Thomas P. Grantham (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com

Max Marks (*pro hac vice*)
Aaron Block (*pro hac vice*)
**THE BLOCK FIRM LLC**
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305
(404) 997-8419
max.marks@blockfirmllc.com
aaron.block@blockfirmllc.com

***Attorneys for Defendant Fieldale Farms Corporation.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2022, I filed the foregoing document with the Clerk of Court via the ECF system, which will automatically serve all counsel of record.

*/s/ Thomas P. Grantham*