**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case No. 1:16-cv-08637 |
| **This document relates to:** *Winn-Dixie Stores, Inc. v. Agristats, Inc., et al.*, Case No. 18-cv-00245 | Honorable Thomas M. Durkin Honorable Jeffrey T. Gilbert |

**MOTION TO WITHDRAW ATTORNEY APPEARANCE OF THEODORE B. BELL**

Attorney Theodore Bell respectfully moves to withdraw his appearance previously entered on behalf of Plaintiffs Winn-Dixie, Inc. and Bi-Lo Holding, LLC ("Plaintiffs") as Mr. Bell is no longer employed at the law firm Ahern & Associates, P.C. as of June 22, 2022. Attorney Patrick J. Ahern of Ahern & Associates, P.C. has an active appearance on file and thus continues to represent Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC in this matter. Accordingly, Mr. Bell should be removed from all future pleadings and certificates of service.

Dated: June 30, 2022

Respectfully submitted,

By: /s/ Theodore B. Bell
Theodore B. Bell
8045 Kenneth Ave.
Skokie, Illinois
60076
Tel: (773) 580-3318
theolawman@hotmail.com

*One of the Counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 30, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: */s/ Theodore B. Bell*