# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Maplevale Farms, Inc., et al.

                    Plaintiff,

v.                                          Case No.: 1:16−cv−08637
                                                    Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: As is reflected in footnote 2 of Scheduling Order 18 for Track 1 Actions [5685], Judge Durkin's practice is to hold an off−the−record conference prior to the filing of summary judgment motions. That practice is intended to educate the Court about the facts of the case as revealed by discovery and to determine whether the parties might agree that there are issues of fact necessitating trial such that summary judgment briefing would be unproductive. It is an understatement to say that this case is more complex than most, such that the kind of conference the Court customarily schedules is not feasible. Further, the Court is already familiar with the claims and allegations in the case and with much of the factual record. For these reasons, the Court does not plan to schedule a conference prior to the filing of summary judgment motions. Any party that believes a conference or hearing prior to summary judgment would be fruitful should file a statement of no more than five pages by 8/19/2022 explaining why. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.