UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* <br><br> This Document Relates To: ALL ACTIONS | Case No. 1:16-cv-08637 <br><br> The Honorable Thomas M. Durkin <br> Magistrate Judge Jeffrey T. Gilbert |

**ORDER REGARDING STIPULATION BETWEEN TRACK 1 PLAINTIFFS AND NORMAN W. FRIES, INC. D/B/A CLAXTON POULTRY FARMS TO EXTEND THE DEADLINE FOR PARTIALLY STAYED OR STAYED DEPOSITIONS**

Pursuant to the agreed Stipulation between Track 1 Plaintiffs and Norman W. Fries, Inc. d/b/a Claxton Poultry Farms to Extend the Deadline for Partially Stayed or Stayed Depositions per Scheduling Order No. 18 (ECF No. 5685), the Court orders as follows:

1. The deposition of Jeramie Martin may proceed on August 10, 2022.

2. The deposition of Scott Brady may proceed on August 18, 2022.

3. This order does not change or impact any other dates or deadlines set by Scheduling Order No. 18, other than the depositions specifically set forth above.

Dated: 8/4/2022

Honorable Jeffrey T. Gilbert
United States Magistrate Judge