**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin |
| *ALL CLASS PLAINTIFFS* | Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF
CLASS PLAINTIFFS' MOTION FOR CLARIFICATION ON
<u>INSTRUCTIONS NOT TO ANSWER AT DEPOSITIONS</u>**

I, Shana E. Scarlett, state under oath, as follows:

1. I am a partner at Hagens Berman Sobol Shapiro LLP (Hagens Berman). I submit this declaration in support of Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions. I have full knowledge of the matters stated herein and would testify to these facts if called upon.

2. On information and belief, I am informed that on August 5, 2022, Class Plaintiffs conferred with the criminal defense team for Roger Austin, another Pilgrim's employee whom Plaintiffs seek to depose. During that conference, Austin's criminal defense attorneys took an extremely expansive view of what constitutes "bid rigging," stating that the term encompasses inventory levels, breeder stocks, and industry head weight trends, among other things.

3. Attached hereto as Exhibit 1 is a true and correct copy of the manuscript of the Deposition of Timothy Stiller dated June 17, 2022 (Filed Under Seal).

4. Attached hereto as Exhibit 2 is a true and correct copy of the manuscript of the Deposition of Thomas Lane dated July 26, 2022 (Filed Under Seal).

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 5, 2022

By: _/s/ Shana E. Scarlett_
Shana E. Scarlett