UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>BROILER CHICKEN ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | Case No. 16-cv-8637<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## NON-PARTIES JAYSON PENN AND WILLIAM LOVETTE'S MOTION FOR LEAVE TO INTERVENE

Intervenor Jayson Penn and Non-Party William Lovette respectfully move this Court under Federal Rule of Civil Procedure 24 for leave to intervene in this action to respond to Class Plaintiffs' Motion for Clarification (ECF No. 5721) as it relates to Messrs. Penn and Lovette's depositions. The Court has previously granted leave for Mr. Penn to intervene in this action for matters relating to his deposition. ECF No. 4581. As set forth in their Response to Plaintiffs' Motion for Clarification, as potential deponents and former employees of companies that are Defendants in this action, Mr. Penn and Mr. Lovette have an interest in this action that may be impaired or impeded by disposition of matters relating to their depositions in this case and have timely filed this motion to intervene. *See* Fed. R. Civ. P. 24(a). The Court should grant leave for Messrs. Penn and Lovette to intervene for the limited

1

purpose of seeking clarification of the scope of orders that will apply to their depositions.

Dated: August 12, 2022

Respectfully submitted,

*s/ Michael F. Tubach*
Michael F. Tubach (*pro hac vice*)
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Kevin B. Duff*
Kevin B. Duff (Bar # 6210491)
RACHLIS DUFF & PEEL, LLC
542 South Dearborn Street
Suite 900
Chicago, IL 60605
Phone (312) 733-3390
kduff@rdaplaw.net

*Counsel for Intervenor Jayson Penn*

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr. (*pro hac vice pending*)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*/s/ Timothy R. Herman*
Mason N. Floyd ( 0739103)
Timothy R. Herman (6301721)
CLARK HILL PLC
130 East Randolph Street, Suite 3900
Chicago, IL 60601
(312) 985-5900
mfloyd@clarkhill.com

therman@clarkhill.com

*Counsel for Non-Party William Lovette*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be filed on the Court's CM/ECF system, which automatically provides notice to counsel for all parties to the above-captioned action.

Dated: August 12, 2022            Respectfully submitted,

                                                *s/ Michael F. Tubach*
                                                Michael F. Tubach (*pro hac vice*)
                                                O'Melveny & Myers LLP
                                                Attorney for Jayson Jeffrey Penn
                                                Two Embarcadero Center, 28th Floor
                                                San Francisco, California 94111-3823
                                                (415) 984-8700
                                                mtubach@omm.com