**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Maplevale Farms, Inc., et al.
          Plaintiff,

v.
          Case No.: 1:16−cv−08637
          Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 16, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 8/16/22 on Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions [5720], [5721]. For the reasons stated on the record, Plaintiffs' Motion for Clarification is granted. The Court provided some guidance concerning objections and instructions not to answer during Track I depositions in accordance with Plaintiffs' request in their Motion and in light of Defendants' opposition to Plaintiffs' Motion. Briefly stated, the Court is of the view that instructions not to answer questions during these depositions should be kept to a minimum if such directions are made at all. Final decisions as to the admissibility of testimony given during these depositions will be made by Judge Durkin as the trial judge in this case, and instructions not to answer questions during depositions disrupt that process and prevent it from reaching fruition. Objections to form, relevance, and scope, among other things, can and should be made for the record and preserved for trial and summary judgment proceedings, but then the witness should answer the question if the witness can do so. The parties are directed to the transcript of the hearing for a complete record of the proceeding. Any counsel who wishes to have their appearance noted of record for the hearing should send an email to liaison counsel by the close of business on 8/17/22 and then liaison counsel shall send an email to the Court's courtroom deputy with all counsel of record who wish to be noted of record. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.