# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION, | Case No.: 1:16-cv-08637 |
| | The Honorable Thomas M. Durkin |
| This Document Relates To: | Magistrate Judge Jeffrey T. Gilbert |
| All Actions | |

**ORDER CONCERNING PAGE LIMITS FOR NON-GEORGIA DOCK DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALL TRACK 1 PLAINTIFFS' CLAIMS ALLEGING A "GEORGIA DOCK CONSPIRACY"**

This stipulation is between Track 1 Plaintiffs who have opted for Track 1 ("Track 1 Plaintiffs") and Non-Georgia Dock Defendants, as defined in Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy" (ECF No. 5527-1) ("Moving Defendants").

Track 1 Plaintiffs have requested, and the Moving Defendants have consented to, an agreed modification of the page limits applicable to the opposition briefs and reply briefs relating the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy," and hereby stipulate and agree to the following:

1. Track 1 Plaintiffs shall be permitted to file briefs of up to a total of 35 pages in Opposition to the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy;"

2. Moving Defendants shall be permitted to file briefs of up to a total of 20 pages for their Reply in Support of Their Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy;" and

3. This stipulation does not modify or change any applicable page limits, rules or procedures regarding the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy."

SO ORDERED this 22nd day of August, 2022.

_____
HON. THOMAS M. DURKIN
UNITED STATES DISTRICT JUDGE

Date: August 19, 2022

/s/ W. Joseph Bruckner
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (#6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
tnolan@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Respectfully submitted,

Bruce L. Simon (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com

*Direct Purchaser Plaintiffs' Liaison Class Counsel*

*s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

Adam Zapala
Tamarah Prevost
James G. Dallal
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
azapala@cpmlegal.com
tprevost@cpmlegal.com
jdallal@cpmlegal.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Interim Co-Lead Counsel*

Kenneth A. Wexler
Kara A. Elgersma
Melinda J. Morales
WEXLER BOLEY & ELGERSMA LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222
kaw@wbe-llp.com
kae@wbe-llp.com
mjm@wbe-llp.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Liaison Counsel*

*s/ Shana E. Scarlett*
Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
1918 8th Avenue, Suite 3300
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
T: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

***End-User Consumer Plaintiffs' Interim Co-Lead Counsel***

| | |
|---|---|
| /s/ *David P. Germaine* | /s/ *William J. Blechman* |
| Paul E. Slater | William J. Blechman |
| Joseph M. Vanek | Kevin Murray |
| David P. Germaine | Douglas Patton |
| John P. Bjork | Samuel Randall |
| SPERLING & SLATER, P.C. | Michael Ponzoli |
| 55 West Monroe Street | KENNY NACHWALTER, P.A. |
| Suite 3200 | 1441 Brickell Avenue |
| Chicago, Illinois 60603 | Suite 1100 |
| Tel: (312) 641-3200 | Miami, Florida 33131 |
| Fax: (312) 641-6492 | Tel: (305) 373-1000 |
| E-mail: PES@Sperling-law.com | Fax: (305) 372-1861 |
| JVanek@Sperling-law.com | E-mail: wblechman@knpa.com |
| DGermaine@Sperling-law.com | kmurray@knpa.com |
| JBjork@Sperling-law.com | dpatton@knpa.com |
| | srandall@knpa.com |
| Phillip F. Cramer | mponzoli@knpa.com |
| Ryan T. Holt | |
| SHERRARD ROE VOIGT & HARBISON, PLC | *Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets (the "Kroger DAPs")* |
| 150 3rd Avenue South, Suite 1100 | |
| Nashville, TN 37201 | |
| Tel: (615) 742-4200 | |
| E-mail: pcramer@srvhlaw.com | |
| rholt@srvhlaw.com | |

*Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp. (the "Publix DAPs")*

| | |
|---|---|
| CERA LLP<br>Solomon B. Cera<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: (415) 777-2230<br>E-mail: scera@cerallp.com | /s/ *Eric R. Lifvendahl*<br>L&G LAW GROUP<br>Eric R. Lifvendahl<br>175 W. Jackson Boulevard, Suite 950<br>Chicago, IL 60604<br>Tel: (312) 364-2500<br>E-mail: elifvendahl@lgcounsel.com |
| CERA LLP<br>C. Andrew Dirksen<br>800 Boylston Street, 16th Floor<br>Boston, MA 02199<br>Tel: (857) 453-6555<br>E-mail: cdirksen@cerallp.com | KAPLAN FOX & KILSHEIMER, LLP<br>Robert N. Kaplan<br>Gregory K. Arenson<br>Jeffrey P. Campisi<br>Matthew P. McCahill<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel: (212) 687-1980<br>E-mail: rkaplan@kaplanfox.com<br>Email: garenson@kaplanfox.com<br>E-mail: jcampisi@kaplanfox.com<br>E-mail: mmccahill@kaplanfox.com |
| HAYNSWORTH SINKLER BOYD P.A.<br>Manton M. Grier<br>Elizabeth H. Black<br>Mary C. Eldridge<br>1201 Main Street, 22nd Floor<br>Columbia, SC 29201-3226<br>Tel: (803) 540-7753<br>E-mail: mgrier@hsblawfirm.com<br>E-mail: eblack@hsblawfirm.com<br>E-mail: meldridge@hsblawfirm.com | THE COFFMAN LAW FIRM<br>Richard L. Coffman<br>3355 West Alabama, Suite 240<br>Houston, TX 77098<br>Tel: (713) 528-6700<br>E-mail: rcoffman@coffmanlawfirm.com |
| | MARCUS & SHAPIRA LLP<br>Bernard D. Marcus<br>Moira Cain-Mannix<br>Erin Gibson Allen<br>One Oxford Center, 35th Floor<br>Pittsburgh, PA 15219<br>Tel: (412) 471-3490<br>E-mail: marcus@marcus-shapira.com<br>E-mail: cain-mannix@marcus-shapira.com<br>E-mail: allen@marcus-shapira.com |

*Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Bros., Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash*

979407.2

*Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

<u>/s/ Patrick J. Ahern</u>
Patrick J. Ahern
Theodore B. Bell
AHERN AND ASSOCIATES, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc and Bi-Lo Holdings, LLC (the "Winn-Dixie DAPs")*

<u>/s/ Daniel D. Owen</u>
AMY D. FITTS
   IL Bar No. 629248
DANIEL D. OWEN
    MO Bar No. 41514
    *Pro Hac Vice*
GUILLERMO G. ZOROGASTUA
   MO Bar No. 59643
   *Pro Hac Vice*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: afitts@polsinelli.com
Email: dowen@polsinelli.com
Email: gzorogastua@polsinelli.com

RODNEY L. LEWIS
   IL Bar No. 6288353
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
Email: rodneylewis@polsinelli.com

*Counsel for Plaintiff Associated Wholesale Grocers, Inc.*

MOVING DEFENDANTS' ATTORNEYS

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives (#6289952)
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

MAYER BROWN LLP

By: /s/ *Camine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

| | |
|---|---|
| KUTAK ROCK LLP | HOGAN LOVELLS US LLP |
| By: */s/ John P. Passarelli* <br> John P. Passarelli (admitted *pro hac vice*) <br> James M. Sulentic (admitted *pro hac vice*) <br> 1650 Farnam Street <br> Omaha, NE 68102 <br> Telephone: (402) 346-6000 <br> Facsimile: (402) 346-1148 <br> john.passarelli@kutakrock.com <br> james.sulentic@kutakrock.com | By: /s/ *William L. Monts III* <br> William L. Monts III (admitted *pro hac vice*) <br> Justin W. Bernick (admitted *pro hac vice*) <br> 555 Thirteenth Street, N.W. <br> Washington, D.C. 20004-1109 <br> Telephone: (202) 637-5910 <br> Facsimile: (202) 637-5911 <br> william.monts@hoganlovells.com <br> justin.bernick@hoganlovells.com |
| J.R. Carroll (admitted *pro hac vice*) <br> Jeffrey M. Fletcher (admitted *pro hac vice*) <br> 234 East Millsap Road, Ste 200 <br> Fayetteville, AR 72703-4099 <br> Telephone: (479) 973-4200 <br> Facsimile: (479) 973-0007 <br> jr.caroll@kutakrock.com <br> Jeffrey.fletcher@kuakrock.com | MILLER, CANFIELD, PADDOCK, AND STONE P.L.C. <br><br> Jacob D. Koering <br> 227 W. Monroe, Suite 3600 <br> Chicago, IL 60606 <br> Telephone: (312) 460-4200 <br> Facsimile: (312) 460-4201 <br> koering@millercanfield.com |
| Kimberly M. Hare (#6323326) <br> One South Wacker Drive, Ste 2050 <br> Chicago, IL 60606-4614 <br> Telephone: (312) 602-4100 <br> Facsimile: (312) 602-4101 <br> kimberly.hare@kutakrock.com | *Attorneys for Defendant Agri Stats, Inc.* |
| *Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.* | |

| | |
|---|---|
| SHOOK HARDY & BACON LLP | JOSEPH D. CARNEY & ASSOCIATES LLC |
| By: /s/ *Lynn H. Murray* <br> Lynn H. Murray (#6191802) <br> 111 S. Wacker Dr., Ste 4700 <br> Chicago IL 60606 <br> Telephone: (312) 704-7700 <br> Facsimile: (312) 558-1195 <br> lhmurray@shb.com | By: /s/ *Joseph D. Carney* <br> Joseph D. Carney (admitted *pro hac vice*) <br> OFFICE ADDRESS: <br> 139 Crocker Park Boulevard, Ste. 400 <br> Westlake, OH 44145 <br> MAILING ADDRESS: <br> 1540 Peach Drive <br> Avon, OH 44011 <br> Telephone: 440-249-0860 <br> Facsimile: 866-270-1221 <br> jdc@jdcarney.com <br> case@jdcarney.com |
| Laurie A. Novion (admitted *pro hac vice*) <br> 2555 Grand Blvd. <br> Kansas City, MO 64108 <br> Telephone: (816) 474-6550 <br> Facsimile: (816) 421-5547 <br> lnovion@shb.com | |
| | MILLER SHAKMAN LEVINE & FELDMAN LLP |
| CONNER & WINTERS | Thomas M. Staunton (#621764) <br> Daniel M. Feeney (#6224893) <br> 180 North LaSalle Suite 3600 <br> Chicago, IL 60601 <br> Telephone: 312-263-3700 <br> tstaunton@millershakman.com <br> dfeeney@millershakman.com |
| John R. Elrod (admitted *pro hac vice*) <br> Vicki Bronson (admitted *pro hac vice*) <br> 4375 N. Vantage Drive, Ste. 405 <br> Fayetteville, AR 72703 <br> Telephone: (479) 582-5711 <br> jelrod@cwlaw.com <br> vbronson@cwlaw.com | |
| | D.KLAR LAW |
| *Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods Inc.* | Deborah A. Klar (admitted *pro hac vice*) <br> 2934 1/2 Beverly Glen Circle, Suite 761 <br> Bel Air, CA 90077 <br> Telephone: 310-858-9500 <br> dklar@dklarlaw.com |
| | Paul L. Binder, Esq. (admitted *pro hac vice*) <br> Attorney at Law <br> 20780 Brandywine <br> Fairview Park, OH 44126-2805 <br> Telephone: 440-376-6850 <br> binderpl@yahoo.com |
| | *Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.* |

<div style="column: left">

ARENTFOX SCHIFF LLP

By: /s/ *Lawrence H. Heftman*
Lawrence H. Heftman
Margaret A. Hickey
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
lawrence.heftman@afslaw.com
maggie.hickey@afslaw.com
kylie.wood@afslaw.com

Robert J. Wierenga
Suzanne L. Wahl
350 South Maine Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, AR 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

</div>

<div style="column: right">

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Lara Flath*
Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
Sam Auld (admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

Patrick Fitzgerald (#6307561)
Gail Lee
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

</div>

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS &
HELSINGER LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST
ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc.
and George's Farms, Inc.*

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack (#6284749)
Stephen J. Siegel (#6284749)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
*snovack@novackmacey.com*
*ssiegel@novackmacey.com*

*Attorneys for Defendants Koch Foods*
*Incorporated, JCG Foods of Alabama LLC,*
*JCG Foods of Georgia LLC and*
*Koch Meat Co., Inc.*
*(all cases except DAP Case No. 21-CV-4354)*

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: /s/ *Christopher E. Thorsen*
Christopher E. Thorsen (admitted *pro hac vice*)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615)726-5586
Facsimile: (615)726-0464
*cthorsen@bakerdonelson.com*

*Attorneys for Defendants Koch Foods*
*Incorporated, JCG Foods of Alabama LLC,*
*JCG Foods of Georgia LLC and*
*Koch Meat Co., Inc.*
*(with respect to DAP Case*
*No. 21-CV-4354 only)*

979407.2

8