# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION, | Case No.: 1:16-cv-08637 |
| | The Honorable Thomas M. Durkin |
| This Document Relates To: | Magistrate Judge Jeffrey T. Gilbert |
| All Actions | |

## STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO INCREASE THE PAGE AND PARAGRAPH LIMITS FOR SUMMARY JUDGMENT SUBMISSIONS

This stipulation is between Track 1 Defendants and Track 1 Plaintiffs. Track 1 Defendants have filed a Motion to Increase the Page and Paragraph Limits for Summary Judgment Submissions (the "Motion," Dkt. No. 5759). The parties have conferred and agree that the Track 1 Plaintiffs will be given four business days, until August 26, 2022, to file any response to the Motion, and hereby stipulate and agree to the following:

1. Track 1 Plaintiffs shall be permitted until August 26, 2022, to file their written response to Defendants' Motion to Increase the Page and Paragraph Limits for Summary Judgment Submissions, Dkt. No. 5759.

(Remainder of Page Intentionally Left Blank)

Date: August 22, 2022                                  Respectfully submitted,

**PLAINTIFFS' ATTORNEYS**

<div style="columns:2">

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (#6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
tnolan@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com

***Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel***

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com

***Direct Purchaser Plaintiffs' Liaison Class Counsel***

</div>

*s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

Adam Zapala
Tamarah Prevost
James G. Dallal
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
azapala@cpmlegal.com
tprevost@cpmlegal.com
jdallal@cpmlegal.com

***Commercial and Institutional Indirect Purchaser Plaintiffs' Interim Co-Lead Counsel***

Kenneth A. Wexler
Kara A. Elgersma
Melinda J. Morales
WEXLER BOLEY & ELGERSMA LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222
kaw@wbe-llp.com
kae@wbe-llp.com
mjm@wbe-llp.com

***Commercial and Institutional Indirect Purchaser Plaintiffs' Liaison Counsel***

*s/ Shana E. Scarlett*
Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
1918 8th Avenue, Suite 3300
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
T: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*End-User Consumer Plaintiffs' Interim Co-Lead Counsel*

| | |
|---|---|
| /s/ *David P. Germaine* | /s/ *William J. Blechman* |
| Paul E. Slater | William J. Blechman |
| Joseph M. Vanek | Kevin Murray |
| David P. Germaine | Douglas Patton |
| John P. Bjork | Samuel Randall |
| SPERLING & SLATER, P.C. | Michael Ponzoli |
| 55 West Monroe Street | KENNY NACHWALTER, P.A. |
| Suite 3200 | 1441 Brickell Avenue |
| Chicago, Illinois 60603 | Suite 1100 |
| Tel: (312) 641-3200 | Miami, Florida 33131 |
| Fax: (312) 641-6492 | Tel: (305) 373-1000 |
| E-mail: PES@Sperling-law.com | Fax: (305) 372-1861 |
| JVanek@Sperling-law.com | E-mail: wblechman@knpa.com |
| DGermaine@Sperling-law.com | kmurray@knpa.com |
| JBjork@Sperling-law.com | dpatton@knpa.com |
| | srandall@knpa.com |
| | mponzoli@knpa.com |

Phillip F. Cramer
Ryan T. Holt
SHERRARD ROE VOIGT &
HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
E-mail: pcramer@srvhlaw.com
rholt@srvhlaw.com

***Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets (the "Kroger DAPs")***

***Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp. (the "Publix DAPs")***

| | |
|---|---|
| CERA LLP<br>Solomon B. Cera<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: (415) 777-2230<br>E-mail: scera@cerallp.com | /s/ *Eric R. Lifvendahl*<br>L&G LAW GROUP<br>Eric R. Lifvendahl<br>175 W. Jackson Boulevard, Suite 950<br>Chicago, IL 60604<br>Tel: (312) 364-2500<br>E-mail: elifvendahl@lgcounsel.com |

CERA LLP
C. Andrew Dirksen
800 Boylston Street, 16th Floor
Boston, MA 02199
Tel: (857) 453-6555
E-mail: cdirksen@cerallp.com

KAPLAN FOX & KILSHEIMER, LLP
Robert N. Kaplan
Gregory K. Arenson
Jeffrey P. Campisi
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
E-mail: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
E-mail: jcampisi@kaplanfox.com
E-mail: mmccahill@kaplanfox.com

HAYNSWORTH SINKLER BOYD P.A.
Manton M. Grier
Elizabeth H. Black
Mary C. Eldridge
1201 Main Street, 22nd Floor
Columbia, SC 29201-3226
Tel: (803) 540-7753
E-mail: mgrier@hsblawfirm.com
E-mail: eblack@hsblawfirm.com
E-mail: meldridge@hsblawfirm.com

THE COFFMAN LAW FIRM
Richard L. Coffman
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

MARCUS & SHAPIRA LLP
Bernard D. Marcus
Moira Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Tel: (412) 471-3490
E-mail: marcus@marcus-shapira.com
E-mail: cain-mannix@marcus-shapira.com
E-mail: allen@marcus-shapira.com

***Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Bros., Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck***

*Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

| | |
|---|---|
| <u>/s/ Patrick J. Ahern</u><br>Patrick J. Ahern<br>Theodore B. Bell<br>AHERN AND ASSOCIATES, P.C.<br>8 South Michigan Ave., Suite 3600<br>Chicago, IL 60603<br>(312) 404-3760<br>patrick.ahern@ahernandassociatespc.com<br>theo.bell@ahernandassociatespc.com<br><br>**Counsel for Plaintiffs Winn-Dixie Stores, Inc and Bi-Lo Holdings, LLC (the "Winn-Dixie DAPs")** | <u>s/ Daniel D. Owen</u><br>AMY D. FITTS<br>   IL Bar No. 629248<br>DANIEL D. OWEN<br>   MO Bar No. 41514<br>   *Pro Hac Vice*<br>GUILLERMO G. ZOROGASTUA<br>   MO Bar No. 59643<br>   *Pro Hac Vice*<br>POLSINELLI PC<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112<br>Telephone: (816) 753-1000<br>Facsimile: (816) 753-1536<br>Email: afitts@polsinelli.com<br>Email: dowen@polsinelli.com<br>Email: gzorogastua@polsinelli.com<br><br>RODNEY L. LEWIS<br>   IL Bar No. 6288353<br>POLSINELLI PC<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, IL 60606<br>Telephone: (312) 819-1900<br>Facsimile: (312) 819-1910<br>Email: rodneylewis@polsinelli.com<br><br>**Counsel for Plaintiff Associated Wholesale Grocers, Inc.** |

**DEFENDANTS' ATTORNEYS**

JOSEPH D. CARNEY & ASSOCIATES LLC

Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

D. KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

*/s/Thomas M. Staunton*
Thomas M. Staunton (#621764)
Daniel M. Feeney (#6224893)
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

PAUL L. BINDER, ESQ.
(admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

***Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.***

ARENTFOX SCHIFF LLP

By: /s/ *Margaret A. Hickey*

Margaret A. Hickey
Lawrence Harris Heftman
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
maggie.hickey@afslaw.com
lawrence.heftman@afslaw.com
kylie.wood@afslaw.com

Robert J. Wierenga
Suzanne L. Wahl
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, AR 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

***Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.***

VENABLE LLP

By: /s/ *J. Douglas Baldridge*

J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives (#6289952)
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

***Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC***

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*

Carmine R. Zarlenga (#90784529)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

***Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms, a California Corporation***

| | |
|---|---|
| NOVACK AND MACEY LLP | KIRKLAND & ELLIS LLP |

By: /s/ *Stephen Novack*
Stephen Novack (#6284749)
Stephen J. Siegel (#6284749)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com

**Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (all cases except DAP Case No. 21-cv-4354)**

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

By: /s/ *Christopher E. Thorsen*
Christopher E. Thorsen (admitted *pro hac vice*)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615)726-5586
Facsimile: (615)726-0464
cthorsen@bakerdonelson.com

**Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (with respect to DAP Case No. 21-CV-4354 only)**

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Jenna M. Stupar (#6321583)
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
jenna.stupar@kirkland.com

**Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))**

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

**Attorneys for Defendant Wayne Farms LLC**

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeffrey M. Fletcher (admitted *pro hac vice*)
234 East Millsap Road, Ste 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
Jeffrey.fletcher@kuakrock.com

Kimberly M. Hare (#6323326)
One South Wacker Drive, Ste 2050
Chicago, IL 60606-4614
Telephone: (312) 602-4100
Facsimile: (312) 602-4101
kimberly.hare@kutakrock.com

***Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc***.

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
1105 W. Peachtree St. NE Suite 1000
Atlanta, GA 30309
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1105 W. Peachtree St. NE
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson (#6199621)
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 445-4623
Facsimile: (312) 896-5883
jthompson@lynchthompson.com

***Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc***.

| | |
|---|---|
| VAUGHAN & MURPHY<br><br>By: /s/ *Charles C. Murphy, Jr.*<br>Charles C. Murphy, Jr. (admitted *pro hac vice*)<br>690 S Ponce Court NE<br>Atlanta, GA 30307<br>Telephone: (404) 667-0714<br>Facsimile: (404) 529-4193<br>cmurphy@vaughanandmurphy.com<br><br>WINSTON & STRAWN LLP<br><br>James F. Herbison (#6275116)<br>Michael P. Mayer (#6272677)<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>jherbison@winston.com<br>mmayer@winston.com<br><br>***Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*** | HOGAN LOVELLS US LLP<br><br>By: /s/ *William L. Monts III*<br>William L. Monts III (admitted *pro hac vice*)<br>Justin W. Bernick (admitted *pro hac vice*)<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109<br>Telephone: (202) 637-5910<br>Facsimile: (202) 637-5911<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.<br><br>Jacob D. Koering<br>227 W. Monroe, Suite 3600<br>Chicago, IL 60606<br>Telephone: (312) 460-4200<br>Facsimile: (312) 460-4201<br>koering@millercanfield.com<br><br>***Attorneys for Defendant Agri Stats, Inc.*** |

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray (#6191802)
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

***Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods Inc.***

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS
& HELSINGER LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF
NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

***Attorneys for Defendants George's, Inc. and George's Farms, Inc.***

| | |
|---|---|
| EVERSHEDS SUTHERLAND (US) LLP | ALSTON & BIRD LLP |
| By: /s/ *Patricia A. Gorham* | By: /s/ *B. Parker Miller* |
| Patricia A. Gorham (admitted *pro hac vice*)<br>James R. McGibbon (admitted *pro hac vice*)<br>Peter M. Szeremeta (admitted *pro hac vice*)<br>Kaitlin A. Carreno (admitted *pro hac vice*)<br>Dylan de Fouw (admitted *pro hac vice*)<br>Rebekah Whittington (admitted *pro hac vice*)<br>999 Peachtree Street, N.E., Ste 2300<br>Atlanta, GA 30309-3996<br>Telephone: (404) 853-8000<br>Facsimile: (404) 853-8806<br>patriciagorham@eversheds-sutherland.com<br>jimmcgibbon@eversheds-sutherland.com<br>peterszeremeta@eversheds-sutherland.com<br>katilincarreno@eversheds-sutherland.com<br>dylandefouw@eversheds-sutherland.com<br>rebekahwhittington@eversheds-sutherland.com | B. Parker Miller (pro hac vice)<br>Valarie C. Williams (pro hac vice)<br>Thomas P. Grantham (pro hac vice)<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000 (T)<br>(404) 881-7777 (F)<br>parker.miller@alston.com<br>valarie.williams@alston.com<br>thomas.grantham@alston.com |
| SMITH AMUNDSEN LLC | THE BLOCK FIRM LLC |
| Ronald Balfour (#6307658)<br>150 N. Michigan Avenue, Ste 3300<br>Chicago, Illinois 60601<br>Telephone: (312) 894-3200<br>Facsimile: (312) 997-1828<br>cphillips@salawus.com | Max Marks (pro hac vice)<br>Aaron Block (pro hac vice)<br>309 East Paces Ferry Road, Suite 400<br>Atlanta, GA 30305<br>(404) 997-8419<br>max.marks@blockfirmllc.com<br>aaron@blockfirmllc.com |
| ***Attorneys for Defendant Harrison Poultry, Inc.*** | ***Attorneys for Defendant Fieldale Farms Corporation*** |

.

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

***Attorneys for Defendant House of Raeford Farms, Inc.***

QUINN EMANUEL URQUHART & SULLIVAN LLP

/s/ *Michael D. Bonanno*
Michael D. Bonanno
William A. Burck
Kathleen A. Lanigan
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
williamburck@quinnemanuel.com
katlanigan@quinnemanuel.com

Debra D. Bernstein
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Tel: (404) 482-3502
debrabernstein@quinnemanuel.com

Michelle Schmit
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
michelleschmit@quinnemanuel.com

WEIL GOTSHAL & MANGES LLP

Carrie C. Mahan
2001 M Street N.W., Suite 600
Washington, DC 20036
Tel: (202) 682-7000
carrie.mahan@weil.com

***Counsel for Defendant Pilgrim's Pride Corporation***

| | |
|---|---|
| AXINN, VELTROP & HARKRIDER LLP | LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD. |
| /s/ Rachel J. Adcox | |
| Rachel J. Adcox (#1001488) | Jordan M. Tank |
| Bradley D. Justus (*pro hac vice*) | 230 West Monroe Street, Ste 2260 |
| Daniel K. Oakes (*pro hac vice*) | Chicago, IL 60606 |
| Kenina J. Lee (*pro hac vice*) | T: 312-702-0586 |
| Carmel R. Arikat (*pro hac vice*) | jmt@lipelyons.com |
| 1901 L Street NW | |
| Washington, DC 20036 | ***Attorneys for Defendants Tyson Foods, Inc.,*** |
| T: 202-912-4700 | ***Tyson Chicken, Inc., Tyson Breeders, Inc.,*** |
| radcox@axinn.com | ***Tyson Poultry, Inc., Keystone Foods, LLC,*** |
| bjustus@axinn.com | ***Equity Group Eufaula Division, LLC,*** |
| doakes@axinn.com | ***Equity Group Kentucky Division, LLC, and*** |
| klee@axinn.com | ***Equity Group – Georgia Division, LLC*** |
| carikat@axinn.com | |
| | |
| Nicholas E.O. Gaglio (*pro hac vice*) | |
| Denise L. Plunkett (*pro hac vice*) | |
| Kail J. Jethmalani (*pro hac vice*) | |
| 114 West 47th Street | |
| New York, NY 10036 | |
| T: 212-728-2200 | |
| ngaglio@axinn.com | |
| dplunkett@axinn.com | |
| kjethmalani@axinn.com | |
| | |
| John M. Tanski (*pro hac vice*) | |
| Jarod G. Taylor (*pro hac vice*) | |
| 90 State House Square | |
| Hartford, CT 06103 | |
| T: 860-275-8100 | |
| jtanski@axinn.com | |
| jtaylor@axinn.com | |

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: /s/ *Lara Flath*
Boris Bershteyn (admitted pro hac vice)
Lara Flath (#6289481)
Sam Auld (admitted pro hac vice)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

Patrick Fitzgerald (#6307561)
Gail Lee
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

**Attorneys for Defendant Peco Foods, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

                                      /s/ *Thomas M. Staunton*
                                      Thomas M. Staunton