UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No: 1:16-cv-08637<br><br>Hon. Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

### DEFENDANTS' CORRECTED[1] MOTION TO INCREASE THE PAGE AND PARAGRAPH LIMITS FOR SUMMARY JUDGMENT SUBMISSIONS

---

[1] Defendants file this corrected motion after conferring with and sharing a copy of this corrected motion with counsel for the Track 1 Plaintiffs on August 23, 2022. Track 1 Plaintiffs take no position on this filing. A redline comparison to the original Motion filed on August 22, 2022 is attached as Exhibit A.

"Defendants" refers to all Track One defendants: Agri Stats, Inc. ("Agri Stats"); Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc. (collectively, "Case Farms"); Norman W. Fries, Inc. d/b/a Claxton Poultry Farms ("Claxton"); Fieldale Farms Corporation ("Fieldale"); Foster Farms, LLC and Foster Poultry Farms (collectively, "Foster Farms"), George's Inc. and George's Farms, Inc. (collectively, "George's); Harrison Poultry, Inc. ("Harrison"); House of Raeford Farms, Inc. ("House of Raeford"); Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (collectively "Koch"); Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc. (collectively, "Mar-Jac"); Mountaire Farms Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc. (collectively, "Mountaire"), O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc. (collectively, "O.K. Foods"); Peco Foods, Inc. ("Peco"), Perdue Farms, Inc. and Perdue Foods, LLC ("Perdue"); Pilgrim's Pride Corporation ("Pilgrim's Pride"); Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), and Sanderson Farms, Inc. (Foods Division) (collectively "Sanderson Farms"); Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (collectively, "Simmons"); Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc, Tyson Poultry, Inc., Keystone Foods, LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, and Equity Group - Georgia Division LLC (collectively "Tyson"); and Wayne Farms LLC ("Wayne Farms"). Each Defendant joins this Motion only as to those Track One Plaintiffs with which it has an active, ongoing dispute.

In this sprawling and highly complex consolidated antitrust action, Defendants respectfully ask this Court for an expansion of the Local Rules' default length limitations for summary judgment briefs and statements of material facts. The briefing structure Defendants propose balances (a) the Court's interest in receiving an organized, non-duplicative set of summary judgment submissions and (b) the interests of each Defendant in having a sufficient opportunity to set forth the deficiencies in Plaintiffs' wide-ranging claims against it and the undisputed facts that warrant summary disposition. To that end, Defendants seek 25 pages for each Defendant's individual opening brief, 20 pages each for their replies, and 120 paragraphs each for their Rule 56.1 statements of material facts. Defendants also seek to submit a set of joint briefs and statements of material facts that will address legal and factual matters common to all Defendants. Defendants request a total of 120 pages for joint opening briefs, 60 pages for replies, and 120 paragraphs for joint statements of material facts.

Prior to filing this Motion, Defendants and Track One Plaintiffs conferred regarding a possible joint proposal to expand the standard limits but were unable to reach agreement. Although the relief sought in this Motion is what Defendants reasonably require to adequately set forth the bases for summary judgment, Defendants expressed a willingness to agree to slightly lower paragraph limits and page limits for individual reply briefs during negotiations with Plaintiffs, in the spirit of compromise and an effort to avoid Court involvement. (The page limits for opening briefs requested by Defendants in this Motion are exactly the same as in Defendants' final meet and confer proposal.) Plaintiffs rejected Defendants' offer and, for the individual submissions, refused to agree to any expansion of the 15-page limit for briefs and sought to cut the default 80-paragraph limit on statements of material facts in half (while preserving for their own response the full 40 paragraphs allowed by Local Rule).

1

## A. THE SCOPE AND COMPLEXITY OF THIS CASE WARRANT AN EXPANSION OF THE DEFAULT LIMITS.

As this Court is aware, Northern District of Illinois Local Rule 56.1 requires a party moving for summary judgment to file with its motion a supporting memorandum of law with a default limitation of 15 pages (L.R. 7.1) and a statement of material facts with a default limit of 80 numbered paragraphs (L.R. 56.1(d)(5)). The opposing party may respond with a 15-page brief and a statement of additional facts comprised of not more than 40 numbered paragraphs. *Id.* The scope and complexity of the legal and factual matters at issue in this case warrant an expansion of these standard limits for Defendants' joint and individual briefs and statements of material fact.

This Court needs no reminder of the range and complexity of the claims and defenses involved in the decade-long, multi-faceted conspiracy Plaintiffs allege here. All of those claims and many of the defenses are amenable to summary disposition. But to establish that, Defendants must address the varied theories set forth by the three independent classes and 117 Track One DAPs (themselves divided into at least two distinct camps) in their four separate operative complaints (totaling over 135 counts and 3584 paragraphs). Defendants will be responding to five separate sets of merits experts, who proffered eleven initial reports and ten rebuttal reports and whose legal and economic theories, alleged conspiracy periods, and definitions of the alleged collusive agreement vary widely. Finally, Defendants need to account for the millions of documents and terabytes of data produced and the 500-plus depositions taken.

Moreover, each Defendant in this case is facing significant potential liability, as Plaintiffs seek damages that would threaten the survival of many Defendants. Plaintiffs may want to avoid a fulsome examination of their conspiracy evidence as to each of the 19 separate Track One Defendants, but Defendants are entitled to that individualized examination under Rule 56. *See*

2

*Collins v. Associated Pathologists, Ltd.*, 844 F.2d 473, 475 (7th Cir. 1988) ("[T]he use of summary judgment is not only permitted but encouraged in. . . antitrust cases."). Plaintiffs have the burden to gather and present to this Court sufficient evidence of conscious commitment to an unlawful conspiracy as to each Defendant they elected to sue. *See Kleen Prods. LLC v. Int'l Paper*, 276 F. Supp. 3d 811, 821 (N.D. Ill. 2017) (at summary judgment in a Section 1 case, "[t]he evidence is assessed individually against the moving [d]efendants. . . to determine whether Plaintiffs have carried their burden as to the specific [d]efendants"), *aff'd* 910 F.3d 927 (7th Cir. 2018). The reasonable expansion of the filing limits requested here is necessary to efficiently, but effectively, address whether Plaintiffs have met their burden and can proceed to trial.

**B.    DEFENDANTS' PROPOSAL IS REASONABLE AND EFFICIENT.**

Defendants are working diligently to collaborate in their summary judgment submissions to avoid duplication and generate a collection of joint and individual submissions that address the array of complex legal and factual matters relevant to summary adjudication of Plaintiffs' claims.

*Joint Briefs.* To eliminate redundancy and avoid the more extensive individual submissions that would otherwise be necessary, Defendants request that they be permitted to file four to six joint briefs. Each joint brief will address a separate dispositive legal issue applicable to all or large groups of Defendants, such as the lack of evidence of any supply-reduction agreement and Plaintiffs' failure to prove key elements of their Georgia Dock claims. The joint briefs will be supported by joint statements of material facts setting forth undisputed evidence relevant across the Defendants, with the following requested space limitations:

- Defendants' joint opening briefs will not exceed 120 total pages;
- Defendants' joint statements of material facts will not exceed 120 total paragraphs;
- Plaintiffs' response brief or briefs will not exceed 120 total pages;
- Plaintiffs' statements of additional facts will not exceed 60 total paragraphs;
- Defendants' joint reply briefs will not exceed 60 total pages.

*Individual Briefs*. Because Plaintiffs have alleged that each of the 19 Track One Defendants consciously committed to enter into the alleged multi-pronged conspiracy, each Defendant will submit its own brief and statement of material facts to address the facts unique to it and the various theories and allegations Plaintiffs have levelled against it specifically. Defendants ask for the following enlargement of the default space limitations for these individual submissions:

- Each individual Defendant's opening brief will not exceed 25 pages;
- Each individual Defendant's statement of material facts will not exceed 120 paragraphs;
- Plaintiffs' response to each individual brief will not exceed 25 pages;
- Plaintiffs' collective statement of additional facts addressing each Defendant will not exceed 60 paragraphs;
- Each individual Defendant's reply brief will not exceed 20 pages.

For the reasons stated above, Defendants respectfully request that this Court grant their request for enlarged summary judgment limits.

**DEFENDANTS' ATTORNEYS**

Dated: August 24, 2022                                   Respectfully submitted,

                                                         */s/ Thomas M. Staunton*

JOSEPH D. CARNEY & ASSOCIATES LLC

Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

D. KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton (#621764)
Daniel M. Feeney (#6224893)
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

PAUL L. BINDER, ESQ.
(admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

***Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.***

ARENTFOX SCHIFF LLP

By: /s/ *Margaret A. Hickey*

Margaret A. Hickey
Lawrence Harris Heftman
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
maggie.hickey@afslaw.com
lawrence.heftman@afslaw.com
kylie.wood@afslaw.com

Robert J. Wierenga
Suzanne L. Wahl
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, AR 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

***Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.***

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives (#6289952)
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

***Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC***

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

***Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms, a California Corporation***

| NOVACK AND MACEY LLP | KIRKLAND & ELLIS LLP |
|---|---|

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack (#6284749)
Stephen J. Siegel (#6284749)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com

***Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (all cases except DAP Case No. 21-cv-4354)***

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

By: /s/ *Christopher E. Thorsen*
Christopher E. Thorsen (admitted *pro hac vice*)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615)726-5586
Facsimile: (615)726-0464
cthorsen@bakerdonelson.com

***Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (with respect to DAP Case No. 21-CV-4354 only)***

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Jenna M. Stupar (#6321583)
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
jenna.stupar@kirkland.com

*Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

***Attorneys for Defendant Wayne Farms LLC***

| | |
|---|---|
| KUTAK ROCK LLP | EDWARD C. KONIECZNY LLC |
| By: /s/ *John P. Passarelli* <br> John P. Passarelli (admitted *pro hac vice*) <br> James M. Sulentic (admitted *pro hac vice*) <br> 1650 Farnam Street <br> Omaha, NE 68102 <br> Telephone: (402) 346-6000 <br> Facsimile: (402) 346-1148 <br> john.passarelli@kutakrock.com <br> james.sulentic@kutakrock.com <br><br> J.R. Carroll (admitted *pro hac vice*) <br> Jeffrey M. Fletcher (admitted *pro hac vice*) <br> 234 East Millsap Road, Ste 200 <br> Fayetteville, AR 72703-4099 <br> Telephone: (479) 973-4200 <br> Facsimile: (479) 973-0007 <br> jr.caroll@kutakrock.com <br> Jeffrey.fletcher@kuakrock.com <br><br> Kimberly M. Hare (#6323326) <br> One South Wacker Drive, Ste 2050 <br> Chicago, IL 60606-4614 <br> Telephone: (312) 602-4100 <br> Facsimile: (312) 602-4101 <br> kimberly.hare@kutakrock.com <br><br> ***Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc****.* | By: */s/ Edward C. Konieczny* <br> Edward C. Konieczny (admitted *pro hac vice*) <br> 1105 W. Peachtree St. NE Suite 1000 <br> Atlanta, GA 30309 <br> Telephone: (404) 380-1430 <br> Facsimile: (404) 382-6011 <br> ed@koniecznylaw.com <br><br> SMITH, GAMBRELL & RUSSELL, LLP <br><br> David C. Newman (admitted *pro hac vice*) <br> W. Parker Sanders (admitted *pro hac vice*) <br> 1105 W. Peachtree St. NE <br> Suite 1000 <br> Atlanta, GA 30309 <br> Telephone: (404) 815-3500 <br> Facsimile: (404) 815-3509 <br> dnewman@sgrlaw.com <br> psanders@sgrlaw.com <br><br> James L. Thompson (#6199621) <br> Lynch Thompson LLP <br> 150 S. Wacker Drive, Suite 2600 <br> Chicago, IL 60606 <br> Telephone: (312) 445-4623 <br> Facsimile: (312) 896-5883 <br> jthompson@lynchthompson.com <br><br> ***Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc****.* |

| | |
|---|---|
| VAUGHAN & MURPHY<br><br>By: /s/ *Charles C. Murphy, Jr.*<br>Charles C. Murphy, Jr. (admitted *pro hac vice*)<br>690 S Ponce Court NE<br>Atlanta, GA 30307<br>Telephone: (404) 667-0714<br>Facsimile: (404) 529-4193<br>cmurphy@vaughanandmurphy.com<br><br><br>WINSTON & STRAWN LLP<br><br>James F. Herbison (#6275116)<br>Michael P. Mayer (#6272677)<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>jherbison@winston.com<br>mmayer@winston.com<br><br>***Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*** | HOGAN LOVELLS US LLP<br><br>By: /s/ *William L. Monts III*<br>William L. Monts III (admitted *pro hac vice*)<br>Justin W. Bernick (admitted *pro hac vice*)<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109<br>Telephone: (202) 637-5910<br>Facsimile: (202) 637-5911<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.<br><br>Jacob D. Koering<br>227 W. Monroe, Suite 3600<br>Chicago, IL 60606<br>Telephone: (312) 460-4200<br>Facsimile: (312) 460-4201<br>koering@millercanfield.com<br><br>***Attorneys for Defendant Agri Stats, Inc.*** |

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray (#6191802)
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

***Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods Inc.***

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

***Attorneys for Defendants George's, Inc. and George's Farms, Inc.***

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
Patricia A. Gorham (admitted *pro hac vice*)
James R. McGibbon (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan de Fouw (admitted *pro hac vice*)
Rebekah Whittington (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
patriciagorham@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com
rebekahwhittington@eversheds-sutherland.com

SMITH AMUNDSEN LLC

Ronald Balfour (#6307658)
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
cphillips@salawus.com

***Attorneys for Defendant Harrison Poultry, Inc.***

ALSTON & BIRD LLP

By: /s/ *B. Parker Miller*
B. Parker Miller (pro hac vice)
Valarie C. Williams (pro hac vice)
Thomas P. Grantham (pro hac vice)
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com

THE BLOCK FIRM LLC

Max Marks (pro hac vice)
Aaron Block (pro hac vice)
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305
(404) 997-8419
max.marks@blockfirmllc.com
aaron@blockfirmllc.com

***Attorneys for Defendant Fieldale Farms Corporation***

| | |
|---|---|
| VEDDER PRICE P.C.<br><br>By: /s/ *Gregory G. Wrobel*<br>Gregory G. Wrobel (#3122900)<br>222 N. LaSalle Street<br>Chicago, IL 60601<br>Telephone: (312) 609-7722<br>Facsimile: (312) 609-5005<br>gwrobel@vedderprice.com<br><br>JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC<br><br>Henry W. Jones, Jr. (admitted *pro hac vice*)<br>1951 Clark Avenue<br>Raleigh, NC 27605<br>Telephone: (919) 828-2501<br>Facsimile: (919) 834-8447<br>hjones@jordanprice.com<br><br>***Attorneys for Defendant House of Raeford Farms, Inc.*** | QUINN EMANUEL URQUHART & SULLIVAN LLP<br><br>/s/ *Michael D. Bonanno*<br>Michael D. Bonanno<br>William A. Burck<br>Kathleen A. Lanigan<br>1300 I Street, N.W., Suite 900<br>Washington, DC 20005<br>Tel: (202) 538-8000<br>mikebonanno@quinnemanuel.com<br>williamburck@quinnemanuel.com<br>katlanigan@quinnemanuel.com<br><br>Debra D. Bernstein<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, Georgia 30338<br>Tel: (404) 482-3502<br>debrabernstein@quinnemanuel.com<br><br>Michelle Schmit<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>michelleschmit@quinnemanuel.com<br><br>WEIL GOTSHAL & MANGES LLP<br><br>Carrie C. Mahan<br>2001 M Street N.W., Suite 600<br>Washington, DC 20036<br>Tel: (202) 682-7000<br>carrie.mahan@weil.com<br><br>***Counsel for Defendant Pilgrim's Pride Corporation*** |

AXINN, VELTROP & HARKRIDER LLP

*/s/ Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Bradley D. Justus (*pro hac vice*)
Daniel K. Oakes (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
Carmel R. Arikat (*pro hac vice*)
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
radcox@axinn.com
bjustus@axinn.com
doakes@axinn.com
klee@axinn.com
carikat@axinn.com

Nicholas E.O. Gaglio (*pro hac vice*)
Denise L. Plunkett (*pro hac vice*)
Kail J. Jethmalani (*pro hac vice*)
114 West 47th Street
New York, NY 10036
T: 212-728-2200
ngaglio@axinn.com
dplunkett@axinn.com
kjethmalani@axinn.com

John M. Tanski (*pro hac vice*)
Jarod G. Taylor (*pro hac vice*)
90 State House Square
Hartford, CT 06103
T: 860-275-8100
jtanski@axinn.com
jtaylor@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe Street, Ste 2260
Chicago, IL 60606
T: 312-702-0586
jmt@lipelyons.com

***Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods, LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division, LLC, and Equity Group – Georgia Division, LLC***

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: /s/ *Lara Flath*
Boris Bershteyn (admitted pro hac vice)
Lara Flath (#6289481)
Sam Auld (admitted pro hac vice)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

Patrick Fitzgerald (#6307561)
Gail Lee
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

***Attorneys for Defendant Peco Foods, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Thomas M. Staunton*
Thomas M. Staunton