UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>Certain Track 2 Direct Action Plaintiff Actions | Case No: 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Honorable Jeffrey T. Gilbert |

**CERTAIN TRACK 2 DIRECT ACTION PLAINTIFFS' JOINDER IN CERTAIN TRACK 2 DIRECT ACTION PLAINTIFFS' OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Track 2 Direct Action Plaintiffs Aramark Food and Support Services Group, Inc., BJ'S Wholesale Club, Inc., Costco Wholesale Corporation, Darden Restaurants, Inc., Feeser's Inc., Gordon Food Service, Inc., Glazier Foods Company, Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., Hamilton Meat, LLC, Jetro Holdings LLC, Maximum Quality Foods, Inc., McDonald's Corporation, Panda Restaurant Group, Inc., PJ Food Service, Inc., Poultry Products Company of New England, LLC, Poultry Products Company, LLC, Poultry Products of Connecticut, LLC, Poultry Products of Maine, LLC, Thurston Foods, Inc., Quality Supply Chain Co-op, Inc., and Wood-Fruitticher Grocery Company, Inc., by and through undersigned counsel, hereby join in Certain Track 2 Direct Action Plaintiffs' Response in Opposition to all of Defendants' Motions to Dismiss, filed on August 25, 2022 (ECF No. 5768).

1

Dated: August 25, 2022

    Respectfully submitted

    */s/ Philip J. Iovieno*
    Philip J. Iovieno
    Lawrence S. Brandman
    Nicholas A. Gravante, Jr.
    Jack G. Stern
    Gillian Groarke Burns
    Mark A. Singer
    Elizabeth R. Moore
    Zygimante Andrijauskaite
    CADWALADER, WICKERSHAM & TAFT LLP
    200 Liberty Street
    New York, NY 10281
    Tel: (212) 504-6000
    Fax: (212) 504-6666
    E-mail: philip.iovieno@cwt.com
          lawrence.brandman@cwt.com
          nicholas.gravante@cwt.com
          jack.stern@cwt.com
          gillian.burns@cwt.com
          mark.singer@cwt.com
          elizabeth.moore@cwt.com
          zygimante.andrijauskaite@cwt.com

*Counsel for Track 2 Direct Action Plaintiffs Aramark Food and Support Services Group, Inc., BJ'S Wholesale Club, Inc., Costco Wholesale Corporation, Darden Restaurants, Inc., Feeser's Inc., Gordon Food Service, Inc., Glazier Foods Company, Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., Hamilton Meat, LLC, Jetro Holdings LLC, Maximum Quality Foods, Inc., McDonald's Corporation, Panda Restaurant Group, Inc., PJ Food Service, Inc., Poultry Products Company of New England, LLC, Poultry Products Company, LLC, Poultry Products of Connecticut, LLC, Poultry Products of Maine, LLC, Thurston Foods, Inc., Quality Supply Chain Co-op, Inc., LLC, and Wood-Fruitticher Grocery Company, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney, on oath, states that a copy of the foregoing pleading was served on all of the attorneys of record via the Court's electronic filing system.

*/s/ Philip J. Iovieno*