**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION, <br><br> This Document Relates To: <br><br> All Track 1 Actions | Case No.: 1:16-cv-08637 <br><br> The Honorable Thomas M. Durkin <br><br> Magistrate Judge Jeffrey T. Gilbert |

**TRACK 1 PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
TO INCREASE THE PAGE AND STATEMENT OF MATERIAL FACTS LIMITS
FOR DEFENDANTS' SUMMARY JUDGMENT SUBMISSIONS**

**A.  Track 1 Plaintiffs' Reasonable Proposal Avoids Overburdening the Court**

Early in this case, Magistrate Judge Gilbert noted that "in the words of Shakespeare's Polonius in Hamlet, 'brevity is the soul of wit.'" (ECF No. 393.) Track 1 Plaintiffs' proposal will by no means result in brief briefs, but it balances Defendants' need for expanded page and statements of fact limits with the burdens of this outsized briefing on the Court and the parties:

|  |  | Defendants' Proposal | Track 1 Plaintiffs' Proposal |
|---|---|---|---|
| **Joint Briefs** | *Opening Briefs* | 120 pages | 100 pages |
|  | *Opposition Briefs* | 120 pages | 100 pages |
|  | *Reply Briefs* | 60 pages | 50 pages |
|  | ***Total Pages*** | **300 pages** | **250 pages** |
|  | *Statement of Material Facts* | 120 | 80 |
|  | *Statement of Additional Material Facts* | 60 | 80 |
|  | ***Total Statement of Material Facts*** | **180** | **160** |
| **Individual Briefs** (**19 separate submissions**) | *Opening Brief* | 25 pages | 15 pages |
|  | *Opposition Briefs* | 25 pages | 15 pages |
|  | *Reply Briefs* | 20 pages | 10 pages |
|  | ***Total Pages per Indiv. Brief*** | **70 pages** | **40 pages** |
|  | ***Grand Total Pages Across All Ind. Briefs (x19)*** | **1,330 pages** | **760 pages** |
|  | *Statement of Material Facts* | 120 | 40 |
|  | *Statement of Additional Material Facts* | 60 | 40 |
|  | ***Total Statement of Material Facts per Indiv. Brief*** | **180** | **80** |
|  | ***Total Statement of Material Facts Across all Ind. Briefs (x19)*** | **3,420** | **1,520** |
| **All Briefs** | ***Grand Total Pages of Briefs (excluding Statement of Material Facts)*** | **1,630 pages** | **1,110 pages** |

Track 1 Plaintiffs' proposal also provides Defendants with more than enough pages and statements of fact for the Court to assess their respective liability.

B.   **Defendants' Proposal Expands the Default Limits Too Far**

Defendants rightly point out that the Local Rules of the District Court for the Northern District of Illinois allow 15 pages for a brief in support of a motion for summary judgment and 80 statements of fact. Defendants seek to substantially engorge these limits to that point that they will overly burden counsel for Track 1 Plaintiffs and the Court, who will need to respond to and review these voluminous submissions. Defendants want to file not one, but between four and six joint summary judgment briefs on so-called separate legal issues, and they want 180 total pages and 120 statements of material fact for those four to six briefs. (ECF No. 5762 at 3.) In addition, Defendants plan to file 19 individual summary judgment briefs. For each individual brief, Defendants want 45 total pages and 120 statements of material fact for a combined of 855 pages and 2,280 statements of fact. (*Id.* at 4.) This is in addition to the 35 total pages of briefing and 88 statements of material fact that Defendants received for the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment of All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy" (ECF Nos. 5527-2, 5527-3, 5758). The consequence of Defendants' request is 1,070 pages and 2,488 statements of fact for between four and six joint briefs, 19 individual Defendant briefs, and the Non-Georgia Dock Defendants' partial summary judgment motion.

Defendants' proposal for the individual briefs is particularly extraordinary. At the motion to dismiss stage, Defendants received only nine pages for opening briefs and just five pages for individual briefs. (ECF No. 256 at 1–2.) While the circumstances are not identical, 15 pages for opening briefs, 10 pages for reply briefs, and 40 statements of fact should be more than enough for Defendants' individual motions if Defendants' four to six joint briefs truly "eliminate

redundancy and avoid the more extensive individual submissions that would otherwise be necessary," as Defendants claim they will. (ECF No. 5762 at 3.)

Defendants note in their motion that, during the meet-and-confer process, they "expressed a willingness to agree to slightly lower page and paragraph limits," but claim that the limits they now seek are "what Defendants reasonably require to adequately set forth the bases for summary judgment." (ECF no. 5762 at 1.) Defendants' last proposal during that process was a total of 120 pages for opening briefs, 60 pages for replies, and 110 statements of fact for the joint briefs, and 25 pages for opening briefs, 15 pages for replies, and 100 statements of fact for each individual Defendant brief. Although this proposal was still needlessly large, it would reduce the total pages by 190 and the total statements of fact by 390 compared to Defendants' requested limits.

Date: August 26, 2022

Respectfully submitted,

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (#6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com

***Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel***

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com

***Direct Purchaser Plaintiffs' Liaison Class Counsel***

*s/ Daniel E. Gustafson*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
Brittany N. Resch
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: (612)333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Adam Zapala
Tamarah Prevost
James G. Dallal
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
azapala@cpmlegal.com
tprevost@cpmlegal.com
jdallal@cpmlegal.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Interim Co-Lead Counsel*

Kenneth A. Wexler
Kara A. Elgersma
Melinda J. Morales
WEXLER BOLEY & ELGERSMA LLP
55W.Monroe Street, Suite 3300Chicago, IL 60603
T: (312) 346-2222
kaw@wbe-llp.com
kae@wbe-llp.com
mjm@wbe-llp.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Liaison Counsel*

*s/ Shana E. Scarlett*
Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
1918 8th Avenue, Suite 3300
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
T: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

***End-User Consumer Plaintiffs' Interim Co-Lead Counsel***

/s/ *David P. Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
John P. Bjork
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
E-mail: PES@Sperling-law.com
JVanek@Sperling-law.com
DGermaine@Sperling-law.com
JBjork@Sperling-law.com

Phillip F. Cramer
Ryan T. Holt
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
E-mail: pcramer@srvhlaw.com
rholt@srvhlaw.com

/s/ *William J. Blechman*
William J. Blechman
Kevin Murray
Douglas Patton
Samuel Randall
Michael Ponzoli
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com
kmurray@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com

***Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets (the "Kroger DAPs")***

***Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp. (the "Publix DAPs")***

| | |
|---|---|
| CERA LLP<br>Solomon B. Cera<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: (415) 777-2230<br>E-mail: scera@cerallp.com | /s/ *Eric R. Lifvendahl*<br>L&G LAW GROUP<br>Eric R. Lifvendahl<br>175 W. Jackson Boulevard, Suite 950<br>Chicago, IL 60604<br>Tel: (312) 364-2500<br>E-mail: elifvendahl@lgcounsel.com |
| CERA LLP<br>C. Andrew Dirksen<br>800 Boylston Street, 16th Floor<br>Boston, MA 02199<br>Tel: (857) 453-6555<br>E-mail: cdirksen@cerallp.com | KAPLAN FOX & KILSHEIMER, LLP<br>Robert N. Kaplan<br>Gregory K. Arenson<br>Jeffrey P. Campisi<br>Matthew P. McCahill<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel: (212) 687-1980<br>E-mail: rkaplan@kaplanfox.com<br>Email: garenson@kaplanfox.com<br>E-mail: jcampisi@kaplanfox.com<br>E-mail: mmccahill@kaplanfox.com |
| HAYNSWORTH SINKLER BOYD P.A.<br>Manton M. Grier<br>Elizabeth H. Black<br>Mary C. Eldridge<br>1201 Main Street, 22nd Floor<br>Columbia, SC 29201-3226<br>Tel: (803) 540-7753<br>E-mail: mgrier@hsblawfirm.com<br>E-mail: eblack@hsblawfirm.com<br>E-mail: meldridge@hsblawfirm.com | THE COFFMAN LAW FIRM<br>Richard L. Coffman<br>3355 West Alabama, Suite 240<br>Houston, TX 77098<br>Tel: (713) 528-6700<br>E-mail: rcoffman@coffmanlawfirm.com |
| | MARCUS & SHAPIRA LLP<br>Bernard D. Marcus<br>Moira Cain-Mannix<br>Erin Gibson Allen<br>One Oxford Center, 35th Floor<br>Pittsburgh, PA 15219<br>Tel: (412) 471-3490<br>E-mail: marcus@marcus-shapira.com<br>E-mail: cain-mannix@marcus-shapira.com<br>E-mail: allen@marcus-shapira.com |

*Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Bros., Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash*

*Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

*/s/ Patrick J. Ahern*
Patrick J. Ahern
AHERN AND ASSOCIATES, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc and Bi-Lo Holdings, LLC (the "Winn-Dixie DAPs")*

*/s/ Daniel D. Owen*
AMY D. FITTS
　IL Bar No. 629248
DANIEL D. OWEN
　MO Bar No. 41514
　*Pro Hac Vice*
GUILLERMO G. ZOROGASTUA
　MO Bar No. 59643
　*Pro Hac Vice*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536
Email: afitts@polsinelli.com
Email: dowen@polsinelli.com
Email: gzorogastua@polsinelli.com

RODNEY L. LEWIS
　IL Bar No. 6288353
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone:  (312) 819-1900
Facsimile:  (312) 819-1910
Email: rodneylewis@polsinelli.com

*Counsel for Plaintiff Associated Wholesale Grocers, Inc.*