**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

Maplevale Farms, Inc., et al.
                    Plaintiff,

v.
                    Case No.: 1:16−cv−08637
                    Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 30, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Defendants' motion to increase the page and paragraph limits for summary judgment submissions [5759] [5762] is granted in part and denied in part. Defendants' proposals for page and paragraph limits on the "joint briefs" is granted, with the exception that the Court permits Plaintiffs' proposal for 80 paragraphs in their statement of additional material facts. Defendants' proposal for page limits for the "individual briefs" is denied. The Court adopts Plaintiffs' proposal for page limits for the individual briefs. Defendants' proposal for 120 paragraphs in their statements of material facts on the "individual briefs" is denied. The Court adopts the standard limit imposed by Local Rule 56.1 of 80 paragraphs for Defendants' statements of material facts for the "individual briefs." The Court permits 60 paragraphs in Plaintiffs' statements of additional material facts for the "individual briefs." To be clear, this means the page and paragraph limitations for the "joint briefs" are as follows: opening and opposition briefs are limited to a total of 120 pages for each side; reply briefs are limited to a total of 60 pages; statements of material facts are limited to a total of 120 paragraphs; and statement of additional material facts is limited to 80 paragraphs. And for the "individual briefs": opening and opposition briefs are limited to 15 pages each; reply briefs are limited to 10 pages each; statements are material facts are limited to 80 paragraphs; and statements of additional facts are limited to 60 paragraphs. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.