Maplevale Farms, Inc., et al.

                              Plaintiff,

v.                                                          Case No.: 1:16−cv−08637
                                                            Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 13, 2022:

        MINUTE entry before the Honorable Thomas M. Durkin: The Court adopts the stipulated revised briefing schedule [5805]. Scheduling Order No. 18 [5685] is amended such that: (1) Track 1 Summary Judgement Opening Briefs are due 10/7/2022; (2) Track 1 Merits Daubert Motions are due 10/7/2022; (3) Non−Georgia Dock Defendants' Reply in Support of Their Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy" is due 11/11/2022; (4) Defendants' Replies in Support of Their Motions to Dismiss the Track 2 Plaintiffs' Second Amended Consolidated Complaint are due 11/11/2022; (5) Track 1 Summary Judgment Responses are due 1/27/2023; (6) Merits Expert Daubert Responses are due 1/27/2023; (7) Track 1 Summary Judgment Replies are due 3/17/2023; and (8) Merits Expert Daubert Replies are due 3/17/2023. No further extensions will be granted to these briefing schedules absent extraordinary circumstances. Any further requests for extensions should be filed as a motion. Stipulations among the parties are not sufficient to extend briefing schedules. The Court's consent is required and must be sought with a motion. Separately, the Court acknowledges that a date certain has not been set for the trial and that the Court has yet to determine the form of the trial. The Court will review the parties trial plans submitted last year (and the anticipated additional filing from Plaintiffs, noted in the Stipulation) and will issue a proposed trial plan for the parties' consideration as soon as possible. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.