**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Track 1 Actions | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**TRACK 1 PLAINTIFFS' MOTION TO SET FOR TRIAL**

As referenced in the recently-filed stipulation by the parties, ECF #5805, and the Court's minute entry extending certain pretrial deadlines, ECF #5810, Track 1 Plaintiffs respectfully move the Court to set the trial date for the initial trial(s) in the *Broiler* litigation, or alternatively to schedule a trial setting hearing for the purpose of selecting a trial date.

Scheduling the trial date now is most efficient for the Court and the litigants. The Track 1 parties have completed expert discovery, and the Court recently set the schedule for remaining motions, ECF #5810. The next logical step is to establish a trial date, which would permit the parties to focus and plan their efforts going forward.

Scheduling Order No. 18 provides that the "First Trial Commences" in the "Fall of 2023." ECF #5685 at 3. "Fall of 2023" is not further defined. As we approach the one-year mark from the Fall of 2023, Track 1 Plaintiffs respectfully request that the Court now schedule the first trial to begin on a date certain in the Fall of 2023 so the Court and the parties (including their counsel) can plan accordingly. Calendars can be blocked, and other plans and work can be scheduled or commenced. Track 1 Plaintiffs therefore respectfully move for the Court to set a date certain for the first trial or to schedule a trial setting hearing for the purpose of selecting a trial date.

Dated: September 23, 2022

1

Respectfully submitted,

| | |
|---|---|
| /s/ *David P. Germaine* | /s/ *William J. Blechman* |
| Paul E. Slater | Richard A. Arnold |
| Joseph M. Vanek | William J. Blechman |
| David P. Germaine | Kevin Murray |
| Phillip F. Cramer | Douglas Patton |
| John P. Bjork | Samuel Randall |
| SPERLING & SLATER, P.C. | Michael Ponzoli |
| 55 West Monroe Street | KENNY NACHWALTER, P.A. |
| Suite 3200 | 1441 Brickell Avenue |
| Chicago, Illinois 60603 | Suite 1100 |
| Tel: (312) 641-3200 | Miami, Florida 33131 |
| Fax: (312) 641-6492 | Tel: (305) 373-1000 |
| E-mail: PES@Sperling-law.com | Fax: (305) 372-1861 |
| JVanek@Sperling-law.com | E-mail: rarnold@knpa.com |
| DGermaine@Sperling-law.com | wblechman@knpa.com |
| PCramer@Sperling-law.com | kmurray@knpa.com |
| JBjork@Sperling-law.com | dpatton@knpa.com |
| | srandall@knpa.com |
| Ryan T. Holt | mponzoli@knpa.com |
| Christina R.B. Lopez | |
| SHERRARD ROE VOIGT & | ***Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets (the "Kroger DAPs")*** |
| HARBISON, PLC | |
| 150 3rd Avenue South, Suite 1100 | |
| Nashville, TN 37201 | |
| Tel: (615) 742-4200 | |
| E-mail: rholt@srvhlaw.com | |
| clopez@srvhlaw.com | |

***Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp. (the "Publix DAPs")***

| | |
|---|---|
| CERA LLP | /s/ *Eric R. Lifvendahl* |
| Solomon B. Cera | L&G LAW GROUP |
| 595 Market Street, Suite 2300 | Eric R. Lifvendahl |

2

San Francisco, CA 94105
Tel: (415) 777-2230
E-mail: scera@cerallp.com

CERA LLP
C. Andrew Dirksen
800 Boylston Street, 16th Floor
Boston, MA 02199
Tel: (857) 453-6555
E-mail: cdirksen@cerallp.com

HAYNSWORTH SINKLER BOYD P.A.
Manton M. Grier
Elizabeth H. Black
Mary C. Eldridge
1201 Main Street, 22nd Floor
Columbia, SC 29201-3226
Tel: (803) 540-7753
E-mail: mgrier@hsblawfirm.com
E-mail: eblack@hsblawfirm.com
E-mail: meldridge@hsblawfirm.com

175 W. Jackson Boulevard, Suite 950
Chicago, IL 60604
Tel: (312) 364-2500
E-mail: elifvendahl@lgcounsel.com

KAPLAN FOX & KILSHEIMER, LLP
Robert N. Kaplan
Gregory K. Arenson
Jeffrey P. Campisi
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
E-mail: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
E-mail: jcampisi@kaplanfox.com
E-mail: mmccahill@kaplanfox.com

THE COFFMAN LAW FIRM
Richard L. Coffman
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

MARCUS & SHAPIRA LLP
Bernard D. Marcus
Moira Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Tel: (412) 471-3490
E-mail: marcus@marcus-shapira.com
E-mail: cain-mannix@marcus-shapira.com
E-mail: allen@marcus-shapira.com

*Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Bros., Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC;*

*Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*


*/s/ Patrick J. Ahern*
Patrick J. Ahern
AHERN AND ASSOCIATES, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com

**Counsel for Plaintiffs Winn-Dixie Stores, Inc and Bi-Lo Holdings, LLC (the "Winn-Dixie DAPs")**


*/s/ Daniel D. Owen*
AMY D. FITTS
   IL Bar No. 629248
DANIEL D. OWEN
   MO Bar No. 41514
   *Pro Hac Vice*
GUILLERMO G. ZOROGASTUA
   MO Bar No. 59643
   *Pro Hac Vice*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: afitts@polsinelli.com
Email: dowen@polsinelli.com
Email: gzorogastua@polsinelli.com

RODNEY L. LEWIS
   IL Bar No. 6288353
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
Email: rodneylewis@polsinelli.com

**Counsel for Plaintiff Associated Wholesale Grocers, Inc.**

4

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (#6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
tnolan@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com

***Direct Purchaser Plaintiffs' Liaison Class Counsel***

*s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

Adam Zapala
Tamarah Prevost
James G. Dallal
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA  94010
T: (650) 697-6000
azapala@cpmlegal.com
tprevost@cpmlegal.com
jdallal@cpmlegal.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Interim Co-Lead Counsel*

Kenneth A. Wexler
Kara A. Elgersma
Melinda J. Morales
WEXLER BOLEY & ELGERSMA LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222
kaw@wbe-llp.com
kae@wbe-llp.com
mjm@wbe-llp.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Liaison Counsel*

*s/ Shana E. Scarlett*
Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
1918 8th Avenue, Suite 3300
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
T: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

***End-User Consumer Plaintiffs' Interim Co-Lead Counsel***

7

## CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk for the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

                                                      */s/ Ryan T. Holt*
                                                      Ryan T. Holt