**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br> *TRACK 1 CASES* | Case No: 1:16-cv-08637 <br><br> Hon. Judge Thomas M. Durkin <br><br> Magistrate Judge Jeffrey T. Gilbert |

**TRACK ONE DEFENDANTS' UNCONTESTED MOTION
<u>FOR LEAVE TO FILE EXCESS PAGES</u>**

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois, all Track One Defendants (together "Track One Defendants") respectfully move this Court for entry of an order granting Track One Defendants leave to file a Memorandum of Law in Support of Motion to Strike Improper Rebuttal Testimony, Or, In The Alternative, Motion For Leave To File Sur-Rebuttal Opinions ("Memorandum in Support"), which will not exceed 22 pages. In support, Track One Defendants state the following:

1. The Track One Defendants are Agri Stats, Inc.; Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.; Norman W. Fries, Inc. d/b/a Claxton Poultry Farms; Fieldale Farms Corporation; Foster Farms, LLC and Foster Poultry Farms, George's Inc. and George's Farms, Inc.; Harrison Poultry, Inc.; House of Raeford Farms, Inc.; Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.; Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.; Mountaire Farms Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc., O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.; Peco Foods, Inc., Perdue Farms, Inc. and Perdue Foods, LLC; Pilgrim's Pride Corporation;

Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division); Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods, LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division, LLC, and Equity Group – Georgia Division, LLC; and Wayne Farms LLC.

2. Plaintiffs have filed a series of expert merits rebuttal/reply reports in this case.

3. The Track One Defendants assert that certain aspects of those rebuttal/reply reports are improper rebuttal and should be stricken on that basis. In the alternative, the Track One Defendants seek the opportunity to respond to those opinions.

4. Track One Defendants who have not settled with certain Plaintiffs will challenge aspects of six Plaintiffs' expert opinions, and for several of those experts, they will challenge multiple aspects of those opinions. Because the Memorandum in Support will address many issues, the Track One Defendants seek leave to file a memorandum of up to 22 pages.

5. Plaintiffs have indicated that they will oppose the motion itself, but do not oppose the motion for leave to file pages in excess of fifteen. The Track One Defendants have agreed to be equally accommodating on the pages allotted for the response, with a precise number of non-opposed pages to be determined later.

WHEREFORE, for the above reasons, the Track One Defendants respectfully request that this Court enter an order granting them leave to file a 22 page Memorandum of Law in Support of Motion to Strike Improper Rebuttal Testimony, Or, In the Alternative, Motion For Leave To File Sur-Rebuttal Opinions.

Dated: September 29, 2022          Respectfully submitted,

         */s/ Lynn H. Murray*
         Lynn H. Murray (#6191802)
         SHOOK, HARDY & BACON L.L.P.
         111 S. Wacker Dr., Ste 4700
         Chicago IL 60606
         Telephone: (312) 704-7700
         Facsimile: (312) 558-1195
         lhmurray@shb.com

         Laurie A. Novion (admitted *pro hac vice*)
         SHOOK, HARDY & BACON L.L.P.
         2555 Grand Blvd.
         Kansas City, MO 64108
         Telephone: (816) 474-6550
         Facsimile: (816) 421-5547
         lnovion@shb.com

         John R. Elrod (admitted *pro hac vice*)
         Vicki Bronson (admitted *pro hac vice*)
         CONNER & WINTERS
         4375 N. Vantage Drive, Ste. 405
         Fayetteville, AR 72703
         Telephone: (479) 582-5711
         jelrod@cwlaw.com
         vbronson@cwlaw.com

         ***Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc.***

ARENTFOX SCHIFF LLP

By: */s/ Margaret A. Hickey*
Margaret A. Hickey
Lawrence Harris Heftman
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
maggie.hickey@afslaw.com
lawrence.heftman@afslaw.com
kylie.wood@afslaw.com

Robert J. Wierenga
Suzanne L. Wahl
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, AR 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

***Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.***

VENABLE LLP

By: */s/ J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives (#6289952)
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

***Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC***

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MAYER BROWN LLP |

By: /s/ *Lara Flath*
Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

Patrick Fitzgerald (#6307561)
Gail Lee (#6318334)
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

***Attorneys for Defendant Peco Foods, Inc.***

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

***Attorneys for Defendant House of Raeford Farms, Inc.***

By: */s/ Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

***Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms, a California Corporation***

ALSTON & BIRD LLP

By: /s/ *B. Parker Miller*
B. Parker Miller (*pro hac* vice)
Valarie C. Williams (*pro hac* vice)
Thomas P. Grantham (*pro hac* vice)
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com

THE BLOCK FIRM LLC
Max Marks (*pro hac* vice)
Aaron Block (*pro hac* vice)
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305
(404) 997-8419
max.marks@blockfirmllc.com
aaron@blockfirmllc.com

***Attorneys for Defendant Fieldale Farms Corporation***

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack (#6284749)
Stephen J. Siegel (#6284749)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com

***Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (all cases except DAP Case No. 21-cv-4354)***

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

By: /s/ *Christopher E. Thorsen*
Christopher E. Thorsen (admitted *pro hac vice*)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615)726-5586
Facsimile: (615)726-0464
cthorsen@bakerdonelson.com

***Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (with respect to DAP Case No. 21-CV-4354 only)***

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Jenna M. Stupar (#6321583)
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
jenna.stupar@kirkland.com

***Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)***

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

***Attorneys for Defendant Wayne Farms LLC***

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com


JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

***Attorneys for Defendant House of Raeford Farms, Inc.***

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Michael D. Bonanno*
Michael D. Bonanno
William A. Burck
Kathleen A. Lanigan
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
williamburck@quinnemanuel.com
katlanigan@quinnemanuel.com

Debra D. Bernstein
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Tel: (404) 482-3502
debrabernstein@quinnemanuel.com

Michelle Schmit
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
michelleschmit@quinnemanuel.com

WEIL GOTSHAL & MANGES LLP
Carrie C. Mahan
2001 M Street N.W., Suite 600
Washington, DC 20036
Tel: (202) 682-7000
carrie.mahan@weil.com

***Counsel for Defendant Pilgrim's Pride Corporation***

| | |
|---|---|
| KUTAK ROCK LLP | EDWARD C. KONIECZNY LLC |
| By: /s/ *John P. Passarelli* | By: */s/ Edward C. Konieczny* |
| John P. Passarelli (admitted *pro hac vice*) | Edward C. Konieczny (admitted *pro hac vice*) |
| James M. Sulentic (admitted *pro hac vice*) | 1105 Peachtree Street, N.E., Suite 1000 |
| 1650 Farnam Street | Atlanta, GA 30361 |
| Omaha, NE 68102 | Telephone: (404) 380-1430 |
| Telephone: (402) 346-6000 | Facsimile: (404) 382-6011 |
| Facsimile: (402) 346-1148 | ed@koniecznylaw.com |
| john.passarelli@kutakrock.com | |
| james.sulentic@kutakrock.com | SMITH, GAMBRELL & RUSSELL, LLP |
| | |
| J.R. Carroll (admitted *pro hac vice*) | David C. Newman (admitted *pro hac vice*) |
| Jeffrey M. Fletcher (admitted *pro hac vice*) | W. Parker Sanders (admitted *pro hac vice*) |
| 234 East Millsap Road, Ste 200 | 1105 Peachtree Street, N.E., Suite 1000 |
| Fayetteville, AR 72703-4099 | Atlanta, GA 30309 |
| Telephone: (479) 973-4200 | Telephone: (404) 815-3500 |
| Facsimile: (479) 973-0007 | Facsimile: (404) 815-3509 |
| jr.caroll@kutakrock.com | dnewman@sgrlaw.com |
| Jeffrey.fletcher@kuakrock.com | psanders@sgrlaw.com |
| | |
| Kimberly M. Hare (#6323326) | James L. Thompson (#6199621) |
| One South Wacker Drive, Ste 2050 | Lynch Thompson LLP |
| Chicago, IL 60606-4614 | 150 S. Wacker Drive, Suite 2600 |
| Telephone: (312) 602-4100 | Chicago, IL 60606 |
| Facsimile: (312) 602-4101 | Telephone: (312) 445-4623 |
| kimberly.hare@kutakrock.com | Facsimile: (312) 896-5883 |
| | jthompson@lynchthompson.com |
| ***Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*** | ***Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.*** |

| | |
|---|---|
| VAUGHAN & MURPHY | HOGAN LOVELLS US LLP |
| By: /s/ *Charles C. Murphy, Jr.* | By: /s/ *William L. Monts III* |
| Charles C. Murphy, Jr. (admitted *pro hac vice*) | William L. Monts III (admitted *pro hac vice*) |
| 690 S Ponce Court NE | Justin W. Bernick (admitted *pro hac vice*) |
| Atlanta, GA 30307 | 555 Thirteenth Street, N.W. |
| Telephone: (404) 667-0714 | Washington, D.C. 20004-1109 |
| Facsimile: (404) 529-4193 | Telephone: (202) 637-5910 |
| cmurphy@vaughanandmurphy.com | Facsimile: (202) 637-5911 |
| | william.monts@hoganlovells.com |
| | justin.bernick@hoganlovells.com |
| WINSTON & STRAWN LLP | MILLER, CANFIELD, PADDOCK, AND STONE P.L.C. |
| James F. Herbison (#6275116) | |
| Michael P. Mayer (#6272677) | Jacob D. Koering |
| 35 West Wacker Drive | 227 W. Monroe, Suite 3600 |
| Chicago, Illinois 60601 | Chicago, IL 60606 |
| Telephone: (312) 558-5600 | Telephone: (312) 460-4200 |
| Facsimile: (312) 558-5700 | Facsimile: (312) 460-4201 |
| jherbison@winston.com | koering@millercanfield.com |
| mmayer@winston.com | |
| ***Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*** | ***Attorneys for Defendant Agri Stats, Inc.*** |

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS &
HELSINGER LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST
ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

***Attorneys for Defendants George's,
Inc. and George's Farms, Inc.***

AXINN, VELTROP & HARKRIDER LLP

*/s/ Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Bradley D. Justus (*pro hac vice*)
Daniel K. Oakes (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
Carmel R. Arikat (*pro hac vice*)
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
radcox@axinn.com
bjustus@axinn.com
doakes@axinn.com
klee@axinn.com
carikat@axinn.com

Nicholas E.O. Gaglio (*pro hac vice*)
Denise L. Plunkett (*pro hac vice*)
Kail J. Jethmalani (*pro hac vice*)
114 West 47th Street
New York, NY 10036
T: 212-728-2200
ngaglio@axinn.com
dplunkett@axinn.com
kjethmalani@axinn.com

John M. Tanski (*pro hac vice*)
Jarod G. Taylor (*pro hac vice*)
90 State House Square
Hartford, CT 06103
T: 860-275-8100
jtanski@axinn.com
jtaylor@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe Street, Ste 2260
Chicago, IL 60606
T: 312-702-0586
jmt@lipelyons.com

***Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods, LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division, LLC, and Equity Group – Georgia Division, LLC***

| | |
|---|---|
| EVERSHEDS SUTHERLAND (US) LLP | JOSEPH D. CARNEY & ASSOCIATES LLC |

By: /s/ *Patricia A. Gorham*
James R. McGibbon (admitted *pro hac vice*)
Patricia A. Gorham (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan de Fouw (admitted *pro hac vice*)
Rebekah Whittington (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com
rebekahwhittington@eversheds-sutherland.com

SMITH AMUNDSEN LLC

Ronald Balfour (#6307658)
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
cphillips@salawus.com

**Attorneys for Defendant Harrison Poultry, Inc.**

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton (#621764)
Daniel M. Feeney (#6224893)
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

**Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.**

12

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Lynn H. Murray*