# APPENDIX 1

Appendix 1—CIIPPs Claims Subject to Summary Judgment

| State | State Antitrust | Consumer Protection |
|---|---|---|
| Arizona | Count 2, claim under Ariz. Rev. Stat. § 44-1401, *et seq.* | N/A (none brought) |
| California | Count 3, claim under Cal. Bus. & Prof. Code § 16700, *et seq.* | Count 26, claim under Cal. Bus. & Prof. Code § 17200, *et seq.* |
| D.C. | Count 4, claim under D.C. Code § 28-4501, *et seq.* | N/A (none brought) |
| Florida | N/A (none brought) | Count 27, claim under Fla. Stat. § 501.201(2), *et seq.* |
| Illinois | Count 5, claim under 740 Ill. Comp. Stat. Ann. 10/3(1), et seq. | Count 28, claim under 815 Ill. Comp. Stat. Ann. 505/10a, *et seq.* |
| Iowa | Count 6, claim under Iowa Code § 553.1, *et seq.* | N/A (none brought) |
| Kansas | Count 7, claim under Kan. Stat. Ann. § 50-101, *et seq.* | N/A (none brought) |
| Maine | Count 8, claim under Me. Rev. Stat. Ann. Tit. 10 § 1101, *et seq.* | N/A (none brought) |
| Michigan | Count 9, claim under Mich. Comp. Laws § 445.771, *et seq.* | N/A (none brought) |
| Minnesota | Count 10, claim under Minn. Stat. § 325D.49, *et seq.* | Count 29, claim under Minn. Stat. § 325F.68, *et seq.* |
| Mississippi | Count 11, claim under Miss. Code Ann. § 74-21-1, *et seq.* | N/A (none brought) |
| Nebraska | Count 12, claim under Neb. Rev. Stat. § 59-801, *et seq.* | Count 30, claim under Neb. Rev. Stat. § 59-1602, *et seq.* |
| Nevada | Count 13, claim under Nev. Rev. Stat. § 598A.010, *et seq.* | Count 31, claim under Nev. Rev. Stat. § 598.0903, *et seq.* |
| New Hampshire | Count 14, claim under N.H. Rev. Stat. Ann. Tit. XXXI, § 356, *et seq.* | Count 32, claim under N.H. Rev. Stat. Ann. Tit. XXXI, § 358-A, *et seq.* |
| New Mexico | Count 15, claim under N.M. Stat. Ann. §§ 57-1-1, *et seq.* | Count 33, claim under N.M. Stat. Ann. §§ 57-12-3, *et seq.* |
| New York | Count 16, claim under Section 340 of the New York General Business Law | N/A (none brought) |
| North Carolina | Count 17, claim under N.C. Gen. Stat. § 75-1, *et seq.* | Count 34, claim under N.C. Gen. Stat. § 75-1.1, *et seq.* |
| North Dakota | Count 18, claim under N.D. Cent. Code § 51-08.1, *et seq.* | N/A (none brought) |
| Oregon | Count 19, claim under Or. Rev. Stat. § 646.705, *et seq.* | Count 35, claim under Or. Rev. Stat. § 646.605, *et seq.* |
| Rhode Island | Count 20, claim under R.I. Gen Laws § 6-36-1, *et seq.* | N/A (none brought) |
| South Carolina | N/A (none brought) | Count 36, claim under S.C. Code Ann. §§ 39-5-10, *et seq.* |
| South Dakota | Count 21, claim under S.D. Codified Laws § 37-1-3.1, *et seq.* | Count 37, claim under S.D. Codified Laws § 37-24, *et seq.* |

Appendix 1—CIIPPs Claims Subject to Summary Judgment

| Tennessee | Count 22, claim under Tenn. Code, § 47-25-101, *et seq.* | N/A (none brought) |
|---|---|---|
| Utah | Count 23, claim under Utah Code Ann. §§ 76-10-911, *et seq.* | Count 38, claim under Utah Code All. §§ 13-5-1, *et seq.* |
| Vermont | N/A (none brought) | Count 39, claim under Vt. Stat. Ann. Tit. 9, §§ 2453, *et seq.* |
| West Virginia | Count 24, claim under W. Va. Code §47-18-1, *et seq.* | N/A (none brought) |
| Wisconsin | Count 25, claim under Wis. Stat. Ann. § 133.01(1), *et seq.* | N/A (none brought) |

***Note: As relevant to this Motion, CIIPPs bring a single unjust enrichment claim in which they purport to assert claims under the laws of each of the following states: Arizona, California, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin. See CIIPPs Complaint, Count 40. Defendants' Motion seeks summary judgment as to all of these unjust enrichment claims.***