APPENDIX 2

Appendix 2—EUCPs Claims Subject to Summary Judgment

| State | State Antitrust | Consumer Protection |
|---|---|---|
| California | Count 2, claim under Cal. Bus. & Prof. Code § 16700, *et seq.* | Count 23, claim under Cal. Bus. & Prof. Code § 17200, *et seq.* |
| D.C. | Count 3, claim under D.C. Code § 28-4501, *et seq.* | Count 24, claim under D.C. Code § 28-3901, *et seq.* |
| Florida | N/A (none brought) | Count 25, claim under Fla. Stat. § 501.201(2), *et seq.* |
| Hawaii[1] | Count 26, claim under Haw. Rev. Stat. Ann. § 480-1, *et seq.* | Count 26, claim under Haw. Rev. Stat. Ann. § 480-1, *et seq.* |
| Illinois | Count 4, claim under 740 Ill. Comp. Stat. Ann. 10/3(1), *et seq.* | N/A (none brought) |
| Iowa | Count 5, claim under Iowa Code § 553.1, *et seq.* | N/A (none brought) |
| Kansas | Count 6, claim under Kan. Stat. Ann. § 50-101, *et seq.* | N/A (none brought) |
| Maine | Count 7, claim under Me. Rev. Stat. Ann. Tit. 10 § 1101, *et seq.* | N/A (none brought) |
| Massachusetts | N/A (none brought) | Count 27, claim under Mass. Gen. Laws Ch. 93A § 1, *et seq.* |
| Michigan | Count 8, claim under Mich. Comp. Laws § 445.771, *et seq.* | N/A (none brought) |
| Minnesota | Count 9, claim under Minn. Stat. § 325D.49, *et seq.* | N/A (none brought) |
| Missouri[2] | Count 10, claim under Mo. Ann. Stat. § 407.010, *et seq.* | Count 10, claim under Mo. Ann. Stat. § 407.010, *et seq.* |
| Nebraska | Count 11, claim under Neb. Rev. Stat. § 59-801, *et seq.* | Count 28, claim under Neb. Rev. Stat. § 59-1602, *et seq.* |
| Nevada | Count 12, claim under Nev. Rev. Stat. § 598A.010, *et seq.* | N/A (none brought) |
| New Hampshire | Count 13, claim under Nev. Rev. Stat. Ann. Tit. XXXI, § 356, *et seq.* | Count 29, claim under N.H. Rev. Stat. Ann. Tit. XXXI, § 358-A, *et seq.* |
| New Mexico | Count 14, claim under N.M. Stat. Ann. §§ 57-1-1, *et seq.* | Count 30, claim under N.M. Stat. Ann. §§ 57-12-3, *et seq.* |
| New York | Count 15, claim under Section 340 of the New York General Business Law | N/A (none brought) |
| North Carolina | Count 16, claim under N.C. Gen. Stat. § 75-1, *et seq.* | Count 31, claim under N.C. Gen. Stat. § 75-1.1, *et seq.* |

[1] The EUCPs bring this claim in the consumer protection portion of their Complaint; however, the cited statutory provision is found within Hawaii's antitrust law. Accordingly, in an abundance of caution, Defendants address both the cited state law antitrust provision and Hawaii's consumer protection act.

[2] The EUCPs bring this claim in the state law antitrust portion of their Complaint; however, the cited statutory provision is found within Missouri's consumer protection act. Accordingly, in an abundance of caution, Defendants address both the cited consumer protection provision and Missouri's antitrust act.

Appendix 2—EUCPs Claims Subject to Summary Judgment

| Oregon | Count 17, claim under Or. Rev. Stat. § 646.705, *et seq.* | Count 32, claim under Or. Rev. Stat. § 646.605, *et seq.* |
|---|---|---|
| Rhode Island | Count 18, claim under R.I. Gen. Laws § 6-36-1, *et seq.* | Count 33, claim under R.I. Gen. Laws § 6-13.1-1, *et seq.* |
| South Carolina | N/A (none brought) | Count 34, claim under S.C. Code Ann. § 39-5-10, *et seq.* |
| South Dakota | Count 19, claim under S.D. Codified Laws § 37-1-3.1, *et seq.* | N/A (none brought) |
| Tennessee | Count 20, claim under Tenn. Code § 47-25-101, *et seq.* | N/A (none brought) |
| Utah | Count 21, claim under Utah Code Ann. §§ 76-10-911, *et seq.* | Count 35, claim under Utah Code Ann. § 13-11-1, *et seq.*<br><br>Count 36, claim under Utah Code Ann. § 13-5-1, *et seq.* |
| Wisconsin | Count 22, claim under Wis. Stat. Ann. § 133.01(1), *et seq.* | N/A (none brought) |

**\*\*Note: As relevant to this Motion, EUCPs bring a single unjust enrichment claim in which they purport to bring claims under the laws of each of the following states: California, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, and Wisconsin. See EUCPs Complaint, Count 37. Defendants' Motion seeks summary judgment as to all of these unjust enrichment claims.\*\***