# APPENDIX 3

Appendix 3—Track 1 DAPs Claims Subject to Summary Judgment

| State | State Antitrust | Consumer Protection |
|---|---|---|
| South Carolina | Count XX[1], claim under S.C. Code Ann. § 39-3-10, *et seq.* (brought by DAP W. Lee Flowers & Company, Inc.)<br><br>Count VI, Columbia and Greenville Complaint[2], claim under S.C. Code Ann. § 39-3-10, *et seq.* | Count XXI, claim under S.C. Code Ann. § 39-5-10, *et seq.* (brought by DAP W. Lee Flowers & Company, Inc.)<br><br>Count VI, Columbia and Greenville Complaint, claim under S.C. Code Ann. § 39-5-10, *et seq.* |
| Tennessee | Count XV, claim under Tenn. Code § 47-25-101, *et seq.* (brought by DAP Associated Wholesale Grocers, Inc.) | N/A (none brought) |
| Wisconsin | Count XIV, claim under Wis. Stat. Ann. § 133.01, *et seq.* (brought by DAP Associated Wholesale Grocers, Inc.) | N/A (none brought) |

**Note: As relevant to this Motion, no Track 1 DAPs bring an unjust enrichment claim against all Defendants.**

---

[1] Unless otherwise specified herein, all counts refer to claims in Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial (the "DAP Complaint"), ECF No. 4243.

[2] Direct Action Plaintiffs Columbia Meats, Inc. and Greenville Meats, Inc. joined this action following the filing of the DAP Complaint. Those plaintiffs filed a separate complaint (the "Columbia and Greenville Complaint"). *See* ECF No. 4726-01.