# APPENDIX 1

Appendix 1—CIIPPs Claims Subject to Summary Judgment and Basis for Summary Judgment

# Initial Note

The below chart summarizes the state-specific arguments supporting why Defendants are entitled to summary judgment dismissing the CIIPPs' consumer protection, and unjust enrichment claims. The chart does not include the all-encompassing argument that Defendants are entitled to summary judgment as to all state law antitrust, consumer protection, and unjust enrichment claims because such claims cannot be premised upon the same conduct supporting a deficient Sherman Act claim.

# State Specific Chart

| State | Consumer Protection | Unjust Enrichment |
|---|---|---|
| Arizona | N/A (none brought) | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| California | Count 26, claim under Cal. Bus. & Prof. Code § 17200, *et seq.* | Count 40<br>• Unjust enrichment in not a stand-alone cause of action. |
| Florida | Count 27, claim under Fla. Stat. § 501.201(2), *et seq.* | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Hawaii | N/A (none brought) | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Illinois | Count 28, claim under 815 Ill. Comp. Stat. Ann. 505/10a, *et seq.*<br>• Statute does not apply to claims of anti-competitive | Count 40<br>• Unjust enrichment in not a stand-alone cause of action. |

1

| | conduct or price-fixing. | |
|---|---|---|
| Iowa | N/A (none brought) | Count 40<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Kansas | N/A (none brought) | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Michigan | N/A (none brought) | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Minnesota | Count 29, claim under Minn. Stat. § 325F.68, *et seq*.<br>• Businesses cannot bring claims under the statute.<br>• There is no record evidence substantiating that Plaintiffs relied on any representation of Defendants, which is required by the statute. | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| Mississippi | N/A (none brought) | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Unjust enrichment in not a stand-alone cause of action. |
| Missouri | N/A (none brought) | Count 40<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Montana | N/A (none brought) | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law |

| | | exists. |
|---|---|---|
| Nebraska | Count 30, claim under Neb. Rev. Stat. § 59-1602, *et seq.* | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| Nevada | Count 31, claim under Nev. Rev. Stat. § 598.0903, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing.<br>• Businesses cannot bring claims under the statute.<br>• There is no record evidence substantiating that Plaintiffs relied on any representation of Defendants, which is required by the statute. | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| New Hampshire | Count 32, claim under N.H. Rev. Stat. Ann. Tit. XXXI, § 358-A, *et seq.*<br>• Statute does not apply to conduct that is mainly interstate in nature. | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| New Mexico | Count 33, claim under N.M. Stat. Ann. §§ 57-12-3, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing. | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| North Carolina | Count 34, claim under N.C. Gen. Stat. § 75-1.1, *et seq.*<br>• There is no record evidence substantiating that Plaintiffs relied on any representation of Defendants, which is required by the statute. | Count 40<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Oregon | Count 35, claim under Or. Rev. Stat. § 646.605, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing.<br>• Businesses cannot bring claims under the statute. | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists. |

| Rhode Island | N/A (none brought) | Count 40<br>• Indirect purchasers may not bring claims for unjust enrichment. |
|---|---|---|
| South Carolina | Count 36, claim under S.C. Code Ann. §§ 39-5-10, *et seq.*<br>• Businesses cannot bring claims under the statute. | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• |
| South Dakota | Count 37, claim under S.D. Codified Laws § 37-24, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing.<br>• There is no record evidence substantiating that Plaintiffs relied on any representation of Defendants, which is required by the statute. | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| Tennessee | N/A (none brought) | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Unjust enrichment in not a stand-alone cause of action.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Utah | Count 38, claim under Utah Code All. §§ 13-5-1, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing.<br>• Statute does not apply to conduct that is mainly interstate in nature. | Count 40<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Vermont | Count 39, claim under Vt. Stat. Ann. Tit. 9, §§ 2453, *et seq.*<br>• Businesses cannot bring claims under the statute. | Count 40 |
| West Virginia | N/A (none brought) | Count 40<br>• There can be no unjust |

| | | |
|---|---|---|
| | | enrichment where an adequate remedy at law exists. |
| Wisconsin | N/A (none brought) | Count 40<br>• Indirect purchasers may not bring claims for unjust enrichment. |