# APPENDIX 2

# Initial Note

The below chart summarizes the state-specific arguments supporting why Defendants are entitled to summary judgment dismissing the EUCPs' consumer protection, and unjust enrichment claims. The chart does not include the all-encompassing argument that Defendants are entitled to summary judgment as to all state law antitrust, consumer protection, and unjust enrichment claims because such claims cannot be premised upon the same conduct supporting a deficient Sherman Act claim.

# State Specific Chart

| State | Consumer Protection | Unjust Enrichment |
|---|---|---|
| California | Count 23, claim under Cal. Bus. & Prof. Code § 17200, *et seq.* | Count 37<br>• Unjust enrichment in not a stand-alone cause of action. |
| D.C. | Count 24, claim under D.C. Code § 28-3901, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing. | Count 37 |
| Florida | Count 25, claim under Fla. Stat. § 501.201(2), *et seq.* | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Hawaii | Count 26, claim under Haw. Rev. Stat. Ann. § 480-1, *et seq.* | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Illinois | N/A (none brought) | Count 37<br>• Unjust enrichment in not a |

| | | stand-alone cause of action. |
|---|---|---|
| Iowa | N/A (none brought) | Count 37<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Kansas | N/A (none brought) | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Michigan | N/A (none brought) | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Missouri | Count 10, claim under Mo. Ann. Stat. § 407.010, *et seq.*[18] | Count 37<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Minnesota | N/A (none brought) | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| Nebraska | Count 28, claim under Neb. Rev. Stat. § 59-1602, *et seq.* | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists. |

---

[18] The EUCPs bring this claim in the state law antitrust portion of their Complaint; however, the cited statutory provision is found within Missouri's consumer protection act. Accordingly, in an abundance of caution, Defendants address both the cited consumer protection provision and Missouri's antitrust act.

| | | |
|---|---|---|
| Nevada | N/A (none brought) | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| New Hampshire | Count 29, claim under N.H. Rev. Stat. Ann. Tit. XXXI, § 358-A, *et seq.*<br>• Statute does not apply to conduct that is mainly interstate in nature. | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| New Mexico | Count 30, claim under N.M. Stat. Ann. §§ 57-12-3, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing. | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| North Carolina | Count 31, claim under N.C. Gen. Stat. § 75-1.1, *et seq.*<br>• There is no record evidence substantiating that Plaintiffs relied on any representation of Defendants, which is required by the statute. | Count 37<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Oregon | Count 32, claim under Or. Rev. Stat. § 646.605, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing. | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| Rhode Island | Count 33, claim under R.I. Gen. Laws § 6-13.1-1, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing. | Count 37<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| South Carolina | Count 34, claim under S.C. Code Ann. § 39-5-10, *et seq.* | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists. |

| | | |
|---|---|---|
| South Dakota | N/A (none brought) | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists. |
| Tennessee | N/A (none brought) | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Unjust enrichment in not a stand-alone cause of action.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Utah | Count 35, claim under Utah Code Ann. § 13-11-1, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing.<br><br>Count 36, claim under Utah Code Ann. § 13-5-1, *et seq.*<br>• Statute does not apply to claims of anti-competitive conduct or price-fixing.<br>• Statute does not apply to conduct that is mainly interstate in nature. | Count 37<br>• There can be no unjust enrichment where an adequate remedy at law exists.<br>• Indirect purchasers may not bring claims for unjust enrichment. |
| Wisconsin | N/A (none brought) | Count 37<br>• Indirect purchasers may not bring claims for unjust enrichment. |