# APPENDIX 3

# Initial Note

The below chart summarizes the state-specific argument supporting why Defendants are entitled to summary judgment dismissing the Track 1 DAPs' sole consumer protection claim. The chart does not include the all-encompassing argument that Defendants are entitled to summary judgment as to all state law antitrust and consumer protection claims because such claims cannot be premised upon the same conduct supporting a deficient Sherman Act claim. (As relevant to this Motion and Joint Memorandum, no Track 1 DAPs bring an unjust enrichment claim against all Defendants.).

# State Specific Chart

| State | Consumer Protection | Unjust Enrichment |
|---|---|---|
| South Carolina | Count XXI, DAP Complaint, ECF No. 4243, claim under S.C. Code Ann. § 39-5-10, *et seq.* (brought by DAP W. Lee Flowers & Company, Inc.)<br>• Businesses cannot bring claims under the statute.<br><br>Count VI, Columbia and Greenville Complaint[1], claim under S.C. Code Ann. § 39-5-10, *et seq.*<br>• Businesses cannot bring claims under the statute. | N/A (none brought) |

---

[1] Direct Action Plaintiffs Columbia Meats, Inc. and Greenville Meats, Inc. joined this action following the filing of the DAP Complaint. Those plaintiffs filed a separate complaint (the "Columbia and Greenville Complaint"). *See* ECF No. 4726-01.