# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Case No: 1:16-cv-08637 |
| | Hon. Judge Thomas M. Durkin |
| THIS DOCUMENT RELATES TO: ALL REMAINING DAP CASES[1] AGAINST FIELDALE | Magistrate Judge Jeffrey T. Gilbert |

## FIELDALE FARMS CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO EXCLUDE PLAINTIFFS' CLAIMS REGARDING ITS ANTIBOTIC FREE CHICKEN SALES

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Fieldale Farms Corporation ("Fieldale") hereby moves this Court to grant partial summary judgment in Fieldale's favor to exclude Fieldale's sales of antibiotic-free ("ABF") chicken from this case. As set forth in the contemporaneously filed memorandum in support, Fieldale's ABF sales should be excluded because the economic and legal theories on which Plaintiffs rely relate only to conventional, commodity chicken, and the uncontroverted evidence shows that ABF chicken is not the "commodity" chicken at issue in Plaintiffs' Complaint. Therefore, Plaintiffs' claims related to Fieldale's ABF sales should be dismissed.

---

[1] Grouped by individual complaint as described in the DAP's operative complaint, Dkt. 4244, the Plaintiffs subject to this motion are: (1) Dkt. 577-1: Affiliated Foods, Inc., Alex Lee Inc./Merchants Distributors, LLC, Associated Grocers of New England, Big Y Foods, Inc., Fareway Stores, Inc., Piggly Wiggly Alabama Distributing Co, Inc., and Woodman's Food Market, Inc.; (2) Dkt. 936-1: Action Meat Distributors, Inc., Associated Food Stores, Inc., Bashas' Inc., Certoco, Inc., Ira Higdon Grocery Company, Inc., Nicholas & Co., Inc., Pacific Food Distributors, Inc., Troyer Foods, Inc., URM Stores, Inc., and Weinstein Wholesale Meats, Inc.; (3) Dkt 1134-1: Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., Colorado Boxed Beef Co., Kind Solomon Foods, Inc., W. Lee Flowers & Company, Inc.; and (4) ECF 1 in 19-cv-638: Brookshire Grocery Company. If Fieldale inadvertently omitted any Track One plaintiff with claims against it from this list, the motion also applies to them.

Dated: October 7, 2022

Respectfully submitted,

*/s/ B. Parker Miller*
B. Parker Miller (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
Thomas P. Grantham (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com


Max Marks (*pro hac vice*)
Aaron Block (*pro hac vice*)
**THE BLOCK FIRM LLC**
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305
(404) 997-8419
max.marks@blockfirmllc.com
aaron@blockfirmllc.com

*Attorneys for Defendant Fieldale Farms Corporation.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, I filed the foregoing Motion for Partial Summary Judgment with the Clerk of Court via the ECF system, which will automatically serve all counsel of record.

*/s/  Thomas P. Grantham*