IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Case No: 1:16-cv-08637 |
| | Hon. Judge Thomas M. Durkin |
| THIS DOCUMENT RELATES TO: ALL REMAINING DAP CASES[1] AGAINST FIELDALE | Magistrate Judge Jeffrey T. Gilbert |

**FIELDALE FARMS CORPORATION'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT TO EXCLUDE PLAINTIFFS' CLAIMS REGARDING ITS ANTIBIOTIC FREE CHICKEN SALES**

---

[1] In this document, "Plaintiffs" refers to the remaining Track One plaintiffs with claims against Fieldale Farms Corporation ("Fieldale"). Broadly speaking, these are the plaintiffs represented by Kaplan Fox who timely opted out of Fieldale's DPP settlement, and the experts supporting their claims are Dr. James McClave ("McClave") and Dr. Allen Frankel ("Frankel"). Grouped by individual complaint as described in the DAP's operative complaint, Dkt. 4244, the Plaintiffs subject to this motion are: (1) Dkt. 577-1: Affiliated Foods, Inc., Alex Lee Inc./Merchants Distributors, LLC, Associated Grocers of New England, Big Y Foods, Inc., Fareway Stores, Inc., Piggly Wiggly Alabama Distributing Co, Inc., and Woodman's Food Market, Inc.; (2) Dkt. 936-1: Action Meat Distributors, Inc., Associated Food Stores, Inc., Bashas' Inc., Certoco, Inc., Ira Higdon Grocery Company, Inc., Nicholas & Co., Inc., Pacific Food Distributors, Inc., Troyer Foods, Inc., URM Stores, Inc., and Weinstein Wholesale Meats, Inc.; (3) Dkt 1134-1: Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., Colorado Boxed Beef Co., Kind Solomon Foods, Inc., W. Lee Flowers & Company, Inc.; and (4) ECF 1 in 19-cv-638: Brookshire Grocery Company. If Fieldale inadvertently omitted any Track One plaintiff with claims against it from this list, the motion also applies to them.

Fieldale submits the following statement of material facts, pursuant to Local Rules 56.1(a)(2) and 56.1(d), in support of its Motion for Partial Summary Judgment on to Exclude Plaintiffs' Claims Regarding its Antibiotic Free ("ABF") Chicken Sales.

## UNDISPUTED FACTS

**I. Fieldale has produced ABF chicken for decades and transitioned to 100% ABF production during Plaintiffs' alleged conspiracy period.**

1. Fieldale began selling ABF chicken in 1998. **Ex. 1**, February 21, 2022 Expert Report of Kate Foreman, Ph.D. ("Foreman Report") ¶ 11; *see also* **Ex. 2.**, July 2011 Information Memorandum by Rabobank, FIELDALE_1408894 at 899.

2. Fieldale—one of the smallest defendants in this case—was a trailblazer when it came to ABF. **Ex. 2**, FIELDALE_1408894 at 899 ; *see also* **Ex. 3**, Excerpts of the September 1, 2022 Deposition of Dr. Alan Frankel ("Frankel Dep.") at 334:5-8.

3. In addition to using ABF production methods, Fieldale differentiated its ABF chicken with two other designations: all-vegetarian feed and humane-certified production by the American Humane Association. **Ex. 1**, Foreman Report ¶¶ 31-35; *see also* **Ex 2**, FIELDALE_1408894 at 903

1

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████

4. For the first decade-plus after Fieldale started selling ABF chicken ██████

████████████████████████ **Ex. 1**, Foreman Report ¶ 11.

5. By 2008, Fieldale's ABF production ████████████████████████

███████████████████████████████████████████████ **Ex. 1**, Foreman

Report ¶ 11 and Report Exhibit 3.

6. By August 2010, Fieldale ████████████████████████████

████████████████████████ as shown in the following chart:

███████████████████████████████████████████████████

**Ex. 1**, Foreman Report at Report Exhibit 3.

7. An early 2010 Fieldale "Sales and Marketing Strategy" memorandum explains:

[redacted]

**Ex. 4**, Fieldale Farms Corporation Sales and Marketing Strategy, FIELDALE_1382221 at 222.

8. In 2010, Fieldale [redacted]

[redacted]

*See* **Ex. 1,** Foreman Report ¶¶ 52 ("[F]or . . . 16 months from September 2010 to December 2011, Fieldale suffered a sustained period of negative profits, with losses totaling $76.5 million."), 57 [redacted] Even then, Fieldale [redacted] *Id.* ¶ 65 [redacted] (quoting Rabo_0000107068)).

9. [redacted] in 2011, Fieldale [redacted] **Ex. 5**, September 13, 2011 Fieldale Farms Corporation Lender Presentation, Sixth Amendment, FIELDALE_1382427 at 433. [redacted] *Id.* [redacted] *Id.* [redacted]

3

██████████████████████████████████████████████████████████

██████████████████████████████████████ *Id.* ████████

████████████████████████████████████████ *Id.* (emphasis in original).

10. During the same period, ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████ *See generally* **Ex. 2**; *see also* **Ex. 1**, Foreman Report ¶ 54 ███████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████ (quoting **Ex. 2**, FIELDALE_1408894 at 900)). ████████████████████████████

████████████████████████ **Ex. 2**, FIELDALE_1408894 at 899. ████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████ *Id.* at 899-901. ████████████████

████████████████████████████████████████████████████████

████████████████████████ *Id.* at 900. ████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████ *Id.* (emphasis added). ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████ *Id.* at 906.

11. After ████████ 2011, Fieldale ████████████████████ *See generally* **Ex. 6**, David Wicker, *Challenges in the Live Production of Broilers – Now and in 2020*,

4

American Nutrition Forum 2013, FIELDALE_1351775. In 2013, ███

███ *Id.* ███

███

███

███

███ *Id.*, FIELDALE_1351775 at 77. ███

███

███

███

███ *Id.* ███

███

███ *Id.*

**II. Peer-reviewed USDA studies recognize markets for chicken "raised without antibiotics" and "specialty chicken."**

12. In 2016, USDA economists published a study analyzing issues related to "Raised without Antibiotics" ("RWA," interchangeable with "ABF") claims. **Ex. 7**, Maria Bowman, et. al., *Raised Without Antibiotics: Lessons from Voluntary Labeling of Antibiotic Use Practices in the Broiler Industry*, 98 AM. J. AG. ECON. : 622–642 (2016). The study includes an analysis of the relative price movements of "organic, specialty, and conventional" chicken products, showing data back to 2006. *Id.* at Fig. 2. As defined in the study, "Specialty products are produced from chickens raised on an all-vegetable diet without antibiotics and are minimally processed." *Id.* Figure 2 of

5

the study show that ABF consistently sold at much higher prices to consumers than conventional—sometimes almost double for the product studied—for this entire period, as follows:



Figure 2. National prices of organic, specialty, and conventional boneless/skinless chicken breast (2006–2009)

Note: Thin lines are 8-week moving averages of the series. Data are from the Agricultural Marketing Service's Weekly Retail Chicken reporting at https://www.marketnews.usda.gov/mnp/ls-home. According to the website, "Specialty products are produced from chickens raised on an all-vegetable diet without antibiotics and are minimally processed. USDA certified organic are products grown and processed according to USDA's national organic standards and certified by USDA-accredited State and private certification organizations. For more information, visit http://www.ams.usda.gov/nop/."

*Id.*

13. More recently, the USDA published a study of the ABF market that covers many of the years at issue in this case and analyzes "the size of the market, price differentials, and consumer demographics for RWA-labeled products." **Ex. 8**, Elina T. Page, et al., *The Market for Chicken Raised Without Antibiotics, 2012-17*, EIB-224, U.S. Department of Agriculture, Economic Research Service ("*The RWA Market*") at 1. This study found tremendous growth in the market both in terms of production and sales, and it found that ABF "commanded higher prices than conventional uniform-weight chicken products." *Id.* at 21. For instance, for raw chicken products, ABF sales nearly tripled during the study period and cost 87% more than conventional.

6

*Id.* at 14-17. The study includes the following graph comparing the relative price movements of ABF, organic, and conventional chicken for the products studied:



*Id.* at Fig. 6. The study also found: "Though raising animals without antibiotics is certainly more costly, producers can benefit from doing so when consumers are willing to pay price premiums for these process-based attributes." *Id.* at 7.

7

### III. Fieldale's ABF chicken is differentiated from conventional, commodity broilers.

14. Fieldale's ABF chicken ██████████████████████████████ **Ex. 9**, August 31, 2021 Expert Report of Alan S. Frankel, Ph.D. ("Frankel Report") ¶ 39 n. 64 ██████████████████████████████; **Ex. 1**, Foreman Report ¶¶ 22 ██████████████████████████████ 23 ██████████████████████████████ (quoting **Ex 5**, FIELDALE_1382427 at 433)); **Ex. 10**, July 29, 2022 Expert Reply Report of Alan S. Frankel, Ph.D. ("Frankel Reply") ¶ 20 ██████████████████████████████

15. Fieldale's ABF ██████████████████████████████ **Ex. 1**, Foreman Report ¶ 25 ██████████████████████████████

8

██████████████████████████████████████

██████████████████████████████████████

████ are shown by the following graph:



16. ████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████ **Ex. 9**, Frankel Report ¶ 39 n. 64.

17. ████████████████████████████████

██████████████████████████████████████

████████ **Ex. 3**, Frankel Dep. at 320:6-16.

18. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ **Ex. 9**, Frankel Report ¶ 39 n. 64.

19. These buyers have different characteristics than conventional chicken buyers. **Ex. 8**, *The RWA Market* at 18-21 ("[H]ouseholds that purchased RWA-labeled chicken products were on average larger with a greater likelihood of children present, had higher incomes, and were more likely to have a female primary food shopper and primary food shopper with a college degree," and "consumers who bought RWA-labeled chicken products were more likely to report being very concerned about antibiotic use in meat production than those who did not buy them."); *see also* **Ex. 3**, Frankel Dep. at 330:20-23 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬; **Ex. 10**, Frankel Reply, ¶ 23 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬; **Ex. 2**, FIELDALE_1408894 at 906-07 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬; **Ex. 6**, FIELDALE_1351775 at 77 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

20. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ **Ex. 3**, Frankel Dep. at 322:13-18.

21. Plaintiffs themselves—the executives and employees of major chicken buyers—also ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ **Ex. 1**, Foreman Report ¶ 19 (quoting a plaintiff-side witness: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (quoting August 15, 2019, Deposition of Stewart

Stevens, 137:3-8)); *see also id.* ¶¶ 19-21 (collecting additional representative examples of plaintiff testimony).

22. The evidence also shows that Fieldale's customers themselves ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ **Ex. 1**, Foreman Report ¶ 15 (describing various ways in which Fieldale's customers ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ including evidence that customers ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ For instance, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

11



**Ex. 11**, October 3, 2011 Food Lion Summit Presentation, FIELDALE_1315167 at 80 (showing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮), ▮▮▮▮▮▮▮▮, 86 (describing attributes of ▮▮▮▮▮▮▮▮), 93 (slide excerpted above).

IV.  **ABF production and sales grew substantially during periods in which Plaintiffs allege unlawful cuts of "commodity" broilers.**

23.  ABF production and sales grew consistently and significantly during the alleged conspiracy period. **Ex. 1**, Foreman Report ¶ 28 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24. With respect to production, the USDA estimates that approximately 2.7% of chickens produced were ABF in 2012, and that number grew to 18.8% by the time this lawsuit was filed in 2016, as shown by the following table:

Table 2
**Estimated production of young chicken by production method**

| | Conventional | | Raised Without Antibiotics | | Organic | | Total |
|---|---|---|---|---|---|---|---|
| | Head (millions) | Share (percent) | Head (millions) | Share (percent) | Head (millions) | Share (percent) | Head (millions) |
| 2012 | 8,185 | 97.1 | 224 | 2.7 | 20 | 0.2 | 8,429 |
| 2013 | 8,259 | 97.1 | 226 | 2.7 | 19 | 0.2 | 8,504 |
| 2014 | 7,713 | 90.5 | 796 | 9.3 | 16 | 0.2 | 8,525 |
| 2015 | 7,792 | 89.7 | 844 | 9.7 | 53 | 0.6 | 8,688 |
| 2016 | 7,140 | 81.4 | 1,574 | 18.0 | 54 | 0.6 | 8,768 |
| 2017 | 4,941 | 55.4 | 3,923 | 44.0 | 51 | 0.6 | 8,915 |

Source: USDA, Agricultural Marketing Service (AMS) calculations using data from AMS, USDA, National Agricultural Statistics Service, and USDA, Food Safety and Inspection Service.

**Ex. 8**, *The RWA Market* at 8, Table 2.

25. With respect to Defendants' sales, data produced in this case ▇▇▇▇▇▇▇▇▇▇ ▇▇▇

13



**Ex. 1**, Foreman Report at Report Exhibit 8.

    **V.**    **Fieldale's expert has provided unrebutted economic analysis showing an extremely low correlation between ABF and conventional prices.**

    26.    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **Ex. 1**, Foreman Report ¶ 26.

    27.    Fieldale's ABF prices ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ compared to overall conventional prices. **Ex. 1**, Foreman Report ¶ 27.

    28.    With respect to certain other non-ABF broiler products, Dr. Frankel ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **Ex. 10**, Frankel Reply ¶¶ 18-19.

29. Dr. Frankel testified ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Ex. 3**, Frankel Dep. at 321:3-12.

30. Dr. Frankel did not address, much less dispute, Dr. Foreman's finding that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ *See generally* **Ex. 10**, Frankel Reply (failing to address Dr. Foreman's ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

31. Although Dr. Frankel acknowledged that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ he testified that he thought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ because ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **Ex. 3**, Frankel Dep. at 328:10-29:11.

Dated: October 7, 2022          Respectfully submitted,

/s/ B. Parker Miller
B. Parker Miller (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
Thomas P. Grantham (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com

Max Marks (*pro hac vice*)
Aaron Block (*pro hac vice*)
**THE BLOCK FIRM LLC**
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305

15

(404) 997-8419
max.marks@blockfirmllc.com
aaron@blockfirmllc.com
***Attorneys for Defendant Fieldale Farms Corporation.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, I filed the foregoing document with the Clerk of Court via the ECF system, which will automatically serve all counsel of record.

<u>/s/ Thomas P. Grantham</u>