# Exhibit 1

## (Filed Under Seal)

# Exhibit 2

## (Filed Under Seal)

# Exhibit 3
# (Filed Under Seal)

# Exhibit 4

## (Filed Under Seal)

# Exhibit 5
## (Filed Under Seal)

# Exhibit 6
## (Filed Under Seal)

# Exhibit 7

# ACADEMIA

Accelerating the world's research.

# Raised Without Antibiotics: Lessons from Voluntary Labeling of Antibiotic Use Practices in The Broiler Industry

Lori Lynch, Maria Bowman

*American Journal of Agricultural Economics*

**Cite this paper**                           Downloaded from Academia.edu 🔗

Get the citation in MLA, APA, or Chicago styles

**Related papers**                    Download a PDF Pack of the best related papers 🔗



Prevalence of antibiotic-resistant E. coli in retail chicken: comparing conventional, organic, ko…
Bruce A Hungate

Corporate Concentration in Global Meat Processing: The Role of Government Subsidies
Philip Howard

Power, Food and Agriculture: Implications for Farmers, Consumers and Communities
Philip Howard

# RAISED WITHOUT ANTIBIOTICS: LESSONS FROM VOLUNTARY LABELING OF ANTIBIOTIC USE PRACTICES IN THE BROILER INDUSTRY

## MARIA BOWMAN, KANDICE K. MARSHALL, FRED KUCHLER, AND LORI LYNCH

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

Voluntary labeling improves market efficiency if consumers receive the product characteristics they demand and producers are compensated for producing these characteristics. For this to occur, label claims have to be truthful, credible, and understandable. We examine the introduction of "Raised Without Antibiotics" (RWA) label claims in the broiler industry by Perdue Farms (Perdue) and Tyson Foods (Tyson) in 2007 and the events that follow. We ask whether voluntary label claims were able to improve efficiency in the market for RWA chicken products. In this case, evidence presented as part of court testimony suggests that Tyson did not deliver the RWA attribute that consumers demanded, competitors suffered, and Tyson profited from introducing what was ruled to be a false and misleading label claim to the marketplace. While the media informed consumers and stockholders of these events, we found little evidence in publicly available data, literature, or documentation from court cases that Tyson suffered significant harm in the market, or from stockholders. The U.S. Department of Agriculture Food Safety and Inspection Service did ultimately remove Tyson's label claims from the marketplace, and the legal system provided some redress to competitors and consumers. Even so, labels with animal raising claims (such as RWA) and voluntary, process-based label claims (in general) continue to be challenged by similar issues, that is, consumer confusion, the absence of universally accepted definitions, and varying degrees of credibility.

The broiler industry has historically used antibiotics to prevent disease, treat and control disease, and to promote growth. Antibiotics can be administered *in-ovo* (in the egg, pre-hatch), or via feed

This case study was presented at the AAEA session "Safety and Sustainability in Food and Agriculture: Case Studies" at the AAEA Annual Meetings, July 28, 2015, in San Francisco, CA. Maria Bowman is a research agricultural economist in the Conservation and Environment Branch at the Economic Research Service, U.S. Department of Agriculture (ERS/USDA). Kandice Marshall is an economist in the Crops Branch at ERS/USDA. Fred Kuchler is an agricultural economist in the Diet, Safety, and Health Economics branch at ERS/USDA. Lori Lynch is a senior economist in the Conservation and Environment Branch at ERS/USDA, and a professor in the Agricultural and Resource Economics Department at the University of Maryland. The views expressed are those of the authors and do not necessarily reflect the views or policies of the U.S. Department of Agriculture or the Economic Research Service. The authors would like to thank James MacDonald for reviewing a draft of this manuscript and the Labeling and Program Delivery Staff Team at USDA's Food Safety and Inspection Service (FSIS) for answering numerous questions, and for providing comments on the manuscript, in particular Tammie Ballard. Correspondence may be sent to: maria.bowman@ers.usda.gov.

### Key Points

- When firms know more about production practices than consumers (asymmetric information), a market failure may exist. Some consumers might be willing to pay a price premium for a higher quality product, but do not trust firms to provide this product. Firms, in turn, are not willing to supply higher-quality products if consumers will not pay a price premium.
- Credence attributes (e.g., chicken raised without antibiotics) provide an example of how asymmetric information may impact market efficiency. One cannot confirm their presence by "searching" (e.g., visual or factual attributes such as whether the chicken is a drumstick or skinless) or "experiencing" them (e.g., tender or flavorful chicken). Consumers may be able to

*Amer. J. Agr. Econ.* 98(2): 622–642; doi: 10.1093/ajae/aaw008

Published by Oxford University Press on behalf of the Agricultural and Applied Economics Association 2016.
This work is written by (a) US Government employee(s) and is in the public domain in the US.

- find out if firms are raising chickens without antibiotics by visiting the farm (an infeasible and costly solution to the information asymmetry), or if an entity they trust verifies or certifies this information on their behalf.
- The presence of information asymmetries in the absence of verification or certification may give firms the ability to charge a price premium without producing a credence attribute. Penalties for using misleading and/or false label claims may not dissuade firms from pursuing this path if the payoffs for introducing label claims are sufficiently high.
- When firms introduce voluntary label claims, an absence of standard setting or regulation about which claims can be used and what they mean may lead to diverse label claims with inconsistent meanings. This, in turn, may lead to consumer confusion.

or water. Several different classes of antibiotics are used in poultry, some of which are important to human medicine (e.g., aminoglycosides), and others of which are not used in humans and have not been shown to contribute to resistance to antibiotics important to human medicine (e.g., *ionophores*; National Research Council 1999; Emborg et al. 2001; Jones and Ricke 2003; MacDonald and Wang 2011).[1]

In 2007, Perdue Farms (Perdue) trademarked and began marketing its Harvestland Brand, which was raised without any antibiotics (Perdue Holdings, Inc. 2006; Sharpe 2014).[2] Perdue developed a production process that excluded ionophores and *in-ovo* antibiotic injections (*Sanderson and Perdue v. Tyson*, RDB-08-210, *U.S. District*

*Court for the District of Maryland*; Charles 2014, 2015).[3] Producers like Perdue have an incentive to supply products that satisfy growing consumer demand for process-based attributes, such as poultry that is raised without antibiotics (RWA). Though it costs companies more to raise animals without antibiotics, they do so because consumers are willing to pay a price premium for these process-based characteristics.

Within the same year, Tyson Foods (Tyson) sought a RWA label claim for its chicken products from the U.S. Department of Agriculture (USDA) Food Safety and Inspection Service (FSIS), even though they used ionophores in feed and antibiotics *in-ovo* (*Sanderson and Perdue v. Tyson*, RDB-08-210). The FSIS approved but later rescinded the original label (after realizing Tyson's label application admitted the use of ionophores), and approved a qualified label claim ("Raised without antibiotics that impact antibiotic resistance in humans"). Tyson continued their RWA advertising campaign, and survey evidence presented as part of the court case (below) suggested that consumers still perceived Tyson's chicken as being equivalent to other RWA brands. Competitors took the issue to the courts, and in April of 2008, a Maryland District Court declared Tyson's claims were false and misleading, and enjoined Tyson to stop all RWA advertising. Shortly thereafter, the FSIS rescinded Tyson's qualified label claim (after discovering their use of an antibiotic *in-ovo* that is important to human medicine). All supporting evidence presented in Sanderson and Perdue v. Tyson suggests that, for more than a year, consumers thought they were buying RWA chicken from Tyson that was safer and healthier than other types of conventional chicken, and similar to specialty chicken products such as Perdue's Harvestland (*Sanderson and Perdue v. Tyson*, RDB-08-210).[4]

Downloaded from http://ajae.oxfordjournals.org/ at DigiTrap USDA's Digital Desktop Library on March 30, 2016

---

[1] Italicized terms are part of a glossary in the online appendix.
[2] Note that this case study only looks at the RWA label and is not intended to laud or demonize the general production practices of particular firms. In this case study, Perdue's Harvestland brand truthfully provides chicken that is raised without antibiotics, but in 2014, Perdue settled in two class action suits that alleged that the "Humanely Raised" label claim on Harvestland chicken was misleading, and removed the language from their label (The Humane Society of the U.S. 2014).

---

[3] Gentamicin, an antibiotic that is important to human medicine, is often given with vaccines injected pre-hatch (Ricks et al. 1999; Bailey and Line 2001; Schering-Plough Animal Health 2004; Houghton 2011). The FDA classifies gentamicin as "highly important" to human medicine (U.S. Department of Health and Human Services 2003), and the World Health Organization considers it "critically important" to human medicine (World Health Organization 2011).
[4] Tyson's original RWA label was approved by the FSIS on May 16, 2007, and on June 2, 2008, the FSIS set a hard deadline for Tyson to remove all forms of RWA claims on packaging (Sanderson and Perdue v. Tyson, RDB-08-210; U.S. Department of Agriculture 2008).

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

Why might this have happened? Voluntary label claims, such as chicken that is RWA, describe *credence attributes*.[5] Perdue may know if chicken it produced was raised without antibiotics, but the consumer cannot verify this by examining the product (searching) or eating the chicken (experiencing). Because Perdue knows more about how the chicken was produced than the consumer does, *information asymmetries* exist. A consumer can only find out if firms are raising their chickens without antibiotics by, for example, visiting the farm; or if an entity they trust verifies or certifies this information for them. If consumers do not believe the label claims, they will not pay a price premium and Perdue will not supply the RWA chicken. This leads to a market failure: RWA chickens are demanded, but not produced. Another form of market failure could be when consumers believe the label claim and pay a premium for RWA but these product characteristics are not provided as expected, such as in this case study (see Darby and Karni 1973; Nelson 1970; Baksi and Bose 2007; Grolleau and Caswell 2006; Lusk 2013).

In this case study, we use the series of events and actions taken by Tyson, Sanderson Farms (Sanderson), and Perdue, the federal and district courts, as well as the FSIS to illustrate the benefits and challenges of voluntary, process-based label claims, and to examine the potential market dynamics at play in the RWA food labeling process. We discuss to what degree the market, mediated by regulatory and judicial intervention, may be efficiently providing information to consumers who demand process-based product attributes, to what degree assumptions about consumer behavior hold in the case of RWA label claims, and potential issues related to private interventions and current or future government intervention in voluntary label claims. We also provide an online appendix with supplemental information (including a detailed table of events, table A1) and discussion questions.

## What are the Issues?

A growing segment of consumers wants more information about how their food is produced, and importantly for this case study, about how the animals they eat are raised. These consumers are concerned with the environmental, social, and public health implications of their choices (Teisl and Roe 1998; Ibanez and Grolleau 2008; McFadden 2013), and rely on information that firms provide via voluntary label claims to make choices that reflect their preferences. In the grocery store, a single chicken product may have many characteristics on the label and packaging. Some of these are required or regulated by law (e.g., nutrition information, weight, price, and product definitions). Labels may protect consumers from fraud, level the playing field for producers, or provide health information. Label claims for many new, process-based characteristics (in addition to RWA) have appeared in response to perceived consumer demand—sustainable, dolphin-friendly, cage-free, fair trade, and others—some of which are not well-defined in any formal or consistent standard (Golan et al. 2001).

The FSIS oversees the use of all labels for meat and poultry products, including voluntary, process-based label claims such as RWA claims (figure 1).[6] For most process-based claims, firms submit their label claims to the FSIS for review before they are able to use them on products (U.S. Department of Agriculture 2007; Personal comm. with USDA FSIS). Some claims have been developed in cooperation with a standard-setting or certifying body (government, nonprofit, or industry groups)—these label claims adhere to a standard set by an entity other than the firm, and are third-party certified (e.g., "Non-GMO Project Verified," or "USDA Process Verified"). The organic label is one example

---

[5] Throughout this case study, we use "conventional" and "conventional market" to refer to poultry production that follows all guidelines outlined by the National Chicken Council as the industry standard, and that uses antibiotics for growth promotion and/or disease prevention. "Specialty" chicken and "specialty market" are used to refer to poultry products that, in this case, are raised without antibiotics (birds that are raised without antibiotics are often also fed all-vegetarian feed (Thornton 2015)). While "free range" or other attributes may also be commanding price premiums in specialty poultry markets, these attributes are not directly relevant to this case study. Organic poultry products constitute an additional market category, as they are raised without antibiotics, fed only organic feed, and subject to additional animal welfare and other requirements (Fanatico 2008).

[6] Specifically, the FSIS regulates labels on meat, poultry, and egg products under the authority of the Federal Meat Inspection Act and the Poultry Products Inspection Act (21 U.S.C. § 601-695 and 21 U.S.C. § 451-472453), including label claims that inform consumers about production and processing practices (U.S. Department of Agriculture 2007). These regulations "protect consumers from misbranded and economically adulterated meat, poultry, and egg products which ensure that all labels are truthful and not misleading," (U.S. Department of Agriculture 2015).

Downloaded from http://ajae.oxfordjournals.org/ at DigiTrop USDA's Digital Desktop Library on March 30, 2016

First, a poultry company prepares a label, possibly with the help of a label consultant. If none of the label claims are "special statements or claims" requiring review by FSIS Labeling and Program Delivery Staff (LPDS) then the label is considered "generic" (generic label claims can include allergen statements, Agricultural Marketing Service (AMS) grading statements, Kosher labels, etc.). Firms do not need to submit generic labels to FSIS for approval, but some firms voluntarily submit them to FSIS for review.

For labels that are not generic, including labels that bear animal raising or production claims:

1. A firm submits a paper or online label application. This submittal includes a sketch of the label, completed Application for Approval of Labels, Marking, or Device (FSIS Form 7234-1), and supporting documentation.
2. FSIS reviews label submissions to make sure they are truthful and not misleading, and that they comply with FSIS regulations and policies.
3. Label applications can be approved, temporarily approved, or rejected. The application may be rejected if it is incomplete, has expired verification paperwork, the ingredient statement is incorrect, or if it contains other violations that do not conform to FSIS regulations and policies.
4. If the label is approved, the firm can begin to use the label immediately.
5. FSIS can rescind a label. If this happens, FSIS may grant an appropriate transition period (as short as two weeks or as long as six months) to phase out the current label. FSIS can also invite the firm to submit a revised label.

**Figure 1.  From paper to package: how a label winds up on your chicken**

of a process-based, third-party certified label claim (Golan et al. 2001; McFadden 2013). In its case, the standard is defined by the federal government, certified by state, non-profit, or private entities, and enforced jointly by the certifiers and the National Organic Program.[7] Many label claims, however, are not tested, audited, or verified by a third party before the FSIS approves them to appear on a product label.

For some meat and poultry products, the USDA FSIS has set standards for the use of particular terms or label claims: for example, you can only call a meatball a "meatball" if it is 65% meat (U.S. Department of Agriculture 2005). The FSIS's standards provide consumers with some assurance that there is meat in their meatball, so they do not need to verify it themselves. Because RWA was a relatively new label claim in 2007, the FSIS did not yet have a standard published or a clear definition established. Thus, firms such as Perdue and Tyson were able to develop their own standards for RWA label claims and submit them to the FSIS for approval with supporting documentation (see figure 1). These diverse label claims led to consumer

confusion, and in this case study firms relied upon the courts to challenge competitors' claims.

*Structure of the Broiler Industry*

The poultry industry is concentrated and produces a largely homogenous product. During the time period of this case study (2007 to 2010), the top 4 firms (Tyson Foods, Pilgrim's Pride, Perdue Farms, and Sanderson Farms) controlled 56–58% of the market, and the top 8 firms controlled 71–74% of the market (Vukina and Zheng 2015). The relative position of any one firm did not change much during the period of interest. Tyson was the first or second firm in terms of market share from 2006 to 2010 (table 1). For the poultry sector, the *Herfindahl-Hirschman Index* ranged from 1,341 in 2007 to 1,171 in 2009—again suggesting concentration (Vukina and Zheng 2015).[8]

---

[7] For more information about the organic standard, see http://www.ams.usda.gov/AMSv1.0/nop.

---

[8] Herfindahl-Hirschman Index (HHI) = Sum of the squares of the market shares of the 50 largest firms. Economists use the HHI to signal market concentration. A HHI score over 1,000 suggests a concentrated industry—the higher the number, the greater the degree of concentration. An industry with 50 equal-sized firms would have an HHI of 200.
Both the beef and the pork sectors are more concentrated than the broiler industry; in 2006, the top four firms in the beef industry controlled 79% of beef processing, and the top four firms in the

**Table 1. Top 10 Broiler Producers, 2006–2010**

| Integrator | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| Tyson Foods | 2 | 2 | 2 | 1 | 1 |
| Pilgrim's Pride | 1 | 1 | 1 | 2 | 2 |
| Perdue Farms | 3 | 3 | 3 | 3 | 3 |
| Sanderson Farms | 5 | 4 | 4 | 4 | 4 |
| Wayne Farms | 4 | 5 | 5 | 6 | 6 |
| Mountaire Farms | 6 | 6 | 6 | 7 | 7 |
| Koch Foods | 9 | 9 | 9 | 5 | 5 |
| Raeford Farms | 7 | 7 | 7 | 8 | 8 |
| Foster Farms | 10 | 11 | 10 | 10 | 9 |
| Peco Foods | 12 | 13 | 11 | 11 | 10 |

*Source:* Derived from Vukina and Zheng, 2015; original sources are WattPoultry USA and USDA.

The poultry industry is also characterized by vertical integration, which means that the parent company (e.g., Perdue or Tyson) manages almost all stages of production. These parent companies own hatcheries that produce the eggs, contract with individual farmers to raise the newly-hatched chicks, supply the feed and other inputs for raising the chickens to market weight, and then process and market the poultry products (MacDonald 2008, 2014). In 2011, 97% of broiler chickens were raised under this contract model (MacDonald 2014). The economies of scale inherent in the production process have contributed to the concentration of the poultry industry (MacDonald 2008, 2014). In a vertically-integrated model, it may be easier for these companies to implement uniform practices since they can stipulate that birds be raised in a certain way through contract provisions.

The presence of vertical integration and economies of scale suggests there are barriers of entry to the poultry industry. Together with market concentration, these suggest that the industry is not perfectly competitive. Firms like Tyson, Pilgrim's Pride, Perdue, and Sanderson may compete to gain market share by signaling to consumers that they have a higher quality product and/or attributes that consumers desire.[9] Branding products, advertising, and labels are methods

of signaling to consumers, and the optimal level of public and private investment in each of these can vary depending upon the product, market characteristics, and market conditions (Dorfman and Steiner 1954; Amacher, Koskela, and Ollikainen 2004; Baksi and Bose 2007; Saitone and Sexton 2010; Giannakas 2013).

*Antibiotic Use in the Broiler Industry*

Conventional hatcheries and broiler facilities like those owned by or that contract with Tyson, Sanderson, and Perdue have historically used antibiotics as a tool to prevent disease, treat and control disease, and to promote growth (National Research Council 1999; Emborg et al. 2001; Jones and Ricke 2003; MacDonald and Wang 2011). These are clear benefits of antibiotic use in livestock and poultry production, but antibiotic use can also lead to resistance. Some bacteria can survive and become resistant, and these bacteria can then pass their resistance genes on to other bacteria. Through co- and cross-resistance, bacteria can also become resistant to antibiotics other than those that were used (Higgins 2007; Canton and Ruiz-Garbajosa 2011). Recent studies document the prevalence of resistant bacteria on and near farms, on poultry workers, and on retail chicken products (Nandi et al. 2004; Furtula et al. 2010; U.S. Department of Health and Human Services 2012; U.S. Department of Health and Human Services and U.S. Department of Agriculture 2014). Antibiotic use in animals therefore also has an external cost to society: it contributes to the problem of antibiotic resistance (Brown and Layton 1996; McEwen and Fedorka-Cray 2002; Marshall and Levy 2011; The White House 2015).[10] When bacteria become resistant to antibiotics, they can make human and animal infections more difficult and costly to treat (Prescott 2000; Laxminarayan and Malani 2007; Roberts et al. 2009; U.S. Centers for Disease Control and Prevention 2013, 2014).[11]

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

_____

pork industry controlled 63% of processing (U.S. Government Accountability Office 2009).

[9] This concentration may also lead to monopsony-type market power where poultry integrators can pay less to contract growers when regional concentration is high (MacDonald and Key 2012). Also, see Hamilton and Zilberman (2006) for a theoretical model of fraud in green markets in perfectly competitive, monopolistically competitive, and oligopolistic markets.

_____

[10] Most theory papers treat antibiotic effectiveness as a common property resource that is overexploited. Some model it as a renewable resource, others contend that it is exhaustible/non-renewable due to the slow development of new antibiotics (see, e.g., Brown and Layton 1996; Laxminarayan and Brown 2001).
[11] For example, bacteria from poultry products have been linked to urinary tract infections (UTIs), and resistant bacteria may make these more difficult to treat (Manges et al. 2007; George and Manges 2010; Tavernise 2013).

## What Do Consumers Understand about Antibiotic Use and Resistance?

This case study suggests that at least some consumer confusion results because firms' voluntary label claims are not credible and there is no standard language or definition associated with RWA claims. However, there may be several other issues at play that undermine economic assumptions about consumer decision making; primarily, the assumption that consumers have complete and well-defined preferences. What if, for example, consumers do not have well-defined preferences about antibiotic use on farms, or do not understand the issue or information provided to them via a label claim? Would truthful and credible label claims be enough to ensure a functioning market for chicken that is RWA? If we unpack the consumer confusion issue a bit more, we find that there might be other reasons that consumers are confused.

*Antibiotic use and resistance is a complex issue.* Consumers may or may not understand how antibiotic use relates to the development of antibiotic resistance and how this might impact human health. In fact, many consumers assume that the primary private benefit of consuming meat or poultry that is RWA is that they are avoiding consuming antibiotic residues (trace amounts of antibiotics) in their food rather than avoiding consuming antibiotic resistant bacteria (Caswell 1998; McInturff et al. 2011).

> *"Most moms will assume they are eating the antibiotics in the food and that is the causal process. Some continue to believe this even after reviewing literature that explains the issue is really about transmission of resistant bacteria,"* (McInturff et al. 2011).

The FDA establishes tolerances for antibiotic residues in chicken under the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 360b), and the USDA FSIS administers the U.S. National Residue Program under the Federal Meat Inspection Act (21 U.S.C. § 601) and the Poultry Products Inspection Act (21 U.S.C. § 453).[12] This means that all meat and poultry products (RWA and non-RWA) are regularly tested for residues, and are safe for human consumption. Still, research suggests that consumers buy RWA chicken (and meat) because they believe there is a private benefit: it is healthier and safer for them to eat (the scientific evidence for this is not conclusive; see footnote).[13]

When consumers purchase RWA chicken, they are more likely contributing to a public benefit: reduced antibiotic use in livestock might decrease the magnitude of the antibiotic resistance externality or stem its increase (McEwen and Fedorka-Cray 2002; Marshall and Levy 2011; The White House 2015). Whether consumers' willingness to pay for RWA chicken stems from this public benefit depends on how much information they have, and how altruistic they are (Lusk, Norwood, and Pruitt 2006; Lusk 2013).

In the case where consumers buy RWA chicken because they believe it is safer or healthier (or is less likely to contain unsafe levels of antibiotic residues), there is a welfare loss to individual consumers for paying more than they need to for the desired characteristic (though they may be unknowingly contributing to reducing the externality of antibiotic resistance, which can increase social welfare). In general, consumers are only able to make decisions based upon their perception of quality (not actual quality), which results in a "cost of ignorance" when perceived quality and actual quality are not the same (Foster and Just 1989).

*Information overload.* Even if information about process-based characteristics on labels is truthful and credible, it can be too much information for consumers to process (Lohr 1998; Lusk 2013). Consumers might also perceive similar items or label claims as being equivalent. In 2012, Consumers Union discovered 24 different antibiotics-related label claims on grocery store shelves, not all of which were approved by the USDA, and several of which they deemed "confusing" (Consumers Union 2012).[14]

---

[12] See http://www.fsis.usda.gov/wps/portal/fsis/topics/data-collection-and-reports/chemistry/residue-chemistry for more information.

[13] There is some research that compares prevalence of antibiotic resistant bacteria on different types of meat and poultry products, but only some papers suggest that animals raised without antibiotics and their meat (including organic meat and poultry) may harbor fewer antibiotic-resistant bacteria, though there may be a tradeoff with overall bacterial load (Cui et al. 2005; Price et al. 2005; Miranda et al. 2008; Sapkota et al. 2011; Kilonzo-Nthenge et al. 2015).

[14] Label claims not approved by USDA were "No antibiotic growth promotants," "Antibiotic free," and "No antibiotic

Downloaded from http://qjae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

Not only does this happen with RWA label claims, but consumers may confuse or be ambivalent about what attributes are included as part of different labels (especially multi-attribute labels such as "natural" or "organic"). For example, organic chicken is RWA, but "natural" chicken is not necessarily RWA (Oberholtzer, Greene, and Lopez 2006; Crandall et al. 2009; Harbaugh, Maxwell, and Roussillon 2011; McFadden 2013; Consumers Union 2012).[15]

*Antibiotic-free label claims and Tyson's decision to introduce a RWA label claim.*

In the early 2000s, the absence of federal regulatory action spurred consumer advocacy and research groups such as the Union of Concerned Scientists, the Pew Charitable Trusts, and Center for Science in the Public Interest to publicize the risks of antibiotic use in animal agriculture and lobby for federal policy change. Some media sources were running similar headlines (see, e.g., Lieberman and Wootan 1998; Dobb 2000; Mellon, Benbrook, and Benbrook 2001). In 2007, there was a market opportunity for firms attuned to the growing domestic demand for RWA meat and poultry products (Oberholtzer, Greene, and Lopez 2006; Crandall et al. 2009; Consumer Reports 2012; Peacock 2013; Greene and Oberholtzer 2007).[16] In order to meet this perceived demand, Perdue investigated how to reduce antibiotic use in poultry operations, developed new technologies and vaccination protocols, and financed a controlled trial to look at the effect of removing antibiotic use for growth promotion (Engster, Marvil, and Stewart-Brown 2002; Stewart-Brown, Engster, and Marvil 2006; Plantz 2015).[17]

*"That was a major learning experience for us," said Dr. Stewart-Brown. "No-antibiotics-ever was a very small part of the market, but it gave the opportunity to learn what it takes to successfully run such a program. And we took those learnings and applied them across our entire company,"* (Perdue Farms, Inc. 2014).

In the fall of 2007, Perdue filed a trademark registration for "Purely All-Natural Harvestland," indicating that they were preparing to market a new RWA brand of poultry (Perdue Holdings, Inc. 2006; see online appendix table A1 for a complete timeline of events), and developed a voluntary RWA label claim that was approved by the FSIS. Within a specialty market, Perdue received a price premium because consumers were willing to pay more for poultry that was raised without antibiotics (figure 2).[18] Though Perdue continued to use a conventional/industrial production model, research suggests its marginal costs of production were higher than systems where antibiotics were used for growth promotion and/or disease prevention (but lower than the marginal costs of producing organic chicken, where chickens are fed organic feed and subject to additional animal welfare requirements—see footnote 5).[19]

---

residues," and label claims that were confusing consumers with respect to antibiotic use were "Natural" and "No antibiotics* as verified by 120-day affidavit".

[15] Another complication—in theory and in practice—is that consumer preferences and willingness to pay for a particular attribute or a product in general can change depending on how many other product attributes are labeled, what combination of attributes are labeled on a product, and in response to the introduction of new product labels. This challenges the assumption that consumer demand for a product or labeled attribute is independent of the existence of other products or labels (Gao and Schroeder 2009; Lusk 2013).

[16] Global demand for chicken that is RWA is also strong, especially in Europe, where countries have restricted growth promotion and disease prevention uses of antibiotics in livestock (Johnson 2011).

[17] Research suggests that feed additives, vaccination technologies, and management techniques can substitute for antibiotic use on the farm. In addition, firms may change hatchery and flock

management to reduce disease pressure and minimize environmental stress on the birds. For example, contract growers may decrease bird density to give the birds more space, and firms may use a bird with slightly different genetics that make them slower-growing and/or more disease resistant (NRC 1999; Plantz 2015; Sneeringer et al. 2015).

[18] Note that the specialty prices depicted in figure 2 also include the attributes of all-vegetable feed and minimally processed. The first of these attributes is very highly correlated with the RWA attribute because it is common practice to feed birds that are being raised without antibiotics all-vegetable feed (Thornton 2015), and the second is common to most fresh chicken products. High price premiums in the specialty market may also be due to the fact that there are barriers to entry to the poultry market (significant fixed and transactions costs associated with developing processing infrastructure and a vertically integrated supply chain).

[19] Using data from USDA's Agricultural Resource Management Survey, Sneeringer et al. (2015) estimate that restricting the use of antibiotics for production purposes (growth promotion) on farms will cause costs of production to increase by 1–3%. These researchers estimate that this would be associated with a 1% increase in wholesale meat and poultry prices (retail prices would increase by less than 1%), and a drop in total output of <1%. In 1999, the National Research Council estimated that a ban on using antibiotics in animals for growth promotion and disease prevention would cause chicken prices to increase by 1.3–2.6%, or 2 to 4 cents per pound (National Research Council 1999). News articles and industry groups have also reported estimates of differences in costs of production to raise chickens

Downloaded from http://ajae.oxfordjournals.org/ at DigiTrop USDA's Digital Desktop Library on March 30, 2016



**Figure 2. National prices of organic, specialty, and conventional boneless/skinless chicken breast (2006–2009)**

*Note*: Thin lines are 8-week moving averages of the series. Data are from the Agricultural Marketing Service's Weekly Retail Chicken reporting at https://www.marketnews.usda.gov/mnp/ls-home. According to the website, "Specialty products are produced from chickens raised on an all-vegetable diet without antibiotics and are minimally processed. USDA certified organic are products grown and processed according to USDA's national organic standards and certified by USDA-accredited State and private certification organizations. For more information, visit http://www.ams.usda.gov/nop/."

Shortly after Perdue introduced its Harvestland trademark, Tyson asked the FSIS to approve a RWA label claim for its chicken products (*Sanderson and Perdue v. Tyson*, RDB-08-210). Given the absence of standard criteria, Tyson defined RWA to include the continued use of ionophores in feed, and omitted the fact that they injected eggs with the antibiotic *gentamicin*, which the FDA classifies as "highly important" to human medicine (U.S. Department of Health and Human Services 2003; Sanderson *and Perdue v. Tyson*, RDB-08-210).[20] The FSIS subsequently approved this application

(*Sanderson and Perdue v. Tyson*, RDB-08-210). After approval, Tyson launched "Project Sting," a major advertising campaign based upon the RWA attribute (*Sanderson and Perdue v. Tyson*, RDB-08-210). Court testimony based upon a consumer survey suggests that consumers believed Tyson chicken to be safer and healthier than other conventional chicken (*Sanderson and Perdue v. Tyson*, RDB-08-210). However, unlike other firms producing chicken that was RWA (such as Perdue), research suggests that Tyson likely had a lower marginal cost of production since they were still using ionophores and antibiotics *in-ovo*.[21] Documentation provided in the court cases supports the fact that Tyson was able to sell a larger quantity for a higher price per pound.

> "The Court is satisfied by the preponderance of the evidence that consumers are misled into believing

---

without antibiotics. In March 2015, the National Chicken Council estimated, based on conversations with major integrators, that it would cost 5–7 cents more per pound to raise an antibiotic-free chick (Mordock 2015; personal communication). Also in March 2015, Reuters reported that switching to antibiotic-free production increases on-farm costs by up to 3% (Huffstutter and Baertlein 2015). In the same article, Perdue disclosed that it had taken them a decade and millions of dollars of investment to make the switch to antibiotic-free.

[20] Tyson Foods never disputed that ionophores were antibiotics, but did later argue that ionophores were not related to the development of resistance to antibiotics that are used in human medicine (Sanderson and Perdue v. Tyson, RDB-08-210). Also, it should be noted that there is some dispute over the definition of the term "raised," even within the organic standard. The USDA organic standard for broilers requires that birds be raised without antibiotics from the second day of life (U.S. National Archives and Records Administration. *Code of Federal Regulations*. Title

7, sec. 205.236, National Organic Program: Origin of Livestock 2000).

[21] As Tyson's advertising campaign rolled out, Perdue sought FSIS approval for an additional RWA label claim on its conventional chicken. However, the FSIS placed its application on "pending" status (Sanderson and Perdue v. Tyson, RDB-08-210).

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

*that Tyson's mass-marketed chicken and Perdue's specialty chicken are both antibiotic-free, when, in fact, Tyson feeds its chicken ionophores and injects its chicken eggs with antibiotics. Tyson executives have acknowledged that this permits them to "price up," meaning that the company can raise the price of its "Raised Without Antibiotics" chicken without seeing a corresponding decrease in sales figures,"* (*Sanderson and Perdue v. Tyson*, RDB-08-210).

Court testimony also suggests that Tyson partially displaced Perdue and Sanderson's products from conventional and specialty markets, though the effect was a small percentage of revenues.[22] Tyson reported that their average, per-pound chicken segment prices were 8.3% higher in fiscal year (FY) 2007 when compared to FY 2006, and 8.9% higher in FY 2008 than FY 2007. Tyson chicken segment revenues grew from $7.95 billion in FY 2006 to $8.21 billion in FY 2007, and to $8.9 billion in FY 2008, though they suffered an operating income loss due to high input costs in FY 2008 (Tyson Foods, Inc. 2007, 2008). During the same periods (FY 2007 and FY 2008), the national retail broiler price per pound increased by 0.13% and 6.25%, respectively (U.S. Department of Agriculture, Economic Research Service 2015).

**Market Forces at Work**

In this section we present a stylized, graphical model of Tyson's and Perdue's actions in the context of an oligopolistic market structure (see Sexton 2013, for a discussion of why modern agricultural sectors might not fit neatly into the oligopolistic model). In an oligopolistic market, each firm develops beliefs about the strategic behavior of the other firms in the industry, and if each firm takes the other's production as a given, they face a *residual demand curve*. Given this residual demand and the corresponding

marginal revenue, in an oligopolistic market, Tyson would set the marginal revenue equal to the marginal cost to produce quantity (Q) and price (P), thus earning a higher profit relative to a perfectly competitive market (where $P = MC$).

In figure 3, we show what the residual demand for Tyson and Perdue might have looked like in conventional and specialty broiler markets (both sides of figure 3, respectively), both before and after the introduction of Tyson's RWA label claim (top and bottom sets of panels in the figure, respectively). Panel a) depicts a sample diagram of what Tyson's residual demand curve might have looked like in an oligopolistic, conventional poultry market (where growers use antibiotics for growth promotion and disease prevention). Given a hypothetical oligopolistic industry structure, Tyson would have faced a residual demand given the other firms within the market, and would set its residual marginal revenue equal to marginal cost to determine $Q_C^*$. Given this $Q_C^*$, Tyson would have received $P_C^*$ for its products. The blue area would be the consumer surplus. The green area would be Tyson's producer surplus. The red area is the deadweight loss. Panel b) in figure 3 depicts the hypothetical residual demand curve for Perdue in the specialty broiler market prior to Tyson's RWA label claim in 2007. Though we assume that their marginal costs of production are higher because they do not use antibiotics, Perdue receives a price premium relative to conventional chicken. Perdue sets marginal revenue equal to marginal cost to determine $Q_S^*$. Given this $Q_S^*$, Perdue would have received $P_S^*$ for their products. Colors representing consumer and producer surplus and deadweight loss are consistent across figures.

When Tyson also decided to market their chicken as RWA, we assume that this had only minimal impacts on their marginal costs of production (although they may have modified their antibiotic use to eliminate other antibiotics, they were still using ionophores and antibiotics *in-ovo*; see Engster, Marvil, and Stewart-Brown 2002; Graham, Boland, and Silbergeld 2007; Sneeringer et al. 2015). This scenario is depicted in panel c) of figure 3. If consumers responded to Tyson's RWA label claim by demanding more of Tyson's products, the residual demand and corresponding marginal revenue would have shifted to the right. Tyson would have then set the new marginal

---

[22] Together, the Plaintiffs lost more than $14 million in contracts (Sanderson and Perdue v. Tyson, RDB-08-210). During the same period, Tyson's production increased by 35 million pounds (Sanderson and Perdue v. Tyson, RDB-08-210).

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016



**Figure 3. Hypothetical residual demand curves for Tyson and Perdue and resulting changes from introduction of Tyson's RWA claim**

*Note*: Panels a) and b) depict the hypothetical residual demand for Tyson and Perdue (respectively) in the conventional (left) and specialty broiler markets (right) prior to Tyson's RWA label. Panels c) and d) are a stylized depiction of changes that may have happened in these markets as a result of the introduction of Tyson's RWA claim. Green areas represent producer surplus, blue consumer surplus, and red deadweight loss. Hashed areas represent before Tyson's RWA label, and solid areas represent after.

revenue equal to the old marginal cost and produced $Q_C$' with a new price of $P_C$'. In this scenario, Tyson would have had a higher producer surplus. Though it appears that consumer surplus also increased, because Tyson's RWA label claim was misleading and consumers were not receiving what they thought they were paying for (in this hypothetical situation), the full value of consumer surplus was likely not realized.

Although we depict conventional and specialty markets as separate, the shift in demand for Tyson's chicken in the conventional market may also have impacted demand for Perdue's RWA chicken in the specialty market. In panel d) of figure 3, we show this as an inward shift of Perdue's residual demand in the specialty market. Perdue would have then set its new residual marginal revenue equal to marginal cost to determine $Q_S$'. Given this $Q_S$', Perdue received $P_S$' for its products. Consumer surplus decreased in this market, as did Perdue's producer surplus. Competitors within the conventional market, like Sanderson (and also Perdue's conventional chicken), likely lost some market share stemming from Tyson's label claim (not depicted on these graphs).

## The Resolution

The FSIS determined shortly after label approval that Tyson's label claim was false and misleading due to the use of ionophores

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

(*Sanderson and Perdue v. Tyson*, RDB-08-210). In September 2007, the FSIS contacted Tyson and informed them that they intended to revoke approval of Tyson's RWA label claim, and also acknowledged that they should not have approved the initial label claim (*Sanderson and Perdue v. Tyson*, RDB-08-210). In November 2007, the FSIS gave Tyson four options, including submittal of a revised label application (*Sanderson and Perdue v. Tyson*, RDB-08-210).[23,24]

Tyson submitted a qualified label application in December 2007 with the claim "Raised Without Antibiotics that impact antibiotic resistance in humans" (*Sanderson and Perdue v. Tyson*, RDB-08-210). Tyson began to incorporate unapproved label caveats before FSIS approval in December 2007 (*Sanderson and Perdue v. Tyson*, RDB-08-210).[25] Additionally, as part of this new label approval, the FSIS granted Tyson a transition period to the new label that included the qualified RWA claim (*Sanderson and Perdue v. Tyson*, RDB-08-210).

During this entire period, Tyson continued its "Project Sting" advertising campaign that used the unqualified RWA language:

> "*Indeed as late as November 30, 2007, weeks after the USDA refused to reconsider its revocation, Mr. Hogberg was telling other Tyson employees that "[n]o one should be holding up anything because of the RWA labeling issue," (Pls.' Ex. 108). Indeed, he was encouraging others to "GO! GO! GO!" onward with the campaign. (Id.) This Court finds that Tyson's continuation of Project Sting was done with full knowledge that the USDA intended to revoke the unqualified "Raised Without Antibiotics" label," (Sanderson and Perdue v. Tyson*, RDB-08-210).

When Tyson did not immediately remove the label claim or cease its advertising campaign, Sanderson and Perdue sued Tyson, claiming that the label claims "Raised Without Antibiotics" and "Raised Without Antibiotics that impact antibiotic resistance in humans" were false and misleading to the consumer. The Plaintiffs also claimed that Tyson continued to disseminate false advertisements with the RWA label claim, a violation of the Lanham Act (*Sanderson and Perdue v. Tyson*, RDB-08-210).[26] In April of 2008, a Maryland U.S. District Court determined that the original, unqualified RWA label claim was false (since Tyson still used ionophores), and that the revised, qualified claim was misleading (since Tyson injected eggs pre-hatch with gentamicin; *Sanderson and Perdue v. Tyson*, RDB-08-210). The Court enjoined Tyson to stop all advertising with both the original RWA label claim and the qualified label claim (*Sanderson and Perdue v. Tyson*, RDB-08-210). Additionally, the court determined that Tyson's advertising campaign had a negative financial impact on both Sanderson and Perdue. Together, the Plaintiffs lost more than $14 million dollars in contracts (*Sanderson and Perdue v. Tyson*, RDB-08-210).[27] During the same period, Tyson admitted to a 35 million pound increase in production (*Sanderson and Perdue v. Tyson*, RDB-08-210).

On June 2, 2008, the FSIS issued a letter to Tyson rescinding the qualified RWA label claim (and all variations) because Tyson continued to inject eggs with antibiotics (pre-hatch). The FSIS gave Tyson two weeks to remove all label claims regarding antibiotics (*Tyson v. USDA, et al.*, U.S. District of Columbia District Court 08 Compl. 01000). At this point, Tyson's RWA label claims and advertising had continued for over a year. Around the same time, Tyson said "[i]t was voluntarily withdrawing its labels for chicken raised without antibiotics because of what it called 'uncertainty and controversy over

---

[23] The four options were: 1) remove the RWA label claim within 45 days; 2) stop using ionophores in feed formulation, in which case the RWA label claim would be technically accurate; 3) petition the FSIS to initiate a public notice and comment process on the use of ionophores in poultry and meat; or 4) submit a revised label application.

[24] The FSIS also updated the Regulations & Policies with "Labeling Guidance for RWA Claims and the Use of Ionophores," noting that previously-approved labels bearing RWA were "approved in error" and were not consistent with the American Veterinary Medical Association (AVMA) definition that the FSIS follows, which considers ionophores to be antibiotics (Sanderson et al. v. Tyson, RDB 08CV210).

[25] For example, "raised without antibiotics that create resistance in humans," or "raised without antibiotics*" with a caveat in fine print.

[26] "Unlike the FDA, the USDA does not have congressional authority to review advertisements," (Sanderson and Perdue v. Tyson, RDB-08-210), see also U.S. Department of Agriculture 2007, for a description of FTC's authority over advertising for meat and poultry products.

[27] The contracts referenced are presumably with major retailers or food service providers.

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

*Bowman et al.*                                                           *Raised Without Antibiotics*   633

product labeling regulations,"' (Reuters 2008).[28]

### How Did Consumers Respond to Tyson's Change in Labeling, and Label Controversy?

Consumers and retailers responded positively to Tyson's RWA label claim and advertising campaign. As mentioned earlier, the plaintiffs presented evidence from a consumer survey to document that consumers believed that Tyson's RWA label claim meant that Tyson's chicken was healthier and safer than competitors' conventional chicken. Furthermore, consumers surveyed were unable to distinguish between various types of RWA label claims, including the qualified label claim that Tyson proposed to replace its original RWA claim.

> *"First, the individuals that participated in the survey largely responded the same way to the qualified "Raised Without Antibiotics that impact antibiotic resistance in humans" claim as they did to the unqualified "Raised Without Antibiotics" claim. Second, participants viewed both the unqualified and qualified claims as implying that Tyson's chicken is safer and healthier than competitors' chicken,"* (*Sanderson and Perdue v. Tyson*, RDB-08-210).

In addition to consumers believing that Tyson's chicken was safer and healthier, testimony by Perdue and Sanderson suggests that the $14 million in lost contracts with major retailers (or other food service companies) was due to their belief that there was a quality difference between Tyson's conventional chicken and Perdue and Sanderson's conventional chicken (*Sanderson and Perdue v. Tyson*, RDB-08-210).

What is less clear is what happened in the market after the FSIS required that Tyson



**Figure 4. Number of monthly newspaper stories covering Tyson's Raised Without Antibiotics label (January 2004–April 2015)**

*Note*: Results of a search of the NewsBank, Inc. database (over 2,278 U.S. newspapers) for the terms "chicken + antibiotic + label + Tyson."

rescind its label claim. Did the media provide consumers with information? What impact did this coverage have? Did consumers who had switched away from another brand of conventional chicken to Tyson continue purchasing Tyson following the controversy and court cases, or did they switch back to their original brand of choice? Did any media coverage impact investor behavior or stock prices?

The media did cover the events described, informing consumers during the period in question.[29] The New York Times reported on Tyson's RWA label claim and associated events (including actions by Tyson, the FSIS/USDA, and the court cases) six times from June 20, 2007 to June 14, 2008 (see online appendix table A1). Using the News-Bank, Inc. database to investigate media coverage of the issue, figure 4 depicts the monthly count of newspaper articles including the keywords "chicken," "antibiotic," "label," and "Tyson."[30] The articles spiked in late 2007 and again in mid-2008, which suggests some media coverage of the issue outside of the *New York Times*. We were unable to find any data to empirically investigate how the average consumer responded

---

[28] On June 10, 2008, Tyson sued the USDA in the District Court of District of Columbia (rather than the District Court of Maryland), claiming it was a ""victim" of a flawed regulatory process that misinterprets the meaning of the world "raised" and haphazardly applies its standard among different companies," (World Poultry 2008). Upon being transferred back to the District Court of Maryland, the suit was dismissed. "Notice of Voluntary Dismissal" listed on District of Columbia live database, filed and entered on June 20, 2008.

[29] A recent poll on how Americans get their news found that Americans followed the news largely using four different devices or technologies. The most frequently used devices include television (87%), laptops/computers (69%), radio (65%), and print newspapers or magazines (61%; Media Insight Project 2014).

[30] NewsBank, Inc. has a searchable database populated with the complete electronic editions of magazines and newspapers from around the world. The *New York Times* is not included. Here, the search was confined to the 2,278 U.S. newspapers included in the database as of April 2014.

Downloaded from http://ajae.oxfordjournals.org/ at DigiTrop USDA's Digital Desktop Library on March 30, 2016



**Figure 5. Stock prices (adjusted close) for the top 2 publicly-traded poultry companies between January of 2007 and December of 2008**

*Source*: Yahoo Finance.

to the removal of the RWA label claim, but have no evidence that these events had any effect on Tyson's brand in the retail market.

In 2009, several consumers filed suit against Tyson. These cases were eventually combined into a class action suit alleging that Tyson's RWA promotional claims about its chicken products were misleading, and asserting claims under state consumer protection statutes and common law (*Tyson Foods Inc. Chicken Raised Without Antibiotics, Consumer Litigation Civil Action No. RDB-08-1982*, U.S. District Court for the District of Maryland). Tyson settled this suit for $5 million in January 2010 and paid an additional $3 million in attorney's fees and reimbursements of expenses.[31]

Next, we look at stock prices for Tyson to determine the reaction of investors to the labeling controversy. Despite the media coverage of the issue and the consumer lawsuit against Tyson, figure 5 shows that Tyson's stock prices followed a trend similar to those of Sanderson Farms during the spring and summer of 2008 when litigation was in progress and when the FSIS required Tyson to remove all RWA label claims.[32] Tyson's stock price fell $1.47, or nearly 8% on June 3, 2008, when the FSIS revoked both label claims, gave Tyson two weeks to remove them from the label, and Tyson

announced it would voluntarily stop using the label claims. Sanderson's stock price dropped $2.16 (4.4%) on the same day. The drops in both companies' stock prices could be due to the Great Recession of 2007–2009 (the Dow Jones industrial average dropped by more than 1,000 points during the month of June 2008). Thus, although consumers filed a class action lawsuit, it is not obvious that Tyson experienced negative consequences in the marketplace.

**Raised Without Antibiotics—What Happened Next?**

In October of 2008, the FSIS published a Federal Register Notice entitled "Product Labeling: Use of the Animal Raising Claims in the Labeling of Meat and Poultry Products" stating that they would hold a public meeting and solicit public comments as they considered revising the procedure for approving labels with animal raising claims (U.S. Department of Agriculture, Food Safety and Inspection Service 2008).[33] At this public meeting, the FSIS described the challenges of the label approval process, including information asymmetries between the producer and the FSIS, and the lack of clearly-defined standards for animal raising claims can result in similar label claims with different meanings (Poretta 2008).[34] The FSIS suggested that third-party certification could be one tool to verify animal raising claims, but there was no official move toward the FSIS requiring third-party certification as a result of the public meetings or comment process.

Nonetheless, after 2008, Perdue and Tyson both began to employ third-party certification, among other tools, to differentiate their products with respect to antibiotic use practices and other animal raising claims. Since 2011, Perdue has positioned itself as the leading producer of organic and RWA chicken

---

[31] Money was paid out to consumers that had purchased Tyson products from June 2007–April 2009, and any remaining amount was donated in wholesale Tyson product to food banks around the United States.

[32] Perdue Farms is a privately held company. We exclude Pilgrim's Pride from figure 5 due to the fact that they were approaching bankruptcy during the fall of 2008.

[33] Notice can be accessed here: http://www.fsis.usda.gov/OPPDE/rdad/FRPubs/2008-0026.htm.

[34] "Because FSIS does not regulate food animal production, the Agency may not always have all the relevant information necessary to properly evaluate the animal raising practices described in a producer's animal production protocol," (Poretta 2008). "Animal producers and certifying entities may have different views on the specific animal raising practices that qualify a product to bear a given animal raising claim on its label. Thus, the same animal raising claim may reflect different animal raising practices, depending on how an animal producer or certifying entity defines the basis for the claim," (Poretta 2008).

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

(Perdue Farms, Inc. 2015). In 2011, Perdue became the first poultry company to get a USDA Process-Verified Program (PVP) seal on its conventional chicken, making claims about animal welfare, but no claims about antibiotics (PR Newswire 2011).[35] In the same year, Perdue acquired Coleman Natural, thereby acquiring the Coleman Natural brand (RWA), and the Coleman Organic brand (Sharpe 2014). By mid-2011, Perdue amended the USDA PVP seal to include antibiotic claims, and Tyson also developed a USDA PVP (though it did not contain antibiotics claims). By 2013, Tyson had launched its own RWA brand, and by the fall of 2014, both Perdue and Tyson announced that they had stopped using antibiotics in all hatcheries (Food Safety News 2014; Perdue Farms, Inc. 2014). During the summer of 2014, Perdue also gave several media interviews detailing the percentages of their birds that receive antibiotics, and declaring that none of their birds received antibiotics used in human medicine unless they were sick (i.e., no antibiotics other than ionophores—which are not used in human medicine—were used to promote growth or prevent disease in their conventionally-produced chicken; Charles 2014; Perdue Farms Inc. 2014, Sharpe 2014). Tyson followed suit (Food Safety News 2014). On April 28, 2015, Tyson also issued a press release announcing that it planned to end the use of medically important antibiotics by 2017 (Charles 2015). Thus, the events detailed in this case study are part of the ongoing competition between major players in the broiler industry on animal-raising claims and, in particular, antibiotic use claims.

## Discussion and Conclusion

Market-based solutions using voluntary labeling improve efficiency only if consumers receive the desired product characteristic.

Label claims have to be truthful, credible, and understandable to establish and retain a missing market. In an era of consumer confusion, proliferation of animal raising claims, and information of varying degrees of credibility, the courts found that Tyson introduced a false and misleading RWA label claim. Although the FSIS quickly required that Tyson remove the original claim and then approved a qualified label claim, "Raised without antibiotics that impact resistance in humans" (*Sanderson and Perdue v. Tyson*, RDB-08-210), these actions did not completely solve the asymmetric information issue. Competitors resorted to the courts to address their concerns, and the courts enjoined Tyson to stop all advertising with both label variations (*Sanderson and Perdue v. Tyson*, RDB-08-210). The FSIS followed by instructing Tyson to remove all RWA label claims. Even so, variants of Tyson's RWA label claims persisted for over a year with support from significant investment in advertising (see footnote 4).

Tyson surely incurred some expenses associated with developing and removing the label claim, and legal expenses related to civil cases, as they were forced to compensate a portion of consumers through a class-action settlement (Tyson Foods 2010). However, even if Tyson had been able to anticipate these potential costs, they may not have been large enough to deter Tyson from introducing their label claims. This case study provides anecdotal evidence that companies have incentives to introduce misleading label claims to the marketplace when the degree of enforcement and the size of penalties are uncertain. It also suggests there is a need for additional theoretical and empirical research on the welfare impacts of voluntary label claims.

From a policy perspective, this case study shows how a unique set of conditions, including federal policies with respect to antibiotic use and labeling, enforcement and verification of label claims, consumer knowledge and values, and intense competition between rival firms impacted decision-making by the FSIS, Perdue, and Tyson, among others. In the online appendix we go into greater depth about how several hypothetical scenarios or policies might have impacted firms' incentives to develop RWA label claims or to introduce misleading label claims, and incorporate discussion questions in the event this case study is used in the classroom. Here,

---

[35] The USDA's Agricultural Marketing Service (AMS) implements the USDA Process-Verified Program (PVP; U.S. Department of Agriculture, Agricultural Marketing Service 2015). In order for a company to develop a PVP for their product(s), they must document their management system for which they propose to be verified, and subject their process to independent verification and auditing by AMS auditors. Thus, the company (not AMS) develops the process or standard for their products, but pays a fee to AMS to participate in the PVP and have their processes verified and audited by AMS.

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

we provide a brief discussion of the policy relevance of this case study.

Though the use of some antibiotics for growth promotion and disease prevention in livestock is still legal in the Unites States, the FDA is in the process of finalizing and implementing several guidance documents for industry that should affect the use of medically important drugs in livestock for growth promotion, and tighten veterinary oversight.[36] Firms have likely been anticipating regulatory action for some time, which may have affected the incentives to invest in production systems that do not use antibiotics. Similarly, the absence of regulatory action provided a market opportunity for firms such as Perdue to market specialty products to consumers who demanded chicken that was RWA.

The United States has rarely implemented mandatory labels related to process-based animal raising attributes, with the exception of country of origin labeling for selected products, which was recently repealed for beef and pork (U.S. Congress 2015). Mandatory labeling can have a welfare cost for both producers and consumers, especially relative to an alternative where voluntary label claims are truthful, credible, and understandable (Lusk and Marette 2010, 2012). But what we see in this case study is that voluntary label claims do not always meet these requirements. This calls into question under what circumstances process-based, voluntary label claims are able to improve market efficiency and resolve information asymmetries.

It is possible that changes in standard setting or enforcement for animal raising label claims could impact firms' incentives to introduce misleading claims to the marketplace. If the FSIS had preemptively developed a RWA standard, this would have ensured that RWA claims meant the same thing for all firms, and might have also reduced the degree of consumer confusion about antibiotics-related label claims as they proliferated in the marketplace. However, early standard setting can also be costly and inefficient. In order for the FSIS to define a

standard, they have to go through a lengthy process that includes public comment, input from stakeholders, and coordination with other government agencies.[37] Companies want to move fast when they anticipate or perceive changing consumer demands, and consumers are reluctant to wait for the market to produce the products with attributes they demand. Lusk (2013) characterizes this ability of food labeling policies to adapt to changing market conditions as "dynamic efficiency," and suggests that the USDA programs for verification and certification are a good balance between providing credibility while allowing for flexibility and innovation.

If Tyson had expected greater repercussions for introducing their label claim (either penalties in the marketplace, or directly from the FSIS), this might also have affected the sequence of events. The primary direct costs to Tyson were legal costs and court fees associated with competitors' court cases, and settlement costs in the consumer case. The FSIS did eventually require Tyson to remove its claims, but there is no evidence that Tyson faced any additional penalties. Though the FSIS can withhold inspection services and can require companies to correct or change labels on a misbranded product (and stop the product from leaving the plant if they do not), the FSIS does not issue financial penalties to companies for labeling violations. It is unclear how the costs to Tyson would have changed if the FSIS had directly penalized Tyson, but the penalties for deceit would need to be large relative to the potential gains, and swift and certain in order to have an impact.[38]

We have discussed how voluntary label claims for animal raising claims (in this case, a RWA claim) are characterized by both information asymmetries and lack of credibility. Given the possible price premiums, companies may have an incentive to use deceptive or misleading label claims to capture those consumers seeking chicken that is raised without antibiotics (see Crespi and Marette 2003). The literature suggests this is not unique to firm behavior in the poultry

---

[36] These include "The Judicious Use of Medically Important Antimicrobial Drugs in Food-Producing Animals" (Guidance 209) and "New Animal Drugs and New Animal Drug Combination Products Administered in or on Medicated Feed or Drinking Water of Food-Producing Animals: Recommendations for Drug Sponsors for Voluntarily Aligning Product Use Conditions with GFI #209" (Guidance 213), as well as updates to the Veterinary Feed Directive (U.S. Department of Health and Human Services, Food and Drug Administration 2015).

[37] Based on interviews with the FSIS.

[38] See Kirchhoff (2000) for a discussion of how "greenwash" can be an optimal strategy for a firm if there is a short-term profit, and the most likely future outcome is having to remove the claim and charge a lower price (this changes if there is a probability of a fine or a penalty imposed by consumers, depending upon the magnitude of each).

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

industry (Kirchhoff 2000). If a firm wants to take advantage of a new opportunity and a uniform standard has not been established, their ability to create their own voluntary standard may lead to future experiences that resemble this case study. Standard setting and enforcement by government agencies is a delicate balancing act. While developing early standards and definitions for new label claims might help reduce consumer confusion and strategic behavior by firms at the outset, it can be costly and inefficient to intervene too soon, and can deter innovation by firms if standards are too rigid. The challenge, then, is deciding whether and when to set standards, and creating standards that make voluntary, process-based label claims (such as RWA) more efficient to benefit firms and consumers.

## Supplementary Material

Supplementary material is available at http://oxfordjournals.org/our_journals/ajae/online.

## References

Amacher, G. S., E. Koskela, and M. Ollikainen. 2004. Environmental Quality Competition and Eco-labeling. *Journal of Environmental Economics and Management* 47 (2): 284–306.

Bailey, J., and E. Line. 2001. In Ovo Gentamicin and Mucosal Starter Culture to Control Salmonella in Broiler Production. *Journal of Applied Poultry Research* 10 (4): 376–9.

Baksi, S., and P. Bose. 2007. Credence Goods, Efficient Labelling Policies, and Regulatory Enforcement. *Environmental and Resource Economics* 37 (2): 411–30.

Brown, G., and D. Layton. 1996. Resistance Economics: Social Cost and the Evolution of Antibiotic Resistance. *Environment and Development Economics* 1: 349–55.

Canton, R., and P. Ruiz-Garbajosa. 2011. Co-resistance: An Opportunity for the Bacteria and Resistance Genes. *Current Opinion in Pharmacology* 11: 477–85.

Caswell, J. 1998. How Labeling of Safety and Process Attributes Affects Markets for Food. *Agricultural and Resource Economics Review* 27 (2): 151–8.

Charles, D. 2014. Perdue Says Its Hatching Chicks Are Off Antibiotics. *National Public Radio*. September 3. Available at: http://www.npr.org/sections/thesalt/2014/09/03/345315380/perdue-says-its-hatching-chicks-are-off-antibiotics.

———. 2015. Tyson Foods To Stop Giving Chickens Antibiotics Used By Humans. *National Public Radio*. April 28. Available at: http://www.npr.org/sections/thesalt/2015/04/28/402736017/tyson-foods-to-stop-giving-chickens-human-used-antibiotics.

Consumer Reports. 2012. Consumer Reports Poll: Majority of Americans Want Meat Raised Without Antibiotics Sold At Local Supermarkets. June 20. Available at: http://pressroom.consumerreports.org/pressroom/2012/06/consumer-reports-poll-majority-of-americans-want-meat-raised-without-antibiotics-sold-at-local-supermarkets.html.

———. 2014. Dangerous Contaminated Chicken: 97% of the Breasts We Tested Harbored Bacteria That Could Make You Sick. Learn How to Protect Yourself. Available at: http://www.consumerreports.org/cro/magazine/2014/02/the-high-cost-of-cheap-chicken/index.htm.

Consumers Union. 2012. Meat on Drugs. Available at: http://notinmyfood.org/wordpress/wp-content/uploads/2012/06/CR_Meat_On_Drugs_Report_06-12.pdf.

Crandall, P. G., S. Seideman, S. C. Ricke, C. A. O'Bryan, A. F. Fanatico, and R. Rainey. 2009. Organic Poultry: Consumer Perceptions, Opportunities, and Regulatory Issues. *The Journal of Applied Poultry Research* 18 (4): 795–802.

Crespi, J. M., and S. Marette. 2003. Some Economic Implications of Public Labeling. *Journal of Food Distribution Research* 34 (3): 83–94.

Cui, S., B. Ge, J. Zheng, and J. Meng. 2005. Prevalence and Antimicrobial Resistance of *Campylobacter* spp. and *Salmonella* Serovars in Organic Chickens from Maryland Retail Stores. *Applied and Environmental Microbiology* 71 (7): 4108–11.

Darby, M. R., and E. Karni. 1973. Free Competition and the Optimal Amount of Fraud. *Journal of Law and Economics* 16 (1): 67–88.

Dobb, E. 2000. Growing Resistance: Is Agribusiness Squandering One of Medicine's Most Potent Weapons? *Mother Jones*, November/December

Downloaded from http://ajae.oxfordjournals.org/ at DigiTrop USDA's Digital Desktop Library on March 30, 2016

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

2000. Available at: http://www.mother jones.com/politics/2000/11/growing-resistance.

Dorfman, R., and P. Steiner. 1954. Optimal Advertising and Optimal Quality. *The American Economic Review* 44 (5): 826–36.

Emborg, H., A. K. Ersboll, O. E. Heuer, and H. C. Wegener. 2001. The Effect of Discontinuing the Use of Antimicrobial Growth Promoters on the Productivity in the Danish Broiler Production. *Preventive Veterinary Medicine* 50: 53–70.

Engster, H., D. Marvil, and B. Stewart-Brown. 2002. The Effect of Withdrawing Growth Promoting Antibiotics from Broiler Chickens: A Long-term Commercial Industry Study. *Journal of Applied Poultry Research* 11 (4): 431–6.

Fanatico, A. 2008. Organic Poultry Production in the United States. National Center for Appropriate Technology, Fayetteville, AR.

Food Safety News. 2014. Tyson Announces Removal of Antibiotics from its Chicken Hatcheries. October 2. Available at: http://www.foodsafetynews.com/2014/10/tyson-removes-antibiotics-from-its-chicken-hatcheries/.

Foster, W., and R. Just. 1989. Measuring Welfare Effects of Product Contamination with Consumer Uncertainty. *Journal of Environmental Economics and Management* 17 (3): 266–83.

Furtula, V., E. G. Farrell, F. Diarrassouba, H. Rempel, J. Pritchard, and M. S. Diarra. 2010. Veterinary Pharmaceuticals and Antibiotic Resistance of *Escherichia Coli* Isolates in Poultry Litter from Commercial Farms and Controlled Feeding Trials. *Poultry Science* 89 (1): 180–8.

Gao, Z., and T. C. Schroeder. 2009. Effects of Label Information on Consumer Willingness-to-Pay for Food Attributes. *American Journal of Agricultural Economics* 91 (3): 795–809.

George, D., and A. Manges. 2010. A Systematic Review of Outbreak and Non-outbreak Studies of Extraintestinal Pathogenic *Escherichia Coli* Causing Community-acquired Infections. *Epidemiology and Infection* 138 (12): 1679–90.

Giannakas, K. 2013. Consumer Demand in Vertically Differentiated Markets. In *The Oxford Handbook of the Economics of Food Consumption and Policy*, ed.

J.L. Lusk, J. Roosen, and J.F. Shogren, 243–59. Oxford: Oxford University Press.

Golan, E., F. Kuchler, L. Mitchell, C. Greene, and A. Jessup. 2001. *Economics of Food Labeling*. Washington DC: U.S. Department of Agriculture, Economic Research Service, Agricultural Economic Report No. 793.

Graham, J., J. Boland, and E. Silbergeld. 2007. Growth Promoting Antibiotics in Food Animal Production: An Economic Analysis. *Public Health Reports* 122 (1): 79–87.

Greene, C., and L. Oberholtzer. 2007. Organic Poultry Gaining in Specialty Market Competition. *Amber Waves*, February 1.

Grolleau, G., and J. A. Caswell. 2006. Interaction Between Food Attributes in Markets: The Case of Environmental Labeling. *Journal of Agricultural and Resource Economics* 31 (3): 471–84.

Hamilton, S. F., and D. Zilberman. 2006. Green Markets, Eco-certification, and Equilibrium Fraud. *Journal of Environmental Economics and Management* 52 (3): 627–44.

Harbaugh, R., J. W. Maxwell, and B. Roussillon. 2011. Label Confusion: The Groucho Effect of Uncertain Standards. *Management Science* 57 (9): 1512–27.

Higgins, C. 2007. Multiple Molecular Mechanisms for Multidrug Resistance Transporters. *Nature* 446: 749–57.

Houghton, H. 2011. Disease Prevention in the Chick Embryo and Young Chick. Available at: http://www.nuffieldinternational.org/rep_pdf/1319961530Helen_Houghton_edited_report.pdf.

Huffstutter, P. J., and L. Baertlein. 2015. Chicken Growers Set to Pay Price for No-antibiotic McNugget, March 8, Reuters online. Available at: http://www.reuters.com/article/us-mcdonalds-antibiotics-mcnuggets-insig-idUSKBN0M40DO20150308.

The Humane Society of the United States. 2014. Settlement Reached in Lawsuit Concerning Perdue Chicken Labeling. October 13, 2014. Available at: http://www.humanesociety.org/news/press_releases/2014/10/Perdue-settlement-101314.html.

Ibanez, L., and G. Grolleau. 2008. Can Ecolabeling Schemes Preserve the Environment? *Environmental and Resource Economics* 40 (2): 233–49.

Johnson, R. 2011. *Potential Trade Implications of Restrictions on Antimicrobial Use in Animal Production*. Washington DC: Congressional Research Service Report R41046.

Jones, F., and S. Ricke. 2003. Observations on the History of the Development of Antimicrobials and Their Use in Poultry Feeds. *Poultry Science* 82 (4): 613–7.

Kilonzo-Nthenge, A., A. Brown, S. Nahashon, and D. Long. 2015. Occurrence and Antimicrobial Resistance of Enterococci Isolated from Organic and Conventional Retail Chicken. *Journal of Food Protection* 78 (4): 760–6.

Kirchhoff, S. 2000. Green Business and Blue Angels. *Environmental and Resource Economics* 15 (4): 403–20.

Laxminarayan, R., and G. Brown. 2001. Economics of Antibiotic Resistance: A Theory of Optimal Use. *Journal of Environmental Economics and Management* 42 (2): 183–206.

Laxminarayan, R., and A. Malani. 2007. Extending the Cure: Policy Responses to the Growing Threat of Antibiotic Resistance. Washington DC: Resources for the Future.

Lieberman, P., and M. Wootan. 1998. Protecting the Crown Jewels of Medicine: A Strategic Plan to Preserve The Effectiveness of Antibiotics. Center for Science in the Public Interest. Available at: http://www.cspinet.org/reports/abiotic.htm.

Lohr, L. 1998. Welfare Effects of Eco-label Proliferation: Too Much of a Good Thing. University of Georgia Working Paper.

Lusk, J. L. 2013. Consumer Information and Labeling. In *US Programs Affecting Food and Agricultural Marketing*, ed. W.J. Armbruster and R.D. Knutson, 349–73. New York: Springer.

Lusk, J. L., and S. Marette. 2012. Can Labeling and Information Policies Harm Consumers? *Journal of Agricultural & Food Industrial Organization* 10 (1): 341–68.

———. 2010. Welfare Effects of Food Labels and Bans with Alternative Willingness to Pay Measures. *Applied Economic Perspectives and Policy* 32 (2): 319–37.

Lusk, J. L., F. B. Norwood, and J. R. Pruitt. 2006. Consumer Demand for a Ban on Antibiotic Drug Use in Pork Production. *American Journal of Agricultural Economics* 88 (4): 1015–33.

MacDonald, J. 2008. *The Economic Organization of U.S. Broiler Production*. Washington DC: U.S. Department of Agriculture, Economic Research Service, Economic Information Bulletin No. 38.

———. 2014. *Technology, Organization, and Financial Performance in U.S. Broiler Production*. Washington DC: U.S. Department of Agriculture, Economic Research Service, Economic Information Bulletin No. 126.

MacDonald, J., and N. Key. 2012. Market Power in Poultry Production Contracting? Evidence from a Farm Survey. *Journal of Agricultural and Applied Economics* 44 (4): 477–90.

MacDonald, J., and S. L. Wang. 2011. Foregoing Subtherapeutic Antibiotics: The Impact on Broiler Grow-out Operations. *Applied Economics Perspectives and Policy* 33 (1): 79–98.

Manges, A. R., S. P. Smith, B. J. Lau, C. J. Nuval, J. N. Eisenberg, P. S. Dietrich, and L. W. Riley. 2007. Retail Meat Consumption and the Acquisition of Antimicrobial Resistant *Escherichia Coli* Causing Urinary Tract Infections: A Case-control Study. *Foodborne Pathogens and Disease* 4 (4): 419–31.

Marshall, B., and S. Levy. 2011. Food Animals and Antimicrobials: Impacts on Human Health. *Clinical Microbiology Reviews* 24 (4): 718–33.

McEwen, S., and P. Fedorka-Cray. 2002. Antimicrobial Use and Resistance in Animals. *Clinical Infectious Diseases* 34 (Supplement 3): S93–106.

McFadden, D. T. 2013. Local Food, Organics, and Sustainability. In *US Programs Affecting Food and Agricultural Marketing*, ed. W.J. Armbruster and R.D. Knutson, 349–73. New York: Springer.

McInturff, B., A. Bratty, A. Quinlan, and D. Lieberman. 2011. Key Findings From A Series Of Focus Groups Conducted On Behalf Of The Pew Campaign on Human Health and Industrial Farming. Powerpoint presentation by Public Opinion Strategies/Greenberg Quinlan Rosner Research. Provided to the authors by Gail Hansen, Pew Charitable Trusts.

Media Insight Project. 2014. The Personal News Cycle. Available at: http://www.americanpressinstitute.org/wp-content/uploads/2014/03/The_Media_Insight_Project_The_Personal_News_Cycle_Final.pdf.

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

Mellon, M., C. Benbrook, and K. Benbrook. 2001. *Hogging It: Estimates of Antimicrobial Abuse in Livestock*. Union of Concerned Scientists. Cambridge, MA: UCS Publications.

Miranda, J., M. Guarddon, B. Vázques, C. Fente, J. Barros-Velázquez, A. Cepeda, and C. Franco. 2008. Antimicrobial Resistance in Enterobacteriaceae Strains Isolated from Organic Chicken, Conventional Chicken, and Conventional Turkey Meat: A Comparative Survey. *Food Control* 19 (4): 412–6.

Mordock, J. 2015. Delaware Chicken Industry Ahead of Antibiotic-Free Trend. *The News Journal*. March 16. Available at: http://www.delawareonline.com/story/money/business/2015/03/13/delaware-chicken-industry-ahead-antibiotic-free-trend/70280058/.

Nandi, S., J. J. Maurer, C. Hofacre, and A. Summers. 2004. Gram-positive Bacteria are a Major Reservoir of Class 1 Antibiotic Resistance Integrons in Poultry Litter. *Proceedings of the National Academy of Sciences* 101 (18): 7118–22.

National Research Council. 1999. *The Use of Drugs in Food Animals: Benefits and Risks*. Washington DC: National Academy Press.

Nelson, P. 1970. Information and Consumer Behavior. *Journal of Political Economy* 78 (2): 311–29.

Oberholtzer, L., C. Greene, and E. Lopez. 2006. *Organic Poultry and Eggs Capture High Price Premiums and Growing Share of Specialty Markets*. Washington DC: U.S. Department of Agriculture, Economic Research Service, LDP-M-150-01.

Peacock, D. L. 2013. Market for Drug-free Poultry: Why Robust Regulation of Animal Raising Claims Is the Right Prescription to Combat Antibiotic Resistance. *Journal of Food Law & Policy* 9: 223–45.

Perdue Holdings, Inc. 2006. Purely All-Natural Harvestland. U.S. Trademark, Serial Number 77020358, filed October 13, 2006.

Perdue Farms, Inc. 2015. Perdue to Acquire Natural Food Holdings, including Niman Ranch Brand. September 8. Available at: http://www.perduefarms.com/News_Room/Press_Releases/details.asp?id=1306&title=Perdue%20to%20Acquire%20Natural%20Food%20Holdings,%20including%20Niman%20Ranch%AE%20Brand.

———, 2014. Perdue Foods Reaches Milestone in Reducing Antibiotic Use, Sets Standard for Responsible Use. September 3. Available at: http://www.perduefarms.com/News_Room/Press_Releases/details.asp?id=1104&title=Perdue%20Foods%20reaches%20milestone%20in%20reducing%20antibiotic%20use,%20sets%2.

Plantz, B. 2015. Producing Chicken without Antibiotics Requires a Plan. WattAgNet.com. Available at: http://www.wattagnet.com/Producing_chicken_without_antibiotics_requires_a_plan.html.

Poretta, M. 2008. Overview of Raising Claim on Labels of Meat and Poultry Products. Presentation at U.S. Department of Agriculture, Food Safety and Inspection Service Public Meeting, Washington DC, October 14, 2008. Available at: http://www.fsis.usda.gov/wps/portal/fsis/topics/regulations/federal-register/federal-register-notices/notices-2008.

Prescott, J. F. 2000. Antimicrobial Drug Resistance and Its Epidemiology. In *Antimicrobial Therapy in Veterinary Medicine, 3rd edition*, ed. J. F. Prescott, J. D. Baggot, and R. D. Walker, 27–49. Ames, Iowa: Iowa State University Press.

Price, L., E. Johnson, R. Vailes, and E. Silbergeld. 2005. Fluoroquinolone-resistant *Campylobacter* Isolates from Conventional and Antibiotic-free Chicken Products. *Environmental Health Perspectives* 113 (5): 557–660.

PR Newswire. 2011. Perdue is First and Only Chicken Company to Receive USDA Process Verified Seal. February 17. Available at: http://www.prnewswire.com/news-releases/perdue-is-first-and-only-chicken-company-to-receive-usda-process-verified-seal-84584607.html.

Reuters. 2008. Tyson to Stop Calling Chicken Antibiotic-Free. *New York Times*. June 3. Available at: http://www.nytimes.com/2008/06/03/business/03tyson.html.

Ricks, C. A., A. Avakian, T. Bryan, R. Gildersleeve, E. Haddad, R. Ilich, and C. Williams. 1999. In Ovo Vaccination Technology. *Advances in Veterinary Medicine* 41: 495–515.

Roberts, R. R., B. Hota, I. Ahmad, R. D. Scott, S. D. Foster, F. Abbasi, S. Schabowski, et al. 2009. Hospital and Societal Costs of Antimicrobial-Resistant Infections in a Chicago Teaching Hospital: Implications for Antibiotic

Downloaded from http://ajae.oxfordjournals.org/ at DigiTop USDA's Digital Desktop Library on March 30, 2016

Stewardship. *Clinical Infectious Diseases* 49 (8): 1175–84.

Saitone, T. L., R. J. Sexton. 2010. Product Differentiation and Quality in Food Markets: Industrial Organization Implications. *Annual Review of Resource Economics* 2 (1): 341–68.

Sapkota, A., R. Hulet, G. Zhang, P. McDermott, E. Kinney, K. Schwab, and S. Joseph. 2011. Lower Prevalence of Antibiotic-Resistant Enterococci on U.S. Conventional Poultry Farms that Transitioned to Organic Practices. *Environmental Health Perspectives* 119 (11): 1622–8.

Schering-Plough Animal Health. 2004. Directions For Use of Garasol Chick Injection With Marek's Vaccine, Technical Service Bulletin No. 224. Available at: http://www.merck-animal-health-usa.com/binaries/Garasol_No_224_tcm96-86668.pdf.

Sexton, R. J. 2013. Market Power, Misconceptions, and Modern Agricultural Markets. *American Journal of Agricultural Economics* 95 (2): 209–19.

Sharpe, C. 2014. Perdue's Next Frontier: Organic. *USA Today*. May 24, 2014. Available at: http://www.usatoday.com/story/money/business/2014/05/24/perdues-next-frontier-organic/9535499/.

Sneeringer, S., J. MacDonald, N. Key, W. McBride, and K. Matthews. 2015. *Economics of Antibiotic Use in U.S. Livestock Production*. Washington DC: U.S. Department of Agriculture, Economic Research Service, Economic Research Report No. 200.

Stewart-Brown, B., H. M. Engster, and D. K. Marvil. Vaccination Method for Controlling Coccidiosis in Fowl. U.S. Patent Application 11/606,571, filed November 30, 2006.

Tavernise, S. 2013. Tracing Germs Through the Aisles. *New York Times*. July 29. Available at: http://www.nytimes.com/2013/07/30/health/tracing-germs-through-the-aisles.html?_r=0.

Teisl, M., and B. Roe. 1998. The Economics of Labeling: An Overview of Issues for Health and Environmental Disclosure. *Agricultural and Resource Economics Review* 27 (1998): 140–50.

Thornton, G. 2015. 7 Keys to Antibiotic-free Poultry Production. WattAgNet.com, October 23, 2015. Available at: http://www.wattagnet.com/articles/24679-keys-to-antibiotic-free-poultry-production.

Tyson Foods, Inc. 2008. Tyson Foods, Inc. 2008 Annual Report. Available at: http://ir.tyson.com/investor-relations/financial-reports/annual-reports/.

———. 2007. Tyson Foods, Inc. 2007 Annual Report. Available at: http://ir.tyson.com/investor-relations/financial-reports/annual-reports/.

U.S. Congress, 114th. 2015. Consolidated Appropriations Act, 2016. Public Law 114-113. Available at: https://www.congress.gov/bill/114th-congress/house-bill/2029/text.

U.S. Centers for Disease Control and Prevention. 2013. Antibiotic Resistance Threats in the United States, 2013. Available at: http://www.cdc.gov/drugresistance/pdf/ar-threats-2013-508.pdf.

———. 2014. Multistate Outbreak of Multidrug-Resistant Salmonella Heidelberg Infections Linked to Foster Farms Brand Chicken. Available at: http://www.cdc.gov/salmonella/heidelberg-10-13/.

U.S. Department of Agriculture. 2005. Food Standards and Labeling Policy Book. Food Safety and Inspection Service. Available at: http://www.fsis.usda.gov/OPPDE/larc/Policies/Labeling_Policy_Book_082005.pdf.

———. 2007. A Guide to Federal Food Labeling Requirements for Meat, Poultry, and Egg Products. Food Safety and Inspection Service. Available at: http://www.fsis.usda.gov/shared/PDF/Labeling_Requirements_Guide.pdf.

———. 2008. Statement by Under Secretary for Food Safety Dr. Richard Raymond Regarding the Tyson Foods, Inc. Raised without Antibiotics Label Claim Withdrawal, June 3, 2008. Food Safety and Inspection Service. Available at: http://www.fsis.usda.gov/wps/portal/fsis/newsroom/news-releases-statements-transcripts/news-release-archives-by-year/news-release-archives-by-year-2008.

———. 2015. Labeling/Label Approval. Food Safety and Inspection Service. Available at: http://www.fsis.usda.gov/wps/portal/fsis/topics/regulatory-compliance/labeling.

U.S. Department of Agriculture, Agricultural Marketing Service. 2015. Official Listing of Approved USDA Process Verified Programs. Available at: https://www.ams.usda.gov/sites/default/files/media/Official%20ListingPVP.pdf.

Downloaded from http://qjae.oxfordjournals.org/ at DigiTrop USDA's Digital Desktop Library on March 30, 2016

U.S. Department of Agriculture, Economic Research Service. 2015. Meat Price Spreads. Available at: http://www.ers.usda.gov/data-products/meat-price-spreads.aspx.

U.S. Department of Agriculture, Food Safety and Inspection Service. Product Labeling: Use of the Animal Raising Claims in the Labeling of Meat and Poultry Products. Federal Register 73, no. 198 (October 10, 2008). Available at: http://www.fsis.usda.gov/wps/wcm/connect/41244134-d48f-464d-a4fe-171bf85a68c8/2008-0026.pdf?MOD=AJPERES.

U.S. Department of Health and Human Services. 2003. Guidance for Industry No. 152, Evaluating the Safety of Antimicrobial New Animal Drugs with Regard to Their Microbiological Effects on Bacteria of Human Health Concern. Food and Drug Administration. Available at: http://www.fda.gov/downloads/AnimalVeterinary/GuidanceComplianceEnforcement/GuidanceforIndustry/ucm052519.pdf.

———. 2012. Guidance for Industry No. 209, The Judicious Use of Medically Important Antimicrobial Drugs in Food-Producing Animals. Food and Drug Administration. Available at: http://www.fda.gov/downloads/AnimalVeterinary/GuidanceComplianceEnforcement/GuidanceforIndustry/UCM216936.pdf.

———. 2012. National Antimicrobial Resistance Monitoring System 2011, Retail Meat Report. Food and Drug Administration, Center for Veterinary Medicine. Available at: http://www.fda.gov/downloads/AnimalVeterinary/SafetyHealth/AntimicrobialResistance/NationalAntimicrobialResistanceMonitoringSystem/UCM334834.pdf.

———. 2015. FACT SHEET: Veterinary Feed Directive Final Rule and Next Steps. U.S. Food and Drug Administration. Available at: http://www.fda.gov/AnimalVeterinary/DevelopmentApprovalProcess/ucm449019.htm.

U.S. Department of Health and Human Services and U.S. Department of Agriculture. 2014. *National Antimicrobial Resistance Monitoring System 2011 Animal Arm Annual Report*. Food and Drug Administration, Centers for Disease Control and Prevention. Available at: http://www.ars.usda.gov/SP2UserFiles/Place/60400520/NARMS/NARMS2011/NARMS%20USDA%202011%20Report.pdf.

U.S. Government Accountability Office. 2009. Concentration in Agriculture, GAO-09746R (2009). Available at: http://www.gao.gov/new.items/d09746r.pdf.

U.S. National Archives and Records Administration. Establishing National Organic Program: Origin of Livestock. 2000. *Code of Federal Regulations*, title 7 (2000), sec. 205.236.

Vukina, T., and X. Zheng. 2015. The Broiler Industry: Competition and Policy Challenges. *Choices* 30 (2).

The White House. 2015. National Action Plan for Combating Antibiotic-Resistant Bacteria. March, 2015.

World Health Organization. 2011. Critically Important Antimicrobials for Human Medicine, 3rd Revision 2011. Available at: http://apps.who.int/iris/bitstream/10665/77376/1/9789241504485_eng.pdf.

World Poultry. 2008. Antibiotic-Free Labelling - Tyson Sues USDA. June 17. Available at: http://www.worldpoultry.net/Broilers/Markets–Trade/2008/6/Antibiotic-free-labelling—Tyson-sues-USDA-WP002639W/.

Downloaded from http://ajae.oxfordjournals.org/ at DigiTrop USDA's Digital Desktop Library on March 30, 2016

# Exhibit 8



Economic Research Service

U.S. DEPARTMENT OF AGRICULTURE

Economic
Research
Service

Economic
Information
Bulletin
Number 224

September 2021

# The Market for Chicken Raised Without Antibiotics, 2012–17

Elina T. Page, Gianna Short, Stacy Sneeringer, and Maria Bowman

**Economic Research Service**
U.S. DEPARTMENT OF AGRICULTURE

Economic Research Service
www.ers.usda.gov

**Recommended citation format for this publication:**

Page, Elina T., Gianna Short, Stacy Sneeringer, and Maria Bowman. September 2021. *The Market for Chicken Raised Without Antibiotics, 2012–17,* EIB-224, U.S. Department of Agriculture, Economic Research Service.



Cover photo image from Getty Images.

Use of commercial and trade names does not imply approval or constitute endorsement by USDA.

To ensure the quality of its research reports and satisfy governmentwide standards, ERS requires that all research reports with substantively new material be reviewed by qualified technical research peers. This technical peer review process, coordinated by ERS' Peer Review Coordinating Council, allows experts who possess the technical background, perspective, and expertise to provide an objective and meaningful assessment of the output's substantive content and clarity of communication during the publication's review.

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer, and lender.

**USDA** Economic Research Service
U.S. DEPARTMENT OF AGRICULTURE

**Economic Research Service**

Economic Information Bulletin Number 224

September 2021

# The Market for Chicken Raised Without Antibiotics, 2012–17

Elina T. Page, Gianna Short, Stacy Sneeringer, and Maria Bowman

## Abstract

This report estimates consumer retail expenditure distributions and prices of chicken products labeled raised without antibiotics (RWA) between 2012 and 2017 and characterizes the demographics of households that purchased RWA-labeled chicken products. The analysis considered three different chicken product market segments: classic, processed, and sausage. Using household scanner data merged with a dataset of poultry product label claims, the results reveal household expenditures for RWA-labeled products grew substantially within each of the three market segments. The average price per pound for RWA-labeled chicken products was also considerably higher than conventional products within each market segment. Additionally, households that purchased RWA-labeled chicken products were on average larger, had higher incomes, were more likely to have a primary food shopper with a college degree, and were more likely to report being very concerned about antibiotic use in meat production.

**Keywords:** Antibiotics, organic, chicken, poultry, consumer demand, prices, raised without antibiotics, food labels, credence attributes, scanner data

## Acknowledgments

The authors would like to thank Michael Sheats, USDA, Agricultural Marketing Service (AMS) for AMS estimates and Megan Sweitzer for IRI data expertise. They also thank the following individuals for technical peer reviews: Seanicaa Herron and Cindy Nickerson, USDA, Office of the Chief Economist; Michael Ollinger, USDA, Economic Research Service; Andrew Pugliese, USDA, Food Safety and Inspection Service; Lisa House, University of Florida; and Ted Schroeder, Kansas State University. Thanks also to USDA, Economic Research Service editor Andrew Nash and designers Andrew Levin and Tiffany Lanigan for their help in producing this report.

The analysis, findings, and conclusions expressed in this report should not be attributed to IRI.

# Contents

**Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**iii**

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**1**

**Background** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**3**

The Broiler Industry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

Antibiotics and Alternatives Used in Broiler Production . . . . . . . . . . . . . . . . . . . . . . . . . . .4

Availability of Broilers Raised Without Antibiotics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Labeling Chicken Products Raised Without Antibiotics . . . . . . . . . . . . . . . . . . . . . . . . . . .8

**Market Growth for Chicken Products Labeled Raised
Without Antibiotics** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**9**

Data and Methodology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

Market Shares and Prices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14

**Households That Purchased Chicken Products Labeled Raised Without Antibiotics** . . . . . . . .**18**

**Discussion** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21**

**References** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**22**

**USDA** Economic Research Service
U.S. DEPARTMENT OF AGRICULTURE

---

*A report summary from the Economic Research Service*                    September 2021

# The Market for Chicken Raised Without Antibiotics, 2012–17

Elina T. Page, Gianna Short, Stacy Sneeringer, and Maria Bowman



## What Is the Issue?

Producers in the chicken (broiler) industry have historically used antibiotics to promote animal growth, prevent disease, and treat sick animals. While the use of medically important antibiotics for growth promotion was eliminated in the United States in January 2017, a number of classes of antibiotics important for treating human disease are used for the treatment, control, and prevention of animal disease. The continued use of antibiotics in broiler production raises consumer concerns about antibiotic resistance, which can make human and animal infections increasingly difficult and costly to treat. In recent years, largely due to media coverage, consumers have become increasingly wary of antibiotic use in meat and poultry production, and a growing market for chicken products raised without any antibiotics has emerged. This report estimates the extent and growth of that market. Specifically, this report estimates consumer retail expenditure distributions and prices of chicken products labeled raised without antibiotics (RWA) between 2012 and 2017 and characterizes the demographics of households that purchased RWA-labeled chicken products.

## What Did the Study Find?

The analysis grouped chicken products into three distinct market segments: classic, processed, and sausage. The classic chicken segment includes all raw, fresh or frozen, minimally processed chicken products sold in uniform weights (e.g., a package of frozen bone-in chicken breasts). The processed chicken segment includes all uniform-weight, fresh or frozen chicken products that are cooked, marinated, breaded, or fried (e.g., breaded chicken breast tenders). Finally, the chicken sausage segment includes all uniform-weight chicken sausage products. Between 2012 and 2017, household expenditure shares for RWA-labeled products grew substantially within each of the three market segments. In 2012, RWA-labeled products only represented 4 percent of the classic market, 1 percent of the processed market, and 7 percent of the sausage market. By 2017, RWA-labeled products represented 11, 9, and 18 percent of the markets, respectively.

---

ERS is a primary source of economic research and analysis from the U.S. Department of Agriculture, providing timely information on economic and policy issues related to agriculture, food, the environment, and rural America.

Between 2012 and 2017, RWA-labeled products also commanded higher prices per pound than conventional chicken products. For classic, processed, and sausage chicken products, RWA-labeled products had prices that were on average 87, 55, and 48 percent greater than conventional products, respectively.

U.S. Department of Agriculture (USDA)-certified organic products are also raised without antibiotics, but they are subject to additional production requirements, including organic feed and year-round access to the outdoors. These products exhibited little market growth over the time period examined by the report. These findings suggest there is significant consumer interest and market opportunities for production practices between conventional and organic.

Lastly, on average, households that purchased RWA-labeled chicken products were larger, had a greater likelihood of having children present, had higher incomes, and were more likely to have a primary food shopper with a college degree. Households that bought RWA-labeled chicken products were also more likely to report that they were very concerned about antibiotic use in meat production than those that did not purchase RWA-labeled chicken products.

## How Was the Study Conducted?

This report features an analysis of proprietary household scanner data from IRI, a market research company, for the years 2012 to 2017, focusing on uniform-weight chicken product purchases. The household scanner data, known as the Consumer Network, are nationally representative and include detailed information on household food purchases from retail food stores, as well as household demographic information. A subset of the households also completed a MedProfiler survey on health concerns, medical conditions, diet, and lifestyle. Data on chicken product label claims were compiled from three sources: Label Insight, the USDA, Food Safety and Inspection Service (FSIS) Label Submission and Approval System (LSAS), and independent data collection efforts. Together, the IRI household scanner data and the constructed dataset of chicken product labels allow for an analysis of expenditure shares, national average prices, and demographics for RWA-labeled chicken products.

Expenditure shares for conventional, RWA, and organic chicken were calculated as the percent of total dollar expenditures within each of the three market segments (classic, processed, and chicken sausage). For example, the expenditure share of RWA-labeled chicken in the classic market is the percentage of all household expenditures on classic chicken that is labeled RWA. Average prices per pound (in 2017 dollars) for conventional, RWA, and organic products were also calculated for each market segment.

Lastly, household demographics were compared for three sets of households: (1) households that purchased an organic chicken product, (2) households that purchased an RWA-labeled chicken product (but not an organic product), and (3) households that only purchased conventional chicken products in 2017. Differences in demographics and self-reported concerns about antibiotic use in meat production were tested for significance.

# The Market for Chicken Raised Without Antibiotics, 2012–17

## Introduction

Antibiotics—pharmaceutical drugs that destroy or slow the growth of bacteria—have historically been used in food animal production to promote animal growth, prevent and control disease, and treat illness. However, any use of antibiotics (in humans or animals) can encourage antibiotic resistance, which occurs when some bacteria in a population survive exposure to an antibiotic and continue to grow, passing on their resistant genes (CDC, 2013; CDC, 2019). Antibiotic resistance, in turn, can make the treatment of human and animal infections increasingly difficult and costly and is considered one of the greatest current threats to global health (WHO, 2019).

In recent years, consumers have become increasingly concerned about antibiotic use in meat and poultry production (Brewer and Rojas, 2008). Both policymakers and industry have responded to these concerns. The U.S. Food and Drug Administration (FDA) implemented a set of new policies that effectively made the use of medically important antibiotics for animal growth promotion illegal in the United States as of January 2017.[1] Such antibiotics may still be used to treat, control, and prevent animal disease but with increased veterinary oversight. On the industry side, several large poultry firms and major fast food chains have transitioned toward sourcing and raising broilers (young chickens bred for meat) without the use of any antibiotics.[2]

The rise of chicken products labeled raised without antibiotics (RWA) in the United States has been led by a couple of key poultry industry companies. Perdue Farms, the fourth-largest producer of broiler chickens in the United States, began labeling chicken as RWA in 2007, and in the fall of 2016, announced it had eliminated all antibiotic use except for the treatment of disease (Charles, 2016). Broilers that are ultimately treated for illness, about 3 percent of all Perdue broilers, are sold under different product lines (i.e., not Perdue). Tyson Foods, the largest broiler producer, similarly announced in 2017 that it would eliminate all antibiotic use except for disease treatment (Shaffer, 2017). As a result of these major producers' shifts in production, as well as those from a number of smaller firms, the share of RWA broilers has grown considerably over the last decade.

Despite the growing trend to eliminate antibiotic use in poultry production and to label poultry products as RWA, little is known about the consumer market for RWA claims in the broiler industry. Existing research on RWA and other process-based, single-attribute claims has examined consumer confusion surrounding these claims, particularly when there is little to no regulatory oversight or definitive standard (Bowman et al., 2016; Messer et al., 2017). Multi-attribute claims, such as U.S. Department of Agriculture (USDA)-certified organic labels, can also be a source of consumer confusion (Kuchler et al., 2017a). Organic labels, which elicit significant price premiums (Carlson and Jaenicke, 2016), represent a wide range of production standards and prohibit the use of genetic engineering, antibiotics, hormones, and most synthetic pesticides and fertilizers. Consumers, however, may not be aware the organic label also signals RWA.

---

[1] The FDA characterizes two broad types of antibiotics in terms of their relation to human health. "Medically important" antibiotics are those pertinent to human disease treatment. As of January 2017, such drugs cannot be distributed to animals via feed or water for purposes of growth promotion or feed efficiency. Medically important antibiotics still can be used for animal disease treatment, control, and prevention, but only under the guidance of a veterinarian. The other type of antibiotic is "not currently medically important" or "non-medically important." This type of antibiotic is largely comprised of ionophores.

[2] This means that neither medically important nor non-medically important antibiotics are used.

Understanding the size of the market, price differentials, and consumer demographics for RWA-labeled products can inform companies considering RWA in their production lines. This type of research can also inform public health groups interested in promoting RWA in food production. If one method of reducing inappropriate use of antibiotics in food production is to encourage consumer demand for RWA products, then it becomes important to understand the limits of this market. Specifically, the extent of the demand and the prices that consumers pay are important markers in gauging how much the market (outside of regulations) can achieve the public health goal of reducing the need for antibiotics in food animal production.

The objective of this report is to begin to understand consumer demand for meat products raised without antibiotics. Specifically, this report estimates the share of retail expenditures and average prices of RWA-labeled chicken products from 2012 through 2017 using household-level scanner data. The period chosen for analysis, 2012 to 2017, overlaps with a critically important regulatory period for antibiotic use in food animal production with increased restrictions on the use of antibiotics (Sneeringer et al., 2019). The analysis also compares the demographics of consumers who purchase RWA-labeled products to consumers who purchase organic or only conventional products.

# Background

## The Broiler Industry

The broiler chicken industry is an industrialized sector of livestock agriculture, characterized by market concentration among a limited number of vertically integrated firms. Almost all U.S. broiler production is carried out through contracts between growers and integrators with compensation based on relative performance. Integrators are large poultry firms that own the birds, hatcheries, feed mills, processing plants, and transportation networks and contract with individual farmers to raise the birds to market weight. Integrators dictate feed formulations, the administration of medications to flocks, and certain bird housing specifications and production practices, while contract growers provide labor, management, and housing services (MacDonald, 2014).

Most contract growers are relatively small and specialized farms. Eighty-five percent of 15,516 contract growers reported sales (annual gross cash farm income) of less than $350,000 in 2011, and nearly half of all contract growers exclusively raised broilers (MacDonald, 2014). In contrast, the 20 largest integrators accounted for 95 percent of all broilers produced in the United States in 2017, and the largest 5 integrators accounted for 59 percent (table 1). Largely because of the industry structure, U.S. broiler production has grown considerably since 1960 (MacDonald, 2014). Innovations in breeding, mass production, contract farming, vertical integration, and marketing have made chicken products more abundant and affordable. In 2010, the per capita supply of chicken in the United States exceeded that of beef for the first time (Bentley, 2012), and in 2017, the per capita annual availability of boneless chicken was 63.4 pounds (USDA-ERS).

Table 1
**Top five U.S. broiler integrators, 2017**

| Rank | Firm | Slaughter plants | Average weekly slaughter (million head) | Average broiler size (pounds) |
|---|---|---|---|---|
| 1 | Tyson Foods | 32 | 35.16 | 5.80 |
| 2 | Pilgrim's Pride Corp. | 26 | 30.28 | 5.72 |
| 3 | Sanderson Farms Inc. | 11 | 10.76 | 8.20 |
| 4 | Perdue Farms | 11 | 13.13 | 5.99 |
| 5 | Koch Foods Inc. | 8 | 12.00 | 5.30 |
| | **Largest 5 integrators** | **88** | **101.33** | **6.00** |
| | **All U.S. production** | | **171.46** | **6.11** |

Source: WATT Poultry USA, March, 2018. Companies ranked by total liveweight (lb). U.S. production figures sourced from USDA, National Agricultural Statistics Service, Poultry Slaughter.

While similar models of production have been used in other agricultural industries (e.g., hog production), vertical integration is most extensive in the broiler industry. Because of concentration in the broiler industry, decisions by single integrators can impact large segments of the market, and because the broiler industry is largely vertically integrated, companies can easily implement uniform production practices by stipulating how birds are raised through contract provisions. Both of these factors are critical for explaining the growing share of broilers raised without antibiotics.

## Antibiotics and Alternatives Used in Broiler Production

Antibiotics are administered to broilers to prevent, control, and treat disease and to promote growth (National Research Council, 1999), but consumer concerns about antibiotic resistance has led to policies to optimize antibiotic use in food animal agriculture. In 2017, the use of antibiotics important to human medicine for production purposes (growth promotion or improved feed efficiency) became effectively illegal in the United States (FDA, 2012, 2013). However, non-medically important antibiotics (specifically ionophores) may still be used for growth promotion.[3]

Among poultry growers, *Salmonella, Escherichia coli (E. coli),* and *Clostridium* are major bacterial concerns associated with illness in flocks (Barrow et al., 2012; Fancher et al., 2020). Antibiotics may be used to treat sick birds, and flocks may also be given a course of antibiotics in feed or water to prevent disease when there is a high probability of infection or to control an identified infection in nearby houses or farms (Sneeringer et al., 2015). When a higher than average number of sick birds are removed from a barn, this provides a signal that the rest of the birds may need a course of antibiotics for disease treatment. Antibiotics are also injected into eggs or chicks to improve early viability; in eggs, the antibiotics are used to inoculate the hole created from injecting vaccines (figure 1). If an animal does receive antibiotics at any point, an FDA-approved withdrawal period is observed before the animal enters the food supply to ensure there are no antibiotic residues in the final food product.

---

[3]Ionophores are a class of antibiotics that are used only in animals, and ionophore use has not yet been shown to contribute to resistance to other classes of antibiotics (Callaway et al., 2003).

Figure 1
**Phases of broiler production and antibiotic use**



Antibiotics may be injected into eggs or chicks to prevent infection.

Antibiotics may be used for disease treatment, control, or prevention; non-medically important antibiotics may be provided for growth promotion.[1]

Integrator owns all portions except grow-out, which is contracted. Integrator supplies feed, chicks, and veterinary services to grow-out operations.

Breeding and hatching → Grow-out → Slaughter and processing → Wholesaling → Retail outlets, food service, and institutions → Consumer

[1]Non-medically important antibiotics are those that are not pertinent at present for human medicine.

Source: USDA, Economic Research Service.

While antibiotic use has clear benefits in broiler production, it can also lead to resistance (see box "Antibiotics and Antibiotic Resistance"). There are, however, a range of interventions and practices that can be used to reduce the incidence of on-farm diseases without the use of antibiotics. These include hatchery sanitation investments, rodent control programs, breeding flock vaccination, flock stress reduction, flock testing, prebiotic or probiotic feed supplements, vehicle cleaning and disinfection, and litter treatment to reduce ammonia emissions (Fancher et al., 2020).[4] Additionally, nearly all commercial producers use an all-in, all-out system, with all chicks placed in the poultry house at the same time and all grown broilers removed and taken to slaughter at the same time. All-in, all-out production can make it easier to control the spread of disease since it reduces the chances of infections spreading from flock to flock.

Integrators that endeavor to market broilers as having never received any antibiotics may institute heightened attention to disease prevention and control. When flocks have elevated rates of sick birds, growers may decide to treat the entire flock with antibiotics. However, these birds are then sold under a different product line. Producing broilers without antibiotics requires careful management and some changes in practices, but most broilers that are raised without antibiotics are still raised in poultry houses using production practices similar to conventional production (Bowman et al., 2016).

---

[4]Litter is a mixture of poultry excreta, spilled feed, feathers, and material used as bedding in poultry operations.

## Antibiotics and Antibiotic Resistance

Antimicrobials are drugs or substances that can kill or impede the growth of microbes such as viruses, fungi, parasites, and bacteria. Antibiotics are a subgroup of antimicrobials that specifically kill or impede the growth of bacteria. Therefore, an antibiotic is also an antimicrobial, but not all antimicrobials are antibiotics.*

Antibiotics are used to prevent and treat diseases in human medicine and prevent, control, and treat diseases in veterinary medicine. Antibiotics have also been used to promote growth in food animals in the United States since the 1950s (McEwen and Fedorka-Cray, 2002; Marshall and Levy, 2011). While non-medically important antibiotics (those not relevant for human disease treatment) can still be used for growth promotion, the use of medically important antibiotics for growth promotion practices ended in 2017 with a set of new U.S. Food and Drug Administration (FDA) policies.

Antibiotic resistance occurs when some bacteria in a population survive exposure to an antibiotic and continue to proliferate, passing on their resistant genes. The use of antibiotics in human medicine and agriculture accelerates the development of resistance by applying this selective pressure to bacterial populations (Davies and Davies, 2010; CDC, 2013; CDC, 2019).

Scientists agree that the use of antibiotics in food animal production can lead to antibiotic resistance but do not understand how much of the burden of resistance for human health can be directly or indirectly attributed to the use of antibiotics in livestock (Chang et al., 2015). Scientific studies have explored the mechanisms by which the use of antibiotics on farms can yield antibiotic resistance that is clinically relevant for humans. Antibiotic-resistant bacteria persist in animal manure, which is often spread on fields and can run off into streams, enter groundwater, and possibly even contaminate agricultural produce (Chee-Sanford et al., 2009; Marti et al., 2013; Wellington et al., 2013). Resistant bacteria can also travel through the air, escape into the environment when animals are shipped, and colonize livestock or processing plant workers who then interact with family or the community (Price et al., 2007; Rule et al., 2008; Marshall and Levy, 2011; Rinsky et al., 2013; Smith et al., 2013; Castillo Neyra et al., 2014). Finally, resistant bacteria may be present on retail meat and poultry products (Chen et al., 2013; Ge et al., 2013; Sjölund-Karlsson et al., 2013; Zhao et al., 2015), and resistant foodborne bacteria have the potential to make foodborne illness more costly or difficult to treat.

*Despite these differences, the terms antimicrobials and antibiotics are often used interchangeably. As FDA notes: "The term 'antimicrobials' refers broadly to drugs with activity against a variety of microorganisms including bacteria, viruses, fungi, and parasites. Antimicrobial drugs that have specific activity against bacteria are referred to as antibacterial or antibiotic drugs. However, the broader term 'antimicrobial,' commonly used in reference to drugs with activity against bacteria, is used … interchangeably with the terms antibacterial or antibiotic" (FDA, 2012, p. 4).

## Availability of Broilers Raised Without Antibiotics

In the mid-2000s, companies began to offer poultry products that were labeled RWA (Bowman et al., 2016). Perdue Farms, one of the Nation's largest broiler producers, was one of the first adopters of the claim. It began marketing its RWA Harvestland brand in 2007, and by the fall of 2016, Perdue announced it had eliminated all antibiotic use except for the treatment of disease (Charles, 2016). Tyson Foods, the largest broiler producer, announced in 2017 that it had also eliminated all antibiotics except for disease treatment (Shaffer, 2017).[5]

These shifts in production practices have largely been driven by growing consumer interest in the ways food is produced, such as organic and RWA. In particular, consumer awareness of antibiotic use in live-stock production has increased considerably over the past couple decades largely because of media coverage and advocacy by organizations such as the Pew Charitable Trusts, Union of Concerned Scientists, and the Natural Resources Defense Council, which have publicized the risks of antibiotic use in animal agriculture (see Bowman et al., 2016; *Consumer Reports*, 2015; Mellon et al., 2004; *Pew Charitable Trusts*, 2008). Though raising animals without antibiotics is certainly more costly, producers can benefit from doing so when consumers are willing to pay price premiums for these process-based attributes (Bowman et al., 2016).

Over the last decade, the estimated production share of RWA chicken has grown considerably (table 2). In 2012, only 2.7 percent of production was estimated to be RWA.[6] In 2017, the estimated share was 44 percent. Notably, the share of RWA production increased by 26 percentage points between 2016 and 2017. For comparison, the share of USDA-certified organic broilers constituted less than 1 percent of production throughout this timeframe. While USDA-certified organic chickens are raised without antibiotics, they are also fed only organic feed and are subject to additional animal welfare and other requirements.[7]

---

[5]Broilers that are treated for disease are sold under different brand names.

[6]This does not include USDA-certified organic broilers.

[7]Visit the USDA, AMS website for more information on the USDA organic standard.

Table 2
**Estimated production of young chicken by production method**

| | Conventional | | Raised Without Antibiotics | | Organic | | Total |
|---|---|---|---|---|---|---|---|
| | Head (millions) | Share (percent) | Head (millions) | Share (percent) | Head (millions) | Share (percent) | Head (millions) |
| 2012 | 8,185 | 97.1 | 224 | 2.7 | 20 | 0.2 | 8,429 |
| 2013 | 8,259 | 97.1 | 226 | 2.7 | 19 | 0.2 | 8,504 |
| 2014 | 7,713 | 90.5 | 796 | 9.3 | 16 | 0.2 | 8,525 |
| 2015 | 7,792 | 89.7 | 844 | 9.7 | 53 | 0.6 | 8,688 |
| 2016 | 7,140 | 81.4 | 1,574 | 18.0 | 54 | 0.6 | 8,768 |
| 2017 | 4,941 | 55.4 | 3,923 | 44.0 | 51 | 0.6 | 8,915 |

Source: USDA, Agricultural Marketing Service (AMS) calculations using data from AMS, USDA, National Agricultural Statistics Service, and USDA, Food Safety and Inspection Service.

## Labeling Chicken Products Raised Without Antibiotics

The USDA, Food Safety and Inspection Service (FSIS) oversees and regulates all label claims for meat and poultry products, including voluntary process-based claims (e.g., organic, pasture-raised, RWA, etc.). While some claims, such as organic, are third-party certified, many animal-raising label claims are not audited, verified, or certified by a third party. Instead, the firm must provide supporting documentation to FSIS that the claim is truthful and not misleading (i.e., documentation demonstrating that the animals were raised without antibiotics), and these labels must be approved by FSIS before commercial use. Specifically for the RWA claim, the necessary documentation includes: (1) a detailed written description explaining controls for ensuring animals are not given antibiotics from birth to harvest, (2) a signed and dated document describing how animals are raised, (3) a written description of product tracing, and (4) a written description for the identification, control, and segregation of non-conforming animals (e.g., broilers that are treated with antibiotics because of illness) (USDA-FSIS, 2019). If approved, FSIS allows all of the following RWA labels on products: No Antibiotics Administered, Raised Without Antibiotics, No Added Antibiotics, No Antibiotics Ever, and other variations.

# Market Growth for Chicken Products Labeled Raised Without Antibiotics

## Data and Methodology

Despite increasing interest in labeling poultry products as RWA, little research examines the consumer market for RWA claims. Therefore, to estimate the retail market share and growth of chicken products labeled RWA, we analyzed proprietary household purchasing data from IRI, a market research company, for the years 2012 to 2017 (see box "IRI Household-Based and Store-Based Scanner Data"). The household scanner data, known as the Consumer Network, are nationally representative and include detailed information on household food purchases from retail stores (e.g., supercenters, grocery stores, and drug stores). For uniform-weight chicken products (i.e., chicken products not sold on a per-pound basis), data include a detailed product description, date of purchase, package size, and price. Though the product descriptions often include brand (e.g., Tyson, Pilgrim's Pride), style (e.g., original, premium), and packaging information (e.g., box, plastic bag), details on front-of-package health and production claims, including RWA claims, are often incomplete or lacking. For random-weight chicken products (i.e., products sold by the pound in varying weights and often store-packed), product information is even sparser. Only a subset of the households participating in the Consumer Network report total expenditures (but not quantities) on random-weight purchases across broad product categories (e.g., chicken, beef, etc.) with very limited type information (e.g., breast, thigh, etc.). For products such as fresh meat and poultry, which are often (but not always) sold in random-weight quantities, this presents a possible limitation, as there is no way to identify different product attributes, including any RWA claims.

To determine the extent of this limitation, we calculated nationally representative shares of total consumer expenditures for random-weight and uniform-weight chicken products for 2012-17 (figure 2). During this time, uniform-weight chicken products accounted for 34 to 39 percent of total expenditures on chicken products. The subsequent analysis of market shares focused only on these uniform-weight products.

## IRI Household-Based and Store-Based Scanner Data

Since 2008, USDA, Economic Research Service (ERS) has purchased proprietary household and retail scanner data from IRI, a market research firm, to support critical food policy analysis and research. The two primary components of the data are the household food purchases (Consumer Network) and retail food sales (InfoScan). More information on the statistical properties of both data sources are detailed in ERS reports Muth et al. (2016), Sweitzer et al. (2017), and Levin et al. (2018).

## Consumer Network

The IRI Consumer Network is a nationwide panel of over 120,000 households that provides a detailed account of their retail food purchases. The panel is selected to be geographically and demographically representative of the contiguous United States, and the data include survey weights to produce national estimates. Households participating in the panel download a mobile application or are provided with a handheld scanner to scan the Universal Product Code (UPC) on all their purchases and upload all information on a regular basis via the internet. Households also provide demographic information, including county of residence, household size, income, and race.

A subset of households also complete an annual opt-in MedProfiler survey on health concerns, medical conditions, diet, and lifestyle. Approximately one-third of the national panel has at least one household member respond to the MedProfiler survey.

## InfoScan

InfoScan provides weekly transaction data for retail food outlets, including grocery stores, superstores, club stores, and convenience stores. The data include retail sales (revenues and quantities) for products with UPCs and random-weight (or perishable) products. Some of these data are available at the store level, while others are provided at the retailer marketing area (RMA) level in cases where the retailers did not approve the release of data at the store level. The geographic areas for the RMAs are defined separately by each retailer. The estimated coverage of food and alcohol sales is approximately 55 percent (Muth et al., 2016).

Figure 2
**Expenditure shares of uniform-weight and random-weight chicken products, 2012–17**

Note: Random-weight chicken products are sold on a per-pound basis in varying weights and often are store-packed, whereas uniform-weight chicken products are sold and priced at the item level in uniform weights.

Source: USDA, Economic Research Service estimates using 2012-17 IRI Consumer Network data and projection weights.

Uniform-weight chicken products, however, still do not have complete label claim information within the IRI data. Therefore, information from external sources must be merged with IRI data to estimate retail market share and growth of chicken products labeled RWA. Data on chicken product label claims were compiled from three sources: Label Insight, the USDA, FSIS Label Submission and Approval System (LSAS), and independent data collection efforts (see box "Label Claim Data"). Once chicken products and their label claims were identified and collated into a single dataset, the products were matched to purchases in the IRI Consumer Network. This was done by matching either the Universal Product Codes (UPCs) between the two datasets (when available) or by matching brand names known to be labeled RWA. Together, the IRI household scanner data and the constructed dataset of chicken product labels allow for an analysis of market shares and national average prices for RWA products.

### Label Claim Data

The following three sources of data were used to construct a novel dataset of chicken product label claims. This dataset was then merged with the IRI household scanner data.

### Label Insight

Label Insight is a proprietary database providing granular data on over 400,000 product labels. Available data include Universal Product Codes (UPCs), brands, nutrients per serving, ingredients, claims, and product images. Approximately 60 percent of raised without antibiotics (RWA)-labeled products were identified as RWA using Label Insight data.

### USDA, Food Safety and Inspection Service Label Submission and Approval System

All special statements and claims on poultry products must be approved by the USDA, Food Safety and Inspection Service (FSIS). Some claims that require label approval include all natural, no additives, humanely raised, organic, RWA, etc. (USDA-FSIS, 2015; USDA-FSIS, 2017, USDA-FSIS, 2019). To submit a label for approval, industry representatives may submit an application, a copy of the proposed label, and documentation that supports any special statements or claims. Administrative data from this approval system include the brand, manufacturer, and special claims. Label claims sourced from the Label Submission and Approval System (LSAS) largely overlapped with Label Insight claims and were mainly used for verification.

### Independent Data Collection

When claim information was not available from Label Insight or the USDA, FSIS LSAS, researchers conducted internet searches to glean publicly available information on label claims. Searches included both a review of manufacturer websites and a review of product image search results.

Household participation and commitment to the Consumer Network panel varies from year to year. Therefore, IRI determines whether to include a household in the annual static panel based on specific criteria. The static panel only includes households that reported purchases at least once every four weeks for 80 percent of the year (11 of 13 four-week periods) and reported minimum average expenditures of $25 per week for one-member households, $35 per week for two-member households, and $45 per week for three-or-more member households (Muth et al., 2016). The present analysis only considers households in the static panel or approximately 60,000 households annually between 2012 and 2017. In total, these households purchased approximately 3,000 different unique, uniform-weight chicken products from year to year, with the number of products identified as RWA (but not organic) increasing from 166 in 2012 to 383 in 2017 (figure 3). Meanwhile, the number of unique, uniform-weight chicken products identified as organic remained low throughout 2012–17, reaching 138 products in 2017.

Figure 3

**Number of unique, uniform-weight chicken products purchased by the IRI Consumer Network, 2012–17**



Note: Uniform-weight chicken products are sold and priced at the item level in uniform weights. Values represent the number of unique, uniform-weight chicken products purchased by static households participating in the IRI Consumer Network. RWA = raised without antibiotics.

Source: USDA, Economic Research Service estimates using 2012-17 IRI Consumer Network data, Label Insight, USDA, Food Safety and Inspection Service Label Submission and Approval System data, and independent label data collection.

We segmented the uniform-weight chicken market into three distinct categories (figure 4). The classic chicken segment includes raw, minimally processed chicken products (fresh or frozen), for example, frozen raw chicken breasts with a predefined weight. The processed chicken segment includes all chicken products that are cooked, marinated, breaded, fried, etc. Lastly, the chicken sausage segment includes all chicken sausage products. Although chicken sausage is a relatively small market segment, it is almost always sold in uniform-weight packages, minimizing the issue of random-weight exclusion. We further segmented each of these markets into three mutually exclusive categories based on their labels: conventional, RWA, and organic (with the understanding that organic products are also RWA but with additional production requirements).

Figure 4

**Expenditure shares of uniform-weight chicken products by classic, processed, and sausage market segments, 2012–17**



Notes: Uniform-weight chicken products are sold and priced at the item level in uniform weights. Shares include all uniform-weight chicken products, including those labeled raised without antibiotics (RWA) and organic.

Source: USDA, Economic Research Service estimates using 2012–17 IRI Consumer Network data.

## Market Shares and Prices

Having identified RWA and organic claims on uniform-weight chicken products across the defined market segments (classic, processed, and sausage), we then estimated the market shares for each claim (RWA and organic) within each market segment using the IRI Consumer Network purchase data and projection factors (figure 5). Market shares were defined as the percent of total dollar expenditures. Across all three market segments, market shares for uniform-weight chicken products labeled RWA grew substantially from year to year. In 2012, RWA-labeled products represented only 4 percent of the classic market, 1 percent of the processed market, and 7 percent of the sausage market. However, by 2017, RWA-labeled products represented 11, 9, and 18 percent of the markets, respectively.[8] Interestingly, over the same period, the market shares for organic products remained consistently low for classic and processed uniform-weight chicken products (representing 0 to 1 percent of the market), but grew from 1 to 13 percent of the chicken sausage market.

---

[8]These expenditure figures are considerably different than the production shares reported by USDA, Agricultural Marketing Service (AMS) (table 2). However, the USDA, AMS production shares represent all broiler production (i.e., retail, foodservice, and institutional), whereas the estimated market shares here only represent grocery retail purchases.

Figure 5
**Market shares of expenditures for raised without antibiotics (RWA) and organic claims within classic, processed, and sausage uniform-weight chicken market segments, 2012–17**



Note: Organic market shares in the classic and processed market segments are less than or equal to 1 percent.

Source: USDA, Economic Research Service estimates using 2012–17 IRI Consumer Network data and projection weights; Label Insight; USDA, Food Safety and Inspection Service Label Submission and Approval System data, and independent label data collection.

Average prices per pound (in 2017 dollars) were also calculated across all three market segments using the IRI Consumer Network data and projection factors (figure 6).[9] Predictibly, classic, unprocessed chicken products were generally cheaper than processed chicken products (including sausage). Across all three market segments, prices for conventional chicken products were generally stable across all 6 years (approximately $2.35 per pound for classic products, $4.05 per pound for processed products, and $5.14 per pound for sausage products), whereas prices for RWA and organic-labeled products experienced more volatility. However, as revealed by figure 5, RWA and organic products represented a relatively small part of the market, and therefore, any average price estimates for these products would inherently include more noise.

---

[9]Prices were deflated using the Consumer Price Index for all urban consumers (CPI-U) for chicken.

Figure 6

**Average prices per pound for uniform-weight chicken products labeled raised without antibiotics (RWA) and organic within classic, processed, and sausage chicken market segments, 2012–17**



Note: Prices presented in 2017 dollars.

Source: USDA, Economic Research Service estimates using 2012-17 IRI Consumer Network data and projection weights, Label Insight, USDA, Food Safety and Inspection Service Label Submission and Approval System data, and independent label data collection.

Both the classic and processed chicken market segments demonstrated a similar pricing hierarchy, in that organic prices were greater than RWA prices, which were greater than conventional prices. For classic chicken products, the average difference in price from 2012 to 2017 between conventional and RWA-labeled products was $2.04 per pound (87 percent).[10] For processed products, the average difference was $2.23 per pound (55 percent). While organic prices were only marginally greater than RWA prices in the classic chicken market

---

[10]The difference in price between conventional and RWA-labeled classic chicken products is in line with a previous estimate of 80 percent using USDA, AMS data for boneless and skinless chicken breasts (Kuchler et al., 2017b).

segment (with the exception of 2012),[11] prices for organic processed chicken products on average commanded an additional $2.90 per pound over RWA-labeled processed chicken products, representing a 125-percent total markup over conventionally processed chicken products.

Prices in the chicken sausage market segment followed a similar pricing hierarchy until 2015 when organic prices dropped below those of RWA-labeled products (though both still remained greater than conventional products). The drop in organic prices was likely related to the expansion of organic chicken sausage products during this time. Total expenditures for organic chicken sausage were 11 times greater in 2017 than they were in 2012, whereas total expenditures for RWA chicken sausage increased by a magnitude of 2.8 during this time. Additionally, the number of organic chicken sausage products purchased by Consumer Network households more than tripled between 2012 and 2017 (increasing from 18 to 57). The sharpest increase was between 2014 and 2015 when the number of products nearly doubled (increasing from 23 to 42). The more products that become available on the market, the more likely it is that prices become competitive and drop. Moreover, the chicken sausage market was relatively small. It was included as a point of comparison because these products are almost always sold in uniform-weight packages, thereby minimizing the issue of excluding random-weight products from the analysis.

---

[11]The average difference in price from 2012 to 2017 between conventional and organic classic products was $3.42 per pound (145 percent), slightly lower than a previous estimate of 170 percent using AMS data for boneless and skinless chicken breasts (Kuchler et al., 2017b). Notably, the real average price for organic classic chicken products fell substantially between 2012 and 2013, from $8.69 per pound to $5.16 per pound. We suspect this is an issue of volume purchased. While overall the market share for classic organic chicken products remained low during these 6 years (representing less than 1 percent of the market), expenditures on organic products still grew substantially from year to year. From 2012 to 2013, total expenditures for classic uniform-weight organic chicken products increased nearly four-fold. By 2017, total expenditures were 18 times what they were in 2012.

# Households That Purchased Chicken Products Labeled Raised Without Antibiotics

Another important analysis for understanding the market growth of products labeled RWA is to identify and characterize the consumers who purchase RWA-labeled chicken products, observing whether any significant demographic differences exist between those who purchase RWA-labeled products and those who do not purchase them. For the purposes of comparison, we considered three sets of households: (1) households that purchased at least one organic chicken product, (2) households that purchased at least one RWA-labeled chicken product (but not an organic product), and (3) households that only purchased conventional chicken products in 2017.[12] It is important to note, however, that for non-purchasing households of RWA and organic, we could not distinguish between product unavailability and a deliberate non-purchase decision when products were available.

Table 3 presents selected demographic factors for these three sets of households and the full panel of static households that purchased at least one chicken product in 2017. Consistent with observed higher price premiums for these products, the median household income range was significantly greater for households that purchased organic and RWA-labeled chicken.[13] Households that purchased organic and RWA-labeled chicken were also marginally larger and more likely to have children present in the household.

---

[12]Of the households that purchased at least one RWA-labeled chicken product (but not organic) in 2017, 89 percent purchased both RWA-labeled and conventional chicken products and 12 percent only purchased RWA-labeled chicken products. Of the households that purchased at least one organic chicken product in 2017, 47 percent purchased both conventional and organic chicken products, 5 percent purchased both RWA-labeled and organic chicken products, 39 percent purchased all three types of chicken products, and 10 percent purchased only organic chicken products.

[13]Household income is reported by IRI as a categorical variable, not a continuous variable.

Table 3
**Selected 2017 household demographics of chicken purchasers**

|  | Conventional shoppers | Raised Without Antibiotics shoppers | Organic shoppers | Full static panel |
|---|---|---|---|---|
| Median household income | $50,000-59,999 | $70,000-99,999** | $70,000-99,999** | $50,000-59,999 |
| Average household size | 2.67 | 2.87** | 2.93** | 2.73 |
| Female primary shopper (%) | 79.40 | 82.11** | 80.61 | 80.03 |
| Education of primary shopper | | | | |
| No degree (%) | 2.40 | 1.42** | 1.04** | 2.13 |
| High school degree (%) | 51.16 | 44.08** | 39.60**†† | 49.12 |
| College degree (%) | 46.44 | 54.50** | 59.35**†† | 48.75 |
| Presence of children | | | | |
| Children under 18 (%) | 35.13 | 43.02** | 45.50** | 37.29 |
| Children under 6 (%) | 15.68 | 20.80** | 21.35** | 17.03 |
| Sample size (n) | 37,006 | 10,300 | 2,218 | 49,524 |

Note: Asterisk (*) and double asterisk (**) indicate statistically significant differences from conventional shoppers at the 5- and 1-percent levels, respectively. Similarly, dagger (†) and double dagger (††) indicate statistically significant differences between raised without antibiotics (RWA) shoppers and organic shoppers at the 5- and 1-percent levels, respectively. Household income is reported by IRI as a categorical variable, not a continuous variable. Mean household size may be biased downwards because the number of reported individuals per household is capped at eight. However, households of 8 or more members only account for 0.50 percent of the 2017 static household panel. Lastly, the education of the primary shopper was unavailable for one household.

Source: USDA, Economic Research Service calculations using 2017 IRI Consumer Network data and projection weights, Label Insight, USDA, Food Safety and Inspection Service Label Submission and Approval System data, and independent label data collection.

Within each household, IRI identifies the primary food shopper and meal preparer. For households that purchased RWA-labeled chicken products, the primary food shopper was slightly more likely to be female. Households that purchased RWA-labeled chicken products were also more likely to have a primary food shopper with a college degree as compared to households that only purchased conventional chicken products. Education was the only demographic factor where there was also a statistically significant difference between RWA-purchasing households and organic-purchasing households. That is, an even greater share of households that purchased organic had a primary food shopper with a college degree (59 percent versus 55 percent).

Starting in 2016, a subset of the Consumer Network began to fill out a MedProfiler survey that included a question gauging consumer concern about antibiotic use in meat production. Individual respondents could indicate they were very concerned, somewhat concerned, or not at all concerned about antibiotic use in meat production. Table 4 presents the reported level of concern for conventional, RWA, and organic shoppers in 2017. Of significance, 32 percent of households that purchased organic chicken products and 26 percent that purchased RWA-labeled chicken products reported they were very concerned about antibiotic use in meat production, compared to the 21 percent that only purchased conventional chicken. The inverse relationship

held true among those stating they were not at all concerned about antibiotic use in meat production. These sizable and significant differences suggest that consumer concerns and perceptions of risk play a large and important role in purchasing decisions. That is, consumers who bought RWA or organic chicken products were more likely to report being concerned about antibiotic use than those who did not buy them.

Table 4
**Consumer concern of antibiotic use in meat production, (percent)**

|  | Conventional shoppers | Raised Without Antibiotics shoppers | Organic shoppers |
|---|---|---|---|
| Very concerned | 21.07 | 25.65** | 31.94**†† |
| Somewhat concerned | 34.68 | 34.67 | 32.95 |
| Not at all concerned | 44.25 | 39.68** | 35.11**†† |
| Sample size (n) | 22,909 | 6,605 | 1,470 |

Note: Asterisk (*) and double asterisk (**) indicate statistically significant differences from conventional shoppers at the 5- and 1-percent levels, respectively. Similarly, dagger (†) and double dagger (††) indicate statistically significant differences between raised without antibiotics (RWA) shoppers and organic shoppers at the 5- and 1-percent levels, respectively. One household that completed the MedProfiler survey but did not respond to this question was dropped from the analysis.

Source: USDA, Economic Research Service calculations using 2017 IRI Consumer Network, MedProfiler data, and projection weights, Label Insight, USDA, Food Safety and Inspection Service Label Submission and Approval System data, and independent label data collection.

# Discussion

Consumer interest in animal products raised without antibiotics has grown considerably over the past decade. This report examines the extent of that growth by estimating market shares and prices of chicken products labeled RWA between 2012 and 2017 and by characterizing the demographics of households that purchased RWA-labeled chicken products. To do this, we analyzed proprietary household-level scanner data from IRI merged with a novel dataset of poultry product label claims compiled from multiple sources, including Label Insight and the USDA, FSIS LSAS.

Between 2012 and 2017, respondents participating in the IRI Consumer Network purchased nearly 400 different uniform-weight chicken products labeled RWA. We segmented these products into three different markets: classic, processed, and sausage. Over these 6 years, household expenditure shares for RWA-labeled products in these market segments grew steadily by 7, 8, and 11 percent, respectively. RWA-labeled products also commanded higher prices than conventional uniform-weight chicken products. From 2012 to 2017, the average price per pound difference between conventional and RWA-labeled chicken products in each market segment (classic, processed, and sausage) was $2.04, $2.23, and $2.48, respectively. Additionally, households that purchased RWA-labeled chicken products were on average larger with a greater likelihood of children present, had higher incomes, and were more likely to have a female primary food shopper and primary food shopper with a college degree. Lastly, consumers who bought RWA-labeled chicken products were more likely to report being very concerned about antibiotic use in meat production than those who did not buy them.

USDA-certified organic chicken products are also raised without antibiotics, but they are subject to additional production requirements, including organic feed and year-round access to the outdoors. These products exhibited little market growth over these 6 years (with the exception of chicken sausage) and generally commanded even higher prices. These findings suggest significant consumer interest and market opportunities for production practices somewhere between conventional and the stringent standards of organic practices.

One caveat is that the estimated household expenditure shares were considerably different from the production shares reported by USDA, Agricultural Marketing Service (AMS) in 2016 and 2017 (table 2). At least part of the difference can be attributed to retail channels. The AMS production share data include broilers produced for all retail channels, including foodservice and institutional outlets. In recent years, several major foodservice chains, including Panera, Chipotle, and Chick-fil-A, have pledged to sell only meat products raised without antibiotics (Consumer Reports, 2015). However, the animal products sold at these chains are not labeled RWA when purchased by the final consumer, and they are not captured in the Consumer Network data. In other words, foodservice retailers have become major customers of RWA chicken products, which may account for part of the difference between the AMS estimates and IRI Consumer Network estimates. Another possibility that may account for part of the difference is that a share of broilers may have been raised without antibiotics but not labeled as such in commerce because the producer did not deem it profitable to do so.

While the present analysis captures market shares and average prices of products labeled RWA, it does not capture consumer willingness to pay for such products. Future work can estimate price premiums specific to RWA labels and account for other labels and attributes that may be present on poultry products, including brand, organic, natural, no added hormones, free range, vegetarian-fed, etc. It remains unclear how consumers interpret each of these labels and the marginal value or confusion that each label introduces.

# References

Barrow, P.A., M.A. Jones, A.L. Smith, and P. Wigley, 2012, "The long view: Salmonella – the last forty years," Avian Pathology, 41(5):413-20.

Bentley, J. 2012. U.S. Per Capita Availability of Chicken Surpasses That of Beef, Amber Waves, U.S. Department of Agriculture, Economic Research Service.

Bowman, M., K.K. Marshall, F. Kuchler, and L. Lynch. 2016. "Raised Without Antibiotics: Lessons from Voluntary Labeling of Antibiotic Use Practices in the Broiler Industry," American Journal of Agricultural Economics 98(2): 622-42.

Brewer, M.S., and M. Rojas. 2008. "Consumer Attitudes Toward Issues in Food Safety," Journal of Food Safety, 28(1):1-22.

Callaway, T.R., T.S. Edrington, J.L. Rychlik, K.J. Genovese, T.L. Poole, Y.S. Jung, K.M. Bischoff, R.C. Anderson, and D.J. Nisbet. 2003. "Ionophores: Their Use as Ruminant Growth Promotants and Impact on Food Safety," Current Issues in Intestinal Microbiology 4(2):43-51.

Carlson, A. and E. Jaenicke. 2016. Changes in Retail Organic Price Premiums from 2004 to 2010, ERR-209, U.S. Department of Agriculture, Economic Research Service.

Castillo-Neyra, R., J.A. Frisancho, J.L. Rinsky, C. Resnick, K.C. Carroll, A.M. Rule, T. Ross, Y. You, L.B. Price, and E.K. Silbergeld. 2014. "Multidrug-Resistant and Methicillin-Resistant Staphylococcus Aureus (MRSA) in Hog Slaughter and Processing Plant Workers and Their Community in North Carolina (USA)," Environmental Health Perspectives 122(4):471-77.

Chang, Q., W. Wang, G. Regev-Yochay, M. Lipsitch, and W.P. Hanage. 2015. "Antibiotics in agriculture and the risk to human health: how worried should we be?" Evolutionary Applications 8(3):204-47.

Charles, D. 2016. "Perdue Goes (Almost) Antibiotic-Free." NPR (National Public Radio), October 7.

Chee-Sanford, J.C., R.I. Mackie, S. Koike, I.G. Krapac, Y.F. Lin, A.C. Yannarell, S. Maxwell, and R.I. Aminov. 2009. "Fate and Transport of Antibiotic Residues and Antibiotic Resistance Genes Following Land Application of Manure Waste," Journal of Environmental Quality 38(3):1086-108.

Chen, Y., S. Mukherjee, M. Hoffmann, M.L. Kotewicz, S. Young, J. Abbott, Y. Luo, M.K. Davidson, M. Allard, P. McDermott, and S Zhao. 2013. "Whole-Genome Sequencing of Gentamicin-Resistant Campylobacter Coli Isolated from U.S. Retail Meats Reveals Novel Plasmid-Mediated Aminoglycoside Resistance Genes," Antimicrobial Agents and Chemotherapy 57(11):5398-405.

Consumer Reports. 2015. Chain Reaction: Hot Top Restaurants Rate on Reducing Use of Antibiotics in Their Meat Supply.

Davies, J., and D. Davies. 2010. "Origins and Evolution of Antibiotic Resistance," Microbiology and Molecular Biology Reviews 74(3):417-33.

Fancher, C.A., L. Zhang, A.S. Kiess, P.A. Adhikari, T.T.N. Dinh, and A.T. Sukumaran. 2020. "Avian Pathogenic Echerichia coli and Clostridium perfringens: Challenges in No Antibiotics Ever Broiler Production and Potential Solutions," Microorganisms 8(10):1533.

Ge, B., F. Wang, M. Sjölund-Karlsson, and P.F. McDermott. 2013. "Antimicrobial Resistance in Campylobacter: Susceptibility Testing Methods and Resistance Trends," Journal of Microbiological Methods 95(1):57-67.

Kuchler, F., C. Greene, M. Bowman, K. Marshall, J. Bovay, and L. Lynch. 2017a. Beyond Nutrition and Organic Labels – 30 Years of Experience With Intervening in Food Labels, ERR-239, U.S. Department of Agriculture, Economic Research Service.

Kuchler, F., C. Greene, M. Bowman, K. Marshall, J. Bovay, and L. Lynch. 2017b. Federal Nutrition and Organic Labels Paved the Way for Single-Trait Label Claims, Amber Waves, U.S. Department of Agriculture, Economic Research Service.

Levin, D., D. Noriega, C. Dicken, A. Okrent, M. Harding, and M. Lovenheim. 2018. Examining Store Scanner Data: A Comparison of the IRI Infoscan Data With Other Data Sets, 2008-12, TB-1949, U.S. Department of Agriculture, Economic Research Service.

MacDonald, J.M. 2014. Technology, Organization, and Financial Performance in U.S. Broiler Production, EIB-126, U.S. Department of Agriculture, Economic Research Service.

Marshall, B.M., and S.B. Levy. 2011. "Food Animals and Antimicrobials: Impacts on Human Health," Clinical Microbiology Reviews 24(4):718-33.

Marti, R., A. Scott, Y.C. Tien, R. Murray, L. Sabourin, Y. Zhang, and E. Topp. 2013. "Impact of Manure Fertilization on the Abundance of Antibiotic-Resistant Bacteria and Frequency of Detection of Antibiotic Resistance Genes in Soil and on Vegetables at Harvest," Applied and Environmental Microbiology 79(18):5701-09.

McEwen, S.A., and P.J. Fedorka-Cray. 2002. "Antimicrobial Use and Resistance in Animals," Clinical Infectious Diseases 34(Supplement 3):S93-S106.

Mellon, M., C. Benbrook, and K.L. Benbrook. 2001. Hogging It: Estimates of Antimicrobial Abuse in Livestock, Union of Concerned Scientists.

Messer, K.D., M. Costanigro, and H.M. Kaiser. 2017. "Labeling Food Processes: The Good, the Bad and the Ugly," Applied Economic Perspectives and Policy 39(3):407-27.

Muth, M.K., M. Sweitzer, D. Brown, K. Capogrossi, S. Karns, D. Levin, A. Okrent, P. Siegel, and C. Zhen. 2016. Understanding IRI Household-Based and Store-Based Scanner Data, TB-1942, U.S. Department of Agriculture, Economic Research Service.

National Research Council. 1999. The Use of Drugs in Food Animals: Benefits and Risks. Washington, D.C.: National Academy Press.

Pew Charitable Trusts. 2008. Putting Meat on the Table: Industrial Farm Animal Production in America, A Report of the Pew Commission on Industrial Farm Animal Production, A Project of The Pew Charitable Trusts and Johns Hopkins Bloomberg School of Public Health.

Price, L.B., J.P. Graham, L.G. Lackey, A. Roess, R. Vailes, and E.K. Silbergeld. 2007. "Elevated Risk of Carrying Gentamicin-Resistant Escherichia Coli Among U.S. Poultry Workers," Environmental Health Perspectives 115(12):1738-42.

Rinsky, J.L., M. Nadimpalli, S. Wing, D. Hall, D. Baron, L.B. Price, J. Larsen, M. Stegger, J. Stewart, and C.D. Heaney. 2013. "Livestock-Associated Methicillin and Multidrug Resistant Staphylococcus Aureus Is Present among Industrial, Not Antibiotic-Free Livestock Operation Workers in North Carolina," PLoS One 8(7):e67641.

Rule, A.M., S.L. Evans, and E.K. Silbergeld. 2008. "Food Animal Transport: A Potential Source of Community Exposures to Health Hazards from Industrial Farming (CAFOs)," Journal of Infection and Public Health 1(1):33-39.

Shaffer, E. 2017. "A Closer Look at Tyson's No-Antibiotics Commitment." Meat + Poultry, November 1.

Sjölund-Karlsson, M., R.L. Howie, K. Blickenstaff, P. Boerlin, T. Ball, G. Chalmers, B. Duval, J. Haro, R. Rickert, S. Zhao, and P.J. Fedorka-Cray. 2013. "Occurrence of lactamase Genes Among Non-Typhi Salmonella Enterica Isolated from Humans, Food Animals, and Retail Meats in the United States and Canada," Microbial Drug Resistance 19(3):191-97.

Smith, T.C., W.A. Gebreyes, M.J. Abley, A.L. Harper, B.M. Forshey, M.J. Male, H.W. Martin, B.Z. Molla, S. Sreevatsan, S. Thakur, M. Thiruvengadam, and P.R. Davies. 2013. "Methicillin-Resistant Staphylococcus Aureus in Pigs and Farm Workers on Conventional and Antibiotic-Free Swine Farms in the USA," PLoS One 8(5):e63704.

Sneeringer, S., M. Bowman, and M. Clancy. 2019. The U.S. and EU Animal Pharmaceutical Industries in the Age of Antibiotic Resistance, ERR-264, U.S. Department of Agriculture, Economic Research Service.

Sneeringer, S., J. MacDonald, N. Key, W. McBride, and K. Mathews. 2015. Economics of Antibiotic Use in U.S. Livestock Production, ERR-200, U.S. Department of Agriculture, Economic Research Service.

Sweitzer, M., D. Brown, S. Karns, M.K. Muth, P. Siegel, and C. Zhen. 2017. Food-at-Home Expenditures: Comparing Commercial Household Scanner Data from IRI and Government Survey Data, TB-1949, U.S. Department of Agriculture, Economic Research Service.

U.S. Centers for Disease Control and Prevention (CDC). 2013. Antibiotic Resistance Threats in the United States, 2013.

U.S. Centers for Disease Control and Prevention (CDC). 2019. Antibiotic Resistance Threats in the United States, 2019.

U.S. Department of Agriculture (USDA), Economic Research Service (ERS). Food Availability (Per Capita) Data System.

U.S. Department of Agriculture (USDA), Food Safety and Inspection Service (FSIS). 2015. User Guide for Industry Users - Label Submission and Approval System.

U.S. Department of Agriculture (USDA), Food Safety and Inspection Service (FSIS). 2017. FSIS Compliance Guideline for Label Approval.

U.S. Department of Agriculture (USDA), Food Safety and Inspection Service (FSIS). 2019. FSIS Labeling Guideline on Documentation Needed to Substantiate Animal Raising Claims for Label Submissions.

U.S. Department of Agriculture (USDA), National Agricultural Statistics Service (NASS). 2018. Poultry Slaughter 2017 Summary.

U.S. Food and Drug Administration (FDA). 2012. Guidance for Industry #209: The Judicious Use of Medically Important Antimicrobial Drugs in Food-Producing Animals.

U.S. Food and Drug Administration (FDA). 2012. Guidance for Industry #213: New Animal Drugs and New Animal Drug Combination Products Administered in or on Medicated Feed or Drinking Water of Food-Producing Animals: Recommendations for Drug Sponsors for Voluntarily Aligning Product Use Conditions with GFI #209.

WATT Poultry USA. 2018. WATT Poultry USA's 2018 Top Broiler Companies. March edition.

Wellington, E.M., A.B. Boxall, P. Cross, E.J. Feil, W.H. Gaze, P.M. Hawkey, A.S. Johnson-Rollings, D.L. Jones, N.M. Lee, W. Otten, and C.M. Thomas. 2013. "The Role of the Natural Environment in the Emergence of Antibiotic Resistance in Gram-Negative Bacteria," The Lancet Infectious Diseases 13(2):155-65.

World Health Organization (WHO), Interagency Coordination Group on Antimicrobial Resistance. 2019. No Time to Wait: Securing the Future from Drug-Resistant Infections.

Zhao, S., S. Mukherjee, Y. Chen, C. Li, S. Young, M. Warren, J. Abbott, S. Friedman, C. Kabera, M. Karlsson, and P.F. McDermott. 2015. "Novel Gentamicin Resistance Genes in Campylobacter Isolated from Humans and Retail Meats in the USA," Journal of Antimicrobial Chemotherapy 70(5):1314-321.

# Exhibit 9

## (Filed Under Seal)

# Exhibit 10
## (Filed Under Seal)

# Exhibit 11

## (Filed Under Seal)