# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL COMMERCIAL AND INSTITUTIONAL PURCHASER PLAINTIFF ACTIONS | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br><br>The Honorable Jeffery T. Gilbert |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Judge Durkin's Case Procedures, the undersigned counsel will not request an in-person presentment of Certain Defendants'[1] Motion to Exclude the Testimony of Dr. Russell Mangum, filed on October 7, 2022. Judge Durkin's Case Procedures state that "[i]f Judge Durkin determines a hearing is necessary, it will be scheduled by chambers to be conducted telephonically."[2] The undersigned counsel confirms that they are available for a hearing by electronic means, if the Court so requires.

---

[1] "Defendants" refers to the defendants signing the Motion to Exclude the Testimony of Dr. Russell Mangum. Each Defendant signed the brief only against those Plaintiffs who continue to have active claims against it.

[2] Case Procedures, Motion Practice Generally.

Dated: October 7, 2022

Respectfully submitted,

By: /s/ Lynn H. Murray
Lynn H. Murray (#6191802)
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
CONNER & WINTERS
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods Inc.*


By: /s/ Patricia A. Gorham
EVERSHEDS SUTHERLAND (US) LLP
Patricia A. Gorham (admitted *pro hac vice*)
James R. McGibbon (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan de Fouw (admitted *pro hac vice*)
Rebekah Whittington (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
patriciagorham@eversheds-sutherland.com

By: */s/ Carmine R. Zarlenga*
Carmine R. Zarlenga (Bar No. 11890)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
Katherine M. Bleicher (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Tel: (202) 263-5282
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com
kbleicher@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms LLC*


By: /s/ John P. Passarelli
John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Stephen M. Dacus (admitted *pro hac vice*)
KUTAK ROCK LLP
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
stephen.dacus@kutakrock.com

jimmcgibbon@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com
rebekahwhittington@eversheds-sutherland.com

Ronald Balfour (#6307658)
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1828
RBalfour@smithamundsen.com

*Attorneys for Defendant Harrison Poultry, Inc.*


By: */s/ Margaret A. Hickey*
Margaret A. Hickey
Lawrence Harris Heftman
Kylie S. Wood
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
maggie.hickey@afslaw.com
lawrence.heftman@afslaw.com
kylie.wood@afslaw.com

Robert J. Wierenga
Suzanne L. Wahl
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
ROSE LAW FIRM
Little Rock, AR 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants O.K. Foods, Inc.,
O.K. Farms, Inc., and O.K. Industries, Inc.*


By: /s/ Stephen Novack
Stephen Novack (#6284749)
Stephen J. Siegel (#6209054)
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com

*Attorneys for Defendants Koch Foods
Incorporated, JCG Foods of Alabama LLC,
JCG Foods of Georgia LLC and Koch
Meat Co., Inc.*


By: */s/ William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

Jacob D. Koering
225 West Washington Street, Ste 2600
MILLER, CANFIELD, PADDOCK, AND
STONE P.L.C.
Chicago, IL 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

-and-

Scott A. Eggers (admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
seggers@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Theresa Cederoth Horan (#6317943)
Jenna M. Stupar (#6321583)
Amelia H. Bailey (#6323592)
Jessica J. Giulitto (#6323951)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com

s/ Gregory G. Wrobel
Gregory G. Wrobel, Bar No. 03122900
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  (312) 609-7500
F:  (312) 609-5005
E:  gwrobel@vedderprice.com

Henry W. Jones, Jr. (admitted *pro hac vice*)
JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC
1951 Clark Avenue
Raleigh, North Carolina 27605
T:  (919) 828-2501
F:  (919) 834-8447
E:  hjones@jordanprice.com

*Attorneys for Defendant, House of Raeford Farms, Inc.*

By:  /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

Kirstin B. Ives (#6289952)
FALKENBERG IVES LLP
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

ccottrell@kirkland.com
theresa.horan@kirkland.com
jenna.stupar@kirkland.com
amelia.bailey@kirkland.com
jessica.giulitto@kirkland.com

*Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))*


 /s/ Joseph D. Carney
Joseph D. Carney (admitted *pro hac vice*)
JOSEPH D. CARNEY & ASSOCIATES LLC
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

Thomas M. Staunton
Daniel M. Feeney
MILLER SHAKMAN LEVINE & FELDMAN LLP
30 West Monroe Street, Suite 1900
Chicago, IL 60603
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

Deborah A. Klar (admitted *pro hac vice*)
D. KLAR LAW
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*


VAUGHAN & MURPHY

By: */s/ Charles C. Murphy, Jr.*
Charles C. Murphy, Jr.
(admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com


WINSTON & STRAWN LLP

James F. Herbison (#6275116)
Michael P. Mayer (#6272677)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

Paul L. Binder, Esq. (admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc.,
Case Farms, LLC, and Case Farms Processing,
Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2022, the foregoing document was served via CM/ECF on all counsel of record.

/s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga