# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL TRACK 1 PLAINTIFFS' ACTIONS | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br><br>The Honorable Jeffery T. Gilbert |

## FOSTER FARMS, LLC AND FOSTER POULTRY FARMS LLC'S MOTION FOR SUMMARY JUDGMENT DISMISSING TRACK 1 PLAINTIFFS' CLAIMS

Pursuant to Federal Rule of Civil Procedure 56, Foster Farms, LLC and Foster Poultry Farms LLC ("Foster Farms") respectfully move this Court for an Order granting summary judgment dismissing all claims against it brought by the DPPs, *see* ECF No. 3919, CIIPPs, *see* ECF No. 3929, the EUCPs, *see* ECF No. 3747, and the Track 1 DAPS, *see* ECF No. 4244. This motion is based on the accompanying Memorandum in Support of Foster Farms' Motion for Summary Judgment, filed contemporaneously with this Motion, all accompanying declarations and exhibits, the pleadings and papers on file in this action, and such other matters as the Court may consider in hearing this motion. To the extent it will be helpful to the Court, Foster Farms is prepared to present oral argument on the motion.

**WHEREFORE,** for the reasons set forth in their Motion for Summary Judgment, Foster Farms is entitled to summary judgment as to all of the Track 1 Plaintiffs' claims.

1

Dated: October 7, 2022

Respectfully submitted,

*/s/ Carmine R. Zarlenga*
Carmine R. Zarlenga (Bar No. 11890)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
Katherine M. Bleicher (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Tel: (202) 263-5282
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com
kbleicher@mayerbrown.com

*Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Carmine R. Zarlenga*