# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL TRACK 1 PLAINTIFFS' ACTIONS | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br><br>The Honorable Jeffery T. Gilbert |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to Judge Durkin's Case Procedures, the undersigned counsel will not request an in-person presentment of Foster Farms, LLC and Foster Poultry Farms LLC's Motion for Summary Judgment, filed on October 7, 2022. Judge Durkin's Case Procedures state that "[i]f Judge Durkin determines a hearing is necessary, it will be scheduled by chambers to be conducted telephonically."[1] The undersigned counsel confirms that they are available for a hearing by electronic means, if the Court so requires.

---

[1] Case Procedures, Motion Practice Generally.

Dated: October 7, 2022

Respectfully submitted,

*/s/ Carmine R. Zarlenga*
Carmine R. Zarlenga (Bar No. 11890)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
Katherine M. Bleicher (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Tel: (202) 263-5282
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com
kbleicher@mayerbrown.com

*Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, the foregoing document was served via CM/ECF on all counsel of record.

/s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga