**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>CERTAIN TRACK 1 DIRECT ACTION PLAINTIFFS[1] | Case No: 1:16-cv-08637<br><br>Honorable Thomas M. Durkin |

## DEFENDANTS' MOTION TO EXCLUDE
## THE TESTIMONY OF DR. ALAN S. FRANKEL

Defendants,[2] by and through their undersigned counsel, respectfully move this Court for entry of an Order excluding the testimony of Certain Track 1 Direct Action Plaintiffs' ("Certain DAPs") expert Dr. Alan Frankel on the grounds that this testimony is not admissible under Federal Rule of Evidence 702. This motion is based on the accompanying Memorandum in Support of Defendants' Motion to Exclude the Testimony of Dr. Alan S. Frankel, all accompanying exhibits,

---

[1] The Certain Track 1 Direct Action Plaintiffs ("Certain DAPs") are listed on Exhibit 1.1 of Dr. Frankel's Report, which is attached as Exhibit 1 to the accompanying Memorandum in Support.

[2] Certain Defendants have settled with the Certain DAPs. Those that have not are the movants here: Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.); Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)); Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)); Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division); Perdue Farms, Inc.; Perdue Foods LLC; Mountaire Farms, Inc.; Mountaire Farms, LLC; Mountaire Farms of Delaware, Inc.; Foster Farms, LLC; Foster Poultry Farms LLC; Koch Foods Incorporated; JCG Foods of Alabama LLC; JCG Foods of Georgia LLC; Koch Meat Co., Inc.; Wayne Farms LLC; O.K. Foods, Inc., O.K. Farms, Inc.; O.K. Industries, Inc.; Norman W. Fries, Inc. d/b/a Claxton Poultry Farms; Agri Stats, Inc.; Simmons Foods, Inc.; Simmons Prepared Foods Inc.; House of Raeford Farms, Inc.; Case Foods, Inc., Case Farms, LLC; Case Farms Processing, Inc.; George's, Inc.; George's Farms, Inc.; Fieldale Farms Corporation; Harrison Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken. Inc.; Tyson Breeders, Inc.; Tyson Poultry, Inc.; Mar-Jac Poultry, Inc.; Mar-Jac Poultry MS, LLC; Mar-Jac Poultry AL, LLC; Mar-Jac AL/MS, Inc.; Mar-Jac Poultry, LLC; Mar-Jac Holdings, Inc.; and Peco Foods, Inc.

the pleadings and papers on file in this action, oral argument, and such other matters as the Court may consider in hearing the motion.

Dated: October 7, 2022

Respectfully submitted,

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Theresa Cederoth Horan (#6317943)
Jenna M. Stupar (#6321583)
Amelia H. Bailey (#6323592)
Jessica J. Giulitto (#6323951)
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
theresa.horan@kirkland.com
jenna.stupar@kirkland.com
amelia.bailey@kirkland.com
jessica.giulitto@kirkland.com

*Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))*

## DEFENDANTS' ATTORNEYS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Lara Flath*
Patrick Fitzgerald (#6307561)
Gail Lee (#6318334)
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

### FALKENBERG IVES LLP

Kirstin B. Ives (#6289952)
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

| | |
|---|---|
| NOVACK AND MACEY LLP<br><br>By: /s/ *Stephen Novack*<br>Stephen Novack (#6284749)<br>Stephen J. Siegel (#6209054)<br>100 North Riverside Plaza<br>Chicago, IL 60606<br>Telephone: (312) 419-6900<br>Facsimile: (312) 419-6928<br>snovack@novackmacey.com<br>ssiegel@novackmacey.com<br><br>*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.* | KIRKLAND & ELLIS LLP<br><br>By: /s/ *Daniel E. Laytin, P.C.*<br>Daniel E. Laytin, P.C. (#6257119)<br>Christa C. Cottrell, P.C. (#6284749)<br>Theresa Cederoth Horan (#6317943)<br>Jenna M. Stupar (#6321583)<br>Amelia H. Bailey (#6323592)<br>Jessica J. Giulitto (#6323951)<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>dlaytin@kirkland.com<br>ccottrell@kirkland.com<br>theresa.horan@kirkland.com<br>jenna.stupar@kirkland.com<br>amelia.bailey@kirkland.com<br>jessica.giulitto@kirkland.com<br><br>*Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))* |
| VEDDER PRICE P.C.<br><br>By: /s/ *Gregory G. Wrobel*<br>Gregory G. Wrobel (#3122900)<br>222 N. LaSalle Street<br>Chicago, IL 60601<br>Telephone: (312) 609-7500<br>Facsimile: (312) 609-5005<br>gwrobel@vedderprice.com<br><br>JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC<br><br>Henry W. Jones, Jr. (admitted *pro hac vice*)<br>1951 Clark Avenue<br>Raleigh, NC 27605<br>Telephone: (919) 828-2501<br>Facsimile: (919) 834-8447<br>hjones@jordanprice.com<br><br>*Attorneys for Defendant House of Raeford Farms, Inc.* | |

KUTAK ROCK LLP

By: /s/ *John P. Passarelli*
John P. Passarelli
James M. Sulentic
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll
Jeffrey M. Fletcher
Stephen M. Dacus
KUTAK ROCK LLP
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.carroll@kutakrock.com
jeffrey.fletcher@kutakrock.com
stephen.dacus@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
1105 W. Peachtree Street NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson (#6199621)
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 445-4623
Facsimile: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.*

| | |
|---|---|
| VAUGHAN & MURPHY<br><br>By: /s/ *Charles C. Murphy, Jr.*<br>Charles C. Murphy, Jr. (admitted *pro hac vice*)<br>690 S Ponce Court NE<br>Atlanta, GA 30307<br>Telephone: (404) 667-0714<br>Facsimile: (404) 529-4193<br>cmurphy@vaughanandmurphy.com<br><br>WINSTON & STRAWN LLP<br><br>James F. Herbison (#6275116)<br>Michael P. Mayer (#6272677)<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>jherbison@winston.com<br>mmayer@winston.com<br><br>*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms* | HOGAN LOVELLS US LLP<br><br>By: /s/ *William L. Monts III*<br>William L. Monts III (admitted *pro hac vice*)<br>Justin W. Bernick (admitted *pro hac vice*)<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109<br>Telephone: (202) 637-5910<br>Facsimile: (202) 637-5911<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.<br><br>Jacob D. Koering<br>227 W. Monroe, Suite 2600<br>Chicago, IL 60606<br>Telephone: (312) 460-4272<br>Facsimile: (312) 460-4201<br>koering@millercanfield.com<br><br>*Attorneys for Defendant Agri Stats, Inc.* |

| SHOOK HARDY & BACON LLP | AXINN, VELTROP & HARKRIDER LLP |
|---|---|
| By: /s/ *Lynn H. Murray* | By: /s/ *Rachel J. Adcox* |
| Lynn H. Murray (#6191802) | Rachel J. Adcox (#1001488) |
| 111 S. Wacker Dr., Ste 4700 | Bradley D. Justus (pro hac vice) |
| Chicago, IL 60606 | Daniel K. Oakes (pro hac vice) |
| Telephone: (312) 704-7700 | AXINN, VELTROP & HARKRIDER LLP |
| Facsimile: (312) 558-1195 | 1901 L Street NW |
| lhmurray@shb.com | Washington, DC 20036 |
| | T: 202-912-4700 |
| Laurie A. Novion (admitted *pro hac vice*) | radcox@axinn.com |
| 2555 Grand Blvd. | bjustus@axinn.com |
| Kansas City, MO 64108 | doakes@axinn.com |
| Telephone: (816) 474-6550 | |
| Facsimile: (816) 421-5547 | Denise L. Plunkett (pro hac vice) |
| lnovion@shb.com | Nicholas E.O. Gaglio (pro hac vice) |
| | Kail J. Jethmalani (pro hac vice) |
| CONNER & WINTERS | AXINN, VELTROP & HARKRIDER LLP |
| | 114 West 47th Street |
| John R. Elrod (admitted *pro hac vice*) | New York, NY 10036 |
| Vicki Bronson (admitted *pro hac vice*) | T: 212-728-2200 |
| 4375 N. Vantage Drive, Ste. 405 | dplunkett@axinn.com |
| Fayetteville, AR 72703 | ngaglio@axinn.com |
| Telephone: (479) 582-5711 | kjethmalani@axinn.com |
| jelrod@cwlaw.com | |
| vbronson@cwlaw.com | John M. Tanski (pro hac vice) |
| | Jarod G. Taylor (pro hac vice) |
| *Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods Inc.* | AXINN, VELTROP & HARKRIDER LLP |
| | 90 State House Square |
| | Hartford, CT 06103 |
| | T: 860-275-8100 |
| | jtanski@axinn.com |
| | jtaylor@axinn.com |
| | |
| | Jordan M. Tank |
| | LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD. |
| | 230 West Monroe, Street, Ste 2260 |
| | Chicago, IL 60606 |
| | T: 312-702-0586 |
| | jmt@lipelyons.com |
| | |
| | *Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.* |

| EVERSHEDS SUTHERLAND (US) LLP | JOSEPH D. CARNEY & ASSOCIATES LLC |
|---|---|

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
James R. McGibbon (admitted *pro hac vice*)
Patricia A. Gorham (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan de Fouw (admitted *pro hac vice*)
Rebekah Whittington (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
jimmcgibbon@eversheds-sutherland.com
patriciagorham@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com
rebekahwhittington@eversheds-sutherland.com

SMITH AMUNDSEN LLC

Ronald Balfour (#6307658)
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 997-1828
RBalfour@smithamundsen.com

*Attorneys for Defendant Harrison Poultry, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton (#621764)
Daniel M. Feeney (#6224893)
30 West Monroe, Suite 1900
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D. KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

| ALSTON & BIRD LLP | ARENTFOX SCHIFF LLP |
|---|---|
| By: /s/ B. Parker Miller<br>B. Parker Miller (pro hac vice)<br>Valarie C. Williams (pro hac vice)<br>Thomas P. Grantham (pro hac vice)<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000 (T)<br>(404) 881-7777 (F)<br>parker.miller@alston.com<br>valarie.williams@alston.com<br>thomas.grantham@alston.com<br><br>THE BLOCK FIRM LLC<br><br>Max Marks (pro hac vice)<br>Aaron Block (pro hac vice)<br>309 East Paces Ferry Road, Suite 400<br>Atlanta, GA 30305<br>(404) 997-8419<br>max.marks@blockfirmllc.com<br>aaron@blockfirmllc.com<br><br>*Attorneys for Defendant Fieldale Farms Corporation* | By: /s/ Margaret A. Hickey<br>Margaret A. Hickey<br>Lawrence Harris Heftman<br>Kylie S. Wood<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>maggie.hickey@afslaw.com<br>lawrence.heftman@afslaw.com<br>kylie.wood@afslaw.com<br><br>Robert J. Wierenga<br>Suzanne L. Wahl<br>350 South Main Street, Suite 210<br>Ann Arbor, MI 48104<br>Telephone: (734) 222-1500<br>robert.wierenga@afslaw.com<br>suzanne.wahl@afslaw.com<br><br>ROSE LAW FIRM<br><br>Amanda K. Wofford (admitted *pro hac vice*)<br>Bourgon Reynolds (admitted *pro hac vice*)<br>120 East Fourth Street<br>Little Rock, AR 72201<br>Telephone: (501) 375-9131<br>Facsimile: (501) 375-1309<br>awofford@roselawfirm.com<br>breynolds@roselawfirm.com<br><br>John W. Treece (#3122889)<br>1135 West Montana Street<br>Chicago, IL 60614<br>Telephone: (312) 961-7808<br>jtreece@jwtreece.com<br><br>*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* |

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS &
HELSINGER LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST
ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc.
and George's Farms, Inc.*

MAYER BROWN LLP

By: /s/ *Camine R. Zarlenga*
Carmine R. Zarlenga (Bar No. 11890)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
Katherine M. Bleicher (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Tel: (202) 263-5282
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com
kbleicher@mayerbrown.com

*Attorneys for Defendants Foster Farms, LLC and
Foster Poultry Farms LLC*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

Scott A. Eggers (admitted pro hac vice)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
seggers@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Daniel E. Laytin, P.C.*

Daniel E. Laytin, P.C.