# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Certain DAP Actions* | Case No.: 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**TRACK 1 DIRECT ACTION PLAINTIFFS' MOTION
FOR LEAVE TO FILE UNDER SEAL (1) EXHIBITS 1-15 TO THE
DECLARATION OF GREGORY K. ARENSON IN SUPPORT OF
TRACK 1 DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE
PORTIONS OF CERTAIN DEFENDANTS' ECONOMISTS' OPINIONS
AND (2) PORTIONS OF TRACK 1 DIRECT ACTION PLAINTIFFS'
MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE
PORTIONS OF CERTAIN DEFENDANTS' ECONOMISTS' OPINIONS**

Pursuant to Local Rule 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, the Track 1 DAPs[1] respectfully move this Court for the entry of an order granting them leave to file under seal Exhibits 1-15 to the Declaration of Gregory K. Arenson in Support of Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions (the "Exhibits") and Portions of Track 1 Direct Action Plaintiffs' Memorandum of Law in Support of Motion To Exclude Portions of Certain Defendants' Economists' Opinions (the "Memo"). The Track 1 DAPs state:

1. The Track 1 DAPs will file the Exhibits and the Memo on October 7, 2022. They contain information that the parties have designated as Confidential and Highly Confidential

---

[1] The Track 1 DAPs are those direct action plaintiffs whose signature blocks are at the end of this motion.

under the Agreed Confidentiality Order in the above-captioned action, entered November 8, 2016 (ECF No. 202).

2.  The Agreed Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief, or other submission to the Court must comply with Local Rule 26.2." *Id.* at 11. Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must . . . move the court for leave to file the document under seal." L.R. 26.2(c).

3.  Accordingly, Track 1 DAPs request that this Court grant leave, pursuant to Local Rules 5.8 and 26.2 and in accordance with the Agreed Confidentiality Order, for the Track 1 DAPs to file the Exhibits certain portions of the Memo under seal.

4.  In compliance with Local Rule 26.2(c), the Track 1 DAPs will promptly file a public-record version of the Memo and a version of the Exhibits noting the pending request to file the Exhibits under seal.

WHEREFORE, the Track 1 DAPs respectfully request this Court to enter an Order granting them leave to file under seal Exhibits 1-15 to the Declaration of Gregory K. Arenson in Support of Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions and certain portions of Track 1 Direct Action Plaintiffs' Memorandum of Law in Support of Motion To Exclude Portions of Certain Defendants' Economists' Opinions.

| | |
|---|---|
| Dated: October 7, 2022 | Respectfully submitted, |
| **CERA LLP** | /s/ *Robert N. Kaplan* |
| Solomon B. Cera | **KAPLAN FOX & KILSHEIMER, LLP** |
| 201 California Street, Suite 1240 | Robert N. Kaplan |
| San Francisco, CA 94111 | Gregory K. Arenson |
| Tel: (415) 777-2230 | Jeffrey P. Campisi |
| E-mail: scera@cerallp.com | Matthew P. McCahill |

**CERA LLP**
C. Andrew Dirksen
800 Boylston Street, 16th Floor
Boston, MA 02199
Tel: (857) 453-6555
E-mail: cdirksen@cerallp.com

**HAYNSWORTH SINKLER BOYD P.A.**
Elizabeth H. Black
Mary C. Eldridge
1201 Main Street, 22nd Floor
Columbia, South Carolina 29201
Tel: (803) 779-3080
Email:  eblack@hsblawfirm.com
 meldridge@hsblawfirm.com

*-and-*

Jay W. Matthews, III
1 North Main Street, 2nd Floor
Greenville, SC 29601
Tel: (864) 240-3200
Email:  jmatthews@hsblawfirm.com

850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
E-mail: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
E-mail: jcampisi@kaplanfox.com
E-mail: mmccahill@kaplanfox.com

**L&G LAW GROUP**
Eric R. Lifvendahl
175 W. Jackson Boulevard, Suite 950
Chicago, IL 60604
Tel: (312) 364-2500
E-mail: elifvendahl@lgcounsel.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Tel: (412) 471-3490
E-mail: marcus@marcus-shapira.com
E-mail: cain-mannix@marcus-shapira.com
E-mail: allen@marcus-shapira.com

*Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Bros., Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

/s/ *David P. Germaine*
**SPERLING & SLATER, P.C.**
Paul E. Slater
Joseph M. Vanek
David P. Germaine
John P. Bjork
Phillip F. Cramer
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
E-mail: PES@Sperling-law.com
 JVanek@Sperling-law.com
 DGermaine@Sperling-law.com
 JBjork@Sperling-law.com
 PCramer@Sperling-law.com

**SHERRARD ROE VOIGT & HARBISON, PLC**
Ryan T. Holt
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
E-mail: rholt@srvhlaw.com

*Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp. (the "Publix DAPs")*

/s/ *William J. Blechman*
**KENNY NACHWALTER, P.A.**
William J. Blechman
Kevin Murray
Douglas Patton
Samuel Randall
Michael Ponzoli
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com
 kmurray@knpa.com
 dpatton@knpa.com
 srandall@knpa.com
 mponzoli@knpa.com

*Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets (the "Kroger DAPs")*

*/s/ Patrick J. Ahern*
**AHERN AND ASSOCIATES, P.C.**
Patrick J. Ahern
Theodore B. Bell
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc and Bi-Lo Holdings, LLC*

**CERTIFICATE OF SERVICE**

I certify that on 7 October 2022 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gregory K. Arenson*
Gregory K. Arenson