UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE BROILER CHICKEN ANTITRUST LITIGATION

This Document Relates To:
*Certain DAP Actions*

Case No.: 1:16-cv-08637

Judge Thomas M. Durkin

Magistrate Judge Jeffrey T. Gilbert

**TRACK 1 DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE
PORTIONS OF CERTAIN DEFENDANTS' ECONOMISTS' OPINIONS**

Track 1 Direct Action Plaintiffs ("Track 1 DAPs")[1] jointly move under Rules 702 and 403 of the Federal Rules of Evidence to exclude portions of the following opinions and testimony:

(1) **Dr. John H. Johnson, IV's regressions whose results are displayed in his Exhibits 42, R-4, and R-5**. They are misspecified and, therefore, unreliable and likely to lead to jury confusion.

(2) **Dr. Randal R. Rucker's regressions whose results are displayed in his Exhibits 13 and 14**. The regressions whose results are shown in Exhibit 13 are misspecified and, therefore, unreliable and likely to lead to jury confusion. The regressions whose results are shown in Exhibit 14 are misspecified and based on arbitrary factors and, therefore, are unreliable, irrelevant, and likely to lead to jury confusion.

(3) **Dr. Kate Foreman's regressions whose results are displayed in her Exhibits 14 and 15**. The regressions whose results are shown in Exhibit 14 have no economic rationale,

---

[1] The Track 1 DAPs are those DAPs whose signature blocks are at the end of this brief.

are irrelevant, and are likely to lead to jury confusion. The regressions shown in Exhibit 15 are misspecified and, therefore, unreliable and likely to lead to jury confusion.

(4) **Dr. James Levinsohn's regression whose results are displayed in his Table 5**. The regression has no economic rationale and is misspecified, and, therefore, it is unreliable, irrelevant, and likely to lead to jury confusion.

(5) **Dr. Johnson's so-called "price change direction" and "MAPPE" "tests."** These invented "tests" have no standing in the economic community and, therefore, are unreliable, irrelevant, and likely to lead to jury confusion.

(6) **Dr. Levinsohn's Table C5**. This invented "test" has no standing in the economic community and, therefore, is unreliable, irrelevant, and likely to lead to jury confusion.

**Dr. Foreman's opinions based on a purported interview of Fieldale's Jeff Paschall that Track 1 DAPs' expert James T. McClave allegedly misclassified certain transactions as related to the Georgia Dock index**. These opinions have no evidentiary foundation and, therefore, are unreliable, irrelevant, and likely to lead to jury confusion.

Dated: October 7, 2022

Respectfully submitted,

| | |
|---|---|
| **CERA LLP** | /s/ *Robert N. Kaplan* |
| Solomon B. Cera | **KAPLAN FOX & KILSHEIMER, LLP** |
| 201 California Street, Suite 1240 | Robert N. Kaplan |
| San Francisco, CA 94111 | Gregory K. Arenson |
| Tel: (415) 777-2230 | Jeffrey P. Campisi |
| E-mail: scera@cerallp.com | Matthew P. McCahill |
| | 850 Third Avenue, 14th Floor |
| **CERA LLP** | New York, NY 10022 |
| C. Andrew Dirksen | Tel: (212) 687-1980 |
| 800 Boylston Street, 16th Floor | E-mail: rkaplan@kaplanfox.com |
| Boston, MA 02199 | Email: garenson@kaplanfox.com |
| Tel: (857) 453-6555 | E-mail: jcampisi@kaplanfox.com |
| E-mail: cdirksen@cerallp.com | E-mail: mmccahill@kaplanfox.com |
| **HAYNSWORTH SINKLER BOYD P.A.** | **L&G LAW GROUP** |
| Elizabeth H. Black | Eric R. Lifvendahl |

Mary C. Eldridge
1201 Main Street, 22nd Floor
Columbia, South Carolina 29201
Tel: (803) 779-3080
Email: eblack@hsblawfirm.com
 meldridge@hsblawfirm.com

*-and-*

Jay W. Matthews, III
1 North Main Street, 2nd Floor
Greenville, SC 29601
Tel: (864) 240-3200
Email: jmatthews@hsblawfirm.com

175 W. Jackson Boulevard, Suite 950
Chicago, IL 60604
Tel: (312) 364-2500
E-mail: elifvendahl@lgcounsel.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Tel: (412) 471-3490
E-mail: marcus@marcus-shapira.com
E-mail: cain-mannix@marcus-shapira.com
E-mail: allen@marcus-shapira.com

*Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Bros., Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

/s/ *David P. Germaine*
**SPERLING & SLATER, P.C.**
Paul E. Slater
Joseph M. Vanek
David P. Germaine
John P. Bjork
Phillip F. Cramer
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
E-mail: PES@Sperling-law.com
 JVanek@Sperling-law.com
 DGermaine@Sperling-law.com
 JBjork@Sperling-law.com
 PCramer@Sperling-law.com

**SHERRARD ROE VOIGT & HARBISON, PLC**
Ryan T. Holt
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
E-mail: rholt@srvhlaw.com

*Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp. (the "Publix DAPs")*

/s/ *William J. Blechman*
**KENNY NACHWALTER, P.A.**
William J. Blechman
Kevin Murray
Douglas Patton
Samuel Randall
Michael Ponzoli
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com
 kmurray@knpa.com
 dpatton@knpa.com
 srandall@knpa.com
 mponzoli@knpa.com

*Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets (the "Kroger DAPs")*

*/s/ Patrick J. Ahern*
**AHERN AND ASSOCIATES, P.C.**
Patrick J. Ahern
Theodore B. Bell
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc and Bi-Lo Holdings, LLC*

**CERTIFICATE OF SERVICE**

On 7 October 2022, I caused a true and correct copy of the foregoing Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions and accompanying Declaration of Gregory K. Arenson in Support of Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions, with exhibits, to be served via email on all parties of record in this case.

*/s/ Gregory K. Arenson*
Gregory K. Arenson
