# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Certain DAP Actions* | Case No.: 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF GREGORY K. ARENSON IN SUPPORT OF TRACK 1 DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF CERTAIN DEFENDANTS' ECONOMISTS' OPINIONS

I, Gregory K. Arenson, declare:

1. I am a member in good standing of the bar of this Court. I am a partner in Kaplan Fox & Kilsheimer LLP, which represents the Affiliated Foods Track 1 direct action plaintiffs in the above-identified action. The Affiliated Foods direct action plaintiffs are: Affiliated Foods, Inc.; Action Meat Distributors, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores,

Inc.; W. Lee Flowers & Company, Inc.; KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.

2. I submit this declaration in support of the motion of Track 1 direct action plaintiffs to exclude portions of the opinions of defendants' economists' John H. Johnson, IV, Randall R. Rucker, Kate Foreman, and James Levinsohn. This declaration is based on my review of the documents attached to this declaration.

3. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Dr. James T. McClave, Ph.D., dated August 31, 2021.

4. Attached as Exhibit 2 is a true and correct copy of the Expert Reply Report of Dr. James T. McClave, Ph.D., dated July 29, 2022, with Errata to the Expert Reply Report of Dr. James T. McClave, Ph.D., dated August 29, 2022.

5. Attached as Exhibit 3 is a true and correct copy of the Expert Report of Alan S. Frankel, Ph.D., dated August 31, 2021.

6. Attached as Exhibit 4 is a true and correct copy of the Expert Reply Report of Alan S. Frankel, Ph.D., dated July 29, 2022, with Errata to July 29, 2022 Expert Reply Report of Alan S. Frankel, Ph.D., dated August 31, 2022.

7. Attached as Exhibit 5 a true and correct copy of the Expert Report of Dr. John H. Johnson, IV, dated February 21, 2022, with Appendices and Errata to February 21, 2022 Expert Report of Dr. John H. Johnson, IV, dated June 29, 2022.

8. Attached as Exhibit 6 is a true and correct copy of the Expert Report of Randal R. Rucker February 21, 2022 – Amended June 17, 2022.

9. Attached as Exhibit 7 is a true and correct copy of the Expert Report of Kate Foreman, Ph.D., dated February 21, 2022.

10. Attached as Exhibit 8 is a true and correct copy of Expert Report of James A. Levinsohn, Ph.D., dated February 21, 2022, with Appendices.

11. Attached as Exhibit 9 is a true and correct copy of the transcript of the deposition of John H. Johnson, IV taken on June 30 and July 1, 2022, with errata and acknowledgements, but excluding exhibits.

12. Attached as Exhibit 10 is a true and correct copy of the transcript of the deposition of Randal R. Rucker taken on June 23, 2022, with errata and an acknowledgement, but excluding exhibits.

13. Attached as Exhibit 11 is a true and correct copy of the deposition of Kate Foreman taken on June 24, 2022, with errata and an acknowledgement, but excluding exhibits.

14. Attached as Exhibit 12 is a true and correct copy of Exhibit 7392, backup to Exhibit 13 in Dr. Rucker's report.

15. Attached as Exhibit 13 is a true and correct copy of Exhibit 7393, backup to Exhibit 14 in Dr. Rucker's report.

16. Attached as Exhibit 14 is a true and correct copy of FIELDALE_1297520, a May 20, 2012 Fieldale CVP Pricing price list.

17. Attached as Exhibit 15 is a true and correct copy of FIELDALE_0234520 – 31.

18. Attached as Exhibit 16 is a true and correct copy of Exhibit 7137, Kennedy, "Forecasting," *A Guide to Econometrics*, 358-370 (5th ed. 2003).

19. Attached as Exhibit 17 is a true and correct copy of Kennedy, "Sinning in the Basement: What Are the Rules? The Ten Commandments of Applied Econometrics," *J. Econ. Surveys* 570 (vol. 16, no. 4 (2002)).

20. Attached as Exhibit 18 is a true and correct copy of pages 54-62 of McConnell, *Economics: Principles, Problems, and Policies* (8th ed. 1981).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2022.

Gregory K. Arenson