# EXHIBIT 16

# A GUIDE TO ECONOMETRICS
## FIFTH EDITION

**PETER KENNEDY**

The MIT Press
Cambridge, Massachusetts

**Exhibit**
In Re: Broiler Chicken Antitrust
**John H. Johnson, IV**
**7137**

© 2003 Peter Kennedy

All rights reserved. No part of this book may be reproduced in any form by any electronic or mechanical means (including photocopying, recording, or information storage and retrieval) without permission in writing from the publisher.

This book was set in 10/12pt Baskerville by Graphicraft Limited, Hong Kong and was printed and bound in the United Kingdom by MPG Books, Bodmin, Cornwall.

Library of Congress Cataloging-in-Publication Data
Kennedy, Peter, 1943–
  A guide to econometrics / Peter Kennedy. – 5th ed.
    p.  cm.
  Includes bibliographical references and index.
  ISBN-13: 978-0-262-11280-2 (hc. : alk. paper)- 978-0-262-61183-1 (pbk. : alk. paper)
  ISBN-10: 0-262-11280-9 (hc. : alk. paper) – 0-262-61183-X (pbk. : alk. paper)
(pbk. : alk. paper)
  1. Econometrics.  I. Title.

HB139.K45 2003
330′.01′5195–dc21                         2002045179

10 9 8 7 6 5 4



# FORECASTING

## 19.1 INTRODUCTION

Although the creation of good parameter estimates is often viewed as the primary goal of econometrics, to many, a goal of equal importance is the production of good economic forecasts. The preceding chapter on time series econometrics makes this evident: some time series techniques were developed solely for the purpose of forecasting. The purpose of this chapter is to provide a brief overview of economic forecasting; no effort is made to describe forecasting methods, since textbooks doing this abound.

Economic forecasting methods can be classified into two very broad categories.

(1) *Causal forecasting/econometric models* Once estimates of the parameters of an economic model are available, the model can be employed to forecast the dependent variable if the associated values of the independent variables are given. It is this forecasting method, relying on the causal interpretation of the economic model in question, that is usually meant by the terminology "econometric forecast." The model used can range in sophistication from a single equation with one or two explanatory variables to a large simultaneous-equation model with scores of variables.

(2) *Time series models* Time series can be characterized as consisting of a time trend, a seasonal factor, a cyclical element, and an error term. A wide variety of techniques is available to break up a time series into these components and thereby to generate a means of forecasting the behavior of the series. These methods are based on the supposition that history provides some guide as to what to expect in the future. The most sophisticated of these time series techniques is Box–Jenkins analysis; it has become so common in economic forecasting that it is usually what is referred to when economists (as opposed to business forecasters) talk about the time series method (see chapter 18).

## 19.2 CAUSAL FORECASTING/ECONOMETRIC MODELS

Suppose the model $Y_t = \alpha + \beta x_t + \varepsilon_t$ is assumed to satisfy the CLR model assumptions, and data for $T$ periods are used to estimate $\alpha$ and $\beta$ using OLS. If the value of $X$ in time period $T + 1$ is given as $X_{T+1}$, then $Y_{T+1}$ is forecast as $\hat{Y}_{T+1} = \alpha^{OLS} + \beta^{OLS} X_{T+1}$. Four potential sources of error exist when using $\hat{Y}_{T+1}$ to forecast $Y_{T+1}$.

(1) *Specification error* It may not be true that the assumptions of the CLR model are met, in particular that all the relevant explanatory variables are included, that the functional form is correct, and that there has been no change in regime.
(2) *Conditioning error* The value of $X_{T+1}$, on which the forecast is conditioned, may be inaccurate.
(3) *Sampling error* The estimates $\alpha^{OLS}$ and $\beta^{OLS}$, rather than the true (unknown) values of $\alpha$ and $\beta$, are used in calculating $\hat{Y}_{T+1}$.
(4) *Random error* The calculation of $\hat{Y}_{T+1}$ implicitly estimates $\varepsilon_{T+1}$ as zero when its true value may differ considerably from zero.

Although each of these four sources of error plays a role in making $\hat{Y}_{T+1}$ diverge from $Y_{T+1}$, only sources (3) and (4) above are used to derive the forecast interval, shown in figure 19.1. This interval covers the actual value being forecast in, say, 95% of repeated samples (assuming no specification or conditioning errors); in figure 19.1 it is given for each value of $X$ as the vertical distance between the two 95% confidence bands. The interval is smallest at the average value of the given data set used to estimate $\alpha$ and $\beta$; as predictions are made for values of $X$ further and further away from this average, these intervals become larger and larger. Inside the $X$ data set we have information on the behavior of $Y$ and so can be fairly confident about our forecasts; outside the data set the opposite is the case.

If error sources (1) and (2), the specification and conditioning errors, are absent, $\hat{Y}_{T+1}$ is the best linear unbiased forecast and the forecast interval in figure 19.1 is "tighter" than that of any alternative linear unbiased forecast. This is because in that circumstance $\alpha^{OLS}$ and $\beta^{OLS}$ are BLUE. From this it should be clear that the two main objectives of econometrics – obtaining good parameter estimates and generating good forecasts – are tied closely together, at least insofar as the error sources (1) and (2) above can be ignored. The influence of these specification and conditioning errors, particularly the former, prompts many econometricians to adjust estimates from their models in light of information about factors in the economy whose influences are not incorporated in their model. In fact,



**Figure 19.1** Confidence intervals for forecasting

this "judgmental modification" of econometric models, consisting of a blend of qualitative information and the forecaster's experience (and often referred to as "tender loving care"), is viewed as an essential ingredient of the process of forecasting from an econometric model. Examples are forecast modifications undertaken in light of a major strike, an application of moral suasion by a policy authority, or the announcement of a future oil price increase.

## 19.3 TIME SERIES ANALYSIS

The main competitors to econometric models for forecasting purposes are Box–Jenkins, or ARIMA, models explained in some detail in chapter 18. Univariate Box–Jenkins models are sophisticated extrapolation methods, using only past values of the variable being forecast to generate forecasts; they ignore the many explanatory variables which form the foundation of econometric models. There are several reasons why forecasters should be interested in these naive models: thanks to improved computer software, they are easy and cheap to produce; the extra information required to estimate a proper econometric model may be expensive to obtain; forecasts from such models can serve as a useful benchmark for comparison

purposes; forecasts from this process can be combined with other forecasts to produce improved forecasts; and they are useful as a preliminary step for further modeling – they clarify the nature of the data and make clear what behavior patterns require explanation.

During the 1970s controversy raged over the relative forecasting merits of econometric models and ARIMA models, prompted by studies claiming the superiority of the ARIMA models. As noted in chapter 18, this led to a synthesis of the two approaches, and prompted the development of models, such as ECMs, that paid more attention to dynamics. In retrospect, the reason why econometric models performed so poorly in these comparisons was because of misspecification errors in the econometric models, primarily with respect to their dynamic structure. It is generally acknowledged that whenever specification or conditioning errors render econometric models impractical (which some claim is most of the time), the Box–Jenkins approach has considerable merit for forecasting. It is also recognized that if an econometric model is outperformed by an ARIMA model, this is evidence that the econometric model is misspecified.

## 19.4 FORECASTING ACCURACY

There are several ways of measuring forecasting accuracy and thereby comparing one forecasting method to another. In all of the methods mentioned below, the forecasts and forecast errors referred to are errors in forecasting extra-sample observations.

(1) *Mean absolute deviation* (*MAD*)  This is the average of the absolute values of the forecast errors. It is appropriate when the cost of forecast errors is proportional to the absolute size of the forecast error. This criterion is also called MAE (mean absolute error).
(2) *Root mean square error* (*RMSE*)  This is the square root of the average of the squared values of the forecast errors. This measure implicitly weights large forecast errors more heavily than small ones and is appropriate to situations in which the cost of an error increases as the square of that error. This "quadratic loss function" is the most popular in use.
(3) *Mean absolute percentage error* (*MAPE*)  This is the average of the absolute values of the percentage errors; it has the advantage of being dimensionless. It is more appropriate when the cost of the forecast error is more closely related to the percentage error than to the numerical size of the error. A problem is that it promotes underforecasting (because the actual is the base for calculating the percentage error); the adjusted MAPE uses the mean of the actual

and the forecasted values as the denominator in the percentage calculation.

(4) *Correlation of forecasts with actual values* For this measure actual changes (not the levels) of the variable being forecast are regressed on the forecasts of these changes and the resulting $R^2$ is used as a measure of forecasting accuracy.

(5) *Percentage of turning points forecast* This criterion is relevant if prediction of turning points, rather than numerical accuracy of forecasts, determines the payoff from forecasting. This is an example of forecasting a qualitative variable, such as a zero/one binary variable. Care must be taken to consider both the percentage of correct "one" classifications and the percentage of correct "zero" classifications, because if there are more ones than zeros in the data set, forecasting every observation to be a one will score well on the percentage-correct criterion. One way of doing this is to use the Kuipers score, measured as the percentage of ones correctly forecast less the percentage of zeros incorrectly forecast (the hit rate less the false-alarm rate).

(6) *Quadratic score* This measure, sometimes referred to as the *Brier* score, is the most popular alternative to percentage correct for a qualitative variable. This is the qualitative variable equivalent of the RMSE criterion, calculated as the sum over all observations of $(1 - p)^2$ where $p$ is the forecasted probability of the outcome that actually occurred.

(7) *Conditional efficiency* A forecast $A$ is said to be conditionally efficient relative to forecast $B$ if $B$ possesses no useful information beyond that contained in $A$. This can be checked by regressing the variable being forecast on $A$ and $B$ and testing the null that the coefficient on $B$ is zero.

A careful reading of the criteria listed above should make clear that a crucial ingredient in choosing an evaluation criterion is the purpose for which the forecast is being made, and so no single criterion is "best" – the "best" criterion depends on the particular problem being analyzed. Indeed, this list is misleading, because in most cases there is some specific loss function that involves maximizing profit, or some alternative goal, that does not match up with any of these popular criteria. This is often forgotten by practitioners and consequently is probably the single biggest criticism of the forecasting literature.

There is some agreement in the literature that the "best" forecasting method, overall, is a "combined" forecast, formed as a weighted average of a variety of forecasts, each generated by a different technique. If the principles on which these different forecasts are based are sufficiently different from one another, this average should prove superior to any

single forecasting technique because the errors in the separate forecasts will tend to cancel one another. In the context of model specification problems, this suggests that good forecasts do not come from using a single, favorite model specification, but rather come from combining results from a variety of reasonable models. One way of finding the weights for the combined forecast is to regress the actual values on all the competing forecasts (including an intercept – inclusion of the intercept sops up any bias in the forecasts). There is considerable evidence, however, that in most applications the sampling variability this introduces more than offsets the advantage of combining. Consequently, practitioners typically adopt equal weights, or shrink the regression weights towards equality.

## GENERAL NOTES

### 19.1 Introduction

- The website http://forecastingprinciples.com is a motherlode of information about forecasting. Armstrong (2001) is a comprehensive survey of forecasting principles. Allen and Fildes (2001) is a survey of econometric forecasting, offering (pp. 348–53) an extensive list of principles for econometric forecasting. One of their principles, echoed throughout the forecasting literature, is that in general simplicity beats complexity when forecasting.
- When estimating parameter values, the failures of econometrics are shielded from public view by the fact that the true parameter values are unknown and thus cannot be compared with their estimated values. This protection does not exist when econometrics is used for forecasting – eventually predicted and actual values can be directly compared. Unfortunately for econometricians, most such comparisons have not shown their forecasts to be particularly accurate. This has prompted jokes from critics, such as "If an economist is someone who guesses wrong about the economy, an econometrician is someone who uses a computer to guess wrong about the economy." Economists reply with "We only forecast to show the world that we have a sense of humor."

  Joking aside, economists' forecasting record is not good. Martin Feldstein, chairman of the US Council of Economic Advisors, was quoted (*Time*, August 27, 1984, p. 46) as saying "One of the great mistakes of the past 30 years of economic policy has been an excessive belief in the ability to forecast." Nobel Prize-winner Wassily Leontief (1971, p. 3) noted that "in no other field of empirical enquiry has so massive and sophisticated a statistical machinery been used with such indifferent results." Non-economists are much blunter in their assessment, as evidenced by US Treasury Secretary Donald Regan's statement (*Time*, August 27, 1984, p. 46) that, "If you believe them, then you also believe in the tooth fairy."

  One way of defending economic forecasts is to appeal to Alice-in-Wonderland logic: "'how can you possibly award prizes when everybody missed the target?' said Alice. 'Well,' said the Queen, 'Some missed by more than others,

and we have a fine normal distribution of misses, which means we can forget the target.'"

Even if forecasts are poor, there are none better, and perhaps a poor forecast is better than none at all. Not everyone believes that economic forecasts are as poor as they are made out to be, however, or that the quality of what some claim to be poor forecasts is so bad that they cannot be useful. Klein (1984) has a good exposition of how forecasts are used and examples of their success in this regard. Armstrong et al. (1978) is a source of interesting debate on this subject. Simon (1994) argues that although economic forecasting is notoriously bad in the short run, it is quite good in the long run, primarily because economic laws tend to dominate over long periods of time.

- Not all forecasting methods can be neatly classified into one of the two categories structured here. A prominent example is the leading indicator approach; Klein and Moore (1983) have a good survey of its use.
- The discussion of this chapter is couched almost entirely in terms of forecasting time series data. For forecasting cross-sectional data, only the econometric approach can be used. In this context, Gencay and Yang (1996) find that nonparametric methods (discussed in chapter 20) outperform methods that rely on a parametric functional form.
- Faulhaber and Baumol (1988, pp. 591–2) is a concise history of the modern economic forecasting industry in the United States. Diebold (1998) is a good historical perspective on forecasting with commentary on its future.
- Ord and Lowe (1996) survey software for doing forecasts automatically, and discuss the pros and cons of forecasting without subjective input. An example is software using objective algorithms to replace the subjective component of ARIMA modeling.

## 19.2 Causal Forecasting/Econometric Models

- A variant of causal forecasting is *simulation*. The impact on the economy of a policy change is simulated by using the econometric model to forecast into the future. Challen and Hagger (1983) have a good discussion.
- For further discussion of the role played by the conditioning error, see Johnston (1984, pp. 198–200) and Feldstein (1971). Tashman, Bukken, and Buzas (2000) analyze the effect of regressor forecast error on the variance of forecasts. Ashley (1983) finds that if the mean square forecast error of an explanatory variable exceeds its variance, including that explanatory variable in the forecasting equation will worsen forecasts, even if the true parameter values are known.
- Forecasting observations that do not appear in the data set used to estimate the forecasting equation is called *ex ante* forecasting, out-of-sample forecasting, or post-sample prediction; it is generally agreed that evaluating forecasts must be done exclusively on their *ex ante* performance.
- Many critics of econometric forecasting claim that, for example, the model and parameter estimates used relate to the 1980s, for which data are available, but not to the 1990s, for which forecasts are required. Streissler (1970) even goes so far as to define econometrics as dealing with predictions of the economic past.

Both Streissler (1970) and Rubner (1970) severely criticize economic forecasting. In the macroeconomic context the problem of regime changes is particularly nettlesome, as noted by Lucas (1976), since the behavior of rational individuals should change whenever the policy environment within which they live changes. In the forecasting context this is a particularly interesting critique because an economic forecast affects people's expectations, which in turn affects the outcome of the variable being forecast, and so invalidates the forecast! This "Lucas critique," as it has come to be known, is largely ignored by econometricians, mainly because it does not appear to be of substantive magnitude, as argued by Doan et al. (1984), Favero and Hendry (1992), and Ericsson and Irons (1995). See also Stanley (2000). For a contrary view see Miller and Roberds (1991) and Linde (2001).

- Forecast intervals are sometimes used to test the specification of a model – if the actual value falls within the forecast interval, the model specification is confirmed. In the context of testing the specification of a dynamic model (such as an ECM), it is often referred to as a post-sample predictive test. This test is equivalent to the variant of the Chow test employing period-specific dummy variables.
- Fair (1984, chapter 8) explains a method of measuring the influence on prediction of model misspecification. Simulation is used to obtain the forecast error variance due to conditioning error, sampling error, and random error. The difference between this variance and the actual forecast error variance is attributed to specification error.
- An intuitive explanation for why the confidence interval widens as $X$ moves further away from its average value in the data set in figure 19.1 is as follows. Suppose the error term for one of the data points were slightly different. This would change slightly the estimates of $\alpha$ and $\beta$. If this is visualized in figure 19.1, it should be clear that the predicted value of $Y$ at the mid-point of the data set will change by a small amount, because the new estimating line will cut the old near that point. It will diverge markedly from the old the further one goes beyond the bounds of the data set.
- The best linear unbiased forecast in the context of the GLS model differs from that of the CLR model in two ways. First, the GLS estimates are used instead of the OLS estimates, and second, if the errors are autocorrelated, the estimated values of past errors can be used to help predict future errors. For example, if $\varepsilon_t = \rho \varepsilon_{t-1} + u_t$, then the error in the $(T+1)$th time period would be predicted as $\hat{\rho}\hat{\varepsilon}_T$, rather than 0. See Goldberger (1962). Many econometricians claim that failure to account for autocorrelated errors (characteristic of simultaneous equation model estimation) is a significant factor leading to poor forecasts.
- Young (1982) and Challen and Hagger (1983, pp. 184–90) have good discussions of judgmental modification/tender loving care. See also Howrey et al. (1974) and Evans et al. (1972).
- Belsley (1984a) has a good discussion of the impact of multicollinearity on forecasting. In general, multicollinearity does not severely affect forecasting so long as the collinearity characterizing the data to be forecast remains similar to the collinearity in the data used for estimation.

### 19.3 Time Series Analysis

- Makridakis (1976, 1978) and Anderson (1977) provide an extensive survey of time series methods (not just Box–Jenkins). For a useful perspective on the future of time series forecasting, see Chatfield (1988).
- Fildes and Makridakis (1995) note that empirical findings on time series forecasting accuracy have identified several anomalies which have been ignored by theoretical time series analysts who seem not to be interested in the out-of-sample forecasting performance of their techniques. Even if time series analysts are more interested in parameter estimation and testing, they should be testing their specifications by evaluating their out-of-sample forecasting performance.
- An excellent summary of the controversy concerning the relative merits of Box–Jenkins and econometric models for forecasting can be found in Granger and Newbold (1986, pp. 287–92). Nelson (1972) is an early study favoring Box–Jenkins; McNees (1982) presents a convincing case for econometric models. Dorfman and McIntosh (1990) report a forecasting contest in which an econometric forecasting method which exploits knowledge of the true data-generating process does not dominate competing forecasting methods. Gilbert (1995) finds a similar result – knowledge of the true data-generating process is not useful unless the parameter values are known. Estimating the parameter values causes more prediction error than using a parsimonious approximate model. Misspecifying an econometric model by omitting a relevant explanatory variable need not spell disaster. If the omitted explanatory variable $A$ is correlated with an included explanatory variable $B$, ordinary least squares produces a biased coefficient estimate for $B$ that ensures unbiased forecasts for situations in which the historical correlation between $A$ and $B$ continues.
- What about forecasting in the context of integrated/cointegrated variables? The evidence on whether ECM modeling can improve forecasting is mixed, according to Maddala and Kim (1998, pp. 184–8). Christoffersen and Diebold (1998) have an interesting discussion of why imposing cointegration does not improve long-run forecasting, contrary to popular opinion based on results such as those of Engle and Yoo (1987). (When forecasting further ahead, it seems reasonable to have forecasts converge on the long-run equilibrium, exactly what ECMs ensure; on the other hand, this advantage may be overwhelmed by structural changes.) Day and Thoma (1998) find that ECMs improve forecasting if convincing theoretical cointegrating relationships are imposed (rather than estimated), compared to VARs in differences or levels. Diebold and Kilian (2000) argue in favor of pre-testing for unit roots to determine the forecasting model, levels versus differences. There is some agreement that forecasting with VARs in differences is superior to VARs in levels whenever structural breaks are frequent – models in differences react more quickly to such changes – but that otherwise VARs in levels are recommended. See Allen and Fildes (2001).
- The VAR methodology (discussed in chapter 18), which can be viewed as a variant of multivariate Box–Jenkins, is often used for forecasting. As shown by Hafer and Sheehan (1989), its forecasting accuracy varies dramatically over alternative lag structures. The use of modest lag lengths is recommended.

On the other hand, as noted in the general notes to section 18.3 of chapter 18, imposing reasonable restrictions on VARs, such as those advocated by the Bayesians to temper the influence of lagged variables, improves their performance markedly. Joutz, Maddala, and Trost (1995) have a good discussion of how to use Bayesian VARs for forecasting in the context of unit roots, with an example. On the other hand, Bischoff, Belay, and Kang (2000) claim that Bayesian VARs have failed to live up to their promise; they have a good historical survey of BVARs. Shoesmith (1995) finds that combining a Bayesian VAR with an error correction model (see chapter 18) improves forecasting. He warns that addition of error correction terms with speed-of-adjustment parameters which do not test significantly different from zero harms forecasts. Amisano and Serati (1999) modify a Bayesian VAR to account for the presence of cointegrating relationships and claim to thereby improve forecasting.

- When using the Box–Jenkins methodology to forecast a constructed variable, for example ($GNP/P$), it is not clear whether it is better to forecast $GNP$ and $P$ separately to produce the forecast, or to forecast ($GNP/P$) directly. Kang (1986) suggests that the former approach is better. Allen and Fildes (2001) lend support to this view by postulating that, as a general principle, forecasts of aggregates are better made by forecasting the components separately.
- Abeysigne (1998) discusses what to do if you are forecasting a variable measured quarterly using observations on an explanatory variable measured monthly.

## 19.4 Forecasting Accuracy

- Granger (1996) offers several suggestions for how forecasters might improve accuracy: use more up-to-date information as input; make better use of past forecast errors, leading indicators, and expected values; incorporate lagged error correction terms; correct for the tendency for change to be underforecast; and be quicker to recognize structural breaks, temporarily switching to an adaptive model such as a random walk. Stock and Watson (1996) find that most time series relationships exhibit parameter instability, and so advocate the use of adaptive forecasting methods. Clements and Hendry (1999) argue that the biggest reason for unsuccessful forecasting is a failure of the forecasting procedure to adapt quickly to structural change. To deal with this they do not attempt to estimate the new regime, but rather recommend forecasting by adding the previous period's residual to the intercept. Dacco and Satchell (1999) claim that regime-switching models forecast poorly, mainly because the error in choosing the correct regime overcomes the benefit of switching to that regime's parameter estimates. The need to adapt quickly to change may explain the remarkable forecasting success of *exponential smoothing*, an atheoretical forecasting method in which a forecast is calculated as a weighted average of past values, with the weights declining geometrically. It can be rewritten as a weighted average of the current value and the previous forecast, and so is computationally attractive, especially for situations in which thousands of forecasts are required (inventory items, for example). *Discounted least squares*, in which a weighted sum of squared errors is minimized, with the weights declining into the past, has also proved successful for this same reason. See Goodwin (1997).

- Criteria for selecting a forecasting method are discussed in Dhrymes et al. (1972) and Granger and Newbold (1973). See also Maddala (1977, pp. 343–7) and Granger and Newbold (1986, pp. 276–87). Meade (2000) stresses that the relative accuracy of various forecasting methods depends on the nature of the data, and that the selection of forecasting method should take this into account. Examples are the number of observations, the coefficient of variation, the presence of trends, the existence of outliers, the trend of recent observations versus overall trend, and the magnitude of the autocorrelation coefficient. Armstrong (2001b) discusses the issue of how to select a forecasting method.
- For a survey of characteristics of various measures of forecasting accuracy, see Armstrong (1978, pp. 319–29). Because economic agents address a wide variety of decision problems, it is not surprising that the loss from forecast error is in general asymmetric and seldom conforms to the textbook accuracy of criteria such as RMSE. Granger and Pesaran (2000) stress that forecasts should be evaluated on the basis of their ultimate use. Satchell and Timmermann (1995) is a good example of using an economic criterion versus a statistical criterion for evaluating forecasts. Other good examples are Leitch and Tanner (1991) and Dorfman and McIntosh (1997).
- Diebold and Mariano (1995), Clark (1999), Tashman (2000), and Mariano (2002) survey tests for comparing predictive accuracy.
- Leitch and Tanner (1995) argue that failure of high-priced forecasters to outperform simple methods on the basis of measures like mean square forecast error is not relevant because profitability from using forecasts comes from success in directional forecasting. They claim that measured on this criterion professional forecasters outperform simple forecasting methods. Directional forecasting is an example of classification analysis, discussed in chapter 15. Kamstra and Kennedy (1998) discuss how combining of such "qualitative" forecasts might be undertaken.
- Mahmoud (1984) is a good survey of studies on accuracy in forecasting. His general conclusions are that quantitative methods outperform qualitative (subjectively oriented) methods so long as there are adequate data and no obvious regime changes have taken place; that simple methods are as accurate as sophisticated methods; and that combining forecasts offers an improvement over the best of the individual forecasting methods.
- A popular method of evaluating a predictor is to regress the actual changes on the predicted changes and a constant. If the intercept estimate tests insignificantly different from 0 and the slope coefficient tests insignificantly different from 1, the predictor is said to be a good one. (More than one predictor may satisfy this criterion, however, in which case some additional criterion must be introduced; see Granger and Newbold, 1973.)
- Armstrong (1978, p. 86) presents a graph reflecting his findings that a small amount of forecasting expertise dramatically improves the accuracy of forecasts but thereafter further expertise does not improve (and may even worsen) forecasts. He concludes that for forecasting the cheapest expert should be hired. Why then is it the case that the most expensive forecasters using the most complex forecasting methods tend to be hired? His explanation for this (p. 399) is the "rain dance theory":

> The rain dance has something for everyone. The dancer gets paid. The clients get to watch a good dance. The decision-maker gets to shift the problem onto someone else in a socially acceptable way. (Who can blame him? He hired the best dancer in the business.)

- The term "conditional efficiency" was introduced by Granger and Newbold (1973). A similar concept was used by Nelson (1972), who suggested formulating the variable to be forecast, $y$, as a linear combination of the two forecasts $A$ and $B$, to get $y_t = kA_t + (1 - k)B_t + \varepsilon_t$ and estimating $k$ by regressing $(y - B)$ on $(A - B)$. A test of $k = 1$ can be used to test for the conditional efficiency of $A$. This methodology has been extended to include an intercept and additional forecasts. Fair and Shiller (1989) introduce a similar concept. Another variant of this methodology is *forecast encompassing*, a textbook exposition of which can be found in Charemza and Deadman (1997, pp. 254–5). It has been suggested that all econometric model forecasts be automatically tested in this way against a naive competitor, such as an ARIMA model. Harvey, Leybourne, and Newbold (1998) claim this procedure is sensitive to its assumption of normal errors, and suggest alternatives.
- In the evaluation of forecasting mechanisms and the testing of rational expectations, much has been made of the necessity for forecasts to be unbiased. Zellner (1986a) notes that this assumption of unbiased forecasts may not be warranted; its validity depends on the loss function employed by those forecasting. In general, estimation of parameters to be used for forecasting should incorporate the loss function/criterion used to evaluate the forecasts, a feature of Bayesian forecasting.
- Clemens (1989) is an excellent survey of the combining forecasts literature. See also Armstrong (2001b). Newbold and Harvey (2002, p. 280) give combining a strong endorsement: "In a world of increasingly complex technical methodology, much of it, one suspects, destined never to be used outside of academic econometrics, the combination of forecasts is a beautiful rarity – a simple idea, easily implemented, that works well and therefore *is* used in practice." When forecasting by using the combining forecasts methodology, one is always on the lookout for forecasts to include in the combining. Two obvious cases are sometimes overlooked. If a series is stationary, then the mean is a potential (albeit inefficient) forecast warranting inclusion. (This explains the result of Granger and Ramanathan (1984) that including an intercept in the combining regression improves the results.) If the series is integrated of order one, then its most recent value is a good forecast and so worthy of inclusion.
- As seen in chapter 13, the Bayesian approach has a natural way of combining models. In light of the proven success of combining in forecasting, it should be no surprise that Bayesian methods have proved to be of value in the forecasting context. Bartels (1997) is an excellent exposition of Bayesian model averaging for practitioners. Chatfield (1996) has a good discussion of model uncertainty and forecasting, recommending a Bayesian approach. Diebold and Pauly (1990) advocate shrinking combining weights towards equality using a Bayesian analysis.
- Spiro (1989) notes that forecasters tend to be conservative, causing the combining methodology to underpredict change. He suggests correcting for this bias

by regressing the actual values $A$ on the group average forecasts $F$ and $F - A_{t-1}$ and using the result to modify future $F$s. In general, regressing actual values on forecasts enables correcting for bias by adding the estimated intercept to the forecast.

- Makridakis et al. (1982) report the results of a forecasting competition known as the M-competition, in which 1,001 time series were forecast using a wide variety of competing forecasting methods. (Makridakis and Hibon (2000) is an update.) Zellner (1986b) notes that in this competition the Bayesian forecasting procedure produced the lowest overall average MSE forecast. (A major problem with MSE, however, is that it is sensitive to scaling and so cannot be summed across data sets to compare competing forecasts – a good performance on summed MSE could have happened because a few series with big numbers were forecast well, with the rest forecast poorly.) He also notes that it is unfair to expect the Bayesian estimator to perform well on other criteria unless the loss function used to produce the Bayesian forecast is modified to reflect the criteria being used for evaluation. For a response see Fildes and Makridakis (1988). The "winner" of the most recent M3 competition is the "theta" model of Assimakopoulos and Nikolopoulos (2000) in which estimated short-run and long-run components of a time series are averaged.

- Sometimes it is of interest to predict the variance of an error term, a case for which it is not obvious how the prediction should be evaluated because the variance being forecast is not part of the data set. Lopez (2001) summarizes the alternatives used in this context, and suggests that the forecasted variance be converted into the probability that the error exceeds some economically-relevant magnitude, allowing use of an evaluation method suitable for forecasting in a binary variable context, such as the quadratic score.

- "Normative forecasting" is an approach to forecasting in which evaluation of a forecast in terms of its accuracy becomes less important than its utility in producing "good" decisions or policies. For example, a deliberately exaggerated forecast of pollution would score well on this criterion if it induced people to take the appropriate measures to solve the actual problem. A related phenomenon is "rational" forecast bias, as identified by Laster, Bennett, and Geoum (1999). A forecaster may deliberately produce a forecast differing from those of other forecasters because the reward from having a better prediction in such a case outweighs the much smaller probability of being better. On this same theme, Cho and Hersch (1998) examine the extent to which forecaster characteristics affect forecasts.

## TECHNICAL NOTES

### 19.2 Causal Forecasting/Econometric Models

- The variance of the forecast error, from which the confidence interval is constructed, is given by the formula $\sigma^2 + \sigma^2 X_0'(X'X)^{-1}X_0$ where $X_0$ is a vector of regressor observations corresponding to the value of the dependent variable that is to be forecast. The first term in this expression results from estimating

the error term as zero; the second term results from the use of OLS estimates rather than the true parameter values. (Notice that the variance–covariance matrix of the OLS estimator, $\sigma^2(X'X)^{-1}$, appears in this second term.) Salkever (1976) presents a computationally attractive way of calculating this variance, as well as the forecasts themselves, using period-specific dummy variables; see section 14.5.

## 19.4 Forecasting Accuracy

- The mean square error of a predictor can be broken down into three parts. The first, called the *bias proportion*, corresponds to that part of the MSE resulting from a tendency to forecast too high or too low, reflected by the extent to which the intercept term in the regression of actual changes on predicted changes is nonzero. The second, called the *regression proportion*, corresponds to that part of the MSE resulting from other systematic influences, reflected by the extent to which the slope coefficient in this regression differs from 1. The third, called the *disturbance proportion*, measures that part of the MSE resulting from an unpredictable error (measured by the variance of the residuals from this regression). This decomposition (see Theil, 1966, pp. 26–36) provides useful information to someone attempting to evaluate a forecasting method. (An alternative decomposition, also due to Theil, into bias, variance, and covariance proportions has been shown by Granger and Newbold (1973) to have questionable meaning.)
- A common statistic found in the forecasting context is Theil's inequality (or "$U$") statistic (see Theil, 1966, pp. 26–36), given as the square root of the ratio of the mean square error of the predicted change to the average squared actual change. For a perfect forecaster, the statistic is zero; a value of unity corresponds to a forecast of "no change." (Note that an earlier version of this statistic has been shown to be defective; see Bliemel, 1973.)