# EXHIBIT 18

# ECONOMICS
## CAMPBELL R. McCONNELL

EIGHTH EDITION

# ECONOMICS
## Principles, Problems, and Policies

**Campbell R. McConnell**
Professor of Economics
University of Nebraska—Lincoln

**Eighth Edition**

**McGraw-Hill Book Company**
New York   St. Louis   San Francisco   Auckland
Bogotá   Hamburg   Johannesburg   London
Madrid   Mexico   Montreal   New Delhi
Panama   Paris   São Paulo   Singapore
Sydney   Tokyo   Toronto

# ECONOMICS
## Principles, Problems, and Policies

Copyright © 1981, 1978, 1975, 1972, 1969, 1966, 1963 by McGraw-Hill Inc. All rights reserved. Formerly published under the title of ELEMENTARY ECONOMICS: PRINCIPLES, PROBLEMS, AND POLICIES, copyright © 1960 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

1234567890 DODO 89876543210

This book was set in Century Schoolbook by York Graphic Services, Inc. The editors were Bonnie E. Lieberman, Marjorie Singer, and Edwin Hanson; the designer was Merrill Haber; the production supervisor was Phil Galea. New drawings were done by J & R Services, Inc.
R. R. Donnelley & Sons Company was printer and binder.

**Library of Congress Cataloging in Publication Data**

McConnell, Campbell R
    Economics: principles, problems, and policies.

    Includes index.
    1. Economics.  I. Title.
HB171.5.M139  1981      330     80-22408
ISBN 0-07-044930-9

3 At a slightly more sophisticated level the law of demand can be explained in terms of income and substitution effects. The *income effect* simply indicates that, at a lower price, one can afford more of the good without giving up any alternative goods. In other words, a decline in the price of a product will increase the purchasing power of one's money income; hence, you are able to buy more of the product than before. A higher price will have the opposite effect. The *substitution effect* suggests that, at a lower price, one has the incentive to substitute the cheaper good for similar goods which are now relatively more expensive. Consumers tend to substitute cheap products for dear products. To illustrate: A decline in the price of beef will increase the purchasing power of consumer incomes, making them able to buy more beef (the income effect). At a lower price, beef is relatively more attractive and it is substituted for pork, mutton, chicken, and fish (the substitution effect). The income and substitution effects combine to make consumers able and willing to buy more of a product at a low price than at a high price.

## △ The Demand Curve

This inverse relationship between product price and quantity demanded can be presented on a simple two-dimensional graph measuring quantity demanded on the horizontal axis and price on the vertical axis.[2] From Chapter 1 we recall that the process involved is merely that of locating on the graph those five price-quantity possibilities shown in Table 4-1. We do this by drawing perpendiculars from the appropriate points on the two axes. Thus, in plotting the "$5-price–10-quantity-demanded" possibility, we must draw a perpendicular from the horizontal (quantity) axis at 10 to meet a perpendicular drawn from the vertical (price) axis at $5. If this is done for all five possibilities, the result is a series of points as shown in Figure 4-1. Each of these points represents a specific price and the corresponding quantity which the consumer will choose to purchase at that price. Now, assuming the same inverse

[2] Putting price on the vertical axis and quantity demanded on the horizontal axis is a matter of convention; we do it for the same reason that a red traffic light means "Stop" and a green one means "Go."



**FIGURE 4-1　AN INDIVIDUAL BUYER'S DEMAND CURVE FOR CORN**

An individual's demand schedule graphs as a downsloping curve such as *DD*, because price and quantity demanded are inversely related. Specifically, the law of demand generalizes that consumers will buy more of a product as its price declines.

relationship between price and quantity demanded at all points between the ones graphed, we can generalize on the inverse relationship between price and quantity demanded by drawing a curve to represent *all* price-quantity-demanded possibilities within the limits shown on the graph. The resulting curve is called a *demand curve* and is labeled *DD* in Figure 4-1. It slopes downward and to the right because the relationship it portrays between price and quantity demanded is inverse. The law of demand—people buy more at a low price than they do at a high price—is reflected in the downward slope of the demand curve.

What is the advantage of graphing our demand schedule? After all, Table 4-1 and Figure 4-1 contain exactly the same data and reflect the same relationship between price and quantity demanded. The advantage of graphing is that it permits us to represent clearly a given relationship—in this case the law of demand—in a much simpler way than we could if we were forced to rely upon verbal and tabular presentation. A single curve on a graph, if understood, is simpler to state *and to manipulate* than tables and lengthy verbal presentations would be. Graphs are invaluable tools in economic analysis. They permit clear expression and handling of ofttimes complex relationships.

△ **Individual and Market Demand**

Until now we have been dealing in terms of just one consumer. The assumption of competition obligates us to consider a situation in which a large number of buyers are in the market. The transition from an *individual* to a *market* demand schedule can be accomplished easily by the process of summing the quantities demanded by each consumer at the various possible prices. If there were just three buyers in the market, as is shown in Table 4-2, it would be an easy chore to determine the total quantities demanded at each price. Figure 4-2 shows the same summing procedure graphically, using only the $3 price to illustrate the adding-up process. Note that we are simply summing the three individual demand curves *horizontally* to derive the total demand curve.

Competition, of course, entails many more than three buyers of a product. So—to avoid a lengthy addition process—let us suppose there are 200 buyers of corn in the market, each of whom chooses to buy the same amount at each of the various prices as our original consumer does. Thus, we can determine market demand by multiplying the quantity-demanded data of Table 4-1 by 200, as in Table 4-3. Curve $D_1$ in Figure 4-3 indicates this market demand curve for the 200 buyers.

△ **Determinants of Demand**

When the economist constructs a demand curve such as $D_1$ in Figure 4-3, the assumption is made that price is the most important determinant of the amount of any product purchased. But the economist is aware that fac-

**TABLE 4-2**
Market Demand for Corn, Three Buyers (*hypothetical data*)

| Price per bushel | Quantity demanded, first buyer | | Quantity demanded, second buyer | | Quantity demanded, third buyer | | Total quantity demanded per week |
|---|---|---|---|---|---|---|---|
| $5 | 10 | + | 12 | + | 8  | = | 30 |
| 4  | 20 | + | 23 | + | 17 | = | 60 |
| 3  | 35 | + | 39 | + | 26 | = | 100 |
| 2  | 55 | + | 60 | + | 39 | = | 154 |
| 1  | 80 | + | 87 | + | 54 | = | 221 |



**FIGURE 4-2 THE MARKET DEMAND CURVE IS THE SUM OF THE INDIVIDUAL DEMAND CURVES**

Graphically the market demand curve (D total) is found by summing horizontally the individual demand curves ($D_1$, $D_2$, and $D_3$) of all consumers in the market.

**TABLE 4-3**
**Market Demand for Corn, 200 Buyers (*hypothetical data*)**

| (1) Price per bushel | (2) Quantity demanded per week, single buyer | | (3) Number of buyers in the market | | (4) Total quantity demanded per week |
|---|---|---|---|---|---|
| $5 | 10 | × | 200 | = | 2,000 |
| 4 | 20 | × | 200 | = | 4,000 |
| 3 | 35 | × | 200 | = | 7,000 |
| 2 | 55 | × | 200 | = | 11,000 |
| 1 | 80 | × | 200 | = | 16,000 |

tors other than price can and do affect purchases. Thus, in locating a given demand curve such as $D_1$, it must also be assumed that "other things are equal"; that is, the *nonprice determinants*[3] of the amount demanded are conveniently assumed to be constant. When these nonprice determinants of demand do in fact change, the location of the demand curve will shift to some new position to the right or left of $D_1$.

What are the major nonprice determinants of market demand? The basic ones are (1) the tastes or preferences of consumers, (2) the number of consumers in the market, (3) the money incomes of consumers, (4) the prices of related goods, and (5) consumer expectations with respect to future prices and incomes.

△ **Changes in Demand**

What happens if one or more of the determinants of demand should change? We know the answer: A change in one or more of the determinants will change the demand schedule data in Table 4-3 and therefore the location of the demand curve in Figure 4-3. Such a change in the demand schedule data, or, graphically, a shift in the location of the demand curve, is designated as a *change in demand*.

More specifically, if consumers become willing and able to buy more of this particular good at each possible price than is reflected in column 4 of Table 4-3, an *increase in demand*

---

[3] By nonprice determinants we mean factors other than the price of the specific product under consideration. We shall find that changes in the prices of *other* goods may affect the demand for the specific product.



**FIGURE 4-3 CHANGES IN THE DEMAND FOR CORN**

A change in one or more of the determinants of demand—consumer tastes, the number of buyers in the market, money incomes, the prices of other goods, or consumer expectations—will cause a change in demand. An increase in demand shifts the demand curve to the right, as from $D_1D_1$ to $D_2D_2$. A decrease in demand shifts the demand curve to the left, as from $D_1D_1$ to $D_3D_3$. A change in the quantity demanded involves a movement, caused by a change in the price of the product under consideration, from one point to another—as from $a$ to $b$—on a fixed demand curve.

has occurred. In Figure 4-3, this increase in demand is reflected in a shift of the demand curve to the *right,* for example, from $D_1$ to $D_2$. Conversely, a *decrease in demand* occurs when, because of a change in one or more of the determinants, consumers buy less of the product at each possible price than is indicated in column 4 of Table 4-3. Graphically, a decrease in demand entails a shift of the demand curve to the *left,* for example, from $D_1$ to $D_3$ in Figure 4-3.

Let us now examine the effect upon demand of changes in each of the aforementioned nonprice determinants.

**1 Tastes** A change in consumer tastes favorable to this product—possibly prompted by advertising or fashion changes—will mean that more will be demanded at each price; that is, demand will increase. An unfavorable change in consumer preferences will cause demand to decrease, shifting the curve to the left.

**2 Number of Buyers** It is equally obvious that an increase in the number of consumers in a market—brought about perhaps by improvements in transportation or by population growth—will constitute an increase in demand. Fewer consumers will be reflected by a decrease in demand.

**3 Income** The impact of changes in money income upon demand is a bit more complex. For most commodities, a rise in income will cause an increase in demand. Consumers typically buy more steaks, stereos, and Scotch as their incomes increase. Conversely, the demand for such products will decline in response to a fall in incomes. Commodities whose demand varies *directly* with money income are called *superior,* or *normal,* goods.

Although most products are normal goods, there are a few exceptions. Examples: As incomes increase beyond some point, the amounts of bread or potatoes or cabbages purchased at each price may diminish because the higher incomes now allow consumers to buy more high-protein foods, such as dairy products and meat. Similarly, rising incomes may cause the demands for hamburger and oleomargarine to decline as wealthier consumers switch to T-bones and butter. Goods whose demand varies *inversely* with a change in money income are called *inferior* or "poor man's" goods.

**4 Prices of Related Goods** Whether a given change in the price of a related good will increase or decrease the demand for the product under consideration will depend upon whether the related good is a substitute for, or a complement to, it. For example, butter and oleomargarine are *substitute,* or competing, goods. When the price of butter rises, consumers will purchase a smaller amount of butter, and this will cause the demand for oleomargarine to increase. Conversely, as the price of butter falls, consumers will buy larger quantities of butter, causing the demand for oleomargarine to decrease. To generalize: When two products are substitutes, the price of one good and the demand for the other are *directly* related. So it is with Schlitz and Budweiser, sugar and saccharin, Chevrolets and Fords, tea and coffee, and so forth.

But other pairs of products are *complementary* goods; they "go together." If the price of gasoline falls and, as a result, you drive your car more, this extra driving will increase your demand for motor oil. Conversely, an increase in the price of gasoline will diminish the demand for motor oil. Thus gas and oil are jointly demanded; they are complements. And so it is with ham and eggs, Scotch and soda, phonographs and records, golf clubs and golf balls, cameras and rolls of film, and so forth. When two commodities are complements, the price of one good and the demand for the other are *inversely* related.

Many pairs of goods, of course, are not related at all—they are *independent* goods. For such pairs of commodities as, for example, butter and golf balls, potatoes and automobiles, bananas and wristwatches, we should expect that a change in the price of one would have little or no impact upon the demand for the other.

**5 Expectations** Consumer expectations of higher future prices may prompt them to buy now in order to "beat" the anticipated price rises, and, similarly, the expectation of rising incomes may induce consumers to be less tightfisted in their current spending. Conversely, expectations of falling prices and income will tend to decrease the current demand for products.

We might summarize by saying that an increase in the demand for product X—the decision of consumers to buy more of X at each possible price—can be caused by (1) a favorable change in consumer tastes, (2) an increase in the number of buyers in the market, (3) a rise (fall) in income if X is a normal (inferior) good, (4) an increase (decrease) in the price of related good Y if Y is a substitute for (complement to) X, and (5) expectations of future increases in prices and incomes. Conversely, a decrease in the demand for X can be associated with (1) an unfavorable change in tastes, (2) a decrease in the number of buyers in the market, (3) a rise (fall) in income if X is an inferior (normal) good, (4) an increase (decrease) in the price of related good Y if Y is complementary to (a substitute for) X, and (5) expectations of future price and income declines.

△ **Changes in Quantity Demanded**

A "change in demand" must not be confused with a "change in the quantity demanded." We have noted that a *change in demand* refers to a shift in the entire demand curve either to the right (an increase in demand) or to the left (a decrease in demand). The consumer's state of mind concerning purchases of this product has been altered. The cause: a change in one or more of the determinants of demand. As used by economists, the term "demand" refers to a schedule or curve; therefore, a "change in demand" must mean that the entire schedule has changed and that graphically the curve has shifted its position.

In contrast, a *change in the quantity demanded* designates the movement from one point to another point—from one price-quantity combination to another—on a fixed demand curve. The cause of a change in the quantity demanded is a change in the price of the product under consideration. In Table 4-3

a decline in the price asked by suppliers of corn from $5 to $4 will increase the quantity of corn demanded from 2000 to 4000 bushels.

Figure 4-3 is helpful in making the distinction between a change in demand and a change in the quantity demanded. The shift of the demand curve $D_1$ to either $D_2$ or $D_3$ entails changes in demand. But the movement from point $a$ to point $b$ on curve $D_1$ is a change in the quantity demanded.

The reader should decide whether a change in demand or a change in the quantity demanded is involved in each of the following illustrations:

**1** Consumer incomes rise, with the result that more jewelry is purchased.

**2** A barber raises the price of haircuts and experiences a decline in volume of business.

**3** The price of Fords goes up, and, as a consequence, the sales of Chevrolets increase.

## □ SUPPLY

*Supply* may be defined as *a schedule which shows the various amounts of a product which a producer is willing and able to produce and make available for sale in the market at each specific price in a set of possible prices during some specified time period.*[4] This schedule portrays a series of alternative possibilities, such as those shown in Table 4-4 for a single producer. Let us suppose, in this case, that our producer is a farmer producing corn, the demand for which we have just considered. Our definition of supply indicates that supply is usually viewed from the vantage point of price. That is, we read supply as showing the amounts producers will offer at various possible prices. It is more useful and quite correct in some instances to view supply from the reference point of quantity. Instead of asking what quantities will be offered at various prices, we can ask what prices will be required to induce producers to offer various quantities of a good.

**TABLE 4-4**
**An Individual Producer's Supply of Corn**
(*hypothetical data*)

| Price per bushel | Quantity supplied per week |
|---|---|
| $5 | 60 |
| 4 | 50 |
| 3 | 35 |
| 2 | 20 |
| 1 | 5 |

### △ Law of Supply

It will be immediately noted that Table 4-4 shows a *direct* relationship between price and quantity supplied. As price rises, the corresponding quantity supplied rises; as price falls, the quantity supplied also falls. This particular relationship is called the *law of supply*. It simply tells us that producers are willing to produce and offer for sale more of their product at a high price than they are at a low price. Why? This again is basically a commonsense matter.

Price, we recall, is a deterrent from the consumer's standpoint. The obstacle of a high price means that the consumer, being on the paying end of this price, will buy a relatively small amount of the product; the lower the price obstacle, the more the consumer will buy. The supplier, on the other hand, is on the receiving end of the product's price. To a supplier, price is revenue per unit and therefore is an inducement or incentive to produce and sell a product. The higher the price of the product, the greater the incentive to produce and offer it in the market.

Consider a farmer whose resources are shiftable within limits among alternative products. As price moves up in Table 4-4, the farmer will find it profitable to take land out of wheat, oats, and soybean production and put it into corn. Furthermore, higher corn prices will

---

[4] In talking of the resource market, our definition of supply reads: a schedule which shows the various amounts of a resource which its owners are willing to supply in the market at each possible price in a series of prices during some specified time.



**FIGURE 4-4 CHANGES IN THE SUPPLY OF CORN**

A change in one or more of the determinants of supply—productive techniques, resource prices, the prices of other goods, price expectations, or the number of sellers in the market—will cause a change in supply. An increase in supply shifts the supply curve to the right, as from $S_1S_1$ to $S_2S_2$. A decrease in supply is shown graphically as a movement of the curve to the left, as from $S_1S_1$ to $S_3S_3$. A change in the quantity supplied involves a movement caused by a change in the price of the product under consideration, from one point to another—as from $a$ to $b$—on a fixed supply curve.

make it possible for the farmer to cover the costs associated with more intensive cultivation and the use of larger quantities of fertilizers and pesticides. All these efforts result in more output of corn. Consider a manufacturing concern. Beyond some point manufacturers usually encounter increasing production costs per unit of output. Therefore, a higher product price is necessary to cover these rising costs. But why do costs rise? They rise because certain productive resources—in particular, the firm's plant and machinery—cannot be expanded in a short period of time. Hence, as the firm increases the amounts of more readily variable resources such as labor, materials, and component parts, the fixed plant will at some point become crowded or congested with the result that productive efficiency declines and the cost of successive units of output increases. Producers must receive a higher price to produce these more costly units.[5]

### △ The Supply Curve

As in the case of demand, it is convenient to present graphically the concept of supply.

[5]Chapters 25 and 26 provide a more sophisticated explanation of the relationship between costs and supply.

Our axes in Figure 4-4 are the same as those in Figure 4-3, except for the obvious change of "quantity demanded" to "quantity supplied." The graphing procedure is the same as that previously explained, but of course the quantity data and relationship involved are different. The market supply data graphed in Figure 4-4 as $S_1$ are shown in Table 4-5, which assumes there are 200 suppliers in the market having the same supply schedules as the producer previously portrayed in Table 4-4.

### △ Determinants of Supply

In constructing a supply curve, the economist assumes that price is the most significant determinant of the quantity supplied of any product. But, as with the demand curve, the supply curve is anchored on the "other things are equal" assumption. That is, the supply curve is drawn on the supposition that certain nonprice determinants of the amount supplied are given and do not change. If any of these nonprice determinants of supply do in fact change, the location of the supply curve will be altered.

The basic nonprice determinants of supply are (1) the technique of production, (2) resource prices, (3) taxes and subsidies, (4) prices

**TABLE 4-5**
**Market Supply of Corn, 200 Producers** (*hypothetical data*)

| (1) Price per bushel | (2) Quantity supplied per week, single producer | | (3) Number of sellers in the market | | (4) Total quantity supplied per week |
|---|---|---|---|---|---|
| $5 | 60 | × | 200 | = | 12,000 |
| 4  | 50 | × | 200 | = | 10,000 |
| 3  | 35 | × | 200 | = | 7,000 |
| 2  | 20 | × | 200 | = | 4,000 |
| 1  | 5  | × | 200 | = | 1,000 |

of other goods, (5) price expectations, and (6) the number of sellers in the market. To repeat: A change in any one or more of these determinants will cause the supply curve for a product to shift to either the right or the left. A shift to the *right,* from $S_1$ to $S_2$ in Figure 4-4, designates an *increase in supply:* Producers are now offering more of the product at each possible price. A shift to the *left,* $S_1$ to $S_3$ in Figure 4-4, indicates a *decrease in supply:* Suppliers are offering less at each price.

△ **Changes in Supply**

Let us consider the effect of changes in each of these determinants upon supply.

**1** and **2** The first two determinants of supply—technology and resource prices—are the two major components of production costs. As indicated in our explanation of the law of supply, the relationship between production costs and supply is an intimate one. The critical point for present purposes is that anything which serves to lower production costs, that is, a technological improvement or a decline in resource prices, will increase supply. With lower costs, businesses will find it profitable to offer a larger amount of the product at each possible price. An increase in the price of resources (a deterioration of technology being unlikely) will raise costs and cause a decrease in supply; that is, the supply curve will shift to the left.

**3** We will discover later (Chapters 6 and 23) that certain taxes, such as sales taxes, add to production costs and therefore reduce supply. Conversely, subsidies lower costs and increase supply.

**4** Changes in the prices of other goods can also shift the supply curve for a product. A decline in the price of wheat may cause a farmer to produce and offer more corn at each possible price. Conversely, a rise in the price of wheat may make farmers less willing to produce and offer corn in the market.

**5** Expectations concerning the future price of a product can also affect a producer's current willingness to supply that product. It is difficult, however, to generalize concerning the way the expectation of, say, higher prices will affect the present supply curve of a product. Farmers might withhold some of their current corn harvest from the market, anticipating a higher corn price in the future. This will cause a decrease in the current supply of corn. On the other hand, in many types of manufacturing, expected price increases may induce firms to expand production immediately, causing supply to increase.

**6** Given the scale of operations of each firm, the larger the number of suppliers, the greater will be market supply. As more firms enter an industry, the supply curve will shift to the right. The smaller the number of firms in an industry, the less the market supply will

be. This means that as firms leave an industry, the supply curve will shift to the left.

### △ Changes in Quantity Supplied

The distinction between a "change in supply" and a "change in the quantity supplied" parallels that between a change in demand and a change in the quantity demanded. A *change in supply* is involved when the entire supply curve shifts. An increase in supply shifts the curve to the right; a decrease in supply shifts it to the left. The cause of a change in supply is a change in one or more of the determinants of supply. The term "supply" is used by economists to refer to a schedule or curve. A "change in supply" therefore must mean that the entire schedule has changed or that the curve has shifted.

A *change in the quantity supplied,* on the other hand, refers to the movement from one point to another point on a stable supply curve. The cause of such a movement is a change in the price of the specific product under consideration. In Table 4-5 a decline in the price of corn from $5 to $4 decreases the quantity of corn supplied from 12,000 to 10,000 bushels.

Shifting the supply curve from $S_1$ to $S_2$ or $S_3$ in Figure 4-4 obviously entails changes in supply. The movement from point *a* to point *b* on $S_1$, however, is merely a change in the quantity supplied.

The reader should determine which of the following involves a change in supply and which entails a change in the quantity supplied:

**1** Because production costs decline, producers sell more automobiles.
**2** The price of wheat declines, causing the number of bushels of corn sold per month to increase.
**3** Fewer oranges are offered for sale because their price has decreased in retail markets.

**TABLE 4-6**
**Market Supply and Demand for Corn**
*(hypothetical data)*

| (1) Total quantity supplied per week | (2) Price per bushel | (3) Total quantity demanded per week | (4) Surplus (+) or shortage (−) (arrows indicate effect on price) |
|---|---|---|---|
| 12,000 | $5 | 2,000 | +10,000↓ |
| 10,000 | 4 | 4,000 | + 6,000↓ |
| 7,000 | 3 | 7,000 | 0 |
| 4,000 | 2 | 11,000 | − 7,000↑ |
| 1,000 | 1 | 16,000 | −15,000↑ |

### ☐ SUPPLY AND DEMAND: MARKET EQUILIBRIUM

We may now bring the concepts of supply and demand together to see how the interaction of the buying decisions of households and the selling decisions of producers will determine the price of a product and the quantity which is actually bought and sold in the market. In Table 4-6, columns 1 and 2 reproduce the market supply schedule for corn (from Table 4-5), and columns 2 and 3, the market demand schedule for corn (from Table 4-3). Note that in column 2 we are using a common set of prices. We assume competition—the presence of a large number of buyers and sellers.

Now the question to be faced is this: Of the five[6] possible prices at which corn might sell in this market, which will actually prevail as the market price for corn? Let us derive our answer through the simple process of trial and error. For no particular reason, we shall start with an examination of $5. Could this be the prevailing market price for corn? The answer is "No," for the simple reason that producers are willing to produce and supply to the market some 12,000 bushels of corn at this price while buyers, on the other hand, are willing to take only 2000 bushels off the market at this price. In other words, the relatively high price of $5 encourages farmers to produce a great

---

[6]Of course, there are many possible prices; our example shows only five of them.