UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL TRACK 1 CASES | Case No. 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin |

**SANDERSON FARMS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Sanderson Farms[1] respectfully moves this Court for summary judgment on all Track I Plaintiffs' claims brought against Sanderson Farms.[2] In support of the motion, Sanderson Farms submits herewith a supporting memorandum of law, a Local Rule 56.1 statement of undisputed facts, and a declaration with supporting exhibits.

---

[1] Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)) hereinafter "Sanderson Farms."

[2] Dkt. 3935 (DPP Fifth Am. Compl. ("DPP5AC")) Count I (15 U.S.C. § 1); Dkt. 3931 (CIIPP Seventh Am. Compl. ("CIIPP7AC.")) Count I (15 U.S.C. § 1), Counts II-XXV (State Antitrust Acts), Counts XXVI-XXXIX (State Unfair and Deceptive Trade Practices and Consumer Protection Laws), Count XL (Unjust Enrichment); Dkt. 3748 (EUCP Fifth Am. Compl. ("EUCP5AC.")) Count I (15 U.S.C. § 1), Counts II-XXII (State Antitrust Laws), Counts XXIII-XXXVI (State Consumer Protection Laws), Count XXXVII (Unjust Enrichment); Dkt. 4243 (DAP Am. Consol. Compl. ("DAPAC.")) Count I (15 U.S.C. § 1), Count II (15 U.S.C. § 1), Count III (15 U.S.C. § 1), Count IV (Ga. Code Ann. § 16-14-4(a)), Count V (Ga. Code Ann. § 16-14-4(b)), Count VI (18 U.S.C. §§ 1962, 1964), Count VII (Conspiracy to Defraud), Count VIII (Fraud), Count IX (Negligent Misrepresentation), Count X, XX, XXI (State Antitrust and Consumer Protection Laws), Count XI (Breach of Contract), Count XII (Breach of Implied Covenant of Good Faith and Fair Dealing), Count XIII (Unjust Enrichment); Dkt. 4726.01 (DAP Columbia Meats, Inc. et al. Compl.) Count I (15 U.S.C. § 1), Count II (15 U.S.C. § 1), Count III (Ga. Code Ann. §§ 16-14-4(a) and 16-14-6), Count IV (Ga. Code Ann. §§ 16-14-4(b) and 16-14-6), Count V (18 U.S.C. §§ 1962(c), 1964(c)), Count VI (S.C. Code Ann. §§ 39-3-10, *et. seq.*); Dkt. 4674.01 (DAP Springfield Grocer Co. et al. Compl.) Count I (15 U.S.C. § 1), Count II (15 U.S.C. § 1), Count III (Ga. Code Ann. §§ 16-14-4(a) and 16-14-6), Count IV (Ga. Code Ann. §§ 16-14-4(b) and 16-14-6), Count V (18 U.S.C. §§ 1962(c) and 1964(c)).

2

WHEREFORE, Sanderson Farms requests that this Court grant summary judgment in their favor on all of Track I Plaintiffs' claims brought against Sanderson Farms.

Dated: October 7, 2022          Respectfully submitted,

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Theresa Cederoth Horan (#6317943)
Jenna M. Stupar (#6321583)
Amelia H. Bailey (#6323592)
Jessica J. Giulitto (#6323951)
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
theresa.horan@kirkland.com
jenna.stupar@kirkland.com
amelia.bailey@kirkland.com
jessica.giulitto@kirkland.com

*Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 7, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ *Daniel E. Laytin, P.C.*
                                            Daniel E. Laytin, P.C.