RIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br> ALL TRACK 1 CASES | Case No: 1:16-cv-08637 <br><br> Hon. Judge Thomas M. Durkin <br><br> Magistrate Judge Jeffrey T. Gilbert |

**FIELDALE FARMS CORPORATION'S JOINDER TO DEFENDANTS'
JOINT MOTIONS FOR SUMMARY JUDGMENT**

Defendant Fieldale Farms Corporation,[1] by and through undersigned counsel, hereby joins in the following: Defendants' Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs' State Law Claims (ECF No. 5846), Defendants' Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs' Georgia Dock Claims (ECF No. 5878), Defendants' Motion for Partial Summary Judgment as to Overarching Conspiracy Claims (ECF No. 5901), Certain Defendants' Motion for Summary Judgment Dismissing Track 1 Direct Action Plaintiff and Direct Purchaser Plaintiff Claims on Statute of Limitations Grounds (ECF No. 5947), and Defendants' Motion for Summary Judgment Concerning Alleged Agreement to Restrict Broiler Supply (ECF No. 5996), all filed on October 7, 2022.

---

[1] Fieldale joins in these motions only against the remaining Track One plaintiffs with claims against Fieldale Farms Corporation.

1

Dated: October 7, 2022

Respectfully submitted,

*/s/ B. Parker Miller*
B. Parker Miller (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
Thomas P. Grantham (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com

Max Marks (*pro hac vice*)
Aaron Block (*pro hac vice*)
**THE BLOCK FIRM LLC**
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305
(404) 997-8419
max.marks@blockfirmllc.com
aaron@blockfirmllc.com

***Attorneys for Defendant Fieldale Farms Corporation.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, I filed the foregoing document with the Clerk of Court via the ECF system, which will automatically serve all counsel of record.

*/s/ Thomas P. Grantham*