## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE BROILER CHICKEN ANTITRUST
LITIGATION

This Document Relates To:
*Track 1 Direct Action Plaintiffs*

Case No. 1:16-cv-08637

The Honorable Thomas M. Durkin

## TYSON AND KEYSTONE'S JOINDER TO
## DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT

Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Poultry, Inc., and Tyson
Breeders, Inc. (collectively, "Tyson"), Keystone Foods LLC, Equity Group Eufaula Division
LLC, Equity Group Kentucky Division LLC, and Equity Group - Georgia Division LLC
(collectively, "Keystone") hereby join in Defendants' joint motions for summary judgment filed
on October 7, 2022, as set forth below:

1. Motion for Summary Judgment Concerning Alleged Agreement to Restrict
   Broiler Supply (Dkt. 5996);

2. Motion for Partial Summary Judgment as to Overarching Conspiracy Claims
   (Dkt. 5901);

3. Motion For Summary Judgment On Statute Of Limitations Grounds (Dkt. 5947);
   and

4. Motion for Summary Judgment Dismissing Track 1 Plaintiffs' State Law Claims
   (Dkt. 5846) (collectively, the "Motions").

Tyson and Keystone only join in the Motions as to the Track 1 Direct Action Plaintiffs with
which they have an active dispute, as set forth in Tyson and Keystone's respective motions for
summary judgment (Dkts. 5991, 5936).

Dated: October 7, 2022

Respectfully submitted,

By: */s/ Rachel J. Adcox*

Rachel J. Adcox (#1001488)
Daniel K. Oakes (*pro hac vice*)
Bradley D. Justus (*pro hac vice*)
Michael J. O'Mara (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
radcox@axinn.com
doakes@axinn.com
bjustus@axinn.com
momara@axinn.com
klee@axinn.com

John M. Tanski (*pro hac vice*)
Jarod G. Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: 860-275-8100
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (*pro hac vice*)
Denise L. Plunkett (*pro hac vice*)
Kail J. Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
T: 212-728-2200
ngaglio@axinn.com
dplunkett@axinn.com
kjethmalani@axinn.com

Jordan M. Tank (#6304122)
LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
T: 312-702-0586
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Poultry, Inc., Tyson Breeders, Inc., Keystone Foods LLC, Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, and Equity Group - Georgia Division LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/  Rachel J. Adcox*