IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Associated Wholesale Grocers, Inc. v. Koch Foods, Inc., et al., 18-cv-6316 | Case No. 16 C 8637<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**Pilgrim's Pride Corporation's Motion for Joinder in Defendants' Joint Motions for Summary Judgment**

Defendant Pilgrim's Pride Corporation ("Pilgrim's") hereby files this motion for joinder in Defendants' joint motions for summary judgment and in support states as follows:

1. Plaintiff Associated Wholesale Grocers, Inc. ("AWG") is the only Track 1 Plaintiff with ongoing claims against Pilgrim's.

2. AWG brings claims against Pilgrim's under (a) §1 of the Sherman Act (ECF No. 2092); (b) the Wisconsin Antitrust Act and the Tennessee Trade Practices Act (ECF No. 2092); and (c) the federal and Georgia RICO Acts (ECF No. 4243 at Counts IV–VI).

3. Pilgrim's has filed its own motion for summary judgment. ECF No. 5893.

4. In addition, Pilgrim's hereby moves to join in the legal reasoning and relief requested therein of the following joint motions, with respect to the claims asserted by AWG against Pilgrim's:

- Defendants' Motion for Summary Judgment Concerning Alleged Agreement to Restrict Broiler Supply, ECF No. 5996;

- Georgia Dock Defendants' Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs' Georgia Dock Claims, ECF No. 5878;

- Defendants' Motion for Partial Summary Judgment as to Overarching Conspiracy Claims, ECF No. 5901;

1

- Defendants' Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs' State Law Claims, ECF No. 5846; and

- Certain Defendants' Motion for Summary Judgment on Statute of Limitations Grounds, ECF No. 5947.

Dated: October 7, 2022

Respectfully submitted,

/s/ *Michael D. Bonanno*

Michael D. Bonanno
William A. Burck
Kathleen A. Lanigan
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I St. NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
williamburck@quinnemanuel.com
katlanigan@quinnemanuel.com

Debra D. Bernstein
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Tel: (404) 482-3502
debrabernstein@quinnemanuel.com

Michelle Schmit
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
michelleschmit@quinnemanuel.com

Carrie C. Mahan (*pro hac vice*)
**WEIL GOTSHAL & MANGES LLP**
2001 M St. NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
carrie.mahan@weil.com

*Counsel for Defendant Pilgrim's Pride Corporation*