IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br> *ALL TRACK 1 CASES* | Case No: 1:16-cv-08637 <br><br> Hon. Judge Thomas M. Durkin <br><br> Magistrate Judge Jeffrey T. Gilbert <br><br> **PUBLIC VERSION** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING ALLEGED AGREEMENT TO RESTRICT BROILER SUPPLY

Defendants[1] in the above-captioned case, by their undersigned counsel, respectfully move this Court for entry of an Order granting them summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on all of Plaintiffs' claims that Defendants entered into an agreement to restrict the supply of broiler chicken. Based on the undisputed evidence, Plaintiffs cannot meet their burden to come forward with evidence that "tend[s] to rule out the possibility that the defendants were acting independently." *Kleen Prods. LLC v. Georgia-Pacific LLC*, 910 F.3d 927, 934 (7th Cir. 2018) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 554 (2007)) (affirming summary judgment to defendants).

This Motion is based on the accompanying Memorandum in Support of Defendants' Motion for Summary Judgment Concerning Alleged Agreement to Restrict Broiler Supply, all accompanying declarations and exhibits, the pleadings and papers on file in this action, oral argument, and such other matters as this Court may consider in hearing the Motion.

---

[1] For purposes of this Motion, and accompanying Memorandum, Defendants refers to the Defendants signing this brief. Each Defendant signs this Motion and accompanying Memorandum only against those Plaintiffs who continue to have active claims against it.

1

Dated: October 7, 2022							Respectfully submitted,


VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

| ARENTFOX SCHIFF LLP | MAYER BROWN LLP |
|---|---|
| By: /s/ *Margaret A. Hickey* <br> Margaret A. Hickey <br> Lawrence Harris Heftman <br> Kylie S. Wood <br> 233 South Wacker Drive, Suite 7100 <br> Chicago, IL 60606 <br> Telephone: (312) 258-5500 <br> maggie.hickey@afslaw.com <br> lawrence.heftman@afslaw.com <br> kylie.wood@afslaw.com <br><br> Robert J. Wierenga <br> Suzanne L. Wahl <br> 350 South Main Street, Suite 210 <br> Ann Arbor, MI 48104 <br> Telephone: (734) 222-1500 <br> robert.wierenga@afslaw.com <br> suzanne.wahl@afslaw.com | By: /s/ *Carmine R. Zarlenga* <br> Carmine R. Zarlenga (#90784529) <br> Stephen M. Medlock (admitted *pro hac vice*) <br> Oral D. Pottinger (admitted *pro hac vice*) <br> 1999 K Street N.W. <br> Washington, DC 20006 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> czarlenga@mayerbrown.com <br> smedlock@mayerbrown.com <br> opottinger@mayerbrown.com <br><br> *Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation* |
| ROSE LAW FIRM | PROSKAUER ROSE LLP |
| Amanda K. Wofford (admitted *pro hac vice*) <br> Bourgon Reynolds (admitted *pro hac vice*) <br> 120 East Fourth Street <br> Little Rock, AR 72201 <br> Telephone: (501) 375-9131 <br> Facsimile: (501) 375-1309 <br> awofford@roselawfirm.com <br> breynolds@roselawfirm.com <br><br> John W. Treece (#3122889) <br> 1135 West Montana Street <br> Chicago, IL 60614 <br> Telephone: (312) 961-7808 <br> jtreece@jwtreece.com <br><br> *Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* | By: /s/ *Christopher E. Ondeck* <br> Christopher E. Ondeck (admitted *pro hac vice*) <br> Stephen R. Chuk (admitted *pro hac vice*) <br> 1001 Pennsylvania Ave., NW, Ste 600 South <br> Washington, DC 20004 <br> Telephone: (202) 416-6800 <br> Facsimile: (202) 416-6899 <br> condeck@proskauer.com <br> schuk@proskauer.com <br><br> -and- <br><br> Scott A. Eggers (admitted *pro hac vice*) <br> 11 Times Square <br> New York, NY 10036 <br> Telephone: (212) 969-3000 <br> seggers@proskauer.com <br><br> *Attorneys for Defendant Wayne Farms LLC* |

| | |
|---|---|
| NOVACK AND MACEY LLP | KIRKLAND & ELLIS LLP |
| By: /s/ *Stephen Novack* <br> Stephen Novack (#6284749) <br> Stephen J. Siegel (#6209054) <br> 100 North Riverside Plaza <br> Chicago, IL 60606 <br> Telephone: (312) 419-6900 <br> Facsimile: (312) 419-6928 <br> snovack@novackmacey.com <br> ssiegel@novackmacey.com <br><br> *Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.* <br><br><br> VEDDER PRICE P.C. <br><br> By:  /s/ *Gregory G. Wrobel* <br> Gregory G. Wrobel (#3122900) <br> 222 N. LaSalle Street <br> Chicago, IL 60601 <br> Telephone: (312) 609-7722 <br> Facsimile: (312) 609-5005 <br> gwrobel@vedderprice.com <br><br> JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC <br><br> Henry W. Jones, Jr. (admitted *pro hac vice*) <br> 1951 Clark Avenue <br> Raleigh, NC 27605 <br> Telephone: (919) 828-2501 <br> Facsimile: (919) 834-8447 <br> hjones@jordanprice.com <br><br> *Attorneys for Defendant House of Raeford Farms, Inc.* | By: /s/ *Daniel E. Laytin, P.C.* <br> Daniel E. Laytin, P.C. (#6257119) <br> Christa C. Cottrell, P.C. (#6284749) <br> Theresa Cederoth Horan (#6317943) <br> Jenna M. Stupar (#6321583) <br> Amelia H. Bailey (#6323592) <br> Jessica J. Giulitto (#6323951) <br> 300 North LaSalle Street <br> Chicago, IL 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> dlaytin@kirkland.com <br> ccottrell@kirkland.com <br> theresa.horan@kirkland.com <br> jenna.stupar@kirkland.com <br> amelia.bailey@kirkland.com <br> jessica.giulitto@kirkland.com <br><br> *Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))* |

| VAUGHAN & MURPHY | HOGAN LOVELLS US LLP |
|---|---|
| By: /s/ *Charles C. Murphy, Jr.* <br> Charles C. Murphy, Jr. <br> (admitted *pro hac vice*) <br> 690 S Ponce Court NE <br> Atlanta, GA 30307 <br> Telephone: (404) 667-0714 <br> Facsimile: (404) 529-4193 <br> cmurphy@vaughanandmurphy.com | By: /s/ *William L. Monts III* <br> William L. Monts III (admitted *pro hac vice*) <br> Justin W. Bernick (admitted *pro hac vice*) <br> 555 Thirteenth Street, N.W. <br> Washington, D.C.  20004-1109 <br> Telephone:  (202) 637-5910 <br> Facsimile: (202) 637-5911 <br> william.monts@hoganlovells.com <br> justin.bernick@hoganlovells.com |
| WINSTON & STRAWN LLP <br><br> James F. Herbison (#6275116) <br> Michael P. Mayer (#6272677) <br> 35 West Wacker Drive <br> Chicago, Illinois 60601 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br> jherbison@winston.com <br> mmayer@winston.com <br><br> *Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms* | MILLER, CANFIELD, PADDOCK, AND STONE P.L.C. <br><br> Jacob D. Koering <br> 225 West Washington Street, Ste 2600 <br> Chicago, Illinois  60606 <br> Telephone:  (312) 460-4272 <br> Facsimile:  (312) 460-4201 <br> koering@millercanfield.com <br><br> *Attorneys for Defendant Agri Stats, Inc.* |

| SHOOK HARDY & BACON LLP | EVERSHEDS SUTHERLAND (US) LLP |
|---|---|
| /s/ *Lynn H. Murray* <br> Lynn H. Murray (#6191802) <br> SHOOK, HARDY & BACON L.L.P. <br> 111 S. Wacker Dr., Ste 4700 <br> Chicago IL 60606 <br> Telephone: (312) 704-7700 <br> Facsimile: (312) 558-1195 <br> lhmurray@shb.com <br><br> Laurie A. Novion (admitted *pro hac vice*) <br> SHOOK, HARDY & BACON L.L.P. <br> 2555 Grand Blvd. <br> Kansas City, MO 64108 <br> Telephone: (816) 474-6550 <br> Facsimile: (816) 421-5547 <br> lnovion@shb.com <br><br> John R. Elrod (admitted *pro hac vice*) <br> Vicki Bronson (admitted *pro hac vice*) <br> CONNER & WINTERS <br> 4375 N. Vantage Drive, Ste. 405 <br> Fayetteville, AR 72703 <br> Telephone: (479) 582-5711 <br> jelrod@cwlaw.com <br> vbronson@cwlaw.com <br><br> *Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc.* | By: /s/ *Patricia A. Gorham* <br> Patricia A. Gorham (admitted *pro hac vice*) <br> James R. McGibbon (admitted *pro hac vice*) <br> Peter M. Szeremeta (admitted *pro hac vice*) <br> Kaitlin A. Carreno (admitted *pro hac vice*) <br> Dylan de Fouw (admitted *pro hac vice*) <br> Rebekah Whittington (admitted *pro hac vice*) <br> 999 Peachtree Street, N.E., Ste 2300 <br> Atlanta, GA 30309-3996 <br> Telephone: (404) 853-8000 <br> Facsimile: (404) 853-8806 <br> patriciagorham@eversheds-sutherland.com <br> jimmcgibbon@eversheds-sutherland.com <br> peterszeremeta@eversheds-sutherland.com <br> kaitlincarreno@eversheds-sutherland.com <br> dylandefouw@eversheds-sutherland.com <br> rebekahwhittington@eversheds-sutherland.com <br><br> SMITH AMUNDSEN LLC <br><br> Ronald Balfour (#6307658) <br> 150 N. Michigan Avenue, Ste 3300 <br> Chicago, Illinois 60601 <br> Telephone: (312) 894-3369 <br> Facsimile: (312) 997-1828 <br> RBalfour@smithamundsen.com <br><br> *Attorneys for Defendant Harrison Poultry, Inc.* |

KUTAK ROCK LLP

By: */s/ John Passarelli*
John P. Passarelli
James M. Sulentic
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll
Jeffrey M. Fletcher
Stephen M. Dacus
KUTAK ROCK LLP
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.carroll@kutakrock.com
jeffrey.fletcher@kutakrock.com
stephen.dacus@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

*/s/ Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
JOSEPH D. CARNEY & ASSOCIATES LLC
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

Thomas M. Staunton
Daniel M. Feeney
MILLER SHAKMAN LEVINE & FELDMAN LLP
30 West Monroe Street, Suite 1900
Chicago, IL 60603
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

Deborah A. Klar (admitted *pro hac vice*)
D. KLAR LAW
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

STINSON LLP

By: /s/ *William L. Green*
 William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Kevin P. Kitchen (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS
& HELSINGER LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@sfgh.com

THE LAW GROUP OF
NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*) Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: /s/ *Lara Flath*
Patrick Fitzgerald (#6307561)
Gail Lee (#6318334)
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com
Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

8

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
1105 W. Peachtree St. NE Suite 1000
Atlanta, GA 30309
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
Wm. Parker Sanders (admitted *pro hac vice*)
1105 W. Peachtree St. NE Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson (#6199621)
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 445-4623
Facsimile: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, a true and correct copy of the foregoing document was electronically with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

/s/ J. Douglas Baldridge
J. Douglas Baldridge