## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>*This Document Relates To: All Track 1 Actions* | Case No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert<br>**[PUBLIC VERSION]** |

### DECLARATION OF SCOTT A. EGGERS

SCOTT A. EGGERS declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a senior counsel with the law firm Proskauer Rose LLP, attorneys for Defendant Wayne Farms LLC ("Wayne"), in the above-captioned matter. I am admitted *pro hac vice* in this action.

2. I submit this declaration in support of Wayne's Motion for Summary Judgment ("Motion"), and in conjunction with Wayne's Statement of Undisputed Facts ("SUF").

3. Attached to the SUF as Exhibit 1 is a true and correct copy of a Wayne document titled "Form S-1," a draft registration statement filed with the SEC March 16, 2015 and produced in discovery in this action with a Bates number WF-0001343064.



1



88. Attached to the SUF as Exhibit 90 is a true and correct copy of an article titled *Wayne Farms faces second cutback in production*, from the AccessWDUN Website, dated June 23, 2008 (https://accesswdun.com/article/2008/6/211036). WDUN is a local news station in Gainesville, Georgia with a slogan "Where North Georgia Comes For News." Wayne respectfully requests that the Court take judicial notice of the content of this website, not for its truth but for the fact that it was published.

13

89. Attached to the SUF as Exhibit 91 is a true and correct copy of an article titled *Poultry Briefs: Fieldale, Wayne Farms in the news*, from the Refrigerated & Frozen Foods Website, dated June 24, 2008 (https://www.refrigeratedfrozenfood.com/articles/84362-poultry-briefs-fieldale-wayne-farms-in-the-news). This article is from an industry publication that describes itself as dedicated to "value-added convenience chilled and frozen foods" manufacturers. Wayne respectfully requests that the Court take judicial notice of the content of this website, not for its truth but for the fact that it was published.

90. Attached to the SUF as Exhibit 92 is a true and correct copy of an article titled *Wayne Farms to cut hundreds of jobs after Christmas*, from the WAFF48 Website, dated November 17, 2011 (waff.com/story/16066041/wayne-farms-to-cut-hundreds-of-jobs-after-christmas/). WAFF48 is a television station in Huntsville, Alabama. Wayne respectfully requests that the Court take judicial notice of the content of this website, not for its truth but for the fact that it was published.

91. Attached to the SUF as Exhibit 93 is a true and correct copy of an article titled "Wayne Farms announces future expansion project," from *The National Provisioner*, dated May 7, 2015 (https://www.provisioneronline.com/articles/101862-wayne-farms-announces-future-expansion-project). Wayne respectfully requests that the Court take judicial notice of the content of this website, not for its truth but for the fact that it was published.

92. Attached to the SUF as Exhibit 94 is a true and correct copy of an article by Jerry Underwood, titled "Wayne Farms launches $105 million Alabama expansion, creating 400 jobs," from *Made In Alabama*, dated December 12, 2017 (https://www.madeinalabama.com/2017/12/wayne-farms-launches-105-million-alabama-expansion-creating-400-jobs/). Wayne respectfully requests that the Court take judicial notice of the content of this website, not for its truth but for the fact that it was published.

93. Attached to the SUF as Exhibit 95 is a true and correct copy of an article titled "Wayne Farms to add new line, 150 jobs to Mississippi plant," from *The National Provisioner*, dated October 14, 2013 (https://www.provisioneronline.com/articles/99693-wayne-farms-to-add-new-line-150-jobs-to-mississippi-plant). Wayne respectfully requests that the Court take judicial notice of the content of this website, not for its truth but for the fact that it was published.

94. Attached to the SUF as Exhibit 96 is a true and correct copy of an article by Joel Crews, titled "Wayne Farms expanding Mississippi poultry plant," from *Supermarket Perimeter*, dated January 10, 2020 (https://www.supermarketperimeter.com/articles/4582-wayne-farms-investing-17m-in-mississippi-plant). Wayne respectfully requests that the Court take judicial notice of the content of this website, not for its truth but for the fact that it was published.

95. Attached to the SUF as Exhibit 97 is a true and correct copy of an excerpt of the PR Newswire National Summary, dated June 8, 2004. The Newswire excerpt includes the headline "Wayne Farms LLC to Build $55 Million Further Processing Facility in Decatur, Alabama" (https://www.bloomberg.com/press-releases/2004-06-08/pr-newswire-national-summary-tuesday-june-8-midnight-to-10). Wayne respectfully requests that the Court take judicial notice of the content of this website, not for its truth but for the fact that it was published.

96. Attached to the SUF as Exhibit 98 is a true and correct copy of an article by Cristina Rodriguez, titled "Chicken processing plant may be sold," from *Shreveport Times*, dated August 9, 2005 (accessed from the Shreveport Times archive). Wayne respectfully requests that the Court take judicial notice of the content of this article, not for its truth but for the fact that it was published..

■ ████████████████████████████████████████
████████████████████████████████████

■ ████████████████████████████████████████
████████████████████████████████

15



I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2022

/s/ *Scott A. Eggers*
SCOTT A. EGGERS

16