*Declaration of Dr. Lauren Stiroh*

**FILED UNDER SEAL**