# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 24, 2022

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-2889
>
> Caption:
> IN RE: BROILER CHICKEN ANTITRUST LITIGATION
>
> END USER CONSUMER PLAINTIFF CLASS,
>         Plaintiff - Appellee
>
> v.
>
> FIELDALE FARMS CORPORATION, et al.,
>         Defendants - Appellees
>
> APPEAL OF: JOHN ANDREN, Objector
>
> District Court No: 1:16-cv-08637
> Clerk/Agency Rep Thomas G. Bruton
> District Judge Thomas M. Durkin
>
> Date NOA filed in District Court: 10/21/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)