# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Maplevale Farms, Inc., et al.

                        Plaintiff,

v.                                     Case No.: 1:16−cv−08637
                                                            Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 9, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: The Court will consider and address Defendants' motion to strike improper rebuttal testimony [5829] in conjunction with the summary judgment motions. No sur−rebuttal reports are permitted at this time. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.