**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Track 1 Cases | Case No. 1:16-cv-08637 |

**AGREED MOTION TO MODIFY DEADLINES TO ADDRESS
EVIDENTIARY ISSUES IN TRACK 1 CASES (ECF NO. 5796)**

Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs and Track 1 Defendants[1] ("the Track 1 Parties") jointly move this Honorable Court to modify the deadlines to address evidentiary issues in Track 1 Cases (ECF No. 5796) and state as follows:

1. On May 6, 2022, the parties filed a Joint Motion Regarding Procedures to Address Evidentiary Issues in Track 1 Cases ("Joint Motion") which included, *inter alia*, a protocol for meeting and conferring regarding evidentiary issues (ECF No. 5588). On August 29, 2022, the Court granted the Joint Motion *nunc pro tunc* and adopted the protocol set forth by the parties (ECF No. 5796).

2. Paragraph 3, bullet points 4-5 provided in pertinent part:

- By July 8, the parties should reach agreement on a final party-produced document meet and confer schedule, which must take place between July 15, 2022 and November 1, 2022. The purpose of these meet and confers is for the parties to discuss their positions and attempt to reach agreement on authenticity and hearsay.

---

[1] "Track 1 Direct Action Plaintiffs" and "Track 1 Defendants" refers to those DAPs and Defendants, respectively, whose signature blocks are at the end of this Motion. The terms "Plaintiff" and "Plaintiffs" refer to the Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs, and the Track 1 Direct Action Plaintiffs.

- By November 11, the parties may make a joint submission to the Court regarding limited evidentiary discovery as to any third-party and/or party documents from the lists exchanged in April and September 2021 over which the parties were unable to reach agreement consistent with Scheduling Order No. 17 and ECF Docket No. 3727. [Remainder of paragraph omitted.]

3. On October 19, 2022, the Track 1 Parties sought Court approval of an approximately one month extension to finish the meet and confer process and to make a joint submission. On October 20, 2022, the Court granted the requested extension, allowing the Track 1 Parties until December 6, 2022 to finish the meet and confer process and until December 16, 2022 to make a joint submission.

4. The Track 1 Parties have been meeting and conferring in accordance with the protocol. The vast majority of the Track 1 Parties have completed two rounds of meeting and conferring regarding a limited set of Defendants' documents as well as a limited set of third party documents. The process, however is not complete. The parties are endeavoring to finish the meet and confer process and in at least some circumstances, reflect agreement in writing. However, given the number of parties and volume of documents at issue, as well as the extension of the summary judgment briefing deadlines, the parties require additional time for this initial process.

5. Accordingly, the Track 1 Parties propose the following modifications to Paragraph 3, bullet points 4-5 of Exhibit A in ECF No. 5796:

- The Track 1 Parties will conclude their meet and confer discussions by **January 13, 2023**;

- The Track 1 Parties will identify any additional discovery they intend to seek by **January 18, 2023**;

- The Track 1 parties may make a joint submission to the Court regarding limited evidentiary discovery by **February 3, 2023**.

- The Track 1 Parties agree that, to the extent that any limited evidentiary discovery is permitted, no substantially time-consuming discovery will take place prior to **March 17, 2023**.

6. This Order does not otherwise modify the protocol entered by the Court on August 29, 2022.

Dated: December 14, 2022                                  Respectfully submitted,

| | |
|---|---|
| **CERA LLP**<br>Solomon B. Cera<br>201 California St., Suite 1240<br>San Francisco, CA 94111<br>Tel: (415) 777-2230<br>E-mail: scera@cerallp.com | /s/ *Eric R. Lifvendahl*<br>**L&G LAW GROUP**<br>Eric R. Lifvendahl<br>175 W. Jackson Boulevard, Suite 950<br>Chicago, IL 60604<br>Tel: (312) 364-2500<br>E-mail: elifvendahl@lgcounsel.com |
| **CERA LLP**<br>C. Andrew Dirksen<br>800 Boylston Street, 16th Floor<br>Boston, MA 02199<br>Tel: (857) 453-6555<br>E-mail: cdirksen@cerallp.com | **KAPLAN FOX & KILSHEIMER, LLP**<br>Robert N. Kaplan<br>Gregory K. Arenson<br>Jeffrey P. Campisi<br>Matthew P. McCahill<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel: (212) 687-1980<br>E-mail: rkaplan@kaplanfox.com<br>Email: garenson@kaplanfox.com<br>E-mail: jcampisi@kaplanfox.com<br>E-mail: mmccahill@kaplanfox.com |
| **HAYNSWORTH SINKLER BOYD P.A.**<br>Elizabeth H. Black<br>Mary C. Eldridge<br>1201 Main Street, 22nd Floor<br>Columbia, SC 29201-3226<br>Tel: (803) 540-7753<br>E-mail: eblack@hsblawfirm.com<br>E-mail: meldridge@hsblawfirm.com | |
| *-and-* | **THE COFFMAN LAW FIRM**<br>Richard L. Coffman<br>3355 West Alabama, Suite 240<br>Houston, TX 77098<br>Tel: (713) 528-6700<br>E-mail: rcoffman@coffmanlawfirm.com |
| Jay W. Matthews, III<br>1 North Main Street, 2nd Floor<br>Greenville, SC 29601<br>Tel: (864) 240-3200<br>Email:  jmatthews@hsblawfirm.com | **MARCUS & SHAPIRA LLP**<br>Bernard D. Marcus<br>Moira Cain-Mannix<br>Erin Gibson Allen<br>One Oxford Center, 35th Floor<br>Pittsburgh, PA 15219<br>Tel: (412) 471-3490<br>E-mail: marcus@marcus-shapira.com<br>E-mail: cain-mannix@marcus-shapira.com<br>E-mail: allen@marcus-shapira.com |

3

*Counsel for Direct Action Plaintiffs Affiliated Foods, Inc.; Action Meat Distributors, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

 /s/ Daniel D. Owen
AMY D. FITTS        IL Bar No. 629248
DANIEL D. OWEN   MO Bar No. 41514
*Pro Hac Vice*
GUILLERMO G. ZOROGASTUA   MO Bar No. 59643
*Pro Hac Vice*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536
Email: afitts@polsinelli.com
Email: dowen@polsinelli.com
Email: gzorogastua@polsinelli.com

RODNEY L. LEWIS  IL Bar No. 6288353
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone:  (312) 819-1900
Facsimile:  (312) 819-1910
Email: rodneylewis@polsinelli.com

*Attorneys for Plaintiff
Associated Wholesale Grocers, Inc.*

/s/ *David P. Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
John P. Bjork
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
E-mail: PES@Sperling-law.com
JVanek@Sperling-law.com
DGermaine@Sperling-law.com
JBjork@Sperling-law.com

Phillip F. Cramer
Ryan T. Holt
SHERRARD ROE VOIGT &
HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
E-mail: pcramer@srvhlaw.com
rholt@srvhlaw.com

*Counsel for Direct Action Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp.*

/s/ *William J. Blechman*
William J. Blechman
Kevin Murray
Douglas Patton
Samuel Randall
Michael Ponzoli
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com
kmurray@knpa.com dpatton@knpa.com
srandall@knpa.com mponzoli@knpa.com

*Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets (the "Kroger DAPs")*

/s/ *Patrick J. Ahern*
Patrick J. Ahern
Theodore B. Bell
AHERN AND ASSOCIATES, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc and Bi-Lo Holdings, LLC (the "Winn-Dixie DAPs")*

5

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (#6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
tnolan@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon (*Pro Hac Vice*)
PEARSON SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington Street, Suite 1600
Chicago, IL 60602
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com

*Direct Purchaser Plaintiffs' Liaison Class Counsel*

*/s/ Daniel E. Gustafon*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua R. Rissman
Brittany N. Resch
GUSTAFSON GLUEK PLLC
220 South Sixth Street, #2600
Minneapolis, MN 55402
T: (612)333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Adam Zapala
Tamarah Prevost
James G. Dallal
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
azapala@cpmlegal.com
tprevost@cpmlegal.com
jdallal@cpmlegal.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Interim Co-Lead Counsel*

Kenneth A. Wexler
Kara A. Elgersma
Melinda J. Morales
WEXLER BOLEY & ELGERSMA LLP
55W.Monroe Street, Suite 3300 Chicago, IL 60603
T: (312) 346-2222
kaw@wbe-llp.com
kae@wbe-llp.com
mjm@wbe-llp.com

*Commercial and Institutional Indirect Purchaser Plaintiffs' Liaison Counsel*

*/s/ Shana E. Scarlett*
Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
1918 8th Avenue, Suite 3300
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
T: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*End-User Consumer Plaintiffs' Interim Co-Lead Counsel*

| | |
|---|---|
| ARENTFOX SCHIFF LLP | VENABLE LLP |
| By: */s/ Margaret A. Hickey* | By: */s/ J. Douglas Baldridge* |
| Margaret A. Hickey | J. Douglas Baldridge (#437678) |
| Lawrence Harris Heftman | Lisa Jose Fales (admitted *pro hac vice*) |
| Kylie S. Wood | Danielle Foley (admitted *pro hac vice*) |
| 233 South Wacker Drive, Suite 7100 | Andrew Hernacki (admitted *pro hac vice*) |
| Chicago, IL 60606 | 600 Massachusetts Avenue, NW |
| Telephone: (312) 258-5500 | Washington, DC 20001 |
| maggie.hickey@afslaw.com | Telephone: (202) 344-4000 |
| lawrence.heftman@afslaw.com | Facsimile: 202-344-8300 |
| kylie.wood@afslaw.com | jdbaldridge@venable.com |
| | ljfales@venable.com |
| Robert J. Wierenga | drfoley@venable.com |
| Suzanne L. Wahl | athernacki@venable.com |
| 350 South Main Street, Suite 210 | |
| Ann Arbor, MI 48104 | FALKENBERG IVES LLP |
| Telephone: (734) 222-1500 | |
| robert.wierenga@afslaw.com | Kirstin B. Ives (#6289952) |
| suzanne.wahl@afslaw.com | 30 N. LaSalle St., Ste 4020 |
| | Chicago, IL 60602 |
| ROSE LAW FIRM | Telephone: (312) 566-4803 |
| | Facsimile: (312) 566-4810 |
| Amanda K. Wofford (admitted *pro hac vice*) | kbi@ffilaw.com |
| Bourgon Reynolds (admitted *pro hac vice*) | |
| 120 East Fourth Street | ***Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*** |
| Little Rock, AR 72201 | |
| Telephone: (501) 375-9131 | |
| Facsimile: (501) 375-1309 | |
| awofford@roselawfirm.com | |
| breynolds@roselawfirm.com | |
| | |
| John W. Treece (#3122889) | |
| 1135 West Montana Street | |
| Chicago, IL 60614 | |
| Telephone: (312) 961-7808 | |
| jtreece@jwtreece.com | |
| | |
| ***Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Lara Flath*
Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
Sam Auld (admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

Patrick Fitzgerald (#6307561)
Gail Lee (#6318334)
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

***Attorneys for Defendant Peco Foods, Inc.***

MAYER BROWN LLP

By: */s/ Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice)*
Oral D. Pottinger (admitted *pro hac vice*)
Katherine Monks Bleicher (admitted *pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com
kbleicher@mayerbrown.com

***Attorneys for Defendants Foster Farms, LLC and Foster Poultry Farms LLC***

KIRKLAND & ELLIS LLP

By: /s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (#6257119)
Christa C. Cottrell, P.C. (#6284749)
Jenna M. Stupar (#6321583)
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
jenna.stupar@kirkland.com

***Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))***

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack (#6284749)
Stephen J. Siegel (#6209054)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

| KUTAK ROCK LLP | EDWARD C. KONIECZNY LLC |
|---|---|
| By: /s/ *John P. Passarelli* | By: */s/ Edward C. Konieczny* |
| John P. Passarelli (admitted *pro hac vice*) | Edward C. Konieczny (admitted *pro hac vice*) |
| James M. Sulentic (admitted *pro hac vice*) | 1105 W. Peachtree St. NE Suite 1000 |
| 1650 Farnam Street | Atlanta, GA 30309 |
| Omaha, NE 68102 | Telephone: (404) 380-1430 |
| Telephone: (402) 346-6000 | Facsimile: (404) 382-6011 |
| Facsimile: (402) 346-1148 | ed@koniecznylaw.com |
| john.passarelli@kutakrock.com | |
| james.sulentic@kutakrock.com | SMITH, GAMBRELL & RUSSELL, LLP |
| | |
| J.R. Carroll (admitted *pro hac vice*) | David C. Newman (admitted *pro hac vice*) |
| Jeffrey M. Fletcher (admitted *pro hac vice*) | Wm. Parker Sanders (admitted *pro hac vice*) |
| 234 East Millsap Road, Ste 200 | 1105 W. Peachtree St. NE Suite 1000 |
| Fayetteville, AR 72703-4099 | Atlanta, GA 30309 |
| Telephone: (479) 973-4200 | Telephone: (404) 815-3500 |
| Facsimile: (479) 973-0007 | Facsimile: (404) 815-3509 |
| jr.caroll@kutakrock.com | dnewman@sgrlaw.com |
| Jeffrey.fletcher@kuakrock.com | psanders@sgrlaw.com |
| | |
| Kimberly M. Hare (#6323326) | James L. Thompson (#6199621) |
| One South Wacker Drive, Ste 2050 | Lynch Thompson LLP |
| Chicago, IL 60606-4614 | 150 S. Wacker Drive, Suite 2600 |
| Telephone: (312) 602-4100 | Chicago, IL 60606 |
| Facsimile: (312) 602-4101 | Telephone: (312) 445-4623 |
| kimberly.hare@kutakrock.com | Facsimile: (312) 896-5883 |
| | jthompson@lynchthompson.com |

***Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.***

***Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.***

12

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com


WINSTON & STRAWN LLP

James F. Herbison (#6275116)
Michael P. Mayer (#6272677)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
227 W. Monroe, Suite 3600
Chicago, IL 60606
Telephone: (312) 460-4200
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

STINSON LLP

By: /s/ *William L. Greene*
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
kevin.kitchen@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-795
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

***Attorneys for Defendants George's, Inc. and George's Farms, Inc.***

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ Joseph D. Carney
Joseph D. Carney (admitted pro hac vice)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton (#621764)
Daniel M. Feeney (#6224893)
30 West Monroe St. Suite 1900
Chicago, IL 60603
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D.KLAR LAW

Deborah A. Klar (admitted pro hac vice)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted pro hac vice)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

***Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.***

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
Patricia A. Gorham (admitted *pro hac vice*)
James R. McGibbon (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan de Fouw (admitted *pro hac vice*)
Rebekah Whittington (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
patriciagorham@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com
rebekahwhittington@eversheds-sutherland.com

AMUNDSEN DAVIS, LLC

Ronald Balfour (#6307658)
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1828
RBalfour@smithamundsen.com

***Attorneys for Defendant Harrison Poultry, Inc.***

ALSTON & BIRD LLP

By: /s/ *B. Parker Miller*
B. Parker Miller (*pro hac* vice)
Valarie C. Williams (*pro hac* vice)
Thomas P. Grantham (*pro hac* vice)
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com

THE BLOCK FIRM LLC
Max Marks (*pro hac* vice)
Aaron Block (*pro hac* vice)
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305
(404) 997-8419
max.marks@blockfirmllc.com
aaron@blockfirmllc.com

***Attorneys for Defendant Fieldale Farms Corporation***

| QUINN EMANUEL URQUHART & SULLIVAN LLP | SHOOK, HARDY & BACON L.L.P. |
|---|---|
| */s/ Michael D. Bonanno*<br>Michael D. Bonanno<br>William A. Burck<br>Kathleen A. Lanigan<br>1300 I Street, N.W., Suite 900<br>Washington, DC 20005<br>Tel: (202) 538-8000<br>mikebonanno@quinnemanuel.com<br>williamburck@quinnemanuel.com<br>katlanigan@quinnemanuel.com | */s/ Lynn H. Murray*<br>Lynn H. Murray (#6191802)<br>111 S. Wacker Dr., Ste 4700<br>Chicago IL 60606<br>Telephone: (312) 704-7700<br>Facsimile: (312) 558-1195<br>lhmurray@shb.com |
| Debra D. Bernstein<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, Georgia 30338<br>Tel: (404) 482-3502<br>debrabernstein@quinnemanuel.com | Laurie A. Novion (admitted *pro hac vice*)<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>lnovion@shb.com |
| Michelle Schmit<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>michelleschmit@quinnemanuel.com | CONNER & WINTERS, LLP<br><br>John R. Elrod (admitted *pro hac vice*)<br>Vicki Bronson (admitted *pro hac vice*)<br>4375 N. Vantage Drive, Ste. 405<br>Fayetteville, AR 72703<br>Telephone: (479) 582-5711<br>jelrod@cwlaw.com<br>vbronson@cwlaw.com |
| WEIL GOTSHAL & MANGES LLP<br>Carrie C. Mahan<br>2001 M Street N.W., Suite 600<br>Washington, DC 20036<br>Tel: (202) 682-7000<br>carrie.mahan@weil.com<br><br>**Counsel for Defendant Pilgrim's Pride Corporation** | ***Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods Inc.*** |

| | |
|---|---|
| AXINN, VELTROP & HARKRIDER LLP | LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD. |

*/s/ Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Bradley D. Justus (*pro hac vice*)
Daniel K. Oakes (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
Carmel R. Arikat (*pro hac vice*)
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
radcox@axinn.com
bjustus@axinn.com
doakes@axinn.com
klee@axinn.com
carikat@axinn.com

Nicholas E.O. Gaglio (*pro hac vice*)
Denise L. Plunkett (*pro hac vice*)
Kail J. Jethmalani (*pro hac vice*)
114 West 47th Street
New York, NY 10036
T: 212-728-2200
ngaglio@axinn.com
dplunkett@axinn.com
 kjethmalani@axinn.com

 John M. Tanski (*pro hac vice*)
 Jarod G. Taylor (*pro hac vice*)
 90 State House Square
 Hartford, CT 06103
 T: 860-275-8100
 jtanski@axinn.com
 jtaylor@axinn.com

Jordan M. Tank
230 West Monroe Street, Ste 2260
Chicago, IL 60606
T: 312-702-0586
jmt@lipelyons.com

***Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods, LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division, LLC, and Equity Group – Georgia Division, LLC***