# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Maplevale Farms, Inc., et al.

                        Plaintiff,

v.                                                  Case No.: 1:16−cv−08637
                                                     Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 6, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Upon review of the parties' recent trial plan submissions in response to the Court's order of November 22, 2022 [6153], and to the extent the Court denies summary judgment, the Court orders that the trial scheduled for 9/11/2023 will address the claims of the Direct Purchaser Class and all direct action plaintiffs in Track One against all Defendants. Whether that trial addresses Georgia Dock claims, or only supply reduction claims, will be decided on summary judgment. The Court plans to impose time limits during the trial, which will be determined during pretrial conferences scheduled after summary judgment is decided. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.