UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Actions | Case No. 1:16-cv-08637 |

**DECLARATION OF ADAM J. ZAPALA IN SUPPORT OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. RUSSELL MANGUM**

**[REDACTED – PUBLICLY AVAILABLE VERSION]**

I, Adam J. Zapala, declare and state as follows:

1. I am a partner of Cotchett, Pitre & McCarthy, LLP. During the pendency of this litigation, my firm has acted as interim co-lead class counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs"). I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of CIIPPs' Opposition to Certain Defendants' Motion to Exclude the Testimony of Dr. Russell Mangum.

3. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Russell W. Mangum III, Ph.D. Regarding Merits, dated August 31, 2021. For the convenience of the Court, my staff has added highlighting of the relevant passages in this exhibit.

4. Attached hereto as Exhibit B is a true and correct copy of the Expert Reply Report of Russell W. Mangum III, Ph.D. Regarding Merits, dated July 29, 2022. For the convenience of the Court, my staff has added highlighting of the relevant passages in this exhibit.

5. Attached hereto as Exhibit C is a true and correct copy of the Deposition Transcript

of Russell W. Mangum III, Ph.D., dated February 11, 2022. For the convenience of the Court, my staff has added highlighting of the relevant passages in this exhibit.

6. Attached hereto as Exhibit D is a true and correct copy of the Deposition Transcript of Russell W. Mangum III, Ph.D., dated September 7, 2022. For the convenience of the Court, my staff has added highlighting of the relevant passages in this exhibit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 27, 2023, in Burlingame, California.

                                                */s/ Adam J. Zapala*
                                                ADAM J. ZAPALA

# EXHIBIT A

**PROVISIONALLY E-FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT B

**PROVISIONALLY E-FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT C

**PROVISIONALLY E-FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT D

**PROVISIONALLY E-FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**