# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| *All End-User Consumer Plaintiff Actions* | |

# END-USER CONSUMER PLAINTIFFS' MOTION FOR APPROVAL OF PAYMENT OF ADMINISTRATIVE COSTS AND EXTENSION OF CLAIMS FILING DEADLINE

End-User Consumer Plaintiffs (EUCPs) respectfully move this Court: (1) for approval to pay from the settlement funds the accrued and future costs of administering their settlements with the Tyson, Fieldale, Peco, George's, Mar-Jac, and Pilgrim's Defendants ("the Settlements"); and (2) for extension of the December 31, 2022 claims filing deadline for the Settlements.

I.     **PAYMENT OF ADMINISTRATIVE COSTS**

In its Order dated October 29, 2021 (ECF No. 5165), at ¶ 3, this Court stated:

> The Court has appointed A.B. Data as the settlement notice administrator and the administrator of the settlement funds and authorized A.B. Data to commence all aspects of the Class Notice . . . All reasonable costs of settlement administration shall be paid out of the settlement funds, subject to Court review and approval.

The claims period for the Settlements was due to close on December 31, 2022. Through January 31, 2022, A.B. Data incurred fees and expenses in the amount of $888,657.60 in connection with notice and administration of the Settlements. *See* Declaration of Eric Schachter in Support of End-User Consumer Plaintiffs' Motion for Approval of Payment of Administrative Costs and Extension of Claims Filing Deadline ("Schachter Dec."), attached as Exhibit A, at ¶ 12. These fees and expenses were incurred in connection with executing the digital media components of the notice plan, sending more than 30 million emails to potential class members, maintaining the case website and toll-free phone number, taking in and processing more than 1.9 million claims, and responding to inquiries from class members. *Id.* The Settlement Classes include tens of millions of members and providing notice to and administering the claims submitted by so many people is an enormous undertaking. *See* Schachter Dec. at ¶¶ 2-4, 6-12.

A.B. Data has recently sent direct notice to 30 million potential class members to notify them of the Court's certification of the litigation class, pursuant with the Court's

January 4, 2023 Order approving the manner and form of class notice (ECF No. 6196). Schachter Dec. at ¶¶ 2-3. 13. A.B. Data has incurred $370,099.57 in out-of-pocket expenses related to executing the Court-approved notice.

To date, A.B. Data has been paid a total of $23,074.82. As a result, more than $1,235,682.35 of A.B. Data's fees and expenses incurred thus far remain unpaid. *Id.* at ¶¶ 12-13. Co-Lead Counsel for the EUCPs have received and reviewed periodic reports and invoices from A.B. Data related to its work in administering the Settlements, *id.*, and believe the expenses incurred thus far are reasonable, inured to the benefit of class members, and should be paid from the settlement funds.

For the Settlements, A.B. Data estimates that it will incur an additional $550,000 to $750,000 to complete the intake of new claims that are submitted, review and auditing of all the submitted claims, prepare claim calculations, and distribute the settlement fund to eligible class members. *Id.* at ¶ 12. Co-Lead Counsel will continue to receive reports and review invoices from A.B. Data to ensure that future expenses and fees incurred in administering the Settlements are reasonable. Rather than burden the Court with multiple motions for approval of payment of administrative costs, EUCPs respectfully request permission to pay the future costs of administering the Settlements from the settlement funds, provided Co-Lead Counsel's review of future invoices and reports from A.B. Data establishes those costs to be reasonable.

## II. EXTENDING THE CLAIMS FILING DEADLINE

To date, more than 2.2 million potential class members have submitted claims. Schachter Dec. at ¶ 7. Although the claims period was set to close on January 31, 2022, A.B. Data continues to receive claims from class members in response to the ongoing class certification notice. *Id.* at ¶ 4. Potential class members who receive notice of class

certification should be able to participate in the settlements if they so choose.

Treating these claims as timely would not unduly delay other class members' recovery, nor would it affect the progress of other aspects of the case. Co-Lead Counsel therefore believe that the December 31, 2022 claims deadline should be extended to allow the filing of additional timely claims. The exclusion deadline for class certification is April 4, 2023 and EUCPs propose extending the claims filing deadline to the same date.

WHEREFORE, EUCPs respectfully request that this Court enter an Order: (1) approving payment from the settlement funds of A.B. Data's past and future costs of administering the Settlements; and (2) extending the claims filing deadline until April 4, 2023.

DATED: February 9, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By s/ Shana E. Scarlett
SHANA E. SCARLETT

Rio R. Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

-3-

*Co-Lead Counsel for End-User Consumer
Indirect Purchaser Plaintiffs Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 9, 2023 a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

                                                         s/ Shana E. Scarlett
                                                       SHANA E. SCARLETT