# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| | **DECLARATION OF ERIC SCHACHTER IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF PAYMENT OF ADMINISTRATIVE COSTS AND EXTENSION OF CLAIMS FILING DEADLINE** |
| This Document Relates to: All End-User Consumer Plaintiff Actions | |

I, Eric Schachter, declare as follows:

1. I am a Senior Vice President of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I submit this declaration at the request of Co-Lead Counsel in connection with the above-captioned action (the "Action").

2. As detailed in my previous Declaration of Eric Schachter in Support of Plaintiffs' Motion to Approve the Manner and Form of Class Notice dated June 22, 2021 (ECF No. 4921-2) and my previous Declaration of Eric Schachter in Support of Plaintiffs' Motion for Final Approval of Settlement dated December 6, 2021 (ECF No. 5248-1) (the "Schachter December Declaration"), and pursuant to the Court's Order Regarding December 20, 2021, Hearing on Final Approval of

1

Tyson, Fieldale, Peco, George's, Mar-Jac, and Pilgrim's Settlement dated October 29, 2021 (ECF No. 5165), A.B. Data has been acting as Settlement Administrator for this Action. As Settlement Administrator, A.B. Data previously provided notice to the Class and has been receiving and processing claims from Class Members. Pursuant to the Court's January 4, 2023, Order Granting End-User Consumer Plaintiffs' Uncontested Motion to Approve the Manner and Form of Class Notice (ECF No. 6196), A.B. Data has recently sent another round of notice to the Class (the "Class Cert Notice").

3. Both the Class Cert Notice and the initial notice of the Settlements featured a combination of: i) direct Email Notice to approximately 30 million potential Class Members; ii) a digital advertising campaign on numerous digital and social media platforms; iii) a news release disseminated via *PR Newswire;* and iv) a toll-free number and case specific website to address potential Class Member inquiries.

4. Over 2.2 million claims from potential Class Members have been submitted to date. The claim period was due to close on December 31, 2022. A.B. Data continues to receive claims from Class Members in response to the ongoing Class Cert Notice.

### Claims Processing Activities

5. Class Members who wish to be eligible to receive a distribution from the previously reached Settlements are required to complete and submit to A.B. Data a properly executed Claim Form.

6. In preparation for receiving and processing the submitted Claim Forms, A.B. Data (i) conferred with Co-Lead Counsel to define the project guidelines for processing claims; (ii) created a unique database to store Claim Form details, images of Claims Forms, and supporting

documentation; and (iii) trained staff in the specifics of the project so that Claim Forms would be properly processed.

7. As of the date of this Declaration, over 2.2 million Claim Forms were received by A.B. Data either through "paper" Claim Forms submitted by mail or "online" Claim Forms submitted through the case website, www.overchargedforchicken.com. Once received, paper Claim Forms were opened and prepared for scanning. Once prepared, the paper Claim Forms were scanned into a database together with any submitted documentation. Each Claim Form was assigned a unique Claim Form number. The information from each Claim Form, including the claimant's name, address, and estimate of the quantity and costs of chicken products that were purchased during the Class Period listed on the Claim Form, was entered into a database developed by A.B. Data to process Claim Forms.

8. All claims are subject to review and/or audit by the Settlement Administrator. A.B. Data will undertake certain audits and secondary reviews of the submitted claims, in consultation with Co-Lead Counsel, to determine which claims are valid, and for purposes of culling out any duplicate or fraudulent claims. For example, where a) the claimed amount appears high in comparison to other claimants; b) information on the Claim Form suggests the claimant is not a Class Member; and/or c) members of A.B. Data's staff identified a claim that was potentially suspicious or not genuine.

9. Claimants will be sent notifications via email and/or mail to provide an opportunity to resolve any issues identified in their claim. If the claimant fails to correct the deficiency within the time specified, the claim may be rejected in whole or in part.

10. Once all claims processing and auditing has been completed, the Net Settlement Fund will be distributed to eligible Class Members based on the claimed purchase amounts during

the Class Period. More specifically, eligible claimants will receive a flat payment amount with the option to receive an additional amount if their purchases exceed a certain threshold and actual supporting documentation evidencing those purchases is provided. The specific amount of the flat payment will be determined based on the total number of claimed purchases and eligible claimants.

11. A.B. Data will send Settlement payments digitally to each eligible Class Member using the email address provided on the Claim Form. At the time of distribution, claimants will also have the opportunity to request a traditional paper check payment by mail.

### Administrative Costs

12. A.B. Data agreed to be the Settlement Administrator in exchange for payment of its fees and expenses. Co-Lead Counsel received reports on and invoices for all of the work A.B. Data performed with respect to the administration of the Settlement to date. Through January 31, 2022, A.B. Data has incurred Settlement administration costs of $888,657.60. These costs include fees and out-of-pocket expenses related effectuating the initial round of Settlement notice, maintaining the case website and toll-free phone number; intaking and processing over 2.2 million claims; and responding to Class Member inquiries. A.B. Data estimates additional Settlement administration costs of approximately $550,000 to $750,000 to complete the intake of additional claims that are submitted, review and auditing of all of the submitted claims, prepare claim calculations, and distribute the Net Settlement Fund to eligible Class Members. To date, A.B. Data has been paid a total of $23,074.82 from the Settlement Fund, in accordance with the Settlement Agreements.

13. A.B. Data has also incurred $370,099.57 in out-of-pocket expenses related to executing the Court-approved Class Cert Notice, such as placing digital banner ads and sending approximately 30 million emails to Class Members.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 9th day of February 2023 in Milwaukee, Wisconsin.

_____
Eric Schachter

5