IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE BROILER CHICKEN ANTITRUST
LITIGATION

No. 1:16-cv-08637

Honorable Thomas M. Durkin

This Document Relates To:

*All End-User Consumer Plaintiff Actions*

**ORDER GRANTING PLAINTIFFS' MOTION FOR
APPROVAL OF PAYMENT OF ADMINISTRATIVE COSTS
AND EXTENSION OF CLAIMS FILING DEADLINE**

This matter comes before the Court on Plaintiffs' Motion for Approval of Payment of Administrative Costs and Extension of Claims Filing Deadline ("Motion"), for the reasons provided therein and for good cause shown, the Motion is GRANTED as follows:

1.      Co-Lead Counsel for the End-User Consumer Plaintiffs ("EUCPs") are authorized to reimburse A.B. Data for the $888,657.60 of A.B. Data has incurred in connection with notice and administration of the class settlements, as well as the $370,099.57 in out-of-pocket expenses related to executing the Court-approved notice.

2.      Co-Lead Counsel for the EUCPs shall continue to review periodic reports and invoices from A.B. Data related to administering the settlements and providing class certification notice. Co-Lead Counsel may pay future involves from A.B. Data if Co-Lead Counsel determines the future invoices are reasonable and that the costs were incurred for the benefit of the class.

3.      The deadline for a class member to file a claim for the settlements with the Tyson, Fieldale, Peco, George's, Mar-Jac, and Pilgrim's Defendants is hereby extended to April 3, 2023. IT IS SO ORDERED.

DATED:  February 13, 2023

_____

HONORABLE THOMAS M. DURKIN
UNITED STATES DISTRICT COURT JUDGE