UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To: All Cases | Case No. 1:16-cv-08637 |

## AGREED ORDER REGARDING THE TRACK ONE PARTIES' JOINT SUBMISSION TO COURT REGARDING LIMITED EVIDENTIARY DISCOVERY

This cause coming before the Court following the Track One Parties' Joint Submission to Court Regarding Limited Evidentiary Discovery (Dkt. 6298), the Track One Parties' supplemental letters regarding these issues (Dkt. 6329–30), the Court's February 22, 2023 Memorandum Order (Dkt. 6309), and the Court's March 8, 2023 hearing (Dkt. 6333, 6337), the parties being in agreement, and the Court being duly advised in the premises, IT IS HEREBY ORDERED:

1. By April 14, 2023, the Track One Parties will identify up to 50 documents (per party) produced by any Defendant, Plaintiff, or third party (hereinafter the "designee party"), for which the designating party or parties seek a limited evidentiary deposition. The Track One Parties shall endeavor to provide, for each identified document, any information that may be helpful in resolving admissibility disputes, such as the purpose for which the document may be offered (if not for the truth of the matter asserted).

2. Between April 15–28, 2023, the designating party or parties will meet and confer with the designee party. The goal of these meet and confers is to minimize or fully resolve admissibility disputes, if possible, with respect to the designated documents, such that those documents for which disputes have been resolved do not need to be addressed in any subsequent deposition.

3. By May 4, 2023, the Track One Parties shall submit a report to the Court describing their progress to date, and any disputes remaining.

4. On May 11, 2023, at 10:00 am central, the Court will hold a hearing to discuss the Track One Parties' May 4 submission.

5. Between May 12 and June 30, 2023, except to the extent authenticity, hearsay and foundation objections have been resolved, the designating parties will conduct a deposition of each designee party (limited to the documents referenced above)

under Federal Rule of Civil Procedure 30(b)(6). Seven hours will be the default for these depositions. However, the parties will work in good faith to reduce that amount of time as they reach agreement as discussed above on the admissibility of documents on the list.

Dated: 3/14/2023

_____
Honorable Jeffrey T. Gilbert
United States Magistrate Judge