**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** _____ THIS DOCUMENT RELATES TO: *ALL TRACK 1 CASES* | Case No: 1:16-cv-08637 Hon. Judge Thomas M. Durkin Magistrate Judge Jeffrey T. Gilbert |

**JOINT SUBMISSION REGARDING SUMMARY JUDGMENT ORAL ARGUMENT**

In response to the Court's March 20, 2023 Minute Entry (Dkt. 6428) regarding Defendants' Request for Oral Argument, Defendants conferred with Plaintiffs and the Track 1 Parties hereby submit the following proposed structure for the two-day argument for the Court's consideration:

Day One of Oral Argument (Joint Position)

1. For the first day of oral argument, the Track 1 Parties request that the Court hold oral argument on the following joint motions for summary judgment:

- Defendants' Opening Statement – 10 minutes

- Track 1 Plaintiffs' Opening Statement – 10 minutes

- Defendants' Motion for Summary Judgment Concerning Alleged Agreement to Restrict Broiler Supply (Dkt. 5996) – 60 minutes per side

- Georgia Dock Defendants' Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs' Georgia Dock Claims (Dkt. 5878) – 50 minutes per side

- Defendants' Motion for Partial Summary Judgment as to Overarching Conspiracy Claims (Dkt. 5901) – 20 minutes per side

- Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy" (Dkt. 5527-1) – 20 minutes per side

- Plaintiffs' Motion for Summary Judgment Regarding Affirmative Defenses (Dkt. 5870) – 20 minutes per side

For each of these motions, the Track 1 Parties request that the movant be permitted to reserve a reasonable amount of their allotted time for rebuttal, which would immediately follow opposition argument on that motion. The Track 1 Parties propose the time allocations above, but will, of course, defer to the Court as to the amount of time it wishes to allocate to each motion.

Day Two of Oral Argument (Partially Disputed Position)

2. The Track 1 Parties suggest that the Court hold oral argument on Defendants' individual motions for summary judgment during the second day. The Track 1 Parties agree that the total time shall be divided equally among the individual summary judgment motions for those Defendants who wish to have oral argument on their individual motions. The Track 1 Parties also agree that arguments will alternate from each individual Defendant's motion to each individual opposition, and each opposition would be immediately followed by any reserved rebuttal time by that Defendant. However, the Track 1 Parties disagree on the timing of that second day of oral argument and the total time needed for that day.

*Defendants' Position*. Some Defendants would like the opportunity for oral argument on their individual motions for summary judgment, and some Defendants are prepared to rest on their papers. However, the number of Defendants who wish to be heard on their individual motions may change as a result of the hearing on the joint motions for summary judgment. For that reason, Defendants request that the Court set a second day—not on a consecutive day with the hearing on the joint motions, subject to the Court's schedule—for oral argument on the individual Defendant summary judgment motions. Defendants will notify the Court and Plaintiffs of the individual Defendant motions that will be argued at least two weeks in advance of this second day of oral argument, including so that the Court and the Track 1 Plaintiffs can adequately prepare for oral argument on those motions. Defendants suggest that for this second day of argument, Defendants

and Track 1 Plaintiffs would each have 240 total minutes. Given the number of individual Defendant motions likely to be argued, this allocation ensures sufficient time to address each motion. Further, Defendants' position is that Plaintiffs' suggestion to allow Plaintiffs to reserve time during the second day to argue "common issues" would not help to resolve the different motions and that time would be better spent on the motions themselves. It is important for the Court to hear argument on each motion on its own, as evidenced by the Court's Order denying Plaintiffs' Motion for Leave to Consolidate Summary Judgment Opposition Briefs Into a Single Omnibus Brief. (Dkt. 6223.)

*Track 1 Plaintiffs' Position*. If the Court wishes to hear oral argument on the individual Defendant summary judgment motions, Track 1 Plaintiffs are amenable to a second day of argument dedicated to the individual Defendant summary judgment motions, but Track 1 Plaintiffs do not see the logic in holding the second day of oral argument at least two weeks after the first. Track 1 Plaintiffs believe it is beneficial to hold this second day of argument consecutive to the first day, if the Court's schedule allows it, to further judicial and party economy in preparations, to minimize travel costs, and to expedite resolution of the motions. For those Defendants who already decided to rest on their papers, Track 1 Plaintiffs ask that Defendants identify the individual summary judgment motions now so they can avoid unnecessary work preparing for argument on those motions. Track 1 Plaintiffs suggest that for this second day of argument, Defendants and Track 1 Plaintiffs would each have 180 total minutes, which equates to six hours of argument. Taken together with the six hours allotted to the first day, the hearing would last for 12 hours, which is equal to the time allocated to the parties for the two-day class certification hearing. Track 1 Plaintiffs also request that they be permitted to reserve a reasonable amount of

time from each individual Defendant motion to argue common issues in opposition to these motions.

### All Other Motions

3. All Track 1 parties agree and respectfully submit that to conserve judicial resources, the Court may resolve Defendants' Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs' State Law Claims (Dkt. 5846), Certain Defendants' Motion for Summary Judgment on Statute of Limitations Grounds (Dkt. 5947), all of Defendants' Daubert motions (Dkts. 5856, 5862, 5885, 5891, 5892, 5896, 5897, 5910, 5929, and 5930), and Certain Plaintiffs' Daubert motion (Dkt. 5914) on the papers without oral argument.

Dated: April 14, 2023

VENABLE LLP

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge (#437678)
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

Respectfully submitted,

SHOOK HARDY & BACON LLP

/s/ *Lynn H. Murray*
Lynn H. Murray (#6191802)
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
CONNER & WINTERS
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc.*

5

ARENTFOX SCHIFF LLP

By: */s/ Margaret A. Hickey*
Margaret A. Hickey
Lawrence Harris Heftman
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
maggie.hickey@afslaw.com
lawrence.heftman@afslaw.com
kylie.wood@afslaw.com

Robert J. Wierenga
Suzanne L. Wahl
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, AR 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

MAYER BROWN LLP

By: */s/ Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (*pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
Katherine M. Bleicher (*pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com
kbleicher@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC and Foster Poultry Farms, a California Corporation*

NOVACK AND MACEY LLP

By: /s/ *Stephen Novack*
Stephen Novack (#2067587)
Stephen J. Siegel (#6209054)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@novackmacey.com
ssiegel@novackmacey.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc.*


VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

HOGAN LOVELLS US LLP

By: /s/ *William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND STONE P.L.C.

Jacob D. Koering
225 West Washington Street, Ste 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

| | |
|---|---|
| VAUGHAN & MURPHY | PROSKAUER ROSE LLP |
| By: /s/ *Charles C. Murphy, Jr.* | By: /s/ *Christopher E. Ondeck* |
| Charles C. Murphy, Jr. | Christopher E. Ondeck (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | Stephen R. Chuk (admitted *pro hac vice*) |
| 690 S Ponce Court NE | 1001 Pennsylvania Ave., NW, Ste 600 South |
| Atlanta, GA 30307 | Washington, DC 20004 |
| Telephone: (404) 667-0714 | Telephone: (202) 416-6800 |
| Facsimile: (404) 529-4193 | Facsimile: (202) 416-6899 |
| cmurphy@vaughanandmurphy.com | condeck@proskauer.com |
| | schuk@proskauer.com |

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr.
(admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison (#6275116)
Michael P. Mayer (#6272677)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

-and-

Scott A. Eggers (admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
seggers@proskauer.com

-and-

Kyle A. Casazza (admitted pro hac vice)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

| | |
|---|---|
| STINSON LLP | EVERSHEDS SUTHERLAND (US) LLP |
| By: /s/ *William L. Green* | By: /s/ *Patricia A. Gorham* |
| William L. Greene (admitted *pro hac vice*) | Patricia A. Gorham (admitted *pro hac vice*) |
| Peter J. Schwingler (admitted *pro hac vice*) | James R. McGibbon (admitted *pro hac vice*) |
| Kevin P. Kitchen (admitted *pro hac vice*) | Peter M. Szeremeta (admitted *pro hac vice*) |
| 50 South Sixth Street, Ste 2600 | Kaitlin A. Carreno (admitted *pro hac vice*) |
| Minneapolis, MN 55402 | Dylan de Fouw (admitted *pro hac vice*) |
| Telephone: (612) 335-1500 | Rebekah Whittington (admitted *pro hac vice*) |
| william.greene@stinson.com | 999 Peachtree Street, N.E., Ste 2300 |
| peter.schwingler@stinson.com | Atlanta, GA 30309-3996 |
| kevin.kitchen@stinson.com | Telephone: (404) 853-8000 |
| | Facsimile: (404) 853-8806 |
| J. Nicci Warr (admitted *pro hac vice*) | patriciagorham@eversheds-sutherland.com |
| 7700 Forsyth Blvd., Suite 1100 | jimmcgibbon@eversheds-sutherland.com |
| St. Louis, MO 63105 | peterszeremeta@eversheds-sutherland.com |
| Telephone: (314) 259-4570 | katilincarreno@eversheds-sutherland.com |
| nicci.warr@stinson.com | dylandefouw@eversheds-sutherland.com |
| | rebekahwhittington@eversheds-sutherland.com |
| SUGAR FELSENTHAL GRAIS & HELSINGER LLP | AMUNDSEN DAVIS, LLC |
| John C. Martin (#6225557) | Ronald Balfour (#6307658) |
| 30 N. LaSalle Street, Ste 3000 | 150 N. Michigan Avenue, Ste 3300 |
| Chicago, IL 60602 | Chicago, Illinois 60601 |
| Telephone: (312) 704-2172 | Telephone: (312) 894-3369 |
| Facsimile: (312) 372-7951 | Facsimile: (312) 997-1828 |
| jmartin@sfgh.com | RBalfour@amundsendavislaw.com |
| | *Attorneys for Defendant Harrison Poultry, Inc.* |
| THE LAW GROUP OF NORTHWEST ARKANSAS LLP | |
| Gary V. Weeks (admitted *pro hac vice*) | |
| K.C. Dupps Tucker (admitted *pro hac vice*) | |
| Kristy E. Boehler (admitted *pro hac vice*) | |
| 1830 Shelby Lane | |
| Fayetteville, AR 72704 | |
| Telephone: (479) 316-3760 | |
| gary.weeks@lawgroupnwa.com | |
| kc.tucker@lawgroupnwa.com | |
| kristy.boehler@lawgroupnwa.com | |
| *Attorneys for Defendants George's, Inc. and George's Farms, Inc* | |

KUTAK ROCK LLP

By: */s/ John Passarelli*
John P. Passarelli
James M. Sulentic
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll
Jeffrey M. Fletcher
Stephen M. Dacus
KUTAK ROCK LLP
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.carroll@kutakrock.com
jeffrey.fletcher@kutakrock.com
stephen.dacus@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.*

*/s/ Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
JOSEPH D. CARNEY & ASSOCIATES LLC
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

Thomas M. Staunton
Daniel M. Feeney
MILLER SHAKMAN LEVINE & FELDMAN LLP
30 West Monroe Street, Suite 1900
Chicago, IL 60603
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

Deborah A. Klar (admitted *pro hac vice*)
D. KLAR LAW
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

10

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Lara Flath*
Patrick Fitzgerald (#6307561)
Gail Lee (#6318334)
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

EDWARD C. KONIECZNY LLC

By: */s/ Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
1105 W. Peachtree St. NE Suite 1000
Atlanta, GA 30309
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP

David C. Newman (admitted *pro hac vice*)
Wm. Parker Sanders (admitted *pro hac vice*)
1105 W. Peachtree St. NE Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com

James L. Thompson (#6199621)
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 445-4623
Facsimile: (312) 896-5883
jthompson@lynchthompson.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Michael D. Bonanno*
Michael D. Bonanno
William A. Burck
Kathleen A. Lanigan
1300 I St. NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
williamburck@quinnemanuel.com
katlanigan@quinnemanuel.com

Debra D. Bernstein
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Tel: (404) 482-3502
debrabernstein@quinnemanuel.com

Michelle Schmit
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
michelleschmit@quinnemanuel.com

WEIL GOTSHAL & MANGES LLP

Carrie C. Mahan
2001 M St. NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
carrie.mahan@weil.com

*Counsel for Defendant Pilgrim's Pride Corporation*

PROSKAUER ROSE LLP

By: /s/ *Marc E. Rosenthal*
Marc E. Rosenthal
70 W. Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3530
mrosenthal@proskauer.com

-and-

Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

and-

Scott A. Eggers (admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
seggers@proskauer.com

-and-

Kyle A. Casazza (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.co

*Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (*pro hac vice*)
Bradley D. Justus (*pro hac vice*)
Michael J. O'Mara (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
1901 L Street NW
Washington, D.C. 20036
T. 202-921-4700
radcox@axinn.com
doakes@axinn.com
bjustus@axinn.com
momara@axinn.com
klee@axinn.com

John M. Tanski (*pro hac vice*)
Jarod G. Taylor (*pro hac vice*)
90 State House Square
Hartford, CT 06103
T. 860-275-8175
jtanski@axinn.com
jtaylor@axinn.com

Nicholas E.O. Gaglio (*pro hac vice*)
Denise L. Plunkett (*pro hac vice*)
Kail J. Jethmalani (*pro hac vice*)
114 West 47th Street
New York, NY 10036
T. 212-728-2331
ngaglio@axinn.com
dplunkett@axinn.com
kjethmalani@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.
Jordan M. Tank (#6304122)
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
T: 312-702-0586
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc.; Tyson Breeders, Inc.; Tyson Chicken, Inc.; Tyson Poultry, Inc.; Keystone Foods LLC; Equity Group Eufaula Division, LLC; Equity Group Kentucky Division, LLC; and Equity Group—Georgia Division, LLC*

ALSTON & BIRD LLP

By: /s/ *B. Parker Miller*
By: /s/ B. Parker Miller
B. Parker Miller (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
Thomas P. Grantham (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com

THE BLOCK FIRM LLC

Max Marks (*pro hac vice*)
Aaron Block (*pro hac vice*)
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305
(404) 997-8419
max.marks@blockfirmllc.com
aaron@blockfirmllc.com

*Attorneys for Defendant Fieldale Farms Corporation*

**CERA LLP**
Solomon B. Cera
201 California Street, Suite 1240
San Francisco, CA 94111
Tel: (415) 777-2230
E-mail: scera@cerallp.com

**CERA LLP**
C. Andrew Dirksen
800 Boylston Street, 16th Floor
Boston, MA 02199
Tel: (857) 453-6555
E-mail: cdirksen@cerallp.com

**HAYNSWORTH SINKLER BOYD P.A.**
Elizabeth H. Black
Mary C. Eldridge
1201 Main Street, 22nd Floor
Columbia, SC 29201-3226
Tel: (803) 540-7753
E-mail: eblack@hsblawfirm.com
E-mail: meldridge@hsblawfirm.com

-and-

Jay W. Matthews, III
1 North Main Street, 2nd Floor
Greenville, SC 29601
Tel: (864) 240-3200
Email: jmatthews@hsblawfirm.com

/s/ *Eric R. Lifvendahl*
**L&G LAW GROUP**
Eric R. Lifvendahl
175 W. Jackson Boulevard, Suite 950
Chicago, IL 60604
Tel: (312) 364-2500
E-mail: elifvendahl@lgcounsel.com

**KAPLAN FOX & KILSHEIMER, LLP**
Robert N. Kaplan
Gregory K. Arenson
Jeffrey P. Campisi
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
E-mail: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
E-mail: jcampisi@kaplanfox.com
E-mail: mmccahill@kaplanfox.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Tel: (412) 471-3490
E-mail: marcus@marcus-shapira.com
E-mail: cain-mannix@marcus-shapira.com
E-mail: allen@marcus-shapira.com

*Counsel for Direct Action Plaintiffs Affiliated Foods, Inc.; Action Meat Distributors, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.;*
*URM Stores, Inc.; W. Lee Flowers & Company, Inc.; KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

| | /s/ Daniel D. Owen |
|---|---|
| **POLSINELLI PC** | **POLSINELLI PC** |
| Rodney L. Lewis (IL Bar No. 6288353) | Amy D. Fitts (IL Bar No. 629248) |
| 150 N. Riverside Plaza, Suite 3000 | Daniel D. Owen (MO Bar No. 41514) |
| Chicago, IL 60606 | *Pro Hac Vice* |
| Telephone: (312) 819-1900 | Guillermo G. Zorogastua (MO Bar No. 59643) |
| Facsimile: (312) 819-1910 | *Pro Hac Vice* |
| Email: rodneylewis@polsinelli.com | 900 W. 48th Place, Suite 900 |
| Attorneys for Plaintiff | Kansas City, MO 64112 |
| | Telephone: (816) 753-1000 |
| Associated Wholesale Grocers, Inc. | Facsimile: (816) 753-1536 |
| | Email: afitts@polsinelli.com |
| | Email: dowen@polsinelli.com |
| | Email: gzorogastua@polsinelli.com |

*Attorneys for Plaintiff Associated Wholesale Grocers, Inc.*

|  |  |
|---|---|
| **SHERRARD ROE VOIGT & HARBISON, PLC** <br> Phillip F. Cramer <br> Ryan T. Holt <br> 150 3rd Avenue South, Suite 1100 <br> Nashville, TN 37201 <br> Tel: (615) 742-4200 <br> Email: pcramer@srvhlaw.com <br> Email: rholt@srvhlaw.com | /s/ *David P. Germaine* <br> **SPERLING & SLATER, P.C.** <br> Paul E. Slater <br> Joseph M. Vanek <br> David P. Germaine <br> John P. Bjork <br> 55 West Monroe Street <br> Suite 3200 <br> Chicago, Illinois 60603 <br> Tel: (312) 641-3200 <br> Fax: (312) 641-6492 <br> Email: PES@Sperling-law.com <br> Email: JVanek@Sperling-law.com <br> Email: DGermaine@Sperling-law.com <br> Email: JBjork@Sperling-law.com |

*Counsel for Direct Action Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp.*

|  |  |
|---|---|
| /s/ *William J. Blechman* <br> **KENNY NACHWALTER, P.A.** <br> William J. Blechman <br> Kevin Murray <br> Douglas Patton <br> Samuel Randall <br> Michael Ponzoli <br> 1441 Brickell Avenue <br> Suite 1100 <br> Miami, Florida 33131 <br> Tel: (305) 373-1000 <br> Fax: (305) 372-1861 <br> Email: wblechman@knpa.com <br> Email: kmurray@knpa.com <br> Email: dpatton@knpa.com <br> Email: srandall@knpa.com <br> Email: mponzoli@knpa.com <br><br> *Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets (the "Kroger DAPs")* | /s/ *Patrick J. Ahern* <br> **AHERN AND ASSOCIATES, P.C.** <br> Patrick J. Ahern <br> Theodore B. Bell <br> 8 South Michigan Ave., Suite 3600 <br> Chicago, IL 60603 <br> Tel: (312) 404-3760 <br> Email: patrick.ahern@ahernandassociatespc.com <br> Email: theo.bell@ahernandassociatespc.com <br><br> *Counsel for Plaintiffs Winn-Dixie Stores, Inc and Bi-Lo Holdings, LLC (the "Winn-Dixie DAPs")* |

**PEARSON SIMON & WARSHAW, LLP**
Bruce L. Simon (*Pro Hac Vice*)
350 Sansome Street, Suite 680
San Francisco, CA 94104
Tel: (415) 433-9000
Fax: (415) 433-9008
Email: bsimon@pswlaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

**HART MCLAUGHLIN & ELDRIDGE, LLC**
Steven A. Hart (#6211008)
Brian Eldridge (#6281336)
22 West Washington Street, Suite 1600
Chicago, IL 60602
Tel: (312) 955-0545
Fax: (312) 971-9243
Email: shart@hmelegal.com
Email: beldridge@hmelegal.com

*Direct Purchaser Plaintiffs' Liaison Class Counsel*

/s/  *W. Joseph Bruckner*
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (#6306761)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
Email: wjbruckner@locklaw.com
Email: bdclark@locklaw.com
Email: samorbey@locklaw.com
Email: kjpozan@locklaw.com

**PEARSON SIMON & WARSHAW, LLP**
Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Tel: (818) 788-8300
Fax: (818) 788-8104
Email: cpearson@pswlaw.com
Email: dwarshaw@pswlaw.com
Email: tnolan@pswlaw.com
Email: bpouya@pswlaw.com
Email: mpearson@pswlaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

|  | /s/ *Daniel E. Gustafson* |
|---|---|
| **WEXLER BOLEY & ELGERSMA LLP** | **GUSTAFSON GLUEK PLLC** |
| Kenneth A. Wexler | Daniel E. Gustafson |
| Kara A. Elgersma | Daniel C. Hedlund |
| Melinda J. Morales | Michelle J. Looby |
| 55 W. Monroe Street, Suite 3300 | Joshua R. Rissman |
| Chicago, IL 60603 | Brittany N. Resch |
| Tel: (312) 346-2222 | 220 South Sixth Street, #2600 |
| Email: kaw@wbe-llp.com | Minneapolis, MN 55402 |
| Email: kae@wbe-llp.com | Tel: (612)333-8844 |
| Email: mjm@wbe-llp.com | Email: dgustafson@gustafsongluek.com |
|  | Email: dhedlund@gustafsongluek.com |
| *Commercial and Institutional Indirect* | Email: mlooby@gustafsongluek.com |
| *Purchaser Plaintiffs' Liaison Counsel* | Email: jrissman@gustafsongluek.com |
|  | Email: bresch@gustafsongluek.com |

**COTCHETT, PITRE & MCCARTHY, LLP**
Adam Zapala
Tamarah Prevost
James G. Dallal
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Email: azapala@cpmlegal.com
Email: tprevost@cpmlegal.com
Email: jdallal@cpmlegal.com

*Commercial and Institutional Indirect*
*Purchaser Plaintiffs' Interim Co-Lead Counsel*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Brent W. Johnson Benjamin
D. Brown Daniel H.
Silverman Alison Deich
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Email: bjohnson@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: adeich@cohenmilstein.com

/s/ *Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Breanna Van Engelen
1301 Second Avenue, Suite 2000
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Tel: (206) 623-7292
Email: steve@hbsslaw.com
Email: breannav@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett
Rio R. Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel: (510) 725-3000
Email: shanas@hbsslaw.com
Email: riop@hbsslaw.com

*End-User Consumer Plaintiffs' Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023, a true and correct copy of the foregoing was served on all counsel of record through the Court's electronic filing system.

*/s/ J. Douglas Baldridge*
J. Douglas Baldridge