IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No.: 1:16-cv-08637<br><br>Hon. Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**MOTION FOR LEAVE TO WITHDRAW THE APPEARANCES OF
ATTORNEYS FOR DEFENDANT PILGRIM'S PRIDE CORPORATION**

Pursuant to Local Rule 83.17, Defendant Pilgrim's Pride Corporation respectfully requests leave of this Court to withdraw the appearances of Carrie C. Mahan, Alli G. Katzen, Corey K. Brady, Daniel A. Baquet, Drew K. Cypher, Sandra Nicole Booth, Brian G. Liegel, Pravin R. Patel, and Rachel E. Crosswell as its attorneys of record in the above-referenced actions. Attorneys at Quinn, Emanuel, Urquhart & Sullivan LLP will continue to represent Defendant Pilgrim's Pride Corporation in these actions.

WHEREFORE, Pilgrim's Pride Corporation requests that this court grant Carrie C. Mahan, Alli G. Katzen, Corey K. Brady, Daniel A. Baquet, Drew K. Cypher, Sandra Nicole Booth, Brian G. Liegel, Pravin R. Patel, and Rachel E. Crosswell leave to withdraw as counsel for Defendant in these actions and enter an order withdrawing Carrie C. Mahan, Alli G. Katzen, Corey K. Brady, Daniel A. Baquet, Drew K. Cypher, Sandra Nicole Booth, Brian G. Liegel, Pravin R. Patel, and Rachel E. Crosswell's appearances as counsel for Pilgrim's Pride Corporation in these actions.

| | |
|---|---|
| Dated: May 10, 2023 | Respectfully submitted, |
| | **WEIL, GOTSHAL & MANGES, LLP** |
| | /s/ Carrie C. Mahan |
| | Carrie C. Mahan |
| | 2001 M Street N.W., Suite 600 |
| | Washington, DC 20036 |
| | Tel: (202) 682-7000 |
| | carrie.mahan@weil.com |
| | |
| | **QUINN EMANUEL, URQUHART & SULLIVAN LLP** |
| | |
| | Michael D. Bonanno |
| | William A. Burck |
| | Kathleen A. Lanigan |
| | 1300 I Street, N.W., Suite 900 |
| | Washington, DC 20005 |
| | Tel: (202) 538-8000 |
| | mikebonanno@quinnemanuel.com |
| | williamburck@quinnemanuel.com |
| | katlanigan@quinnemanuel.com |
| | |
| | Debra D. Bernstein |
| | 1050 Crown Pointe Parkway, Suite 500 |
| | Atlanta, Georgia 30338 |
| | Tel: (404) 482-3502 |
| | debrabernstein@quinnemanuel.com |
| | |
| | Michelle Schmit |
| | 191 N. Wacker Drive, Suite 2700 |
| | Chicago, IL 60606 |
| | Tel: (312) 705-7400 |
| | michelleschmit@quinnemanuel.com |
| | |
| | *Counsel for Defendant Pilgrim's Pride Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023 a true and correct copy of the foregoing document was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all counsel of record.

*/s/ Carrie C. Mahan*
Carrie C. Mahan
