UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Maplevale Farms, Inc., et al.
                         Plaintiff,

v.                                         Case No.: 1:16−cv−08637
                                              Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 11, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: The Court intends the second day of oral argument to focus on the evidence of a supply restraint conspiracy against each individual defendant. With 22 defendants and 390 minutes, argument will be limited to 17 minutes per defendant, split between each side. This is insufficient time for a traditional oral argument format. To streamline the process, the Court has prepared a draft memorandum of non−expert evidence of "parallel conduct" and "plus conduct" by each defendant, which the Court has located in the record (with the exception of Agri Stats), which will be emailed to counsel. This memo does NOT constitute the Court's findings, and is only intended as an aide to oral argument, and may be updated before the day of argument. Plaintiffs' counsel should be prepared to answer the following questions: (1) is there any additional non−expert evidence in the record the Court should consider that is not cited in the memo; (2) what are your responses to any defendant's argument that the evidence in the memo is taken out of context; and (3) why is this evidence sufficient for the Court to find that a reasonable jury could find that the defendant in question participated in the conspiracy by a preponderance of the evidence. Defendants' counsel should be prepared to answer the following questions: (1) has any of the evidence in the memo been taken out of context; and (2) why are any alternative explanations for the evidence in the memo sufficient to demonstrate that the evidence does not meet the preponderance standard as a matter of law. The Court's current position is that the Fructose and Kleen cases provide the controlling legal standards for this motion. The parties' arguments about the weight of the evidence should be made with reference to the evidence in those cases. Considering the time constraints, any power points should be brief, and the Court will not review any power point slides that are not used during the oral arguments. No additional briefs or other written submissions should be filed on the docket. The Court intends to address each defendant in alphabetical order, with the exception of Agri Stats being addressed last. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.