## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>All End User Plaintiff Actions | |

### END-USER CONSUMER PLAINTIFFS' NOTICE OF SETTLEMENT WITH DEFENDANT HARRISON POULTRY, INC.

End-User Consumer Plaintiffs respectfully notify the Court that they have reached an agreement with Defendant Harrison Poultry, Inc. to settle all claims in this action. Consistent with the parties' agreement, End-User Consumer Plaintiffs will move for preliminary approval and, ultimately, final approval of the proposed settlement in the near future.

Dated: May 23, 2023

Respectfully submitted,

*/s/ Shana E. Scarlett*
Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com

- 1 -

breannav@hbsslaw.com
abigailp@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
Zachary Glubiak
Zachary Krowitz
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com
zkrowitz@cohenmilstein.com

*End-User Consumer Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 23, 2023 a true and correct copy of the foregoing was electronically filed through the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

Dated: May 23, 2023          */s/ Shana E. Scarlett*
                                Shana E. Scarlett