**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION** | Case No: 1:16-cv-08637 |
| | Hon. Judge Thomas M. Durkin |
| THIS DOCUMENT RELATES TO: *ALL TRACK 1 CASES* | Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS GEORGE'S, INC. AND GEORGE'S FARMS, INC.'S WITHDRAWAL
OF ITS TRACK 1 SUMMARY JUDGMENT MOTION**

Defendants George's, Inc. and George's Farms, Inc. (collectively, "George's") are no longer facing any claims by Track 1 Plaintiffs. *See* ECF No. 6570 (dismissing remaining Track 1 claims against George's). Therefore, George's hereby withdraws its individual Motion for Summary Judgment [ECF No. 5916] without prejudice on the grounds that it is moot.

George's also withdraws without prejudice from all pending joint Track 1 motions that it joined against any Track 1 Plaintiffs and any opposition that it joined with regard to any Track 1 Plaintiffs' motions, including, the following:

Defendants' Motion to Strike Improper Rebuttal Testimony, Or, in the Alternative, Motion for Leave to File Sur-Rebuttal Opinions [ECF No. 5829];

Defendants' Motion to Exclude Certain Direct Action Plaintiffs' Expert James T. McClave [ECF Nos. 5891];

Defendants' Motion to Exclude the Testimony of Dr. Alan S. Frankel [ECF No. 5896];

Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a Georgia Dock Conspiracy [ECF Nos. 5528, 5703];

Defendants' Motion for Summary Judgment on Track 1 Plaintiffs' State Law Claims [ECF No. 5846];

Defendants' Motion for Partial Summary Judgment as to Overarching Conspiracy Claims [ECF No. 5901];

Defendants' Motion for Summary Judgment on Statute of Limitations Grounds [ECF No. 5947];

Defendants' Motion for Summary Judgment Concerning Alleged Agreement to Restrict Broiler Supply [ECF No. 5996];

Defendants' Opposition to Track 1 Direct Action Plaintiffs' Motion to Exclude Portions of Certain Defendants' Economist' Opinions [ECF No. 6262]; and

Defendants' Opposition to Track 1 Plaintiffs' Motion for Partial Summary Judgment on Three Affirmative Defenses [ECF No. 6272].

George's continues to face claims asserted by certain Track 2 Plaintiffs. Nothing herein affects George's status in connection with any pending motion addressing Track 2 claims.

Dated: May 24, 2023

Respectfully submitted,

STINSON LLP

By: /s/ *J. Nicci Warr*
William L. Greene (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

RAINES FELDMAN LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3100
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@raineslaw.com

THE LAW GROUP OF NORTHWEST AR-
KANSAS PLLC

Gary V. Weeks (admitted *pro hac vice*)

2

K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and
George's Farms, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 24, 2023, a true and correct copy of the foregoing was electronically filed under seal and transmitted by email to all counsel of record.

*/s/ J. Nicci Warr*
J. Nicci Warr
