UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Maplevale Farms, Inc., et al.
                          Plaintiff,

v.                                                   Case No.: 1:16−cv−08637
                                                           Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 30, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the notices of withdrawal [6578] [6579], the Mar−Jac Defendants' Motion for Summary Judgment [5871] and Defendants George's, Inc. and George's Farms, Inc.'s Motion for Summary Judgment on Remaining Track 1 Claims [5916] are withdrawn. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.