**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637<br><br>Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

### REQUEST FOR A SEPARATE JURY PANEL PURSUANT TO LOCAL RULE 47.1(b)

Pursuant to Local Rule 47.1(b), I am requesting that a separate jury panel be summoned for In re Broiler Chicken Antitrust Litigation, 16 CV 8637, to be tried before me.

This trial is anticipated to last 3 months, necessitating a large pool of potential jurors to enable the Court and counsel to select a jury. This court requests a pool of 500 jurors to select from. Based on this court's experience, it will be necessary to send that number of summonses because of valid excuses due to the length of the trial.

Jury selection is set for September 12, 2023.

DATED: May 30, 2023

_Thomas M Durkin_
HONORABLE THOMAS M. DURKIN
UNITED STATES DISTRICT COURT JUDGE