**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION, | Case No.: 1:16-cv-08637 |
| | The Honorable Thomas M. Durkin |
| This Document Relates To: | |
| THE DIRECT PURCHASER PLAINTIFF ACTION | |

**DEFENDANTS SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.'S
NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (collectively Simmons) hereby provide notice that on June 9, 2022, they caused notice of their proposed class action settlement with the Direct Purchaser Plaintiffs in the above-captioned action to be provided to each appropriate Federal and each appropriate State official by U.S. Postal Service Priority Mail or United Parcel Service ("UPS"), pursuant to 28 U.S.C. § 1715(b). The Declaration of Tracy Hanson Regarding Implementation of the CAFA Notice on behalf of Simmons is attached hereto as Exhibit A.

Dated:  June 16, 2023                    Respectfully submitted,


_/s/ Lynn H. Murray_

Lynn H. Murray (#6191802)
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted pro hac vice)
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS, LLP

John R. Elrod (admitted pro hac vice)
Vicki Bronson (admitted pro hac vice)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods, Inc.
and Simmons Prepared Foods, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Lynn H. Murray
Lynn H. Murray