# Exhibit A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No.: 1:16-cv-08637<br><br>**DECLARATION OF TRACY HANSON REGARDING IMPLEMENTATION OF THE CAFA NOTICE OF THE SETTLEMENT AGREEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND DEFENDANTS SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.** |

I, Tracy Hanson, declare as follows:

1. I am a Project Manager at the class action notice and settlement administration division of A.B. Data, Ltd. ("A.B. Data"), whose Corporate Office is in Milwaukee, Wisconsin. A.B. Data was engaged by counsel for Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (collectively "Simmons") as the CAFA Notice Administrator in this matter and is not a party to this action. I am above 21 years of age and have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**CAFA Notification**

2. On June 9, 2023, on behalf of Simmons and in compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, A.B. Data compiled a CD-ROM containing the following documents: Direct Purchaser Plaintiffs' Fifth Amended and Consolidated Class Action Complaint (ECF No. 3919); Class Action Complaint (ECF No. 1); Direct Purchaser Plaintiffs' Amended and Consolidated Class Action Complaint (ECF No. 182); Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint (ECF No. 212); Direct Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint (ECF No. 709); Direct Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint (ECF No. 1565); Direct Purchaser Plaintiffs' Notice of Motion and Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (ECF No. 6595); Direct

Purchaser Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (ECF No. 6596); Declaration of Michael H. Pearson in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (ECF No. 6597); Long-Form Settlement Agreement Between Direct Purchaser Class Plaintiffs and Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (ECF No. 6597-1); Declaration of Eric Schachter in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc., including exhibits A-D (ECF Nos. 6598, 6598-1, 6598-2, 6598-3, 6598-4); Proposed Order Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (including Exhibits A-C); the proposed Long-Form Notice; the proposed Short-Form Notice; an estimated list of potential class members by State; and an accompanying cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

3. A.B. Data caused the CAFA notice and accompanying CD-ROM to be mailed via USPS Priority Mail or United Parcel Service to the Attorneys General of all U.S. States, the District of Columbia, and U.S. Territories as well as the U.S. Department of Agriculture. The CAFA Notice Service List is attached hereto as Exhibit B.

4. As of the date of this Declaration, A.B. Data has not been contacted by any of the Officials to whom a CAFA Notice Packet was sent requesting any additional information.

5. A.B. Data has not been notified of any CAFA Notice Packet being returned as undeliverable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of June 2023.

Tracy Hanson

# EXHIBIT A



VIA USPS PRIORITY MAIL OR UNITED PARCEL SERVICE

June 9, 2023

Laurie A. Novion

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**d** 816.559.2352
**f** 816.421.5547
lnovion@shb.com

Re: **Class Action Fairness Act - Notice to Federal and State Officials**

*In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)

Dear Federal and State Officials:

We represent and write on behalf of Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (collectively "Simmons") in the above-referenced matter pending in the United States District Court for the Northern District of Illinois. Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, this notice is to inform you of a proposed class action settlement between Simmons and the Direct Purchaser Plaintiff certified class in the above-referenced matter.

Simmons denies all allegations of wrongdoing in the above-referenced action and denies any liability whatsoever, but has decided to settle this action in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), Simmons states as follows:

1) A copy of Direct Purchaser Plaintiffs' operative Fifth Amended and Consolidated Class Action Complaint (ECF No. 3919), filed on October 23, 2020 in the above-captioned matter, is included on the enclosed CD. Also included on the enclosed CD are copies of the following earlier complaints filed by the Direct Purchaser Plaintiffs: Class Action Complaint (ECF No. 1); Amended and Consolidated Class Action Complaint (ECF No. 182); Second Amended and Consolidated Class Action Complaint (ECF No. 212); Third Amended and Consolidated Class Action Complaint (ECF No. 709); and Fourth Amended and Consolidated Class Action Complaint (ECF No. 1565). The Third, Fourth, and Fifth Amended Consolidated Class Action Complaints were filed under seal, along with redacted versions. The redacted, publicly-available versions are the versions provided on the enclosed CD.

2) On June 1, 2023, Direct Purchaser Plaintiffs filed a Notice of Motion and Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc.



Page 2

and Simmons Prepared Foods, Inc. ("Motion"). The following associated documents are included on the enclosed CD:

- Direct Purchaser Plaintiffs' Notice of Motion and Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (ECF No. 6595);

- Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (ECF No. 6596);

- Declaration of Michael H. Pearson in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (ECF No. 6597);

- Long-Form Settlement Agreement Between Direct Purchaser Class Plaintiffs and Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (ECF No. 6597-1);

- Declaration of Eric Schachter in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc., including exhibits A-D (ECF Nos. 6598, 6981-1, 6598-2, 6598-3, 6598-4); and

- Proposed Order Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (including Exhibits A-C).

3) As of the date of this correspondence, no other settlement or agreement has been entered into between counsel for the Direct Purchaser Plaintiffs and certified class and counsel for Simmons.

4) As of this date, the Court has not granted preliminary approval of the proposed class settlement. A telephonic hearing on the motion seeking preliminary approval of the settlement has been scheduled for June 12, 2023 at 10:00 a.m. CT. The notice of hearing (ECF No. 6599) is included on the enclosed CD. A final approval hearing has not yet been scheduled.

5) The proposed settlement is with the certified class of direct purchasers. On May 27, 2022, Judge Thomas M. Durkin issued an Order certifying a class of direct purchasers defined as: "All persons who purchased raw Broilers directly from any of the Defendants or their respective subsidiaries or affiliates either fresh or frozen, in the form of: whole birds (with or without giblets), whole cut-up birds, or parts (boneless or bone in) derived from the front half of the whole



bird, for use or delivery in the United States from December 1, 2008 until July 31, 2019."

6) As of this date, the Court has not yet approved a notice of settlement to be disseminated to potential class members. The proposed Long-Form Notice and Short-Form Notice have been submitted for the Court's approval and are Exhibits B and C to the Declaration of Eric Schachter in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (ECF Nos. 6598, 6598-2, 6598-3) that was filed by Direct Purchaser Plaintiffs in connection with their Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (ECF No. 6595). Copies of those proposed notices are included on the enclosed CD. The settlement website will also be updated with information that will notify certified class members about the details of the settlement (*see* www.broilerchickenantitrustlitigation.com).

7) As of this date, no final order, final judgment or notice of dismissal by Direct Purchaser Plaintiffs has been entered in the above-referenced matter.

8) As of this date, there are no written judicial opinions relating to the proposed class settlement.

9) The Class Action Fairness Act also requires a defendant, "if feasible" to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

At present, it is not feasible to provide the names of each class member who resides in each jurisdiction. The certified class includes "All persons who purchased raw Broilers directly from any of the Defendants or their respective subsidiaries or affiliates either fresh or frozen, in the form of: whole birds (with or without giblets), whole cut-up birds, or parts (boneless or bone in) derived from the front half of the whole bird, for use or delivery in the United States from December 1, 2008 until July 31, 2019." Given that the potential members of the certified class include persons who purchased raw Broilers from Defendants other than Simmons, Simmons lacks the information requested. However, pursuant to 28 U.S.C. § 1715(b)(7)(B), Simmons believes that class members could potentially reside in all 50 states, U.S. territories, and the District of Columbia and estimates that there are approximately 24,151 class members. Additionally, included on the enclosed CD please find



Page 4

a chart representing a reasonable estimate of the number of class members per jurisdiction and their proportionate percentage of the class.

If you have questions about this notice, the class settlement, or the enclosed materials, or if you do not receive any of the above-listed materials, please contact us. Thank you for your attention to this matter.

Sincerely,

*Laurie A. Novion*

Laurie A. Novion

Enclosures: CD with documents required under 28 U.S.C. § 1715(b)

cc: DPP Co-Lead Class Counsel (via email)

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.

# EXHIBIT B

| Office | Name | Street Address 1 | Street Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| United States Attorney General | **Merrick Garland** | US Department of Justice | 950 Pennsylvania Ave, NW | Washington | DC | 20530-0001 |
| Office of the Alabama Attorney General | **Steve Marshall** | 501 Washington Avenue | | Montgomery | AL | 36104 |
| Office of the Alaska Attorney General | **Treg Taylor** | 1031 West 4th Avenue | Suite 200 | Anchorage | AK | 99501-1994 |
| Office of the Arizona Attorney General | **Kris Mayes** | 2005 N CENTRAL AVE | | Phoenix | AZ | 85004-1592 |
| Office of the Arkansas Attorney General | **Tim Griffin** | 323 Center St. | Ste. 200 | Little Rock | AR | 72201-2610 |
| Office of the California Attorney General | **Rob Bonta** | 455 Golden Gate Ave. | Ste. 11000 | San Francisco | CA | 94102 |
| Office of the Colorado Attorney General | **Phil Weiser** | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Office of the Connecticut Attorney General | **William Tong** | 165 Capitol Ave. | | Hartford | CT | 06106 |
| Office of the Delaware Attorney General | **Kathy Jennings** | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 |
| Office of the District of Columbia Attorney General | **Karl A. Racine** | 400 6th Street, NW | | Washington | DC | 20001 |
| Office of the Florida Attorney General | **Ashley Moody** | The Capitol | PL-01 | Tallahassee | FL | 32399-1050 |
| Office of the Georgia Attorney General | **Chris Carr** | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Office of the Hawaii Attorney General | **Anne E. Lopez** | 425 Queen St. | | Honolulu | HI | 96813 |
| Office of the Idaho Attorney General | **Raúl Labrador** | 700 W. Jefferson St. | P.O. Box 83720 | Boise | ID | 83720-0010 |
| Office of the Illinois Attorney General | **Kwame Raoul** | James R. Thompson Ctr. | 100 W. Randolph St. | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | **Todd Rokita** | Indiana Government Center South - 5th Floor | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 |
| Office of the Iowa Attorney General | **Brenna Bird** | Hoover State Office Bldg. | 1305 E. Walnut St. | Des Moines | IA | 50319 |
| Office of the Kansas Attorney General | **Kris W. Kobach** | 120 S.W. 10th Ave | 2nd Fl | Topeka | KS | 66612-1597 |
| Office of the Kentucky Attorney General | **Daniel Cameron** | 700 Capitol Avenue | Capitol Building, Ste. 118 | Frankfort | KY | 40601 |
| Office of the Louisiana Attorney General | **Jeff Landry** | PO Box 94005 | | Baton Rouge | LA | 70804-4095 |
| Office of the Maine Attorney General | **Aaron Frey** | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Maryland Attorney General | **Anthony G. Brown** | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Office of the Massachusetts Attorney General | **Andrea Joy Campbell** | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1698 |
| Office of the Michigan Attorney General | **Dana Nessel** | G. Mennen Williams Building P.O. Box 30212 | 525 W Ottawa St. | Lansing | MI | 48909 |
| Office of the Minnesota Attorney General | **Keith Ellison** | 445 Minnesota St. | Ste. 1400 | St. Paul | MN | 55101 |
| Office of the Mississippi Attorney General | **Lynn Fitch** | Department of Justice | PO Box 220 | Jackson | MS | 39205 |
| Office of the Missouri Attorney General | **Andrew Bailey** | Supreme Ct. Bldg | 207 W. High St. | Jefferson City | MO | 65102 |
| Office of the Montana Attorney General | **Austin Knudsen** | Justice Bldg. | 215 N. Sanders St., 3rd Floor | Helena | MT | 59620-1401 |
| Office of the Nevada Attorney General | **Aaron Ford** | Old Supreme Ct. Bldg. | 100 N. Carson St | Carson City | NV | 89701 |
| Office of the New Hampshire Attorney General | **John Formella** | 33 Capitol St | | Concord | NH | 03301-6397 |
| Office of the New Jersey Attorney General | **Matthew J. Platkin** | Richard J. Hughes Justice Complex | 25 Market St. | Trenton | NJ | 08611 |
| Office of the New Mexico Attorney General | **Raúl Torrez** | 408 Galisteo St. | Villagra Building | Santa Fe | NM | 87501 |
| Office of the New York Attorney General | **Letitia A. James** | 28 Liberty Street | 15th Floor | New York | NY | 10005 |
| Office of the North Carolina Attorney General | **Josh Stein** | Dept. of Justice | 114 W. Edenton St. | Raleigh | NC | 27603 |
| Office of the North Dakota Attorney General | **Drew Wrigley** | State Capitol | 600 E. Boulevard Ave., Dept. 125 | Bismark | ND | 58505 |
| Office of the Ohio Attorney General | **Dave Yost** | State Office Tower | 30 E. Broad St., 14th Floor | Columbus | OH | 43215 |
| Office of the Oklahoma Attorney General | **Gentner Drummond** | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Office of the Oregon Attorney General | **Ellen F. Rosenblum** | Justice Bldg | 1162 Court St. NE | Salem | OR | 97301-4096 |
| Office of the Pennsylvania Attorney General | **Michelle A. Henry** | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Rhode Island Attorney General | **Peter Neronha** | 150 S. Main St. | | Providence | RI | 02903 |
| Office of the South Carolina Attorney General | **Alan Wilson** | Rembert C. Dennis Office Bldg | PO Box 11549 | Columbia | SC | 29211-1549 |
| Office of the South Dakota Attorney General | **Marty J. Jackley** | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 |
| Office of the Tennessee Attorney General | **Jonathan Skrmetti** | P.O. Box 20207 | | Nashville | TN | 37202-0207 |
| Office of the Texas Attorney General | **Ken Paxton** | | PO Box 12548 | Austin | TX | 78711-2548 |
| Office of the Utah Attorney General | **Sean Reyes** | 350 North State Street | Suite 230 | Salt Lake City | UT | 84114-2320 |
| Office of the Vermont Attorney General | **Charity R. Clark** | 109 State St. | | Montpelier | VT | 05609-1001 |
| Office of the Virginia Attorney General | **Jason S. Miyares** | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Washington Attorney General | **Bob Ferguson** | 1125 Washington Street SE | PO Box 40100 | Olympia | WA | 98504-0100 |
| Office of the West Virginia Attorney General | **Patrick Morrisey** | State Capitol Complex, Bldg. 1, Rm E-26 | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 |
| Office of the Wisconsin Attorney General | **Josh Kaul** | State Capitol | PO Box 7857 | Madison | WI | 53707-7857 |
| Office of the Wyoming Attorney General | **Bridget Hill** | Pioneer Building, 3rd Floor | 2424 Pioneer Avenue | Cheyenne | WY | 82002 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Office of the New York Attorney General | **Letitia A. James** | Dept. of Law - The Capitol | 2nd fl. | Albany | NY | 12224 |
| Office of the Puerto Rico Attorney General | **W. Stephen Muldrow** | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| Office of the Guam Attorney General | **Douglas B. Moylan** | ITC Building | 590 S. Marine Corps Dr, Ste. 901 | Tamuning | Guam | 96913 |
| Office of the Virgin Islands Attorney General | **Delia L. Smith** **Ariel Smith is nominee** | Dept. of Justice | 3438 Krondprindsens Gade GERS Building, 2nd Floor | St. Thomas | VI | 00802 |
| Office of the Nebraska Attorney General | **Mike Hilgers** | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509-8920 |
| U.S. Department of Agriculture- Office of General Counsel | **Janie Hipp** | 1400 Independence Ave, SW | Room 107W, Whitten Building | Washington | DC | 20250-1400 |