**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Commercial and Institutional Indirect Purchaser Plaintiff Actions* | No. 1:16-cv-08637<br><br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH DEFENDANT HARRISON POULTRY, INC.**

Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") respectfully notify the Court that they have reached an agreement with Defendant Harrison Poultry, Inc. to settle all claims in this action. Consistent with the parties' agreement, CIIPPs' will move for preliminary approval, and ultimately, final approval of the proposed settlement in the near future.

Dated: June 20, 2023

Respectfully Submitted,

*/s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Anthony J. Stauber
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

*Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*


Adam J. Zapala
James G.B. Dallal
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street, Suite 602
New York, NY 10013
Tel: (212) 201-6820
abarnett@cpmlegal.com

*Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*


Kenneth A. Wexler
Melinda J. Morales
**WEXLER BOLEY & ELGERSMA, LLP**
311 So. Wacker Dr., Ste. 5450
Chicago, IL  60606
Tel: (312) 346-2222
kaw@wbe-llp.com
mjm@ wbe-llp.com

*Liaison Counsel for the Commercial and Institutional Indirect Purchaser Class*