# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | No. 1:16-cv-08637 TMD |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT HARRISON POULTRY, INC.**

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, if the Court determines that a hearing is necessary, the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") will appear (or, will appear by remote means) before the Honorable Thomas M. Durkin in his courtroom 1441 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will then and there present their Uncontested Motion for Preliminary Approval of the Settlement with Defendant Harrison Poultry, Inc. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declaration and exhibits, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

Dated: June 28, 2023

Respectfully Submitted:

/s/ Adam J. Zapala
Adam J. Zapala
James G.B. Dallal
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000

azapala@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett
COTCHETT, PITRE & MCCARTHY, LLP
40 Worth Street, Suite 602
New York, NY 10013
Tel: (212) 201-6820
abarnett@cpmlegal.com

**Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Class**

/s/ Daniel C. Hedlund
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

**Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Class**

Kenneth A. Wexler
Melinda J. Morales
WEXLER BOLEY & ELGERSMA, LLP
311 S. Wacker Drive
Chicago, IL  60606
Tel: (312) 346-2222
kaw@wbe-llp.com
mjm@ wbe-llp.com

**Liaison Counsel for the Commercial and Institutional Indirect Purchaser Class**