# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Affiliated Foods, Inc. et al. v. Claxton Poultry Farms, Inc. et al.* | Case No.: 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

The Affiliated Foods Plaintiffs[1] ("Plaintiffs") move this Court for an Order enforcing a settlement agreement with Fieldale Farms Corporation ("Fieldale").

Pursuant to the Court's rules, Plaintiffs have met and conferred with Fieldale, which intends to oppose the motion. Plaintiffs and Fieldale have agreed that Fieldale will file its opposition to this motion on July 28, 2023, and that Plaintiffs will file a reply on August 8, 2023.

Plaintiffs' motion is supported by the accompanying Motion to Enforce Settlement with Defendant Fieldale Farms Corporation and the Declaration of Robert N. Kaplan, dated July 11, 2023, along with its exhibits.

Dated: July 11, 2023

**CERA LLP**
Solomon B. Cera

Respectfully submitted,

/s/ *Robert N. Kaplan*
**KAPLAN FOX & KILSHEIMER, LLP**

---

[1] The Affiliated Foods Plaintiffs include Affiliated Foods, Inc.; Action Meat Distributors, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc; Bashas' Inc.: Big Y Foods, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Fareway Stores, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; KJ 2019 Holdings, LLC (individually and as assignee of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.

201 California Street, Suite 1240
San Francisco, CA 94111
Tel: (415) 777-2230
Email: scera@cerallp.com

**CERA LLP**
C. Andrew Dirksen
800 Boylston Street, 16th Floor
Boston, MA 02199
Tel: (857) 453-6555
Email: cdirksen@cerallp.com

**HAYNSWORTH SINKLER BOYD P.A.**
Elizabeth H. Black
Mary C. Eldridge
1201 Main Street, 22nd Floor
Columbia, South Carolina 29201
Tel: (803) 779-3080
Email:  eblack@hsblawfirm.com
            meldridge@hsblawfirm.com

*-and-*

Jay W. Matthews, III
1 North Main Street, 2nd Floor
Greenville, SC 29601
Tel: (864) 240-3200
Email:  jmatthews@hsblawfirm.com

Robert N. Kaplan
Gregory K. Arenson
Matthew P. McCahill
800 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: mmccahill@kaplanfox.com

**LIFVENDAHL LAW, LLC**
Eric R. Lifvendahl
265 Latrobe Avenue
Northfield, IL 60093
Tel: (847) 830-7002
Email: elifvendahl@lgcounsel.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Tel: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: allen@marcus-shapira.com

*Counsel for the Affiliated Foods Plaintiffs*

## CERTIFICATE OF SERVICE

On July 11, 2023, I caused a true and correct copy of the foregoing Notice of Motion, along with its accompanying Motion to Enforce Settlement Agreement with Defendant Fieldale Farms Corporation and Declaration of Robert N. Kaplan to be electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

.
                                              */s/ Robert N. Kaplan, Esq.*
                                              Robert N. Kaplan, Esq.