UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| This Document Relates To:<br><br>*All End-User Consumer Plaintiff Actions* | |

**END-USER CONSUMER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT WITH DEFENDANT HARRISON POULTRY, INC.**

End-User Consumer Plaintiffs (EUCPs) respectfully move this Court for preliminary approval of the settlement agreement between EUCPs and Defendant Harrison Poultry, Inc. ("Harrison Poultry"). This motion is based the concurrently filed memorandum and supporting declaration, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

EUCPs set forth the bases of this motion in their memorandum in support of the motion, the declaration in support thereof, and the exhibit attached thereto.

WHEREFORE, EUCPs respectfully request that this Court enter an Order granting the preliminary approval of the settlement between End-User Consumer Plaintiffs and Defendant Harrison Poultry, Inc. and to direct notice to the Settlement Class.

| | |
|---|---|
| DATED: July 11, 2023 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: */s/ Shana E. Scarlett* |
| | SHANA E. SCARLETT |
| | |
| | Rio R. Pierce |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Tel: (510) 725-3000 |
| | shanas@hbsslaw.com |
| | riop@hbsslaw.com |
| | |
| | Steve W. Berman |
| | Breanna Van Engelen |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | Tel: (206) 623-7292 |
| | steve@hbsslaw.com |
| | breannav@hbsslaw.com |
| | |
| DATED: July 11, 2023 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: */s/ Brent W. Johnson* |
| | BRENT W. JOHNSON |
| | |
| | Benjamin D. Brown |
| | Daniel H. Silverman |
| | Alison Deich |
| | COHEN MILSTEIN SELLERS & TOLL, PLLC |
| | 1100 New York Ave. NW |
| | Suite 500, West Tower |
| | Washington, DC 20005 |
| | Tel: (202) 408-4600 |
| | bjohnson@cohenmilstein.com |
| | bbrown@cohenmilstein.com |
| | dsilverman@cohenmilstein.com |
| | adeich@cohenmilstein.com |
| | |
| | *Lead Counsel for End-User Consumer Indirect Purchaser Plaintiffs Class* |

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on July 11, 2023, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

                                      */s/ Shana E. Scarlett*
                                      SHANA E. SCARLETT