

KAIL J. JETHMALANI
114 WEST 47TH STREET
NEW YORK, NY 10036
212.261.5649
KJETHMALANI@AXINN.COM

July 17, 2023

<u>VIA ELECTRONIC MAIL</u>

Honorable Thomas M. Durkin
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

    Re:    <u>In re Broiler Chicken Antitrust Litigation,</u> 1:16-cv-08637 – Track 1 Trial Defendants' Proposed Agenda for July 18 Hearing

Dear Judge Durkin:

    We write on behalf of the Track 1 trial Defendants ("Defendants"). In preparation for tomorrow's July 18, 2023, Status Conference, Defendants propose the following agenda items for the Court's consideration:

1. Trial Planning
    a. Evidentiary issues arising from Court's summary judgment decision (Dkt. 6641)
        i. Agri Stats/EMI
        ii. Post-2012 conduct (e.g., 2015-2016 breeder hen slaughter)
    b. Direct Purchaser Plaintiffs' Motion for Clarification (Dkt. 6612)
        i. Certain DAPs' (AWG and Affiliated Foods) unique state law "full consideration" claims
2. Trial Length
    a. Hours per side
    b. Overflow courtroom
    c. Remote access
3. Pretrial Schedule
    a. Entry of joint proposed pre-trial schedule (Dkt. 6646)
    b. Plaintiffs' request to amend expert reports and related events
        i. Deadline of July 21 for each Plaintiff to file request for leave to amend together with proposed amended reports (and all backup materials used therein)
        ii. Telephone conference on July 25 to discuss changes to Plaintiffs' reports and request for leave to amend

Honorable Thomas M. Durkin
July 17, 2023
Page 2

        iii. If leave to amend is granted, proposed schedule requires the following events:

           1. Depositions of Plaintiffs' experts;

           2. Opportunity for Defendants to file expert rebuttal reports;

           3. Depositions of Defendants' experts on rebuttal reports (at Plaintiffs' request); and

           4. Motion practice as necessary.

4. Trial Structure and Other Issues

   a. Whether Plaintiffs may command Defendants' live witnesses to appear during Plaintiffs' case in chief

   b. For live witnesses, whether Defendants may conduct a full direct examination during Plaintiffs' case-in-chief to avoid witnesses needing to be called twice

   c. For deposition designations, whether Defendants will be permitted to play their counter-designations at the same time as Plaintiffs' designations pursuant to Fed. R. Evid. 1006 and Fed. R. Civ. Proc. 32(a)(6)

   d. Whether time spent successfully arguing objections, including admissibility and authenticity issues, will count against the other side's trial time

   e. Joint proposal re fact witnesses sequestration

   f. Joint proposal re no comments on party, attorney, or consultant presence or absence from courtroom

5. Motions in Limine

   a. Parties to submit joint page limit proposal following July 18 status conference

      Respectfully,

      *[signature: Kjethmali]*

      Kail J. Jethmalani

      *Counsel for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Poultry, Inc., Tyson Breeders, Inc; and Keystone Foods LLC, Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, and Equity Group - Georgia Division LLC*