**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | Case No.  1:16-cv-08637<br><br>Hon. Thomas M. Durkin |

**HARRISON POULTRY, INC.'S NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

Defendant Harrison Poultry, Inc. hereby provides notice that on July 7, 2023, it caused notice of its proposed class action settlement with the Commercial and Institutional Indirect Purchaser Plaintiffs in the above-captioned action to be provided to each appropriate Federal and State official by U.S. Postal Service Priority Mail, United Parcel Service ("UPS"), or electronically via email, pursuant to 28 U.S.C. § 1715(b).  The Declaration of Kyle S. Bingham on Implementation of CAFA Notice on behalf of Harrison Poultry is attached hereto as Exhibit A.

[signature on the following page]

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
Patricia A. Gorham (admitted *pro hac vice*)
James R. McGibbon (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan de Fouw (admitted *pro hac vice*)
Rebekah Whittington (admitted *pro hac vice*)
999 Peachtree Street, NE, Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile:  (404) 853-8806
patriciagorham@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com
rebekahwhittington@eversheds-sutherland.com

AMUNDSEN DAVIS LLC

Ronald Balfour (#6307658)
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile:  (312) 997-1828
RBalfour@amundsendavis.com

*Attorneys for Defendant*
*Harrison Poultry, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 18, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Patricia A. Gorham*
Patricia A. Gorham
