**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Maplevale Farms, Inc., et al.

                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:16−cv−08637
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 18, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 7/18/2023. Any additional motions to reconsider the Court's order on the motions for summary judgment are due by 7/20/2023. The parties are to contact Judge Durkin's courtroom deputy by 7/19/2023 with an agreed proposed briefing schedule on all motions to reconsider. By 7/19/2023 the parties are also to contact Judge Durkin's courtroom deputy with an agreed proposed briefing schedule on Plaintiffs EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, and Timber Lake Foods, Inc. motion to approve opt out, or grant extension [6655]. By 7/21/2023 the parties are to submit a joint proposal regarding the trial proceeding in Judge Durkin's courtroom as opposed to the ceremonial courtroom. The Court will set a date for a hearing on the motions in limine after the motions are fully briefed on 8/10/2023. Judge Durkin's courtroom deputy will contact the parties to schedule a final pretrial conference during the week of 9/4/2023. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.