## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maplevale Farms, Inc., et al.

                      Plaintiff,

v.                                             Case No.: 1:16−cv−08637
                                               Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 18, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 7/18/2023 as to Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Defendant Harrison Poultry, Inc. [6633]. No one was present on the call to object. For the reasons stated on the record, the motion [6633] is granted. Parties are to contact Judge Durkin's courtroom deputy to schedule a final approval hearing. CIIP's deadlines as to Harrison Poultry are stayed, pending final approval of settlement. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.