**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Maplevale Farms, Inc., et al.
                        Plaintiff,

v.                                    Case No.: 1:16–cv–08637
                                          Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 18, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 7/18/2023 as to End–User Consumer Plaintiffs' motion for preliminary approval of settlement agreement with Defendant Harrison Poultry, Inc. [6650]. No one was present on the call to object. For the reasons stated on the record, the motion [6650] is granted. Parties are to contact Judge Durkin's courtroom deputy to schedule a final approval hearing. On Plaintiff's request, the claim period is extended through 12/31/2023. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.