# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*September 12, 2023 Track 1 Trial Parties* | Case No.: 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## PRE-TRIAL SCHEDULING ORDER

| Event | Date |
|---|---|
| Parties exchange exhibit lists | Completed |
| Parties exchange preliminary witness lists | Completed |
| Parties exchange affirmative deposition designations, in a standardized format in Microsoft Excel or .csv format as agreed-upon by the parties. | Completed |
| Plaintiffs serve initial draft of stipulations or statements of uncontested facts. [LR 16.1.4(2)(a)] | Wed., July 12, 2023 |
| Parties confer to attempt to (1) reach agreement on any possible stipulations narrowing the issues of law and fact, and (2) deal with any non-stipulated issues. [LR 16.1.6(a)] | Mon., July 10 – Fri., July 28, 2023 |
| Parties exchange lists of intended Motions in Limine | Completed |
| Parties exchange revised lists of intended Motions in Limine accounting for the Court's summary judgment decision | Mon., July 10, 2023 |
| Defendants respond to Plaintiffs' proposed stipulations or statements of uncontested facts, if any. | Fri., July 28, 2023 |

| | |
|---|---|
| Parties exchange revised exhibit lists, preliminary witness lists, and affirmative deposition designations (in a standardized format in Microsoft Excel or .csv format exported from an electronic deposition designation software program or otherwise with uniform formatting) accounting for the Court's summary judgment decision | Mon., July 17, 2023 |
| Parties exchange objections to exhibit lists | Thu., July 27, 2023 |
| Parties meet and confer on proposed Motions in Limine | Wed., July 12 – Wed., July 19, 2023 |
| Parties exchange objections, completeness counter-designations, and cross examinations to affirmative deposition designations, in a standardized format in Microsoft Excel or .csv format as agreed-upon by the parties. | Thu., July 27, 2023 |
| Parties file Motions in Limine | Thu., July 27, 2023 |
| Parties exchange objections to counter-designations and reply deposition designations | Mon., Aug. 7, 2023 |
| Plaintiffs serve replies to proposed stipulations or statements of uncontested facts, if any. | Thu., Aug. 10, 2023 |
| Parties exchange drafts of Pretrial Memorandum, including proposed voir dire, in-person jury questionnaire, statement of case, proposed jury instructions, proposed stipulations and/or statements of uncontested facts, revised fact and expert witness lists, and verdict forms | Thu., Aug. 10, 2023 |
| Parties file oppositions to Motions in Limine | Thu., Aug. 10, 2023 |
| Parties exchange objections to reply deposition designations | Mon., Aug. 14, 2023 |
| Hearing on Motions in Limine | To be scheduled by the Court |
| Parties finish conferring on objections to proposed voir dire questions and jury instructions. [DPPCC III(4), III(7)] | Fri., Aug. 18, 2023 |
| Parties file Final Pretrial Memorandum | Mon., Aug. 21, 2023 |
| Final Pretrial Conference | To be scheduled by the Court |
| Final Pretrial Conference Follow-Up (If Necessary) | To be scheduled by the Court |

| Jury Selection Begins | Tues., Sept. 12, 2023 |

Dated: July 19, 2023

*Thomas M. Durkin*

Hon. Thomas M. Durkin
United States District Judge

3