UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Chick-fil-A, Inc. v. Agri Stats, Inc., et al.*, 20-cv-7205 | Case No.: 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION [AND PROPOSED ORDER] OF
DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS
SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Chick-fil-A, Inc. ("CFA") and Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc. ("Simmons"), by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal Without Prejudice.

1. The Stipulation of Dismissal Without Prejudice ("Stipulation") is between CFA and Simmons only, and no other Defendant, and relates only to CFA's claims against Simmons in *Chick-fil-A, Inc. v. Agri Stats, Inc., et al.*, (U.S. Dist. Ct. N.D. Ill. Case No. 1:20-cv-7205) which has been centralized pursuant to Local Rule 40.4(a) within the matter captioned *In re Broiler Chicken Antitrust Litigation* (U.S. Dist. Ct. N.D. Ill. Case No. 1:16-cv-08637).

2. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, CFA and Simmons stipulate and agree to the dismissal without prejudice of all of CFA's claims asserted against Simmons, with each side bearing their own attorneys' fees, costs, and expenses.

3. The stipulation is not a dismissal of, and shall not release, compromise or otherwise have any bearing on, CFA's claims against all Defendants other than Simmons.

SO ORDERED: _____  Dated: _____
                United States District Judge

Dated: July 19, 2023

Respectfully submitted,

*/s/ Ryan P. Phair*
Ryan P. Phair (#479050)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
(202) 551-1751
ryanphair@paulhastings.com

Matthew J. Calvert (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street NE
Atlanta, GA 30308
(404) 888-4000
mcalvert@huntonak.com

Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER &
PORTER, PLLC
1010 Davis Street
Evanston, Illinois 60201
(312) 283-5711
porter@spplaw.com

***Attorneys for Plaintiff Chick-fil-A, Inc.***

*/s/ Lynn H. Murray*
Lynn H. Murray
SHOOK HARDY & BACON LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
T: (312) 704-7700
lhmurray@shb.com

*Attorney for Defendants Simmons Food, Inc. and Simmons Prepared Foods, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2023, I caused a true and correct copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

                                                     */s/ Ryan P. Phair*
                                                     Ryan P. Phair