# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*  <br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Civil Action No. 1:16-cv-08637 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Jeffrey T. Gilbert |

## ORDER TO SET BRIEFING SCHEDULE ON
## CERTAIN DEFENDANTS' MOTIONS FOR RECONSIDERATION

Defendants House of Raeford Farms, Inc., Peco Foods, Inc., Mountaire Farms, Inc., Mountaire Farms of Delaware, Inc., Mountaire Farms, LLC, Simmons Foods, Inc., Simmons Prepared Foods, Inc., Koch Foods, Inc., JCG Foods of Alabama, Inc., JCG Foods Of Georgia, LLC, and Koch Meat Co., Inc. (collectively, the "Moving Defendants"), Defendants Perdue Farms, Inc. and Perdue Farms LLC ("Perdue") and the Track One Plaintiffs have agreed to and propose the following briefing schedule on the respective motions for reconsideration subject to the Court's approval.

1. On July 14 and 17, 2023, certain of the Moving Defendants filed the following motions for reconsideration:

   a. The Koch Defendants' Motion for Reconsideration Of the Court's June 30, 2023 Order Denying Their Individual Motion For Summary Judgment And To Correct Factual Errors In The Order (filed July 14, 2023);

   b. Defendant Peco Foods, Inc.'s Memorandum Of Law In Support Of Its Motion For Reconsideration (filed July 14, 2023);

    c. The Mountaire Defendants' Motion For Reconsideration Of The Court's Order Denying Their Individual motion For Summary Judgment And To Correct Factual Errors In The Order (July 17, 2023); and

    d. Motion For Reconsideration Of House Of Raeford Farms, Inc. Of The court's Order Denying Its Individual Motion For Summary Judgment And To Correct Factual Errors In The Order (July 17, 2023).

2. Simmons Foods, Inc. and Simmons Prepared Foods, Inc. anticipate filing a motion for reconsideration on or before July 20, 2023.

3. The Track One Plaintiffs shall file their responses to each of the foregoing motions for reconsideration on or before August 3, 2023.

4. The Moving Defendants shall file any replies in support of their respective motion for reconsideration on or before August 10, 2023.

5. Track One Plaintiffs anticipate filing a motion for reconsideration of the Court's summary judgment order granting Perdue's individual motion for summary judgment as to the dismissal of the per se claim against Perdue on or before July 20, 2023.

6. Based on Plaintiffs' representation that their motion will be based on and limited to a single issue, Perdue shall file its response to the motion for reconsideration on or before July 28, 2023.

7. Track One Plaintiffs shall file any reply in support of their motion for reconsideration on or before August 2, 2023.

DATED: July 20, 2023

_____
Hon. Thomas M. Durkin
United States District Court Judge

3