UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Main Case No.: 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO:<br><br>*Affiliated Foods, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:17-cv-8850;<br><br>*Action Meat Distributors, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:18-cv-03471;<br><br>*Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:18-cv-05341;<br><br>*KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.) v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:18-cv-5345;<br><br>*Associated Grocers, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-00638;<br><br>*Giant Eagle, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-02758;<br><br>*The Golub Corporation et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-06955;<br><br>*Brookshire Brothers, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:20-cv-06123;<br><br>*Columbia Meats, Inc., et al. v. Norman W.* | **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE BY THE *AFFILIATED FOODS* PLAINTIFFS' OF DEFENDANTS TYSON FOODS, INC., TYSON CHICKEN, INC., TYSON BREEDERS, INC., TYSON POULTRY, INC., AND TYSON SALES AND DISTRIBUTION, INC.** |

> *Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:21-cv-02847; and
>
> *Springfield Grocer Company et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 21-cv-02963.

WHEREAS, Plaintiffs Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc., and all of their respective predecessors, successors, assigns, affiliates, and any and all past, present, and future parents, owners, subsidiaries, divisions, and departments, (collectively, the "*Affiliated Foods* Plaintiffs") and Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., and Tyson Sales and Distribution, Inc., and all of their predecessors, successors, assigns, and affiliates (collectively, "Tyson") have agreed to resolve the *Affiliated Foods* Plaintiffs' claims against Tyson.

NOW, THEREFORE, pursuant to Federal Rules of Civil Procedure 15(a) and 41(a), the parties, through their undersigned counsel, stipulate and jointly move the Court to dismiss the *Affiliated Foods* Plaintiffs' claims against Tyson with prejudice. The parties shall bear their respective fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

**SO ORDERED:** _Thomas M Durkin_ Dated: July 31, 2023
United States District Judge

| | |
|---|---|
| */s/ Robert N. Kaplan* <br> Robert N. Kaplan <br> Gregory K. Arenson <br> Matthew P. McCahill <br> Jason Uris <br> **KAPLAN FOX & KILSHEIMER, LLP** <br> 800 Third Avenue, 38th Floor <br> New York, New York 10022 <br> Telephone: (212) 687-1980 <br> Email: rkaplan@kaplanfox.com <br> Email: garenson@kaplanfox.com <br> Email: mmccahill@kaplanfox.com <br> Email: juris@kaplanfox.com | Dated: July 28, 2023 |
| */s/ Eric R. Lifvendahl* <br> Eric R. Lifvendahl <br> **LIFVENDAHL LAW, LLC** <br> 265 Latrobe Avenue <br> Northfield, Illinois 60093 <br> Telephone: (847) 830-7002 <br> Email: eric@liflaw.com | Dated: July 28, 2023 |
| */s/ Richard L. Coffman* <br> Richard L. Coffman <br> **THE COFFMAN LAW FIRM** <br> 3355 West Alabama Street, Suite 240 <br> Houston, Texas 77098 <br> Telephone: (713) 528-6700 <br> Email: rcoffman@coffmanlawfirm.com | Dated: July 28, 2023 |

| | |
|---|---|
| */s/ Solomon B. Cera*<br>Solomon B. Cera<br>**CERA LLP**<br>201 California Street, Suite 1240<br>San Francisco, California 94111<br>Telephone: (415) 777-2230<br>Email: scera@cerallp.com | Dated: July 28, 2023 |

-and-

| | |
|---|---|
| */s/ C. Andrew Dirksen*<br>C. Andrew Dirksen<br>800 Boylston Street, 16th Floor<br>Boston, Massachusetts 02199<br>Telephone: (857) 453-6555<br>Email: cdirksen@cerallp.com | Dated: July 28, 2023 |

| | |
|---|---|
| */s/ Elizabeth H. Black*<br>Elizabeth H. Black<br>**HAYNSWORTH SINKLER BOYD P.A.**<br>1201 Main Street 22nd Floor<br>Columbia, South Carolina 29201-3226<br>Telephone: (803) 540-7753<br>Email: eblack@hsblawfirm.com | Dated: July 28, 2023 |

-and-

| | |
|---|---|
| */s/ Jay W. Matthew, III*<br>Jay W. Matthews, III<br>1 North Main Street, 2nd Floor<br>Greenville, South Carolina 29601<br>Telephone: (864) 240-3200<br>Email: jmatthews@hsblawfirm.com | Dated: July 28, 2023 |

| | |
|---|---|
| */s/ Bernard D. Marcus*<br>Bernard D. Marcus<br>Moira Cain-Mannix<br>Brian C. Hill<br>**MARCUS & SHAPIRA, LLP**<br>One Oxford Center, 35th Floor<br>Pittsburgh, Pennsylvania 15219<br>Telephone: (412) 471-3490<br>Email: marcus@marcus-shapira.com<br>Email: cain-mannix@marcus-shapira.com | Dated: July 28, 2023 |

Email: hill@marcus-shapira.com

*Counsel for the Affiliated Foods Plaintiffs*

<u>/s/ Rachel J. Adcox</u>  Dated: July 28, 2023
Rachel J. Adcox
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street North West
Washington, D.C. 20036
Telephone: (202) 721-5406
Email: radcox@axinn.com

*Counsel for the Tyson Defendants*