# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maplevale Farms, Inc., et al.

                                    Plaintiff,

v.                                             Case No.: 1:16−cv−08637
                                                           Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 15, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: A second Track One trial in this case will be scheduled for March 4, 2024. The parties should file by September 1, 2023 a joint status report as to whether that trial should address the claims of the Indirect Purchaser Plaintiffs Class, the End Use Plaintiff Class, or both classes. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.