UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Winn-Dixie Stores, Inc. et al. v. Koch Foods, Inc. et al.,* Case No. 1:18-cv-00245 | Main Case No.: 1:16-cv-08637<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

The parties in the above-captioned actions, through their counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

1. This Stipulation is between Direct Action Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC, and all of their respective predecessors, successors, assigns, affiliates, and any and all past, present, and future parents, owners, subsidiaries, divisions, and departments (the "Winn-Dixe/Bi-Lo DAPs"), on the one hand, and Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., and Tyson Sales And Distribution, Inc., and all of their predecessors, successors, assigns, and affiliates (collectively "Tyson" or "Tyson Defendants"), on the other.

2. This Stipulation relates to *Winn-Dixie Stores, Inc. et al. v. Koch Foods, Inc. et al.,* Case No. 1:18-cv-00245 (the "Actions").

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Winn-Dixe/Bi-Lo DAPs and Tyson stipulate and agree to the dismissal, with prejudice, of the Winn-Dixe/Bi-Lo DAPs' claims against Tyson in the above-referenced Actions, with all parties bearing their own attorneys' fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

4. This Stipulation has no bearing on the Winn-Dixe/Bi-Lo DAPs' claims in the Actions against Defendants other than Tyson.

By: _____  September 6, 2023
Patrick J. Ahern
AHERN & ASSOCIATES, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
Telephone: (312) 404-3760
Email: patrick.ahern@ahernandassociates.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*


By: /s/ Rachel J. Adcox
Rachel J. Adcox
AXINN, VELTROP & HARKRIDER LLP
1901 L Street North West
Washington, D.C. 20036
Telephone: (202) 721-5406
Email: radcox@axinn.com

*Counsel for the Tyson Defendants*


**SO ORDERED:** _____  September __, 2023
United States District Judge

2