# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 21, 2023

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| No. 22-2889 | IN RE: BROILER CHICKEN ANTITRUST LITIGATION<br><br>END USER CONSUMER PLAINTIFF CLASS,<br>    Plaintiff - Appellee<br><br>v.<br><br>FIELDALE FARMS CORPORATION, et al.,<br>    Defendants<br><br>APPEAL OF: JOHN ANDREN, Objector |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-08637<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| AMOUNT OF BILL OF COSTS (do not include the $): | 463.00 |
|---|---|
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 09/21/2023 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**     (form ID: **135**)