## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 30, 2023



Before
DIANE S. SYKES, *Chief Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| | |
|---|---|
| No. 22-2889 | IN RE: BROILER CHICKEN ANTITRUST LITIGATION<br><br>END USER CONSUMER PLAINTIFF CLASS,<br>             Plaintiff - Appellee<br><br>v.<br><br>FIELDALE FARMS CORPORATION, et al.,<br>             Defendants<br><br>APPEAL OF: JOHN ANDREN, Objector |
| **Originating Case Information:** | |
| District Court No: 1:16-cv-08637<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin | |

We **VACATE** the fee award and **REMAND** for another evaluation of the bargain the parties would have struck *ex ante*; we express no preference as to the amount or structure of the award. We also remand for consideration of the request for expert discovery. The above is in accordance with the decision of this court entered on this date. Costs should be borne by the plaintiff-appellee.

Clerk of Court

form name: c7_FinalJudgment      (form ID: **132**)