# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maplevale Farms, Inc., et al.
                            Plaintiff,

v.                                           Case No.: 1:16−cv−08637
                                                           Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

       MINUTE entry before the Honorable Thomas M. Durkin: This order addresses for administrative purposes motions that have been substantively addressed by previous orders or rulings: the motion to seal [5806] is granted; the motion to strike improper rebuttal testimony [5829] is denied for the reasons stated in the summary judgment ruling [6641]; the motion for excess pages [5843] is granted; the motion to exclude Mangum [5856] is denied for reasons stated in the summary judgment ruling [6641]; Foster's motion for summary judgment [5872] is granted for reasons stated in the summary judgment ruling [6641]; the motion to exclude Cabral [5930] is denied for reasons stated in the summary judgment ruling [6641]; the motion for summary judgment on state of limitations [5947] is denied for reasons stated in the summary judgment ruling [6641]; Harrison's motion for summary judgment [6035] is denied for reasons stated in the summary judgment ruling [6641]; the motion to exclude Sunding [6038] is denied for reasons stated in the summary judgment ruling [6641]; Raeford's motion for summary judgment [6041] is denied for reasons stated in the summary judgment ruling [6641]; the motion to exclude McClave [6043] is denied for reasons stated in the summary judgment ruling [6641]; Wayne's motion for summary judgment [6045] is granted for reasons stated in the summary judgment ruling [6641]; and OK's motion for summary judgment [6049] is denied for reasons stated in the summary judgment ruling [6641]. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.