**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*All Track One Parties* | Case No. 1:16-cv-08637<br><br>Hon. Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**TRACK ONE PARTIES' PROPOSED CORRECTIONS TO SCRIVENER'S
ERRORS IN THE TRACK ONE SUMMARY JUDGMENT OPINION AND ORDER**

The Track One Plaintiffs and Defendants (collectively, the "Parties"), through their

respective attorneys, have met and conferred regarding scrivener's errors identified in the Track

One Summary Judgment Opinion and Order (Dkt. 6641) (the "Opinion"). As a result of those

discussions, the Parties have reached agreement on the following proposed corrections to the

Opinion.

For the avoidance of doubt, no proposed correction is intended to be an admission or

concession that the corresponding assertion in the Opinion is true. Further, no proposed

correction is intended to be construed as a motion for reconsideration, nor are these proposed

corrections intended to affect any previously filed motion for reconsideration. Finally, by

submitting these proposed corrections, the Parties are not intending to alter any deadlines that

were triggered by this Court's June 30, 2023, Memorandum Opinion and Order. The Parties

agree to be bound by those deadlines and that no Party will argue that any future amended

opinion or order incorporating any of these proposed corrections restarts those deadlines.

| Page | Current Statement | Agreed Proposed Correction |
|---|---|---|
| 16 | Williams's analysis, however, is slightly different than the other experts' because he includes 2008 in | Williams's analysis includes 2008 in the benchmark period, even though |

| Page | Current Statement | Agreed Proposed Correction |
|---|---|---|
| | the benchmark period, even though 2008 is part of Plaintiffs' alleged conspiracy period | 2008 is part of Plaintiffs' alleged conspiracy period |
| 27 | After several years of abstaining, Tyson again subscribed to Agri Stats in January 2008. *See* R. 6415 at 12 (¶ 5). | After several years of abstaining, Tyson again subscribed to Agri Stats in the fall of 2007. *See* R. 6415 at 12 (¶ 5). |
| 27 | Three months later, an internal Tyson email noted "restraint" in the industry and Tyson's reluctance to join because "the industry has always backfilled our production cuts" in the past. R. 6256. | Seven months later, an internal Tyson email noted "[r]estraint" in the industry and Tyson's reluctance to join because "the industry has always 'backfilled' our production cuts" in the past. R. 6256.[1] |
| 32 | Apparently based on those reports, and potentially others, Sanderson's CEO stated the following on an October 2009 earnings call: | Apparently based on those reports, and potentially others, Sanderson's CEO stated the following on a December 2009 earnings call: |
| 38 | In September 2008, the CFOs of OK Foods and Simmons emailed about making plans to meet to "figure out next moves." R. 6242-4 at 198-99, 493; R. 6242-7 at 218. | In September 2008, the CFOs of OK Foods and Simmons emailed about making plans to meet to "figure out next moves." R. 6242-4 at 466-67; R. 6242-7 at 218. |
| 38 | The Pilgrim's employee took notes stating that Sanderson and Mountaire shared production information during the trip, and OK Foods's vice-president suggested the representatives visit each others' facilities to learn about production and explained that he knew "a lot about Pilgrim's operations" from an earlier visit. *See* R. 6228-6 at 35; R. 6226-19 at 426-27 (135:22–139:15). | The Perdue employee took notes stating that Sanderson and Mountaire shared production information during the trip, and OK Foods's vice-president suggested the representatives visit each others' facilities to learn about production and explained that he knew "a lot about the Pilgrim's operations" from an earlier visit. *See* R. 6234-11 at 14-17; R. 6226-19 at 426-27 (135:22–139:15). |

---

[1] R. 6256 refers to the Commercial & Institutional Indirect Purchaser Plaintiffs' Opposition To Motion to Exclude the Testimony of Dr. Russell Mangum—not to the quoted document. The parties have not located the quoted document in any joint or individual motion for summary judgment. The document is Exhibit 6256 to the Deposition of Donnie Smith (June 22, 2021) and was summarized in Direct Action Plaintiffs' slide presentation in opposition to the Tyson Defendants' motion for summary judgment. The document bears the bates stamp TF-0002728193 and is attached as Exhibit 1 to the Declaration of Joshua J. Rissman. The Tyson Defendants do not consent to Plaintiffs supplementing the Rule 56 record after the Court has issued its Opinion. The Tyson Defendants reserve all rights and arguments related to whether TF-0002728193 is properly part of the Rule 56 record in Track 1 and to its admissibility in any future proceedings in this litigation.

| Page | Current Statement | Agreed Proposed Correction |
|------|-------------------|----------------------------|
| 38 | And internal OK Foods emails from February 2009 reflect OK Foods's communications with Pilgrim's about production plans. *See* R. 6242-6 at 6, 145. | And internal OK Foods emails from February 2009 reflect OK Foods's communications with Pilgrim's about production plans. *See* R. 6242-6 at 6. |
| 39 | Although OK Foods was not a member of the Tip Top Advisory Board when the emails discussed above were sent in 2011, it had joined by 2012. *See* R. 6362 at 17 (¶13). | Although OK Foods was not a member of the Tip Top Advisory Board when the emails discussed above were sent in 2011, it had joined by 2012. See R. 6361 at 17 (¶13). |
| 42 | The next year, in June 2012, a Simmons internal document stated, "Rumor is the industry supply cut will be in the 5-7% range. We will need to reduce boneless supply by approximately 10%. R. 6229-5 | In June 2011, a Simmons internal document stated, "Rumor is the industry supply cut will be in the 5-7% range. We will need to reduce boneless supply by approximately 10%. R. 6229-5 |
| 43 | Simmons's president testified that this reference to "multiple sources" included information learned directly from competitors. *See* R. 6226-19 (83:13–85:4); R. 6227 at 224 (147:18–148:10). | Simmons's president testified that this reference to "multiple sources" included information learned directly from competitors. *See* R. 6233-04 at 39 (83:13–85:4); R. 6227 at 224 (147:18–148:10). |
| 48 | The first is a statement from Bill Lovette who at various times was CEO of Tyson and Pilgrims, and president of Case. | The first is a statement from Bill Lovette who at various times was a senior executive at Tyson, CEO of Pilgrims, and president of Case. |
| 70-71 | The Georgia Dock was prepared by PMN staff soliciting pricing information from Broiler producers in Georgia for various Broiler and other chicken products on various days of the week. The producers who received these requests were known as the PMN Advisory Committee. The PMN Advisory Committee was made of up the following defendants: Claxton; Harrison; Koch; Mar-Jac; Pilgrim's; Sanderson; Wayne; Fieldale, and Tyson. The parties refer to these defendants as the "Georgia Dock Defendants." The other defendants in this case did not make submissions to the Georgia Dock. | The Georgia Dock was prepared by PMN staff soliciting pricing information from Broiler producers in Georgia for various Broiler and other chicken products on various days of the week. The GDA collected information from the following poultry producers with operations in Georgia: Claxton; Harrison; Koch; Mar-Jac; Pilgrim's; Sanderson; Wayne; Fieldale, and Tyson. The parties refer to these defendants as the "Georgia Dock Defendants." The GDA also created a PMN Advisory Committee, comprised of representatives from all the Georgia Dock Defendants, except Sanderson. The other defendants in this case did not make submissions to the Georgia Dock. |

| Page | Current Statement | Agreed Proposed Correction |
|---|---|---|
| 73 | Defendants also contend that they were asked to report their prices within a range of a half cent above or below the previous week's price. *See* R. 5882-2 at 130. | Defendants also contend that they were asked to report their prices within a range of a half cent above or below the previous week's price. *See* R. 5883-2 at 2-3. |
| 73-74 | Defendants argue that, regardless of what they were asked and whether their submissions reflected their actual prices, the majority of the submissions to the Georgia Dock after May 2014 were to either decrease it or to keep it steady. *See* R. 5882-2 at 130 (PMN staffer notes to ask whether price is "steady, weak, firm, lower, or higher"). | Defendants argue that, regardless of what they were asked and whether their submissions reflected their actual prices, the majority of the submissions to the Georgia Dock after May 2014 were to either decrease it or to keep it steady. *See* R. 5883-2 at 2-3 (PMN staffer notes to ask whether price is "steady, weak, firm, lower, or higher"). |
| 74 | They point out that only Sanderson consistently made submissions that were consistently higher than the previous week's price. | They point out that only Pilgrim's consistently made submissions that were consistently higher than the previous week's price. |
| 76 | The only documentary evidence are internal Sanderson emails in which the person responsible for making submissions to the Georgia Dock is congratulated for the index increasing. *See* R. 6252-2 at 15 (¶ 12). But this is not evidence of communications among the Georgia Dock Defendants about the Georgia Dock. And the communications are not even direct evidence that Sanderson was making fraudulent submissions. It might be possible to make that inference in the context of evidence that Sanderson's submissions were higher than its actual prices. But even assuming that inference is reasonable, it is not reasonable to make the further inference that it is evidence of a conspiracy among the Georgia Dock Defendants based on internal Sanderson emails that do not suggest communication among the competitors. | The only documentary evidence are internal Pilgrim's emails in which the person responsible for making submissions to the Georgia Dock is congratulated for the index increasing. *See* R. 6252-2 at 15 (¶ 12). But this is not evidence of communications among the Georgia Dock Defendants about the Georgia Dock. And the communications are not even direct evidence that Pilgrim's was making fraudulent submissions. It might be possible to make that inference in the context of evidence that Pilgrim's submissions were higher than its actual prices. But even assuming that inference is reasonable, it is not reasonable to make the further inference that it is evidence of a conspiracy among the Georgia Dock Defendants based on internal Pilgrim's emails that do not suggest communication among the competitors. |

Except as otherwise noted herein or as agreed to by the Parties, all other objections are reserved.

DATED: September 27, 2023

Respectfully submitted,

VENABLE LLP

By: /s/ Lisa Jose Fales
Lisa Jose Fales (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

ARENTFOX SCHIFF LLP

By: /s/ Margaret A. Hickey
Margaret A. Hickey Lawrence
Harris Heftman
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
maggie.hickey@afslaw.com
lawrence.heftman@afslaw.com
kylie.wood@afslaw.com

Robert J. Wierenga
Suzanne L. Wahl
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

ROSE LAW FIRM

Amanda K. Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
120 East Fourth Street
Little Rock, AR 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

John W. Treece (#3122889)
1135 West Montana Street
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

5

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

SHOOK HARDY & BACON LLP

/s/ *Lynn H. Murray*
Lynn H. Murray (#6191802)
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
CONNER & WINTERS
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods,*
*Inc. and Simmons Prepared Foods, Inc.*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga (#90784529)
William H. Stallings (*pro hac vice*)
Oral D. Pottinger (admitted *pro hac vice*)
Katherine M. Bleicher (*pro hac vice*)
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com
kbleicher@mayerbrown.com

*Attorneys for Defendant Foster Farms, LLC*
*and Foster Poultry Farms, a California*
*Corporation*

ARMSTRONG TEASDALE LLP

By: */s/ Stephen Novack*
Stephen Novack (#2067587)
Stephen J. Siegel (#6209054)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@atllp.com
ssiegel@atllp.com

*Attorneys for Defendants Koch Foods
Incorporated, JCG Foods of Alabama LLC,
JCG Foods of Georgia LLC and Koch Meat
Co., Inc.*

HOGAN LOVELLS US LLP

By: */s/ William L. Monts III*
William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5910
Facsimile: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

MILLER, CANFIELD, PADDOCK, AND
STONE P.L.C.

Jacob D. Koering
225 West Washington Street, Ste 2600
Chicago, Illinois 60606
Telephone: (312) 460-4272
Facsimile: (312) 460-4201
koering@millercanfield.com

*Attorneys for Defendant Agri Stats, Inc.*

VEDDER PRICE P.C.

By: */s/ Gregory G. Wrobel*
Gregory G. Wrobel (#3122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES &
CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford
Farms, Inc.*

VAUGHAN & MURPHY

By: /s/ Charles C. Murphy, Jr.
Charles C. Murphy, Jr.
(admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison (#6275116)
Michael P. Mayer (#6272677)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

PROSKAUER ROSE LLP

By: /s/ Christopher E. Ondeck
Marc E. Rosenthal
70 W. Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3530
mrosenthal@proskauer.com

Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Scott A. Eggers (admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
seggers@proskauer.com

Colin G. Cabral (admitted *pro hac vice*)
Kyle A. Casazza (admitted *pro hac vice*)
Shawn S. Ledingham, Jr. (admitted *pro hac vice*)
Simona Weil (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
ccabral@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
sweil@proskauer.com

Jared DuBosar (admitted *pro hac vice*)
2255 Glades Road, Suite 421
Boca Raton, FL 33431-7360
Telephone: (561) 995-4702
jdubosar@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

KUTAK ROCK LLP

By: */s/ John Passarelli*
John P. Passarelli
James M. Sulentic
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll
Jeffrey M. Fletcher
Stephen M. Dacus
KUTAK ROCK LLP
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.carroll@kutakrock.com
jeffrey.fletcher@kutakrock.com
stephen.dacus@kutakrock.com

*Attorneys for Defendants O.K. Foods, Inc.,*
*O.K. Farms, Inc., and O.K. Industries, Inc.*

JOSEPH D. CARNEY & ASS. LLC

*/s/ Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN
LLP

Thomas M. Staunton
Daniel M. Feeney
30 West Monroe Street, Suite 1900
Chicago, IL 60603
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D. KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq. (admitted *pro hac vice*)
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: 440-376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case*
*Farms, LLC, and Case Farms Processing, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Boris Bershteyn*
Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
Sam Auld (admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

Gail Lee (#6318334)
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
gail.lee@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
Patricia A. Gorham (admitted *pro hac vice*)
James R. McGibbon (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
Dylan de Fouw (admitted *pro hac vice*)
Rebekah Whittington (admitted *pro hac vice*)
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
patriciagorham@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
dylandefouw@eversheds-sutherland.com
rebekahwhittington@eversheds-sutherland.com

AMUNDSEN DAVIS, LLC

Ronald Balfour (#6307658)
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1828
RBalfour@amundsendavislaw.com

*Attorneys for Defendant Harrison Poultry, Inc.*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (*pro hac vice*)
Bradley D. Justus (*pro hac vice*)
Michael J. O'Mara (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
1901 L Street NW
Washington, D.C. 20036
T. 202-921-4700
radcox@axinn.com
doakes@axinn.com
bjustus@axinn.com
momara@axinn.com
klee@axinn.com

Jarod G. Taylor (*pro hac vice*)
90 State House Square
Hartford, CT 06103
T. 860-275-8175
jtaylor@axinn.com

Nicholas E.O. Gaglio (*pro hac vice*)
Denise L. Plunkett (*pro hac vice*)
Kail J. Jethmalani (*pro hac vice*)
114 West 47th Street
New York, NY 10036
T. 212-728-2331
ngaglio@axinn.com
dplunkett@axinn.com
kjethmalani@axinn.com

LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.

Jordan M. Tank (#6304122)
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
T: 312-702-0586
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc.;*
*Tyson Breeders, Inc.; Tyson Chicken, Inc.;*
*Tyson Poultry, Inc.; Keystone Foods LLC;*
*Equity Group Eufaula Division, LLC; Equity*
*Group Kentucky Division, LLC; and Equity*
*Group—Georgia Division, LLC*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Marc E. Rosenthal
70 W. Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3530
mrosenthal@proskauer.com

Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Scott A. Eggers (admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
seggers@proskauer.com

Colin G. Cabral (admitted *pro hac vice*)
Kyle A. Casazza (admitted *pro hac vice*)
Shawn S. Ledingham, Jr. (admitted *pro hac vice*)
Simona Weil (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
ccabral@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
sweil@proskauer.com

Jared DuBosar (admitted *pro hac vice*)
2255 Glades Road, Suite 421
Boca Raton, FL 33431-7360
Telephone: (561) 995-4702
jdubosar@proskauer.com

*Attorneys for Defendants Sanderson Farms, LLC*
*(f/k/a Sanderson Farms, Inc.*)*, Sanderson Farms*
*Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods*
*Division*))*, Sanderson Farms Production, LLC*
*(f/k/a Sanderson Farms, Inc. (Production*
*Division*))*, and Sanderson Farms Processing,*

*LLC (f/k/a Sanderson Farms, Inc. (Processing Division))*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: */s/ Michael D. Bonanno*
Michael D. Bonanno
William A. Burck
Kathleen A. Lanigan
1300 I St. NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
williamburck@quinnemanuel.com
katlanigan@quinnemanuel.com

Debra D. Bernstein
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Tel: (404) 482-3502
debrabernstein@quinnemanuel.com

Michelle Schmit
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
michelleschmit@quinnemanuel.com

*Attorneys for Defendant Pilgrim's Pride
Corporation*

ALSTON & BIRD LLP

By: */s/ B. Parker Miller*
B. Parker Miller (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
Thomas P. Grantham (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
(404)881-7000 (T)
(404) 881-7777 (F)
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com

THE BLOCK FIRM LLC

Max Marks (*pro hac vice*)
Aaron Block (*pro hac vice*)
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305
(404) 997-8419
max.marks@blockfirmllc.com
aaron@blockfirmllc.com

*Attorneys for Defendant Fieldale Farms
Corporation*

By: *s/ Brian D. Clark*

W. Joseph Bruckner, Esquire
Brian D. Clark, Esquire
Simeon A. Morbey, Esquire
Kyle Pozan, Esquire
LOCKRIDGE GRINDAL NAUEN P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
E-mail: wjbruckner@locklaw.com
      bdckark@locklaw.com
      samorbey@locklaw.com
      kjpozan@locklaw.com

Clifford H. Pearson, Esquire
Daniel L. Warshaw, Esquire
Bobby Pouya, Esquire
Michael H. Pearson, Esquire
PEARSON WARSHAW, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 92403
Tel: (818) 788-8300
Fax: (818) 788-8104
E-mail: cpearson@pwfirm.com
      dwarshaw@pwfirm.com
      bpouya@pwfirm.com
      mpearson@pwfirm.com

Bruce L. Simon, Esquire
Jill M. Manning, Esquire
PEARSON WARSHAW, LLP
555 Montgomery Street
Suite 1205
San Francisco, CA 94111
Tel: (415) 433-9000
Fax: (415) 433-9008
E-mail: bsimon@pwfirm.com
      jmanning@pwfirm.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

By: *s/ Paul E. Slater*

Paul E. Slater, Esquire
Joseph M. Vanek, Esquire
David P. Germaine, Esquire
Phillip F. Cramer, Esquire
John P. Bjork, Esquire
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
E-mail: PES@Sperling-law.com
      JVanek@Sperling-law.com
      DGermaine@Sperling-law.com
      Cramer@Sperling-law.com
      JBjork@Sperling-law.com

Ryan T. Holt, Esquire
Christina R.B. Lopez, Esquire
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South
Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
E-mail: rholt@srvhlaw.com
      clopez@srvhlaw.com

*Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp. (the "Publix DAPs")*

By: _s/ William J. Blechman_

William J. Blechman, Esquire
Kevin J. Murray, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Michael A. Ponzoli, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com
        kmurray@knpa.com
        dpatton@knpa.com
        srandall@knpa.com
        mponzoli@knpa.com

_Counsel for Plaintiffs The Kroger Co.,
Albertsons Companies, Inc., Hy-Vee, Inc., and
Save Mart Supermarkets (the "Kroger
DAPs")_

By: _s/ Patrick J. Ahern_

Patrick J. Ahern, Esquire
AHERN AND ASSOCIATES, P.C.
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
Tel: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

_Counsel for Plaintiffs Winn-Dixie Stores, Inc.
and Bi-Lo Holdings, LLC (the "Winn-Dixie
DAPs")_

By: _s/ Daniel D. Owen_

Daniel D. Owen, Esquire
Guillermo G. Zorogastua, Esquire
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Tel: (816) 753-1000
Fax: (816) 753-1536
E-mail: dowen@polsinelli.com
        gzorogastua@polsinelli.com

Rodney L. Lewis, Esquire
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Tel: (312) 819-1900
Fax: (312) 819-1910
E-mail: rodneylewis@polsinelli.com

_Counsel for Plaintiff Associated Wholesale
Grocers, Inc._

By: s/ Robert N. Kaplan
Robert N. Kaplan, Esquire
Gregory K. Arenson, Esquire
Matthew P. McCahill, Esquire
Jason Uris, Esquire
KAPLAN FOX & KILSHEIMER, LLP
800 Third Avenue, 38th Floor
New York, N.Y.  10022
Tel: (212) 687-1980
E-mail: rkaplan@kaplanfox.com
          garenson@kaplanfox.com
          mmccahill@kaplanfox.com
          juris@kaplanfox.com

Solomon B. Cera, Esquire
CERA LLP
201 California Street, Suite 1240
San Francisco, CA  94111
Tel: (415) 777-2230
E-mail: scera@cerallp.com

C. Andrew Dirksen, Esquire
CERA LLP
800 Boylston Street, 16th Floor
Boston, MA  02199
Tel: (857) 453-6555
E-mail: cdirksen@cerallp.com

Elizabeth H. Black, Esquire
HAYNSWORTH SINKLER BOYD P.A.
1201 Main Street, 22nd Floor
Columbia, SC  29201-3226
Tel: (803) 540-7753
E-mail: eblack@hsblawfirm.com

Jay W. Matthews, III, Esquire
HAYNSWORTH SINKLER BOYD P.A.
1 North Main Street, 2nd Floor
Greenville, SC  29601
Tel: (864) 240-3200
E-mail: jmatthews@hsblawfirm.com

Eric R. Lifvendahl, Esquire
LIFVENDAHL LAW, LLC
265 Latrobe Ave.
Northfield, IL 60093
E-mail: eric@liflaw.com
Richard L. Coffman, Esquire
THE COFFMAN LAW FIRM
3355 West Alabama, Suite 240
Houston, Texas 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

Bernard D. Marcus, Esquire
Moira Cain-Mannix, Esquire
Brian C. Hill, Esquire
MARCUS & SHAPIRA LLP
One Oxford Center, 35th Floor
Pittsburgh, PA  15219
Tel: (412) 471-3490
E-mail: marcus@marcus-shapira.com
    cain-mannix@marcus-shapira.com
    bhill@marcus-shapira.com

*Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Bros., Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King*

*Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

*s/ Joshua J. Rissman*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*s/ Adam J. Zapala*
Adam J. Zapala
James G. Dallal
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett
COTCHETT, PITRE & MCCARTHY, LLP
40 Worth Street, Suite 602
New York, NY 10013
Tel: (212) 201-6820
abarnett@cpmlegal.com

*Commercial and Institutional Indirect*
*Purchaser Plaintiffs' Co-Lead Counsel*

Kenneth A. Wexler
Melinda J. Morales
WEXLER BOLEY & ELGERSMA LLP
311 South Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: (312) 346-2222
kaw@wbe-llp.com
mjm@wbe-llp.com

*Commercial and Institutional Indirect*
*Purchaser Plaintiffs' Liaison Counsel*

*s/ Shana E. Scarlett*
Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO
LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO
LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com
abigailp@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO
LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

*s/ Brent W. Johnson*
Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
Zachary Glubiak
Zachary Krowitz
COHEN MILSTEIN SELLERS & TOLL,
PLLC
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com
zkrowitz@cohenmilstein.com

*End-User Consumer Plaintiffs' Co-Lead
Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 27, 2023, a true and correct copy of the foregoing

document was served on all counsel of record through the Court's electronic filing system.


*/s/ Joshua J. Rissman*
Joshua J. Rissman