IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*All Track One Parties* | Case No. 1:16-cv-08637<br><br>Hon. Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF JOSHUA J. RISSMAN IN SUPPORT OF
TRACK ONE PARTIES' PROPOSED CORRECTIONS TO SCRIVENER'S
ERRORS IN THE TRACK ONE SUMMARY JUDGMENT OPINION AND ORDER**

I, Joshua J. Rissman, state under oath as follows:

1. I am a partner at the law firm Gustafson Gluek PLLC ("GG"). GG is Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") Class in this action. I am admitted *pro hac vice* in this action. I have full knowledge of the matters states herein and would testify to these facts if called upon.

2. Attached hereto as Exhibit 1, is a true and correct copy of document bates-numbered TF-0002728193, produced in the above-captioned action by defendant Tyson.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2023

                                                        /s/ *Joshua J. Rissman*
                                                            Joshua J. Rissman