# EXHIBIT 1

| | |
|---|---|
| **From:** | Wilson, Todd |
| **Sent:** | Thursday, April 17, 2008 03:20:32 PM |
| **To:** | King, Donnie; Leonard, Bernard (Group VP); Smith, Donnie; Miquelon, Wade; Leatherby, Dennis; Ellis, Matt; Peters, Scott; Wisener, Ruth Ann; Adcock, Bernie |
| **Cc:** | Hill, Amber; Hughes, Heather; Helt, Jeremy; Hudlow, Jason; Kegley, Julie; Schaffer, Archie; DuPriest, Read; Wilson, Todd |
| **Subject:** | Poultry Industry "Restraint" |
| **Attachments:** | WATT Rankings (Todd).xls |

Although future financial conditions may force us to participate in industry supply reductions, the following information confirms our current stance and public statements that the industry has always "backfilled" our production cuts. Key points:

1) the data is from Watt's annual survey information (it is intended to provide directional trends, not precise data)
2) only 7 of the 38 companies have reduced their weekly cumulative output since 2001 (Tyson being one of those)
3) most of the industry expansion has occurred through increased bird weights and Greenfield slaughter plants

There are many players on this list who have not announced plans to reduce their 2008 output.
Recent data indicates that the Non-Tyson output continues to exceed last year in both egg sets and slaughter pounds.
As a final reminder, we also continue to slaughter at roughly 92% slaughter capacity while others continue to run at 98%.

I am reminded of the scene in the recent James Bond film where Mr. Bond (no pun intended) is stripped naked and tied to a chair.
The villain Lacheaf, holding a buck knife, threatens to remove Mr. Bond's "manhood" and asks in a raspy voice........

***"The question is Mr. Bond,.....will YOU yield in time?"***

I'm not sure if we are holding the knife or sitting in the chair, but based on current egg sets and slaughter trends our competitors still believe we're in the chair.

**Todd Wilson**
**479-871-8773**

Director of Competitive Intelligence and Analysis

**Highly Confidential – Subject to Protective Order**                                                                                                                TF-0002728193

fax (479-203-4238)

Highly Confidential – Subject to Protective Order

TF-0002728194