UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

*In re Broiler Chicken Antitrust Litigation*,
Case No: 16-cv-08637

SYSCO CORPORATION,

        Plaintiff,

v.

TYSON FOODS, INC., *et al.*,

        Defendants.

Case No. 18-cv-700

Judge Thomas M. Durkin
Judge Jeffrey T. Gilbert

**CARINA VENTURES LLC'S MOTION FOR PERMISSION TO FILE RESPONSE TO PILGRIM'S PRIDE'S MOTION TO ENFORCE**

As the Court is aware, Sysco Corporation has assigned its claims in this case to Carina Ventures LLC, and Carina and Sysco jointly filed a motion to substitute Carina for Sysco. *See* ECF 6630, 6692, 6693. That motion remains pending.

On September 9, 2023, Defendant Pilgrim's Pride filed a motion, seeking to enforce a purported settlement with Sysco. *See* ECF 6851, 6852. On September 26, 2023, the Court set a briefing schedule, directing Sysco to file a response by October 13, 2023. *See* ECF 6900.

Carina hereby moves for permission to file a response to Pilgrim's motion, on or before October 13, the same date Sysco's response is due. In support of this motion, Carina states as follows:

1. Under the terms of the assignment agreement between Carina and Sysco (*see* ECF 6630, Exhibit A), Sysco fully assigned its claims and causes of action arising in, or related to, this action to Carina, an affiliate of Burford Capital LLC. Sysco also transferred "any settlement of . . . any Claim" and "all rights of [Sysco]" to "exercise remedies in connection with any" settlement. *See id.* at 8-9.

2. As a result of that assignment Carina is now the real party in interest with respect to claims against Pilgrim's Pride based on relevant purchases by Sysco, and will bear the economic consequences of any decision on Pilgrim's motion. Carina possesses all rights to prosecute Sysco's claims against Pilgrim's—including the right to contest the motion to enforce the purported settlement.

3. Carina has a direct and significant interest in the outcome of Pilgrim's motion, and will be impacted by any ruling on the motion.

4. Carina's interests with respect to Pilgrim's motion are not the same as Sysco's interests, and Sysco's own forthcoming filing is insufficient to protect Carina's interest.

5. Sysco has informed counsel for Carina that it has no objection to Carina filing a response to Pilgrim's motion.

6. Moreover, Carina affiliate Burford engaged in extensive arbitration with Sysco to enforce Burford's prior-consent right to the purported settlement between Sysco and Pilgrim's. *See* ECF 6510. Throughout that arbitration, Sysco represented that it had not settled with Pilgrim's, and Burford obtained a preliminary injunction preventing Sysco from entering into a settlement with Pilgrim's. Carina also possesses information relevant to Pilgrim's motion, and believes a submission from Carina may be helpful to the Court.

7. In its motion to enforce, Pilgrim's asserted there is "overlap" between its motion and the pending motion to substitute Carina for Sysco. *See* ECF 6851 (emphasis added). Pilgrim's cannot credibly contend that Carina is a stranger to Pilgrim's motion.

For the foregoing reasons, Carina requests that the Court permit Carina to file a response to Pilgrim's motion, on or before October 13, 2023.

Dated: October 2, 2023

Respectfully submitted,

/s/ *Scott E. Gant*
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgant@bsfllp.com

Colleen A. Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504

3

Tel: (914) 749-8204
Email: charrison@bsfllp.com

Derek T. Ho
Travis G. Edwards
Dustin G. Graber
KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
tedwards@kellogghansen.com
dgraber@kellogghansen.com

Christopher A. Seeger (*pro hac vice*)
Jennifer Scullion (*pro hac vice*)
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Tel: 212-584-0700
cseeger@seegerweiss.com
jscullion@seegerweiss.com

*Counsel for Carina Ventures LLC*

4