# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co., et al v. Tyson Foods, Inc., et al*, Case No. 18-cv-4534<br><br>*Associated Grocers of the South, Inc., et al v. Tyson Foods, Inc., et al*, Case No. 18-cv-4616<br><br>*Save Mart Supermarkets v. Tyson Foods, Inc., et al*, Case No. 19-cv-2805 | Main Case No.: 1:16-cv-08637<br><br>**STIPULATION OF DISMISSAL, WITH PREJUDICE, OF CERTAIN ACTIONS AGAINST THE KOCH DEFENDANTS** |

The parties in the above-captioned actions, through their counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

1. This Stipulation is between Direct Action Plaintiffs The Kroger Co.; Hy-Vee, Inc.; Albertsons Companies, Inc.; Associated Grocers of the South, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; OSI Restaurant Partners, LLC; Publix Super Markets, Inc.; SuperValu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; Wakefern Food Corporation; and Save Mart Supermarkets LLC., on the one hand (the "Kroger/Publix DAPs"), and Defendants Koch Foods Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia LLC, and Koch Meat Co., Inc. (the "Koch Defendants"), on the other:

2. This Stipulation relates to *The Kroger Co., et al v. Tyson Foods, Inc., et al*, Case No. 18-cv-4534; *Associated Grocers of the South, Inc., et al v. Tyson Foods, Inc., et al*, Case No. 18-cv-4616; and *Save Mart Supermarkets v. Tyson Foods, Inc., et al*, Case No. 19-cv-2805 (the "Actions").

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Kroger/Publix DAPs and the Koch Defendants stipulate and agree to the dismissal, with prejudice, of the Kroger/Publix DAPs' claims against the Koch Defendants in the above-referenced Actions, with all parties bearing their own attorneys' fees and costs.

4. This Stipulation has no bearing on the Kroger/Publix DAPs' claims in the Actions against Defendants other than the Koch Defendants.

By: s/ *William J. Blechman*  
    Richard Alan Arnold, Esquire  
    William J. Blechman, Esquire  
    Douglas H. Patton, Esquire  
    Samuel J. Randall, Esquire  
    Michael A. Ponzoli, Esquire  
    KENNY NACHWALTER, P.A.  
    1441 Brickell Avenue, Suite 1100  
    Miami, Florida 33131  
    Tel: (305) 373-1000  
    E-mail: rarnold@knpa.com  
            wblechman@knpa.com  
            dpatton@knpa.com  
            srandall@knpa.com  
            mponzoli@knpa.com

Dated: October 12, 2023

**Counsel for Plaintiffs The Kroger Co., Hy-Vee Inc., Albertsons Companies, Inc. and Save Mart Supermarkets LLC**

By: s/ *David P. Germaine*  
    Paul E. Slater, Esquire  
    Joseph M. Vanek, Esquire  
    David P. Germaine, Esquire  
    John P. Bjork, Esquire  
    SPERLING & SLATER, LLC  
    55 West Monroe Street, Suite 3200  
    Chicago, Illinois 60603  
    Tel: (312) 641-3200  
    E-mail: pes@Sperling-law.com  
            jvanek@Sperling-law.com  
            dgermaine@Sperling-law.com  
            jbjork@Sperling-law.com

Dated: October 12, 2023

-- and –

Ryan T. Holt, Esquire
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN  37201
Tel:  (615) 742-4200
E-mail:  rholt@srvhlaw.com

**Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Supermarkets, Inc., Supervalu Inc., Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corp.**


By: s/ Stephen J. Siegel                           Dated: October 12, 2023
    Stephen Novack, Esquire
    Stephen J. Siegel, Esquire
    ARMSTRONG TEASDALE LLP
    100 North Riverside Plaza, Suite 1500
    Chicago, IL  60606-1520
    Tel:  (312) 516-5633
    E-mail:  snovack@atllp.com
             ssiegel@atllp.com

**Counsel for Defendants Koch Foods Inc.; JCG Foods of Alabama, LLC; JCG Foods of Georgia LLC; and Koch Meat Co., Inc.**


SO ORDERED:  _/s/ Thomas M. Durkin_                Dated:  __October 12__, 2023
             United States District Judge

662954.1

3