# Exhibit 38 (J. Carpenter)

# AS PLAYED

Designation List Report

**Carpenter, James**  2021-05-19

| | |
|---|---|
| Plaintiff Designations | 00:04:46 |
| Defense Designations | 00:03:31 |
| **TOTAL RUN TIME** | **00:08:16** |

Documents linked to video:
PX2415



ID: Carpenter_v1

**Carpenter_v1 - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:08 - 10:14 | **Carpenter, James 2021-05-19** | 00:00:29 | Carpenter_v1.1 |
| | 10:08 Q. Can you please state and spell your full | | |
| | 10:09     name for the record? | | |
| | 10:10 A. My full name is James William Carpenter, | | |
| | 10:11     Junior.  J-A-M-E-S, W-I-L-L-I-A-M, C-A-R-P-E-N-T-E-R, | | |
| | 10:12     Junior, J-U-N-I-O-R. | | |
| | 10:13 Q. Have you used any other names in the past? | | |
| | 10:14 A. Jim Carpenter. | | |
| 22:06 - 22:08 | **Carpenter, James 2021-05-19** | 00:00:14 | Carpenter_v1.17 |
| | 22:06 Q. What was your title while at Wayne Farms? | | |
| | 22:07 A. I started as a business development manager | | |
| | 22:08     and moved into a director of sales position. | | |
| 22:09 - 22:11 | **Carpenter, James 2021-05-19** | 00:00:14 | Carpenter_v1.18 |
| | 22:09 Q. And approximately when did you join Wayne | | |
| | 22:10     Farms, in terms of the year? | | |
| | 22:11 A. Approximately '97. | | |
| 22:12 - 22:15 | **Carpenter, James 2021-05-19** | 00:00:15 | Carpenter_v1.19 |
| | 22:12 Q. And how long were you at Wayne Farms for? | | |
| | 22:13 A. I left Wayne Farms and came to Amick Farms | | |
| | 22:14     and I started with Amick in 2006.  So 10, 11 years, | | |
| | 22:15     ballpark. | | |
| 22:18 - 22:20 | **Carpenter, James 2021-05-19** | 00:00:09 | Carpenter_v1.2 |
| | 22:18 Q. When you first joined Amick in approximately | | |
| | 22:19     2006, what was your job title? | | |
| | 22:20 A. Business development manager. | | |
| 22:21 - 22:25 | **Carpenter, James 2021-05-19** | 00:00:15 | Carpenter_v1.20 |
| | 22:21 Q. And what were your roles as a business | | |
| | 22:22     development manager? | | |
| | 22:23 A. Basically that's a fancy title for a | | |
| | 22:24     salesperson.  I was here to drive sales on the | | |
| | 22:25     accounts. | | |
| 23:10 - 23:16 | **Carpenter, James 2021-05-19** | 00:00:21 | Carpenter_v1.3 |
| | 23:10 Q. So you are now currently vice president of | | |
| | 23:11     sales? | | |
| | 23:12 A. Yes. | | |
| | 23:13 Q. And what are your duties as vice president | | |
| | 23:14     of sales? | | |
| | 23:15 A. I oversee all the sales, external, internal, | | |

Carpenter_v1 - AS PLAYED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 23:16     transportation, and production scheduling. | | |
| 23:23 - 23:25 | **Carpenter, James 2021-05-19** | 00:00:08 | Carpenter_v1.21 |
| | 23:23    Q. And Amick Farms produces a certain size of | | |
| | 23:24         bird? | | |
| | 23:25    A. Yes, we do. | | |
| 24:01 - 24:04 | **Carpenter, James 2021-05-19** | 00:00:23 | Carpenter_v1.22 |
| | 24:01    Q. And what does Amick Farms typically produce? | | |
| | 24:02    A. We produce a big bird, typically an eight | | |
| | 24:03         and a half pound up bird in our South Carolina | | |
| | 24:04         facility and a six bird in our Hurlock facility. | | |
| 24:05 - 24:13 | **Carpenter, James 2021-05-19** | 00:00:35 | Carpenter_v1.23 |
| | 24:05    Q. And when you're setting prices for sales of | | |
| | 24:06         broilers, how is that determined? | | |
| | 24:07    A. Several factors go into that. It's | | |
| | 24:08         determined by the market conditions, it's determined | | |
| | 24:09         by the quality of product we're producing, the | | |
| | 24:10         different levels of trim that goes into producing that | | |
| | 24:11         product, whether it's an annual contract, whether it's | | |
| | 24:12         a flat price, market formula. | | |
| | 24:13         There's numerous influences on that. | | |
| 30:22 - 30:24 | **Carpenter, James 2021-05-19** | 00:00:09 | Carpenter_v1.24 |
| | 30:22    Q. And as part of your job duties, do you | | |
| | 30:23         review Agri Stats reports? | | |
| | 30:24    A. Yes, I do. | | |
| 30:25 - 31:03 | **Carpenter, James 2021-05-19** | 00:00:13 | Carpenter_v1.25 |
| | 30:25    Q. And have you been reviewing them for the | | |
| | 31:01         entire relevant time period or only recently? | | |
| | 31:02    A. I've been reviewing Agri Stats pretty much | | |
| | 31:03         my entire career. | | |
| 31:04 - 31:05 | **Carpenter, James 2021-05-19** | 00:00:05 | Carpenter_v1.26 |
| | 31:04    Q. Do you know Mike Donohue at Agri Stats? | | |
| | 31:05    A. I do. | | |
| 31:06 - 31:08 | **Carpenter, James 2021-05-19** | 00:00:10 | Carpenter_v1.27 |
| | 31:06    Q. How long have you known Mr. Donohue? | | |
| | 31:07    A. Probably met him halfway through my tenure | | |
| | 31:08         at Wayne Farms. | | |
| 31:09 - 31:13 | **Carpenter, James 2021-05-19** | 00:00:14 | Carpenter_v1.28 |
| | 31:09    Q. And how often during the relevant time | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 31:10 | | period would you say you were in communications with | | |
| | 31:11 | | Mr. Donohue? | | |
| | 31:12 | A. | Oh, I very rarely communicated with Mike | | |
| | 31:13 | | Donohue. | | |
| 40:04 - 40:06 | **Carpenter, James 2021-05-19** | | | 00:00:17 | Carpenter_v1.4 |
| 🔗 PX2415.1 | 40:04 | | I'd like to take you now to Tab 3. This is | | |
| | 40:05 | | also a previously marked exhibit, Exhibit 4621, Bates | | |
| | 40:06 | | stamped AMICK0000335924. | | |
| 40:10 - 40:16 | **Carpenter, James 2021-05-19** | | | 00:00:19 | Carpenter_v1.5 |
| 🔗 PX2415.1.1 | 40:10 | Q. | Have you seen this email chain before? The | | |
| | 40:11 | | top email is May 2nd, 2008. Subject, "Thigh Meat Walk | | |
| | 40:12 | | Price." | | |
| | 40:13 | A. | Yes. | | |
| | 40:14 | Q. | And it appears to be a true and accurate | | |
| | 40:15 | | copy? | | |
| | 40:16 | A. | Yes. | | |
| 40:17 - 40:21 | **Carpenter, James 2021-05-19** | | | 00:00:17 | Carpenter_v1.6 |
| 🔗 PX2415.1.2 | 40:17 | Q. | I'd like to take you down to the bottom | | |
| | 40:18 | | email here. It's an email, it says from Jim Carpenter | | |
| | 40:19 | | to Hubert Cockrell, Bruce Shealy, Brett Wright, and | | |
| | 40:20 | | Jeff Enlow? | | |
| | 40:21 | A. | Uh-huh. | | |
| 40:22 - 41:01 | **Carpenter, James 2021-05-19** | | | 00:00:14 | Carpenter_v1.7 |
| 🔗 PX2415.1.3 | 40:22 | Q. | Could you read the very last sentence in | | |
| | 40:23 | | this email that you sent, beginning with "it will | | |
| | 40:24 | | cut"? | | |
| | 40:25 | A. | "It will cut our boneless thigh production | | |
| | 41:01 | | down by approximately 75,000 pounds per week." | | |
| 41:02 - 41:04 | **Carpenter, James 2021-05-19** | | | 00:00:08 | Carpenter_v1.29 |
| 🔗 PX2415.1.4 | 41:02 | Q. | Above that you're asking what to do with the | | |
| | 41:03 | | thigh meat walk price, correct? | | |
| | 41:04 | A. | Yes. | | |
| 41:05 - 41:08 | **Carpenter, James 2021-05-19** | | | 00:00:13 | Carpenter_v1.8 |
| 🔗 PX2415.1.5 | 41:05 | Q. | And what did you mean, that you were going | | |
| | 41:06 | | to start packing export whole legs next week and it | | |
| | 41:07 | | would cut down boneless thigh production down by | | |
| | 41:08 | | approximately 75,000 pounds per week? | | |
| 41:11 - 41:16 | **Carpenter, James 2021-05-19** | | | 00:00:27 | Carpenter_v1.9 |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 41:11 | A. That's what I was referring to earlier about | | Carpenter_v1.9 |
| | 41:12 | managing your meat block.  So obviously export whole | | |
| | 41:13 | legs are going to bring us more money than boneless | | |
| | 41:14 | thigh meat.  So we're going to pack export whole legs | | |
| | 41:15 | next week and it's going to cut into our boneless | | |
| | 41:16 | thigh meat production. | | |
| 41:23 - 42:03 | **Carpenter, James 2021-05-19** | | 00:00:22 | Carpenter_v1.10 |
| | 41:23 | But anyway, it's just a way of managing your | | |
| | 41:24 | total mix to bring your best return, and it's going to | | |
| | 41:25 | affect our thigh meat price and that's why we're | | |
| | 42:01 | talking about our walk price.  Our walk price is our | | |
| | 42:02 | bottom line price that we would take for our product, | | |
| | 42:03 | our spot product. | | |
| 42:04 - 42:06 | **Carpenter, James 2021-05-19** | | 00:00:09 | Carpenter_v1.11 |
| | 42:04 | Q. Do you know how Amick accomplished bringing | | |
| | 42:05 | down its boneless thigh production by 75,000 pounds | | |
| | 42:06 | per week? | | |
| 42:08 - 42:10 | **Carpenter, James 2021-05-19** | | 00:00:06 | Carpenter_v1.12 |
| | 42:08 | A. We took that production out of thigh meat | | |
| | 42:09 | and put it into export whole legs, which brought us a | | |
| | 42:10 | better return. | | |
| 42:11 - 42:13 | **Carpenter, James 2021-05-19** | | 00:00:08 | Carpenter_v1.13 |
| | 42:11 | Q. And the boneless thigh production, was that | | |
| | 42:12 | intended for the U.S. market? | | |
| | 42:13 | A. Yes. | | |
| 42:14 - 42:15 | **Carpenter, James 2021-05-19** | | 00:00:08 | Carpenter_v1.14 |
| | 42:14 | Q. So is it fair to say that exporting whole | | |
| | 42:15 | legs by Amick reduced its supply to the U.S. market? | | |
| 42:16 - 42:17 | **Carpenter, James 2021-05-19** | | 00:00:05 | Carpenter_v1.32 |
| | 42:16 | A. It did take production off the domestic | | |
| | 42:17 | market, that's true. | | |
| 49:25 - 50:02 Clear | **Carpenter, James 2021-05-19** | | 00:00:11 | Carpenter_v1.15 |
| | 49:25 | Q. If the industry as a whole reduces | | |
| | 50:01 | production, does Amick take that into consideration | | |
| | 50:02 | when deciding what price to set for its own products? | | |
| 50:03 - 50:06 | **Carpenter, James 2021-05-19** | | 00:00:23 | Carpenter_v1.33 |
| | 50:03 | A. No, the market is going to dictate how we | | |
| | 50:04 | set our prices for product, very simple.  I mean, the | | |

**Carpenter_v1 - AS PLAYED**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 50:05 | market is going to dictate what we sell our product | | |
| | 50:06 | for. | | |
| 50:07 - 50:12 | **Carpenter, James 2021-05-19** | | 00:00:31 | Carpenter_v1.16 |
| | 50:07 | Q. And one of those components of the market is | | |
| | 50:08 | overall broiler supply, correct? | | |
| | 50:09 | A. That is a component of it, yes, but it's not | | |
| | 50:10 | the solitary contributing factor of our price. Supply | | |
| | 50:11 | and demand, that's correct, supply is a part of it, | | |
| | 50:12 | just like any economic equation. | | |
| 50:13 - 50:14 | **Carpenter, James 2021-05-19** | | 00:00:08 | Carpenter_v1.30 |
| | 50:13 | Q. Was Amick concerned with the total supply of | | |
| | 50:14 | broilers in December 2008? | | |
| 50:17 - 50:19 | **Carpenter, James 2021-05-19** | | 00:00:18 | Carpenter_v1.31 |
| | 50:17 | A. I don't know. I was not at a level to be | | |
| | 50:18 | involved in those meetings. I was managing my | | |
| | 50:19 | customer base to the best of my ability at that time. | | |

| | |
|---|---|
| Plaintiff Designations | 00:04:46 |
| Defense Designations | 00:03:31 |
| **TOTAL RUN TIME** | **00:08:16** |

Documents linked to video:
PX2415