# Exhibit 39 (B. Harrison)

# 1004 0130PM

## Designation List Report

**Harrison, Benjamin**  2021-03-23

| | |
|---|---:|
| Plaintiff Designations | 00:08:30 |
| Defense Designations | 00:02:57 |
| **TOTAL RUN TIME** | **00:11:27** |

Documents linked to video:
PX63
PX2463



ID: Harrison_v2

Harrison_v2 - 1004 0130PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:01 - 13:02 | **Harrison, Benjamin 2021-03-23** | 00:00:03 | Harrison_v2.1 |
| | 13:01   Q.  Could you please state and spell your full<br>13:02        name for the record? | | |
| 13:03 - 13:05 | **Harrison, Benjamin 2021-03-23** | 00:00:15 | Harrison_v2.2 |
| | 13:03   A.  My full name is Benjamin Charles Harrison,<br>13:04        Jr.  It's B-E-N-J-A-M-I-N, Charles, C-H-A-R-L-E-S,<br>13:05        Harrison, H-A-R-R-I-S-O-N, Jr. | | |
| 27:13 - 27:14 | **Harrison, Benjamin 2021-03-23** | 00:00:05 | Harrison_v2.3 |
| | 27:13   Q.  Okay.  Were you later employed by Amick<br>27:14        Farms, LLC? | | |
| 27:15 - 27:15 | **Harrison, Benjamin 2021-03-23** | 00:00:02 | Harrison_v2.4 |
| | 27:15   A.  I was. | | |
| 27:16 - 27:18 | **Harrison, Benjamin 2021-03-23** | 00:00:07 | Harrison_v2.5 |
| | 27:16   Q.  Was that switch-over in 2006, when the LLC<br>27:17        was formed?<br>27:18   A.  That's correct. | | |
| 27:19 - 27:20 | **Harrison, Benjamin 2021-03-23** | 00:00:08 | Harrison_v2.6 |
| | 27:19   Q.  And did you keep the title of president and<br>27:20        chief operating officer or did you change roles? | | |
| 27:21 - 27:21 | **Harrison, Benjamin 2021-03-23** | 00:00:04 | Harrison_v2.7 |
| | 27:21   A.  At that time I became president and CEO. | | |
| 27:22 - 27:23 | **Harrison, Benjamin 2021-03-23** | 00:00:05 | Harrison_v2.8 |
| | 27:22   Q.  And you've held the president and CEO titles<br>27:23        since 2006? | | |
| 27:24 - 27:24 | **Harrison, Benjamin 2021-03-23** | 00:00:03 | Harrison_v2.9 |
| | 27:24   A.  Since the end of 2006, yes. | | |
| 27:25 - 28:01 | **Harrison, Benjamin 2021-03-23** | 00:00:04 | Harrison_v2.10 |
| | 27:25   Q.  And as president and CEO, what are your job<br>28:01        duties? | | |
| 28:02 - 28:03 | **Harrison, Benjamin 2021-03-23** | 00:00:12 | Harrison_v2.11 |
| | 28:02   A.  The general operations of the LLC, the<br>28:03        sales, the strategy, and the production operation. | | |
| 28:04 - 28:05 | **Harrison, Benjamin 2021-03-23** | 00:00:04 | Harrison_v2.12 |
| | 28:04   Q.  The buck stops with you?  You oversee<br>28:05        everything? | | |
| 28:07 - 28:10 | **Harrison, Benjamin 2021-03-23** | 00:00:14 | Harrison_v2.13 |

**Plaintiff Designations**  **Defense Designations**

**Harrison_v2 - 1004 0130PM**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 28:07  A.  I'm responsible for the operations, the | | Harrison_v2.13 |
| | 28:08      sales strategy of Amick Farms, LLC. | | |
| | 28:09  Q.  You're responsible for determining Amick's | | |
| | 28:10      production of broilers? | | |
| 28:11 - 28:11 | **Harrison, Benjamin 2021-03-23** | 00:00:01 | Harrison_v2.14 |
| | 28:11  A.  Yes. | | |
| 28:12 - 28:13 | **Harrison, Benjamin 2021-03-23** | 00:00:04 | Harrison_v2.15 |
| | 28:12  Q.  Are you responsible for determining bird | | |
| | 28:13      weights? | | |
| 28:14 - 28:14 | **Harrison, Benjamin 2021-03-23** | 00:00:01 | Harrison_v2.16 |
| | 28:14  A.  Yes. | | |
| 28:15 - 28:16 | **Harrison, Benjamin 2021-03-23** | 00:00:07 | Harrison_v2.17 |
| | 28:15  Q.  Strategy for Amick in terms of bird weights | | |
| | 28:16      and what they want to do for future production? | | |
| 28:17 - 28:17 | **Harrison, Benjamin 2021-03-23** | 00:00:02 | Harrison_v2.18 |
| | 28:17  A.  Yes.  As best as we can do, yes. | | |
| 28:18 - 28:19 | **Harrison, Benjamin 2021-03-23** | 00:00:03 | Harrison_v2.19 |
| | 28:18  Q.  You're responsible for determining head | | |
| | 28:19      count? | | |
| 28:21 - 28:21 | **Harrison, Benjamin 2021-03-23** | 00:00:02 | Harrison_v2.20 |
| | 28:21  A.  As best as we can determine. | | |
| 28:22 - 28:23 | **Harrison, Benjamin 2021-03-23** | 00:00:04 | Harrison_v2.21 |
| | 28:22  Q.  It's not an exact science, right? | | |
| | 28:23  A.  That's right. | | |
| 28:24 - 28:25 | **Harrison, Benjamin 2021-03-23** | 00:00:06 | Harrison_v2.22 |
| | 28:24  Q.  And you're responsible for determining | | |
| | 28:25      breeder flock total numbers? | | |
| 29:02 - 29:03 | **Harrison, Benjamin 2021-03-23** | 00:00:04 | Harrison_v2.23 |
| | 29:02  A.  Again, as best as we determine.  We are | | |
| | 29:03      dealing with a live animal. | | |
| 29:04 - 29:05 | **Harrison, Benjamin 2021-03-23** | 00:00:03 | Harrison_v2.24 |
| | 29:04  Q.  Do you have a responsibility for setting | | |
| | 29:05      prices for the sale of broilers? | | |
| 29:06 - 29:06 | **Harrison, Benjamin 2021-03-23** | 00:00:02 | Harrison_v2.25 |
| | 29:06  A.  No, I wouldn't -- we set our sales strategy | | |
| 29:06 - 29:09 | **Harrison, Benjamin 2021-03-23** | 00:00:17 | Harrison_v2.26 |

Harrison_v2 - 1004 0130PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 29:06  A.  No, I wouldn't -- we set our sales strategy | | Harrison_v2.26 |
| | 29:07        in many ways in sales.  You know, who we sell to and | | |
| | 29:08        general approving of pricing.  But we deal based on | | |
| | 29:09        the market, so -- | | |
| 29:12 - 29:14 | **Harrison, Benjamin 2021-03-23** | 00:00:05 | Harrison_v2.28 |
| | 29:12        I'll repeat it.  It was a bad question.  Who | | |
| | 29:13        at Amick has responsibility for setting the prices of | | |
| | 29:14        broilers? | | |
| 29:16 - 29:17 | **Harrison, Benjamin 2021-03-23** | 00:00:12 | Harrison_v2.29 |
| | 29:16  A.  It depends on the length of contract, the | | |
| | 29:17        size of the transaction, that kind of thing. | | |
| 29:18 - 29:19 | **Harrison, Benjamin 2021-03-23** | 00:00:07 | Harrison_v2.30 |
| | 29:18  Q.  So my question is, who at Amick is involved | | |
| | 29:19        in making that sort of decision? | | |
| 29:21 - 29:23 | **Harrison, Benjamin 2021-03-23** | 00:00:14 | Harrison_v2.31 |
| | 29:21  A.  I would be involved, the VP of sales would | | |
| | 29:22        be involved, and I'm certain in shorter term | | |
| | 29:23        transactions, our salespeople would have latitude. | | |
| 113:15 - 113:15  🔗 PX2463.1 | **Harrison, Benjamin 2021-03-23** | 00:00:01 | Harrison_v2.32 |
| | 113:15       I'll take you to Tab 11.  This is a new | | |
| 113:15 - 113:16 | **Harrison, Benjamin 2021-03-23** | 00:00:06 | Harrison_v2.33 |
| | 113:15       I'll take you to Tab 11.  This is a new | | |
| | 113:16       exhibit I'm going to mark as 4843, and it is a | | |
| 113:16 - 113:17 | **Harrison, Benjamin 2021-03-23** | 00:00:10 | Harrison_v2.34 |
| | 113:16       exhibit I'm going to mark as 4843, and it is a | | |
| | 113:17       document Bates stamped Amick0000410961 through 68. | | |
| 113:25 - 114:03 | **Harrison, Benjamin 2021-03-23** | 00:00:14 | Harrison_v2.35 |
| | 113:25  Q.  This appears to be in the same format as an | | |
| | 114:01       Agri Stats Bottom Line Report or perhaps a Trends | | |
| | 114:02       Report.  Does that appear to you to be what I | | |
| | 114:03       presented it to be? | | |
| 114:05 - 114:05 | **Harrison, Benjamin 2021-03-23** | 00:00:04 | Harrison_v2.36 |
| | 114:05  A.  It appears to me to be the Trends Report. | | |
| 114:06 - 114:07 | **Harrison, Benjamin 2021-03-23** | 00:00:04 | Harrison_v2.37 |
| | 114:06  Q.  I think you testified earlier that those | | |
| | 114:07       come out quarterly? | | |
| 114:08 - 114:08 | **Harrison, Benjamin 2021-03-23** | 00:00:03 | Harrison_v2.38 |

Harrison_v2 - 1004 0130PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 114:08  A.  I think I testified probably quarterly. | | Harrison_v2.38 |
| 114:09 - 114:11 | **Harrison, Benjamin 2021-03-23** | 00:00:06 | Harrison_v2.39 |
| | 114:09  Q.  To the best of your memory, it comes out a | | |
| | 114:10       few times a year? | | |
| | 114:11  A.  That's right. | | |
| 114:12 - 114:13 | **Harrison, Benjamin 2021-03-23** | 00:00:05 | Harrison_v2.40 |
| 🔗 PX2463.1.1 | 114:12  Q.  And if you could blow up the graph here on | | |
| | 114:13       the first page, you see here at the bottom of the "X" | | |
| 114:13 - 114:14 | **Harrison, Benjamin 2021-03-23** | 00:00:10 | Harrison_v2.41 |
| | 114:13       the first page, you see here at the bottom of the "X" | | |
| 🔗 PX2463.1.2 | 114:14       axis it's got a date range of 3/13/2010 to 7/17/2010? | | |
| 114:15 - 114:15 | **Harrison, Benjamin 2021-03-23** | 00:00:01 | Harrison_v2.42 |
| | 114:15  A.  Right. | | |
| 114:16 - 114:17 | **Harrison, Benjamin 2021-03-23** | 00:00:11 | Harrison_v2.43 |
| | 114:16  Q.  Does this indicate to you a time of when | | |
| | 114:17       this Trends Report was sent out by Agri Stats? | | |
| 114:18 - 114:18 | **Harrison, Benjamin 2021-03-23** | 00:00:02 | Harrison_v2.44 |
| | 114:18  A.  I would assume so. | | |
| 114:19 - 114:20 | **Harrison, Benjamin 2021-03-23** | 00:00:04 | Harrison_v2.45 |
| | 114:19  Q.  That would be approximately July or | | |
| | 114:20       August 2010, correct? | | |
| 114:21 - 114:23 | **Harrison, Benjamin 2021-03-23** | 00:00:06 | Harrison_v2.46 |
| | 114:21  A.  I mean, I would have to assume so.  I don't | | |
| | 114:22       see a date at the beginning of this or anything to | | |
| | 114:23       check. | | |
| 114:24 - 115:01 | **Harrison, Benjamin 2021-03-23** | 00:00:09 | Harrison_v2.47 |
| | 114:24  Q.  I'll represent that as it's been produced, | | |
| | 114:25       it's appears to be missing the title page.  I'm not | | |
| | 115:01       sure why, but at any rate, this is how it's been | | |
| 115:01 - 115:03 | **Harrison, Benjamin 2021-03-23** | 00:00:10 | Harrison_v2.48 |
| | 115:01       sure why, but at any rate, this is how it's been | | |
| | 115:02       produced.  Does it reflect to you to be a true and | | |
| | 115:03       accurate copy of this Agri Stats Trends Report? | | |
| 115:04 - 115:04 | **Harrison, Benjamin 2021-03-23** | 00:00:01 | Harrison_v2.49 |
| | 115:04  A.  It appears to be. | | |
| 126:06 - 126:10 | **Harrison, Benjamin 2021-03-23** | 00:00:22 | Harrison_v2.50 |

**Harrison_v2 - 1004 0130PM**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 PX63.1 | 126:06  I'll move on to the next tab and this is an<br>126:07  email chain Bates stamped as Amick --<br>126:08  A.  12?<br>126:09  Q.  That's 12, yes, Amick0000372315 to 16.  I'm<br>126:10  going to be marking this as Exhibit 4844. |  | Harrison_v2.50 |
| 126:22 - 126:22 | **Harrison, Benjamin 2021-03-23**<br>126:22  Q.  Have you seen these emails before? | 00:00:03 | Harrison_v2.51 |
| 126:23 - 126:23 | **Harrison, Benjamin 2021-03-23**<br>126:23  A.  I have. | 00:00:01 | Harrison_v2.52 |
| 126:24 - 126:24 | **Harrison, Benjamin 2021-03-23**<br>126:24  Q.  Is that a true and accurate copy? | 00:00:02 | Harrison_v2.53 |
| 126:25 - 126:25 | **Harrison, Benjamin 2021-03-23**<br>126:25  A.  It appears to be. | 00:00:01 | Harrison_v2.54 |
| 127:11 - 127:11<br>🔗 PX63.1.1 | **Harrison, Benjamin 2021-03-23**<br>127:11  Q.  And who is Pete Martin? | 00:00:02 | Harrison_v2.55 |
| 127:12 - 127:14 | **Harrison, Benjamin 2021-03-23**<br>127:12  A.  I'm not sure of his title at Mar-Jac at that<br>127:13  time.  Probably VP of operations or president, I'm not<br>127:14  sure -- | 00:00:09 | Harrison_v2.56 |
| 127:15 - 127:17 | **Harrison, Benjamin 2021-03-23**<br>127:15  Q.  Go ahead.<br>127:16  A.  Probably VP of operations at Mar-Jac was his<br>127:17  title. | 00:00:07 | Harrison_v2.57 |
| 127:18 - 127:19 | **Harrison, Benjamin 2021-03-23**<br>127:18  Q.  And how often did you communicate with Pete<br>127:19  Martin? | 00:00:04 | Harrison_v2.58 |
| 127:20 - 127:20 | **Harrison, Benjamin 2021-03-23**<br>127:20  A.  Boy, I really don't remember. | 00:00:04 | Harrison_v2.59 |
| 127:21 - 127:22 | **Harrison, Benjamin 2021-03-23**<br>127:21  Q.  You definitely emailed him at least once,<br>127:22  right? | 00:00:03 | Harrison_v2.60 |
| 127:23 - 127:23 | **Harrison, Benjamin 2021-03-23**<br>127:23  A.  Sure. | 00:00:01 | Harrison_v2.61 |
| 127:24 - 127:24 | **Harrison, Benjamin 2021-03-23**<br>127:24  Q.  Talk with him on the phone? | 00:00:02 | Harrison_v2.62 |
| 127:25 - 127:25 | **Harrison, Benjamin 2021-03-23** | 00:00:01 | Harrison_v2.63 |

Harrison_v2 - 1004 0130PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 127:25  A.  I did. | | Harrison_v2.63 |
| 128:01 - 128:02 | **Harrison, Benjamin 2021-03-23** | 00:00:03 | Harrison_v2.64 |
| | 128:01  Q.  Do you recall how often you would speak with | | |
| | 128:02        him? | | |
| 128:03 - 128:03 | **Harrison, Benjamin 2021-03-23** | 00:00:02 | Harrison_v2.65 |
| | 128:03  A.  That would be a guess. | | |
| 128:04 - 128:04 | **Harrison, Benjamin 2021-03-23** | 00:00:02 | Harrison_v2.66 |
| | 128:04  Q.  Did you see him in person as well? | | |
| 128:05 - 128:06 | **Harrison, Benjamin 2021-03-23** | 00:00:10 | Harrison_v2.67 |
| | 128:05  A.  I would typically see him at the NCC | | |
| | 128:06        meetings if we both are able to attend. | | |
| 128:17 - 128:20<br>🔗 PX63.1.2 | **Harrison, Benjamin 2021-03-23** | 00:00:10 | Harrison_v2.68 |
| | 128:17  Q.  All right.  And you see there where you say: | | |
| | 128:18        "Did you have a chance to listen to Tyson conference | | |
| | 128:19        call?  My owners are asking about it and I don't have | | |
| | 128:20        any good answers"? | | |
| 128:21 - 128:21 | **Harrison, Benjamin 2021-03-23** | 00:00:01 | Harrison_v2.69 |
| | 128:21  A.  I do. | | |
| 128:22 - 128:23 | **Harrison, Benjamin 2021-03-23** | 00:00:06 | Harrison_v2.70 |
| | 128:22  Q.  Why were your owners interested in what was | | |
| | 128:23        said on the Tyson conference call? | | |
| 128:25 - 129:02 | **Harrison, Benjamin 2021-03-23** | 00:00:15 | Harrison_v2.71 |
| | 128:25  A.  I seem to recall Tyson did fairly well that | | |
| | 129:01        quarter and so I was being questioned, why are they | | |
| | 129:02        doing better than you? | | |
| 129:09 - 129:14<br>🔗 PX63.1.3 | **Harrison, Benjamin 2021-03-23** | 00:00:26 | Harrison_v2.72 |
| | 129:09  Q.  We see here Mr. Martin's response to you. | | |
| | 129:10        It starts on the page ending in 315.  Mr. Martin says: | | |
| | 129:11        "I did hear of more cuts today, Peco | | |
| | 129:12        10 percent, OK 25 percent, Raeford 10 percent.  Tyson | | |
| | 129:13        concerns me because it looks like they are sitting | | |
| | 129:14        pretty good." | | |
| 129:15 - 129:17 | **Harrison, Benjamin 2021-03-23** | 00:00:10 | Harrison_v2.73 |
| | 129:15        It looks like you had trouble getting onto | | |
| | 129:16        their conference call, unfortunately.  But did I read | | |
| | 129:17        his email accurately? | | |
| 129:19 - 129:19 | **Harrison, Benjamin 2021-03-23** | 00:00:01 | Harrison_v2.74 |

**Harrison_v2 - 1004 0130PM**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | Clear | | |
| | 129:19  A.  Yes. | | Harrison_v2.74 |
| 130:08 - 130:10 | **Harrison, Benjamin 2021-03-23** | 00:00:09 | Harrison_v2.75 |
| | 130:08  Q.  Did you want to listen to the Tyson | | |
| | 130:09       conference call to see if they were also going to be | | |
| | 130:10       making cuts in production? | | |
| 130:11 - 130:14 | **Harrison, Benjamin 2021-03-23** | 00:00:25 | Harrison_v2.76 |
| | 130:11  A.  I do recall they had a pretty good quarter | | |
| | 130:12       and I wanted to see how did they do that.  Did they | | |
| | 130:13       have a big reduction in grain or -- I think that was a | | |
| | 130:14       big question in my mind. | | |
| 130:15 - 130:16 | **Harrison, Benjamin 2021-03-23** | 00:00:05 | Harrison_v2.77 |
| | 130:15  Q.  And do you know why Tyson was concerning to | | |
| | 130:16       Mr. Martin? | | |
| 130:18 - 130:19 | **Harrison, Benjamin 2021-03-23** | 00:00:06 | Harrison_v2.78 |
| | 130:18  A.  I think for the same reason.  They had a | | |
| | 130:19       good quarter, they were performing well. | | |
| 134:06 - 134:08 | **Harrison, Benjamin 2021-03-23** | 00:00:06 | Harrison_v2.79 |
| | 134:06  Q.  Do you agree that a cut in production in | | |
| | 134:07       2011 was needed to return the industry to | | |
| | 134:08       profitability? | | |
| 134:10 - 134:10 | **Harrison, Benjamin 2021-03-23** | 00:00:02 | Harrison_v2.80 |
| | 134:10  A.  Not necessarily. | | |
| 134:11 - 134:11 | **Harrison, Benjamin 2021-03-23** | 00:00:03 | Harrison_v2.81 |
| | 134:11  Q.  Well, why is your answer "not necessarily"? | | |
| 134:12 - 134:13 | **Harrison, Benjamin 2021-03-23** | 00:00:09 | Harrison_v2.82 |
| | 134:12  A.  Because a reduction in the cost to normal | | |
| | 134:13       levels would have done the same. | | |
| 134:14 - 134:16 | **Harrison, Benjamin 2021-03-23** | 00:00:09 | Harrison_v2.83 |
| | 134:14  Q.  Was a cut in production also a way to return | | |
| | 134:15       to the levels of profitability that the industry once | | |
| | 134:16       had? | | |
| 134:18 - 134:22 | **Harrison, Benjamin 2021-03-23** | 00:00:26 | Harrison_v2.84 |
| | 134:18  A.  As I said, there's a number of factors that | | |
| | 134:19       determine poultry pricing and she notes pork prices | | |
| | 134:20       there.  As they improve, so does chicken.  So there's | | |
| | 134:21       a number of factors.  But yes, chicken supply is one | | |
| | 134:22       of those factors. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 135:06 - 135:07 | **Harrison, Benjamin 2021-03-23** | 00:00:06 | Harrison_v2.85 |
| | 135:06 Q. Was Amick planning a cutback in production<br>135:07 in 2011? | | |
| 135:08 - 135:08 | **Harrison, Benjamin 2021-03-23** | 00:00:02 | Harrison_v2.86 |
| | 135:08 A. Yes, at this time. | | |
| 135:18 - 135:19 | **Harrison, Benjamin 2021-03-23** | 00:00:07 | Harrison_v2.87 |
| | 135:18 Q. Was an industry-wide cut in production<br>135:19 something you were concerned about in 2011? | | |
| 135:21 - 135:22 | **Harrison, Benjamin 2021-03-23** | 00:00:07 | Harrison_v2.88 |
| | 135:21 A. Amick Farms had plenty to be concerned about<br>135:22 in 2011. | | |
| 135:23 - 135:23 | **Harrison, Benjamin 2021-03-23** | 00:00:02 | Harrison_v2.89 |
| | 135:23 Q. That included its production numbers? | | |
| 135:24 - 135:25 | **Harrison, Benjamin 2021-03-23** | 00:00:13 | Harrison_v2.90 |
| | 135:24 A. Correct. We were struggling and trying to<br>135:25 figure out how to improve our cash flow and prospects. | | |
| 136:01 - 136:03 | **Harrison, Benjamin 2021-03-23** | 00:00:08 | Harrison_v2.91 |
| | 136:01 Q. And other broiler producer's cutback in<br>136:02 production would have been a factor in your concerns<br>136:03 as well? | | |
| 136:04 - 136:05 | **Harrison, Benjamin 2021-03-23** | 00:00:03 | Harrison_v2.92 |
| | 136:04 A. It would have been a data point, as I've<br>136:05 testified. That would have more meaning to determine | | |
| 136:05 - 136:06 | **Harrison, Benjamin 2021-03-23** | 00:00:04 | Harrison_v2.93 |
| | 136:05 testified. That would have more meaning to determine<br>136:06 what the market would be. | | |
| 140:24 - 140:25 | **Harrison, Benjamin 2021-03-23** | 00:00:06 | Harrison_v2.94 |
| | 140:24 Q. Well, you testified earlier that in 2011<br>140:25 Amick was cutting back its production, correct? | | |
| 141:01 - 141:01 | **Harrison, Benjamin 2021-03-23** | 00:00:01 | Harrison_v2.95 |
| | 141:01 A. That's correct. | | |
| 141:02 - 141:04 | **Harrison, Benjamin 2021-03-23** | 00:00:09 | Harrison_v2.96 |
| | 141:02 Q. So you were hoping that other broiler<br>141:03 producers would also cut back their production to<br>141:04 reduce supply of broilers, correct? | | |
| 141:06 - 141:08 | **Harrison, Benjamin 2021-03-23** | 00:00:14 | Harrison_v2.97 |

Harrison_v2 - 1004 0130PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 141:06  A.  I was hoping others were.  There was no<br>141:07         coordinated -- the cutbacks that we did were not to<br>141:08         move from its price. | | Harrison_v2.97 |
| 141:09 - 141:12 | **Harrison, Benjamin 2021-03-23** | 00:00:16 | Harrison_v2.98 |
| | 141:09  Q.  Well, generally in the broiler industry, if<br>141:10         one producer cuts back their production, do other<br>141:11         competitors come in to fill the void in their<br>141:12         production cut? | | |
| 141:15 - 141:16 | **Harrison, Benjamin 2021-03-23** | 00:00:08 | Harrison_v2.99 |
| | 141:15  A.  No, at Amick Farms we do it independently,<br>141:16         based on what's best for Amick Farms. | | |
| 141:17 - 141:21 | **Harrison, Benjamin 2021-03-23** | 00:00:17 | Harrison_v2.100 |
| | 141:17  Q.  Did you need competitors like Pilgrim's<br>141:18         Pride to also cut production along with Amick in order<br>141:19         to make sure that your competitors would not take the<br>141:20         market share that you lost because you had reduced<br>141:21         your own production? | | |
| 141:23 - 142:01 | **Harrison, Benjamin 2021-03-23** | 00:00:15 | Harrison_v2.101 |
| | 141:23  A.  We reduced our own production not to<br>141:24         increase prices.  We were taking out by-product that<br>141:25         was the worst-performing product, the highest cost<br>142:01         product we had. | | |
| 153:05 - 153:08 | **Harrison, Benjamin 2021-03-23** | 00:00:11 | Harrison_v2.102 |
| | 153:05  Q.  You seem to be having a lot of hoping and<br>153:06         wishing that other competitors would cut back<br>153:07         production in 2011.  Did you do anything to try to<br>153:08         convince them to cut back? | | |
| 153:09 - 153:09 | **Harrison, Benjamin 2021-03-23** | 00:00:01 | Harrison_v2.103 |
| | 153:09  A.  No. | | |

| | |
|---|---|
| Plaintiff Designations | 00:08:30 |
| Defense Designations | 00:02:57 |
| **TOTAL RUN TIME** | **00:11:27** |

Documents linked to video:
PX63

PX2463