# Exhibit 40 (M. Welch)

# 1010 500PM

## Designation List Report

**Welch, Michael**     2019-01-16

| Plaintiff Designations | 00:09:46 |
|---|---|
| Defense Counter Designations | 00:05:24 |
| **TOTAL RUN TIME** | **00:15:10** |

Documents linked to video:
PX283-842



ID: Welch_v5

**Welch_v5 - 1010 500PM**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:12 - 14:14 | **Welch, Michael 2019-01-16** | 00:00:06 | Welch_v5.1 |
| | 14:12  Q. Good morning, Mr. Welch. My name is Cadio | | |
| | 14:13  Zirpoli, and I represent the direct purchaser | | |
| | 14:14  plaintiffs in this matter. | | |
| 14:25 - 15:04 | **Welch, Michael 2019-01-16** | 00:00:09 | Welch_v5.2 |
| | 14:25  Q. (By Mr. Zirpoli) Mr. Welch, if you could | | |
| | 15:01  please state your full name and spell it for the | | |
| | 15:02  record. | | |
| | 15:03  A. Michael A. Welch, M-I-C-H-A-E-L, | | |
| | 15:04  W-E-L-C-H, Welch. | | |
| 15:11 - 15:13 | **Welch, Michael 2019-01-16** | 00:00:08 | Welch_v5.3 |
| | 15:11  Q. Okay. And were you employed from | | |
| | 15:12  January 1st, 2007 until April 30th, 2017? | | |
| | 15:13  A. Yes. | | |
| 15:19 - 16:02 | **Welch, Michael 2019-01-16** | 00:00:13 | Welch_v5.4 |
| | 15:19  Q. And did you retire in April of 2017? | | |
| | 15:20  A. Yes. | | |
| | 15:21  Q. Okay. And what was the full name of your | | |
| | 15:22  employer, sir? | | |
| | 15:23  A. Harrison Poultry, Incorporated. | | |
| | 15:24  Q. Thank you. | | |
| | 15:25  And what was your title during that period | | |
| | 16:01  of time? | | |
| | 16:02  A. President and CEO. | | |
| 16:05 - 16:10 | **Welch, Michael 2019-01-16** | 00:00:10 | Welch_v5.5 |
| | 16:05  Q. Okay. Do you work at any nonprofits | | |
| | 16:06  presently? | | |
| | 16:07  A. I do. | | |
| | 16:08  Q. And where do you work, sir? | | |
| | 16:09  A. You used the word "work." I'm engaged | | |
| | 16:10  with the World Poultry Foundation. | | |
| 34:13 - 34:13 | **Welch, Michael 2019-01-16** | 00:00:02 | Welch_v5.6 |
| | 34:13  Q. 1970. Okay. And when did you first start | | |
| 34:13 - 35:03 | **Welch, Michael 2019-01-16** | 00:00:33 | Welch_v5.7 |
| | 34:13  Q. 1970. Okay. And when did you first start | | |
| | 34:14  working in the poultry industry? | | |
| | 34:15  A. 1967. | | |
| | 34:16  Q. And who did you start working for in 1967? | | |

Welch_v5 - 1010 500PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 34:17  A. Case Farms. | | |
| | 34:18  Q. Case Farms.  And what was your role at | | |
| | 34:19       Case Farms in 1967? | | |
| | 34:20  A. Washing trucks. | | |
| | 34:21  Q. Okay.  And how long were you at Case | | |
| | 34:22       Farms? | | |
| | 34:23  A. Approximately 14 years. | | |
| | 34:24  Q. All right.  And what was your next job | | |
| | 34:25       after Case Farms? | | |
| | 35:01  A. Sanderson Farms. | | |
| | 35:02  Q. And what was your job when you first | | |
| | 35:03       started at Sanderson Farms? | | |
| 35:04 - 35:04 | **Welch, Michael 2019-01-16** | 00:00:01 | Welch_v5.8 |
| | 35:04  A. At -- At Sanderson, I was hired to build | | |
| 35:04 - 35:05 | **Welch, Michael 2019-01-16** | 00:00:07 | Welch_v5.9 |
| | 35:04  A. At -- At Sanderson, I was hired to build | | |
| | 35:05       and run distribution centers for them. | | |
| 35:06 - 35:11 | **Welch, Michael 2019-01-16** | 00:00:14 | Welch_v5.10 |
| | 35:06  Q. And was that in 1981?  Is my math right | | |
| | 35:07       there? | | |
| | 35:08  A. Correct. | | |
| | 35:09  Q. Okay.  Build and run distribution centers. | | |
| | 35:10       And how long were you employed at Sanderson's? | | |
| | 35:11  A. Till --  Five or six years till the end of | | |
| 35:11 - 35:15 | **Welch, Michael 2019-01-16** | 00:00:11 | Welch_v5.11 |
| | 35:11  A. Till --  Five or six years till the end of | | |
| | 35:12       '86 or early '87. | | |
| | 35:13  Q. And where were you employed after | | |
| | 35:14       Sanderson, sir? | | |
| | 35:15  A. Seaboard Farms.  Seaboard Farms. | | |
| 35:21 - 36:01 | **Welch, Michael 2019-01-16** | 00:00:09 | Welch_v5.12 |
| | 35:21  Q. Okay.  And how long were you employed at | | |
| | 35:22       Seaboard Farms? | | |
| | 35:23  A. Approximately two years. | | |
| | 35:24  Q. And then what was your next employment | | |
| | 35:25       after Seaboard Farms? | | |
| | 36:01  A. At Simmons. | | |
| 36:06 - 36:14 | **Welch, Michael 2019-01-16** | 00:00:18 | Welch_v5.13 |
| | 36:06  Q. And what was your next employment after | | |

Welch_v5 - 1010 500PM

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 36:07 | Simmons? | | |
| | 36:08 | A. Harrison Poultry. | | |
| | 36:09 | Q. Okay. And would that bring us up to 1992, | | |
| | 36:10 | sir? | | |
| | 36:11 | A. It would. | | |
| | 36:12 | Q. Okay. And when you were first hired at | | |
| | 36:13 | Harrison Poultry, what was your job title? | | |
| | 36:14 | A. President and CEO. | | |
| 36:15 - 36:17 | **Welch, Michael 2019-01-16** | | 00:00:06 | Welch_v5.14 |
| | 36:15 | Q. And as president and CEO, were you in | | |
| | 36:16 | charge of all operations for Harrison? | | |
| | 36:17 | A. I was. | | |
| 38:02 - 38:04 | **Welch, Michael 2019-01-16** | | 00:00:07 | Welch_v5.15 |
| | 38:02 | Q. And am I correct that you retired as | | |
| | 38:03 | president and CEO in April of 2017? | | |
| | 38:04 | A. Correct. | | |
| 40:16 - 41:08 | **Welch, Michael 2019-01-16** | | 00:01:11 | Welch_v5.16 |
| | 40:16 | Q. Okay. From 2007 to 2017 when you retired, | | |
| | 40:17 | who would you consider to be Harrison Poultry's | | |
| | 40:18 | competitors for the sale of broiler chicken? | | |
| | 40:19 | A. It depends on the -- the absolute | | |
| | 40:20 | definition of competitor; and in one -- in one manner | | |
| | 40:21 | of answer, any company that produced broiler chickens | | |
| | 40:22 | was a general competitor, although market segments, | | |
| | 40:23 | a -- a broiler company could produce products that -- | | |
| | 40:24 | that you didn't or you didn't produce their products. | | |
| | 40:25 | So if you use the word "direct | | |
| | 41:01 | competition," that rules out a majority of those; and | | |
| | 41:02 | so in -- in our direct market segment, our core | | |
| | 41:03 | business, there were only -- there were only a | | |
| | 41:04 | handful of people that were competitors. | | |
| | 41:05 | Q. Okay. And who would those be, sir? | | |
| | 41:06 | A. The people that produced yellow chickens | | |
| | 41:07 | were our core market, which would tend to be the | | |
| | 41:08 | Perdue's, Mountaire's, Allen's at one time. | | |
| 41:08 - 41:08 | **Welch, Michael 2019-01-16** | | 00:00:02 | Welch_v5.17 |
| | 41:08 | Perdue's, Mountaire's, Allen's at one time. | | |
| 50:04 - 50:10 | **Welch, Michael 2019-01-16** | | 00:00:18 | Welch_v5.18 |
| | 50:04 | Q. Okay. And I understand you testified | | |

Welch_v5 - 1010 500PM

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 50:05 | | earlier that Harrison sells a yellow bird product, | | |
| | 50:06 | | correct? | | |
| | 50:07 | A. | I didn't testify to that earlier, but the | | |
| | 50:08 | | answer is Harrison does produce the yellow chicken. | | |
| | 50:09 | Q. | Okay. And what percentage of Harrison's | | |
| | 50:10 | | chicken that it produces is the yellow bird product? | | |
| 50:11 - 50:12 | **Welch, Michael 2019-01-16** | | | 00:00:07 | Welch_v5.19 |
| | 50:11 | A. | 100 percent of the products were yellow | | |
| | 50:12 | | product in terms of birds coming in. | | |
| 52:19 - 52:21 | **Welch, Michael 2019-01-16** | | | 00:00:10 | Welch_v5.20 |
| | 52:19 | Q. | Did Harrison Poultry, from 2007 to 2017, | | |
| | 52:20 | | produce any poultry product other than a yellow | | |
| | 52:21 | | chicken? | | |
| 52:22 - 52:22 | **Welch, Michael 2019-01-16** | | | 00:00:01 | Welch_v5.21 |
| | 52:22 | A. | No. | | |
| 56:23 - 56:25 | **Welch, Michael 2019-01-16** | | | 00:00:08 | Welch_v5.22 |
| | 56:23 | Q. | Okay. So somewhere between a 5- and | | |
| | 56:24 | | 7-pound bird is what Harrison was producing in 2007; | | |
| | 56:25 | | is that correct? | | |
| 57:01 - 57:04 | **Welch, Michael 2019-01-16** | | | 00:00:16 | Welch_v5.23 |
| | 57:01 | A. | I don't know specifically 2007; but | | |
| | 57:02 | | during -- during those timeframes and increasingly | | |
| | 57:03 | | going up, during the recent past, five to seven would | | |
| | 57:04 | | cover the increase in bird weight during the time. | | |
| 327:08 - 327:24 | **Welch, Michael 2019-01-16** | | | 00:00:34 | Welch_v5.24 |
| 🔗 PX283-842.1 | 327:08 | Q. | Mr. Welch, does Exhibit 842 appear to be a | | |
| 🔗 PX283-842.1.1 | 327:09 | | true and correct copy of the minutes of a meeting of | | |
| | 327:10 | | the board of directors of Harrison Poultry, Inc. | | |
| | 327:11 | | dated August 21, 2008, that occurred while you were | | |
| | 327:12 | | employed as the president and CEO of Harrison | | |
| | 327:13 | | Poultry? | | |
| | 327:14 | A. | It appears to be. | | |
| | 327:15 | Q. | Okay. On the first page, second | | |
| | 327:16 | | paragraph, you are listed as having attended that | | |
| | 327:17 | | board meeting, correct? | | |
| | 327:18 | A. | Yes. It does list that. | | |
| | 327:19 | Q. | And you did, in fact, attend that board | | |
| | 327:20 | | meeting, correct? | | |
| | 327:21 | A. | I assume that I did. | | |

**Welch_v5 - 1010 500PM**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 327:22  Q.  These board minutes would have been | | |
| | 327:23       prepared and sent to participants, including | | |
| | 327:24       yourself, to check for their accuracy, correct? | | |
| 328:01 - 328:06 | **Welch, Michael 2019-01-16** | 00:00:08 | Welch_v5.25 |
| | 328:01       THE WITNESS:  Generally, yes. | | |
| | 328:02       Specifically, I don't know. | | |
| | 328:03  Q.  (By Mr. Zirpoli)  Okay.  And these minutes | | |
| | 328:04       would have been maintained in the files and records | | |
| | 328:05       of Harrison Poultry? | | |
| | 328:06  A.  Yes. | | |
| 328:07 - 328:19 | **Welch, Michael 2019-01-16** | 00:00:33 | Welch_v5.26 |
| 🔗 PX283-842.1.3 | 328:07  Q.  Okay.  And if you could look on Page 1, | | |
| | 328:08       Greg Finch reported that Harrison made $400,000 | | |
| | 328:09       profit through the first six months of 2008, correct? | | |
| | 328:10  A.  That's what it says. | | |
| | 328:11  Q.  Okay.  And do you believe that to be true? | | |
| | 328:12  A.  I believe that if he said it, it might be | | |
| | 328:13       true. | | |
| 🔗 PX283-842.1.4 | 328:14  Q.  Okay.  The bottom of the first large | | |
| | 328:15       paragraph, Greg Finch informed the board of directors | | |
| | 328:16       that the price drop per pound of chicken that | | |
| | 328:17       Harrison was selling was primarily due to an | | |
| | 328:18       oversupply of finished product on the market. | | |
| | 328:19       Do you see that, sir? | | |
| 328:20 - 329:04 | **Welch, Michael 2019-01-16** | 00:00:21 | Welch_v5.27 |
| | 328:20  A.  Yes.  That's what it says. | | |
| | 328:21  Q.  Okay.  And was that true at that time, | | |
| | 328:22       that primarily the price drop was due to the fact | | |
| | 328:23       that there was an oversupply of product in the market | | |
| | 328:24       in 2008 at this time? | | |
| | 328:25  A.  Supply and demand would dictate.  If the | | |
| | 329:01       supply is more than the demand, the price will go | | |
| | 329:02       down to move it all. | | |
| 🔗 PX283-842.2.1 | 329:03  Q.  Okay.  At the top of the second paragraph | | |
| | 329:04       on the second page, it states, "Mike described the | | |
| 329:04 - 329:18 | **Welch, Michael 2019-01-16** | 00:00:38 | Welch_v5.28 |
| | 329:04       on the second page, it states, "Mike described the | | |
| | 329:05       Pilgrim slides that were in the package.  The first | | |
| | 329:06       slide dealt with price inflation.  The other two were | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 329:07 of chicks placed and egg set year over year." | | |
| | 329:08 Do you see that, sir? | | |
| | 329:09 A. I do. | | |
| | 329:10 Q. And when they say "Mike described...", are | | |
| | 329:11 they referring to you, sir? | | |
| | 329:12 A. I would think so. | | |
| | 329:13 Q. Okay. And was that series of slides that | | |
| | 329:14 Pilgrim's provided to you, sir? | | |
| | 329:15 A. Didn't provide them to me. I think they | | |
| | 329:16 were on their website or through a quarterly call. | | |
| | 329:17 Q. Do you think perhaps you received them | | |
| | 329:18 from Pilgrim's at an NCC meeting? | | |
| 329:20 - 329:23 | **Welch, Michael 2019-01-16** | 00:00:10 | Welch_v5.29 |
| | 329:20 THE WITNESS: I don't recall. | | |
| | 329:21 Q. (By Mr. Zirpoli) But in any event, you | | |
| | 329:22 are in possession of slides that Pilgrim's put | | |
| | 329:23 together that dealt with price inflation, correct? | | |
| 330:01 - 330:06 | **Welch, Michael 2019-01-16** | 00:00:11 | Welch_v5.30 |
| | 330:01 THE WITNESS: I don't know that they dealt | | |
| | 330:02 with price inflation, but they were public | | |
| | 330:03 information. | | |
| | 330:04 Q. (By Mr. Zirpoli) The first -- If you | | |
| | 330:05 look at the sentence we just said, it said the first | | |
| | 330:06 slides dealt with price inflation, correct? | | |
| 330:08 - 330:11 | **Welch, Michael 2019-01-16** | 00:00:05 | Welch_v5.31 |
| | 330:08 THE WITNESS: That's what -- That's what | | |
| | 330:09 Greg wrote. | | |
| | 330:10 Q. (By Mr. Zirpoli) Okay. Greg wrote that | | |
| | 330:11 you said to the board of directors, correct? | | |
| 330:13 - 331:05 | **Welch, Michael 2019-01-16** | 00:00:30 | Welch_v5.32 |
| | 330:13 THE WITNESS: He said that that's what the | | |
| | 330:14 first slide dealt with. He didn't say that I | | |
| | 330:15 said that. He didn't say I didn't. He just -- | | |
| | 330:16 Take it for what it says. | | |
| | 330:17 Q. (By Mr. Zirpoli) He said -- It says, | | |
| | 330:18 "Mike described the Pilgrim slides that were in the | | |
| | 330:19 package," correct? | | |
| | 330:20 A. Correct. | | |
| | 330:21 Q. Okay. And the Mike is you, correct? | | |

Welch_v5 - 1010 500PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 330:22  A.  One would think. | | |
| | 330:23  Q.  And the first slide in the package dealt | | |
| | 330:24       with price inflation, correct? | | |
| | 330:25  A.  That's what he said. | | |
| | 331:01  Q.  Okay. | | |
| | 331:02  A.  So I have no reason to not believe it. | | |
| | 331:03  Q.  Okay.  And the other two were of chicks | | |
| | 331:04       placed and egg set year over year, correct? | | |
| | 331:05  A.  Yes. | | |
| 331:07 - 331:08 | **Welch, Michael 2019-01-16** | 00:00:04 | Welch_v5.33 |
| 🔗 PX283-842.2.2 | 331:07       In the second paragraph on Page 2, you | | |
| | 331:08       reported to the board that, quote, it is believed | | |
| 331:08 - 332:03 | **Welch, Michael 2019-01-16** | 00:00:38 | Welch_v5.34 |
| | 331:08       reported to the board that, quote, it is believed | | |
| | 331:09       that the industry needs to cut back 10 to 15 percent | | |
| | 331:10       to get things back in line. | | |
| | 331:11       Did I read that correctly, sir? | | |
| | 331:12  A.  That what it says. | | |
| | 331:13  Q.  So you're reporting to the board what the | | |
| | 331:14       industry needs to do with respect to cutbacks, | | |
| | 331:15       correct? | | |
| | 331:16  A.  That's overall supply would have to reduce | | |
| | 331:17       that much. | | |
| 🔗 PX283-842.2.3 | 331:18  Q.  Okay.  You go on to say, "... but we have | | |
| | 331:19       never had to cut back that much, so no one really | | |
| | 331:20       knows how to affect (sic) that much of a cutback," | | |
| | 331:21       correct? | | |
| | 331:22  A.  Yes. | | |
| | 331:23  Q.  Okay.  That's what you reported to the | | |
| | 331:24       board about the overall industry's needs to cut back | | |
| | 331:25       production, correct? | | |
| | 332:01  A.  That's what it says.  Yes. | | |
| | 332:02  Q.  Okay. Were you told that the industry | | |
| | 332:03       needed to cut back 10 to 15 percent? | | |
| 332:05 - 332:05 | **Welch, Michael 2019-01-16** | 00:00:02 | Welch_v5.35 |
| | 332:05       THE WITNESS:  I had, you know, I had made | | |
| 332:05 - 332:11 | **Welch, Michael 2019-01-16** | 00:00:19 | Welch_v5.36 |
| | 332:05       THE WITNESS:  I had, you know, I had made | | |
| | 332:06       my own calculations; and then, you know, not | | |

Welch_v5 - 1010 500PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 332:07 being an economist, but being able to talk to | | |
| | 332:08 people who I don't recall; but that seemed to be | | |
| | 332:09 a general feel. | | |
| | 332:10 Q. (By Mr. Zirpoli) And when you say talk to | | |
| | 332:11 people, you mean other broiler producers, correct? | | |
| 332:14 - 332:18 | **Welch, Michael 2019-01-16** | 00:00:09 | Welch_v5.37 |
| | 332:14 THE WITNESS: Not necessarily. I may have | | |
| | 332:15 been talking to vendors, auditors, that kind of | | |
| | 332:16 people. | | |
| | 332:17 Q. (By Mr. Zirpoli) But you'd agree with me. | | |
| | 332:18 Also, other boiler producers, correct? | | |
| 332:22 - 334:07 | **Welch, Michael 2019-01-16** | 00:01:30 | Welch_v5.38 |
| | 332:22 THE WITNESS: I don't -- I don't recall | | |
| | 332:23 talking to other broiler producers about 10 to | | |
| | 332:24 15 percent. | | |
| 🔗 PX283-842.2.4 | 332:25 Q. (By Mr. Zirpoli) Okay. Going down to the | | |
| | 333:01 middle of the third paragraph, do you see where it | | |
| | 333:02 states, "Mike let the board know that he is | | |
| | 333:03 contemplating a 5 percent cutback for September with | | |
| | 333:04 the possibility of another 5 percent in December"? | | |
| | 333:05 A. Yes. | | |
| | 333:06 Q. Okay. And you made that statement to the | | |
| | 333:07 board, correct? | | |
| | 333:08 A. That what it says I did. | | |
| | 333:09 Q. Because in 2008 you were contemplating a 5 | | |
| | 333:10 percent cutback in September and another 5 percent in | | |
| | 333:11 December, correct? | | |
| | 333:12 A. That -- That's what it says, 'cause it | | |
| | 333:13 was a 2008 August meeting. | | |
| 🔗 PX283-842.2.5 | 333:14 Q. Okay. It goes on to say, "Jay asked about | | |
| | 333:15 other companies that have cut back," correct? | | |
| | 333:16 A. Yes. | | |
| 🔗 PX283-842.2.6 | 333:17 Q. And then it states Mike responded that | | |
| | 333:18 Pilgrim has announced a 5 percent cutback, Wayne has | | |
| | 333:19 announced 6 percent and recently said another 3 to 4 | | |
| | 333:20 percent was likely in the near future. Fieldale has | | |
| | 333:21 announced a 4 percent cut and recently decided to | | |
| | 333:22 eliminate 20 salaried positions, correct? | | |
| | 333:23 A. That what's it says. | | |
| | 333:24 Q. So you're informing the board what you | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 333:25      have heard other broiler producers are doing with | | |
| | 334:01      respect to their production cuts, correct? | | |
| | 334:02   A.  As a matter of public information. | | |
| | 334:03   Q.  Okay.  Where was that publicly available? | | |
| | 334:04   A.  The public companies would -- could | | |
| | 334:05      announce it on their investors calls or their | | |
| | 334:06      statements or just -- I feel most of these were | | |
| | 334:07      through press releases, so it's public information. | | |
| 334:08 - 334:10 | **Welch, Michael 2019-01-16** | 00:00:06 | Welch_v5.45 |
| | 334:08   Q.  So you were following the other broiler | | |
| | 334:09      producers in the industry and how much they were | | |
| | 334:10      cutting back at that time, correct? | | |
| 334:12 - 334:15 | **Welch, Michael 2019-01-16** | 00:00:12 | Welch_v5.39 |
| | 334:12      THE WITNESS:  Not following in terms of | | |
| | 334:13      doing it because they did.  I was doing it | | |
| | 334:14      because it was the -- in our best interest, | | |
| | 334:15      whether they did or not. | | |
| 335:18 - 335:22 🔗 PX283-842.2.7 | **Welch, Michael 2019-01-16** | 00:00:15 | Welch_v5.40 |
| | 335:18      It isn't it true you also reported to the | | |
| | 335:19      board that Tyson is holding out and refusing to cut | | |
| | 335:20      back as retribution to the industry for not cutting | | |
| | 335:21      back with them the last time the industry was | | |
| | 335:22      struggling and they led the way with cutbacks? | | |
| 336:06 - 336:12 | **Welch, Michael 2019-01-16** | 00:00:16 | Welch_v5.41 |
| | 336:06   A.  That's what it says I did. | | |
| | 336:07   Q.  Okay.  Do you have any reason to doubt | | |
| | 336:08      that you didn't make that statement? | | |
| | 336:09   A.  It -- No.  No reason in particular. | | |
| | 336:10   Q.  Okay.  How did you know that Tyson was | | |
| | 336:11      holding back as retribution to the industry for not | | |
| | 336:12      cutting back with them the last time? | | |
| 336:14 - 337:01 | **Welch, Michael 2019-01-16** | 00:00:41 | Welch_v5.42 |
| | 336:14      THE WITNESS:  Not --  Not from Tyson, but | | |
| | 336:15      through vendors or, you know, the --  It wasn't | | |
| | 336:16      direct information, and so the press releases | | |
| | 336:17      and parts above clearly came something that was | | |
| | 336:18      published.  That was from other sources outside | | |
| | 336:19      the direct producers. | | |
| | 336:20   Q.  (By Mr. Zirpoli)  What sources, sir? | | |

Welch_v5 - 1010 500PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 336:21  A.  I just --  I had said earlier -- vendors, | | |
| | 336:22       banks, that kind of place. | | |
| | 336:23  Q.  So it was known in the industry that if | | |
| | 336:24       you did not exercise production discipline when | | |
| | 336:25       called upon, there would be retribution; is that | | |
| | 337:01       correct? | | |
| 337:05 - 337:08 | **Welch, Michael 2019-01-16** | 00:00:08 | Welch_v5.43 |
| | 337:05       THE WITNESS:  No.  You -- you --  You | | |
| | 337:06       broadened it.  It was known that there would be. | | |
| | 337:07       That's --  That's not an absolutely true | | |
| | 337:08       statement. | | |
| 337:09 - 337:12 | **Welch, Michael 2019-01-16** | 00:00:09 | Welch_v5.46 |
| | 337:09  Q.  (By Mr. Zirpoli)  Isn't it true that when | | |
| | 337:10       there was oversupply in the market, the industry | | |
| | 337:11       would act through production discipline to make | | |
| | 337:12       necessary cutbacks? | | |
| 337:16 - 338:01 | **Welch, Michael 2019-01-16** | 00:00:37 | Welch_v5.44 |
| | 337:16       THE WITNESS:  Not as you've said it in | | |
| | 337:17       terms of where that might lead the listener. | | |
| | 337:18       It is true that companies made their own | | |
| | 337:19       decision.  If a -- a --  If several companies | | |
| | 337:20       are impacted by the exact same external | | |
| | 337:21       conditions, it's no surprise that they would | | |
| | 337:22       reach the same conclusion.  That has nothing to | | |
| | 337:23       do particularly with chicken.  That's any | | |
| | 337:24       product, automobile, you name it, that going | | |
| | 337:25       through 2008, the worst economic recession and | | |
| | 338:01       times in my lifetime in this country. | | |
| 338:02 - 338:09 | **Welch, Michael 2019-01-16** | 00:00:20 | Welch_v5.47 |
| | 338:02  Q.  (By Mr. Zirpoli)  And, sir, is it true | | |
| | 338:03       that Harrison did implement production cuts in 2008? | | |
| | 338:04  A.  I think --  I think that the statistics | | |
| | 338:05       showed that, that we -- we did. | | |
| | 338:06       Now do I remember the exact amounts or | | |
| | 338:07       when?  No.  I don't.  I don't remember it | | |
| | 338:08       specifically, but I think our production data would | | |
| | 338:09       show that. | | |
| 338:24 - 339:01 | **Welch, Michael 2019-01-16** | 00:00:09 | Welch_v5.48 |
| | 338:24  Q.  Hello, Mr. Welch.  My name is Dan Owen.  I | | |

Clear

## Welch_v5 - 1010 500PM

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 338:25 | represent a direct action plaintiff in this case | | |
| | 339:01 | called Associated Wholesale Grocers. | | |
| 385:12 - 385:15 | **Welch, Michael 2019-01-16** | | 00:00:10 | Welch_v5.49 |
| | 385:12 Q. | And did you ever provide Sanderson with | | |
| | 385:13 | your -- with Harrison's expected production of | | |
| | 385:14 | broiler chickens? | | |
| | 385:15 A. | No. | | |
| 386:24 - 387:01 | **Welch, Michael 2019-01-16** | | 00:00:07 | Welch_v5.50 |
| | 386:24 Q. | Harrison's expected future production of | | |
| | 386:25 | broiler chickens, is that something you call | | |
| | 387:01 | sensitive information? Maybe I misheard you. | | |
| 387:04 - 388:03 | **Welch, Michael 2019-01-16** | | 00:01:21 | Welch_v5.51 |
| | 387:04 | THE WITNESS: It was sensitive to me in | | |
| | 387:05 | terms of you might in passing have a -- not even | | |
| | 387:06 | a conversation or discussion; but somebody would | | |
| | 387:07 | ask, you know, I heard you're building a new | | |
| | 387:08 | feed mill. Yeah. Well, what will that do? | | |
| | 387:09 | Well, I can put on a second shift. | | |
| | 387:10 | So a casual, in passing, you may describe | | |
| | 387:11 | or, you know, somebody's building a new plant; | | |
| | 387:12 | and someone might say, hey, how's that new plant | | |
| | 387:13 | going? | | |
| | 387:14 | Oh, we'll be open in February, you know, | | |
| | 387:15 | and so -- | | |
| | 387:16 | But most of that information would flow | | |
| | 387:17 | through other documents anyway, so I wouldn't | | |
| | 387:18 | have discussions with somebody unless there was | | |
| | 387:19 | a reason. | | |
| | 387:20 | And we had other people in the chicken | | |
| | 387:21 | business that were vendors to us, and so you | | |
| | 387:22 | would need to discuss certain parts. If | | |
| | 387:23 | Fieldale was hatching chicks for us, if Wayne | | |
| | 387:24 | was producing custom feed for us, if House of | | |
| | 387:25 | Raeford was. | | |
| | 388:01 | So yes. In certain situations, they would | | |
| | 388:02 | know what you were doing, because they were a | | |
| | 388:03 | part of the -- the process of being a supplier. | | |

| | **Plaintiff Designations** | | 00:09:46 | |
|---|---|---|---|---|

| | | |
|---|---|---|
| | Defense Counter Designations | 00:05:24 |
| | **TOTAL RUN TIME** | **00:15:10** |

Documents linked to video:
PX283-842