# Exhibit 41 (J. Megahee)

# AS PLAYED

Designation List Report

| | | |
|---|---|---|
| | **Megahee, Jeff** | 2021-02-05 |

| | |
|---|---:|
| Plaintiff Designations | 00:04:05 |
| Defense Designations | 00:02:06 |
| **TOTAL RUN TIME** | **00:06:11** |

Documents linked to video:
PX266



ID: Megahee

**Megahee - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:07 - 9:11 | **Megahee, Jeff 2021-02-05** | 00:00:17 | Megahee.1 |
| | 9:07    Would you mind -- I know | | |
| | 9:08    you just -- your name was just mentioned on the | | |
| | 9:09    record, but can you say your name on the record | | |
| | 9:10    for us and spell it for us, please. | | |
| | 9:11    A.  Jeff Megahee, J-E-F-F, M-E-G-A-H-E-E. | | |
| 9:12 - 9:14 | **Megahee, Jeff 2021-02-05** | 00:00:07 | Megahee.2 |
| | 9:12    Q.  Okay.  Any nicknames?  You go by anything | | |
| | 9:13    else, or just Jeff Megahee? | | |
| | 9:14    A.  That is a nickname. | | |
| 9:15 - 9:16 | **Megahee, Jeff 2021-02-05** | 00:00:05 | Megahee.3 |
| | 9:15    Q.  Oh, okay.  What's your formal name, then? | | |
| | 9:16    A.  Thomas Jeffrey. | | |
| 14:01 - 14:03 | **Megahee, Jeff 2021-02-05** | 00:00:05 | Megahee.4 |
| | 14:01    Q.  Are you -- are you currently | | |
| | 14:02    employed? | | |
| | 14:03    A.  No. | | |
| 14:04 - 14:15 | **Megahee, Jeff 2021-02-05** | 00:00:36 | Megahee.5 |
| | 14:04    Q.  Okay.  When -- what was your last | | |
| | 14:05    employment -- who was your last employer? | | |
| | 14:06    A.  Harrison Poultry. | | |
| | 14:07    Q.  Okay.  And when did you leave Harrison | | |
| | 14:08    Poultry? | | |
| | 14:09    A.  Physically, end of December of '16, I was | | |
| | 14:10    on retainer for an additional three months. | | |
| | 14:11    Q.  So December 2016, you said? | | |
| | 14:12    A.  Yes. | | |
| | 14:13    Q.  Okay.  And then you were working as a | | |
| | 14:14    consultant for three months after that? | | |
| | 14:15    A.  Yes. | | |
| 23:18 - 23:19 | **Megahee, Jeff 2021-02-05** | 00:00:08 | Megahee.6 |
| | 23:18    Q.  So you started at Harrison in 2007, 2008? | | |
| | 23:19    A.  August 2008. | | |
| 26:21 - 26:25 | **Megahee, Jeff 2021-02-05** | 00:00:23 | Megahee.7 |
| | 26:21    Q.  And what were your functions at | | |
| | 26:22    Harrison when you came over in August of 2008? | | |
| | 26:23    A.  Came in -- hired as the accounting | | |
| | 26:24    manager, began to run, supervise the accounting | | |

| DESIGNATION | SOURCE | DURATION | ID |

**Megahee - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 26:25    department under the CFO at the time, Greg Finch. | | |
| 29:24 - 30:03 | **Megahee, Jeff 2021-02-05** | 00:00:31 | Megahee.8 |
| | 29:24    Q. And did your responsibilities at | | |
| | 29:25    Harrison change over time? | | |
| | 30:01    A. Yes. In March of 2011, Greg Finch, my | | |
| | 30:02    superior, left the company, and I was several | | |
| | 30:03    months later, after an interim, promoted to CFO. | | |
| 58:15 - 58:17 🔗 PX266.1 | **Megahee, Jeff 2021-02-05** | 00:00:26 | Megahee.9 |
| | 58:15    MR. LANDAU: If we could bring up | | |
| | 58:16    what's under tab 4. This is a document that was | | |
| | 58:17    previously marked as Exhibit 4181, and it has | | |
| 58:18 - 58:18 | **Megahee, Jeff 2021-02-05** | 00:00:02 | Megahee.10 |
| | 58:18    Bates numbers Harrison00041736 through 738. | | |
| 58:19 - 58:19 | **Megahee, Jeff 2021-02-05** | 00:00:01 | Megahee.11 |
| | 58:19    Whoops, sorry. I apologize. It has Bates numbers | | |
| 58:20 - 58:23 | **Megahee, Jeff 2021-02-05** | 00:00:13 | Megahee.12 |
| | 58:20    00041736 through 741. | | |
| | 58:21    BY MR. LANDAU: | | |
| | 58:22    Q. Do you have that document in front of you? | | |
| | 58:23    A. I do. | | |
| 58:24 - 59:10 🔗 PX266.1.2 | **Megahee, Jeff 2021-02-05** | 00:00:44 | Megahee.13 |
| | 58:24    Q. Okay. And you see the second e-mail there | | |
| | 58:25    appears to be an e-mail from Mr. Welch to a few | | |
| | 59:01    people, including yourself. | | |
| | 59:02    Do you see that? | | |
| | 59:03    A. Yes. | | |
| | 59:04    Q. Okay. And this is a type of document | | |
| | 59:05    received in the ordinary course of your business | | |
| | 59:06    at Harrison, correct? | | |
| | 59:07    A. Yes. | | |
| | 59:08    Q. Okay. And e-mails like this are stored at | | |
| | 59:09    Harrison as part of its business, correct? | | |
| | 59:10    A. Yes, on the server. | | |
| 60:03 - 60:04 | **Megahee, Jeff 2021-02-05** | 00:00:06 | Megahee.14 |
| | 60:03    Q. Do you know if he sent that to anybody | | |
| | 60:04    else on June 22nd? | | |
| 60:05 - 60:05 | **Megahee, Jeff 2021-02-05** | 00:00:01 | Megahee.15 |
| | 60:05    A. Just a moment. To your question, I do not | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 60:06 - 60:07 | **Megahee, Jeff 2021-02-05** | 00:00:10 | Megahee.16 |
| | 60:06    know from this document or memory if he sent it to | | |
| | 60:07    anyone or who he may have sent it to someone. | | |
| 60:08 - 61:02 | **Megahee, Jeff 2021-02-05** | 00:01:07 | Megahee.17 |
| 🔗 PX266.2 | 60:08   Q. Okay. If you look at the bottom of 737, | | |
| 🔗 PX266.2.1 | 60:09      he says: | | |
| | 60:10      My interpretation of some good news | | |
| | 60:11      potential is that fowl processors have been | | |
| | 60:12      running six days a week as broiler companies are | | |
| | 60:13      getting extra hens out of the field to finally | | |
| | 60:14      reduce supply. This should have a positive effect | | |
| | 60:15      in the late summer and fall. We are reducing | | |
| | 60:16      production 5 percent starting after the 4th of | | |
| | 60:17      July. | | |
| | 60:18      Do you see that? | | |
| | 60:19   A. Yes. | | |
| | 60:20   Q. Okay. And do you believe you understood | | |
| | 60:21      what Mr. Welch was communicating here about it | | |
| | 60:22      being good news? | | |
| | 60:23   A. Repeat the question, please. | | |
| | 60:24   Q. Sure. Sure. Do you believe you | | |
| | 60:25      understood what Mr. Welch was saying he believed | | |
| | 61:01      to be good news here? | | |
| | 61:02   A. Yes, I do. | | |
| 61:04 - 61:09 | **Megahee, Jeff 2021-02-05** | 00:00:15 | Megahee.18 |
| | 61:04      BY MR. LANDAU: | | |
| | 61:05   Q. And do you believe you understood why he | | |
| | 61:06      believed this to be good news? | | |
| | 61:07   A. Yes, I believe so. | | |
| | 61:08   Q. Okay. Can you tell us what you believe | | |
| | 61:09      that reason to be? | | |
| 61:10 - 61:17 | **Megahee, Jeff 2021-02-05** | 00:00:36 | Megahee.19 |
| | 61:10   A. That my interpretation was that the supply | | |
| | 61:11      of chicken in the market was going to decrease. | | |
| | 61:12   Q. And the processing of fowl would help to | | |
| | 61:13      reduce that supply; is that correct? | | |
| | 61:14   A. It could. | | |
| | 61:15   Q. Well, in his interpretation, you saw that, | | |
| | 61:16      as you understood it and you believed, was -- was | | |
| | 61:17      good news, correct? | | |

**Megahee - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:19 - 61:23 | **Megahee, Jeff 2021-02-05** | 00:00:09 | Megahee.20 |
| | 61:19    THE WITNESS:  Yes. | | |
| | 61:20    BY MR. LANDAU: | | |
| | 61:21    Q.  And that's because as you believe you | | |
| | 61:22    understood was because it would reduce supply, | | |
| | 61:23    correct? | | |
| 61:25 - 61:25 | **Megahee, Jeff 2021-02-05** | 00:00:01 | Megahee.21 |
| | 61:25    THE WITNESS:  Yes. | | |
| 62:14 - 62:15 | **Megahee, Jeff 2021-02-05** | 00:00:06 | Megahee.22 |
| | 62:14    Q.  And you believe that was Harrison's plan | | |
| | 62:15    at the time? | | |
| 62:17 - 62:17 | **Megahee, Jeff 2021-02-05** | 00:00:02 | Megahee.23 |
| | 62:17    THE WITNESS:  I don't recall. | | |

| | |
|---|---|
| Plaintiff Designations | 00:04:05 |
| Defense Designations | 00:02:06 |
| **TOTAL RUN TIME** | **00:06:11** |

Documents linked to video:
PX266