# Exhibit 42 (P. Turner)

# AS PLAYED

Designation List Report

**Turner, Phillip** — 2019-03-28

| | |
|---|---:|
| Plaintiff Designations | 00:04:06 |
| Defense Counter Designations | 00:11:21 |
| **TOTAL RUN TIME** | **00:15:27** |

Documents linked to video:
PX421-1743



**ID: Turner**

**Turner - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:10 - 12:10 | **Turner, Phillip 2019-03-28** | 00:00:02 | Turner.1 |
| | 12:10      MR. LE:  My name is Christopher Le. | | |
| 14:06 - 14:08 | **Turner, Phillip 2019-03-28** | 00:00:08 | Turner.2 |
| | 14:06   Q.  Can you please state your name and spell | | |
| | 14:07       your last name for the record. | | |
| | 14:08   A.  Phillip Kevin Turner, T-U-R-N-E-R. | | |
| 18:24 - 19:06 | **Turner, Phillip 2019-03-28** | 00:00:25 | Turner.3 |
| | 18:24   Q.  (By Mr. Le)  Mr. Turner, could you | | |
| | 18:25       describe your educational background starting after | | |
| | 19:01       high school. | | |
| | 19:02   A.  I went to the University of Georgia. | | |
| | 19:03       Well, let me back up one second.  Went to | | |
| | 19:04       Gainesville Junior College for two years prior to | | |
| | 19:05       attending and graduating from the University of | | |
| | 19:06       Georgia. | | |
| 19:07 - 19:13 | **Turner, Phillip 2019-03-28** | 00:00:15 | Turner.4 |
| | 19:07   Q.  And what was your degree, or what did you | | |
| | 19:08       study at Gainesville -- | | |
| | 19:09   A.  Agriculture. | | |
| | 19:10   Q.  -- at both Gainesville and Georgia? | | |
| | 19:11   A.  Business.  Business associate degree at | | |
| | 19:12       Gainesville.  Agriculture at the University of | | |
| | 19:13       Georgia. | | |
| 20:12 - 20:14 | **Turner, Phillip 2019-03-28** | 00:00:08 | Turner.5 |
| | 20:12       And professionally or workwise, what did | | |
| | 20:13       you do after the University of Georgia? | | |
| | 20:14   A.  Came to work at Mar-Jac. | | |
| 20:15 - 20:16 | **Turner, Phillip 2019-03-28** | 00:00:06 | Turner.6 |
| | 20:15   Q.  And what year was that? | | |
| | 20:16   A.  1981.  July. | | |
| 21:23 - 21:25 | **Turner, Phillip 2019-03-28** | 00:00:03 | Turner.7 |
| | 21:23   Q.  And what year did you become plant | | |
| | 21:24       manager? | | |
| | 21:25   A.  '89. | | |
| 22:01 - 22:06 | **Turner, Phillip 2019-03-28** | 00:00:27 | Turner.8 |
| | 22:01   Q.  And as plant manager, what were your | | |
| | 22:02       responsibilities? | | |
| | 22:03   A.  Supervise and manage the processing, | | |

Turner - AS PLAYED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 22:04     slaughter operations at the plant. Had | | |
| | 22:05     responsibilities for maintenance, refrigeration, and | | |
| | 22:06     shipping. | | |
| 24:09 - 24:11 | **Turner, Phillip 2019-03-28** | 00:00:30 | Turner.9 |
| | 24:09    Q. And how long were you plant manager? | | |
| | 24:10    A. It would have been from 29, so that would | | |
| | 24:11        have been I guess 1989 to 2017 -- | | |
| 24:12 - 24:16 | **Turner, Phillip 2019-03-28** | 00:00:08 | Turner.10 |
| | 24:12    Q. And did your -- | | |
| | 24:13    A. -- about 30 years. | | |
| | 24:14    Q. And did your responsibilities ever change | | |
| | 24:15        during that 30-year period? | | |
| | 24:16    A. No, sir. | | |
| 31:14 - 31:18 | **Turner, Phillip 2019-03-28** | 00:00:32 | Turner.11 |
| | 31:14    Q. And does Mar-Jac have a target size for | | |
| | 31:15        its contract growers to grow the broilers to? | | |
| | 31:16    A. We shoot for our live weight to be around | | |
| | 31:17        4.40 pounds live or less down to 3.60 pounds average | | |
| | 31:18        live roughly. | | |
| 31:19 - 31:21 | **Turner, Phillip 2019-03-28** | 00:00:06 | Turner.12 |
| | 31:19    Q. And has that target range changed between | | |
| | 31:20        2007 and the present? | | |
| | 31:21    A. No, sir. | | |
| 41:20 - 41:22 | **Turner, Phillip 2019-03-28** | 00:00:07 | Turner.13 |
| | 41:20    Q. If for whatever reason Mar-Jac wanted to | | |
| | 41:21        reduce the amount of broiler meat that it was | | |
| | 41:22        producing, how would it do that? | | |
| 41:24 - 42:01 | **Turner, Phillip 2019-03-28** | 00:00:11 | Turner.14 |
| | 41:24        THE WITNESS: We don't -- We don't reduce | | |
| | 41:25        our pounds, you know. We -- We're wide open, | | |
| | 42:01        you know, all the time. | | |
| 42:10 - 42:12 | **Turner, Phillip 2019-03-28** | 00:00:09 | Turner.15 |
| | 42:10    Q. (By Mr. Le) So I'll just repeat the | | |
| | 42:11        question. So in your time at Mar-Jac, you've never | | |
| | 42:12        reduced the pounds of broilers produced? | | |
| 42:15 - 42:20 | **Turner, Phillip 2019-03-28** | 00:00:23 | Turner.16 |
| | 42:15        THE WITNESS: We have steadily grown each | | |
| | 42:16        and every year that I have been at Mar-Jac that | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 42:17 | I can recall. | | |
| | 42:18 | Q. (By Mr. Le) Has Mar-Jac ever reduced | | |
| | 42:19 | breeder stock by killing breeders or selling them | | |
| | 42:20 | early? | | |
| 42:23 - 43:05 | **Turner, Phillip 2019-03-28** | | 00:00:28 | Turner.17 |
| | 42:23 | THE WITNESS: Ever or during this | | |
| | 42:24 | timeframe? | | |
| | 42:25 | Q. (By Mr. Le) Let's say from 2007 on. | | |
| | 43:01 | A. 2007 to '17, I was in the plant. I really | | |
| | 43:02 | don't know what took place in the field. | | |
| | 43:03 | Q. So you have no knowledge, even secondhand, | | |
| | 43:04 | of breeders being killed or sold early? | | |
| | 43:05 | A. Not during that time. No. | | |
| 46:02 - 46:04 | **Turner, Phillip 2019-03-28** | | 00:00:08 | Turner.18 |
| | 46:02 | Q. (By Mr. Le) Has Mar-Jac ever reduced the | | |
| | 46:03 | number of egg sets placed by, say, breaking, | | |
| | 46:04 | rendering, or selling them? | | |
| 46:06 - 46:16 | **Turner, Phillip 2019-03-28** | | 00:00:47 | Turner.19 |
| | 46:06 | THE WITNESS: Not that I'm aware of. | | |
| | 46:07 | We're -- Since I took over complex manager and | | |
| | 46:08 | before, we're normally wide open, you know, | | |
| | 46:09 | producing all we can every day. | | |
| | 46:10 | Q. (By Mr. Le) To your knowledge, has | | |
| | 46:11 | Mar-Jac ever exported eggs? | | |
| | 46:12 | A. Not that I'm aware. | | |
| | 46:13 | Q. Has Mar-Jac reduced the number of grower | | |
| | 46:14 | contracts in the time that you were, say, 2007 to the | | |
| | 46:15 | present? | | |
| | 46:16 | A. Not that I'm aware of. | | |
| 47:07 - 47:09 | **Turner, Phillip 2019-03-28** | | 00:00:05 | Turner.20 |
| | 47:07 | Q. And I assume Mar-Jac's never closed any | | |
| | 47:08 | processing facilities, to your knowledge? | | |
| | 47:09 | A. No, sir. | | |
| 55:08 - 56:12 | **Turner, Phillip 2019-03-28** | | 00:02:30 | Turner.21 |
| | 55:08 | Q. What other broiler chicken companies would | | |
| | 55:09 | you consider to be competitors of Mar-Jac? | | |
| | 55:10 | A. That's -- I'd say that'd be a very small | | |
| | 55:11 | group of maybe, well, two or three that may be | | |
| | 55:12 | selling our market. | | |

**Turner - AS PLAYED**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 55:13 | | In one respect, maybe some of Pilgrim's, | | |
| | 55:14 | | some Koch, maybe some Tyson; but I guess in another | | |
| | 55:15 | | respect, I guess we at Mar-Jac Gainesville don't | | |
| | 55:16 | | really consider that we have competitors because of | | |
| | 55:17 | | the fact that we -- We feel like we do things that | | |
| | 55:18 | | other folks don't do, won't do, can't do. We call | | |
| | 55:19 | | it -- We call it our grocery store mentality. We do | | |
| | 55:20 | | probably 600 different product codes as a customer. | | |
| | 55:21 | | And the reason we use grocery store | | |
| | 55:22 | | mentality is, you know, as, you know, as a customer, | | |
| | 55:23 | | you think of going into the grocery store and sort of | | |
| | 55:24 | | kind of picking and choosing what you want to buy. | | |
| | 55:25 | | If you want a big box or a small box or one box of it | | |
| | 56:01 | | or ten boxes of it, you know, you can do that. | | |
| | 56:02 | | That's sort of kind of how our customer base is, you | | |
| | 56:03 | | know. We -- we -- | | |
| | 56:04 | | When that product goes on to the store, | | |
| | 56:05 | | it's sort of like you going out of the grocery store, | | |
| | 56:06 | | putting the bag of groceries and stuff in your car. | | |
| | 56:07 | | You know, that truck sort of kind of got a little of | | |
| | 56:08 | | this and a little of that on it, so we don't -- | | |
| | 56:09 | | We really don't consider the fact that | | |
| | 56:10 | | we've got really competitors, 'cause we feel like we | | |
| | 56:11 | | do things that other people do not do or can't do or | | |
| | 56:12 | | won't do. | | |
| 56:13 - 56:16 | **Turner, Phillip 2019-03-28** | | | 00:00:27 | Turner.22 |
| | 56:13 | Q. | Who are Mar-Jac's main customers, their | | |
| | 56:14 | | largest customers? | | |
| | 56:15 | A. | Probably Sysco's one of them. Probably | | |
| | 56:16 | | KFC. PFG. That's probably some of the largest ones. | | |
| 57:04 - 57:05 | **Turner, Phillip 2019-03-28** | | | 00:00:06 | Turner.23 |
| | 57:04 | Q. | But still you only consider Tyson's, | | |
| | 57:05 | | Pilgrim's, and Koch to be competitors to Mar-Jac? | | |
| 57:07 - 57:08 | **Turner, Phillip 2019-03-28** | | | 00:00:02 | Turner.24 |
| | 57:07 | | THE WITNESS: Those three that I | | |
| | 57:08 | | mentioned, yes, sir. | | |
| 57:09 - 57:13 | **Turner, Phillip 2019-03-28** | | | 00:00:11 | Turner.25 |
| | 57:09 | Q. | (By Mr. Le) So Sanderson Farms, you would | | |
| | 57:10 | | not consider to be a competitor of Mar-Jac in broiler | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 57:11    chickens? | | |
| | 57:12    A.  I'm not really -- I don't really know | | |
| | 57:13    what Sanderson does. | | |
| 57:14 - 57:15 | **Turner, Phillip 2019-03-28** | 00:00:05 | Turner.26 |
| | 57:14    Q.  Perdue? | | |
| | 57:15    A.  No. Not -- | | |
| 57:16 - 57:17 | **Turner, Phillip 2019-03-28** | 00:00:02 | Turner.27 |
| | 57:16    Q.  Wayne Farms? | | |
| | 57:17    A.  No, sir. | | |
| 57:18 - 57:19 | **Turner, Phillip 2019-03-28** | 00:00:03 | Turner.28 |
| | 57:18    Q.  Mountaire Farms? | | |
| | 57:19    A.  No, sir. | | |
| 57:20 - 57:21 | **Turner, Phillip 2019-03-28** | 00:00:03 | Turner.29 |
| | 57:20    Q.  House of Raeford? | | |
| | 57:21    A.  No, sir. | | |
| 57:22 - 57:23 | **Turner, Phillip 2019-03-28** | 00:00:03 | Turner.30 |
| | 57:22    Q.  Peco Foods? | | |
| | 57:23    A.  No, sir. | | |
| 57:24 - 57:25 | **Turner, Phillip 2019-03-28** | 00:00:03 | Turner.31 |
| | 57:24    Q.  Foster Farms? | | |
| | 57:25    A.  No, sir. | | |
| 58:01 - 58:02 | **Turner, Phillip 2019-03-28** | 00:00:06 | Turner.32 |
| | 58:01    Q.  George's? | | |
| | 58:02    A.  No, sir. | | |
| 58:03 - 58:04 | **Turner, Phillip 2019-03-28** | 00:00:03 | Turner.33 |
| | 58:03    Q.  Fieldale Farms? | | |
| | 58:04    A.  No, sir. | | |
| 58:05 - 58:06 | **Turner, Phillip 2019-03-28** | 00:00:04 | Turner.34 |
| | 58:05    Q.  OK Foods? | | |
| | 58:06    A.  No, sir. | | |
| 58:07 - 58:08 | **Turner, Phillip 2019-03-28** | 00:00:05 | Turner.35 |
| | 58:07    Q.  Simmons Foods? | | |
| | 58:08    A.  No, sir. | | |
| 58:09 - 58:10 | **Turner, Phillip 2019-03-28** | 00:00:05 | Turner.36 |
| | 58:09    Q.  Claxton Poultry? | | |
| | 58:10    A.  No, sir. | | |

## Turner - AS PLAYED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 58:11 - 58:12 | **Turner, Phillip 2019-03-28** | 00:00:04 | Turner.37 |
| | 58:11 Q. Harrison Poultry? | | |
| | 58:12 A. No, sir. | | |
| 152:02 - 152:06 | **Turner, Phillip 2019-03-28** | 00:00:12 | Turner.38 |
| | 152:02 Q. And wide open means maximum capacity -- | | |
| | 152:03 A. Yes, sir. | | |
| | 152:04 Q. -- roughly the 2.1 million head per week | | |
| | 152:05   that you said Mar-Jac did on average? | | |
| | 152:06 A. Which is a little over maximum capacity. | | |
| 152:19 - 153:01 | **Turner, Phillip 2019-03-28** | 00:00:33 | Turner.39 |
| | 152:19 Q. (By Mr. Le) Right before we were | | |
| | 152:20   interrupted, you mentioned that 2.1 million head per | | |
| | 152:21   week was a little over maximum capacity. What did | | |
| | 152:22   you mean? | | |
| | 152:23 A. If you look at Mar-Jac Gainesville, | | |
| | 152:24   40 hours per week, times two shifts, 420 birds a | | |
| | 152:25   minute, at 40 hours a week, it was two million -- | | |
| | 153:01   roughly -- sixteen thousand head per week. | | |
| 153:02 - 153:03 | **Turner, Phillip 2019-03-28** | 00:00:05 | Turner.40 |
| | 153:02 Q. Then how did you guys produce above that? | | |
| | 153:03 A. Ran overtime. | | |
| 153:04 - 153:05 | **Turner, Phillip 2019-03-28** | 00:00:04 | Turner.41 |
| | 153:04 Q. How often did you run overtime? | | |
| | 153:05 A. Every week. | | |
| 153:06 - 153:07 | **Turner, Phillip 2019-03-28** | 00:00:03 | Turner.42 |
| | 153:06 Q. Did you say every week? | | |
| | 153:07 A. Yes, sir. | | |
| 153:08 - 153:09 | **Turner, Phillip 2019-03-28** | 00:00:06 | Turner.43 |
| | 153:08 Q. And how would running overtime work? | | |
| | 153:09 A. Kill more chickens. | | |
| 153:10 - 153:14 | **Turner, Phillip 2019-03-28** | 00:00:15 | Turner.44 |
| | 153:10 Q. Did you extend the duration of a shift, or | | |
| | 153:11   did you add? | | |
| | 153:12 A. Usually, it was first shift that ran | | |
| | 153:13   longer, because first shift walked on as third shift | | |
| | 153:14   got off. | | |
| 153:15 - 153:16 | **Turner, Phillip 2019-03-28** | 00:00:04 | Turner.45 |
| | 153:15 Q. Is third shift the clean-up shift? | | |

Turner - AS PLAYED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 153:16  A.  No, sir. | | |
| 153:17 - 153:18 | **Turner, Phillip 2019-03-28** | 00:00:05 | Turner.46 |
| | 153:17  Q.  What's third shift? | | |
| | 153:18  A.  It's our second slaughter shift. | | |
| 153:19 - 153:20 | **Turner, Phillip 2019-03-28** | 00:00:03 | Turner.47 |
| | 153:19  Q.  What's second shift? | | |
| | 153:20  A.  Clean up. | | |
| 153:21 - 153:23 | **Turner, Phillip 2019-03-28** | 00:00:06 | Turner.48 |
| | 153:21  Q.  So you ran overtime in the first shift | | |
| | 153:22       regularly? | | |
| | 153:23  A.  Yes, sir. | | |
| 153:24 - 153:25 | **Turner, Phillip 2019-03-28** | 00:00:06 | Turner.49 |
| | 153:24  Q.  How much overtime did you regularly run? | | |
| | 153:25  A.  Two to three hours a week. | | |
| 154:01 - 154:05 | **Turner, Phillip 2019-03-28** | 00:00:13 | Turner.50 |
| | 154:01  Q.  And the overtime is what makes up the | | |
| | 154:02       difference between roughly you were saying 2,016,000 | | |
| | 154:03       head, which is -- | | |
| | 154:04  A.  It roughly makes up that 84,000 extra | | |
| | 154:05       birds per week. | | |
| 160:04 - 160:12 | **Turner, Phillip 2019-03-28** | 00:00:21 | Turner.51 |
| | 160:04  Q.  (By Mr. Le)  Mr. Turner, you've stated | | |
| | 160:05       multiple times that Mar-Jac runs wide open and that | | |
| | 160:06       it does not engage in any reduction of its production | | |
| | 160:07       of broiler chickens; is that correct? | | |
| | 160:08  A.  Yes, sir. | | |
| | 160:09  Q.  Were you aware of any other producers -- | | |
| | 160:10       let's say in 2008 -- involved in efforts to reduce | | |
| | 160:11       supply of broilers? | | |
| | 160:12  A.  No, sir. | | |
| 160:14 - 160:16 | **Turner, Phillip 2019-03-28** | 00:00:05 | Turner.52 |
| | 160:14  Q.  (By Mr. Le)  Were you aware of any | | |
| | 160:15       producers involved in an effort to reduce the supply | | |
| | 160:16       of broilers in 2009? | | |
| 160:18 - 160:19 | **Turner, Phillip 2019-03-28** | 00:00:02 | Turner.53 |
| | 160:18       THE WITNESS:  No, sir. | | |
| | 160:19  Q.  (By Mr. Le)  2010? | | |
| 160:21 - 160:22 | **Turner, Phillip 2019-03-28** | 00:00:02 | Turner.54 |

Turner - AS PLAYED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 160:21    THE WITNESS: No, sir. | | Turner.54 |
| | 160:22 Q. (By Mr. Le) 2011? | | |
| 160:24 - 160:25 | **Turner, Phillip 2019-03-28** | 00:00:04 | Turner.55 |
| | 160:24    THE WITNESS: No, sir. | | |
| | 160:25 Q. (By Mr. Le) Any later year since 2011? | | |
| 161:02 - 161:02 | **Turner, Phillip 2019-03-28** | 00:00:01 | Turner.56 |
| | 161:02    THE WITNESS: No, sir. | | |
| 174:16 - 175:06 | **Turner, Phillip 2019-03-28** | 00:00:51 | Turner.57 |
| 🔗 PX421-1743.1 | 174:16 Q. (By Mr. Le) Mr. Turner, I'm showing you | | |
| | 174:17    now what's been marked as Plaintiff's Exhibit 1743 | | |
| | 174:18    with Bates No. MAR-JAC_0000526696. | | |
| | 174:19    What is this? | | |
| 🔗 PX421-1743.1.1 | 174:20 A. It's a monthly process and report -- cost | | |
| | 174:21    report. | | |
| | 174:22 Q. And this monthly cost report is dated or | | |
| | 174:23    was sent August 24th, 2012? | | |
| | 174:24 A. Yes, sir. | | |
| | 174:25 Q. Roughly a year after the prior one that | | |
| | 175:01    you were looking at? | | |
| | 175:02 A. Yes, sir. | | |
| | 175:03 Q. And this report, again, would have been | | |
| | 175:04    sent, received, and kept in the ordinary course of | | |
| | 175:05    business? | | |
| | 175:06 A. Yes, sir. | | |
| 175:07 - 175:09 | **Turner, Phillip 2019-03-28** | 00:00:10 | Turner.58 |
| 🔗 PX421-1743.7 | 175:07 Q. If you can go to the last page again, the | | |
| | 175:08    Bates ending 6072. | | |
| | 175:09 A. Yes, sir. | | |
| 175:10 - 175:16 | **Turner, Phillip 2019-03-28** | 00:00:23 | Turner.59 |
| 🔗 PX421-1743.7.1 | 175:10 Q. This, again, has five months of data for | | |
| | 175:11    monthly processing -- July 2012, June 2012, May 2012, | | |
| | 175:12    April 2012, and March 2012; is that right? | | |
| | 175:13 A. Yes, sir. | | |
| | 175:14 Q. So it's the same five months as the prior | | |
| | 175:15    report, but a year later? | | |
| | 175:16 A. Yes, sir. | | |
| 175:17 - 176:03 | **Turner, Phillip 2019-03-28** | 00:00:37 | Turner.60 |

**Turner - AS PLAYED**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 🔗 PX421-1743.7.2 | 175:17 | Q. | If you go to the column that says | | Turner.60 |
| | 175:18 | | five-month average -- | | |
| | 175:19 | A. | Yes, sir. | | |
| 🔗 PX421-1743.7.3 | 175:20 | Q. | -- the average head per week for the five | | |
| | 175:21 | | months of 2012 was 1,968,312. | | |
| | 175:22 | A. | Yes, sir. | | |
| | 175:23 | Q. | That's lower than the five-month average | | |
| | 175:24 | | from 2011; isn't that correct? | | |
| | 175:25 | A. | Yes, sir. | | |
| 🔗 PX421-1743.7.4 | 176:01 | Q. | And the five-month average for pounds | | |
| | 176:02 | | processed was 29,318,217; is that correct? | | |
| | 176:03 | A. | Yes, sir. | | |
| 176:04 - 176:20 | **Turner, Phillip 2019-03-28** | | | 00:01:02 | Turner.61 |
| | 176:04 | Q. | So does that mean that in the five months | | |
| | 176:05 | | in 2012 compared to the same five months in 2011, | | |
| | 176:06 | | Mar-Jac was producing almost three million fewer | | |
| | 176:07 | | pounds of broiler chicken -- | | |
| | 176:08 | A. | That means that -- | | |
| | 176:09 | Q. | -- a month? | | |
| | 176:10 | A. | That means to me that your average weight | | |
| | 176:11 | | was 3.54, and your average weight was 3.39 in '12. | | |
| | 176:12 | | It appears to me that we made a -- had to make a -- | | |
| | 176:13 | | there again, going back to one of those calculated | | |
| | 176:14 | | calibrated adjustments when our birds are not | | |
| | 176:15 | | weighing. | | |
| | 176:16 | | In 2012, I couldn't -- I don't remember | | |
| | 176:17 | | back where we -- where there was a disease problem or | | |
| | 176:18 | | what; but it's evident that we cut back a little bit, | | |
| | 176:19 | | because our -- simply because the bird weight was too | | |
| ❌ Clear | 176:20 | | light. | | |
| 177:06 - 177:07 | **Turner, Phillip 2019-03-28** | | | 00:00:05 | Turner.62 |
| | 177:06 | Q. | And you don't remember why Mar-Jac reduced | | |
| | 177:07 | | the average bird weight in 2012? | | |
| 177:11 - 177:11 | **Turner, Phillip 2019-03-28** | | | 00:00:01 | Turner.63 |
| | 177:11 | | THE WITNESS: I do not. | | |
| 177:12 - 177:20 | **Turner, Phillip 2019-03-28** | | | 00:00:25 | Turner.64 |

**Turner - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 177:12 Q. (By Mr. Le) But not only did the average | | Turner.64 |
| | 177:13    dressed weight go down, but the average head per week | | |
| | 177:14    also went down in the five-month period -- | | |
| | 177:15 A. Correct. | | |
| | 177:16 Q. -- in 2012? | | |
| | 177:17 A. Correct. | | |
| | 177:18 Q. It went down from 2,086,000 down to | | |
| | 177:19    1,968,000; is that right? | | |
| | 177:20 A. Correct. | | |
| 178:11 - 178:14 | **Turner, Phillip 2019-03-28** | 00:00:15 | Turner.65 |
| | 178:11 Q. And do you know why the average dressed | | |
| | 178:12    weight and the number of head per week went down in | | |
| | 178:13    2012? | | |
| | 178:14 A. I do not remember. No, sir. | | |

| | |
|---|---|
| Plaintiff Designations | 00:04:06 |
| Defense Counter Designations | 00:11:21 |
| **TOTAL RUN TIME** | **00:15:27** |

Documents linked to video:
PX421-1743