# Exhibit 43 (T. Tolbert)

# AS PLAYED

Designation List Report

**Tolbert, Charles**  2021-07-29

| | |
|---|---:|
| Plaintiff Designations | 00:07:04 |
| Defense Counter Designations | 00:06:37 |
| **TOTAL RUN TIME** | **00:13:41** |

Documents linked to video:
PX1294
PX1314-6447



**ID: Tolbert**

**Tolbert - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:10 - 22:12 | **Tolbert, Charles 2021-07-29** | 00:00:06 | Tolbert.1 |
| | 22:10  Q.  Mr. Tolbert, would state your full name | | |
| | 22:11       for the record, please. | | |
| | 22:12  A.  Charles Terry Tolbert, II. | | |
| 23:22 - 24:15 | **Tolbert, Charles 2021-07-29** | 00:00:53 | Tolbert.2 |
| | 23:22  Q.  And what do you do for a living today, | | |
| | 23:23       sir? | | |
| | 23:24  A.  I am -- I run the supply chain over | | |
| | 23:25       nonprotein procurement. | | |
| | 24:01  Q.  In -- In your past career, you worked | | |
| | 24:02       with chicken, right? | | |
| | 24:03  A.  Correct. | | |
| | 24:04  Q.  When did you first start working with | | |
| | 24:05       chicken as part of -- as part of your employment? | | |
| | 24:06  A.  It would be directly out of college back | | |
| | 24:07       in 1992. | | |
| | 24:08  Q.  All right. 19 what? I'm sorry. | | |
| | 24:09  A.  '92. | | |
| | 24:10  Q.  Okay. And you went to Purdue? | | |
| | 24:11  A.  Correct. | | |
| | 24:12  Q.  And studied animal science; is that right? | | |
| | 24:13  A.  Correct. | | |
| | 24:14  Q.  Where are you from originally? | | |
| | 24:15  A.  St. Louis, Missouri. | | |
| 24:20 - 24:22 | **Tolbert, Charles 2021-07-29** | 00:00:08 | Tolbert.3 |
| | 24:20  Q.  Do you have any higher education other | | |
| | 24:21       than Purdue? | | |
| | 24:22  A.  No. | | |
| 24:23 - 25:01 | **Tolbert, Charles 2021-07-29** | 00:00:14 | Tolbert.4 |
| | 24:23  Q.  And what was your first job coming out | | |
| | 24:24       of -- coming out of college at Purdue? | | |
| | 24:25  A.  It was with Golden Poultry, which is part | | |
| | 25:01       of Gold Kist; and I was a supervisor in a plant. | | |
| 25:22 - 26:05 | **Tolbert, Charles 2021-07-29** | 00:00:37 | Tolbert.5 |
| | 25:22  Q.  Okay. Would you briefly trace the | | |
| | 25:23       different responsibilities you had in your 15 years | | |
| | 25:24       at Gold Kist. If you can, summarize it for us. | | |
| | 25:25  A.  Ew. Supervisor in a plant. | | |
| | 26:01       Coordinator of sales of the plant, and a | | |

## Tolbert - AS PLAYED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 26:02      sales representative in Atlanta corporate office; and | | |
| | 26:03      then sales manager, category manager. | | |
| | 26:04      And I believe, like a further processing | | |
| | 26:05      category manager. | | |
| 34:23 - 34:23 | **Tolbert, Charles 2021-07-29** | 00:00:01 | Tolbert.6 |
| | 34:23    Q.   Okay. So did you work anywhere between | | |
| 34:23 - 35:02 | **Tolbert, Charles 2021-07-29** | 00:00:11 | Tolbert.7 |
| | 34:23    Q.   Okay. So did you work anywhere between | | |
| | 34:24      Pilgrim's, that had acquired Gold Kist, and Case | | |
| | 34:25      Farms? | | |
| | 35:01    A.   No. I went directly from Pilgrim's to | | |
| | 35:02      Case Farms. | | |
| 35:21 - 36:02 | **Tolbert, Charles 2021-07-29** | 00:00:22 | Tolbert.8 |
| | 35:21    Q.   (By Mr. Owen) What were your | | |
| | 35:22      responsibilities at Case Farms? | | |
| | 35:23    A.   First, I came in to run sales for their | | |
| | 35:24      further processing line, and then -- I believe that | | |
| | 35:25      was for two years. | | |
| | 36:01      And then the next two years, I went to the | | |
| | 36:02      fresh side as a division sales manager for Goldsboro. | | |
| 37:25 - 38:01 | **Tolbert, Charles 2021-07-29** | 00:00:04 | Tolbert.9 |
| | 37:25    Q.   What did you do for -- | | |
| | 38:01      Or why did you leave Case Farms? | | |
| 38:02 - 38:04 | **Tolbert, Charles 2021-07-29** | 00:00:08 | Tolbert.10 |
| | 38:02    A.   I had a great opportunity at Keystone | | |
| | 38:03      Foods, that an individual from Keystone reached out | | |
| | 38:04      to me. | | |
| 38:05 - 38:06 | **Tolbert, Charles 2021-07-29** | 00:00:03 | Tolbert.11 |
| | 38:05    Q.   Who was that? | | |
| | 38:06    A.   Don Wisdom. | | |
| 38:07 - 38:08 | **Tolbert, Charles 2021-07-29** | 00:00:03 | Tolbert.12 |
| | 38:07    Q.   Could you say that name again. | | |
| | 38:08    A.   Don Wisdom. | | |
| 38:09 - 38:10 | **Tolbert, Charles 2021-07-29** | 00:00:09 | Tolbert.13 |
| | 38:09    Q.   And, generally, what did he ask you to | | |
| | 38:10      come to Case -- or to Keystone to do? | | |
| 38:13 - 38:15 | **Tolbert, Charles 2021-07-29** | 00:00:07 | Tolbert.14 |

## Tolbert - AS PLAYED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 38:13 Q. (By Mr. Owen) Why'd you -- why did -- | | Tolbert.14 |
| | 38:14     What was that opportunity at Keystone that | | |
| | 38:15     you mentioned a few moments ago? | | |
| 38:16 - 38:16 | **Tolbert, Charles 2021-07-29** | 00:00:05 | Tolbert.15 |
| | 38:16 A. Really to be over a sales program. | | |
| 39:06 - 39:06 | **Tolbert, Charles 2021-07-29** | 00:00:02 | Tolbert.16 |
| | 39:06 Q. How long were you at Keystone? | | |
| 39:07 - 39:07 | **Tolbert, Charles 2021-07-29** | 00:00:01 | Tolbert.17 |
| | 39:07 A. Ten years. | | |
| 39:18 - 39:19 | **Tolbert, Charles 2021-07-29** | 00:00:08 | Tolbert.18 |
| | 39:18 Q. Did you run a particular division or | | |
| | 39:19     department of sales within Keystone? | | |
| 39:20 - 39:20 | **Tolbert, Charles 2021-07-29** | 00:00:01 | Tolbert.19 |
| | 39:20 A. I was -- I was over the fresh plants. | | |
| 39:20 - 40:07 | **Tolbert, Charles 2021-07-29** | 00:00:46 | Tolbert.20 |
| | 39:20 A. I was -- I was over the fresh plants. | | |
| | 39:21     There was three -- three plants that processed | | |
| | 39:22     chicken at Keystone, and then there was several | | |
| | 39:23     further processing lines, so I was over the sales of | | |
| | 39:24     the fresh plants. | | |
| | 39:25 Q. Okay. And those plants, let me pronounce | | |
| | 40:01     them right. Is Eufaula one of those plants? | | |
| | 40:02 A. It is. | | |
| | 40:03 Q. How is that properly pronounced? | | |
| | 40:04 A. Eufaula. | | |
| | 40:05 Q. And what were the other fresh plants | | |
| | 40:06     during your ten years at Keystone? | | |
| | 40:07 A. Camilla, Georgia, and Albany, Kentucky. | | |
| 40:18 - 40:20 | **Tolbert, Charles 2021-07-29** | 00:00:08 | Tolbert.21 |
| | 40:18 Q. When did you leave your employment at | | |
| | 40:19     Keystone? | | |
| | 40:20 A. It would be the end of December of 2020. | | |
| 42:05 - 42:15 | **Tolbert, Charles 2021-07-29** | 00:00:29 | Tolbert.22 |
| | 42:05 Q. (By Mr. Owen) So the primary motivator | | |
| | 42:06     was that you didn't want to eventually be required to | | |
| | 42:07     move to Arkansas, and that's why you -- That was | | |
| | 42:08     your primary motivator for leaving your employment at | | |
| | 42:09     Keystone? | | |

Tolbert - AS PLAYED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 42:10    A.    I would say my primary motive to move was | | |
| | 42:11          the opportunity at Supply Management Services to try | | |
| | 42:12          something differently. | | |
| | 42:13    Q.    Okay. | | |
| | 42:14    A.    But the fact of a re -- eventual | | |
| | 42:15          relocation to Arkansas did factor into my decision. | | |
| 74:11 - 74:22 | **Tolbert, Charles 2021-07-29** | 00:00:26 | Tolbert.23 |
| | 74:11    Q.    When you were at Keystone, did you | | |
| | 74:12          consider Koch to be a competitor of Keystone? | | |
| | 74:13    A.    No. | | |
| | 74:14    Q.    Why? | | |
| | 74:15    A.    Different bird size. Different market | | |
| | 74:16          channels. | | |
| | 74:17    Q.    When you were at Keystone, did you | | |
| | 74:18          consider Mar-Jac to be a competitor of Keystone's? | | |
| | 74:19    A.    No. | | |
| | 74:20    Q.    Why? | | |
| | 74:21    A.    Different bird size. Different market | | |
| | 74:22          channel. | | |
| 75:25 - 76:08 | **Tolbert, Charles 2021-07-29** | 00:00:18 | Tolbert.24 |
| | 75:25    Q.    When you were at Keystone, did you | | |
| | 76:01          consider Sanderson's to be a competitor of | | |
| | 76:02          Keystone's? | | |
| | 76:03    A.    Not really. No. | | |
| | 76:04    Q.    Now they were in the tray pack business, | | |
| | 76:05          right? | | |
| | 76:06    A.    Yes. | | |
| | 76:07    Q.    Keystone was in the tray pack business, | | |
| | 76:08          right? | | |
| 76:10 - 76:10 | **Tolbert, Charles 2021-07-29** | 00:00:00 | Tolbert.25 |
| | 76:10          THE WITNESS: No. | | |
| 76:12 - 76:13 | **Tolbert, Charles 2021-07-29** | 00:00:02 | Tolbert.26 |
| | 76:12          THE WITNESS: Keystone was not in the tray | | |
| | 76:13          pack business. | | |
| 76:20 - 76:23 | **Tolbert, Charles 2021-07-29** | 00:00:11 | Tolbert.27 |
| | 76:20    Q.    (By Mr. Owen) Is it your test -- | | |
| | 76:21          Do you believe that during your ten years | | |
| | 76:22          at Keystone that Sanderson did not sell the same | | |
| | 76:23          products that Keystone was selling? | | |

**Tolbert - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 77:01 - 77:01 | **Tolbert, Charles 2021-07-29** | 00:00:02 | Tolbert.28 |
| | 77:01 THE WITNESS: My time at Keystone, I | | |
| 77:01 - 77:04 | **Tolbert, Charles 2021-07-29** | 00:00:08 | Tolbert.29 |
| | 77:01 THE WITNESS: My time at Keystone, I | | |
| | 77:02 recall Sanderson being a tray pack, retail meat | | |
| | 77:03 department customer, which Keystone did not play | | |
| | 77:04 in. | | |
| 212:24 - 213:01 🔗 PX1314-6447.1 | **Tolbert, Charles 2021-07-29** | 00:00:14 | Tolbert.30 |
| | 212:24 MR. OWEN: Let's take a look at the next | | |
| | 212:25 exhibit. It's going to be Tab 378. Tab 378 | | |
| | 213:01 should become Exhibit 6447. | | |
| 213:18 - 213:20 🔗 PX1314-6447.2.1 | **Tolbert, Charles 2021-07-29** | 00:00:09 | Tolbert.31 |
| | 213:18 Q. Is that the kind of question about future | | |
| | 213:19 production that Mike O'Shaughnessy routinely asked | | |
| | 213:20 you when you were at Keystone? | | |
| 214:02 - 214:09 | **Tolbert, Charles 2021-07-29** | 00:00:22 | Tolbert.32 |
| | 214:02 THE WITNESS: Don't know about routinely, | | |
| | 214:03 but how I interpreted this question is are one | | |
| | 214:04 of my fresh plants going to be down creating a | | |
| | 214:05 supply shortage, so he -- | | |
| | 214:06 I interpret that as him gathering | | |
| | 214:07 information on supply in the market. | | |
| | 214:08 Q. (By Mr. Owen) Why would he be asking you | | |
| | 214:09 and not people directly involved in production? | | |
| 214:12 - 214:15 | **Tolbert, Charles 2021-07-29** | 00:00:12 | Tolbert.33 |
| | 214:12 THE WITNESS: My understanding is that | | |
| | 214:13 Urner Barry does not reach out to production; | | |
| | 214:14 but he has contacts on the customer side and the | | |
| | 214:15 supplier side, which, usually, the sales teams. | | |
| 234:11 - 234:18 🔗 PX1294.1 🔗 PX1294.1.1 | **Tolbert, Charles 2021-07-29** | 00:00:31 | Tolbert.34 |
| | 234:11 Q. (By Mr. Owen) And I call your attention | | |
| | 234:12 to the fact that Exhibit 6449 begins with an e-mail | | |
| | 234:13 on the second half of the first page in which your | | |
| | 234:14 boss, Michael Murray, writes to you and forwards a | | |
| | 234:15 message containing an article entitled, "Broiler-type | | |
| | 234:16 pullets hatched number falls 8 percent in May." | | |

| DESIGNATION | SOURCE | DURATION | ID |

**Tolbert - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 234:17 Do you see that? <br> 234:18 A. I do. | | |
| 234:19 - 234:24 | **Tolbert, Charles 2021-07-29** <br> 234:19 MR. OWEN: And go up to the top of the <br> 234:20 first page of 6449. <br> 234:21 Q. (By Mr. Owen) The fact that the number of <br> 234:22 pullets hatched had fallen 8 percent means that the <br> 234:23 chicken supply in the United States is likely to be <br> 234:24 reduced; is that correct? | 00:00:22 | Tolbert.35 |
| 235:01 - 235:02 | **Tolbert, Charles 2021-07-29** <br> 235:01 THE WITNESS: That would be correct. <br> 235:02 Q. (By Mr. Owen) So fewer pullets hatched, | 00:00:04 | Tolbert.36 |
| 235:02 - 235:04 | **Tolbert, Charles 2021-07-29** <br> 235:02 Q. (By Mr. Owen) So fewer pullets hatched, <br> 235:03 fewer mama chickens, fewer eggs, fewer pounds of <br> 235:04 broiler meat ultimately. Is that a logical chain? | 00:00:11 | Tolbert.37 |
| 235:06 - 235:11 <br><br> 🔗 PX1294.1.2 | **Tolbert, Charles 2021-07-29** <br> 235:06 THE WITNESS: That is a logical chain. <br> 235:07 Q. (By Mr. Owen) And after receiving this <br> 235:08 notice about the number of broiler-type pullets <br> 235:09 hatched falling, you write to your boss and say, <br> 235:10 "Yeah. Looks pretty bearish near term." <br> 235:11 And what do you mean by that? | 00:00:24 | Tolbert.38 |
| 235:12 - 235:17 | **Tolbert, Charles 2021-07-29** <br> 235:12 A. That would me be giving information to my <br> 235:13 boss about the markets not really looking strong in <br> 235:14 the near term. <br> 235:15 Q. But in the longer term, if the number of <br> 235:16 pullets hatched is falling, that will reduce the <br> 235:17 supply of chicken ultimately, won't it? | 00:00:20 | Tolbert.39 |
| 235:19 - 236:16 <br><br> 🔗 PX1294.1.3 | **Tolbert, Charles 2021-07-29** <br> 235:19 THE WITNESS: Yes. When you take pullets <br> 235:20 out of the market, it's -- it's more of a <br> 235:21 longer-term move to reduce the supply of meat in <br> 235:22 your company. <br> 235:23 Q. (By Mr. Owen) You then write, "Heads up. <br> 235:24 Don will probably talk to you about killing pullets <br> 235:25 and taking Eufaula to 4 day week through next May." <br> 236:01 Do you see that? | 00:01:20 | Tolbert.40 |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 236:02 | A. | I do. | | |
| | 236:03 | Q. | And four-day week through next May, if | | |
| | 236:04 | | this is written in June, that's a -- almost a year in | | |
| | 236:05 | | advance, a -- a year out; is that right? | | |
| | 236:06 | A. | It would be a -- Yeah. For the time | | |
| | 236:07 | | period, yeah. It would be -- Your next May, he's | | |
| | 236:08 | | looking for a reduction in supply for several months. | | |
| | 236:09 | Q. | Now did Eufaula normally run five days a | | |
| | 236:10 | | week? | | |
| | 236:11 | A. | From what I remember, yes. | | |
| | 236:12 | Q. | So by taking Eufaula from a four-day week | | |
| | 236:13 | | to a five day -- or from a five-day week to a | | |
| | 236:14 | | four-day week for an entire year is cutting | | |
| | 236:15 | | 20 percent of the production time from the Eufaula | | |
| | 236:16 | | plant, isn't it? | | |
| 236:18 - 237:16 | **Tolbert, Charles 2021-07-29** | | | 00:01:09 | Tolbert.41 |
| | 236:18 | | THE WITNESS: That's the approximate math | | |
| | 236:19 | | of taking one day out a week. Yes. | | |
| | 236:20 | Q. | (By Mr. Owen) And this e-mail says, "Don | | |
| | 236:21 | | will probably talk to you about killing pullets…" | | |
| | 236:22 | | Do you see that? | | |
| | 236:23 | A. | I do. | | |
| | 236:24 | Q. | And that meant killing pullets at | | |
| | 236:25 | | Keystone, true? | | |
| | 237:01 | A. | True. | | |
| | 237:02 | Q. | Who is Don? | | |
| | 237:03 | A. | It'd be Don Wisdom, VP of operations. | | |
| | 237:04 | Q. | Did Don -- who -- | | |
| | 237:05 | | Who told you that Don was probably going | | |
| | 237:06 | | to talk to Michael Murray about killing pullets? | | |
| | 237:07 | | Did Don tell you that? | | |
| | 237:08 | A. | The way I interpret this e-mail is Don | | |
| | 237:09 | | probably asked me if they reduced supply in Eufaula, | | |
| | 237:10 | | would it have affected the sales program; or could | | |
| | 237:11 | | the sales program survive with a reduced supply. | | |
| | 237:12 | | And I was giving my boss a heads-up that | | |
| | 237:13 | | Don would have talked to Mike about that. | | |
| | 237:14 | Q. | And this is after you had heard -- This | | |
| | 237:15 | | is after you had heard the rumors about Tyson cutting | | |
| | 237:16 | | 5 percent, right? | | |

**Tolbert - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 237:18 - 237:22 | **Tolbert, Charles 2021-07-29** | 00:00:11 | Tolbert.42 |
| 🔗 PX1294.1.4 | 237:18    THE WITNESS: Looking at the timeline of<br>237:19    this e-mail, yes.<br>237:20  Q.  (By Mr. Owen) And this was after you had<br>237:21    heard the rumors about Pilgrim's cutting 8 percent<br>237:22    and breaking eggs, right? | | |
| 237:24 - 237:25 | **Tolbert, Charles 2021-07-29** | 00:00:02 | Tolbert.43 |
| | 237:24    THE WITNESS: It would have been after<br>237:25    this article on June 22nd came out. | | |
| 237:25 - 238:04 | **Tolbert, Charles 2021-07-29** | 00:00:18 | Tolbert.44 |
| | 237:25    this article on June 22nd came out.<br>238:01  Q.  (By Mr. Owen) And -- And this was after<br>238:02    Mr. O'Shaughnessy had said that the industry really<br>238:03    needed to cut back weight and head to force buyers to<br>238:04    the table; isn't that true? | | |
| 238:05 - 238:07 | **Tolbert, Charles 2021-07-29** | 00:00:06 | Tolbert.45 |
| | 238:05  A.  That in this e-mail chain?<br>238:06    I don't remember the exact time that he<br>238:07    said that but -- | | |
| 238:08 - 238:12 | **Tolbert, Charles 2021-07-29** | 00:00:09 | Tolbert.46 |
| 🔗 PX1314-6447.1 | 238:08  Q.  Right?<br>238:09  A.  Do you remember when --<br>238:10  Q.  Yeah.<br>238:11  A.  -- actually he said that datewise?<br>238:12  Q.  If Exhibit -- Exhibit 6447 has Michael | | |
| 238:12 - 239:01 | **Tolbert, Charles 2021-07-29** | 00:00:46 | Tolbert.47 |
| 🔗 PX1314-6447.1.1 | 238:12  Q.  If Exhibit -- Exhibit 6447 has Michael<br>238:13    O'Shaughnessy telling you that the industry, quote,<br>238:14    "Really need to cut back weight and head to force<br>238:15    buyers to the table" on June 14th of 2011.<br>238:16  A.  Okay.<br>238:17  Q.  Okay. And on the same day, you talk about<br>238:18    the rumors you heard that Pilgrim's was cutting 8<br>238:19    percent and breaking eggs and Tyson was going to cut<br>238:20    5 percent.<br>238:21    You recall that testimony?<br>238:22  A.  Yes. | | |

**Tolbert - AS PLAYED**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 238:23 | Q. And so at the same time that this is going | | |
| | 238:24 | on, Keystone is going to start killing pullets and | | |
| | 238:25 | cutting the Eufaula back from five days a week to | | |
| | 239:01 | four days a week, true? | | |
| 239:04 - 239:20 | **Tolbert, Charles 2021-07-29** | | 00:00:58 | Tolbert.48 |
| | 239:04 | THE WITNESS: In the context of Keystone, | | |
| | 239:05 | Eufaula was the only plant that really did not | | |
| | 239:06 | feed meat into the further processing, which was | | |
| | 239:07 | the general strategy of Keystone Foods, so the | | |
| | 239:08 | Eufaula plant was more exposed to the commodity | | |
| | 239:09 | markets. | | |
| | 239:10 | And if the commodity markets were bearish | | |
| | 239:11 | or down in the near term, I interpret this as a | | |
| | 239:12 | VP looking at profitability and cutting supply | | |
| | 239:13 | to reduce loss. | | |
| | 239:14 | Q. (By Mr. Owen) Who cutting supply? | | |
| | 239:15 | A. It'd be the -- Don Wisdom would be the | | |
| | 239:16 | primary decisionmaker on that. It was above my pay | | |
| | 239:17 | grade. | | |
| | 239:18 | Q. And what was Don Wisdom's title at this | | |
| | 239:19 | point, if you know? | | |
| | 239:20 | A. I believe VP of operations. | | |

| | |
|---|---|
| Plaintiff Designations | 00:07:04 |
| Defense Counter Designations | 00:06:37 |
| **TOTAL RUN TIME** | **00:13:41** |

Documents linked to video:
PX1294
PX1314-6447