# Exhibit 44
# (S. Hunter)

# AS PLAYED

## Designation List Report

**Hunter, Scott**                                     **2019-05-22**

<span style="color:blue">Our Designations</span>                            <span style="color:blue">00:14:31</span>
<span style="color:red">Their Designations</span>                          <span style="color:red">00:08:31</span>
**TOTAL RUN TIME**                              **00:23:02**

Documents linked to video:
PX481
PX489
PX491
PX495
PX502
PX2222


BLUEBEARLAW.COM

**ID: Hunter**

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:04 - 14:05 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.1 |
| | 14:04   MR. POUYA:  This is Bobby Pouya of Pierson Simon & | | |
| | 14:05   Warshaw for the Direct Purchaser Plaintiffs. | | |
| 15:10 - 15:10 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.2 |
| | 15:10  Q.  Good morning, Mr. Hunter. | | |
| 15:11 - 15:11 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.3 |
| | 15:11  A.  Good morning. | | |
| 15:12 - 15:16 | **Hunter, Scott 2019-05-22** | 00:00:06 | Hunter.4 |
| | 15:12  Q.  Can you state your full name for the | | |
| | 15:13      record. | | |
| | 15:14  A.  James Scott Hunter. | | |
| | 15:15  Q.  Do you typically go by Scott? | | |
| | 15:16  A.  I do. | | |
| 28:09 - 28:11 | **Hunter, Scott 2019-05-22** | 00:00:09 | Hunter.5 |
| | 28:09  Q.  What period of time were you the controller | | |
| | 28:10      at OK Foods? | | |
| | 28:11  A.  Roughly 2004 through 2012. | | |
| 28:12 - 28:14 | **Hunter, Scott 2019-05-22** | 00:00:07 | Hunter.6 |
| | 28:12  Q.  And what period of time were you the chief | | |
| | 28:13      financial officer? | | |
| | 28:14  A.  2013 to current. | | |
| 29:11 - 30:03 | **Hunter, Scott 2019-05-22** | 00:00:48 | Hunter.7 |
| | 29:11  Q.  I want to focus on your responsibilities as | | |
| | 29:12      controller. | | |
| | 29:13  A.  Okay. | | |
| | 29:14  Q.  What were your responsibilities generally? | | |
| | 29:15  A.  I was over the accounting department. | | |
| | 29:16  Q.  What were your responsibilities? | | |
| | 29:17  A.  I was included accounts payable, accounts | | |
| | 29:18      receivable, payroll, costing, and the financial | | |
| | 29:19      statements. | | |
| | 29:20  Q.  Did you have any responsibilities regarding | | |
| | 29:21      sales? | | |
| | 29:22  A.  No, sir. | | |
| | 29:23  Q.  Did you have any responsibilities regarding | | |
| | 29:24      pricing? | | |
| | 29:25  A.  No, sir. | | |
| | 30:01  Q.  Did you have any responsibilities regarding | | |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 30:02　　supply decisions or supply cuts? | | |
| | 30:03　A.　No, sir. | | |
| 31:05 - 31:06 | **Hunter, Scott 2019-05-22** | 00:00:03 | Hunter.8 |
| | 31:05　Q.　What were your responsibilities as chief | | |
| | 31:06　　financial officer? | | |
| 31:07 - 31:08 | **Hunter, Scott 2019-05-22** | 00:00:14 | Hunter.9 |
| | 31:07　A.　Still over accounting. I'm also over IT | | |
| | 31:08　　and an outlet store. | | |
| 31:09 - 31:11 | **Hunter, Scott 2019-05-22** | 00:00:08 | Hunter.10 |
| | 31:09　Q.　What's the outlet store? | | |
| | 31:10　A.　It's a place we take seconds and sell to | | |
| | 31:11　　the public. | | |
| 31:12 - 31:13 | **Hunter, Scott 2019-05-22** | 00:00:02 | Hunter.11 |
| | 31:12　Q.　Where's that located? | | |
| | 31:13　A.　In Fort Smith. | | |
| 31:14 - 31:17 | **Hunter, Scott 2019-05-22** | 00:00:11 | Hunter.12 |
| | 31:14　Q.　And what do you mean by seconds? | | |
| | 31:15　A.　Products that, for whatever reason, didn't | | |
| | 31:16　　meet specifications to be considered first run, and we | | |
| | 31:17　　need a place to get rid of them. | | |
| 31:18 - 31:18 | **Hunter, Scott 2019-05-22** | 00:00:02 | Hunter.13 |
| | 31:18　Q.　Do you have any other responsibilities? | | |
| 31:19 - 32:04 | **Hunter, Scott 2019-05-22** | 00:00:12 | Hunter.14 |
| | 31:19　A.　Those I mentioned are my primary | | |
| | 31:20　　responsibilities. | | |
| | 31:21　Q.　Do you have any responsibilities regarding | | |
| | 31:22　　sales? | | |
| | 31:23　A.　No, sir. | | |
| | 31:24　Q.　Do you have any responsibilities regarding | | |
| | 31:25　　pricing? | | |
| | 32:01　A.　No, sir. | | |
| | 32:02　Q.　Do you have any responsibilities regarding | | |
| | 32:03　　supply decisions? | | |
| | 32:04　A.　No, sir. | | |
| 33:20 - 34:01 | **Hunter, Scott 2019-05-22** | 00:00:20 | Hunter.15 |
| | 33:20　Q.　Now, we talked about responsibilities | | |
| | 33:21　　regarding supply decisions and supply cuts. Were you | | |
| | 33:22　　consulted in any way regarding decisions to cut supply? | | |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 33:23   A.  There would be times I would be sitting in | | |
| | 33:24       a meeting that that was discussed, yes. | | |
| | 33:25   Q.  Did you perform any analysis regarding | | |
| | 34:01       supply cuts? | | |
| 34:02 - 34:18 | **Hunter, Scott 2019-05-22** | 00:00:46 | Hunter.16 |
| | 34:02   A.  I'm not sure if I did myself, no. | | |
| | 34:03   Q.  Did you direct anyone to perform any | | |
| | 34:04       analysis regarding supply cuts? | | |
| | 34:05   A.  I could have, yes. | | |
| | 34:06   Q.  And those would be people in the accounting | | |
| | 34:07       department? | | |
| | 34:08   A.  Yes. | | |
| | 34:09   Q.  Okay. And who would those people be that | | |
| | 34:10       you directed to do the analysis? | | |
| | 34:11   A.  I would have probably gone to Daniel Pope, | | |
| | 34:12       and he would have directed -- either done it himself or | | |
| | 34:13       directed someone. | | |
| | 34:14   Q.  And would that have been true for each | | |
| | 34:15       supply cut that OK Foods engaged in from 2007 to the | | |
| | 34:16       present? | | |
| | 34:17   A.  I don't recall all of the supply cuts, but | | |
| | 34:18       if there was one, yes. | | |
| 44:02 - 44:09 | **Hunter, Scott 2019-05-22** | 00:00:21 | Hunter.17 |
| | 44:02   Q.  Does OK Foods have a policy preventing its | | |
| | 44:03       employees from communicating with other broiler | | |
| | 44:04       producers regarding its pricing decisions? | | |
| | 44:05   A.  Policy? I'm not aware of a policy. | | |
| | 44:06   Q.  Does OK Foods have a policy preventing its | | |
| | 44:07       employees from communicating with other broiler | | |
| | 44:08       producers regarding its supply decisions? | | |
| | 44:09   A.  I'm not aware of a policy. | | |
| 44:10 - 44:12 | **Hunter, Scott 2019-05-22** | 00:00:08 | Hunter.18 |
| | 44:10   Q.  Do you believe it's appropriate for | | |
| | 44:11       OK Foods employees to share information with | | |
| | 44:12       competitors regarding its supply decisions? | | |
| 44:16 - 44:16 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.19 |
| | 44:16      THE WITNESS: It depends. | | |
| 44:18 - 44:18 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.20 |
| | 44:18   Q.  What does it depend on? | | |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 44:19 - 44:21 | **Hunter, Scott 2019-05-22** | 00:00:08 | Hunter.21 |

44:19   A.   It depends on what the case is.  In other
44:20         words, if you're doing some kind of a joint venture or
44:21         something like that with that individual.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 45:05 - 45:07 | **Hunter, Scott 2019-05-22** | 00:00:08 | Hunter.22 |

45:05   Q.   Under what circumstances do you believe
45:06         it's okay for OK Foods to share information with
45:07         competitors regarding its supply decisions?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 45:08 - 45:08 | **Hunter, Scott 2019-05-22** | 00:00:04 | Hunter.23 |

45:08   A.   In the case of, like, rendering decision.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 45:09 - 45:10 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.24 |

45:09   Q.   Any other circumstances?
45:10   A.   It could be a copack arrangement.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 46:20 - 46:22 | **Hunter, Scott 2019-05-22** | 00:00:08 | Hunter.25 |

46:20   Q.   Did you ever attempt to obtain information
46:21         regarding competitors' supply decisions from nonpublic
46:22         sources?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 46:23 - 47:05 | **Hunter, Scott 2019-05-22** | 00:00:21 | Hunter.26 |

46:23   A.   Possibly through the media, through
46:24         publications, through USDA, things like that.
46:25   Q.   Okay.  So those would again be public
47:01         sources; correct?
47:02   A.   Correct.
47:03   Q.   So, again, my question to you is did you
47:04         ever obtain information regarding competitors' supply
47:05         decisions from nonpublic sources?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 47:07 - 47:07 | **Hunter, Scott 2019-05-22** | 00:00:02 | Hunter.27 |

47:07         THE WITNESS:  Not to my knowledge, no.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 47:09 - 47:10 | **Hunter, Scott 2019-05-22** | 00:00:06 | Hunter.28 |

47:09   Q.   Did OK Foods engage in efforts to cut
47:10         supply of broilers in 2008?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 47:11 - 47:12 | **Hunter, Scott 2019-05-22** | 00:00:04 | Hunter.29 |

47:11   A.   I don't remember the specific years, but we
47:12         have cut production, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 47:13 - 47:14 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.30 |

47:13   Q.   Do you recall cutting production in 2008?
47:14   A.   Not specifically 2008, no.

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 48:17 - 48:20 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.31 |

PX481.1
| | 48:17 | Q. | Going to mark what has been previously |
| | 48:18 | | marked as Exhibit 271. |
| | 48:19 | | (Deposition Exhibit Number 271 was |
| | 48:20 | | previously marked for identification.) |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 48:21 - 48:22 | **Hunter, Scott 2019-05-22** | 00:00:09 | Hunter.32 |

| | 48:21 | | MR. POUYA: The Bates number on this document for |
| | 48:22 | | reference are OK Foods_0000004086. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 48:24 - 49:16 | **Hunter, Scott 2019-05-22** | 00:00:39 | Hunter.33 |

PX481.1.1
| | 48:24 | Q. | Mr. Hunter, this is an email dated |
| | 48:25 | | April 30, 2018, from Melinda Bowman entitled "Arkansas |
| | 49:01 | | Poultry Producer Cuts Production 8 Percent." |
| | 49:02 | | Do you see that? |
| | 49:03 | A. | I do. |
| | 49:04 | Q. | Okay. And who is Melinda Bowman? |
| | 49:05 | A. | I think she was some type of a clerk in |
| | 49:06 | | sales. |
| | 49:07 | Q. | She was an employee of OK Foods? |
| | 49:08 | A. | That's correct. |
| | 49:09 | Q. | Okay. And the body of the email is an |
| | 49:10 | | article from Foodmarket News. Do you see that? |
| | 49:11 | A. | I do. |
| | 49:12 | Q. | And that's a publication of Urner Barry? |
| | 49:13 | A. | Okay. |

PX481.1.2
| | 49:14 | Q. | Do you see there's an email affiliated with |
| | 49:15 | | Urner Barry on this document? |
| | 49:16 | A. | I do. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:22 - 50:14 | **Hunter, Scott 2019-05-22** | 00:00:38 | Hunter.34 |

PX481.1.3
| | 49:22 | Q. | Okay. Now, it says "Poultry Producer |
| | 49:23 | | OK Foods announced last week that it is cutting its |
| | 49:24 | | production by 8 percent in response to soaring feed |
| | 49:25 | | costs." |
| | 50:01 | | Do you see that? |
| | 50:02 | A. | Um-hum. |
| | 50:03 | Q. | Does that refresh your recollection as to |
| | 50:04 | | whether OK Foods cut production in April of 2008? |
| | 50:05 | A. | Just by this email, yes. |

PX481.1.4
| | 50:06 | Q. | Okay. And it states that "the |
| | 50:07 | | Arkansas-based company posted a notice on their website |
| | 50:08 | | saying that the cut is in response to soaring corn and |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 50:09    soybean costs resulting from government-mandated | | |
| | 50:10    ethanol requirements." | | |
| | 50:11    Do you see that? | | |
| | 50:12  A.  Um-hum, yes. | | |
| | 50:13  Q.  Is that is a yes? | | |
| | 50:14  A.  Yes. | | |
| 50:15 - 50:16 | **Hunter, Scott 2019-05-22** | 00:00:06 | Hunter.35 |
| | 50:15  Q.  Do you recall the notice of a supply cut | | |
| | 50:16    being posted on OK Foods website? | | |
| 50:18 - 50:18 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.36 |
| | 50:18    THE WITNESS: I do not, no. | | |
| 50:20 - 50:21 | **Hunter, Scott 2019-05-22** | 00:00:07 | Hunter.37 |
| | 50:20  Q.  Do you know who made the decision at | | |
| | 50:21    OK Foods to post the supply cut on its website? | | |
| 50:23 - 50:23 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.38 |
| | 50:23    THE WITNESS: No, I do not. | | |
| 51:22 - 52:01 | **Hunter, Scott 2019-05-22** | 00:00:09 | Hunter.39 |
| | 51:22  Q.  Okay. Now, OK Foods is a private company; | | |
| | 51:23    correct? | | |
| | 51:24  A.  Correct. | | |
| | 51:25  Q.  It has no obligation or requirement to make | | |
| | 52:01    announcements regarding supply cuts; correct? | | |
| 52:04 - 52:04 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.40 |
| | 52:04    THE WITNESS: Not that I'm aware of. | | |
| 52:06 - 52:08 | **Hunter, Scott 2019-05-22** | 00:00:10 | Hunter.41 |
| | 52:06  Q.  Okay. It nonetheless made the announcement | | |
| | 52:07    of supply cut in 2008 -- in April of 2008; correct? | | |
| | 52:08  A.  That's what the email says, yes. | | |
| 53:12 - 53:13<br>🔗 PX495.1 | **Hunter, Scott 2019-05-22** | 00:00:06 | Hunter.42 |
| | 53:12  Q.  I'm going to introduce what has been | | |
| | 53:13    previously marked as Exhibit 274. | | |
| 53:16 - 53:17 | **Hunter, Scott 2019-05-22** | 00:00:06 | Hunter.43 |
| | 53:16    MR. POUYA: The Bates Number for reference are | | |
| | 53:17    OK Foods_0000755617. | | |
| 53:23 - 53:25<br>🔗 PX495.1.1 | **Hunter, Scott 2019-05-22** | 00:00:08 | Hunter.44 |
| | 53:23  Q.  Okay. Mr. Hunter, this is an email from | | |
| | 53:24    Daniel Pope to you dated July 10th, 2008; correct? | | |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 53:25   A.   That is correct. | | |
| 54:17 - 55:03 | **Hunter, Scott 2019-05-22** | 00:00:20 | Hunter.45 |
| 🔗 PX495.1.2 | 54:17   Q.   It states that "Pilgrim's and Sanderson are | | |
| | 54:18       up on the news that OK and Wayne have made cuts." Do | | |
| | 54:19       you see that? | | |
| | 54:20   A.   I do. | | |
| | 54:21   Q.   And Pilgrim's and Sanderson are other | | |
| | 54:22       broiler producers; correct? | | |
| | 54:23   A.   They are. | | |
| | 54:24   Q.   And you recognize the reference to Wayne as | | |
| | 54:25       being Wayne Farms, which is another broiler producer; | | |
| | 55:01       correct? | | |
| | 55:02   A.   Yes. | | |
| | 55:03   Q.   Okay. And what is indicated in the rest of | | |
| 55:03 - 55:03 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.46 |
| | 55:03   Q.   Okay. And what is indicated in the rest of | | |
| 55:03 - 55:10 | **Hunter, Scott 2019-05-22** | 00:00:18 | Hunter.47 |
| 🔗 PX495.1.3 | 55:03   Q.   Okay. And what is indicated in the rest of | | |
| | 55:04       the text of this email are excerpts from analyst | | |
| | 55:05       reports of investor calls for Pilgrim's and Sanderson; | | |
| | 55:06       correct? | | |
| | 55:07   A.   That's what it appears, yes. | | |
| | 55:08   Q.   And those investor calls confirm that | | |
| | 55:09       Pilgrim's and Sanderson are aware of cuts being made by | | |
| | 55:10       OK Foods and Wayne Farms; correct? | | |
| 55:12 - 55:12 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.48 |
| | 55:12       THE WITNESS: That's what the email says. | | |
| 55:15 - 55:17 | **Hunter, Scott 2019-05-22** | 00:00:07 | Hunter.49 |
| | 55:15   Q.   And Wayne Farms is also a private company; | | |
| | 55:16       correct? | | |
| | 55:17   A.   I'm not sure, but I assume, yes. | | |
| 55:18 - 55:20 | **Hunter, Scott 2019-05-22** | 00:00:09 | Hunter.50 |
| 🔗 PX495.1.1 | 55:18   Q.   So when you receive this, you knew that | | |
| | 55:19       other competitors were aware of OK Foods supply cuts; | | |
| | 55:20       correct? | | |
| 55:22 - 55:23 | **Hunter, Scott 2019-05-22** | 00:00:04 | Hunter.51 |
| | 55:22       THE WITNESS: I don't know what I knew in 2008. | | |
| | 55:23       That's going back quite a ways. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 56:07 - 56:16 | **Hunter, Scott 2019-05-22** | 00:00:20 | Hunter.52 |

56:07 Q. Okay. And when you said you didn't know
56:08 would competitors were doing, you in fact did know what
56:09 competitors were doing based on emails such as this
56:10 that you received; correct?
56:11 A. I didn't always pay attention to Mr. Pope's
56:12 emails.
56:13 Q. Okay. But my question to you is when you
56:14 said that you didn't know what competitors were doing,
56:15 you did in fact know what competitors were doing based
56:16 on emails such as this that you received?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 56:18 - 56:19 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.53 |

56:18 THE WITNESS: I knew what competitors -- public
56:19 competitors were doing by the earnings calls.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 56:21 - 56:23 | **Hunter, Scott 2019-05-22** | 00:00:06 | Hunter.54 |

56:21 Q. Did you know what nonpublic competitors
56:22 were doing?
56:23 A. Through publications and analysts.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 57:18 - 58:08 | **Hunter, Scott 2019-05-22** | 00:00:43 | Hunter.55 |

57:18 Q. Now, would OK Foods monitor supply
57:19 decisions of its competitors?
57:20 A. I don't know about monitoring. I'm not
57:21 sure what you mean by monitoring.
57:22 Q. Did it track the supply decisions of its
57:23 competitors?
57:24 A. No, it did not track.
57:25 Q. You were not involved in that at all?
58:01 A. I didn't -- I was not involved in tracking.
58:02 Q. Okay. What were you involved in regarding
58:03 supply decisions of competitors?
58:04 A. I was not involved in supply decisions of
58:05 competitors at all. The only reason to have supply
58:06 decisions -- the only reason to know supply decisions
58:07 of competitors is to see our competition. It's just
58:08 more chicken to compete with.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:04 - 61:05 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.56 |
| 🔗 PX502.1 | | | |

61:04 Q. Going to introduce what's been previously
61:05 marked as Exhibit 269.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:10 - 61:13 | **Hunter, Scott 2019-05-22** | 00:00:10 | Hunter.57 |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 PX502.1.1 | 61:10 Q. Mr. Hunter, this is an email exchange<br>61:11 between you and other employees at OK Foods dated<br>61:12 April 11, 2008; correct?<br>61:13 A. That is correct. | | Hunter.57 |
| 61:19 - 61:20 | **Hunter, Scott 2019-05-22**<br>61:19 Q. And the title of the email is "Cutbacks."<br>61:20 Do you see that? | 00:00:03 | Hunter.58 |
| 61:21 - 61:21 | **Hunter, Scott 2019-05-22**<br>61:21 A. Yes. | 00:00:01 | Hunter.59 |
| 61:25 - 62:03 | **Hunter, Scott 2019-05-22**<br>61:25 Q. And the intent of this was to reflect<br>62:01 industry cutbacks that were occurring on or around<br>62:02 April 11, 2008?<br>62:03 A. That's what the email shows, yes. | 00:00:08 | Hunter.60 |
| 62:11 - 62:20<br>🔗 PX502.1.2 | **Hunter, Scott 2019-05-22**<br>62:11 Q. Okay. Now, the initial email on here, it<br>62:12 states "Below is a recap of recent cutbacks in the<br>62:13 poultry industry, March '08 forward."<br>62:14 Do you see that?<br>62:15 A. I do.<br>62:16 Q. And what was the purpose of you collecting<br>62:17 this information and sending it to others at OK Foods?<br>62:18 A. Like I stated to you earlier, to see if<br>62:19 we've got more competition or less in selling our<br>62:20 product. | 00:00:25 | Hunter.61 |
| 62:21 - 62:23 | **Hunter, Scott 2019-05-22**<br>62:21 Q. And this is shortly prior to your --<br>62:22 OK Foods's own decision to cut supply in April of 2008;<br>62:23 correct? | 00:00:07 | Hunter.62 |
| 62:25 - 63:01 | **Hunter, Scott 2019-05-22**<br>62:25 THE WITNESS: Again I wasn't involved in that, so<br>63:01 I'm not sure. | 00:00:02 | Hunter.63 |
| 63:03 - 63:05 | **Hunter, Scott 2019-05-22**<br>63:03 Q. Right. But I'm saying in terms of timing,<br>63:04 the supply cut that OK Foods did in April of 2008 was<br>63:05 in late April; correct? | 00:00:08 | Hunter.64 |
| 63:07 - 63:07 | **Hunter, Scott 2019-05-22**<br>63:07 THE WITNESS: That's what it says, yes. | 00:00:01 | Hunter.65 |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 63:12 - 63:20 | **Hunter, Scott 2019-05-22** | 00:00:19 | Hunter.66 |

63:12   Q. And this email that you distributed is an
63:13      early email; correct?
63:14   A. It's earlier than the other email, that's
63:15      correct.
🔗 PX502.1.3    63:16   Q. And it states that Simmons Foods is cutting
63:17      back 6 percent. Do you see that?
63:18   A. I do.
63:19   Q. And Simmons is not a public company, is it?
63:20   A. No.

| 65:05 - 65:06 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.67 |

65:05   Q. Are you aware of any obligations of Simmons
65:06      Foods as a private company to announce its supply cuts?

| 65:09 - 65:09 | **Hunter, Scott 2019-05-22** | 00:00:02 | Hunter.68 |

65:09      THE WITNESS: I'm no aware of any publications --

| 65:11 - 65:11 | **Hunter, Scott 2019-05-22** | 00:00:02 | Hunter.69 |

65:11      THE WITNESS: -- or obligations to Simmons.

| 65:13 - 65:22 | **Hunter, Scott 2019-05-22** | 00:00:24 | Hunter.70 |

🔗 PX502.1.4    65:13   Q. Okay. And Fieldale Farms you indicate that
65:14      they are cutting back by 5 percent?
65:15   A. That's what the email says.
65:16   Q. And they're also a private company;
65:17      correct?
65:18   A. I assume so, in 2008.
65:19   Q. And where did you obtain the information
65:20      regarding Fieldale Farms?
65:21   A. Again, it would be the same answer I just
65:22      gave you for Simmons.

| 66:02 - 66:04 | **Hunter, Scott 2019-05-22** | 00:00:07 | Hunter.71 |

🔗 PX502.1.5    66:02   Q. And Cagle's is also a private company in
66:03      which you indicated is cutting back by 4 percent;
66:04      correct?

| 66:06 - 66:06 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.72 |

66:06      THE WITNESS: That's what the email says.

| 66:20 - 67:04 | **Hunter, Scott 2019-05-22** | 00:00:22 | Hunter.73 |

🔗 PX502.1.6    66:20   Q. Okay. And then it sayings Pilgrim's Pride
66:21      shut down Siler City, North Carolina, operation and
66:22      closed six distribution centers. Where did you obtain

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 66:23     that information? | | |
| | 66:24  A.  Again, I do not recall where I got the | | |
| | 66:25     information for this email. | | |
| | 67:01  Q.  You don't recall one way or the other where | | |
| | 67:02     you got this information regarding Pilgrim's Pride's | | |
| | 67:03     supply cuts, correct? | | |
| | 67:04  A.  I do not, no. | | |
| 67:05 - 67:06 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.74 |
| 🔗 PX502.1.7 | 67:05  Q.  Now, you follow up this initial email | | |
| | 67:06     shortly later -- approximately 20 minutes later, and | | |
| 67:06 - 67:13 | **Hunter, Scott 2019-05-22** | 00:00:15 | Hunter.75 |
| | 67:06     shortly later -- approximately 20 minutes later, and | | |
| | 67:07     you say, "Add El Dorado AR facility on the watch list | | |
| | 67:08     for Pilgrim's to shut down next."  Do you see that? | | |
| | 67:09  A.  Um-hum. | | |
| | 67:10  Q.  Is that a yes? | | |
| | 67:11  A.  Yes. | | |
| | 67:12  Q.  That was not public information at the | | |
| | 67:13     time, was it? | | |
| 67:15 - 67:15 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.76 |
| | 67:15     THE WITNESS:  I have no idea. | | |
| 67:17 - 67:22 | **Hunter, Scott 2019-05-22** | 00:00:15 | Hunter.77 |
| | 67:17  Q.  And how did you obtain this additional | | |
| | 67:18     information in the 20 minutes that passed between these | | |
| | 67:19     two emails that you sent? | | |
| | 67:20  A.  Bobby, I just told you I don't recall this | | |
| | 67:21     email from 2008, so I would be just guessing and | | |
| | 67:22     speculating. | | |
| 67:23 - 67:25 | **Hunter, Scott 2019-05-22** | 00:00:07 | Hunter.78 |
| | 67:23  Q.  So you don't know whether it's public or | | |
| | 67:24     private, do you? | | |
| | 67:25  A.  Pilgrim's is public. | | |
| 68:01 - 68:06 | **Hunter, Scott 2019-05-22** | 00:00:11 | Hunter.79 |
| | 68:01  Q.  I know they're public, but you don't know | | |
| | 68:02     whether this information that you obtained was public | | |
| | 68:03     or private? | | |
| | 68:04  A.  I don't recall this email, so therefore I | | |
| | 68:05     can't tell you where this information came from is all | | |
| | 68:06     I'm saying. | | |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 68:07 - 68:07 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.80 |
| 🔗 PX502.1.8 | 68:07　Q.　And after the second email Ron Brown of | | |
| 68:07 - 68:15 | **Hunter, Scott 2019-05-22** | 00:00:17 | Hunter.81 |
| | 68:07　Q.　And after the second email Ron Brown of | | |
| | 68:08　　　OK Foods -- he's the CFO?　He was the CFO? | | |
| | 68:09　A.　At that time, yes, sir. | | |
| | 68:10　Q.　He says, "Damn.　I guess losing Kevin must | | |
| | 68:11　　　have been quite a blow." | | |
| | 68:12　　　Do you see that? | | |
| | 68:13　A.　I do. | | |
| | 68:14　Q.　What does that mean to you? | | |
| | 68:15　A.　I do not recall. | | |
| 68:16 - 68:17 | **Hunter, Scott 2019-05-22** | 00:00:04 | Hunter.82 |
| 🔗 PX2222.1 | 68:16　Q.　I'm going to introduce what that's been | | |
| | 68:17　　　previously marked as Exhibit 270. | | |
| 68:20 - 68:21 | **Hunter, Scott 2019-05-22** | 00:00:09 | Hunter.83 |
| | 68:20　　　MR. POUYA:　The Bates Number on this document for | | |
| | 68:21　　　reference are OK Foods_0000003618. | | |
| 69:01 - 69:06 | **Hunter, Scott 2019-05-22** | 00:00:10 | Hunter.84 |
| 🔗 PX2222.1.1 | 69:01　Q.　Mr. Hunter, you've had a chance to review | | |
| | 69:02　　　this email? | | |
| | 69:03　A.　Yes. | | |
| 🔗 PX2222.1.2 | 69:04　Q.　Okay.　This is dated April 11, 2008, the | | |
| | 69:05　　　same as the previous email? | | |
| | 69:06　A.　That is correct. | | |
| 69:21 - 69:24 | **Hunter, Scott 2019-05-22** | 00:00:13 | Hunter.85 |
| 🔗 PX2222.1.3 | 69:21　Q.　Now, again, like the previous email this | | |
| | 69:22　　　email you send recaps, cutbacks by competitors in the | | |
| | 69:23　　　poultry industry in April of 2008; correct? | | |
| | 69:24　A.　That's correct. | | |
| 69:25 - 69:25 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.86 |
| | 69:25　Q.　Now, this information -- this email | | |
| 69:25 - 70:06 | **Hunter, Scott 2019-05-22** | 00:00:15 | Hunter.87 |
| 🔗 PX2222.1.4 | 69:25　Q.　Now, this information -- this email | | |
| | 70:01　　　contains additional information regarding Pilgrim's | | |
| | 70:02　　　supply cuts.　Do you see that? | | |
| | 70:03　A.　It does. | | |
| | 70:04　Q.　Specifically it indicates that Pilgrim's is | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 70:05    cutting the supply by five percent, do you see that? | | |
| | 70:06   A.  Um-hum, I do.  Yes. | | |
| 89:06 - 89:07 | **Hunter, Scott 2019-05-22** | 00:00:04 | Hunter.88 |
| 🔗 PX489.1 | 89:06   Q.  Okay.  I'm going to introduce what has been | | |
| | 89:07    previously marked as Exhibit 273? | | |
| 89:11 - 89:12 | **Hunter, Scott 2019-05-22** | 00:00:08 | Hunter.89 |
| | 89:11   Q.  The Bates number on this document for | | |
| | 89:12    reference are OK Foods_0000362446. | | |
| 89:25 - 90:10 | **Hunter, Scott 2019-05-22** | 00:00:32 | Hunter.90 |
| 🔗 PX489.1.1 | 89:25   Q.  Mr. Hunter, do you recognize this document | | |
| | 90:01    as a press release for OK Foods announcing a supply | | |
| | 90:02    reduction? | | |
| | 90:03   A.  I see the document, that's correct. | | |
| 🔗 PX489.1.2 | 90:04   Q.  And it's dated July 3rd, 2008. | | |
| | 90:05   A.  That's correct. | | |
| 🔗 PX489.1.3 | 90:06   Q.  And it indicates that OK Foods announced a | | |
| | 90:07    reduction in broiler egg sets of 7.5 percent.  Do you | | |
| | 90:08    see that? | | |
| | 90:09   A.  I do. | | |
| | 90:10   Q.  What's a reduction of broiler egg sets? | | |
| 90:11 - 90:16 | **Hunter, Scott 2019-05-22** | 00:00:15 | Hunter.91 |
| | 90:11   A.  That would be setting less eggs in the | | |
| | 90:12    hatchery so you have less to hatch, less to produce. | | |
| | 90:13   Q.  And that's just one method of reducing | | |
| | 90:14    supply; correct? | | |
| | 90:15   A.  That's correct. | | |
| | 90:16   Q.  What are the other methods? | | |
| 90:17 - 90:19 | **Hunter, Scott 2019-05-22** | 00:00:12 | Hunter.92 |
| | 90:17   A.  First off production is not really my area, | | |
| | 90:18    but from my laymen's standpoint, reducing pullets, the | | |
| | 90:19    actual pullet to begin with, which would reduce this | | |
| 90:19 - 90:20 | **Hunter, Scott 2019-05-22** | 00:00:03 | Hunter.93 |
| | 90:19    actual pullet to begin with, which would reduce this | | |
| | 90:20    broiler egg set. | | |
| 90:21 - 91:01 | **Hunter, Scott 2019-05-22** | 00:00:07 | Hunter.94 |
| | 90:21   Q.  Reducing pullets would be further up the | | |
| | 90:22    chain; correct? | | |
| | 90:23   A.  Yes. | | |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 90:24   Q.   And that would be a more long-term supply | | |
| | 90:25       cut; correct? | | |
| | 91:01   A.   That's true. | | |
| 91:02 - 91:02 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.95 |
| | 91:02       And you could kill hens early. | | |
| 91:03 - 91:07 | **Hunter, Scott 2019-05-22** | 00:00:11 | Hunter.96 |
| | 91:03   Q.   And that would be even further up the | | |
| | 91:04       chain; correct? | | |
| | 91:05   A.   No. The furthest up the chain would be the | | |
| | 91:06       pullets. That would be the next maybe, as you look at | | |
| | 91:07       it. | | |
| 91:12 - 91:16 | **Hunter, Scott 2019-05-22** | 00:00:10 | Hunter.97 |
| | 91:12   Q.   Okay. Who made the decision to reduce | | |
| | 91:13       broiler egg sets in July of 2008? | | |
| | 91:14   A.   I do not know. | | |
| | 91:15   Q.   What was your role in the decision? | | |
| | 91:16   A.   I did not have a role in that decision. | | |
| 125:20 - 125:20 | **Hunter, Scott 2019-05-22** | 00:00:04 | Hunter.98 |
| 🔗 PX491.1 | 125:20   Q.   Okay. Going to introduce Exhibit 2456. | | |
| 126:02 - 126:05 | **Hunter, Scott 2019-05-22** | 00:00:09 | Hunter.99 |
| 🔗 PX491.1.1 | 126:02   Q.   Mr. Hunter, this is an email exchange in | | |
| | 126:03       February of 2011 entitled "SG & A Reductions." Do you | | |
| | 126:04       see that? | | |
| | 126:05   A.   I do. | | |
| 126:18 - 126:20 | **Hunter, Scott 2019-05-22** | 00:00:06 | Hunter.100 |
| 🔗 PX491.1.2 | 126:18   Q.   Now, in your initial emails to Jeff | | |
| | 126:19       Granger, do you see that? | | |
| | 126:20   A.   I do. | | |
| 126:21 - 127:05 | **Hunter, Scott 2019-05-22** | 00:00:33 | Hunter.101 |
| | 126:21   Q.   Do you recognize that person? | | |
| | 126:22   A.   I don't recognize him per se, but due to | | |
| | 126:23       the next line up I know who he is with. | | |
| | 126:24   Q.   And who is he with? | | |
| | 126:25   A.   Focus. | | |
| | 127:01   Q.   And what's Focus? | | |
| | 127:02   A.   Focus is some kind of consulting firm that | | |
| | 127:03       the company had hired. | | |
| | 127:04   Q.   And what did the company hire Focus to do? | | |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

127:05　A.　To help cut cost inside our operation.

| 127:06 - 127:12 | **Hunter, Scott 2019-05-22** | 00:00:25 | Hunter.102 |

🔗 PX491.1.3

127:06　Q.　Now, you indicate to Mr. Granger that we
127:07　　　have cut head place by 20 percent, shut down our Fort
127:08　　　Smith hatchery, changed the second shift at Heavener
127:09　　　from deboning to portioning meat, cut out the second
127:10　　　shift at Muldrow, and moved the IQF volume to our Fort
127:11　　　Smith plant.  Do you see that?
127:12　A.　I do.

| 127:23 - 128:05 | **Hunter, Scott 2019-05-22** | 00:00:16 | Hunter.103 |

127:23　Q.　Okay.  It also talks about shutting down
127:24　　　the Fort Smith hatchery.  Do you see that?
127:25　A.　I do.
128:01　Q.　Do you recall when that occurred?
128:02　A.　I do not recall the date.
128:03　Q.　Okay.  And would that also be a supply
128:04　　　reduction?
128:05　A.　It would -- no, not necessarily.

| 128:06 - 128:13 | **Hunter, Scott 2019-05-22** | 00:00:20 | Hunter.104 |

128:06　Q.　Why wouldn't it be a supply reduction, if
128:07　　　you're shutting down the Fort Smith hatchery?
128:08　A.　Because we ended up increasing the Heavener
128:09　　　hatchery.
128:10　Q.　So is it fair to say that by shutting down
128:11　　　the Fort Smith hatchery you had less production
128:12　　　capacity?
128:13　A.　No.

| 128:16 - 128:17 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.105 |

128:16　Q.　No?
128:17　A.　(No verbal response; negative nod.)

| 128:18 - 128:25 | **Hunter, Scott 2019-05-22** | 00:00:17 | Hunter.106 |

128:18　Q.　Well, if -- you had two hatcheries before
128:19　　　you shut down Fort Smith; correct?
128:20　A.　We had three.
128:21　Q.　You had three.  When you shut down Fort
128:22　　　Smith, you only had two?
128:23　A.　Correct.
128:24　Q.　So that would be a reduction in capacity,
128:25　　　would it not?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 129:03 - 129:04 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.107 |

129:03   THE WITNESS:  Until we added the expansion at the
129:04   other hatchery.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 129:06 - 129:13 | **Hunter, Scott 2019-05-22** | 00:00:16 | Hunter.108 |

129:06  Q.  Okay.  When did the expansion at the other
129:07   hatcheries occur?
129:08  A.  After the -- sometime after the shutdown of
129:09   the Fort Smith.
129:10  Q.  Okay.  So when the shutdown occurred, prior
129:11   to any expansion at other facilities, it would be a
129:12   production restraint; correct?
129:13  A.  Yes, at that time.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 129:16 - 130:01 | **Hunter, Scott 2019-05-22** | 00:00:29 | Hunter.109 |

129:16  Q.  And the only reason you would be able to
129:17   move the production at Fort Smith to another hatchery
129:18   would be if they had excess capacity at that other
129:19   facility; correct?
129:20  A.  No.  We expanded construction.
129:21  Q.  And do you know if the expansion occurred
129:22   before 2011?
129:23  A.  Again, I do not know the time table.
129:24  Q.  Okay.  What about cutting out a shift at
129:25   Muldrow, would that be a production restraint to cut a
130:01   shift?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 130:03 - 130:05 | **Hunter, Scott 2019-05-22** | 00:00:05 | Hunter.110 |

130:03   THE WITNESS:  No.  Because if you read the next
130:04   one, we just cut it at Muldrow and moved it to Fort
130:05   Smith.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 130:07 - 130:10 | **Hunter, Scott 2019-05-22** | 00:00:10 | Hunter.111 |

130:07  Q.  And, again, the only way you would be able
130:08   to do that is if you had excess volume available at
130:09   Fort Smith; correct?
130:10  A.  Or extra days, run extra days.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 130:11 - 130:17 | **Hunter, Scott 2019-05-22** | 00:00:15 | Hunter.112 |

130:11  Q.  Right.  So you had to have that capacity
130:12   available at Fort Smith in order to move something to
130:13   Fort Smith?
130:14  A.  Correct.
130:15  Q.  Okay.  And overall if you're shutting down

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 130:16    one facility, you have less production capacity than if | | |
| | 130:17    you had two? | | |
| 130:19 - 130:19 | **Hunter, Scott 2019-05-22** | 00:00:01 | Hunter.113 |
| ⌧ Clear | 130:19    THE WITNESS:  Correct. | | |
| 201:06 - 201:06 | **Hunter, Scott 2019-05-22** | 00:00:02 | Hunter.114 |
| | 201:06  Q.  Are you familiar with an entity called | | |
| 201:06 - 202:11 | **Hunter, Scott 2019-05-22** | 00:01:30 | Hunter.115 |
| | 201:06  Q.  Are you familiar with an entity called | | |
| | 201:07       Southern Hens? | | |
| | 201:08  A.  Yes, I am. | | |
| | 201:09  Q.  What is your understanding of Southern | | |
| | 201:10       Hens? | | |
| | 201:11  A.  Southern Hens is a hen processor that | | |
| | 201:12       companies use to take what we call spent hens, depleted | | |
| | 201:13       hens, to to have them processed. | | |
| | 201:14  Q.  Is -- OK Foods was an owner of Southern | | |
| | 201:15       Hens? | | |
| | 201:16  A.  They are a tenth, I think, owner. | | |
| | 201:17  Q.  And are the other owners of Southern Hens | | |
| | 201:18       broiler producers? | | |
| | 201:19  A.  There might be one breeder producer, but | | |
| | 201:20       the rest of them, I believe, are broiler producers. | | |
| | 201:21  Q.  And OK Foods used Southern Hens to process | | |
| | 201:22       spent hens and roosters? | | |
| | 201:23  A.  Correct. | | |
| | 201:24  Q.  When did OK Foods join Southern Hens? | | |
| | 201:25  A.  That was before me.  It was already going | | |
| | 202:01       on before I got there, so I'm not really sure of the | | |
| | 202:02       date. | | |
| | 202:03  Q.  Have you held any positions in Southern | | |
| | 202:04       Hens? | | |
| | 202:05  A.  I have. | | |
| | 202:06  Q.  What positions? | | |
| | 202:07  A.  I was put on the board probably in 2012 or | | |
| | 202:08       thereabouts, and then Southern Hens just actually | | |
| | 202:09       rotates you through as secretary, you know, all the way | | |
| | 202:10       up, and I actually got to chair it for maybe part of a | | |
| | 202:11       year. | | |
| 202:12 - 202:13 | **Hunter, Scott 2019-05-22** | 00:00:08 | Hunter.116 |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 202:12  Q.  Which year were you the chair? | | Hunter.116 |
| | 202:13  A.  Probably '15 or '16. | | |
| 202:14 - 202:16 | **Hunter, Scott 2019-05-22** | 00:00:08 | Hunter.117 |
| | 202:14  Q.  And you started serving on the Southern | | |
| | 202:15       Hens board approximately the time you became the CFO? | | |
| | 202:16  A.  Yes.  Very close to the same time. | | |
| 202:17 - 202:19 | **Hunter, Scott 2019-05-22** | 00:00:06 | Hunter.118 |
| | 202:17  Q.  How often would the Southern Hens board | | |
| | 202:18       meet? | | |
| | 202:19  A.  They met four times a year. | | |
| 202:20 - 202:20 | **Hunter, Scott 2019-05-22** | 00:00:03 | Hunter.119 |
| | 202:20  Q.  And would those meetings be in person? | | |
| 202:21 - 203:25 | **Hunter, Scott 2019-05-22** | 00:01:18 | Hunter.120 |
| | 202:21  A.  Yes.  As -- if you could.  You could do a | | |
| | 202:22       conference call, but they wanted you to be there in | | |
| | 202:23       person as much as possible. | | |
| | 202:24  Q.  And where did the meetings occur? | | |
| | 202:25  A.  A place called Moselle, Mississippi, is | | |
| | 203:01       where the plant is. | | |
| | 203:02  Q.  And those were attended by the other | | |
| | 203:03       broiler producers who were part of the Southern Hens | | |
| | 203:04       joint venture? | | |
| | 203:05  A.  Yes. | | |
| | 203:06  Q.  And what was the purpose of the board | | |
| | 203:07       meetings? | | |
| | 203:08  A.  Just to review the prior quarter's | | |
| | 203:09       financial results and any business issues that were | | |
| | 203:10       outstanding. | | |
| | 203:11  Q.  And those financial results and business | | |
| | 203:12       issues would include the amount of hens that were being | | |
| | 203:13       processed by the various producers; correct? | | |
| | 203:14  A.  That would be part of the discussion, yes. | | |
| | 203:15  Q.  And when we talked about supply cuts | | |
| | 203:16       earlier, we talked about one of the methods of cutting | | |
| | 203:17       supply was to kill more breeders.  Do you recall that? | | |
| | 203:18  A.  I do. | | |
| | 203:19  Q.  And those would result in spent hens; | | |
| | 203:20       correct? | | |
| | 203:21  A.  That is correct. | | |

**Hunter - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 203:22  Q.  So when you attend these meetings with | | |
| | 203:23      competitors and you talk about the levels of spent hens | | |
| | 203:24      that they're processing, you know whether they're | | |
| | 203:25      increasing their kill or not; correct? | | |
| 204:02 - 204:02 | **Hunter, Scott 2019-05-22** | 00:00:02 | Hunter.121 |
| | 204:02      THE WITNESS:  Southern Hens does, yes. | | |
| 204:04 - 204:07 | **Hunter, Scott 2019-05-22** | 00:00:07 | Hunter.122 |
| | 204:04  Q.  And you, as a member of Southern Hens, | | |
| | 204:05      attending these board meetings is privy to that | | |
| | 204:06      information? | | |
| | 204:07  A.  That is correct. | | |

| | |
|---|---|
| Our Designations | 00:14:31 |
| Their Designations | 00:08:31 |
| **TOTAL RUN TIME** | **00:23:02** |

Documents linked to video:

PX481

PX489

PX491

PX495

PX502

PX2222