# EXHIBIT A

| Date Introduced with Witness | Trial Exhibit No. | Witness | Document Date | Related Dep. Ex. # (if applicable) | LP | Live/Video |
|---|---|---|---|---|---|---|
| 10/17/2017 | DX2166 | Levinsohn | n/a | n/a | N | Live |
| 10/17/2023 | PX2508 | Levinsohn | n/a | n/a | N | Live |
| 10/17/2023 | DX2167 | Levinsohn | n/a | n/a | N | Live |
| 10/17/2023 | DX2168 | Murphy | n/a | n/a | N | Live |
| 10/17/2023 | DX2169 | Murphy | n/a | n/a | N | Live |
| 10/17/2023 | DX2171 | Murphy | n/a | n/a | N | Live |
| 10/17/2023 | DX1956A | Murphy | 6/24/2008 | Dep. Ex. 5605 | N | Live |
| 10/17/2023 | PX1977 | Murphy | 4/13/2009 | Dep. Ex. 1148 | Y | Live |
| 10/17/2023 | PX0739A | Murphy | 8/1/2008 | Dep. Ex. 6837 | N | Live |
| 10/17/2023 | PX1787 | Murphy | 1/9/2009 | Dep. Ex. 2179 | N | Live |
| 10/17/2023 | PX0711 | Murphy | 5/28/2009 | n/a | N | Live |
| 10/18/2023 | DX1899 | Murphy | 2/00/2007 | n/a | N | Live |
| 10/18/2023 | DX1901 | Murphy | 2/00/2009 | n/a | N | Live |
| 10/18/2023 | DX2152 | Shagam | n/a | Dep. Ex. 966 | N | Video |
| 10/18/2023 | DX2149 | Shagam | n/a | Dep. Ex. 967 | N | Video |
| 10/18/2023 | DX1173 | Shagam | 3/2/2007 | Dep. Ex. 968 | N | Video |
| 10/18/2023 | DX2153 | Shagam | 3/2/2007 | Dep. Ex. 969 | N | Video |
| 10/18/2023 | DX1090 | Shagam | 9/27/2018 | Dep. Ex. 978 | N | Video |
| 10/18/2023 | DX1174 | Shagam | 2/22/2008 | Dep. Ex. 971 | N | Video |
| 10/18/2023 | DX1178 | Shagam | 2/26/2009 - 2/27/2009 | Dep. Ex. 972 | N | Video |
| 10/18/2023 | DX1511 | Shagam | 2/27/2009 | Dep. Ex. 974 | N | Video |
| 10/18/2023 | DX1783 | Shagam | 10/8/2010 | Dep. Ex. 975 | N | Video |
| 10/18/2023 | DX2154 | Shagam | 11/9/2010 | Dep. Ex. 976 | N | Video |
| 10/18/2023 | DX0853 | Shagam | 2/24/2012 | Dep. Ex. 982 | N | Video |
| 10/18/2023 | DX2150 | Shagam | 7/11/2012 | Dep. Ex. 984 | N | Video |
| 10/18/2023 | DX1184 | Shagam | 2/22/2013 | Dep. Ex. 985 | N | Video |
| 10/18/2023 | DX1186 | Shagam | n/a | Dep. Ex. 987 | N | Video |
| 10/18/2023 | DX1786A | Shagam | 2/00/2007 | Dep. Ex. 989 | N | Video |
| 10/18/2023 | DX1510 | Shagam | 2/00/2008 | Dep. Ex. 991 | N | Video |
| 10/18/2023 | DX0690 | Goldman | 12/4/2008 | Dep. Ex. 3632 | Y | Video |
| 10/18/2023 | DX2155 | Goldman | 12/4/2008 | Dep. Ex. 3633 | Y | Video |
| 10/18/2023 | DX2156 | Goldman | 2/7/2011 | Dep. Ex. 3634 | Y | Video |

| Date Introduced with Witness | Trial Exhibit No. | Witness | Document Date | Related Dep. Ex. # (if applicable) | LP | Live/Video |
|---|---|---|---|---|---|---|
| 10/18/2023 | DX2148 | Goldman | 12/14/2010 | Dep. Ex. 3642 | Y | Video |
| 10/18/2023 | DX1131 | Goldman | 12/3/2010 | Dep. Ex. 3643 | Y | Video |
| 10/18/2023 | DX0844 | Goldman | 9/22/2008 | Dep. Ex. 3644 | Y | Video |
| 10/18/2023 | PX2503 | Goldman | 8/25/2008 | Dep. Ex. 5895 | Y | Video |
| 10/18/2023 | PX2504 | Goldman | 9/16/2008 | Dep. Ex. 5896 | Y | Video |
| 10/18/2023 | PX2518 | Goldman | 1/27/2009 | Dep. Ex. 5897 | Y | Video |
| 10/18/2023 | PX2505 | Goldman | 8/24/2009 | Dep. Ex. 5898 | Y | Video |
| 10/18/2023 | PX2506 | Goldman | 7/7/2011 | Dep. Ex. 5900 | Y | Video |
| 10/18/2023 | PX2522 | Frankel | n/a | n/a | N | Live |
| 10/18/2023 | PX2523 | Frankel | n/a | n/a | N | Live |
| 10/18/2023 | DX1090 | Frankel | 9/27/2018 | Dep. Ex. 978 | N | Live |