# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION,<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No.: 1:16-cv-08637<br><br>The Honorable Thomas M. Durkin |

## DIRECT PURCHASER PLAINTIFFS' STATUS REPORT REGARDING SETTLEMENTS WITH THE SIMMONS, MOUNTAIRE, AND O.K. FOODS DEFENDANTS

On September 12, 2023, DPPs' Class Administrator disseminated the Court-approved notice of the settlements with the Simmons, Mountaire, and O.K. Foods defendants to the DPP Class. (*See* ECF No. 6830.) The last day to object to the settlements was November 11, 2023. (*Id.*) As of the filing of this status report, there were no objections to the Mountaire or O.K. Foods settlements, and only one objection to the Simmons settlement (*see* ECF No. 7040). According to the objectors, their objection may be withdrawn (*see* ECF No. 7040 at 1) pending resolution of their now fully-briefed motion to clarify. (*See* ECF Nos. 6872, 6997, 6999, 7030.) Co-Lead Class Counsel will respond to the sole objection in the final approval papers due on November 28, 2023, and Simmons' counsel will file any response on that same day.

A hearing is set for December 12, 2023 at 8:45 a.m. Central Time via telephone where Co-Lead Class Counsel will present the motion for final approval for the Court's consideration, address the objection if appropriate, and answer any questions the Court may have.

Date: November 17, 2023

/s/ Michael H. Pearson
Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pwfirm.com
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

W. Joseph Bruckner (*Pro Hac Vice*)
Brian D. Clark (*Pro Hac Vice*)
Simeon A. Morbey (*Pro Hac Vice*)
Kyle Pozan (IL #6306761)
Arielle S. Wagner (*Pro Hac Vice*)
Stephen M. Owen (*Pro Hac Vice*)
Develyn Mistriotti (*Pro Hac Vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P**.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com
aswagner@locklaw.com
smowen@locklaw.com
djmistriotti@locklaw.com

Bruce L. Simon (*Pro Hac Vice*)
Jill M. Manning (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
T: (415) 433-9000
F: (415) 433-9008
bsimon@pwfirm.com
jmanning@pwfirm.com

*Direct Purchaser Plaintiffs' Co-Lead Class Counsel*

Steven A. Hart (IL #6211008)
Brian Eldridge (IL #6281336)
**HART MCLAUGHLIN & ELDRIDGE, LLC**
1 South Dearborn, Suite 1400
Chicago, IL 60603
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com

*Direct Purchaser Plaintiffs' Liaison Class Counsel*