**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Maplevale Farms, Inc., et al.
                          Plaintiff,

v.                                                  Case No.: 1:16−cv−08637
                                                  Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 4, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Regarding the parties' proposed pretrial schedule [7060−1], the Court agrees with the parties' request in footnote 2 to dispense with the obligation provided in the Court's "Pretrial Procedures in Civil Cases," section III(6), that the proponent of an exhibit identify a concise statement of admissibility. Additionally, if the parties cannot reach agreement on "whether both sides' depositions designations and counters should be played to the jury in their entirety at one time," the parties should contact the Courtroom Deputy with an agreed briefing schedule on that issue. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.