IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE BROILER CHICKEN ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*September 2023 Track One Trial* | Case No: 1:16-cv-08637<br><br>Hon. Judge Thomas M. Durkin<br><br>Hon. Judge Jeffrey T. Gilbert |

### JOINT SUBMISSION IN CONNECTION WITH OBJECTIONS AND RESPONSES TO OBJECTIONS REGARDING VIDEO DEPOSITION TESTIMONY TO BE PLAYED AT TRIAL AND THE COURT'S RELATED EVIDENTIARY RULINGS ISSUED TO THE PARTIES BY E-MAIL

During the trial that concluded on October 25, 2023, the September 2023 Track One Trial Plaintiffs[1] and Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)) (collectively, the "Parties"), provided the Court with written reports (or excerpts thereof) identifying, for certain witnesses whose testimony would be presented to the jury by videotaped deposition, the Parties' respective objections and responses to disputed designated deposition testimony and proposed trial exhibits introduced during or referenced in that testimony ("Objection Reports").[2]

---

[1] The September 2023 Track One Trial Plaintiffs are identified in the signature blocks below.
[2] The Parties' agreed list of admitted trial exhibits are already identified in various filings on the docket.

The Court reviewed the Objection Reports and issued to the Parties evidentiary rulings resolving the Parties' disputes reflected therein either orally on the record in open court, or, by agreement with the Parties, via e-mail. A list of the Objection Reports and the resolution of the disputes is attached as Exhibit A. Copies of the Parties' Objection Reports are attached as Exhibits B-1 through B-38.

The Parties respectfully request the Court enter the *Proposed Order Regarding the Court's Evidentiary Rulings Issued to the Parties by E-Mail*, attached as Exhibit C, adopting the Court's email rulings as if they were orders issued orally on the record in open court, or written orders entered on the docket. The email rulings identified in Exhibit A are attached hereto as Exhibits D-1 through D-23.

Dated: December 6, 2023                                                                 Respectfully submitted,

PROSKAUER ROSE LLP

By: */s/ Christopher E. Ondeck*
Marc E. Rosenthal
70 W. Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3530
mrosenthal@proskauer.com

Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Scott A. Eggers (admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
seggers@proskauer.com

Colin G. Cabral (admitted *pro hac vice*)

Kyle A. Casazza (admitted *pro hac vice*)
Shawn S. Ledingham, Jr. (admitted *pro hac vice*)
Simona Weil (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
ccabral@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
sweil@proskauer.com

Jared DuBosar (admitted *pro hac vice*)
2255 Glades Road, Suite 421
Boca Raton, FL 33431-7360
Telephone: (561) 995-4702
jdubosar@proskauer.com

***Attorneys for Defendants Sanderson Farms, LLC (*f/k/a Sanderson Farms, Inc.*), Sanderson Farms Foods, LLC (*f/k/a Sanderson Farms, Inc.* (*Foods Division*)), Sanderson Farms Production, LLC (*f/k/a Sanderson Farms, Inc.* (*Production Division*)), and Sanderson Farms Processing, LLC (*f/k/a Sanderson Farms, Inc.* (*Processing Division*))***

By: *s/ William J. Blechman*
William J. Blechman
Kevin J. Murray
Douglas H. Patton
Samuel J. Randall
Michael A. Ponzoli
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com
      kmurray@knpa.com
      dpatton@knpa.com
      srandall@knpa.com
      mponzoli@knpa.com

***Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and Save Mart Supermarkets (the "Kroger DAPs")***

By: *s/ Patrick J. Ahern*
Patrick J. Ahern
AHERN AND ASSOCIATES, P.C.
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
Tel: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

***Counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC (the "Winn-Dixie DAPs")***

By: *s/ Daniel D. Owen*
Daniel D. Owen
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Tel: (816) 753-1000
Fax: (816) 753-1536
E-mail: dowen@polsinelli.com

Mary Clare Bonaccorsi
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Tel: (312) 819-1900
Fax: (312) 819-1910
E-mail: mbonaccorsi@polsinelli.com

***Counsel for Plaintiff Associated Wholesale Grocers, Inc.***

By: /s/ *Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson
Matthew P. McCahill
Jason Uris
KAPLAN FOX & KILSHEIMER, LLP
800 Third Avenue, 38th Floor
New York, N.Y.  10022
Tel: (212) 687-1980
E-mail: rkaplan@kaplanfox.com
       garenson@kaplanfox.com
       mmccahill@kaplanfox.com
       juris@kaplanfox.com

Solomon B. Cera
CERA LLP
201 California Street, Suite 1240
San Francisco, CA  94111
Tel: (415) 777-2230
E-mail: scera@cerallp.com

C. Andrew Dirksen
CERA LLP
529 Main Street, Suite P200
Boston, MA 02129
Tel: (857) 453-6555
E-mail: cdirksen@cerallp.com

Elizabeth H. Black
HAYNSWORTH SINKLER BOYD P.A.
1201 Main Street, 22nd Floor
Columbia, SC  29201-3226
Tel: (803) 540-7753
E-mail: eblack@hsblawfirm.com

Jay W. Matthews, III
HAYNSWORTH SINKLER BOYD P.A.
1 North Main Street, 2nd Floor
Greenville, SC  29601
Tel: (864) 240-3200
E-mail: jmatthews@hsblawfirm.com

Eric R. Lifvendahl
LIFVENDAHL LAW, LLC
265 Latrobe Ave.
Northfield, IL 60093
E-mail: eric@liflaw.com

Richard L. Coffman
THE COFFMAN LAW FIRM
3355 West Alabama, Suite 240
Houston, Texas 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
MARCUS & SHAPIRA LLP
One Oxford Center, 35th Floor
Pittsburgh, PA  15219
Tel: (412) 471-3490
E-mail: marcus@marcus-shapira.com
           cain-mannix@marcus-shapira.com
           bhill@marcus-shapira.com

***Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Bros., Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.***

/s/ *David P. Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
Phillip F. Cramer
John P. Bjork
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
PES@Sperling-law.com
JVanek@Sperling-law.com
DGermaine@Sperling-law.com
PCramer@Sperling-law.com
JBjork@Sperling-law.com

Ryan T. Holt
SHERRARD ROE VOIGT &
HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
rholt@srvhlaw.com

**Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp. (the "Publix DAPs")**

<u>/s/ Brian D. Clark</u>
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Kyle Pozan (IL #6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
E-mail: wjbruckner@locklaw.com
  bdclark@locklaw.com
  samorbey@locklaw.com
  kjpozan@locklaw.com

Clifford H. Pearson, Esquire
Daniel L. Warshaw, Esquire
Bobby Pouya, Esquire
Michael H. Pearson, Esquire
PEARSON WARSHAW, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 92403
Tel: (818) 788-8300
Fax: (818) 788-8104
E-mail: cpearson@pwfirm.com
  dwarshaw@pwfirm.com
  bpouya@pwfirm.com
  mpearson@pwfirm.com

Bruce L. Simon, Esquire
Jill M. Manning, Esquire
PEARSON WARSHAW, LLP
555 Montgomery Street
Suite 1205
San Francisco, CA 94111
Tel: (415) 433-9000
Fax: (415) 433-9008
E-mail: bsimon@pwfirm.com
  jmanning@pwfirm.com

***Co-Lead Class Counsel for Direct Purchaser Plaintiffs***