# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maplevale Farms, Inc., et al.

                        Plaintiff,

v.                                                           Case No.: 1:16−cv−08637
                                                                   Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 12, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 12/12/2023. For the reasons stated on the record, Direct Purchaser Plaintiffs' Motion for Reimbursement of Litigation Expenses [6963] is granted. For the reasons also stated on the record, Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with the Simmons, Mountaire, and O.K. Foods Defendants [7051] is granted. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.