# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re Broiler Chicken Antitrust Litigation* | Case No. 1:16-cv-08637 |
| This Document Relates to: Track One | Honorable Thomas M. Durkin<br>Honorable Jeffrey T. Gilbert |

## PLAINTIFFS' JOINT RULE 50(b) AND RULE 59 MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, A NEW TRIAL

For the reasons stated more fully in Plaintiffs' brief in support of their Joint Rule 50(b) and Rule 59 Motion for Judgment as a Matter of Law, or in the Alternative, a New Trial, Track One Plaintiffs, through their undersigned counsel, hereby move this Court for entry of an Order granting such motion. No rational jury could have found for Sanderson on the question of whether there was a conspiracy to restrict the supply of chicken. In the alternative, this Court should grant Plaintiffs a new trial under Rule 59, as the trial was unfair because Sanderson's evidence and arguments that it and other alleged co-conspirators engaged in similar conduct to the dismissed defendants tainted the trial, and the verdict was against the manifest weight of the evidence.

Date: December 22, 2023                           Respectfully submitted,

| | |
|---|---|
| */s/ W. Joseph Bruckner* | */s/ Robert N. Kaplan* |

W. Joseph Bruckner  
Brian D. Clark  
Simeon A. Morbey  
Kyle Pozan  
Arielle S. Wagner  
Stephen M. Owen  
Develyn Mistriotti  
LOCKRIDGE GRINDAL NAUEN P.L.L.P.  
100 Washington Avenue South, Suite 2200  
Minneapolis, MN 55401  
Telephone: 612-339-6900  
Facsimile: 612-339-0981  
Email: wjbruckner@locklaw.com  
Email: bdclark@locklaw.com  
Email: samorbey@locklaw.com  
Email: kjpozan@locklaw.com  
Email: aswagner@locklaw.com  
Email: smowen@locklaw.com  
Email: djmistriotti@locklaw.com  

Robert N. Kaplan  
Gregory K. Arenson  
Matthew P. McCahill  
Jason Uris  
KAPLAN FOX & KILSHEIMER, LLP  
800 Third Avenue, 38th Floor  
New York, NY 10022  
Telephone: 212-687-1980  
Email: rkaplan@kaplanfox.com  
Email: garenson@kaplanfox.com  
Email: mmccahill@kaplanfox.com  
Email: juris@kaplanfox.com  

*/s/ Brian C. Hill*

Clifford H. Pearson  
Daniel L. Warshaw  
Bobby Pouya  
Michael H. Pearson  
Eric J. Mont  
Naveed Abaie  
PEARSON WARSHAW, LLP  
15165 Ventura Boulevard, Suite 400  
Sharman Oaks, CA 92403  
Telephone: 818-788-8300  
Facsimile: 818-788-8104  
Email: cpearson@pwfirm.com  
Email: dwarshaw@pwfirm.com  
Email: bpouya@pwfirm.com  
Email: mpearson@pwfirm.com  
Email: emont@pwfirm.com  
Email: nabaie@pwfirm.com  

Bernard D. Marcus  
Moira Cain-Mannix  
Brian C. Hill  
MARCUS & SHAPIRA LLP  
301 Grant Street  
One Oxford Centre, 35th Floor  
Pittsburgh, PA 15219-6401  
Telephone: 412-471-3490  
Facsimile: 412-391-8758  
Email: marcus@marcus-shapira.com  
Email: cain-mannix@marcus-shapira.com  
Email: hill@marcus-shapira.com

Jill M. Manning
PEARSON WARSHAW, LLP
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: 412-433-9000
Facsimile: 415-433-9008
Email: jmanning@pwfirm.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

Steven A. Hart
HART MCLAUGHLIN & ELDRIDGE, LLC
1 South Dearborn Street, Street 1400
Chicago, IL 60603
Telephone: 312-955-0545
Email: shart@hmelegal.com

Jeffrey Corrigan
SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: 215-496-0300
Email: jcorrigan@srkattorneys.com

Mindee J. Reuben
LITE DEPALMA GREENBERG & AFANADOR, LLC
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Telephone: 215-854-4060
Email: mreuben@litedepalma.com

Robert J. Wozniak
FREED KANNER LONDON & MILLEN LLC
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069
Telephone: 224-632-4500
Email: rwozniak@fklmlaw.com

*Counsel for Direct Purchaser Plaintiffs*

Eric R. Lifvendahl
LIFVENDAHL LAW, LLC
265 Latrobe Avenue
Northfield, IL 60093
Telephone: 847-830-7002
Email: eric@liflaw.com

Richard L. Coffman
THE COFFMAN LAW FIRM
3355 West Alabama, Suite 240
Houston, TX 77098
Telephone: 713-528-6700
Email: rcoffman@coffmanlawfirm.com

Solomon B. Cera
CERA LLP
201 California Street, Suite 1240
San Francisco, CA 94111
Telephone: 415-777-2230
Email: scera@cerallp.com

C. Andrew Dirksen
CERA LLP
800 Boylston Street, 16th Floor
Boston, MA 02199
Telephone: 857-453-6555
Email: cdirksen@cerallp.com

Elizabeth H. Black
HAYNSWORTH SINKLER BOYD P.A.
1201 Main Street, 22nd Floor
Columbia, SC 29201-3226
Telephone: 803-540-7753
Email: eblack@hsblawfirm.com

Paul E. Slater
Joseph M. Vanek
David P. Germaine
Phillip F. Cramer
John P. Bjork
Allison Margolies
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200
Facsimile: 312-641-6492
Email: pes@sperling-law.com
Email: jvanek@sperling-law.com
Email: dgermaine@sperling-law.com
Email: cramer@sperling-law.com
Email: jbjork@sperling-law.com
Email: amargolies@sperling-law.com

Jay W. Matthews, III
HAYNSWORTH SINKLER BOYD P.A.
1 North Main Street, 2nd Floor
Greenville, SC 29601
Telephone: 864-240-3200
Email: jmatthews@hsblawfirm.com

*Counsel for Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Bros., Inc.; Brookshire Grocery Company; CBBC Opco, LLC d/b/a Colorado Boxed Beef; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc.*

| | /s/ William J. Blechman |
|---|---|
| Ryan T. Holt<br>Christina Rae Burgart Lopez<br>SHERRARD ROE VOIGT & HARBISON, PLC<br>150 3rd Avenue South, Suite 1100<br>Nashville, TN 37201<br>Telephone: 615-742-4200<br>Email: rholt@srvhlaw.com<br>Email: clopez@srvhlaw.com<br><br>*Counsel for Plaintiffs Associated Grocers of the South, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; OSI Restaurant Partners, LLC; Publix Super Markets, Inc.; Supervalu Inc.; Unified Grocers, Inc.; Associated Grocers of Florida, Inc.; and Wakefern Food Corp. (the "Publix DAPs")* | William J. Blechman<br>Kevin J. Murray<br>Douglas H. Patton<br>Samuel J. Randall<br>Michael A. Ponzoli<br>KENNY NACHWALTER, P.A.<br>1441 Brickell Avenue, Suite 1100<br>Miami, FL 33131<br>Telephone: 305-373-1000<br>Facsimile: 305-372-1861<br>Email: wblechman@knpa.com<br>Email: kmurray@knpa.com<br>Email: dpatton@knpa.com<br>Email: srandall@knpa.com<br>Email: mponzoli@knpa.com<br><br>*Counsel for Plaintiffs The Kroger Co.; Albertsons Companies, Inc.; Hy-Vee, Inc.; and Save Mart Supermarkets (the "Kroger DAPs")* |
| /s/ Daniel D. Owen | /s/ Patrick J. Ahern |
| Daniel D. Owen<br>Guillermo G. Zorogastua<br>POLSINELLO PC<br>900 West 48th Place, Suite 900<br>Kansas City, MO 64112<br>Telephone: 816-753-1000<br>Facsimile: 816-753-1536<br>Email: dowen@polsinelli.com<br>Email: gzorogastua@polsinelli.com<br><br>*Counsel for Plaintiff Associated Wholesale Grocers, Inc.* | Patrick J. Ahern<br>AHERN AND ASSOCIATES, P.C.<br>8 South Michigan Avenue, Suite 3600<br>Chicago, IL 60603<br>Telephone: 312-404-3760<br>Email: Patrick.ahern@ahernandassociatespc.com<br><br>*Counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC (the Winn-Dixie DAPs")* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22nd, 2023, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

Date: December 22, 2023                  */s/ Brian C. Hill*
                                         Brian C. Hill