IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>DPP and Track 1 DAP Actions | Case No. 1:16-cv-08637<br><br>Hon. Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**SANDERSON FARMS' MOTION FOR CLARIFICATION REGARDING ECF NO. 7091**

Sanderson[1] files this motion seeking clarification of the Court's minute entry granting the Track One Plaintiffs' Motion for Leave to File Excess Pages, ECF No. 7091. The minute entry granted the Track One Plaintiffs leave to file a brief, not to exceed thirty-five pages, in support of their motion for judgment as a matter of law, or alternatively, a new trial:

> Track One Plaintiffs may file a brief in support of their motion not to exceed 35 pages. Sanderson Defendants may have an additional 5 pages for their response.

*See id.* On December 22, 2023, the Track One Plaintiffs filed their brief. *See* ECF No. 7094.

Sanderson files this motion and requests the entry of an order clarifying that the same 35-page limit applies to its opposition to Track One Plaintiffs' motions, due January 26, 2024. Because the Track One Plaintiffs filed motions under both Federal Rule of Civil Procedure 50 and 59, Sanderson understands the "additional 5 pages" to refer to the difference between the 35 pages granted to the Track One Plaintiffs, and the 30 pages (15 pages x 2) that Sanderson would have had to oppose separately filed motions. Sanderson is not certain its understanding is correct, and respectfully requests the entry of an order clarifying that Sanderson may file an opposition brief not to exceed thirty-five pages.

Prior to filing this motion, Sanderson provided its understanding of the minute entry to the Track One Plaintiffs who said they were "unsure as to what the Court intended in 12/20 minute order," and authorized Sanderson to represent "that Plaintiffs take no position on Sanderson's motion."

Dated: January 9, 2024                                    PROSKAUER ROSE LLP

                                                          By: */s/ Kyle A. Casazza*

---

[1] "Sanderson" refers collectively to Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)).

Todd J. Ohlms
70 W. Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3537
tohlms@proskauer.com

Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
Scott A. Eggers (admitted *pro hac vice)*
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com
seggers@proskauer.com

Kyle A. Casazza (admitted *pro hac vice*)
Colin G. Cabral (admitted *pro hac vice*)
Shawn S. Ledingham, Jr. (admitted *pro hac vice*)
Simona Weil (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.com
ccabral@proskauer.com
sledingham@proskauer.com
sweil@proskauer.com

Jared M. DuBosar (admitted *pro hac vice*)
2255 Glades Road, Suite 421
Boca Raton, FL 33431-7360
Telephone: (561) 995-4702
jdubosar@proskauer.com

*Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))*

2