Maplevale Farms, Inc., et al.
                                        Plaintiff,

v.                                                      Case No.: 1:16–cv–08637
                                                        Honorable Thomas M. Durkin

Koch Foods, Inc., et al.
                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: The CIIPPs trial set for 3/12/2024 and all trial–related deadlines are vacated. A written status report as to the status of all class settlements in the CIIPPs cases is due by 3/21/2024. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.