MIL

From: Mr. William M. Pfitzer
williampfitzer@gmail.com
1794 Curry Ford Rd.
Orlando, FLA. 32806-2415

JC

4-16-24

To: U.S. District Court
Hon. Judge Thomas Hardiman
Northern District of Illinois
Dirksen Federal Bldg.
219 S. Dearborn
Chicago, Ill. 60604-1702

FILED
APR 23 2024  JC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ref. Case No: 1:16-CV-08637
Claim No. 129582379

Your Honor, I am one of the claimants in the above referenced matter, & I need to know when I'm going to receive my settlement money. Please, ask your clerk to find out what's going on.

Respectfully,
William M. Pfitzer

They received - No reply
7/27/23 Certified 7021 2720 0002 9822 9803
Cohen, Milstein, Sellers + Toll LLC
1100 New York Ave. NW - Ste. 500
Washington, D.C. 20005-3934

WILLIAM M. PFITZER-61
ORLANDO FL
CASE NO. 1:16-CV-08637
CLAIM No. 129582379

ORLANDO FL 328

HONORABLE JUDGE-THOMAS D.
U.S. District Court
Northern District of Illinois
Dirksen Federal Bldg.
219 S. Dearborn
Chicago, Ill. 60604-1702

Complaint Processing
Correspondence Enclosed

FILED
APR 23 2024
CLERK, U.S. DISTRICT COURT

7021 2720 0002 9615 7524

Letter also sent Certified Mail 8/16/23