**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION, | Case No.: 1:16-cv-08637 <br><br> The Honorable Thomas M. Durkin |
| This Document Relates To: <br><br> THE DIRECT PURCHASER PLAINTIFF ACTION | |

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF THE SETTLEMENTS WITH
DEFENDANTS FOSTER FARMS, PERDUE, CASE, CLAXTON, WAYNE FARMS,
AGRI STATS, AND SANDERSON FARMS**

Please take notice that the Direct Purchaser Plaintiffs hereby move the Court for an Order granting their Motion for Final Approval of the Settlements with Defendants Foster Farms, LLC; Foster Poultry Farms LLC; Perdue Farms, Inc.; Perdue Foods LLC; Case Foods, Inc.; Case Farms Processing, Inc.; Case Farms, LLC; Norman W. Fries, Inc. d/b/a Claxton Poultry Farms; Wayne Farms, LLC; Agri Stats, Inc.; Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.); Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)); Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)); and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)). This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declarations, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

A telephonic hearing is set for July 9, 2024 at 10:00 a.m. Central Time. Pursuant to the United States District Court for the Northern District of Illinois' Local Rule 5.3(b), the undersigned counsel will not request an in-person presentment of this Motion.

Date: June 25, 2024

*/s/ Michael H. Pearson*

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pwfirm.com
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

W. Joseph Bruckner (*Pro Hac Vice*)
Brian D. Clark (*Pro Hac Vice*)
Simeon A. Morbey (*Pro Hac Vice*)
Arielle S. Wagner (*Pro Hac Vice*)
Stephen M. Owen (*Pro Hac Vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com
smowen@locklaw.com

Kyle Pozan (IL #6306761)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 N. Clark Street, Suite 700
Chicago, IL 60610
T: (312) 470-4333
kjpozan@locklaw.com

Bruce L. Simon (*Pro Hac Vice*)
Jill M. Manning (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
T: (415) 433-9000
F: (415) 433-9008
bsimon@pwfirm.com
jmanning@pwfirm.com

*Direct Purchaser Plaintiffs' Co-Lead Class Counsel*

Steven A. Hart (IL #6211008)
Brian Eldridge (IL #6281336)
**HART MCLAUGHLIN & ELDRIDGE, LLC**
1 South Dearborn, Suite 1400
Chicago, IL 60603
T: (312) 955-0545
F: (312) 971-9243
shart@hmelegal.com
beldridge@hmelegal.com

*Direct Purchaser Plaintiffs' Liaison Class Counsel*

1015533.2     2