**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Main Case No: 1:16-cv-08637 |
| | Hon. Judge Thomas M. Durkin |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Jeffrey T. Gilbert |
| *Carl Buddig & Co., Inc. v. Tyson Foods, Inc.*, *et al*, Case No. 20-cv-7419 | |
| *Caesars Enterprise Services LLC v. Tyson Foods, Inc.*, *et al*, Case No. 20-cv-7423 | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**
**BY CARL BUDDIG & CO., INC. AND CAESARS ENTERPRISE SERVICES LLC**
<u>**OF PILGRIM'S PRIDE CORPORATION**</u>

Direct Action Plaintiffs Carl Buddig & Co. ("Buddig") and Caesars Enterprise Services LLC ("Caesars") and Defendant Pilgrim's Pride Corporation ("Pilgrim's Pride") in the above-captioned actions stipulate to the following and respectfully request this Court's approval of their Stipulation of Dismissal with Prejudice:

1. This Stipulation is made and entered into between Buddig and Caesars on one hand and Pilgrim's Pride on the other.

2. This Stipulation relates to *Carl Buddig & Co., Inc. v. Tyson Foods, Inc.*, *et al*, Case No. 20-cv-7419, and *Caesars Enterprise Services LLC v. Tyson Foods, Inc.*, et al, Case No. 20-cv-7423.

3. In accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate and agree to the dismissal, with prejudice, of Buddig and Caesars' actions against

Pilgrim's Pride and all claims against Pilgrim's Pride asserted therein, with each party to this Stipulation bearing its own attorneys' fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

4. This Stipulation has no bearing on Buddig or Caesars' claims in their actions against Defendants other than Pilgrim's Pride.

| | |
|---|---|
| Dated: July 15, 2024 | */s/ Floyd A. Mandell*<br>Floyd A. Mandell<br>Catherine E. O'Brien<br>KATTEN MUCHIN ROSEMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3639<br>Tel: (312) 902-5235<br>Fax: (312) 902-1061<br>floyd.mandell@katten.com<br>catherine.obrien@katten.com<br><br>Mark T. Ciani<br>KATTEN MUCHIN ROSEMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>Tel: (212) 940-8800<br>mark.ciani@katten.com<br><br>*Counsel for Carl Buddig & Co. and Caesars Enterprise Services LLC* |
| Dated: July 15, 2024 | */s/ Mike Bonanno*<br>Michael D. Bonanno (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Tel.: (202) 538-8000<br>Fax: (202) 538-8100<br>mikebonanno@quinnemanuel.com<br><br>*Counsel for Pilgrim's Pride Corporation* |

**SO ORDERED**: _____  Dated: July 15, 2024
United States District Judge