UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To: All End User Plaintiff Actions | |

**END-USER CONSUMER PLAINTIFFS' NOTICE OF SETTLEMENT
WITH DEFENDANTS MOUNTAIRE FARMS INC., MOUNTAIRE FARMS, LLC AND
MOUNTAIRE FARMS OF DELAWARE, INC. AND DEFENDANTS KOCH FOODS
INCORPORATED, JCG FOODS OF ALABAMA LLC,
<u>JCG FOODS OF GEORGIA LLC AND KOCH MEAT CO., INC.</u>**

End-User Consumer Plaintiffs respectfully notify the Court that they have reached an agreement in principle with Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc. (collectively "Mountaire") and Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (collectively "Koch") to settle all claims in this action. Neither Mountaire nor Koch (nor any other Defendant) will be participating in the EUCP Trial. Consistent with the parties' agreement, End-User Consumer Plaintiffs will move for preliminary approval and, ultimately, final approval of the proposed settlements in the near future.

Dated: July 23, 2024

Respectfully submitted,

 */s/ Brent W. Johnson*
Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
Zachary Glubiak

Zachary Krowitz
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com
zkrowitz@cohenmilstein.com

Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com
abigailp@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

*End-User Consumer Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 23, 2024 a true and correct copy of the foregoing was electronically filed through the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

Dated: July 23, 2024                  */s/ Brent W. Johnson*
                                              Brent W. Johnson