**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE BROILER CHICKEN** <br> **ANTITRUST LITIGATION** | Case No. 1:16-CV-08637 <br> Judge Thomas M. Durkin <br> Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF APPEAL

Direct Action Plaintiffs Boston Market Corporation, Bojangles' Restaurants, Inc. and Bojangles' Opco, LLC, Golden Corral Corp., El Pollo Loco, Inc., Zaxby's Franchising LLC, Domino's Pizza LLC and Domino's Pizza Distribution LLC, Cracker Barrel Old Country Store, Inc., CBOCS Distribution, Inc., Barbeque Integrated, Inc. d/b/a Smokey Bones, Bar & Fire Grill, Shamrock Foods Company, United Food Service, Inc., Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., WZ Franchise Corp., Captain D's LLC, and White Castle Purchasing Co. (collectively, "the Restaurant DAPs"), appeal to the United States Court of Appeals for the Seventh Circuit from the Order Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlement with the House of Raeford and Koch Defendants entered on August 14, 2024 (ECF 7356), and all opinions and orders that merge therein, including the Order Denying the Restaurants' Amended Objection to DPP Class's Proposed Settlements with Defendants Koch and House of Raeford (ECF 7352).

Dated: August 14, 2024

Respectfully submitted,

By: /s/ *Lori P. Lustrin*
Lori P. Lustrin (Counsel of Record)
Robert W. Turken
Scott N. Wagner

                                      **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
llustrin@bilzin.com
rturken@bilzin.com
swagner@bilzin.com

*Counsel for Boston Market Corporation, Barbeque Integrated, Inc. d/b/a Smoke Bones, Bar & Fire Grill, Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., WZ Franchise Corp., Golden Corral Corp., White Castle Purchasing Co., Cracker Barrel Old Country Store, Inc., CBOCS Distribution, Inc, Captain D's LLC, Shamrock Foods Company, United Food Service, Inc., Bojangles' Restaurants, Inc. and Bojangles Opco, LLC, Zaxby's Franchising LLC, El Pollo Loco, Inc., and Domino's Pizza LLC and Domino's Pizza Distribution LLC.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record on August 14, 2024.

                                      /s/ *Lori P. Lustrin*
                                      Lori P. Lustrin