**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE BROILER CHICKEN** | Case No. 1:16-CV-08637 |
| **ANTITRUST LITIGATION** | Judge Thomas M. Durkin |
| | Magistrate Judge Jeffrey T. Gilbert |

### DOCKETING STATEMENT

Pursuant to the Seventh Circuit Court of Appeals Circuit Rule 3(c), Direct Action Plaintiffs Boston Market Corporation, Bojangles' Restaurants, Inc. and Bojangles' Opco, LLC, Golden Corral Corp., El Pollo Loco, Inc., Zaxby's Franchising LLC, Domino's Pizza LLC and Domino's Pizza Distribution LLC, Cracker Barrel Old Country Store, Inc., CBOCS Distribution, Inc., Barbeque Integrated, Inc. d/b/a Smokey Bones, Bar & Fire Grill, Shamrock Foods Company, United Food Service, Inc., Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., WZ Franchise Corp., Captain D's LLC, and White Castle Purchasing Co. (collectively, "the Restaurant DAPs") state as follows:

**I.     Basis for District Court's Jurisdiction**

The Restaurant DAPs allege various violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. The District Court has subject-matter jurisdiction of these claims under 28 U.S.C. §§ 1331, 1337(a), and 15 U.S.C. §§ 15, 26.

The District Court also has personal jurisdiction over Defendants because Defendants have transacted business, maintained substantial contacts, or committed overt acts in furtherance of the illegal scheme and conspiracy throughout the U.S., including in the Northern District of Illinois. The alleged scheme and conspiracy have been directed at, and had the intended effect of, causing

injury to persons and entities residing in, located in, or doing business throughout the U.S., including in the Northern District of Illinois.

## II. Basis for Court of Appeals' Jurisdiction

On August 14, 2024, the District Court entered its Order Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlement with the House of Raeford and Koch Defendants, thereby dismissing on the merits and with prejudice all claims in the DPP action against the House of Raeford and Koch Defendants (ECF 7356). Consequently, the Court of Appeals has jurisdiction under 28 U.S.C. § 1291, which grants courts of appeals with "jurisdiction of appeals from all final decisions of the district courts of the United States."

The Notice of Appeal was filed in the District Court on August 14, 2024 concurrently with this Docketing Statement and is timely filed under Federal Rule of Appellate Procedure 4(a)(1)(A).

The District Court litigation is a multidistrict litigation pursuant to 28 U.S.C. § 1407, and claims that have no bearing on this appeal remain pending in the District Court.

## III. Prior Appellate Proceedings

There have been seven prior appeals of District Court orders in this litigation.

This appeal is directly related to the appeal in *Boston Market Corporation, et al. v. Mountaire Farms, Incorporated, et al.*, No. 24-01030 (7th Cir.) (the "Simmons Appeal"). This appeal involves many of the same legal questions that are pending before the Seventh Circuit Court of Appeals in connection with the Simmons Appeal.

Six of the prior appeals are unrelated to this appeal: *Amory Investments LLC, et al v. Utrecht-America Holdings, Inc., et al.* (22-1858), *Amory Investments LLC, et al v. Tyson Foods Incorporated, et al.* (22-1994), *In Re: Broiler Chicken Antitrust Litigation End User Consumer Plaintiff Class v. Fieldale Farms Corporation, et al.* (22-2889), *In Re: Broiler Antitrust Litigation*

2

*Carina Ventures LLC and Sysco Corporation* (24-2100), *In Re: Broiler Antitrust Litigation Sysco Corporation* (24-2202), and *In Re: Broiler Antitrust Litigation End User Consumer Plaintiff Class* (24-2387).

Dated: August 14, 2024

Respectfully submitted,

By: /s/ *Lori P. Lustrin*
Lori P. Lustrin (Counsel of Record)
Robert W. Turken
Scott N. Wagner
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
llustrin@bilzin.com
rturken@bilzin.com
swagner@bilzin.com

*Counsel for Boston Market Corporation, Bojangles' Restaurants, Inc. and Bojangles' Opco, LLC, Golden Corral Corp., El Pollo Loco, Inc., Zaxby's Franchising LLC, Domino's Pizza LLC and Domino's Pizza Distribution LLC, Cracker Barrel Old Country Store, Inc., CBOCS Distribution, Inc., Barbeque Integrated, Inc. d/b/a Smokey Bones, Bar & Fire Grill, Shamrock Foods Company, United Food Service, Inc., Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., WZ Franchise Corp., Captain D's LLC, and White Castle Purchasing Co*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record on August 14, 2024.

/s/ *Lori P. Lustrin*
Lori P. Lustrin