IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Carl Buddig & Co., Inc. v. Tyson Foods, Inc.*, *et al*, Case No. 20-cv-7419<br><br>*Caesars Enterprise Services LLC v. Tyson Foods, Inc.*, *et al*, Case No. 20-cv-7423 | Main Case No: 1:16-cv-08637<br><br>Hon. Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
BY CARL BUDDIG & CO., INC. AND CAESARS ENTERPRISE SERVICES LLC
OF SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.**

Direct Action Plaintiffs Carl Buddig & Co. ("Buddig") and Caesars Enterprise Services LLC ("Caesars") and Defendants Simmons Food, Inc. and Simmons Prepared Foods, Inc. (together, "Simmons") in the above-captioned actions stipulate to the following and respectfully request this Court's approval of their Stipulation of Dismissal with Prejudice:

1. This Stipulation is made and entered into between Buddig and Caesars on one hand and Simmons on the other.

2. This Stipulation relates to *Carl Buddig & Co., Inc. v. Tyson Foods, Inc.*, *et al*, Case No. 20-cv-7419, and *Caesars Enterprise Services LLC v. Tyson Foods, Inc.*, et al, Case No. 20-cv-7423.

3. In accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate and agree to the dismissal, with prejudice, of Buddig and Caesars' actions against Simmons and all claims against Simmons asserted therein, with each party to this Stipulation bearing its own attorneys' fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

4. This Stipulation has no bearing on Buddig or Caesars' claims in their actions against Defendants other than Simmons.

| | |
|---|---|
| Dated: September 13, 2024 | */s/ Floyd A. Mandell*<br>Floyd A. Mandell<br>Catherine E. O'Brien<br>KATTEN MUCHIN ROSEMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3639<br>Tel: (312) 902-5235<br>Fax: (312) 902-1061<br>floyd.mandell@katten.com<br>catherine.obrien@katten.com<br><br>Mark T. Ciani<br>KATTEN MUCHIN ROSEMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>Tel: (212) 940-8800<br>mark.ciani@katten.com<br><br>*Counsel for Carl Buddig & Co. and Caesars Enterprise Services LLC* |
| Dated: September 13, 2024 | */s/ Vicki Bronson*<br>John R. Elrod<br>Vicki Bronson<br>CONNER & WINTERS, LLP<br>4375 N. Vantage Drive, Ste. 405<br>Fayetteville, AR 72703<br>JElrod@cwlaw.com<br>VBronson@cwlaw.com<br><br>*Counsel for Simmons Food, Inc. and Simmons Prepared Foods, Inc.* |

**SO ORDERED**: ___/s/ Thomas M Durkin_____ Dated: _9/16/2024_
United States District Judge