# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In Re Broiler Chicken Antitrust Litigation*, Case No: 16-cv-08637 | |
| SUPPLY MANAGEMENT SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Koch Foods, Inc., *et al.*, <br><br> Defendants. | Case No. 21-cv-1170 <br><br> Judge Thomas M. Durkin |

### STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

WHEREAS, Supply Management Services, Inc. (referred to herein as "SMS") and Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Keystone Foods Corporation, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, Equity Group – Georgia Division LLC, and all of their predecessors; successors; assigns; and Affiliates (as defined in the Settlement Agreement) (collectively referred to herein as "Tyson") have agreed to resolve SMS's claims against Tyson.

WHEREAS, Tyson has received conditional leniency from the Antitrust Division of the U.S. Department of Justice with regard to conduct underlying the criminal antitrust charges against certain suppliers and their executives in the cases captioned *United States v. Penn et al.*; *United States v. Pilgrim's Pride Corp.*; *United States v. Norman W. Fries, Inc. et al.*, and *United States v. McGuire, et al.* ("Criminal Investigation");

-2-

WHEREAS, Tyson, as the leniency recipient, has provided and will continue to provide timely, fulsome, and satisfactory ongoing cooperation to SMS with regard to those claims by SMS that arise from the Criminal Investigation, including, but not limited to, claims arising from conduct related to Tyson's sales of Broiler Chicken Products to SMS from 2012-2019 ("Bid-Rigging Claims") within the meaning of the Antitrust Criminal Penalty Enhancement and Reform Act, Pub. L. No. 108-237, 118 Stat. 661 ("ACPERA");

NOW, THEREFORE, pursuant to Federal Rules of Civil Procedure 15(a) and 41(a), the parties stipulate and jointly move the Court to dismiss SMS's claims against Tyson with prejudice. The parties shall bear their respective fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

**So Ordered** _____  Dated: October 15, 2024
United States District Judge

Dated: October 14, 2024

Respectfully submitted,

By: */s/ Jay B. Shapiro*
Jay B. Shapiro (admitted *pro hac vice*)
Samuel O. Patmore (admitted *pro hac vice*)
Carlos J. Canino (admitted *pro hac vice*)
Abigail G. Corbett (admitted *pro hac vice*)
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: 305.789.3200
Fax: 305.789.3395
Email: jshapiro@stearnsweaver.com
spatmore@stearnsweaver.com
ccanino@stearnsweaver.com
acorbett@stearnsweaver.com

Marvin A. Miller
Andrew Szot
**Miller Law LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: 312.332.3400
Fax: 312.676.2676
Email: mmiller@millerlawllc.com
aszot@millerlawllc.com

*Counsel for Plaintiff Supply Management Services, Inc.*

By: */s/ Rachel J. Adcox*
Rachel J. Adcox (#1001488)
Daniel K. Oakes (pro hac vice)
Michael J. O'Mara (pro hac vice)
Kenina J. Lee (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
radcox@axinn.com
doakes@axinn.com
momara@axinn.com
klee@axinn.com

-3-

Nicholas E.O. Gaglio (pro hac vice)
Denise L. Plunkett (pro hac vice)
Kail J. Jethmalani (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
T: 212-728-2200
ngaglio@axinn.com
dplunkett@axinn.com
kjethmalani@axinn.com

Jarod G. Taylor (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: 860-275-8100
jtaylor@axinn.com

Jordan M. Tank (#6304122)
LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
T: 312-702-0586
jmt@lipelyons.com

***Counsel for Tyson Defendants***

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jay B. Shapiro*
Jay B. Shapiro