UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO: *Supply Management Services, Inc.,* v. *Koch Foods, Inc., et al.* | Individual Case No. 21-cv-01170 |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE OF THE MAR-JAC DEFENDANTS**

Plaintiff Supply Management Services, Inc. ("Plaintiff") and Defendants Mar-Jac Poultry, Inc.; Mar-Jac Poultry MS, LLC; Mar-Jac Poultry AL, LLC; Mar-Jac AL/MS, Inc.; Mar-Jac Poultry, LLC; and Mar-Jac Holdings, Inc. (collectively "Mar-Jac"), by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal with Prejudice.

1. This Stipulation of Dismissal with Prejudice ("Stipulation") is between Plaintiff and Mar-Jac.

2. This Stipulation relates only to *Supply Management Services, Inc. v. Koch Foods, Inc., et al.* (U.S. Dist. Ct. N.D. Ill. Case No. 21-cv-01170), which has been administratively consolidated pursuant to Local Rule 40.4(a) within the matter captioned *In re Broiler Chicken Antitrust Litigation* (U.S. Dist. Ct. N.D. Ill. Case No. 1:16-cv-08637).

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Mar-Jac stipulate and agree to the dismissal with prejudice of all of the Plaintiff's claims asserted against Mar-Jac, with each side bearing its own attorneys' fees and costs.

4. This Stipulation has no bearing on Plaintiff's other claims against all Defendants other than Mar-Jac.

                                      Respectfully submitted,

                                      */s Jay B. Shapiro*
                                      Jay B. Shapiro
                                      STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: 305.789.3200
Email: jshapiro@stearnsweaver.com

*Counsel for Supply Management Services, Inc.*

*/s Edward C. Konieczny*
David C. Newman
Stephen A. Youngblood
SMITH GAMBRELL & RUSSELL
1105 W. Peachtree St. N.E., Suite 100
Atlanta, GA 30309
T: (404) 815-3500
dnewman@sgrlaw.com
abuice@sgrlaw.com

Edward C. Konieczny
EDWARD C. KONIECZNY LLC
1105 W. Peachtree St. N.E., Suite 100
Atlanta, GA 30309
T: (404) 380-1430
cd@koniecznylaw.com

*Counsel for Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, Inc.*

**SO ORDERED:** _____ Dated: _____