**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION, | No. 1:16-cv-08637 |
| This Document Relates To: *All End-User Consumer Plaintiff Actions* | Honorable Thomas M. Durkin |

**END-USER CONSUMER PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH CLAXTON, FOSTER FARMS, HOUSE OF RAEFORD, KOCH FOODS, MOUNTAIRE, O.K. FOODS, PERDUE, SANDERSON, SIMMONS, AND WAYNE FARMS DEFENDANTS AND MOTION TO DIRECT NOTICE REGARDING HARRISON POULTRY SETTLEMENT**

End-User Consumer Plaintiffs ("EUCPs") respectfully move this Court for preliminary approval of Settlement Agreements between EUCPs and the 10 remaining processor defendants ("Settling Defendants") and to direct notice to the Settlement Class. EUCPs also request the Court's approval to direct notice regarding the settlement with Harrison Poultry. The Settling Defendants do not contest this motion.

EUCPs set forth the bases of this motion in their memorandum in support, the declarations in support thereof, and the exhibits attached thereto.

WHEREFORE, End-User Consumer Plaintiffs respectfully request that this Court enter an order granting preliminary approval of the Settlement Agreements between End-User Consumer Plaintiffs and the Settling Defendants and to direct notice to Settlement Class Members.

DATED: January 29, 2025          Respectfully submitted,

By: */s/ Shana E. Scarlett*
    SHANA E. SCARLETT
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Steve W. Berman (IL Bar No. 3126833)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Co-Lead Counsel for End-User Consumer Plaintiff Class*