**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 TMD |
| This Document Relates To:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH DEFENDANTS HOUSE OF RAEFORD, KOCH FOODS, MOUNTAIRE, O.K. FOODS, SANDERSON FARMS, SIMMONS FOODS, AGRI STATS, CASE FARMS, CLAXTON, FOSTER FARMS, PERDUE, AND WAYNE FARMS; APPROVAL OF AMENDED HARRISON POULTRY SETTLEMENT; AND APPROVAL OF CIIPPS' SETTLEMENT NOTICE PROGRAM[1]**

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, if the Court determines that a hearing is necessary, the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") will appear in person or remotely before the Honorable Thomas M. Durkin in his courtroom 1441 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago,

---

[1] The "Settling Defendants" include: Harrison Poultry, Inc. ("Harrison Poultry"), House of Raeford Farms, Inc. ("House of Raeford"); Koch Foods, Inc., JCG Foods of Alabama, LLC., JCG Foods of Georgia, LLC, and Koch Meat Co., Inc. (collectively "Koch Foods"); Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc. (collectively "Mountaire"); O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc. (collectively, "O.K. Foods"); Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)) (collectively "Sanderson Farms"); Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (collectively "Simmons Foods"); Agri Stats, Inc. ("Agri Stats"); Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc. (collectively "Case Foods"); Norman W. Fries, Inc., d/b/a Claxton Poultry Farms ("Claxton"); Foster Farms, LLC and Foster Poultry Farms (collectively "Foster Farms);" Perdue Farms, Inc. and Perdue Foods LLC (collectively "Perdue"); and Wayne Farms, LLC ("Wayne Farms").

Illinois, and will then and there present their Uncontested Motion for Preliminary Approval of Settlements with Defendants House of Raeford, Koch Foods, Mountaire, O.K. Foods, Sanderson Farms, Simmons Foods, Agri Stats, Case Foods, Claxton, Foster Farms, Perdue, and Wayne Farms; Approval of Amended Harrison Poultry Settlement;[2] and Approval of CIIPPs Settlement Notice Program. This motion is based on Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declarations and exhibits, and all other evidence and arguments presented at any hearing on this motion.

Dated: February 12, 2025

Respectfully Submitted:

*/s/ Adam J. Zapala*
Adam J. Zapala
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com

***Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Class***

*/s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Anthony J. Stauber
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

---

[2] CIIPPs previously reached a settlement with Harrison Poultry, which this Court preliminarily approved on July 25, 2023. *See* ECF No. 6694. As discussed in their Memorandum of Law and supporting papers, CIIPPs and Harrison Poultry have amended their agreement and CIIPPs seek the Court's approval of the amendment.

jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

***Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Class***

Kenneth A. Wexler
Melinda J. Morales
WEXLER BOLEY & ELGERSMA, LLP
311 S. Wacker Drive
Chicago, IL  60606
Tel: (312) 346-2222
kaw@wbe-llp.com
mjm@ wbe-llp.com

***Liaison Counsel for the Commercial and Institutional Indirect Purchaser Class***

3