# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Maplevale Farms, Inc., et al.

                              Plaintiff,

v.                                                     Case No.: 1:16−cv−08637
                                                            Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 3/5/2025. Without objection, Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants House of Raeford, Koch Foods, Mountaire, O.K. Foods, Sanderson Farms, Simmons Foods, Agri Stats, Case Farms, Claxton, Foster Farms, Perdue, and Wayne Farms [7504] is granted. Approval of Amended Harrison Poultry Settlement, and Approval of CIIPPs' Settlement Notice Program [7504] is granted. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.