UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| This Document Relates To: <br><br> All Commercial and Institutional Indirect Purchaser Plaintiff Actions | Honorable Thomas M. Durkin <br> Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF ANN CAVANAUGH OF A.B. DATA REGARDING CAFA NOTIFICATION FOR MOUNTAIRE FARMS INC., MOUNTAIRE FARMS, LLC, AND MOUNTAIRE FARMS OF DELAWARE, INC.**

I, Ann Cavanaugh, declare under penalty of perjury as follows:

1. I am a Project Manager at the class action notice and settlement administration division of A.B. Data, Ltd. ("A.B. Data"). A.B. Data was engaged by counsel for Defendants Mountaire Farms Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc., (collectively, "Mountaire"), as the CAFA Notice Administrator in this matter and is not a party to this action. I am above 21 years of age and fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness I could and would competently testify to them.

2. The purpose of this Declaration is to provide the Court with confirmation as to the completion of the CAFA Notice requirement for Mountaire.

**CAFA NOTICE**

3. On February 21, 2025, on behalf of Mountaire and in compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, A.B. Data compiled a PDF containing the following documents: Class Action Complaint (ECF No. 1); Consolidated Amended Class Action Complaint (ECF No. 179); Second Amended Consolidated Class Action Complaint (ECF No.

**EXHIBIT 1**

213); Third Amended Consolidated Class Action Complaint (ECF No. 253); Amendments to Third Amended Consolidated Complaint (ECF No. 504); Order Granting Class Certification (ECF No. 5644);Fourth Amended Consolidated Class Action Complaint (ECF No. 746); Fifth Amended Consolidated Complaint (ECF No. 1585); Sixth Amended Consolidated Complaint (ECF No. 1586);Commercial and Institutional Indirect Purchaser Plaintiffs' Operative Seventh Amended Consolidated Class Action Complaint (ECF No. 3929); Order Granting Class Certification (ECF No. 5644); Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants House of Raeford, Koch Foods, Mountaire, O.K. Foods, Sanderson Farms, Simmons Foods, Agri Stats, Case Farms, Claxton, Foster Farms, Perdue, and Wayne Farms; Approval of Amended Harrison Poultry Settlement; and Approval of CIIPPs' Settlement Notice Program (ECF No. 7504); Memorandum of Law in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants House of Raeford, Koch Foods, Mountaire, O.K. Foods, Sanderson Farms, Simmons Foods, Agri Stats, Case Farms, Claxton, Foster Farms, Perdue, and Wayne Farms; Approval of Amended Harrison Poultry Settlement; and Approval of CIIPPs' Settlement Notice Program (ECF No. 7505); Declaration of Adam J. Zapala in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with defendants House of Raeford, Koch Foods, Mountaire, O.K. Foods, Sanderson Farms, Simmons Foods, Agri Stats, Case Farms, Claxton, Foster Farms, Perdue and Wayne Farms; Approval of Amended Harrison Poultry Settlement; and Approval of CIIPPs' Settlement Notice Program (ECF No.7506); Declaration of Eric Schachter in Support of Motion for Approval of CIIPPs' Settlement Notice Program (ECF No. 7507).

    4.    A.B. Data caused the CAFA Notice, including a link and QR code to the CAFA Notice Packet, to be mailed via USPS Priority Mail or email to the Attorneys General of all U.S. States, the District of Columbia, and U.S. Territories, as well as the U.S. Department of Agriculture. A true and accurate copy of the CAFA Notice letter is attached hereto as **Exhibit A**. The CAFA Notice service list is attached hereto as **Exhibit B**.

DECLARATION OF ANN CAVANAUGH OF A.B. DATA REGARDING CAFA NOTIFICATION FOR MOUNTAIRE

5. As of the date of this Declaration, A.B. Data has not been contacted by any of the Officials to whom a CAFA Notice Packet was sent requesting any additional information.

6. A.B. Data has not been notified of any CAFA Notice Packet being returned as undeliverable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of March 2025 in Milwaukee, Wisconsin.

*Ann Cavanaugh*
Ann Cavanaugh
Project Manager
A.B. Data, Ltd.
Class Action Administration Division

# EXHIBIT A



February 21, 2025

**VIA USPS PRIORITY MAIL OR EMAIL**

    Re:    *Class Action Fairness Act – Notice to Federal and State Officials In re Broiler Chicken Antitrust Litigation., Case No. 1:16-cv-08637 (N.D. Ill.)*

Dear Federal and State Officials:

We represent and write on behalf of Defendant Mountaire Farms Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc., (collectively, "Mountaire"), in the above-referenced matter pending in the United States District Court for the Northern District of Illinois. Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, this notice is to inform you of a proposed class action settlement in this matter between Mountaire and Commercial and Institutional Indirect Purchaser Class Plaintiffs ("Plaintiffs"), on behalf of themselves and the proposed settlement class.

Mountaire denies all allegations of wrongdoing in the above-referenced action and denies any liability whatsoever but has decided to settle this action to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), Mountaire provides all below-referenced exhibits electronically at https://bit.ly/Mountaire_Commercial_CAFA or by scanning this QR code:



As to the exhibits provided, Mountaire states as follows:

1) A copy of the Plaintiffs' original complaint, amendments thereto, and the operative Plaintiffs' Seventh Amended and Consolidated Complaint (ECF Nos. 1, 179, 213, 253, 504, 746, 1585, 1586, 3929), filed on October 23, 2020, are included in the documents available at the above link.

2) On February 12, 2025, Plaintiffs filed a Commercial and Institutional Indirect Purchaser Uncontested Motion for Preliminary Approval of the Settlements with House of Raeford, Koch Foods, Mountaire, O.K. Foods, Sanderson Farms, Simmons Foods, Agri Stats, Case Farms, Claxton, Foster Farms, Perdue, and Wayne Farms, and approval of amended Harrison Poultry settlement, and Approval of CIIPPs' Settlement Notice Program ("Motion"). The following associated documents with the Motion are available at the link above, as well:

- Plaintiffs' Motion (ECF No. 7504);
- Plaintiffs' Memorandum in Support of Motion (ECF No. 7505);
- Declaration of Adam J. Zapala in Support of Motion (ECF No. 7506);
- Exhibit A, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and House of Raeford Farms (ECF No. 7506-1);
- Exhibit B, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Koch Foods (ECF No. 7506-2);
- Exhibit C, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Mountaire Farms (ECF No. 7506-3);
- Exhibit D, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and O.K. Foods (ECF No. 7506-4);
- Exhibit E, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Simmons Foods (ECF No. 7506-5);
- Exhibit F, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Sanderson Farms (ECF No. 7506-6);
- Exhibit G, Amended Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Harrison Poultry (ECF No. 7506-7);
- Exhibit H, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Agri Stats (ECF No. 7506-8);
- Exhibit I, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Case Foods (ECF No. 7506-9);
- Exhibit J, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Claxton Poultry Farms (ECF No. 7506-10);
- Exhibit K, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Foster Farms (ECF No. 7506-11);
- Exhibit L, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Perdue (ECF No. 7506-12);
- Exhibit M, Settlement Agreement Commercial and Institutional Indirect Purchaser Class Plaintiffs Class and Wayne Farms (ECF No. 7506-13);
- Exhibit N, Proposed Plan of Allocation (ECF No. 7506-14); and
- Declaration of Eric Schachter in Support of Plaintiffs' Motion to Approve the Manner and Form of Class Notice (ECF No. 7507).

3) As of this date, no other settlement or agreement has been entered into between counsel for the Plaintiffs and counsel for Mountaire.

4) As of this date, the Court has not granted preliminary approval of the proposed class settlement. A hearing on the motion seeking preliminary approval of the settlement has been scheduled for 3/5/2025 at 12:00 p.m. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. A final approval hearing has not yet been scheduled.

5) The proposed settlement class is with the certified class of indirect purchasers. On May 27, 2022, Judge Thomas M. Durkin issued an order certifying a class of indirect purchasers defined as: "All entities that purchased Broilers indirectly from a Defendant or named co-conspirator in an Indirect Purchaser State[1] for their own use in commercial food preparation from January 1, 2009, until July 31, 2019. (ECF No. 5644).

6) As of this date, the Court has not approved a notice of settlement to be disseminated to potential class members. However, on February 13, 2025, the Plaintiffs filed the Motion in the matter identified above.

- A memorandum of law in support of the Notice Motion (ECF No. 7505) and the declaration of Eric Schachter of A.B. Data, the company administering settlements in this matter (ECF No. 7507), which collectively set forth the notice procedures proposed by Plaintiffs;
- Proposed online banner and social media newsfeed advertisements, E-mail Notice, Frequently Asked Questions and Claim Form as well as samples thereof regarding the settlement have been submitted for the Court's approval as Exhibits B, C, D, and E to the Declaration of Declaration of Eric Schachter in Support of Plaintiffs' Motion to Approve the Manner and Form of Class Notice (ECF Nos. 7507-2, 7507-3, 7507-4, 7507-5).

In addition, the settlement website will also be updated with information that will notify potential class members about the details of the settlement (see www.ChickenCommericalSettlement.com).

7) A copy of the Settlement Agreement Between Class Plaintiffs and Mountaire is attached as Exhibit C (ECF No. 7506-3) to the Declaration of Adam J. Zapala and is included in the documents available at the link above.

8) As of this date, no final order, final judgment or notice of dismissal by Plaintiffs has been entered in the above-referenced matter.

9) As of this date, there are no written judicial opinions relating to the proposed class settlement.

10) The Class Action Fairness Act also requires a defendant, "if feasible" to provide "the

---

[1] The "Indirect Purchaser States" are: Arizona, California, the District of Columbia, Florida, Hawaii, Iowa, Illinois, Kansas, Massachusetts, Maine, Michigan, Minnesota, Missouri, Mississippi, Montana, North Carolina, North Dakota, Nebraska, New Hampshire, New Mexico, Nevada, New York, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Wisconsin, or West Virginia.

names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." See 28 U.S.C. § 1715(b)(7)(A)-(B).

At present, it is not feasible to provide the names of each class member who reside in each jurisdiction or an estimate of the number of class members residing in each state and their proportionate share of the settlement. Given that the potential members of the certified class include persons who purchased Broilers in accordance with the Class Definition, Mountaire lacks the information requested. However, pursuant to 28 U.S.C. § 1715(b)(7)(B), Mountaire believes that class members could potentially reside in all 50 states, U.S. territories, and the District of Columbia and estimates that there are at least thousands of class members.

If you have questions about this notice, the class settlement, or the enclosed materials, or if you do not receive any of the above-listed materials, please contact us. Thank you for your attention to this matter.

    Sincerely,

    /s/ *Bourgon B. Reynolds*

cc: *Plaintiffs' Counsel (via email)*

# EXHIBIT B

| Office | Name | Street Address 1 | Street Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| United States Attorney General | **Pam Bondi** | US Department of Justice | 950 Pennsylvania Ave, NW | Washington | DC | 20530-0001 |
| Office of the Alabama Attorney General | **Steve Marshall** | 501 Washington Avenue | | Montgomery | AL | 36104 |
| Office of the Alaska Attorney General | **Treg Taylor** | 1031 West 4th Avenue | Suite 200 | Anchorage | AK | 99501-1994 |
| Office of the Arizona Attorney General | **Kris Mayes** | 2005 N CENTRAL AVE | | Phoenix | AZ | 85004-1592 |
| Office of the Arkansas Attorney General | **Tim Griffin** | 323 Center St. | Ste. 200 | Little Rock | AR | 72201-2610 |
| Office of the California Attorney General | **Rob Bonta** | 1300 I St. | Ste. 1740 | Sacramento | CA | 95814 |
| Office of the Colorado Attorney General | **Phil Weiser** | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Office of the Connecticut Attorney General | **William Tong** | 165 Capitol Ave. | | Hartford | CT | 06106 |
| Office of the Delaware Attorney General | **Kathy Jennings** | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 |
| Office of the District of Columbia Attorney General | **Brian Schwalb** | 400 6th Street, NW | | Washington | DC | 20001 |
| Office of the Florida Attorney General | **James Uthmeier** | The Capitol | PL-01 | Tallahassee | FL | 32399-1050 |
| Office of the Georgia Attorney General | **Chris Carr** | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Office of the Hawaii Attorney General | **Anne E. Lopez** | 425 Queen St. | | Honolulu | HI | 96813 |
| Office of the Idaho Attorney General | **Raúl Labrador** | 700 W. Jefferson St., Suite 210 | P.O. Box 83720 | Boise | ID | 83720-1000 |
| Office of the Illinois Attorney General | **Kwame Raoul** | James R. Thompson Ctr. | 100 W. Randolph St. | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | **Todd Rokita** | Indiana Government Center South - 5th Floor | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 |
| Office of the Iowa Attorney General | **Brenna Bird** | Hoover State Office Bldg. | 1305 E. Walnut St. | Des Moines | IA | 50319 |
| Office of the Kansas Attorney General | **Kris W. Kobach** | 120 S.W. 10th Ave | 2nd Fl | Topeka | KS | 66612-1597 |
| Office of the Kentucky Attorney General | **Russell Coleman** | 700 Capitol Avenue | Capitol Building, Ste. 118 | Frankfort | KY | 40601-3449 |
| Office of the Louisiana Attorney General | **Liz Murrill** | PO Box 94005 | | Baton Rouge | LA | 70804-4095 |
| Office of the Maine Attorney General | **Aaron Frey** | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Maryland Attorney General | **Anthony G. Brown** | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Office of the Massachusetts Attorney General | **Andrea Joy Campbell** | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1698 |
| Office of the Michigan Attorney General | **Dana Nessel** | G. Mennen Williams Building P.O. Box 30212 | 525 W Ottawa St. | Lansing | MI | 48909-0212 |
| Office of the Minnesota Attorney General | **Keith Ellison** | 445 Minnesota St. | Ste. 1400 | St. Paul | MN | 55101 |

| Office of the Mississippi Attorney General | **Lynn Fitch** | Department of Justice | PO Box 220 | Jackson | MS | 39205 |
|---|---|---|---|---|---|---|
| Office of the Missouri Attorney General | **Andrew Bailey** | Supreme Ct. Bldg. | 207 W. High St. | Jefferson City | MO | 65102 |
| Office of the Montana Attorney General | **Austin Knudsen** | Justice Bldg. | 215 N. Sanders St., 3rd Floor | Helena | MT | 59620-1401 |
| Office of the Nebraska Attorney General | **Mike Hilgers** | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509-8920 |
| Office of the Nevada Attorney General | **Aaron Ford** | Old Supreme Ct. Bldg. | 100 N. Carson St | Carson City | NV | 89701 |
| Office of the New Hampshire Attorney General | **John Formella** | 1 Granite Place South | | Concord | NH | 03301-6397 |
| Office of the New Jersey Attorney General | **Matthew J. Platkin** | Richard J. Hughes Justice Complex | 25 Market St. | Trenton | NJ | 08611 |
| Office of the New Mexico Attorney General | **Raúl Torrez** | 408 Galisteo St. | Villagra Building | Santa Fe | NM | 87501 |
| Office of the New York Attorney General | **Letitia A. James** | Dept. of Law – The Capitol, 2nd Fl. | 15th Floor | Albany | NY | 12224 |
| Office of the North Carolina Attorney General | **Jeff Jackson** | Dept. of Justice | 114 W. Edenton St. | Raleigh | NC | 27603 |
| Office of the North Dakota Attorney General | **Drew Wrigley** | State Capitol | 600 E. Boulevard Ave., Dept. 125 | Bismark | ND | 58505 |
| Office of the Ohio Attorney General | **Dave Yost** | State Office Tower | 30 E. Broad St., 14th Floor | Columbus | OH | 43215 |
| Office of the Oklahoma Attorney General | **Gentner Drummond** | 313 NE 21st Street | | Oklahoma City | OK | 73105 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Office of the Oregon Attorney General | **Dan Rayfield** | Justice Bldg | 1162 Court St. NE | Salem | OR | 97301-4096 |
| Office of the Pennsylvania Attorney General | **Dave Sunday** | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Rhode Island Attorney General | **Peter Neronha** | 150 S. Main St. | | Providence | RI | 02903 |
| Office of the South Carolina Attorney General | **Alan Wilson** | Rembert C. Dennis Office Bldg | PO Box 11549 | Columbia | SC | 29211-1549 |
| Office of the South Dakota Attorney General | **Marty J. Jackley** | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 |
| Office of the Tennessee Attorney General | **Jonathan Skrmetti** | 500 Charlotte Ave. | P.O. Box 20207 | Nashville | TN | 37202-0207 |
| Office of the Texas Attorney General | **Ken Paxton** | | PO Box 12548 | Austin | TX | 78711-2548 |
| Office of the Utah Attorney General | **Derek Brown** | 350 North State Street | Suite 230 | Salt Lake City | UT | 84114-2320 |
| Office of the Vermont Attorney General | **Charity R. Clark** | 109 State St. | | Montpelier | VT | 05609-1001 |
| Office of the Virginia Attorney General | **Jason S. Miyares** | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Washington Attorney General | **Nick Brown** | 1125 Washington Street SE | PO Box 40100 | Olympia | WA | 98504-0100 |
| Office of the West Virginia Attorney General | **J.B. McCuskey** | State Capitol Complex, Bldg. 1, Rm E-26 | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 |
| Office of the Wisconsin Attorney General | **Josh Kaul** | PO Box 7857 | | Madison | WI | 53707-7857 |

| Office of the Wyoming Attorney General | **Bridget Hill** | Pioneer Building, 3rd Floor | 2424 Pioneer Avenue | Cheyenne | WY | 82002 |
|---|---|---|---|---|---|---|
| Office of the Puerto Rico Attorney General | **Stephen Muldrow** | 350 Carlos Chardón Street | Suite 1201 | San Juan | PR | 00918 |
| Office of the Guam Attorney General | **Douglas B. Moylan** | ITC Building | 590 S. Marine Corps Dr, Ste. 901 | Tamuning | Guam | 96913 |
| Office of the Virgin Islands Attorney General | **Gordon C. Rhea** | Dept. of Justice | 3438 Krondprindsens Gade GERS Building, 2nd Floor | St. Thomas | VI | 00802 |
| United States Department of Agriculture | **Office of General Counsel** | WHITTEN BUILDING | 1400 INDEPENDENCE AVE SW RM 107W | WASHINGTON | DC | 20250-0002 |
| | | | | | | |