UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sysco Corp. v. Tyson Foods, Inc., et al.*,<br>   Case No. 18-cv-00700 | Case No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO TYSON DEFENDANTS' ANSWER TO TRACK 2 DIRECT ACTION PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT AND COUNTERCLAIM/THIRD-PARTY COMPLAINT AGAINST CARINA VENTURES LLC AND BURFORD CAPITAL LLC AND FOR BRIEFING SCHEDULE**

Carina Ventures LLC ("Carina"), Burford Capital LLC ("Burford"), and Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Tyson"), by and through their counsel, respectfully move for an extension of time for Carina and Burford to answer or otherwise respond to the allegations in Tyson Defendants' Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Counterclaim/Third-Party Complaint Against Carina Ventures LLC and Burford Capital LLC, and for entry of a briefing schedule if a motion is filed by Carina and/or Burford in response to Tyson's Counterclaim/Third-Party Complaint.

In support of this motion, Carina, Burford, and Tyson state as follows:

1. On April 11, 2025, Tyson filed a Counterclaim and Third-Party Complaint against Carina and Burford, respectively. *See* ECF 7631 (the "Counterclaim/Third-Party Complaint").

2. Carina received service of the pleading via ECF on April 11, and its response currently is due on May 2 (twenty-one days later).

3. On April 15, counsel for Tyson emailed a summons and a copy of the Counterclaim/Third-Party Complaint to undersigned counsel for Carina and Burford and notified counsel that service on Burford was underway. Counsel responded the same day and returned a waiver of service on behalf of Burford, extending Burford's response deadline until sixty days from the date of the waiver, or Saturday, June 14, 2025. *See* Fed. R. Civ. P. 4(d)(3).

4. Service on Burford was completed on April 16, 2025.

5. Carina and Burford share the same counsel in this litigation and wish to respond to these allegations on the same timeline.

6. Counsel for Carina and Burford met and conferred with counsel for Tyson on April 21 regarding the timeline for responding to Tyson's Counterclaim/Third-Party Complaint.

7. Carina, Burford, and Tyson jointly propose the following schedule for Carina and Burford's responsive pleading or briefing:

   a. Carina and Burford will answer Tyson's Counterclaim/Third-Party Complaint, or file a motion under Federal Rule of Civil Procedure 12(b), on or before June 16, 2025, the first business day following the sixty-day deadline.

   b. If Carina and Burford file a motion under Rule 12(b), Tyson's response will be due 45 days later, on or before July 31, 2025. Carina and Burford's reply will be due 20 days after Tyson files its response, on or before August 20, 2025.

8. Good cause exists for this extension because Carina and Burford learned of Tyson's allegations for the first time just days ago, upon service of the Counterclaim/Third-Party Complaint, and need time to investigate their basis.

9. Counsel therefore respectfully request this extension to allow sufficient time for Carina and Burford to defend against these new claims and for Tyson to respond if a motion is filed.

10. This is the first request for an extension as to Tyson's Counterclaim/Third-Party Complaint.

WHEREFORE, Carina, Burford, and Tyson respectfully request that the date to answer or otherwise respond to the Counterclaims/Third-Party Complaint be extended in accordance with the schedule described above.

Dated: April 24, 2025

Respectfully submitted,

*/s/ Denise L. Plunkett*
Kail J. Jethmalani (*pro hac vice*)
Denise L. Plunkett (*pro hac vice*)
Nicholas E.O. Gaglio (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: 212-728-2200
kjethmalani@axinn.com
dplunkett@axinn.com
ngaglio@axinn.com

Daniel K. Oakes (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
Michael J. O'Mara (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
doakes@axinn.com
klee@axinn.com
momara@axinn.com

Jarod G. Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP

*/s/ Derek T. Ho*
Derek T. Ho (*pro hac vice*)
Alejandra Ávila (*pro hac vice*)
Travis G. Edwards (*pro hac vice*)
Mary Charlotte Y. Carroll (*pro hac vice*)
Kathleen W. Hickey (*pro hac vice*)
Jared M. Stehle (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
aavila@kellogghansen.com
tedwards@kellogghansen.com
mcarroll@kellogghansen.com
khickey@kellogghansen.com
jstehle@kellogghanse.com

*Counsel for Carina Ventures LLC and Burford Capital LLC*

3

90 State House Square
Hartford, CT 06103
T: 860-275-8100
jtaylor@axinn.com

Jordan M. Tank
LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.
230 West Monroe Street, Ste 2260
Chicago, IL 60606
T: 312-702-0586
jmt@lipelyons.com

*Counsel for Tyson Foods, Inc.; Tyson Chicken, Inc.; Tyson Breeders, Inc.; and Tyson Poultry, Inc.*