**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>*All End-User Consumer Plaintiff Actions* | Honorable Thomas M. Durkin |

**END-USER CONSUMER PLAINTIFFS' CORRECTED SECOND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

End-User Consumer Plaintiffs (EUCPs) respectfully move this Court for entry of an Order for payment of attorneys' fees, expenses, and class representative service awards, to be paid from the $203,350,000 settlement fund. In support of this Motion, EUCPs submit their Memorandum in Support of their End-User Consumer Plaintiffs' Corrected Second Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of End-User Consumer Plaintiffs' Corrected Second Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards, and the declarations and exhibits submitted therewith, EUCPs respectfully request that this Court issue an Order awarding: (1) an award of attorneys' fees in the amount of 30 percent of the $22,350,000 settlement fund, applied after excluding all expenses (*i.e.*, $3,715,772.14); (2) $2,969,956.21, 30 percent of interest accrued on the total settlement fund; (3) reimbursement of $9,914,092.86 in expenses and claims administration costs; and (4) twenty-five (25), $2,000 service awards for the Named Plaintiffs, for a total of $50,000 in service awards.

DATED: April 29, 2025 Respectfully submitted,

    /s/ *Shana E. Scarlett*
       Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Steve W. Berman (IL Bar No. 3126833)
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com

DATED: April 29, 2025     /s/ *Brent W. Johnson*
       Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 800, West Tower
Washington, DC 20005
Telephone (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Co- Lead Counsel for End-User Consumer Plaintiff Class*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on April 29, 2025, a true and correct copy of the foregoing was electronically filed via CM/ECF, which caused notice to be sent to all counsel of record.

                                                     */s/ Shana E. Scarlett*
                                                      Shana E. Scarlett