**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 TMD |
| This Document Relates To: *All Commercial and Institutional Indirect Purchaser Plaintiff Actions* | Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR PAYMENT OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CLASS REPRESENTATIVE AWARDS**

PLEASE TAKE NOTICE that on July 30, 2025, at 9:30am, the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") will appear in person or remotely before the Honorable Thomas M. Durkin in his courtroom 1441 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will then and there present their Motion for Payment of Attorneys' Fees, Reimbursement Expenses, and Class Representative Service Awards. This motion is based on the concurrently filed Memorandum of Law, and the supporting declarations and exhibits submitted therewith, and all other evidence and arguments presented at any hearing on this motion. CIIPPs respectfully request that this Court issue an Order awarding attorneys' fees, reimbursement of expenses, and Class Representative Service Awards, and for such other further relief as this Court deems just and proper.

Dated: May 19, 2025

Respectfully Submitted,

*/s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Anthony J. Stauber
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

*Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*

*/s/ Adam J. Zapala*
Adam J. Zapala
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com

*Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Class*

Kenneth A. Wexler
Melinda J. Morales
WEXLER BOLEY & ELGERSMA, LLP
311 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 346-2222
kaw@wbe-llp.com
mjm@ wbe-llp.com

*Liaison Counsel for the Commercial and Institutional Indirect Purchaser Class*