**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 TMD |
| This Document Relates To:<br><br>*All Commercial and Institutional Indirect Purchaser Plaintiff Actions* | Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**INDEX OF EXHIBITS ATTACHED TO JOINT DECLARATION OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' CO-LEAD COUNSEL DANIEL C. HEDLUND AND ADAM J. ZAPALA IN SUPPORT OF MOTION FOR PAYMENT OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **CIIPP COUNSEL DECLARATIONS** | |
| 1 | Declaration of Marc H. Edelson, Edelson Lechtzin LLP |
| 2 | Declaration of Nathan J. Fink, Fink Bressack |
| 3 | Declaration of Anne T. Regan, Hellmuth & Johnson PLLC |
| 4 | Declaration of Parker B. Folse, Hinkle Shanor LLP |
| 5 | Declaration of Robert Gralewski, Kirby McInerney LLP |
| 6 | Declaration of Peter D. St. Phillip, Jr., Lowey Dannenberg, P.C. |
| 7 | Declaration of Dianne M. Nast, NastLaw LLC |
| 8 | Declaration of Gregory P. Hansel, Preti, Flaherty, Beliveau & Pachios, Chartered LLP |
| 9 | Declaration of Simon B. Paris, Saltz, Mongeluzzi & Bendesky, P.C. |
| 10 | Declaration of Christopher Le, BoiesBattin LLP |
| 11 | Declaration of Kevin Landau, Taus, Cebulash & Landau, LLP |
| 12 | Declaration of Douglas J. Winters, The Winters Law Group, LLC |
| 13 | Declaration of Kenneth A. Wexler, Wexler Boley & Elgersma LLP |

| | |
|---|---|
| 14 | Declaration of Daniel Zemans, Law Offices of Danile Zemans, LLC |
| **CO-LEAD COUNSEL GUSTAFSON GLUEK PLLC'S AND COTCHETT, PITRE & MCCARTHY LLP'S TIME AND EXPENSES** | |
| 15 | Gustafson Gluek PLLC's Time Report Summary, September 1, 2021 to March 31, 2025 |
| 16 | Gustafson Gluek PLLC's Expense Summary, September 1, 2021 to March 31, 2025 |
| 17 | Cotchett, Pitre & McCarthy LLP's Time Report Summary, September 1, 2021 to March 31, 2025 |
| 18 | Cotchett, Pitre & McCarthy LLP's Expense Summary, September 1, 2021 to March 31, 2025 |
| **ALL CIIPP COUNSEL'S SUMMARY TIME AND EXPENSE CHARTS** | |
| 19 | CIIPPs' Counsel Summary of Time and Lodestar, September 1, 2021 to March 31, 2025 |
| 20 | CIIPPs' Counsel Summary of Expenses, September 1, 2021 to March 31, 2025 |
| 21 | CIIPPs' Common Incurred Costs Litigation Fund, January 29, 2022 to May 19, 2025 |