**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates to: *All Track 2 Direct Action Plaintiff Actions* | District Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**UPDATED JOINT STATUS REPORT**

Pursuant to the Court's Track Two Scheduling Order No. 1 and Case Management Order [ECF No. 7720] and May 8, 2025 Order [ECF No. 7715], the parties submit this updated joint status report regarding the status of discovery.

**I.     DAPs' Status Update**

**A.     DAPs' Discovery Requests**

Following the May 8, 2025 status conference with this Court, each of the Bid-Rigging/Price-Fixing Defendants[1] (with the exception of Simmons, which has stated that it does not have responsive documents) agreed to produce documents previously provided to the Department of Justice (the "DOJ Documents") as sought in Request No. 1 of DAPs' First Set of Requests for Production ("DAPs' First RFP"), served on March 13, 2025.[2]  DAPs agreed with

---

[1] The "Bid-Rigging/Price-Fixing Defendants" are Defendants Case, Claxton, George's, House of Raeford, Koch, Mar-Jac, Marshall Durbin, Perdue, Pilgrim's Pride, Simmons, Sanderson, Tyson, and Wayne.

[2] Tyson and Pilgrim's Pride agreed to produce their DOJ Documents in advance of the status conference.

each of the Bid-Rigging/Price-Fixing Defendants to review their production of DOJ Documents before seeking any additional documents responsive to Request Nos. 2-26 of DAPs' First RFP.

The Bid-Rigging/Price-Fixing Defendants have since commenced rolling productions of their DOJ Documents and nearly all have provided a list of the search terms applied and custodians designated in connection with those productions to the DOJ. DAPs are diligently reviewing the DOJ Documents and have noted that the search terms used in the DOJ productions do not include the names of all DAPs in this action. However, to avoid piecemeal disputes, DAPs intend to meet and confer with the Bid-Rigging/Price-Fixing Defendants in a coordinated manner once the Bid-Rigging/Price-Fixing Defendants have substantially completed their production of DOJ Documents by June 30, 2025. To the extent any impasses arise, DAPs will raise any issues with Special Master Grossman before the August 15, 2025 deadline set forth in the Track Two Scheduling Order No. 1 and Case Management Order.

In addition to the DOJ-related document discovery, DAPs also served additional requests for production[3] and interrogatories[4] on Defendants. DAPs have since reviewed Defendants' responses and objections and have begun meeting and conferring with Defendants as needed, either individually or, where appropriate, collectively, in light of overlapping responses and objections. As with the DOJ-related document discovery, to the extent any impasses arise, DAPs will timely raise any issues with Special Master Grossman.

---

[3] These are (i) DAPs' Request for Production to Bid-Rigging/Price-Fixing Defendants for Structured Data; (ii) Certain DAPs' Request for Production to Tyson Defendants; and (iii) Certain DAPs' Requests for Production to all Defendants.

[4] These are (i) DAPs' First Set of Interrogatories Related to Bid-Rigging and Price-Fixing Claims to Bid-Rigging/Price-Fixing Defendants; (ii) Certain DAPs' First Set of Interrogatories to Pilgrim's Pride; and (iii) Certain DAPs' Second Set of Interrogatories to Defendants.

### B.     DAPs' Proposed Modification to the ESI Protocol

Pursuant to the Court's Scheduling Order, on May 23, 2025, DAPs proposed a modification to the ESI Protocol and Search Methodology [ECF Nos. 459 and 586], and Special Master Grossman held a hearing on the proposal on June 9, 2025.  The Special Master ruled that DAPs' proposed modification as it related to documents produced by Defendants in Track One was unnecessary.  She clarified, however, that it was her expectation that if a Defendant is using custodians and search terms for Track Two, any document that hits on the agreed-upon search terms and is deemed responsive to a Track Two discovery request must be produced, even if it had previously been withheld during Track One as a non-responsive attachment.

### C.     Defendants' Discovery Requests

Defendants have continued to serve written discovery after the May 2 deadline set by the Court in its March 7, 2025 order lifting the Track Two stay.  *See* ECF No. 7527.  DAPs' position is that this discovery is untimely.  The Court's March 7 order expressly states that "[b]y 5/2/2025, all parties should serve requests for production and interrogatories, including with regard to documents previously produced to government entities by any party."  *Id.*  Because DAPs' responses and objections to this discovery are not due until June 30 (after the deadline for this joint status report), the parties may resolve any potential disputes, and there is nothing ripe for the Court to address.  Given the Court's direction to "update[e] the Court on the parties' progress with discovery," May 8, 2025 Hr'g Tr. at 39:16-17, however, the DAPs wish to make the Court aware now of this issue.

On May 30, certain Defendants[5] served untimely document requests on all DAPs for (1) all documents and communications that DAPs produced to DOJ in connection with the criminal cases; and (2) structured data for Broiler purchases from January 1, 2019 through December 31, 2019. Defendants have continued to propound discovery requests on certain DAPs individually well into June.[6] Defendants have argued that they served their May 30 requests "in response to" requests served by DAPs. That does not excuse the requests' untimeliness. Nor does it explain Defendants' delay. DAPs served their request for Defendants' DOJ productions on March 13 and served their request for Bid-Rigging/Price-Fixing Defendants' 2019-2021 structured data on May 2. But Defendants delayed serving their "response" requests until May 30—more than six weeks after DAPs requested the DOJ productions, and four weeks after DAPs requested the additional data. Defendants have not even attempted to explain this multiweek gap.

Defendants have suggested that they may be unable to comply with the July 18 deadline to raise "disputes over discovery requests, search terms, and custodians." ECF No. 7720. The July 18 deadline and corresponding language was jointly proposed by the parties in connection with the May 6, 2025 joint status report, *see* ECF No. 7713-1 at 2, and as this Court noted, the

---

[5] These Defendants are: Case, Claxton, George's, House of Raeford, Koch, Mar-Jac, Perdue, Pilgrim's Pride, Simmons, Sanderson, Tyson, and Wayne.

[6] Defendants' status report mischaracterizes the nature of these belated requests. First, Defendants' characterization that John Soules Foods, Inc., and John Soules Acquisitions, LLC (together, "John Soules Foods"), only "recent[ly] represent[ed]" that Amory Investments LLC ("Amory") is litigating John Soules Foods's claims in this action is inaccurate. Amory produced the John Soules Foods assignment agreement to Defendants in December 2022. Further, both Amory and John Soules Foods served initial disclosures in April 2025 stating that Amory acquired John Soules Foods's claims in this litigation in 2022. Defendants therefore have no basis to assert that they are entitled to serve these requests after the May deadline because they only recently learned of the assignment. Second, Defendants describe their belated discovery requests as "discrete" and "narrow." They are not, and the DAPs that have received these untimely requests will address them in due course in their responses and objections.

deadline plays an important part in keeping this case on track for trial, *see*, *e.g.*, May 8, 2025 Hr'g Tr. at 9:3-6.  The parties committed to a firm deadline to raise disputes regarding discovery requests, and they should abide that commitment.  (DAPs do not necessarily agree with Defendants' statement in footnote 8 that as-yet-unknown "disputes over the inadequacy of document productions" would not be governed by the July 18 deadline; rather, it depends on the nature of the dispute.)  While DAPs are open to a modest extension to the July 18 deadline, Defendants should be required to justify any such proposed extension with specific reasons, not simply a general statement that they "may need to seek additional time" to resolve disputes.

### D.    Tyson's Counterclaim

On April 11, 2025, Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Tyson"), filed a state law counterclaim against DAP Carina Ventures LLC ("Carina") and third party Burford Capital LLC ("Burford").  ECF No. 7640 at 637. The parties filed a joint motion to set a responsive pleading schedule, which the Court granted on April 25, 2025.  ECF No. 7678.  In accordance with that schedule, Carina and Burford filed their motion to dismiss for failure to state a claim on June 16, 2025.  ECF No. 7760.  Tyson's response is due July 31, 2025, and Carina and Burford's reply is due August 20, 2025.

On June 9, 2025, Tyson filed a Motion for Entry of Case Schedule Governing Tyson's Counterclaim.  ECF No. 7747.  Carina and Burford filed a response.  ECF No. 7762.  The response explains that, because the motion to dismiss will not be ripe for a decision for several months (and in fact had not even been filed at the time of Tyson's motion), setting discovery deadlines beyond those imposed by the Federal Rules of Civil Procedure is premature.  Moreover, Tyson's proposed schedule is highly prejudicial and inefficient, as it would require Burford and Carina to have served discovery requests more than a month before a responsive pleading or motion to dismiss was even

due, depriving them of an opportunity to meaningfully engage in discovery. On June 20, Tyson filed a reply, improperly raising a host of new issues for the first time, including a Seventh Amendment argument. ECF No. 7784. Tyson's motion is now fully briefed and pending before the Court.

On May 23, the parties exchanged initial disclosures. Tyson served fifteen requests for production on Burford and Carina on May 2, 2025. On June 2, 2025, Carina and Burford served their responses and objections and agreed to meet and confer with Tyson on the requests. The parties met and conferred on June 12 and have corresponded in writing on the matter.

## II.    Defendants' Status Update

### A.    Certain Defendants'[7] Discovery Requests to the Track Two DAPs

With respect to discovery served by certain Defendants on the DAPs, the Parties are in the process of meeting and conferring regarding custodians, search terms, and objections to the first sets of document requests and interrogatories that certain Defendants served on the Track Two DAPs. In addition, for certain DAPs that filed their complaints shortly before discovery was stayed and thus did not complete Track 1 discovery, the involved Parties are meeting and conferring regarding completion of that discovery. At present, these Parties have not reached an impasse on any issues. These Defendants are hopeful that the Parties will be able to resolve these issues without Court intervention, but will seek the Court's assistance to the extent they are unable to do so.

Certain Defendants are working diligently to address all of the custodian, search term, and issues with respect to the DAPs' responses and objections to the discovery Certain Defendants

---

[7] Certain Defendants are: Case, Claxton, George's, House of Raeford, Koch, Mar-Jac, Perdue, Pilgrim's Pride, Simmons, Sanderson, Tyson, and Wayne Farms.

have already served.  However, despite Certain Defendants' best efforts, not all such issues may be fully crystalized to the point of impasse or otherwise requiring Court intervention by the July 18th deadline, and, thus, Certain Defendants may need to seek additional time to resolve those disputes should they come to impasse after July 18th.[8]

In addition to the first sets of discovery requests, Certain Defendants have served additional, discrete, document requests to mirror identical requests made by the Track Two DAPs. Specifically, on May 30, 2025, certain Defendants served two document requests on all Track Two DAPs requesting: (1) documents that each Track Two DAP produced to the DOJ in connection with the DOJ's criminal actions, and (2) structured data reflecting each DAP's purchases of Broilers for the period of 2019-2021. DAPs' responses and objections are due on June 30, 2025. Certain DAPs have objected to the timeliness of these requests, while other DAPs have indicated they may object based on timeliness, but these Parties have not yet completed the meet and confer process on this issue. Among other reasons that these requests are not untimely, the May 2 date that the DAPs reference was not a deadline for serving all written discovery.  The Court entered that date after the March 5, 2025 status report in which the Parties disputed whether document requests—including requests for documents previously produced to DOJ in connection with the criminal actions—should begin immediately or whether the Defendants should first file their Answers.  Further, Defendants explained at the May 8, 2025 status hearing—a week after the May 2 date that DAPs reference—that certain Defendants would seek the same documents from the

---

[8] During exchanges of drafts of this joint status report, Defendants raised that other issues, such as disputes over the inadequacy of document productions and potential disputes over contention interrogatories, are not governed by the July 18th deadline. DAPs responded that "[s]uch disputes would not be governed by the July 18 deadline—which is limited to disputes over 'discovery requests, search terms and custodians'—and may therefore be raised after July 18 (so long as they are otherwise timely)."  Accordingly, such disputes, if they arise, will be addressed in due course during the discovery period.

DAPs if certain Defendants produced their productions to the DOJ given that discovery is a two-way street. Similarly, certain Defendants' request for structured data for the 2019-2021 period was served in response to the DAPs' request for certain Defendants' structured sales data covering that same period. Defendants who were served with that request have either agreed to produce or are in the process of meeting and conferring about the request. There is no reason that this case should not follow the typical practice that parties are able to refine their discovery requests in response to developments in the litigation—including developments triggered by the demands made by one group of parties that call for equal treatment of opposing parties—provided they are proportional to the needs of the case. To the extent that these Parties are unable to resolve this dispute, certain Defendants intend to raise any such issues to the Court at the July 8, 2025 status conference.

Certain Defendants also served narrow, additional document requests on several DAPs seeking (a) documents referenced in and related to recent bankruptcy filings by DAP Harvest Sherwood, and (b) documents relating to DAP John Soules Foods' recent representations that a different DAP, Amory, is "litigating John Soules Foods' claims in this action." These Parties have not yet met and conferred on these requests, and will meet and confer regarding any objections in due course.

### B.    Certain Defendants' Discovery Responses

With respect to discovery served on certain Defendants by the Track Two DAPs, following the May 8, 2025 status hearing, certain additional Defendants reached agreement with the Track Two DAPs to produce their DOJ productions. These agreements mirror the agreements that Track Two DAPs previously reached with Tyson and Pilgrim's, namely that DAPs would review their DOJ productions and determine if more information is needed beyond what is contained in the

DOJ productions. Several of these Defendants have completed production of their DOJ productions, and others are in the process of making those productions consistent with agreed-upon production timelines. Defendants have also served responses and objections and started meeting and conferring regarding other discovery that DAPs served on them, including: DAPs' Request for Production to Bid-Rigging/Price-Fixing Defendants for Structured Data, Certain DAPs' Requests for Production to All Defendants, and Certain DAPs' Request for Production to Tyson Defendants. Defendants also served answers and objections to interrogatories served by Plaintiffs. The Parties have begun the process of meeting and conferring regarding those answers and objections.

### C.  ESI Protocol

Following a hearing on June 9, 2025, Special Master Grossman conferred with Judge Gilbert concerning the DAPs' requested change to the ESI Protocol and ruled that "there is no change in circumstances between Track I and Track II that would warrant DAPs' requested change" to the ESI Protocol. *See* June 12, 2025 Email Ruling from Special Master Grossman. Further, Special Master Grossman ruled that "[i]f Plaintiffs believe that non-responsive attachments have been withheld, the current ESI Protocol already provides a mechanism to address that." *Id.* The Parties then negotiated minutes from the June 9, 2025 hearing and submitted the agreed-upon minutes to Special Master Grossman on June 27, 2025. The minutes included a statement reflecting the Special Master's expectation that if a party is using custodians and search terms for Track Two and, as part of reviewing documents that hit on Track Two search terms, if a non-privileged attachment is deemed responsive to a Track Two discovery request, Defendants would be required to produce such an attachment regardless of whether it had been previously withheld as a non-responsive attachment during Track One.

### D. Tyson's Counterclaim

Tyson submits the below status report as to its Counterclaim against Burford Capital LLC and Carina Ventures LLC (together, "Burford").[9] *See* ECF 7631.

- Tyson moved for entry of a case schedule governing its Counterclaim on June 9. *See* ECF 7747. Tyson's position is that the case schedule for the Counterclaim should follow Track Two Scheduling Order No. 1 And Case Management Order, ECF 7720, subject to certain modifications, because of overlapping factual and legal issues. Burford filed its response on June 16, opposing Tyson's request and asking the Court to postpone entry of a case schedule until the Court has ruled on its motion to dismiss, tacitly seeking to stay discovery as to the Counterclaim and sever the Counterclaim from Carina's Complaint, without formally moving the Court to do either. *See* ECF 7762. Tyson filed its reply on June 20. *See* ECF 7784.

- Burford filed its motion to dismiss the Counterclaim on June 16, *see* ECF 7760, and Tyson will respond on or before July 31, pursuant to the joint briefing schedule entered by the Court. *See* ECF 7678; 7675, at 2. Burford's reply is due on or before August 20, 2025. *Id.*

- Tyson served Requests for Production on May 2 related to its Counterclaim, and Burford served its Responses and Objections to those requests on June 2. Tyson and Burford have met and conferred, and by letter dated June 13, Tyson summarized the parties' meet and confer positions and provided further information in support of its requests. By letter dated

---

[9] Burford recently asserted that scheduling issues regarding the Counterclaim should have been addressed in the May 6 joint status report submitted by all parties, *see* ECF 7762 at 3-4. Since the parties to the Counterclaim were in the midst of scheduling discussions on May 6, there was no update to include in the May 6 report. Consistent with its position that the Counterclaim should proceed on the same schedule as the Track 2 Claims, Tyson will provide updates regarding the Counterclaim in joint submissions going forward.

June 24, Burford confirmed that it objects to and will not produce any documents in response to any of Tyson's 15 requests, confirming that the parties are at an impasse. Tyson intends to file a motion to compel prior to the July 18, 2025 deadline.

The parties exchanged Rule 26(a) Initial Disclosures related to Tyson's Counterclaim on May 23, 2025.

Dated:  June 27, 2025                                     Respectfully submitted,

By: /s/ *Lori P. Lustrin*                                      By: /s/ *Jay B. Shapiro*
    Lori P. Lustrin                                          Jay B. Shapiro (Admitted *pro hac vice*)
    Robert W. Turken                                     Samuel O. Patmore (Admitted *pro hac vice*)
    Scott N. Wagner                                        Carlos J. Canino (Admitted *pro hac vice*)
    BILZIN SUMBERG BAENA                          Abigail G. Corbett (Admitted *pro hac vice*)
    PRICE & AXELROD LLP                            STEARNS WEAVER MILLER
    1450 Brickell Ave., Suite 2300                  WEISSLER ALHADEFF &
    Miami, Florida 33131-3456                         SITTERSON, P.A.
    Telephone:  305-374-7580                          150 West Flagler Street
    Facsimile:  305-374-7593                           Suite 2200
    llustrin@bilzin.com                                   Miami, Florida 33130
    rturken@bilzin.com                                   Tel: (305) 789-3200
    swagner@bilzin.com                               Fax: (305) 789-3395
                                                                E-mail: jshapiro@stearnsweaver.com
    *Counsel for Boston Market Corporation,*      spatmore@stearnsweaver.com
    *Bojangles' Restaurants, Inc. and*              ccanino@stearnsweaver.com
    *Bojangles' Opco, LLC, Golden Corral*        acorbett@stearnsweaver.com
    *Corp., El Pollo Loco, Inc., Zaxby's*
    *Franchising LLC, Domino's Pizza LLC*       *Counsel for Plaintiffs Quirch Foods, LLC*
    *and Domino's Pizza Distribution LLC,*       *and Supply Management Services, Inc.*
    *Cracker Barrel Old Country Store, Inc.,*
    *CBOCS Distribution, Inc., Barbeque*
    *Integrated, Inc. d/b/a Smokey Bones Bar*
    *& Fire Grill, Shamrock Foods Company,*
    *United Food Service, Inc., Sun Ice Cream*
    *Finance II, L.P., The Johnny Rockets*
    *Group, Inc., WZ Franchise Corp., Captain*
    *D's LLC, and White Castle Purchasing*
    *Co.*

By:   /s/ *Derek T. Ho*                                      By: /s/ *Scott E. Gant*
    Derek T. Ho (*pro hac vice*)                       Scott E. Gant (*pro hac vice*)
    Alejandra Ávila (*pro hac vice*)                  BOIES SCHILLER FLEXNER LLP
    Travis G. Edwards (*pro hac vice*)             1401 New York Avenue, NW
    Mary Charlotte Y. Carroll (*pro hac vice*)    Washington, DC 20005
    Kathleen W. Hickey (*pro hac vice*)           (202) 237-2727
    Jared M. Stehle (*pro hac vice*)                 sgant@bsfllp.com
    KELLOGG, HANSEN, TODD, FIGEL
    & FREDERICK, P.L.L.C.                            *Counsel for Plaintiffs The Campbell's*
    1615 M Street, N.W., Suite 400                  *Company (formerly known as Campbell*
    Washington, D.C. 20036                          *Soup Company); Campbell Soup Supply*
    Tel: (202) 326-7900                                *Company, L.L.C.; McLane Company,*
    Fax: (202) 326-7999                               *Inc.; McLane/MidAtlantic, Inc.;*
    dho@kellogghansen.com                       *McLane/Midwest, Inc.; McLane*

aavila@kellogghansen.com
tedwards@kellogghansen.com
mcarroll@kellogghansen.com
khickey@kellogghansen.com
jstehle@kellogghansen.com

*Counsel for Plaintiffs Carina Ventures LLC, Amory Investments LLC, John Soules Foods, Inc., and John Soules Acquisitions LLC*

*Minnesota, Inc.; McLane New Jersey, Inc.; McLane/Eastern, Inc.; McLane/Suneast, Inc.; McLane Ohio, Inc.; McLane/Southern, Inc.; McLane/Western, Inc.; McLane Express, Inc.; Kinexo, Inc.; McLane Foodservice Distribution, Inc.; McLane Foodservice, Inc.; and Target Corp.*

By: /s/ *David C. Eddy*
David C. Eddy, Esquire
N.D. Illinois Bar No. 72258
Dennis J. Lynch, Esquire
N.D. Illinois Bar No. 07622
ANTITRUST LAW GROUP, LLC
1601 Assembly Street
P.O. Box 8117
Columbia, SC 29202
Tel: (803) 253-8267
E-mail:
deddy@theantitrustlawgroup.com
dlynch@theantitrustlawgroup.com

*Counsel for Plaintiffs Conagra Brands, Inc.; Pinnacle Foods, Inc.; Kraft Heinz Foods Company; Nestlé USA, Inc.; Nestlé Purina PetCare Company; and Compass Group USA, Inc.*

By: /s/ *William J. Blechman*
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Michael A. Ponzoli, Esquire
SPERLING KENNY NACHWALTER, LLC
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
E-mail:
wjb@sperlingkenny.com
dpatton@sperlingkenny.com
mponzoli@sperlingkenny.com

*Counsel for Plaintiffs Pollo Operations, Inc. and US Foods, Inc.*

By: /s/ *David Esau*
CARLTON FIELDS, P.A.
David B. Esau
Email: desau@carltonfields.com
Kristin A. Gore
Email: kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

By: /s/ *Shawn J. Rabin*
Shawn J. Rabin
Neal S. Manne (2017083)
Ryan Caughey
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
E-mail: nmanne@susmangodfrey.com
rcaughey@susmangodfrey.com

Shawn J. Rabin

Aaron A. Holman
Email: aholman@carltonfields.com
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

CARLTON FIELDS, LLP
Scott L. Menger
Email: smenger@carltonfields.com
2029 Century Park East, Suite 1200
Los Angeles, California 90067
Tel: (310) 843-6300
Fax: (301) 843-6301

TottisLaw
Kevin Tottis
Email: ktottis@tottislaw.com
Keith M. Stolte
Email: kstolte@tottislaw.com
Monica L. Thompson
Email: mthompson@tottislaw.com
401 N. Michigan Avenue, Suite 530
Chicago, Illinois 60611
Tel: (312) 527-1400
Fax: (312) 589-7192

*Counsel for Plaintiffs United Supermarkets, LLC; Krispy Krunchy Foods, LLC; Cheney Bros. Inc.; Hooters of America, LLC; Checkers Drive-In Restaurants Inc.; Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd; Hooters Management Corporation; Anaheim Wings, LLC d/b/a Hooters of Anaheim; Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita; Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa; Downtown Wings, LLC previously d/b/a Hooters of Downtown LA; Gaslamp Wings, LLC previously d/b/a Hooters of San Diego; Hollywood Wings, LLC d/b/a Hooters of Hollywood; Mission Valley Wings, LLC d/b/a*

Steven M. Shepard
Ravi P.S. Bhalla
One Manhattan West
50th Floor
New York, N.Y. 10001
Tel: (212) 336-8330
E-mail: srabin@susmangodfrey.com
sshepard@susmangodfrey.com
rbhalla@susmangodfrey.com

*Counsel for Plaintiffs Walmart Inc.; Wal-Mart Stores East, LP; Wal-Mart Stores Arkansas, LLC; Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LLC; Sam's West, Inc.; Sam's East, Inc.*

GREENBERG TRAURIG, LLP

By: */s/ Dominic E. Draye*
Dominic E. Draye (admitted *pro hac vice*)
Arizona Bar No. 033012
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 602 445-8000
Fax: 602 445-8100
E-mail: drayed@gtlaw.com

Aaron S. Klein
Illinois No. 6324173
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
T: 312-456-8400
F: 312-456-8436
Aaron.Klein@gtlaw.com

*Attorneys for Services Group of America, Inc.*

*Hooters of Mission Valley; Oceanside Wings, LLC previously d/b/a Hooters of Oceanside; Ontario Wings, LLC d/b/a Hooters of Ontario; Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos; South Gate Wings, LLC d/b/a Hooters of South Gate; Wings Over Long Beach, LLC d/b/a Hooters of Long Beach; Bob Evans Farms, Inc.; The Fresh Market, Inc.; Wawa, Inc.; Restaurant Services, Inc.; Cajun Operating Company d/b/a Church's Chicken; Sonic Industries Services Inc.; Buffalo Wild Wings, Inc.; CKE Restaurants Holdings, Inc.; Focus Brands, LLC; The Cheesecake Factory Incorporated; Whatabrands LLC; Whataburger Restaurants LLC; ARCOP, Inc.; and Independent Purchasing Cooperative, Inc.*

By:  /s/ *Paul J. Ripp*
Paul J. Ripp
WILLIAMS BARBER MOREL LTD.
233 S. Wacker Dr. Suite 6800
Chicago, IL 60606
Tel: (312) 443-3205
Fax: (312) 630-8500
Email: pjr@williamsbarbermorel.com

Michael Gratz, Jr. (*pro hac vice*)
GRATZ & GRATZ, P.A.
312 N. Green Street
Tupelo, MS 38804
Tel: (662) 844-5531
Fax: (662) 844-8747
E-mail: michael@gratzandgratz.com

*Counsel for Plaintiffs L. Hart, Inc., R & D Marketing, LLC, Timber Lake Foods, Inc., EMA Foods Co., LLC, and Red Bird Farms Distribution Company*

By:  /s/ *Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Sean O'Shea
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
CADWALADER, WICKERSHAM &
TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: philip.iovieno@cwt.com
nicholas.gravante@cwt.com
sean.o'shea@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

*Counsel for Plaintiffs Jetro Holdings, LLC; BJ's Wholesale Club, Inc.; Maximum Quality Foods, Inc.; Sherwood Food Distributors, L.L.C.; Harvest Meat Company, Inc.; Western Boxed Meat Distributors, Inc.; Hamilton Meat, LLC; Darden Restaurants, Inc.; PJ Food Service, Inc.; Feeser's Inc.; Thurston Foods, Inc.; McDonald's Corporation; Costco Wholesale Corporation; Gordon Food Service, Inc.; Glazier Foods Company; Wood-Fruitticher Grocery Company, Inc.; Aramark Food and Support Services Group, Inc.; Poultry Products Company of New England LLC; Poultry Products Company, LLC; Poultry Products of Connecticut, LLC; Poultry Products of Maine, LLC; Panda Restaurant Group, Inc.; and Quality Supply Chain Co-op, Inc.*

By:  */s/ Ryan P. Phair*
    Ryan P. Phair (#479050)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C. 20036
    Tel: (202) 551-1700
    E-mail: ryanphair@paulhastings.com

    *Counsel for Plaintiffs ALDI, Inc.,*
    *Brinker International, Inc., Brinker*
    *International Payroll Company, L.P.,*
    *Chick-fil-A, Inc., Sodexo, Inc. and*
    *Sodexo Operations, LLC*

By:  */s/ Martin F. Gaynor III*
    Martin F. Gaynor III (admitted *pro hac vice*)
    Massachusetts Bar No. 564384
    HUNTON ANDREWS KURTH LLP
    60 State Street
    Boston, MA 02109
    Tel:  (617) 648-2741
    E-Mail:  mgaynor@hunton.com

    *Counsel for Plaintiff Ahold Delhaize*
    *USA, Inc.*

By:  */s/ Floyd A. Mandell*
    Floyd A. Mandell
    Catherine E. O'Brien
    KATTEN MUNCHIN ROSEMAN LLP
    525 West Monroe Street
    Chicago, Illinois 60661-3639
    Tel: (312) 902-5235
    Fax: (312) 902-1061
    E-mail: floyd.mandell@katten.com
    catherine.obrien@katten.com

    Mark T. Ciani
    KATTEN MUCHIN ROSEMAN LLP
    50 Rockefeller Plaza
    New York, NY 10020
    Tel: (212) 940-8800
    mark.ciani@katten.com

    *Counsel for Carl Buddig & Co. and*
    *Caesars Enterprise Services LLC*

By:  */s/ Keith L. Butler*
    Keith L. Butler
    Cindy Reichline
    Ryan Roth
    BRS LLP
    2121 Avenue of the Stars, Suite 800
    Los Angeles, CA  90067
    Main: (310) 295-9524
    kbutler@brsllp.com
    creichline@brsllp.com
    rroth@brsllp.com

    *Counsel for Direct Action Plaintiffs*
    *Biscuitville Inc.; Golden Tree*
    *Restaurants, LLC; Huddle House, Inc.;*
    *Patterson TMP Operating, LLC; and*
    *Perkins LLC*

VENABLE LLP

By: /s/ *Danielle Foley*
J. Douglas Baldridge (437768)
Danielle Foley (admitted *pro hac vice*)
Lisa Jose Fales (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
drfoley@venable.com
ljfales@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray (#6191802)
111 S. Wacker Dr., Ste 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc.*

ARENTFOX SCHIFF LLP
By: */s/ Lawrence H. Heftman*
Lawrence H. Heftman
Margaret A. Hickey
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
lawrence.heftman@afslaw.com
Maggie.hickey@afslaw.com
kylie.wood@afslaw.com

Robert J. Wierenga
Suzanne L. Wahl
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

ROSE LAW FIRM

Bourgon Reynolds (admitted *pro hac vice*)
809 S. 52nd Street, Suite A
Rogers, Arkansas 72758
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
reynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

ARMSTRONG TEASDALE LLP

By: */s/ Stephen Novack*
Stephen Novack (#2067587)
Stephen J. Siegel (#6209054)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@atllp.com
ssiegel@atllp.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (all cases except DAP Case No. 21-cv-4354)*

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

By: */s/ Christopher E. Thorsen*
Christopher E. Thorsen (admitted *pro hac vice*)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5586
Facsimile: (615) 726-0464
cthorsen@bakerdonelson.com

CHRIS MOORE LAW LLC

Christopher S. Moore
220 North Green Street, Suite 4027
Chicago, Illinois 60607
Telephone: (312) 704-4444
chris@chrismoorelaw.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (with respect to DAP Case No. 21-CV-4354 only)*

MAYER BROWN LLP

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga
William H. Stallings
Oral D. Pottinger
Katherine M. Bleicher
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com
kbleicher@mayerbrown.com

*Attorneys for Defendants Foster Farms,
LLC and Foster Poultry Farms LLC*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#03122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES &
CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
2710 Wycliff Road, Suite 310
Raleigh, NC 27607
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford
Farms, Inc.*

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac
vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries,
Inc. d/b/a Claxton Poultry Farms*

19

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Todd J. Ohlms
70 W. Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3537
tohlms@proskauer.com

Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
Scott A. Eggers (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com
seggers@proskauer.com

Kyle A. Casazza (admitted *pro hac vice*)
Colin G. Cabral (admitted *pro hac vice*)
Shawn S. Ledingham, Jr. (admitted *pro hac vice*)
Simona Weil (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.com
ccabral@proskauer.com
sledingham@proskauer.com
sweil@proskauer.com

Jared M. DuBosar (admitted *pro hac vice*)
2255 Glades Road, Suite 421
Boca Raton, FL 33431-7360
Telephone: (561) 995-4702
jdubosar@proskauer.com

*Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Scott A. Eggers (admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
seggers@proskauer.com

Kyle A. Casazza (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

STINSON LLP

By: */s/ William L. Greene*
William L. Greene (admitted *pro hac vice*)
Emily M. Asp (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
emily.asp@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

Victoria L. Smith (admitted *pro hac vice*)
1201 Walnut St., Suite 2900
Kansas City, MO 64105
Telephone: (816) 842-8600
vicki.smith@stinson.com

THE LAW GROUP OF NORTHWEST
ARKANSAS PLLC

K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

RAINES FELDMAN LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3100
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@raineslaw.com

*Attorneys for Defendants George's Inc. and George's Farms, Inc.*

JOSEPH D. CARNEY & ASSOCIATES
LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: (440) 249-0860
Facsimile: (866) 270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE &
FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
30 West Monroe Street, Suite 1900
Chicago, IL 60603
Telephone: (312) 263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D. KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: (310) 858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq.
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: (440) 376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

21

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ *Patricia A. Gorham*
Patricia A. Gorham
James R. McGibbon
Kaitlin A. Carreno
Rebekah Whittington
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
patriciagorham@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
rebekahwhittington@eversheds-
sutherland.com

AMUNDSEN DAVIS, LLC

Ronald Balfour
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1828
RBalfour@amundsendavislaw.com

*Attorneys for Defendant Harrison Poultry, Inc*

EDWARD C. KONIECZNY LLC

By: /s/ *Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP
David C. Newman (admitted *pro hac vice*)
Wm. Parker Sanders (admitted *pro hac vice*)
Stephen A. Youngblood (admitted *pro hac vice*)
Amy E. Buice (admitted *pro hac vice*)
1105 W. Peachtree St. NE
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com
syoungblood@sgrlaw.com
abuice@sgrlaw.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc.*

DYKEMA GOSSETT PLLC

*/s/ Howard B. Iwrey*
Howard B. Iwrey
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0526
Facsimile: (248) 203-0763
hiwrey@dykema.com

Steven H. Gistenson
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Telephone: (312) 627-2267
Facsimile: (312) 876-1155
sgistenson@dykema.com

Dante A. Stella
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6693
Facsimile: (313) 568-6893
dstella@dykema.com

Cody D. Rockey
2723 South State Street, Ste. 400
Ann Arbor, MI 48104
Telephone: (734) 214-7655
Facsimile: (734) 214-7696
crockey@dykema.com

*Attorneys for Amick Farms, LLC*

HOGAN LOVELLS US LLP

By: */s/ William L. Monts III*
Justin W. Bernick (admitted p*ro hac vice*)
William L. Monts III (admitted *pro hac vice*)
555 Thirteenth Street, NW
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com
william.monts@hoganlovells.com

MILLER, CRANFIELD, PADDOCK &
STONE, P.L.C

Jacob D. Koering
227 West Monroe Street, Suite 3600
Chicago, Illinois 60606
Telephone: (312) 460-4247
Facsimile: (312) 460-4201
koering@millercranfield.com

*Attorneys for Defendant Agri Stats, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: */s/ Boris Bershteyn*
Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
Sam Auld (admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

KUTAK ROCK LLP

By: */s/ John Passarelli*
John P. Passarelli
Jonathan I. Baker
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
jonathan.baker@kutakrock.com

J.R. Carroll
Stephen M. Dacus
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.carroll@kutakrock.com
stephen.dacus@kutakrock.com

MOLOLAMKEN LLP

Megan Cunniff Church (IL 6281234)
Lauren F. Dayton
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: (312) 450-6700
Facsimile: (312) 450-6701
mchurch@mololamken.com
ldayton@mololamken.com

*Attorneys for Defendants O.K. Foods, Inc.,*
*O.K. Farms, Inc., and O.K. Industries, Inc.*

ALSTON & BIRD LLP

By: */s/ B. Parker Miller*
B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Thomas P. Grantham (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com

THE BLOCK FIRM LLC

Max Marks (admitted *pro hac vice*)
Aaron Block (admitted *pro hac vice*)
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305
Telephone: (404) 997-8419
max.marks@blockfirmllc.com
aaron@blockfirmllc.com

*Attorneys for Defendant Fieldale Farms*
*Corporation.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Michael D. Bonanno*
Michael D. Bonanno
William A. Burck
Christopher G. Michel
Kathleen A. Lanigan
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
mikebonanno@quinnemanuel.com
williamburck@quinnemanuel.com
christophermichel@quinnemanuel.com
katlanigan@quinnemanuel.com

Debra D. Bernstein
1200 Abernathy Rd., Bldg. 600, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
debrabernstein@quinnemanuel.com

Michelle Schmit
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
michelleschmit@quinnemanuel.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

AXINN, VELTROP & HARKRIDER LLP

By: */s/ Kail J. Jethmalani*
Kail J. Jethmalani (admitted *pro hac vice*)
Denise L. Plunkett (admitted *pro hac vice*)
Nicholas E.O. Gaglio (admitted *pro hac vice*)
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Telephone: (212) 728-2200
kjethmalani@axinn.com
dplunkett@axinn.com
ngaglio@axinn.com

Daniel K. Oakes (admitted *pro hac vice*)
Kenina J. Lee (admitted *pro hac vice*)
Michael J. O'Mara (admitted *pro hac vice*)
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
radcox@axinn.com
doakes@axinn.com
klee@axinn.com
momara@axinn.com

Jarod G. Taylor (admitted *pro hac vice*)
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
jtaylor@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Keystone Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, and Equity Group Georgia Division LLC*

25