**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: *End-User Consumer Plaintiffs Action* | Honorable Thomas M. Durkin |

**JOINT STATUS REPORT**

Pursuant to the Court's July 3, 2025 Order,[1] End-User Consumer Plaintiffs ("EUCPs") and Objector John Andren ("Andren") jointly submit the following proposed schedule for the Court's consideration.

In light of the Seventh Circuit Court of Appeals' recent decision on EUCPs' Renewed Motion for Attorneys' Fees, EUCPs intend to file an amended Second Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards.[2] Objector John Andren intends to separately to file a motion for attorneys' fees.[3] The parties propose the following briefing schedule:

1. **EUCPs' Amended Motion for Attorneys' Fees, Expenses, and Service Awards**

    o Motion due: August 1, 2025

---

[1] *See* Minute Order, Dkt. No. 7795 (Jul. 3, 2025).

[2] *See* End-User Consumer Pls.' Corrected Mot. for Att'ys' Fees, Expenses, & Class Representative Service Awards, Dkt. No. 7706-1 (Apr. 29, 2025).

[3] *See* Stip. to Extend Deadline for Objector to File Mot. for Att'ys' Fees, Dkt. No. 7411 (Sept. 20, 2024).

- o Andren's Response due: September 1, 2025

- o EUCPs' Reply due: September 22, 2025

2. **Andren's Motion for Attorneys' Fees**

- o Motion due: August 1, 2025

- o EUCPs' Response due: September 1, 2025

- o Andren's Reply due: September 22, 2025

DATED: July 11, 2025                                                 Respectfully submitted,

*/s/ Shana E. Scarlett*                                                  */s/ M. Frank Bednarz*
    SHANA E. SCARLETT                                       M. Frank Bednarz
HAGENS BERMAN SOBOL SHAPIRO LLP              1440 W. Taylor Street, #1487
715 Hearst Avenue, Suite 300                                Chicago, IL 60607
Berkeley, CA 94710                                                  (801) 706-2690
Telephone: (510) 725-3000                                   frank.bednarz@hlli.org
shanas@hbsslaw.com

Steve W. Berman (IL Bar No. 3126833)                Theodore H. Frank
Breanna Van Engelen (*pro hac vice*)                   Anna St. John
HAGENS BERMAN SOBOL SHAPIRO LLP              HAMILTON LINCOLN LAW INSTITUTE
1301 Second Avenue, Suite 2000                          CENTER FOR CLASS ACTION FAIRNESS
Seattle, WA 98101                                                    1629 K Street, NW, Suite 300
Telephone: (206) 623-7292                                    Washington, DC 20006
steve@hbsslaw.com                                                (703) 203-3848
breannav@hbsslaw.com                                          ted.frank@hlli.org
                                                                               anna.stjohn@hlli.org

Brent W. Johnson
Benjamin D. Brown                                              *Attorneys for Objector John Andren*
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Class Counsel for End-User Consumer Plaintiff Class*