**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>*Track 2 Direct Action Plaintiff Actions* | District Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF SUBMISSION TO SPECIAL MASTER**

In accordance with the Scheduling Order (ECF No. 7720), Certain Defendants[1] hereby provide notice that they made a submission to Special Master Grossman regarding outstanding disputes related to Track Two Direct Action Plaintiffs' search terms, custodians, and responses to discovery requests, which Certain Defendants seek the Special Master's assistance to resolve. Should the Court prefer, Certain Defendants will file a copy of the Submission on the docket.

[1] Certain Defendants are: Case, Claxton, George's, House of Raeford, Koch, Mar-Jac, Perdue, Pilgrim's Pride, Simmons, Sanderson, Tyson, and Wayne Farms.

Dated: July 18, 2025

Respectfully submitted,

VENABLE LLP

By: /s/ *Danielle Foley*
J. Douglas Baldridge (437768)
Danielle Foley (admitted *pro hac vice*)
Lisa Jose Fales (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
drfoley@venable.com
ljfales@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods LLC*

SHOOK HARDY & BACON LLP

By: /s/ *Lynn H. Murray*
Lynn H. Murray (#6191802)
111 S. Wacker Dr., Ste 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc.*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#03122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
2710 Wycliff Road, Suite 310
Raleigh, NC 27607
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms*

ARMSTRONG TEASDALE LLP

By: /s/ *Stephen Novack*
Stephen Novack (#2067587)
Stephen J. Siegel (#6209054)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@atllp.com
ssiegel@atllp.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (all cases except DAP Case No. 21-cv-4354)*

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

By: /s/ *Christopher E. Thorsen*
Christopher E. Thorsen (admitted *pro hac vice*)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5586
Facsimile: (615) 726-0464
cthorsen@bakerdonelson.com

CHRIS MOORE LAW LLC

Christopher S. Moore
220 North Green Street, Suite 4027
Chicago, Illinois 60607
Telephone: (312) 704-4444
chris@chrismoorelaw.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (with respect to DAP Case No. 21-CV-4354 only)*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Todd J. Ohlms
70 W. Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3537
tohlms@proskauer.com

Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
Scott A. Eggers (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com
seggers@proskauer.com

Kyle A. Casazza (admitted *pro hac vice*)
Colin G. Cabral (admitted *pro hac vice*)
Shawn S. Ledingham, Jr. (admitted *pro hac vice*)
Simona Weil (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.com
ccabral@proskauer.com
sledingham@proskauer.com
sweil@proskauer.com

Jared M. DuBosar (admitted *pro hac vice*)
2255 Glades Road, Suite 421
Boca Raton, FL 33431-7360
Telephone: (561) 995-4702
jdubosar@proskauer.com

*Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)*

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice)*
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Scott A. Eggers (admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
seggers@proskauer.com

Kyle A. Casazza (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

STINSON LLP

By: */s/ William L. Greene*
William L. Greene (admitted *pro hac vice*)
Emily M. Asp (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
emily.asp@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

Victoria L. Smith (admitted *pro hac vice*)
1201 Walnut St., Suite 2900
Kansas City, MO 64105
Telephone: (816) 842-8600
vicki.smith@stinson.com

RAINES FELDMAN LLP

John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3100
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@raineslaw.com

*Attorneys for Defendants George's Inc. and George's Farms, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: (440) 249-0860
Facsimile: (866) 270-1221
jdc@jdcarney.com
case@jdcarney.com

MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
30 West Monroe Street, Suite 1900
Chicago, IL 60603
Telephone: (312) 263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D. KLAR LAW

Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: (310) 858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq.
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: (440) 376-6850
binderpl@yahoo.com

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Michael D. Bonanno*
Michael D. Bonanno
William A. Burck
Christopher G. Michel
Kathleen A. Lanigan
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
mikebonanno@quinnemanuel.com
williamburck@quinnemanuel.com
christophermichel@quinnemanuel.com
katlanigan@quinnemanuel.com

Debra D. Bernstein
1200 Abernathy Rd., Bldg. 600, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
debrabernstein@quinnemanuel.com

Michelle Schmit
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
michelleschmit@quinnemanuel.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

EDWARD C. KONIECZNY LLC

By: /s/ *Edward C. Konieczny*
Edward C. Konieczny (admitted *pro hac vice*)
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 380-1430
Facsimile: (404) 382-6011
ed@koniecznylaw.com

SMITH, GAMBRELL & RUSSELL, LLP
David C. Newman (admitted *pro hac vice*)
Wm. Parker Sanders (admitted *pro hac vice*)
Stephen A. Youngblood (admitted *pro hac vice*)
Amy E. Buice (admitted *pro hac vice*)
1105 W. Peachtree St. NE
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
dnewman@sgrlaw.com
psanders@sgrlaw.com
syoungblood@sgrlaw.com
abuice@sgrlaw.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc.*

AXINN, VELTROP & HARKRIDER LLP

By: /s/ *Kail J. Jethmalani*
Kail J. Jethmalani (admitted *pro hac vice)*
Denise L. Plunkett (admitted *pro hac vice)*
Nicholas E.O. Gaglio (admitted *pro hac vice)*
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Telephone: (212) 728-2200
kjethmalani@axinn.com
dplunkett@axinn.com
ngaglio@axinn.com

Daniel K. Oakes (admitted *pro hac vice)*
Kenina J. Lee (admitted *pro hac vice*)
Michael J. O'Mara (admitted *pro hac vice*)
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
radcox@axinn.com
doakes@axinn.com
klee@axinn.com
momara@axinn.com

Jarod G. Taylor (admitted *pro hac vice)*
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
jtaylor@axinn.com

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc.*