# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: *End-User Consumer Plaintiffs Action* | |

## END-USER CONSUMER PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS GIVEN that the End-User Consumer Plaintiffs, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order Granting End-User Consumer Plaintiffs' Motion for Final Approval of Class Action Settlements entered on June 30, 2025 (Dkt. No. 7790), the Judgment entered on July 7, 2025 (Dkt. No. 7796), and all interlocutory orders and rulings merging therein.[1]

---

[1] Specifically, Plaintiffs-Appellants End-User Consumer Plaintiffs are: Ian Adams, Angela Ashby, Linda Cheslow, Kenneth Cote, Kristin Davis, Abraham Drucker, James Flasch, Christina Hall, Matthew Hayward, Richard Heftel, Stephen Holt, Joshua Madsen, William Marino, Dorothy Monahan, Dina Morris, Alison Pauk, Daniel Pearcy, Michael Perry, Catherine Senkle, Diane Spell, Margo Stack, Marilyn Stangeland, Eric Thomas, Leslie/David Weidner, and Natalie Wilbur.

DATED: July 29, 2025 Respectfully submitted,

 /s/ Shana E. Scarlett
   SHANA E. SCARLETT
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Steve W. Berman (IL Bar No. 3126833)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Co-Lead Counsel for End-User Consumer Plaintiff Class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 29, 2025, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will cause notice to be sent to all counsel of record.

DATED: July 29, 2025  /s/ *Shana E. Scarlett*
SHANA E. SCARLETT