UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO:<br><br>*Aramark Food and Support Services Group, Inc.,*<br>*v.*<br>*Tyson Foods, Inc., et al.* | Individual Case No. 1:21-cv-3663 |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT PILGRIM'S**

Plaintiff Aramark Food and Support Services Group, Inc. ("Plaintiff") and Pilgrim's Pride Corporation ("Pilgrim's"), by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal With Prejudice.

1. This Stipulation of Dismissal With Prejudice ("Stipulation") is between Plaintiff and Pilgrim's.

2. This Stipulation relates only to *Aramark Food and Support Services Group, Inc. v. Tyson Foods, Inc., et al.* (U.S. Dist. Ct. N.D. Ill. Case No. 1:21-cv-3663), which has been transferred, reassigned, and/or centralized within the matter captioned *In re Boiler Chicken Antitrust Litigation*, Case No. 16-cv-08637 (N.D. Ill.) (*see* ECF No. 962), which is currently pending in the United States District Court for the Northern District of Illinois (collectively, the "Action").

3. All of the Plaintiff's Claims asserted against Pilgrim's in the Action shall be dismissed with prejudice, with each side bearing its own fees and costs.

4. The Stipulation of Dismissal, with prejudice, has no bearing on Plaintiff's other claims against any and all Defendants other than Pilgrim's.

Dated  October 8,  2025

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: philip.iovieno@cwt.com
  nicholas.gravante@cwt.com
  jack.stern@cwt.com
  gillian.burns@cwt.com
  mark.singer@cwt.com
  elizabeth.moore@cwt.com

**Counsel for Aramark Food and Support Services Group, Inc.**

Respectfully submitted,

*/s/  Michael D. Bonanno*
Michael D. Bonanno
William A. Burck
Christopher G. Michel
Kathleen A. Lanigan
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
mikebonanno@quinnemanuel.com
williamburck@quinnemanuel.com
christophermichel@quinnemanuel.com
katlanigan@quinnemanuel.com

Debra D. Bernstein
1200 Abernathy Rd., Bldg. 600, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
debrabernstein@quinnemanuel.com

Michelle Schmit
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
michelleschmit@quinnemanuel.com

**Counsel for Defendant Pilgrim's Pride Corporation**

**SO ORDERED:** /s/ Thomas M. Durkin  Dated: 10/8/2025