## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637 |
| | Judge Thomas M. Durkin |
| THIS DOCUMENT RELATES TO: | |
| *Walmart Inc. v. Pilgrim's Pride Corp., et al.*, Case No. 19-cv-03915 | |

### STIPULATION [AND PROPOSED ORDER] OF DISMISSAL WITH PREJUDICE OF DEFENDANTS KOCH FOODS INCORPORATED, JCG FOODS OF ALABAMA, LLC, JCG FOODS OF GEORGIA, LLC, AND KOCH MEAT CO., INC.

The parties in the above-styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiffs Walmart Inc., Wal-Mart Stores Texas, LLC, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East LP, Sam's West, Inc., Sam's East, Inc. (collectively, "Walmart") and Defendants Koch Foods Incorporated, JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, and Koch Meat Co., Inc. (collectively "Koch").

1.     This Stipulation relates to *Walmart Inc., et al. v. Pilgrim's Pride Corp.*, Case No. 1:19-cv-03915, as made part of the case captioned *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-086317 (the "Action").

2.     In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Walmart and Koch stipulate and agree to the dismissal, with prejudice, of Walmart's claims asserted against Koch in the Action, with each side bearing its own attorneys' fees and costs. The Stipulation of

Dismissal, with prejudice, has no bearing on Walmart's claims against Defendants other than Koch.

**So Ordered** _____     Dated: _____
                 United States District Judge

Dated: December 8, 2025                    Respectfully submitted,


By: */s/ Ravi Bhalla* _____          By: */s/ Stephen J. Siegel* _____


Neal S. Manne (2017083)                   Stephen Novack
Ryan Caughey                              Stephen J. Siegel
SUSMAN GODFREY L.L.P.                      ARMSTRONG TEASDALE LLP
1000 Louisiana Street, Suite 5100         100 North Riverside Plaza
Houston, Texas 77002                      Chicago, Illinois 60606
Phone:  (713) 651-9366                    (312) 419-6900
nmanne@susmangodfrey.com                  snovack@atllp.com
rcaughey@susmangodfrey.com                ssiegel@atllp.com

Shawn J. Rabin                            *Attorneys for Defendants Koch Foods*
Steven M. Shepard                         *Incorporated, JCG Foods of Alabama LLC,*
Elizabeth Aronson                         *JCG Foods of Georgia LLC and Koch Meat*
Ravi P.S. Bhalla                          *Co., Inc.*
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Phone:  (212) 336-8330
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
baronson@susmangodfrey.com
rbhalla@susmangodfrey.com

Terence H. Campbell
COTSIRILOS, TIGHE, STREICKER,
POULOS & CAMPBELL
33 N. Dearborn Street, Suite 600
Chicago, IL  60602
Phone:  (312) 263-0345
tcampbell@cotsiriloslaw.com

*Attorneys for Walmart*