UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE: BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOUCMENT RELATES TO:<br><br>*Chick-fil-A, Inc. v. Agri Stats, Inc. et al*, Case No. 20-cv-7205. | Main Case No.: 1:16-CV-08637<br><br>Hon. Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF MAR-JAC POULTRY, INC., MAR-JAC POULTRY MS, LLC, MAR-JAC POULTRY AL, LLC, MAR-JAC AL/MS, INC., MAR-JAC POULTRY, LLC AND MAR-JAC HOLDINGS, INC.**

Plaintiff Chick-Fil-A, Inc. ("Chick-fil-A" or "Plaintiff") and Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC and Mar-Jac Holdings, Inc. (collectively, "Mar-Jac") submit this Stipulation of Dismissal With Prejudice.

1. This Stipulation of Dismissal With Prejudice ("Stipulation") is between Plaintiff and Mar-Jac.

2. This Stipulation relates only to Case No. 20-cv-7205, which has been administratively consolidated pursuant to Local Rule 40.4(a) within the matter captioned *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.).

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Mar-Jac stipulate and agree to the dismissal with prejudice of all of Plaintiff's claims against Mar-Jac, with each side bearing their own attorneys' fees and costs.

4. This Stipulation has no bearing on Plaintiffs' claims against all Defendants other than Mar-Jac.

WHEREFORE, the parties respectfully request the Court issue the [Proposed] Order of Dismissal.

| | |
|---|---|
| Dated: December 29, 2025 | Respectfully submitted, |
| | /s/ *Ryan P. Phair* |
| | Ryan P. Phair (#479050) |
| | PAUL HASTINGS LLP |
| | 2050 M Street NW Washington, D.C. 20036 |
| | Tel: (202) 551-1700 |
| | ryanphair@paulhastings.com |
| | |
| | *Counsel for Plaintiff Chick-fil-A, Inc.* |
| | |
| | /s/ *Edward C. Konieczny* |
| | Edward C. Konieczny |
| | EDWARD C. KONIECZNY LLC |
| | 1105 W. Peachtree Street NE, Suite 1000 |
| | Atlanta, GA 30309 |
| | ed@koniecznylaw.com |
| | |
| | *Counsel for Mar-Jac Poultry, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC and Mar-Jac Holdings, Inc.* |

**SO ORDERED:** *Thomas M Durkin* Dated: 12/30/2025