# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br>*The Johnny Rockets Group, Inc. v. Tyson Foods, Inc. et al.*, Case No. 20-cv-3459 | No. 1:16-cv-08637<br><br>District Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff The Johnny Rockets Group, Inc. (referred to herein as "Plaintiff") and Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Tyson") and Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, and Equity Group - Georgia Division LLC (collectively, "Keystone") have agreed to resolve Plaintiff's claims against Tyson and Keystone.

WHEREAS, Tyson has received conditional leniency from the Antitrust Division of the U.S. Department of Justice with regard to conduct underlying the criminal antitrust charges against certain suppliers and their executives in the cases captioned *United States v. Penn et al.*, *United States v. Pilgrim's Pride Corp.*, *United States v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms*, *United States v. McGuire*, and *United States v. Koch Foods Incorporated* ("Criminal Investigation");

WHEREAS, Tyson, as the leniency recipient, has provided timely, fulsome, and satisfactory ongoing cooperation to Plaintiff with regard to those claims by Plaintiff that arise from

the Criminal Investigation ("Bid-Rigging Claims") within the meaning of the Antitrust Criminal Penalty Enhancement and Reform Act, Pub. L. No. 108-237, 118 Stat. 661 ("ACPERA");

WHEREAS, ACPERA, to the extent it is deemed applicable, statutorily removes Tyson from joint and several and treble damages liability to Plaintiff for its Bid-Rigging Claims and limits Tyson's liability to single, actual damages for those claims;

NOW, THEREFORE, pursuant to Federal Rules of Civil Procedure 15(a) and 41(a), the parties stipulate and jointly move the Court to dismiss Plaintiff's claims against Tyson and Keystone with prejudice. The parties shall bear their respective fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

**So Ordered**  _____     Dated: _____
United States District Judge

| | |
|---|---|
| Dated: January 2, 2026 | Respectfully submitted, |

| | |
|---|---|
| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | AXINN, VELTROP & HARKRIDER LLP |
| By: */s/ Scott N. Wagner*<br>Robert W. Turken (*pro hac vice*)<br>Lori P. Lustrin (*pro hac vice*)<br>Scott N. Wagner (*pro hac vice*)<br>1450 Brickell Ave<br>Suite 2300<br>Miami, Florida 33131-3456<br>Tel: (305) 374-7580<br>Fax: (305) 374-7593<br>rturken@bilzin.com<br>llustrin@bilzin.com<br>swagner@bilzin.com<br><br>*Attorneys for The Johnny Rockets Group, Inc.* | By: */s/ Kail J. Jethmalani*<br>Kail J. Jethmalani (#5352307)<br>Denise L. Plunkett (*pro hac vice*)<br>Tomasz Mielniczuk (#5854484)<br>Victoria J. Lu (#5925797)<br>Blake E. Pescatore (#5985775)<br>630 Fifth Avenue, 33rd Floor<br>New York, NY 10111<br>Telephone: (212) 728-2200<br>kjethmalani@axinn.com<br>dplunkett@axinn.com<br>tmielniczuk@axinn.com<br>vlu@axinn.com<br>bpescatore@axinn.com<br><br>Daniel K. Oakes (#1009519)<br>Michael J. O'Mara (*pro hac vice*)<br>Kenina J. Lee (#1017499)<br>1901 L Street NW<br>Washington, DC 20036<br>Telephone: (202) 912-4700<br>doakes@axinn.com<br>momara@axinn.com<br>klee@axinn.com<br><br>**LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.**<br>Jordan M. Tank<br>230 West Monroe, Street, Ste 2260<br>Chicago, IL 60606<br>Telephone: (312) 702-0586<br>jmt@lipelyons.com<br><br>*Attorneys for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, and Equity Group - Georgia Division LLC* |