**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*All Track 2 Direct Action Plaintiff Actions* | Case No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**TRACK TWO SCHEDULING ORDER NO. 2
AND CASE MANAGEMENT ORDER**

As discussed at the December 17, 2025 status hearing, and pursuant to the Court's December 3, 2025 and December 23, 2025 Orders (ECF Nos. 8143 & 8164), the Court hereby enters this Track Two Scheduling Order No. 2 and Case Management Order as to all actions brought by Direct Action Plaintiffs ("DAPs"). This Order supersedes the previous Track Two Scheduling Order No. 1 and Case Management Order (ECF No. 7720) entered on May 13, 2025.

All current deadlines are RESET as follows:

| Event | Deadline |
|---|---|
| Deadline to serve deposition subpoenas on third parties | March 6, 2026 |
| Close of fact discovery | May 8, 2026 |
| Identification and Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures for any DAP expert who may testify at trial | June 5, 2026 |
| Deadline for Defendants to depose DAP experts | July 24, 2026 |
| Identification and Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures for any Defendant affirmative and/or rebuttal expert who may testify at trial | August 14, 2026 |
| Deadline for DAPs to depose Defendants' experts | September 28, 2026 |
| Expert reports from Plaintiffs' experts rebutting Defendants' affirmative expert reports | October 9, 2026 |

| Event | Deadline |
|---|---|
| Deadline for Defendants to depose DAP experts regarding rebuttal reports | November 23, 2026 |
| Deadline for summary judgment motions and merits expert *Daubert* motions | December 18, 2026 |
| Deadline for responses to summary judgment motions and merits expert *Daubert* motions | February 12, 2027 |
| Deadline for replies in support of summary judgment motions and merits expert *Daubert* motions | March 24, 2027 |
| **Track 2 Trial** | **September 13, 2027** |

**SO ORDERED.**

Dated: January 7, 2026

Jeffrey T. Gilbert
U.S. Magistrate Judge