**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Track 2 Direct Action Plaintiff Actions* | Case No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## JOINT STATUS REPORT

Pursuant to the Court's February 13, 2026 Order, ECF No. 8258, the parties submit this joint status report regarding Certain Direct Action Plaintiffs' ("Certain DAPs")[1] remaining disputes with Defendants concerning custodians and search terms.

### I. HOUSE OF RAEFORD

Certain DAPs and House of Raeford ("HRF") continue to agree in principle on the relevant custodians and search parameters, but the parties remain at an impasse on the need for and format of any validation of HRF's manual search process.

HRF is still engaged in collection, processing, and review of documents pursuant to the agreements in principle reached with Certain DAPs on February 10, 2026. Certain DAPs maintain that any agreement on search terms and custodians is subject to a quality control/validation process whereby HRF would agree to produce a random sample of 2,000 documents coded "not relevant" (500 from each custodian) so that Certain DAPs can review this control group for false negatives. Certain DAPs wish for this review (if required) to occur as soon as practicable so the parties have sufficient time to make any adjustments that may be necessary before the end of the discovery

---

[1] As in the prior status report, ECF No. 8253, "Certain DAPs" excludes those DAPs represented by Bilzin Sumberg Baena Price & Axelrod LLP, which have reached separate agreements with Defendants on search terms and custodians.

period. HRF remains committed to its proposal to report further to Certain DAPs once its collection and review is completed and to meet and confer regarding Certain DAPs' request for a new validation protocol for HRF's supplemental document production to Certain DAPs. The parties seek the Special Master's assistance to resolve the dispute over the timing and substance of any quality control/validation process, with the timing of such assistance to be determined by the Special Master.

## II.     PERDUE

Certain DAPs and Perdue have engaged in productive discussions and met and conferred since the February 10 joint status report, including additional proposals, counter-proposals, and telephone calls. Currently, the parties disagree as to Certain DAPs' request for an additional custodian as well as the appropriate limiter for search terms. Certain DAPs and Perdue both agreed to consider additional ways to resolve this dispute and will provide an update to the Special Master early next week.

Dated: February 20, 2026                       Respectfully submitted,

/s/ David B. Esau                                    /s/ Derek T. Ho
CARLTON FIELDS, P.A.                         Derek T. Ho (*pro hac vice*)
David B. Esau                                         Alejandra Ávila (*pro hac vice*)
Email: desau@carltonfields.com           Travis G. Edwards (*pro hac vice*)
Kristin A. Gore                                       Mary Charlotte Y. Carroll (*pro hac vice*)
Email: kgore@carltonfields.com           Jared M. Stehle (*pro hac vice*)
Garth T. Yearick                                     KELLOGG, HANSEN, TODD, FIGEL
Email: gyearick@carltonfields.com           & FREDERICK, P.L.L.C.
525 Okeechobee Boulevard, Suite 1200   1615 M Street, N.W., Suite 400
West Palm Beach, Florida 33401           Washington, D.C. 20036
Tel: (561) 659-7070                               Tel: (202) 326-7900
Fax: (561) 659-7368                              Fax: (202) 326-7999
                                                             dho@kellogghansen.com
Aaron A. Holman                                   aavila@kellogghansen.com
Email: aholman@carltonfields.com         tedwards@kellogghansen.com
200 S. Orange Avenue, Suite 1000         mcarroll@kellogghansen.com
Orlando, Florida 32801                           jstehle@kellogghansen.com

2

Tel: (407) 849-0300
Fax: (407) 648-9099

CARLTON FIELDS, LLP
Scott L. Menger
Email: smenger@carltonfields.com
2029 Century Park East, Suite 1200
Los Angeles, California 90067
Tel: (310) 843-6300
Fax: (301) 843-6301

*Counsel for Plaintiffs United Supermarkets,
LLC; Krispy Krunchy Foods, LLC; Cheney
Bros. Inc.; Hooters of America, LLC;
Checkers Drive-In Restaurants Inc.;
Restaurants of America, Inc.; LTP
Management Group, Inc.; Gibson, Greco &
Wood, Ltd; Hooters Management
Corporation; Anaheim Wings, LLC d/b/a
Hooters of Anaheim; Bonita Plaza Wings,
LLC d/b/a Hooters of Plaza Bonita; Costa
Mesa Wings, LLC d/b/a Hooters of Costa
Mesa; Downtown Wings, LLC previously
d/b/a Hooters of Downtown LA; Gaslamp
Wings, LLC previously d/b/a Hooters of San
Diego; Hollywood Wings, LLC d/b/a Hooters
of Hollywood; Mission Valley Wings, LLC
d/b/a Hooters of Mission Valley; Oceanside
Wings, LLC previously d/b/a Hooters of
Oceanside; Ontario Wings, LLC d/b/a
Hooters of Ontario; Rancho Bernardo
Wings, LLC d/b/a Hooters of San Marcos;
South Gate Wings, LLC d/b/a Hooters of
South Gate; Wings Over Long Beach, LLC
d/b/a Hooters of Long Beach; Bob Evans
Farms, Inc.; The Fresh Market, Inc.; Wawa,
Inc.; Restaurant Services, Inc.; Cajun
Operating Company d/b/a Church's
Chicken; Sonic Industries Services Inc.;
Buffalo Wild Wings, Inc.; CKE Restaurants
Holdings, Inc.; Focus Brands, LLC; The
Cheesecake Factory Incorporated;
Whatabrands LLC; Whataburger
Restaurants LLC; ARCOP, Inc.; and
Independent Purchasing Cooperative, Inc.*

*Counsel for Plaintiffs Amory Investments
LLC, John Soules Foods, Inc., John Soules
Acquisitions LLC, and Carina Ventures LLC*

/s/ *David C. Eddy*
David C. Eddy, Esquire
N.D. Illinois Bar No. 72258
Dennis J. Lynch, Esquire
N.D. Illinois Bar No. 07622
ANTITRUST LAW GROUP, LLC
1601 Assembly Street
P.O. Box 8117
Columbia, SC 29202
Tel: (803) 253-8267
E-mail: deddy@theantitrustlawgroup.com
dlynch@theantitrustlawgroup.com

*Counsel for Plaintiffs Conagra Brands, Inc.;
Pinnacle Foods, Inc.; Kraft Heinz Foods
Company; Nestlé USA, Inc.; Nestlé Purina
PetCare Company; and Compass Group
USA, Inc.*

GREENBERG TRAURIG, LLP

/s/ *Dominic E. Draye*
Dominic E. Draye (admitted *pro hac vice*)
Arizona Bar No. 033012
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 602 445-8000
Fax: 602 445-8100
E-mail: drayed@gtlaw.com

Aaron S. Klein
Illinois No. 6324173
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
T: 312-456-8400
F: 312-456-8436
Aaron.Klein@gtlaw.com

*Attorneys for Services Group of America, Inc.*

3

/s/ Elizabeth R. Moore
Elizabeth R. Moore
CADWALADER, WICKERSHAM &
TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: elizabeth.moore@cwt.com

*Counsel for Plaintiffs Jetro Holdings, LLC;
BJ's Wholesale Club, Inc.; Maximum
Quality Foods, Inc.; Sherwood Food
Distributors, L.L.C.; Harvest Meat
Company, Inc.; Western Boxed Meat
Distributors, Inc.; Hamilton Meat, LLC;
Darden Restaurants, Inc.; PJ Food Service,
Inc.; Feeser's Inc.; Thurston Foods, Inc.;
McDonald's Corporation; Costco
Wholesale Corporation; Gordon Food
Service, Inc.; Glazier Foods Company;
Wood-Fruitticher Grocery Company, Inc.;
Aramark Food and Support Services Group,
Inc.; Poultry Products Company of New
England LLC; Poultry Products Company,
LLC; Poultry Products of Connecticut,
LLC; Poultry Products of Maine, LLC;
Panda Restaurant Group, Inc.; and Quality
Supply Chain Co-op, Inc.*

/s/ Ryan P. Phair
Ryan P. Phair (#479050)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Tel: (202) 551-1700
E-mail: ryanphair@paulhastings.com

*Counsel for Plaintiffs ALDI, Inc., Sodexo,
Inc. and Sodexo Operations, LLC*

/s/ Paul J. Ripp

/s/ Scott E. Gant
Scott E. Gant (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
(202) 237-2727
sgant@bsfllp.com

*Counsel for Plaintiffs The Campbell's
Company (formerly known as Campbell Soup
Company); Campbell Soup Supply Company,
L.L.C.; McLane Company, Inc.;
McLane/MidAtlantic, Inc.; McLane/Midwest,
Inc.; McLane Minnesota, Inc.; McLane New
Jersey, Inc.; McLane/Eastern, Inc.;
McLane/Suneast, Inc.; McLane Ohio, Inc.;
McLane/Southern, Inc.; McLane/Western,
Inc.; McLane Express, Inc.; Kinexo, Inc.;
McLane Foodservice Distribution, Inc.;
McLane Foodservice, Inc.; and Target Corp.*

/s/ Jay B. Shapiro
Jay B. Shapiro (Admitted *pro hac vice*)
Samuel O. Patmore (Admitted *pro hac vice*)
Carlos J. Canino (Admitted *pro hac vice*)
Abigail G. Corbett (Admitted *pro hac vice*)
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Tel: (305) 789-3200
Fax: (305) 789-3395
E-mail: jshapiro@stearnsweaver.com
spatmore@stearnsweaver.com
ccanino@stearnsweaver.com
acorbett@stearnsweaver.com

*Counsel for Plaintiffs Quirch Foods, LLC
and Supply Management Services, Inc.*

/s/ Keith L. Butler

4

Paul J. Ripp
WILLIAMS BARBER MOREL LTD.
233 S. Wacker Dr. Suite 6800
Chicago, IL 60606
Tel: (312) 443-3205
Fax: (312) 630-8500
Email: pjr@williamsbarbermorel.com

Michael Gratz, Jr. (*pro hac vice*)
GRATZ & GRATZ, P.A.
312 N. Green Street
Tupelo, MS 38804
Tel: (662) 844-5531
Fax: (662) 844-8747
E-mail: michael@gratzandgratz.com

*Counsel for Plaintiffs L. Hart, Inc., R & D Marketing, LLC, Timber Lake Foods, Inc., EMA Foods Co., LLC, and Red Bird Farms Distribution Company*

/s/ Martin F. Gaynor III
Martin F. Gaynor III (admitted *pro hac vice*)
Massachusetts Bar No. 564384
HUNTON ANDREWS KURTH LLP
60 State Street
Boston, MA 02109
Tel: (617) 648-2741
E-Mail: mgaynor@hunton.com

*Counsel for Plaintiff Ahold Delhaize USA, Inc.*

/s/ Shawn J. Rabin
Shawn J. Rabin
Neal S. Manne (2017083)
Ryan Caughey
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
E-mail: nmanne@susmangodfrey.com
rcaughey@susmangodfrey.com

Keith L. Butler
Cindy Reichline
Ryan Roth
BRS LLP
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Main: (310) 295-9524
kbutler@brsllp.com
creichline@brsllp.com
rroth@brsllp.com

*Counsel for Direct Action Plaintiffs Biscuitville Inc.; Golden Tree Restaurants, LLC; Huddle House, Inc.; Patterson TMP Operating, LLC; and Perkins LLC*

/s/ William J. Blechman
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Michael A. Ponzoli, Esquire
SPERLING KENNY NACHWALTER, LLC
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
E-mail: wjb@sperlingkenny.com
dpatton@sperlingkenny.com
mponzoli@sperlingkenny.com

*Counsel for Plaintiffs Pollo Operations, Inc. and US Foods, Inc.*

5

Shawn J. Rabin
Steven M. Shepard
Ravi P.S. Bhalla
Elizabeth Aronson
One Manhattan West
50th Floor
New York, N.Y. 10001
Tel: (212) 336-8330
E-mail: srabin@susmangodfrey.com
sshepard@susmangodfrey.com
rbhalla@susmangodfrey.com
baronson@susmangodfrey.com

*Counsel for Plaintiffs Walmart Inc.;
WalMart Stores East, LP; Wal-Mart Stores
Arkansas, LLC; Wal-Mart Stores Texas,
LLC; Wal-Mart Louisiana, LLC; Sam's
West, Inc.; Sam's East, Inc.*

6

VENABLE LLP

By: /s/ *Danielle Foley*
J. Douglas Baldridge (437768)
Danielle Foley (admitted *pro hac vice*)
Lisa Jose Fales (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
drfoley@venable.com
ljfales@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc.*
*and Perdue Foods LLC*

VEDDER PRICE P.C.

By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#03122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES &
CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
2710 Wycliff Road, Suite 310
Raleigh, NC 27607
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford*
*Farms, Inc.*

7