## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Maplevale Farms, Inc., et al.

                     Plaintiff,

v.

Koch Foods, Inc., et al.

                     Defendant.

Case No.: 1:16–cv–08637
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 23, 2026:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed certain parties' Joint Status Report [8268]. The Direct Action Plaintiffs identified in that Report ("DAPs") and Defendant Perdue shall file a joint status report by 3/4/26 with an update on their progress, if any, on the identification of an additional Perdue custodian and an appropriate limiter for search terms. If these parties reach impasse on those issues, then they are directed to contact the Special Master about resolving their dispute(s). The Special Master will reach out to certain DAPs and Defendant House of Raeford to address the quality control/validation process as to which they report they are at impasse. The status report due by 3/4/26 also should contain an update on any progress made between certain DAPs and House of Raeford with (or without) the assistance of the Special Master. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.