# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Maplevale Farms, Inc., et al.

                                        Plaintiff,

v.                                                      Case No.: 1:16–cv–08637
                                                        Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2026:

     MINUTE entry before the Honorable Thomas M. Durkin: Motions to seal [7834] [7896] [7908] are granted. Motions [7835] [7841] and [7899] are stricken because, although they were presented before the District Judge, the motions concern discovery issues that have been referred to Judge Gilbert and presented to the Special Master, and should be addressed by them in the first instance. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.