**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Track 2 Direct Action Plaintiff Actions* | Case No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## **JOINT STATUS REPORT**

Pursuant to the Court's October 21, 2025 Order, ECF No. 8001, the parties submit this joint status report regarding the status of Track 2 fact depositions.

The Direct Action Plaintiffs ("DAPs") and Defendants have continued to make significant progress in scheduling depositions since the November 20, December 17, and February 5 status conferences. Attached as Appendix A is a chart detailing the depositions of Defendants that DAPs have noticed or scheduled. As of this filing, DAPs have confirmed dates for 13 depositions[1] of Defendants and are in the process of scheduling 13 other depositions.[2] DAPs have taken 24 depositions of Defendants to date. Attached as Appendix B is a chart detailing the depositions of DAPs that Defendants have noticed or scheduled. As of this filing, Defendants have confirmed

---

[1] This count now excludes depositions that DAPs have already taken.

[2] This count excludes Joe F. Sanderson, Jr.'s deposition, the status of which is uncertain. Defendants have alerted DAPs to certain health issues that may prevent his deposition, and the parties are continuing to discuss. It also excludes Bob Davenport's deposition, which the parties have agreed to take off the deposition schedule pending changes based upon upcoming productions by Defendants.

dates for 22 depositions of DAPs and are in the process of scheduling 69 other depositions. Defendants have taken 58 depositions of DAPs to date.[3,4]

To date, the parties have not reached impasse on any scheduling or cross-notice issues discussed at the October 21 status conference. Both DAPs and Defendants remain committed to scheduling depositions as early as is practicable and look forward to reporting further progress to the Court in two weeks.

Dated: March 3, 2026        Respectfully submitted,

| | |
|---|---|
| */s/ David B. Esau* | */s/ Derek T. Ho* |
| CARLTON FIELDS, P.A. | Derek T. Ho (*pro hac vice*) |
| David B. Esau | Alejandra Ávila (*pro hac vice*) |
| Email: desau@carltonfields.com | Travis G. Edwards (*pro hac vice*) |
| Kristin A. Gore | Mary Charlotte Y. Carroll (*pro hac vice*) |
| Email: kgore@carltonfields.com | Jared M. Stehle (*pro hac vice*) |
| Garth T. Yearick | KELLOGG, HANSEN, TODD, FIGEL |
| Email: gyearick@carltonfields.com |    & FREDERICK, P.L.L.C. |
| 525 Okeechobee Boulevard, Suite 1200 | 1615 M Street, N.W., Suite 400 |
| West Palm Beach, Florida 33401 | Washington, D.C. 20036 |
| Tel: (561) 659-7070 | Tel: (202) 326-7900 |
| Fax: (561) 659-7368 | Fax: (202) 326-7999 |
| | dho@kellogghansen.com |

---

[3] DAPs disagree with Defendants' counts of DAP depositions taken and scheduled. Defendants are counting certain 30(b)(1) and 30(b)(6) depositions of the same witness as one deposition instead of two. In addition, Defendants are not counting the deposition of Nate Marion (Target) which they cancelled after confirming. Lastly, Defendants are improperly counting depositions for witnesses that worked at multiple DAPs, including Barry Barnett and Christopher Ward. DAPs' position is that Defendants have taken 63 (not 58) depositions and have confirmed dates for 24 (not 22) depositions.

[4] As stated in Appendix B, prior to the entry of the order extending the trial date, DAPs agreed to combine certain 30(b)(1) and 30(b)(6) depositions involving a single witness and count each combined deposition as a single deposition. Once the schedule was extended, they told Defendants that the 30(b)(1) deposition should be taken separately, on a separate transcript, from the 30(b)(6) deposition. They now argue that each combined deposition should count as two depositions. Defendants disagree and reserve all rights. Defendants cancelled Nathan Marion's deposition in the first week of December. At DAPs' request, Defendants have continued to include the cancelled Marion deposition on the joint status reports, but Defendants have never counted this deposition as a taken or confirmed deposition in any previous status report since its cancellation.

Aaron A. Holman
Email: aholman@carltonfields.com
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

CARLTON FIELDS, LLP
Scott L. Menger
Email: smenger@carltonfields.com
2029 Century Park East, Suite 1200
Los Angeles, California 90067
Tel: (310) 843-6300
Fax: (301) 843-6301

*Counsel for Plaintiffs United Supermarkets, LLC; Krispy Krunchy Foods, LLC; Cheney Bros. Inc.; Hooters of America, LLC; Checkers Drive-In Restaurants Inc.; Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd; Hooters Management Corporation; Anaheim Wings, LLC d/b/a Hooters of Anaheim; Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita; Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa; Downtown Wings, LLC previously d/b/a Hooters of Downtown LA; Gaslamp Wings, LLC previously d/b/a Hooters of San Diego; Hollywood Wings, LLC d/b/a Hooters of Hollywood; Mission Valley Wings, LLC d/b/a Hooters of Mission Valley; Oceanside Wings, LLC previously d/b/a Hooters of Oceanside; Ontario Wings, LLC d/b/a Hooters of Ontario; Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos; South Gate Wings, LLC d/b/a Hooters of South Gate; Wings Over Long Beach, LLC d/b/a Hooters of Long Beach; Bob Evans Farms, Inc.; The Fresh Market, Inc.; Wawa, Inc.; Restaurant Services, Inc.; Cajun Operating Company d/b/a Church's Chicken; Sonic Industries Services Inc.; Buffalo Wild Wings, Inc.; CKE Restaurants Holdings, Inc.; Focus Brands, LLC; The Cheesecake Factory Incorporated;*

aavila@kellogghansen.com
tedwards@kellogghansen.com
mcarroll@kellogghansen.com
jstehle@kellogghansen.com

*Counsel for Plaintiffs Amory Investments LLC, John Soules Foods, Inc., John Soules Acquisitions LLC, and Carina Ventures LLC*

/s/ Lori P. Lustrin
Lori P. Lustrin
Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA
PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
llustrin@bilzin.com
rturken@bilzin.com
swagner@bilzin.com

*Counsel for Boston Market Corporation, Bojangles' Restaurants, Inc. and Bojangles' Opco, LLC, Golden Corral Corp., El Pollo Loco, Inc., Zaxby's Franchising LLC, Domino's Pizza LLC and Domino's Pizza Distribution LLC, Cracker Barrel Old Country Store, Inc., CBOCS Distribution, Inc., Barbeque Integrated, Inc. d/b/a Smokey Bones Bar & Fire Grill, Shamrock Foods Company, United Food Service, Inc., Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., WZ Franchise Corp., Captain D's LLC, and White Castle Purchasing Co.*

/s/ David C. Eddy
David C. Eddy, Esquire
N.D. Illinois Bar No. 72258
Dennis J. Lynch, Esquire
N.D. Illinois Bar No. 07622
ANTITRUST LAW GROUP, LLC
1601 Assembly Street

3

*Whatabrands LLC; Whataburger Restaurants LLC; ARCOP, Inc.; and Independent Purchasing Cooperative, Inc.*

/s/ Elizabeth R. Moore

Elizabeth R. Moore
CADWALADER, WICKERSHAM &
TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: elizabeth.moore@cwt.com

*Counsel for Plaintiffs Jetro Holdings, LLC; BJ's Wholesale Club, Inc.; Maximum Quality Foods, Inc.; Sherwood Food Distributors, L.L.C.; Harvest Meat Company, Inc.; Western Boxed Meat Distributors, Inc.; Hamilton Meat, LLC; Darden Restaurants, Inc.; PJ Food Service, Inc.; Feeser's Inc.; Thurston Foods, Inc.; McDonald's Corporation; Costco Wholesale Corporation; Gordon Food Service, Inc.; Glazier Foods Company; Wood-Fruitticher Grocery Company, Inc.; Aramark Food and Support Services Group, Inc.; Poultry Products Company of New England LLC; Poultry Products Company, LLC; Poultry Products of Connecticut, LLC; Poultry Products of Maine, LLC; Panda Restaurant Group, Inc.; and Quality Supply Chain Co-op, Inc.*

/s/ Ryan P. Phair

Ryan P. Phair (#479050)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Tel: (202) 551-1700
E-mail: ryanphair@paulhastings.com

P.O. Box 8117
Columbia, SC 29202
Tel: (803) 253-8267
E-mail: deddy@theantitrustlawgroup.com
dlynch@theantitrustlawgroup.com

*Counsel for Plaintiffs Conagra Brands, Inc.; Pinnacle Foods, Inc.; Kraft Heinz Foods Company; Nestlé USA, Inc.; Nestlé Purina PetCare Company; and Compass Group USA, Inc.*

GREENBERG TRAURIG, LLP

/s/ Dominic E. Draye

Dominic E. Draye (admitted *pro hac vice*)
Arizona Bar No. 033012
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 602 445-8000
Fax: 602 445-8100
E-mail: drayed@gtlaw.com

Aaron S. Klein
Illinois No. 6324173
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
T: 312-456-8400
F: 312-456-8436
Aaron.Klein@gtlaw.com

*Attorneys for Services Group of America, Inc.*

/s/ Scott E. Gant

Scott E. Gant (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
(202) 237-2727
sgant@bsfllp.com

*Counsel for Plaintiffs The Campbell's Company (formerly known as Campbell Soup Company); Campbell Soup Supply Company,*

*Counsel for Plaintiffs ALDI, Inc., Sodexo, Inc. and Sodexo Operations, LLC*

/s/ Paul J. Ripp
Paul J. Ripp
WILLIAMS BARBER MOREL LTD.
233 S. Wacker Dr. Suite 6800
Chicago, IL 60606
Tel: (312) 443-3205
Fax: (312) 630-8500
Email:  pjr@williamsbarbermorel.com

Michael Gratz, Jr. (*pro hac vice*)
GRATZ & GRATZ, P.A.
312 N. Green Street
Tupelo, MS 38804
Tel: (662) 844-5531
Fax: (662) 844-8747
E-mail: michael@gratzandgratz.com

*Counsel for Plaintiffs L. Hart, Inc., R & D Marketing, LLC, Timber Lake Foods, Inc., EMA Foods Co., LLC, and Red Bird Farms Distribution Company*

/s/ Martin F. Gaynor III
Martin F. Gaynor III (admitted *pro hac vice*)
Massachusetts Bar No. 564384
HUNTON ANDREWS KURTH LLP
60 State Street
Boston, MA  02109
Tel: (617) 648-2741
E-Mail: mgaynor@hunton.com

*Counsel for Plaintiff Ahold Delhaize USA, Inc.*

/s/ Shawn J. Rabin
Shawn J. Rabin
Neal S. Manne (2017083)
Ryan Caughey
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100

*L.L.C.; McLane Company, Inc.; McLane/MidAtlantic, Inc.; McLane/Midwest, Inc.; McLane Minnesota, Inc.; McLane New Jersey, Inc.; McLane/Eastern, Inc.; McLane/Suneast, Inc.; McLane Ohio, Inc.; McLane/Southern, Inc.; McLane/Western, Inc.; Kinexo, Inc.; McLane Foodservice Distribution, Inc.; McLane Foodservice, Inc.; and Target Corp.*

/s/ Jay B. Shapiro
Jay B. Shapiro (Admitted *pro hac vice*)
Samuel O. Patmore (Admitted *pro hac vice*)
Carlos J. Canino (Admitted *pro hac vice*)
Abigail G. Corbett (Admitted *pro hac vice*)
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Tel: (305) 789-3200
Fax: (305) 789-3395
E-mail: jshapiro@stearnsweaver.com
spatmore@stearnsweaver.com
ccanino@stearnsweaver.com
acorbett@stearnsweaver.com

*Counsel for Plaintiffs Quirch Foods, LLC and Supply Management Services, Inc.*

/s/ Keith L. Butler
Keith L. Butler
Cindy Reichline
Ryan Roth
BRS LLP
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Main: (310) 295-9524
kbutler@brsllp.com
creichline@brsllp.com
rroth@brsllp.com

*Counsel for Direct Action Plaintiffs Biscuitville Inc.; Golden Tree Restaurants,*

Houston, Texas 77002
Tel: (713) 651-9366
E-mail: nmanne@susmangodfrey.com
rcaughey@susmangodfrey.com

Shawn J. Rabin
Steven M. Shepard
Ravi P.S. Bhalla
Elizabeth Aronson
One Manhattan West
50th Floor
New York, N.Y. 10001
Tel: (212) 336-8330
E-mail: srabin@susmangodfrey.com
sshepard@susmangodfrey.com
rbhalla@susmangodfrey.com
baronson@susmangodfrey.com

*Counsel for Plaintiffs Walmart Inc.;
WalMart Stores East, LP; Wal-Mart Stores
Arkansas, LLC; Wal-Mart Stores Texas,
LLC; Wal-Mart Louisiana, LLC; Sam's
West, Inc.; Sam's East, Inc.*

*LLC; Huddle House, Inc.; Patterson TMP
Operating, LLC; and Perkins LLC*


*/s/ William J. Blechman*
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Michael A. Ponzoli, Esquire
SPERLING KENNY NACHWALTER, LLC
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
E-mail: wjb@sperlingkenny.com
dpatton@sperlingkenny.com
mponzoli@sperlingkenny.com

*Counsel for Plaintiffs Pollo Operations, Inc.
and US Foods, Inc.*

VENABLE LLP                                    SHOOK HARDY & BACON LLP

6

By: /s/ *Danielle Foley*
J. Douglas Baldridge (437768)
Danielle Foley (admitted *pro hac vice*)
Lisa Jose Fales (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
drfoley@venable.com
ljfales@venable.com
athernacki@venable.com

FALKENBERG IVES LLP

Kirstin B. Ives
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Attorneys for Defendants Perdue Farms, Inc.*
*and Perdue Foods LLC*

By: /s/ *Lynn H. Murray*
Lynn H. Murray (#6191802)
111 S. Wacker Dr., Ste 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com

CONNER & WINTERS

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods,*
*Inc. and Simmons Prepared Foods, Inc.*

ARMSTRONG TEASDALE LLP
By: /s/ *Stephen Novack*
Stephen Novack (#2067587)
Stephen J. Siegel (#6209054)
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@atllp.com
ssiegel@atllp.com

*Attorneys for Defendants Koch Foods*
*Incorporated, JCG Foods of Alabama LLC,*
*JCG Foods of Georgia LLC and Koch Meat*
*Co., Inc. (all cases except DAP Case No. 21-*
*cv-4354)*

ARENTFOX SCHIFF LLP

7

By: */s/ Lawrence H. Heftman*
Lawrence H. Heftman
Margaret A. Hickey
Kylie S. Wood
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
lawrence.heftman@afslaw.com
Maggie.hickey@afslaw.com
kylie.wood@afslaw.com
Robert J. Wierenga
Suzanne L. Wahl
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

ROSE LAW FIRM

Bourgon Reynolds (admitted *pro hac vice*)
809 S. 52nd Street, Suite A
Rogers, Arkansas 72758
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
reynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.*

MAYER BROWN LLP

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

By: /s/ *Christopher E. Thorsen*
Christopher E. Thorsen (admitted *pro hac vice*)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5586
Facsimile: (615) 726-0464
cthorsen@bakerdonelson.com
CHRIS MOORE LAW LLC
Christopher S. Moore
220 North Green Street, Suite 4027
Chicago, Illinois 60607
Telephone: (312) 704-4444
chris@chrismoorelaw.com

*Attorneys for Defendants Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. (with respect to DAP Case No. 21-CV-4354 only)*

VEDDER PRICE P.C.
By: /s/ *Gregory G. Wrobel*
Gregory G. Wrobel (#03122900)
222 N. LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7722
Facsimile: (312) 609-5005
gwrobel@vedderprice.com

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

Henry W. Jones, Jr. (admitted *pro hac vice*)
2710 Wycliff Road, Suite 310
Raleigh, NC 27607
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendant House of Raeford Farms, Inc.*

8

By: /s/ *Carmine R. Zarlenga*
Carmine R. Zarlenga
William H. Stallings
Oral D. Pottinger
Katherine M. Bleicher
1999 K Street N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com
kbleicher@mayerbrown.com

*Attorneys for Defendants Foster Farms, LLC
and Foster Poultry Farms LLC*

VAUGHAN & MURPHY

By: /s/ *Charles C. Murphy, Jr.*
Charles C. Murphy, Jr. (admitted *pro hac vice*)
690 S Ponce Court NE
Atlanta, GA 30307
Telephone: (404) 667-0714
Facsimile: (404) 529-4193
cmurphy@vaughanandmurphy.com

WINSTON & STRAWN LLP

James F. Herbison
Michael P. Mayer
300 N. LaSalle Drive, Suite 4400
Chicago, Illinois 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com

*Attorneys for Defendant Norman W. Fries,
Inc. d/b/a Claxton Poultry Farms*

PROSKAUER ROSE LLP

9

PROSKAUER ROSE LLP

By: /s/ *Christopher E. Ondeck*
Todd J. Ohlms
70 W. Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3537
tohlms@proskauer.com

Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
Scott A. Eggers (admitted *pro hac vice*)
Jared M. DuBosar (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com
seggers@proskauer.com
jdubosar@proskauer.com

Kyle A. Casazza (admitted *pro hac vice*)
Colin G. Cabral (admitted *pro hac vice*)
Shawn S. Ledingham, Jr. (admitted *pro hac vice*)
Simona Weil (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.com
ccabral@proskauer.com
sledingham@proskauer.com
sweil@proskauer.com

*Attorneys for Defendants Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)*

STINSON LLP

By: /s/ *Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice)*
Stephen R. Chuk (admitted *pro hac vice*)
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Scott A. Eggers (admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
seggers@proskauer.com

Kyle A. Casazza (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

10

By: */s/ William L. Greene*
William L. Greene (admitted *pro hac vice*)
Emily M. Asp (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
emily.asp@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com
Victoria L. Smith (admitted *pro hac vice*)
1201 Walnut St., Suite 2900
Kansas City, MO 64105
Telephone: (816) 842-8600
vicki.smith@stinson.com


RAINES FELDMAN LLP
John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3100
Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-7951
jmartin@raineslaw.com

*Attorneys for Defendants George's Inc. and George's Farms, Inc.*

JOSEPH D. CARNEY & ASSOCIATES LLC

By: /s/ *Joseph D. Carney*
Joseph D. Carney
OFFICE ADDRESS:
139 Crocker Park Boulevard, Ste. 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: (440) 249-0860
Facsimile: (866) 270-1221
jdc@jdcarney.com
case@jdcarney.com


MILLER SHAKMAN LEVINE & FELDMAN LLP

Thomas M. Staunton
Daniel M. Feeney
30 West Monroe Street, Suite 1900
Chicago, IL 60603
Telephone: (312) 263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

D. KLAR LAW
Deborah A. Klar (admitted *pro hac vice*)
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: (310) 858-9500
dklar@dklarlaw.com

Paul L. Binder, Esq.
Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
Telephone: (440) 376-6850
paul@pbinderlaw.com.

*Attorneys for Defendants Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc.*


EVERSHEDS SUTHERLAND (US) LLP

11

By: /s/ *Patricia A. Gorham*
Patricia A. Gorham
James R. McGibbon
Kaitlin A. Carreno
Rebekah Whittington
999 Peachtree Street, N.E., Ste 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
patriciagorham@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com
katilincarreno@eversheds-sutherland.com
rebekahwhittington@eversheds-
sutherland.com

AMUNDSEN DAVIS, LLC

Ronald Balfour
150 N. Michigan Avenue, Ste 3300
Chicago, Illinois 60601
Telephone: (312) 894-3369
Facsimile: (312) 997-1828
RBalfour@amundsendavislaw.com

*Attorneys for Defendant Harrison Poultry, Inc.*

SMITH GAMBRELL & RUSSELL, LLP

/s/ *James J. Boland*
James J. Boland (ARDC 6228874)
Katheleen Ehrhart (ARDC 6273007)
Alexander A. Pabon (ARDC 6340146)
155 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
T: 312-360-6000
F: 312-360-6520
jboland@srglaw.com
kehrhart@sgrlaw.com
apabon@sgrlaw.com

Colin Đặng Delaney, *admitted pro hac vice*
Stephen A. Youngblood, *admitted pro hac vice*
1105 West Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309
T: 404-815-3500
F: 404-815-3509
cdelaney@sgrlaw.com
syoungblood@sgrlaw.com

EDWARD C. KONIECZNY LLC

Edward C. Konieczny, *admitted pro hac vice*
1105 West Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309
T: 404-380-1430
F: 404-382-6011
ekonieczny@koniecznylaw.com

*Counsel for Mar-Jac Poultry, Inc.; Mar-Jac Poultry AL, LLC; Mar-Jac Poultry MS, LLC; Mar-Jac AL/MS, Inc.; Mar-Jac Poultry, LLC; and Mar-Jac Holdings, Inc.*

DYKEMA GOSSETT PLLC

*/s/ Howard B. Iwrey*
Howard B. Iwrey
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0526
Facsimile: (248) 203-0763
hiwrey@dykema.com

Dante A. Stella
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6693
Facsimile: (313) 568-6893
dstella@dykema.com

Cody D. Rockey
2723 South State Street, Ste. 400
Ann Arbor, MI 48104
Telephone: (734) 214-7655
Facsimile: (734) 214-7696
crockey@dykema.com

*Attorneys for Amick Farms, LLC*

HOGAN LOVELLS US LLP

By: */s/ William L. Monts III*
Justin W. Bernick (admitted p*ro hac vice*)
William L. Monts III (admitted *pro hac vice*)
555 Thirteenth Street, NW
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com
william.monts@hoganlovells.com

MILLER, CRANFIELD, PADDOCK &
STONE, P.L.C

Jacob D. Koering
227 West Monroe Street, Suite 3600
Chicago, Illinois 60606
Telephone: (312) 460-4247
Facsimile: (312) 460-4201
koering@millercranfield.com

*Attorneys for Defendant Agri Stats, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: */s/ Boris Bershteyn*
Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (#6289481)
Sam Auld (admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

KUTAK ROCK LLP

13

By: */s/ John Passarelli*
John P. Passarelli
Jonathan I. Baker
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
jonathan.baker@kutakrock.com

J.R. Carroll
Stephen M. Dacus
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.carroll@kutakrock.com
stephen.dacus@kutakrock.com

MOLOLAMKEN LLP

Megan Cunniff Church (IL 6281234)
Lauren F. Dayton
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: (312) 450-6700
Facsimile: (312) 450-6701
mchurch@mololamken.com
ldayton@mololamken.com

*Attorneys for Defendants O.K. Foods, Inc.,
O.K. Farms, Inc., and O.K. Industries, Inc.*

ALSTON & BIRD LLP

By: */s/ B. Parker Miller*
B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Thomas P. Grantham (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
thomas.grantham@alston.com

THE BLOCK FIRM LLC

Max Marks (admitted *pro hac vice*)
Aaron Block (admitted *pro hac vice*)
309 East Paces Ferry Road, Suite 400
Atlanta, GA 30305
Telephone: (404) 997-8419
max.marks@blockfirmllc.com
aaron@blockfirmllc.com

*Attorneys for Defendant Fieldale Farms
Corporation.*

14

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: */s/ Michael D. Bonanno*
Michael D. Bonanno
William A. Burck
Christopher G. Michel
Kathleen A. Lanigan
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
mikebonanno@quinnemanuel.com
williamburck@quinnemanuel.com
christophermichel@quinnemanuel.com
katlanigan@quinnemanuel.com

Debra D. Bernstein
1200 Abernathy Rd., Bldg. 600, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
debrabernstein@quinnemanuel.com

Michelle Schmit
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
michelleschmit@quinnemanuel.com

*Attorneys for Defendant Pilgrim's Pride
Corporation*

AXINN, VELTROP & HARKRIDER LLP

By: */s/ Kail J. Jethmalani*
Kail J. Jethmalani (#5352307)
Denise L. Plunkett (pro hac vice)
Tomasz Mielniczuk (#5854484)
Victoria J. Lu (#5925797)
Blake E. Pescatore (#5985775)
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: 212-728-2200
kjethmalani@axinn.com
dplunkett@axinn.com
tmielniczuk@axinn.com
vlu@axinn.com
bpescatore@axinn.com

Daniel K. Oakes (#1009519)
Michael J. O'Mara (pro hac vice)
Kenina J. Lee (#1017499)
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
doakes@axinn.com
momara@axinn.com
klee@axinn.com

LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.

Jordan M. Tank
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc.;
Tyson Chicken, Inc.; Tyson Breeders, Inc.;
and Tyson Poultry, Inc; Keystone Foods LLC;
Keystone Foods, Inc.; Equity Group Eufaula
Division LLC; Equity Group Kentucky
Division LLC; and Equity Group Georgia
Division LLC*

15