# Appendix A

**TRACK 2 DEPOSITIONS OF BROILERS DEFENDANTS**

| DEPONENT | AFFILIATION (FOR COUNTING PURPOSES) | CURRENT/ FORMER | DATE OF DAP OUTREACH | STATUS | CONFIRMED DATE |
|---|---|---|---|---|---|
| **Austin, Roger** | Pilgrim's | Former | Oct. 15 | Notice served. | 4/27/2026 & 4/28/2026 |
| **Blake, Rickie** | George's | Former | Oct. 10 | On Jan. 30, Blake's counsel requested to reschedule. On Feb. 3, DAPs proposed Mar. 16-20, Apr. 6-10, or Apr. 13-17. Date confirmed and notice served. | 4/15/2026 |
| **Brady, Scott** | Claxton | Current | Oct. 6 | Completed | 3/2/2026 |
| **Bryant, Robbie** | Pilgrim's | Former | Oct. 6 | Completed | 11/12/2025 & 11/13/2025 |
| **Butts, Lampkin** | Sanderson | Current | -- | Completed | 12/9/2025 |
| **Carrigan, Charlie** | Perdue | Current | Oct. 17 | Defendants proposed Jan. 8 on Oct. 30. DAPs proposed Dec. 15 or 16 on Nov. 4. On Nov. 11, Defendants asked for DAPs' response to the Jan. 8 proposal. On Nov. 17, DAPs confirmed that DAPs are unavailable Jan. 8 and requested dates the week of Jan. 26. On Nov. 25, Defendants asked DAPs for availability on Jan. 28 and Jan. 29. DAPs confirmed Jan. 28 on Nov. 26. At Defendants' request, the parties agreed to reschedule this deposition for February. | 3/11/2026 |
| **Claxton 30(b)(6)** | Claxton | NA | Feb. 24 | Notice served for April 8. | |
| **Cullen, Steve** | Tyson | Former | Oct. 31 | Completed | 2/10/2026 |
| **Davenport, Bob** | George's | Former | Oct. 28 | Parties agreed to take this deposition off the schedule pending changes based upon upcoming productions by Defendants | Cancelled-see status |
| **Francis, Tommy** | Mar-Jac | Current | Oct. 22 | Completed | 11/20/2025 |
| **Free, Matthew** | Simmons | Current | Nov. 17 | The parties have agreed to postpone Mr. Free's deposition and are looking at dates in April. | |
| **Fries, Mikell** | Claxton | Current | Oct. 24 | Notice served. | 3/24/2026 |
| **Gay, Justin** | Pilgrim's | Former | Oct. 31 | Individual counsel, DAPs, and Defendants have reserved April 16 and 17. | 4/16/2026 & 4/17/2026 |
| **George, Charles** | George's | Current | Dec. 8 | Defendants offered March 24 or 25; Defendants requested the deposition be moved to March 30 to accommodate Mr. George's schedule; DAPs agreed. | 3/30/2026 |
| **Grendys, Joe** | Koch | Current | Oct. 20 | Completed | 1/7/2026 |
| **Grindle, Kevin** | Mar-Jac | Current | Oct. 22 | Completed | 12/4/2025 |
| **Hancock, Chuck** | Sanderson | Current | -- | Completed | 12/11/2025 |
| **Hand, David** | Wayne | Current | Oct. 17 | Completed | 12/2/2025 |
| **Ilardi, Kevin** | Perdue | Current | Oct. 14 | Notice served. | 4/9/2026 |
| **Kantola, Bill** | Koch | Former | Oct. 6 | Completed | 12/16/2025 |
| **Keck, Darrell** | George's | Former | Oct. 17 | Date confirmed. Notice to issue. | 4/21/2026 |

**TRACK 2 DEPOSITIONS OF BROILERS DEFENDANTS**

| DEPONENT | AFFILIATION (FOR COUNTING PURPOSES) | CURRENT/ FORMER | DATE OF DAP OUTREACH | STATUS | CONFIRMED DATE |
|---|---|---|---|---|---|
| Koch 30(b)(6) | Koch | NA | Feb. 19 | Notice served on Feb. 19. On Feb. 24, Koch counsel rejected DAPs proposed deposition date of April 14, and suggested the end of April or early May instead. Parties are setting up a meet-and-confer regarding deposition topics and scheduling. | |
| Little, Jimmie | Pilgrim's | Former | Oct. 6 | Completed | 12/10/25 & 12/11/25 |
| Lovette, Bill | Pilgrim's | Former | Oct. 24 | DAPs followed up on Nov. 4 requesting a response from Mr. Lovette's individual counsel; his counsel replied indicating that the witness is unavailable due to personal circumstances in December and cannot be deposed that month but counsel will provide dates in January. On Nov. 5, DAPs requested a date prior to Mr. Lovette's unavailability due to personal circumstances. Mr. Lovette's counsel did not respond. On Nov. 11, DAPs again requested that Mr. Lovette's counsel provide Mr. Lovette's availability in November or in December prior to his unavailability due to personal circumstances. On Nov. 17, DAPs emailed Mr. Lovette's counsel stating that DAPs are willing to take his deposition in January; the parties agreed on Jan. 26. On Jan. 12, Mr. Lovette's counsel informed DAPs his deposition would need to be postponed. DAPs requested alternative dates on which Mr. Lovette is available on Jan. 14 and followed up with his counsel on Jan. 28. | |
| MacKenzie, Bruce | Koch | Former | Oct. 20 | Completed | 12/9/2025 |
| Mar-Jac 30(b)(6) | Mar-Jac | NA | Feb. 19 | Notice served on Feb. 19. On Feb. 23, Mar-Jac counsel rejected DAPs proposed deposition date of March 31, and proposed April 30 or May 1 as alternatives. Parties are setting up a meet-and-confer regarding deposition topics and scheduling. | |
| Martin, Pete | Mar-Jac | Current | Oct. 22 | Completed | 11/21/2025 |
| Matthews, Lee | Wayne | Current | -- | DAPs accepted; defense counsel offered to find alternative dates to accommodate scheduling David Hand for Dec. 2. Defendants are still working with Mr. Matthews to identify a date. | |
| McGuire, Jason | Pilgrim's | Current (now at George's) | Oct. 15 | Notice served. | 5/5/2026 |
| Mitchell, Jared | Tyson | Former (now at Case) | Nov. 13 | Completed | 2/6/2026 |
| Mitchell, Mitch | Case | Former | Oct. 17 | Completed | 12/4/2025 |
| Mullins, Brian | Wayne | Current | -- | Completed | 12/4/2025 |

**TRACK 2 DEPOSITIONS OF BROILERS DEFENDANTS**

| DEPONENT | AFFILIATION (FOR COUNTING PURPOSES) | CURRENT/ FORMER | DATE OF DAP OUTREACH | STATUS | CONFIRMED DATE |
|---|---|---|---|---|---|
| Mulrenin, Tim | Tyson | Current (now at Perdue) | Oct. 14 | Date confirmed. Notice to issue. | 4/2/2026 |
| Nelson, Greg | George's | Former | Oct. 17 | Completed | 11/18/2025 |
| Pate, Larry | Pilgrim's | Current | Oct. 31 | Completed | 12/17/2025 |
| Penn, Jayson | Pilgrim's | Current (now at Foster) | Dec. 3 | Mr. Penn's counsel offered April 3 for his deposition; while that date works for DAPs, it does not work for Defendants. The parties are working with Mr. Penn's counsel to find an alternative date. | |
| Pepper, Carl | Tyson | Former | Oct. 6 | Completed | 1/9/2026 |
| Pilgrim's 30(b)(6) | Pilgrim's | NA | Jan. 23 | Amended notice served on Jan. 26 for April 23. Parties to meet-and-confer to identify a mutually agreeable date. | |
| Ray, Brenda | Pilgrim's | Current | Oct. 31 | Completed | 12/10/2025 |
| Roberts, Brian | Tyson | Current (now at Case) | Oct. 13 | Notice served. | 3/18/2026 |
| Sanderson 30(b)(6) | Sanderson | NA | Feb. 27 | Notice served for April 29. | |
| Sanderson, Joe F. | Sanderson | Current | Dec. 1 | On Dec. 8, Defendants indicated Mr. Sanderson would not be available for deposition due to personal health issues. | |
| Scheiderer, Tim | Tyson | Former | Nov. 13 | Notice and cross-notice served. | 3/12/2026 |
| Schmoekel, Brian | Sanderson | Current | Dec. 1 | On Dec. 8, Defendants confirmed their representation of Mr. Schmoekel and stated they would coordinate availability and report back with potential dates for his deposition after the holidays. | |
| Simmons 30(b)(6) | Simmons | NA | Feb. 19 | Notice served on Feb. 19. On Feb. 24, Simmons counsel rejected DAPs proposed deposition date of March 24, and proposed April 15, 16, or 17 as alternatives. Parties are meeting and confering on March 6 regarding deposition topics and scheduling. | |
| Stiller, Tim | Pilgrim's | Current (now at Foster) | Oct. 27 | Completed | 2/19/2026 & 2/20/2026 |
| Tench, Greg | Mar-Jac | Current | Oct. 22 | Completed | 12/3/2025 |
| Thomas, Allen | Case | Former | Oct. 17 | Completed | 12/12/2025 |
| Tucker, Wesley Scott | Pilgrim's | Former | Oct. 15 | Notice served. | 3/4/2026 & 3/5/2026 |
| Tyson 30(b)(6) | Tyson | NA | Feb. 27 | Notice served for May 1. | |
| Urban, Andrew | Perdue | Current | Oct. 17 | Parties agreed to reschedule to a mutually acceptable date. Defendants proposed Feb. 24 and DAPs accepted. Defendants postponed the deposition on Feb 22 due to inclement weather impacting travel. | Postponed-see status |

**TRACK 2 DEPOSITIONS OF BROILERS DEFENDANTS**

| DEPONENT | AFFILIATION (FOR COUNTING PURPOSES) | CURRENT/ FORMER | DATE OF DAP OUTREACH | STATUS | CONFIRMED DATE |
|---|---|---|---|---|---|
| Vanderslice, Jerry | Perdue | Current | Nov. 17 | Completed | 2/10/2026 |