# Appendix B

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Gore, Jody | Cracker Barrel | Completed | 11/4/25 | 9:30am ET |
| Withrow, Bruce | Gordon Food Service & Glazier Food Company | Completed | 11/5/25 | 7:30am CT |
| Friedman, Matthew | Wing Zone | Completed | 11/7/25 | 9:30am ET |
| Dumars, Patti | Checkers | Completed | 11/11/25 | 9:00am CT |
| Constable, Chris | Campbell | Completed | 11/13/25 | 9:00am ET |
| Harper, Julie | McDonald's | Completed | 11/13/25 | 10:00am CT |
| Myers, Kenneth | Shamrock | Completed | 11/20/25 | 9:30am MT |
| Thurston, John | Thurston Foods | Completed | 11/24/25 | 9:00am ET |
| Weekley, Dax | Zaxby's | Completed | 11/24/25 | 9:30am ET |
| Crowther, James (Jim) | Thurston Foods | Completed | 11/25/25 | 8:30am ET |
| Prior-Moorman, Lynne | El Pollo Loco, Inc. | Completed | 12/2/25 | 9:30am PT |
| Maximum Quality Foods 30(b)(6) and 30(b)(1) - Gary Roccaro | MQF | Completed | 12/4/25 | 9:30am ET |
| Nettles, Scott | United Supermarkets | Completed | 12/4/25 | 9:00am CT |
| Smith, Telly | Golden Corral | Completed | 12/5/25 | 9:00am CT |
| Tarter, Dan | Cajun Operating Co. (Church's Chicken) | Completed | 12/5/25 | 8:00am CT |
| Feeser's 30(b)(6) - Dennis Ball | Feeser's | Completed | 12/8/25 | 10:00am ET |
| Brandt, Tom | Feeser's | Completed | 12/9/25 | 10:00am ET |
| Headen, Cindy | Domino's | Completed | 12/9/25 | 9:00am CT |
| Shapiro, Dan | Krispy Krunchy | Completed | 12/9/25 | 9:00am CT |
| Wyatt, William | Cheney | Completed | 12/11/25 | 11:00am CT |
| Bungert, Peter | Bojangles | Completed | 12/12/25 | 10:00am ET |
| Still, Daryl | Boston Market | Completed | 12/17/25 | 9:00am MST |
| Derosier, Jamie | PPCNE | Completed | 12/19/25 | 10:00am ET |
| Hayslip, Vanessa | White Castle | Completed | 12/19/25 | 9:00am CT |
| Engen, Gry | Target | Completed | 12/22/25 | 8:30am CT |
| BJ's Wholesale Club, Inc. 30(b)(6) and 30(b)(1) - Shawn Gogan | BJs | Completed | 1/6/26 | 9:30am ET |
| Mandell-Chance, Anissa | Focus Brands | Completed | 1/6/26 | 9:00am ET |
| Myers, Chris | Compass Group | Completed | 1/6/26 | |
| Bennett, Jim | Wood-Fuitticher | Completed | 1/7/26 | 10:00am CT |
| Giro, Annette | Restaurant Services, Inc. | Completed | 1/7/26 | 10:00am ET |
| Davis, Nick | Buffalo Wild Wings | Completed | 1/8/26 | 9:00am CT |
| Greenberg, Mitch | Sodexo, Inc. and Sodexo Operations, LLC | Completed | 1/9/26 | 8:00am ET |
| Ross, Jay | Hooters of America | Completed | 1/12/26 | 9:00am ET |
| Darden Restaurants, Inc. 30(b)(6) - Frankie Delgado | Darden | Completed | 1/13/26 | 9:30am ET |
| Will, Aviva | Amory | Completed | 1/13/26 | 9:00am ET |

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Gordon Food Service & Glazier Food Company 30(b)(6) - Kim Schievnik | Gordon Food Service & Glazier Food Company | Completed | 1/14/26 | 8:30am CT |
| Fields, Robert | Walmart | Completed | 1/15/26 | 9:00am CT |
| Loomis, Jack | Amory | Completed | 1/15/26 | 9:00am ET |
| Vandiver, Kevin | Hooters of America | Completed | 1/15/26 | 9:00am ET |
| Jetro Holdings 30(b)(6) - Gene Casazza | Jetro | Completed | 1/21/26 | 9:00am ET |
| Brink, Joe | Pollo Operations | Completed | 1/23/26 | 10:00am ET |
| Chalmers, Michael | The Cheesecake Factory, Inc. | Completed | 1/28/26 | 9:00am PT |
| Cooper, Sarah | Gordon Food Service & Glazier Food Company | Completed | 1/28/26 | 7:00am CST |
| Stowell, John | BJs | Completed | 1/29/26 | 9:30am ET |
| MacAskill, John | BJs | Completed | 1/30/26 | 9:00am ET |
| Aramark 30(b)(6) - Don Hecht | Aramark | Completed | 2/5/26 | 9:00am ET |
| Golden Tree 30(b)(6) - Kelly Creighton | Golden Tree | Completed.  Prior to the entry of the order extending the trial date, DAPs agreed to combine the Kelly Creighton 30(b)(1) deposition and Golden Tree 30(b)(6) deposition as a single deposition. Once the schedule was extended, DAP told Defendants that the 30(b)(1) deposition should be taken separately, on a separate transcript, from the 30(b)(6) deposition. During the 30(b)(6) deposition DAPs objected to two questions as outside the scope of the 30(b)(6) topics and instructed the witness not to answer in their capacity as a 30(b)(6) deponent; Defendants subsequently took a short 30(b)(1) deposition.  Defendants reserve all rights. | 2/11/26 | 9:00am CT |
| Creighton, Kelly | Golden Tree | Completed.  Prior to the entry of the order extending the trial date, DAPs agreed to combine the Kelly Creighton 30(b)(1) deposition and Golden Tree 30(b)(6) deposition as a single deposition. Once the schedule was extended, DAP told Defendants that the 30(b)(1) deposition should be taken separately, on a separate transcript, from the 30(b)(6) deposition. During the 30(b)(6) deposition DAPs objected to two questions as outside the scope of the 30(b)(6) topics and instructed the witness not to answer in their capacity as a 30(b)(6) deponent; Defendants subsequently took a short 30(b)(1) deposition.  Defendants reserve all rights. | 2/11/26 | 9:00am CT |
| PJ Food Service, Inc.  30(b)(6) and 30(b)(1) - Valarie Giovenco | PJFS | Completed | 2/12/26 | 9:30am ET |
| Ligon, Allen | Pinnacle Foods, Inc. | Completed | 2/13/26 | 10:00am ET |
| Park, Pamela | Papa Johns | Completed | 2/13/26 | 9:30am ET |
| Berrios, Brian | Independent Purchasing | Completed | 2/19/26 | 9:30am ET |
| Ruel, Bernie | Ahold | Completed | 2/20/26 | 8:30am CT |
| Waldrep, Derek | Whatabrands LLC and Whataburger Restaurants LLC | Completed | 2/23/26 | 9:00am CT |
| Lamattina, Frank | Jetro | Completed | 2/24/26 | 10:00am ET |

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Biscuitville 30(b)(6) | Biscuitville | Completed | 2/25/26 | 9:00am CT |
| Pfister, Rebekah | Wawa, Inc. | Completed | 2/25/26 | 9:00am ET |
| Williams, Larry | Biscuitville | Completed | 2/25/26 | following 30(b)(6) |
| Williams, Shane | ALDI, Inc. | Completed | 2/27/26 | 9:30am CT |
| Amory 30(b)(6) - Suzanne Grosso | Amory | Completed | 3/2/26 | 9:00am ET |
| Pieper, John | Patterson TMP | Notice and subpoena served on 1/18. | 3/4/26 | 9:00am CT |
| Veale, Holly | McClane | Notice served on 2/2. On 2/17, DAPs served a cross-subpoena for the deposition. | 3/9/26 | 9:30am CT |
| Scheiderer, Tim | Buffalo Wild Wings | Notice served. On 1/30, Defendants served cross-notice. On 2/27, DAPs inquired about whether Defendants would examine witness about his employment at Buffalo Wild Wings or Inspire Brands. On 3/1, Defendants confirmed they intend to examine the witness about his employment at Buffalo Wild Wings and Inspire Brands. | 3/12/26 | 9:00am ET |
| Inwright, John | QSCC | Notice served. | 3/13/26 | 9:30am ET |
| Ballard, Nathan | Huddle House/Perkins | Notice served.  Prior to the entry of the order extending the trial date, DAPs agreed to combine the Nathan Ballard 30(b)(1) deposition and Huddle House 30(b)(6) deposition as a single deposition. Once the schedule was extended, DAP told Defendants that the 30(b)(1) deposition should be taken separately, on a separate transcript, from the 30(b)(6) deposition. Defendants disagree and reserve all rights. | 3/17/26 | following 30(b)(6) |
| Huddle House 30(b)(6)  - Nathan Ballard | Huddle House/Perkins | Notice served. Prior to the entry of the order extending the trial date, DAPs agreed to combine the Nathan Ballard 30(b)(1) deposition and Huddle House 30(b)(6) deposition as a single deposition. Once the schedule was extended, DAP told Defendants that the 30(b)(1) deposition should be taken separately, on a separate transcript, from the 30(b)(6) deposition. Defendants disagree and reserve all rights. | 3/17/26 | 9:00am CT |
| Anderson, Karen | US Foods, Inc. | On 1/8, Defendants proposed 2/9-2/11.  On 1/30, DAP proposed 3/18 or 3/19.  On 2/3, Defendants agreed to 3/18.  Defendants awaiting information regarding location before serving notice. | 3/18/26 | |
| Carina 30(b)(6) - Designee TBD | Carina | On 1/30, Defendants asked DAPs if Ms. Hoyt will be serving as Carina's 30(b)(6) designee and stated that Defendants can agree to 3/19 for the 30(b)(6) deposition if Carina can make Ms. Hoyt available for additional 30(b)(1) testimony on 3/20, if necessary. On 2/4, DAPs confirmed that Ms. Hoyt would be Carina's 30(b)(6) designee and agreed with Defendants' proposal to hold the 30(b)(6) deposition on 3/19 and to hold Ms. Hoyt's 30(b)(1) deposition, if necessary, on 3/20. Amended notice to issue. The parties continue to negotiate 30(b)(6) topics. | 3/19/26 | |
| Golaszewski, Peter | Huddle House | Notice served. | 3/19/26 | 9:00am CT |
| Quality Supply Chain Co-op, Inc. 30(b)(6) - Josh Cobb | QSCC | Notice served. | 3/19/26 | 9:30am ET |

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Hoyt, Melissa | Carina (Sysco) | On 1/30, Defendants asked DAPs if Ms. Hoyt will be serving as Carina's 30(b)(6) designee and stated that Defendants can agree to 3/19 for the 30(b)(6) deposition if Carina can make Ms. Hoyt available for additional 30(b)(1) testimony on 3/20, if necessary. On 2/4, DAPs confirmed that Ms. Hoyt would be Carina's 30(b)(6) designee and agreed with Defendants' proposal to hold the 30(b)(6) deposition on 3/19 and to hold Ms. Hoyt's 30(b)(1) deposition, if necessary, on 3/20. Notice to issue. | 3/20/26 | |
| Ishida, Mace | QSCC | Notice served. | 3/20/26 | 9:30am ET |
| Ellis, Tom | John Soules Foods | Notice served. | 3/30/26 | 9:00am CT |
| Red Bird 30(b)(6) - Designee TBD | Red Bird | Notice issued 12/2/25 for deposition on 1/15/26 at 9:00 CT; date of deposition subject to discussion. On 12/24, parties agreed to postpone for conflicting professional obligations. Deposition rescheduled for 3/30. Notice to issue. | 3/30/26 | |
| Bell, Jack | Sam's Club (Walmart) | Notice and subpoena served for 3/31. | 3/31/26 | 9:00am CT |
| Torito, Mareo | Red Bird | Notice served. Reschedule for 3/31. Notice to issue. | 3/31/26 | |
| Wiguna, Rif | Panda | Second amended notice served. | 4/3/26 | 10:00am CT |
| Patterson TMP 30(b)(6) - Designee TBD | Patterson TMP | Notice served for 1/29. Postponed on 1/27 due to DAP's business emergency related to snow storms. On 2/5, Defendants proposed 2/19, 2/25, or 2/26. On 2/27 Defendants followed up and proposed 4/8 or 4/9. On 3/2 DAPs accepted 4/9. Defendants to serve amended notice shortly. | 4/9/26 | |
| Pollo Operations 30(b)(6) - Joe Brink | Pollo Operations | On 1/14, Defendants provided draft list of 30(b)(6) topics and requested dates in March for a deposition. Defense counsel is amenable to scheduling the deposition in early April at Plaintiffs' request. On 2/18, DAP offered 4/6-4/10. Defendants confirmed 4/10. Notice served. | 4/10/26 | 9:30am CT |
| Gates, Scott | Carina (Sysco) | On 1/15, Defendants asked DAPs if they would accept service and serve as counsel for Mr. Gates; Defendants also proposed a day the week of 4/13 or 4/20 for the deposition. On 1/23, Defendants proposed 4/20. On 1/27, DAPs advised they would make Mr. Gates available on 4/14. On 1/30, Defendants agreed to 4/14. Notice to issue. | 4/14/26 | |
| Marra, Jim | Conagra Brands, Inc. | On 11/5, Defendants requested 1/12 or 1/15. DAPs confirmed 1/15. Location to be determined. On 1/7, DAP informed Defendants that Mr. Marra has a conflict for 1/15 and proposed postponing the deposition to week of 1/26. On 1/7, Defendants tentatively proposed 1/29 or 1/30. On 1/12, DAP confirmed witness's availability. The parties agreed to postpone to April 15. | 4/15/26 | 9:30am CT |
| Pierce, Jeff | Carina (Sysco) | On 1/15, Defendants asked DAPs if they would accept service and serve as counsel for Mr. Pierce; Defendants also proposed a day the week of 4/13 or 4/20 for the deposition. On 1/23, Defendants proposed 4/22. On 1/27, DAPs advised they would make Mr. Pierce available on 4/16. On 1/30, Defendants agreed to 4/16. Notice to issue. | 4/16/26 | |
| Baskin, David | Walmart | On 2/25, Parties agreed that Baskin would be deposed on 4/30 as both Walmart's 30(b)(6) designee and a 30(b)(1) witness. It is Defendants' position that Mr. Baskin's deposition and the Walmart 30(b)(6) deposition should be counted as a single deposition for the purposes of deposition cap. | 4/30/26 | 9:00am CT |

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Walmart 30(b)(6) - David Baskin | Walmart | On 12/5 Defendants provided 30(b)(6) topics. On 12/8 DAP stated that David Baskin likely to be a designee and that DAP will serve objections. On 2/9 DAP served objections, which Defendants are reviewing. On 2/25, parties agreed on 4/30. Notice to issue. It is Defendants' position that Mr. Baskin's deposition and the Walmart 30(b)(6) deposition should be counted as a single deposition for the purposes of deposition cap. | 4/30/26 | 9:00am CT |
| Ballew, Carrie | Domino's | Defendants requested on 9/26; on 10/6, DAPs advised Defendants that they can accept service for Ms. Ballew. | | |
| Barbeque Inegrated Inc. 30(b)(6) - Designee TBD | Barbeque Inegrated Inc. d/b/a Smokey Bones | On 2/5, Defendants requested taking Captain D's 30(b)(6) deposition between 4/13-4/17. On 2/25, DAP stated they are still working to find dates. | | |
| Barber, Julie | Walmart | On 2/5 Defendants proposed week of March 16 or first week of April. On 2/13 DAP revised its disclosures to remove Ms. Barber's name and the parties met and conferred about Defendants' notice to Ms. Barber. DAP stated that they would respond soon about the request to depose Ms. Barber. On 2/25 Defendants proposed 3/24 to 4/3. On 2/26 DAPs stated they were considering whether to make Ms. Barber available for deposition, given that Walmart has already removed her from its initial disclosures. | | |
| Barnett, Barry | Cajun Operating Co. (Church's Chicken) and Buffalo Wild Wings | On 2/18 Defendants proposed March 17-30. On 2/18, DAP sought clarification about which DAP Defendants sought deposition from. On 2/18, Defendants advised they may question the witness about Church's and Buffalo Wild Wings. On 2/27 DAPs stated it did not represent the witness at this time, was working to obtain the witness' contact information and would let Defendants know whether counsel could accept service of subpoena. On 3/1 Defendants followed up requesting confirmation that DAPs would accept service or date of departure and last known address, and proposed 3/24-27 or 4/1-3. | | |
| Bauman, Cheryl | PJFS | Proposed date sent 10/15. On 11/14 DAPs proposed alternative deponent, Pamela Park, due to witness's alleged lack of memory. Defendants evaluating. On 11/20, Defendants accepted Ms. Park as an alternative to Ms. Bauman. Defendants reserve the right to depose Ms. Bauman at a later date. | | |
| Bitner, Richard | Wawa, Inc. | Defendants proposed dates of 1/26-29 on 11/4. On 11/11, DAP provided contact information for witness, confirmed proposed dates work for DAP counsel, and advised DAP counsel does not represent witness at this time. Defendants evaluating. | | |
| Bollinger, Thomas | Walmart | On 2/5 Defendants proposed week of February 23 or week of March 2, and requested whether counsel would accept service for former employee witness. On 2/13 DAPs stated they are still working to confirm whether they can accept service and provided month of departure and last known address. On 2/18 DAPs confirmed they were not authorized to accept service. On 2/19 Defendants proposed 3/5, 6, 9 or 4/6-10; DAPs accepted 4/6-9. On 2/20 Defendants provided notice of intent to serve subpoena on witness for 4/9. On 2/26 DAPs stated they are now authorized to accept service and are working to confirm witness' availability on 4/9. | | |
| Booker, James | Kraft Heinz Foods Co. | On 11/11, Defendants proposed the week of 1/26. On 11/20, DAP provided witness's last known address. Defendants evaluating. | | |
| Buchanan, Jonathan | Timber Lake | On 1/22, parties agreed to reschedule due to personal reasons. | | |

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Buffalo Wild Wings 30(b)(6) - Designee TBD | Buffalo Wild Wings | On 2/17 Defendants proposed April 2026 and provided 30(b)(6) notice with topics. DAP evaluating. | | |
| Burke, Dale | El Pollo Loco, Inc. | Defendants requested on 9/26; DAPs advised that they can accept service for Mr. Burke. Defendants evaluating. | | |
| Caffey, Kristin | Carina (Sysco) | On 1/15, Defendants asked DAPs if they would accept service and serve as counsel for Ms. Caffey; Defendants also proposed a day the week of 4/13 or 4/20 for the deposition. On 1/23, Defendants proposed 4/24. On 1/27, DAPs advised that they do not represent Ms. Caffey and confirmed her departure date from Sysco. DAPs also advised they did not have a last known address for Ms. Caffey at the time. On 1/30, Defendants asked when DAPs expect to provide last known address for Ms. Caffey. On 2/4, DAPs provided Ms. Caffey's last known address. Defendants are evaluating. | | |
| Cajun Operating Co. (Church's Chicken) 30(b)(6) - Designee TBD | Cajun Operating Co. (Church's Chicken) | On 2/17 Defendants proposed April 2026 and provided 30(b)(6) notice with topics. | | |
| Captain D 30(b)(6) - Designee TBD | Captain D's | Defendants proposed 1/8 on 10/27; DAPs advised that they would agree to have Joy Stacy sit in both her individual and corporate representative capacity. Per 11/3 email from DAPs, Stacy is available on 11/21. On 11/17, Defendants advised they were postponing Ms. Stacy's deposition. On 2/5, Defendants requested taking Captain D's 30(b)(6) deposition between April 7-9. On 2/25, DAP proposed 3/24, but are awaiting confirmation from the witness. | | |
| Checkers 30(b)(6) - Designee TBD | Checkers | Defendants proposed 12/11, 22, or 23 on 11/17. On 11/21, Defendants followed up. On 11/24, DAP stated concerns re proposed topics and proposed meet and confer. On 12/1, DAP provided objections to proposed deposition. On 12/2, the parties met and conferred regarding proposed deposition. On 12/17, DAP served responses and objections to notice and served Rule 30(b)(6) designations from depositions of Patti DuMars and Adam Noyes. On 2/13, Defendants proposed a meet and confer regarding narrowing the scope of the 30(b)(6) notice. The parties conferred on 2/17 about the requested 30(b)(6) deposition. On 2/27, Defendants sent a letter regarding 30(b)(6) topics and testimony. DAP evaluating. | | |
| Cheney Brothers 30(b)(6) - Designee TBD | Cheney | On 11/28, notice served for placeholder date of 1/6. Meet and confer to be scheduled. Date subject to discussion. On 12/1, DAP objected to deposition scheduled without confirming DAP availability; DAP also indicated intent to serve written objections and responses, and to designate testimony from prior depositions in response to 30(b)(6) notice topics; meet and confer to be scheduled after Defendants' receipt of objections and designations. DAP served responses and objections to notice on 2/3, and on 2/13 served deposition designations from William Wyatt in response to 30(b)(6) topics. Defendants are evaluating. | | |

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Costco Wholesale Corporation 30(b)(6) - Josh Dooley and Tim Wahlquist | Costco | On 10/27, Defendants provided draft 30(b)(6) topics and availability to schedule based on witness/counsel's calendar. On 11/18, DAPs informed Defendants they are evaluating potential designees, including Mr. Dooley and Mr. Wahlquist. On 12/09, DAP asked Defendants for a copy of the notice to evaluate who would be best suited based on final topics. Defendants provided draft topics. On 12/16, DAP informed Defendants that Mr. Dooley and Mr. Wahlquist would serve as 30(b)(6) designees with respect to fresh and frozen broiler purchasing, respectively. Defendants served a notice that same day proposing 1/28 and 1/29. On 1/27, Defendants requested to postpone due to accident with taking counsel requiring medical attention. | | |
| Cracker Barrel 30(b)(6) - Designee TBD | Cracker Barrel | Defendants proposed 12/2 on 10/27; DAPs advised Defendants that Jody Gore who is already scheduled for a 30(b)(1) deposition will likely serve as the 30(b)(6) witness and therefore would agree to have Ms. Gore sit on the date currently scheduled in both her individual and corporate representative capacity. On 10/29, Defendants proposed completing Gore deposition and designating some of that testimony as 30(b)(6). On 11/4, Defendants completed Ms. Gore's 30(b)(1) deposition. Meet and confer on the 30(b)(6) topics to be scheduled. | | |
| Dahmm, Amy | Whatabrands LLC and Whataburger Restaurants LLC | On 11/19, DAP advised Defendants Ms. Dahmm had no role in negotiating pricing or decision-making regarding suppliers and on 11/24 suggested Defendants instead proceed with a 30(b)(6) of WAB on 1/13, the date requested for Ms. Dahmm's deposition. On 12/9, Defendants served notice of deposition for Ms. Dahmm and stated they would proceed with Ms. Dahmm's deposition. On 12/22, Defendants withdrew notice of deposition for witness, and stated they would reevaluate following depositions of a former WAB employee, Derek Waldrep and a 30(b)(6) of WAB. | | |
| Danko, Julie | McLane | On 11/12, Defendants requested a date between 1/5 and 1/16. DAP offered 1/8. Defendants evaluating. | | |
| Domino's 30(b)(6) - Designee TBD | Domino's | On 2/5, Defendants requested taking Domino's 30(b)(6) deposition between 3/25 and 3/27. On 2/25, DAP proposed 4/16, but are awaiting confirmation from the witness. | | |
| Dooley, Josh | Costco | On 1/27, Defendants requested to postpone due to accident with taking counsel requiring medical attention. | | |
| Earnest, Mark | Captain D's | Defendants requested on 9/26. On 10/6, DAPs advised they can accept service for Mr. Earnest. | | |
| El Pollo Loco 30(b)(6) - Designee TBD | El Pollo Loco | Defendants proposed 1/13. On 10/28, DAPs advised Defendants that Lynne Prior-Moorman, who is already scheduled for 30(b)(1) deposition, will likely serve as the 30(b)(6) witness and therefore would agree to have Ms. Prior-Moorman sit in both her individual and corporate representative capacity. On 10/29, Defendants proposed completing Prior-Moorman deposition and designating some of that testimony as 30(b)(6). DAPs requested to meet and confer on the 30(b)(6) topics. | | |
| EMA/R&D 30(b)(6) - Designee TBD | EMA/R&D | Notice issued 12/2/25 for deposition on 1/9/26; date of deposition subject to discussion. On 12/24, parties agreed to postpone for conflicting professional obligations. | | |

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Eskew, Donna | ARCOP | On 2/23, Defendants proposed Mar. 9, 12-13, 16-18, or 23. On 2/26, DAPs informed that Ms. Eskew is no longer with ARCOP and DAP is checking with relevant parties to confirm representation. | | |
| Estess, Joe | Timber Lake | Notice served. Date to be rescheduled. | | |
| Guistwhite, David | Feeser's | Defendants proposed dates; likely going to do a 30(b)(6) in lieu of one of the two individuals. DAP evaluating. | | |
| Hart, Larry | L. Hart | Notice served. On 12/24, parties agreed to postpone for conflicting professional obligations. | | |
| Harvest Sherwood 30(b)(6) - Designee TBD | Harvest Sherwood | On 11/12, Defendants requested dates on or after 1/12 for 30(b)(6) deposition and requested a meet and confer regarding DAP family entities. On 11/21, Defendants followed-up. On 11/25, DAP and Defendants scheduled meet and confer for 12/12. DAP counsel indicated a single designee will be offered for four Harvest-Sherwood entity DAPs. Meet and confer was confirmed for 12/12. On 12/11, DAPs postponed to January. Defendants proposed 1/12. On 1/6, Defendants reiterated their request for a meet and confer. Date of conference TBC by DAPs. DAP evaluating identity of designee. | | |
| Heil, Michael | Sodexo, Inc. and Sodexo Operations, LLC | On 11/14, Defendants proposed last week of Jan. or first week of Feb. On 11/20, DAPs proposed that Defendants depose Mitch Greenberg first, and thereafter evaluate whether additional depositions are warranted. Defendants are evaluating, and Mr. Greenberg's deposition is scheduled for 1/9. On 2/26, Defendants requested witness's availability. | | |
| Johnson, Dorothy | Harvest Sherwood | Defendants inquired about representation and requested contact information for former employee on 11/12, followed up on 11/21 and 11/25. On 12/5, DAP provided last known contact information for Ms. Johnson. | | |
| Jordan, Tim | Boston Market | On 2/5 Defendants requested proceeding with deposing Mr. Jordan between March 18 and March 20. On 2/25, DAP informed defendants they could not accept service. Defendants evaluating. | | |
| Kamph, Rich | Focus Brands | On 2/4, Defendants proposed 2/24-26 or 3/3-5. On 2/11, Defendants followed up with DAPs. On 2/11, DAP provided background on Mr. Kamph, including Defendants' prior request for, and cancellation of Mr. Kamph's deposition, and asked whether Defendants still want to proceed. On 2/17, Defendants advised they would still like to proceed with deposition. On 2/26, DAPs informed that it was working to obtain last known contact information and that DAP counsel did not currently represent Mr. Kamph. | | |
| Katz, Brad | Kraft Heinz Foods Co. | On 11/25, Defendants proposed dates after 1/26. On 12/4, DAP confirmed Mr. Katz's availability on 1/30. On 1/16, DAP requested to reschedule. On 2/6, Defendants proposed 3/11-13, 16-20, 23-27, and 4/13-27. On 2/24, DAP proposed 4/8 or 4/9, awaiting confirmation from Mr. Katz regading final proposed date. On 3/2, DAP reiterated they were awaiting confirmation from Mr. Katz. | | |

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Krispy Krunchy 30(b)(6) - Designee TBD | Krispy Krunchy | On 11/28, notice served for 1/12. Meet and confer to be scheduled. Date subject to discussion. On 12/1, DAP objected to deposition scheduled without confirming DAP availability; DAP also indicated intent to serve written objections and responses, and to designate testimony from prior depositions in response to 30(b)(6) notice topics; meet and confer to be scheduled after Defendants' receipt of objections and designations. On 1/29, DAP served responses and objections to notice and Rule 30(b)(6) designations from deposition of Daniel Shapiro. Defendants are evaluating. | | |
| Kronauge, Kent | Supply Management Services | On 2/17, Defendants requested witness's availability in first week of April. DAP provided witness's availability for 4/22-23 or 5/5-7. Defendants evaluating. | | |
| L. Hart 30(b)(6) - Larry Hart | L. Hart | Notice issued 12/2/25 for deposition on 1/7/26; date of deposition subject to discussion. On 12/24, parties agreed to postpone for conflicting professional obligations. | | |
| Leung, James | Johnny Rockets Group, Inc. | Dates requested for witnesses availability; DAPs provided last known address for Mr. Leung. | | |
| Luz, Jonathan | Costco | On 1/27, Defendants requested to postpone due to accident with taking counsel requiring medical attention. | | |
| Lyons, Jeff | Costco | Proposed date sent 10/15. DAPs responded 10/23 noting unavailable through end of January due to severe personal circumstances, which DAPs explained during a 11/3 meet & confer. DAPs have refused to take deposition out of time. On 11/12, Defendants agreed to substitute Jonathan Luz for Jeff Lyons, but leaving open possibility of taking Mr. Lyons deposition should he be unable to respond to questions. | | |
| Marion, Nathan | Target | Defendants cancelled this deposition, which had been confirmed for 12/9. | | |
| McCaughey, Andrew | Nestle USA, Inc. | On 11/6, Defendants requested dates in mid-December. DAP confirmed availability in January. On 11/17 DAPs confirmed availability for two weeks in January, beginning 1/5. On 1/7, DAP informed Defendants that DAP was requesting witness's availability for February and March. On 1/16, DAP and Defendants met and conferred regarding dates. On 1/23, DAPs proposed 3/5 or 3/6. On 2/6, Defendants informed they are unavailable on those dates and proposed times later in March or April. On 2/24, DAP informed defendants that Mr. McCaughey was not available through the end of April, but is looking for additional availability. On 3/2, DAP proposed 3/31 or 4/1 in DC. Defendants evaluating. | | |
| Mellon, Christopher | Amory | On 11/5, Defendants proposed week of 12/8. On 11/12, DAPs indicated that Mr. Mellon was a former employee and they would not be accepting service on his behalf at this time. On 12/19, Defendants served a subpoena and affidavit of service. Deposition scheduled for 2/26. Defendants informed DAPs on 2/19 that this deposition will be rescheduled due to a conflict. | | |
| Moore, Larry | Timber Lake | On 1/21, parties agreed to reschedule due to a personal emergency. | | |
| Mueller, Tim | Kraft Heinz Foods Co. | Defendants proposed dates in mid-late Jan. On 11/20, DAP provided last known address for witness. Defendants evaluating | | |
| Nash, Lucy | EMA/R&D | Notice served on 12/2. On 12/24, parties agreed to postpone for conflicting professional obligations. | | |

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Neumann, Wade | Nestle Purina Pet Care Co. | On 11/6, Defendants requested dates in mid-December. DAP confirmed it would berepresenting and accepting notice on Mr. Neumann's behalf, and would follow with Mr. Neumann's dates of availability. On 11/17, DAP further responded that Mr. Neumann is available 1/6-1/9, and the week of 1/12. On 1/7, DAP informed Defendants that DAP was requesting witness's availability for February and March. On 1/16, DAP and Defendants met and conferred regarding dates. On 1/23, DAPs proposed 3/24. Defendants are evaluating. On 3/2, DAPs followed up on 3/24. Defendants evaluating. | | |
| Odell, Brian | Walmart | On 2/25 Defendants proposed weeks of 4/13, 4/20, or 4/27. On 2/26 DAPs confirmed that witness is a former employee and will follow up regarding whether they can accept service. On 3/2, DAPs provided last known address and departure date. | | |
| Pazzanese, Jim | Sodexo, Inc. and Sodexo Operations, LLC | On 11/14, Defendants proposed last week of January or first week of February. On 11/20, DAPs proposed that Defendants depose Mitch Greenberg first, and thereafter evaluate whether additional depositions are warranted. On 1/21, Defendants proposed the weeks of 2/ 23 and 3/2. On 2/6, DAPs stated they were evaluting witness's availability. On 2/27, Defendants requested on update on availability. On 3/2, DAPs proposed 3/31 in Frederick, Maryland. On 3/2, Defendants stated 3/31 would not work, and proposed 4/2-4/3 or 4/7-4/8. DAP evaluating. | | |
| PPCNE 30(b)(6) - Designee TBD | PPCNE | Notice served. Date and time to be determined. | | |
| Purnell, Dan | EMA/R&D | Notice served on 12/2. On 12/24, parties agreed to postpone for conflicting professional obligations. | | |
| Reynolds, Ross | The Fresh Market | Requested by Defendants on 9/29; no longer employed by TFM per 10/8 email from DAP. On 2/10, Defendants proposed Mar. 9, 12-13, 16-18, or 23. Defendants followed up on 2/23. On 2/24, DAP confirmed they do not represent Mr. Reynolds and were awaiting his last known contact information. On 3/2, DAP provided last known contact information. Defendants evaluating. | | |
| Rodgers, Todd | Cracker Barrel | Defendants requested dates on 9/26. | | |
| Rosenthal, Keith | Bojangles | On 10/16, DAPs advised they could accept service for Mr. Rosenthal. On 11/19, Defendants advised they wanted to proceed with deposing Mr. Rosenthal and proposed the weeks of Dec. 8th and 15th. On 11/21, DAPs advised Mr. Bungert is available on 12/12. Defendants evaluating alternative dates. On 2/5. Defendants requested proceeding with deposing Mr. Rosenthal between March 31 and April 3. DAPs advised Mr. Rosenthal is available on 4/19. Defendants evaluating. | | |
| Sam's Club 30(b)(6) - Designee TBD | Sam's Club (Walmart) | On 1/29 Defendants notified DAP that they intend to take separate 30(b)(6) depositions of Sam's Club and Walmart. On 2/13, parties discussed scheduling in late April. On 3/2, DAPs proposed 4/29. | | |
| Shamrock 30(b)(6) - Designee TBD | Shamrock | Defendants proposed 1/6 on 10/27. DAPs advised Defendants that Ken Myers, who is already scheduled for a 30(b)(1) deposition, will likely serve as the 30(b)(6) witness and therefore would agree to have Mr. Myers sit on the date currently scheduled in both his individual and corporate representative capacity. On 10/29, Defendants proposed completing Myers deposition and designating some of that testimony as 30(b)(6). Meet and confer on the 30(b)(6) topics to be scheduled. | | |
| Snakenberg, Bill | Red Bird | Notice served. Date to be rescheduled. | | |

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Sodexo 30(b)(6) - Designee TBD | Sodexo, Inc. and Sodexo Operations, LLC | Notice served. Date and time to be determined. On 2/25, Defendants proposed dates for a meet and confer regardng the 30(b)(6) deposition. On 3/2, a meet and confer was scheduled for 3/6. | | |
| Sonic 30(b)(6) - Designee TBD | Sonic Industries Services, Inc. | Notice served on 1/18. Date and time to be determined. Defendants proposed times in mid-to-late March. On 2/5, DAP advised it was evaluating notice and requested whether deposition would be in person. On 2/5, Defendants confirmed they seek an in-person deposition. On 2/11, DAP advised that proposed topics appear to be largely duplicative of the testimony provided by DAP's corporate representative in July 2021 and asked whether Defendants would like to proceed. On 3/3, Defendants requested dates in early April. DAP evaluating. | | |
| Soules, John Jr. | John Soules Foods | On 11/5, Defendants proposed week of 12/8. On 11/10, DAPs asked Defendants for the basis for requesting the deposition of JSF's CEO and, preserving objections and for the sole purpose of complying with the protocol, agreed to propose alternative dates by 11/14. Defendants responded on 11/11. On 11/14, DAPs objected to the deposition of Mr. Soules but offered a 30(b)(6) deposition in lieu of Mr. Soules. On 11/17, Defendants asked for additional caselaw that supported DAPs' objection, did not accept DAPs' alternative proposal, requested DAPs provide alternative dates for Mr. Soules pursuant to the Deposition Protocol, and told DAPs the proper course to raise their objection under the apex doctrine was a protective order. On 11/21, DAPs provided additional caselaw and asked Defendants for a substantive response to their objection, including why DAPs are required to move for a protective order to raise an apex objection. On 11/26, Defendants responded in part; whether DAPs are required to move for a protective order remains a disputed issue. | | |
| Sun Ice Creak Finance II LP f/k/a Friendly's 30(b)(6) - Designee TBD | Sun Ice Cream Finance II L.P. f/k/a Friendly's | On 2/5, Defendants requested taking Domino's 30(b)(6) deposition between 3/31 and 4/3. On 2/25, DAP stated they were still working to find dates. | | |
| Timber Lake 30(b)(6) - Designee TBD | Timber Lake | Notice issued 12/2/25 for deposition on 1/12/26; date of deposition subject to discussion. On 12/24, parties agreed to postpone for conflicting professional obligations. | | |
| United Supermarkets 30(b)(6) - Designee TBD | United Supermarkets | On 11/28, notice served for placeholder date of 1/9. Meet and confer to be scheduled. Date subject to discussion. On 12/1, DAP objected to deposition scheduled without confirming DAP availability; DAP also indicated intent to serve written objections and responses, and to designate testimony from prior depositions in response to 30(b)(6) notice topics; meet and confer to be scheduled after Defendants' receipt of objections and designations. On 2/3, DAP served responses and objections to notice. On 2/4, DAP served Rule 30(b)(6) designations from two depositions of Douglas Scott Nettles. Defendants are evaluating. | | |
| Venrick, Gail | QSCC | Notice served. On 12/31, parties agreed to remove Ms. Venrick from the calendar at this time. | | |
| Wahlquist, Tim | Costco | On 1/27, Defendants requested to postpone due to accident with taking counsel requiring medical attention. | | |

DAP Depositions

| Witness Name | Part(ies) Name | Status | Scheduled Date(s) | Start Time |
|---|---|---|---|---|
| Walker, James | Johnny Rockets Group, Inc. | Dates requested for witnesses availability. On 10/31, DAPs advised that they can accept service for Mr. Walker. Defendants propose the week of 12/8 per 11/3 email; On 11/6, DAPs subsequently advised Defendants that Mr. Walker is being represented by individual counsel; On 11/7, Defendants proposed 12/15 instead for Mr. Walker's deposition. The parties are waiting on confirmation from Mr. Walker's individual counsel. | | |
| Ward, Christopher | Boston Market +Cajun Operating Co. (Church's Chicken) | On 2/17 Defendants proposed March 17-30. On 2/18, DAP sought clarification about which DAP Defendants sought deposition from. On 2/18, Defendants advised they will question the witness about Church's and may question the witness about Boston Market. On 2/27 counsel for Church's stated they were conferring with counsel for Boston Market. On 3/1 Defendants followed up requesting confirmation that DAPs would accept service or date of departure and last known address, and proposed 3/24-27 or 4/1-3. | | |
| Whatabrands 30(b)(6) - Designee TBD | Whatabrands LLC and Whataburger Restaurants LLC | On 1/20, Defendants served draft notice and proposed topics. On 2/3, Defendants proposed 4/1-2 or 7-9. DAPs evaluating. On 2/3, DAP advised it offered Defendants a Rule 30(b)(6) deposition in November 2025 that Defendants did not accept. DAP requested whether requested deposition would be in person. On 2/5, Defendants disagreed with DAP's email, confirmed the requested deposition would take place in person, and requested dates and address of deposition. On 2/16, DAP advised that proposed April dates do not work and awaiting availability from client for weeks of 4/20 and 4/27. DAP advised witness will be in San Antonio, Texas. On 2/26, DAP proposed 4/22 or 4/28. Defendants evaluating. | | |
| Wing Zone 30(b)(6) - Designee TBD | Wing Zone | Defendants proposed 12/5; DAPs advised Defendants that Matt Friedman who is already scheduled for a 30(b)(1) deposition will likely serve as the 30(b)(6) witness and therefore would agree to have Mr. Friedman sit on the date currently scheduled in both his individual and corporate representative capacity. On 10/29, Defendants proposed completing Friedman deposition and designating some of that testimony as 30(b)(6). On 11/7, Defendants completed Mr. Friedman's 30(b)(1) deposition. Meet and confer on the 30(b)(6) topics to be scheduled. | | |