# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>All End User Plaintiff Actions | Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

### END-USER CONSUMER PLAINTIFFS' NOTICE OF SETTLEMENT WITH DEFENDANT AGRI STATS, INC.

End-User Consumer Plaintiffs respectfully notify the Court that they have reached a settlement with Defendant Agri Stats, Inc. to settle all claims in this action. Consistent with the parties' agreement, End-User Consumer Plaintiffs will move for a limited remand from the Seventh Circuit Court of Appeals, and then preliminary approval and, ultimately, final approval of the proposed settlement with this Court.

Dated: March 13, 2026

Respectfully submitted,

*/s/ Shana E. Scarlett*
Shana E. Scarlett
Rio R. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

- 1 -

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
Zachary Glubiak
Zachary Krowitz
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com
zkrowitz@cohenmilstein.com

***End-User Consumer Plaintiffs' Co-Lead Counsel***

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 13, 2026 a true and correct copy of the foregoing was electronically filed through the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

Dated: March 13, 2026                 /s/ Shana E. Scarlett
                                                    Shana E. Scarlett

- 3 -