# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 17, 2026

| No. 25-2298 | IN RE: BROILER CHICKEN ANTITRUST LITIGATION<br><br>END USER CONSUMER PLAINTIFF CLASS,<br> Plaintiffs - Appellants<br>v.<br><br>AGRI STATS, INC.,<br> Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:16-cv-08637<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin | |

Upon consideration of the **JOINT MOTION FOR LIMITED REMAND AND NOTICE OF SETTLEMENT**, filed on March 13, 2026, by counsel for the parties,

**IT IS ORDERED** that the parties' request for a limited remand is **GRANTED**. This appeal is **REMANDED** to the district court for the limited purpose of conducting class action settlement-approval proceedings. *See* Fed. R. Civ. P. 23(e). This court will retain jurisdiction over this appeal, and the parties shall file a status report with this court within seven days of the district court approving the settlement or by May 15, 2026, if the district court has not acted.

**IT IS FURTHER ORDERED** that oral argument, scheduled for April 15, 2026, in this appeal is **VACATED**.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_BTC**    (form ID: **178**)