# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Case No. 1:16-cv-08637 |
| This Document Relates To:<br><br>Commercial and Institutional Indirect Purchaser Actions | Hon. Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF NET SETTLEMENT PROCEEDS FROM SECOND ROUND OF SETTLEMENTS**

Please take notice that on a date and time to be determined by the Court, if a hearing is necessary at all, the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") will appear (or, will appear by remote means) before the Honorable Thomas M. Durkin in his courtroom 1441 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will then and there present their Motion for Distribution of Net Settlement Proceeds from the Second Round of Settlements.[1] This motion is based on this notice of motion and motion, Federal

---

[1] The "Settling Defendants" involved in the Second Round of Settlements in the CIIPP action include: House of Raeford Farms, Inc. ("House of Raeford"); Koch Foods, Inc., JCG Foods of Alabama, LLC., JCG Foods of Georgia, LLC, and Koch Meat Co., Inc. (collectively "Koch Foods"); Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc. (collectively "Mountaire"); O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc. (collectively, "O.K. Foods"); Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)) (collectively "Sanderson Farms"); Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (collectively "Simmons Foods"); Agri Stats, Inc. ("Agri Stats"); Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc. (collectively "Case Farms"); Norman W. Fries, Inc., d/b/a Claxton Poultry Farms ("Claxton"); Foster Farms, LLC and Foster Poultry Farms (collectively "Foster Farms);" Perdue Farms, Inc. and Perdue Foods LLC (collectively "Perdue"); Wayne Farms, LLC ("Wayne Farms"); and Harrison Poultry, Inc. ("Harrison Poultry").

Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declarations and exhibits, and all other evidence and arguments presented in the briefings and at the hearing on this motion.[2]

Dated: March 19, 2026                                    Respectfully Submitted,


                                                        /s/ Adam J. Zapala
                                                        Adam J. Zapala
                                                        **COTCHETT, PITRE & MCCARTHY, LLP**
                                                        840 Malcolm Road, Suite 200
                                                        Burlingame, CA 94010
                                                        Tel: (650) 697-6000
                                                        azapala@cpmlegal.com

                                                        Daniel E. Gustafson
                                                        Daniel C. Hedlund
                                                        Michelle J. Looby
                                                        Joshua J. Rissman
                                                        **GUSTAFSON GLUEK PLLC**
                                                        120 South Sixth Street, Suite 2600
                                                        Minneapolis, MN 55402
                                                        Tel: (612) 333-8844
                                                        dgustafson@gustafsongluek.com
                                                        dhedlund@gustafsongluek.com
                                                        mlooby@gustafsongluek.com
                                                        jrissman@gustafsongluek.com

                                                        ***Co-Lead Counsel for the Commercial and***
                                                        ***Institutional Indirect Purchaser Class***

---

[2] The term "Settlement Fund" refers to the $41,250,000.00 paid by the Second Round Settled Defendants. Presently, the amount of the "Net Settlement Fund" cannot be established because the Court has yet to award attorneys' fees, litigation expenses, and class representative incentive awards. Consequently, while CIIPPs' claims administrator has performed the necessary work to distribute the proceeds to the class, it is still awaiting the Court's ruling on these issues so the "Net Settlement Fund" can be established. The bases of the award amounts—the number and amount of qualifying Broiler purchases—has been established by CIIPPs claims administrator. In addition to the funds from the Second Round of Settlements, CIIPPs will additionally roll $693,910.75 remaining from the First Round of Settlements and distribution into this Second Round distribution. This figure is the result of (a) interest being deposited into the escrow accounts after the distribution of the First Round of Settlements; and (b) uncashed checks from class members from Round 1.

Kenneth A. Wexler
Melinda J. Morales
**WEXLER BOLEY & ELGERSMA, LLP**
311 So. Wacker Dr., Ste. 5450
Chicago, IL  60606
Tel: (312) 346-2222
kaw@wbe-llp.com
mjm@ wbe-llp.com


*Liaison Counsel for the Commercial and
Institutional Indirect Purchaser Class*

3