## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr><td>
Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604
</td><td>

</td><td>
Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov
</td></tr>
</table>

### FINAL JUDGMENT

February 5, 2026

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 25-1110 | IN RE: BROILER CHICKEN ANTITRUST LITIGATION<br><br>CARINA VENTURES LLC,<br>    Plaintiff - Appellant<br>v.<br><br>PILGRIM'S PRIDE CORPORATION,<br>    Defendant - Appellee |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:16-cv-08637 |
| Northern District of Illinois, Eastern Division |
| District Judge Thomas M. Durkin |

The judgment of the district court in favor of Pilgrim's Pride is **REVERSED**, with costs and this case is **REMANDED** for further proceedings consistent with the opinion. We will hold our mandate as indicated. Our decision here is contingent on Carina's immediate tender of the settlement amount to Pilgrim's. We will not issue the mandate accompanying this opinion until plaintiff confirms that $50 million has been deposited into escrow with the district court (or with another escrow agent acceptable to both parties), to be released to Pilgrim's upon issuance of our mandate. To the extent Pilgrim's might believe it is entitled to interest on the $50 million, it can pursue the issue with Carina Ventures or in the district court, but we will not delay remand pending any question about interest. The above is in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)