**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | No. 1:16-cv-08637 |
| This Document Relates To:<br><br>*All End-User Consumer Plaintiff Actions* | Honorable Thomas M. Durkin |

**END-USER CONSUMER PLAINTIFFS' UNCONTESTED MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT WITH AGRI STATS, INC. AND**
**MOTION TO DIRECT NOTICE REGARDING SETTLEMENT**

End-User Consumer Plaintiffs ("EUCPs") respectfully move this Court for preliminary approval of the Settlement Agreement between EUCPs and defendant Agri Stats, Inc. ("Agri Stats"), and to direct notice to the Settlement Class. Agri Stats does not contest this motion.

EUCPs set forth the bases of this motion in their memorandum in support, the declarations in support thereof, and the exhibits attached thereto.

WHEREFORE, End-User Consumer Plaintiffs respectfully request that this Court enter an order granting preliminary approval of the Settlement Agreement between End-User Consumer Plaintiffs and Agri Stats and to direct notice to Settlement Class Members.

-1-

Dated: March 31, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP


By:   /s/ *Shana E. Scarlett*
        SHANA E. SCARLETT
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

COHEN MILSTEIN SELLERS & TOLL, PLLC


By:   /s/ *Brent W. Johnson*
        BRENT W. JOHNSON

Benjamin D. Brown
Daniel H. Silverman
Alison Deich
Zachary Glubiak
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com

*End-User Consumer Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 31, 2026 a true and correct copy of the foregoing was electronically filed through the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

Dated: March 31, 2026          */s/ Shana E. Scarlett*
                                            Shana E. Scarlett

-3-