# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| THIS DOCUMENT RELATES TO:<br><br>*United Supermarkets, LLC et al. v. Tyson Foods, Inc. et al.,* Case No. 18-cv-06693 | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS BY KRISPY KRUNCHY FOOD, LLC AGAINST KOCH DEFENDANTS

Direct Action Plaintiff Krispy Krunchy Foods, LLC ("Krispy Krunchy") and Defendants Koch Foods Incorporated; JCG Foods of Alabama, LLC; JCG Foods of Georgia, LLC; and Koch Meat Co., Inc. (collectively "Koch"), in the above-captioned actions, stipulate to the following and respectfully request this Court's approval of their Stipulation of Dismissal with prejudice.

1.      This Stipulation is made and entered into between Krispy Krunchy and Koch.

2.      This Stipulation relates only to Krispy Krunchy's claims in *In re: Broiler Chicken Antitrust Litigation,* Case No. 1:16-cv-08637 and *United Supermarkets, LLC et al. v. Tyson Foods, Inc. et al.*, Case No. 18-cv-06693 (the "Actions").

3.      In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Krispy Krunchy and Koch stipulate and agree to the dismissal, with prejudice, of Krispy Krunchy's claims asserted against Koch in the Actions (including as set forth against Koch in the Track 2

144161260.2

Direct Action Plaintiffs' Second Amended Consolidated Complaint, ECF No. 5455 in Case No. 1:16-cv-08637), with each side bearing its own attorneys' fees and costs.

4.     The Stipulation of Dismissal, with prejudice, has no bearing on Krispy Krunchy's claims against Defendants other than Koch.


DATED:    April 2, 2026          By:    /s/ David B. Esau

David B. Esau
Email: desau@carltonfields.com
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070

*Counsel for Plaintiff Krispy Krunchy Foods, LLC*


DATED:    April 2, 2026          By:    /s/ Elizabeth C. Wolicki

Stephen J. Siegel
Email: ssiegel@atllp.com
Elizabeth C. Wolicki
Email: ewolicki@atllp.com
ARMSTRONG TEASDALE LLP
100 North Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900

*Counsel for Defendants Koch Foods Incorporated, JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, and Koch Meat Co., Inc.*


SO ORDERED:    _Thomas M Durkin_    DATED: April 3, 2026
         United States District Judge

2

144161260.2