**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Maplevale Farms, Inc., et al.

                        Plaintiff,

v.                                      Case No.: 1:16–cv–08637
                                             Honorable Thomas M. Durkin

Koch Foods, Inc., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 14, 2026:

       MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 4/14/2026 End–User Consumer Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Agri Stats, Inc. and Motion to Direct Notice Regarding Settlement [8313] is granted without objection. An updated proposed order is to be submitted to the proposed order inbox. Parties are to email courtroom deputy regarding a date for final approval hearing. Mailed notice.(jxm)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.