**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| *In Re Broiler Chicken Antitrust Litigation*, Case No: 16-cv-08637 | |
| SUPPLY MANAGEMENT SERVICES, INC., | Case No. 21-cv-1170 |
| Plaintiffs, | Judge Thomas M. Durkin |
| v. | |
| Koch Foods, Inc., *et al.*, | |
| Defendants. | |

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

The parties in the above-captioned action, through their counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

1.      This Stipulation is between, on the one hand, Direct Action Plaintiff Supply Management Services, Inc. ("SMS") and, on the other hand, Defendants Koch Foods Incorporated, JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, and Koch Meat Co., Inc. (collectively, "Koch").

2.      This Stipulation relates to SMS's claims in *In re: Broiler Chicken Antitrust Litigation,* Case No. 1:16-cv-08637 and *Supply Management Services, Inc. v. Koch Foods, Inc. et al.*, Case No. 21-cv-01170 (the "Actions").

3.      In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, SMS and Koch stipulate and agree to the dismissal, with prejudice, of SMS's claims asserted against Koch in the Actions (including claims asserted by SMS in the Track Two Direct Action

Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial), with each side bearing its own attorneys' fees and costs. This Stipulation of Dismissal does not include SMS's claims against Defendants other than Koch.


*/s/ Jay B. Shapiro*

Jay B. Shapiro
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Tel: (305) 789-3200
Fax: (305) 789-3395
E-mail: jshapiro@stearnsweaver.com

*Counsel for Plaintiff Supply Management Services, Inc.*


Dated:     4/25/26


*/s/ Elizabeth C. Wolicki*

Stephen J. Siegel
Elizabeth C. Wolicki
**ARMSTRONG TEASDALE LLP**
100 North Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
ssiegel@atllp.com
ewolicki@atllp.com

*Counsel for Koch Foods Incorporated, Koch Meat Co., Inc., JCG Foods of Alabama, LLC, and JCG Foods of Georgia, LLC*


Dated:    4/25/26


**SO ORDERED:**

Dated: April 24, 2026

United States District Judge


2