UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 16 C 8637 |
| | Judge Thomas M. Durkin |

### ORDER

Certain Direct Action Plaintiffs have moved to "unseal the Track 1 summary judgment materials and the Track 2 pleadings." R. 8316 at 1. The motion to unseal [8316] is granted in part and denied in part in accordance with this order.

The Court has already largely addressed this issue with regard to a prior similar motion when the Court ordered that "documents that are referenced in the Court's . . . summary judgment order" should be unsealed. *See* R. 6763. The parties were ordered to "meet and confer about a list of documents referenced in the order, and present the Court with a joint proposed order unsealing those documents." *Id.* The parties met and conferred but never submitted a proposed order.

As the Court noted in its prior order, the Seventh Circuit has explained that "the presumption of public access turns on what the judge did, not on what the parties filed." C*ity of Greenville, Ill. v. Syngenta Crop Prot., LLC*, 764 F.3d 695, 698 (7th Cir. 2014). For that reason, the current motion is denied to the extent that it seeks to unseal documents filed in connection with the summary judgment briefing that were not referenced in the Court's summary judgment order. The motion is also denied to the extent that it seeks to unseal the Track 2 pleadings. Only documents referenced

in court orders should be unsealed. However, any document that was displayed in open court or provided to the jury during the 2023 trial has already been publicized and should no longer be sealed on the docket.

The parties should continue the meet and confer process and submit a proposed order to the Court for documents they agree can be unsealed. To the extent there remain disputes about certain documents, the parties should submit a chart listing each document with a single sentence from each side articulating their argument regarding each disputed document. The parties should contact the Court's Deputy with an agreed schedule for these filings.

ENTERED:

Honorable Thomas M. Durkin
United States District Judge

Dated: May 26, 2026

2