**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE: BROILER CHICKEN ANTITRUST LITIGATION* | Case No.: 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 1:19-cv-02190<br>Individual Case No. 1:22-cv-00360 |
| *Conagra Brands, Inc., et al, v. Tyson Foods, Inc., et al.*, Case No. 1:19-cv-02190; | District Judge Thomas M. Durkin<br>Magistrate Judge Karyn L. Bass |
| *Compass Group USA, Inc. v. Agri Stats, Inc.*, et al, Case No. 1:22-cv-00360. | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF THE TYSON DEFENDANTS**

Conagra Brands, Inc.; Pinnacle Foods, Inc.; Kraft Heinz Foods Company; Nestlé USA, Inc.; Nestlé Purina PetCare Company; and Compass Group USA, Inc. (collectively, "Plaintiffs") and Defendants Tyson Foods, Inc.; Tyson Chicken, Inc.; Tyson Breeders, Inc.; Tyson Poultry, Inc.; Keystone Foods LLC; Equity Group Eufaula Division, LLC; Equity Group Kentucky Division LLC; and Equity Group – Georgia Division LLC (collectively, "Tyson"), by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal with Prejudice.

1. This Stipulation of Dismissal with Prejudice ("Stipulation") is between Plaintiffs and Tyson only.

2. This Stipulation relates only to Case Nos. 1:19-cv-02190 and 1:22-cv-00360, which have been consolidated within the matter captioned *In re Broiler Chicken Antitrust Litigation,* Case No. 1:16-cv-08637, which is currently pending in the United States District Court for the Northern District of Illinois (the foregoing matters collectively referred to herein as the "Actions"), and only

to Plaintiffs' claims against Tyson as set forth in the Actions and does not relate to any other parties or claims.

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Tyson stipulate and agree to the dismissal with prejudice of all of Plaintiffs' claims asserted against Tyson in the Actions, with each side bearing its own fees and costs.

4. This Stipulation has no bearing on Plaintiffs' other claims against any and all Defendants other than Tyson.

Respectfully submitted,

/s/ David C. Eddy
David C. Eddy
N.D. Illinois Bar No. 72258
Dennis J. Lynch
N.D. Illinois Bar No. 07622
ANTITRUST LAW GROUP, LLC
1601 Assembly Street
P.O. Box 8117
Columbia, SC 29202
Telephone: (803) 253-8267
deddy@theantitrustlawgroup.com
dlynch@theantitrustlawgroup.com

*Counsel for Conagra Brands, Inc.; Pinnacle Foods, Inc.; Kraft Heinz Foods Company; Nestlé USA, Inc.; Nestlé Purina PetCare Company; and Compass Group USA, Inc.*

/s/ Kail J. Jethmalani
Kail J. Jethmalani (#5352307)
Denise L. Plunkett (*pro hac vice*)
Tomasz Mielniczuk (#5854484)
Victoria J. Lu (#5925797)
Blake E. Pescatore (#5985775)
AXINN LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: 212-728-2200
kjethmalani@axinn.com
dplunkett@axinn.com

tmielniczuk@axinn.com
vlu@axinn.com
bpescatore@axinn.com

Daniel K. Oakes (#1009519)
Michael J. O'Mara (*pro hac vice*)
Kenina J. Lee (#1017499)
1901 L Street NW
Washington, DC 20036
T: 202-912-4700
doakes@axinn.com
momara@axinn.com
klee@axinn.com

Jordan M. Tank
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.
230 West Monroe, Street, Ste 2260
Chicago, IL 60606
Telephone: (312) 702-0586
jmt@lipelyons.com

*Attorneys for Defendants Tyson Foods, Inc.; Tyson Chicken, Inc.; Tyson Breeders, Inc.; and Tyson Poultry, Inc; Keystone Foods LLC; Equity Group Eufaula Division LLC; Equity Group Kentucky Division LLC; and Equity Group Georgia Division LLC*

**SO ORDERED:** Thomas M Durkin Dated: August 27, 2026